IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 24-490 ) ) ) ) ) ) ) ) ) |

### [PROPOSED] ORDER

This 19th day of April 2024, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. having moved for leave to file the Complaint in this action under seal, and the Court having determined good cause exists for the requested relief,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File the Complaint Under Seal is GRANTED.

_____
United States District Judge