IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>             Plaintiffs,<br><br>   v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>             Defendant. | C.A. No. 24-490 (UNA) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

WHEREAS, on April 18, 2024, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm") filed a Complaint against Defendant ARM Holdings PLC f/k/a ARM LTD ("ARM") (D.I. 1);

WHEREAS, ARM has not yet been served with the Complaint;

WHEREAS, ARM has agreed to accept service of the Complaint through its undersigned counsel in exchange for an extension of time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the time within which ARM has to answer, move, or otherwise respond to the Complaint in this action is extended to and including June 12, 2024.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6727<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

April 22, 2024

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

2