## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation, <br><br> Defendant. | C.A. No. 24-490-MN |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiffs to file the public version of their First Amended Complaint (D.I. 36) is hereby extended to and including January 3, 2025.

Dated: December 30, 2024

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* <br> Jack B. Blumenfeld (#1014) <br> Jennifer Ying (#5550) <br> Travis Murray (#6882) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jying@morrisnichols.com <br> tmurray@morrisnichols.com <br><br> *Attorneys for Plaintiffs Qualcomm Inc., and Qualcomm Technologies, Inc.* | */s/ Robert M. Vrana* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant Arm Holdings PLC f/k/a Arm Ltd.* |

IT IS SO ORDERED, this _____ day of _____, 202\_\_.

_____
The Honorable Maryellen Noreika
United States District Judge