# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

January 29, 2025

The Honorable Maryellen Noreika          *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re: *Qualcomm, Incorporated et al. v. Arm Holdings PLC,*
C.A. No. 24-490 (MN)

Dear Judge Noreika:

Pursuant to the Court's November 14, 2024 and January 8, 2025 Oral Orders (D.I. 32, 41), the parties respectfully submit the attached proposed scheduling order.

Pursuant to the January 8 Oral Order, the parties request that a 5-day jury trial be held starting April 20, 2026, if amenable to the Court. The parties further request that due to scheduling conflicts, the pretrial conference be held the week of March 16, 2026 if amenable to the Court.

The parties were unable to reach agreement on the deadline for substantial completion of document production (paragraph 7(b)); Qualcomm seeks an earlier date while Arm seeks a later date. The parties were also unable to agree on the location of depositions (paragraph 7(f)(ii)).

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY:lo
Attachment
cc:  Clerk of the Court (via hand delivery)
    All Counsel of Record (via CM/ECF and e-mail)