# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 7, 2025, the following were served on the counsel listed below in the manner indicated:

1) Arm Holdings PLC's First Set of Requests for Production to Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. (Nos. 1-58); and

2) Arm Holdings PLC's First Set of Interrogatories to Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. (Nos. 1-9).

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Karen L. Dunn |
| Jennifer Ying | William A. Isaacson |
| Travis Murray | Melissa F. Zappala |
| MORRIS, NICHOLS, ARSHT | Ruby J. Garrett |
| & TUNNELL LLP | Erin J. Morgan |
| 1201 North Market Street | PAUL, WEISS, RIFKIND, |
| P.O. Box 1347 | WHARTON & GARRISON LLP |
| Wilmington, DE 19899 | 2001 K Street, NW |
| jblumenfeld@morrisnichols.com | Washington, DC 20006 |
| jying@morrisnichols.com | kdunn@paulweiss.com |
| tmurray@morrisnichols.com | wisaacson@paulweiss.com |
| | mzappala@paulweiss.com |
| | rjgarrett@paulweis.com |
| | ejmorgan@paulweiss.com |

Catherine Nyarady  
Jacob A. Braly  
PAUL, WEISS, RIFKIND,  
WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019  
cnyarady@paulweiss.com  
jbraly@paulweiss.com  

PLEASE TAKE FURTHER NOTICE that on February 7, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on counsel listed above.

| | |
|---|---|
| Dated: February 7, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | */s/ Robert M. Vrana* |
| Gregg F. LoCascio, P.C. | Anne Shea Gaza (No. 4093) |
| Jason M. Wilcox, P.C. | Robert M. Vrana (No. 5666) |
| KIRKLAND & ELLIS LLP | Samantha G. Wilson (No. 5816) |
| 1301 Pennsylvania Ave., NW | Rodney Square |
| Washington, DC 20004 | 1000 North King Street |
| (202) 389-5000 | Wilmington, DE 19801 |
| glocascio@kirkland.com | (302) 571-6600 |
| jason.wilcox@kirkland.com | agaza@ycst.com |
| | rvrana@ycst.com |
| Jay Emerick | swilson@ycst.com |
| KIRKLAND & ELLIS LLP | |
| 333 West Wolf Point Plaza | *Attorneys for Arm Holdings PLC f/k/a Arm Ltd.* |
| Chicago, IL 60654 | |
| (312) 862-2000 | |
| jay.emerick@kirkland.com | |
| | |
| Daralyn J. Durie | |
| Shaelyn Dawson | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, CA 94105 | |
| (415) 268-7000 | |
| ddurie@mofo.com | |
| sdawson@mofo.com | |
| | |
| Erik J. Olson | |
| MORRISON & FOERSTER LLP | |

755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com