IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 24-490 (MN) (SRF)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

The parties respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following issue relating to entry of an ESI Order and a Protective Order in this matter:

1. The parties dispute whether the proposed ESI order and Protective Order should contain provisions permitting redactions based on third party confidentiality grounds.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, most recently participated in a verbal meet-and-confer (by telephone) regarding this issue on the following date:

January 30, 2025

Delaware Counsel for Plaintiffs: Jennifer Ying

Lead Counsel for Plaintiffs: Catherine Nyarady, Jacob Braly, Adam Basner

Delaware Counsel for Defendant: Robert Vrana

Lead Counsel for Defendant: Nicholas Fung

The parties are available for a teleconference on the following dates:

February 11 between 11am – 1pm or 2:30-5pm Eastern

February 12 between 1-3pm or 4-5pm Eastern

February 13 between 12-2pm or after 4pm Eastern

February 14 between 1-4pm Eastern

February 18 between 12-5pm Eastern

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

February 7, 2025