IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, <br>   a Delaware corporation; and <br> QUALCOMM TECHNOLOGIES, INC., <br>   a Delaware corporation, <br><br>             Plaintiffs, <br><br>   v. <br><br> ARM HOLDINGS PLC., f/k/a ARM LTD., <br>   a U.K. corporation, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-490 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
<u>BRIEFING SCHEDULE</u>**

Pursuant to the Court's March 24, 2025 Oral Order (D.I. 87), IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that:

1. Qualcomm shall file its motion and 3-page letter brief in support of its Motion for Leave to Amend the Complaint by March 27, 2025; and

2. Arm shall file its 3-page letter brief in opposition to the Motion by April 2, 2025.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6727<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

March 27, 2025

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE