IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, )
  a Delaware corporation; and )
QUALCOMM TECHNOLOGIES, INC., )
  a Delaware corporation, )
         ) C.A. No. 24-490 (MN)
        Plaintiffs, )
         )
        v. )
         )
ARM HOLDINGS PLC., f/k/a ARM LTD., )
  a U.K. corporation, )
         )
        Defendant. )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the deadline for Plaintiffs to file redacted versions of their Notice of Third Party Subpoenas (D.I.

106) and Notice of Subpoenas (D.I. 107) is hereby extended to and including May 2, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jack B. Blumenfeld (#1014) | Anne Shea Gaza (#4093) |
| Jennifer Ying (#5550) | Robert M. Vrana (#5666) |
| Travis Murray (#6882) | Samantha G. Wilson (#5816) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 571-6727 |
| jblumenfeld@morrisnichols.com | agaza@ycst.com |
| jying@morrisnichols.com | rvrana@ycst.com |
| tmurray@morrisnichols.com | swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

April 29, 2025

SO ORDERED this _____ day of _____, 2025.


_____
United States District Judge