IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware Corporation and QUALCOMM TECHNOLOGIES, INC, a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-490-MN<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Karen E. Keller of Shaw Keller LLP on behalf Arm Holdings plc in the above-captioned matter.

Dated: May 15, 2025

                            */s/ Karen E. Keller*
                            Karen E. Keller (No. 4489)
                            SHAW KELLER LLP
                            I.M. Pei Building
                            1105 North Market Street, 12th Floor
                            Wilmington, DE 19801
                            (302) 298-0700
                            kkeller@shawkeller.com
                            *Attorneys for Defendant Arm Holdings plc*