## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br>     Plaintiffs, <br><br> v. <br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, <br><br>     Defendant. | C.A. No. 24-490 (MN) |

## [PROPOSED] ORDER GRANTING NONPARTY BROADCOM INC.'S MOTION FOR LIMITED INTERVENTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

Having considered Nonparty Broadcom Inc.'s ("Broadcom") Motion for Limited Intervention under Federal Rule of Civil Procedure 24, it is **HEREBY ORDERED** that:

Broadcom's Motion for Limited Intervention under Federal Rule of Civil Procedure 24 is **GRANTED**.

  **IT IS SO ORDERED.**

Dated: This __ day of _____, 2025.

                   _____
                   The Honorable Maryellen Noreika