# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-0490-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING NONPARTY BROADCOM INC.'S MOTION FOR A PROTECTIVE ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)

Having considered Nonparty Broadcom Inc.'s ("Broadcom") Motion for a Protective Order Under Federal Rule of Civil Procedure 26(c), it is **HEREBY ORDERED** that:

Broadcom's Motion for a Protective Order Under Federal Rule of Civil Procedure 26(c) is **GRANTED**, and further that ARM Holdings PLC ("ARM") is prohibited from producing or otherwise disclosing to Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. any version of the Technology Licensing Agreement between Broadcom and ARM other than the version produced in the related litigation, C.A. No. 22-1146-MN (D. Del.), and any communications between Broadcom and ARM.

    **IT IS SO ORDERED.**

Dated: This __ day of _____, 2025.

                     _____
                     The Honorable Maryellen Noreika