IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br>                 Plaintiffs, <br><br>    v. <br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, <br><br>                 Defendant. | C.A. No. 24-490 (MN) |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, the parties each have outstanding discovery disputes[1] and other discovery issues, and have conferred and agree that an adjustment of the case schedule is necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The following deadlines in the Scheduling Order (D.I. 44) are amended as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Fact discovery cutoff | July 11, 2025 | November 7, 2025 |
| Initial expert reports | August 8, 2025 | December 19, 2025 |
| Rebuttal expert reports | September 5, 2025 | January 27, 2026 |
| Reply expert reports | September 19, 2025 | February 17, 2026 |
| Expert discovery cutoff | October 3, 2025 | March 13, 2026 |

---

[1] The Court has not yet set a briefing schedule for these disputes.

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Opening briefs for case dispositive motions and *Daubert* motions | October 24, 2025 | March 24, 2026 |
| Answer briefs for case dispositive motions and *Daubert* motions | November 7, 2025 | April 24, 2026 |
| Reply briefs for case dispositive motions and *Daubert* motions | November 14, 2025 | May 12, 2026 |
| Pretrial conference | March 2, 2026 | Mid-to late August 2026[2] |
| 5-day jury trial | March 9, 2026 | Week of September 14, 2026[3] |

2. Plaintiffs' Motion to Amend the Scheduling Order (D.I. 122) is hereby withdrawn as moot.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

June 2, 2025

---

[2] The parties request the week of August 24, 2026, if convenient for the Court.

[3] The parties understand that based on their most recent inquiry with the Court that the Court is available the week of September 14, 2026 for trial.

SO ORDERED this _____ day of _____, 2025.

                                              UNITED STATES DISTRICT JUDGE