IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN |

**[PROPOSED] ORDER GRANTING ARM'S PARTIAL MOTION TO DISMISS QUALCOMM'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Arm Holdings plc ("Arm") moved to partially dismiss Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.'s Second Amended Complaint. The Court, having considered the parties' briefs, the arguments and authorities of counsel, and any oral argument, hereby has ORDERED that Defendant's motion to dismiss is GRANTED, and Counts III-VIII of the Second Amended Complaint are DISMISSED with prejudice.

SO ORDERED, this _____ day of _____, 2025.

_____
United States District Judge