IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, )
   a Delaware corporation; and )
QUALCOMM TECHNOLOGIES, INC., )
   a Delaware corporation, )
                         )    C.A. No. 24-490 (MN)
           Plaintiffs, )
                         )
      v. )
                         )    REDACTED - PUBLIC VERSION
ARM HOLDINGS PLC., f/k/a ARM LTD., )
   a U.K. corporation, )
                         )
          Defendant. )

**LETTER TO THE HONORABLE MARYELLEN NOREIKA**
**PURSUANT TO THE COURT'S JUNE 10, 2025 ORAL ORDER (D.I. 185)**

Dear Judge Noreika:

Pursuant to the Court's order dated June 10, 2025, the parties hereby attach the objections and responses (including any supplemental responses) to the discovery requests that are the subject of the June 4, 2025 letters:

| Tab | Response |
|---|---|
| 1 | Arm's Objections and Responses to Qualcomm's First Set of RFPs (Nos. 1–52) dated February 20, 2025 |
| 2 | Arm's Objections and Responses to Qualcomm's Second Set of RFPs (Nos. 53–120) dated March 24, 2025 |
| 3 | Arm's Objections and Responses to Qualcomm's Third Set of RFPs (Nos. 121–156) dated May 2, 2025 |
| 4 | Arm's Objections and Responses to Qualcomm's Fourth Set of RFPs (Nos. 157–168) dated May 16, 2025 |
| 5 | Arm's Objections and Responses to Qualcomm's First Set of Interrogatories (Nos. 1–3) dated March 24, 2025 |
| 6 | Arm's Objections and Responses to Qualcomm's Amended Interrogatory No. 3 dated May 12, 2025 |
| 7 | Qualcomm's Responses and Objections to Arm's First Set of RFPs (Nos. 1–58) dated March 10, 2025 |
| 8 | Qualcomm's Responses and Objections to Arm's Second Set of RFPs (Nos. 59–122) dated April 14, 2025 |
| 9 | Qualcomm's Responses and Objections to Arm's Third Set of RFPs (Nos. 123–173) dated May 1, 2025 |
| 10 | Qualcomm's Responses and Objections to Arm's First Set of Interrogatories (Nos. 1–9) dated March 10, 2025 |
| 11 | Qualcomm's Responses and Objections to Arm's Second Set of Interrogatories (Nos. 10–13) dated May 9, 2025 |

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)