## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br>                  Plaintiffs, <br><br>     v. <br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, <br><br>                  Defendant. | C.A. No. 24-490-MN |

### [PROPOSED] ORDER GRANTING NONPARTY MEDIATEK INC.'S MOTION FOR LIMITED INTERVENTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

Having considered Nonparty MediaTek Inc.'s ("MediaTek") Motion for Limited Intervention under Federal Rule of Civil Procedure 24, it is HEREBY ORDERED that: MediaTek's Motion for Limited Intervention under Federal Rule of Civil Procedure 24 is **GRANTED**.

       **IT IS SO ORDERED.**

Dated: This _____ day of _____, 2025.

_____
The Honorable Maryellen Noreika