IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INC., and QUALCOMM TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-490 (MN) |
| | ) | |
| ARM HOLDINGS PLC, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington, this 14th day of July 2025, pursuant to Fed. R. Civ. P. 53(a)(1)(C); IT IS

HEREBY ORDERED that the above-captioned case is referred to the Clerk of Court for

assignment of a Special Master for the purposes of managing discovery.  Upon selection of a

Special Master, the Court shall enter a further order appointing same.

_Maryellen Noreika_____

The Honorable Maryellen Noreika
United States District Judge