IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>             Defendant. | C.A. No. 24-490-MN<br><br>PUBLIC VERSION - FILED JULY 22, 2025 |

## [PROPOSED] ORDER GRANTING NONPARTY MEDIATEK' INC.'S MOTION FOR A PROTECTIVE ORDER

Having considered Nonparty MediaTek Inc.'s ("MediaTek") Motion for a Protective Order Under Federal Rule of Civil Procedure 26(c), it is **HEREBY ORDERED** that:

MediaTek's Motion for a Protective Order Under Federal Rule of Civil Procedure 26(c) is **GRANTED**, and further that ARM Holdings PLC ("ARM") is prohibited from producing or otherwise disclosing to Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. any version of ████████████████████████████████████████████████████████████████████████████████ ██████████.

**IT IS SO ORDERED.**

Dated: This __ day of _____, 2025.

                                                                               _____
                                                                               The Honorable Maryellen Noreika