# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., and QUALCOMM TECHNOLOGIES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 24-490 (MN) ) |
| ARM HOLDINGS PLC, | ) ) |
| Defendant. | ) |

## DECLARATION OF HELENA C. RYCHLICKI
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(b)

I, Helena C. Rychlicki, declare as follows:

1. I am a member in good standing of the state bar of Delaware. On February 1, 2024, I was appointed to the Special Masters Panel for a second four (4) year term which will end on January 31, 2028.

2. On July 16, 2025, the Court referred the above captioned action to my attention to determine if I could serve as Special Master.

3. I conducted a conflict-of-interest inquiry and concluded that I have no relationships with the parties, attorneys, or action that would require my disqualification as Special Master in this action. I informed the Court of my willingness and ability to serve as Special Master.

4. On July 18, 2025, the Court appointed me as Special Master in this action. *See* D.I. 336.

I declare under penalty of perjury the foregoing is true and correct.

Dated: July 31, 2025

*/s/ Helena C. Rychlicki*
Helena C. Rychlicki (DE No. 3996)