IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>)  REDACTED - PUBLIC VERSION<br>)<br>) |

## DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO NON-PARTY MEDIATEK'S MOTION FOR A PROTECTIVE ORDER

I, Catherine Nyarady, hereby declare, under penalty of perjury as follows:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Plaintiffs") in the above-captioned action. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the transcript of the January 12, 2024 telephonic hearing before Judge Hatcher in the case styled *Arm Ltd. v. Qualcomm Technologies, Inc. et al.*, C.A. No. 22-1146 (D. Del.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from the transcript of the March 7, 2024 hearing before Judge Noreika in the case styled *Arm Ltd. v. Qualcomm Technologies, Inc. et al.*, C.A. No. 22-1146 (D. Del.).

1

4.  Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from transcript of the November 20, 2024 telephonic hearing before Judge Noreika in the case styled *Arm Ltd. v. Qualcomm Technologies, Inc. et al.,* C.A. No. 22-1146 (D. Del.).

5.  Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from transcript of the June 20, 2025 deposition of Karthik Shivashankar.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from transcript of the July 10, 2025 deposition of Akshay Bhatnagar.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from transcript of the July 9, 2025 deposition of Jeffrey Fonseca.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2025 in New York, New York.

*/s/ Catherine Nyarady*
Catherine Nyarady

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daniel P. Muino, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, DC  20037<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Brian M. Kramer, Esquire<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 200<br>San Diego, CA  92130<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| William Frentzen, Esquire<br>Daralyn J. Durie, Esquire<br>Shaelyn Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Lydia B. Cash, Esquire<br>MORRISON & FOERSTER LLP<br>300 Colorado Street, Suite 1800<br>Austin, TX  78701<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Gregg F. LoCascio, P.C.<br>Jason M. Wilcox, P.C.<br>Meredith Pohl, Esquire<br>Matthew J. McIntee, Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Jay Emerick, Esquire                                              *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire                                        *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

Geoffrey G. Grivner                                               *VIA ELECTRONIC MAIL*
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, DE  19801
*Attorneys for Nonparty MediaTek Inc.*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)