IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>              Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. 24-490 (MN)<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: August 1, 2025<br>Redacted filing date: August 11, 2025 |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to the Court's Order referring this dispute to the Special Master (D.I. 336) and the Order Relating to Procedures for Resolving Disputes Before Special Master (D.I. 350), Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. ("Qualcomm") hereby move to compel Defendant Arm Holdings plc. f/k/a Arm Ltd. ("Arm") to:

(i) produce documents responsive to RFP Nos. 27, 123, 140, and 162 concerning unredacted third-party ALAs, TLAs, and Total Access Agreements and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic numbers 2, 7 and 9;

(ii) supplement its privilege log to identify documents and emails from between April 18, 2024 to December 16, 2024 that Arm has withheld on the basis of alleged privilege;

(iii) produce communications between Arm and [REDACTED] improperly redacted or withheld under common interest privilege or work product immunity;

(iv) reproduce metadata and unredact subject lines from ARMQC_02762874, ARMQC_02762876, ARMQC_02762878, ARMQC_02762879;

1

(v) produce documents responsive to RFP Nos. 6, 31, 33, 67, 77, and 139 concerning information Arm provided to other ALA licenses and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 14;

(vi) produce documents responsive to RFP No. 156 about Arm's decision-making and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic numbers 17 and 41;

(vii) produce documents responsive to RFP Nos. 28, 32, and 68 concerning delivery to third parties and supplement its response to Interrogatories Nos. 1 and 5;

(viii) produce documents responsive to RFP Nos. 42 and 102 concerning versioning practices, pricing strategies and adoption of Armv9, supplement its response to Interrogatory No. 9, and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 27;

(ix) produce documents responsive to RFP No. 144 concerning licensing and development of, and pricing strategy for, Armv10, supplement its response to Interrogatory No. 3 and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 26;

(x) produce documents in response to RFP No. 40, 49, 50, 51, 56, 57, and 63 concerning licensing and notice of breach of TLA ▮▮▮▮▮ and supplement its response to Interrogatory No. 6; and

(xi) produce, without responsiveness review, all non-privileged documents hitting on Arm's terms and Qualcomm's proposed search terms yielding fewer than 15,000 hits, excluding families.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Erin J. Morgan
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

August 1, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. Local Rule 7.1.1, counsel for plaintiffs met and conferred with counsel for defendant regarding the relief sought by the foregoing motion, and Arm opposes this motion.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

AND NOW, this ___ day of _____, 2025, the Court having considered Plaintiffs' Motion to Compel and any opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER HEREBY ORDERED that Defendant Arm Holdings plc. f/k/a Arm Ltd. ("Arm") to:

(i) produce documents responsive to RFP Nos. 27, 123, 140, and 162 concerning unredacted third-party ALAs, TLAs, and Total Access Agreements and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify to testify on related topic numbers 2, 7 and 9;

(ii) supplement its privilege log to identify any documents or emails between April 18, 2024 to December 16, 2024 withheld on the basis of alleged privilege;

(iii) produce communications between Arm and ▮▮▮▮▮▮▮ improperly redacted or withheld under common interest privilege or work product immunity;

5

(iv) reproduce metadata and unredact subject lines from ARMQC_02762874, ARMQC_02762876, ARMQC_02762878, ARMQC_02762879;

(v) produce documents responsive to RFP Nos. 6, 31, 33, 67, 77, and 139 concerning information Arm provided to other ALA licenses and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 14;

(vi) produce documents responsive to RFP No. 156 about Arm's decision-making and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic numbers 17 and 41;

(vii) produce documents responsive to RFP Nos. 28, 32, and 68 concerning delivery to third parties and supplement its response to Interrogatories Nos. 1 and 5;

(viii) produce documents responsive to RFP Nos. 42 and 102 concerning versioning practices, pricing strategies and adoption of Armv9, supplement its response to Interrogatory No. 9, and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 27;

(ix) produce documents responsive to RFP No. 144 concerning licensing and development of, and pricing strategy for, Armv10, supplement its response to Interrogatory No. 3 and provide a witness pursuant to Fed. R. Civ. P. 30(b)(6) that is prepared to testify on related topic number 26;

(x) produce documents in response to RFP No. 40, 49, 50, 51 57, and 63 concerning licensing and notice of breach of TLA ███ and supplement its response to Interrogatory No. 6;

(xi)  produce, without responsiveness review, all non-privileged documents hitting on Arm's terms and Qualcomm's proposed search terms yielding fewer than 15,000 hits, excluding families.

_____
J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Kyle D. Friedland, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.  *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire  *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

9