IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>   a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>   a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>   a U.K. corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file redacted versions of their respective declarations and exhibits associated with opening (D.I. 410-413, 416-418, 422-424, 427-429, 432, 435-436, 439-440, 444-445), opposition (D.I. 448-450, 452, 454-455, 457, 459, 465-470), and reply (D.I. 479-480, 483, 485, 487, 491-492) summary judgment and *Daubert* papers is here by extended to December 1, 2025.

The deadline for the parties to submit redacted versions of their respective briefs and other papers associated with the opening, opposition, and reply summary judgment and *Daubert* motions (D.I. 409, 414-415, 419, 421, 425-426, 430-431, 433-434, 437-438, 441-443, 447, 451, 453, 456, 458, 460-464, 471-474, 477-478, 481-482, 484, 486, 488-490) shall remain November 21, 2025.  *See* D.I. 446.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Ben Yenerall* | */s/ Robert M. Vrana* |
| Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>Ben Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br>byenerall@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Daniel G. Mackrides (#7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>dmackrides@ycst.com |
| *Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.* | *Attorneys for Defendant Arm Holdings plc* |

November 17, 2025

SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Maryellen Noreika
United States District Judge