## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | REDACTED - PUBLIC VERSION<br>(Filed November 21, 2025)<br><br>C.A. No. 24-490-MN<br><br>████████████████ |

## DEFENDANT ARM HOLDING PLC'S MOTION FOR SUMMARY JUDGMENT ON QUALCOMM'S UCL CLAIM (COUNT VI)

Defendant Arm Holdings plc ("Arm") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 56(a), for an order, substantially similar to the proposed order attached hereto, granting summary judgment that (1) Qualcomm has failed to establish that it lacks an adequate remedy at law, as required California's Unfair Competition Law ("UCL"); and (2) that Qualcomm has not proven, and cannot prove, that Arm is engaging in "unlawful" or "unfair" acts or practices as a matter of law under the UCL. The grounds for this motion are set forth in Defendant Arm Holding plc's Opening Brief in Support of its Motions for Summary Judgment, Arm's Separate Concise Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on Qualcomm's UCL Claim (Count VI), the Declaration of Meredith Pohl in Support of Arm's Motion for Summary Judgment, associated exhibits, and other submissions, filed contemporaneously herewith.

2

WHEREFORE, Arm respectfully requests this Court grant this motion and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

Dated:  October 24, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000
ddurie@mofo.com
shaelyndawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP


 /s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

3

(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
(213) 892-5348
nfung@mofo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation, <br><br> Defendant. | C.A. No. 24-490-MN <br><br><br> **FILED UNDER SEAL** |

### [PROPOSED] ORDER GRANTING DEFENDANT ARM HOLDINGS PLC'S MOTION FOR SUMMARY JUDGMENT ON QUALCOMM'S UCL CLAIM (COUNT VI)

The Court has considered the Motion for Summary Judgment on Qualcomm's California Unfair Competition Law ("UCL") claim (Count VI) filed by Defendant Arm Holdings plc ("Arm") and the supporting papers; the opposition filed by Plaintiffs Qualcomm Inc., and Qualcomm Technologies, Inc. ("Qualcomm"); Arm's reply; and any other papers and argument submitted by the parties.

Having found sufficient basis therefore, the Court hereby GRANTS Arm's Motion for Summary Judgment on Qualcomm's UCL claim, and IT IS HEREBY ORDERED THAT:

(1) Qualcomm does not lack an adequate remedy at law for its UCL claim;

(2) Arm has not engaged in "unlawful" acts or practices within the meaning of the UCL;

(3) Arm has not engaged in "unfair" acts or practices within the meaning of the UCL; and

(4) Judgment is entered in favor of Arm and against Qualcomm on Count VI of Plaintiffs' Second Amended Complaint (D.I. 137).

SO ORDERED, this __ day of_____, 2025.

2

_____
The Honorable Maryellen Noreika
United States District Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2