**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>    Defendant. | REDACTED - PUBLIC VERSION (Filed November 21, 2025)<br><br> C.A. No. 24-490-MN<br><br>████████████████ |

**ARM HOLDINGS PLC'S MOTION FOR SUMMARY JUDGMENT UNDER *NOERR-PENNINGTON* AND FOR LACK OF CAUSATION WITH RESPECT TO QUALCOMM'S GOOD FAITH AND FAIR DEALING, TORTIOUS INTERFERENCE CLAIMS, AND UCL CLAIMS (COUNTS III-VI); AND FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT III)**

Defendant Arm Holdings plc ("Arm") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 56(a), for an order, substantially similar to the proposed order attached hereto, granting summary judgment against (1) Qualcomm's implied covenant, tortious interference, and UCL claims (Counts III-VI) under *Noerr-Pennington* and related doctrines, and (2) Qualcomm's tortious interference claims for failure to raise a genuine issue of material fact with respect to causation; and granting partial summary judgment that Arm did not breach the implied covenant of good faith and fair dealing by: (A) asserting that Qualcomm materially breached its Architecture License Agreement ("ALA") and by discussing the breach notice with a *Bloomberg* reporter, (B) contacting mutual customers about the ongoing litigation, and (C) offering a price to license Arm's peripheral IP that Qualcomm deems too high. The grounds for this motion are set forth in Defendant Arm Holding PLC's Omnibus Opening Brief in Support of its Motions for Summary Judgment, Arm's Concise Statement of Facts in Support of its Motion

2

for Summary Judgment on Qualcomm's Tortious Interference Claims (Counts III-VI), the declaration of Matthew J. McIntee in Support of Arm's Motion for Summary Judgment, associated exhibits, and other submissions, filed contemporaneously herewith.

WHEREFORE, Arm respectfully requests that this Court grant this motion and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

Dated: October 24, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
sdawson@mofo.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


 /s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

3

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2025, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

C.A. No. 24-490-MN

**[PROPOSED] ORDER GRANTING ARM HOLDINGS PLC'S MOTION FOR SUMMARY JUDGMENT UNDER *NOERR-PENNINGTON* AND FOR LACK OF CAUSATION WITH RESPECT TO QUALCOMM'S GOOD FAITH AND FAIR DEALING, TORTIOUS INTERFERENCE CLAIMS, AND UCL CLAIMS (COUNTS III-VI); AND FOR PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S BREACH OF THE IMPLIED COVENANT OF GOOD FIATH AND FAIR DEALING (COUNT III)**

The Court has considered Arm's Motion for Summary Judgment Under *Noerr-Pennington* and For Lack of Causation with Respect to Qualcomm's Good Faith and Fair Dealing, Tortious Interference, and UCL Claims filed by Defendant Arm Holdings plc ("Arm") and the supporting papers; the opposition filed by Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm"); Arm's reply; and any other papers and argument submitted by the parties.

Having found sufficient basis therefore, the Court hereby GRANTS Arm's Motion for Summary Judgment Under *Noerr-Pennington* and For Lack of Causation with Respect to Qualcomm's Good Faith and Fair Dealing, Tortious Interference, and UCL Claims, and IT IS HEREBY ORDERED THAT:

- Arm did not breach the implied covenant by asserting that Qualcomm materially breached its ALA and by discussing the breach notice with a *Bloomberg* reporter;

- Arm did not breach the implied covenant by contacting Qualcomm customers about the ongoing litigation;

- Arm did not breach the implied covenant by offering a price to license Arm's peripheral IP that Qualcomm deems too high; and

- Judgment is entered in favor of Arm and against Qualcomm on Plaintiffs' claims for intentional interference with prospective economic advantage (Count IV);

- Judgment is entered in favor of Arm and against Qualcomm on Plaintiffs' claims for negligent interference with prospective economic advantage (Count V);

- Judgment is entered in favor of Arm and against Qualcomm on the portions of Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing (Count III) that rely upon (1) Arm filing *Arm Ltd. v. Qualcomm Inc. et al.*, No. 22-1146 (MN), (2) Arm discussing the breach notice with the media, or (3) contacting Qualcomm customers about the ongoing litigation; and

- Judgment is entered in favor of Arm and against Qualcomm on the portions of Plaintiffs' claims for violations of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* (Count VI) that rely upon (1) Arm filing *Arm Ltd. v. Qualcomm Inc. et al.*, No. 22-1146 (MN), (2) Arm discussing the breach notice with the media, or (3) contacting Qualcomm customers about the ongoing litigation.

SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Maryellen Noreika
United States District Judge

2