# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>    Defendant. | C.A. No. 24-490-MN<br><br> |

**DECLARATION OF ADAM JANES IN SUPPORT OF
DEFENDANT ARM HOLDINGS PLC'S CONCISE STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
THAT SECTION ▌ OF THE TLA AND ALA IS UNENFORCEABLE ("▌SOF")**

Dated: October 24, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
sdawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

I, Adam Janes, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Arm Holdings PLC ("Arm") in the above referenced action. I submit this declaration in support of Arm's Concise Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment that Section ▇ of the TLA and ALA is Unenforceable ("▇ SOF").

1. Attached as **Exhibit 1** is a true and correct excerpted copy of Arm Holdings PLC's Annual Report and Consolidated Financial Statements for the year ended March 31, 2024, bearing Bates stamp ARMQC_00000640.

2. Attached as **Exhibit 2** is a true and correct copy of the May 30, 2013 Amended and Restated Architecture License Agreement between Arm and Qualcomm, bearing Bates stamp ARM_00055357. ▇

3. Attached as **Exhibit 3** is a true and correct copy of the May 30, 2013 Technology License Agreement between Arm and Qualcomm, bearing Bates stamp ARM_00103918. ▇

4. Attached as **Exhibit 4** is a true and correct copy of the August 8, 2025 Expert Report of Patrick F. Kennedy, Ph.D. ▇

5. Attached as **Exhibit 5** is a true and correct copy of a document bearing Bates stamp ARMQC_02771200. ▇

6. Attached as **Exhibit 6** is a true and correct excerpted copy of the July 11, 2025 deposition transcript of Jonathan Weiser. ▇

7. Attached as **Exhibit 7** is a true and correct copy of an email thread bearing Bates stamp QCARM_7428754. ▇

3

8. Attached as **Exhibit 8** is a true and correct copy of an email thread bearing Bates stamp QCARM_3419636. ▮

9. Attached as **Exhibit 9** is a true and correct copy of an email thread bearing Bates stamp QCARM_3961297. ▮

10. Attached as **Exhibit 10** is a true and correct copy of an email thread bearing Bates stamp QCARM_3419788. ▮

11. Attached as **Exhibit 11** is a true and correct copy of an email thread bearing Bates stamp QCARM_3421025. ▮

12. Attached as **Exhibit 12** is a true and correct copy of D.I. 137 in C.A. No. 1:24-cv-00490-MN, Qualcomm's Second Amended Complaint, dated June 3, 2025. ▮

13. Attached as **Exhibit 13** is a true and correct copy of Qualcomm's Third Supplemental Responses and Objections to Arm's First Set of Interrogatories (Nos. 1-9), dated August 8, 2025. ▮

14. Attached as **Exhibit 14** is a true and correct excerpted copy of the July 9, 2025 deposition transcript of Jignesh Trivedi. ▮

15. Attached as **Exhibit 15** is a true and correct excerpted copy of the September 5, 2025 Rebuttal Expert Report of Michael C. Brogioli, Ph.D. ▮

16. Attached as **Exhibit 16** is a true and correct excerpted copy of the June 20, 2025 deposition transcript of Martin Weidmann. ▮

17. Attached as **Exhibit 17** is a true and correct excerpted copy of the July 7, 2025 deposition transcript of Aparajita Bhattacharya. ▮

18. Attached as **Exhibit 18** is a true and correct excerpted copy of the June 25, 2025 deposition transcript of Gerard R. Williams.

19. Attached as **Exhibit 19** is a true and correct excerpted copy of Qualcomm's Second Supplemental Responses and Objections to Arm's Second Set of Interrogatories (Nos. 10-13), dated August 8, 2025.

20. Attached as **Exhibit 20** is a true and correct excerpted copy of the July 3, 2025 deposition transcript of Jeffrey B. Golden.

21. Attached as **Exhibit 21** is a true and correct excerpted copy of Qualcomm's Responses and Objections to Arm's First Set of Request for Admission (Nos. 1-30), dated July 11, 2025.

22. Attached as **Exhibit 22** is a true and correct copy of Deposition Exhibit 48 to the June 25, 2025 deposition of Gerard R. Williams, bearing Bates stamp QCARM_0562765.

23. Attached as **Exhibit 23** is a true and correct excerpted copy of the September 5, 2025 Expert Report of Thomas W. Britven.

24. Attached as **Exhibit 24** is a true and correct copy of the September 25, 2025 deposition transcript of Patrick Kennedy, Ph.D.

25. Attached as **Exhibit 25** is a true and correct excerpted copy of Qualcomm's Second Supplemental Responses and Objections to Arm's Third Set of Interrogatories (No. 14), dated October 9, 2025.

26. Attached as **Exhibit 26** is a true and correct copy of the October 18, 2019 Annex 1 to the Technology License Agreement between Arm and Qualcomm, bearing Bates stamp ARMQC_02772366.

27. Attached as **Exhibit 27** is a true and correct copy of an ▉▉▉▉▉▉▉▉ ▉▉▉▉ ▉▉▉▉ ▉▉▉▉ between Arm and Qualcomm, bearing Bates stamp QCVARM_0617829. ▉▉▉▉▉▉▉▉▉▉▉▉

28. Attached as **Exhibit 28** is a true and correct copy of the ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ between Arm and Qualcomm, bearing Bates stamp ARMQC_02772246. ▉▉▉▉▉▉▉▉▉▉▉

29. Attached as **Exhibit 29** is a true and correct excerpted copy of the June 25, 2025 deposition transcript of Kurt Wolf. ▉▉▉▉▉▉▉▉▉▉▉▉

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of October 2025 at Chicago, Illinois.

*/s/ Adam Janes*
Adam Janes

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

                          YOUNG CONAWAY STARGATT &
                           TAYLOR, LLP

                          */s/ Anne Shea Gaza*
                          Anne Shea Gaza (No. 4093)
                          Robert M. Vrana (No. 5666)
                          Daniel G. Mackrides (No. 7230)
                          Rodney Square
                          1000 North King Street
                          Wilmington, DE 19801
                          (302) 571-6600
                          agaza@ycst.com
                          rvrana@ycst.com
                          dmackrides@ycst.com

                          *Attorneys for Defendant Arm Holdings plc*