# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., a Delaware corporation,
and QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

        Plaintiffs,

    v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a
U.K. corporation,

        Defendant.

REDACTED - PUBLIC VERSION
(Filed November 21, 2025)

C.A. No. 24-490-MN



---

**VOLUME 1 OF 2 (EXHIBITS 1-18) TO THE
DECLARATION OF PETER EVANGELATOS IN SUPPORT OF
DEFENDANT ARM HOLDINGS PLC'S CONCISE STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
THAT ARM DID NOT BREACH SECTIONS** ███████
**OF THE TLA (COUNTS VII-VIII) ("TLA SOF")**

Dated: October 24, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

(312) 862-2000
jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
sdawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

I, Peter Evangelatos, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Arm Holdings PLC ("Arm") in the above referenced action.  I submit this declaration in support of Arm's Concise Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment regarding Qualcomm's claims for breach of the TLA and implied covenant of good faith and fair dealing of the TLA ("TLA SOF").

1.      Attached as **Exhibit 1** is a true and correct copy of the May 30, 2013 Technology License Agreement between Arm and Qualcomm, bearing Bates stamp ARM_00103918. ████████
████████

2.      Attached as **Exhibit 2** is a true and correct copy of the October 18, 2019 Annex 1 to the Technology License Agreement between Arm and Qualcomm, bearing Bates stamp ARMQC_02772366. ████████

3.      Attached as **Exhibit 3** is a true and correct copy of an October 9, 2019 email thread, bearing Bates stamp ARMQC_02779501. ████████

4.      Attached as **Exhibit 4** is a true and correct copy of an April 2, 2024 email, bearing Bates stamp QCVARM_0524362. ████████

5.      Attached as **Exhibit 5** is a true and correct copy of an August 23, 2024 email thread, bearing Bates stamp QCVARM_0604257. ████████

6.      Attached as **Exhibit 6** is a true and correct copy of Qualcomm's Responses and Objections to Arm's Third Set of Interrogatories (Nos. 14-24), dated July 11, 2025. ████████
████████

7.      Attached as **Exhibit 7** is a true and correct copy of an October 24, 2024 IP Extension Offer between Arm and Qualcomm, bearing Bates stamp QCVARM_0617829. ███████

███████

8.      Attached as **Exhibit 8** is a true and correct copy of an October 23, 2024 letter from Spencer Collins to Ann Chaplin, bearing Bates stamp QCVARM_0616914. ███████

███

9.      Attached as **Exhibit 9** is a true and correct excerpted copy of the June 24, 2025 deposition transcript of Manju Varma. ███████

10.     Attached as **Exhibit 10** is a true and correct copy of the ███████ ███████ between Arm and Qualcomm, bearing Bates stamp ARM_01300665. ███████

11.     Attached as **Exhibit 11** is a true and correct copy of the ███████ ███████ between Arm and Qualcomm, bearing Bates stamp ARM_01298732. ███████

12.     Attached as **Exhibit 12** is a true and correct copy of the ███████ ███████ between Arm and Qualcomm, bearing Bates stamp ARM_01300650. ███████

13.     Attached as **Exhibit 13** is a true and correct copy of the ███████ ███████ between Arm and Qualcomm, bearing Bates stamp ARMQC_02772246. ███████

14.     Attached as **Exhibit 14** is a true and correct excerpted copy of the July 9, 2025 deposition transcript of Jeffrey M. Fonseca. ███████

15.     Attached as **Exhibit 15** is a true and correct copy of an October – December 2024 Arm Price Book, bearing Bates stamp ARMQC_02783619. ████████████████

16.     Attached as **Exhibit 16** is a true and correct excerpted copy of the June 25, 2025 deposition transcript of Kurt Wolf. ████████████████

17.     Attached as **Exhibit 17** is a true and correct copy of a May 22, 2025 email thread, bearing Bates stamp ARMQC_02774856. ████████████████

18.     Attached as **Exhibit 18** is a true and correct copy of Qualcomm's Second Supplemental Responses and Objections to Arm's Third Set of Interrogatories (No. 14), dated October 9, 2025. ████████████████

19.     Attached as **Exhibit 19** is a true and correct copy of the August 8, 2025 Expert Report of Patrick F. Kennedy, Ph.D. ████████████████

20.     Attached as **Exhibit 20** is a true and correct copy of the January 10, 2025 IP Extension Offer between Arm and Qualcomm, bearing Bates stamp QCVARM_0523650. ████████████████

21.     Attached as **Exhibit 21** is a true and correct copy of the September 25, 2025 deposition transcript of Patrick Kennedy, Ph.D. ████████████████

22.     Attached as **Exhibit 22** is a true and correct copy of the September 19, 2025 Reply Expert Report of Patrick F. Kennedy, Ph.D. ████████████████

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of October 2025 at New York City, New York.

/s/ Peter Evangelatos
Peter Evangelatos

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

# TLA SOF

# Exhibit 1

## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 2
## (REDACTED IN ITS ENTIRETY)

**TLA SOF**

# Exhibit 3

Message

| From: | Keith Kressin [kkressin@qti.qualcomm.com] |
|---|---|
| Sent: | 10/09/2019 02:36:26 |
| To: | Todd Lepinski [Todd.Lepinski@arm.com]; Will Abbey [Will.Abbey@arm.com] |
| CC: | Travis Lanier [tlanier@qti.qualcomm.com]; Lynn Couillard [Lynn.Couillard@arm.com]; grajiv@qti.qualcomm.com; RK Chunduru [rkc@qti.qualcomm.com] |
| Subject: | Re: ███████████████ |

Hi Todd/Will,



Look forward to discussion tomorrow

Keith


> On Sep 8, 2019, at 3:33 PM, Todd Lepinski <Todd.Lepinski@arm.com> wrote:
>
> Travis, Rajiv and team,



IMPORTANT NOTICE: The contents of this email and any attachments are confidential and may also be privileged. If you are not the intended recipient, please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Thank you.

ARMQC_02779502

# TLA SOF

# Exhibit 4

Message

---

**Sent**:      4/2/2024 11:48:20 PM
**To**:        Dawn Hill [Dawn.Hill@arm.com]; Akshay Bhatnagar [Akshay.Bhatnagar@arm.com]
**CC**:        Richard Meacham [rmeacham@qti.qualcomm.com]
**Subject**:   Lets keep the momentum rolling and extend some more IPs!

Hi Dawn



Thx,
**Kurt A. Wolf**



QCVARM_0524362

TLA SOF

# Exhibit 5

Message

| | |
|---|---|
| **From**: | Manju Varma [mvarma@qti.qualcomm.com] |
| **Sent**: | 8/23/2024 12:03:23 AM |
| **To**: | Kurt Wolf [kwolf@qti.qualcomm.com]; Karl Whealton [kwhealto@qti.qualcomm.com]; Jeff Fonseca [Jeff.Fonseca@arm.com] |
| **CC**: | Jeffrey Coulter [Jeffrey.Coulter@arm.com]; Richard Meacham [rmeacham@qti.qualcomm.com]; John Holland [hollandj@qti.qualcomm.com] |
| **Subject**: | █████████████████████████████████████ |

Thanks Kurt.

Hi Jeff,
Nice to meet you over email 😊. Look forward to engaging with you!

Regards,
Manju

**From:** Kurt Wolf <kwolf@qti.qualcomm.com>
**Sent:** Thursday, August 22, 2024 3:06 PM
**To:** Manju Varma <mvarma@qti.qualcomm.com>; Karl Whealton <kwhealto@qti.qualcomm.com>; Jeff Fonseca <Jeff.Fonseca@arm.com>
**Cc:** Jeffrey Coulter <Jeffrey.Coulter@arm.com>; Richard Meacham <rmeacham@qti.qualcomm.com>; John Holland <hollandj@qti.qualcomm.com>
**Subject:** ████████████████████████████████

Hi Jeff,
I like to e-introduce Manju and Karl in QCOM CPU Product Management Team.
They are involved with the requests discussed today and copied below for reference.

Hi Manju and Karl,
Jeff is beginning to discuss below internally and will update us when he has feedback

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

8/22/2024 QCOM requests;

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

**Kurt A. Wolf**



**From:** Asim Chaudhry <Asim.Chaudhry@arm.com>
**Sent:** Tuesday, August 20, 2024 9:18 AM
**To:** Manju Varma <mvarma@qti.qualcomm.com>; Karl Whealton <kwhealto@qti.qualcomm.com>; Ziad Asghar <zasghar@qti.qualcomm.com>; Jean-Francois Vidon (Jeff) <jvidon@qti.qualcomm.com>; Azzedine Touzni <atouzni@qti.qualcomm.com>; Christophe Avoinne <cavoinne@qti.qualcomm.com>; Xavier Leloup <xleloup@qti.qualcomm.com>; Jean-Marc Ricatte <jricatte@qti.qualcomm.com>; Jean-Louis Tardieux <jtardieu@qti.qualcomm.com>; Olivier Alavoine <oliviera@qti.qualcomm.com>; Anshuman Saxena <ansaxena@qti.qualcomm.com>; Jeremiah Golston <jgolston@qti.qualcomm.com>; Bill Pinnell <wpinnell@qti.qualcomm.com>; Richard Meacham <rmeacham@qti.qualcomm.com>; Rahul Gulati <rahul@qti.qualcomm.com>; Antonio Priore <apriore@qti.qualcomm.com>; Jon Gibbons <jgibbons@qti.qualcomm.com>; John Kehrli <jkehrli@qti.qualcomm.com>; John Harrsen <jharrsen@qti.qualcomm.com>; Rishi Bhattacharya <rishib@quicinc.com>; Asaf Shen <asafshen@qti.qualcomm.com>; Dale dela Cruz <dcruz@qti.qualcomm.com>; Kurt Wolf <kwolf@qti.qualcomm.com>; Andrew Laister <alaister@qti.qualcomm.com>; John Turner <tjohn@qti.qualcomm.com>; Leendert van Doorn <leendert@qti.qualcomm.com>; Iqbal Hussain <ihussain@qti.qualcomm.com>; Samuel Caldwell <scaldwel@qti.qualcomm.com>
**Cc:** Jeffrey Coulter <Jeffrey.Coulter@arm.com>; Jeff Fonseca <Jeff.Fonseca@arm.com>; Brian Lindberg <Brian.Lindberg@arm.com>
**Subject:** Important: Arm Account Team Update (and Thank You)

> **WARNING:** This email originated from outside of Qualcomm. Please be wary of any links or attachments, and do not enable macros.

Hi All,

I hope you all are doing well. I'm reaching out to you to inform you of an update to the Arm account team for the Qualcomm-Arm relationship. From today, the following individuals will be your main contact points for anything Arm:

**Jeff Fonseca (<Jeff.Fonseca@arm.com>), Director Partner Manager,** is now the Partner Manager responsible for Qualcomm. He will be your contact point for any account activities including all commercial and legal requests.

**Jeffrey Coulter (<Jeffrey.Coulter@arm.com>), Staff Field Applications Engineer,** will be your contact for any technical requests moving forward. Jeffrey will be replacing me in handling technical discussions and escalations for Qualcomm. For any existing threads that I have been handling I will continue until they are closed, however for any new requests please contact Jeffrey.

**Brian Lindberg (<Brian.Lindberg@arm.com>), Partner Program Manager,** will be the assigned Partner Program Manager for Qualcomm. All Errata will be reported by him, and he will be your contact for any support case management.

I also wanted to take this time to thank you for all the interactions as I've supported Qualcomm over the past 7+ years. You all are some of the most impressive individuals I've worked with in my career, and it was a pleasure supporting you. I am still at Arm and in San Diego, so please don't hesitate to keep in touch!

You are in great hands with the new account team - please let me know if you have any questions or concerns. Thanks again,

--------------------------------

Asim Chaudhry

Arm, Inc

Principal Field Applications Engineer

Mobile: +1 (631) 838-8327

Asim.Chaudhry@arm.com

IMPORTANT NOTICE: The contents of this email and any attachments are confidential and may also be privileged. If you are not the intended recipient, please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Thank you.

QCVARM_0604259

# TLA SOF

# Exhibit 6
# (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 7
## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 8



110 Fulbourn Road
Cambridge, CB1 9NJ
United Kingdom
Spencer.Collins@arm.com

October 23, 2024

**VIA E-MAIL ONLY**

Ann Chaplin
General Counsel & Corporate Secretary
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121-1714
AChaplin@qualcomm.com

Dear Ann:





Sincerely,

Spencer Collins
EVP, Chief Legal Officer
Arm Limited

QCVARM_0616915

# TLA SOF

# Exhibit 9

# (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 10
## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 11

# (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 12

## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 13
## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 14
# (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 15

## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 16

## (REDACTED IN ITS ENTIRETY)

# TLA SOF

# Exhibit 17

**(REDACTED IN ITS ENTIRETY)**

# TLA SOF

# Exhibit 18

**(REDACTED IN ITS ENTIRETY)**