IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | REDACTED - PUBLIC VERSION<br>(Filed November 21, 2025)<br><br>C.A. No. 24-490-MN<br><br> |

## ARM HOLDINGS PLC'S CONCISE STATEMENT OF ADDITIONAL FACTS IN SUPPORT OF ITS OPPOSITION TO QUALCOMM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Dated: November 7, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
sdawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

## I. FACTS PRECLUDING COLLATERAL ESTOPPEL SUMMARY JUDGMENT

1. In May 2022, an Arm engineer compared the ▮▮▮ and ▮▮▮ cores and concluded ▮▮▮▮▮▮▮▮▮▮ Ex. 1. Arm's Chief Architect stated ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.*

2. In September 2022, an Arm engineer compared the ▮▮▮ and ▮▮▮ cores and remarked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 2 at -388-89; Ex. 3 § XIII.

3. On January 8, 2025, Arm told Qualcomm it would "treat the Nuvia CPUs as falling within the scope of the Qualcomm ALA" and to "provide support for the Nuvia CPUs, including support and verification services …." TI SOF Ex. 9; Ex. 4 at ROG 1; Ex. 5 at ROG 10.

## II. FACTS THAT PRECLUDE SUMMARY JUDGMENT ON ARM'S ALLEGED BREACH OF THE TLA

4. As of April 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 6 at 49:13–51:10.

5. In April 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 7 at -056.

6. Qualcomm asked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 7; TLA SOF Ex. 4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ TLA SOF Ex. 5.

7. In September 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Exs. 8, 9.

8. Arm responded to Qualcomm's letters on October 23, 2024. TLA SOF Ex. 8. Arm stated ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

███ *Id.* at -914. Arm further stated that ███

███ *Id.* at -915.

9. Arm provided an ███ TLA SOF Ex. 7; ███ SOF Ex. 27.

10. Arm ███ Ex. 5 at 58-60. ███ Ex. 10 ¶¶ 106-112.

11. In the ███ TLA SOF Ex. 7; ███ SOF Ex. 27 at -830.

12. Karthik Shivashankar testified that ███

Ex. 11 at 60:3-63:3, 62:24-65:1.

13. Ehab Youssef confirmed that ███ Ex. 12 at 61:6-62:8. ███ Ex. 11 at 85:11-86:10; *see also id.* at 89:12-24, 89:25-90:6, 95:6-96:25. ███ Ex. 11 at 85:20-86:15, 89:24-90:16; Ex. 12 at 71:4-72:9 ███

14. Akshay Bhatnagar was ███ Ex. 13 at 35:3-36:8, 40:24-42:1, 74:21-76:5. ███ *Id.* at 47:2-23, 71:9-24.

2

15. ██████████████████████████████████████████████████████████

██████████████████████████████████████████████ Ex. 12 at 63:25-64:22, 65:24-68:24 █████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████ Ex. 10 ¶¶ 106-112; Ex. 14 at -847, -851.

16. After Arm determined the ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████ Ex. 12 at 68:25-71:3. ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████ *Id.* at 70:12-71:21. ████████████████████████████

██████████████████████████████████████. *Id.*

17. ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████ TLA SOF Ex. 14 at 48:18-21, 49:13-50:2, 168:2-17; TLA SOF Ex. 13; ███ SOF Ex. 28 (SMA).

18. ███████████████████████████████████████████████████████

██████████████████████████████████ TLA SOF Ex. 7; ███ SOF Ex. 27 at -830 █████

████████████████████████████████████████████████████████████

19. Qualcomm ████████████████████████████████████████████

████████████████████████████████ Ex. 15 at 130:21-133:3, 179:14-19.

3

### III.  FACTS THAT PRECLUDE SUMMARY JUDGMENT ON UNCLEAN HANDS

20. Qualcomm has participated in private meetings with the European Commission, US Federal Trade Commission, and Korea Fair Trade Commission and provided with confidential filings alleging Arm has engaged in anticompetitive behavior. Ex. 16 at 1; Ex. 17 at 192:25-193:3.

21. On March 25, 2025, Bloomberg published an article titled "Qualcomm Takes Legal Fight with Arm to Global Antitrust Agencies," about Qualcomm's non-public complaints of anticompetitive behavior at the European Commission, US Federal Trade Commission, and Korea Fair Trade Commission. Ex. 16. Before the story was published in Bloomberg, Qualcomm had been in contact with Josh Sisco, an author of the article, about the story. Opp. Ex. 17 at 22:5-23:25, 191:23-192:11.

22. Qualcomm's General Counsel ███████████████████████████████████████████████████████. *Id.* at 201:10-204:3, 185:23-186:1.

23. Arm raised four bases for unclean hands, Qualcomm: (i) induced Nuvia to materially breach the Nuvia ALA; (ii) published the contents of the Breach Letter just days after Arm did; (iii) leaked to Bloomberg non-public complaints for the March 25, 2025 article; and (iv) ████████████████████████████████████ were made in bad faith, were deceitful, and/or were fraudulent. D.I. 234 at 43-44; Ex. 5 at 21-23; Ex. 19 at 2-6.

4

Dated: November 7, 2025

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
shaelyndawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

5

755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Kyle W.K. Mooney
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4092
kmooney@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com
John Poulos
NORTON ROSE FULBRIGHT US LLP

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

                        YOUNG CONAWAY STARGATT &
                         TAYLOR, LLP

                        */s/ Anne Shea Gaza*
                        Anne Shea Gaza (No. 4093)
                        Robert M. Vrana (No. 5666)
                        Daniel G. Mackrides (No. 7230)
                        Rodney Square
                        1000 North King Street
                        Wilmington, DE 19801
                        (302) 571-6600
                        agaza@ycst.com
                        rvrana@ycst.com
                        dmackrides@ycst.com

                        *Attorneys for Defendant Arm Holdings plc*