IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-490 (MN)<br> ) <br> ) <br> ) ■■■■■■■■■■<br> ) <br> ) REDACTED PUBLIC VERSION<br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OF DEFENDANT ARM'S EXPERT OPINIONS AND TESTIMONY

Pursuant to Federal Rule of Evidence 702, Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Plaintiffs") move to exclude certain opinions of Defendant Arm Holdings plc, f/k/a Arm Ltd.'s experts Michael Brogioli, Steven Richards, Thomas Britven, and Timothy Simcoe.

The grounds for this motion are set forth in Plaintiffs' Opening Brief and accompanying papers, filed herewith.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Erin J. Morgan
DUNN, ISAACSON, RHEE LLP
11 Park Place
New York, NY 10007
(202) 240-2900

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Original filing date: October 24, 2025
Redacted filing date: November 21, 2025

**RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. Local Rule 7.1.1, counsel for Plaintiffs met and conferred with counsel for Defendant regarding the relief sought by the foregoing motion, and Arm opposes this motion.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
*Attorneys for Defendant*

William Frentzen, Esquire VIA ELECTRONIC MAIL
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C. VIA ELECTRONIC MAIL
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant*

Jay Emerick, Esquire  VIA ELECTRONIC MAIL
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire  VIA ELECTRONIC MAIL
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>                    Plaintiffs,<br><br>            v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having reviewed and considered Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Arm's Experts Michael Brogioli, Steven Richards, Thomas Britven, and Timothy Simcoe under Fed. R. Evid. 702 and *Daubert* ("the Motion"), the related briefing and all arguments thereto:

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to exclude the opinions and testimony of Dr. Brogioli, Mr. Richards, Mr. Britven, and Professor Simcoe is hereby GRANTED.

2. Dr. Brogioli's opinions regarding: (1) "Nuvia-based cores," (2) CPU verification materials (OOBs and ACK patches) and support (███████ ███████), (3) harm to Qualcomm from Arm's withholding of CPU ███████, (4) Arm's ███████ and the ███████ being "significant technical improvements," and (5) the performance of Arm implementation cores are hereby excluded. Dr. Brogioli

is precluded from providing testimony reflected in the following paragraphs of his September 5, 2025 report:  ¶¶ 1-419.

3. Mr. Richards' opinions (1) that Qualcomm was required to disclose Arm's October 22, 2024 Letter in Qualcomm's 2024 SEC filings, (2) that Qualcomm's SEC disclosures do not convey the harm alleged in the Second Amended Complaint, and (3) regarding Qualcomm's state of mind are hereby excluded.  Mr. Richards is precluded from providing testimony reflected in the following paragraphs of his September 5, 2025 report:  ¶¶ 1-94.

4. Mr. Britven's opinions:  (1) that Arm ███████████████████ ███████████████ to Qualcomm for ███████████████; (2) that ███████████████████████████████████████████████; (3) that it was ███████████████████████████████████████ ███████████████████████; and (4) regarding causation for changes in the business deal between Qualcomm and a third party, are hereby excluded.  Mr. Britven is precluded from providing testimony reflected in the following paragraphs of his September 5, 2025 report:  ¶¶ 17-18, 77-81, 109, 147-49, 151, 203, 209-15.

5. Professor Simcoe's opinions regarding the parties' intent or state of mind (or any interpretation thereof), speculation about future technical ecosystems or consumer behavior, or generalized assumptions about Arm's ecosystem and harm to Qualcomm based on total aggregate revenue and R&D expenditures are hereby excluded. Professor Simcoe is precluded from providing testimony reflected in the following paragraphs of his September 5, 2025 report:  ¶¶ 56-62, 67-74, 82-86, 108, 120-26, 131-26, 141, 145-48, 150-61, 166-71, 212-26, 236-37.

It is SO ORDERED, this _____ day of _____ 2025.

                                                                  _____
                                                                  The Honorable Maryellen Noreika
                                                                      United States District Judge