IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>)   REDACTED PUBLIC VERSION<br>)<br>)<br>) |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS'
ANSWERING BRIEF IN OPPOSITION TO ARM'S MOTION TO EXCLUDE THE
EXPERT OPINIONS AND TESTIMONY OF ERIC A. POSNER AND PARTIALLY
EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF PATRICK F. KENNEDY**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an Arm slide titled "QC Proposal for ▮▮▮ (Cortex-A720) and ▮▮▮ (Cortex-520) [Licensing Guidance]," Bates stamped ARMQC_02784204.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed this 7th day of November, 2025 in New York, NY.

*/s/ Catherine Nyarady*
Catherine Nyarady

Original filing date: November 7, 2025
Redacted filing date: November 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Joyce Liou, Esquire<br>Daralyn J. Durie, Esquire<br>Shaelyn K. Dawson, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>Meet Yatin Mehta, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>Sarah E. Brickey, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Daniel P. Muino, Esquire    *VIA ELECTRONIC MAIL*
David Nathaniel Tan, Esquire
Sydney K. Cooper, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
*Attorneys for Plaintiff*

Nicholas Rylan Fung, Esquire    *VIA ELECTRONIC MAIL*
Henry Huttinger, Esquire
Zach B. Quinlan, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
*Attorneys for Plaintiff*

Kyle W.K. Mooney, Esquire    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Plaintiff*

Michael J. DeStefano, Esquire    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
600 Brickell Avenue, Suite 1560
Miami, FL 33131
*Attorneys for Plaintiff*

Gregg F. LoCascio, P.C.    *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Plaintiff*

Jay Emerick, Esquire    *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Plaintiff*

Peter Evangelatos, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

5