# Exhibit 1

# QC Proposal for ▮▮▮ (Cortex-A720) and ▮▮▮ (Cortex-520) [Licensing Guidance]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    Confidential © 2023 Arm

ARMQC_02784204

arm

ARMQC_02784204