IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, )
  a Delaware corporation; and )
QUALCOMM TECHNOLOGIES, INC., )
  a Delaware corporation, )
                   )
          Plaintiffs, )
                   )
      v. )
                   )
ARM HOLDINGS PLC., f/k/a ARM LTD., )
  a U.K. corporation, )
                   )
         Defendant. )

C.A. No. 24-490 (MN)

██████████████████

REDACTED PUBLIC VERSION

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER *NOERR-
PENNINGTON* AND FOR LACK OF CAUSATION WITH RESPECT TO
QUALCOMM'S GOOD FAITH AND FAIR DEALING, TORTIOUS
INTERFERENCE, AND UCL CLAIMS (COUNTS III-VI); AND FOR
PARTIAL SUMMARY JUDGMENT ON QUALCOMM'S BREACH
OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR
DEALING (COUNT III)**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiffs*

1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

Original filing date: November 7, 2025
Redacted filing date: November 21, 2025

## I.    ARM'S REFUSAL TO REASONABLY OFFER PERIPHERAL IP

1.    Arm makes the peripheral IP products ███████████████████████ ████████████████ generally available for licensing.  *See, e.g.*, Ex. 71 at -683-84 (████████ ██████████████████████████ .

2.    Qualcomm licensed each of the peripheral IP products at issue in its breach of the implied covenant claim (███████████████████████████████████████████) for a ██████████ under its TLA in ██████ D.I. 429 Ex. 26; Ex. 56.

3.    When Qualcomm ███████████████████████ for the ████████ and ████████████ in the ████████████████████████████████████████████████████ ████████████████████ . Ex. 69. █████████████████████████████████ ██ ████████████████████ . D.I. 435 Ex. 4.

4.    Arm █████████████████████████████ (and the cores codenamed ████████████████████████ on ████████████████ . D.I. 429 Ex. 27. ████████████████ that Qualcomm's expert Dr. Kennedy ████████████████████████████████████ ██████████████████████████████ . D.I. 424 Ex. 69 ¶ 101.

5.    ████████████████████████████████████████████████████ ██████████████████████████████ . Ex. 60.  Arm ████████████████████ ████████████████████████████████ . D.I. 436 Ex. 20.

6.    Arm's ████████████████████████████████████████ ████████████████████████ . D.I. 436 Ex. 20.  Both parties' experts agree that █████████ ██████████████████████████ ████████████████████████████████ ████████████████████████ . D.I. 424 Ex. 69 Fig. 23; D.I. 439 Ex. 18 Tbl. 8.

## II.    ARM'S LEAKS OF CONFIDENTIAL INFORMATION[1]

7.    Arm's October 22 letter stated that Qualcomm's "obligations are reflected in multiple places in the Qualcomm ALA, including but not limited to Sections ████████ ████████████████ D.I. 423 Ex. 4. Arm's letter also asserted that Qualcomm must ██████████████████████████████████████████████ ████████████ *Id.* Arm ██████████████████████████████. D.I. 421 ¶ 3.

8.    Arm stipulated in the Arm Action that the chair of its Board told ██████ executives about a term of the ALA (its duration) in 2022, representing that Qualcomm's ALA would expire in 2025. Ex. 72, Arm Action, D.I. 518-1 at ¶ 13. Qualcomm's license does not expire in 2025. Ex. 68 at 345:22-346:24 (Haas Trial Tr.); D.I. 428 Ex. 2 ██████.

## III.    QUALCOMM'S CUSTOMERS' CONCERNS ABOUT THE OCT. 22 LETTER

9.    ███████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████ Ex. 73.

10.    ███████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████

---

[1] Arm's leak of the October 22 letter is discussed further in Qualcomm's Concise Statement of Facts in Opposition to Arm's Motion for Summary Judgment on its UCL claim.

████  D.I. 424 Ex. 25 at -475; D.I. 421 ¶ 18.

11.    Qualcomm's Senior Director of Sales and Business Development Pavan Mulabagal, part of the ████ negotiation team, testified that ████████████████████

████████████████████████████████████

████████████████  Ex. 75 at 41:12-44:14, 49:6-11, 53:20-55:12.

12.    ████████████████████████

████████████████████████████████████

██████████████████████

13.    ████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████

14.    ████████████████████████

████████████████████████████████████

██████████████████████

15.    Numerous Qualcomm customers reached out with concerns about Qualcomm's ability to provide products in light of Arm's leak of the October 22 letter. *See, e.g*., Ex. 77; Ex. 78; Ex. 79; Ex. 80; Ex. 81.  Qualcomm employees spent time trying to assuage these concerns and attempting to mitigate the harm on Qualcomm's business.  Ex. 82 at 14:1-15:18, 20:21-23:1, 52:9-56:14, 69:22-72:21, 86:14-89:3, 98:23-100:9 (Jeon); D.I. 423 Ex. 14 at 41:9-43:12, 45:9-18, 53:16-55:14, 107:1-108:19, 119:13-120:15, 157:23-158:4, 287:4-8, 294:8-295:14 (Amon); Ex. 87 at 57:14-58:25 (Chaplin); Ex. 83 at 73:12-74:13, 75:25-76:8, 79:20-83:10, 91:13-92:6, 112:3-114:3 (Patrick).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

November 7, 2025

Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                            *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Joyce Liou, Esquire                                               *VIA ELECTRONIC MAIL*
Daralyn J. Durie, Esquire
Shaelyn K. Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Plaintiff*

Erik J. Olson, Esquire                                            *VIA ELECTRONIC MAIL*
Meet Yatin Mehta, Esquire
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Plaintiff*

Scott F. Llewellyn, Esquire                                       *VIA ELECTRONIC MAIL*
Sarah E. Brickey, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202-5638
*Attorneys for Plaintiff*

Daniel P. Muino, Esquire                        *VIA ELECTRONIC MAIL*
David Nathaniel Tan, Esquire
Sydney K. Cooper, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Plaintiff*

Nicholas Rylan Fung, Esquire                    *VIA ELECTRONIC MAIL*
Henry Huttinger, Esquire
Zach B. Quinlan, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Plaintiff*

Kyle W.K. Mooney, Esquire                       *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Plaintiff*

Michael J. DeStefano, Esquire                   *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
600 Brickell Avenue, Suite 1560
Miami, FL  33131
*Attorneys for Plaintiff*

Gregg F. LoCascio, P.C.                          *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Plaintiff*

Jay Emerick, Esquire                             *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Plaintiff*

Peter Evangelatos, Esquire                                  *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Plaintiff*


                                        */s/ Jennifer Ying*
                                        _____
                                        Jennifer Ying (#5550)