IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, <br> a Delaware corporation; and <br> QUALCOMM TECHNOLOGIES, INC., <br> a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARM HOLDINGS PLC., f/k/a ARM LTD., <br> a U.K. corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 24-490 (MN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) REDACTED PUBLIC VERSION <br> ) <br> ) |

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR OPPOSITION TO ARM'S MOTION FOR SUMMARY JUDGMENT THAT SECTION ▓▓ OF THE TLA AND ALA IS UNENFORCEABLE**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiffs*

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

Original filing date: November 7, 2025
Redacted filing date: November 21, 2025

## I. SECTIONS ▇ OF THE QUALCOMM ALA AND TLA ARE ENFORCEABLE

1. ▇

    ▇

    ▇

    ▇

    ▇ D.I. 428 Ex. 3 § ▇

2. ▇

    ▇

    ▇

    ▇ D.I 428 Ex. 3 § ▇.

3. ▇

    ▇

    ▇

    ▇. D.I. 428 Ex. 2 §§ ▇.

4. ▇

    ▇

    ▇

    ▇

    ▇ D.I. 428 Ex. 2 § ▇

5. Both the ALA and TLA ▇

    ▇

    ▇

███████████████████████████████████████████████████████████

█████████████████████████████." D.I. 428 Ex. 2 § ██; D.I. 428 Ex. 3 §§ █████ █████

███████████████████████████████████████████████████████████

████████████████████████████████████████████t.

6. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████. D.I. 428 Ex. 2 ██. █████████████

████████████████████████████████████ D.I. 428 Ex. 3 § █.

**A.    The** ████████ ***Remedy Is Not A Liquidated Damages Provision.***

7.    ████████ of the TLA and ALA do not provide any fixed amount of damages in the event of breach. D.I. 428 Ex. 2 ████ D.I. 428 Ex. 3 ████

8.    ████████ of the TLA and ALA do not provide any formula by which damages can be readily ascertained, such as █████████████████████████████████████ ████████████████████████████. D.I. 428 Ex. 2 ███; D.I. 428 Ex. 3 § ██.

9.    ███████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████ D.I. 428 Ex. 3 § ███; D.I. 428 Ex. 2 § ██. These factors change depending on ███████████████████████████████████████████████████████████ ██████████████████████████. Ex. 22 at –372 ████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████); *Id.* (providing for

2

███████████████████████████████████████████████████████████████

███████████████████████████████████████); Ex. 4 (Cochron) at 200:12-201:11; Ex. 24 (summary of royalties paid for HHY); D.I. 428 Ex. 4 ¶¶ 32-47, Schedule 2.1-2.4 (royalty payments from 2023-2025).

10.  Qualcomm's business plans, including product roadmaps and product release plans, are constantly changing. ████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████. Ex. 2 (Amon) at 69:7-71:6; 80:15-83:17; 107:1-108:13; Ex. 3 (Asghar) at 36:4-39:20; 43:11-44:14; Ex. 5 (Varma) at 101:17-103:5; 128:21-129:1 ██████████████████████████████████

████); Ex. 6 (G. Williams) at 66:20-67:3; Exs. 11-14; *see also* Exs. 25-46; D.I. 435 Ex. 2.

11.  ████████████████████████████ are not certain or readily ascertainable. D.I. 445 Ex. 39 at 10 ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████.

**B.     *If Section ██ Is A Liquidated Damages Provision, It Is Not An Unenforceable Penalty.***

12.  ██████████ of the ALA and TLA were ████████████████████████████ ████████████████████████████████████████████. Ex. 1 (Sand) at 16:16-23:23; Ex. 93 (Weiser) at 52:12-55:21; *see also e.g.*, Ex. 18; Ex. 17 at -662 (Arm's ████████████████████████████████████████ ██████████); Ex. 16 at -135 (April 2013 TLA redline); Ex. 93 (Weiser) at 77:10-23, 152:2-157:19; D.I. 415 ¶ 2.

13.  At the time of negotiations, Qualcomm expressed concerns to Arm that ███████

3

██████████████████████████████████████████████████████████████████████

████████████████████████████████████ Ex. 93 (Weiser) at 153:25-155:7. During negotiations, Qualcomm also expressed concern that ████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

*Id.*; *see also id.* 78:23-79:24, 154:21-155:16; D.I. 411 Ex. 2 ¶¶ 64-66.

14. At the time of those negotiations through present, Arm is the exclusive licensor of the Arm ISA and has control over its Architecture and all Arm implementation cores and other off-the-shelf Arm technology. D.I. 411 Ex. 2 at ¶¶ 11-12; D.I. 234 ¶¶ 1-3.

15. At the time of those negotiations through present, there has not been a viable alternative to Arm's ISA for all applications. *See* D.I. 411 Ex. 2 ¶¶ 11, 33-35; Ex. 15 at -146; Ex. 3 (Asghar) at 106:6-23; Ex. 9 at -058; Ex. 10 at -029.

16. Qualcomm's chip business is a multi-billion dollar a year business. In the 2023-2024 fiscal year, Qualcomm generated $32.8 billion from the sale of equipment and services, including $24.8 billion from handsets alone. Ex. 23 at 41, 44. ████████████████████
███████████████████████████████████████████████.

17. Qualcomm's 30(b)(6) witness for ALA and TLA negotiations testified that ██████
██████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████
████████████████████████████ Ex. 93 (Weiser) at 153:5-19.

4

| | |
|---|---|
| OF COUNSEL:<br><br>Karen L. Dunn<br>William A. Isaacson<br>Erin J. Morgan<br>Melissa F. Zappala<br>Jenifer N. Hartley<br>DUNN ISAACSON RHEE LLP<br>401 Ninth Street NW<br>Washington, DC 20004<br>(202) 240-2900<br><br>Catherine Nyarady<br>Anish Desai<br>Jacob A. Braly<br>S. Conrad Scott<br>Jacob Apkon<br>Flint A. Patterson<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br><br>Adam L. Basner<br>Eric C. Westerhold<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>(202) 223-7300<br><br>Gregg Stephenson<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>(628) 432-5100<br><br>November 7, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br>_____<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>Ben Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br>byenerall@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire                                                        *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire                                         *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA  92130
*Attorneys for Defendant*

William Frentzen, Esquire                                       *VIA ELECTRONIC MAIL*
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire                                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.                                         *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire  
Adam M. Janes, Esquire  
Reid McEllrath, Esquire  
KIRKLAND & ELLIS LLP  
333 West Wolf Point Plaza  
Chicago, IL  60654  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire  
Nathaniel Louis DeLucia, Esquire  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY  10022  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

8