IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,           )
  a Delaware corporation; and       )
QUALCOMM TECHNOLOGIES, INC.,      )
  a Delaware corporation,           )
                                 )   C.A. No. 24-490 (MN)
           Plaintiffs,            )
                                 )
      v.                          )
                                 )
ARM HOLDINGS PLC., f/k/a ARM LTD., )
  a U.K. corporation,               )
                               )   REDACTED PUBLIC VERSION
          Defendant.              )

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT
OF THEIR OPPOSITION TO ARM'S MOTION FOR
SUMMARY JUDGMENT THAT ARM DID NOT BREACH SECTIONS ▉ AND
▉ OF THE TLA (COUNTS VII-VIII)**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiffs*

Adam L. Basner
Eric C. Westerhold
Paul, Weiss, Rifkind, Wharton
    & Garrison LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
Paul, Weiss, Rifkind, Wharton
    & Garrison LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

Original filing date: November 7, 2025
Redacted filing date: November 21, 2025

## I.     THE QUALCOMM TLA

1.  D.I. 435 Ex. 1

2. 



. . .



*Id.* § 





*Id.* §

**APPLIES TO QUALCOMM'S**

4.    On March 23, 2012, Qualcomm circulated an early draft of that stated:

Ex. 48 at -231.

5.

*Id.* at -230.

6.

re." *Id.*

7.

." *Id.*

8.

. Ex. 49 at -068.

9.    ███████████████████████████████████████

████████████████████. *Id.*

10.    ██████████████████████████████████████

███████████████████. *Compare id., with* D.I. 435 Ex. 1 § ████

11.    Laura Sand, who was personally involved in negotiating the ████████████

█████ of the TLA on behalf of Qualcomm, testified that ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████ Ex. 50 at

89:11-17; 97:6-17 (Sand); Ex. 1 at 11:8-20, 26:8-20 (Sand).

12.    Jonathan Weiser, who was personally involved in negotiating the TLA, likewise

testified that ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████    Ex. 93 at 52:12-15, 186:25-190:3 (Weiser).

13.    Arm witnesses understand ██████████ to apply to all requests by Qualcomm to

license an ████████████████. Ex. 51 at 65:1-20, 72:3-7, 74:19-75:11 (Abbey); Ex. 52 at

17:7-11, 148:16-149:23 (Couillard).

14.    Arm claims that it complied with ██████████ in connection with Qualcomm's

████████████████ ████████████. Ex. 53 at 61:17-62:8 (Youssef); Ex. 54

at 60:15-61:5 (Shivashankar); Ex. 55 at 60-62.

15.    Arm has never licensed a core to Qualcomm for a term of ██-months or less. D.I.

435 Ex. 2 ████████████ Ex. 26 ████████████ Ex. 27 ████████████); Ex. 34 ████

████████████████); Ex. 35 ████████████

16. Arm ██████████████████████████████████████████████
█ ████████████████████ ████████████████████████████████. Ex. 57.

**III.    Arm Breached Section ████ By ██████████████████████████**

17. When ███████████████████████████████████████████
███████████████████████████████████████████. D.I.
435 Ex. 2 ██ Ex. 58 at -706; Ex. 59 at -888.

18. On ██████████████████████████████████████████
████████████████████████████████████████████████
███████ Ex. 60.

19. Arm did not ████████████████████████████████
████████████████████████████████████████████████
███████████████████████████. Ex. 64 at -547; EX. 65; Ex. 53
at 100:3-102:2 (Youssef).

20. After Qualcomm moved to amend its complaint to allege that Arm breached
████████ by ████████████████████ (D.I. 90), Jeff Fonseca told Kurt Wolf █
███████████████████ ███████ ████████████████████████████
██████ █████████████████████████ █████████████████████.
D.I. 435 Ex. 17 at -856; Ex. 61 at -726.

21. ███████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████

22. Arm never provided Qualcomm ████████████████████████
██████████████████ D.I. 442 Ex. 38 at 62-63.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

November 7, 2025

Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

6

Erik J. Olson, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA  92130
*Attorneys for Defendant*

William Frentzen, Esquire                                 *VIA ELECTRONIC MAIL*
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.                                   *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire                                    *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire                              *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*


                                    */s/ Jennifer Ying*
                                    _____
                                    Jennifer Ying (#5550)