IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>               Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>               Defendant. | C.A. No. 24-490 (MN)<br><br>**REDACTED - PUBLIC VERSION** |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Catherine Nyarady to Adam Janes, dated August 21, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Catherine Nyarady to Adam Janes, dated September 24, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Aparajita Bhattacharya.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Vivek Agrawal.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of Volume 2 (December 16, 2024) of the trial transcript in *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN).

7. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of Volume 3 (December 17, 2024) of the trial transcript in *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the declaration of Michael C. Brogioli to be bound by the protective order, dated May 15, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an ARM Royalty Report for Q2 FY24 from January 1, 2024 to March 31, 2024, Bates numbered QCVARM_0600067.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the June 26, 2025 Deposition of Ehab Youssef.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt of the transcript of the July 10, 2025 Deposition of Akshay Bhatnagar.

12. Attached hereto as **Exhibit 11** is a true and correct copy of *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN), D.I. 609, dated February 14, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a letter from Nicholas Fung to Catherine Nyarady, dated March 19, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Ann Chaplin.

15. Attached hereto as **Exhibit 14** is a true and correct copy of *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN), D.I. 602, dated January 29, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN), D.I. 610, dated February 19, 2025.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email from Jennifer Ying to Special Master Helena C. Rychlicki, dated October 21, 2025.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from Catherine Nyarady to Peter Evangelatos, dated July 11, 2025.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an email from Adam Basner to Peter Evangelatos, dated October 15, 2025.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of the transcript from the May 23, 2025 meet and confer between Qualcomm and Arm.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt of Qualcomm's Responses and Objections to Arm's Rule 30(b)(6) Notice of Deposition, dated June 23, 2025.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a Letter Motion from ▇▇▇▇▇▇▇▇▇▇ to Special Master Helena C. Rychlicki, dated September 11, 2025.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a Letter Motion from ▇▇▇▇▇▇▇▇▇▇ to Special Master Helena C. Rychlicki, dated September 16, 2025.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 Deposition of Jeffrey Golden.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed this 14th day of November, 2025 in New York, New York.

*/s/ Catherine Nyarady*
Catherine Nyarady

Original Filing Date: November 14, 2025
Redacted Filing Date: November 21, 2025

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 14, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA  92130
*Attorneys for Defendant*

William Frentzen, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire   VIA ELECTRONIC MAIL
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire   VIA ELECTRONIC MAIL
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)