IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>              Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-490 (MN)<br>)<br>) **REDACTED - PUBLIC VERSION**<br>) Original filing date: October 24, 2025<br>) Redacted filng date: November 21, 2025<br>)<br>)<br>)<br>) |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS'
MOTION TO EXCLUDE CERTAIN OF ARM'S EXPERT OPINIONS
AND TESTIMONY**

**VOLUME 1 of 2**

| | |
|---|---|
| OF COUNSEL:<br><br>Catherine Nyarady<br>Anish Desai<br>S. Conrad Scott<br>Jacob A. Braly<br>Jacob Apkon<br>Flint A. Patterson<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br><br>Eric C. Westerhold<br>Adam Basner<br>Gregg Stephenson<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>(202) 223-7300 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |

Karen L. Dunn  
William A. Isaacson  
Melissa F. Zappala  
Jenifer N. Hartley  
D<small>UNN</small>, I<small>SAACSON</small>, R<small>HEE</small> LLP  
401 Ninth Street NW  
Washington, DC 20004  
(202) 240-2900  

Erin J. Morgan  
D<small>UNN</small>, I<small>SAACSON</small>, R<small>HEE</small> LLP  
11 Park Place  
New York, NY 10007  
(202) 240-2900  

October 24, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-490 (MN) |
| v. | ) ) | **CONFIDENTIAL – FILED UNDER SEAL** |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OF ARM'S EXPERT OPINIONS AND TESTIMONY**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as **Exhibit 1** is a table identifying paragraphs of each expert report for which corresponding testimony should be excluded.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Michael C. Brogioli, dated September 5, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Patrick F. Kennedy, dated August 8, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Eric A. Posner, dated August 8, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the transcript of the September 25, 2025 deposition of Michael C. Brogioli.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Newly-Learned Facts and Subsequent Events, dated September 15, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from the transcript of the March 7, 2024 hearing before Judge Noreika in the case styled *Arm Ltd v. Qualcomm Technologies, Inc. et al.*, C.A. No. 22-1146 (D. Del).

9. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of the June 20, 2025 deposition of Martin Weidmann.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Verdict Form in the case styled *Arm Ltd v. Qualcomm Technologies, Inc. et al.*, C.A. No. 22-1146 (D. Del).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Final Judgment in the case styled *Arm Ltd v. Qualcomm Technologies, Inc. et al.*, C.A. No. 22-1146 (D. Del).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiffs' Letter to Special Master Helena C. Rychlicki in Support of their Motion to Strike the Expert Reports of Arm's Experts Michael C. Brogioli, PH.D & Steven Richards, CPA, dated September 16, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Expert Report of Steven Richards, dated September 5, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of the transcript of the October 2, 2025 deposition of Steven Richards.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt of Qualcomm Inc.'s SEC Form 10-k for fiscal year ending September 29, 2024, Bates numbered ARMQC_02793451.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 deposition of Cristiano Amon.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 deposition of Jonathan Weiser.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt of the Financial Accounting Standards Board Glossary, Bates numbered ARMQC_02793451.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Report of Thomas W. Britven, dated September 5, 2025.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of the transcript of the October 3, 2025 deposition of Thomas W. Britven.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt of the transcript of the July 10, 2025 deposition of Akshay Bhatnagar.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the transcript of the June 20, 2025 deposition of Karthik Shivashankar.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Qualcomm's First Set of Requests for Production in this litigation, dated January 21, 2025.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Qualcomm's Third Set of Requests for Production in this litigation, dated April 2, 2025.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a letter from Catherine Nyarady to Peter Evangelatos, dated July 11, 2025.

3

26. Attached hereto as **Exhibit 25** is a true and correct copy of a letter from Catherine Nyarady to Jay Emerick, dated July 16, 2025.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an email from Jenifer Hartley to counsel for Arm, dated October 6, 2025.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Subsequent Events Relating to their Motion to Compel Production of Arm's Analysis of Third-Party Licenses, dated October 17, 2025.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Expert Report of Timothy Simcoe, dated September 5, 2025.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an excerpt of the transcript of the September 26, 2025 deposition of Timothy S. Simcoe.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a Financial Times article titled "Rene Haas: 'Arm has the most ubiquitous computer architecture on the planet,'" dated June 7, 2024 and Bates stamped QCVARM_0866937.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 deposition of Ziad Asghar.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an excerpt of the transcript of the July 9, 2025 deposition of Jignesh Trivedi.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an excerpt of the transcript of the July 30, 2025 deposition of Anupa George.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 deposition of Jeffrey B. Golden.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Signed this date in New York, New York.

Dated: October 24, 2025                         */s/ Catherine Nyarady*
                                                Catherine Nyarady

...

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire  VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire  VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire  VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
*Attorneys for Defendant*

William Frentzen, Esquire  VIA ELECTRONIC MAIL
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire  VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.  VIA ELECTRONIC MAIL
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant*

7

Jay Emerick, Esquire            *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire           *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

8