IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)   ▮▮▮▮▮▮▮▮▮▮▮<br>)<br>)   ▮▮▮▮▮▮▮▮▮▮▮<br>)<br>)   ▮▮▮▮▮▮▮▮▮▮▮<br>)<br>)   REDACTED PUBLIC VERISON<br>) |

### DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ARM'S MOTION FOR SUMMARY JUDGMENT
(VOLUME 1 of 6)

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
(628) 432-5100

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com
byenerall@morrisnichols.com
*Attorneys for Plaintiffs*

Catherine Nyarady
Anish Desai
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

Original Filed Date: November 7, 2025
Redacted Version File Date: November 21, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO ARM'S MOTION FOR SUMMARY JUDGMENT**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the December 14, 2023 Deposition of Laura Sand in the action titled *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN).

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 Deposition of Cristiano Amon.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Ziad Asghar.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Larissa Cochron.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the transcript of the June 24, 2025 Deposition of Manju Varma.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the transcript of the June 25, 2025 Deposition of Gerard Williams.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a README file for an Out-of-Box (OOB) Package delivered to Qualcomm, bates stamped QCVARM_1042776.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Aparajita Bhattacharya.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email thread between Richard Grisenthwaite and Rene Haas et al., dated July 4, 2021, bates stamped ARM_00089058.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a slide deck titled ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ dated April 1, 2021, bates stamped ARM_00110020.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a press release titled "Qualcomm Unleashes Snapdragon X Elite: The AI Super-Charged Platform to Revolutionize the PC" dated October 24, 2023, bates stamped ARM_01428815.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a press release titled "Qualcomm Doubles Down on Automotive With New Snapdragon Platforms" dated October 22, 2024, bates stamped QCVARM_0716979.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a press release titled "Qualcomm Races Ahead in the Evolution of Software-Defined Vehicles with New Snapdragon Cockpit Elite and Snapdragon Ride Elite Platforms" dated October 22, 2024.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a press release titled "Snapdragon 8 Elite Gen 5, the World's Fastest Mobile System-on-a-chip, Establishes New Consumer Experiences and Sets New Industry Benchmarks" dated September 24, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a slide deck titled "Arm Holdings plc Q3 FYE25 Investor Presentation" dated February 5, 2025, bates stamped ARMQC_00001136.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a Qualcomm TLA redline dated ███████, bates stamped QCARM_7401122.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a Qualcomm TLA redline dated ███████, bates stamped QCARM_7475647.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document titled ARM Negotiation Status dated ███████, bates stamped QCARM_7474890.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a redlined draft of the Term Sheet for the ALA and TLA exchanged between Arm and Qualcomm, dated ███████, bates stamped QCARM_7430517.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a redlined draft of the Term Sheet for the ALA and TLA exchanged between Arm and Qualcomm, dated ███████, bates stamped QCARM_7431229.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a redlined draft of the Qualcomm ALA exchanged between Arm and Qualcomm, dated ███████, bates stamped QCARM_7431677.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the ███████████████████████████████████████████████████████████████, bates stamped QCVARM_0616349.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an U.S. Securities and Exchange Commission Form 10-K Annual Report for Qualcomm Incorporated for the fiscal year ended September 29, 2024, bates stamped QCVARM_1153145.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email from Lili Tsai to Larissa Cochron et al., dated June 26, 2025, bates stamped QCVARM_1155455.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████████, bates stamped QCARM_0338983.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████████, bates stamped QCARM_0342825.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████████, bates stamped ARM_00055178.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████████, bates stamped ARM_01297462.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████, bates stamped ARM_01297605.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████████, bates stamped ARM_01298016.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ███████, bates stamped ARM_01298036.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped ARM_01298160.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped ARM_01298239.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_3485446.

36. Attached hereto as **Exhibit 35** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped ARM_01298498.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_7495482.

38. Attached hereto as **Exhibit 37** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_7414326.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_7404823.

40. Attached hereto as **Exhibit 39** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_3434467.

41. Attached hereto as **Exhibit 40** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬ bates stamped QCARM_0341042.

42. Attached hereto as **Exhibit 41** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬ bates stamped QCARM_0339438.

43. Attached hereto as **Exhibit 42** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▬▬▬▬, bates stamped QCARM_0338672.

44. Attached hereto as **Exhibit 43** is a true and correct copy of an Annex 1 to the

Qualcomm TLA dated ▮▮▮▮▮▮▮▮, bates stamped QCARM_0338484.

45. Attached hereto as **Exhibit 44** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▮▮▮▮▮▮▮▮ bates stamped ARM_01298469.

46. Attached hereto as **Exhibit 45** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▮▮▮▮▮▮▮▮ bates stamped ARM_01298433.

47. Attached hereto as **Exhibit 46** is a true and correct copy of an Annex 1 to the Qualcomm TLA dated ▮▮▮▮▮▮▮▮ bates stamped ARM_01298324.

48. Attached hereto as **Exhibit 47** is a true and correct copy of an Annex 1 to the Qualcomm ALA dated ▮▮▮▮▮▮▮▮ bates stamped ARM_00103804.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a March 24, 2012 email thread between James Lederer and Warren East et al., bates stamped QCARM_7475229.

50. Attached hereto as **Exhibit 49** is a true and correct copy of a March 26, 2012 email from Antonio Viana to Ron Tessitore, bates stamped QCARM_7475067.

51. Attached hereto as **Exhibit 50** is a true and correct copy of an excerpt of the transcript of the July 8, 2025 Deposition of Laura Sand in this action.

52. Attached hereto as **Exhibit 51** is a true and correct copy of an excerpt of the transcript of the June 26, 2025 Deposition of William Abbey.

53. Attached hereto as **Exhibit 52** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 Deposition of Lynn Couillard.

54. Attached hereto as **Exhibit 53** is a true and correct copy of an excerpt of the transcript of the June 26, 2025 Deposition of Ehab Youssef.

55. Attached hereto as **Exhibit 54** is a true and correct copy of an excerpt of the transcript of the June 20, 2025 Deposition of Karthik Shivashankar.

56. Attached hereto as **Exhibit 55** is a true and correct copy of an excerpt of Arm's Second Supplemental Responses and Objections to Qualcomm's Second Set of Interrogatories.

57. Attached hereto as **Exhibit 56** is a true and correct copy of an Amendment One to the Qualcomm TLA dated ▮▮▮▮▮, bates stamped ARMQC_02772225.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a letter from Spencer Collins to Ann Chaplin dated October 23, 2024, bates stamped QCVARM_0616914.

59. Attached hereto as **Exhibit 58** is a true and correct copy of an August 16, 2022 email thread between Dawn Hill and Rajiv Gupta et al., bates stamped QCVARM_0605678.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a March 23, 2023 slide deck titled ▮▮▮▮▮ bates stamped QCVARM_1014886.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a November 22, 2024 letter from Kurt Wolf to Jeffrey Fonseca, bates stamped QCVARM_0618354.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a January 10, 2025 document titled ▮▮▮▮▮ bates stamped QCVARM_0606725.

63. Attached hereto as **Exhibit 62** is a true and correct copy of an excerpt of Qualcomm's Second Supplemental Responses and Objections to Arm's Third Set of Interrogatories, dated October 9, 2025.

64. Attached hereto as **Exhibit 63** is a true and correct copy of an excerpt of the transcript of the July 9, 2025 Deposition of Jeffrey Fonseca.

65. Attached hereto as **Exhibit 64** is a true and correct copy of a ▮▮▮▮▮ document titled "▮▮▮▮▮," bates stamped QCVARM_0527546.

66. Attached hereto as **Exhibit 65** is a true and correct copy of a January 10, 2025 email from Jeffrey Fonseca to Kurt Wolf, bates stamped QCVARM_0527544.

67. Attached hereto as **Exhibit 66** is a true and correct copy of an excerpt of the March 7, 2024 hearing in *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146(MN).

68. Attached hereto as **Exhibit 67** is a true and correct copy of a letter from Arm to Special Master Helena C. Rychlicki opposing Qualcomm's August 1, 2025 motion to compel, dated August 7, 2025.

69. Attached hereto as **Exhibit 68** is a true and correct copy of an excerpt of Volume 2 (December 16, 2024) of the trial transcript in *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN).

70. Attached hereto as **Exhibit 69** is a true and correct copy of an email from Larissa Cochron to Kurt Wolf, dated October 18, 2023, bates stamped QCVARM_0608131.

71. Attached hereto as **Exhibit 70** is a true and correct copy of the August 31, 2022 Complaint in the action titled *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN).

72. Attached hereto as **Exhibit 71** is a true and correct copy of an excerpt of Arm's ▇ ▇ bates stamped ARMQC_02783619.

73. Attached hereto as **Exhibit 72** is a true and correct copy of the Joint Statement of Uncontested Facts in the action titled *Arm Ltd.* v. *Qualcomm Inc.*, C.A. No. 22-1146 (MN).

74. Attached hereto as **Exhibit 73** is a true and correct copy of an email from Douglas Cardwell to Marika Rae, dated October 25, 2024, bates stamped QCVARM_1029757.

75. Attached hereto as **Exhibit 74** is a true and correct copy of an email from Tejas Krishnamohan to Pavan Mulabagal and Rohit Bhasin, dated October 31, 2024, bates stamped QCVARM_0864924.

8

76. Attached hereto as **Exhibit 75** is a true and correct copy of an excerpt of the transcript of the July 1, 2025 Deposition of Pavankumar Mulabagal.

77. Attached hereto as **Exhibit 76** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, dated September 30, 2025, bates stamped QCVARM_1159449.

78. Attached hereto as **Exhibit 77** is a true and correct copy of an email from Manju Varma to ▮▮▮▮▮▮ et al., dated October 23, 2024, bates stamped QCVARM_0454071.

79. Attached hereto as **Exhibit 78** is a true and correct copy of an email from Mike Neilio to ▮▮▮▮▮▮ et al., dated October 25, 2024, bates stamped QCVARM_0713516.

80. Attached hereto as **Exhibit 79** is a true and correct copy of an email from Juho Sarvikas to Max Caballero-Vieyra, dated October 25, 2024, bates stamped QCVARM_1029604.

81. Attached hereto as **Exhibit 80** is a true and correct copy of an email from ▮▮▮▮▮▮▮▮▮▮▮ to Ana Castaneda and Craig Tellalian, dated June 10, 2024, bates stamped QCVARM_1121341.

82. Attached hereto as **Exhibit 81** is a true and correct copy of an email from Eric Yang to ▮▮▮▮▮▮, dated November 4, 2024, bates stamped QCVARM_1121346.

83. Attached hereto as **Exhibit 82** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of James Jeon.

84. Attached hereto as **Exhibit 83** is a true and correct copy of an excerpt of the transcript of the July 2, 2025 Deposition of Christopher Patrick.

85. Attached hereto as **Exhibit 84** is a true and correct copy of a November 9, 2023 article titled "How Arm is gaining chip dominance with its architecture in Apple, Nvidia, AMD, Amazon, Qualcomm and more," bates stamped QCVARM_0867422.

86. Attached hereto as **Exhibit 85** is a true and correct copy of an excerpt of the transcript of the July 1, 2025 Deposition of Andrew Howard.

87. Attached hereto as **Exhibit 86** is a true and correct copy of an excerpt of the transcript of the July 1, 2025 Deposition of Jean-Francois Vidon.

88. Attached hereto as **Exhibit 87** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Ann Chaplin.

89. Attached hereto as **Exhibit 88** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Rene Haas.

90. Attached hereto as **Exhibit 89** is a true and correct copy of an excerpt of the transcript of the December 12, 2023 Deposition of Rene Haas in the action titled *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN).

91. Attached hereto as **Exhibit 90** is a true and correct copy of an excerpt of the transcript of the July 2, 2025 Deposition of Paul Williamson.

92. Attached hereto as **Exhibit 91** is a true and correct copy of an excerpt of the transcript of the July 10, 2025 Deposition of Akshay Bhatnagar.

93. Attached hereto as **Exhibit 92** is a true and correct copy of an excerpt of the transcript of the October 2, 2025 Deposition of Eric Posner.

94. Attached hereto as **Exhibit 93** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Jonathan Weiser.

95. Attached hereto as **Exhibit 94** is a true and correct copy of an excerpt of the transcript of the July 4, 2025 Deposition of Peter Greenhalgh.

96. Attached hereto as **Exhibit 95** is a true and correct copy of a January 13, 2021 teams chat between Rene Haas and Paul Williamson, bates stamped ARM_00082083.

97. Attached hereto as **Exhibit 96** is a true and correct copy of a November 18, 2021 teams chat between Rene Haas and Paul Williamson, bates stamped ARM_00082120.

98. Attached hereto as **Exhibit 97** is a true and correct copy of a December 2, 2021 teams chat between Rene Haas and Kirsty Gill, bates stamped ARM_01239056.

99. Attached hereto as **Exhibit 98** is a true and correct copy of a June 5, 2020 email thread between Rajiv Gupta and Lynn Couillard et al, bates stamped ARM_00085567.

100. Attached hereto as **Exhibit 99** is a true and correct copy of a September 22, 2025 letter from Ann Chaplin to Spencer Collins, bates stamped QCVARM_1159431.

101. Attached hereto as **Exhibit 100** is a true and correct copy of an excerpt of the transcript of the June 30, 2025 Deposition of Spencer Collins.

102. Attached hereto as **Exhibit 101** is a true and correct copy of an excerpt of the transcript of the August 1, 2025 Deposition of Ami Badani.

103. Attached hereto as **Exhibit 102** is a true and correct copy of an excerpt of the transcript of the July 4, 2025 Deposition of Kenneth Siegel.

104. Attached hereto as **Exhibit 103** is a true and correct copy of an excerpt of the transcript of the July 17, 2025 Deposition of Paul Kranhold.

105. Attached hereto as **Exhibit 104** is a true and correct copy of a document containing Arm meeting notes, bates stamped ARMQC_02752632.

106. Attached hereto as **Exhibit 105** is a true and correct copy of an excerpt of the transcript of the December 16, 2024 trial proceedings in the action titled *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN).

107. **Exhibit 106** is intentionally left blank.

108. Attached hereto as **Exhibit 107** is a true and correct copy of a March 20, 2025 Arm document titled "QCOM_M55 Quote," bates stamped ARMQC_02778342.

109. Attached hereto as **Exhibit 108** is a true and correct copy of an October 23, 2024 email thread between Ami Badani and Phil Hughes et al., bates stamped ARMQC_02742823.

110. Attached hereto as **Exhibit 109** is a true and correct copy of an excerpt of the transcript of the June 17, 2025 Deposition of Phil Hughes.

111. Attached hereto as **Exhibit 110** is a true and correct copy an Arm submission to the UK Competition and Markets Authority in anticipation of a potential acquisition by Nvidia, dated December 20, 2021, bates stamped ARM_01239742

112. Attached hereto as **Exhibit 111** is a true and correct copy of a May 2, 2023 email from Will Abbey to Joe Hur, bates stamped, ARM_01215886.

113. Attached hereto as **Exhibit 112** is a true and correct copy of an August 31, 2022 email from Rene Haas to Malvin Kyung et al., bates stamped, ARM_00110511.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Dated: November 7, 2025                     /s/ Catherine Nyarady
                                            Catherine Nyarady

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Nicholas R. Fung, Esquire<br>Henry Huttinger, Esquire<br>Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Erik J. Olson, Esquire                                          VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant*

Daniel P. Muino, Esquire                                        VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
*Attorneys for Defendant*

Brian M. Kramer, Esquire                                        VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA  92130
*Attorneys for Defendant*

William Frentzen, Esquire                                       VIA ELECTRONIC MAIL
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire                                          VIA ELECTRONIC MAIL
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.                                         VIA ELECTRONIC MAIL
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire  VIA ELECTRONIC MAIL
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire  VIA ELECTRONIC MAIL
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)