# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

January 15, 2026

The Honorable Maryellen Noreika                                   *VIA E-FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

      Re:    <u>*Qualcomm, Incorporated et al. v. Arm Holdings PLC,*</u> C.A. No. 24-490 (MN)

Dear Judge Noreika:

      Plaintiffs write to request that the Court set a teleconference at its earliest convenience to discuss the status of this case.

      There are several discovery motions that have been pending before the Special Master for some time.[1]  Under D. Del. LR 16.4, Plaintiffs' drafts of portions of the pretrial order and other disclosures are due next week, on January 23, 2026, for the trial scheduled for March 9, 2026.  Given that resolution of the discovery motions will necessarily impact the pretrial exchange process and the time the parties will need to conduct any discovery that is permitted (and any follow-up), and to consider and brief any objections to those orders, Plaintiffs have significant concerns about the schedule, including the trial date, which we would like to discuss with the Court.

      Pursuant to D. Del. LR 7.1.1, Plaintiffs met and conferred with Defendant Arm and Arm does not object to this request.

---

[1]  D.I. 127, 323, 329, 359, 361, 374, 375, 377, 378, 386, 390, 395, 476; *see also* D.I. 579 at 2.  Plaintiffs have also filed objections to the Special Master's January 7, 2026, Order denying Plaintiffs' motion for leave to amend (D.I. 589).  In addition, out of an abundance of caution, Plaintiffs filed a new complaint (C.A. No. 26-20) against Arm, Ltd.  Qualcomm's motion to consolidate that action with this one is forthcoming.

The Honorable Maryellen Noreika
January 15, 2026
Page 2

       Counsel is available should Your Honor have any questions.

                              Respectfully,

                              *Jennifer Ying*

                              Jennifer Ying (#5550)

JY:pca
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)