# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

January 8, 2026

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

REDACTED - PUBLIC VERSION

Re: *Qualcomm, Incorporated et al. v. Arm Holdings PLC*, C.A. No. 24-490 (MN)

Dear Judge Noreika:

    Yesterday, the Special Master denied Plaintiffs' motion for leave to amend to add Arm Ltd. as a defendant. D.I. 585. Therefore, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. ("Plaintiffs") have today filed a new complaint in this Court, C.A. No. 26-20, that is substantively identical to the operative complaint in this action (D.I. 137), except that it names "Arm Ltd." as the defendant instead of "Arm Holdings plc f/k/a Arm Ltd." *See* Ex. 1 (redline of new complaint against operative complaint, D.I. 137).

    Notwithstanding Plaintiffs' forthcoming objections to the Special Master's January 7, 2026 Order, Plaintiffs have filed the new complaint out of an abundance of caution. Plaintiffs will be moving to consolidate the new complaint with this action.

    Counsel is available should Your Honor have any questions.

Respectfully,

/s/ *Jennifer Ying*

Jennifer Ying (#5550)

JY:rah
Attachment
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)

**Original Filing Date: January 8, 2026**
**Redacted Filing Date: January 15, 2026**