IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-490 (MN) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) | |
| Defendant. | ) ) | |
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 26-20 (MN) |
| v. | ) ) | |
| ARM LTD., a U.K. corporation, | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE

WHEREAS, the Court having considered Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. moved pursuant to Federal Rule of Civil Procedure 42(a) to consolidate the actions of *Qualcomm Inc., et al.* v. *Arm Holdings plc f/k/a Arm Ltd.*, C.A. No. 24-490-MN ("*Qualcomm I*") and *Qualcomm Inc., et al.* v. *Arm Ltd.*, C.A. No. 26-20-MN ("*Qualcomm II*") (the "Motion to Consolidate") and any opposition thereto;

IT IS HEREBY ORDERED THAT:

1.      Plaintiffs' Motion to Consolidate is GRANTED and, pursuant to Federal Rule of Civil Procedure 42(a), *Qualcomm I* and *Qualcomm II* are consolidated for all purposes;

2.      *Qualcomm I*, C.A. No. 24-490-MN shall be the lead action;

3.      All future filings shall be made only in *Qualcomm I,* using the caption:

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>    a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>    a Delaware corporation, | )<br>)<br>)<br>)<br>) | |
|            Plaintiffs, | )<br>) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |
|     v. | )<br>) | |
| ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>    a U.K. corporation, | )<br>)<br>) | |
|         Defendant. | )<br>) | |

IT IS SO ORDERED this __ day of _____, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge