

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

February 13, 2026

**<u>VIA CM/ECF AND HAND DELIVERY</u>**

The Honorable Maryellen Noreika
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    <u>*Qualcomm Inc., et al. v. Arm Holdings plc, et al.*</u>, C.A. No. 24-490-MN (Consol.)

Dear Judge Noreika:

    Pursuant to Your Honor's directive during the January 22, 2026 Status Conference and Oral Order (D.I. 631), Arm hereby files this letter setting forth its election of issues in its motion to dismiss that it seeks to pursue at the March 10, 2026 hearing.

    Arm elects to pursue only one issue raised in its motion to dismiss: that this Court should dismiss Qualcomm's allegations that Arm violated the implied covenant of good faith and fair dealing by failing to offer Qualcomm a license to Arm's v10 architecture. *See* D.I. 232; D.I. 233 (Arm's Opening Brief in Support of Its Partial Motion to Dismiss) at 19–20; D.I. 305 (Arm's Reply Brief) at 9–10. As set forth in Arm's briefing, Qualcomm's v10-related implied covenant claim should be dismissed because the claim: (1) seeks to impose limits beyond those to which the parties actually agreed in the ALA, and (2) is barred by the statute of limitations. This issue from Arm's motion to dismiss does not overlap with any issue Arm raised in its summary-judgment briefing.

                        Respectfully,

                        */s/ Anne Shea Gaza*

                        Anne Shea Gaza (No. 4093)

cc:    All Counsel of Record (via E-mail)
        Clerk of Court (via CM/ECF)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com
John Poulos
NORTON ROSE FULBRIGHT US LLP

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

    YOUNG CONAWAY STARGATT &
     TAYLOR, LLP

    */s/ Anne Shea Gaza*
    Anne Shea Gaza (No. 4093)
    Robert M. Vrana (No. 5666)
    Daniel G. Mackrides (No. 7230)
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801
    (302) 571-6600
    agaza@ycst.com
    rvrana@ycst.com
    dmackrides@ycst.com

    *Attorneys for Defendant Arm Holdings plc*