# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>               Defendant. | REDACTED - PUBLIC VERSION<br>Filed; February 12, 2026<br><br>C.A. No. 24-490-MN<br>(CONSOLIDATED)<br><br> |

## DECLARATION OF MEREDITH POHL IN SUPPORT OF DEFENDANT ARM HOLDINGS PLC'S REPLY IN SUPPORT OF ITS MOTION TO BIFURCATE AND TO STRIKE IN PART QUALCOMM'S JURY DEMAND

Dated: February 10, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin M. Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

I, Meredith Pohl, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Arm Holdings plc ("Arm") in the above referenced action. I submit this declaration in support of Arm's Reply in Support of Its Motion to Bifurcate the 2026 Trial and to Strike in Part Qualcomm's Jury Demand.

1. Attached as **Exhibit 6** is a true and correct copy of the Judicial Council of California Civil Jury Instructions, 2202 and 2204.

2. Attached as **Exhibit 7** is a true and correct copy of the October 9, 2025, Plaintiffs' Second Supplemental Responses and Objections to Defendant's Third Set of Interrogatories (Nos. 14-24).

3. Attached as **Exhibit 8** is a true and correct copy of *Apple iPod iTunes Anti-Trust Litigation*, Amended Consolidated Complaint, Case No. C-05-00037-JW (HRL), Dkt. No. 322 (N.D. Cal. Jan. 26, 2010).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February 2026 at Washington D.C.

*/s/ Meredith Pohl*
Meredith Pohl

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com
John Poulos
NORTON ROSE FULBRIGHT US LLP

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Anish Desai
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com
adesai@paulweiss.com

Gregg Stephenson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
gstephenson@paulweiss.com

grp-qcvarm@paulweiss.com

1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

        YOUNG CONAWAY STARGATT &
         TAYLOR, LLP

        */s/ Anne Shea Gaza*
        Anne Shea Gaza (No. 4093)
        Robert M. Vrana (No. 5666)
        Daniel G. Mackrides (No. 7230)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        agaza@ycst.com
        rvrana@ycst.com
        dmackrides@ycst.com

        *Attorneys for Defendant Arm Holdings plc*