IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC f/k/a ARM LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 24-490-MN<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Nonparty Annapurna Labs (U.S.) Inc. ("Annapurna") must file its Response to Plaintiffs' Objections to the Special Master's Order granting Annapurna's Motion for a Protective Order (D.I. 648) in the above action is extended through and including February 27, 2026.

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | ASHBY & GEDDES |
| */s/ Sara Barry* | */s/ Andrew C. Mayo* |
| Alan R. Silverstein (#5066)<br>Sara Barry (#6703)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 252-3645<br>asilverstein@connollygallagher.com<br>sbarry@connollygallagher.com<br><br>*Attorneys for Plaintiffs* | Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br><br>*Attorney for Nonparty Annapurna Labs (U.S.) Inc.* |

SO ORDERED this _____ day of _____, 2026.

_____
United States District Judge