Originally Filed:  February 20, 2026
Redacted Version Filed:  February 27, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REDACTED - PUBLIC VERSION<br><br>C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>████████████████████████<br>████ |

**APPENDIX TO PLAINTIFFS' PARTIAL OBJECTIONS TO THE SPECIAL MASTER'S FEBRUARY 6, 2026 ORDER (D.I. 629) DENYING PLAINTIFFS' MOTION TO COMPEL (D.I. 375) (Vol. 3: A818-A899)**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Erin J. Morgan
DUNN, ISAACSON, RHEE LLP
11 Park Place
New York, NY 10007
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

February 20, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

## TABLE OF CONTENTS

| Document | Page Range/D.I. # |
|---|---|
| Plaintiffs' Motion to Compel | D.I. 375 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 11, 2025) | A0001-A0007 |
| Qualcomm Exhibit 1 – Arm Ltd.'s First Supplemental Objections and Responses to Qualcomm's First Set of Requests for Production (Nos. 1-52) (June 17, 2025) | A0008-A0074 |
| Qualcomm Exhibit 8 – Defendant Arm Holdings PLC's Objections and Responses to Plaintiffs' Notice of 30(b)(6) Deposition (June 19, 2025) | A0075-A0123 |
| Qualcomm Exhibit 10 – Arm's First Supplemental Objections and Responses to Qualcomm's Second Set of Interrogatories (Nos. 4-11) (July 11, 2025) | A0124-A0193 |
| Qualcomm Exhibit 11 – QCVARM_0526828 (Oct. 24, 2024) | A0194-A0197 |
| Qualcomm Exhibit 24 – Arm's First Supplemental Objections and Responses to Qualcomm's Second Set of Interrogatories (Nos. 4-11) Excerpt (July 11, 2025) | A0198-A0215 |
| Qualcomm Exhibit 25 – Deposition of Jeffrey M. Fonseca Excerpt (July 9, 2025) | A0216-A0222 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Supplemental Letter to Special Master Helena C. Rychlicki Regarding Scope of Discovery (Aug. 18, 2025) | A0223-A0227 |
| Qualcomm Exhibit 1 – Letter from S. Collins to A. Chaplin (Oct. 23, 2024) | A0228-A0230 |
| Qualcomm Exhibit 2 – Defendant's Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 7, 2025) | A0231-A0239 |
| Qualcomm Exhibit 4 – Qualcomm's Second Set of Requests for Production (Nos. 53-120) Excerpt (Feb. 21, 2025) | A0240-A0250 |

| | |
|---|---|
| Qualcomm Exhibit 5 – Qualcomm's Fourth Set of Requests for Production (Nos. 157-168) Excerpt (Apr. 16, 2025) | A0251-A0257 |
| Qualcomm Exhibit 8 – Plaintiffs' Responses and Objections to Arm Ltd.'s First Notice of Deposition of Qualcomm Inc. and Qualcomm Technologies, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) Excerpt (June 23, 2025) | A0258-A0274 |
| Qualcomm Exhibit 9 – Deposition of Jonathan Weiser Excerpt (July 11, 2025) | A0275-A0278 |
| Qualcomm Exhibit 10 – Deposition of Larissa Cochron Excerpt (July 11, 2025) | A0279-A0281 |
| Qualcomm Exhibit 11 – Deposition of Ann Nathalie Cathcart Chaplin Excerpt (July 11, 2025) | A0282-A0285 |
| Qualcomm Exhibit 12 – Deposition of Kurt Wolf Excerpt (June 25, 2025) | A0286-A0288 |
| Qualcomm Exhibit 13 – Deposition of Manju Varma Excerpt (June 24, 2025) | A0289-A0291 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Defendant Arm Holdings PLC's Supplement to Arm's Motion to Strike and Compel (D.I. 378) and Opposition to Qualcomm's August 11 Letter Brief to Special Master Rychlicki (Aug. 18, 2025) | A0292-A0299 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Peter Evangelatos in Support of Defendant Arm Holdings PLC's Supplement to Arm's Motion to Strike and Compel (D.I. 378) and Opposition to Qualcomm's August 11 Letter Brief to Special Master Rychlicki (Aug. 18, 2025) | A0300-A0306 |
| Arm Exhibit 1 – Plaintiffs' Motion to Compel (Aug. 11, 2025) | A0307-A0323 |
| Arm Exhibit 2 – Second Amended Complaint (June 3, 2025) | A0324-A0394 |
| Arm Exhibit 3 – Arm's Reply Brief in Support of its Partial Motion to Dismiss Qualcomm's Second Amended Complaint (July 8, 2025) | A0395-A0415 |
| Arm Exhibit 4 – Qualcomm's Answering Brief in Opposition to Arm's Motion to Dismiss the Second Amended Complaint (July 1, 2025) | A0416-A0448 |
| Arm Exhibit 5 – ARM_00103918 (May 30, 2013) | A0449-A0504 |

iii

| | |
|---|---|
| Arm Exhibit 6 – Plaintiffs' First Supplemental Responses and Objections to Defendant's Third Set of Interrogatories (Nos. 14-24) (Aug. 8, 2025) | A0505-A0573 |
| Arm Exhibit 7 – Plaintiffs' Responses and Objections to Defendant's Fifth Set of Requests for Production (Nos. 228-287) (July 11, 2025) | A0574-A0626 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Special Master Hearing Transcript (Aug. 22, 2025) | A0627-A0702 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Newly-Learned Facts and Subsequent Events (Sept. 15, 2025) | A0703-A0705 |
| Qualcomm Exhibit 1 – Special Master Hearing Transcript Excerpt (Aug. 14, 2025) | A0706-A0708 |
| Qualcomm Exhibit 2 – Special Master Hearing Transcript Excerpt (Aug. 22, 2025) | A0709-A0712 |
| Qualcomm Exhibit 3 – Email from A. Basner to P. Evangelatos et al. re: RE: Qualcomm Inc. v. Arm Holdings PLC.; Case No. 1:24-cv-490 (MN): RFPs (Sept. 14, 2025) | A0713-A0722 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Defendant Arm Holdings PLC's Response to Qualcomm's September 15, 2025 Letter to Special Master Rychlicki (Sept. 19, 2025) | A0723-A0728 |
| Arm Exhibit 1 – Meet and Confer Transcript Excerpt (July 30, 2025) | A0729-A0733 |
| Arm Exhibit 2 – Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 1, 2025) | A0734-A0741 |
| Arm Exhibit 3 – Defendant's Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 7, 2025) | A0742-A0750 |
| Arm Exhibit 4 – Meet and Confer Transcript Excerpt (Sept. 15, 2025) | A0751-A0758 |
| Arm Exhibit 5 – Email from C. Nyarady to A. Janes et al. re: Qualcomm v. Arm – Meet and Confer (Aug. 29, 2025) | A0759-A0774 |
| Arm Exhibit 6 – Meet and Confer Transcript Excerpt (July 28, 2025) | A0775-A0778 |

| | |
|---|---|
| Arm Exhibit 7 – Email from J. Emerick to C. Nyarady et al. re: Qualcomm v. Arm – Meet and Confer (Sept. 10, 2025) | A0779-A0795 |
| Arm Exhibit 8 – Defendant Arm Holdings PLC's Supplement to Arm's Motion to Strike and Compel (D.I. 378) and Opposition to Qualcomm's August 11 Letter Brief to Special Master Rychlicki (Aug. 18, 2025) | A0796-A0804 |
| Arm Exhibit 9 – Defendant Arm Holdings PLC's Letter Brief to Special Master Rychlicki (Aug. 1, 2025) | A0805-A0812 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Subsequent Events Relating to Their Motion to Compel Production of Third-Party Arm Licenses and Related Agreements (Oct. 17, 2025) | A0813-A0817 |
| Qualcomm Exhibit 1 – ARMQC_02798040 (Sept. 8, 2023) | A0818-A0835 |
| Qualcomm Exhibit 2 – ARMQC_02789082 (Feb. 1, 2022) | A0836-A0880 |
| Qualcomm Exhibit 3 – ARMQC_02797972 (June 10, 2024) | A0881-A0892 |
| Qualcomm Exhibit 4 – Email from J. Hartley to P. Evangelatos et al. re: Qualcomm v. Arm – Third Party Agreements (Oct. 16, 2025) | A0893-A0899 |
| Qualcomm Exhibit 5 – ARMQC_02797778 (Dec. 16, 2021) | A0900-A1065 |
| Qualcomm Exhibit 6 – Meet and Confer Transcript (Oct. 10, 2025) | A1066-A1073 |
| Qualcomm Exhibit 7 – Email from A. Basner to P. Evangelatos re: Qualcomm v. Arm, Case No. 1:24-cv-490 (Oct. 15, 2025) | A1074-A1078 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Subsequent Events Relating to Their Motion to Compel Production of Arm's Analysis of Third-Party Licenses (Oct. 17, 2025) | A1079-A1081 |
| Qualcomm Exhibit 1 – Plaintiffs Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 1, 2025) | A1082-A1089 |
| Qualcomm Exhibit 2 – Deposition of Akshay Bhatnagar Excerpt (July 10, 2025) | A1090-A1093 |

| | |
|---|---|
| Qualcomm Exhibit 3 – Letter from C. Nyarady to P. Evangelatos (July 11, 2025) | A1094-A1096 |
| Qualcomm Exhibit 4 – Letter from C. Nyarady to J. Emerick (July 16, 2025) | A1097-A1103 |
| Qualcomm Exhibit 5 – Letter from J. Emerick to C. Nyarady (July 24, 2025) | A1104-A1112 |
| Qualcomm Exhibit 6 – Meet and Confer Transcript Excerpt (July 28, 2025) | A1113-A1116 |
| Qualcomm Exhibit 7 – Special Master Hearing Transcript Excerpt (Aug. 14, 2025) | A1117-A1121 |
| Qualcomm Exhibit 8 – Letter from P. Evangelatos to C. Nyarady (Oct. 16, 2025) | A1122-A1126 |
| Qualcomm Exhibit 9 – Email from J. Hartley re: Qualcomm v. Arm – Production of Spreadsheet (Oct. 6, 2025) | A1127-A1129 |
| Qualcomm Exhibit 10 – Meet and Confer Transcript Excerpt (Oct. 10, 2025) | A1130-A1133 |
| Qualcomm Exhibit 11 – Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Subsequent Events Relating to Their Motion to Compel Production of Third-Party Arm Licenses and Related Agreements (Oct. 17, 2025) | A1134-A1139 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Defendant Arm Holdings PLC's Response to Qualcomm's October 17, 2025 Letters (Nov. 7, 2025) | A1140-A1145 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Peter Evangelatos in Support of Defendant Arm Holdings PLC's Response to Qualcomm's October 17, 2025 Letters (Nov. 7, 2025) | A1146-A1149 |
| Arm Exhibit 1 – Letter from A. Gaza to the Honorable Sherry R. Fallon re: *Qualcomm Inc., et al. v. Arm Holdings Plc.,* C.A. No. 24-490 (MN) (Mar. 13, 2025) | A1150-A1237 |
| Arm Exhibit 2 – Qualcomm's Letter to the Honorable Sherry R. Fallon in Response to Arm's Letter Regarding Discovery Dispute (D.I. 68) (Mar. 14, 2025) | A1238-A1264 |

| | |
|---|---|
| Arm Exhibit 3 – Deposition of Akshay Bhatnagar Excerpt (July 10, 2025) | A1265-A1269 |
| Arm Exhibit 4 – Deposition of Karthik Shivashankar Excerpt (June 20, 2025) | A1270-A1277 |
| Arm Exhibit 5 – Defendant's Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 7, 2025) | A1278-A1286 |
| Arm Exhibit 6 – Email from J. Hartley re: Qualcomm v. Arm – Third Party Agreements (Sept. 24, 2025) | A1287-A1289 |
| Arm Exhibit 7 – Defendant Arm Holdings PLC's Response to Qualcomm's September 15, 2025 Letter to Special Master Rychlicki (Sept. 19, 2025) | A1290-A1296 |
| Arm Exhibit 8 – Notice of Electronic Filing of D.I. 74 (Mar. 17, 2025) | A1297-A1300 |
| Arm Exhibit 9 – Stipulated Protective Order (Mar. 21, 2025) | A1301-A1342 |
| Qualcomm's Motion to Compel (Aug. 1, 2025) Exhibit 35 – Letter from N. Fung to C. Nyarady (Mar. 19, 2025) | A1343-A1348 |

# A0818-A0892
# Redacted in Full

# EXHIBIT 4

Outlook

---

## Re: Qualcomm v. Arm - Third Party Agreements

---

**From** Jenifer Hartley <JHartley@dirllp.com>

**Date** Thu 10/16/2025 3:17 PM

**To** Evangelatos, Peter <peter.evangelatos@kirkland.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>

**Cc** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>

Peter,

Qualcomm is not seeking to "relitigate" anything. We asked Arm for these specific missing documents because they are identified in Arm's production as part of the third-party agreements that Arm agrees it needs to produce fo ████████████████ *See, e.g.,* 9/19/2025 Arm Ltr. to Special Master Rychlicki at 2. As Arm knows, it produced more than two thirds of these third parties' agreements after fact discovery, after the parties filed their motions to compel, and after the Special Master heard those motions in August. Qualcomm's inability to include in its August 1 motion every example of Arm omitting a part of a third-party agreement Arm had yet to produce does not render anything "untimely."

It is disappointing that, after weeks of "investigation," Arm is declining to remedy the clear deficiencies in its production absent a Court order forcing it to do so. We would have preferred not to burden the Court with additional correspondence regarding a production Arm has repeatedly erroneously represented as complete but will now need to let the Special Master know of Arm's continued refusal to provide a complete production of third-party agreements f ████████████████

Best,
Jen

**Jen Hartley | Associate**
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C. Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>

**Sent:** Tuesday, October 14, 2025 7:59 PM

**To:** Jenifer Hartley <JHartley@dirllp.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>

**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>

**Subject:** RE: Qualcomm v. Arm - Third Party Agreements

Jen,

We have been considering Qualcomm's request.

Qualcomm's request is one of several disputes that are pending with the Special Master that Qualcomm is seeking to relitigate pending a ruling. There is no basis to do so. On August 1, Qualcomm submitted a letter brief to the Special Master arguing that "Arm should produce all agreements" and that "Arm omitted Annexes for several agreements that contain pricing information." Arm served its opposition to Qualcomm's letter brief on August 7, explaining that the annexes Qualcomm seeks "do not relate t ████████████████ and Arm has produced relevant pricing information for those cores under t ████████████████ The parties then conducted two hearings before the Special Master in August where they argued about the scope of Qualcomm's TLA claims and what documents must be produced. There is no basis to relitigate a dispute that is already pending before the Special Master.

Moreover, any request for documents not subject to its pending motion are untimely. As you know, the fact discovery period closed on July 11. Many of the third party agreements referenced below were undisputedly produced during the fact discovery period. Indeed, Qualcomm either used them at depositions, or had the opportunity to but chose not to. Any requests for additional documents not encompassed by Qualcomm's motion should have been made months ago, and Qualcomm has failed to timely raise the issue, including in accordance with the deadlines set by the Special Master.

We also disagree that Mr. Kennedy's report or the summary judgment deadline provides a basis to relitigate a dispute pending before the Special Master or for any additional untimely discovery.

Best,
Peter

**Peter Evangelatos**

——————————————————

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 212 909 3291 **T** +1 516 528 6348

**F** +1 212 446 4900

——————————————————

peter.evangelatos@kirkland.com

---

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Tuesday, October 14, 2025 8:13 AM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

Hi Peter,

Thanks for confirming that you've been looking into this.  Given that it has now been almost three weeks since Qualcomm asked about these documents and that the parties' summary judgment motions are due in ten days, please provide the more detailed response you mentioned below by close of business tomorrow, October 15.

Best,
Jen



**Jen Hartley** | Associate
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by*
*D.C. Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Thursday, October 9, 2025 10:33 AM
**To:** Jenifer Hartley <JHartley@dirllp.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** RE: Qualcomm v. Arm - Third Party Agreements

Jen,

Thank you for following up. We are investigating Qualcomm's request for these additional documents. We will get back to you shortly with a more detailed response.

Best,

**A0895**

Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Thursday, October 9, 2025 10:11 AM
**To:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

Counsel,

Given that we still have not received a response to the below, please be prepared to discuss these documents on the meet and confer at 11am ET tomorrow.

Best,
Jen

**Jen Hartley** | Associate
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C.
Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Friday, October 3, 2025 8:00 PM
**To:** KE-ARM-Qualcomm <ke-arm-qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

Counsel,

We are following up on the below as we have not received a response.  Please confirm that you are in the process of producing the referenced documents that appear to have been omitted from Arm's productions of third parties' license agreements for ▇▇▇▇▇▇▇▇▇ or identify the Bates numbers at which these documents have already been produced.  Qualcomm reserves all rights.

Best,
Jen



**Jen Hartley** | Associate
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004

**A0896**

Website | LinkedIn

*Admitted in New York only. Practice is supervised by D.C. Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Wednesday, September 24, 2025 7:37 PM
**To:** KE-ARM-Qualcomm <ke-arm-qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Qualcomm v. Arm - Third Party Agreements

Counsel,

As mentioned in Dr. Kennedy's reply report, Arm appears to have omitted from its productions documents that are part of third parties' license agreements fo ▮▮▮▮▮▮▮▮▮▮▮▮▮ *See, e.g.,* 2025.09.19 Kennedy Reply Report ¶ 89, Schedule 9.1. We list below the types of documents that appear to have been omitted, along with the Bates number of the produced document that references each apparently omitted document. Please produce these apparently omitted documents by Wednesday, October 1 or identify the Bates numbers at which they have already been produced. Qualcomm reserves all rights.

Best,
Jen





A0898





**Jen Hartley | Associate**
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C.*
*Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any

part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**A0899**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                    *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

Scott F. Llewellyn, Esquire                                *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendant*

Sydney D. Gaskins, Esquire                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendant*

Alexandra Corrinne Hottenrott, Esquire                     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Defendant*

Daralyn J. Durie, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire                                      *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.                                     *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire                                        *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire                                  *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*


                                        */s/ Jennifer Ying*
                                        _____
                                        Jennifer Ying (#5550)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 27, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                          *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

Scott F. Llewellyn, Esquire                      *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendant*

Sydney D. Gaskins, Esquire                       *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendant*

Alexandra Corrinne Hottenrott, Esquire           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Defendant*

Daralyn J. Durie, Esquire                        *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

2