## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

**REDACTED - PUBLIC VERSION**
(Filed March 4, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)



**APPENDIX TO DEFENDANT ARM HOLDINGS PLC'S RESPONSE TO PLAINTIFFS' PARTIAL OBJECTIONS TO THE SPECIAL MASTER'S FEBRUARY 6, 2026 ORDER (D.I. 626) DENYING PLAINTIFFS' MOTION TO COMPEL (D.I. 359) – VOL. 1 OF 1**
<u>**(Def-A2052 – Def-A2064)**</u>

Dated: February 27, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

# TABLE OF CONTENTS

| Document | Page Range |
|---|---|
| Letter from Spencer Collins to Ann Chaplin, dated January 8, 2025, bearing Bates number QCVARM_0573677 ▮▮▮▮▮ ▮▮▮▮ | Def-A2052 – A2053 |
| Email chain between Richard Grisenthwaite and Arm Personnel, bearing Bates number ARM_01314327 ▮▮▮▮▮ ▮▮▮▮▮ | Def-A2054 – A2064 |



110 Fulbourn Road
Cambridge, CB1 9NJ
United Kingdom
Spencer.Collins@arm.com

January 8, 2025

**VIA E-MAIL ONLY**

Ann Chaplin
General Counsel and Corporate Secretary
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121-1714
AChaplin@qualcomm.com

Dear Ann:

I write concerning Qualcomm's Architecture License Agreement ("Qualcomm ALA") and certain CPUs that include designs and code acquired in the Nuvia acquisition ("Nuvia CPUs", including at a minimum Qualcomm's ███████████████████ products).

The Qualcomm ALA was the subject of an incomplete jury verdict on December 20 that found in Qualcomm's favor.  That verdict is not final and is subject to a variety of legal challenges.  Nonetheless, Arm respects and values the jury process and the Court's ongoing role in resolving the parties' disputes.  As a result, and while Arm's ongoing legal challenges are pending, Arm will treat the Nuvia CPUs as falling within the scope of the Qualcomm ALA, and Arm therefore withdraws the pending October 22, 2024 notice of material breach.  Arm has no current plan to terminate the Qualcomm ALA until the legal process resolves the parties' disputes over the Qualcomm ALA. Arm also conditionally accepts ███████████████ Pursuant to separate correspondence, Arm ███████████ while the related legal challenges remain outstanding.

Arm's prior correspondence and relevant court filings in the Delaware litigation reflect Arm's legal position regarding the scope of the Qualcomm ALA and the required actions

**Def-A2052**

QCVARM_0573677



that Nuvia acting in concert with Qualcomm must take in light of the termination of the Nuvia ALA on March 1, 2022.  Arm's future legal filing will reflect its legal position regarding the non-final verdict, a new trial and judgment in the legal case.  Arm reserves all rights and none of Arm's conduct, support and verification reflects a waiver of Arm's present or future rights or claims.

Qualcomm may wish to share this notice with its customers only on a confidential basis, and Arm confirms Qualcomm may do so.

Sincerely,

Spencer Collins
EVP, Chief Legal Officer
Arm Limited

2

**Def-A2053**

QCVARM_0573678

# (REDACTED IN ITS ENTIRETY)

(Def-A2054 - A2064)