IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | C.A. No. 24-490 (MN) |
| Plaintiffs, | ) ) | ████████████████████ |
| v. | ) ) | |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) ) ) | |

**APPENDIX TO PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S ORDERS GRANTING MOTIONS FOR PROTECTIVE ORDERS FILED BY THIRD PARTIES AMPERE COMPUTING LLC (D.I. 615) AND APPLE, INC. (D.I. 616)
(Vol. 2: A340-A524)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs as to Motions Brought
By All Movants*

Original Filing Date:  February 20, 2026
Redacted Filing Date: March 4, 2026

# TABLE OF CONTENTS

| Docket Entries for Motions Referred to the Special Master | |
|---|---|
| **Document** | **Page Range/D.I. #** |
| Nonparty Ampere Computing LLC's Motion for Protective Order (Aug. 11, 2025) | D.I. 374 |
| [Proposed] Order Granting Nonparty Ampere Computing LLC's Motion for Protective Order (Aug. 11, 2025) | D.I. 374-1 |
| Non-Party Apple Inc.'s Motion for Protective Order (Aug. 11, 2025) | D.I. 377 |
| [Proposed] Order (Aug. 11, 2025) | D.I. 377-1 |
| **Appendix Entries for Briefing & Proceedings Before the Special Master** | |
| Letter from Nora M. Crawford to Special Master Helena C. Rychlicki re: *Qualcomm Inc., et al. v. ARM Holdings PLC*, C.A. No. 24-490 (MN) (Aug. 11, 2025) | A001 – A006 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC, f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Jeff Wittich in Support of Nonparty Ampere Computing LLC's Motion for Protective Order (Aug.11, 2025) | A007 – A012 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC, f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter Brief in Opposition to Ampere's Motion for a Protective Order (Aug. 18, 2025) | A013 – A019 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC, f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Catherine Nyarady in Support of Plaintiffs' Opposition to Non-Party Ampere's Motion for a Protective Order (Aug. 18, 2025) | A020 – A021 |
| Qualcomm Exhibit 1 – Qualcomm's First Set of Requests for Production (Nos. 1-36) Excerpt (Dec. 20, 2022) | A022 – A026 |
| Qualcomm Exhibit 2 – Qualcomm's Fifth Set of Requests for Production (Nos. 71-124) Excerpt (Oct. 18, 2023) | A027 – A033 |
| Qualcomm Exhibit 3 – *Arm* v. *Qualcomm*, Telephonic Oral Argument Excerpt (Jan. 12, 2024) | A034 – A037 |

| | |
|---|---|
| Qualcomm Exhibit 4 – *Arm* v. *Qualcomm*, Oral Argument Excerpt (Mar. 7, 2024) | A038 – A042 |
| Qualcomm Exhibit 5 – Arm Ltd.'s First Supplemental Objections and Responses to Qualcomm's First Set of Requests for Production (Nos. 1-52) Excerpt (June 17, 2025) | A043 – A057 |
| Qualcomm Exhibit 6 – Arm Ltd.'s First Supplemental Objections and Responses to Qualcomm's Second Set of Requests for Production (Nos. 53-120) Excerpt (June 17, 2025) | A058 – A065 |
| Qualcomm Exhibit 7 – Arm Holdings PLC's First Supplemental Objections and Responses to Qualcomm's Third Set of Requests for Production (Nos. 121-156) Excerpt (June 17, 2025) | A066 – A073 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Letter Brief of Non-Party Apple Inc. in Support of its Motion for Protective Order (Aug. 11, 2025) | A074 – A079 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Hannah L. Cannom in Support of Non-Party Apple Inc.'s Motion for Protective Order (Aug. 11, 2025) | A080 – A082 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Timothy A. Kirby in Support of Non-Party Apple Inc.'s Motion for Protective Order (Aug. 8, 2025) | A083 – A084 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter in Opposition to Non-Party Apple's Motion for a Protective Order (Aug. 18, 2025) | A085 – A091 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Jennifer Ying in Support of Plaintiffs' Opposition to Non-Party Apple's Motion for Protective Order (Aug. 18, 2025) | A092 – A112 |
| Qualcomm Exhibit 1 – *Arm* v. *Qualcomm*, Oral Argument Excerpt (Mar. 7, 2024) | A113 – A127 |
| Qualcomm Exhibit 2 – Arm Ltd.'s First Supplemental Objections and Responses to Qualcomm's First Set of Requests for Production (Nos. 1-52) Excerpt (June 17, 2025) | A128 – A137 |

| | |
|---|---|
| Qualcomm Exhibit 3 – Arm Ltd.'s First Supplemental Objections and Responses to Qualcomm's Second Set of Requests for Production (Nos. 53-120) Excerpt (June 17, 2025) | A138 – A152 |
| Qualcomm Exhibit 4 – Arm Holdings PLC's First Supplemental Objections and Responses to Qualcomm's Third Set of Requests for Production (Nos. 121-156) Excerpt (June 17, 2025) | A153 – A162 |
| Qualcomm Exhibit 5 – Arm Holdings PLC's Objections and Responses to Qualcomm's Seventh Set of Requests for Production (Nos. 192-195) Excerpt (July 9, 2025) | A163 – A168 |
| Qualcomm Exhibit 6 – Deposition of Christine Cong Tran Excerpt (July 10, 2025) | A169 – A174 |
| Qualcomm Exhibit 7 – Deposition of Martin Weidmann Excerpt (June 20, 2025) | A175 – A179 |
| Qualcomm Exhibit 8 – Deposition of Rene Haas Excerpt (July 7, 2025) | A180 – A187 |
| Qualcomm Exhibit 9 – *Finjan, Inc.* v. *Rapid7, Inc.*, C.A. No. 18-1519-MN, Memorandum Opinion and Special Master Order #2 (Aug. 7, 2020) | A188 – A195 |
| Qualcomm Exhibit 10 – *Minerva Surgical, Inc.* v. *Hologic, Inc. and Cytyc Surgical Products, LLC*, C.A. No. 18-217-JFB-SRF, Memorandum & Order (Oct. 11, 2019) | A196 – A202 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Rychlicki Regarding Subsequent Events Relating to Motion to Compel Production of Arm's Architecture License Agreements (Dec. 16, 2025) | A203 – A205 |
| Qualcomm Exhibit 1 – Plaintiff's Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 1, 2025) | A206 – A213 |
| Qualcomm Exhibit 2 – Defendant's Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 7, 2025) | A214 – A222 |
| Qualcomm Exhibit 3 – Special Discovery Master Hearing Excerpt  (Aug. 14, 2025) | A223 – A226 |

| | |
|---|---|
| Qualcomm Exhibit 4 – Deposition of William Abbey Excerpt (June 26, 2025) | A227 – A229 |
| Qualcomm Exhibit 5 – Deposition of Rene Haas Excerpt (July 7, 2025) | A230 – A232 |
| Qualcomm Exhibit 6 – Letter from S. Collins to A. Chaplin (Dec. 10, 2025) | A233 – A264 |
| Qualcomm Exhibit 7 – *Arm* v. *Qualcomm*, Pretrial Conference Excerpt (Nov. 20, 2024) | A265 – A271 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Subsequent Events Relating to Their Motion to Compel Production of Third-Party Arm Licenses and Related Agreements (Oct. 17, 2025) | A272 – A276 |
| Qualcomm Exhibit 1 – ███████████████████████████████ | A277 – A294 |
| Qualcomm Exhibit 2 – ███████████████████████████████ | A295 – A339 |
| Qualcomm Exhibit 3 – ███████████████████████████████ | A340 – A351 |
| Qualcomm Exhibit 4 – Email from J. Hartley to P. Evangelatos et al. re: Qualcomm v. Arm – Third Party Agreements (Oct. 16, 2025) | A352 – A358 |
| Qualcomm Exhibit 5 – ███████████████████████████████ | A359 – A524 |
| Qualcomm Exhibit 6 – Meet & Confer Transcript Excerpt (Oct. 10, 2025) | A525 – A532 |
| Qualcomm Exhibit 7 – Email from A. Basner to P. Evangelatos et al. re: Qualcomm v. Arm, Case No. 1:24-cv-490 (Oct. 15, 2025) | A533 – A537 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Defendant Arm Holdings PLC's Response to Qualcomm's December 16, 2025 Letter to Special Master Rychlicki (Dec. 23, 2025) | A538 – A541 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Declaration of Peter Evangelatos in Support of Arm Holding PLC's Response to | A542 – A545 |

4

| | |
|---|---|
| Qualcomm's December 16, 2025 Letter to Special Master Rychlicki (Dec. 23, 2025) | |
| Arm Exhibit 1 – Plaintiffs' Letter to Special Master Helena C. Rychlicki Regarding Outstanding Discovery Disputes (Aug. 1, 2025) | A548 – A555 |
| Arm Exhibit 2 – Qualcomm Amended and Restated Architecture License Agreement (ALA) (May 30, 2013) | A556 – A599 |
| Arm Exhibit 3 – Plaintiff's Letter to Special Master Rychlicki Regarding Subsequent Events Relating to Motion to Compel Production of Arm's Architecture License Agreements (Dec. 16, 2025) | A600 – A603 |
| Arm Exhibit 4 – Letter from S. Collins to A. Chaplin (Dec. 10, 2025) | A604 – A635 |
| Arm Exhibit 5 – Deposition of William Abbey Excerpt (June 26, 2025) | A636 – A641 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Plaintiffs' Letter to Special Master Rychlicki Regarding Subsequent Events Relating to Arm's Architecture License Agreements (Dec. 26, 2025) | A642 – A643 |
| *Qualcomm Inc. and Qualcomm Techs., Inc.* v. *Arm Holdings PLC., f/k/a Arm Ltd.*, C.A. No. 24-490-MN, Special Discovery Master Hearing Excerpt (Aug. 14, 2025) | A644 – A646 |

# A340 - A351
# Redacted in Full

# EXHIBIT 4

 Outlook

---

## Re: Qualcomm v. Arm - Third Party Agreements

**From** Jenifer Hartley <JHartley@dirllp.com>

**Date** Thu 10/16/2025 3:17 PM

**To** Evangelatos, Peter <peter.evangelatos@kirkland.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>

**Cc** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>

Peter,

Qualcomm is not seeking to "relitigate" anything.  We asked Arm for these specific missing documents because they are identified in Arm's production as part of the third-party agreements that Arm agrees it needs to produce ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *See, e.g.*, 9/19/2025 Arm Ltr. to Special Master Rychlicki at 2.  As Arm knows, it produced more than two thirds of these third parties' agreements after fact discovery, after the parties filed their motions to compel, and after the Special Master heard those motions in August.  Qualcomm's inability to include in its August 1 motion every example of Arm omitting a part of a third-party agreement Arm had yet to produce does not render anything "untimely."

It is disappointing that, after weeks of "investigation," Arm is declining to remedy the clear deficiencies in its production absent a Court order forcing it to do so.  We would have preferred not to burden the Court with additional correspondence regarding a production Arm has repeatedly erroneously represented as complete but will now need to let the Special Master know of Arm's continued refusal to provide a complete production of third-party agreements ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Best,
Jen

**Jen Hartley | Associate**
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C.*
*Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Tuesday, October 14, 2025 7:59 PM
**To:** Jenifer Hartley <JHartley@dirllp.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** RE: Qualcomm v. Arm - Third Party Agreements

Jen,

We have been considering Qualcomm's request.

Qualcomm's request is one of several disputes that are pending with the Special Master that Qualcomm is seeking to relitigate pending a ruling. There is no basis to do so. On August 1, Qualcomm submitted a letter brief to the Special Master arguing that "Arm should produce all agreements" and that "Arm omitted Annexes for several agreements that contain pricing information." Arm served its opposition to Qualcomm's letter brief on August 7, explaining that the annexes Qualcomm seeks "do not relat ▓▓▓▓▓▓▓▓▓▓▓▓▓ and Arm has produced relevant pricing information for those cores under ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓." The parties then conducted two hearings before the Special Master in August where they argued about the scope of Qualcomm's TLA claims and what documents must be produced. There is no basis to relitigate a dispute that is already pending before the Special Master.

Moreover, any request for documents not subject to its pending motion are untimely. As you know, the fact discovery period closed on July 11. Many of the third party agreements referenced below were undisputedly produced during the fact discovery period. Indeed, Qualcomm either used them at depositions, or had the opportunity to but chose not to. Any requests for additional documents not encompassed by Qualcomm's motion should have been made months ago, and Qualcomm has failed to timely raise the issue, including in accordance with the deadlines set by the Special Master.

We also disagree that Mr. Kennedy's report or the summary judgment deadline provides a basis to relitigate a dispute pending before the Special Master or for any additional untimely discovery.

Best,
Peter

**Peter Evangelatos**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
peter.evangelatos@kirkland.com

---

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Tuesday, October 14, 2025 8:13 AM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

---

Hi Peter,

Thanks for confirming that you've been looking into this.  Given that it has now been almost three weeks since Qualcomm asked about these documents and that the parties' summary judgment motions are due in ten days, please provide the more detailed response you mentioned below by close of business tomorrow, October 15.

Best,
Jen



**Jen Hartley | Associate**
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by*
*D.C. Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Thursday, October 9, 2025 10:33 AM
**To:** Jenifer Hartley <JHartley@dirllp.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** RE: Qualcomm v. Arm - Third Party Agreements

Jen,

Thank you for following up. We are investigating Qualcomm's request for these additional documents. We will get back to you shortly with a more detailed response.

Best,

Peter

**Peter Evangelatos**
════════════════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 212 909 3291 **T** +1 516 528 6348

**F** +1 212 446 4900

════════════════════════════════════════

peter.evangelatos@kirkland.com

---

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Thursday, October 9, 2025 10:11 AM
**To:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

---

Counsel,

Given that we still have not received a response to the below, please be prepared to discuss these documents on the meet and confer at 11am ET tomorrow.

Best,
Jen



**Jen Hartley** | Associate
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C. Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Friday, October 3, 2025 8:00 PM
**To:** KE-ARM-Qualcomm <ke-arm-qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Re: Qualcomm v. Arm - Third Party Agreements

Counsel,

We are following up on the below as we have not received a response.  Please confirm that you are in the process of producing the referenced documents that appear to have been omitted from Arm's productions of third parties' license agreements for ████████████████████, or identify the Bates numbers at which these documents have already been produced.  Qualcomm reserves all rights.

Best,
Jen

**Jen Hartley** | Associate
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004

**A355**

Website | LinkedIn

*Admitted in New York only. Practice is supervised by D.C.*
*Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

---

**From:** Jenifer Hartley <JHartley@dirllp.com>
**Sent:** Wednesday, September 24, 2025 7:37 PM
**To:** KE-ARM-Qualcomm <ke-arm-qualcomm@kirkland.com>; MoFo_Arm_QCOM <mofo_arm_qcom@mofo.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Cc:** Qualcommv Arm <QualcommvArm@dirllp.com>; GRP-QCvARM <grp-qcvarm@paulweiss.com>; Ying, Jennifer <jying@morrisnichols.com>; Blumenfeld, Jack <jblumenfeld@morrisnichols.com>
**Subject:** Qualcomm v. Arm - Third Party Agreements

Counsel,

As mentioned in Dr. Kennedy's reply report, Arm appears to have omitted from its productions documents that are part of third parties' license agreements ███████████████████████. *See, e.g.*, 2025.09.19 Kennedy Reply Report ¶ 89, Schedule 9.1.  We list below the types of documents that appear to have been omitted, along with the Bates number of the produced document that references each apparently omitted document.  Please produce these apparently omitted documents by Wednesday, October 1 or identify the Bates numbers at which they have already been produced.  Qualcomm reserves all rights.

Best,
Jen

A357



**Jen Hartley | Associate**
**Dunn Isaacson Rhee LLP**
jhartley@dirllp.com
(202) 240-2922  (direct) | (301) 233-9558 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn
*Admitted in New York only. Practice is supervised by D.C.*
*Bar members.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any

part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the

addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any

part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# A359 - A524
# Redacted in Full

## CERTIFICATE OF SERVICE

I hereby certify that on March 4 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 4 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                        *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

Scott F. Llewellyn, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendant*

Sydney D. Gaskins, Esquire                                     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendant*

Daralyn J. Durie, Esquire                                      *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendant*

Lydia B. Cash, Esquire                              *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendant*

Gregg F. LoCascio, P.C.                             *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Kasdin M. Mitchell, P.C.
Meredith Pohl, Esquire
Matthew J. McIntee, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant*

Jay Emerick, Esquire                               *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendant*

Peter Evangelatos, Esquire                         *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendant*

Brad D. Sorrels, Esquire                           *VIA ELECTRONIC MAIL*
Kaitlin E. Maloney, Esquire
Nora M. Crawford, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE  19801
*Attorneys for Non-Party Ampere Computing LLC*

Susan E. Morrison, Esquire                         *VIA ELECTRONIC MAIL*
Nitika Gupta Fiorella, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899
*Attorneys for Non-Party Apple Inc.*

Hannah Cannom, Esquire
Bethany Stevens, Esquire
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA  90013
*Attorneys for Non-Party Apple Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Travis Murray*

Travis Murray (#6882)