Originally Filed: March 3, 2026
Redacted Version Filed: March 5, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   REDACTED - PUBLIC VERSION<br><br>  C.A. No. 24-490 (MN)<br>  (CONSOLIDATED) |

**JOINT LETTER TO THE HONORABLE MARYELLEN NOREIKA REGARDING
ISSUES FOR ARGUMENT ON MARCH 10 AND MARCH 12, 2026**

Dear Judge Noreika:

The parties submit this joint letter pursuant to the Court's February 18, 2026 Order requiring the parties to submit a list of issues to be argued over March 10 and March 12, 2026.[1]

## PARTY DISPUTES TO BE ARGUED

**Plaintiffs' Objections**

- D.I. 589 – Plaintiffs' objection to the Special Master's January 7, 2026 Order denying Plaintiffs' Motion for Leave to Amend

- D.I. 672 – Plaintiffs' partial objections to the Special Master's February 6, 2026 Order denying Plaintiffs' Motion to Compel (D.I. 359)

  - Plaintiffs' request for Third-Party TLAs, ALAs, Total Access Agreements, and Rule 30(b)(6) Testimony

  - Plaintiffs' request for Arm's communications with its PR firm and regarding PR activities redacted or withheld as allegedly privileged, and related privilege logging issues

  - Plaintiffs' request for documents concerning Arm's withholding of ALA deliverables from Qualcomm

- D.I. 679 – Plaintiffs' partial objections to the Special Master's February 6, 2026 Order denying Plaintiffs' Motion to Compel (D.I. 375)

  - Plaintiffs' request for discovery related to peripheral IP

    - Plaintiffs expect this issue to arise in connection with the request for

---

[1] The parties believe the Court would benefit from hearing argument on the issues listed in the joint letter. While the parties seek resolution of the additional issues included in their respective objections, listed in Appendix A, given the limited time for argument, the parties agree that those issues can be decided on the papers unless the Court has questions.

1

Third-Party TLAs in D.I. 672.

**Defendant's Motions And Objections**

- D.I. 596 – Defendant's Motion to Bifurcate the 2026 Trial and to Strike In Part Qualcomm's Jury Demand

- D.I. 232 – Defendant's Partial Motion to Dismiss, limited to the issue of whether "Qualcomm's v10-related implied covenant claim should be dismissed." D.I. 642.

- D.I. 665 – Defendant's objections to the Special Master's February 6, 2026 Order denying Defendant's Motion to Compel (D.I. 361)
  - Defendant's request for documents concerning Qualcomm's media communications.

## THIRD-PARTY PROTECTIVE ORDERS

- D.I. 648 – Plaintiffs' objections to the Special Master's Orders granting Motions for Protective Orders filed by third parties Broadcom Inc., Amlogic Holdings Ltd., Analog Devices Inc., Mediatek Inc., and Annapurna Labs[2]

- D.I. 657 – Plaintiffs' objections to the Special Master's Orders granting Motions for Protective Orders filed by third parties Ampere Computing LLC and Apple, Inc.[3]

- D.I. 662 – Defendant's objections to the Special Master's February 6, 2026 Order granting MediaTek's Motion for Protective Order (D.I. 323)

\* \* \*

Counsel is available should the Court have any questions.

---

[2] Connolly Gallagher will argue D.I. 648 on behalf of Qualcomm with respect to Annapurna Labs
[3] Morris, Nichols will argue D.I. 657 on behalf of Qualcomm.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Anne Shea Gaza* |
| Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Daniel G. Mackrides (#7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Defendants* |

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)

3

# APPENDIX A

*Issues Briefed by Both Parties for Which Argument is Not Requested*

**Plaintiffs' Objections**

- D.I. 638 – Plaintiff's objections to the Special Master's January 22, 2026 Order denying Plaintiffs' Motion to Strike the Expert Reports of Arm's Experts Michael C. Brogioli, Ph.D. and Steven Richards, CPA

- D.I. 672 – Plaintiffs' partial objections to the Special Master's February 6, 2026 Order denying Plaintiffs' Motion to Compel (D.I. 359)

    - Plaintiffs' request for Arm to unredact the subject lines of four emails with outside counsel and to provide associated metadata

    - Plaintiffs' request for documents regarding Arm's delivery of OOBs and ACK patches to third-parties

    - Plaintiffs' request for Arm's spreadsheet related to Qualcomm's licensing request for ▉▉▉▉▉▉▉▉

    - Plaintiffs' request for documents concerning the v10 development timeline and ▉▉▉▉▉▉▉▉

- D.I. 679 – Plaintiffs' partial objections to the Special Master's February 6, 2026 Order denying Plaintiffs' Motion to Compel (D.I. 375)

    - Plaintiffs' request for Arm to supplement its interrogatory responses regarding relevant terms of Third-Party TLAs

**Defendant's Objections**

- D.I. 664 – Defendant's objections to the Special Master's February 6, 2026 Order denying Defendant's Motion to Strike and Compel (D.I. 378)

- - o   Defendant's Motion to Strike Qualcomm's untimely, intentionally withheld theories
  - o   Defendant's request for Qualcomm's business strategy documents withheld as allegedly privileged
- D.I. 665 – Defendant's objections to the Special Master's February 6, 2026 Order denying Defendant's Motion to Compel (D.I. 361)
  - o   Defendant's request for Qualcomm's prior statements about its licensing practices