IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC., | ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 24-490-MN |
| ARM HOLDINGS PLC f/k/a ARM LTD., | ) ) | |
| Defendant. | ) | |

**DECLARATION OF ASHLEY FINGER IN SUPPORT OF
NON-PARTY ANNAPURNA'S RESPONSE TO
PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER GRANTING
ANNAPURNA'S MOTION FOR A PROTECTIVE ORDER (D.I. 628)**

I, Ashley N. Finger, hereby declare and state as follows:

1.  I am an attorney at the law firm of Latham & Watkins LLP, and counsel of record for non-party Annapurna Labs (U.S.) Inc. ("Annapurna") in the above-captioned action between Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") and Defendant Arm Holdings PLC ("Arm" or "Defendant").

2.  I submit this declaration in support of Annapurna's response to Plaintiffs' Objections to the Special Master's Order Granting Annapurna's Motion for a Protective Order (D.I. 628).

3.  Due to confidentiality restrictions, neither personnel nor in-house counsel for Annapurna have been able to review certain arguments and representations made by Qualcomm, including the scope and nature of ███████████████████████████, including that it relates to "███████ ██████████████████████████████████████████████████ ████████████████████ D.I. 286 ("Objections") at 2.  Accordingly, I, as outside counsel for Annapurna, investigated the scope of that provision and how it relates to the scope of the Annapurna agreements Qualcomm seeks.

4. In Qualcomm's Objections, Qualcomm identifies the following █████████ ███████ as relevant to its allegations of ████ h and, in light of a separate order from the Special Master (D.I. 630), properly within the scope of the case: ████████████████ ███████████████████████████. Objections at 4.

5. Based on publicly-available information and details contained in Qualcomm's requests for production, those code names correspond to the following product numbers:



*See also* A065 at RFP No. 58 ████████████████████████

████████████████████████████████

██████████████████████

---



6.  I reviewed, in full, the Annapurna agreements and annexes thereto that Qualcomm seeks in discovery, including the Technology License Agreement ("TLA"), Arm Total Access Agreement ("ATA"), Royalty Pricing Agreement ("RPA"), and attachments and schedules thereto.

7.  The vast majority of provisions therein to do not relate to or reference the ███████ ███████████████████ listed in paragraph 5.  Instead, the vast majority of the agreements, the provisions contained therein, and the attachments and schedules thereto, ████████████ █████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2026.

/s/ Ashley N. Finger
Ashley N. Finger
LATHAM & WATKINS LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of February, 2026, the attached **DECLARATION OF ASHLEY FINGER IN SUPPORT OF NON-PARTY ANNAPURNA'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER GRANTING ANNAPURNA'S MOTION FOR A PROTECTIVE ORDER (D.I. 628)** was served upon the below-named counsel of record at the address and in the manner indicated:

Jennifer Ying, Esquire                                                <u>VIA ELECTRONIC MAIL</u>
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Alan R. Silverstein, Esquire                                      <u>VIA ELECTRONIC MAIL</u>
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 252-3645

Karen L. Dunn, Esquire                                             <u>VIA ELECTRONIC MAIL</u>
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004

Catherine Nyarady, Esquire                                      <u>VIA ELECTRONIC MAIL</u>
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Adam L. Basner, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Gregg Stephenson, Esquire                                       <u>VIA ELECTRONIC MAIL</u>
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105

{02209664;v1 }                                        1

Anne Shea Gaza, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

VIA ELECTRONIC MAIL

Gregg F. LoCascio, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

VIA ELECTRONIC MAIL

Jay Emerick, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

VIA ELECTRONIC MAIL

Peter Evangelatos, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

VIA ELECTRONIC MAIL

Daralyn J. Durie, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

VIA ELECTRONIC MAIL

Scott F. Llewellyn, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202

VIA ELECTRONIC MAIL

*/s/ Andrew C. Mayo*

Andrew C. Mayo