IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-490 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1.  The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.  Hearings are scheduled in this case for 2:00 p.m. on March 10 and 10:00 a.m. on March 12, 2026 in Courtroom 4A.

3. The following attorneys intend to appear at the hearing, require access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Adam Basner, Esquire
- Jacob Braly, Esquire
- Karen Dunn, Esquire
- Jenifer Hartley, Esquire
- William Isaacson, Esquire
- Erin Morgan, Esquire
- Catherine Nyarady, Esquire

WHEREFORE, Plaintiffs respectfully request that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

March 9, 2026

*Attorneys for Plaintiffs*

SO ORDERED this 9th day of March 2026.

_____
The Honorable Maryellen Noreika
United States District Judge