

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

March 18, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:    *Qualcomm Inc., et al. v. Arm Holdings plc, et al.*
>          C.A. No. 24-490-MN (Consol.)

Dear Judge Noreika:

Pursuant to Your Honor's directive during the March 10 and 12 Status Conferences, Arm hereby submits the documents attached hereto for the Court's *in camera* privilege review.

Arm is submitting 44 documents for *in camera* review.  Tabs 1–8 have been withheld in full as privileged, Tabs 9–44 have been (or will be) produced with redactions, and the text proposed to be redacted in the documents at Tabs 9-44 are indicated by red boxes.  Arm is withdrawing its privilege objections for 52 documents and will produce them to Qualcomm.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Attachments:  44 documents (hand delivery only)

cc:    All Counsel of Record (via e-mail, w/o attachments)