# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

────────

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

March 18, 2026

The Honorable Maryellen Noreika                          *VIA E-FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

>       Re:    *Qualcomm, Incorporated et al. v. Arm Holdings PLC,*
>              C.A. No. 24-490 (Consolidated) (MN)

Dear Judge Noreika:

Pursuant to the Court's Order at the March 10 and 12 hearings, Qualcomm hereby submits a letter identifying its communications with Bloomberg for the Court's *in camera* review.

Counsel is available should Your Honor have any questions.

Respectfully,

*Jennifer Ying*

Jennifer Ying (#5550)

JY/pca
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail, w/o attachment)