IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
  a Delaware corporation,

        Plaintiffs,

      v.

ARM HOLDINGS PLC., f/k/a ARM LTD.,
  a U.K. corporation,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-490 (MN)
(CONSOLIDATED)

**[PROPOSED] AMENDED SCHEDULING ORDER**

Pursuant to the Court's March 12, 2026 Oral Order, the parties hereby submit the following proposed revised scheduling order:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Last day for Arm to serve maximum of three interrogatories, five requests for production, and one Rule 30(b)(6) deposition notice for defenses that are unique to Arm Ltd. | March 30, 2026 |
| Last day for Qualcomm to serve one contention interrogatory for defenses unique to Arm Ltd. | March 30, 2026 |
| Deadline for Arm production of: (1) agreed-upon third-party agreements and related documentation (including Annexes, Amendments, Product Specific Terms, Royalty Pricing Documents, and Package Order Forms), (2) TLA spreadsheet, and (3) FGS-related documents if ordered by the Court.  Deadline for Qualcomm production of: (1) Bloomberg communications if ordered by the Court.<br><br>Deadline for Arm to provide a supplemental response to Qualcomm Interrogatory No. 5 with a chart regarding third-party delivery of OOBs and ACK patches from June 1, 2022 to January 31, 2025. | April 3, 2026 |

1

| | |
|---|---|
| Deadline for Qualcomm's response to Arm's interrogatories, completion of production in response to requests for production, and response to Rule 30(b)(6) deposition notice for defenses that are unique to Arm Ltd.<br><br>Deadline for Arm's response to Qualcomm's contention interrogatory for defenses unique to Arm Ltd. | April 21, 2026 |
| Deadline for Arm to complete Rule 30(b)(6) depositions on: (1) defenses unique to Arm Ltd.; (2) peripheral IP; (3) Qualcomm's communications with Bloomberg if ordered by the Court.<br><br>Deadline for Qualcomm to complete Rule 30(b)(6) deposition of Ehab Youssef on Topics 20 (subject to Arm's 6/19/2025 objections) and 29 (subject to Arm's 6/19/2025 objections) (limited to 2 hours). | May 5, 2026 |
| Supplements to expert reports for the party who has the initial burden of proof on the subject matter (limited to new opinions based on discovery ordered at the March Hearings or produced after service of rebuttal reports) and any initial burden of proof issues unique to Arm Ltd.[1] | May 15, 2026 |
| Supplemental expert reports contradicting or rebutting evidence on the same matter identified by another party. | June 5, 2026 |

---

[1] Arm will also submit its expert report on any defense unique to Arm Ltd. on this date, to the extent it submits a report.  *See* 3/12/26 Hearing Tr. at 60:12-16.

| | |
|---|---|
| Supplemental reply expert reports for the party that has the initial burden of proof. | June 19, 2026 |
| Deadline to complete expert depositions (limited to three hours per expert and new opinions). | June 26, 2026 |
| Deadline for Arm to file supplemental dispositive motions on (1) Qualcomm's ALA Implied Covenant Claim regarding v10 and (2) statute of limitations defense unique to Arm Ltd. (limited to 15 pages for each motion).[2] | July 1, 2026 |
| Deadline for Qualcomm to file answering briefs (limited to 15 pages for each motion). | July 15, 2026 |
| Deadline for Arm to file reply briefs (limited to 7 pages for each motion). | July 22, 2026 |
| Hearing on dispositive and *Daubert* motions | TBD (at the Court's convenience) |

The following dates remain unchanged on the Court's calendar (*see* D.I. 631):

---

[2] Arm Ltd. has one other unique defense and will seek leave to use the 15 pages currently allocated for its statute of limitations defense to address that defense as well.

| EVENT | DEADLINE |
|---|---|
| Pretrial Order, proposed voir dire, proposed jury instructions, and proposed verdict sheet filed | September 21, 2026 |
| Pretrial Conference | September 28, 2026 at 2:00 p.m. |
| Jury Selection | Friday, October 2, 2026 |
| Jury Trial | Monday, October 5, 2026 |

The parties agree that the Protective Order (D.I. 84) and Order for Discovery (D.I. 85) entered in C.A. No. 24-490 also govern *Qualcomm* v. *Arm Ltd.*, C.A. No. 26-20 that has been consolidated with C.A. No. 24-490.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants ARM Holdings PLC and ARM Ltd.*

March 18, 2026

SO ORDERED, this _____ day of March, 2026.

_____
The Honorable Maryellen Noreika

4