IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for Plaintiffs to file a public version of D.I. 765, Plaintiffs' First Amended Complaint,

shall be extended to April 7, 2026.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Travis J. Murray* | */s/ Anne Shea Gaza* |
| Jennifer Ying (#5550) Travis J. Murray (#6882) 1201 North Market Street P.O. Box 1347 Wilmington, DE  19899 (302) 658-9200 jying@morrisnichols.com tmurray@morrisnichols.com | Anne Shea Gaza (#4093) Robert M. Vrana (#5666) Daniel G. Mackrides (#7230) Rodney Square 1000 North King Street Wilmington, DE  19801 (302) 571-6600 agaza@ycst.com rvrana@ycst.com dmackrides@ycst.com |
| *Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.* | *Attorneys for Defendants ARM Holdings PLC* |
| April 6, 2026 | |

SO ORDERED this _____ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE