**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | C.A. No. 24-490-MN<br>(CONSOLIDATED) |

**ARM LTD.'S SUPPLEMENTAL CERTIFICATION IN SUPPORT OF ITS
MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT (D.I. 765)**

Pursuant to the Court's April 14, 2026 Oral Order (D.I. 774), and further pursuant to D. Del. LR 7.1.1 and the Court's March 20, 2026 Order (D.I. 761), Defendant Arm Ltd. hereby provides this supplemental certification in support of Arm Ltd.'s Motion to Strike (D.I. 772) Plaintiffs' Amended Complaint (D.I. 765) under Federal Rules of Civil Procedure 12(f) and 16 and the Court's inherent authority to manage its docket.

Undersigned counsel hereby certifies the following:  On Wednesday, April 1, 2026, lead trial counsel for Arm Ltd., Gregg LoCascio, wrote to Karen Dunn (Plaintiffs' lead trial counsel), copying local counsel for all parties, to schedule a meet and confer concerning Plaintiffs' decision to file an amended complaint with new allegations and a new claim without seeking leave from the Court.  Mr. LoCascio indicated availability to meet and confer in person on Thursday, April 2; Friday, April 3; Monday, April 6; or Tuesday, April 7.

On Monday, April 6, Mr. LoCascio and Ms. Dunn conferred telephonically to preview the issues to be discussed at the in-person meet and confer.  The telephone call lasted approximately

1

twelve minutes. After the call, both parties exchanged case law purporting to support their respective positions.

On Tuesday, April 7, local counsel and lead trial counsel for Arm Ltd. and Plaintiffs met and conferred in person at the offices of Dunn Isaacson Rhee LLP in Washington, D.C. (401 9th St NW, Washington, DC 20004). The in-person meet and confer lasted a little over an hour, from approximately 2:00 p.m. to approximately 3:08 p.m. Mr. LoCascio and Meredith Pohl from Kirkland & Ellis LLP, as well as Rob Vrana from Young Conaway Stargatt & Taylor, LLP, participated in person on behalf of Arm Ltd.; Anne Gaza from Young Conaway Stargatt & Taylor, LLP attended via Zoom while traveling in South Korea. Ms. Dunn and Jennifer Hartley from Dunn Isaacson Rhee LLP, Catherine Nyarady from Paul Weiss, Rifkind, Wharton & Garrison LLP, and Jennifer Ying from Morris, Nichols, Arsht & Tunnell LLP, participated in person on behalf of Plaintiffs.

Following the in-person meet and confer, on Thursday, April 9 and Friday, April 10, Ms. Nyarady (for Plaintiffs) and Mr. LoCascio (for Arm Ltd.) exchanged four emails continuing the discussion. The parties' correspondence is attached as Exhibit 1. No agreement was reached during the meet and confer or in the subsequent discussions. Spencer Collins (Arm Ltd.'s Executive Vice President and Chief Legal Officer), the senior most person at Arm Ltd. involved in this litigation, approved raising the parties' dispute with the Court and the filing of Arm Ltd.'s motion to strike on Monday, April 13.

Dated:  April 15, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP


/s/Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2026, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

John Poulos

Ruby J. Garrett
Adam L. Basner
Eric C. Westerhold
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
ewesterhold@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com

grp-qcvarm@paulweiss.com

Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2