IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>    a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>    a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>    a U.K. corporation,<br><br>                    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REDACTED - PUBLIC VERSION

C.A. No. 24-490 (MN)
(CONSOLIDATED)

**STIPULATION REGARDING PRODUCTION OF**
██████████████████ **ARCHITECTURE LICENSE AGREEMENTS**

The parties, through their undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

1.      Arm Holdings and Arm Ltd. (collectively "Arm") will produce unredacted copies of the ██████████████ Architecture License Agreements and Annexes (collectively, the "██████████ Materials") on a "Highly Confidential – Attorneys' Eyes Only" basis under ¶¶ 24 and 37 of the Protective Order.  D.I. 84.

2.      Any attorney of record for Qualcomm Inc. and/or Qualcomm Technologies, Inc. (collectively, "Qualcomm") who has appeared in the above-captioned consolidated litigation or any person at a firm where an attorney has made such an appearance who has access to the ██████ ██████ Materials (collectively, "Outside Counsel"), and any Expert (as defined in ¶ 10 of the Protective Order) who receives access to the ████████████ Materials from Qualcomm's Outside Counsel, agrees not to advise Qualcomm on the financial or non-financial terms Qualcomm should offer or accept for a ████████ or use the ██████████████ Materials to advise Qualcomm concerning any such terms, consistent with the Protective Order's

ORIGINAL FILING DATE: MAY 7, 2026
REDACTED FILING DATE: MAY 14, 2026

1

obligation to use highly confidential information "only for purposes of this Litigation" and "not … in any other way, or for any other purpose." D.I. 84 ¶ 37.

3. Qualcomm's Outside Counsel and Experts represent that they will not advise Qualcomm on the financial or non-financial terms Qualcomm should offer or accept for a ██ ██████ and will not use the ████████████ Materials to advise Qualcomm concerning any such terms. Nothing in this paragraph is intended to limit Outside Counsel's ability to advise Qualcomm on the pending litigations, including to the extent it relates to Qualcomm's pleaded claims or causes of action. In addition, beyond the expressly agreed-upon restrictions in the first sentence of this paragraph, nothing in this paragraph is intended to limit Outside Counsel's ability to advise Qualcomm on its communications with Arm concerning a ████████.

4. Qualcomm's Outside Counsel and Experts further represent that they will not directly or indirectly share the ████████████ Materials or any financial or non-financial terms in the ████████████ Materials with Qualcomm or with any other person or entity advising Qualcomm on the financial or non-financial terms Qualcomm should offer or accept for a ████████.

5. Qualcomm and Arm agree that this Stipulation may not be used for any purpose in the pending litigations, and shall not be used against either party, except as to enforce the terms of this Stipulation.

3

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jennifer Ying* | */s/ Anne Shea Gaza* |

<table>
<tr><td>

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

</td><td>

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

</td></tr>
</table>