**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>    Defendants. | **REDACTED - PUBLIC VERSION**<br>(Filed June 18, 2026)<br><br><br> C.A. No. 24-490-MN<br> (CONSOLIDATED)<br><br>█████████████████ |

**DEFENDANT ARM LTD.'S UNOPPOSED MOTION FOR LEAVE TO ADDRESS**
**ADDITIONAL ISSUES IN ITS SUPPLEMENTAL DISPOSITIVE MOTIONS**

Arm Ltd. respectfully moves for leave to address one newly asserted claim and two additional defenses unique to Arm Ltd. in the two supplemental dispositive motions it is authorized to file on July 1, 2026, under the Amended Scheduling Order (D.I. 759). Arm Ltd. does not seek additional pages or any modification to the briefing schedule. The parties have met and conferred regarding Arm Ltd.'s request, and Qualcomm does not oppose this motion.

The Amended Scheduling Order permits Arm Ltd. to file two 15-page summary judgment motions: one on Qualcomm's ALA Implied Covenant Claim regarding v10, and one on Arm Ltd.'s statute of limitations defense. *See* D.I. 759. Pursuant to the Court's directive during the March 12, 2026 Status Conference, Arm Ltd. hereby moves for leave to address the following additional issues in each motion within the currently-allocated pages.

*First*, Arm Ltd. seeks leave to use the 15 pages currently allocated for its statute of limitations motion to also address the claim preclusion and claim splitting defenses unique to Arm Ltd. Qualcomm filed its initial complaint against Arm Ltd. in C.A. No. 26-20 on January 8, 2026,

asserting claims that substantially overlap with those previously asserted against Arm Holdings plc in this consolidated action. Arm Ltd.'s claim preclusion and claim splitting defenses arise from the same procedural facts as its statute of limitations defense and addressing them together will permit the Court to evaluate these interrelated defenses in a single submission.

*Second*, Arm Ltd. seeks leave to use the 15 pages currently allocated for its v10 implied covenant motion to also address Qualcomm's express breach claim related to v10, should that claim remain in the case as of July 1, when these dispositive motions are due. Qualcomm's Amended Complaint (D.I. 765) newly asserts that Arm Ltd. breached Section ███ of the Qualcomm ALA by ████████████████████████████ its license to cover v10 of the Arm ISA. D.I. 765 ¶¶ 273–278 (Count IX). No similar claim is asserted against Arm Holdings plc. Arm Ltd. moved to strike Qualcomm's Amended Complaint on April 13 (D.I. 772). If the motion to strike is denied or remains pending on July 1, both claims will be at issue. Both claims arise from the same factual nucleus—including Qualcomm's ████████████ and Arm's obligations under Section ████, the parties' subsequent actions regarding v10, ████████ ██████████, and Arm's ████████—making joint briefing the most efficient path forward.

Qualcomm does not oppose either request.

Based on the foregoing, Arm Ltd. respectfully requests the Court grant it leave to address these additional issues and enter an Order substantially similar to the proposed order included herewith.

2

Dated:  June 11, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


 /s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>        Defendants. | C.A. No. 24-490-MN<br>(CONSOLIDATED) |

**PROPOSED ORDER GRANTING ARM LTD.'S UNOPPOSED MOTION FOR LEAVE**

IT IS HEREBY ORDERED this ___ day of _____, 2026, that Defendant Arm Ltd.'s Unopposed Motion for Leave to Address Additional Issues in its Supplemental Dispositive Motions is GRANTED as follows:

(1) Arm Ltd. is hereby granted leave to address its claim preclusion and claim splitting defenses as part of its 15-page summary judgment motion on its statute of limitations defense; and

(2) Arm Ltd. is hereby granted leave to address Count IX of Qualcomm's Amended Complaint (D.I. 765) as part of its 15-page summary judgment motion on Qualcomm's v10-related implied covenant claim, if Arm Ltd.'s Motion to Strike (D.I. 772) is denied by a separate order of the Court or remains pending on July 1, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge