# Exhibit 1



June 8, 2026

*Via e-mail*

Jennifer Ying                                    Catherine Nyarady
Morris Nichols Arsht and Tunnell                 Paul, Weiss
jying@mnat.com                                   cnyarady@paulweiss.com

Karen L. Dunn
William A. Issacson
Dunn Isaacson Rhee
kdunn@dirllp.com
wisaacson@dirllp.com

Re:    *Qualcomm Inc. v. Arm Ltd.*, Case No. 1:24-cv-490 (MN) (D. Del.)

Dear Counsel,

I write on behalf of my client, Apple Inc. ("Apple"), regarding the above-referenced matter (the "Litigation") and, in particular, concerning Qualcomm's violation of the Protective Order entered by Judge Noreika on March 10, 2026, and the Special Master's Memorandum Resolving Non-Party Apple's Motion for Protective Order (D.I. 616) (together, the "Apple Protective Order").

On Friday, June 5, 2026, Apple learned that Arm inadvertently produced a privileged spreadsheet that contained licensing rates set forth in the Apple-Arm 2023 ALA (the "Spreadsheet"), and that Qualcomm has not only declined to honor the clawback of the Spreadsheet, but has improperly used and relied upon the Apple-Arm 2023 ALA rates disclosed in the Spreadsheet in its supplemental expert report. I understand that Qualcomm's purported

June 8, 2026
Page 2 of 3

justification for its use of these Apple rates is that the Apple Protective Order applies only to the agreements themselves, and not the rates disclosed therein. This argument is factually incorrect and specious. Any use of the rate information from the Apple-Arm 2023 ALA information **clearly** violates the Apple Protective Order, as that order applied not just to the Apple-Arm ALAs themselves, but to any documents that "could include the highly sensitive pricing terms in Apple's agreements with Arm as well as the other requested documents and communications." (D.I. 616, Special Master Order at 3.)

Judge Noreika explicitly agreed with the Special Master that any Apple rate information was protected from production by the Apple Protective Order when she stated that Qualcomm "can certainly make [its] case without knowing what every single competitor out there was offered or received as a license." (Mar. 10, 2026 Hearing Tr. at 92:15-17.) In so doing, the Court "overrule[d] the objections to the ALA." (*Id.* at 93:25-94-1.) As such, any document that discloses the Apple Arm ALA rates is subject to the Apple Protective Order, and any use of this document violates the Apple Protective Order as well as Qualcomm's counsel's ethical obligations with respect to privileged and protected information, both as codified in rules of professional responsibility and as reiterated in the Stipulated Protective Order. (*See,* D.I. 84 at ¶ 58 ("Noting in this Order overrides any ethical responsibilities to refrain from examining, disclosing, or using materials that an attorney knows or reasonably should know to be [protected] and to inform the Producing Party that such materials have been produced.").)

Qualcomm's continued use of any document that contains Apple Arm 2023 ALA rate information is a clear violation of the Apple Protective Order and the document inadvertently produced by Arm must be sequestered and destroyed. In view of the foregoing, Apple demands that you:

1. **Immediately** destroy the document produced by Arm in Qualcomm's possession that provides any Apple Arm 2023 ALA summary information including rates and terms, and confirm such destruction in writing **by 12pm ET on June 9, 2026**;
2. **By 12pm ET on June 9, 2026,** confirm in writing that Qualcomm will serve a revised supplemental expert report that omits any use or analysis of or reliance on such document, that Qualcomm will not rely on such document in the future, and that Qualcomm has destroyed any previous expert reports and any other documents that analyze or rely on such protected document(s);
3. **By 12pm ET on June 9, 2026,** confirm in writing that if any other documents produced by Arm contain Apple confidential information, including but not limited to Apple confidential information about the Apple Arm ALAs or TLAs, that Qualcomm will immediately notify Apple of such documents and will sequester such documents as required under the Protective Order (ECF No. 84); and
4. **By 12pm ET on June 9, 2026,** provide to Apple a list of Qualcomm employees, experts, and outside counsel who have viewed the document at issue and/or the supplemental expert report that contains summary information thereof.

June 8, 2026
Page 3 of 3

Apple is prepared to seek Court intervention if you do not promptly confirm compliance with the above conditions. Moreover, we are also concerned about violations of express commitments to Apple by the Paul, Weiss law firm and the Dunn Issacson Rhee law firm, not to "litigate or advocate regarding … (ii) the existence or substance of any Apple agreements with Arm" to the extent certain lawyers have participated in the improper use of Apple confidential information in Qualcomm's expert reports. To date, Apple has not raised these violations to the Court, however, to the extent Qualcomm does not immediately agree to the conditions above, Apple will raise these additional breached commitments.

Sincerely,

/s/ *Hannah L. Cannom*

Hannah L. Cannom