## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

        Plaintiffs,

        v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

        Defendant.

C.A. No. 24-490 (MN)
(CONSOLIDATED)

**STIPULATION AND [PROPOSED] ORDER REGARDING THE EXPERT REPORTS
OF DR. MICHAEL BROGIOLI AND DR. MURALI ANNAVARAM**

WHEREAS, the parties, subject to the approval of the Court, have reached an agreement to partially resolve Qualcomm's pending motions to strike (limited to Dr. Brogioli) (D.I. 395 (as it pertains to Dr. Brogioli); D.I. 638 (as it pertains to Dr. Brogioli)) and *Daubert* motion to exclude Arm's technical expert Dr. Brogioli (limited to arguments based exclusively on the then-operative Scheduling Order; D.I. 434 at 1 ("[T]he Brogioli … report[] w[as] served as improper rebuttal reports."); 2 ("Brogioli's report should also be stricken as improper rebuttal."); 3-5 (limited to Argument V.A.1.); 10 (limited to FN 8));

WHEREAS, the parties, subject to the approval of the Court, have further reached an agreement to resolve Arm's objections that Qualcomm's technical expert Dr. Annavaram's May 15, 2026 report is non-compliant with the current and previous Scheduling Orders (D.I. 759, D.I. 44); and

WHEREAS, the parties respectfully request that the Court allow the following stipulated procedure, which includes a 5-page *Daubert* motion directed to Dr. Annavaram's opinions.

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1.     Qualcomm withdraws its Motion to Strike the Expert Report of Dr. Brogioli and its objections to the Special Master's Order Resolving Plaintiffs' Motion to Strike with respect to Dr. Brogioli.  D.I. 395 (as it pertains to Dr. Brogioli); D.I. 638 (as it pertains to Dr. Brogioli). Qualcomm withdraws the portion of its *Daubert* motion seeking to exclude Dr. Brogioli's opinions as improper rebuttal or otherwise non-compliant with the then-operative Scheduling Order.  D.I. 434 at 1 ("[T]he Brogioli … report[] w[as] served as improper rebuttal reports."); 2 ("Brogioli's report should also be stricken as improper rebuttal."); 3-5 (limited to Argument V.A.1.); 10 (limited to FN 8).[1]

2.     Neither party will argue that Dr. Brogioli or Dr. Annavaram's reports are untimely, improper rebuttal, or otherwise non-compliant with any relevant Scheduling Order.

3.     Arm will not serve any additional reports from Dr. Brogioli.  Qualcomm will not serve any additional reports from Dr. Annavaram.

4.     Qualcomm will make Dr. Annavaram available for deposition on June 26, 2026 for up to 7 hours on his May 15, 2026 report.  Arm will make Dr. Brogioli available for deposition on July 2, 2026 for up to 3 hours on his June 5, 2026 report.

5.     Arm may file a *Daubert* motion directed to Dr. Annavaram's opinions.  Arm's opening brief will be limited to 5 double-spaced pages and is due on July 1, 2026.  Qualcomm's answering brief is limited to 5 double-spaced pages and is due on July 15, 2026.  Arm's reply brief

---

[1]     Nothing in this Stipulation affects the other portions of Qualcomm's *Daubert* motion directed to Dr. Brogioli's opinions (*see* D.I. 434, Sections V.A.2 through V.A.5, excluding FN8), or to Arm's other experts (*see* D.I. 434, Sections V.B through V.D), which remain pending.

is limited to 2.5 double-spaced pages and is due on July 22, 2026.   Neither party shall file any

additional *Daubert* motions except as described in this paragraph.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Anne Shea Gaza* |
| Jennifer Ying (#5550) | Anne Shea Gaza (No. 4093) |
| Travis Murray (#6882) | Robert M. Vrana (No. 5666) |
| 1201 North Market Street | Daniel G. Mackrides (No. 7230) |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE  19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE  19801 |
| jying@morrisnichols.com | (302) 571-6600 |
| tmurray@morrisnichols.com | agaza@ycst.com |
| *Attorneys for Plaintiffs* | rvrana@ycst.com |
| | dmackrides@ycst.com |
| | *Attorneys for Defendant* |

Dated: June 29, 2026

**IT IS SO ORDERED this _____ day of _____, 2026.**

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE