# EXHIBIT 1

# The Official History of Arm

🌐 newsroom.arm.com/blog/arm-official-history

August 16, 2023

Arm Newsroom Blog

Blog August 16, 2023

Arm's journey to the world's most pervasive compute platform covers a broad timeline of company milestones and product achievements, as well as origins that pre-date its establishment as a company in 1990.

By Arm Editorial Team



## The Acorn years

The pre-history of Arm goes back 45 years. In 1978, Acorn Computers was established by co-founders Chris Curry and Hermann Hauser. The start-up managed to land the rights to build and produce the BBC Micro, a UK government initiative that aimed to put a computer in every classroom in the UK. As part of this initiative, Professor Steve Furber and Sophie Wilson designed the very first Arm processor, the ARM1.

It was designed to efficiently execute the instructions of programs running on Acorn computers, such as word processing, spreadsheet calculations and graphics rendering. This laid the foundation for Arm's modern processors that are used across a wide range of technology devices and markets.

QCVARM_0717256

However, Acorn experienced financial difficulties in the mid-'80s which saw the Olivetti Group purchasing the company. Hauser assumed the role of VP of Research at the Olivetti Group, but left soon after. Meanwhile, Furber and Wilson continued working on the next Arm processor, the ARM2 core.

## Arm is founded

Arm was officially founded as a company in November 1990 as Advanced RISC Machines Ltd, which was a joint venture between Acorn Computers, Apple Computer (now Apple Inc.), and VLSI Technology (now NXP Semiconductors N.V). The company was founded by 12 Arm architecture designers: Jamie Urquhart, Mike Muller, Tudor Brown, Lee Smith, John Biggs, Harry Oldham, Dave Howard, Pete Harrod, Harry Meekings, Al Thomas, Andy Merritt, and David Seal. In 1991, Sir Robin Saxby joined the company as the first Chairman and CEO, with the team setting out to change the computing landscape from an old turkey barn in Cambridgeshire.



## A new IP business model

In 1993, the Apple Newton was launched on the Arm architecture. However, the product was not a commercial success, which led to Saxby realizing that Arm as a company could not be sustained on single products. He introduced the IP business model, which was not common at the time. This meant the Arm processor was available to be licensed to many different companies for an upfront license fee and then royalties based on the amount of silicon produced.

QCVARM_0717257

## Arm goes into mobile

In 1993, Arm signed a deal with silicon vendor, Texas Instruments, with the company advising Nokia to use the Arm designs for its upcoming GSM mobile phones. The Arm-powered Nokia 6110 GSM mobile phone was a massive success, with the Arm7 processor becoming the flagship mobile design for Arm. Today, more than 99 percent of the world's smartphones are based on Arm technology.

## Company listing and growth

The success of the company in the '90s led to the completion of a joint listing for ARM Holdings PLC on the London Stock Exchange and NASDAQ on April 17th 1998. Despite the tech crash of the early 2000s, Arm continued to mature as a company. With Saxby stepping aside (remaining Chairman of Arm), there was a new CEO at the helm, Warren East, who was appointed in 2001. Throughout the 2000s, Arm's continued success in the mobile market allowed the company to become the most widely used processor architecture. This led to Arm tripling its head count from 400 to 1,300 people in just three years during the '00s.



QCVARM_0717258

## Diversifying the product line

The maturing of Arm as a company led to the increased diversification of its product line through the Cortex-A, Cortex-R, and Cortex-M CPU processors it brought to market in the 2000s. Cortex-A continued the drive towards high-performance and efficiency in mobile device markets, and Cortex-R focused on highly specialized real-time requirements in an age of increasing connectivity. Meanwhile, Cortex-M provided extremely low-power, low-cost cores for microcontrollers that were starting to proliferate across the growing Internet of Things (IoT). Also, in 2006, Arm purchased Falanx Microsystems A/S, a spin-off of a research project from the Norwegian University of Science and Technology, which led to the development of the Mali GPU product line.

## The rise of smartphones

The introduction of the world's first smartphones in 2007 created yet more demand for increased performance that maintained a long battery life, while catering to a wide range of new computing capabilities due to the rise of mobile applications. Arm responded to this challenge with its Cortex-A9 CPU multi-core processor, before introducing the innovative "big.LITTLE" approach in 2011, which combined a powerful core for high-performance with a lower power core when high-performance was not needed. This approach is still used by Arm today.

## Powering connectivity

The proliferation of IoT and connected devices in the early and mid-2010s provided fresh technology opportunities for Arm. Its technologies were moving beyond mobile and powering an ever-increasing range of devices across the broadening technology landscape. In the IoT space, these include everything from the smallest embedded device used as ultra-low power sensors to high-performance, large scale industrial and storage applications. In 2022, 65 percent of the world's embedded IoT devices were built on Arm-based system-on-chips (SoCs).

QCVARM_0717259



## SoftBank acquisition

Arm's prevalence across the global technology landscape caught the attention of Masayoshi Son (Masa), founder of SoftBank, following a meeting between him and then CEO, Simon Segars, who took over from Warren East in 2014. Within months of this meeting in California, on September 5th 2016, SoftBank completed the acquisition of Arm. This meant that Arm became a private company after nearly 20 years as a public company on the London Stock Exchange and NASDAQ, with SoftBank becoming the company's controlling shareholder.

## Success in new entrants

The SoftBank acquisition allowed Arm to invest heavily in the company and continue its drive for technology diversification across emerging markets, including automotive and infrastructure. This diversification strategy was spearheaded by Rene Haas, president of the IP products group within Arm at the time.

QCVARM_0717260



The Arm launch of the Neoverse product line in October 2018 for high-performance computing (HPC) and cloud computing solutions led to significant wins at the end of the 2010s. These included the adoption of Arm-based instances across every major hyperscaler and the fastest supercomputer in the world being powered by Arm-based SoCs in 2019. Meanwhile, the growing need for safe, power-efficient computation in vehicles means that Arm's footprint in automotive continued to grow, having been active in this market for more than 20 years.

## New architecture, new CEO in the 2020s

In March 2021, Arm held its Vision Day which heralded the launch of the new Armv9 architecture, providing advanced computing and security capabilities. In September 2020, NVIDIA, a close Arm partner in the growing data center market, announced that it was planning to purchase Arm, but the proposed deal was withdrawn 18 months later with SoftBank and NVIDIA citing significant regulatory challenges preventing the consummation of the transaction – despite good faith efforts by the parties. In February 2022, Rene Haas was announced as the new Arm CEO, taking over from Segars who decided to step down after 30 years at the company.

QCVARM_0717261

## Where Arm is today

Due to its successful origins and work from thousands of talented employees over the past 30 plus years, Arm is the global leader in technology that is licensed to semiconductor companies. Arm is a truly global company, with 43 offices in 21 countries and more than 7,000 employees worldwide, including nearly 3,000 in the UK with its global headquarters in Cambridge.



Thanks to a leading technology ecosystem of over 1,000 trusted partners, Arm's technology has been shipped in more than 300 billion chips, powering everything from sensors to supercomputers. Arm is the most pervasive computing platform worldwide today, with the technology touching 100 percent of the global population.

Just like the vision of the 12 founding Arm members in a Cambridgeshire barn, Arm remains committed to developing technology that will power the future of computing.



QCVARM_0717262

By Arm Editorial Team

Article Text

Copy Text

Any re-use permitted for informational and non-commercial or personal use only.

## Editorial Contact

Brian Fuller & Jack Melling

editorial@arm.com
Subscribe to Blogs and Podcasts

Get the latest blogs & podcasts direct from Arm

## Latest on X

QCVARM_0717263

# EXHIBIT 2

# Attachment 1

CONFIDENTIAL

QCVARM_1159493

# Attachment 2

CONFIDENTIAL

QCVARM_1159498

Message

---

**From:** Will Abbey [Will.Abbey@arm.com]
**Sent:** 20/11/2024 01:11:39
**To:** Kevin Frizzell [kevinf@qualcomm.com]
**Subject:** Re: Update and Next Steps

Kevin,

Unfortunately, I will not be in a position to deliver a formal proposal to you by tomorrow. I need a little more time. With that in mind, I think it's best that we revert back to a progress call tomorrow early afternoon. We can still aim to meet in person Thursday.

Apologies for the late change. Please confirm receipt.

Will

---

**From:** Kevin Frizzell <kevinf@qualcomm.com>
**Date:** Tuesday, November 19, 2024 at 3:59 PM
**To:** Will Abbey <Will.Abbey@arm.com>
**Subject:** Re: Update and Next Steps

Warning: EXTERNAL SENDER, use caution when opening links or attachments.

I went ahead and booked the flight that lands at 12:00 and will plan on being at your office by 12:30 (adjusted our meeting accordingly)

If for some reason this does not work, I can change my flight to land at 10:30 and be at your office at 11am.

Just let me know

Regards,
Kevin

---

**From:** Kevin Frizzell <kevinf@qualcomm.com>
**Sent:** Tuesday, November 19, 2024 11:16 AM
**To:** Will Abbey <Will.Abbey@arm.com>
**Subject:** Re: Update and Next Steps

Thanks Will

Looks like there is a flight that lands at noon... are you ok with starting at 12:30 in your office?

I am fine either way with lunch, if fits your schedule that is fine, but I can also eat prior as well.

Regards
Kevin

CONFIDENTIAL

QCVARM_1159499

**From:** Will Abbey <Will.Abbey@arm.com>
**Sent:** Tuesday, November 19, 2024 11:03 AM
**To:** Kevin Frizzell <kevinf@qualcomm.com>
**Subject:** Re: Update and Next Steps

**WARNING:** This email originated from outside of Qualcomm. Please be wary of any links or attachments, and do not enable macros.

Thank for the clarification.

My Address is 120 Rose Orchard way. San Jose. Let me know what time works best for you tomorrow and I will try to accommodate.

Also, would you like me to order lunch for us?

Thanks

Will

**From:** Kevin Frizzell <kevinf@qualcomm.com>
**Date:** Tuesday, November 19, 2024 at 10:51 AM
**To:** Will Abbey <Will.Abbey@arm.com>
**Subject:** Re: Update and Next Steps

Warning: EXTERNAL SENDER, use caution when opening links or attachments.

Will,

Glad your flight was uneventful



For our face-to-face meeting tomorrow, can you please send me the address of where I should come?

Also.. the 10:30 was based on my schedule for tomorrow, but since I am going to be traveling a lot of the schedule will just need to be moved, thus can accomodate a later time tomorrow if a little more time tomorrow is helpful for you.

Please advise, and I will get flight booked for tomorrow

CONFIDENTIAL

QCVARM_1159500

Regards

Kevin

---

**From:** Will Abbey <Will.Abbey@arm.com>
**Sent:** Tuesday, November 19, 2024 9:03 AM
**To:** Kevin Frizzell <kevinf@qualcomm.com>
**Subject:** Re: Update and Next Steps

**WARNING:** This email originated from outside of Qualcomm. Please be wary of any links or attachments, and do not enable macros.

Kevin,

The flight home was uneventful, and it was great to meet you in person. I did receive the invite, thank you.

A face-to-face meeting Wednesday will be helpful.

Regards,

Will

---

**From:** Kevin Frizzell <kevinf@qualcomm.com>
**Date:** Monday, November 18, 2024 at 10:00 PM
**To:** Will Abbey <Will.Abbey@arm.com>
**Subject:** Update and Next Steps

Warning: EXTERNAL SENDER, use caution when opening links or attachments.

Will,

Appreciate you traveling down to SD for today's meeting, was very nice to meet you...Hopefully you had very safe travels back home this evening.

Did you ultimately receive my invite for our meeting on Wednesday at 10:30am? Let me know if you haven't and I can try to resend.

Wanted to let you know that I was able to grab a few minutes of Cristiano's time just now to give him a debrief on our conversations this afternoon.

CONFIDENTIAL

QCVARM_1159501

Consistent with his discussion w/ Renee, to target resolution on a path forward by EOD Tuesday, he has requested that you please bring a written proposal to our meeting on Wednesday for our first track we discussed.

If you think will be helpful, I can make myself available to come to San Jose for the meeting on Wednesday (let me know your thoughts).

Regards

Kevin

IMPORTANT NOTICE: The contents of this email and any attachments are confidential and may also be privileged. If you are not the intended recipient, please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Thank you.

IMPORTANT NOTICE: The contents of this email and any attachments are confidential and may also be privileged. If you are not the intended recipient, please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Thank you.

CONFIDENTIAL

QCVARM_1159502

# Attachment 3

CONFIDENTIAL

QCVARM_1159503

# Attachment 4

CONFIDENTIAL

QCVARM_1159507

# Attachment 5

CONFIDENTIAL

QCVARM_1159510

# EXHIBIT 3

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------x

QUALCOMM INCORPORATED, a Delaware

corporation, QUALCOMM TECHNOLOGIES,

INC., a Delaware corporation,

                    Plaintiffs,

     -against-          C.A. No. 24-49-MN

ARM HOLDINGS PLC, f/k/a ARM LTD.,

a U.K. corporation,

                    Defendant.

------------------------------------x

            HIGHLY CONFIDENTIAL

            ATTORNEYS' EYES ONLY

      REMOTE VIDEOTAPED DEPOSITION OF

              EHAB YOUSEFF

            Palo Alto, California

              June 26, 2025

Reported By:

ERIC J. FINZ

Page 18

EHAB YOUSSEF - HIGHLY CONFIDENTIAL

A. Yes.

Q. Could you just quickly give me your educational background?

A. Sure. I went to undergraduate school at UC Davis and completed a BS in health science management law. I then attended Santa Clara University, where I obtained my JD, specializing in high technology.

Q. And you joined Arm in 2011. Is that right?

A. I joined Arm initially in 1998.

Q. What was your position -- sorry.

Have you worked at Arm from 1998 to the present continuously?

A. No.

Q. Okay. Could you just walk me through your employment history with Arm in terms of the years you worked there?

A. Sure. Yes. So I started with Arm initially in 1998. I was with Arm until 2005-ish. I then went and started

Page 19

EHAB YOUSSEF - HIGHLY CONFIDENTIAL

my own law practice. And I came back to Arm in 2011.

Q. From 1998 to 2005, what was your title at Arm?

A. I think my initial title was senior corporate counsel.

Q. And were you a corporate counsel that entire first period of working with Arm from 1998 to 2005?

A. No.

Q. What were your other roles?

A. So over that period of time my roles went -- my title went from senior corporate counsel to vice president to general manager.

Q. When you returned in 2011, what was your initial title?

A. I returned in 2011 as vice president of legal.

Q. And how long did you hold that title?

A. For approximately -- let me think this one through. Approximately, let's call it five years. Approximately

Page 20

EHAB YOUSSEF - HIGHLY CONFIDENTIAL

five years.

Q. Okay. And then what was your -- what title did you move to after that?

A. Then I went to vice president and assistant general counsel of commercial licensing and trade compliance.

Q. And that would have been in 2016?

A. Approximately.

Q. Okay. Did you move -- when did you -- is your current title now VP and deputy general counsel of licensing, legal ops and trade compliance?

A. Yes, that's right.

Q. And when did you take that title?

A. I took that title approximately, let's call it two-and-a-half years ago. So sometime in I believe late '22.

Q. What are your responsibilities in this role?

Page 21

EHAB YOUSSEF - HIGHLY CONFIDENTIAL

A. So I have a team, I'm responsible for a team of lawyers that handles the commercial licensing aspects, the trade compliance aspects, legal operations, and a host of other legal matters that play into that.

Q. And would your responsibilities with respect to licensing include Arm's negotiation and execution of ALAs and TLAs?

A. Could you repeat that?

Q. I believe you said you had responsibilities -- your responsibilities included commercial licensing. Is that right?

A. Yes, my team is responsible for commercial licensing.

Q. And the team that you are managing with respect to commercial licensing, would that involve managing their negotiation and execution of Arm's ALAs and TLAs?

A. Yes, that's correct.

Q. All right.

6 (Pages 18 - 21)

# EXHIBIT 4

# EXHIBIT 5

# EXHIBIT 6

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Qualcomm Incorporated,<br> a Delaware corporation,<br>Qualcomm Technologies, Inc.,<br> a Delaware corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>Arm Holdings PLC., f/k/a Arm Ltd.,<br> a U.K. corporation,<br><br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 24-490-MN<br>(consolidated) |

## SUPPLEMENTAL EXPERT REPORT OF THOMAS W. BRITVEN

### June 5, 2026

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2026.

By: _____

Thomas W. Britven

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**