

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

July 8, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *Qualcomm Inc., et al. v. Arm Holdings plc, et al.*
       C.A. No. 24-490-MN (Consol.)

Dear Judge Noreika:

Pursuant to Your Honor's directive during the July 6, 2026 Discovery Dispute Hearing, Arm hereby submits the enclosed USB Flash Drive that contains the following documents for the Court's *in camera* privilege review:

1. A native version of the Microsoft Excel spreadsheet that is the subject of Plaintiffs' motion to compel (*see* D.I. 795, 805); and

2. The *In Camera* Declarations of Ehab Youssef and Karthik Shivashankar. Copies of the *In Camera* Declarations are also attached hereto in hard copy form.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Attachments:  USB Flash Drive and 2 documents (hand delivery only)

cc:    All Counsel of Record (via e-mail, w/o attachments)