## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
  a Delaware corporation,

        Plaintiffs,

        v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
  a U.K. corporation,

        Defendant.

**REDACTED - PUBLIC VERSION**
 (Filed July 10, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)

███████████████████

## ARM LTD.'S MOTION FOR SUMMARY JUDGMENT ON ITS DEFENSES OF STATUTE OF LIMITATIONS, CLAIM PRECLUSION, AND CLAIM SPLITTING

Defendant Arm Ltd. respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 56(a), for an order, substantially similar to the proposed order attached hereto, granting summary judgment for Arm Ltd. against (1) all of Qualcomm's claims against Arm Ltd. in Qualcomm's Amended Complaint, D.I. 765, and (2) Qualcomm's Section ██ ALA claim against Arm Ltd. as time-barred under the applicable statute of limitations (Counts I.A, I.B, and II of Qualcomm's Amended Complaint, D.I. 765). The grounds for this motion are set forth in Arm Ltd.'s Opening Brief in Support of its Motion for Summary Judgment, Arm Ltd.'s Concise Statement of Facts in Support of its Motion for Summary Judgment on Its Defenses of Statute of Limitations, Claim Preclusion, and Claim Splitting, the Declaration of Adam Janes in Support of Arm Ltd.'s Motion for Summary Judgment, associated exhibits, and other submissions, filed contemporaneously herewith.

WHEREFORE, Arm Ltd. respectfully requests that this Court grant this motion and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

Dated: July 1, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
  a Delaware corporation,

       Plaintiffs,

       v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
  a U.K. corporation,

       Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

██████████████

### [PROPOSED] ORDER GRANTING ARM LTD.'S MOTION FOR
### SUMMARY JUDGMENT ON ITS DEFENSES OF
### STATUTE OF LIMITATIONS, CLAIM PRECLUSION, AND CLAIM SPLITTING

The Court has considered Defendant's Motion for Summary Judgment on Its Defenses of Statute of Limitations, Claim Preclusion, and Claim Splitting, filed by Defendant Arm Ltd. and the supporting papers; the opposition filed by Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm"); Arm Ltd.'s reply; and any other papers and argument submitted by the parties.

Having found sufficient basis therefore, the Court hereby GRANTS Arm Ltd.'s Motion for Summary Judgment on Its Defenses of Statute of Limitations, Claim Preclusion, and Claim Splitting, and IT IS HEREBY ORDERED THAT:

- Plaintiffs' claim for breach of Section ██ of the Architecture License Agreement ("ALA") between Arm Ltd. and Qualcomm is untimely and barred by the applicable statute of limitations;

- Judgment is entered in favor of Arm Ltd. and against Qualcomm on Plaintiffs' claim for breach of Section ██ of the ALA (Counts I.A, I.B, and II of Qualcomm's Amended Complaint, D.I. 765); and

2

- Judgment is entered in favor of Arm Ltd. and against Qualcomm on all of Plaintiffs' claims asserted against Arm Ltd. in Plaintiffs' Amended Complaint, D.I. 765.

SO ORDERED, this _____ day of _____, 2026.

 

_____
The Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Flint A. Patterson
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
fpatterson@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*

2