

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

July 10, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:   *Qualcomm Inc., et al. v. Arm Holdings plc, et al.*
>       C.A. No. 24-490-MN (Consol.)

Dear Judge Noreika:

Pursuant to the Court's July 9, 2026 Oral Order (D.I. 831), Arm hereby submits the presentation referenced in paragraph 11, line 6 of the July 8, 2026 *In Camera* Declaration of Ehab Youssef (D.I. 829), and the July 10, 2026 *In Camera* Declaration of Ehab Youssef containing an explanation of the presentation for the Court's *in camera* privilege review.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Attachments:  3 documents (hand delivery only)

cc:     All Counsel of Record (via e-mail, w/o attachments)