## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED and
QUALCOMM TECHNOLOGIES, INC.,

        Plaintiffs,

v.

ARM HOLDINGS PLC., f/k/a ARM LTD.,

        Defendant.

C.A. No. 24-cv-00490-MN

## NON-PARTY APPLE INC.'S NOTICE OF INTENT TO REDACT
## PORTIONS OF THE JULY 9, 2026 HEARING TRANSCRIPT

Pursuant to Federal Rule of Civil Procedure 5.2 and this Court's Policy on the Electronic

Availability of Transcripts of Court Proceedings, Non-party Apple Inc. submits its Notice of

Intent to Redact limited portions of the transcript from the July 9, 2026 hearing in the above

captioned action.

Dated:  July 13, 2026

Respectfully submitted,

**FISH & RICHARDSON P.C.**

/s/ *Nitika Gupta Fiorella*
Susan E. Morrison (#4690)
Nitika Gupta Fiorella (#5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com; ngupta@fr.com

Hannah Cannom (admitted *pro hac vice*)
Bethany Stevens (admitted *pro hac vice*)
**WALKER STEVENS CANNOM LLP**
500 Molino Street, Suite 118
Los Angeles, California 90013
(213) 712-9145
hcannom@wscllp.com; stevens@wscllp.com

*Attorneys for Non-Party Apple Inc.*