IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,                         )
 a Delaware corporation; and                   )
QUALCOMM TECHNOLOGIES, INC., a                 )
Delaware corporation,                          )
                                               )
                    Plaintiffs,                )
                                               )   C.A. No. 24-490 (MN)
          v.                                   )   (CONSOLIDATED)
                                               )
ARM HOLDINGS PLC., f/k/a ARM LTD.,             )
a U.K. corporation,                            )
                                               )
                    Defendant.                 )
                                               )

**ORDER**

At Wilmington this 14th day of July 2026:

WHEREAS, this Court has received three letter motions: Defendant Arm Ltd.'s Motion to Strike Plaintiffs' Amended Complaint, filed on April 13, 2026 ("Motion to Strike") (D.I. 772, 800); Plaintiffs' Opening Letter to the Honorable Maryellen Noreika Regarding Motion to Compel Re-Production of Clawed-Back Document, filed on June 22, 2026 ("Motion to Compel") (D.I. 795); and the Letter to the Honorable Maryellen Noreika from Non-Party Apple Inc. Regarding Special Master's Memorandum Resolving Non-Party Apple's Motion for a Protective Order, filed on June 22, 2026 ("Non-Party Motion") (D.I. 796);

WHEREAS, this Court has reviewed each of these letter motions and the oppositions to these motions (*see* D.I. 802, 804, 805), held oral argument on July 8, 2026 (D.I. 828), and requested and received two *in camera* submissions related to the Motion to Compel (*see* D.I. 829, 831, 840);

THEREFORE, after reviewing the parties' arguments and relevant governing law, IT IS HEREBY ORDERED that:

1. Defendant Arm Ltd.'s Motion to Strike (D.I. 772) is DENIED. Considering the Federal Rules of Civil Procedure and Third Circuit precedent, this Court will not strike Plaintiffs' Amended Complaint. To the extent Plaintiffs' Amended Complaint (D.I. 765) requires further discovery, the parties shall provide a proposal for completion of that discovery within seven (7) calendar days of this Order.

2. Plaintiffs' Motion to Compel (D.I. 795) is DENIED. The document Plaintiffs seek is attorney work product and subject to attorney-client privilege. "[P]rivilege cannot be used both as a sword and a shield," and this Court will address any arguments that Defendants are selectively relying on privileged documents that support their position at an appropriate time. *See Ansell Healthcare Prods. LLC v. Reckitt Benckiser LLC*, No. 15-CV-915-RGA, 2017 WL 6328149, at *4 (D. Del. Dec. 11, 2017).

3. The Non-Party Motion (D.I. 796) is DENIED as moot because this Court's disposition of the Motion to Compel prohibits Plaintiffs from possessing the document at issue.

_____
The Honorable Maryellen Noreika
United States District Judge