IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |
| ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline in the Court's July 14, 2026 Order (D.I. 842) for the parties to submit a proposed schedule for completion of discovery related to Plaintiffs' Amended Complaint (D.I. 765) shall be extended from July 21, 2026 to and including July 22, 2026.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP |
| /s/ Jennifer Ying | /s/ Anne Shea Gaza |
| Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>dmackrides@ycst.com |
| *Attorneys for Plaintiffs*<br>*Qualcomm Inc. and*<br>*Qualcomm Technologies, Inc.* | *Attorneys for Defendants*<br>*Arm Holdings plc and Arm Ltd.* |

July 21, 2026

2

SO ORDERED this _____ day of July, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

2