IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br><br>▉▉▉▉▉▉<br><br>REDACTED - PUBLIC VERSION |

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON QUALCOMM'S
<u>V10-RELATED IMPLIED COVENANT AND EXPRESS BREACH CLAIMS (D.I. 814)</u>**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

July 15, 2026

ORIGINAL FILING DATE: JULY 15, 2026
REDACTED FILING DATE: JULY 22, 2026

I.     **QUALCOMM'S** ███████████████████████████████

1.      Qualcomm contacted Arm about ██████████████████████ in April 2020. Ex. 5 at -570; D.I. 817 Ex. 1 § ████████. Arm responded that ████████████████████ Ex. 5 at -570. On ████████ Qualcomm told Arm that it would "go ahead and move forward" per ████████████████████████████████████████████ ████████████████████████ *Id.* at -567.

2.      Arm employees ████████████████████████████████████ ████████████ *Id.*; Ex. 6 at 62:22-63:6 (Couillard); Ex. 7 at -581. Arm has not produced any contemporaneous evidence identifying such a reason.

3.      Arm did not reject or otherwise respond to Qualcomm's ████████████ ████████. Ex. 6 at 64:1-68:1 (Couillard); Ex. 5.

II.    **ARM'S CONCEALMENT OF V10 DEVELOPMENT AND LICENSING**

4.      ████████████████████████████████████ Ex. 11 at 125:5-10 (Grisenthwaite).

5.      Qualcomm and Arm personnel meet for weekly syncs to discuss Qualcomm's licenses and the Arm architecture. Ex. 8 at 217:3-20 (Trivedi); Ex. 9 at 17:17-19:22 (Wolf).

6.      From ████████, Arm ████████████████████████████████ ████████; Qualcomm did not learn that Arm had been working on developing v10 until ████ Ex. 10 at 23:19-24:19, 29:8-30:4 (Williams 30(b)(6)). When Arm presented to Qualcomm about v10 in ████████, ████████████████████████████████████████ ████████████████████████████████████ Ex. 12 at -881-82.

7.      In May 2026, Qualcomm learned in discovery that ████████████████ ████████████████████████████████████████ Exs. 26, 27; Ex. 18 at ¶ 143.

1

### III.    ARM'S REJECTION OF ITS OBLIGATIONS UNDER ████████████

8.    In November and December 2024, the parties ████████████

████████████████████████████████████████████

████████████████████████████████████████. E.g., D.I.

805 at 1. ████████████████████████████████████████

████    D.I. 817 Exs. 8, 9, 10 (2025 letters acknowledging Arm had not yet made a v10 offer).

9.    In April 2025, after the introduction of Qualcomm's implied covenant claim (e.g.,

D.I. 90-1), Qualcomm sent Arm a letter stating, ████████████████████

████████████████████████████████████████████

D.I. 817 Ex. 7.  Having not heard back, Qualcomm followed up on May 29.  D.I. 817 Ex. 6.

10.    On June 4, 2025, Arm's Chief Commercial Officer Will Abbey sent Qualcomm a

letter that said "Qualcomm ████████████████████████████

████████████████████████████████." D.I. 817 Ex. 8.

This was the first time Arm expressed this view to Qualcomm.  Mr. Abbey's letter ████████

████████████████████████████████████████████.

11.    On June 9, 2025, Qualcomm sent follow-up letters to Arm's Chief Legal Officer

Spencer Collins ████████████████████████████████

████████████ (Ex. 14).

12.    On June 13, 2025, Mr. Collins wrote back, stating that "████████████

████████████████████████████████████. D.I. 817 Ex. 9.  Mr.

Collins stated that the "████████████████████████████████

████████████████████████████████," but said

that ████████████████████████████████ *Id.*

### IV.    ARM'S BAD FAITH NEGOTIATION CONDUCT

13.    On August 8, 2025, ██████████████████████████████████

████████████████████ D.I. 817 Ex. 12.  Qualcomm also explained its view that ████████

████████████████████████████████ *Id.* at -71.

14.    On August 29, 2025, ██████████████████████████████

██████ D.I. 817 Ex. 10.  ████████████████████████████████████ *Id.*

15.    On September 22, 2025, ████████████████████████████

████████████████████████████ Ex. 15 at -32.

16.    On December 1, 2025, ████████████████████████████

████████████████████████ Ex. 16.

17.    On December 10, 2025, ██████████████████████████

D.I. 817 Ex. 5.  ████ ██████████████████████████████████████

██████████████████████████████ . Ex. 19 at -22.  ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████ Ex. 17 at ¶ 105.  ████████████████████████

████████████████████████████████████████████████

████████████████████████████ . *Id.* at Fig. 30.  ████████████

████████████████████████████████████████████████

████████████████████████ D.I. 817 Ex. 5 at -89.

18.    Qualcomm responded to Arm's December 10 ████████ on January 5, 2026,

████████████████████████████████████████████████

████████████████████████████████ Ex. 19.

19.    After a couple more letters were exchanged (Exs. 33, 34), the parties met in person

on January 26, 2026. ████████████████████████████████

████████████████████████████████████████

████████████ Ex. 20; D.I. 817 Ex. 5 at -489.  At the parties' meeting, ████████████

████████ Ex. 21 at -90-91.

20.    Following the January 26 meeting, ████████████████████

████████████████████████████████████████

██████████████████████████████ (Ex. 21 at -92).

21.    On March 19, 2026, ████████████████████

████████████████ D.I. 817 Ex. 15.  ████████████ ████████████

████████████████████████████████████████

████████████████. D.I. 817 Ex. 15 at -874.  ████████████████████

████████████████████████████████████████

████████████████████ Ex. 17 at Fig. 32.  ████████████████

████████████████████████████████████████. *Id.*

22.    On April 28, 2026, ████████████████████

████████████████████████████████████████

████████████████████ D.I. 817 Ex. 16.  On June 12, 2026, ████████████

████████████████ D.I. 817 Ex. 17 at -85-86.  ████████████████

████████████████████████ *Id.*

23.    The parties met again to discuss v10 on June 16, 2026.  At that meeting, Qualcomm

offered ████████████████████████████████████████

████████████████████. Ex. 28 at 3.  ████████████████████

████████    *Id.*  As of the date of this filing, Qualcomm awaits Arm's response.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

July 15, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on July 15,

2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                    *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants*

Scott F. Llewellyn, Esquire                                *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendants*

Sydney D. Gaskins, Esquire                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendants*

Alexandra Corrinne Hottenrott, Esquire                     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Defendants*

Daralyn J. Durie, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendants*

Lydia B. Cash, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendants*

Gregg F. LoCascio, P.C.                                 *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendants*

Jay Emerick, Esquire                                    *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire                              *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants*

Meghan Kelly, P.C.                                      *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*


                                        */s/ Jennifer Ying*
                                        _____
                                        Jennifer Ying (#5550)


7