IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| v. | ) ) ) | |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) ) | |
| Defendant | ) | REDACTED - PUBLIC VERSION |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON ITS DEFENSES OF STATUTE OF LIMITATIONS, CLAIM PRECLUSION, AND CLAIM SPLITTING (D.I. 812)**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

July 15, 2026

ORIGINAL FILING DATE: JULY 15, 2026
REDACTED FILING DATE: JULY 22, 2026

1.          Undisputed for purposes of this motion.

2.          Undisputed for purposes of this motion that Qualcomm alleges that Arm Ltd. breached Section ▮ of the Qualcomm ALA by withholding OOBs and ACK patches.  Disputed that OOBs and ACK patches are ████████████████████████████████ ████████████████████████████████████.  Ex. 37 (Annavaram) ¶¶ 8–9, 75–149.

3.          Undisputed for purposes of this motion that OOB packages contain the two files Arm references.  Disputed that the test list lists "tests a licensee may run on its CPU design to test compliance with relevant architectural features."  The test list "contains a list of the subset of tests a partner ***must*** run to confirm the architectural compliance of its specific implementation."  *Id.* ¶ 72 (emphasis added).  Further disputed as to any implication that OOB packages do not contain additional files.  *See id*. ¶¶ 69–73.

4.          Disputed.  According to Arm's internal documents, a ██████████████ ████████████████████████████████  Ex. 38 at -829.  In addition, Aparajita Bhattacharya, Senior Director of Engineering at Arm, testified that a quarterly release will ████ ████████████████████████████.  Ex. 39 (Bhattacharya) at 51:5–14.

5.          Undisputed for purposes of this motion.

6.          Undisputed for purposes of this motion.

7.          Disputed.  In October 2023, Mr. Trivedi testified that ████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████  On September 27, 2022, Mr. Agrawal first notified Mr. Trivedi that Qualcomm should "expect some delay from [Arm's] end on OOB delivery."  D.I. 813 Ex. 14

2

at -194.  Then, on October 10, 2022, Mr. Agrawal told Mr. Trivedi that Arm would "be able to share OOB and patches after [his] management has given their approval." *Id.* at -193.  Earlier that day, however, ███████████████████████████████████████████████████████ ████████████████████████████.  Ex. 40 at -327–28.

8.      Undisputed for purposes of this motion.

9.      Undisputed for purposes of this motion.

10.     Undisputed for purposes of this motion.

11.     Undisputed for purposes of this motion.

12.     Undisputed for purposes of this motion.

13.     Undisputed for purposes of this motion that the quoted language appears in the cited documents.  Disputed as to Arm's characterization that counsel's statement that Qualcomm "did notice we didn't get the OOB," D.I. 813 Ex. 19 at 18:21, "confirmed" that Qualcomm knew Arm was withholding OOBs in November 2022.

14.     Undisputed for purposes of this motion.

15.     Undisputed for purposes of this motion.

16.     Undisputed for purposes of this motion.

17.     Undisputed for purposes of this motion.

18.     Undisputed for purposes of this motion.

19.     Undisputed for purposes of this motion that the quoted language, without alterations, appears in the cited docket entries.  Disputed that the quotation and citation in the second sentence to a document from the *Arm* v. *Qualcomm* litigation is relevant to Qualcomm's position in this case.  C.A. No. 22-1146, D.I 278 Ex. 6.

20.     Undisputed for purposes of this motion.

3

21.     Undisputed for purposes of this motion that Qualcomm filed its motion to amend its counterclaims in C.A. No. 22-1146 on February 4, 2024 and that the quoted language, without alterations, appears in the cited docket entries.  Disputed that Qualcomm attributed its delay to Arm Ltd. specifically.  *See* C.A. No. 22-1146, D.I. 272 at 3.

22.     Undisputed for purposes of this motion.

23.     Undisputed for purposes of this motion.

24.     Disputed that the cited evidence (D.I. 813 Ex. 3 at 8) demonstrates that "[i]n support of its Section ▮ breach claim in C.A. No. 24-490, Qualcomm makes the same timeliness arguments that Judge Hatcher previously rejected."

25.     Undisputed for purposes of this motion.

26.     Undisputed for purposes of this motion.

27.     Undisputed for purposes of this motion that Qualcomm's proposed amended counterclaim in C.A. No. 22-1146 asserting breach of Section ▮ is similar to Qualcomm's breach of Section ▮ claim against Arm Ltd. in C.A. No. 26-20.

28.     Undisputed for purposes of this motion.

29.     Undisputed for purposes of this motion.

30.     Undisputed for purposes of this motion that Qualcomm's Amended Complaint against Arm Ltd. includes new allegations regarding Arm's continued refusal to negotiate in good faith a license to Arm's v10 architecture and a new claim that Arm Ltd., through its refusal, breached Section ▮ of the Qualcomm ALA.  Disputed that Arm cited 42 paragraphs in the Amended Complaint and that Qualcomm was not previously seeking an injunction requiring Arm to negotiate in good faith.  C.A. No. 26-20, D.I. 2 at 66 (seeking "an Order requiring Arm to comply with all its obligations under the QC ALA"); Ex. 41 at 64 (stating that a remedy that does

4

not "require Arm to comply with its contractual obligations to . . . negotiate with Qualcomm in good faith regarding a license to v10 [is] insufficient because [it] would not preclude Arm's anticompetitive efforts to impair Qualcomm's current and future ability to conduct its business").

31.    Undisputed that Arm Ltd. filed a motion to strike Qualcomm's Amended Complaint.  The Court denied that motion on July 14, 2026.  D.I. 842.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| Karen L. Dunn | */s/ Jennifer Ying* |
| William A. Isaacson | |
| Erin J. Morgan | _____ |
| Melissa F. Zappala | Jennifer Ying (#5550) |
| Jenifer N. Hartley | Travis J. Murray (#6882) |
| DUNN ISAACSON RHEE LLP | 1201 North Market Street |
| 401 Ninth Street NW | P.O. Box 1347 |
| Washington, DC  20004 | Wilmington, DE  19899 |
| (202) 240-2900 | (302) 658-9200 |
| | jying@morrisnichols.com |
| | tmurray@morrisnichols.com |
| Catherine Nyarady | |
| Jacob A. Braly | *Attorneys for Plaintiffs* |
| S. Conrad Scott | |
| Jacob Apkon | |
| PAUL WEISS, RIFKIND, WHARTON | |
| & GARRISON LLP | |
| 1285 Avenue of the Americas | |
| New York, NY  10019-6064 | |
| (212) 373-3000 | |
| | |
| William T. Marks | |
| Adam L. Basner | |
| PAUL WEISS, RIFKIND, WHARTON | |
| & GARRISON LLP | |
| 2001 K Street, NW | |
| Washington, DC  20006-1047 | |
| (202) 223-7300 | |
| | |
| July 15, 2026 | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 15, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                              *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants*

Scott F. Llewellyn, Esquire                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendants*

Sydney D. Gaskins, Esquire                           *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendants*

Alexandra Corrinne Hottenrott, Esquire               *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Defendants*

Daralyn J. Durie, Esquire                            *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendants*

6

Lydia B. Cash, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendants*


Gregg F. LoCascio, P.C.                                         *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendants*


Jay Emerick, Esquire                                           *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendants*


Peter Evangelatos, Esquire                                     *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants*


Meghan Kelly, P.C.                                             *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*



*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

7