IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| v. | ) ) ) | ████████████████ ██████████ |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) ) ) | ██████████ |
| Defendant | ) ) | REDACTED - PUBLIC VERSION |

**PLAINTIFFS' COUNTERSTATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO ARM'S MOTION FOR SUMMARY JUDGMENT ON ITS DEFENSES OF STATUTE OF LIMITATIONS, CLAIM PRECLUSION, AND CLAIM SPLITTING (D.I. 810)**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
    & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

July 15, 2026

ORIGINAL FILING DATE: JULY 15, 2026
REDACTED FILING DATE: JULY 22, 2026

## I.    Arm Withholds OOBs and Patches

1.    On October 6, 2022, Jignesh Trivedi wrote to Vivek Agrawal requesting an OOB for ███████████████████████████████████████. D.I. 813 Ex. 14 at -193-94; Ex. 61. On October 10, 2022, Mr. Agrawal responded that he will "be able to share OOB and patches after my management has given their approval." D.I. 813 Ex. 14 at -193.

2.    On November 3, 2022, Qualcomm sent a notice of breach of Section █ of the Qualcomm ALA. D.I. 813 Ex. 20 at -403. Qualcomm sent a second notice on December 5, 2022. *Id.* at -401.

3.    On December 6, 2022, Arm sent a letter in response. It stated, among other things, that "[n]o breach of Section █ has occurred"; that "Qualcomm does not have verification, delivery, or support rights under its ALA applicable to Nuvia-based technology"; and that Arm had "already made its position on this clear in its court filings." D.I. 813 Ex. 21.

4.    On May 4, 2023, Qualcomm sent ██████████████████████████████ to Arm. Ex. 42 at -666. On May 19, 2023, Arm responded that the corresponding "[d]elivery of OOB [was] pending for approval." *Id.*; *see also* Ex. 43 at -195-196 (Arm's internal discussion in April and May 2023 regarding ███████████████████████████████████). On June 7, 2023, Arm stated that the "OOB delivery" was still "[p]ending for approval." Ex. 42 at -665. On June 14, 2023, Arm again stated that "OOB delivery" was still "[p]ending for approval." Ex. 44 at -528.

5.    On May 4, 2023, Qualcomm notified Arm that it had identified "potential test issues" in the ████████████████████████████████ ACK tests. Ex. 45 at -290. Arm acknowledged receipt the same day, writing it would "analyze at our end and confirm if they are found to be ACK test issues." Ex. 46 at -020.

6.    On May 24, 2023, Arm ████████████████████ in the ██████ tests, as well

1



as ███████████████████████ Ex. 42 at -665-66.

7.    On June 7, 2023, Arm again ████████████████ in the ██████ tests but stated that a "[p]atch for this ACK test [was] pending for approval." *Id.* at -665.

8.    On June 14, 2023, Arm again ████████████████ in the ██████ tests but stated that a "[p]atch of this ACK test [was] on-hold for management approval." Ex. 44 at -528.

9.    Arm did not deliver a patch for the test issues identified by Qualcomm in the ██████ tests before January 2025.  Ex. 47.

10.    On August 16, 2023, Qualcomm notified Arm of a test defect in the ██████ ████████████████████████████████████ test.  Ex. 48 at -853.

11.    On August 21, 2023, Arm ████████████████████████ ██████ ████████████████ but stated that "[p]atch delivery for this ACK issue [was] subjected to approval by our legal team."  *Id.*

12.    Arm did not deliver a patch for the test issues identified by Qualcomm in the ██████ test before January 2025.  Ex. 47.

13.    On March 7, 2024, Qualcomm notified Arm that it had identified a test defect in the ████████ test suite.  Ex. 49 at -709–710.

14.    On March 19, 2024, Qualcomm notified Arm that it had identified two test defects each in the ████████████████ test suites.  Ex. 50 at -705.

15.    On March 20, 2024, Qualcomm identified a test defect in two ██████ tests.  Ex. 51 at -694.

16.    On July 9, 2024, Qualcomm identified a third test defect in the ████████ test suite.  Ex. 50 at -705.

17.    On July 10, 2024, Qualcomm notified Arm that the test defect in the ████████

test suite affected 75 tests in total, including six tests in the ███████ test suite.  Ex. 49 at -708.

18.     On July 9 and 10, 2024, Qualcomm notified Arm that it had identified five defective ████████ tests and seven defective ███████████████████████ tests.  Ex. 52; Ex. 53.

19.     On July 10, 2024, Mr. Trivedi notified Mr. Agrawal that he "uploaded ACS Compliance reports for ████████████████████████████████████████████████ ████████████████████" Ex. 54 at -008.  Mr. Trivedi listed the "tests [that] have defects which [Qualcomm] ha[d] communicated via email as resulting from previously-reported, uncorrected test errors in the ACK," noting uncorrected test errors in ████████████████████████████ ██████████████████████████████████████████████████, among others. *Id.* at -008-11.

20.     On July 24, 2024, Mr. Trivedi notified Mr. Agrawal, that he "uploaded ACS Compliance reports for ████████████████████████████████████████████████ ████████." Ex. 55 at -617.  Mr. Trivedi listed the "tests [that] have defects which [Qualcomm] ha[d] communicated via email as resulting from previously-reported, uncorrected test errors in the ACK," noting uncorrected test errors in ████████████████████████████ ██████████████████████████████████ tests, among others. *Id.* at -617-19.

21.     On January 7, 2025, Mr. Trivedi notified Mr. Agrawal that he "uploaded ACS Compliance reports for ████████████████████████████████████████████████ ████████████████████████████████████." Ex. 56 at -634; Ex. 57 at -636.  Mr. Trivedi listed the "tests [that] have defects which [Qualcomm] ha[d] communicated via email as resulting from [p]reviously-reported, uncorrected test errors in the ACK," noting uncorrected test errors in ██████████████████████ tests, among others.  *Id.*

22.     Arm did not provide any OOBs and ACK patches to Qualcomm between fall 2022

3

and January 2025.  Ex. 47 at -791; Ex. 43 at -195-196; Ex.58; Ex. 59 at 98:13-25 (Agrawal); *see* Ex. 60 at 8–10.

## II.    Qualcomm's Express Breach Claim

23.    On April 24, 2025, Qualcomm sent Arm a letter regarding its "previous election, pursuant to Section ███████" of the Qualcomm ALA "to extend the ██████████ and license the v10 architecture."  D.I. 817 Ex. 7.  Qualcomm stated that Arm's October 2024 v10 presentation "made clear that Armv10-A was on the way in the near future" and that Arm "remains obligated" to negotiate in good faith for an extension of the Qualcomm ALA that covers v10.  *Id.*

24.    Qualcomm sent a letter to Arm on May 29, 2025, stating that Arm "has not responded" to the April 24 letter and requesting that Arm provide a v10 offer.  D.I. 817 Ex. 6.

25.    On June 4, 2025, Arm sent a letter to Qualcomm in response to Qualcomm's letters of April 24, 2025 and May 29, 2025, stating that ███████████████████████████████ ███████████████████████████████████████████████████ D.I. 817 Ex. 8.  Arm's letter further stated that ████████████████████████████ ███████████████████████████████████████████████████ ██████████████  *Id.*

26.    Since then, the parties have exchanged 18 letters concerning a v10 license.  Exs. 13-14, 15-16, 19, 21-22, 28, 33, 34; D.I. 817 Exs. 5, 9, 10, 12-13, 15, 17, 18.

27.    Paul Williamson and Ehab Youssef from Arm and Durga Malladi and Jonathan Weiser from Qualcomm engaged in in-person negotiations on January 26, 2026, and June 16, 2026.  Ex. 20 at -546; Ex. 34 at -533; D.I. 817 Ex. 17.

28.     Arm provided Qualcomm with two proposals for a license to v10 ██████████ ███████████████████████.  D.I. 817 Exs. 5, 15.

4

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC  20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300

July 15, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 15, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                    *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants*

Scott F. Llewellyn, Esquire                                                *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
*Attorneys for Defendants*

Sydney D. Gaskins, Esquire                                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017
*Attorneys for Defendants*

Alexandra Corrinne Hottenrott, Esquire                                     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Defendants*

Daralyn J. Durie, Esquire                                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Defendants*

6

Lydia B. Cash, Esquire                                      *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendants*


Gregg F. LoCascio, P.C.                                     *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendants*


Jay Emerick, Esquire                                        *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendants*


Peter Evangelatos, Esquire                                  *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants*


Meghan Kelly, P.C.                                          *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*


*/s/ Jennifer Ying*

Jennifer Ying (#5550)

7