IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |
| v. | ) ) ) | ███████████████ |
| ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation, | ) ) ) | ███████████ |
| Defendant | ) | REDACTED - PUBLIC VERSION |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO ARM'S MOTIONS FOR SUMMARY JUDGMENT**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bar of New York and have been admitted *pro hac vice* in this case. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of this Court's July 6, 2026 hearing in the above-captioned matter.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an email thread between Jim Lederer and Ron Tessitore, dated March 6, 2012, bates stamped QCARM_7431133.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Jonathan Weiser.

ORIGINAL FILING DATE: JULY 15, 2026
REDACTED FILING DATE: JULY 22, 2026

5.    Attached hereto as **Exhibit 4** is a true and correct copy of an ████████████ ████████████████████████████████████████████████ bates stamped ARM_00113179.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of an email thread between Lynn Couillard, Todd Lipinski, et al., dated June 5, 2020, bates stamped ARM_00085567.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 Deposition of Lynn Couillard.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of an email thread between Todd Lepinski, Lynn Couillard, et al., dated May 5, 2020, bates stamped ARM_00085581.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of the July 9, 2025 Deposition of Jignesh Trivedi.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt of the transcript of the June 25, 2025 Deposition of Kurt Wolf.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt of the transcript of the June 25, 2025 Deposition of Gerard Williams.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt of the transcript of the July 2, 2025 Deposition of Richard Grisenthwaite.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of a PowerPoint deck entitled ███████████████████████████████████, bates stamped QCVARM_0851876.

14.    Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated June 9, 2025, bates stamped QCVARM_1152031.

2

15.     Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Roawen Chen to Will Abbey, dated June 9, 2025, bates stamped QCVARM_1152029.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated September 22, 2025, bates stamped QCVARM_1159431.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated December 1, 2025, bates stamped QCVARM_1159486.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt of a redacted version of the Supplemental Expert Report of Patrick F. Kennedy, Ph.D., dated May 15, 2026.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt of the Supplemental Rebuttal Report of Thomas W. Britven, dated June 5, 2026.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated January 5, 2026, bates stamped QCVARM_1159521.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of an email thread between Spencer Collins and Ann Chaplin, dated January 25, 2026, bates stamped QCVARM_1159545.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a letter from Spencer Collins to Ann Chaplin, dated February 12, 2026, bates stamped QCVARM_1159587.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated April 28, 2026, bates stamped QCVARM_1160916.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of an Arm CEO Keynote Presentation, dated March 2026, bates stamped QCVARM_1160064.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of an article entitled "How a Lopsided Apple Deal Got Under Arm's Skin," dated November 29, 2023, bates stamped QCVARM_0717207.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a letter brief from Non-Party Apple Inc. to Special Master Helena Rychlicki, dated August 11, 2025.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ bates stamped ARMQC_02799939.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, bates stamped ARMQC_02799838.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated July 9, 2026, bates stamped QCVARM_1163518.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮ ▮▮▮▮▮▮▮▮, bates stamped ARMQC_02799977.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Rene Haas.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an excerpt of the transcript of the July 3, 2025 Deposition of Cristiano Amon.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Ziad Asghar.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a letter from Spencer Collins to Ann Chaplin, dated January 12, 2026, bates stamped QCVARM_1159525.

35.    Attached hereto as **Exhibit 34** is a true and correct copy of a letter from Ann Chaplin to Spencer Collins, dated January 20, 2026, bates stamped QCVARM_1159531.

36.    Attached hereto as **Exhibit 35** is a true and correct copy of an excerpt of the transcript of the June 22, 2026 Deposition of Thomas Britven.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of an email thread between Paris Christ, Alina Mou, et al., dated January 18, 2024, bates stamped ARMQC_02785071.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of an excerpt of the Expert Report of Murali Annavaram, dated May 15, 2026.

39.    Attached hereto as **Exhibit 38** is a true and correct copy of an email thread between Vivek Agarwal, Karthik Muthusamy, et al., dated March 10, 2021, bates stamped ARMQC_02601829.

40.    Attached hereto as **Exhibit 39** is a true and correct copy of an excerpt of the transcript of the July 7, 2025 Deposition of Aparajita Bhattacharya.

41.    Attached hereto as **Exhibit 40** is a true and correct copy of an email thread between Richard Grisenthwaite, Vivek Agarwal, et al., dated October 10, 2022, bates stamped ARM_01314327.

42.    Attached hereto as **Exhibit 41** is a true and correct copy of an excerpt of Qualcomm's Fourth Supplemental Responses and Objections to Arm's Third Set of Interrogatories, dated May 15, 2026.

43.    Attached hereto as **Exhibit 42** is a true and correct copy of an email thread between Vivek Agarwal, Jignesh Trivedi, et al., dated June 7, 2023, bates stamped QCVARM_0692665.

44.    Attached hereto as **Exhibit 43** is a true and correct copy of an email thread between Vivek Agarwal, Richard Grisenthwaite, et al., dated May 9, 2023, bates stamped ARM_01315194.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of an email thread between Vivek Agarwal, Jignesh Trivedi, et al., dated September 13, 2023, bates stamped QCVARM_0691526.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of an email thread between Jignesh Trivedi and Vivek Agarwal, dated May 4, 2023, bates stamped QCVARM_0699290.

47.    Attached hereto as **Exhibit 46** is a true and correct copy of an email thread between Vivek Agarwal and Jignesh Trivedi, dated May 4, 2023, bates stamped QCVARM_0693020.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of a print screen from the Arm Causeway site, bates stamped QCVARM_1160790.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of an email thread between Vivek Agarwal, Jignesh Trivedi, et al., dated August 21, 2023, bates stamped QCVARM_0691853.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of an email thread between Vivek Agarwal, Jignesh Trivedi, et al., dated October 7, 2024, bates stamped QCVARM_0618708.

51.    Attached hereto as **Exhibit 50** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated September 7, 2024, bates stamped QCVARM_0618705.

52.    Attached hereto as **Exhibit 51** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated March 20, 2024, bates stamped QCVARM_0618694.

53.    Attached hereto as **Exhibit 52** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated July 10, 2024, bates stamped QCVARM_0578265.

54.    Attached hereto as **Exhibit 53** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated July 10, 2024, bates stamped QCVARM_0618703.

55.　　Attached hereto as **Exhibit 54** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated July 10, 2024, bates stamped QCVARM_1119008.

56.　　Attached hereto as **Exhibit 55** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated July 24, 2024, bates stamped QCVARM_0575617.

57.　　Attached hereto as **Exhibit 56** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated January 7, 2025, bates stamped QCVARM_0575634.

58.　　Attached hereto as **Exhibit 57** is a true and correct copy of an email thread between Jignesh Trivedi, Vivek Agarwal, et al., dated January 7, 2025, bates stamped QCVARM_0575636.

59.　　Attached hereto as **Exhibit 58** is a true and correct copy of a letter from Spencer Collins to Ann Chaplin, dated January 8, 2025, bates stamped QCVARM_0573677.

60.　　Attached hereto as **Exhibit 59** is a true and correct copy of an excerpt of the transcript of the July 11, 2025 Deposition of Vivek Agarwal.

61.　　Attached hereto as **Exhibit 60** is a true and correct copy of an excerpt of Qualcomm's First Supplemental Responses and Objections to Arm Ltd.'s First Set of Interrogatories, dated May 12, 2026.

62.　　Attached hereto as **Exhibit 61** is a true and correct copy of an email thread between Vivek Agrawal and Jignesh Trivedi, dated October 26, 2022, bates stamped QCVARM_0689117.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed this 15th day of July, 2026 in New York, New York.

*/s/ Catherine Nyarady*
Catherine Nyarady

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 15, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

Lydia B. Cash, Esquire                                          *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX  78701
*Attorneys for Defendants*

Gregg F. LoCascio, P.C.                                         *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendants*

Jay Emerick, Esquire                                            *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire                                     *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants*

Meghan Kelly, P.C.                                             *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

2