# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

July 21, 2026

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555
                                     REDACTED - PUBLIC VERSION

Re:   *Qualcomm, Incorporated et al. v. Arm Holdings PLC,* C.A. No. 24-490 (MN)

Dear Judge Noreika:

Pursuant to the Court's July 14, 2026 Order (D.I. 843), Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. (together, "Qualcomm") identify the following motions filed by Qualcomm that remain pending before the Court:

1. Qualcomm's Motion for Partial Summary Judgment (D.I. 441); and

2. Qualcomm's Motion to Preclude Certain of Defendant Arm's Expert Opinions and Testimony (D.I. 433).[1]

Qualcomm submits the following ranking for the grounds raised in its summary judgment motion (D.I. 441) for the Court's consideration:

1. Collateral estoppel with respect to Arm's "Nuvia" defenses

2. Arm's breach of Section ▮▮▮▮ of the parties' TLA

3. Arm's breach of Section ▮▮▮ of the parties' TLA

4. Arm's unclean hands defense

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)

---

[1] Portions of this motion relating to whether the report of Arm's technical expert Michael Brogioli contained improper rebuttal were resolved by the parties and are no longer at issue. *See* D.I. 826 at 2 ¶ 1. Sections V.A.2 through V.A.5 (excluding n.8) and Sections V.B through V.D of Qualcomm's *Daubert* motion remain pending. *Id.* at 2 n.1.

ORIGINAL FILING DATE: JULY 21, 2026
REDACTED FILING DATE: JULY 28, 2026