IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation, | ) )<br>) )<br>) ) | |
| Plaintiffs, | ) ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |
| v. | ) ) | ██████████████ |
| ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation, | ) )<br>) ) | ██████████ |
| Defendant | ) | |

**[PROPOSED] AMENDED SCHEDULING ORDER**

ORIGINAL FILING DATE: JULY 22, 2026
REDACTED FILING DATE: JULY 28, 2026

Pursuant to the Court's July 14, 2026 Order (D.I. 842) requiring the parties to submit a proposal for completion of discovery relating to Plaintiffs' Amended Complaint (D.I. 765), the parties hereby submit the following proposed revised scheduling order:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Arm Ltd. to serve maximum of two interrogatories, three requests for admission, and five requests for production regarding Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint | July 24, 2026 |
| Deadline for Qualcomm's response to Arm Ltd.'s new interrogatories, new requests for admission, and new requests for production, and for both parties to complete any supplemental document production, including in response to Arm Ltd.'s new requests for production | August 4, 2026 |
| Qualcomm to amend Dr. Kennedy's Supplemental Opening Report to replace royalty rate calculations in light of the Court's order denying Qualcomm's motion to compel (D.I. 842)[1] | August 4, 2026 |

---

[1] **Qualcomm's Position**:  In light of the Court's ruling denying Qualcomm's motion to compel (D.I. 842), Qualcomm seeks to amend Dr. Kennedy's Supplemental Opening Report to replace his royalty rate calculations based on the Apple royalty rate information in the document that it sought to compel, which has now been destroyed, with information from the publicly-reported article discussing Apple's royalty rates that was referenced at the July 6 hearing.  7/6/26 Tr. at 52:10-53:7, 57:22-60:25.  Qualcomm does not seek to serve a new expert report, submit new expert opinions, or supplement Dr. Kennedy's report to add additional information beyond replacing mathematical calculations using figures from public reporting.  Qualcomm does not believe that the supplementation will require additional rounds of expert reports or depositions.  Had Arm asked for an additional response from Mr. Britven, Qualcomm would have agreed.  Arm seeks to prevent Qualcomm from having its expert testify to his calculations based on Apple's royalty rates

| | |
|---|---|
| Deadline for Arm Ltd. to serve maximum of five 30(b)(6) topics regarding the facts underlying Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint | August 7, 2026 |
| Deadline for Qualcomm's response to Arm Ltd.'s new 30(b)(6) topics | August 11, 2026 |
| Deadline for Arm Ltd. to complete Rule 30(b)(6) deposition regarding the facts underlying Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint limited to 3 hours | August 21, 2026 |

in the public article discussed at the July 6 hearing, which is the concern Qualcomm raised at the July 6 hearing and the Court urged Arm to avoid.  *See* 7/6/26 Tr. at 57:22-60:24.  Contrary to the Court's directive to "come to some kind of agreement", Arm has made no effort to propose any way to cure the prejudice to Qualcomm and simply rejected Qualcomm's proposal.

**Arm's Position**: Qualcomm's proposal for a one-sided and amorphous "amendment" to its damages report should be rejected. Qualcomm already submitted supplemental expert reports on May 15 and June 19, 2026 that directly address its express and implied covenant v10 claims. Arm responded to those reports with its own supplement on June 5, 2026. Nonetheless, Qualcomm asserts an "amendment" is necessary to address alleged public information about Apple's v10 rates. However, that information has been in the public domain since *2023*, and Qualcomm produced the document it newly seeks to address in *May 2025*. Qualcomm chose not to rely on that information in either supplemental report. As the Court is aware, Qualcomm instead chose to rely on Arm's v10 spreadsheet, which the Court found was "attorney work product and subject to attorney-client privilege." D.I. 842. Qualcomm did not prevail on the parties' claw back dispute, but that does not entitle Qualcomm to a do-over of expert reports on its v10 claims, much less a one-sided "amendment" that does not permit Arm to respond. There is also no "prejudice" to Qualcomm, who should be bound to the litigation decisions it makes. Further, Qualcomm's expert should not be permitted to mislead and confuse the jury with supposed "calculations" based on a vague article that does not reflect Apple's actual v10 rates. Fed. R. Evid. 702(b). Arm therefore submits that no "amendment" is warranted. Qualcomm has had plenty of opportunities to develop its case. If the Court allows Qualcomm a *fifth* expert report from Mr. Kennedy, Arm should be permitted to respond to any "amended" opinions with a supplemental expert report from its expert, Thomas Britven, and should have the opportunity to depose Dr. Kennedy on his "amended" opinions.  Conducting yet another round of expert discovery less than three months before trial, however, would be unfairly prejudicial to Arm.

The following dates remain unchanged on the Court's calendar (*see* D.I. 759):

| EVENT | DEADLINE |
|---|---|
| Deadline for Arm to file summary judgment reply briefs (limited to 7 pages for each motion) | July 22, 2026 |
| Hearing on dispositive and *Daubert* motions | TBD (at the Court's convenience) |
| Pretrial Order, proposed voir dire, proposed jury instructions, and proposed verdict sheet filed | September 21, 2026 |
| Pretrial Conference | September 28, 2026 at 2:00 p.m. |
| Jury Selection | Friday, October 2, 2026 |
| Jury Trial | Monday, October 5, 2026 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.*

July 22, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Anne Shea Gaza*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants ARM Holdings PLC and ARM Ltd.*

3

SO ORDERED, this _____ day of July, 2026.

SO ORDERED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE