# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
  a Delaware corporation,

        Plaintiffs,

v.

ARM HOLDINGS PLC., f/k/a ARM LTD.,
  a U.K. corporation,

        Defendant.

**REDACTED - PUBLIC VERSION**
(Filed July 28, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)



## LETTER TO THE HONORABLE MARYELLEN NOREIKA
## REGARDING OUTSTANDING MOTIONS AND RANKINGS

Dated: July 21, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin M. Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc
and Arm Ltd.*

MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

2

Dear Judge Noreika:

Pursuant to the Court's July 14, 2026 Order (D.I. 843), Defendants identify the following outstanding motions on which they seek a ruling, and corresponding briefs: D.I. 409, 414, 419, 425, 430, 437, 438, 488, 810, 811, 814, 815. Defendants rank their summary judgment grounds as follows:

1.  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sections ▮ of the TLA and ALA are unenforceable. D.I. 425; D.I. 438 at 8-12; D.I. 488 at 2-6.

2.  Qualcomm's v10-related implied covenant of good faith and fair dealing claims against Arm Holdings plc and Arm Ltd. fail as a matter of law. D.I. 814; D.I. 815 at 7-10; Arm's reply due July 22.

3.  Qualcomm's v10-related claim that Arm Ltd. breached Section ▮▮▮▮ of the ALA fails as a matter of law because the equitable remedy Qualcomm seeks is unavailable. D.I. 814; D.I. 815 at 10-12; Arm's reply due July 22.

4.  There is no genuine dispute that Arm did not breach the TLA. D.I. 430; D.I. 438 at 13-16; D.I. 488 at 6-10.

5.  The statute of limitations bars Qualcomm's v10-related implied covenant and express breach claims. D.I. 814; D.I. 815 at 12-15; Arm's reply due July 22.

6.  *Noerr-Pennington* bars Qualcomm's claims based on Arm's petitioning activity. D.I. 419; D.I. 438 at 19-23; D.I. 488 at 11-14.

7.  The statute of limitations bars Qualcomm's claim that Arm Ltd. breached Section ▮ of the ALA. D.I. 810; D.I. 811 at 9-15.

8.  Claim preclusion bars Qualcomm's claims against Arm Ltd. D.I. 810; D.I. 811 at 5-9; Arm Ltd.'s reply due July 22.

9.  There is no genuine dispute that Arm did not breach certain of Qualcomm's implied covenant claims. D.I. 419; D.I. 438 at 16-19; D.I. 488 at 10-11.

10. There is no genuine dispute that Qualcomm was not harmed by Arm's alleged tortious interference. D.I. 419; D.I. 438 at 31-34; D.I. 488 at 18-19.

11. Qualcomm's Unfair Competition Law claim fails as a matter of law. D.I. 414; D.I. 438 at 24-31; D.I. 488 at 14-18.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

cc:    All counsel of Record (via e-mail)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2