# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

        Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

        Defendant.

**REDACTED - PUBLIC VERSION**
(Filed July 28, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)



## LETTER TO THE HONORABLE MARYELLEN NOREIKA
## REGARDING EQUITABLE AND LEGAL ISSUES

Dated: July 21, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Dear Judge Noreika:

Arm submits this letter in response to the Court's July 14, 2026, order. D.I. 843. Arm is aware of only one dispute between the parties, with implications for Counts IV-VI (those counts are marked with asterisks). For those counts, Arm provides an explanation of its position and then separately outlines the parties' dispute below. For ease of reference, each claim and defense is cited with the numbers in D.I. 765 (Arm Ltd. Amended Complaint) and D.I. 773 (Arm Ltd. Answer) because those claims and defenses largely mirror the claims and defenses in D.I. 137 (Arm Holdings Amended Complaint) and D.I. 234 (Arm Holdings Answer).

Arm respectfully requests a status conference to address the trial schedule, including which issues for the Court should be resolved before trial or at a bench trial.

**Count I (Declaratory Judgment)**
¶213(A)-(B) (ALA ▮): Legal/Jury
¶213(C)-(E) (ALA ▮): Equitable/Court
¶213(F)-(K) (TLA ▮): Legal/Jury
¶213(L)-(M) (ALA Breach): Legal/Jury
**Count II (ALA ▮ Breach): Legal/Jury**
**Count III (Implied Covenant)**
¶230 (ALA ▮): Equitable/Court
¶230 (Breach Letter): Legal/Jury
¶230 (ALA ▮): Equitable/Court
¶230 (TLA ▮ (Implementation Cores)): Equitable/Court
¶230 (TLA ▮ (Peripheral IP)): Legal/Jury
**Count IV (Intentional Tortious Interference):*** Legal/Jury, except Court decides "wrongfulness" of conduct
**Count V (Negligent Tortious Interference):*** Legal/Jury, except Court decides "wrongfulness" of conduct
**Count VI (UCL):*** Equitable/Court
**Count VII (TLA ▮ Breach): Legal/Jury**
**Count VIII (TLA ▮ Breach): Legal/Jury**

**Count IX (ALA ▮ Breach):**
Equitable/Court
**First Defense (Failure to State Claim): N/A**
**Second Defense (Waiver/Estoppel/Laches/ Acquiescence): Equitable/Court**
**Third Defense (Unclean Hands):**
Equitable/Court
**Fourth Defense (Damages Limits):**
Equitable/Court
**Fifth Defense (Collateral Estoppel):**
Equitable/Court
**Sixth Defense (Res Judicata/Claim Splitting): Equitable/Court**
**Seventh Defense (*Noerr Pennington*):**
Equitable/Court
**Eighth Defense (Statute of Limitations):**
Equitable/Court
**Ninth Defense (Freedom of Speech/Petition): Equitable/Court**
**Tenth Defense (Mitigation): Legal/Jury**
**Eleventh Defense (Unenforceable Penalty):**
Equitable/Court

The parties dispute only the relationship between the tortious interference and UCL claims—a dispute the parties have previously briefed and argued. D.I. 596, 622, 633; 3/10/26 Hr'g Tr. 24:3–43:5. Qualcomm agrees it has no jury right on its UCL claim. D.I. 622 at 10. Qualcomm argues, however, that the UCL claim must still be tried to the jury because the jury must decide if the alleged UCL violation qualifies as "wrongful" conduct for its tortious interference claims. But whether the alleged "interfering conduct" is "independently wrongful … is a legal question for the trial court." *Drink Tank Ventures LLC v. Real Soda in Real Bottles, Ltd.*, 71 Cal. App. 5th 528, 538 (2021); *see also* D.I. 634 Ex. 6 (model instructions). There is no jury trial right on that legal question, just as there is no jury trial right on claim construction in a patent infringement case. *Cf. Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 377 (1996).

1

Dated: July 21, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP


 /s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc
and Arm Ltd.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 21, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

2

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Holdings plc*

2