IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Pursuant to the Court's July 14, 2026 Order (D.I. 842) and July 23, 2026 Order (D.I. 873) requiring the parties to submit a proposal for completion of discovery relating to Plaintiffs' Amended Complaint (D.I. 765), the parties hereby submit the following proposed revised scheduling order:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Arm Ltd. to serve maximum of two interrogatories, three requests for admission, and five requests for production regarding Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint | July 24, 2026 |
| Deadline for Qualcomm to amend Dr. Kennedy's Supplemental Opening Report to replace royalty rate calculations in light of the Court's oral order (D.I. 875) | July 29, 2026 |
| Deadline for Qualcomm's response to Arm Ltd.'s new interrogatories, new requests for admission, and new requests for production, and for both parties to complete any supplemental document production, including in response to Arm Ltd.'s new requests for production | August 4, 2026 |
| Deadline for Arm Ltd. to serve maximum of five 30(b)(6) topics regarding the facts underlying Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint | August 7, 2026 |
| Deadline for Qualcomm's response to Arm Ltd.'s new 30(b)(6) topics | August 11, 2026 |

1

| | |
|---|---|
| Deadline for Arm to serve supplemental report, if any, from Mr. Britven responding to the amended section of Dr. Kennedy's Supplemental Opening Report | August 12, 2026 |
| Deadline to complete deposition of Dr. Kennedy limited to the amended section of Dr. Kennedy's Supplemental Report, not to exceed 1 hour | August 28, 2026 |
| Deadline to complete deposition of Mr. Britven limited to his response to the amended section of Dr. Kennedy's Supplemental Report, not to exceed 1 hour | August 28, 2026 |
| Deadline for Arm Ltd. to complete Rule 30(b)(6) deposition regarding the facts underlying Count IX of Qualcomm's Amended Complaint (D.I. 765) and the new allegations in Qualcomm's Amended Complaint limited to 3 hours | August 28, 2026 |

The following dates remain unchanged on the Court's calendar (*see* D.I. 759):

| EVENT | DEADLINE |
|---|---|
| Hearing on dispositive and *Daubert* motions | TBD (at the Court's convenience) |
| Pretrial Order, proposed voir dire, proposed jury instructions, and proposed verdict sheet filed | September 21, 2026 |
| Pretrial Conference | September 28, 2026 at 2:00 p.m. |
| Jury Selection | Friday, October 2, 2026 |
| Jury Trial | Monday, October 5, 2026 |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jennifer Ying (#5550) | Anne Shea Gaza (#4093) |
| Travis Murray (#6882) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Daniel G. Mackrides (#7230) |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE  19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE  19801 |
| jying@morrisnichols.com | (302) 571-6600 |
| tmurray@morrisnichols.com | agaza@ycst.com |
| | rvrana@ycst.com |
| *Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.* | dmackrides@ycst.com |
| | *Attorneys for Defendants ARM Holdings PLC and ARM Ltd.* |

July 28, 2026

SO ORDERED this _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

3