# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation, <br><br> Defendant. | **REDACTED - PUBLIC VERSION** <br> (Filed July 29, 2026) <br><br> C.A. No. 24-490-MN <br> (CONSOLIDATED) <br><br> ███████████████ |

**ARM LTD.'S RESPONSE TO PLAINTIFFS' COUNTERSTATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO ARM LTD.'S MOTION FOR SUMMARY JUDGMENT ON ITS DEFENSES OF STATUTE OF LIMITATIONS, CLAIM PRECLUSION, AND CLAIM SPLITTING**

Dated: July 22, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

1.      Disputed in part. On September 27, 2022, Mr. Agrawal emailed Mr. Trivedi informing him that, ██████████████████████████████████████████████████

████████████████████████████████████████ D.I. 813, Ex. 14 at -

194. On October 6, 2022, Mr. Trivedi responded and requested ███████████████

██████████████████████████████████████████████████████

███████████████ D.I. 813 Ex. 14 at -193–94. On October 10, 2022, Mr. Agrawal

responded that ████████████████████████████████████████████

██████████████████████████████████████████████████████

██████ D.I. 813, Ex. 14 at -193.

2.      Undisputed for purposes of this motion.

3.      Undisputed for the purposes of this motion.

4.      Undisputed that the quoted words appear in the cited portions of the cited exhibits. Disputed as to Qualcomm's characterizations of the cited exhibits. On April 28, 2023, Mr. Agrawal emailed Mr. Grisenthwaite informing him ██████████████████████████

██████ D.I. 854-1, Ex. 43 at -196. Mr. Agrawal asked Mr. Grisenthwaite ████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████ *Id.*; D.I. 813, Ex. 14 at -194. Mr. Grisenthwaite responded on April 28, 2023, ████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

D.I. 854-1, Ex. 43 at -195–96. On May 19, 2023, Mr. Agrawal emailed Mr. Trivedi stating that ████

██████████████████████████████████████████████████████

████████████████████ D.I. 854-1, Ex. 42 at -666. The cited language does not show that

1

 On May 24, 2023, Mr. Agrawal emailed Mr. Trivedi informing him that ████████████████████████ ████████ *Id*. In addition to ██████████████████ on June 7, 2023 and June 14, 2023, on July 7, 2023, Mr. Agrawal emailed Mr. Trivedi informing him that ██████████████████████████ D.I. 854-1, Ex. 44 at -527–28.

5.      Undisputed for purposes of this motion.

6.      Undisputed that the quoted words appear in the cited portions of the cited exhibit.

7.      Undisputed that the quoted words appear in the cited portion of the cited exhibit.

8.      Undisputed that the quoted words appear in the cited portion of the cited exhibit.

9.      Disputed. Arm delivered all ACK test fixes to all ALA partners through Arm's quarterly ACK releases, which Qualcomm received. As Dr. Brogioli explained in his supplemental expert report, Arm logged the Qualcomm-identified ████████████ ACK test issue as ████████, investigated it, and fixed it on June 20, 2023. Ex. 26, Ex. 27 ¶ 64. Arm included that fix in its next quarterly ACK release and identified the Test Suites ████████████ ██████████████████████ Ex. 28 at -711; *see also id*. Ex. 27 ¶ 64.

10.     Undisputed for purposes of this motion.

11.     Undisputed that the quoted words appear in the cited portion of the cited exhibit.

12.     Disputed. Arm delivered all ACK test fixes to all ALA partners through Arm's quarterly ACK releases, which Qualcomm received. Ex. 26, Ex. 27 ¶¶ 51–72.

13.     Undisputed for purposes of this motion.

14.     Undisputed for purposes of this motion.

2

15.    Undisputed for purposes of this motion.

16.    Undisputed for purposes of this motion.

17.    Undisputed for purposes of this motion.

18.    Undisputed for purposes of this motion.

19.    Disputed in part. The citation above to D.I. 854-1, Ex. 54 at -008 misquotes Mr. Trivedi's email to Mr. Agrawal. Instead, Mr. Trivedi notified Mr. Agrawal that ███████████ ███████████████████████████████████████████████████████████ ████████████████ D.I. 854-1, Ex. 54 at -008.

20.    Undisputed for purposes of this motion.

21.    Undisputed for purposes of this motion.

22.    Disputed. Arm delivered all ACK test fixes to all ALA partners through Arm's quarterly ACK releases, which Qualcomm received. Ex. 26, Ex. 27 ¶¶ 51–72.

23.    Disputed in part. Qualcomm's April 24, 2024, letter states that ███████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████ D.I. 817, Ex. 7.

24.    Undisputed for purposes of this motion.

25.    Undisputed for purposes of this motion.

26.    Undisputed for purposes of this motion.

27.    Undisputed for purposes of this motion.

28.    Disputed as to Qualcomm's characterization of ████████ ████████ ███████████████████████████████████████████████████████████

██████████████████████████████████████ D.I. 817 Ex. 5 at -495-96; D.I. 817 Ex. 17 at -785-86. The letters Arm Ltd. sent Qualcomm in 2025 and 2026 also ████████████████ ████████████████████████████████████ For example, Arm Ltd.'s December 10, 2025, letter noted that █████████████████████████████████ ████████████████████████████████████ D.I. 817, Ex. 5 at -489. That letter further reiterated Arm Ltd.'s opposition to Qualcomm's ███████ ████████████████████████████████████████ ████████████████████████████ D.I. 817, Ex. 5 at -490. Similarly, in its January 27, 2026, letter, Arm Ltd. noted that ██████████████████████ ████████████████████████████████████████ ██████████████████████████████ D.I. 817, Ex. 13 at -865.

Dated: July 22, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP


 */s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendant Arm Ltd.*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

2