# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and QUALCOMM<br>TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>                    Defendant. | **REDACTED - PUBLIC VERSION**<br>(Filed July 29, 2026)<br><br> C.A. No. 24-490-MN<br> (CONSOLIDATED)<br><br>██████████ |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON QUALCOMM'S V10-RELATED IMPLIED COVENANT AND EXPRESS BREACH CLAIMS (D.I. 850)

Dated: July 22, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

1.      Admitted.  Arm further states that On May 15, 2020, ██████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████ D.I. 854-01, Ex. 5 at -568.

2.      Disputed as to the characterization of Arm's production, but this allegation is irrelevant for purposes of this motion. The remainder of this paragraph is undisputed for purposes of this motion.

3.      Arm admits it did not, ████████████████████████████████████

████████████████████ reject or respond in writing to ████████████ May 20, 2020 ████████

4.      Arm admits that Mr. Grisenthwaite testified that ████████████████████

████████████████████████████████████████████████████████████ D.I. 854-01, Ex. 11 at 125:5-10.

5.      Arm admits that Arm and Qualcomm personnel regularly interact, but this allegation is irrelevant for purposes of this motion.

6.      Arm admits that ████████████████████████████████████████

████████████████████████████████ D.I. 854-01, Ex. 12.  Arm admits that Ex. 12 includes ████████████████████████████████████████████ *Id.* at -881.

7.      Arm admits it produced ████████████████████████████ during discovery (D.I. 854-01, Exs. 26, 27), but this allegation is irrelevant for purposes of this motion.

1

8.      Disputed that ███████████████████████████████████

███████████████████████████████████████████████████████

██████████ D.I. 817, Ex. 5. The remainder of this paragraph is undisputed for purposes of this motion.

9.      Undisputed for purposes of this motion.

10.     Disputed that Mr. Abbey's letter "was the first time" Arm expressed a view regarding ████████████ May 20, 2020 ████████ The remainder of this paragraph is undisputed for purposes of this motion.

11.     Admitted for purposes of this motion.

12.     Admitted for purposes of this motion.

13.     Disputed that ██████████████████████████████ but this allegation is irrelevant for the purposes of this motion. The remainder of this paragraph is undisputed for purposes of this motion.

14.     Undisputed, but irrelevant for purposes of this motion.

15.     Arm disagrees that ████████████████████████ D.I. 817, Ex. 5 at -489; D.I. 854-01, Ex. 15, but this allegation is irrelevant for purposes of this motion.

16.     Undisputed for purposes of this motion.

17.     Arm admits that ██████████████████████████████

███████████████████████████████████████████████████████

██████ Disputed as to Qualcomm's characterization of ████████ ████████████

███████████████████████████████████████████████████████

D.I. 817, Ex. 5 at -495-96. ██████████████████████████

███████████████████████████████████████████████████████

2



██████████████ *Id.* at -489.███████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████ *Id.* at -490.

18.    Undisputed for purposes of this motion.

19.    Arm admits that the parties continued to exchange ██████████████

████████, that ██████████████████████████████ and the parties met in-person to

discuss ████████████. Arm disagrees with Qualcomm's remaining characterizations of

these interactions, but those allegations are irrelevant for purposes of this motion. ████████

████████████████████████████████████████████████████████████████

██████████ D.I. 817, Ex. 14. ██████████████████████████████████████

██████████████████████████████████████████████████ D.I. 817, Ex.

11 at -545. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████ *Id.* at -545. And at the January 26 meeting, ██████████████████

████████████████████████████████████████████████████████████████

██████████ D.I. 817, Ex. 15 at -876.

20.    Undisputed for purposes of this motion.

21.    Arm admits that ████████████████████████████████████

████  Arm disagrees with Qualcomm's remaining characterizations of ████████████████

████████████████████████████████████████████████████████████████

██████████████████████ but those allegations are irrelevant for purposes of this motion. ████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

3

4

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████ D.I. 817, Ex. 15 at -876.

22.     Undisputed for purposes of this motion.

23.     Undisputed for purposes of this motion.

Dated:  July 22, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP


 */s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendant Arm Ltd.*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

                                          YOUNG CONAWAY STARGATT &
                                           TAYLOR, LLP

                                          */s/ Anne Shea Gaza*
                                          Anne Shea Gaza (No. 4093)
                                          Robert M. Vrana (No. 5666)
                                          Daniel G. Mackrides (No. 7230)
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, DE 19801
                                          (302) 571-6600
                                          agaza@ycst.com
                                          rvrana@ycst.com
                                          dmackrides@ycst.com

                                          *Attorneys for Defendants Arm Holdings plc
                                          and Arm Ltd.*