IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

      Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

      Defendants.

**REDACTED - PUBLIC VERSION**
(Filed July 29, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)

**DECLARATION OF ADAM JANES IN SUPPORT OF ARM LTD.'S
RESPONSE TO PLAINTIFFS' COUNTERSTATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF THEIR OPPOSITION TO ARM LTD.'S MOTION FOR SUMMARY
JUDGMENT ON ITS DEFENSES OF STATUTE OF LIMITATIONS, CLAIM PRECLUSION,
AND CLAIM SPLITTING**

I, Adam Janes, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Arm Holdings plc

and Arm Ltd. in the above referenced action. I submit this declaration in support of Arm Ltd.'s

Response to Qualcomm's Counterstatement of Undisputed Material Facts in Support of Their

Opposition to Arm Ltd.'s Motion for Summary Judgment on Its Defenses of Statute of Limitations,

Claim Preclusion, and Claim Splitting.

1.     Attached as **Exhibit 26** is a true and correct copy of an ▮▮▮▮▮▮▮▮, bearing

Bates stamp ARMQC_02784660. [▮▮▮▮▮▮▮▮].

2.     Attached as **Exhibit 27** is a true and correct excerpted copy of the June 5, 2026

Supplemental Expert Report of Michael C. Brogioli, Ph.D. [▮▮▮▮▮▮▮▮].

3.     Attached as **Exhibit 28** is a true and correct copy of the July 2023 Arm Quarterly

ACK Release Note, bearing Bates stamp ARMQC_02759681. [▮▮▮▮▮▮▮▮].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of July 2026 at Chicago, Illinois.

/s/ Adam Janes
Adam Janes

# Exhibit 26

( ███████████████ )

REDACTED IN ITS ENTIRETY

# Exhibit 27

( █████████████████████ )

REDACTED IN ITS ENTIRETY

# Exhibit 28

(██████████████████)

REDACTED IN ITS ENTIRETY

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 22, 2026, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Arm Ltd.*

2