IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br> a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br> a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br> a U.K. corporation,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties and non-party

Apple Inc. ("Apple"), through their undersigned counsel and subject to the approval of the Court,

that the deadline for Defendants and Apple to submit their requests to seal and redact the transcript

from the July 6, 2026 motions hearing (D.I. 828) shall be extended from July 29, 2026 to and

including July 31, 2026.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*
*Qualcomm Inc. and*
*Qualcomm Technologies, Inc.*

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Arm Holdings plc and Arm Ltd.*


FISH & RICHARDSON P.C.


/s/ Nitika Gupta Fiorella
Susan E. Morrison (#4690)
Nitika Gupta Fiorella (#5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com
ngupta@fr.com

*Attorneys for Non-Party Apple Inc.*


Dated: July 29, 2026




SO ORDERED this _____ day of July, 2026.




The Honorable Maryellen Noreika
United States District Judge



2