IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>  a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>  a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>  a U.K. corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |

## JOINT MOTION AND [PROPOSED] ORDER TO SUPPLEMENT SUMMARY JUDGMENT BRIEFING

WHEREAS, Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc. ("Qualcomm") moved for Partial Summary Judgment that Defendant Arm Holdings plc ("Arm Holdings") breached Section 8.1(B)(i) of the Qualcomm-Arm TLA (D.I. 442 at 13–21);

WHEREAS, Arm Holdings filed an Opposition to Qualcomm's Motion for Partial Summary Judgment that argued, in part, that Qualcomm's Motion for Partial Summary Judgment should be denied as premature under Federal Rule of Civil Procedure 56(d) based on then-pending third-party discovery disputes that prevented production of a 2024 spreadsheet and certain third-party agreements (D.I. 453 at 16, D.I. 454);

WHEREAS, following hearings before the Court on March 10 and 12, 2026 resolving third-party motions for protective orders, the 2024 spreadsheet and the third-party agreements that were the subject of Arm Holdings' Rule 56(d) argument were produced to Qualcomm;

WHEREAS, the parties have conferred and, in view of the production by Arm of the 2024 spreadsheet and third-party agreements, the parties agree that short, supplemental briefs to address the newly-produced 2024 spreadsheet and third-party agreements are warranted;

NOW, THEREFORE, the parties jointly and respectfully request the following leave, subject to the approval of the Court:

1.      For Arm Holdings to file a supplement to its Opposition to Qualcomm's Motion for Partial Summary Judgment, limited to two (2) double-spaced pages and addressing only the newly-produced 2024 spreadsheet and third-party agreements, by Friday, August 7, 2026.

2.      For Plaintiffs to file a supplement to their Reply Brief in Support of Qualcomm's Motion for Partial Summary Judgment (D.I. 489), limited to two (2) double-spaced pages responding to Arm Holdings' supplement and limited to addressing only the newly-produced 2024 spreadsheet and third-party agreements by Wednesday, August 12, 2026.

The parties agree that neither party will request or file any further briefing concerning Qualcomm's Motion for Partial Summary Judgment regarding breach of Section 8.1(B)(i) of the Qualcomm-Arm TLA (D.I. 442 at 13–21), unless requested by the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jennifer Ying* | */s/ Robert M. Vrana* |
| Jennifer Ying (#5550) | Anne Shea Gaza (No. 4093) |
| Travis Murray (#6882) | Robert M. Vrana (No. 5666) |
| 1201 North Market Street | Daniel G. Mackrides (No. 7230) |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE  19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE  19801 |
| jying@morrisnichols.com | (302) 571-6600 |
| tmurray@morrisnichols.com | agaza@ycst.com |
|  | rvrana@ycst.com |
| *Attorneys for Plaintiffs* | dmackrides@ycst.com |
| *Qualcomm Inc. and* | |
| *Qualcomm Technologies, Inc.* | *Attorneys for Defendants* |
|  | *Arm Holdings plc and Arm Ltd.* |
| August 6, 2026 | |

SO ORDERED this _____ day of August, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

3