# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation, and QUALCOMM
TECHNOLOGIES, INC.,
  a Delaware corporation,

        Plaintiffs,

        v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
  a U.K. corporation,

        Defendants.

**REDACTED - PUBLIC VERSION**
(Filed August 7, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)

██████████████

## DECLARATION OF ROBERT CALICO IN SUPPORT OF
## DEFENDANTS' MOTION TO SEAL AND REDACT

I, Robert Calico, submit this declaration in support of Arm Limited and Arm Holding plc's (collectively, "Arm") Motion to Seal and Redact the transcript of the motions hearing held on July 6, 2026, before the Honorable Maryellen Noreika, and declare as follows:

1.      I am over the age of 18 and am the Vice President & Deputy General Counsel on behalf of Arm Ltd. I have personal knowledge of the facts set forth herein, except where specifically stated. I could and would testify competently to those facts if called as a witness.

2.      I make this declaration in support of Arm's Motion to Seal and Redact the transcript of the motions hearing held on July 6, 2026, before the Honorable Maryellen Noreika, with Arm's proposed redactions highlighted in Exhibit A.

3.      Exhibit A is a copy of the July 6, 2026 motions hearing transcript which contains non-public and commercially sensitive information concerning Arm Ltd.'s confidential licensing agreements with Qualcomm, Apple, and other Arm Ltd. partners.

1

4.      Exhibit A contains confidential information concerning Arm Ltd.'s non-public Architecture License Agreements ("ALAs") with Qualcomm, Apple, and other Arm Ltd. partners, and Arm Ltd.'s confidential financial information. Arm Ltd. considers this information to be confidential, and the license agreements also include ███████████████████████████ ███████████████████████████████████████████████████████████ .

5.      The highlighted portions of Exhibit A at page 5, lines 14 and 15; and page 16, line 8 refer to Arm Ltd.'s use of Arm Ltd.'s ███████████████████████████████████ ███████████████████████████████████████████████████████ . The highlighted portions of Exhibit A at page 5, lines 14 and 15; and page 25, lines 17, 18, 19, 24, and 25 refer to Apple ███████████████████████ in Arm Ltd.'s ███████████████ ████████████████ . The highlighted portions of Exhibit A at page 57, lines 5, 6, 15, and 21; page 58, line 14; and page 59, line 13 refer to a comparison of royalties Qualcomm pays under its ALA to royalties Apple pays under its ALA. The highlighted portions of Exhibit A at page 50, lines 2, 14 and 15; page 51, lines 11, 13, and 19; page 53, lines 14 and 15; and page 59, lines 1 and 2 refer to information about Arm Ltd.'s 2023 ALA with Apple, including as reflected in a spreadsheet Arm Ltd. has clawed back as attorney work product and subject to attorney-client privilege. Disclosure of this confidential financial information would allow others to gain insight into the royalties that Arm Ltd. is paid under these agreements that they would otherwise not know. Disclosure of Arm Ltd.'s confidential financial information in the form of royalties that Qualcomm pays under its ALA and royalties paid to Arm Ltd. under Arm Ltd.'s ALAs with ████████ , ██████ , and Apple could also be used by others to put Arm Ltd. at a disadvantage in future licensing negotiations.

2

6.      The highlighted portions of Exhibit A at page 40, line 14 refer ███████████

██████████████████████████████████████████████████████

███████████████████████████████. The highlighted portions of Exhibit A at

page 73, lines 4 and 5 refer to a ████████████████ included in Arm Ltd.'s ALA with

Qualcomm. Disclosure of this confidential financial information would allow others to gain insight

into the terms of Arm Ltd.'s ALA with Qualcomm, and Arm Ltd.'s ALA negotiations with

Qualcomm, that they would otherwise not know. Disclosure of Arm Ltd.'s confidential financial

information in these terms under Arm Ltd.'s ALA and ALA negotiations with Qualcomm could

also be used by others to put Arm Ltd. at a disadvantage in future licensing negotiations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Danville, CA_ on July 31, 2026.

_____

Robert Calico

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

## BY EMAIL

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc
and Arm Ltd.*

2