# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED and
QUALCOMM TECHNOLOGIES, INC.,

      Plaintiffs,

v.

ARM HOLDINGS PLC., f/k/a ARM LTD.,

      Defendant.

C.A. No. 24-cv-00490-MN

**REDACTED PUBLIC VERISON**

**[PROPOSED] ORDER GRANTING NON-PARTY APPLE INC.'S MOTION TO SEAL AND REDACT PORTIONS OF THE JULY 6, 2026 HEARING TRANSCRIPT**

The Court, having considered Non-Party Apple Inc.'s Motion to Seal and Redact Portions of the July 6, 2026 Hearing Transcript (the "Motion") and any opposition related thereto, finds the Motion should be GRANTED.

IT IS HEREBY ORDERED this _____ day of August, 2026 that the Motion is GRANTED.

_____
The Honorable Maryellen Noreika
UNITED STATES DISTRICT JUDGE