## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
  a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
  a Delaware corporation,

          Plaintiffs,

     v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
  a U.K. corporation,

          Defendant.

**REDACTED - PUBLIC VERSION**
(Filed August 13, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)

▮▮▮▮▮▮▮▮▮▮▮

## ARM HOLDINGS PLC AND ARM LTD'S SUPPLEMENTAL BRIEF IN OPPOSITION <u>TO QUALCOMM'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Dated: August 7, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay J. Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc
and Arm Ltd.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

Arm, not Qualcomm, should be granted judgment on Qualcomm's TLA breach claim because ██████ applied only to its ████████████ for Hunter, Hayes, and Yamin ("HHY"), and not its renewal request in 2024. D.I. 438 at 13–14. But even if ██████ applied (it does not), ████████████████████████████████████████ Arm acted in good faith when it ████████████ ██████████—correctly—that ██████████████████████ before making its renewal offer to Qualcomm. Qualcomm's factual disputes with ██████████████████████ ████████████████████████████ ██ ██████████████████—confirm that the jury should decide the parties' TLA breach dispute if the Court does not grant Arm's motion.

████████████████████████████████████████

██████████████████████████████ (Ex. 7). ████████████████████

████████████████████████████████████████

████████████████████████████████ Ex. 2 at 18:25–20:17, 37:22– 39:8, 60:3–61:6; Ex. 3 at 36:9–37:17, 44:17–45:5; Ex. 4 at 89:12–90:6; Ex. 5 ¶¶ 5, 28–40. ██

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████ ██████

████████████████████████████████. Ex. 1; Ex. 2 at 42:16– 44:7; Ex. 3 at 36:14–23, 37:1–15. ████████████████████

██████████ ██████████████████████

████████████████ Ex. 1; Ex. 2 at 40:17–41:24; Ex. 5 ¶¶ 81–82. ██████

████████████████████████████████████████

---

[1] "Arm" refers to Arm Ltd. unless otherwise stated. Arm produced ██████████████ █ This brief focuses on the ████████████████████, which is the ██████ ████████████████████████ to Qualcomm. Ex. 1 (ARMQC_02798814).

1

that

██████████████████████. Ex. 3 at 35:3–37:20; Ex. 4 at 83:3–15; Ex. 6 at 61:25–62:24.

Qualcomm does not dispute that ████████████████████████ for Hunter and Hayes, but erroneously argues that ████████████████████ was not only incorrect, but in bad faith. D.I. 442 at 3, 19–21. This dispute is for the jury, should Qualcomm's TLA breach claim survive summary judgment. ████████████████████████

████████████████████████████████████████████

████████████████████████████—and ████████████████████

████████████████████. ████████████████████████████

████████████████████████████████████████

████████████ Arm's investigation confirmed ████████████████████

████████████████████████ D.I. 456 Ex. 14 at -851; D.I. 455 ¶¶ 8–12.

Qualcomm argues that Arm acted in bad faith by not ████████████████████

████████████████████████████ and complains that Arm did not sufficiently document its analysis, ████████████████████ ████████████████████

████████████████████████████████████████

████████████████ Ex. 1; Ex. 5 ¶¶ 32, 66; Ex. 2 at 45:19–53:9. Qualcomm's erroneous arguments that Arm should have ████████████████████████████████

████████████████████████ and that Arm acted in bad faith when it did so, are at best factual disputes for the jury. *See S. Africa Enter. Dev. Fund v. Ironshore Specialty Ins. Co.*, 2024 WL 4145024, at \*5 (D. Del. Sep. 11, 2024); *Travelers Prop. Cas. Co. of Am. v. TSC Acquisition Corp.*, 2020 WL 6193308, at \*10 (C.D. Cal. May 19, 2020); *Sepulveda v. Wal-Mart Stores, Inc.*, 2012 WL 13164145, at \*8 (C.D. Cal. Nov. 27, 2012).

2

Dated: August 7, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay J. Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


 /s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc
and Arm Ltd.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2026, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

2

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc
and Arm Ltd.*

2