## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,
   a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
   a Delaware corporation,

          Plaintiffs,

      v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
   a U.K. corporation,

          Defendant.

**REDACTED - PUBLIC VERSION**
(Filed August 13, 2026)

C.A. No. 24-490-MN
(CONSOLIDATED)

## DECLARATION OF PETER EVANGELATOS IN SUPPORT OF ARM HOLDINGS PLC AND ARM LTD'S SUPPLEMENTAL BRIEF IN OPPOSITION TO QUALCOMM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Peter Evangelatos, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Arm Holdings plc and Arm Ltd. in the above referenced action. I submit this declaration in support of Arm's Supplemental Brief in Opposition to Qualcomm's Motion for Partial Summary Judgment.

1.      Attached as **Exhibit 1** is a true and correct copy of the ████████████████, bearing Bates stamp ARMQC_02798814. ██████████████████

2.      Attached as **Exhibit 2** is a true and correct excerpted copy of the April 24, 2026 deposition transcript of Ehab Youssef. ████████████████

3.      Attached as **Exhibit 3** is a true and correct excerpted copy of the July 10, 2025 deposition transcript of Akshay Bhatnagar. ████████████████

4.      Attached as **Exhibit 4** is a true and correct excerpted copy of the June 20, 2025 deposition transcript of Karthik Shivashankar. ████████████████

1

5.      Attached as **Exhibit 5** is a true and correct excerpted copy of the June 5, 2026 Supplemental Expert Report of Thomas W. Britven. ███████████████████

6.      Attached as **Exhibit 6** is a true and correct excerpted copy of the June 26, 2025 deposition transcript of Ehab Youssef. ██████████████

7.      Attached as **Exhibit 7** is a true and correct copy of the ████████████████ ████████, bearing Bates stamp QCVARM_0617829. ████████████████

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of August 2026 at New York, NY.

*/s/ Peter Evangelatos*
Peter Evangelatos

# Exhibit 1

( ██████████████████ )

# Exhibit 2

( ██████████████ )

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------x

QUALCOMM INCORPORATED, a Delaware

Corporation, QUALCOMM TECHNOLOGIES,

INC., a Delaware corporation,

          Plaintiffs,

     - against -   C.A. No. 24-490-MN

ARM HOLDINGS PLC, f/k/a ARM LTD.,

a U.K. corporation

          Defendant.

------------------------------------x

     Videotaped 30(b)(6) deposition of

EHAB YOUSSEF, taken on Apri 24, 2026,

commencing at 10:10 a.m., at the

offices of Paul Weiss Rifkind Wharton &

Garrison, LLP, 1285 Avenue of the

Americas, New York, New York 10019,

before Maureen Ratto, a Registered

Professional Reporter, a Certified

Court Reporter and a Notary Public.

**Page 2**

A P P E A R A N C E S:

On Behalf of Plaintiffs:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019
BY:  CATHERINE NYARADY, ESQ.
   Cnyarady@paulweiss.com
   ADAM L. BASNER, ESQ.
   Abasner@paulweiss.com
   JACOB BRALY, ESQ.
   jbraly@paulweiss.com

On Behalf of Defendant:

KIRKLAND & ELLIS, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
BY:  JASON M. WILCOX, ESQ.
   jason.wilcox@kirkland.com
   PETER EVANGELATOS, ESQ.
   Peter.evangelatos@kirkland.com

ALSO PRESENT:
ROBERT CALICO, ESQ., ARM
CHRISTOPHER MANCINI, Legal Videographer

**Page 3**

VIDEOGRAPHER:  Good morning. We are going on the record at 10:10 a.m. on the 24th of April, 2026.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of ARM Holdings PLC 30(b)(6) witness by Ehab Youssef taken by counsel for Plaintiff in the matter of Qualcomm Incorporated against ARM Holdings PLC, filed in the United States District Court, for the District of Delaware, Case No. 24-490-MN.

The location of this deposition is Paul Weiss, 1285 Avenue of the Americas, New York, New York 10019.

My name is Christopher Mancini

**Page 4**

representing Veritext and I'm the videographer. The court reporter is Maureen Ratto from the firm Veritext.

I'm not authorized to administer an oath, I'm not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to the proceeding, please state them at the time of your appearance.

Counsel and all present will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MS. NYARADY:  Catherine Nyarady from Paul Weiss representing the Qualcomm plaintiffs and I'm joined today by my colleagues Adam Basner and Jacob Braly.

MR. WILCOX:  Jason Wilcox from Kirkland & Ellis on behalf of the

**Page 5**

YOUSSEF - ▓▓▓▓▓ ARM defendants and I'm joined today by Peter Evangelatos from Kirkland & Ellis and Rob Calico from ARM. And I'm also here on behalf of the witness.

VIDEOGRAPHER:  Will the court reporter please swear in the witness and then counsel may proceed.

   * * *

E H A B  Y O U S S E F, having been first duly sworn according to law by the Officer, testifies as follows:

DIRECT EXAMINATION BY MS. NYARADY:

Q.   Good morning. Can you state your name and spell it on the record, please?

A.   Sure. Ehab Youssef, spelled E-h-a-b, Y-o-u-s-s-e-f.

Q.   And you've been deposed previously, correct?

A.   Yes, I have.

Q.   Including in this case?

A.   Yes.

2 (Pages 2 - 5)



6 (Pages 18 - 21)



Page 34

MR. WILCOX:  Objection, form.

Q.  Okay. And that specifically was not communicated to Qualcomm, correct?

MR. WILCOX:  Objection, form.

A.  That's not correct. That was specifically communicated to Qualcomm.

Q.  When was that communicated to Qualcomm?

A.  To the best of my

Page 35

YOUSSEF - recollection, that was communicated to Qualcomm in writing in a letter and I don't recall the exact date of that letter.

Q.  That would have been after Qualcomm sent its breach notice, correct?

A.  I don't recall. If you put the document in front of me I could tell you for sure.

Q.  Can you tell me what document you're talking about so then I can pull it? What communication do you have in mind?

A.  I know there is a letter from our Chief Legal Officer, Spencer Collins, that

Page 36

Is your computer open there?

A.  I'll get it open here.

MR. EVANGELATOS:  Just for the record, which Bates number is this?

MS. NYARADY:  We'll get to all this.

Page 37

YOUSSEF -

10 (Pages 34 - 37)



Page 38

Q.    Was he the custodian of this document, do you know?

MR. WILCOX:  Objection, form.

A.    I'm going to ask you to clarify what "custodian" means?

Q.    Who would have controlled this document? Is it on someone's local computer?  Is it on a shared survey? Do you know where it came from?

Page 40

Page 39

Page 41

11 (Pages 38 - 41)



12 (Pages 42 - 45)

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400



13 (Pages 46 - 49)



14 (Pages 50 - 53)

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400



16 (Pages 58 - 61)

██████████████████
████████████████████

|  | Page 82 |
|---|---|
| | |

I N D E X

WITNESS:  EHAB YOUSSEF          5

DIRECT EXAMINATION BY          5

MS. NYARADY

E X H I B I T S

Exhibit QCX 500, Plaintiffs'    7

Notice of Rule 30(B)(6)

Deposition

Exhibit QCX 501, ██████   ██

████████████

ARMQC_02798814

Page 83

QUALCOMM INCORPORATED vs. ARM HOLDINGS PLC.

4/24/2026 - EHAB YOUSSEF

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

EHAB YOUSSEF          Date

Page 84

QUALCOMM INCORPORATED vs. ARM HOLDINGS PLC.

4/24/2026 - EHAB YOUSSEF

ACKNOWLEDGEMENT OF DEPONENT

I, EHAB YOUSSEF, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____

EHAB YOUSSEF          Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

22 (Pages 82 - 84)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

# Exhibit 3

(█████████████████)

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,        §
A DELAWARE CORPORATION,       §
QUALCOMM TECHNOLOGIES,        §   C.A. NO. 24-490-MN
INC., A DELAWARE              §
CORPORATION,                  §
                             §
    PLAINTIFFS,               §
                             §
- AGAINST -                   §
                             §
ARM HOLDINGS PLC.,            §
F/K/A ARM LTD., A U.K.        §
CORPORATION,                  §
                             §
    DEFENDANT.                §

ORAL AND VIDEOTAPED DEPOSITION OF AKSHAY BHATNAGAR
JULY 10, 2025

     ORAL AND VIDEOTAPED DEPOSITION OF AKSHAY
BHATNAGAR, produced as a witness at the instance of
the Plaintiffs and duly sworn, was taken in the
above styled and numbered cause on Thursday,
July 10, 2025, from 9:22 a.m. to 12:39 p.m., before
TAMARA CHAPMAN, CSR, RPR-CRR in and for the State of
Texas, reported by computerized stenotype machine,
at the offices of Kirkland & Ellis, LLP, 401
Congress Avenue, Austin, Texas, pursuant to the
Federal Rules of Civil Procedure and any provisions
stated on the record herein.

Job No. NY 7464214



**Page 2**

APPEARANCES

FOR THE PLAINTIFFS:
S. Conrad Scott
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 6th Avenue
New York, New York 10019
212-373-3000
scscott@paulweiss.com

FOR THE DEFENDANT:
Peter Evangelatos
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, New York 10022
212-909-3291
peter.evangelatos@kirkland.com

ALSO PRESENT:
Peter Zierlein, Videographer
Noah Frank, in-house counsel, Arm

**Page 3**

INDEX

PAGE

APPEARANCES ............................ 2
AKSHAY BHATNAGAR
EXAMINATION
   BY MR. SCOTT ............................ 5
   BY MR. EVANGELATOS ...................... 101

CORRECTION PAGE ............................ 106
SIGNATURE PAGE ............................ 107
REPORTER'S CERTIFICATION .................. 108

EXHIBITS

NO.        DESCRIPTION        PAGE
Exhibit    Akshay Bhatnagar LinkedIn
QCX 203    profile
           (No Bates - 2 pages)        8
Exhibit    Arm Price Book - April to
QCX 204    June 2024
           (ARMQC_02783731 -
           ARMQC_02783847)        16
Exhibit    Arm Price Book - July to
QCX 205    September 2024
           (ARMQC_02783848 -
           ARMQC_02783966)        18
Exhibit    Arm Price Book - October to
QCX 206    December 2024
           (ARMQC_02783619 -
           ARMQC_02783730)        19
Exhibit    Arm Price Book - January to
QCX 207    March 2024
           (ARMQC_02783731 -
           ARMQC_02783845)        20

**Page 4**

EXHIBITS (continued)

NO.        DESCRIPTION        PAGE
Exhibit    Email chain originating
QCX 208    05/24/2024 from Will Abbey

PREVIOUSLY MARKED EXHIBITS

NO.                PAGE
Exhibit 2          25
Exhibit 8          53

**Page 5**

THE VIDEOGRAPHER:  Here begins the deposition of Akshay Bhatnagar.  Today's date is July 10th, 2025, and the time is 9:22 a.m.

Will counsel please identify themselves for the record, after which the court reporter will swear in the witness.

MR. SCOTT:  Conrad Scott, Paul Weiss, for the plaintiffs.

MR. EVANGELATOS:  Good morning, everyone.  Peter Evangelatos from Kirkland & Ellis on behalf of Arm.  Oh, and Noah Frank on behalf of Arm as well.

AKSHAY BHATNAGAR, having been first duly sworn, testified as follows:

EXAMINATION

BY MR. SCOTT:

Q.   Good morning, Mr. Bhatnagar.  Could I ask you to please state your name for the record.

A.   Akshay Bhatnagar.

Q.   And what's your address?

A.   ████████████████████████████.

Q.   Thank you.  Have you been deposed before?

A.   No.

Q.   So I'm going to go over a few ground rules.  If there's anything I say that you don't

2 (Pages 2 - 5)

██████████████████████████████████

Page 6

understand, please let me know and feel free to ask me for clarification.

Q.   You understand that the testimony you're giving today is under oath?

A.   Yes.

Q.   So you've sworn to tell -- to give full and truthful testimony in response to my questions?

A.   Yes.

Q.   Any reason at all you can't do that today?

A.   No.

Q.   So because the court reporter is transcribing what's happening today, I'll need a verbal answer to my questions.  So just "yes" or "no," for example, instead of "uh-huh" or "huh-uh."

A.   Sure.

Q.   Do you understand that?

A.   Sure.

Q.   Great.  If I ask you a question, your attorney may object.  I'll still need you to answer the question, unless he tells you not to answer.

Do you understand that?

A.   Okay.

Q.   Did you meet with anyone to prepare for this deposition?

Page 7

A.   Yes.

Q.   Who did you meet with?

A.   The counsel.

Q.   The counsel present here?

A.   Yes.

Q.   Anyone else?

A.   No.

Q.   And any meetings with non-attorneys?

A.   No.

Q.   For how long did you meet with counsel?

A.   About eight hours.

Q.   Was that all in one day?

A.   Yes.

Q.   Did you review any documents when you met with counsel?

MR. EVANGELATOS:  Objection.  I'm going to caution you not to reveal the contents of any -- anything that we discussed or anything that you discussed with attorneys.

A.   Yes.

Q.   Did any of those documents refresh your recollection?

MR. EVANGELATOS:  Again --

A.   No.

MR. EVANGELATOS:  -- same caution.

Page 8

A.   No.

Q.   Okay.

(Exhibit QCX 203 was marked.)

Q.   I'm handing you a copy of your LinkedIn, which we PDFed a few days ago, and which we've marked as QCX 203.

MR. EVANGELATOS:  Can you just give me a copy?

MR. SCOTT:  Oh, I'm sorry.

MR. EVANGELATOS:  Thank you.

MR. SCOTT:  Of course.

Q.   Does this look complete and accurate to you?

A.   (Pause.)

Yes.

Q.   So it says you're a senior manager, North America licensing client line of business at Arm.

Is that right?

A.   So there's a slight change of that.  The client line of business, that was part of it when I started, but not at the moment.

Q.   So let me rephrase the question, then.  What's your current job title?

A.   It's senior manager, North America licensing.

Page 9

Q.   No client line of business?

A.   Yes.

Q.   Got it.  What do you do as senior manager in North America licensing?

MR. EVANGELATOS:  Objection; form.

A.   Can you restate that?

Q.   What do you -- what do you do in your job as senior manager North American licensing?

MR. EVANGELATOS:  Same objection.

A.   So you want me to describe my role?

Q.   I do.



3 (Pages 6 - 9)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



10 (Pages 34 - 37)



12 (Pages 42 - 45)

**Page 106**

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

_____
THOMAS BROWN

SUBSCRIBED AND SWORN before and to me this ____ day of _____, 20___.

_____
NOTARY PUBLIC

My Commission expires:

**Page 108**

_____.
I further certify that pursuant to FRCP No. 30(f)(i) that the signature of the deponent:
was requested by the deponent or a party before the completion of the deposition and that the signature is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;
X was not requested by the deponent or a party before the completion of the deposition.
I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.
Certified to by me this 11th day of July, 2025.

Tamara Chapman, CSR, RPR-CRR
CSR NO. 7248; Expiration Date: 12-31-25
Veritext Legal Solutions
Firm Registration No. 571

**Page 107**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, §
A DELAWARE CORPORATION, §
QUALCOMM TECHNOLOGIES, § C.A. NO. 24-490-MN
INC., A DELAWARE §
CORPORATION, §
§
PLAINTIFFS, §
§
- AGAINST - §
§
ARM HOLDINGS PLC., §
F/K/A ARM LTD., A U.K. §
CORPORATION, §
§
DEFENDANT. §

REPORTER'S CERTIFICATION
DEPOSITION OF AKSHAY BHATNAGAR
TAKEN JULY 10, 2025

I, TAMARA CHAPMAN, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:
That the witness, AKSHAY BHATNAGAR, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;
That the original deposition was delivered to S. CONRAD SCOTT;
That a copy of this certificate was served on all parties and/or the witness shown herein on

**Page 109**

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Qualcomm Inc. v. Arm Holdings PLC
DATE OF DEPOSITION: 7/10/2025
WITNESSES' NAME: Akshay Bhatnagar

| PAGE | LINE (S) | CHANGE | REASON |
|------|----------|--------|--------|
| | | | |

_____
Akshay Bhatnagar
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.

(NOTARY PUBLIC)          MY COMMISSION EXPIRES:

28 (Pages 106 - 109)

# Exhibit 4

( ███████████████████ )

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, a
Delaware corporation,
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

    Plaintiffs,

       vs.              C.A. No. 24-490 (MN)

ARM HOLDINGS PLC., f/k/a
ARM LTD., a U.K.
corporation,

    Defendant.

_____

**\*\*▮▮▮▮▮▮▮▮\*\***

VIDEO DEPOSITION OF ARM HOLDINGS PLC's 30(b)(6) and
30(b)(1) REPRESENTATIVE - KARTHIK SHIVASHANKAR

Palo Alto, California

Friday, June 20, 2025

Volume 1

STENOGRAPHICALLY REPORTED BY:

REBECCA L. ROMANO, RPR, CSR, CCR

California CSR No. 12546

Nevada CCR No. 827

Oregon CSR No. 20-0466

Washington CCR No. 3491

JOB NO. 7428915

PAGES 1 - 189

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, a
Delaware corporation,
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

    Plaintiffs,

      vs.      C.A. No. 24-490-MN

ARM HOLDINGS PLC., f/k/a
ARM LTD., a U.K.
corporation,

    Defendant.
_____

    DEPOSITION OF KARTHIK SHIVASHANKAR, taken on behalf of the Plaintiffs, at Morrison & Foerster, 755 Page Mill Road, Palo Alto, California, commencing at 9: a.m., Friday, June 20, 2025 before REBECCA L. ROMANO, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter.

Page 3

APPEARANCES OF COUNSEL

For the Plaintiffs:
    DUNN ISAACSON RHEE LLP
    BY:  MELISSA F. ZAPPALA
    Attorney at Law
    901 Ninth Street NW
    Washington, DC 20004
    (202) 223-7308
    mzappala@dirllp.com
and
    PAUL WEISS RIFKIND WHARTON & GARRISON LLP
    BY:  ERIC C. WESTERHOLD
    Attorney at Law
    2001 K Street, NW
    Washington, DC 20006
    (202) 223-7300
    ewestergold@paulweiss.com

/////

Page 4

APPEARANCES OF COUNSEL(cont'd)

For the Defendant:
    MORRISON & FOERSTER LLP
    BY:  BRIAN KRAMER
    Attorney at Law
    12531 High Bluff Drive
    Suite 200
    San Diego, California 92130-2040
    (858) 720-5100
    bmkramer@mofo.com
and
    BY:  ALEXIS JULIEN
    Attorney at Law
    425 Market Street
    San Francisco, California 94105-2482
    (415) 268-7000
    ajulien@mofo.com

/////

Page 5

APPEARANCES OF COUNSEL(cont'd)

For the Defendant:
    MORRISON & FOERSTER LLP
    BY:  NICHOLAS RYLAN FUNG(via Web conference)
    Attorney at Law
    707 Wilshire Boulevard
    Los Angeles, California 90017-3543
    (213) 892-5200
    nfung@mofo.com

ALSO PRESENT:
    Marcus Majers, Videographer
    Toni Qiu, Director of IP Litigation at Arm(via Web conference)

/////

2 (Pages 2 - 5)



3 (Pages 6 - 9)

Page 10

E X H I B I T S(cont'd)

NUMBER                                    PAGE

DESCRIPTION

Exhibit 26    ████████████████ ██

██    ██████████████

██    ███████████

██    █████████████████

██    █████████

Exhibit 27    Article - Arm Ltd - Arm to    175
launch its own chip in move
that could upend semiconductor
industry.

/////

Page 11

Palo Alto, California; Friday, June 20, 2025
9:09 a.m.
---o0o---

THE VIDEOGRAPHER:  Good morning.
We are now on the record.  The time is 9:09 a.m.  Today's date is June 20th, 2025.
This marks the beginning of Media File No. 1 in the deposition of Karthik Shivashankar in the matter of Qualcomm Incorporated, et al., v. Arm Holdings PLC., f/k/a Arm Ltd., in the United States District Court for the District of Delaware, Case No. 24-490-MN.
We are located at Morrison & Foerster, 755 Page Mill Road, Palo Alto, California.
My name is Marcus Majers, the videographer, with Veritext Legal Solutions.
Will all counsel please introduce themselves, starting with the noticing attorney.
MS. ZAPPALA:  I am Melissa Zappala of Dunn Isaacson Rhee, on behalf of Qualcomm Incorporated and Qualcomm Technology.
And with me is my colleague, Eric Westerhold, from Paul Weiss.
MR. KRAMER:  I'm Brian Kramer of

Page 12

Morrison & Foerster LLP.  I'm representing the defendant Arm Holdings PLC.
And with me today is my colleague Alexis Julien.
And on the Zoom today, we have Nick Fung, also of Morrison & Foerster, and Toni Qui from Arms's in-house legal department.
THE VIDEOGRAPHER:  Thank you.
Will the court reporter please introduce herself and swear in the witness.
THE COURT REPORTER:  My name is Rebecca Romano.  I am a California-licensed Stenographic Court Reporter, No. 12546.  I will be producing a transcript that is automatically admissible in court.
If you could raise your right hand for me, please.
THE DEPONENT:  (Complies.)
THE COURT REPORTER:  You do solemnly state, under penalty of perjury, that the testimony you are about to give in this deposition shall be the truth, the whole truth and nothing but the truth?
THE DEPONENT:  I do.
/////

Page 13

KARTHIK SHIVASHANKAR, having been administered an oath, was examined and testified as follows:
EXAMINATION
BY MS. ZAPPALA:
Q.  Good morning.
A.  Good morning.
Q.  Could you state your full name for the record.
A.  Surname is Shivashankar.
Q.  I'm Melissa Zappala.  I'll be taking your deposition today.
I have a hearing loss, which means I have what some people refer to as a deaf accent, which can make my speech difficult to understand at times.  So if at any point you don't understand me, please just ask me to repeat myself, if that's okay.
A.  Okay.
Q.  Okay.  I know you've been deposed before, and I assume your attorney has gone over some ground rules.  But just to make sure we're on the same page, I'd like to go over a couple of ground rules.
First, if you could give audible answers

4 (Pages 10 - 13)



Page 82

learn about the request -- excuse me -- from Qualcomm for the IP reflected in Exhibit 13?

A. I do not recall the exact date, yeah.

Q. This is dated ▮▮▮▮▮▮▮▮ .

Do you recall if it was weeks in advance, months in advance; what is the general timeline?

A. I do not recall the exact date, I mean, yeah.

Yeah, I do not recall the exact date.

Q. Okay. Can you tell me everything you remember about the process of developing the license fees reflected in Exhibit 13.

MR. KRAMER: Objection to form.

22 (Pages 82 - 85)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400



Page 86

23 (Pages 86 - 89)



Page 90

24 (Pages 90 - 93)

Veritext Legal Solutions

212-267-6868          www.veritext.com          516-608-2400

**Page 186**

I, KARTHIK SHIVASHANKAR, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear notes; that my testimony as contained herein, as corrected, is true and correct.

Executed this _____ day of _____, 2025, at _____,_____.

_____
KARTHIK SHIVASHANKAR

**Page 187**

I, Rebecca L. Romano, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: June 23rd, 2025

_Rebecca S. Romano_
Rebecca L. Romano, RPR, CCR
CSR. No 12546

**Page 188**

DEPOSITION ERRATA SHEET

Case Name: Qualcomm Inc. vs. Arm Holdings PLC
Name of Deponent: Karthik Shivashankar
Date of Deposition: June 20, 2025
Job No.: 7428915
Reason Codes: 1. To clarify the record.
2. To conform to the facts.
3. To correct transcript errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

**Page 189**

DEPOSITION ERRATA SHEET

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____ Subject to the above changes, I certify that the transcript is true and correct
_____ No changes have been made. I certify that the transcript is true and correct.

_____
KARTHIK SHIVASHANKAR

48 (Pages 186 - 189)

# Exhibit 5

(██████████████████)

# Exhibit 6

( █████████████████████ )

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------x
QUALCOMM INCORPORATED, a Delaware
corporation, QUALCOMM TECHNOLOGIES,
INC., a Delaware corporation,
                    Plaintiffs,
     -against-        C.A. No. 24-49-MN
ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

                    Defendant.

------------------------------------x



        REMOTE VIDEOTAPED DEPOSITION OF
              EHAB YOUSSEF
          Palo Alto, California
            June 26, 2025



    Reported By:

    ERIC J. FINZ

Page 2

June 26, 2025
12:39 p.m. Eastern
9:39 a.m. Pacific
Remote Videotaped Deposition of EHAB YOUSSEF, taken by Plaintiffs, pursuant to Notice, before ERIC J. FINZ, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 3

A P P E A R A N C E S: (All Via Remote)

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
Attorneys for Plaintiffs
1285 Avenue of the Americas
New York, New York 10019

BY:  ANISH DESAI, ESQ.
adesai@paulweiss.com

MORRISON & FOERSTER LLP
Attorneys for Defendant
755 Page Mill Road
Palo Alto, California 94304

BY:  CATHARINA McWILLIAMS, ESQ.
cmcwilliams@mofo.com

KIRKLAND & ELLIS LLP
Attorneys for Defendant
333 W Wolf Point Plaza
Chicago, Illinois 60654

BY:  JAY EMERICK, ESQ.
jay.emerick@kirkland.com
AUSTIN PENNINGTON, ESQ.
austin.pennington@kirkland.com

ALSO PRESENT:
ROBERT CALICO
STEPHANIE L. CHIN, ESQ.
schin@paulweiss.com

MJ ZIMDAHL, Videographer

Page 4

EHAB YOUSSEF - █████████████

THE VIDEOGRAPHER:  Good morning -- good afternoon, depending where you are.  We are going on the record today at 9:39 a.m. Pacific time on June 26, 2025.

Please note that this deposition is being conducted virtually.  Quality of the recording depends on the quality of the camera and the internet connection of participants.  What is seen from the witness and heard on the screen is what will be recorded.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the video recorded deposition of Ehab Youssef, taken in the matter of Qualcomm, Inc. versus Arm Holdings PLC.  This deposition is being conducted remotely using virtual technology.

My name is MJ Zimdahl

Page 5

EHAB YOUSSEF - █████████████

representing Veritext and I'm the videographer.  The court reporter is Eric Finz also from Veritext.  I am not authorized to administer an oath, I am not related to any party in this action nor am I financially interested in the outcome.

If there are any objections to proceedings, please state them at the time of your appearance.  Counsel and all present, including remotely, will now state their appearance and affiliations for the record, beginning with the noticing attorney.

MR. DESAI:  Anish Desai here on behalf of Qualcomm from Paul Weiss.  With me for this deposition is Stephanie Chin also from Paul Weiss.

MR. EMERICK:  Jay Emerick from Kirkland & Ellis on behalf of Arm.  With me is Austin Pennington from Kirkland, who is in the room and

2 (Pages 2 - 5)



Page 6

EHAB YOUSSEF - ███████
off camera, as well as Rob Calico, who is in the room and off camera. Rob Calico from Arm.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness and counsel may proceed.

MR. DESAI:  There is some other people on the Zoom that probably should introduce themselves.

MR. EMERICK:  I believe we have Cat McWilliams from Morrison & Foerster who is for Arm.

EHAB YOUSSEF, having been first duly sworn by the Notary Public (Eric J. Finz), was examined and testified as follows:

EXAMINATION BY

MR. DESAI:

Q.   Good morning, Mr. Youssef. Could you state your full name for the record?

A.   Yes, good morning.  I'm Ehab Youssef.

Page 7

EHAB YOUSSEF - ███████

Q.   And are you currently employed at Arm?

A.   Yes.

Q.   Have you ever been deposed before?

A.   Yes.

Q.   How many times?

A.   I recall just once.

Q.   Just a few ground rules or tips.  If you don't understand a question, just please ask me to clarify and I'll do my best to ask a better question.  And if your attorney objects to questions, which will likely happen, you should still answer the question unless you're instructed not to answer.

Do you understand that?

A.   Yes.

Q.   If you need to take a break, just let me know.  I'm planning to take a break each hour.  But otherwise if you'd like to take an earlier break, you let me know.

What did you do to prepare for

Page 8

EHAB YOUSSEF - ███████
this deposition?

A.   I reviewed a variety of documents and I have --

MR. EMERICK:  I'll caution the witness, he can testify with respect to things you did for your 30(b)(6) topics on which you're designated that involve document review.  With respect to your deposition in your personal capacity, you should not discuss the contents of any attorney-client communication or which documents, if any, you looked at.

You can go ahead.

A.   So I reviewed a variety of documents.  And I also had a Zoom call yesterday afternoon.

Q.   Okay.  Sticking with the preparation for the 30(b)(6), what documents did you review?

3 (Pages 6 - 9)



Page 58

16 (Pages 58 - 61)

Veritext Legal Solutions

212-267-6868                        www.veritext.com                        516-608-2400



Page 62

17 (Pages 62 - 65)



EHAB YOUSSEF -

CERTIFICATE

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, ERIC J. FINZ, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That EHAB YOUSSEF, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of July, 2025.

ERIC J. FINZ

28 (Pages 106 - 109)

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

# Exhibit 7

( █████████████████ )



# Qualcomm Global Trading Pte. Ltd.

## Qualcomm IP Extension Offer

**Date of Offer:**

24 October 2024

*Confidential* Copyright © 2024, Arm Limited, All rights reserved.

SUBJECT TO CONTRACT



*Confidential* Copyright © 2024, Arm Limited, All rights reserved.

CONFIDENTIAL

SUBJECT TO CONTRACT

**Agreed and Accepted by Qualcomm Global Trading Pte. Ltd.**

**Qualcomm Global Trading Pte. Ltd.**

SIGNED:

NAME:

TITLE:

DATE:

*Confidential* Copyright © 2024, Arm Limited, All rights reserved.

CONFIDENTIAL                                                                                          QCVARM_0617831

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2026, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
richard.zembek@nortonrosefulbright.com

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweiss.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com

grp-qcvarm@paulweiss.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607
john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*