IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | C.A. No. 24-490 (MN) |
| v. | ) | (CONSOLIDATED) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | |
| Defendant. | ) | |

**DECLARATION OF JENNIFER YING IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO APPLE'S MOTION TO SEAL AND REDACT PORTIONS OF THE JULY 6, 2026 HEARING TRANSCRIPT (D.I. 897)**

I, Jennifer Ying, state as follows:

1. I am an attorney at MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel for Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") in the above-captioned matter. I am duly licensed to practice in the State of Delaware. I make this declaration based on my personal knowledge, except where otherwise stated, and if compelled to testify, I could and would competently testify to the matters herein.

2. Attached as **Exhibit 1** is a true and correct copy of an email dated August 3, 2026 from H. Cannom.

3. Attached as **Exhibit 2** is a true and correct copy of the March 25, 2019 Oral Order at docket item 805 in the case styled *Integra LifeSciences Corp. et al v. HyperBranch Medical Technology, Inc.*, C.A. No. 15-819 (D. Del.).

4. Attached as **Exhibit 3** is a true and correct copy of an email dated August 10, 2026 from R. Vrana.

5. Attached as **Exhibit 4** is a true and correct copy of the January 24, 2029 Oral Order at docket item 165 in the case styled *Godo Kaisha IP Bridge 1 v. OmniVision Technologies, Inc.*, C.A. No. 16-290 (D. Del.).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed this 18th day of August, 2026 in Wilmington, Delaware.

*/s/ Jennifer Ying*
Jennifer Ying (#5550)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 18, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire — *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

Scott F. Llewellyn, Esquire — *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
*Attorneys for Defendants*

Sydney D. Gaskins, Esquire — *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
*Attorneys for Defendants*

Alexandra Corrinne Hottenrott, Esquire — *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Defendants*

Daralyn J. Durie, Esquire — *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendants*

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*VIA ELECTRONIC MAIL*

Susan E. Morrison, Esquire
Nitika Gupta Fiorella, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Attorneys for Non-Party Apple Inc.*

*VIA ELECTRONIC MAIL*

Hannah Cannom, Esquire
Bethany Stevens, Esquire
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
*Attorneys for Non-Party Apple Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)