# EXHIBIT 1

**From:** Hannah Cannom
**To:** Barnett, Mary; Butler, Megan McGlynn; Catherine Nyarady
**Cc:** Ying, Jennifer; *RVrana@ycst.com; Adam L Basner; emorgan@dirllp.com; GRP-QCvARM; Jacob Apkon; Jacob Braly; jhartley@dirllp.com; kdunn@dirllp.com; mzappala@dirllp.com; S. Conrad Scott; Murray, Travis; wisaacson@dirllp.com; William T Marks; Fiorella Nitika; #KE-ARM-Qualcomm; YCST_Arm_Qualcomm@ycst.com
**Subject:** [EXT] Re: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction
**Date:** Monday, August 3, 2026 3:00:47 PM
**Attachments:** 2026-07-06 Discovery Conference Hearing mini (proposed redaction)[v3].pdf

---

Counsel for Arm, Qualcomm,

Attached please find Apple's proposed redactions to the 7/6 hearing transcript. Please let us know your availability to meet and confer in advance of Apple's Wednesday filing deadline. We can be available tomorrow (8/4) as follows:

10am to 1pm ET
2pm to 5pm ET
6pm ET

Many thanks,
Hannah

**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Barnett, Mary <mary.barnett@kirkland.com>
**Date:** Friday, July 31, 2026 at 11:46 AM
**To:** Butler, Megan McGlynn <megan.butler@kirkland.com>; Catherine Nyarady <cnyarady@paulweiss.com>
**Cc:** jying@morrisnichols.com <jying@morrisnichols.com>; *RVrana@ycst.com <RVrana@ycst.com>; Adam L Basner <abasner@paulweiss.com>; emorgan@dirllp.com <emorgan@dirllp.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; Jacob Apkon <japkon@paulweiss.com>; Jacob Braly <jbraly@paulweiss.com>; jhartley@dirllp.com <jhartley@dirllp.com>; kdunn@dirllp.com <kdunn@dirllp.com>; mzappala@dirllp.com <mzappala@dirllp.com>; S. Conrad Scott <scscott@paulweiss.com>; Travis Murray <tmurray@morrisnichols.com>; wisaacson@dirllp.com <wisaacson@dirllp.com>; William T Marks <wmarks@paulweiss.com>; Hannah Cannom <hcannom@wscllp.com>; Fiorella Nitika <fiorella@fr.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com <YCST_Arm_Qualcomm@ycst.com>
**Subject:** RE: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Counsel:

Below is a zoom link for today's meet and confer at 3:45 PM ET. Will send around a calendar invite shortly, as well.

https://kirkland.zoom.us/j/92385128346?pwd=qleYnAGEy7weHryGUCteqTB8aONMYq.1
Meeting ID: 923 8512 8346
Passcode: 360567

Regards,
Mary

**Mary Barnett**
---------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W. Washington DC 20004
**T** +1 202 389 3292 **M** +1 202 306 4226
**F** +1 202 389 5200
---------------------------------------------
mary.barnett@kirkland.com

---

**From:** Butler, Megan McGlynn <megan.butler@kirkland.com>

**Sent:** Friday, July 31, 2026 2:22 PM
**To:** Catherine Nyarady <cnyarady@paulweiss.com>
**Cc:** jying@morrisnichols.com; *RVrana@ycst.com <RVrana@ycst.com>; Adam L Basner <abasner@paulweiss.com>; emorgan@dirllp.com; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; Jacob Apkon <japkon@paulweiss.com>; Jacob Braly <jbraly@paulweiss.com>; jhartley@dirllp.com; kdunn@dirllp.com; mzappala@dirllp.com; S. Conrad Scott <scscott@paulweiss.com>; Travis Murray <tmurray@morrisnichols.com>; wisaacson@dirllp.com; William T Marks <wmarks@paulweiss.com>; hcannom@wscllp.com; Fiorella Nitika <fiorella@fr.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com
**Subject:** Re: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Yes, 3:45 works for us.

On Jul 31, 2026, at 1:59 PM, Nyarady, Catherine <cnyarady@paulweiss.com> wrote:

Megan,
We are available 3:45-4:30 if that works.
Regards,
Catherine

**Catherine Nyarady** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3532 (Direct Phone) | +1 917 584 7388 (Cell)
cnyarady@paulweiss.com | www.paulweiss.com

---

**From:** Butler, Megan McGlynn <megan.butler@kirkland.com>
**Sent:** Friday, July 31, 2026 12:50 PM
**To:** jying@morrisnichols.com; *RVrana@ycst.com <RVrana@ycst.com>; Basner, Adam L <abasner@paulweiss.com>; Nyarady, Catherine <cnyarady@paulweiss.com>; emorgan@dirllp.com; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; Apkon, Jacob <japkon@paulweiss.com>; Braly, Jacob <jbraly@paulweiss.com>; JHartley@dirllp.com; kdunn@dirllp.com; mzappala@dirllp.com; Scott, S. Conrad <scscott@paulweiss.com>; Murray, Travis <tmurray@morrisnichols.com>; WIsaacson@dirllp.com; Marks, William T <wmarks@paulweiss.com>
**Cc:** hcannom@wscllp.com; Nitika Fiorella <fiorella@fr.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com
**Subject:** RE: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Counsel,

Please find attached Arm's proposed redactions. In light of Qualcomm's previous statements, we understand that Qualcomm is likely to oppose. In that case, please provide your availability to meet and confer today.

Best,
Megan

**Megan McGlynn Butler**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
**T** +1 202 389 3264 **M** +1 571 239 8427

megan.butler@kirkland.com

---

**From:** Ying, Jennifer <jying@morrisnichols.com>
**Sent:** Wednesday, July 29, 2026 5:35 PM
**To:** *RVrana@ycst.com <RVrana@ycst.com>; abasner@paulweiss.com; cnyarady@paulweiss.com; emorgan@dirllp.com; grp-qcvarm@paulweiss.com; japkon@paulweiss.com; jbraly@paulweiss.com; jhartley@dirllp.com; kdunn@dirllp.com;

mzappala@dirllp.com; scscott@paulweiss.com; Murray, Travis <tmurray@morrisnichols.com>; wisaacson@dirllp.com; wmarks@paulweiss.com
**Cc:** hcannom@wscllp.com; Nitika Fiorella <fiorella@fr.com>; #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com
**Subject:** Re: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Rob, ok to sign for me on the stipulation.

Thanks
Jen

---

**From:** Vrana, Robert <RVrana@ycst.com>
**Sent:** Wednesday, July 29, 2026 5:26 PM
**To:** Ying, Jennifer <jying@morrisnichols.com>; abasner@paulweiss.com <abasner@paulweiss.com>; cnyarady@paulweiss.com <cnyarady@paulweiss.com>; emorgan@dirllp.com <emorgan@dirllp.com>; grp-qcvarm@paulweiss.com <grp-qcvarm@paulweiss.com>; japkon@paulweiss.com <japkon@paulweiss.com>; jbraly@paulweiss.com <jbraly@paulweiss.com>; jhartley@dirllp.com <jhartley@dirllp.com>; kdunn@dirllp.com <kdunn@dirllp.com>; mzappala@dirllp.com <mzappala@dirllp.com>; scscott@paulweiss.com <scscott@paulweiss.com>; Murray, Travis <tmurray@morrisnichols.com>; wisaacson@dirllp.com <wisaacson@dirllp.com>; wmarks@paulweiss.com <wmarks@paulweiss.com>
**Cc:** hcannom@wscllp.com <hcannom@wscllp.com>; Nitika Fiorella <fiorella@fr.com>; KE-ARM-Qualcomm@kirkland.com <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com <YCST_Arm_Qualcomm@ycst.com>
**Subject:** [EXT] RE: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Jen – Arm disagrees, but we do not need to resolve all of those disagreements now. For purposes of today, Arm can agree to an extension to Friday 7/31 to allow further discussion, and we will send proposed redactions as soon as possible. Attached is a revised stipulation; please let us know if we can sign for you.

<image001.png> **Robert M. Vrana, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6726
RVrana@ycst.com | www.youngconaway.com | vCard

---

**From:** Ying, Jennifer <jying@morrisnichols.com>
**Sent:** Wednesday, July 29, 2026 5:14 PM
**To:** Vrana, Robert <RVrana@ycst.com>; abasner@paulweiss.com; cnyarady@paulweiss.com; emorgan@dirllp.com; grp-qcvarm@paulweiss.com; japkon@paulweiss.com; jbraly@paulweiss.com; jhartley@dirllp.com; kdunn@dirllp.com; mzappala@dirllp.com; scscott@paulweiss.com; Murray, Travis <tmurray@morrisnichols.com>; wisaacson@dirllp.com; wmarks@paulweiss.com
**Cc:** hcannom@wscllp.com; Nitika Fiorella <fiorella@fr.com>; KE-ARM-Qualcomm@kirkland.com; YCST_Arm_Qualcomm@ycst.com
**Subject:** Re: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Rob,

We do not believe any redactions are appropriate for the July 6 hearing as the hearing occurred in open court. Nor have we seen any proposed redactions from Arm or Apple notwithstanding the notice of intent that was filed two weeks ago.

We will agree to the extension of the deadline to Friday 7/31 for the sole purpose of allowing the parties to meet and confer regarding any proposed redactions that Arm or Apple wishes to propose, and our agreement to the extension request is not a waiver of our objection to any redactions to the July 6 transcript. Please send us the proposed redactions as soon as

possible.

Thank you,
Jennifer

---

**From:** Vrana, Robert <RVrana@ycst.com>
**Sent:** Wednesday, July 29, 2026 4:05 PM
**To:** abasner@paulweiss.com <abasner@paulweiss.com>; cnyarady@paulweiss.com <cnyarady@paulweiss.com>; emorgan@dirllp.com <emorgan@dirllp.com>; grp-qcvarm@paulweiss.com <grp-qcvarm@paulweiss.com>; japkon@paulweiss.com <japkon@paulweiss.com>; jbraly@paulweiss.com <jbraly@paulweiss.com>; jhartley@dirllp.com <jhartley@dirllp.com>; Ying, Jennifer <jying@morrisnichols.com>; kdunn@dirllp.com <kdunn@dirllp.com>; mzappala@dirllp.com <mzappala@dirllp.com>; scscott@paulweiss.com <scscott@paulweiss.com>; Murray, Travis <tmurray@morrisnichols.com>; wisaacson@dirllp.com <wisaacson@dirllp.com>; wmarks@paulweiss.com <wmarks@paulweiss.com>
**Cc:** hcannom@wscllp.com <hcannom@wscllp.com>; Nitika Fiorella <fiorella@fr.com>; KE-ARM-Qualcomm@kirkland.com <KE-ARM-Qualcomm@kirkland.com>; YCST_Arm_Qualcomm@ycst.com <YCST_Arm_Qualcomm@ycst.com>
**Subject:** [EXT] RE: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Counsel – Following up on this, please let us know if we can sign and file for Qualcomm.

<image001.png>**Robert M. Vrana, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6726
RVrana@ycst.com | www.youngconaway.com | vCard

---

**From:** Vrana, Robert
**Sent:** Wednesday, July 29, 2026 1:19 PM
**To:** abasner@paulweiss.com; cnyarady@paulweiss.com; emorgan@dirllp.com; grp-qcvarm@paulweiss.com; japkon@paulweiss.com; jbraly@paulweiss.com; jhartley@dirllp.com; jying@morrisnichols.com; kdunn@dirllp.com; mzappala@dirllp.com; scscott@paulweiss.com; tmurray@morrisnichols.com; wisaacson@dirllp.com; wmarks@paulweiss.com
**Cc:** hcannom@wscllp.com; Nitika Fiorella <fiorella@fr.com>; KE-ARM-Qualcomm@kirkland.com; YCST_Arm_Qualcomm@ycst.com
**Subject:** RE: Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

Qualcomm counsel,

Arm and Apple require additional time to submit a motion to redact the transcript of the July 6 hearing, and for the parties to confer regarding the same. Please let us know if Qualcomm will agree to set the deadline for a motion next Friday, August 7. A draft stipulation is attached for your review and approval.

Thanks,

Rob

<image001.png>**Robert M. Vrana, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6726
RVrana@ycst.com | www.youngconaway.com | vCard

---

**From:** Gutierrez, Aly <AGutierrez@ycst.com>
**Sent:** Tuesday, July 14, 2026 4:38 PM
**To:** abasner@paulweiss.com; asilverstein@connollygallagher.com; cnyarady@paulweiss.com; emorgan@dirllp.com; grp-qcvarm@paulweiss.com; japkon@paulweiss.com; jbraly@paulweiss.com; jhartley@dirllp.com; john.poulos@nortonrosefulbright.com; jying@morrisnichols.com; kdunn@dirllp.com; mzappala@dirllp.com; richard.zembek@nortonrosefulbright.com; sbarry@connollygallagher.com; scscott@paulweiss.com; tmurray@morrisnichols.com; wisaacson@dirllp.com; wmarks@paulweiss.com
**Cc:** Gutierrez, Aly <AGutierrez@ycst.com>; KE-ARM-Qualcomm@kirkland.com; MoFo_Arm_QCOM@mofo.com; YCST_Arm_Qualcomm@ycst.com
**Subject:** Qualcomm Incorporated et al v. ARM Holdings PLC; Case 1:24-cv-00490-MN; Notice of Intent to Request Transcript Redaction

**PLEASE TAKE NOTICE THAT COUNSEL FOR ALL PARTIES ARE INCLUDED IN THIS EMAIL.**

Please see the docket entry below.

<image001.png>**Aly Gutierrez, Paralegal**

She/Her/Hers

Young Conaway Stargatt & Taylor, LLP

Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.573.7794
AGutierrez@ycst.com | www.youngconaway.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Tuesday, July 14, 2026 4:36 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:24-cv-00490-MN Qualcomm Incorporated et al v. ARM Holdings PLC Notice of Intent to Request Transcript Redaction

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered by Mackrides, Daniel on 7/14/2026 at 4:35 PM EDT and filed on 7/14/2026

| | |
|---|---|
| **Case Name:** | Qualcomm Incorporated et al v. ARM Holdings PLC |
| **Case Number:** | 1:24-cv-00490-MN |
| **Filer:** | |
| **Document Number:** | 844 |

**Docket Text:**
**NOTICE of Intent to Request Redaction by Daniel G. Mackrides re [828] Transcript,, (Mackrides, Daniel)**

**1:24-cv-00490-MN Notice has been electronically mailed to:**

Adam M. Janes adam.janes@kirkland.com

Alan Richard Silverstein asilverstein@connollygallagher.com, jmarcolini@connollygallagher.com, rlober@connollygallagher.com

Andrew Colin Mayo amayo@ashbygeddes.com, IPLitFilings@ashbygeddes.com

Andrew S. Ong aong@goodwinlaw.com, local-counsel-4483@ecf.pacerpro.com

Andrew S. Ong aong@goodwinlaw.com

Anne Shea Gaza agaza@ycst.com, corpcal@ycst.com, corporate@ycst.com

Bethany Stevens bstevens@wscllp.com

Bradley D. Sorrels bsorrels@wsgr.com, rfinnimorepierce@wsgr.com

Brett M. McCartney bmccartney@bayardlaw.com, JRossi@bayardlaw.com, lfracek@bayardlaw.com

Catherine Nyarady cnyarady@paulweiss.com

Daniel G. Mackrides dmackrides@ycst.com, corpcal@ycst.com, corporate@ycst.com

Elisa M.C. Klein elisa.klein@skadden.com, Brian.Keating@skadden.com, Christine.Renshaw@skadden.com, cintia.costa@skadden.com, ecf-c134f1fcbbf7@ecf.pacerpro.com, jean.zhou@skadden.com, lauren.whitney@skadden.com, maddy.griffin@skadden.com, matthew.majarian@skadden.com, rebecca.renshaw@skadden.com, wendy.cathers@skadden.com

Elizabeth Ann Powers epowers@bayardlaw.com, JRossi@bayardlaw.com,

lfracek@bayardlaw.com

Emily L. Skaug ESkaug@bayardlaw.com, JRossi@bayardlaw.com, lfracek@bayardlaw.com

Erin J. Morgan ejmorgan@paulweiss.com

Geoffrey Graham Grivner geoffrey.grivner@bipc.com, donna.curcio@bipc.com, eservice@bipc.com, reeny.kelly@bipc.com, sherry.fornwalt@bipc.com

Gregg F. LoCascio gregg.locascio@kirkland.com, kenymanagingclerk@kirkland.com

Hannah Cannom hcannom@wscllp.com, bstevens@wscllp.com

Jacob A. Braly jbraly@paulweiss.com

Jason M. Wilcox jason.wilcox@kirkland.com, cmoo-penn@kirkland.com

Jay Emerick jay.emerick@kirkland.com, sbrongiel@kirkland.com

Jenness Elizabeth Parker jenness.parker@skadden.com, christopher.heaney@skadden.com, DLMLCWILRQ@skadden.com, ecf-cb8dae48e66a@ecf.pacerpro.com, hunter.hopkins@skadden.com, wendy.cathers@skadden.com

Jennifer Ying jying@mnat.com, jyefiling@mnat.com, mnat_IP_eFiling@morrisnichols.com

Kaitlin Maloney kmaloney@wsgr.com, chelsea.nichols@wsgr.com

Karen Elizabeth Keller kkeller@shawkeller.com, cal@shawkeller.com

Karen I. Boyd Karen.Boyd@ThompsonHine.com, ecfdocket@thompsonhine.com

Karen L. Dunn kdunn@dirllp.com, karen-dunn-0140@ecf.pacerpro.com

Kasdin M. Mitchell kasdin.mitchell@kirkland.com, kasdinmitchell@gmail.com

Kenneth Laurence Dorsney kdorsney@morrisjames.com, CHitch@morrisjames.com, ippara@morrisjames.com

Matthew B. Goeller matthew.goeller@klgates.com, cass.barlatier@klgates.com, Susan.Bosak@klgates.com, WLKLGDocketing@klgates.com

Matthew J. McIntee matt.mcintee@kirkland.com

Melissa F. Zappala mzappala@dirllp.com, slee@paulweiss.com

Meredith Pohl meredith.pohl@kirkland.com

Nitika Gupta Fiorella fiorella@fr.com, cucampbell@fr.com, litigationdocketing@fr.com

Nora McDonough Crawford ncrawford@wsgr.com, rfinnimorepierce@wsgr.com

Peter Evangelatos peter.evangelatos@kirkland.com

Robert M. Vrana rvrana@ycst.com, corpcal@ycst.com, corporate@ycst.com

Ruby J. Garrett rjgarrett@paulweiss.com

Samantha G. Wilson swilson@ycst.com, corpcal@ycst.com, corporate@ycst.com

Sara Barry sbarry@connollygallagher.com, , jmarcolini@connollygallagher.com, rlober@connollygallagher.com

Scott F. Llewellyn sllewellyn@mofo.com, kvieyra@mofo.com

Susan E. Morrison morrison@fr.com, cucampbell@fr.com, litigationdocketing@fr.com

Theresa A. Sutton tsutton@kslaw.com

Travis J Murray tmurray@morrisnichols.com

Vyson Hsu Vyson.Hsu@ThompsonHine.com, ecfdocket@thompsonhine.com

William A. Isaacson wisaacson@dirllp.com

William T. Marks wmarks@paulweiss.com

**1:24-cv-00490-MN Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/14/2026] [FileNumber=6265947-0
] [984e7d86471ff210c633ec1a7623549e517b648af79b48b993c3fc3effc0bc4870e
364eb1d1ef0baa0daac6d584fb5a89ea497c66e2c1170abc2f4c965ca044d]]

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT 2

CLOSED,MEDIATION-CJB,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:15-cv-00819-LPS

Integra LifeSciences Corp. et al v. HyperBranch Medical Technology, Inc
Assigned to: Judge Leonard P. Stark
Related Case: 1:17-cv-00688-LPS-CJB
Cause: 35:271 Patent Infringement

Date Filed: 09/15/2015
Date Terminated: 03/26/2019
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2019 | 805 | ORAL ORDER: Having reviewed the briefing and other materials related to Plaintiffs' motion for redactions to certain volumes of the trial transcript (D.I. 791), which Defendant opposes (see D.I. 797), IT IS HEREBY ORDERED that the motion (D.I. 791) is DENIED. While Plaintiffs' proposed redactions are narrow and limited to previously-confidential financial information, all of the material Plaintiffs seek to redact was disclosed publicly during the trial. No request was made to seal the courtroom for any portion of the trial; nor, therefore, can the Court know whether it would have granted such a request. ORDERED by Judge Leonard P. Stark on 3/25/19. (ntl) (Entered: 03/25/2019) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/17/2026 21:26:33 | | | |
| **PACER Login:** | MNIP0001 | **Client Code:** | 00516-0295 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00819-LPS Start date: 1/1/1975 End date: 8/17/2026 Starting with document: 805 Ending with document: 805 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT 3

**From:** Vrana, Robert
**To:** Mark Buckson
**Cc:** Diana Welham; Ying, Jennifer; Murray, Travis; Gaza, Anne Shea; Mackrides, Daniel G.
**Subject:** [EXT] Qualcomm v. Arm, C.A. No. 24-490-MN
**Date:** Monday, August 10, 2026 8:08:10 AM
**Attachments:** image001.png
D.I. 893 Exhibit A (corrected).pdf
D.I. 893 Exhibit B (corrected).pdf
D.I. 900 Exhibit A (corrected).pdf
D.I. 900 Exhibit B (corrected).pdf

---

Dear Mr. Buckson,

I believe Ms. Welham is on vacation this week, so I am reaching out with a request to help correct a mistaken filing.

Defendant Arm inadvertently filed the wrong version of an exhibit to certain recent filings in this case. Specifically, and D.I. 893, Exhibits A and B (under seal), and D.I. 900, Exhibits A and B (public). Attached are corrected PDFs. Arm respectfully requests that the Court swap the PDFs on the docket with the attached, corrected versions.

Please accept our apologies for the inconvenience. I am available should the Court have any questions.

Respectfully,
Rob Vrana (No. 5666)

YOUNG CONAWAY

**Robert M. Vrana, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6726
RVrana@ycst.com | www.youngconaway.com | vCard

# EXHIBIT 4

CLOSED,MEDIATION-MPT,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:16-cv-00290-MN

Godo Kaisha IP Bridge 1 v. OmniVision Technologies, Inc.
Assigned to: Judge Maryellen Noreika
Related Case: 1:18-cv-00485-MN
Cause: 35:271 Patent Infringement

Date Filed: 04/22/2016
Date Terminated: 01/24/2019
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2019 | 165 | ORAL ORDER - Having reviewed Defendant's motion to redact the transcript (D.I.155, 156), Plaintiff's response to the motion (D.I. 161), and Defendant's reply (D.I. 162-64), IT IS HEREBY ORDERED that the proposed redactions are NOT ACCEPTED and the motion is DENIED. The public has a "common law right of access to judicial proceedings and records," Littlejohn v. BIC Corp., 851 F.2d 673, 677 (3d Cir. 1988), and the public's right of access includes the common law right "to inspect... public records and documents, including judicial records and documents," Leucadia, Inc. v. Applied Extrusion Techs., Inc., 998 F.2d 157, 161 (3d Cir. 1993) (internal quotation marks omitted). To establish the requisite good cause for non-disclosure, the moving parties bear the burden of showing that "disclosure will work a clearly defined and serious injury." In re Cendant Corp., 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks omitted). "The injury must be shown with specificity.... Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning, do not support a good cause showing." Pansy v. Borough of Stroudsburg, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted). Here, Defendant's motion articulated no specificity and offered no sworn allegations of harm to support good cause for the proposed redactions. The belated declaration filed with the reply brief is insufficient to explain how information that is available publicly (e.g., the identify and location of Omnivision employees, "the identity of one of Omnivision customers" or potential written correspondence about customer support services) will harm Omnivision. Indeed, the identity of the customer at issue is identified multiple times in portions of the transcript that have not been proposed for redaction. ORDERED by Judge Maryellen Noreika on 1/24/2019. (dlw) (Entered: 01/24/2019) |


## PACER Service Center

### Transaction Receipt

| 08/17/2026 21:34:21 | | | |
|---|---|---|---|
| **PACER Login:** | MNIP0001 | **Client Code:** | 00516-0295 |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-00290-MN Start date: 1/1/1975 End date: 8/17/2026 Starting with document: 165 Ending with document: 165 |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.10 |