**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

August 21, 2026

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re: *Qualcomm, Incorporated et al. v. Arm Holdings PLC et al.*,
C.A. No. 24-490 (Consolidated) (MN)

Dear Judge Noreika:

Qualcomm writes in follow up to the August 19 hearing and Arm's August 20 submission (D.I. 925).

Qualcomm is very mindful of the Court's instructions at the hearing that Qualcomm shall not respond to Arm's letter. Arm's submission does misstate Qualcomm's positions, however, and Qualcomm would appreciate the opportunity to submit a response of one page if the Court would find that helpful.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and e-mail)