MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

August 18, 2026

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

*VIA ELECTRONIC FILING*

[redacted]

REDACTED - PUBLIC VERSION

Re: *Qualcomm, Incorporated et al. v. Arm Holdings PLC et al.*,
C.A. No. 24-490 (Consolidated) (MN)

Dear Judge Noreika:

Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm") write to advise the Court that, in an effort to streamline the issues in this case, Qualcomm is no longer pursing a claim for breach of the implied covenant of good faith and fair dealing of the ALA and/or TLA (Count III) based on the following grounds:

- Withholding of the ETE Checker under the ALA;
- Leak of the October 22, 2024 Breach Letter; and
- Failure to provide good faith licensing proposals under the Technology License Agreement TLA for implementation cores Logan, Blackhawk, Hunter AE.

*See* D.I. 137, ¶ 184; D.I. 765, ¶ 230.[1]

Qualcomm continues to pursue its remaining claims, including its claim for breach of the implied covenant of good faith and fair dealing to the extent it is based on the remaining grounds set forth in Count III of the operative complaints. *See* D.I. 137, ¶ 184; D.I. 765, ¶ 230.

[1] Qualcomm notes that some of these facts may still be relevant to Qualcomm's other claims.

ORIGINAL FILING DATE: AUGUST 18, 2026
REDACTED FILING DATE: AUGUST 25, 2026

The above does not impact any of the motions the Court indicated it will hear tomorrow but counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY:rah

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and e-mail)