IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |

**STIPULATION AND [PROPOSED] ORDER REGARDING 2026 FGS DOCUMENTS**

WHEREAS, the parties have conferred and Qualcomm has agreed it will not seek a supplemental deposition of FGS regarding the documents produced at FGS_0000800-FGS_0000847 ("the 2026 FGS Documents") in exchange for Arm agreeing to not raise certain admissibility objections to the 2026 FGS Documents, as set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. The following pages from exhibits from the July 17, 2025 deposition of Paul Kranhold on behalf of FGS shall be substituted, as follows:

| FGS Deposition Ex. No. | Previous Bates Number | New Bates Number |
|---|---|---|
| FGS 4<br>(complete exhibit swap) | FGS_0000185-187 | FGS_0000816-818 |
| FGS 5<br>(exhibit page swap) | FGS_0000190 | FGS_0000826 |
| FGS 5<br>(exhibit page swap) | FGS_0000220 - 221 | FGS_0000827 - 828 |

2. For documents bearing the following Bates numbers, Arm Holdings plc and Arm Ltd. (collectively, "Arm") will not object on the basis of authenticity under Fed. R. Evid. 901, provided that the trial exhibit appears to be unaltered from the condition in which the document was produced:

FGS_0000800; FGS_0000801; FGS_0000803; FGS_0000806; FGS_0000807; FGS_0000809; FGS_0000813; FGS_0000814; FGS_0000820; FGS_0000822; FGS_0000823; FGS_0000829; FGS_0000830; FGS_0000833; FGS_0000837; FGS_0000840; FGS_0000846 (collectively, the "Unredacted FGS Documents").

3. Arm will not dispute Qualcomm's assertion that the Unredacted FGS Documents fall under the "business record" exception of Fed. R. Evid. 803(6), provided that the trial exhibit appears to be unaltered from the condition in which the document was produced.

4. For the unredacted FGS Documents, Arm will not object to the admissibility of these documents based on lack of foundation under Fed. R. Evid. 602 on the basis that the Unredacted FGS Documents lack a sponsoring witness through whom Qualcomm can establish foundation under Fed. R. Evid. 602. For the avoidance of doubt, Arm will not object to Qualcomm's assertion that Qualcomm will not be required to present a sponsoring witness to admit an Unredacted FGS Document at trial.

5. Nothing in this Stipulation prohibits a party from objecting to the admissibility of any Unredacted FGS Document on any other ground other than those set forth in Paragraphs 2-4. Further, to clarify, nothing in this Stipulation shall preclude a party from challenging the authenticity, admissibility or use of any document that is not the subject of Paragraphs 2-4, and each party reserve the right to object to such documents on any basis provided in the Federal Rules of Evidence.

6. Nothing in this Stipulation shall be interpreted as an admission by any party that any such document or any part thereof tends to prove or disprove any fact.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants ARM Holdings PLC and ARM Ltd.*

September 2, 2026

SO ORDERED this ______ day of ___________________, 2026.

_________________________________
UNITED STATES DISTRICT JUDGE