# EXHIBIT 1

# Weidmann Designations

Designation List Report

**Weidmann, Martin** **2025-06-20**

| | |
|---|---|
| QC Affirmatives | 00:06:28 |
| **TOTAL RUN TIME** | **00:06:28** |

Documents linked to video:
P261
P310

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:25 - 11:13 | **Weidmann, Martin 2025-06-20** | 00:00:16 | **WEIDMANN.1** |

10:25 Q. So I believe you just said
11:01 MARTIN WEIDMANN -- CONFIDENTIAL -- ATTORNEYS' EYES ONLY
11:02 that you are currently employed by ARM;
11:03 correct?
11:04 A. Correct.
11:05 Q. And you are a director of
11:06 product management?
11:07 A. Correct.
11:08 Q. In the architecture and
11:09 technology group?
11:10 A. Correct.
11:11 Q. Which is also referred to as
11:12 ATG?
11:13 A. Usually, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 71:25 - 73:02 | **Weidmann, Martin 2025-06-20** | 00:01:17 | **WEIDMANN.2** |

71:25 Q. I think switching gears
72:01 MARTIN WEIDMANN -- CONFIDENTIAL -- ATTORNEYS' EYES ONLY
72:02 again, what does it mean for a core to be
72:03 ARM compliant?
72:04 A. So the ARM architecture is a
72:05 functional description of a processor.
72:06 It sets out a set of rules that describe
72:07 the behaviors of a processor, including
72:08 where there are no rules. It will in
72:09 some cases say you could do whatever you
72:10 want here. But you must do this behavior
72:11 over there. A processor is compliant or
72:12 an ARM implementation if it obeys all the
72:13 rules for a particular version of the ARM
72:14 architecture.
72:15 Q. And software companies will
72:16 want the chips that are running their
72:17 software to be ARM compliant; correct?
72:18 A. The advantage of having a
72:19 standard architecture is that you can
72:20 then write standard software that will
72:21 run on a range of hardware from a range
72:22 of different manufacturers and
72:23 implementers and then be confident that

**WEIDMANN - Weidmann Designations**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 72:24 | | you will get the same functional behavior | | |
| | 72:25 | | that allows you to have portable code | | |
| | 73:01 | | MARTIN WEIDMANN -- CONFIDENTIAL -- ATTORNEYS' EYES ONLY | | |
| | 73:02 | | that you can deploy to many devices. | | |
| 73:08 - 73:19 | **Weidmann, Martin 2025-06-20** | | | 00:00:35 | **WEIDMANN.3** |
| | 73:08 | | There is a required | | |
| | 73:09 | | verification process to ensure ARM | | |
| | 73:10 | | compliance; right? | | |
| | 73:11 | A. | As part of designing an ARM | | |
| | 73:12 | | core, a design team is required to run | | |
| | 73:13 | | the ACK and v9 or the AVK in v8. And | | |
| | 73:14 | | that is there to ensure that the design | | |
| | 73:15 | | is compliant with the ARM architecture. | | |
| | 73:16 | | We, however, should stress | | |
| | 73:17 | | that is not a substitute for a full | | |
| | 73:18 | | verification process which manufacturers | | |
| | 73:19 | | would do for other reasons. | | |
| 74:03 - 74:09 | **Weidmann, Martin 2025-06-20** | | | 00:00:17 | **WEIDMANN.4** |
| | 74:03 | Q. | And for ARM compliance, the | | |
| | 74:04 | | verification process is critical; right? | | |
| | 74:05 | A. | We believe that ensuring | | |
| | 74:06 | | that all designs are compliant with the | | |
| | 74:07 | | architecture and, therefore, compatible | | |
| | 74:08 | | with the wide range of ecosystem software | | |
| | 74:09 | | is very important. | | |
| 144:04 - 144:08 | **Weidmann, Martin 2025-06-20** | | | 00:00:05 | **WEIDMANN.5** |
| | 144:04 | | (The above-referred-to | | |
| | 144:05 | | document was marked as QCX Exhibit 60 | | |
| | 144:06 | | for identification, as of this date.) | | |
| P310.1.1 | 144:07 | Q. | I'm going to hand you what | | |
| | 144:08 | | has been marked QCX 60. | | |
| 144:22 - 146:05 | **Weidmann, Martin 2025-06-20** | | | 00:01:42 | **WEIDMANN.6** |
| P310.1.2 | 144:22 | A. | Yes. I see that I'm on the | | |
| | 144:23 | | e-mail chain. | | |
| P310.1.3 | 144:24 | Q. | If you go to the second | | |
| | 144:25 | | page, which is following from what's on | | |
| | 145:01 | | MARTIN WEIDMANN -- CONFIDENTIAL -- ATTORNEYS' EYES ONLY | | |
| | 145:02 | | the bottom of the front page, it's an | | |
| | 145:03 | | e-mail from you. | | |

**WEIDMANN - Weidmann Designations**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| P310.2.1 | 145:04 | | You say, "The ACK packages | | |
| | 145:05 | | should only go to architecture licensees | | |
| | 145:06 | | and represent a lot of the value of an | | |
| | 145:07 | | ARC license." | | |
| | 145:08 | | Why do ACK packages | | |
| | 145:09 | | represent a lot of the value of an ARC | | |
| | 145:10 | | license? | | |
| | 145:11 | A. | So when we deliver the | | |
| | 145:12 | | architecture, we deliver the | | |
| | 145:13 | | specifications that describe the | | |
| | 145:14 | | functional behavior of a processor. And | | |
| | 145:15 | | we deliver the ACK that enables a partner | | |
| | 145:16 | | to check that what they have designed | | |
| | 145:17 | | is -- matches that specification and, | | |
| | 145:18 | | therefore, compatible with the large | | |
| | 145:19 | | ecosystem of software that is available | | |
| | 145:20 | | for the ARM architecture. | | |
| | 145:21 | Q. | And to you, that represents | | |
| | 145:22 | | a lot of the value of an ALA? | | |
| | 145:23 | A. | Being able to demonstrate | | |
| | 145:24 | | that your design is compliant, having | | |
| | 145:25 | | that confidence that you know that you | | |
| | 146:01 | | MARTIN WEIDMANN -- CONFIDENTIAL -- ATTORNEYS' EYES ONLY | | |
| | 146:02 | | will be able to run the large ecosystem | | |
| | 146:03 | | of software is a very valuable thing that | | |
| | 146:04 | | we believe an architecture license gives | | |
| | 146:05 | | our partners. | | |
| 146:06 - 146:11 | **Weidmann, Martin 2025-06-20** | | | 00:00:15 | **WEIDMANN.7** |
| | 146:06 | | (The above-referred-to | | |
| | 146:07 | | document was marked as QCX Exhibit 61 | | |
| | 146:08 | | for identification, as of this date.) | | |
| | 146:09 | Q. | I'm going to hand you what | | |
| P261.1.1 | 146:10 | | has been marked as QCX 61. This is | | |
| | 146:11 | | ARM00001067. | | |
| 146:15 - 146:17 | **Weidmann, Martin 2025-06-20** | | | 00:00:03 | **WEIDMANN.8** |
| P261.1.2 | 146:15 | Q. | You see that you're on it; | | |
| | 146:16 | | correct? | | |
| | 146:17 | A. | Yes. | | |
| 147:07 - 147:17 | **Weidmann, Martin 2025-06-20** | | | 00:00:31 | **WEIDMANN.9** |
| P261.4.1 | 147:07 | Q. | If you go to the second | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| P261.4.2 | 147:08 | | page, it says in the box on the top | | |
| | 147:09 | | right, "Component of ACK." | | |
| | 147:10 | | You see that? | | |
| | 147:11 | A. | Yes. | | |
| P261.4.3 | 147:12 | Q. | And the first bullet says | | |
| | 147:13 | | "Architecture Validation Suites." | | |
| | 147:14 | | And so those are the actual | | |
| | 147:15 | | C file source code tests; right? | | |
| | 147:16 | A. | It is a large library of | | |
| | 147:17 | | tests provided in source code. | | |
| 148:06 - 148:12 | **Weidmann, Martin 2025-06-20** | | | 00:00:15 | **WEIDMANN.10** |
| P261.4.4 | 148:06 | Q. | And then the third bullet | | |
| | 148:07 | | says, "Architecture Envelope Model to Run | | |
| | 148:08 | | Out of the Box." | | |
| | 148:09 | | That is the AEM that we were | | |
| | 148:10 | | talking about earlier; correct? | | |
| | 148:11 | A. | Again, I didn't write these | | |
| | 148:12 | | slides. But, yes, that is correct. | | |
| 149:10 - 149:11 | **Weidmann, Martin 2025-06-20** | | | 00:00:07 | **WEIDMANN.11** |
| P261.5.1 | 149:10 | Q. | If you look at page 3, | | |
| | 149:11 | | there's a slide titled ACS Cycle. | | |
| 150:06 - 150:14 | **Weidmann, Martin 2025-06-20** | | | 00:00:29 | **WEIDMANN.12** |
| | 150:06 | | And then the partner | | |
| P261.5.2 | 150:07 | | performs OOB testing. You see that? | | |
| | 150:08 | A. | Yes. | | |
| | 150:09 | Q. | And so that's the process | | |
| | 150:10 | | that we were describing before where the | | |
| | 150:11 | | partner would run a configured ACK on | | |
| | 150:12 | | their own AEM to ensure that the test | | |
| | 150:13 | | results that they receive mirror the OOB | | |
| | 150:14 | | package results from ARM; right? | | |
| 150:17 - 150:20 | **Weidmann, Martin 2025-06-20** | | | 00:00:10 | **WEIDMANN.13** |
| | 150:17 | A. | Again, I didn't put together | | |
| | 150:18 | | this precise deck. But, yes, as part of | | |
| | 150:19 | | downloading and setting up the ACK, you | | |
| | 150:20 | | can do out-of-box testing. | | |
| 152:04 - 152:14 | **Weidmann, Martin 2025-06-20** | | | 00:00:26 | **WEIDMANN.14** |
| | 152:04 | Q. | And it could have downstream | | |
| | 152:05 | | consequences if you tape out that chip | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 152:06 and then sell it to a customer, and end | | |
| | 152:07 users end up using a chip that hasn't | | |
| | 152:08 been verified properly; right? | | |
| | 152:09 A. If you were to tape out a | | |
| | 152:10 chip that hadn't been correctly signed | | |
| | 152:11 off in terms of compliance and whatever | | |
| | 152:12 verification the partner was going to do | | |
| | 152:13 themselves, that could have a number of | | |
| | 152:14 consequences. | | |

| | |
|---|---|
| QC Affirmatives | 00:06:28 |
| **TOTAL RUN TIME** | **00:06:28** |

Documents linked to video:

P261

P310

# EXHIBIT 2

# Nelson Designations

Designation List Report

**Nelson, Jannik** **2025-07-10**

| | |
|---|---|
| QC Affirmatives | 00:03:10 |
| ARM Counters | 00:00:37 |
| **TOTAL RUN TIME** | **00:03:47** |

Documents linked to video:
P348

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:14 - 8:25 | **Nelson, Jannik 2025-07-10** | 00:00:31 | **NELSON.1** |
| | 8:14 Q. Who is your employer?<br>8:15 A. ARM Limited.<br>8:16 Q. And what is your current title?<br>8:17 A. VP of Revenue.<br>8:18 Q. How long have you worked at ARM?<br>8:19 A. Approximately nine years.<br>8:20 Q. And what are your current responsibilities at<br>8:21 ARM?<br>8:22 A. I oversee and direct the revenue recognition<br>8:23 team, the pricing team, the strategic programs and<br>8:24 forecasting team, and nothing else comes to mind at this<br>8:25 point in time. | | |
| 49:24 - 50:01 | **Nelson, Jannik 2025-07-10** | 00:00:17 | **NELSON.2** |
| P348.1.1 | 49:24 Q. Okay. I'm showing you what has been marked as<br>49:25 Exhibit 302, Bates stamped ARM 00113178. It's an<br>50:01 April 2020 -- April 22nd, 2021 email. | | |
| 50:04 - 50:22 | **Nelson, Jannik 2025-07-10** | 00:00:55 | **NELSON.3** |
| P348.1.2 | 50:04 Q. And you see your name in the TO line?<br>50:05 A. Yes.<br>50:06 Q. And you see it is from James Hodgson?<br>50:07 A. Yes.<br>50:08 Q. Who is that?<br>50:09 A. James Hodgson, back in 2021, was our VP of<br>50:10 licensing. His role changed a couple of times, but<br>50:11 during this time, I believe it was VP of licensing.<br>50:12 Q. And did you report to him?<br>50:13 A. I reported to him for a period of time,<br>50:14 approximately one year.<br>50:15 Q. Okay. And you see there's an attachment,<br>50:16 Qualcomm TLA, ALA, PPTX.<br>50:17 Do you see that?<br>50:18 A. Yes.<br>50:19 Q. Do you recall this email?<br>50:20 A. I do not recall this email.<br>50:21 Q. Any reason to doubt you received it?<br>50:22 A. No. | | |
| 50:25 - 51:05 | **Nelson, Jannik 2025-07-10** | 00:00:17 | **NELSON.4** |
| P348.2.1 | 50:25 Q. Okay. So now take a look at the attachment, | | |

| DESIGNATION | SOURCE | DURATION | ID |
| --- | --- | --- | --- |
| | 51:01 Exhibit 302A. Do you see it's a -- the -- a PowerPoint, | | |
| | 51:02 the title slide says "Qualcomm TLA, ALA, V8, and V8 | | |
| | 51:03 Next, plus new TLA licensing impact." | | |
| | 51:04 Do you see that? | | |
| | 51:05 A. Yes. | | |
| 53:22 - 54:22 | **Nelson, Jannik 2025-07-10** | 00:00:50 | **NELSON.5** |
| P348.4.1 | 53:22 Q. Okay. If you flip to slide 3, it looks like | | |
| | 53:23 Bates 181, that slide is titled "Environment to Doing a | | |
| | 53:24 Deal." | | |
| | 53:25 Do you see that? | | |
| | 54:01 A. Yes. | | |
| P348.4.2 | 54:02 Q. And the first bullet says "Qualcomm Concerns." | | |
| | 54:03 Do you see that? | | |
| | 54:04 A. Yes. | | |
| P348.4.3 | 54:05 Q. First bullet says: | | |
| | 54:06 "Total reliance on ARM architecture." | | |
| | 54:07 Do you see that? | | |
| | 54:08 A. Mm-hmm. Yes. | | |
| P348.4.4 | 54:09 Q. And then: | | |
| | 54:10 "Fair pricing based on position and market." | | |
| | 54:11 Do you see that? | | |
| | 54:12 A. Yes. | | |
| P348.4.5 | 54:13 Q. "Business continuity concern." | | |
| | 54:14 Do you see that? | | |
| | 54:15 A. Yes. | | |
| P348.4.6 | 54:16 Q. "Access to ARM technology." | | |
| | 54:17 Do you see that? | | |
| | 54:18 A. Yes. | | |
| | 54:19 Q. And then: | | |
| P348.4.7 | 54:20 "ARM response times and commitment to QC." | | |
| | 54:21 Do you see that? | | |
| | 54:22 A. Yes. | | |
| 54:23 - 55:03 | **Nelson, Jannik 2025-07-10** | 00:00:20 | **NELSON.6** |
| P348.4.2 | 54:23 Q. So these are all concerns that Qualcomm had | | |
| | 54:24 during the negotiation of the ALA and TLA? | | |
| | 54:25 A. My understanding is that these are what ARM | | |
| | 55:01 believed were or could have been Qualcomm's concerns at | | |
| | 55:02 some point. I can't specifically confirm or comment as | | |
| | 55:03 to whether or not it's regarding the TLA. | | |
| 55:07 - 55:12 | **Nelson, Jannik 2025-07-10** | 00:00:19 | **NELSON.7** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:07 Q. And are those consistent with your understanding<br>55:08 of Qualcomm's concerns about its relationship with ARM?<br>55:09 A. So I'm not familiar enough with the Qualcomm<br>55:10 licensing negotiations or the discussions that took<br>55:11 place between licensing and sales directly with Qualcomm<br>55:12 to understand whether or not these concerns are valid. | | **NELSON.7** |
| 57:02 - 57:04 | **Nelson, Jannik 2025-07-10**<br>57:02 Q. So is it your understanding that ARM thought<br>57:03 Qualcomm was being paranoid about its concerns listed in<br>57:04 this slide? | 00:00:06 | **NELSON.8** |
| 57:06 - 57:10 | **Nelson, Jannik 2025-07-10**<br>57:06 THE DEPONENT: Again, to be clear, I did not<br>57:07 build this deck, I was not involved in the creation of<br>57:08 the material, nor was I involved in the negotiation and<br>57:09 the discussion directly with Qualcomm. So I cannot<br>57:10 speak on the behalf of what the intent was. | 00:00:12 | **NELSON.9** |

| | |
|---|---|
| QC Affirmatives | 00:03:10 |
| ARM Counters | 00:00:37 |
| **TOTAL RUN TIME** | **00:03:47** |

Documents linked to video:
P348

# EXHIBIT 3

# Bhattacharya Designations

## Designation List Report

**Battacharya, Aparajita** **2025-07-07**

| | |
|---|---|
| QC Affirmatives | 00:05:26 |
| ARM Counters | 00:00:59 |
| QC Counter Counters | 00:00:08 |
| **TOTAL RUN TIME** | **00:06:33** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:16 - 8:19 | **Battacharya, Aparajita 2025-07-07**<br>8:16 MR. BRALY: Can you please state your name and<br>8:17 spell it for the record.<br>8:18 THE DEPONENT: Aparajita Bhattacharya,<br>8:19 A-p-a-r-a-j-i-t-a, B-h-a-t-t-a-c-h-a-r-y-a. | 00:00:16 | **BHATTACHARYA.1** |
| 9:11 - 9:11 | **Battacharya, Aparajita 2025-07-07**<br>9:11 Q. Which specific ARM entity do you work for? | 00:00:03 | **BHATTACHARYA.2** |
| 9:14 - 9:15 | **Battacharya, Aparajita 2025-07-07**<br>9:14 THE DEPONENT: For the ARM India, ARM Embedded<br>9:15 Systems India Limited. | 00:00:07 | **BHATTACHARYA.3** |
| 9:22 - 10:02 | **Battacharya, Aparajita 2025-07-07**<br>9:22 Q. What is your current job title?<br>9:23 A. Senior director engineering.<br>9:24 Q. Within the architecture and technology group?<br>9:25 A. Correct.<br>10:01 Q. And that's also with referred to as ATG?<br>10:02 A. Yes. | 00:00:14 | **BHATTACHARYA.4** |
| 10:17 - 11:17 | **Battacharya, Aparajita 2025-07-07**<br>10:17 Q. Okay. And then you moved to ARM, and you spent<br>10:18 your beginning time at ARM working as an engineering<br>10:19 manager in architecture verification. Is that correct?<br>10:20 A. This was during what period?<br>10:21 Q. From 2012 to 2015?<br>10:22 A. That's correct.<br>10:23 Q. You were responsible for design, execution, and<br>10:24 delivery of ARM architecture verification IP delivered<br>10:25 to internal and external ARM partners. Is that correct?<br>11:01 A. That's correct.<br>11:02 Q. What was the ARM architecture verification IP<br>11:03 that you were responsible for?<br>11:04 A. At the time, it was called architecture<br>11:05 verification suites, which are today known as<br>11:06 architecture compliance suites.<br>11:07 Q. And that's the ACK?<br>11:08 A. ACK.<br>11:09 Q. And what was your role in the design, execution,<br>11:10 and delivery of -- I will refer to it as the ACK?<br>11:11 A. I was the engineering manager.<br>11:12 Q. And as the engineering manager, what were your | 00:01:23 | **BHATTACHARYA.5** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

11:13 responsibilities?
11:14 A. To own the product. So I had a team with a
11:15 technical lead who was leading the design and
11:16 development of the ACK, and I was responsible for that
11:17 team.

| 13:02 - 13:05 | **Battacharya, Aparajita 2025-07-07** | 00:00:16 | **BHATTACHARYA.6** |
|---|---|---|---|

13:02 Q. Do you know what the internal reason at ARM was
13:03 for creating the ACK?
13:04 A. It was to support the interpretation of the
13:05 architecture.

| 13:14 - 13:18 | **Battacharya, Aparajita 2025-07-07** | 00:00:09 | **BHATTACHARYA.7** |
|---|---|---|---|

13:14 Q. Do you know the reason that ARM chose?
13:15 A. I think it's standardization.
13:16 Q. Okay.
13:17 A. To make sure that everybody interprets it in the
13:18 right way.

| 23:05 - 23:11 | **Battacharya, Aparajita 2025-07-07** | 00:00:23 | **BHATTACHARYA.8** |
|---|---|---|---|

23:05 Q. And so you're saying compliance IP, and I said
23:06 verification IP. Is there a difference between the two?
23:07 A. Yes.
23:08 Q. Okay. So on your LinkedIn, you refer to having
23:09 designed and delivered verification IP. Were you
23:10 referring to something different than what you're
23:11 talking about now?

| 23:13 - 24:09 | **Battacharya, Aparajita 2025-07-07** | 00:01:04 | **BHATTACHARYA.9** |
|---|---|---|---|

23:13 THE DEPONENT: It's not different. We
23:14 deliberately changed the labeling of the development to
23:15 compliance.
23:16 BY MR. BRALY:
23:17 Q. I see. Okay. And what was the thinking behind
23:18 the change from verification to compliance?
23:19 A. Verification is much broader, and compliance is
23:20 a check for the consistency and interpretation.
23:21 Q. Okay. That makes sense to me. So it's because
23:22 you're checking if you're compliant with the ARM
23:23 architecture?
23:24 A. That's correct.
23:25 Q. Okay. All right. And the reason that you're
24:01 doing a compliance check with the architecture is to

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:02 make sure that a CPU designed by a partner will actually<br>24:03 be compliant with the architecture once it's released?<br>24:04 A. That's correct.<br>24:05 Q. And if a CPU is not compliant with the<br>24:06 architecture, there can be issues when trying to use a<br>24:07 chip with software that's also in the ARM ecosystem,<br>24:08 right?<br>24:09 A. That's correct. | | |
| 24:16 - 24:18 | **Battacharya, Aparajita 2025-07-07**<br>24:16 Q. Okay. And is there a concern at ARM that if a<br>24:17 company releases a noncompliant CPU, there could be a<br>24:18 fragmenting of the ecosystem? | 00:00:11 | **BHATTACHARYA.10** |
| 24:21 - 24:21 | **Battacharya, Aparajita 2025-07-07**<br>24:21 THE DEPONENT: Yes. | 00:00:01 | **BHATTACHARYA.11** |
| 42:12 - 42:19 | **Battacharya, Aparajita 2025-07-07**<br>42:12 Q. I guess I'm -- what I'm trying to figure out is,<br>42:13 what is the point of configuring the ACK to ARM? Why<br>42:14 does ARM want partners to have a configured ACK?<br>42:15 A. It gives them an accurate list of tests that<br>42:16 they need to run for that specific implementation.<br>42:17 Q. Okay. Why does a partner need an accurate list<br>42:18 of tests that they need to run for a specific<br>42:19 implementation? | 00:00:25 | **BHATTACHARYA.12** |
| 42:21 - 42:23 | **Battacharya, Aparajita 2025-07-07**<br>42:21 THE DEPONENT: So that they don't run a whole<br>42:22 bunch of tests and then have to figure out which ones<br>42:23 are applicable for their configuration. | 00:00:09 | **BHATTACHARYA.13** |
| 43:06 - 43:07 | **Battacharya, Aparajita 2025-07-07**<br>43:06 Q. How will they know what to sort through if they<br>43:07 don't have a configuration for their implementation? | 00:00:06 | **BHATTACHARYA.14** |
| 43:09 - 43:13 | **Battacharya, Aparajita 2025-07-07**<br>43:09 THE DEPONENT: Tests would skip sometimes. If<br>43:10 they didn't implement a feature, it would skip.<br>43:11 BY MR. BRALY:<br>43:12 Q. But they still won't know which tests to sort<br>43:13 through if there's no configuration information, right? | 00:00:14 | **BHATTACHARYA.15** |
| 43:15 - 43:16 | **Battacharya, Aparajita 2025-07-07**<br>43:15 THE DEPONENT: They could sort through the | 00:00:06 | **BHATTACHARYA.16** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:16 results. So it would be a super set of everything. | | |
| 43:18 - 43:20 | **Battacharya, Aparajita 2025-07-07**<br>43:18 Q. Okay. And you're not aware of any situation<br>43:19 where this has actually happened, right?<br>43:20 A. I'm not aware. | 00:00:08 | **BHATTACHARYA.17** |
| 49:07 - 49:15 | **Battacharya, Aparajita 2025-07-07**<br>49:07 Q. Okay. If ARM determines that there's a test<br>49:08 issue and ARM decides to issue a test patch, is it the<br>49:09 same subteam creating the patch?<br>49:10 A. Yes.<br>49:11 Q. And how many people would work on creating that<br>49:12 patch?<br>49:13 A. One engineer would own it.<br>49:14 Q. So one engineer would work on it?<br>49:15 A. Yes. | 00:00:33 | **BHATTACHARYA.18** |
| 51:05 - 51:14 | **Battacharya, Aparajita 2025-07-07**<br>51:05 Q. Okay. Do the quarterly releases that ARM issues<br>51:06 always fix every bug reported by a partner?<br>51:07 A. Not necessarily.<br>51:08 Q. And what happens if the quarterly release does<br>51:09 not correct bugs that are reported by partners?<br>51:10 A. That would be the case if the fix takes longer.<br>51:11 Like I said, some take longer to fix.<br>51:12 Q. Has ARM ever not been able to fix a particular<br>51:13 test defect?<br>51:14 A. There are probably cases where we say won't fix. | 00:00:44 | **BHATTACHARYA.19** |

| | |
|---|---|
| QC Affirmatives | 00:05:26 |
| ARM Counters | 00:00:59 |
| QC Counter Counters | 00:00:08 |
| **TOTAL RUN TIME** | **00:06:33** |

# PTX-261

Message

**From:** Vivek Agrawal [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E6A0F2FD72664A2EBCD8289B3AC8DEA1-VIVEK AGRAW]
**Sent:** 24/07/2020 11:10:16
**To:** Nitin Sharma [nitin@nuviainc.com]; jtrivedi@nuviainc.com
**CC:** Anand Muthuraman [Anand.Muthuraman@arm.com]; Aparajita Bhattacharya [Aparajita.Bhattacharya@arm.com]; Martin Weidmann [Martin.Weidmann@arm.com]; Dan Millett [dan.millett@arm.com]
**Subject:** MOM: ACK<->NuVia kick off meeting
**Attachments:** NuVia_ACK_Introduction.pdf

Hi Nithin and Jignesh,

Thanks for joining us on kick off meeting for ACK deployment on NuVia implementation of Arm Architecture and sharing your project detail.
We look forward to establishing a successful partnership in the process of architecture compliance.

Please find the minutes of meeting today.

Attendees : [NuVia: Nithin, Jignesh], [ACK: Anand, Vivek, Vidya]
Date : 24-Jul-2020

Teams
- ACK support team is present in Bangalore, Vivek will be point of contact.
- NuVia, CPU team based in Santa Clara and Austin.
  - Nitin – CPU verification team
  - Jignesh – Interface for Raven and ACK.
  - SoC team in BLR - Ashok's team

Project:
- Current plan is to implement v8.5 design
- Need to go through internal details before providing configuration for ACK.
- Schedule – No plan to tapeout this year. More details later.
- Plan is to start with AEM -> ISS -> Test bench development -> RTL
- ACK experience – Jignesh has worked with test suites in the past, may need some support for ACK configuration, VAL porting, test bench etc.

ACK activity:
- Jignesh does not have download access – Vivek will follow-up.
- Nitin already has access permissions, Initially Nithin can download ACK traball.
- Downloaded ACK tar ball

Delivery and support:
- ACK is license controlled, requires License keys to be installed on NuVia's License server for un-tarring the ACK tarball.
- License keys need to be generated with serial number provided by Arm's commercial team. serial number is available on connect for download.
- Update : Following NuVia folks can download ACK license serial number from connect.
  - Vinod Chamarty/NuVia Inc
  - Geeta Balakrishnan/NuVia Inc
- Dropzone setup – Vivek to cross check
- Zoom platform is okay for meetings.

EXHIBIT
QC x 61

- Meeting – We will have initial round of meeting/sessions for ACK installations and configuration. Later can continue biweekly schedule and decide/change as per need.
- Support – Issue reporting through support channel (Link) and e-mail alias for queries. Details in ACK-introduction slide deck.

ACK introduction:
- Covered half of the slides today.
- Vivek will send slide deck, Jignesh can look offline. Questions can be shared over e-mail.
- Any clarification on slide content + ACK configuration to be discussed next Friday same time (India time)

XML/ASL:
- AIG team owns this.
- Jignesh will get in touch with Ish Dham.

Regards,
Vivek




Confidential © 2020 Arm Limited

# ACK Introduction

Arm
July-2020

CONFIDENTIAL

# Architecture Compliance Kit (ACK)

## Architecture Compliance Kit (ACK) definition

- **"A set of examples of the invariant behaviours that are provided by the ARM Architecture Specification, so that implementers can verify if these behaviours have been interpreted correctly."**
- Contractual requirement - ARM Compliant Cores must run and pass without modification of AVK test source code
- A check that the implementer has not misinterpreted the architecture.

## Scope of ACK

The ACK includes tests for the following Arm architecture definitions:

- Processing Element (PE) including the instruction set and the system level architecture
- External debug
- Generic Interrupt Controller
- Embedded Trace Macrocell Architecture
- RAS Architecture Extension.
- Statistical Profiling Extension.
- Performance monitor

## Component of ACK

- Architecture Validation Suites (ACS)
  - Self-checking tests in Arm assembly/C
  - Organised as suites aligned to architecture areas and features
- Infrastructure/Environment
  - Build, run and reporting scripts
  - DUT Configuration files
  - Reference testbench
  - Validation Abstraction Libraries
- Architecture Envelope Model (AEM) to run Out of the Box
- Documentation and reference reports

## ACS – Compliance suite

Different various suites and their organization, Mix of Assembly and C .

**ARCH32**

- Legacy A32 ISA , Memory subsystem, trustzone, LPAE, Virtualization suite, expanded to run with 64-bit intercrossing layer

**ARCH64**

- V8- A64 ISA , V8-Exception model, Memory, DEBUG, ETM, GIC, SVE
- Mix of UP and MP tests
- V8.1- V8.7 Architecture extensions.

**Scenario document –** Test plan

 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# ACS Cycle




 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# ACK Compliance sign-off requirements

Arm requires the following information for reviewing the architectural compliance, during the compliance sign-off process:

- Name: Project name or the code name of the implementation.
- ACS results : Result of all the applicable tests in a prescribed format.
- ETM Results: Result of all the applicable tests with trace-enabled ETMv4 checker.
- Logs: The validation logs for the test fail, skips, and partial skips.
- Trace logs for the test fail.
- OS Boot: Proof of OS boot on partners implementation.
- The register information of the partners implementation.

More details in ACK kit user guide: **Compliance sign-off process**






arm

# A-profile Timeline – Yearly Architecture Beat




 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# Quarterly Kit Release Process

- Release Frequency – Quarterly
  - 1 month offset from traditional quarter boundary
- Environment / Flow Requirement Updates
  - Arm publishes proposal 2 Months prior to release
  - Partner feedback window – 2 Weeks
  - Arm Final Updates – 2 Weeks (Month from proposal)
- Arm / Partner Reference Configuration Updates
  - Partner publishes updates at least **6 weeks** prior to release
  - Arm Publishes Merged Configuration and OOB Results on AEM within a week of kit release
  - Placed in partner specific Dropzone





Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# Quarterly Release Packages

Arm releases two packages to Partner every quarter:

1. ACK Kit on Connect –
   - This includes all Suites, configs, tests, infra, environment, reference testbench & scripts.

2. Partner specific OOB Package on Dropzone –
   - This includes the partner specific implementation choices qualified on the AEM (reference model).
   - Reference results on AEM.
   - Quick_start.txt guide for how to install and run OOB.
   - Failure_analysis.pdf report.

- Note : ACK is encrypted package, ACK license will be required to untar the package.
- OoB package is also encrypted but uses simple encryption scheme (mbed TLS) with a on-demand Key.

 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# ACK configuration

- ACK is configurable to multiple Architectural allowed impl-choices.
  E.g.
  - Arm Architecture implementation can Choose to be ARCH64 implementations only.
  - Arm Architecture implementation can choose not to implement EL3/EL2.
  - Arm Architecture implementation can choose to implement architecture extension of their choice (V8.0 – V8.7)
- To configure ACK, Partner need to share their DUT configuration with ACK team.
- ACK configuration file is called tragetConfig.cfg
- ACK provides 4 example configurations in ACK bundle.
  - Path: validation/v8VAL/val_target_configs/
    - sample_target_all_els_cpu_2_pa_48
    - sample_target_el2_abs_cpu_4_pa_40
    - sample_target_el3_abs_cpu_3_pa_42
    - sample_target_all_els_64_el0_32_cpu_2_pa_52
- Partner would edit one of this file and share with ACK team.
- Out-of-Box configuration will be provided with,
  - List of the testcases applicable for given configuration.
  - Reference results on AEM run.

 Confidential © 2020 Arm Limited

arm



CONFIDENTIAL

# Documentation

| Document | Description | File name |
|---|---|---|
| ACK installer guide | ACK installer guide | README.install |
| Release Notes | Details of quarterly ACK releases | ReleaseNote.pdf |
| Quick start guide | Quick start guide for configuring, building and running ACK out-of-box. | quick_start.txt |
| ACK User guide | Armv8-A Architecture Compliance Kit User Guide explains how to install and use the ACK. | Armv8-A_ACK_User_Guide.pdf |
| Testbench User guide | The Arm A-profile reference testbench user guide contains various peripheral models that are required to run the ACS. | Arm_A-profile_ACK_Reference_Testbench.pdf |
| Trickbox Specification | The document that introduces the Arm A-profile Trickbox and VAL Physical Layer Specification. | Arm_A-profile_ACK_Trickbox_and_VAL_Physical_Layer_Specification.pdf |
| VAL specification | The specifications for v8VAL to run the ACS on targets that have the highest implemented Exception level using AArch64. | Arm_A-profile_ACK_VAL_Specification.pdf |

See ACK documentation details in ACK User Guide.
Path : validation/DOCS

# Trickbox Components




**Default TUBE register @ 0x1300_0000**

| 31 … 8 | 7 … 0 |
|---|---|
| Reserved | Value |

- Trickbox is like a IO peripheral
- TUBE is required by all tests. Many tests only need TUBE (>80%)
  - A character write to TUBE prints the character in the log
  - PASS/FAIL status, Failure message, Skip message, more information.
    - e.g TEST PASSED OK
  - A write of CTRL+D (Value = 4) ends simulation
- Controls & observes some CPU & GIC controls, events, interrupts
- For external observer it acts as a DMA agent
- AbortGen & PPU generate bus errors when the bus access meet some criteria
- An Access Sensitive Device helps device memory ordering tests
- In addition there is debug agent, system timer and ETM Trace Checker

 Confidential © 2020 Arm Limited

arm

# VAL Overview




 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# What does 'val_impdef' contain?

- VAL files/APIs that need to be retargeted/ported from AEM world to RTL world

- Can be broadly classified into:
  - Implementation-specific Reset Initialization [1]
  - Target & System initialization APIs [2],[3]
  - System function APIs [4]
  - External debugger APIs
  - Additional IMPDEF APIs [4]
  - Compile and link of user source code into the ELF




 Confidential © 2020 Arm Limited

CONFIDENTIAL

# Reference Testbench Direction




 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

# Support/Communication Channels for the ACK

- Connect
  - For quarterly ACK releases
  - For reporting ***confirmed ACK test/infrastructure issues***
    - https://developer.arm.com/support
    - Mail alias: **support-arch@arm.com**
- E-mail:
  - For ACK related ***queries/clarifications/questions***
    - Partner contact/support in ACK team: **AVKv8-support@arm.com**
- Central dropzone:
  - Common to all partners.
  - For special drops/updates from Arm
- Partner specific dropzone:
  - Informal information exchanges such as patches/configuration etc.
    - https://connect.arm.com/dropzone
- Syncup call with ACK team:
  - Zoom meeting,
  - Scheduled calls for syncup and status (Bi-weekly or Monthly) or need basis.
  - Bring-up phase issues, interactive debug, release migration help, technical consultation, etc

 Confidential © 2020 Arm Limited

arm

CONFIDENTIAL

arm

Thank You
Danke
Merci
谢谢
ありがとう
Gracias
Kiitos
감사합니다
धन्यवाद
شكرًا
ধন্যবাদ
תודה

Confidential © 2020 Arm Limited

CONFIDENTIAL

arm

*The Arm trademarks featured in this presentation are registered trademarks or trademarks of Arm Limited (or its subsidiaries) in the US and/or elsewhere. All rights reserved. All other marks featured may be trademarks of their respective owners.

www.arm.com/company/policies/trademarks

Confidential © 2020 Arm Limited

# PTX-310

Message

**From**: Jon Connell [Jon.Connell@arm.com]
**Sent**: 19/01/2021 14:29:21
**To**: Chris Lowe [Chris.Lowe@arm.com]; Martin Weidmann [Martin.Weidmann@arm.com]; Aparajita Bhattacharya [Aparajita.Bhattacharya@arm.com]
**CC**: Richard Andrews [Richard.Andrews@arm.com]
**Subject**: Re: ATG licensing contact
**Attachments**: connect_vs_sap_20210119-v3.xlsx

Since you sort of asked... Attached spreadsheet should be easy enough to read. Less obvious would be that EDA ... Samsung are just those Accounts. Before/After 2018 is what's left after they're removed. DSMs and Docs are removed from all those previous tabs and separated out into their own tabs.

We're having some issues with some of the SBOMs from an API point of view (there's a column in the spreadsheet for that), but I don't think this affects architecture products.

Would be worth a call next week. I'm at Product Managers forum in a couple of weeks but wants to give you guys an earlier heads up given how important/sensitive architecture contracts are.

Jon

---

**From:** Chris Lowe <Chris.Lowe@arm.com>
**Date:** Tuesday, 19 January 2021 at 14:23
**To:** Martin Weidmann <Martin.Weidmann@arm.com>, Jon Connell <Jon.Connell@arm.com>, Aparajita Bhattacharya <Aparajita.Bhattacharya@arm.com>
**Cc:** Richard Andrews <Richard.Andrews@arm.com>
**Subject:** Re: ATG licensing contact

Just stepping back a little. IBM won't be the only customer that doesn't have all parts as part of the product BoM. For various reasons some customers don't have the complete BoM. It's a small number admittedly, but it does happen.

I know for example, when we deliver anything to EDA companies, we remove and parts that are relevant to other EDA companies. How will we deliver these ?

I can imagine a point soon given the trade sanctions with China, where we are able to deliver some products to more of the restricted customers but we have to remove some parts for export reasons.

How are we going to address these? None off the 3 options below are viable really. This is just a couple of example off the top of my head. I'm sure there are others.

Chris

---

**From:** Martin Weidmann <Martin.Weidmann@arm.com>
**Date:** Tuesday, 19 January 2021 at 14:18
**To:** Jon Connell <Jon.Connell@arm.com>, Aparajita Bhattacharya <Aparajita.Bhattacharya@arm.com>
**Cc:** Richard Andrews <Richard.Andrews@arm.com>, Chris Lowe <Chris.Lowe@arm.com>
**Subject:** RE: ATG licensing contact

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT
QCX60

Plaintiffs' Trial Exhibit
PTX-0310
Case No. 1:24-cv-00490-MN

Hi Jon

(+ Rich Andrews, Chris Lowe)

Option (1) would not be my preference. The ACK packages (ARxxx-VA-xxxxx parts) should only go to architecture licensees, and represent a lot of the value of an arch license.

Option (2) works, but it does add to on-going maintenance cost.

Option (3) I can see this might work for some limited special cases, such as IBM. But it doesn't feel like a proper solution.

Is there an option (4): Upgrade the existing parts into products. Then there is a documentation "product" and an ACK "product"?

I'm also a little concerned about what our agreements with partners say. I know that many of the arch licenses explicitly list the part numbers we will provide, and that some partners will immediately question any changes.

Martin

-----Original Message-----
From: Jon Connell <Jon.Connell@arm.com>
Sent: 19 January 2021 13:30
To: Aparajita Bhattacharya <Aparajita.Bhattacharya@arm.com>; Martin Weidmann <Martin.Weidmann@arm.com>
Subject: Re: ATG licensing contact

Hi both,

Context for this is that in May we're moving downloads from Connect to PDH. Part of this will be getting ready for DFT (Digital Finance Transformation) where all products will be defined at the marketing product level.

A simple example:

AR212 System MMU Architecture is currently comprised of:
- AR212-DA-75005
- AR212-VA-75050

However IBM's license does not include AR212-VA-75050. When we move to products we have three choices:

1. Entitle IBM to AR212-VA-75050
2. Create a variant of the product that does not include AR212-VA-75050
3. Don't generate an entitlement for them in the new system and only allow download via a support ticket and subsequent dropzone

I can share a full contract dump to talk to if you're the right people.

Jon

On 19/01/2021, 13:09, "Andrew Rose" <Andrew.Rose@arm.com> wrote:

Not totally sure. Maybe start with Apu and Martin.

Thanks

> On Jan 19, 2021, at 12:52, Jon Connell <Jon.Connell@arm.com> wrote:

>
> Hi Andy
>
> Who would be the right person to talk about architecture licensing impact of the IP Delivery programme? Basically the impact of removing the ability to differentiate at the part level.
>
> Jon
>
>

# PTX-348

Message

| | |
|---|---|
| **From:** | James Hodgson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D4D3D4317F77436896A06F6B6F1C1C34-JAMES HODGS] |
| **Sent:** | 22/04/2021 20:51:38 |
| **To:** | Jannik Nelson [Jannik.Nelson@arm.com] |
| **Subject:** | Qualcomm_TLA_ALA.pptx |
| **Attachments:** | Qualcomm_TLA_ALA.pptx |

EXHIBIT
PENGAD 800-631-6989
302

Plaintiffs' Trial Exhibit
PTX-0348
Case No. 1:24-cv-00490-MN

# Qualcomm TLA/ALA

V8 and V8 Next + New TLA
Licensing Impact

CONFIDENTIAL The Architecture for the Digital World® ARM®

EXHIBIT
302A
PENGAD 800-631-6989

QUALCOMM® snapdragon by Qualcomm




**Market Leaders in Smartphone A-Class Market 2012**

1. Qualcomm 43%
2. Apple 16%
3. Samsung 12%
4. Mediatek
5. Broadcom

**ARM Royalties**

| CUSTOMER | 1Q12 | 2Q12 | 3Q12 | 4Q12 | FY12 | 1Q13 |
|---|---|---|---|---|---|---|
| Samsung | 14,229 | 21,833 | 24,900 | 22,128 | 83,084 | 17,914 |
| **Qualcomm** | **12,095** | **11,412** | **11,228** | **11,742** | **46,477** | **16,260** |
| Mediatek | 7,454 | 6,964 | 8,980 | 12,300 | 35,698 | 12,822 |
| Broadcom | 5,471 | 5,692 | 6,127 | 7,356 | 24,648 | 7,323 |
| Marvell | 5,300 | 6,064 | 6,267 | 5,734 | 23,365 | 5,701 |
| ST | 4,110 | 2,946 | 4,200 | 4,676 | 15,934 | 4,556 |
| TI | 5,033 | 3,492 | 3,125 | 3,206 | 14,856 | 3,354 |

CONFIDENTIAL The Architecture for the Digital World® ARM®

# Environment to doing a deal

- Qualcomm concerns
  - Total reliance on ARM Architecture
  - Fair pricing based on position in Market
  - Business continuity concern
  - Access to ARM Technology
  - ARM Response Times and commitment to QC




- ARM Concerns
  - Our limitation of liability to QC (was unlimited)
  - New covenant not to assert (better cover)
  - Linking to a reviewers agreement for Technology discussions
  - Getting there commitment to next generations of ARM Architecture
- Negotiation
  - Long drawn out 2.5 yr protracted negotiation/extreme paranoia by QC

CONFIDENTIAL The Architecture for the Digital World® ARM®

# Qualcomm ALA

- Subscription to Architectures for 15 years : i.e "V8 and "V8 Next"
  - V6,V7 moved under new agreement (already paid)
- $40.250M license fee,
  - one time term option to extend 5 years for existing Technology.
- Business Continuity
  - Obligation to deliver all Extensions and Updates with the period
    - Serious financial penalty for non delivery. (Royalties -> 0 for 5 years)
  - Terms apply to ARM and any successor to ARM.
  - Cannot change non financial terms for 5 years, then can give notice.
  - If we offer Pre-EAC Manufacturing rights to anyone else they get them
- Warranty from EAC till production
  - Escalation procedure for fixing of errors
  - Consequence of non remedy:- Scaling penalty overtime (return of license fee)
- Support and Maintenance response times
  - Escalation procedure, timescale, then return of s&m fees.

# The Representation/warrantee

- Wording for "best deal at time of signing" (with carves)




CONFIDENTIAL The Architecture for the Digital World ARM

# Liability and protection

- Per claim (fees paid, with some carves) and aggregate Limitation of liability cap introduced (2x fees)
- Introduction of Covenant not to assert patents (CNTA)
- Benchmarking/Marketing protection
  - Only allowed to compare with ARM at the system on chip level not a direct QC Architecture Core to ARM core

# Royalties

| Processor | Royalty Scheme | Volume Tiers | Fixed rate — Number of Integer CPU: 1 | 2 | 3 | 4 | 5 | N | ASP above $75 — Number of Integer CPU: 1 | 2 | 3 | 4 | 5 | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V7 Architecture | **Fixed unless combined with a V8 Core in a chip and >$75** | >0 | $0.06 | $0.09 | $0.11 | $0.12 | $0.14 | N x $0.06 x 0.45 | NA | NA | NA | NA | NA | NA |
| V8 Architecture | **Fixed if ASP <$75** | 0 to 200M | 0.09 | $0.14 | $0.16 | $0.18 | $0.20 | N x $0.09 x 0.45 | 0.25% | 0.50% | 0.75% | 1% | 1.25% | 1.25% |
| | **%ASP if >$75** | 200M-550M | 0.08 | $0.12 | $0.14 | $0.16 | $0.18 | N x $0.08 x 0.45 | | | | | | |
| | | >550M | 0.075 | $0.11 | $0.14 | $0.15 | $0.17 | N x $0.075 x 0.45 | | | | | | |
| V8 Next Architecture | **Fixed if ASP <$75** | 0 to 200M | 0.09 | $0.14 | $0.16 | $0.18 | $0.20 | N x $0.09 x 0.45 | 0.25% | 0.50% | 0.75% | 1% | 1.25% | 1.25% |
| | **%ASP if >$75** | 200M-550M | 0.08 | $0.12 | $0.14 | $0.16 | $0.18 | N x $0.08 x 0.45 | | | | | | |
| | | >550M | 0.075 | $0.11 | $0.14 | $0.15 | $0.17 | N x $0.075 x 0.45 | | | | | | |

CONFIDENTIAL The Architecture for the Digital World® ARM®

# Outcome and Ongoing Issues ALA

- It Finally Signed !!! After 10 quarters

- We need to make sure that we keep track that QC has **all** of the deliverables for V7, V8, extensions plus updates, we **cannot** lapse
- We need to have a process put in place to track and assess our performance with respect to support an maintenance requests

- Plan:-
  - Set up a taskforce with the aim to have a mechanism to check these.. Should involve Account Manager, Licensing, Support, Project Management, DMS/Operations + Representative from Architecture team at a minimum.

CONFIDENTIAL The Architecture for the Digital World® ARM

# Qualcomm TLA

- Old 27 amendment TLA structure replaced with TLA and Annexes
- Common Master Royalty document
- Guaranteed LUL of EAC Implementation Core Technology
- **Intentional** Failure to Deliver Licensed ARM Technology
  - Results in Royalty Rates under the TLA and the ALA, going to $0 for a period of 5 years from the date of the expiration of the Delivery Cure Period
- Failure to Resolve S&M Error in Accordance with Error Resolution Deadline Results in Refund of the Annual S&M Fees
- Failure to Cure Warranty Defect Within 120 days Post Receipt of Notice Results in Refund of the License Fees for Applicable ARM Technology
- Limitation of Liability
  - Per Event Limitation of Liability for Patent Claims Capped at the Greater of (i) License Fees Under the Annex 1 and (ii) $5,000,000. Aggregate Limitation of Liability for Patent Claims Capped at Greater of (i) Two Times License Fees Under the Annex 1 and (ii) $10,000,000.
  - No Limitation of Liability for Copyright, Trade Secret, Know-How, Mask Work, Trademark or Other Non-Patent Intellectual Property
- Restriction on Qualcomm's Benchmarking Contingent Upon ARM Using Reasonable Efforts to Include Same Restrictions For Other Licensees

CONFIDENTIAL The Architecture for the Digital World® ARM

# Business Continuity Quoting clause

- ARM's Obligations in Response to a response to an Initial and Subsequent Request for a proposal:
- 
- Initial Request:
  - Determine Previous Best Deal with Lowest Royalty Rate: ARM will investigate and determine the ARM license agreement with a third party for the same ARM Implementation Core, in effect on the date of the applicable QGT request, with the lowest royalty rate previously agreed with such third party to use the same ARM Implementation Core (the "**Previous Best Deal**").
- 
  - Offer License to Same ARM Implementation Core: ARM will offer LICENSEE a license to the same ARM Implementation Core.
- 
- Offer to Licensee Must be Within 10% of Total Financial Considerations of Previous Best Deal: ARM's offer shall be for license fees and royalty rates that ARM reasonably determines, based on ARM's comparison of all financial considerations, without limitation, between the Previous Best Deal and the offer to LICENSEE (the "**Total Financial Considerations**"), are no more than 10% higher than the Previous Best Deal.
- L

# Subsequent request

- Subsequent Request at EAC Stage Where LICENSEE took a Beta License:
- If LICENSEE licenses a Beta version of an ARM Implementation Core (the "**Beta License**"), and at the time of the Subsequent Request, ARM has licensed an EAC version of the same ARM Implementation Core to a third party on terms that result in it becoming the Previous Best Deal (the "**EAC Licensee**"), then when considering the Total Financial Considerations for such Previous Best Deal pursuant to and in accordance with LICENSEE's Subsequent Request, ARM will be entitled to ignore the license fee offered to the EAC Licensee and use Qualcomm's license fee for the Beta License.
-
- Remedy at Time of Subsequent Request:
- If ARM's investigation, at the time of the Subsequent Request, determines that the Total Financial Considerations related to LICENSEE's license for the applicable ARM Implementation Core are greater than 10% higher than the Previous Best Deal, ARM shall, refund to LICENSEE any historical overpayment, and on a go forward basis, effective from the date of such determination, make the necessary adjustment to LICENSEE's royalty rate only for that applicable ARM Implementation Core so that the Total Financial Considerations related to LICENSEE's license for the applicable ARM Implementation Core are once again no more than 10% higher than the Previous Best Deal.

CONFIDENTIAL The Architecture for the Digital World ARM

# What does this mean for licensing?

- We need to keep a close eye on the license fees and royalties that we are closing, as if we fall below QC royalties and license fees within a 12 month period of Qualcomm licensing, we will have to give QC these terms, and they will get a refund of the difference.

- What Cores does it include?
  - Cortex A7, Cortex A53, and subsequent licensed cores..
  - We need to consider other models also (but we can take account of relative value)
- What do I need to consider?
  - Licence fee

| | |
|---|---|
| Cortex-A7 MP Core | 4,650,000 |
| Cortex-A7 FPU | 350,000 |
| Cortex-A7 NEON | 500,000 |
| CoreSight ETM-A7 | 250,000 |

| | |
|---|---|
| Cortex-A53 MP Core | 6,000,000 |
| Cortex-A53 FPU + NEON Extensions | 1,000,000 |
| Cortex-A53 Cryptography Extension | Included in Cortex-A53 MP Core license fee |

# What does the mean for licensing cont.

- Royalty Cortex-A7 and Cortex-A53

| Product type | | Processor | Fixed rate | | | | | | % ASP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number of Integer CPU | | | | | | Number of Integer CPU | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | N |
| Standard | **lesser of ASP and Fixed, with Floor %ASP at $5.00** | Cortex-A7 MP | $0.09 | $0.13 | $0.15 | $0.17 | $0.19 | N x $0.085 x 0.45 | 1.00% | 1.25% | 1.50% | 1.50% | 1.75% | 1.75% | 1.75% | 1.75% | additional 0.25% per each 4 CPU band |
| | **lesser of ASP and Fixed, with Floor %ASP at $5.00** | Cortex-A53 MP | $0.11 | $0.17 | $0.20 | $0.22 | $0.25 | N x $0.11 x 0.45 | 1.25% | 1.50% | 1.50% | 1.75% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
| Home Gateway | **lesser of ASP and Fixed, with Floor %ASP at $5.00** | Cortex-A5 MP | $0.06 | $0.09 | $0.11 | $0.12 | $0.14 | N x $0.06 x 0.45 | 1.00% | 1.00% | 1.25% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% |

# Summary/Actions

- ***QC Team/US Licensing***: Need to make sure that we have a monitoring process in place for tracking delivery and S&M performance for Architecture and Implementation Cores
- ***Licensing US***: Need to inform wider licensing team as new cores are added to the QC TLA, and hence have the royalty look-back quoting clause.
- ***Licensing General***: Position deals for the listed cores above the QC deal for license fees and royalty, if this cannot be achieved, escalate to Drew, and we can discuss the impact of any refund to QC.
- ***Licensing General***: Use "reasonable efforts" to have benchmarking language in contracts
- ***Licensing US***: To provide a spreadsheet Licensing to help with the comparison of royalties with QC deals