Originally Filed: September 22, 2026
Redacted Version Filed: October 1, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| v. | ) | REDACTED - PUBLIC VERSION |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | |
| Defendant. | ) | |

**[PROPOSED] JOINT PRETRIAL ORDER FOR OCTOBER TRIAL**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Jenifer N. Hartley
Erica Spevack
Leah R. Hibbler
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007

Catherine Nyarady
Jacob A. Braly
Jacob Apkon

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

William T. Marks
Adam Basner
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300

Erin E. Murphy
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

*Attorneys for Plaintiffs Qualcomm, Inc. & Qualcomm Technologies, Inc.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

September 22, 2026

**TABLE OF CONTENTS**

**Page**


I. NATURE OF THE ACTION .... 1

A. The Parties .... 1

B. The Parties' Claims and Defenses .... 2

II. JURISDICTION .... 4

III. PENDING MOTIONS .... 4

IV. CERTIFICATION OF SETTLEMENT EFFORTS .... 4

V. STATEMENT OF UNCONTESTED FACTS .... 5

VI. STATEMENTS OF CONTESTED FACTS .... 5

VII. ISSUES OF LAW .... 5

VIII. MOTIONS *IN LIMINE* .... 6

IX. EXHIBITS .... 6

A. Trial Exhibits .... 6

B. Demonstrative Exhibits .... 12

X. WITNESSES .... 14

A. In-Person Testimony .... 14

B. Testimony by Deposition .... 18

XI. STATEMENTS OF PROOF .... 22

XII. AMENDMENTS OF THE PLEADINGS .... 22

XIII. ADDITIONAL MATTERS .... 23

A. Trial Structure and Post-Trial Submissions .... 23

B. Length of Trial .... 25

C. [October Jury Trial: Jurors for Jury Trial] .... 26

D. Confidentiality .... 26

E. Set-Up of Electronic Equipment .... 28

F. Court Reporter .... 28

G. Other Stipulations .... 28

XIV. ORDER TO CONTROL COURSE OF ACTION .... 30

# TABLE OF EXHIBITS

| No. | Description |
|---|---|
| 1 | Plaintiffs' Statement of the Issues of Fact that Remain to Be Litigated |
| 2 | Defendants' Statement of the Issues of Fact that Remain to Be Litigated |
| 3 | Plaintiffs' Statement of the Issues of Law that Remain to Be Litigated |
| 4 | Defendants' Statement of the Issues of Law that Remain to Be Litigated |
| 5(a) | Plaintiffs' Motion *in Limine* No. 1, Defendants' Response Thereto, and Plaintiffs' Reply in Support Thereof |
| 5(b) | Plaintiffs' Motion *in Limine* No. 2, Defendants' Response Thereto, and Plaintiffs' Reply in Support Thereof |
| 5(c) | Plaintiffs' Motion *in Limine* No. 3, Defendants' Response Thereto, and Plaintiffs' Reply in Support Thereof |
| 6(a) | Defendants' Motion *in Limine* No. 1, Plaintiffs' Response Thereto, and Defendants' Reply in Support Thereof |
| 6(b) | Defendants' Motions *in Limine* No. 2, Plaintiffs' Response Thereto, and Defendants' Reply in Support Thereof |
| 6(c) | Defendants' Motions *in Limine* No. 3, Plaintiffs' Response Thereto, and Defendants' Reply in Support Thereof |
| 7 | Joint Trial Exhibit List |
| 8 | Plaintiffs' Exhibit List |
| 9 | Defendants' Exhibit List |
| 10 | Plaintiffs' Witness List |
| 11 | Defendants' September and October Trial Witness Lists |
| 12 | Plaintiffs' Deposition Designations |
| 13 | Defendants' Deposition Designations |
| 14 | Plaintiffs' Statement of Intended Proofs |

| No. | Description |
| --- | --- |
| 15 | Defendants' Statement of Intended Proofs |

This matter comes before the Court for a final pretrial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware. Plaintiffs Qualcomm, Inc. and Qualcomm Technologies, Inc. (collectively, "Plaintiffs" or "Qualcomm") and Defendants Arm Holdings plc[1] and Arm Ltd. (collectively, "Defendants" or "Arm"), by their undersigned counsel, collectively submit this Joint Proposed Pretrial Order for the October trial pursuant to Rule 16.3, the Scheduling Order entered in this case on July 29, 2026 (D.I. 883), the Stipulation entered on September 3, 2026 (D.I. 936), and the Court's September 17, 2026 Minute Order. The parties have attempted in good faith to reach consensus on the following issues. To the extent the parties had differing positions, each party's respective proposal is explained for the Court's consideration. A pretrial conference for the jury trial is scheduled for September 28, 2026 at 2:00 p.m. D.I. 883. A jury trial in this case is set to begin on October 5, 2026, with jury selection to take place on October 2, 2026. D.I. 883.

# I. NATURE OF THE ACTION

## A. The Parties

1. Plaintiff Qualcomm Inc. is a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California 92121.

2. Plaintiff Qualcomm Technologies, Inc. is a wholly-owned subsidiary of Qualcomm Inc. and a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California 92121.

[1] The operative complaint against Arm Holdings is styled as "Arm Holdings plc f/k/a Arm Ltd." Arm has objected to the use of the full styling in this Joint Pretrial Order. For purposes of this Order only Qualcomm has agreed to this edit.

3. Defendant Arm Holdings plc is a corporation organized under the laws of England and Wales with its principal place of business in Cambridge, United Kingdom, and is a resident or domiciliary of the United Kingdom. Arm Holdings plc is the parent company and controlling shareholder of Arm Ltd. Softbank Group Corp. owns 10 percent or more of Arm Holdings plc's stock.

4. Defendant Arm Ltd. is a corporation organized under the laws of England and Wales with its principal place of business in Cambridge, United Kingdom, and is a resident or domiciliary of the United Kingdom. Arm Ltd. is a wholly-owned subsidiary of Arm Holdings plc.

**B. The Parties' Claims and Defenses**

5. On April 18, 2024, Qualcomm filed this action against Arm Holdings plc D.I. 2. Qualcomm filed its First Amended Complaint on December 16, 2024 (D.I. 36), and its operative Second Amended Complaint on June 3, 2025 (D.I. 137). Qualcomm's operative complaint against Arm Holdings plc alleges eight counts: 1) declaratory judgment, 2) breach of Section 5.1 of the Qualcomm Architecture License Agreement ("ALA"), 3) breach of the implied covenant of good faith and fair dealing, 4) intentional interference with prospective economic advantage, 5) negligent interference with prospective economic advantage, 6) violations of the California Unfair Competition Law ("UCL"), 7) breach of Section 8.1B of the Qualcomm Technology License Agreement ("TLA"), and 8) breach of Section 8.1D of the Qualcomm TLA.

6. Qualcomm filed its original complaint against Arm Ltd. on January 8, 2026 (C.A. 26-20 D.I. 2) and its operative Amended Complaint on March 30, 2026 (D.I. 765).

7. Both complaints against Arm Ltd. allege the same claims Qualcomm brought in its operative complaint against Arm Holdings plc. In addition, Qualcomm alleges in Count IX that Arm Ltd. breached Section 14.1B(1) of the ALA.

8. Qualcomm alleges in Count II that Arm breached Section 5 of Qualcomm's ALA by withholding Arm Technology, specifically OOBs and ACK patches, that Qualcomm was entitled to under the ALA. Qualcomm alleges in Count IX that Arm Ltd. additionally breached Section 14.1B(1) by failing to negotiate in good faith over the terms and conditions for a license to v10 of the Arm architecture following Qualcomm's election to extend its ALA to cover v10. Qualcomm further alleges in Counts VII and VIII that Arm breached Qualcomm's TLA by failing to follow contractual requirements for making offers for Qualcomm to license Arm Implementation Cores. Qualcomm further alleges in Count III that Arm breached the implied covenant of good faith and fair dealing inherent in the TLA by failing to provide good faith licensing proposals for certain peripheral IP. Qualcomm additionally alleges in Counts IV and V that Arm interfered with Qualcomm's prospective economic advantage from its relationship with customers including Meta, and in Count VI that Arm engaged in unfair and unlawful conduct prohibited by the UCL as it engaged in a course of conduct to impair Qualcomm's ability to deliver CPUs and diminish competition for Arm's own products.

9. On June 17, 2025, Arm Holdings plc filed its answer and defenses to Plaintiffs' Second Amended Complaint. D.I. 234. Arm Holdings plc raised the following defenses: failure to state a claim; waiver/estoppel/laches/acquiescence; unclean hands; limit on damages; compulsory counterclaims/res judicata/collateral estoppel; *Noerr-Pennington* doctrine and California litigation privilege; statute of limitations; freedom of speech and freedom to petition; preclusion; failure to mitigate; and unenforceability of Qualcomm ALA and TLA provisions under California Civil Code § 1671(b). On April 13, 2026, Arm Ltd. filed its answer and defenses to Plaintiffs' Amended Complaint, asserting the same list of defenses, plus an additional preclusion defense. D.I. 773. Defendants have not brought any counterclaims.

10. Arm alleges in its first defense that Qualcomm fails to state a claim upon which relief can be granted because, among other things, Arm Holdings plc is not a party to the Qualcomm ALA or TLA, and the Qualcomm ALA and TLA either expressly permitted or does not apply to Arm Ltd.'s alleged conduct. Arm further alleges that Section 8.3 of the Qualcomm ALA and Section 8.3 of the Qualcomm TLA are unenforceable penalties under Cal Civ. Code § 1671(b). Arm further alleges that Qualcomm's claims are barred by the doctrines of waiver, estoppel, laches, and/or acquiescence, unclean hands, res judicata, collateral estoppel, claim splitting, the statute of limitations, and failure to mitigate based on Qualcomm's own actions and/or inactions, including Qualcomm's delay in bringing its claims, its failure to assert all claims arising out of the same transaction and occurrence in the same action, and its own publication of non-public litigation materials. Arm further alleges that Qualcomm's claims are barred by the *Noerr-Pennington* doctrine and the California litigation privilege, because Arm's alleged conduct, including the October 22, 2024 notice of material breach of the Qualcomm ALA and any alleged publicizing of that notice, is protected litigation conduct under these doctrines.

## II. JURISDICTION

11. The jurisdiction of the Court is not disputed and is proper under 28 U.S.C. § 1332. The parties do not dispute personal jurisdiction or venue for purposes of this action.

## III. PENDING MOTIONS

12. The parties are submitting fully briefed motions *in limine* as **Exhibits 5(a)-(c)** and **6(a)-(c)** to this joint pretrial order. There are otherwise no motions pending as of the submission of this joint pretrial order.

## IV. CERTIFICATION OF SETTLEMENT EFFORTS

13. The parties hereby certify that they have engaged in a good-faith effort to explore resolution of the controversy by settlement, including through a formal mediation conducted by

the Hon. Jose L. Linares (Ret.) in May 2025. The parties further certify that they engaged in a good-faith effort to explore resolution of the controversy by settlement through a formal mediation conducted by the Hon. Andrea L. Rocanelli (Ret.) on September 14, 2026.

## V. STATEMENT OF UNCONTESTED FACTS

14. Pursuant to Local Rule 16.3(c)(3), the parties have no facts that are admitted and require no proof.

## VI. STATEMENTS OF CONTESTED FACTS

15. Plaintiffs' statement of the issues of fact that remain to be litigated is attached as **Exhibit 1**.

16. Defendants' statement of the issues of fact that remain to be litigated is attached as **Exhibit 2**.

17. If the Court determines that any issue identified in a party's statement of issues of fact that a party contends remains to be litigated is instead more properly considered an issue of law that remains to be litigated, it should be so considered.

## VII. ISSUES OF LAW

18. Plaintiffs' statement of the issues of law that remain to be litigated is attached as **Exhibit 3**.

19. Defendants' statement of the issues of law that remain to be litigated is attached as **Exhibit 4**.

20. If the Court determines that any issue identified in a party's statement of issues of law that a party contends remains to be litigated is instead more properly considered an issue of fact that remains to be litigated, it should be so considered.

## VIII. MOTIONS *IN LIMINE*

21. Plaintiffs' motions *in limine*, Defendants' responses thereto, and Plaintiffs' replies in support thereof are attached as **Exhibits 5(a)**, **5(b)**, and **5(c)**.

22. Defendants' motions *in limine*, Plaintiffs' responses thereto, and Defendants' replies in support thereof are attached as **Exhibits 6(a)**, **6(b)**, and **6(c)**.

## IX. EXHIBITS

### A. Trial Exhibits

23. The parties' list of joint exhibits that either party may offer without objection at trial is attached as **Exhibit 7**.

24. Plaintiffs' separate list of exhibits that they intend to offer at trial, except demonstrative exhibits and exhibits to be used solely for impeachment, including Defendants' objections, is attached as **Exhibit 8**.

25. Defendants' list of exhibits that they intend to offer at trial, except demonstrative exhibits and exhibits to be used solely for impeachment, including Plaintiffs' objections, is attached as **Exhibit 9**.

26. The parties reserve all rights to supplement, modify, and/or amend their exhibit lists at any time prior to the filing of the Joint Pretrial Order or as otherwise appropriate, including in response to rulings by the Court (including on any pending motions and/or on any motions *in limine*). Parties should not be presenting new arguments for the first time at trial. Each party reserves the right to object to the other party presenting new arguments at trial and, if necessary, to request the right to present rebuttal evidence, including by additional trial exhibits, on good cause shown. The parties reserve the right to use and/or seek the admission of any exhibit on another party's trial exhibit list. The parties reserve the right to rely on any document, even if not offered as evidence, relied upon by any of the parties' experts, and any table or summary prepared

by their experts. The parties reserve the right to use additional exhibits to impeach a witness. The parties reserve the right to correct any entry on their respective exhibit lists, attached as **Exhibit 8** and **Exhibit 9**, that may contain inadvertent errors. The parties reserve the right to present an enlarged version of any document at trial. Each party further reserves the right to challenge and object to another party's use of any exhibits on its exhibit list. The parties also reserve the right to challenge and object to another party's use of any exhibit if the offering party fails to lay a proper foundation (except as otherwise stipulated). By including exhibits on **Exhibit 8** and/or **Exhibit 9**, the parties do not waive any objections to the admissibility of any exhibits. **[Arm's Proposal:** A party's decision not to object on a certain basis to an exhibit introduced during the bench trial does not waive that party's right to object to that exhibit on that basis during the jury trial.**]**

27. The parties reserve the right to use a document in color even if the document was included in only a black and white version on an exhibit list, provided the color copy **[Arm's Proposal:** was produced in discovery and**]** is identified and made available to the other party sufficiently in advance of (e.g., at least the night before) any such use. For exhibits on the parties' list of exhibits that include a deposition stamp, the parties reserve the right to use such exhibits without the deposition exhibit number. The parties shall each provide a completed AO Form 187 exhibit list to the Court on the first day of trial. Plaintiffs shall provide a completed AO Form 187 exhibit list for the parties' joint exhibits. By 12:00 noon ET on October 2, 2026, the parties shall provide the Courtroom Deputy with a flash drive containing in a single folder electronic versions of all trial exhibits on the parties' individual and joint exhibit lists for the jury trial. The trial exhibits must be labeled with JTX, DTX or PTX prefixes with exhibit numbers, and the trial exhibits must be organized in a single folder.

28. At the beginning of each trial day, the parties shall provide to the Court's Judicial Administrator and Courtroom Deputy electronic copies of witness binders containing the exhibits and demonstratives (if any) to be used on direct examination and cross-examination of any witness expected to be called that day, including any deposition transcripts or expert reports to be used with witnesses. The parties agree to provide two (2) physical copies of the witness binder to opposing counsel for each fact and expert witness for both direct examination and cross-examination immediately prior to the respective examination beginning. Physical copies of direct and cross-examination binders must be provided to the witness at the start of the respective witness examination. This paragraph does not apply to source code.

29. Exhibits not objected to that are used with a witness at trial and admitted into evidence will be received into evidence by operation of the Final Pretrial Order without the need for additional foundational testimony. Nothing herein shall be construed as a stipulation or admission that any document is entitled to any weight in deciding the merits of this case. Exhibits not objected to or for which the Court has resolved such objections in favor of the party moving to admit the exhibit may be introduced via video deposition testimony and may be published to the factfinder contemporaneously with the playing of the video deposition testimony. Any party that has used an exhibit with the deponent and wishes that exhibit to be admitted into evidence must formally move the exhibit into evidence, by exhibit number, once the playing of the video deposition testimony is complete.

30. Except for the foregoing paragraph regarding playing of video deposition testimony, and provided below with respect to opening statements, exhibits may not be published, displayed, or otherwise shown to the factfinder until after they have been admitted into evidence. No exhibit will be admitted unless offered into evidence through a witness, including an expert

witness, who must at least be shown the exhibit. Except as provided with respect to opening statements, exhibits may not be published, displayed, or otherwise shown to the factfinder until after the Court allows such publication or display. Counsel for either party may publish previously admitted exhibits to the factfinder without requesting permission to do so.

31. The listing of a document on a party's exhibit list is not an admission that such document is relevant or admissible when offered by the opposing party for the purpose that the opposing party wishes to admit the document. The parties reserve the right to object to the relevance or admissibility of any evidence offered by another party, at the time such evidence is offered, in view of the specific context in which such evidence is offered.

32. The parties agree that any description of a document or other material on an exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the document or its contents.

33. Even if not separately listed on its own exhibit list, a party may introduce any exhibit from any other party's trial exhibit list, subject to any appropriate objections from the opposing party, even if such objection was not previously noted on the exhibit lists.

34. The parties agree that if any party removes or otherwise withdraws an exhibit from its exhibit list, another party may amend its exhibit list to include that same exhibit. The parties also agree that the parties can make objections to such exhibits, other than an objection based on untimely listing.

35. A party will provide an identification of all exhibits to be used in connection with any direct examination by 8:00 p.m. ET two (2) calendar days before their intended use. This shall include any exhibits to be used in a demonstrative. The party objecting to any exhibits will provide its objections and a brief indication (i.e., no more than one sentence per objection) of the basis for

each objection in writing no later than **[Qualcomm's Proposal:** 11:00 pm ET that evening**]** **[Arm's Proposal:** 7:00 a.m. ET the next calendar day (one (1) calendar day before the exhibit's intended use)**]**. The parties will meet and confer regarding any objections by 10:00 p.m. ET **[Qualcomm's Proposal:** the next evening**]** **[Arm's Proposal:** that evening**]** (one (1) calendar day before). If good-faith efforts to resolve the objections fail, the offering party will provide its brief response (i.e., no more than one sentence per objection) in writing by 11:00 p.m. ET that evening for any unresolved objections. At or before 7:00 a.m. on the day of the direct examination, the party objecting to the exhibits shall submit an email to the Court's Judicial Administrator and Courtroom Deputy with the objections and responses exchanged by the parties, as modified by each party after the meet and confer. Should exhibits need to be added based on testimony in Court or a Court ruling after the two (2) calendar day exchange, the parties will promptly supplement their exhibits and disclose any new exhibits by 7:00 p.m. the night before the intended use of any supplemental exhibit. The non-supplementing party may object by 9:00 p.m. ET that evening, and the parties will meet and confer regarding any objections by 10:00 p.m. ET that evening. The parties agree that any such changes should be very limited in scope and result in few, if any, exhibits being added. The foregoing provisions do not apply to exhibits to be used during cross-examination, or during direct examination of an adverse witness. During a re-direct examination, exhibits not otherwise exchanged or already used with the witness may be used so long as they are used to respond to an issue raised during cross-examination. The party that conducted the cross-examination reserves all rights to object to any exhibit not previously identified for use with the witness.

36. The parties shall make available for inspection, at a mutually convenient time and location, any physical exhibits to be used at trial, labeled with an exhibit number, at least five (5)

days before the first day of trial. The parties agree to exchange any objections to physical exhibits at least three (3) days before the first day of trial.

37. The exhibit prefixes shall be: "JTX" for exhibits on the Joint Exhibit List; "PTX" for exhibits on Plaintiffs' Exhibit List; and "DTX" for exhibits on Defendants' Exhibit List. The parties will exchange final digital copies of their respective marked exhibits by September 24, 2026.

38. Complete legible copies of documents may be offered and received in evidence to the same extent as an original unless a genuine question is raised as to the authenticity of the original, or in the circumstances it would be unfair to admit the copy in lieu of the original.

39. The parties agree that documents are *prima facie* genuine and authentic and are business records, prepared in the ordinary course of business on or about the dates reflected on the document, of the party who prepared the document, provided that the document was produced in this case from a party's or related party's files, or from a third-party in response to a subpoena issued in this case, and appears on its face to have been authored by an employee, officer, or agent of the party whose business record it is. The parties reserve the right with respect to individual documents to adduce proof to the contrary or to require that the offering party provide authenticating evidence if the opposing party has a reasonable basis to believe the document is not authentic or not a business record of a party and if an appropriate objection was made by the party on the exhibit lists attached to this Pretrial Order. This stipulation shall not be deemed or interpreted as a waiver of any other objections a party may have, including as to use, or a stipulation that any document is admissible into evidence.

40. Summary exhibits pursuant to Rule 1006 of the Federal Rules of Evidence to be used in connection with the direct examination of a witness must be **[Arm's Proposal:**

(i) disclosed on the parties' respective exhibit lists, attached as **Exhibit 8** and **Exhibit 9**, where the exhibits' use is anticipated prior to trial; or (ii) agreed to by both parties where the exhibits' use is unanticipated prior to trial**]** **[Qualcomm's Proposal:** any time prior to October 3, 2026 at 8:00 p.m. ET for the jury trial.**]**. The exchange and dispute-resolution process for Rule 1006 exhibits will be the same as for other exhibits. Rule 1006 summary exhibits shall consist only of summaries of exhibits included on the parties' exhibit lists submitted herewith.

**B. Demonstrative Exhibits**

41. Exhibits that the parties intend to use at trial solely for demonstrative purposes without admitting into evidence ("demonstrative exhibits") do not need to be included on the parties' respective exhibit lists that are part of this Final Pretrial Order.

42. Plaintiffs' demonstratives will be identified with PDX numbers.

43. Defendants' demonstratives will be identified with DDX numbers.

44. The parties will exchange demonstratives intended for use in opening statements (including citations to any exhibits referenced by the demonstratives) by 7:00 p.m. ET the day before opening statements. The parties will provide any objections to such demonstratives by 9:00 p.m. ET in writing on the same day, including a brief indication (i.e., no more than one sentence per objection) of the basis for each objection. The parties will meet and confer regarding any objections by 10:00 p.m. ET that evening. If good-faith efforts to resolve the objections fail, the offering party will provide its brief response (i.e., no more than one sentence per objection) in writing by 11:00 p.m. ET that evening for any unresolved objections. At or before 7:00 a.m. on the day of opening statements, the party objecting to the demonstratives shall submit an email to the Court's Judicial Administrator and Courtroom Deputy with the objections and responses exchanged by the parties, at 9:00 p.m. ET and 11:00 p.m. ET, as modified as a result of the meet and confer.

45. **[Qualcomm's Proposal:** The parties will exchange demonstratives intended for use in closing statements during the jury trial at an agreed upon time prior to closing statements. The parties will provide any objections to such demonstratives by an agreed upon time shortly thereafter. The parties will then meet and confer regarding any unresolved objections. If good-faith efforts to resolve the objections fail, the objecting party shall raise its objections with the Court.**] [Arm's Proposal:** There will be no exchange of demonstratives for closing arguments.**]**

46. A party will provide demonstratives to be used in connection with direct examination, and any uncontested facts that the party intends to read to the jury or the Court, by 7:00 p.m. ET the night before their intended use. The party objecting to any such demonstratives, or the reading of any such uncontested facts, will provide its objections and a brief indication (i.e., no more than one sentence per objection) of the basis for each objection in writing no later than 9:00 p.m. ET that evening. The parties will meet and confer regarding any objections by 10:00 p.m. ET that evening. If good-faith efforts to resolve the objections fail, the offering party will provide its brief response (i.e., no more than one sentence per objection) in writing by 11:00 p.m. ET that evening for any unresolved objections. At or before 7:00 a.m. on the day of the direct examination, the party objecting to the demonstratives and/or reading of any uncontested facts shall submit an email to the Court's Judicial Administrator and Courtroom Deputy with the objections and responses exchanged by the parties, at 9:00 p.m. ET and 11:00 p.m. ET, as modified as a result of the meet and confer.

47. The party seeking to use demonstratives will provide a color representation of the demonstrative to the other side in PDF format. The parties agree that they will use best efforts to provide PowerPoint/presentation demonstratives in substantially the same order and form that they will appear in during the presentation, and without additional slides that the party has no reasonable

intention of using. However, for video or animations, the party seeking to use the demonstrative will provide an electronic copy to the other side, for example, by FTP transfer or secure file-sharing site. For physical demonstratives of uncommon size, the party seeking to use the demonstrative will provide a color representation as a PDF or 8.5 x 11-inch copies of the demonstrative and provide the opposing party an opportunity to inspect the physical demonstrative. Absent party agreement to the contrary, demonstratives are to be used for illustrative purposes only and will not be entered into evidence. The parties do not waive any objection to the admissibility of evidence cited or referenced in any demonstrative exhibit.

48. The foregoing provisions regarding exchanges do not apply to demonstratives to be used for cross examination, demonstratives to be used during direct examination of an adverse witness, or demonstratives created during testimony, none of which need to be provided to the other side in advance of their use. In addition, a demonstrative that during the course of a witness examination merely enhances **[Qualcomm's Proposal:** one or more exhibit(s)**]** **[Arm's Proposal:** no more than two exhibits**]** through calling out, highlighting, or blowing up the exhibit (or portions thereof), is not required to be provided to the other side in advance of its use except that the underlying exhibit must be disclosed as required by the exhibit exchange set forth herein in paragraph 35. For the avoidance of doubt, any premade demonstratives must be disclosed pursuant to the procedure set forth herein in paragraph 46. The parties agree that the demonstratives that the parties intend to use at trial do not need to be included on their respective exhibit lists that are part of this Joint Pretrial Order.

## X. WITNESSES

### A. In-Person Testimony

49. Plaintiffs' list of witnesses that they intend to call at trial to testify and Defendants' objections to Plaintiffs' witness list is attached as **Exhibit 10**.

50. Defendants' lists of witnesses that they intend to call at the bench and jury trials to testify in person and Plaintiffs' objections to Defendants' witness list is attached as **Exhibit 11**.

51. Should the party that intends to call a fact witness identified in **Exhibits 10 and 11** as testifying live at trial demonstrate that the fact witness has become unavailable, as that term is defined in the Federal Rules of Civil Procedure 32(a)(4) and Federal Rules of Evidence 804(a), the parties may, with leave of Court on good cause shown, amend their deposition designations to include designations of specific pages and lines of deposition transcript that they intend to read or play in lieu of the witness's appearance in person at trial. The party calling such a witness by deposition must promptly provide an explanation of the changed circumstances and the proposed deposition designations to the other party. Such other party reserves all rights to object to the use of such deposition testimony, including on the grounds that the witness is not unavailable, the unavailability was foreseeable, or because untimely deposition designations will cause it unfair prejudice. A party shall immediately notify the other party and the Court in the event it learns that a witness has become unavailable and allow the other party sufficient time to prepare objections and any counter-designations to such deposition testimony.

52. Any witness not listed in the parties' witness lists will be precluded from testifying absent leave of Court on good cause shown.

53. Each party shall identify the witnesses it intends to call, whether they will be called live or by deposition, and the order in which they will be called by no later than 8:00 p.m. ET two (2) calendar days before the trial day on which the witnesses are anticipated to be called to testify. The other party shall identify any objections to such witness(es) and a brief indication (i.e., no more than one sentence per objection) of the basis for each objection in writing by 9:00 p.m. ET the day before the trial day on which the witness(es) will be called to testify. The parties will meet

and confer to resolve any objections by 10:00 p.m. ET that evening. If good-faith efforts to resolve the objections fail, the offering party will provide its brief response (i.e., no more than one sentence per objection) in writing by 11:00 p.m. ET that evening for any unresolved objections. At or before 7:00 a.m. on the day the witness(es) will be called to testify, the party objecting to any witness shall submit an email to the Court's Judicial Administrator and Courtroom Deputy with the objections and responses exchanged by the parties at 9:00 p.m. ET and 11:00 p.m. ET. To the extent a party needs to change its anticipated witness order **[Qualcomm's Proposal:** or decides not to call an anticipated witness**]**, that party will update the list provided to the other party by 8:00 p.m. ET the day before the witness(es) will be called to testify. Witnesses whose testimony will be presented via deposition must also be disclosed according to the schedule set forth in Section X.B.

54. Pursuant to Federal Rule of Evidence 615, fact witnesses (other than one designated corporate representative per side) may not be present in the courtroom (including for opening statements) or review the testimony of other witnesses before they testify. The parties agree that a single corporate representative per side may sit at counsel table, or elsewhere in the courtroom, and need not be sequestered. The parties will identify their respective corporate representatives in advance of trial and will discuss any objections as needed. Expert witnesses are not excluded from the courtroom for either fact or expert testimony.

55. An offering party may discuss with a witness his or her testimony while on direct examination, including during adjournments in the trial, breaks during the trial day, and overnight. An offering party may not discuss with a witness his or her testimony while the witness is tendered for cross-examination, including during adjournments in the trial, breaks during the trial day, and overnight. Once cross-examination of a witness is concluded and the witness is passed for re-direct

examination, the offering party may discuss with the witness his or her testimony while on re-direct examination. An adverse witness on direct examination is considered to be on "cross-examination" for purposes of this paragraph. Likewise, once an adverse witness is passed for cross-examination, he or she is considered to be on "direct examination" for purposes of this paragraph.

56. For the convenience of witnesses, and to streamline trial, the parties agree that for any witness who testifies live at trial, barring a showing of good cause: (a) the witness will be called only once; and (b) the party that does not call the witness may exceed the scope of the calling party's direct examination of the witness on cross-examination if the witness is on the opposing party's will call list; and (c) the witness can be presented by deposition by the non-calling party, only for purposes of impeachment **[Arm's Proposal:** or Rule 30(b)(6) testimony**]**.[2]

57. Any objections to expert testimony as outside the scope of prior expert disclosures shall be taken up at trial when such testimony is sought to be introduced, and a failure to object to expert testimony as beyond the scope of prior expert disclosures at that time waives the objection as to that testimony. The time taken to argue and decide such objections will be charged to the losing party. Notwithstanding the foregoing, to the extent the parties anticipate that there may be an issue with an expert testifying outside the scope of the expert's prior expert disclosures, the

[2] **Arm's position:** Arm has designated deposition testimony given as Rule 30(b)(6) testimony and contends that it is entitled to play testimony given on behalf of the company as opposed to any individual witness.

**Qualcomm's position:** Arm has not designated any deposition testimony as Rule 30(b)(6) testimony, as the deposition transcripts are not clearly delineated as to which testimony was given as Rule 30(b)(1) and Rule 30(b)(6) testimony. Should Arm attempt to designate any of its deposition designations as Rule 30(b)(6) testimony, Qualcomm reserves the right to object based on topic and scope.

parties should meet and confer and if they are unable to resolve the issue, raise it with the Court in the daily dispute procedures.

58. Before each expert testifies, the parties shall provide two (2) copies of that expert's report(s) without exhibits to the Court. However, the expert report(s) may be used at trial solely for the purpose of illustrating that something was or was not in an expert report and/or for impeachment. An expert report may not be introduced at trial as evidence itself or in lieu of expert testimony.

**B. Testimony by Deposition**

59. The testimony that Plaintiffs may offer into evidence is identified in **Exhibit 12**, along with Defendants' objections and counter-designations, Plaintiffs' objections to Defendants' counter-designations and Plaintiffs' counter-counter designations, and Defendants' objections to Plaintiffs' counter-counter designations.

60. The testimony that Defendants may offer into evidence is identified in **Exhibit 13**, along with Plaintiffs' objections and counter-designations, Defendants' objections to Plaintiffs' counter-designations and Defendants' counter-counter designations, and Plaintiffs' objections to Defendants' counter-counter designations.

61. The parties may offer some or all of the designated deposition testimony at trial. This Final Pretrial Order contains the maximum universe of deposition designations, counter-designations, counter-counter designations, and objections to deposition testimony. None of the foregoing shall be supplemented without stipulation by the parties or leave of the Court on good cause shown. A party's decision not to introduce some or all of the testimony of a witness designated herein shall not be commented upon at trial. If a party decides to play less than all of the designated testimony for a witness at trial, or to include less than all of its counter-designations, the opposing party may use such dropped testimony as counter-designations to the extent the usage

of such testimony in such manner is otherwise consistent with Fed. R. Evid. 106, Fed. R. Civ. P. 32, and any other applicable Federal Rule of Evidence or Federal Rule of Civil Procedure. The parties reserve all rights regarding the ability to object to such testimony in light of the change to the party so designating.

62. Regardless of whether deposition testimony is read or played by video, the time available for each party's trial presentation shall be reduced by the length of its designations read or played by video in court; however, the time to play counter-designations shall be charged against the time of the counter-designating party. The party calling the witness by deposition will be responsible for calculating, and will provide the Courtroom Deputy, by email or on the record, prior to the time the testimony is played, an agreed-upon accounting of the time for each party's designations based on the parties' proportional share of lines of testimony for read-in testimony and by actual time for video testimony so that the Court may accurately charge time to the designating party.

63. All irrelevant and redundant material such as objections and colloquy between counsel (except for instructions to a witness or insofar as the parties agree that the colloquy clarifies a deposition question, and to the extent the parties dispute whether the colloquy clarifies a deposition question, the party seeking to include the colloquy will raise that issue with the Court through the deposition designation dispute procedures below) will be eliminated when the deposition is read or viewed at trial.

64. When the witness is called to testify by deposition at trial, the party calling the witness shall provide the Court with electronic copies of the transcript of the designations, counter-designations, and counter-counter designations that will be read or played. The party calling the

witness will also provide a hard copy of the same to the opposing party (one copy) and the court reporter (one copy).

65. For any witness whose testimony the parties intend to present at the jury trial by deposition, the parties shall identify a list of deposition designations to be played to the factfinder and the proposed exhibits to be used in the designations by 6:00 p.m. ET four (4) calendar days before the designations are to be played to the factfinder. The party receiving the designations shall inform the opposing party of any objections and counter-designations by 7:00 p.m. ET the next calendar day (three (3) calendar days before the designations are to be played to the factfinder), including a brief indication (i.e., no more than one sentence per objection) of the basis for each objection. The designating party shall provide any objections to counter-designations and rebuttal designations by 9:00 p.m. ET that evening, including a brief indication (i.e., no more than one sentence per objection) of the basis for each objection. The parties will meet and confer regarding any objections by 10:00 p.m. ET that evening. If good-faith efforts to resolve the objections fail, any designating party will provide its brief response (i.e., no more than one sentence per objection) in writing by 11:00 p.m. ET that evening for any unresolved objections. At or before 7:00 a.m. the following day, two (2) calendar days (i.e., at least 48 hours) before the witness is to be called at trial by deposition, the objecting party shall submit an email to the Court's Judicial Administrator and Courtroom Deputy with the objections and responses exchanged by the parties, at 7:00 p.m. ET, 9:00 p.m. ET, and 11:00 p.m. ET, as modified as a result of the meet and confer. The email shall include (i) a copy of the entire deposition testimony of the witness at issue, clearly highlighting the designations, counter-designations, counter-counter designations, and pending objections; (ii) any exhibits to be introduced with the deposition testimony if there remain pending objections to the exhibits, and (iii) a cover letter clearly identifying the pending objections as well

as a brief indication (i.e., no more than one sentence per objection) of the basis for the objection and the offering party's response to it.

66. The party offering the testimony is responsible for preparing video deposition clips of all designated testimony for that witness. A copy of the video deposition clips, including counter-designation clips, shall be provided to the opposing party no later than 9:00 p.m. ET the day before the deposition testimony is expected to be played (or the party offering the testimony may state in writing that the deposition will be read into the record). The party receiving the video deposition clips shall inform the opposing party of any objections to the video no later than midnight ET that evening. The exchange format consists of (a) a download link to video file that corresponds to the video depositions clips, and (b) PDF Clip Report for each witness (cover page to include total run time, Plaintiffs' Designation Run Times, Defendants' Designation Run Times, and relevant exhibits included in the video).

67. When deposition testimony from a witness is presented at trial, all designations, including all parties' affirmative designations, counter-designations, and counter-counter designations for that witness will be played or read simultaneously in the sequence in which the testimony was originally given.

68. If applicable, a party's designation of a page and line from a particular transcript shall be automatically deemed to include any errata indicated for that page and line in the applicable errata sheets.

69. Subject to resolution of any objections and a party moving such an exhibit into evidence, if an exhibit is referenced in a deposition designation, counter-designation, or counter-counter designation, then the exhibit may be shown to the factfinder contemporaneously with the playing of the video deposition testimony and may be admitted into evidence.

70. For those witnesses whose depositions will be played or read, the parties shall be permitted to make brief transition statements to state the witness's name, position or title, and/or the entity with which he or she is associated, the date the deposition was taken, the time for which shall be charged to the party offering the witness's testimony, unless otherwise agreed to by the parties, and any mapping of the deposition exhibit number to the trial exhibit number. During transition statements, counsel shall not be permitted to state any information beyond what is set forth in this paragraph and cannot argue or comment on the evidence. The offering party shall provide the other party with the transition statement for approval at the same time as deposition designations are provided.

71. The above procedures regarding deposition designations do not apply to portions of deposition transcripts and/or video used for impeachment of a witness. Any deposition testimony may be used at trial for the purpose of impeachment, regardless of whether a party identified that testimony on its list of deposition designations, if the testimony is otherwise competent for such purpose.

72. If a party seeks to impeach a witness with prior testimony, then the witness shall be provided a copy of the transcript, including any applicable errata sheets.

## XI. STATEMENTS OF PROOF

73. Plaintiffs' Statement of Intended Proof is attached as **Exhibit 14**.

74. Defendants' Statement of Intended Proof is attached as **Exhibit 15**.

## XII. AMENDMENTS OF THE PLEADINGS

75. No parties seek to amend their pleadings at this time.

## XIII. CONDUCT OF TRIAL

### A. Trial Structure and Post-Trial Submissions

76. **Jury Trial Proceedings:** The parties agree that Qualcomm's claims for breach of Section 5.1 of the ALA (Count II), breach of the implied covenant of good faith and fair dealing related to Arm's proposals for peripheral IP (Count III), negligent and intentional tortious interference (Counts IV and V), and breach of Sections 8.1B and 8.1D of the TLA (Counts VII and VIII), and Arm's failure to mitigate defense, are to be tried to the jury.

77. **[Qualcomm's Proposal:** The jury must also determine whether Arm engaged in conduct that violates the UCL (Count VI) as part of determining whether Arm engaged in tortious interference (Counts IV and V). D.I. 858, D.I. 622 at 7-9, D.I. 938. In making this determination, the jury will consider whether Arm's conduct satisfies the elements of a UCL violation and it is accordingly entitled to hear evidence relevant to those elements (as well as all evidence relevant to the elements of the tortious interference claims themselves). *E.g.*, CACI No. 2204, Directions for Use; *Epic Games, Inc.* v. *Apple, Inc.*, 67 F.4th 946, 1000 (9th Cir. 2023) ("to support a finding of unfairness to consumers, a court uses the balancing test, which weighs the utility of the defendant's conduct against gravity of the harm to the alleged victim" (quotation omitted)). Additionally, Arm misstates the scope of Qualcomm's tortious interference claims, which are not limited to Arm's sharing of its threat to terminate Qualcomm's ALA with Bloomberg but encompass Arm's broader campaign of misleading and threatening statements directed toward Qualcomm's customers. *E.g.*, D.I. 765 ¶¶ 238, 245; D.I. 137 ¶¶ 192, 199.**]**

**[Arm's Proposal:** Qualcomm's UCL claim (Count VI) is equitable and should not be tried to the jury. To be sure, Qualcomm alleges that Arm's purported violation of the UCL establishes the independently wrongful element of its tortious interference claims. But the Court, not the jury, decides that element. *See, e.g.*, *Drink Tank Ventures LLC v. Real Soda in Real Bottles*, *Ltd.*, 71

Cal. App. 5th 528, 537–38 (2021). If the Court disagrees and holds that the jury must decide the independently wrongful element, the jury must decide only whether the specific act underlying the tortious interference claims (*i.e.*, Arm's sharing of the contents of the October 22, 2024 Notice of Breach with Bloomberg) violated the UCL. The jury does not need to decide whether other acts also violated the UCL, and it would be legal error to allow the jury to find that the independently wrongful element is satisfied based on conduct that is not at issue for the tortious interference claims. *See Drink Tank Ventures LLC v. Real Soda in Real Bottles, Ltd.*, 71 Cal. App. 5th 528, 537-38 (2021) (referring to the same "conduct" underlying the other tortious interference elements when stating the "independently wrongful" element). For example, it makes no sense to allow the jury to find the independently wrongful element satisfied based on an alleged UCL violation that has no connection to Qualcomm's relationship with Meta, such as Arm's offers for TLA implementation cores or statements Arm made years earlier to other companies (not Meta). *See Stevenson Real Est. Servs., Inc. v. CB Richard Ellis Real Est. Servs., Inc.*, 138 Cal. App. 4th 1215, 1224 (2006) ("A plaintiff need not allege the interference and a second act independent of the interference. Instead, a plaintiff must plead and prove that the conduct alleged to constitute the interference was independently wrongful, i.e., unlawful for reasons other than that it interfered with a prospective economic advantage.").**]**

78. **Further Bench Trial Proceedings**: The parties agree that Qualcomm's declaratory judgment claim concerning Arm's breach of Section 14.1B of the ALA (Count I), and Qualcomm's claim for breach of Section 14.1B of the ALA (Count IX) are to be decided by the Court. **[Qualcomm's Proposal:** Qualcomm believes it is appropriate to obtain an advisory jury verdict on these issues at the October jury trial.**]** **[Arm's Proposal:** Arm contends that the jury should not hear Qualcomm's v10-related claims. The v10-related facts are independent of the facts related to

Qualcomm's remaining contract and tortious-interference claims. Trying those facts to the jury so that the jury can render an advisory opinion will force jurors to sacrifice more of their time than necessary, will prejudice Arm, and will prolong these proceedings.**]** The parties further agree that Arm's defense concerning unclean hands should be tried to the Court. The parties believe that the Court would benefit from an evidentiary hearing with live witnesses in connection with these issues. The parties agree that all evidence admitted at the September 16-17, 2026 bench trial and October jury trial will be part of the record for any further bench trial proceedings.

79. The trial will proceed starting with Qualcomm's case-in-chief, then Arm's case-in-chief **[Qualcomm's Proposal:** and followed by Qualcomm's rebuttal case.**]** **[Arm's Proposal:** There will be no rebuttal case.**]**

80. The parties propose that the Court determine the timing and length of post-trial briefing after the jury trial concludes.

### B. Length of Trial

81. The trial will be timed. The parties request **[Qualcomm's Proposal:** 18 hours per side**]** **[Arm's Proposal:** 12 hours per side**]** for the portions of the trial the jury will hear.[3] The parties further request 4 hours per side to present evidence on the issues to be heard in October (including Qualcomm's claim for breach of ALA section 14.1 (Count IX) and Arm's equitable defenses) by the Court. Unless otherwise noted, time will be charged to a party for its opening statement, direct and redirect examination of witnesses it calls, cross-examination of witnesses called by any other party, and jury trial closing argument. Time taken for any objection made during trial will be charged **[Qualcomm's Proposal:** equally between the parties. Should the Court

[3] With this time allotment request, the parties intend for the presentation of evidence to end on Friday, October 9, with closing arguments presented the morning of Tuesday, October 13.

determine any objection was frivolous or brought in bad faith, the Court may charge the losing party with all the time dedicated to resolving the issue**]** **[Arm's Proposal:** to the losing party.**]**

82. The Courtroom Deputy will keep a running total of trial time used by counsel. If a party uses all of its allotted trial time, the Court will terminate that party's trial presentation. The Court will require that each party reserves a minimum of 30 minutes for closing argument.

**C. Jurors for Jury Trial**

83. There shall be eight jurors. The Court will conduct jury selection on October 2, 2026 through the "struck juror" method, beginning with the Court reading voir dire to the jury panel in the courtroom, continuing by meeting with jurors individually or at sidebar and then addressing any challenge for cause, and concluding with peremptory strikes. The parties consent to a magistrate judge presiding over jury selection and preliminary jury instructions on October 2, 2026.

84. The parties will prepare juror notebooks to give out to the jurors at the beginning of trial. The juror notebooks shall include a pad of paper and pen for notetaking. Plaintiffs will prepare the agreed upon juror notebooks, which Defendants will have the opportunity to review and approve before they are provided to the jurors.

85. Before the case is submitted to the jury, the parties shall prepare hard copies of all admitted exhibits to be provided to the jurors at the beginning of their deliberations. Electronic only exhibits, i.e., video clips, Excel spreadsheets, etc., may be provided to the jury on a "locked-down" laptop in lieu of hard copies.

**D. Confidentiality**

86. The parties request that the trial be open to the public and not sealed unless a party or third-party requests that a particularly sensitive portion be sealed and not opened. To the extent that Qualcomm's agreements with Meta are introduced at trial, Qualcomm intends to move to seal

the courtroom for discussion of those agreements. To the extent that Arm's agreements with v10 or TLA licensees are introduced at trial, Arm intends to move to seal the courtroom for discussion of those agreements. Additionally, the parties agree to give third-parties Korn Ferry and FGS reasonable notice before using any document that Korn Ferry or FGS designated as "Highly Confidential – Attorney's Eyes Only" at trial so that Korn Ferry or FGS may move to seal if it so desires. If the Court approves any such request by any party or third-party, the courtroom will be cleared of those individuals not qualified under the Protective Order (D.I. 84), entered in this case. Notwithstanding the foregoing, each party may include one corporate representative to remain in the courtroom throughout the entirety of the trial, [**Arm's Proposal:** except to the extent that competitor v10 or TLA rates are introduced at trial], provided that representative agrees to treat any information learned during the sealed portion of the trial as Highly Confidential under the governing Protective Order.

87. Each party that intends to use demonstratives, exhibits, or enhanced documents containing source code must provide notice 24 hours in advance of its intended use.

88. Transcripts of any testimony provided while the courtroom is sealed and exhibits entered while the courtroom is sealed shall remain under seal until thirty (30) calendar days after the conclusion of the trial. The parties may designate, by page and line designations, the portions of the transcript from proceedings that they seek to have sealed or redacted, subject to Court approval. The parties agree that the transcript of any testimony provided and exhibits admitted in open court shall presumptively be public following the trial, subject to any motion to redact approved by the Court. Any Notice of Intent to Request Redaction of a transcript of open court proceedings must be filed within three calendar days of receipt of that daily transcript. Any motion to redact must be made within ten calendar days of receipt of that daily transcript.

89. For avoidance of doubt, the Protective Order remains effective at the conclusion of trial for all materials not admitted during the trial.

**E. Set-Up of Electronic Equipment**

90. The parties request that the Court grant them access to the courtroom prior to the commencement of the jury trial, at a date and time convenient to the Court, to allow them to set up electronic and computer devices to be used during the trial.

**F. Court Reporter**

91. The parties provided the Court Reporter with a glossary of terms and names on September 14, 2026. The parties do not have any additions to this glossary.

92. The parties shall review the trial transcripts and provide the Court Reporter with an errata sheet indicating any necessary corrections of the trial transcripts no later than three weeks after the parties receive the final trial transcripts. Should a party have no corrections to the trial transcripts, then the party shall file a letter with the Court so indicating.

**G. Other Stipulations**

93. The parties agree that discovery requests and responses, including requests for production, interrogatories, and requests for admissions, may be used at trial consistent with the Federal Rules of Civil Procedure and the Federal Rules of Evidence even if such responses have not been verified by the responding party. Such documents are subject to all of the requirements of listing and disclosure as any other exhibits as set forth above.

## XIV. OTHER MISCELLANEOUS ISSUES

94. The parties wish to bring to the Court's attention a dispute over how the Qualcomm plaintiff entities should be referenced in the proposed final jury instructions, as noted in the footnotes of those instructions. Qualcomm's position is that Arm has waived any defense based on Qualcomm's corporate structure or distinctions between Qualcomm Incorporated and

Qualcomm Technologies Incorporated by not raising it until the pretrial papers. *See CPC Int'l Inc.* v. *Archer Daniels Midland Co.*, 831 F. Supp. 1091, 1102-03 (D. Del. 1993) (failure to identify defense theory in response to interrogatory constituted waiver); *Exela Pharma Scis., LLC* v. *Eton Pharms., Inc., C.A.* No. 20-365-MN, D.I. 184 at 2 (D. Del. Mar. 4, 2022) (precluding prior use defense that defendant alleged for the first time in the proposed pretrial order); *Sunovion Pharms., Inc.* v. *Dey Pharma, L.P.*, C.A. No. 06-113-LPS, D.I. 520 at 82:8-83:1 (D. Del. Jan. 6, 2012) (striking a new defense raised for the first time in the proposed pretrial order). Arm has submitted multiple rounds of expert reports and answered and supplemented interrogatories since the October 2025 date Arm invokes below, without ever mentioning this purported defense. PTX-2248, PTX-2253, PTX-2315, PTX-2316. Moreover, Arm Ltd. answered Qualcomm's Complaint and First Amended Complaint in 2026, also without ever mentioning this purported defense. D.I. 757, D.I. 773. Arm's position is that Qualcomm must prove that the specific Qualcomm plaintiffs here were harmed by Arm's alleged tortious interference (and related unfair competition) conduct. That proof is necessary to establish the elements of Qualcomm's claims. As to waiver, Qualcomm did not produce documents showing that its alleged harm for its tortious interference claims affected a different Qualcomm entity until after the close of fact discovery and after expert reports were served. Qualcomm in fact did not produce several documents it intends to rely on to establish harm—documents that confirm the alleged financial harm was borne by different Qualcomm entities—until October 24, 2025. *See* PTX-2170. Regardless, it remains Qualcomm's burden to prove all elements of its claims.

95. Arm also respectfully requests that the Court rule on what Arm believes are two key threshold issues that will affect the relevant evidence, the parties' arguments, the jury instructions, and the fact findings the jury must make when completing the verdict form. First,

Arm requests a ruling on whether the *Noerr Pennington* doctrine prevents Qualcomm from making certain arguments about First Amendment-protected conduct. Second, Arm requests a ruling on whether Qualcomm may pursue its late-breaking theory, first advanced in opposition to a supplemental motion for summary judgment, D.I. 851 at 14-15, that Arm separately breached Section 5.1 of the Qualcomm ALA each time the parties communicated about the OOBs and ACK patches to which Qualcomm claims entitlement. Qualcomm disagrees that it is appropriate for the Court to rule on either of these issues, which are not subject to any pending motion, at this time. The Court has already considered Arm's arguments on the *Noerr-Pennington* doctrine and the statute of limitations for Qualcomm's ALA Section 5.1 breach claim as to Arm Ltd. in connection with Arm's motions for summary judgment, and the Court declined to grant Arm summary judgment on those issues. Aug. 19, 2026 Minute Order.

## XV. ORDER TO CONTROL COURSE OF ACTION

96. This Final Pretrial Order shall control the subsequent course of this action, unless modified by the Court to prevent manifest injustice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Jenifer N. Hartley
Erica Spevack

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.

Leah R. Hibbler
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Erin J. Morgan
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

William T. Marks
Adam Basner
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300

Erin E. Murphy
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

*Attorneys for Plaintiffs Qualcomm, Inc. & Qualcomm Technologies, Inc.*

KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

IT IS SO ORDERED this ___ day of ________, 2026.

______________________________
The Honorable Maryellen Noreika

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 1**

**PLAINTIFFS' STATEMENT OF FACTS THAT REMAIN TO BE LITIGATED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br><br>**(CONSOLIDATED)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 1: PLAINTIFFS' STATEMENT OF FACTS THAT REMAIN TO BE LITIGATED**

Plaintiffs respectfully submit the following statement of facts that remain to be litigated. Plaintiffs' statement does not address the proof that they may choose to present at trial in response to any of the claims or issues on which Defendants Arm Holdings plc f/k/a Arm Ltd. and/or Arm Ltd. (collectively, Arm, unless otherwise specified) maintain the burden of proof. By making these disclosures, Plaintiffs are not agreeing to take on the burden of proof for any issue on which Arm bears the burden of proof. Plaintiffs' statement is based on the current disposition and the status of the case and the Court's current rulings. Plaintiffs reserve the right to revise this statement in light of further decisions or orders of the Court, including without limitation any ruling on pending motions or motions *in limine*, and based on any of Arm's pretrial statements and to the extent any amendments or other alterations arise impacting the facts or issues for trial.

This statement is meant to be a high-level overview. Accordingly, Plaintiffs do not concede that the items herein are the only items that may be included in the trial of this matter. The following statements are not exhaustive, and Plaintiffs reserve the right to prove or disprove any matters identified in the parties' pleadings, contentions, interrogatory responses, and/or expert reports. Plaintiffs also intend to offer evidence as to the issues of fact and issues of law identified in the pretrial order. Plaintiffs further intend to offer evidence to rebut evidence offered by Arm, and to argue that Arm is precluded from offering evidence in support of theories and claims not adequately disclosed in accordance with the scheduling order. Plaintiffs incorporate by reference their expert reports in support of any proof to be presented by expert testimony. To the extent Plaintiffs' statement of intended proof and statement of issues of law include additional contested facts, those issues are incorporated by reference.

To the extent the Court deems any issues identified in Qualcomm's Statement of Issues of Law That Remain To Be Litigated to be issues of fact, those issues are incorporated herein by reference.

Plaintiffs have attempted to categorize their statement of contested facts into categories based on Plaintiffs' claims;;[1] however, should a fact be deemed to relate to a claim or issue other than the one it has been identified or listed under, that fact is incorporated by reference.

Unless otherwise indicated, Plaintiffs' statement of facts applies to Plaintiffs' claims against both Arm Holdings plc f/k/a Arm Ltd. and Arm Ltd.

## I. BREACH OF ALA CONTRACTUAL CLAIMS (COUNT II).

1. Whether OOBs are "Arm Technology," as that term is defined in the Qualcomm ALA and Annexes, under Section 5.1 of the Qualcomm ALA.

2. Whether ACK patches are "Arm Technology," as that term is defined in the Qualcomm ALA and Annexes, under Section 5.1 of the Qualcomm ALA.

3. Whether Arm breached Section 5.1 of the Qualcomm ALA by withholding OOBs and ACK patches from Qualcomm.

4. Whether Qualcomm was harmed by Arm's withholding of OOBs and ACK patches.

## II. TORTIOUS INTERFERENCE CLAIMS (COUNTS IV AND V)

5. Whether Qualcomm had an economic relationship with Meta and/or other third parties that contained the probability of future economic benefit to Qualcomm.

6. Whether Arm was aware that Qualcomm had an economic relationship with Meta and/or other third parties.

[1] Plaintiffs have not independently listed contested facts that relate to Count 1 (Declaratory Judgment).

7. Whether Arm intentionally or negligently engaged in conduct designed to disrupt Qualcomm's relationship with Meta and/or other third parties, or knew that interference was certain or substantially certain to occur, when it sent misleading letters to Qualcomm's customers about the parties' prior litigation, leaked a letter threatening to terminate the Qualcomm ALA, and engaged in a media campaign to spread information about the letter.

8. Whether Arm acted with reasonable care in engaging in this conduct.

9. Whether Arm's conduct caused harm to Qualcomm that outweighed the utility of that conduct or otherwise significantly threatened or harmed competition.

10. Whether Arm's conduct actually disrupted a Qualcomm economic relationship with Meta and/or other third parties.

11. Whether Qualcomm has suffered harm proximately caused by Arm's conduct.

## III. UNFAIR COMPETITION CLAIM (COUNT VI)

12. Whether Arm has significantly threatened or harmed competition through its conduct, including by: preventing Qualcomm from receiving the benefits of its contracts with Arm, including through withholding deliverables and misrepresenting that it was doing so; interfering with Qualcomm's relationships with customers and other industry participants; using its power as the sole controller of the Arm Instruction Set Architecture to take actions intended to undermine Qualcomm's business, including raising fees and rates beyond what is commercially reasonable; engaging in actions intended to eliminate chip competitors through input foreclosure; suggesting that Qualcomm's licenses could or would be terminated before their expiration date; and refusing to negotiate in good faith for a license to v10 of the Arm architecture.

13. Whether Arm's conduct violates public policy.

14. Whether the harm caused by Arm's conduct outweighs the utility of that conduct.

15. Whether Arm has engaged in unlawful conduct by interfering with Qualcomm's customer relationships.

## IV. BREACH OF SECTION 8.1B AND 8.1D OF THE QUALCOMM TLA (COUNT VII AND VIII)

16. Whether Arm breached Section 8.1B(i) of the TLA by failing to investigate and determine the third-party licensee with the lowest royalty rate for each of Hunter, Hayes, and Yamin in effect at the time of Qualcomm's April 2024 requests to license Hunter, Hayes, and August 2024 request to license Yamin.

17. Whether Arm breached Section 8.1B(ii)(a) of the TLA by making Qualcomm an offer to license Hunter, Hayes, and Yamin that was so unreasonable as to constitute a constructive failure to offer a license.

18. Whether Arm breached Section 8.1B(ii)(b) of the TLA by making Qualcomm an offer to license Hunter, Hayes, and Yamin that was not for license fees and royalty rates that were within 10% of the Previous Best Deal.

19. Whether Qualcomm's 2024 requests for a new license to Hunter, Hayes, and Yamin are subject to Section 8.1D's requirement that the material non-financial terms and conditions be substantially similar to those set forth in the TLA.

20. Whether Arm breached Section 8.1D of the TLA by making an offer that excluded support and maintenance.

21. Whether Qualcomm was harmed by Arm's breaches of Section 8.1B and 8.1D of the TLA.

## V. BREACH OF SECTION 14.1B OF THE QUALCOMM ALA (COUNT IX as to Arm Ltd.)

22. Whether Arm breached Section 14.1B of the Qualcomm ALA by stating that it did not have an obligation to negotiate a v10 license in good faith and then failing to negotiate such a license in good faith after Qualcomm made a valid election under Section 14.1B.

23. Whether Qualcomm was harmed by Arm's breach of Section 14.1B of the Qualcomm ALA.

## VI. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT III)

24. Whether Arm deprived Qualcomm from receiving a benefit of the Qualcomm TLA by refusing to provide an offer for a license to three peripheral IPs—the Generic Interrupt Controller, the Embedded Logic Analyzer, and the Memory Management Unit—and then ultimately providing an unreasonable offer.

25. Whether Arm acted fairly and in good faith in response to Qualcomm's requests to license these peripheral IPs.

26. Whether Qualcomm was harmed by Arm's failure to provide a reasonable offer for these peripheral IPs.

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 2**

**DEFENDANTS' STATEMENT OF THE ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**

**EXHIBIT 2: DEFENDANTS' STATEMENT OF THE ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

Pursuant to D. Del. L.R. 16(c)(4) and the Amended Scheduling Order (D.I. 883), Defendants Arm Holdings plc ("Arm Holdings") and Arm Ltd. respectfully submit the following issues of fact that remain to be litigated based on their current understanding of the parties' claims and defenses to date. The following statements are not exhaustive, and Arm Holdings and Arm Ltd. reserve the right to prove any matters identified in its pleadings, interrogatory responses, expert reports, or facts included in the draft statement of uncontested facts that Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") later contest. Arm Holdings and Arm Ltd. incorporate by reference their expert reports in support of any proof to be presented by expert testimony. By including an issue of fact here, Arm Holdings and Arm Ltd. do not assume the burden of proof or production with regard to the issues that are Qualcomm's burdens to prove. Nor do Arm Holdings and Arm Ltd. concede that any genuine factual dispute exists as to any of the issues identified below.

Arm Holdings and Arm Ltd. further intend to offer evidence to rebut evidence offered by Qualcomm. Arm Holdings and Arm Ltd. reserve the right to revise, amend, supplement, or modify this statement as part of the meet-and-confer process or other negotiations between the parties leading up to trial, in response to Qualcomm's pretrial disclosures and objections, including edits to the draft pretrial order by either side, in response to any pretrial rulings or further orders from the Court, and/or to address additional issues, arguments, evidence, or other developments in the case.

To the extent Arm Holdings and Arm Ltd.'s Statement of the Issues of Law That Remain to Be Litigated contains issues of fact, Arm Holdings and Arm Ltd. incorporate those issues of fact by reference. To the extent that any issue of fact Arm Holdings and Arm Ltd. identify below is more properly an issue of law, Arm Holdings and Arm Ltd. submit that those statements should

be considered to be a part of Arm Holdings and Arm Ltd.'s Statement of the Issues of Law That Remain to Be Litigated.

Arm Holdings and Arm Ltd. have attempted to categorize their statement of contested facts into categories based on Qualcomm's claims; however, should a fact be deemed to relate to a claim or issue other than the one it has been identified or listed under, that fact is incorporated by reference.[1]

## I. BREACH OF SECTION 5.1 OF THE QUALCOMM ALA (COUNT II)

1. Whether Qualcomm Inc., Qualcomm Technologies, Inc., Arm Holdings plc, and Arm Ltd. are parties to the Qualcomm ALA.

2. Whether CPU-specific out-of-box packages ("OOBs") are "ARM Technology" under Section 5.1 of the Qualcomm ALA.

3. Whether OOBs are "Updates" under Section 5.1 of the Qualcomm ALA.

4. Whether interim patches to ACK tests ("ACK patches") sent in advance of and in addition to the next quarterly ACK release are "ARM Technology" under Section 5.1 of the Qualcomm ALA.

5. Whether ACK patches are "Updates" under Section 5.1 of the Qualcomm ALA.

6. Whether Arm Holdings plc and/or Arm Ltd. breached Section 5.1 of the Qualcomm ALA by failing to use reasonable efforts to deliver to Qualcomm the "ARM Technology" on or before the delivery dates set out in Section 1 of the Armv8-A and Armv9-A Annex 1s to the Qualcomm ALA.

7. Whether Arm Holdings plc and/or Arm Ltd. breached Section 5.1 of the Qualcomm

---

[1] Arm Holdings and Arm Ltd. have not independently listed contested facts that relate to Count I (Declaratory Judgment).

ALA by failing to deliver to Qualcomm "Updates" as soon as reasonably possible after such "Updates" were made generally available by Arm Holdings plc or Arm Ltd.

8. Whether Qualcomm complied with the notice and cure provisions of Section 8 of the Qualcomm ALA with respect to each alleged breach of the Qualcomm ALA by Arm Holdings plc and/or Arm Ltd.

9. Whether Arm Holdings plc and/or Arm Ltd. cured any alleged breach of Section 5.1 of the Qualcomm ALA by delivering to Qualcomm quarterly ACK releases that contained fixes to ACK test issues.

10. Whether Qualcomm was harmed by Arm Holdings plc's and/or Arm Ltd.'s alleged breach of Section 5.1 of the Qualcomm ALA.

11. Whether Qualcomm is entitled to invoke the contractual remedy described in Section 8.3 of the Qualcomm ALA.

12. Whether the contractual remedy described in Section 8.3 of the Qualcomm ALA was intended to reasonably estimate Qualcomm's actual losses arising from a breach of Section 5.1.

13. Whether the contractual remedy described in Section 8.3 of the Qualcomm ALA bears a reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach of Section 5.1 of the Qualcomm ALA.

14. Whether the contractual remedy described in Section 8.3 of the Qualcomm ALA represents the result of a reasonable endeavor by Arm Holdings plc and/or Arm Ltd. and Qualcomm to estimate a fair average compensation for any loss that may be sustained by Qualcomm from a breach by Arm Holdings plc and/or Arm Ltd. of Section 5.1 of the Qualcomm ALA.

## II. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING AS TO THE QUALCOMM TLA (COUNT III)

15. Whether Qualcomm Inc., Qualcomm Technologies, Inc., Arm Holdings plc, and Arm Ltd. are parties to the Qualcomm TLA.

16. Whether Arm Holdings plc and/or Arm Ltd. made the GIC-700, MMU-700, and ELA-600 peripheral IP products generally available for licensing to third parties.

17. Whether Arm Holdings plc and/or Arm Ltd. offered to license the GIC-700, MMU-700, and ELA-600 peripheral IP products to Qualcomm.

18. Whether Section 8.1(F) of the Qualcomm TLA limits the license fees or royalty rates at which Arm Holdings plc and/or Arm Ltd. may offer to license the GIC-700, MMU-700, and ELA-600 peripheral IP products.

19. The harm and amount of damages, if any, associated with Arm Holdings plc's and/or Arm Ltd.'s offer to license the GIC-700, MMU-700, and ELA-600 peripheral IP products to Qualcomm.

20. Whether Arm Holdings plc's and/or Arm Ltd.'s conduct with respect to licensing of the GIC-700, MMU-700, and ELA-600 frustrated Qualcomm's right to receive the benefits of the Qualcomm TLA.

21. Whether Arm Holdings plc and/or Arm Ltd. acted in good faith with respect to licensing of the GIC-700, MMU-700, and ELA-600 to Qualcomm.

## III. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT IV)

22. Whether Qualcomm and Meta have an economic relationship with the probability of future economic benefit to Qualcomm.

23. Whether Arm Holdings plc and/or Arm Ltd. knew of Qualcomm's relationship with Meta.

24. Whether Arm Holdings plc and/or Arm Ltd. committed intentionally wrongful acts designed to disrupt Qualcomm's relationship with Meta.

25. Whether Arm Holdings plc's and/or Arm Ltd.'s conduct actually disrupted Qualcomm's relationship with Meta.

26. Whether Qualcomm was economically harmed by Arm Holdings plc's and/or Arm Ltd.'s conduct.

## IV. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT V)

27. Whether Qualcomm and Meta were in an economic relationship with the probability of future economic benefit to Qualcomm.

28. Whether Arm Holdings plc and/or Arm Ltd. knew of Qualcomm's relationship with Meta.

29. Whether Arm Holdings plc and/or Arm Ltd. knew that Qualcomm's relationship with Meta would be disrupted if Arm Holdings plc and/or Arm Ltd. did not act with reasonable care.

30. Whether Arm Holdings plc and/or Arm Ltd. acted with reasonable care.

31. Whether Arm Holdings plc's and/or Arm Ltd.'s conduct actually disrupted Qualcomm's relationship with Meta.

32. Whether Qualcomm was economically harmed by Arm Holdings plc's and/or Arm Ltd.'s conduct.

## V. VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE 17200 (COUNT VI)

33. Whether Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants violates or threatens an incipient violation of the letter, policy, or spirit of any antitrust law because the effects are comparable to or

the same as a violation of the law.

34. Whether Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants significantly threatens or harms the competitive process.

35. Whether Qualcomm can define a market that is affected by Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants.

36. Whether Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants demonstrated a willingness to forsake short-term profits.

37. Whether Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants was irrational but for any anticompetitive effect.

38. Whether, to the extent the Court holds that the UCL balancing test for consumers applies to the competitor relationship here, Arm Holdings plc and/or Arm Ltd. had a procompetitive and reasonable business interest when engaging in the alleged conduct related to contracts with Qualcomm and conversations with industry participants.

39. Whether, to the extent the Court holds that the UCL balancing test for consumers applies to the competitor relationship here, the alleged harm outweighs the procompetitive benefits of Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants.

40. Whether it increases competition and benefits consumers for Arm Holdings plc and/or Arm Ltd. to diversify and expand into new markets and product lines.

41. Whether the Arm ISA faces competition from alternative instruction set architectures, such as Intel's x86, RISC-V, and MIPS, in any market segments.

42. Whether Qualcomm faces any real and immediate threat of irreparable harm absent an injunction against unfair acts and practices.

43. Whether the harm to Qualcomm in the absence of an injunction against unfair acts and practices outweighs the harm to Arm Holdings plc and/or Arm Ltd. from imposing such an injunction.

44. Whether there is a public interest in issuing an injunction against unfair acts and practices.

45. Whether Qualcomm was harmed as a result of the alleged conduct related to contracts with Qualcomm and conversations with industry participants and the amount of that harm.

## VI. BREACH OF SECTION 8.1(B) OF THE QUALCOMM TLA (COUNT VII)

46. Whether Qualcomm Inc., Qualcomm Technologies, Inc., Arm Holdings plc, and Arm Ltd. are parties to the Qualcomm TLA.

47. Whether Qualcomm's 2024 requests for an extension of its licenses to Hunter, Hayes, and Yamin were "initial requests" or "subsequent requests" under Section 8.1(B) of the Qualcomm TLA.

48. Whether Qualcomm made any Subsequent Request on or before the twelve (12) month anniversary of its Initial Request for Hunter, Hayes, and Yamin.

49. Whether Arm Holdings plc and/or Arm Ltd. investigated in good faith license agreements with third parties for the same Arm Implementation Cores (Hunter, Hayes, and Yamin) before making the October 2024 renewal offer.

50. Whether Arm Holdings plc and/or Arm Ltd. determined the Previous Best Deal for

Hunter, Hayes, and Yamin in good faith.

51. Whether Arm Holdings plc and/or Arm Ltd. made an offer to Qualcomm for a renewal license to Hunter, Hayes, and Yamin.

52. Whether the license fees and royalty rates in the October 2024 renewal offer, compared to all financial considerations and license rights without limitation between the Previous Best Deal and the renewal offer to Qualcomm (the "Total Financial Considerations"), were no more than ten percent (10%) higher than the Previous Best Deal.

53. Whether Qualcomm suffered any actual harm from any alleged breach of Section 8.1(B) of the Qualcomm TLA by Arm Holdings plc and/or Arm Ltd., and the amount of any such harm.

54. Whether Qualcomm is entitled to invoke the contractual remedy described in Section 8.3 of the Qualcomm TLA.

55. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA was intended to reasonably estimate Qualcomm's actual losses arising from a breach of Section 8.1(B).

56. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA bears a reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach of Section 8.1(B) of the Qualcomm TLA.

57. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA represents the result of a reasonable endeavor by Arm Holdings plc and/or Arm Ltd. and Qualcomm to estimate a fair average compensation for any loss that may be sustained by Qualcomm from a breach by Arm Holdings plc and/or Arm Ltd. of Section 8.1(B) of the Qualcomm TLA.

## VII. BREACH OF SECTION 8.1(D) OF THE QUALCOMM TLA (COUNT VIII)

58. Whether Qualcomm Inc., Qualcomm Technologies, Inc., Arm Holdings plc, and Arm Ltd. are parties to the Qualcomm TLA.

59. Whether the material non-financial terms and conditions under which Arm Holdings plc and/or Arm Ltd. offered to license Hunter, Hayes, and Yamin in October 2024 were substantially similar to the material non-financial terms and conditions set forth in the Qualcomm TLA as of its effective date.

60. Which terms of the October 2024 renewal offer are "material non-financial terms and conditions" within the meaning of Section 8.1(D) of the Qualcomm TLA.

61. Whether support and maintenance is a material non-financial term or condition of the Qualcomm TLA.

62. Whether Hunter, Hayes, and Yamin are each a "new ARM Implementation Core" for purposes of Section 8.1(D) of the Qualcomm TLA as of October 2024.

63. Whether Arm Holdings plc and/or Arm Ltd. and Qualcomm have a Support and Maintenance Agreement that covers support and maintenance for Hunter, Hayes, and Yamin through December 31, 2027.

64. Whether the October 2024 renewal offer changed the support and maintenance Arm Holdings plc and/or Arm Ltd. would provide or merely clarified that the pricing proposed in the offer excluded a separate support and maintenance charge.

65. Whether Qualcomm is entitled to invoke the contractual remedy described in Section 8.3 of the Qualcomm TLA.

66. Whether Qualcomm suffered any actual harm from any alleged breach of Section 8.1(D) of the Qualcomm TLA, and the amount of any such harm.

67. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA

was intended to reasonably estimate Qualcomm's actual losses arising from a breach of Section 8.1(D) of the Qualcomm TLA.

68. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA bears a reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach of Section 8.1(D) of the Qualcomm TLA.

69. Whether the contractual remedy described in Section 8.3 of the Qualcomm TLA represents the result of a reasonable endeavor by Arm Holdings plc and/or Arm Ltd. and Qualcomm to estimate a fair average compensation for any loss that may be sustained by Qualcomm from a breach by Arm Holdings plc and/or Arm Ltd. of Section 8.1(D) of the Qualcomm TLA.

## VIII. BREACH OF SECTION 14.1(B) OF THE QUALCOMM ALA BY ARM LTD. (COUNT IX)

70. Whether Qualcomm Inc., Qualcomm Technologies, Inc., and Arm Ltd. are parties to the Qualcomm ALA.

71. Whether Qualcomm's May 20, 2020 email was an election under Section 14.1.B(1) of the Qualcomm ALA.

72. Whether Qualcomm's May 20, 2020 purported election complied with the Qualcomm ALA's notice requirements.

73. Whether Arm Ltd. and Qualcomm reached a mutual agreement regarding the future versions of Arm Technology that would be covered by Qualcomm's May 20, 2020 purported election under Section 14.1.B(1) of the Qualcomm ALA.

74. Whether Arm Ltd. failed to negotiate in good faith the terms and conditions of a v10 license.

75. Whether Arm Ltd. expressed a view in June 2025 as to whether Qualcomm's May

20, 2020 email purporting to make an election under Section 14.1.B(1) of the Qualcomm ALA was a valid election and/or covers v10 of the Arm ISA.

76. Whether Arm Ltd. expressed a view in June 2025 that it would not recognize any election by Qualcomm under Section 14.1.B(1) of the Qualcomm ALA to negotiate a license covering v10.

77. Whether in June 2025 Arm Ltd. breached or "repudiated" any obligation under Section 14.1.B(1) of the Qualcomm ALA to "negotiate in good faith" a license to v10 of the Arm ISA.

78. Whether Qualcomm failed to negotiate in good faith the terms and conditions of a v10 license.

79. Whether Qualcomm has been harmed by Arm Ltd.'s alleged breach of Section 14.1.B(1) of the Qualcomm ALA, and the amount of any such harm.

80. Whether money damages are sufficient to remedy Qualcomm's alleged harm resulting from Arm Ltd.'s alleged breach of Section 14.1.B(1) of the Qualcomm ALA.

81. Whether Qualcomm's alleged harm resulting from Arm Ltd.'s alleged breach of Section 14.1.B(1) of the Qualcomm ALA can only be remedied by Arm Ltd. engaging in good faith negotiations for v10.

82. Whether the terms of Section 14.1.B(1) of the Qualcomm ALA are sufficiently definite or certain to make the precise act which is to be done clearly ascertainable for a remedy of specific performance.

## IX. UNCLEAN HANDS

83. Whether Qualcomm engaged in the same conduct it accuses Arm Holdings plc and/or Arm Ltd. of.

84. Whether Qualcomm published non-public litigation materials to Bloomberg in

connection with a March 25, 2025 Bloomberg story concerning Qualcomm's non-public complaints of anticompetitive behavior at the European Commission, U.S. Federal Trade Commission, and Korea Fair Trade Commission.

85. Whether Qualcomm's requests to Arm Holdings plc and/or Arm Ltd. for Hunter, Hayes, and Yamin in 2024 were made in bad faith, were deceitful, and/or were fraudulent.

## X. FAILURE TO MITIGATE

86. Whether Qualcomm failed to mitigate the damages it alleges in this action.

## XI. STATUTE OF LIMITATIONS

87. When Qualcomm became aware or first suspected Arm Ltd. had an alleged obligation to negotiate the terms and conditions of a v10 license.

88. When Qualcomm became aware or first suspected that Arm Ltd. allegedly failed to negotiate in good faith the terms and conditions of a v10 license.

89. Whether Arm Ltd.'s alleged breach of Section 14.1.B(1) of the Qualcomm ALA claim accrued for purposes of the operative statute of limitations more than three years before Qualcomm brought Count IX.

90. Whether Qualcomm was on actual or constructive notice of any alleged breach of Section 14.1.B(1) of the Qualcomm ALA claim by May 20, 2020.

91. When each alleged breach of Section 5 of the Qualcomm ALA accrued for purposes of the operative statute of limitations.[2]

[2] Defendants understand that Plaintiffs only dispute whether the separate accrual doctrine applies.

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 3**

**PLAINTIFFS' STATEMENTS OF THE ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br>**(Consolidated)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 3:**
**PLAINTIFFS' STATEMENTS OF THE ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

Pursuant to Local Rule 16.3(c)(5), Qualcomm, Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") submit the following issues of law that remain to be litigated, including a citation of authorities.

Plaintiffs provide these disclosures based in part on their understanding of the arguments that Defendants Arm Holdings plc f/k/a Arm Ltd. and/or Arm Ltd. (collectively, "Arm," unless otherwise specified) are likely to make based upon the pleadings, discovery, and motions filed to date. Plaintiffs provide these disclosures without prejudice to any arguments that Plaintiffs may advance in any motions that may resolve any of the issues identified herein. Plaintiffs do not, by including an issue in this statement, concede that such issue should be included in the trial of this matter. Plaintiffs reserve the right to modify or amend this statement to the extent necessary in order to fairly respond to any issues that Arm may raise in its statement or thereafter (if Arm is permitted to so raise new issues). Plaintiffs further reserve the right to modify or amend this statement based upon the resolution of any motions or other future rulings of the Court.

The following statements are not exhaustive. Plaintiffs reserve the right to prove any matters identified in their pleadings, interrogatory responses, and/or expert reports. Plaintiffs also intend to offer evidence as to the issues of fact and issues of law identified in this pretrial order. Plaintiffs further intend to offer evidence to rebut any evidence that Arm offers and to argue that Arm is precluded from offering evidence in support of theories or claims not timely disclosed. Plaintiffs incorporate by reference their expert reports in support of any proof to be presented by expert testimony.

To the extent that Plaintiffs' Statement of Issues of Fact to be Litigated at Trial (Exhibit 1) contains issues of law, those issues are incorporated herein by reference. Moreover, if any issue of law identified below should properly be considered an issue of fact, then such statement shall

be considered to be part of Plaintiffs' Statement of Issues of Fact to be Litigated at Trial. Where appropriate, Plaintiffs discuss certain fact issues raised by the parties' arguments in order to contextualize citations to the relevant legal authorities. By so doing, Plaintiffs do not waive any argument regarding whether a particular issue is one of fact or law.

Plaintiffs reserve the right to rely on all of the law and arguments provided herein for each and every statement and incorporate such law and arguments by reference into each and every statement. Plaintiffs further reserve the right to rely upon the law that Arm cites in its corresponding statements.

## I. DECLARATORY JUDGMENT (COUNT I)

### A. Issues

1. Whether Qualcomm is entitled to a declaratory judgment that Arm breached the parties' Architecture License Agreement dated May 30, 2013 ("the ALA") by withholding Arm Technology and/or Updates that Arm was required to deliver to Qualcomm under Section 5 of the ALA.

2. Whether Qualcomm is entitled to a declaratory judgment that Qualcomm is entitled to withhold royalties payable under the ALA and the parties' Technology License Agreement dated May 30, 2013 (the "TLA") for a period of five years—from January 4, 2023 to January 3, 2028—due to Arm's breach of Section 5 of the ALA.

3. Whether Qualcomm is entitled to a declaratory judgment that Arm breached Section 8.1B of the TLA by failing to investigate and determine the Arm license agreement with a third party that was the Previous Best Deal for the Arm implementation cores Hunter, Hayes, and/or Yamin; and/or make Qualcomm an offer for Hunter, Hayes, and/or Yamin for royalty rates and license fees within 10% of that Previous Best Deal.

4. Whether Qualcomm is entitled to a declaratory judgment that Arm breached Section 8.1D of the TLA by excluding the material non-financial term of support and maintenance from Arm's offer for Qualcomm to license the Arm implementation cores Hunter, Hayes, and Yamin without notice to Qualcomm.

5. Whether Qualcomm is entitled to a declaratory judgment that Qualcomm is entitled to withhold royalties payable under the ALA and TLA for a period of five years—from October 27, 2024 to October 26, 2029—due to Arm's breach of Section 8.1B(i), 8.1B(ii)(a), and/or 8.1D of the TLA.

6. Whether Qualcomm is entitled to a declaratory judgment that Arm constructively failed to make an offer for any implementation core or peripheral IP that Qualcomm requested as Arm is required to do by Sections 8.1B and 8.1F of the TLA, respectively.

7. Whether Qualcomm is entitled to a declaratory judgment that Qualcomm has not breached the ALA as alleged in Arm's October 22, 2024 notice of breach letter.

8. Whether Qualcomm is entitled to a declaratory judgment that Qualcomm's right to elect an ALA license extension under Section 14.1B of the ALA includes a license for v10 of the Arm architecture.

9. Whether Qualcomm is entitled to a declaratory judgment that negotiations between Arm and Qualcomm over a v10 license are subject to the obligations of ALA Section 14.1B, including the obligation to negotiate in good faith license terms and conditions.

10. Whether Qualcomm is entitled to a declaratory judgment that Arm Ltd. breached the ALA by refusing to honor Qualcomm's election to "extend the Initial Term" of that

agreement "to cover future versions of ARM Technology as mutually agreed upon by the parties" under Section 14.1B(1) and by failing to "negotiate in good faith the terms and conditions of an extension to the Initial Term for an additional seven and a half years and a license to such future versions of ARM Technology" as is required by that same Section.

### B. Legal Authority

12. In a declaratory judgment action, a plaintiff must show that "a case of actual controversy" exists to establish subject matter jurisdiction sufficient to maintain an action in federal court. 28 U.S.C. § 2201(a). This requires that "the facts alleged, under all the circumstances, show that there is a substantial controversy, between parties having adverse legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory judgment." *MedImmune, Inc.* v. *Genentech, Inc.*, 549 U.S. 118, 127 (2007).

13. A party's continued payment of royalties under protest does not preclude the presence of an actual controversy about the contract at issue sufficient to warrant declaratory judgment. *MedImmune*, 549 U.S. at 130-31.

## II. BREACH OF CONTRACT (COUNTS II, VII, VIII, and IX (as to Arm Ltd.))

### A. Issues

14. Whether Arm breached Section 5.1 of the ALA by withholding certain Arm Technology to which Qualcomm was entitled—specifically, OOBs and ACK patches.

15. Whether Arm's breach of Section 5.1 of the ALA was a substantial factor in causing Qualcomm harm.

16. Whether Qualcomm is entitled, pursuant to Section 8.3 of the ALA, to withhold royalties payable under the ALA and TLA for a period of five years—from January 4, 2023 to January 3, 2028—due to Arm's breach of Section 5.1 of the ALA.

17. Whether the statute of limitations bars Qualcomm's ALA Section 5.1 breach claim against Arm Ltd. in whole or in part.

18. Whether Qualcomm was exempt from the contractual notice requirement for Arm's successive breaches of Section 5.1 because it would have been futile to ask Arm to cure those breaches.

19. Whether Arm was required to comply with Section 8.1B of the TLA when Qualcomm requested a license to the Arm implementation cores Hunter, Hayes, and Yamin in 2024.

20. Whether Arm breached Section 8.1B(i) of the TLA by failing to investigate and determine the third-party license with the Previous Best Deal for each of the Hunter, Hayes, and Yamin implementation cores before Arm issued its October 2024 offer to Qualcomm.

21. Whether Arm breached Section 8.1B(ii)(a) of the TLA by constructively failing to offer Qualcomm a license to Hunter, Hayes, and/or Yamin after Qualcomm requested to license those implementation cores in 2024.

22. Whether Arm breached Section 8.1B(ii)(b) of the TLA by failing to make Qualcomm an offer for Hunter, Hayes, and/or Yamin containing license fees and/or royalty rates within 10% of the Previous Best Deal.

23. Whether Arm's breach of Section 8.1B of the TLA was a substantial factor in causing Qualcomm harm.

24. Whether Arm was required to comply with Section 8.1D of the TLA when Qualcomm requested a license to the Arm implementation cores Hunter, Hayes, and Yamin in 2024.

25. Whether Arm breached Section 8.1D of the TLA when it, without notice to Qualcomm, changed a material non-financial term or condition in its October 2024 offer for

Qualcomm to license the Arm implementation cores Hunter, Hayes, and Yamin such that the material non-financial terms and conditions in that offer were not substantially similar to those in the TLA.

26. Whether Arm's breach of Section 8.1D of the TLA was a substantial factor in causing Qualcomm harm.

27. Whether Qualcomm is entitled, pursuant to Section 8.3 of the TLA, to withhold royalties payable under the ALA and TLA for a period of five years—from October 27, 2024 to October 26, 2029—due to Arm's breach of Section 8.1B(i), 8.1B(ii)(a), and/or 8.1D of the TLA.

28. Whether Arm Holdings plc is the Controlling Party of Arm Ltd. under the ALA and/or TLA.

29. Whether Arm Ltd. breached Section 14.1B(1) of the ALA by refusing to recognize its obligations under this Section and/or failing to negotiate in good faith with Qualcomm for a license to v10 of the Arm architecture.

30. Whether Arm Ltd.'s breach of Section 14.1B(1) of the ALA was a substantial factor in causing Qualcomm harm.

31. Whether money damages are insufficient to remedy Qualcomm's harm for Arm Ltd.'s breach of Section 14.1B(1).

32. Whether Qualcomm is entitled to equitable relief ordering Arm Ltd. to engage in good faith negotiations for v10 as a remedy for Arm Ltd.'s breach of Section 14.1B(1).

33. Whether the statute of limitations for Qualcomm's ALA Section 14.1B(1) breach claim against Arm Ltd. began to run after March 30, 2023, or whether that claim is time-barred.

34. Whether the "Limitation of Liability" clause in Section 13.1 of the

Qualcomm ALA and Section 13.1 of the Qualcomm TLA, and the sole-and-exclusive-remedy provision in Section 8.5 of the Qualcomm TLA, limit the damages Qualcomm may recover.

**B. Legal Authority**

35. The elements of a breach of contract claim are proof of valid contract, plaintiff's performance of all or substantially all of the significant things the contract required, defendant's failure to do something the contract required, harm to plaintiff, and that defendant's breach was a substantial factor in causing plaintiff's harm. *See Oasis W. Realty, LLC* v. *Goldman*, 250 P.3d 1115, 1121 (Cal. 2011); *see also* CACI No. 303.

36. "A contract must be so interpreted as to give effect to the mutual intention of the parties as it existed at the time of contracting, so far as the same is ascertainable and lawful." Cal. Civ. Code § 1636. If the plain language of a contract "is clear and explicit, and does not involve an absurdity," that language "govern[s] its interpretation." Cal. Civ. Code § 1638.

37. "The whole of a contract is to be taken together, so as to give effect to every part, if reasonably practicable, each clause helping to interpret the other." Cal. Civ. Code § 1641; *see also* Cal. Civ. Code § 1642 (contracts related to the same matters between the same parties as parts of substantially the same transaction "are to be taken together"). And "particular clauses of a contract are subordinate to its general intent." Cal. Civ. Code § 1650.

38. Terms of final written contracts "may be explained or supplemented by course of dealing or usage of trade or by course of performance." Cal. Civ. Proc. Code § 1856(c). In fact, the parties' course of performance may be considered "the best indication of what the parties intended the writing to mean." *Epic Commc'ns, Inc.* v. *Richwave Tech., Inc.*, 188 Cal. Rptr. 3d 844, 855 (Ct. App. 2015).

39. Wherever the plain language of the contract is unambiguous and wherever "there is no material conflict in the extrinsic evidence" presented to resolve any ambiguity, "the

trial court interprets the contract as a matter of law." *Brown* v. *Goldstein*, 246 Cal. Rptr. 3d 161, 172 (Ct. App. 2019); *see also Jade Fashion & Co., Inc.* v. *Harkham Indus., Inc*., 177 Cal. Rptr. 3d 184, 198 (Ct. App. 2014); *VFLA Eventco, LLC* v. *William Morris Endeavor Entertainment*, 318 Cal. Rptr. 3d 844, 857 (Ct. App. 2024). If there is a material conflict in the extrinsic evidence, the question of contract interpretation is for the jury. *Brown*, 246 Cal. Rptr. 3d at 172; *City of Hope Nat'l Med. Ctr.* v. *Genentech*, 181 P.3d 142, 156 (Cal. 2008).

40. "Losses that a party incurs in a reasonable effort to avoid losses resulting from a breach" constitute harm under California law. *Brandon & Tibbs* v. *George Kevorkian Acct. Corp*., 277 Cal. Rptr. 40, 51 (Ct. App. 1990); *Air Lease Corp.* v. *Far E. Air Transport Corp*., 2019 WL 2242072, at *13 (C.D. Cal. May 22, 2019) (awarding damages based on "re-configuration" and "re-marketing" costs plaintiff incurred in attempting to mitigate breach); *Millikan* v. *Am. Spectrum Real Est. Servs. Cal., Inc*., 12 Cal. Rptr. 3d 459, 465-66 (Ct. App. 2004) (affirming award of damages based on expenses plaintiff incurred "to stem further losses").

41. A plaintiff may also recover supplemental damages for losses incurred through the date of judgment. *MHL Custom, Inc.* v. *Waydoo USA, Inc*., 2023 WL 5805889, at *5-6 (D. Del. Sept. 7, 2023); *see also Bayer Healthcare LLC v. Baxalta Inc.*, 2019 WL 4016235, at *6 (D. Del. Aug. 26, 2019), *aff'd,* 989 F.3d 964 (Fed. Cir. 2021) (awarding supplemental damages for period following trial based on actual sales data produced after jury verdict).

42. Additionally, as long as harm has been proven, even without quantifiable damages, Qualcomm may recover nominal damages. Cal. Civ. Code § 3360.

43. California law does not permit contracts to limit a defendant's liability for negligent or willful violations of law. Cal. Civ. Code § 1668; *New England Country Foods, LLC* v. *VanLaw Food Products, Inc*., 567 P.3d 63, 67 (Cal. 2025).

44. The statute of limitations for breach of contract under Delaware law is three

years. 10 Del. C. § 8106.

45. As to Arm Ltd.'s statute of limitations argument regarding Qualcomm's ALA Section 5 breach claim, under Delaware law, equitable tolling is available for the time during which a plaintiff's claim was pending in another action. *See Levey* v. *Brownstone Asset Mgmt., LP*, 76 A.3d 764, 772 (Del. 2013). Equitable tolling is also available "where the claimant has actively pursued his judicial remedies by filing a defective pleading during the statutory period." *Irwin* v. *Dep't of Veterans Affairs*, 498 U.S. 89, 96 (1990); *see Owens* v. *Carman Ford, Inc*., 2013 WL 5496821, at *3 (Del. Super. Ct. Sept. 20, 2013) (tolling claim timely filed in the wrong forum); *Wash. House Condo. Ass'n of Unit Owners* v. *Daystar Sills, Inc*., 2017 WL 3412079, at *18 (Del. Super. Ct. Aug. 8, 2017) (recognizing the same principle). And "[m]ost jurisdictions"—including federal courts—"apply some degree of tolling to account for the time it takes a court to rule on a motion requesting leave of court to file an amended complaint, so long as the amended complaint is attached to the motion." *Snow* v. *Warren Power & Mach., Inc*., 354 P.3d 1285, 1291 (N.M. 2015); *see Perez* v. *Paramount Commc'ns, Inc.*, 709 N.E.2d 83, 86-87 (N.Y. 1999) (referring to that approach as the "Federal rule").

46. Moreover, under the separate accrual doctrine, "each continuation or repetition of the wrongful conduct may be regarded as a separate cause of action for which suit must be brought within the period beginning with its occurrence," allowing a plaintiff to recover "for acts that occurred during the limitations period, even if other aspects of the ongoing conduct occurred outside of the limitations period." *Lebanon Cnty. Emps.' Ret. Fund* v. *Collis*, 287 A.3d 1160, 1199-1200 (Del. Ch. 2022); *see Blake* v. *JP Morgan Chase Bank NA*, 927 F.3d 701, 706 (3d Cir. 2019). Accordingly, where a party to a contract commits multiple breaches that "can plainly be segmented," the limitations period runs from each individual breach. *Price* v. *Wilmington Tr. Co.*, 1995 WL 317017, at *2 (Del. Ch. May 19, 1995); *see AM Gen. Holdings LLC* v. *Renco Grp.,*

*Inc.*, 2016 WL 4440476, at *11-13 (Del. Ch. Aug. 22, 2016).

47. As to Arm's argument that Qualcomm was required to send notice of each breach of Section 5.1, California law "does not require idle acts," Cal. Civ. Code § 3532, and accordingly excuses non-compliance with a contractual notice provision where enforcing it would be futile. *See Gueyffier* v. *Ann Summers, Ltd.*, 184 P.3d 739, 744 (Cal. 2008).

48. As to Arm Ltd.'s statute of limitations argument regarding Qualcomm's ALA Section 14.1B(1) breach claim, a claim for breach does not accrue merely because a party does not immediately commence performance. *See, e.g.*, *Neurvana Med., LLC v. Balt USA, LLC*, 2020 WL 949917, at *21 (Del. Ch. 2020); *Taylor* v. *Johnston*, 539 P.2d 425, 430, 432 (Cal. 1975) (en banc) (postponing performance was not anticipatory breach). Rather, a claim arises upon a party's "outright refusal" to perform under the contract or actual breach of contractual terms. *Neurvana Med., LLC*, 2020 WL 949917, at *21; *Zenith Energy Terminals Joliet Holdings LLC* v. *CenterPoint Props. Tr.*, 2023 WL 615997, at *8 (Del. Super. Ct. 2023).

49. As to the remedy for Qualcomm's ALA Section 14.1B(1) claim, specific performance is available for a breach of contract where a plaintiff's legal remedy is inadequate, the underlying contract is supported by adequate consideration and is enforceable, there is a mutuality of remedies, and the requested performance is substantially similar to what was promised in the contract. *Real Estate Analytics, LLC* v. *Vallas*, 72 Cal. Rptr. 3d 835, 840 (Ct. App. 2008). There is no exception to this general rule regarding the availability of specific performance for contracts involving obligations to negotiate in good faith. *AMG & Assocs., LLC v. AmeriPride Servs., Inc.*, 2016 WL 9275402 (C.D. Cal. Aug. 29, 2016); *Genesis 1 Oil Servs., LLC v. Wismann Grp., LLC*, 2023 WL 8125773 (C.D. Cal. Nov. 13, 2023); *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.*, 996 F. Supp. 2d 942 (S.D. Cal. 2014); *Oakland Bulk & Oversized Terminal, LLC v. City of Oakland*, 334 Cal. Rptr. 3d 488 (Ct. App. 2025). "Moreover, where a party, as here, commits multiple breaches, specific performance is preferred over the

inadequate remedy of repetitive future damage actions." *Union Oil Co. of Cal.* v. *Greka Energy Corp*., 80 Cal. Rptr. 3d 738, 742 (Ct. App. 2008).

## III. INTENTIONAL AND NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNTS IV AND V)

### A. Issues

49. Whether Arm intentionally interfered with a relationship between Qualcomm and Meta and/or any other third party that probably would have resulted in economic benefit to Qualcomm by leaking to the media its October 22, 2024 letter asserting, without valid basis under the ALA, that Qualcomm was in material breach of the ALA and declaring a termination of the ALA effective December 21, 2024; and/or by making misleading statements to undermine Qualcomm's relationships with its customers and to induce Qualcomm's customers not to procure products from Qualcomm.

50. Whether Arm's intentional interference with the relationship between Qualcomm and Meta and/or any other third party was a substantial factor in causing Qualcomm's harm.

51. Whether Arm negligently interfered with a relationship between Qualcomm and Meta and/or any other third party that probably would have resulted in economic benefit to Qualcomm by leaking to the media its October 22, 2024 letter asserting, without valid basis under the ALA, that Qualcomm was in material breach of the ALA and declaring a termination of the ALA effective December 21, 2024; and/or by making misleading statements to undermine Qualcomm's relationships with its customers and to induce Qualcomm's customers not to procure products from Qualcomm.

52. Whether Arm's negligent interference with the relationship between Qualcomm and Meta and/or any other third party was a substantial factor in causing Qualcomm's harm.

53. Whether a violation of the California Unfair Competition Law (UCL) qualifies as conduct that was wrongful as required to support a claim for interference with prospective economic advantage.

54. Whether Qualcomm is entitled to damages resulting from Arm's interference with the relationship between Qualcomm and Meta and/or any other third party and, if so, the amount of those damages.

**B. Legal Authority**

55. The elements of a claim for intentional interference with prospective economic advantage are "(1) an economic relationship between the plaintiff and some third party, with the probability of future economic benefit to the plaintiff; (2) the defendant's knowledge of the relationship; (3) intentional acts on the part of the defendant designed to disrupt the relationship; (4) actual disruption of the relationship; and (5) economic harm to the plaintiff proximately caused by the acts of the defendant." *Korea Supply Co.* v. *Lockheed Martin Corp.*, 63 P.3d 937, 950 (Cal. 2003). "Specific intent is not a required element of the tort of interference with prospective economic advantage." *Id*. at 951. It is enough "that the defendant knew that the interference was certain or substantially certain to occur as a result of its action." *Id*.

56. "A claim for negligent interference with prospective economic advantage has the same elements as an intentional interference claim except that, instead of an intentional act," it "requires that the defendant had knowledge that the relationship would be disrupted if the defendant failed to act with reasonable care and that the defendant failed to act with reasonable care." *Santa Fe Properties, LP* v. *Source Bioscience, Inc.*, 2021 WL 6104156, at *2 (C.D. Cal. Feb. 10, 2021); *see also Crown Imports, LLC* v. *Superior Ct.*, 168 Cal. Rptr. 3d 228, 235 n.10 (Ct. App. 2014). The elements of a claim for negligent interference with prospective economic advantage are therefore "(1) an economic relationship between the plaintiff and some third party,

with the probability of future economic benefit to the plaintiff; (2) the defendant's knowledge of the relationship; (3) [negligent] acts on the part of the defendant designed to disrupt the relationship; (4) actual disruption of the relationship; and (5) economic harm to the plaintiff proximately caused by the acts of the defendant." *Crown Imports, LLC*, 168 Cal. Rptr. 3d at 235.

57. Interference with prospective economic advantage "does not depend on the existence of a legally binding contract." *Ixchel Pharma, LLC*, 470 P.3d 571, 575 (Cal. 2020); *see also Korea Supply Co.*, 63 P.3d at 953 ("the tort of interference with prospective economic advantage is considerably more inclusive than actions based on contract or interference with contract").

58. The defendant's conduct must have been "wrongful by some legal measure other than the fact of interference itself." *Ixchel Pharma, LLC*, 470 P.3d at 576. "[A]n act is independently wrongful if it is unlawful, that is, if it is proscribed by some constitutional, statutory, regulatory, common law, or other determinable legal standard." *Korea Supply Co.*, 63 P.3d at 954. Whether conduct qualifies as "independently wrongful" is a question of law for the Court. *Drink Tank Ventures LLC* v. *Real Soda in Real Bottles, Ltd*., 286 Cal. Rptr. 3d 333, 343 (Ct. App. 2021). For example, a breach of contract is not an act that is independently wrongful for purposes of a claim of tortious interference, *Drink Tank*, 286 Cal. Rptr. 3d at 344, while a claim for a violation of the UCL meets the requirement of independent wrongfulness, *CRST Van Expedited, Inc.* v. *Werner Enters., Inc.*, 479 F.3d 1099, 110-11 (9th Cir. 2007); *Drink Tank*, 286 Cal. Rptr. 3d at 349.

59. The measure of damages for interference with prospective economic relations is "an amount that will reasonably compensate plaintiff for all loss or harm" that was "suffered by plaintiff and caused by the defendant's conduct." *Sole Energy Co.* v. *Petrominerals Corp.*, 26 Cal. Rptr. 3d 798, 813 (Ct. App. 2005); *see also Youst* v. *Longo*, 729 P.2d 728, 733 (Cal. 1987) (damages for interference with prospective economic advantage are "economic harm to the

plaintiff proximately caused by the acts of the defendant"). To establish causation, a plaintiff need only show that the conduct was "a substantial factor" (not the "only factor") in causing the harm. *Jenni Rivera Enters., LLC* v. *Latin World Ent. Holdings, Inc.*, 249 Cal. Rptr. 3d 122, 144-45 (Ct. App. 2019).

60. Damages may include "the financial loss of the benefits of the contract or the prospective economic relationship," including "the lost profits to have been made" absent the interference. *Sole Energy Co.*, 26 Cal. Rptr. 3d at 813 & n.7 (Ct. App. 2005).

## IV. UNFAIR COMPETITION LAW (COUNT VI)

### A. Issues

61. Whether Arm's challenged actions, including preventing Qualcomm from receiving the benefits of its contracts with Arm, including through withholding deliverables and misrepresenting that it was doing so; interfering with Qualcomm's relationships with customers and other industry participants; using its power as the sole controller of the Arm Instruction Set Architecture to take actions intended to undermine Qualcomm's business, including raising fees and rates beyond what is commercially reasonable; suggesting that Qualcomm's licenses could or would be terminated before their expiration date; and refusing to negotiate in good faith for a license to v10 of the Arm architecture, constitute unfair conduct that violates California's Unfair Competition Law (UCL) (Cal. Bus. & Prof. Code § 17200, et seq.).Whether Arm's challenged actions constitute unlawful conduct that violates California's UCL (Cal. Bus. & Prof. Code § 17200, et seq.) because they amount to intentional or negligent interference with prospective economic advantage.

62. Whether Qualcomm is entitled to an injunction preventing Arm from engaging in future acts or practices that constitute unfair competition, such as refusing to license technology to Qualcomm on non-discriminatory terms.

63. Whether Qualcomm is entitled to restitution as a result of Arm's unfair or unlawful conduct.

**B. Legal Authority**

64. The UCL's "scope is broad," and it "establishes three varieties of unfair competition—acts or practices which are unlawful, or unfair, or fraudulent." *Cel-Tech Commc'ns, Inc.* v. *L.A. Cellular Tel. Co*., 973 P.2d 527, 539-40 (Cal. 1999); Cal. Bus. & Prof. Code § 17200.

65. California law does not require UCL plaintiffs to plead or prove a market, market power, or other elements of an antitrust claim. *Epic Games, Inc.* v. *Apple, Inc.*, 67 F.4th 946, 1002 (9th Cir. 2023); *Metricolor LLC* v. *L'oréal S.A*., 2020 WL 3802942, at *17 (C.D. Cal. July 7, 2020); *see also Cel-Tech*, 973 P.2d at 540 ("a practice may be deemed unfair even if not specifically proscribed by some other law.").

66. As to unfair conduct, the California Supreme Court has set and applied different tests depending on whether the plaintiff is the defendant's competitor or consumer. *See Cel-Tech*, 973 P.2d at 544 n.12; *Nationwide Biweekly Admin., Inc.* v. *Superior Ct*., 462 P.3d 461, 471-72 (Cal. 2020) (*Cel-Tech* is "limited" to actions by competitors alleging anticompetitive conduct); *Capito* v. *San Jose Healthcare Sys., LP*, 561 P.3d 380, 386-87 (Cal. 2024) (discussing tests for cases brought by consumers). These competitor and consumer tests "are not mutually exclusive." *Epic Games*, 67 F.4th at 1000 (upholding application of both tests to Epic Games-Apple relationship because Epic Games was both a consumer of and competitor to Apple's products).

67. Direct competitors may prove unfair conduct by showing that the defendant's conduct "threatens an incipient violation of an antitrust law, *or* violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, *or* otherwise significantly threatens or harms competition." *Cel-Tech*, 973 P.2d at 544

(articulating the "*Cel-Tech* test"). This test sets a "wide standard" given that "it would be impossible to draft in advance detailed plans and specifications of all acts and conduct to be prohibited." *Id.* at 540.

68. For example, the *Cel-Tech* test can be satisfied by establishing that a defendant is trying to put the plaintiff out of business. *See Planned Parenthood Fed. of Am., Inc.* v. *Ctr. for Med. Progress*, 214 F. Supp. 3d 808, 837 (N.D. Cal. 2016) (defendants' goal of putting plaintiff out of business "threatens the type of harm the antitrust and federal consumer protection laws aim to prevent"); *ML Prods. Inc.* v. *Ninestar Tech. Co*., 2023 WL 12171006, at *14 (C.D. Cal. Sept. 27, 2023).

69. For consumers of a defendant's products, courts consider whether the harm caused to the plaintiff outweighs the utility of the defendant's challenged conduct. *See Capito*, 561 P.3d at 386-87 (collecting cases and declining to specify a particular formulation of the balancing test that courts must apply); *Epic Games*, 67 F.4th at 1000.

70. California courts have recognized claims where a defendant made misleading statements "that [plaintiff's] business and/or products are affected by legal issues that do not exist" satisfy the 'unfair' prong of the UCL. *Luxul Tech. Inc.* v. *Nectarlux, LLC*, 78 F. Supp. 3d 1156, 1174 (N.D. Cal. 2015); *Wisk Aero LLC* v. *Archer Aviation Inc*., 2021 WL 4932734, at *13 (N.D. Cal. Sept. 14, 2021).

71. As to the UCL's unlawful prong, under California law, "virtually any law or regulation—federal or state, statutory or common law—can serve as a predicate for an 'unlawful' prong violation," *Candelore* v. *Tinder, Inc*., 228 Cal. Rptr. 3d 336, 350 (Ct. App. 2018), including claims for tortious interference specifically, *DJO Glob., Inc*. v. *Glader*, 2016 WL 11622009, at *7-8 (S.D. Cal. Dec. 22, 2016).

72. "Any person who engages, has engaged, or proposes to engage in unfair

competition may be enjoined in any court of competent jurisdiction." Cal. Bus. & Prof. Code § 17203.

73. Injunctive relief is the appropriate remedy to prevent future unfair conduct. *See, e.g.*, *Zeiger* v. *WellPet LLC*, 526 F. Supp. 3d 652, 687 (N.D. Cal. 2021) (injunction is "prospective" relief to "ensure" that plaintiff "can rely" on defendant to avoid future unfair conduct).

74. The UCL additionally authorizes any court of competent jurisdiction to make any orders that "may be necessary to restore to any person in interest any money or property, real or personal, which may have been acquired by means of such unfair competition." Cal. Bus. & Prof. Code § 17203.

## V. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT III)

### A. Issues

75. Whether Arm breached the implied covenant of good faith and fair dealing in the TLA by failing to provide good faith licensing proposals for peripheral IP codenamed CoreLink GIC-700, CoreLink MMU-700, and CoreSight ELA-600 that Qualcomm requested to license.

76. Whether Qualcomm was harmed by Arm's breach of the implied covenant of good faith and fair dealing.

77. Whether Qualcomm is entitled to damages resulting from Arm's breach of the implied covenant of good faith and fair dealing and, if so, the amount of those damages.

### B. Legal Authority

78. "Every contract imposes upon each party a duty of good faith and fair dealing." *Carma Dev. (Cal.), Inc.* v. *Marathon Dev. Cal., Inc.*, 826 P.2d 710, 726 (Cal. 1992).

79. The elements of a breach of the implied covenant are "(1) the parties entered

into a contract; (2) the plaintiff fulfilled his or her obligations under the contract; (3) the defendant unfairly interfered with the plaintiff's rights to receive the benefits of the contract; and (4) the plaintiff was harmed by the defendant's conduct." *Pemberton* v. *Nationstar Mortgage LLC*, 331 F. Supp. 3d 1018, 1041 (S.D. Cal. 2018).

80. The implied covenant of good faith and fair dealing "prevent[s] one contracting party from unfairly frustrating the other party's right to receive the benefits of the agreement actually made." *Guz* v. *Bechtel Nat'l Inc.*, 8 P.3d 1089, 1110 (Cal. 2000). "The precise nature and extent of the duty imposed by such an implied promise will depend on the contractual purposes." *Egan* v. *Mut. of Omaha Ins. Co.*, 620 P.2d 141, 145 (Cal. 1979). "[B]reach of a specific provision of the contract is not a necessary prerequisite" for a breach of the covenant of good faith and fair dealing. *Carma Dev. (Cal.), Inc.*, 826 P.2d at 727.

81. "A party violates the covenant if it subjectively lacks belief in the validity of its act or if its conduct is objectively unreasonable." *Id*. It is not "necessary that the party's conduct be dishonest;" "the covenant of good faith can be breached for objectively unreasonable conduct, regardless of the actor's motive." *Id*.

82. The remedy for breach of the implied covenant is typically "contract damages determined by the nature of the breach and standard contract principles." *Foley* v. *Interactive Data Corp.*, 765 P.2d 373, 390 (Cal. 1988).

## VI. OTHER RELIEF

### A. Issues

83. Whether Qualcomm is entitled to an order requiring Arm to comply with all its obligations under the ALA, including (but not limited to) by providing the Arm Technology, OOB, Patches, and Updates, without discrimination or retaliation.

84. Whether Qualcomm is entitled to an order requiring Arm to comply with

all its obligations under the TLA, including (but not limited to) by providing Qualcomm with a licensing proposal for Arm Implementation Cores, including Hunter, Hayes, and Yamin, at a pricing structure no more than 10% higher than the Previous Best Deal.

85. Whether Qualcomm is entitled to costs and expenses incurred in connection with Qualcomm obtaining specific performance and other equitable relief and if so, the amount.

86. Whether Qualcomm is entitled to an award of attorneys' fees and costs pursuant to Section 8.3 of the ALA and/or Section 8.5 of the TLA, and if so, the amount.

87. Whether the Court deems any additional damages appropriate and, if so, the amount.

88. Whether Qualcomm is entitled to any other relief available at law or equity as this Court deems just and proper.

**B. Legal Authority**

89. **Permanent injunction**. Courts have the power to grant a permanent injunction where the plaintiff has shown "(1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay Inc.* v. *MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006).

90. **Costs and expenses**. "Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1); *see also Delta Air Lines, Inc*. v. *August*, 450 U.S. 346, 351 (1981); *Reger* v. *The Nemours Found., Inc.*, 599 F.3d 285, 288 (3d Cir. 2010) ("[T]here is a strong presumption that costs are to be awarded to the prevailing party.").

91. **Attorneys' fees and costs**. "In any action on a contract" in which the

contract provides for the award of attorneys' fees and costs when incurred to enforce that contract, "the party who is determined to be the party prevailing on the contract" "shall be entitled to reasonable attorney's fees" "in addition to other costs." Cal. Civ. Code § 1717(a)(1).

## VII. ARM'S UNCLEAN HANDS DEFENSE

### A. Issues

92. Whether Arm can invoke an unclean hands defense to Qualcomm's claims for intentional and negligent interference with prospective economic advantage on the alleged basis that Qualcomm provided information to Bloomberg for a March 25, 2025 story about allegations of anticompetitive behavior by Arm.

93. Whether Arm can invoke an unclean hands defense to Qualcomm's claims for intentional and negligent interference with prospective economic advantage on the alleged basis that Qualcomm published information about Arm's October 22, 2024 notice letter in an SEC filing days after Arm did.

94. Whether Arm can invoke an unclean hands defense to Qualcomm's claim for breach of Section 8.1B of the Qualcomm TLA on the alleged basis that Qualcomm's 2024 requests to license the Hunter, Hayes, and Yamin implementation cores were not made in good faith.

### B. Legal Authority

95. The unclean hands doctrine bars relief where a plaintiff "has acted unconscionably, in bad faith, or inequitably in the matter in which the plaintiff seeks relief." *Salas* v. *Sierra Chem. Co.*, 327 P.3d 797, 812 (Cal. 2014). But "[n]ot every wrongful act constitutes unclean hands." *Jade Fashion & Co.* v. *Harkham Indus., Inc.*, 177 Cal. Rptr. 3d 184, 200 (Ct. App. 2014). Conduct—even if inequitable—does not support unclean hands unless it "relate[s] directly to the transaction concerning which the complaint is made, i.e. it must pertain to the very subject matter involved and affect the equitable relations between the litigants." *Salas*, 327 P.3d

at 812. Relatedly, unclean hands only "applies to misconduct occurring before the lawsuit was filed," not alleged "bad faith filing or maintenance of an action." *Patagonia, Inc.* v. *Anheuser Busch, LLC*, 2020 WL 12048988, at *3 (C.D. Cal. July 21, 2020).

96. "Disclosure" of already public information is not "unconscionabl[e], in bad faith, or inequitabl[e]" as required to support an unclean hands defense. *Salas*, 327 P.3d at 812; *see also Bank of Am., N.A.* v. *Roberts*, 159 Cal. Rptr. 3d 345, 356 (Ct. App. 2013).

97. Conduct sufficient to support an unclean hands defense must "prejudicially affect the rights of the person against whom the relief is sought so that it would be inequitable to grant such relief." *Jade*, 177 Cal. Rptr. 3d at 200. In other words, "the party seeking to invoke the unclean hands doctrine must have been injured by the alleged wrongful conduct." *Brown* v. *Grimes*, 120 Cal. Rptr. 3d 893, 908 (Ct. App. 2011).

## VIII. ARM'S *NOERR-PENNINGTON* DEFENSE

### A. Issues

98. Whether the *Noerr-Pennington* doctrine legally protects Arm's leak of the October 22, 2024 notice letter to Bloomberg News and subsequent communications with other reporters about the notice.

99. Whether the *Noerr-Pennington* doctrine legally protects Arm's communications with Qualcomm's customers about the alleged status of Qualcomm's license with Arm and/or Qualcomm's ability to produce Arm-compliant chips.

100. Whether the *Noerr-Pennington* doctrine otherwise provides Arm a defense to any of Qualcomm's claims.

### B. Legal Authority

101. The *Noerr-Pennington* doctrine shields government petitioning from forming the basis for antitrust liability and, in certain circumstances, liability for other business

torts. *10x Genomics, Inc.* v. *Vizgen, Inc*., 654 F. Supp. 3d 310, 327 (D. Del. 2023). But Noerr-Pennington immunity cannot shield any conduct that is not "incidental to valid efforts" to "prosecut[e]" an action or otherwise petition the government. *W. Sugar Coop.* v. *Archer-Daniels-Midland Co.*, 2015 WL 12683192, at *6 (C.D. Cal. Aug. 21, 2015); *see also Nuance Commc'ns* v. *MModal LLC,* 2018 WL 6804488, at *3-4 (D. Del. Dec. 27, 2018) ("disseminat[ing] a false press release" to opposing party's "customers and the public after filing this suit" was not "incidental" to litigation), *report & recommendation adopted*, 2019 WL 181322 (D. Del. Jan. 11, 2019) (Noreika, J.); *Arista Networks, Inc.* v. *Cisco Sys., Inc.*, 2018 WL 11230167, at *11 (N.D. Cal. May 21, 2018); *Riverbed Tech., Inc.* v. *Silver Peak Sys., Inc.*, 2015 WL 12941890, at *3 (N.D. Cal. Apr. 7, 2015); *Laitram Mach., Inc.* v. *Carnitech A/S*, 901 F. Supp. 1155, 1161 (E.D. La. 1995); *Thimes Sols., Inc.* v. *TP Link USA Corp.*, 2022 WL 1125628, at *1-2 (9th Cir. Apr. 15, 2022); *Golden Eye Media USA, Inc.* v. *Trolley Bags UK Ltd.*, 525 F. Supp. 3d 1145, 1175-76, 1239-41 (S.D. Cal. 2021); *LY Berditchev, Corp.* v. *Truss Cosmetics, Corp.*, 2023 WL 334539, at *9 (D.N.J. Jan. 20, 2023).

102. *Noerr-Pennington* immunity also does not apply to conduct that breaches a contract. *E.g.*, *Microsoft Corp.* v. *Motorola, Inc.*, 795 F.3d 1024, 1047 (9th Cir. 2015); *see also Spear Pharms., Inc.* v. *William Blair & Co., LLC*, 610 F. Supp. 2d 278, 288 (D. Del. 2009) ("violation of a confidentiality agreement . . . is not protected by the First Amendment").

103. Moreover, "there is no constitutionally protected right to 'petition'" parties that are not "part of the government" for "a redress of grievances." *Golden Eye Media USA, Inc.*, 525 F. Supp. 3d 1145, 1241 (S.D. Cal. 2021).

## IX. ARM'S MITIGATION DEFENSE

### A. Issues

104. Whether Qualcomm's damages available on any of its claims are subject to

reduction on the ground that Qualcomm failed to mitigate its damages.

**B. Legal Authority**

105. "The doctrine of mitigation of damages holds that a plaintiff who suffers damage as a result of . . . a breach of contract . . . has a duty to take reasonable steps to mitigate those damages and will not be able to recover for any losses which could have been thus avoided." *Agam* v. *Gavra*, 186 Cal. Rptr. 3d 295, 311 (Ct. App. 2015) (citation modified). "Under the doctrine, a plaintiff may not recover for damages avoidable through ordinary care and reasonable exertion." *Id.* (citation modified) The duty to mitigate damages, however, "does not require an injured party to do what is unreasonable or impracticable." *Id.*[*]

[*] Arm asserts that its defenses of compulsory counterclaims, claim preclusion, and claim splitting are issues of law that remain to be litigated. The Court already decided those issues when it denied Arm's motion to dismiss (D.I. 13) and motion for summary judgment (D.I. 810) on those issues. *See* D.I. 30; Minute Entry (Aug. 19, 2026). Qualcomm's position on those issues is set forth in Qualcomm's earlier briefing and is incorporated by reference here. *See* D.I 22, at 1-19, and D.I. 64, at 4-5 (compulsory counterclaim); D.I. 851, at 5-11 (claim preclusion and claim splitting).

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 4**

**DEFENDANTS' STATEMENT OF THE ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN<br>(CONSOLIDATED) |

**EXHIBIT 4:**
**DEFENDANTS' STATEMENT OF ISSUES OF LAW TO BE LITIGATED AT TRIAL**

Pursuant to D. Del. L.R. 16 and the Amended Scheduling Order (D.I. 883), Defendants Arm Holdings plc and Arm Ltd. (collectively, "Defendants") identify the following issues of law that remain to be presented and litigated. The following statements are not exhaustive. Further details regarding these issues have been explained at length in Defendants' pleadings, motions, discovery responses, and expert reports, which Defendants incorporate by reference.

Defendants' identification of the issues of law that remain to be litigated is based upon its current understanding of the arguments Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") are likely to make, based on Qualcomm's pleadings, motions, discovery responses, expert reports, and depositions in the action to date. To the extent that Qualcomm introduces different or additional legal issues, Defendants reserve the right to contest such legal issues, and to present any and all rebuttal evidence and argument in response. By including a legal issue herein, Defendants do not assume the burden of proof or production with regard to that legal issue. Defendants provide these disclosures without prejudice to any argument Defendants advance in any motion that may resolve any of the issues identified herein, and without waiver of any pending or future motion.

Should the Court determine that any issue identified in this list is more properly considered an issue of fact, it shall be so considered and Defendants incorporate such issue into their Statement of Issues of Fact to be Litigated. Likewise, to the extent that Defendants' Statement of Issues of Fact to be Litigated contains issues that are deemed to be issues of law, those issues are incorporated herein by reference.

Defendants reserve the right to rely on all of the law and arguments provided herein for each and every statement and incorporate such law and arguments by reference into each and every

statement. Defendants further reserve the right to rely upon the law cited in corresponding statements.

Defendants reserve the right to revise, modify, supplement, or change the issues of law to be litigated in light of the Court's rulings and in light of Qualcomm's identification of issues of fact and law to be litigated. Defendants reserve the right to revise, amend, and/or supplement this statement in light of the Court's rulings, in response to Qualcomm's positions, as part of the meet and confer process leading up to trial, or as otherwise may be appropriate. The following statements are not exhaustive, and Defendants reserve the right to prove any matters identified in the parties' pleadings, contentions, discovery responses, and expert reports, declarations, or deposition testimony. Defendants also intend to offer evidence as to the issues of fact and issues of law identified in this Joint Pretrial Order. Defendants incorporate by reference its expert reports, declarations, and any other expert opinions disclosed in this case in support of any proof to be presented by expert testimony. Furthermore, the authorities cited here are not intended to be exhaustive; Defendants may rely on authority not cited in this statement. Defendants also reserves the right to rely upon the legal authorities cited by Qualcomm.

## I. DECLARATORY JUDGMENT (COUNT I)

"In a case of actual controversy within its jurisdiction, . . . any court of the United States, . . . may declare the rights and other legal relations of any interested party seeking such declaration." 28 U.S.C.A. § 2201(a). "[T]he question in each case is whether the facts alleged, under all the circumstances, show that there is a substantial controversy, between parties having adverse legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory judgment." *MedImmune, Inc.* v. *Genentech, Inc.*, 549 U.S. 118, 127 (2007).

**A. Has Qualcomm shown that it is entitled to a declaratory judgment that Arm Holdings plc and/or Arm Ltd. breached Section 5.1 of the Qualcomm ALA?**

Under Section 5.1 of the Qualcomm ALA, Arm Ltd. shall, in relevant part, "(i) use reasonable efforts to deliver the ARM Technology on or before the delivery dates set out in Section 1 of the relevant Annex 1," and "(ii) deliver Updates to [Qualcomm] as soon as reasonably possible after such Update is made generally available by A[rm Ltd.]."

*See also infra* §§ II.A.1–2.

**B. Has Qualcomm shown that it is entitled to a declaratory judgment that it is entitled to withhold royalties under the Qualcomm ALA and Qualcomm TLA for a period of five years due to Arm Holdings plc's and/or Arm Ltd.'s purported breach of Section 5.1 of the Qualcomm ALA?**

Under Section 8.1 of the Qualcomm ALA, Arm Ltd. "shall have an obligation to perform in accordance with all the terms and conditions of this ALA (including but not limited to Section 5) and the Annexes hereto with respect to the ARM Technology licensed by [Qualcomm] under this ALA."

Section 8.3 of the Qualcomm ALA describes a required notice and cure-period procedure:

> [Qualcomm] shall send a first written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the A[rm Ltd.] account manager for [Qualcomm], the General Counsel of A[rm Ltd.] and the Chief Financial Officer of A[rm Ltd.] (the "Initial ARM Recipients"). If [Qualcomm] does not receive confirmation from any of the Initial ARM Recipients that he received the non-compliance notice within three (3) days of sending such notice, then [Qualcomm] shall send a second written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the Initial ARM Recipients and the Chief Operating Officer of A[rm Ltd.] and the Chief Executive Officer of A[rm Ltd.] and such second written notice shall be deemed received upon sending. Notwithstanding the foregoing, the Cure Period shall be deemed to have begun on the earlier of: (i) the date of confirmation from any of the Initial ARM Recipients; or (ii) the date that the second written notice of non-compliance was sent by [Qualcomm].

Section 8.3 of the Qualcomm ALA provides a 30-day "Cure Period" in which Arm Ltd. may "remedy … any breach by A[rm Ltd.] of Section 5 of this ALA" "within thirty (30) days from the date of [Qualcomm]'s written notice of non-compliance."

Under Section 8.3, if Arm Ltd. fails to remedy a Section 5 breach within the 30-day Cure Period, "the Royalty Rates used to calculate Running Royalties for any ARM Compliant Products or Architecture Compliant Products distributed by [Qualcomm] under the TLA or this ALA, after the expiration of the Cure Period, shall be reduced to zero US dollars ($0) for a period of five (5) years from the date of the expiration of the Cure Period."

*See also infra §* II.A.3.

**C. Has Qualcomm shown that it is entitled to a declaratory judgment that Qualcomm's right to elect a license extension under Section 14.1B of the Qualcomm ALA includes an election to obtain a license for v10?**

Section 14.1.B(1) of the Qualcomm ALA states that "[n]o later than seven (7) years after the Effective Date and prior to any termination of this ALA, LICENSEE may elect to extend the Initial Term to cover future versions of ARM Technology ***as mutually agreed upon by the parties***. If LICENSEE makes this election, then then the parties will negotiate in good faith the terms and conditions of an extension to the Initial Term for an additional seven and a half years and a license to ***such future versions*** of the ARM Technology."

"[T]he fundamental goal of contract interpretation is to give effect to the mutual intent of the parties as it existed at the time of contracting." *U.S. Cellular Inv. Co.*, 281 F.3d at 934. "Such intent is to be inferred, if possible, solely from the written provisions of the contract," *Cnty. of Fresno v. Fresno Deputy Sheriff's Ass'n*, 51 Cal. App. 5th 282, 292 (2020), "if the language is clear and explicit, and does not involve an absurdity," Cal. Civ. Code § 1638. Under California law, to determine "what the parties mutually intended a contract to mean," courts "consider whether a proffered interpretation: (1) aligns with the ordinary and popular meaning of the term;

(2) gives effect to all of a contract's provisions or renders some superfluous; (3) is supported by reading the contract as a whole; [and] (4) would produce an absurd or inequitable result." *Schertzer v. Bank of Am., NA*, 109 F.4th 1200, 1208 (9th Cir. 2024).

*See also infra* § IX.C.

**D. Has Qualcomm shown that it is entitled to a declaratory judgment that Arm Ltd. breached the Qualcomm ALA by refusing to honor Qualcomm's purported election "to extend the Initial Term" of that agreement "to cover future versions of ARM Technology as mutually agreed upon by the parties" and by failing to "negotiate in good faith the terms and conditions of an extension to the Initial Term for an additional seven and a half years and a license to such future versions of ARM Technology?"**

"The standard elements of a claim for breach of contract are: (1) the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) damage to plaintiff therefrom." *Wall St. Network, Ltd. v. New York Times Co.*, 164 Cal. App. 4th 1171, 1178 (2008) (internal quotation marks omitted).

"When there is a contractual relationship between parties, the duty to negotiate in good faith 'is limited to assuring compliance with the express terms of the contract, and cannot be extended to create obligations not contemplated in the contract.'" *All. Atlantis Releasing Ltd. v. Bob Yari Prods.*, 2010 WL 1525687, at *12 (C.D. Cal. Apr. 12, 2010) (quoting *Racine & Laramie, Ltd. v. Dep't of Parks & Recreation,* 11 Cal. App. 4th 1026, 1032 (1992)). "The obligation ... has been generally described as preventing one party from renouncing the deal, abandoning the negotiations, or insisting on conditions that do not conform to the agreement." *Id.* (quoting *A/S Apothekernes Laboratorium For Specialpraeparater v. I.M.C. Chem. Grp., Inc.*, 873 F.2d 155, 158 (7th Cir.1989)). "Nothing in the duty of good faith requires that parties to a negotiation propose only such terms as the other party is happy with; such a rule would turn the normal negotiating process on its head." *Warner Theatre Assocs. Ltd. P'ship v. Metro. Life Ins. Co.*, 1997 WL 685334, at *6 (S.D.N.Y. Nov. 4, 1997), *aff'd*, 149 F.3d 134 (2d Cir. 1998).

Rather, "[i]n a business transaction both sides presumably try to get the best of the deal. That is the essence of bargaining and the free market." *Apothekernes*, 873 F.2d at 159 (quoting *Feldman v. Allegheny Int'l, Inc.*, 850 F.2d 1217, 1223 (7th Cir. 1988)); *All. Atlantis Releasing Ltd.*, 2010 WL 1525687, at *12 (holding that "a low offer still qualifies as a good faith offer"). "[O]ne cannot characterize self-interest as bad faith. No particular demand in negotiations could be termed dishonest, even if it seemed outrageous to the other party. The proper recourse is to walk away from the bargaining table, not to sue for 'bad faith' in negotiations." *Rambus Inc. v. Hynix Semiconductor Inc.*, 629 F. Supp. 2d 979, 1016 (N.D. Cal. 2009) (finding Rambus did not breach its duty to negotiate in good faith for a license renewal, even though it withdrew an offer and ultimately filed suit, because it had initiated negotiations well before the deadline, made multiple renewal offers, and the parties' failure to reach agreement was caused by irreconcilable differences about the value of the license rather than by Rambus's conduct).

*See also supra* § 1.C.

**E. Has Qualcomm shown that it is entitled to a declaratory judgment that Arm Holdings plc and/or Arm Ltd. breached Section 8.1(B) of the Qualcomm TLA and, if so, that it is entitled to the relief it seeks as a result?**

A declaratory judgment claim that is duplicative of a coextensive breach of contract claim "provides no additional relief" and should be dismissed. *See Butta v. GEICO Cas. Co.*, 400 F. Supp. 3d 225, 236 (E.D. Pa. 2019).

*See also supra* § I.A–B.

*See also infra* § VII.A.1.

**F. Has Qualcomm shown that it is entitled to a declaratory judgment that, as a result of Arm Holdings plc's and/or Arm Ltd.'s breach of Section 8.1B of the Qualcomm TLA, Qualcomm is entitled to reimbursement of any overpayment that it has made for the Arm Implementation Cores, including Hunter, Hayes, and Yamin, and that Arm Holdings plc and/or Arm Ltd. is required to provide Qualcomm with licensing terms for each core within 10% of the Previous Best Deal?**

Section 8.2 of the Qualcomm TLA provides:

If LICENSEE believes that ARM has breached Clause 8.1B(ii)(b) and/or Clause 8.1C, then during the Cure Period (as defined below), ARM and LICENSEE shall escalate such alleged breach to their respective senior executives for resolution. If such senior executives are unable to resolve such alleged breach within the Cure Period, then LICENSEE may seek a determination by a court of competent jurisdiction as to whether ARM breached its obligation under Clauses 8.1B(ii)(b) and/or Clause 8.1C. If such court's final decision, after all appeals, determines that ARM is in breach of Clause 8.1B(ii)(b) and/or Clause 8.1C or if the parties' respective senior executives mutually agree that ARM is in breach of Clause 8.1B(ii)(b) and/or Clause 8.1C, then ARM shall refund to LICENSEE any historical over payment and make the necessary adjustment to LICENSEE's licensee fees and royalty rates only for that applicable ARM Implementation Core so that the royalty rates and license fees related to LICENSEE's license for the applicable ARM Implementation Core are no more than ten percent (10%) higher than the Previous Best Deal.

*See also infra* § IX.B.

**G. Has Qualcomm shown that it is entitled to a declaratory judgment that Arm Holdings plc and/or Arm Ltd. breached Section 8.1B of the Qualcomm TLA by failing to provide a licensing offer for Arm Implementation Cores, including Hunter, Hayes, and Yamin?**

*See infra* § VII.A.3.

**H. Has Qualcomm shown that it is entitled to a declaratory judgment that, as a result of Arm Holdings plc and/or Arm Ltd.'s breach of Section 8.1B of the Qualcomm TLA, Qualcomm is entitled to withhold royalties from Arm Holdings plc and/or Arm Ltd. under the Qualcomm ALA and the Qualcomm TLA for a period of five years?**

Section 8.3 of the Qualcomm TLA provides:

Notwithstanding any other provision of this TLA, if ARM fails to remedy, within thirty (30) days from the date of receipt of QGT's written notice of non-compliance (as specified in Clause 8.4) (the "Cure Period"), any breach by ARM of Clauses 8.1B(i), 8.1B(ii)(a) and/or 8.1D of this TLA; the Royalty Rates used to calculate

> Running Royalties (as defined in Clause 6.2) for any ARM Compliant Products distributed by LICENSEE under this TLA and the ALA, after the expiration of the Cure Period, shall be reduced to zero US dollars ($0) for a period of five (5) years from the date of the expiration of the Cure Period.

**1. Is Section 8.3's five-year zero-royalty provision an unenforceable penalty?**

*See infra* § IX.A.

**I. Has Qualcomm shown that it is entitled to a declaratory judgment that Arm Holdings plc and/or Arm Ltd. breached Section 8.1D of the Qualcomm TLA by failing to provide a licensing offer for Hunter, Hayes, and Yamin with material non-financial terms substantially similar to those in the Qualcomm TLA?**

*See infra* § VIII.A

**J. Has Qualcomm shown that it is entitled to a declaratory judgment that, as a result of Arm Holdings plc's and/or Arm Ltd.'s breach of Section 8.1D of the Qualcomm TLA, Qualcomm is entitled to withhold royalties from Arm Holdings plc and/or Arm Ltd. under the Qualcomm ALA and the Qualcomm TLA for a period of five years?**

*See supra* § I.H.

## II. BREACH OF SECTION 5.1 OF THE QUALCOMM ALA (COUNT II)

**A. Has Qualcomm shown, by a preponderance of the evidence, that Arm Holdings plc and/or Arm Ltd. breached Section 5.1 of the Qualcomm ALA?**

"To prevail on a cause of action for breach of contract, the plaintiff must prove (1) the contract, (2) the plaintiff's performance of the contract or excuse for nonperformance, (3) the defendant's breach, and (4) the resulting damage to the plaintiff." *Richman v. Hartley*, 224 Cal. App. 4th 1182, 1186 (2014).

Under California law, the interpretation of contract language is a question of law. *Atel Fin. Corp. v. Quaker Coal Co.*, 321 F.3d 924, 925–26 (9th Cir. 2003); *Brown v. Goldstein*, 34 Cal. App. 5th 418, 432 (2019); Cal. Civ. Code §§ 1638–39. Where the language is clear and explicit, it governs its interpretation, and the Court has authority to determine clarity as a question of law. *WYDA Assocs. v. Merner*, 42 Cal. App. 4th 1702, 1709–10 (1996); Cal. Civ. Code § 1638.

**1. As a non-signatory and non-party to the Qualcomm ALA, is Arm Holdings plc subject to liability for a purported breach of the Qualcomm ALA?**

Under California law, a defendant cannot be liable for breaching a contract to which it is not a party. *Tiffany & Co. v. Spreckels*, 262 P. 742, 747 (Cal. 1927); *Universal Bank v. Laws. Title Ins. Corp.*, 62 Cal. App. 4th 1062, 1065 (1997); *Tri-Continent Int'l Corp. v. Paris Sav. & Loan Ass'n*, 12 Cal. App. 4th 1354, 1359 (1993).

**2. Does Section 5.1 of the Qualcomm ALA apply to CPU-specific out-of-box packages ("OOBs") and/or interim patches to ACK tests ("ACK patches") sent in advance of and in addition to the next quarterly ACK release?**

Under Section 5.1 of the Qualcomm ALA, Arm Ltd. shall, in relevant part, "(i) use reasonable efforts to deliver the ARM Technology on or before the delivery dates set out in Section 1 of the relevant Annex 1," and "(ii) deliver Updates to [Qualcomm] as soon as reasonably possible after such Update is made generally available by A[rm Ltd.]."

**a. Are OOBs and/or ACK patches "ARM Technology" under the Qualcomm ALA?**

Section 1.3 of the Qualcomm ALA defines "ARM Technology" as "the technology identified in each Annex 1 and any Extensions and Updates thereto delivered by A[rm Ltd.] or a Controlling Party to [Qualcomm] under this ALA."

Section A.10 of the Armv8-A Annex 1 to the Qualcomm ALA defines "ARM Technology" as "any or all, of the architecture technology identified in this Annex 1 and any Updates thereto, but expressly excluding any microprocessor core Implementations, fabric IP, physical IP, graphics IP or development tool developed by or for A[rm Ltd.] that are not identified in Section 1 or Section 2.B.3 of this Annex 1." Section 1 of the Armv8-A Annex 1 identifies the "ARM TECHNOLOGY" by part number.

Section A.11 of the Armv9-A Annex 1 to the Qualcomm ALA defines "ARM Technology" as "any or all, as the context admits, of the technology identified in Section 1 of this Annex 1, and any Updates thereto delivered by A[rm Ltd.] to [Qualcomm]." Section 1 of the Armv9-A Annex 1 identifies the "ARM TECHNOLOGY" by part number.

**b. Are OOBs and/or ACK patches "Updates" under the Qualcomm ALA?**

Section 1.28 of the Qualcomm ALA defines "Updates" as, in relevant part:

> (B) for (i) the v8 and v8 Next and any future architecture versions of ARM Technology, and (ii) any 32-bit Subset Architectures (as defined in and licensed under this ALA and the v8 Annex 1), any error corrections, updates, Extensions, modifications, maintenance releases and enhancements to such architectures in subparts (i) and (ii) developed by or for A[rm] and incorporated into or designed for use with A[rm] microprocessor core implementations based on such architectures in subparts (i) and (ii).
>
> (C) Notwithstanding anything to the contrary, "Updates" shall expressly exclude Customizations unless and until such Customizations are defined by A[rm] as a part of the commercially licensable version of the applicable architecture version of the ARM Technology generally released to the A[rm] licensees or are made available to any third party other than the customer for which the Customization was developed or are open and contained within the A[rm] programming model generally released to the A[rm] licensees for such architecture version of the ARM Technology or the A[rm] software development community.

Section 1.8 of the Qualcomm ALA defines "Customizations" as "customer-specific updates, extensions, modifications, maintenance releases, enhancements, features and architectures."

**c. If OOBs and/or ACK patches are "ARM Technology" under the Qualcomm ALA, did Arm Holdings plc and/or Arm Ltd. "use reasonable efforts to deliver" them to Qualcomm "on or before the delivery dates set out in Section 1 of the relevant Annex 1"?**

Under Section 5.1 of the Qualcomm ALA, Arm Ltd. shall "(i) use reasonable efforts to deliver the ARM Technology on or before the delivery dates set out in Section 1 of the relevant Annex 1."

Section 1 of the Armv8-A Annex 1 to the Qualcomm ALA does not identify delivery dates for the ARM Technology.

Section 1 of the Armv9-A Annex 1 to the Qualcomm ALA identifies the following delivery dates for the relevant ARM Technology: for AR210 Armv9-A Architecture Specification parts, the "First Delivery Date" listed is "Specs EAC"; for AR215 Armv9-A Architecture Compliance Kit parts, the "First Delivery Date" listed is "ACK EAC."

**d. If OOBs and/or ACK patches are "Updates" under the Qualcomm ALA, did Arm Holdings plc and/or Arm Ltd. deliver them to Qualcomm "as soon as reasonably possible after such Update is made generally available" by Arm Holdings plc and/or Arm Ltd.?**

Under Section 5.1 of the Qualcomm ALA, Arm Ltd. shall "(ii) deliver Updates to [Qualcomm] as soon as reasonably possible after such Update is made generally available by A[rm Ltd.]."

**3. Does Section 8 of the Qualcomm ALA apply to Arm Holdings plc and/or Arm Ltd.'s purported breach of Section 5.1 of the Qualcomm ALA?**

Under Section 8.1 of the Qualcomm ALA, Arm Ltd. "shall have an obligation to perform in accordance with all the terms and conditions of this ALA (including but not limited to Section 5) and the Annexes hereto with respect to the ARM Technology licensed by [Qualcomm] under this ALA."

**a. Did Qualcomm comply with the notice and cure-period provisions in Section 8 of the Qualcomm ALA for each purported breach of Section 5 of the Qualcomm ALA by Arm Holdings or Arm Ltd.?**

Section 8.3 of the Qualcomm ALA describes a required notice and cure-period procedure:

> [Qualcomm] shall send a first written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the A[rm Ltd.] account manager for [Qualcomm], the General Counsel of A[rm Ltd.] and the Chief Financial Officer of A[rm] (the "Initial ARM Recipients"). If [Qualcomm] does not

> receive confirmation from any of the Initial ARM Recipients that he received the non-compliance notice within three (3) days of sending such notice, then [Qualcomm] shall send a second written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the Initial ARM Recipients and the Chief Operating Officer of A[rm Ltd.] and the Chief Executive Officer of A[rm] and such second written notice shall be deemed received upon sending. Notwithstanding the foregoing, the Cure Period shall be deemed to have begun on the earlier of: (i) the date of confirmation from any of the Initial ARM Recipients; or (ii) the date that the second written notice of non-compliance was sent by [Qualcomm].

Section 8.3 of the Qualcomm ALA provides a 30-day "Cure Period" in which Arm Ltd. may "remedy … any breach by A[rm Ltd.] of Section 5 of this ALA" "within thirty (30) days from the date of [Qualcomm]'s written notice of non-compliance."

**b. For each purported breach of Section 5 of the Qualcomm ALA by Arm Holdings plc and/or Arm Ltd., if Qualcomm complied with the notice and cure-period provisions of Section 8, does Section 8.3 apply?**

Under Section 8.3 of the Qualcomm ALA, if Arm Ltd. fails to remedy a Section 5 breach within the 30-day Cure Period, "the Royalty Rates used to calculate Running Royalties for any ARM Compliant Products or Architecture Compliant Products distributed by [Qualcomm] under the TLA or this ALA, after the expiration of the Cure Period, shall be reduced to zero US dollars ($0) for a period of five (5) years from the date of the expiration of the Cure Period."

## B. Is Qualcomm's claim that Arm Ltd. breached Section 5.1 of the Qualcomm ALA barred by the statute of limitations?

### 1. Does Delaware's three-year statute of limitations apply?

Delaware has a three-year statute of limitations for contractual breaches. 10 Del. C. § 8106. In a diversity case, this Court applies Delaware choice-of-law rules to determine the applicable statute of limitations. *See Stephens v. Clash*, 796 F.3d 281, 289 (3d Cir. 2015). "Under Delaware law, choice-of-law provisions in contracts do not apply to statutes of limitations, unless a provision expressly includes it." *Pivotal Payments Direct Corp. v. Planet Payment, Inc.*, 2015 WL

11120934, at *3 (Del. Super. Ct. Dec. 29, 2015). The Qualcomm ALA does not include a provision that expressly includes a choice-of-law provision specific to statutes of limitations.

Delaware's borrowing statute, 10 Del. C. § 8121, instructs courts to use the shorter limitations period as between Delaware's limitations period and the limitations period where the claim arose. *See Gavin v. Club Holdings, LLC*, 2016 WL 1298964, at *4 (D. Del. Mar. 31, 2016); *Rumbo v. Am. Med. Sys., Inc.*, 2021 WL 1694733, at *2–4 (Del. Super. Apr. 29, 2021), *aff'd*, 277 A.2d 295 (Del. 2022); *CHC Invs., LLC v. FirstSun Cap. Bancorp*, 2020 WL 1480857, at *4–8 (Del. Ch. Mar. 23, 2020), *aff'd*, 241 A.3d 221 (Del. Nov. 10, 2020). California imposes a four-year statute of limitations period for contract claims, whereas Delaware imposes a three-year period. *Compare* 10 Del. C. § 8106, *with* Cal. Civ. Proc. Code § 337; *see also Kirchner v. Wyndham Vacation Resorts, Inc.*, 580 F. Supp. 3d 57, 63 (D. Del. 2022).

**2. Was Qualcomm on notice of its claim that Arm Ltd. breached Section 5.1 of the Qualcomm ALA more than three years before it filed suit?**

"A party is on inquiry notice when it has facts sufficient to make it suspicious or that ought to make it suspicious." *RoboticVISIONTech, Inc. v. ABB Inc.*, 726 F. Supp. 3d 364, 368 (D. Del. 2024).

**3. Can the statute of limitations be equitably tolled?**

"Courts reserve tolling for litigants pursuing their rights 'diligently,' where 'some extraordinary circumstance … prevented timely filing.'" *Schiano v. HomEq Servicing Corp. & HomEq Servicing*, 832 F. App'x 116, 119 (3d Cir. 2020); *see also Berkley Rsch. Grp. LLC v. S. Advanced Materials, LLC*, 2026 WL 1847512, at *5–6 (Del. Ch. June 26, 2026). Where an "amended complaint was … never filed," it "lacks the ability to toll the limitations period." *Angles v. Dollar Tree Stores*, 494 F. App'x 326, 329, 332–33 (4th Cir. 2012); *Goldblatt v. NCUA*, 502 F.

App'x 53, 55–56 (2d Cir. 2012); *Benavidez v. Sandia Nat'l Lab'ys*, 2017 WL 3052765, at *59 (D.N.M. June 21, 2017); *Schach v. Ford Motor Co.*, 210 F.R.D. 522, 523–24 (M.D. Pa. 2002).

**4. Does the doctrine of continuing breach preserve Qualcomm's claim that Arm Ltd. breached Section 5.1 of the Qualcomm ALA?**

"The continuing breach doctrine applies in narrow and unusual factual situations where the alleged wrongful acts are so inexorably intertwined that there is but one continuing wrong." *Ocimum Biosolutions (India) Ltd. v. AstraZeneca UK Ltd.*, 2019 WL 6726836, at *15 (Del. Super. Ct. Dec. 4, 2019), *aff'd*, 247 A.3d 674 (Del. 2021).

Where a "plaintiff could allege a prima facie case for breach of contract after a single incident, the doctrine [of continuing breach] does not apply, even if a defendant engages in 'numerous repeated wrongs of similar, if not same, character over an extended period.'" *Id.*; *accord Elutia Inc. v. Medtronic Sofamor Danek USA*, 2025 WL 1091545, at *5 (Del. Super. Ct. Apr. 8, 2025); *Donald M. Durkin Contracting, Inc. v. City of Newark*, 2020 WL 5797622, at *13 (Del. Super. Ct. Sept. 29, 2020).

**5. Was Qualcomm's complaint against Arm Ltd. timely under the separate-accrual doctrine?**

Under the separate-accrual doctrine, "a cause of action accrues each time a wrongful act occurs, triggering a new limitations period." *Laatz v. Zazzle, Inc.*, 2025 WL 1359130, at *11–12 (N.D. Cal. May 9, 2025).

Section 8.3 of the Qualcomm ALA describes a required notice and cure-period procedure:

> [Qualcomm] shall send a first written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the A[rm Ltd.] account manager for [Qualcomm], the General Counsel of A[rm Ltd.] and the Chief Financial Officer of A[rm] (the "Initial ARM Recipients"). If [Qualcomm] does not receive confirmation from any of the Initial ARM Recipients that he received the non-compliance notice within three (3) days of sending such notice, then [Qualcomm] shall send a second written notice of non-compliance via email and via registered mail to the address set forth in Section 16.1 to the Initial ARM Recipients and the Chief Operating Officer of A[rm Ltd.] and the Chief Executive

> Officer of A[rm] and such second written notice shall be deemed received upon sending. Notwithstanding the foregoing, the Cure Period shall be deemed to have begun on the earlier of: (i) the date of confirmation from any of the Initial ARM Recipients; or (ii) the date that the second written notice of non-compliance was sent by [Qualcomm].

Section 8.3 of the Qualcomm ALA provides a 30-day "Cure Period" in which Arm Ltd. may "remedy … any breach by A[rm Ltd.] of Section 5 of this ALA" "within thirty (30) days from the date of [Qualcomm]'s written notice of non-compliance."

A plaintiff cannot assert a breach of contract claim if it did not comply with the contract's required notice-and-cure provision. *IP Glob. Invs. Am., Inc. v. Body Glove IP Holdings, LP*, 2018 WL 5983550, at *6 (C.D. Cal. Nov. 14, 2018), *amended*, 2019 WL 121191 (C.D. Cal. Jan. 7, 2019) ("Because [Plaintiff] failed to comply with the Breach and Cure provision of the Agreement, a condition precedent to a breach of contract claim, [Plaintiff] is barred from asserting a breach of the Agreement."); *Wood Ranch Manhattan Beach, LP v. St. Paul Fire & Marine Ins. Co.*, 2026 WL 1082315, at *4 (C.D. Cal. Mar. 9, 2026) (dismissing breach of contract claim in part because "Plaintiff does not allege that it provided notice of any breach in the manner required by the lease and therefore cannot show that it triggered the cure provision").

**6. Does California's Idle Act Rule Apply to The ALA's Notice-and-Cure Provision?**

Section 8.3 of the Qualcomm ALA describes a required notice and cure-period procedure. *See supra* § II.B.5. California's idle act rule does not apply when a party's contractual performance of a condition precedent would not be futile or would not cause further harm. *Petersen v. Arch Ins. Co.*, No. 5:15-CV-00832-ODW, 2015 WL 3968590, at *4 (C.D. Cal. June 30, 2015) (holding the idle act rule did not apply to contractual claim and notice requirements).

## III. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING AS TO SECTION 8.1(F) OF THE QUALCOMM TLA (COUNT III)

### 1. Has Qualcomm shown, by a preponderance of the evidence, that Arm Holdings plc and/or Arm Ltd. breached the implied covenant of good faith and fair dealing with respect to the peripheral IP addressed in Section 8.1(F)?

Section 8.1(F) states Arm Ltd.'s obligations regarding peripheral IP:

> ARM agrees that to the extent that ARM makes generally available for licensing to third parties, software development and debug tools and peripherals relevant to the utilization of any ARM Technology licensed under this TLA, it will offer to license such software development and debug tools and peripherals to LICENSEE.

"In California, the factual elements necessary to establish a breach of the covenant of good faith and fair dealing are: (1) the parties entered into a contract; (2) the plaintiff fulfilled his obligation under the contract; (3) any conditions precedent to the defendant's performance occurred; (4) the defendant unfairly interfered with the plaintiff's right to receive the benefit of the contract; and (5) the plaintiff was harmed by the defendant's conduct." *Fierro v. Cap. One, N.A.*, 620 F. Supp. 3d 1105, 1109 (S.D. Cal. 2022) (citation omitted).

### 2. Does Section 8.1(F) impose any limit on the license fees or royalty rates Arm Holdings plc and/or Arm Ltd. may charge for peripheral IP?

Section 8.1(F) obligates Arm Ltd. to "offer to license" peripheral IP that it "makes generally available for licensing to third parties." Unlike Section 8.1(B) as to Arm Implementation Cores, Section 8.1(F) imposes no limit on the license fees or royalty rates that may be charged for that IP.

### 3. Are Qualcomm's implied covenant claims as to peripheral IP invalid because they seek to impose substantive terms beyond those in the TLA?

Under California law, an implied-covenant claim is invalid when it is "clearly encompassed" by the contract's express terms and is "nothing more than the assumption" that the parties "would follow the contract and not commit a breach of an express contractual term."

*Deerpoint Grp., Inc. v. Agrigenix, LLC*, 345 F. Supp. 3d 1207, 1241 (E.D. Cal. 2018). The implied covenant exists only "as a ***supplement*** to the express contractual covenants, to prevent a contracting party from engaging in conduct which (while not technically transgressing the express covenants) frustrates the other party's rights to the benefits of the contract." *Avidity Partners, LLC v. California*, 221 Cal. App. 4th 1180, 1204 (2013) (emphasis in original). In other words, the implied covenant can only "fill gaps that the agreement does not address." *Shagrow Telecom Tech Co. v. Gentec Enters., Inc.*, 2014 WL 12688419, at *3 (C.D. Cal. Feb. 28, 2014). But it "cannot impose substantive duties or limits on the contracting parties beyond those incorporated in the specific terms of their agreement." *Guz v. Bechtel Nat'l, Inc.*, 24 Cal. 4th 317, 349–50 (2000); *see also Lamke v. Sunstate Equip. Co.*, 387 F. Supp. 2d 1044, 1047–48 (N.D. Cal. 2004) (dismissing implied covenant claim).

## IV. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT IV)

### A. To the extent not already resolved by the Court, does the First Amendment bar Qualcomm's claim that Arm Holdings plc and/or Arm Ltd. tortiously interfered with Qualcomm's business relationships?

The *Noerr-Pennington* doctrine arises from "dual principles," including "the constitutional right to petition under the First Amendment and the importance of open communication in representative democracies." *Mariana v. Fisher*, 338 F.3d 189, 197 (3d Cir. 2003). The doctrine protects "parties who petition governments for redress from claims arising in response to that petitioning" and has been "extended … to include protection for citizens who petition for relief through the courts." *Trs. of Univ. of Pa. v. St. Jude Child.'s Rsch. Hosp.*, 940 F. Supp. 2d 233, 239–40 (E.D. Pa. 2013). The doctrine has been applied to bar numerous types of claims arising from litigation activity, including state-law tort claims. *Id.* The *Noerr-Pennington* doctrine "provides broad immunity from liability to those who petition the government, including

administrative agencies and courts, for redress of their grievances." *Florcsk v. Unstoppable Domains Inc.*, 2024 WL 492384, at *2 (D. Del. Feb. 8, 2024) (quoting *Hanover 3201 Realty, LLC v. Vill. Supermarkets, Inc.*, 806 F.3d 162, 178 (3d Cir. 2015)); *Campbell v. Penn. Sch. Bds. Ass'n*, 972 F.3d 213, 215, 218–20 (3d Cir. 2020).

*Noerr-Pennington* and the First Amendment protect not just litigation conduct, but also conduct "incidental" to protected litigation. *Sweet St. Desserts, Inc. v. Chudleigh's Ltd.*, 655 F. App'x 103, 110–11 (3d Cir. 2016); *Matsushita Elecs. Corp. v. Loral Corp.*, 974 F. Supp. 345, 359 (S.D.N.Y. 1997); *see, e.g.*, *UMG Recordings, Inc. v. Glob. Eagle Ent., Inc.*, 117 F. Supp. 3d 1092, 1113 (C.D. Cal. 2015); *Magnetar Techs. Corp. v. Six Flags Theme Parks Inc.*, 2011 WL 678707, at *2 (D. Del. Feb. 18, 2011); *Ancestry.com Operations, Inc. v. DNA Diagnostics Ctr., Inc.*, 2016 WL 3999315, at *5 (S.D. Ohio July 26, 2016).

Indeed, because attaching liability to steps taken to publicize legitimate legal claims risks chilling litigation conduct, courts have routinely extended *Noerr-Pennington* immunity to press releases about pending litigation. *Sunrise Pharm., Inc. v. Vision Pharma, LLC*, 2018 WL 11476075, at *3 (D.N.J. June 20, 2018); *Cap. Health Sys., Inc. v. Veznedaroglu*, 2017 WL 751855, at *13 (D.N.J. Feb. 27, 2017); *Kemin Foods, L.C. v. Pigmentos Vegetales del Centro S.A. de C.V.*, 384 F. Supp. 2d 1334, 1349 (S.D. Iowa 2005), *aff'd*, 464 F.3d 1339 (Fed. Cir. 2006); *Aircapital Cablevision, Inc. v. Starlink Commc'ns Grp., Inc.*, 634 F. Supp. 316, 326 (D. Kan. 1986).

Litigation adversaries are not liable for tortious interference or similar claims merely for providing their view of the case to the other party's customers. *See, e.g.*, *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1113 (N.D. Cal. 2024) (dismissing claims premised on communications to plaintiff's customers); *Evanger's Dog & Cat Food Co. v. Env't Democracy Project*, 2022 WL 180205, at *1, *4 (C.D. Cal. Jan. 20, 2022); *Fitbit, Inc. v. Laguna 2, LLC*, 2018

WL 306724, at *10 (N.D. Cal. Jan. 5, 2018); *Sunrise*, 2018 WL 11476075, at *1–2; *Cap. Health Sys.*, 2017 WL 751855, at *13; *Ancestry.com*, 2016 WL 3999315, at *5; *In re Innovatio IP Ventures, LLC Pat. Litig.*, 921 F. Supp. 2d 903, 917–22 (N.D. Ill. 2013); *Select Comfort Corp. v. The Sleep Better Store, LLC*, 838 F. Supp. 2d 889, 891–92 (D. Minn. 2012); *Melea Ltd. v. Quality Models Ltd.*, 345 F. Supp. 2d 743, 758 (E.D. Mich. 2004).

"[O]bjectively plausible effort[s] to enforce rights" are "protected under *Noerr-Pennington*." *Sweet St. Desserts*, 655 F. App'x at 110–11; *Ancestry.com*, 2016 WL 3999315, at *5; *Matsushita*, 974 F. Supp. at 359.

*Noerr-Pennington*'s narrow "sham" exception only applies when a lawsuit is "objectively baseless." *In re Revlimid & Thalomid Purchaser Antitrust Litig.*, 2024 WL 2861865, at *86 (D.N.J. June 6, 2024); *Pro. Real Est. Invs., Inc. v. Columbia Pictures Indus., Inc.*, 508 U.S. 49, 60–61 (1993); *Ancestry.com*, 2016 WL 3999315, at *5 (extending to cease-and-desist letters). Plaintiffs seeking to invoke that exception "face[] an uphill battle," *In re Revlimid*, 2024 WL 2861865, at *86, and must show that "no reasonable litigant could realistically expect success," *Magnetar*, 2011 WL 678707, at *2–3. And where the underlying claims survive summary judgment, such claims are not objectively baseless. *See Cheminor Drugs, Ltd. v. Ethyl Corp.*, 168 F.3d 119, 122–24 (3d Cir. 1999); *Mylan Pharms., Inc. v. Teva Pharms. Indus. Ltd.*, 2025 WL 756793, at *31–32 (D.N.J. Feb. 27, 2025).

**B. Has Qualcomm shown by a preponderance of the evidence that Arm Holdings plc and/or Arm Ltd. intentionally interfered with Qualcomm's business relationships?**

To plead "[i]ntentional interference with prospective economic advantage," the plaintiff must allege: "(1) the existence, between the plaintiff and some third party, of an economic relationship that contains the probability of future economic benefit to the plaintiff; (2) the defendant's knowledge of the relationship; (3) intentionally wrongful acts designed to disrupt the

relationship; (4) actual disruption of the relationship; and (5) economic harm proximately caused by the defendant's action." *See Roy Allan Slurry Seal, Inc. v. Am. Asphalt S., Inc.*, 2 Cal. 5th 505, 512 (2017).

Courts are wary of extending tort liability to mere potential customer relationships and have dismissed tortious interference claims based on hypothetical or potential future customer profits. *See, e.g.*, *Olson v. World Fin. Grp. Ins. Agency, LLC*, 2024 WL 3498572, at *4 (N.D. Cal. July 19, 2024) (granting dismissal); *Song v. Drenberg*, 2019 WL 1998944, at *8 (N.D. Cal. May 6, 2019) (same).

To plead intentional interference with prospective economic advantage, the plaintiff must allege "intentionally wrongful acts designed to disrupt the relationship." *See Roy Allan Slurry Seal*, 2 Cal. 5th at 512. The conduct must be "wrongful by some legal measure other than the fact of interference itself." *Della Penna v. Toyota Motor Sales, U.S.A. Inc.*, 11 Cal. 4th 376, 393 (1995); *see also Golden v. Sound Inpatient Physicians Med. Grp., Inc.*, 93 F. Supp. 3d 1171, 1178 (E.D. Cal. 2015) (similar); *Republican Nat'l Comm. v. Google LLC*, 742 F. Supp. 3d 1099, 1113–14 (E.D. Cal. 2024) (similar). "An act is not independently wrongful merely because defendant acted with an improper motive. As we said in *Della Penna*, 'the law usually takes care to draw lines of legal liability in a way that maximizes areas of competition free of legal penalties.'" *Korea Supply Co.*, *v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1158 (2003) (quoting *Della Penna*, 11 Cal. 4th at 392).

Breach of contract does not satisfy the independently wrongful-acts requirement. *Block v. eBay, Inc.*, 2012 WL 1601471, at *5 (N.D. Cal. May 7, 2012), *aff'd*, 747 F.3d 1135 (9th Cir. 2014).

## V. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT V)

### A. To the extent not already resolved by the Court, does the First Amendment bar Qualcomm's claim that Arm Holdings plc and/or Arm Ltd. tortiously interfered with Qualcomm's business relationships?

*See supra* § IV.A.

### B. Has Qualcomm shown by a preponderance of the evidence that Arm Holdings plc and/or Arm Ltd. negligently interfered with Qualcomm's business relationships?

Negligent interference with prospective economic advantage is similar to a claim for intentional interference, but "arises only when the defendant owes the plaintiff a duty of care." *LiMandri v. Judkins*, 52 Cal. App. 4th 326, 348 (1997). The elements include: (1) the existence of an economic relationship containing probable future economic benefit; "(2) the defendant's knowledge … of the relationship; (3) the defendant's knowledge … that the relationship would be disrupted if the defendant failed to act with reasonable care; (4) the defendant's failure to act with reasonable care; (5) actual disruption of the relationship; and (6) resulting economic harm." *Nelson v. Tucker Ellis, LLP*, 48 Cal. App. 5th 827, 844 n.5 (2020).

"There is no duty of care between competitors under California law." *Singman v. NBA Props., Inc.*, 2014 WL 7892049, at *5 (C.D. Cal. Jan. 17, 2014) (granting dismissal), *aff'd*, 656 F. App'x 371 (9th Cir. 2016). And like with intentional interference, this claim requires an "act that is wrongful apart from the interference itself." *See TriCoast Builders, Inc. v. Lakeview Loan Servicing, LLC*, 2021 WL 248316, at *6 (Cal. App. Jan. 26, 2021).

## VI. CALIFORNIA UNFAIR COMPETITION LAW ("UCL") CLAIM (COUNT VI)

### A. Has Qualcomm shown, by a preponderance of the evidence, that Arm Holdings plc and/or Arm Ltd. violated the UCL?

The UCL prohibits any "unlawful, unfair or fraudulent business act or practice." Cal. Bus. & Prof. Code § 17200. Qualcomm contends Arm Holdings plc and/or Arm Ltd. has violated the "unlawful" and "unfair" prongs of the UCL.

#### 1. Can Qualcomm establish a violation of the UCL's "unlawful" prong solely by establishing a violation of California common law, including a violation of the common law (e.g., tortious interference) that is itself circularly based on a violation of the UCL?

A plaintiff must identify "a violation of another law [as a] predicate for stating a cause of action under the UCL's unlawful prong." *Berryman v. Merit Prop. Mgmt., Inc.*, 152 Cal. App. 4th 1544, 1554 (2007). That requires a showing that a defendant violated a federal, state, or local law. *See Olson v. World Fin. Grp. Ins. Agency, LLC*, 2024 WL 4668515, at *3 (N.D. Cal. Nov. 4, 2024); *see also Gopher Media LLC v. Melone*, 2023 WL 8790266, at *15 (S.D. Cal. Dec. 19, 2023) ("To prevail on a claim under the unlawful prong of the [UCL], the plaintiff must show that a challenged [practice] violates any federal or California statute or regulation."). "[A] common law violation such as breach of contract is insufficient" under the UCL; a plaintiff must "go beyond alleging a violation of common law" to "state a claim under the unlawful prong of § 17200." *Shroyer v. New Cingular Wireless Servs., Inc.*, 622 F.3d 1035, 1044 (9th Cir. 2010); *accord Gill v. Marsh USA, Inc.*, 2024 WL 3463351, at *6 (N.D. Cal. July 18, 2024) (tortious interference claim cannot support UCL unlawfulness); *Foundry IV Inc. v. Hard Carry Gaming Inc.*, 2024 WL 211010, at *6–7 (C.D. Cal. Jan. 3, 2024) (breach of implied contract and tortious interference cannot support UCL unlawfulness); *Mazal Grp., LLC v. Espana*, 2017 WL 6001721, at *4 (C.D. Cal. Dec. 4, 2017) (breach of contract claim cannot support UCL unlawfulness).

In addition, there is no authority for the circular proposition that tortious interference claims can establish the wrongfulness UCL prong where the UCL claim is itself the basis for the independently wrongful element of the tortious interference claims.

**2. In determining whether Arm Holdings plc and/or Arm Ltd.'s alleged conduct violates the UCL's "unfair" prong, does the "tethering test" apply?**

California courts use two tests to determine whether conduct is "unfair" under the UCL. First, the California Supreme Court has held that "[w]hen a plaintiff [] claims to have suffered injury from a direct competitor's 'unfair' act or practice[s]," courts use the "tethering test." *Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*, 973 P.2d 527, 544 & n.12 (Cal. 1999). Courts have extended the application of the tethering test to disputes between sophisticated corporations. *See In re Qualcomm Litig.*, 2017 WL 5985598, at *7 (S.D. Cal. Nov. 8, 2017) (applying the tethering test to Qualcomm and Apple because they were "sophisticated corporations" in an "ongoing" and "vertical business relationship"); *Sun Microsystems, Inc. v. Microsoft Corp.*, 87 F. Supp. 2d 992, 999 (N.D. Cal. 2000) (applying the tethering test where Sun Microsystems' and Microsoft's relationship had a vertical relationship and Microsoft distributed Java Technology supplied by Sun). Indeed, the tethering test applies even where the companies are not "direct competitors." *In re Qualcomm Litig.*, 2017 WL 5985598, at *7; *Levitt v. Yelp! Inc.*, 765 F.3d 1123, 1136 (9th Cir. 2014) (holding that the tethering test applied in "business-competitor" suit brought by "business owners" who were not direct competitors but nonetheless asserted that the challenged conduct "unfairly injures their economic interests"). The test requires a plaintiff to establish that the defendant's conduct "[1] threatens an incipient violation of an antitrust law, or [2] violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, or [3] otherwise significantly threatens or harms competition." *Cel-Tech*, 973 P.2d at 544 & n.12.

Second, in suits brought by consumers, some California courts apply a "balancing test," which asks whether the challenged business practice is "immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers" by "weigh[ing] the utility of the defendant's conduct against the gravity of the harm to the alleged victim." *Cel-Tech*, 973 P.2d at 543. The California Supreme Court has expressly held that the balancing test is not the standard in suits between "competitor[s]" because it is "too amorphous and provide[s] too little guidance to courts and businesses." *Id.* at 543, 544; *see also Nationwide Biweekly Admin., Inc. v. Superior Ct.*, 9 Cal. 5th 279, 302 & n.10 (2020) (distinguishing cases applying the tethering test in the competitor context and discussing the split in authority as to the test that applies in "actions under the UCL brought on behalf of consumers rather than competitors"). The balancing test does not apply in suits between direct competitors or two sophisticated businesses. *Cel-Tech*, 973 P.2d at 543–44; *In re Qualcomm Litig.*, 2017 WL 5985598, at *7 (collecting citations).

**3. Can Qualcomm establish a violation of the "unfair" prong under the "tethering test" without tethering its theories to any antitrust law or even defining a market?**

The tethering test requires plaintiffs to "tether[]" UCL claims to the antitrust laws. *Cel-Tech*, 973 P.2d at 543–44; *see also Synopsys, Inc. v. ATopTech, Inc.*, 2015 WL 4719048, at *10 (N.D. Cal. Aug. 7, 2015) ("ATopTech has not pointed to any 'unusual' aspect of the alleged conduct that would make that conduct something that violates the 'policy and spirit' of the antitrust laws without violating the actual laws themselves."). "[C]ourts may not apply purely subjective notions of fairness"; courts "have 'neither the power nor the duty to determine the wisdom of any economic policy; that function rests solely with the legislature.'" *Cel-Tech*, 973 P.2d at 542–43.

Except in narrow circumstances involving *per se* antitrust violations and horizontal agreements not at issue here, a market definition is necessary. *Ohio v. Am. Express Co.*, 585 U.S. 529, 543 n.7 (2018); *Epic Games, Inc. v. Apple, Inc.*, 67 F.4th 946, 974 n.6 (9th Cir. 2023).

"Without a definition of [the] market there is no way to measure [the defendant's] ability to lessen or destroy competition." *Ohio*, 585 U.S. at 543 (citation omitted); *see also In re Lipitor Antitrust Litig.*, 855 F.3d 126, 147 (3d Cir. 2017). Courts thus routinely require market definitions to support UCL claims. *See, e.g., Racek v. Rady Children's Hosp. of San Diego*, 2012 WL 2947881, at *6 (Cal. Ct. App. July 20, 2012); *Sun Microsystems*, 87 F. Supp. 2d at 992; *Vox Network Sols., Inc. v. Gage Techs., Inc.*, 2025 WL 929939, at *5 (N.D. Cal. Mar. 27, 2025); *Reilly v. Apple Inc.*, 578 F. Supp. 3d 1098, 1106–11 (N.D. Cal. 2022).

### 4. Can Qualcomm establish the "unfair" prong under either the tethering test or the balancing test if it cannot prove harm beyond itself?

"Injury to a competitor is not equivalent to injury to competition." *Cel-Tech*, 973 P.2d at 544; *see also Phila. Taxi Ass'n, Inc. v. Uber Techs., Inc.*, 886 F.3d 332, 338 (3d Cir. 2018); *Sun Microsystems*, 87 F. Supp. 2d at 1001. The policy and spirit behind the antitrust laws protect against harm "to competition itself, not merely to competitors." *FTC v. Qualcomm, Inc.*, 969 F.3d 974, 996 (9th Cir. 2020). "Allegations that conduct has the effect of reducing consumers' choices or increasing prices to consumers do not sufficiently allege an injury to competition because both effects are fully consistent with a free, competitive market." *Id.* at 990 (alterations adopted) (quotation marks omitted). Instead, a plaintiff must establish "a less competitive market due to either artificial restraints or predatory and exclusionary conduct" that harms the competitive "*process*." *Id.* (emphasis in original). "[N]ovel business practices—*especially* in technology markets—should not be conclusively presumed to be unreasonable and therefore illegal without elaborate inquiry as to the precise harm they have caused or the business excuse for their use." *Id.* at 990–91 (emphasis original) (quotation marks and citation omitted); *see also id.* at 993 ("Competitors are not required to engage in a lovefest.").

Corporate plaintiffs may not bootstrap contract claims into UCL violations. *See, e.g.*, *Martin Saturn of Ontario Inc. v. Subaru of Am. Inc.*, 2023 WL 9417499, at *8 (C.D. Cal. July 21, 2023) ("A dispute between commercial parties over their economic relationship does not qualify for relief under the UCL." (alteration adopted) (quotation marks omitted)); *Dollar Tree Stores Inc. v. Toyama Partners LLC*, 875 F. Supp. 2d 1058, 1083 (N.D. Cal. 2012) (granting summary judgment on a UCL claim that was "based on a breach of a contract that does not implicate the public in general or individual consumers"); *Scripps Clinic v. Superior Ct.*, 108 Cal. App. 4th 917, 940 (2003) (concluding that the harm alleged was contractual and not a UCL violation); *Mazal Grp., LLC v. Espana*, 2017 WL 6001721, at *4 (C.D. Cal. Dec. 4, 2017) (dismissing UCL claim where the plaintiff pleaded no specific allegations as to the unfair prong and simply incorporated its breach of contract allegations). It "makes little sense to hold that contract disputes between 'the world's most sophisticated companies,' [*FTC*, 969 F.3d at 997], could give rise to an independent UCL claim." Qualcomm Answering Br., *Key v. Qualcomm*, No. 23-3354, D.I. 22.1 at 48 (9th Cir. Apr. 26, 2024) (citing *Sybersound Records, Inc. v. UAV Corp.*, 517 F.3d 1137, 1152 (9th Cir. 2008)).

**5. Can Qualcomm establish a violation of the "unfair" prong under either the tethering test or the balancing test in the absence of a duty to deal?**

Conduct "deemed reasonable and condoned under the antitrust laws" "cannot be deemed 'unfair'" under any UCL test. *Chavez v. Whirlpool Corp.*, 93 Cal. App. 4th 363, 375 (2001). "[T]he *Colgate* doctrine—that it is lawful for a company to unilaterally announce the terms on which it will deal—preclude[s] a UCL action." *Epic Games*, 67 F.4th at 1001 (citing *United States v. Colgate & Co.*, 250 U.S. 300, 307 (1919)). In other words, "the *Colgate* doctrine provides … a 'safe harbor' against [a] UCL claim under the 'unfair' prong" because "the Legislature has determined that no action should lie for unilateral refusals to deal that are permissible under the

*Colgate* doctrine." *Beverage v. Apple, Inc.*, 101 Cal. App. 5th 736, 753–54 (2024) (quotations omitted). The *Colgate* doctrine provides that "[a]s a general rule, businesses are free to choose the parties with whom they will deal, as well as the prices, terms, and conditions of that dealing." *Pac. Bell Tel. Co. v. linkLine Commc'ns, Inc.*, 555 U.S. 438, 448 (2009); *see also Verizon Commc'ns, Inc. v. Law Offices of Curtis V. Trinko, LLP*, 540 U.S. 398, 407–11 (2004); *FTC*, 969 F.3d at 993 ("As the Supreme Court has repeatedly emphasized, there is no duty to deal under the terms and conditions preferred by [a competitor's] rivals.") (quotation marks omitted).

An antitrust theory based on a party "abus[ing] their power" in an "upstream market" to "prevent rival firms from competing effectively in" a "downstream market" is "not cognizable" absent "an antitrust duty to deal," meaning, an exception to the rule that there is no duty to deal. *Pac. Bell Tel. Co.*, 555 U.S. at 449–50; *see also id.* at 447–49. There is one rare and narrow circumstance where a duty to deal exists: where ending a voluntary course of dealing would "forsake short-term profits" and is "irrational but for its anticompetitive effect." *Novell, Inc. v. Microsoft Corp.*, 731 F.3d 1064, 1075 (10th Cir. 2013) (Gorsuch, J.) (collecting citations); *see also id.* at 1066 (affirming judgment as a matter of law where competitor allegedly "refused to share its intellectual property with rivals after first promising to do so"); *see Trinko*, 540 U.S. at 407–11. A decision to change licensing terms for "intellectual property rights," or to no longer license those rights, "is a presumptively rational business justification for a unilateral refusal to deal." *SOLIDFX LLC v. Jeppesen Sanderson, Inc.*, 841 F.3d 827, 841–43 (10th Cir. 2016); *see In re Indep. Serv. Orgs. Antitrust Litig.*, 203 F.3d 1322, 1329 (Fed. Cir. 2000).

### B. Does Qualcomm have an adequate legal remedy that bars a UCL claim as a matter of law?

Because the UCL is an equitable statute, a plaintiff "must establish that [it] lacks an adequate remedy at law." *Sonner v. Premier Nutrition Corp.*, 971 F.3d 834, 844 (9th Cir. 2020);

*Lanza v. Moclock*, 842 F. App'x 714, 717 (3d Cir. 2021); Cal. Bus. & Prof. Code § 17203. That is a jurisdictional rule that "preclude[s]" a party from pursuing a UCL claim "where an adequate legal remedy exists." *Key v. Qualcomm Inc.*, 129 F.4th 1129, 1142 (9th Cir. 2025); *Guzman v. Polaris Indus. Inc.*, 49 F.4th 1308, 1312–13 (9th Cir. 2022). *Sonner* applies even if a plaintiff "seek[s] prospective injunctive relief" because "none of [*Sonner*'s] reasoning suggests that it is limited to claims for restitution for past harms and not to purported future or ongoing harms." *Clark v. Am. Honda Motor Co.*, 528 F. Supp. 3d 1108, 1121 (C.D. Cal. 2021); *Adams v. Cole Haan, LLC*, 2020 WL 5648605, at *2 (C.D. Cal. Sep. 3, 2020).

Because a plaintiff "must establish that [it] lack[s] an adequate remedy at law before securing equitable restitution for past harm under the UCL," *Key*, 129 F.4th at 1142, courts reject UCL claims as a matter of law where the conduct underlying the UCL claim is the same conduct underlying other causes of action. *See, e.g.*, *King v. Nat'l Gen. Ins. Co.*, 2025 WL 2494366, at *6 (N.D. Cal. Aug. 29, 2025); *Loo v. Toyota Motor Sales, USA, Inc.*, 2019 WL 7753448, at *13 (C.D. Cal. Dec. 20, 2019); *In re Ford Tailgate Litig.*, 2014 WL 1007066, at *5 (N.D. Cal. Mar. 12, 2014). The UCL "is not an all-purpose substitute for a tort or contract action." *Korea Supply Co*, 29 Cal. 4th at 1151.

**C. Did Qualcomm waive all forms of UCL relief other than equitable restitution, where Qualcomm identified only equitable restitution in its interrogatory responses concerning the relief it seeks on that claim?**

"If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1); *see also Indep. Trust Corp. v. Fidelity Nat'l Title Ins. Co. of N.Y.*, 577 F. Supp. 2d 1023, 1043–44 (N.D. Ill. 2008).

**D. If Qualcomm has not waived injunctive relief, has Qualcomm established standing and entitlement to equitable relief?**

"[A] plaintiff must demonstrate standing for each claim he seeks to press and for each form of relief that is sought." *Wayne Land & Min. Grp., LLC v. Delaware River Basin Comm'n*, 959 F.3d 569, 574 (3d Cir. 2020). To establish standing for an injunction, a plaintiff must establish a "threat of injury" that is "real and immediate, not conjectural or hypothetical." *City of L.A. v. Lyons*, 461 U.S. 95, 102–03 (1983) (quotation marks omitted).

"According to well-established principles of equity, a plaintiff seeking a permanent injunction must satisfy a four-factor test before a court may grant such relief." *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (citing *Weinberger v. Romero-Barcelo*, 456 U.S. 305, 311–313 (1982)). "A plaintiff must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay*, 547 U.S. at 391. "The decision to grant or deny permanent injunctive relief is an act of equitable discretion by the district court." *Id.*

"[An injunction] is unavailable absent a showing of irreparable injury, a requirement that cannot be met where there is no showing of any real or immediate threat that the plaintiff will be wronged again—a likelihood of substantial and immediate irreparable injury." *Lyons*, 461 U.S. at 111 (quotation marks and citation omitted). Mere speculation about future harm based on prior allegedly anticompetitive acts is insufficient to support injunctive relief. *See Mayfield v. United States*, 599 F.3d 964, 970 (9th Cir. 2010); *Bates v. United Parcel Serv., Inc.*, 511 F.3d 974, 985 (9th Cir. 2007).

### E. Is Qualcomm's requested injunction too vague to be enforced?

Federal Rule of Civil Procedure 65(d) provides that "[e]very order granting an injunction and every restraining order must state its terms specifically" and "describe in reasonable detail ... the act or acts restrained or required." *Hope v. Warden York Cnty. Prison*, 972 F.3d 310, 322 (3d Cir. 2020). "Persons may not be placed at risk of contempt unless they have been given specific notice of the norm to which they must pattern their conduct." *Id.* "In short, a party must receive fair and precisely drawn notice of what the injunction actually prohibits or requires." *Id.* (alteration adopted) (quotation marks and citation omitted); *see also Copperleaf Food Grp., Richland LLC v. Wal-Mart Real Est. Bus. Tr.*, 2026 WL 317538, at *5 (W.D. Pa. Feb. 6, 2026). An injunction is "invalid" if it is "so vague that persons of common intelligence must necessarily guess at its meaning and differ as to its application." *Long Beach Mem'l Med. Ctr. v. Kaiser Found. Health Plan, Inc.*, 71 Cal. App. 5th 323, 343 (2021) (alterations adopted). Relatedly, to the extent an injunction "more generally" requires the defendant "to obey the law, such an injunction [is] equally invalid." *Id.* (quotation marks omitted); *see also Pierce v. City of Philadelphia*, 811 F. App'x 142, 152 (3d Cir. 2020) ("[A]n injunction to merely obey the law is the type of broad, non-specific language that we have discouraged." (alteration adopted) (quotation marks omitted)).

## VII. BREACH OF THE QUALCOMM TLA, SECTION 8.1(B) (COUNT VII)

### A. Has Qualcomm shown, by a preponderance of the evidence, that Arm Holdings plc and/or Arm Ltd. breached Section 8.1(B)?

"To prevail on a cause of action for breach of contract, the plaintiff must prove: (1) the contract, (2) the plaintiff's performance of the contract or excuse for nonperformance, (3) the defendant's breach, and (4) the resulting damage to the plaintiff." *Richman*, 224 Cal. App. 4th at 1186.

**1. Does Section 8.1(B) apply to Qualcomm's 2024 requests for Hunter, Hayes, and Yamin?**

Section 8.1(B) requires "upon receipt of [Qualcomm]'s initial written request" to license an Arm Implementation Core, or upon a "subsequent one-time written request" made "up to the twelve [] month anniversary of such Initial Request."

Under California law, the interpretation of contract language is a question of law. *Atel Fin. Corp.*, 321 F.3d at 925–26; *Brown*, 34 Cal. App. 5th at 432; Cal. Civ. Code §§ 1638–39. Where the language is clear and explicit, it governs its interpretation, and the Court has authority to determine clarity as a question of law. *WYDA Assocs*, 42 Cal. App. 4th at 1709–10; Cal. Civ. Code § 1638.

**2. If Section 8.1(B) applies, did Arm Holdings plc and/or Arm Ltd. breach Section 8.1(B)(i)?**

Section 8.1(B)(i) requires that, upon receipt of a qualifying request, Arm Ltd. will in good faith:

> investigate and determine the ARM license agreement with a third party for the same ARM Implementation Core, in effect on the date of the applicable [Qualcomm] request, with the lowest royalty rate previously agreed with such third party to use the same ARM Implementation Core (the "Previous Best Deal").

To prove a lack of good faith under California law, a plaintiff must show the defendant acted with "a moral quality, such as dishonesty, deceit, or unfaithfulness to duty." *Storek & Storek, Inc. v. Citicorp Real Est., Inc.*, 100 Cal. App. 4th 44, 59 (2002).

**a. Does "lowest royalty rate" in Section 8.1(B)(i) mean the lowest base rate listed, or the lowest effective rate?**

The TLA requires investigation of the "lowest royalty rate"; the phrase "the base royalty rate listed" appears nowhere in the agreement. The language of a contract governs its interpretation where clear and explicit, Cal. Civ. Code § 1638, and a court may not "insert what has been omitted." Cal. Code Civ. Proc. § 1858.

### 3. If Section 8.1(B) applies, did Arm Holdings plc and/or Arm Ltd. breach Section 8.1(B)(ii)(a)?

Section 8.1(B)(ii)(a) requires that Arm Ltd. will in good faith "offer [Qualcomm] a license to the same ARM Implementation Core." Qualcomm contends that Arm Holdings plc and/or Arm Ltd.'s October 2024 proposal was so unreasonable as to amount to a "constructive failure to offer a license at all." Whether Arm Holdings plc and/or Arm Ltd. satisfied Section 8.1(B)(ii)(a) is governed by the good-faith standard set forth above.

### 4. If Section 8.1(B) applies, did Arm Holdings plc and/or Arm Ltd. breach Section 8.1(B)(ii)(b)?

Section 8.1(B)(ii)(b) requires:

> … such an offer shall be for license fees and royalty rates that ARM reasonably determines, based on ARM's comparison of all financial considerations and license rights, without limitation (e.g., indemnities, limitation of liability, scope and term of license, but, in each case, only to the extent such example actually factored into ARM's calculation to determine the license fees and royalty rates of the Previous Best Deal), between the Previous Best Deal and the offer to LICENSEE (the "Total Financial Considerations"), are no more than ten percent (10%) higher than the Previous Best Deal.

## VIII. BREACH OF THE QUALCOMM TLA, SECTION 8.1(D) (COUNT VIII)

### A. Has Qualcomm shown, by a preponderance of the evidence, that Arm Holdings plc and/or Arm Ltd. breached Section 8.1(D)?

Section 8.1(D) provides:

> For (i) a two (2) year period from the Effective Date (the 'Initial Period'), and (ii) the three (3) year period commencing upon [Qualcomm]'s receipt of the ARM Notice (as defined below), the material non-financial terms and conditions under which ARM offers to license an ARM Implementation Core to [Qualcomm] shall be substantially similar to the material non-financial terms and conditions set forth in the TLA as of the effective date of such TLA. Following such Initial Period, ARM may modify the material non-financial terms and conditions under which it offers to license [Qualcomm] a new ARM Implementation Core upon providing a three (3) years minimum written notice to [Qualcomm] (the "ARM Notice").

## IX. BREACH OF SECTION 14.1(B) OF THE QUALCOMM ALA (AGAINST ARM LTD.) (COUNT IX)

### A. Has Qualcomm shown, by a preponderance of the evidence, that Arm Ltd. breached Section 14.1.B(1) of the Qualcomm ALA?

"The standard elements of a claim for breach of contract are: (1) the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) damage to plaintiff therefrom." *Wall St. Network, Ltd.*, 164 Cal. App. 4th at 1178 (quotation marks and citation omitted).

#### 1. Did Qualcomm provide proper notice regarding a purported extension to the Initial Term of the ALA for an additional seven and a half years to cover v10 of the Arm ISA?

Section 16.2 of the Qualcomm ALA states that "[a]ll notices which are required to be given [under the ALA] shall be in writing and shall be sent to the address of the recipient set out" in the ALA, and "[a]ny such notice may be delivered personally, by commercial overnight courier, or facsimile transmission which shall be followed by a hard copy and shall be deemed to have been served if by hand when delivered, if by commercial overnight courier 48 hours after deposit with such courier, and if by facsimile transmission when dispatched."

If a party fails to give "valid and timely notice of its intent to exercise" an election under a contract, "it cannot claim rights arising under the" election and "therefore has no valid claim for relief" thereunder. *California Clovis, LLC v. Sierra Vista Realty LLC*, 634 F. Supp. 3d 881, 895 (E.D. Cal. 2022). "It is well settled that when the provisions of an option contract prescribe the particular manner in which the option is to be exercised, *they must be strictly followed.*" *Palo Alto Town & Country Village, Inc. v. BBTC Co.*, 11 Cal. 3d 494, 498 (1974) (emphasis added); *see also Bekins Moving & Storage Co. v. Prudential Ins. Co.*, 176 Cal. App. 3d 245, 250 (1985) ("[C]ourts are strict in holding an optionee to exact compliance with the terms of the option."); Cal. Civ. Code § 1582 ("If a proposal prescribes any conditions concerning the communication of its acceptance,

the proposer is not bound unless they are conformed to; but in other cases any reasonable and usual mode may be adopted.").

"[I]f the optionee does not exercise the option with strict compliance, the optionor may reject the attempt or may accept the non-compliant notice and communicate the optionor's acceptance expressly or through conduct." *California Clovis*, 634 F. Supp. 3d at 889, 891 (where "the sublease agreement obligated California Clovis to notify Defendants of its election to renew the sublease in writing and to deliver it personally or via registered/certified mail with a prepaid return receipt," a letter "sent through regular U.S. mail and with no return receipt, failed to comply with the clear and explicit requirements to exercise the option under the agreement"); *see also Buena Vista Biomass Dev., LLC v. Oneto Grp., Inc.*, 2008 WL 2693181, at *3 (E.D. Cal. July 2, 2008) (finding Buena Vista failed to exercise its option contract because it did not make the payment within the prescribed period and in the manner required by the contract, even though Buena Vista partially complied by stating its intent to exercise its option); *Bekins*, 176 Cal. App. 3d at 251 (holding lessee did not properly renew the lease because he failed to "exercise his option, within the time, in the manner and on the terms stated in the lease").

**2. Under the plain and unambiguous language of Section 14.1.B(1), did the parties "mutually agree[]" regarding the future versions of Arm Technology that would be covered by a purported election?**

Section 14.1.B(1) of the Qualcomm ALA states that "[n]o later than seven (7) years after the Effective Date and prior to any termination of this ALA, LICENSEE may elect to extend the Initial Term to cover future versions of A[rm] Technology ***as mutually agreed upon by the parties***. If LICENSEE makes this election, then then the parties will negotiate in good faith the terms and conditions of an extension to the Initial Term for an additional seven and a half years and a license to ***such future versions*** of the ARM Technology."

"[T]he fundamental goal of contract interpretation is to give effect to the mutual intent of the parties as it existed at the time of contracting." *U.S. Cellular Inv. Co.*, 281 F.3d at 934. "Such intent is to be inferred, if possible, solely from the written provisions of the contract," *Cnty. of Fresno*, 51 Cal. App. 5th at 292, "if the language is clear and explicit, and does not involve an absurdity," Cal. Civ. Code § 1638. Under California law, to determine "what the parties mutually intended a contract term to mean," courts "consider whether a proffered interpretation: (1) aligns with the ordinary and popular meaning of the term; (2) gives effect to all of a contract's provisions or renders some superfluous; (3) is supported by reading the contract as a whole; [and] (4) would produce an absurd or inequitable result." *Schertzer*, 109 F.4th at 1208.

**3. Has Qualcomm shown, by a preponderance of the evidence, that Arm Ltd. breached any obligation it may have under Section 14.1.B(1) to "negotiate in good faith" with respect to v10?**

"When there is a contractual relationship between parties, the duty to negotiate in good faith 'is limited to assuring compliance with the express terms of the contract, and cannot be extended to create obligations not contemplated in the contract.'" *All. Atlantis Releasing Ltd.*, 2010 WL 1525687, at *12 (quoting *Racine & Laramie*, 11 Cal. App. 4th at 1032). "The obligation ... has been generally described as preventing one party from renouncing the deal, abandoning the negotiations, or insisting on conditions that do not conform to the agreement." *All. Atlantis Releasing Ltd.*, 2010 WL 1525687, at *12. (quoting *Apothekernes*, 873 F.2d at 158). "Nothing in the duty of good faith requires that parties to a negotiation propose only such terms as the other party is happy with; such a rule would turn the normal negotiating process on its head." *Warner Theatre Assocs.*, 1997 WL 685334, at *6.

Rather, "[i]n a business transaction both sides presumably try to get the best of the deal. That is the essence of bargaining and the free market." *Apothekernes*, 873 F.2d at 159 (quoting *Feldman*, 850 F.2d at 1223); *All. Atlantis Releasing Ltd.*, 2010 WL 1525687, at *12 (holding that

"a low offer still qualifies as a good faith offer"). "[O]ne cannot characterize self-interest as bad faith. No particular demand in negotiations could be termed dishonest, even if it seemed outrageous to the other party. The proper recourse is to walk away from the bargaining table, not to sue for 'bad faith' in negotiations." *Rambus*, 629 F. Supp. 2d at 1016 (citation omitted) (finding Rambus did not breach its duty to negotiate in good faith for a license renewal, even though it withdrew an offer and ultimately filed suit, because it had initiated negotiations well before the deadline, made multiple renewal offers, and the parties' failure to reach agreement was caused by irreconcilable differences about the value of the license rather than by Rambus's conduct).

**B. Is Qualcomm entitled to a remedy of specific performance requiring Arm Ltd. to negotiate in good faith an extension to the Qualcomm ALA and a license to v10?**

"[T]he appropriate remedy for breach of a contract to negotiate is … damages caused by the injured party's reliance on the agreement to negotiate." *Copeland v. Baskin Robbins U.S.A.*, 96 Cal. App. 4th 1251, 1260–64 (2002); *see also In re ECC Sys., Inc.*, 323 F. App'x 519, 521 (9th Cir. 2009). That is because "reliance damages are the ***only*** form of recovery available in an action on a contract to negotiate an agreement." *Copeland*, 96 Cal. App. 4th at 1263.

"To obtain specific performance after a breach of contract, a plaintiff must generally show: (1) the inadequacy of his legal remedy; (2) an underlying contract that is both reasonable and supported by adequate consideration; (3) the existence of a mutuality of remedies; (4) contractual terms which are sufficiently definite to enable the court to know what it is to enforce; and (5) a substantial similarity of the requested performance to that promised in the contract." *Real Est. Analytics, LLC v. Vallas*, 160 Cal. App. 4th 463, 472 (2008) (quotation marks and citation omitted).

Obligations "cannot be specifically enforced" when "the terms of which are not sufficiently certain to make the precise act which is to be done clearly ascertainable." Cal. Civ. Code § 3390(e);

*see also Pauma Band of Luiseno Mission Indians of Pauma & Yuima Rsrv. v. California*, 813 F.3d 1155, 1167 (9th Cir. 2015) ("[S]pecific performance ... will not be granted unless the terms of the contract are sufficiently certain to provide a basis for an appropriate order."). "[T]he terms of the contract must be certain and definite in all particulars essential to its enforcement. A court must be able to say what is the stipulated performance." *Gould v. Callan*, 127 Cal. App. 2d 1, 4 (1954). "[T]he material terms of a contract must be significantly more certain" when "a plaintiff demands the equitable remedy of specific performance, rather than the traditional legal remedy of damages." *Larwin-S. Cal., Inc. v. JGB Inv. Co.*, 101 Cal. App. 3d 626, 636 (1979).

"[C]ourts should not order specific performance 'where the contracts stipulate a succession of continuous acts which require protracted supervision and direction by the court with the exercise of special knowledge, skill, and judgment by the parties performing the acts.'" *See Holdings v. Miva, Inc.*, 2016 WL 4943048, at *5 (S.D. Cal. Sep. 16, 2016) (quoting *Ellison v. Ventura Port Dist.*, 80 Cal. App. 3d 574, 580 (1978)). "[S]pecific performance request[ing] judicial enforcement of a continuous series of acts involving the exercise of discretion between two parties to a business relationship that has clearly experienced a falling out" would "entail significant social costs . . . [and] place an onerous supervisory burden on the court in order for the decree to have any meaningful effect." *Holdings*, 2016 WL 4943048, at *6.

"An agreement to negotiate in good faith is amorphous and nebulous, since it implicates so many factors that are themselves indefinite and uncertain that the intent of the parties can only be fathomed by conjecture and surmise. Suppose the defendant, in its initial request, asks for an amount for the licensing rights which plaintiff considers exorbitant or outrageous and in its view has been advanced solely for the purpose of defeating the Court's direction to negotiate. On what basis does the Court decide that the sum is so unreasonable so that it can determine that the propose

was contrary to good faith bargaining? Is the Court then required in furtherance of its decree to direct the parties to continue negotiations until they reach an agreement or does it conclude that an impasse has resulted which reflects good faith and thereby releases the defendant to negotiate with third parties?" *Metromedia Broad. Corp. v. MGM/UA Ent. Co*., 611 F. Supp. 415, 420 n.2 (C.D. Cal. 1985).

### C. Is Qualcomm's breach of Section 14.1.B(1) claim barred by the applicable statute of limitations?

Delaware's three-year statute of limitations applies to Qualcomm's v10-related claims. This Court applies Delaware choice-of-law rules to determine the statute of limitations in this diversity case. *Ross v. Johns–Manville Corp.*, 766 F.2d 823, 826 (3d Cir. 1985). Delaware's borrowing statute, 10 Del. C. § 8121, provides that courts must choose the shorter limitations period between Delaware's limitations period and the limitations period of the state where the claim arose. *See, e.g.*, *Gavin v. Club Holdings, LLC*, 2016 WL 1298964, at *4 (D. Del. Mar. 31, 2016) (applying Delaware's borrowing statute to apply the shorter limitations period); *Youell v. Maddox*, 692 F. Supp. 343, 354–55 (D. Del. 1988); *Rumbo*, 2021 WL 1694733, at *2–4; *CHC Invs., LLC*, 2020 WL 1480857, at *4–8. "Under Delaware law, choice-of-law provisions in contracts do not apply to statutes of limitations, unless a provision expressly includes it." *Pivotal Payments*, 2015 WL 11120934, at *3.

Delaware's limitations period applies because California imposes a four-year statute of limitations for contract claims, whereas Delaware imposes a shorter, three-year period that "begins to run when the contract is breached." *Weyerhaeuser Co. v. Domtar Corp.*, 61 F. Supp. 3d 445, 451 (D. Del. 2014), *aff'd*, 721 F. App'x 186 (3d Cir. 2018); *Kirchner*, 580 F. Supp. 3d at 63 (applying Delaware's three-year period to California claims with four-year limitations period);

*Commonwealth Land Title Ins. Co. v. Funk*, 2014 WL 8623183, at *7 (Del. Super. Ct. Dec. 22, 2014).

## X. REMEDIES AND HARM UNDER THE QUALCOMM ALA AND QUALCOMM TLA

### A. Is the five-year zero-royalty provision of Section 8.3 of the Qualcomm ALA and Section 8.3 of the Qualcomm TLA an unenforceable penalty?

"Whether a contractual provision is an unenforceable penalty is determined by the trial court, not the jury." *Grand Prospect Partners, L.P. v. Ross Dress for Less, Inc.*, 232 Cal. App. 4th 1332, 1354 (2015). In California, a liquidated damages clause is unenforceable "if it bears no reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach." *Ridgley v. Topa Thrift & Loan Ass'n*, 17 Cal. 4th 970, 977–79 (1998).

"When a contract provides a formula to calculate liquidated damages based on profits" or royalties, "and damages can be calculated after breach when the profits [or royalties] had been earned, the provision is for liquidated damages, even if the actual amount cannot be calculated at the time of contract formation." *Bayol v. Zipcar, Inc.*, 78 F. Supp. 3d 1252, 1256 (N.D. Cal. 2015) (cleaned up). "[T]he amount" need not "be determinable at the very instant" of breach for it "to be treated as liquidated damages." *Id*. at 1257–58.

"A liquidated damages clause will generally be considered unreasonable, and hence unenforceable under section 1671(b), if it bears no reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach." *Ridgley*, 17 Cal. 4th at 977–79; Cal. Civ. Code § 1671(b). "The amount set as liquidated damages 'must represent the result of a reasonable endeavor by the parties to estimate a fair average compensation for any loss that may be sustained.' In the absence of such relationship, a contractual clause purporting to predetermine damages 'must be construed as a penalty.'" *Ridgley*, 17 Cal. 4th at 977 (citation omitted); *Hsiao & Montano, Inc. v. Xstatic Pro Inc.*, 2023 WL 4205811, at *4–6 (C.D. Cal. May

18, 2023); *Masterson Mktg., Inc. v. KLS Recreation Corp.*, 2005 WL 8173312, at *3 (S.D. Cal. June 7, 2005).

"[T]he characteristic feature of a penalty is the lack of a proportional relationship between the forfeiture compelled and the damages or harm that might actually flow from the failure to perform a covenant or satisfy a condition." *Grand Prospect Partners*, 232 Cal. App. 4th at 1358. "[A]ny provision by which money or property would be forfeited without regard to the actual damage suffered would be an unenforceable penalty." *Ebbert v. Mercantile Trust Co. of Cal.*, 213 Cal. 496, 499 (1931).

## XI. DEFENDANTS' UNCLEAN HANDS DEFENSE

### A. Are Qualcomm's claims regarding Arm Holdings plc's and/or Arm Ltd.'s alleged interference with Qualcomm's customer relationships and regarding Arm Holdings plc's and/or Arm Ltd.'s alleged breaches of the Qualcomm TLA barred by the equitable doctrine of unclean hands?

"One who comes into equity must come with clean hands and keep those hands clean throughout the pendency of the litigation even to the time of ultimate disposition by an appellate court." *Honeywell Int'l, Inc. v. Universal Avionics Sys. Corp.*, 398 F. Supp. 2d 305, 310 (D. Del. 2005) (quoting *Gaudiosi v. Mellon*, 269 F.2d 873, 881 (3d Cir. 1959)). "The clean hands maxim gives broad discretion to the court's equity power in refusing to aid an unclean hands litigant." *Honeywell*, 398 F. Supp. 2d at 310. "Any willful act, which can rightfully be said to transgress equitable standards, is sufficient." *Id.* at 311.

"The equitable doctrine of unclean hands applies when a party seeking relief has committed an unconscionable act immediately related to the equity the party seeks in respect to the litigation." *Kars 4 Kids Inc. v. Am. Can!*, 98 F.4th 436, 449 (3d Cir. 2024) (quoting *Highmark, Inc. v. UPMC Health Plan, Inc.*, 276 F.3d 160, 174 (3d Cir. 2001)). "The misconduct must be rooted in 'fraud, unconscionable conduct, or bad faith ... that injures the other party and affects the balance of

equities.'" *Kars 4 Kids*, 98 F.4th at 450 (quoting *Paramount Aviation Corp. v. Agusta*, 178 F.3d 132, 147 n.12 (3d Cir. 1999)).

Courts have found unclean hands where the plaintiff engaged in the same (inequitable) conduct it accuses a defendant of. *See, e.g.*, *Emco, Inc. v. Obst*, 2004 WL 1737355, at *4–6 (C.D. Cal. May 7, 2004) (in a Lanham Act case where plaintiff accused defendant of falsely advertising that its blades were manufactured in the United States, the court found that defendant had proven its affirmative defense of unclean hands as a matter of law because plaintiff's "Americut" blades—which plaintiff promoted with classic American symbols such as the American flag and Statue of Liberty—were similarly manufactured overseas); *Haagen-Dazs, Inc. v. Frusen Gladje Ltd.*, 493 F. Supp. 73, 75–76 (S.D.N.Y. 1980) (denying plaintiff's motion for a preliminary injunction due to plaintiff's unclean hands in accusing defendant of falsely using Swedish motifs to suggest that its products were not of domestic origin, when plaintiff had done similarly).

### B. Are Qualcomm's claims regarding Arm Holdings plc and/or Arm Ltd.'s alleged breach of Section 8.1(B) of the Qualcomm TLA barred by the equitable doctrine of unclean hands?

*See supra* XI.A.

## XII. DEFENDANTS' LIMITS ON DAMAGES DEFENSE

### A. Does Section 13.1 of the Qualcomm ALA and Sections 13.1 and 8.5 of the Qualcomm TLA limit the damages Qualcomm may recover?

Section 13.1 of the Qualcomm ALA and Section 13.1 of the Qualcomm TLA provide a "Limitation of Liability" clause that limits the damages Qualcomm may recover for any alleged breach:

> Except for Arm's Reimbursement Obligations in Clause 12 and Arm's Breach of Section 11.1(ii) or (iii), in no event shall Arm or licensee be liable for any indirect, special, incidental, or consequential damages whether such damages are alleged as a result of tortious conduct or breach of contract or otherwise, even if the other party has been advised of the possibility of such damages. Such damages shall include but not be limited to the cost of removal and reinstallation of goods, loss of

> goodwill, loss of profits, loss of use of data, interruption of business or other economic loss but nothing in this clause shall operate to exclude liability for death or personal injury resulting from either party's negligence. Further it is expressly understood and agreed that in the event any remedy under this agreement is determined to have failed of its essential purpose, all limitations of liability and exclusions of damages or other remedies shall remain in effect.

Section 8.5 of the Qualcomm TLA additionally limits liability as follows:

> LICENSEE agrees that the remedy set out in the provisions of Clauses 8.2 and 8.3 shall be the sole and exclusive remedy of LICENSEE for failure by ARM or the Controlling Party to comply with Clause 8 other than LICENSEE obtaining specific performance and other equitable relief and LICENSEE's reasonable costs and expenses incurred in connection with obtaining such specific performance and other equitable relief for which ARM shall promptly reimburse LICENSEE.

California Civil Code "Section 1668 does not preclude parties from limiting their liability for pure breaches of contract absent a violation of an independent duty that falls within the ambit of section 1668." *New England Country Foods, LLC v. VanLaw Food Prods., Inc.*, 567 P.3d 63, 70 (2025). "Where the claims asserted are 'nothing more than a breach of contractual obligations,' section 1668 does not apply." *Id.* (citing *Food Safety Net Servs. v. Eco Safe Sys. USA, Inc.*, 209 Cal. App. 4th 1118, 1125 (2012)). "Reading section 1668 to encompass intentional breaches of contract would erode fundamental distinctions between contract law, which is meant to enforce promises of individual parties, and tort law, which is meant to vindicate social policy." *New England Country Foods*, 567 P.3d at 71. Moreover, contractual limitations of liability can preclude recovery for "claim[s] for ordinary negligence." *Food Safety Net Servs.*, 209 Cal. App. 4th at 1128.

## XIII. DEFENDANTS' COMPULSORY COUNTERCLAIMS DEFENSE

### A. Are Qualcomm's claims barred by the compulsory counterclaim doctrine?

"A compulsory counterclaim not raised in the first action is barred in subsequent litigation." *Morgan v. Scott*, 83 F. Supp. 3d. 616, 624 (D. Del. 2015) (granting dismissal); *Insignia Disposal Servs., LLC v. Hrebenar*, 697 F. Supp. 3d 370, 375 (E.D. Pa. 2023) (same); *Cerciello v. Sebelius*, 2016 WL 792505, at *4 (E.D. Pa. Mar. 1, 2016) (same); *see also* Fed. R. Civ. P.

13(a)(1)(A) (compulsory counterclaim "arises out of the transaction or occurrence that is the subject matter of the opposing party's claim"). The Third Circuit has held that this compulsory counterclaim doctrine should be applied "liberally," and that "there need not be precise identity of issues and facts between the claim and the counterclaim; rather, the relevant inquiry is [merely] whether the counterclaim 'bears a logical relationship to an opposing party's claim.'" *Cerciello*, 2016 WL 792505, at *5 (quoting *Transamerica Occidental Life Ins. Co. v. Aviation Office of Am.*, 292 F.3d 384, 389-90 (3d Cir. 2002)) . Such a "logical relationship" is particularly likely where a claim raises "the same subject matter [as] an earlier action," *Morgan*, 83 F. Supp. 3d at 624, or is only an "offshoot[] of the same basic controversy between the parties," *Transamerica*, 292 F.3d at 390.

"When the same contract serves as the basis for both the claims and the counterclaims, the logical relationship standard … has been satisfied." *Amoco Oil Co. v. McMahon*, 1999 WL 116290, at *7 (E.D. Pa. Mar. 1, 1999) (alteration omitted) (quoting 6 Wright & Miller Fed. Prac. & Proc. § 1410 at 68 (1990)).

It is well-established that a party "may not circumvent the court's denial of its motion for leave to amend by filing a separate action for the same claims." *See Goodman Mfg. Co., L.P. v. Carrier Corp.*, 2014 WL 4954281, at *2 (D. Del. Sep. 23, 2014); *Sendi v. NCR Comten, Inc.*, 624 F. Supp. 1205, 1207 (E.D. Pa. 1986) (denial of leave to amend does not grant leave to file second lawsuit). Instead, "denial of a motion to amend a complaint in one action is a final judgment on the merits barring the same complaint in a later action." *Yeransian v. Markel Corp.*, 2021 WL 979604, at *5 (D. Del. Mar. 16, 2021).

## XIV. DEFENDANTS' CLAIM PRECLUSION AND CLAIM-SPLITTING DEFENSE

### A. Are Qualcomm's claims against Arm Ltd. barred by claim preclusion?

Claim preclusion bars later lawsuits when there has been: "(1) a final judgment on the merits in a prior suit involving (2) the same claim and (3) the same parties or their privies." *EEOC v. U.S. Steel Corp.*, 921 F.2d 489, 493 (3d Cir. 1990); *Erie Indem. Co. v. Stephenson*, 157 F.4th 265, 277 (3d Cir. 2025); *Yeransian*, 2021 WL 979604, at *4–6.

#### 1. Was the denial of Qualcomm's motion to add Arm Ltd. in C.A. No. 24-490 a final judgment on the merits?

The "denial of a motion to amend a complaint in one action is a final judgment on the merits barring the same complaint in a later action." *McKenna v. City Of Philadelphia*, 304 F. App'x 89, 93 (3d Cir. 2008); *see also Est. of Moore v. Roman*, 2021 WL 3163992, at *5 (D.N.J. July 27, 2021); *Prewitt v. Walgreens Co.*, 2013 WL 6284166, at *4 (E.D. Pa. Dec. 2, 2013); *Silva v. City of New Bedford, Mass.*, 677 F. Supp. 2d 367, 370–73 (D. Mass. 2009) , *aff'd sub nom.*, *Silva v. City of New Bedford*, 660 F.3d 76 (1st Cir. 2011); Restatement (Second) of Judgments § 25 cmt. b. Moreover, "*res judicata* applies regardless of whether or not the denial of leave to amend" was "on the merits." *Roman*, 2021 WL 3163992, at *5; *see also Huck v. Dawson*, 106 F.3d 45, 48–50 (3d Cir. 1997); *Arrigo v. Link*, 836 F.3d 787, 798–800 (7th Cir. 2016); *Satanic Temple v. City of Belle Plaine, Minn.*, 80 F.4th 864, 871 (8th Cir. 2023).

#### 2. Does Qualcomm's suit against Arm Ltd. involve the same claims as its case against Arm Holdings plc?

The "same claim" element "encompasses not only claims that were actually resolved … but also claims that could have been brought in the prior suit." *Stephenson*, 157 F.4th at 277. The Third Circuit takes a broad view of whether two suits assert the same claim, focusing on "the essential similarity of the underlying events giving rise to the various legal claims." *Elkadrawy v. Vanguard Grp., Inc.*, 584 F.3d 169, 173 (3d Cir. 2009). In making that assessment, what matters

is whether the acts complained of overlap and whether the same evidence supporting the second action would have supported a claim in the first action. *Id.*

**3. Are Arm Ltd. and Arm Holdings plc in privity for purposes of claim preclusion?**

"[A] lesser degree of privity is required for a new defendant to benefit from claim preclusion than for a plaintiff to bind a new defendant in a later action." *Lubrizol Corp. v. Exxon Corp.*, 929 F.2d 960, 966 (3d Cir. 1991); *In re Dex Media, Inc.*, 595 B.R. 19, 35–36 (D. Del. 2018) (Noreika, J.); *Jarvis v. Matlin Patterson Glob. Advisers*, 867 F. Supp. 2d 559, 562–63 (D. Del. 2012). Under this lower standard, a parent and subsidiary are in privity for purposes of defensive claim preclusion. *Lubrizol*, 929 F.2d at 966; *Dex Media*, 595 B.R. at 36; *see also Soares v. Discover Bank*, 2021 WL 10351907, at *2 (C.D. Cal. Dec. 1, 2021).

**B. Are Qualcomm's claims against Arm Ltd. barred by the doctrine against claim splitting?**

Even without a final judgment, the claim-splitting doctrine prevents a plaintiff from maintaining two separate actions at the same time involving the same subject matter and the same defendant (or its privy)—it is the "'other action pending' facet of the res judicata doctrine." *Acosta v. Gaudin*, 2017 WL 4685548, at *2 (W.D. Pa. Oct. 18, 2017) (citation omitted); *see also McKenna*, 304 F. App'x at 92; *Katz v. Gerardi*, 655 F.3d 1212, 1217–19 (10th Cir. 2011); *In re Zohar III, Corp.*, 2021 WL 3124298, at *6–8 (Bankr. D. Del. July 23, 2021). The doctrine "[v]ery often … applies to bar a plaintiff from filing a new lawsuit after the court in an earlier action denied leave to amend the complaint to add those claims." *Prewitt*, 2013 WL 6284166, at *5.

Choosing not to oppose consolidation cannot possibly forfeit a claim splitting defense when even a defendant's own motion to consolidate is not treated as either express or implied consent to a plaintiff splitting its claims. *See Thorpe v. Pittsburgh Theological Seminary*, 2025 WL 1707912, at *5 (W.D. Pa. June 18, 2025).

Consolidation, in any event, cannot cure claim splitting or defeat a claim-splitting defense. *See Hall v. Hall*, 584 U.S. 59, 75–76 (2018) (consolidation under Rule 42 does not "deprive any party of any substantial rights"); *Daugherty v. Dondero*, 2023 WL 461112, at *7 (Del. Ch. Jan. 27, 2023) (rejecting the notion that consolidation cures claim splitting), *aff'd*, 307 A.3d 977 (Del. 2023). Congress was clear in the Rules Enabling Act that the Rules of Civil Procedure "shall not abridge, enlarge or modify any substantive right." 28 U.S.C. § 2072(b).

## XV. DEFENDANTS' FAILURE TO MITIGATE DEFENSE

"A plaintiff who suffers damage as a result of either a breach of contract or a tort has a duty to take reasonable steps to mitigate those damages and will not be able to recover for any losses which could have been thus avoided." *Shaffer v. Debbas*, 17 Cal. App. 4th 33, 41 (1993), *as modified* (July 13, 1993); *Ash v. Soo Sing Lung*, 177 Cal. 356, 362 (1918).

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 5(a)**

**PLAINTIFFS' MOTION IN LIMINE NO. 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL –**<br>**FILED UNDER SEAL** |

**PLAINTIFFS' AMENDED MOTION IN LIMINE #1: TO PRECLUDE ARGUMENT OR EVIDENCE CONCERNING MATTERS ON WHICH ARM LIMITED DISCOVERY BASED ON THE ASSERTION OF PRIVILEGE**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 18, 2026

Arm should be precluded from eliciting testimony for which Qualcomm cannot fairly test in light of Arm's withholding of documents on privilege grounds.

**Section 14.1B.** Qualcomm alleges that Arm breached Section 14.1 of the Qualcomm ALA by failing to negotiate in good faith for a license to v10. In defense, Arm asserts that it has offered Qualcomm "market rates," that Qualcomm is seeking "below-market rates," and that the non-financial terms in Qualcomm's current ALA, which Qualcomm seeks to maintain, are inconsistent with "standard non-financial terms." D.I. 817 Ex. 10 at 2 (PTX-2109); D.I. 817 Ex. 5 at 2-3 (PTX-2186); D.I. 854-1 Ex. 33 at 1-2 (PTX-2198); D.I. 817 Ex. 13 at 3-4 (PTX-2206); D.I. 817 Ex. 15 at 3-6 (PTX-2216); D.I. 817 Ex. 17 at 2-4 (PTX-2337); Ex. 1A, DTX-9 at 1, 3, 5, 8-9. Arm self-selected only two ALAs to produce—Google and Microsoft—to support its arguments, but has not produced: (1) an Excel spreadsheet comparing v10 royalty rates for various Arm licensees, including Apple and NVIDIA, on grounds that the spreadsheet is privileged (D.I. 805 at 1; Ex. 1B, Hr'g Tr. 21:14-38:16); (2) standalone v10 rates for Apple and NVIDIA, on grounds that those rates are confidential and irrelevant (D.I. 805 at 2; Ex. 1B, Hr'g Tr. 25:15-28:9, 56:10-60:25); (3) Apple's current ALA, including its v10 rates, on grounds of confidentiality (D.I. 695 at 3-4; D.I. 805 at 2); and (4) other ALAs, including NVIDIA's, on grounds of relevance (despite that many of those licensees, including NVIDIA, did not oppose production) (D.I. 695 at 3-4; Ex. 1C, Hr'g Tr. 87:10-89:2). The Court previously permitted Arm to withhold the privileged Excel spreadsheet and its ALAs, including with Apple and NVIDIA, based on a balancing of the interests of the parties and third parties in this case and an understanding of Arm's arguments articulated at the time the parties' discovery motions were decided. *See* Ex. 1B, Hr'g Tr. 52:10-60:25; Ex. 1C, Hr'g Tr. 93:25-94:9.

Yet Arm continues to make arguments that Qualcomm cannot adequately dispute without the withheld discovery, and which Arm should be precluded from making, including that:

- Qualcomm's current ALA rates are "below market." D.I. 795-1 Ex. 2 at 3; D.I. 817 Ex. 10 at 2 (PTX-2109); D.I. 817 Ex. 5 at 3 (PTX-2186).

- Qualcomm is seeking "below market" rates for v10. D.I. 854-1 Ex. 33 at 1-2 (PTX-2198) ("we want to be clear that Arm has no interest in giving Qualcomm the below-market rates that it demands."); D.I. 817 Ex. 5 at 3 (PTX-2186); D.I. 817 Ex. 13 at 3 (PTX-2206); D.I. 817 Ex. 15 at 3-4 (PTX-2216); D.I. 817 Ex. 17 at 2 (PTX-2337).

- the non-financial terms in Qualcomm's existing ALA are not aligned with "standard" non-financial terms in Arm's other ALAs. D.I. 817 Ex. 5 at 2 (PTX-2186); D.I. 854-1 Ex. 33 at 2 (PTX-2198); D.I. 817 Ex. 13 at 4 (PTX-2206); D.I. 817 Ex. 15 at 4 (PTX-2216); Ex. 1A, DTX-9 at 3, 5.

- limits on consequential damages are "industry standard" and "in every agreement" rather than the result of negotiation. 24-490 Trial Tr. at 109:20-110:4; JTX-1 at § 13.1.

- Qualcomm's "market" for v10 includes only Google and Microsoft, not Apple and NVIDIA. D.I. 817 Ex. 5 at 2-3 (PTX-2186); D.I. 854-1 Ex. 33 at 1-2 (PTX-2198); D.I. 817 Ex. 13 at 3-4 (PTX-2206); D.I. 817 Ex. 15 at 3-6 (PTX-2216); D.I. 817 Ex. 17 at 3 (PTX-2337); Ex. 1A, DTX-9 at 8-9.

- Qualcomm is comparable to Google and Microsoft for purposes of v10. *See* D.I. 816 (Arm v10 Statement of Facts) at ¶ 20 ("Arm Ltd. stated its proposed terms reflected a blend of royalty rates that Google and Microsoft—the v10 licensees most closely situated with Qualcomm—received."); D.I. 817 Ex. 5 at 4 (PTX-2186); D.I. 817 Ex. 13 at 2 (PTX-2206); D.I. 817 Ex. 15 at 5 (PTX-2216); Ex. 1A, DTX-9 at 4, 5, 6, 9; D.I. 795 Ex. 6; Ex. 1D, ¶¶ 135-150.

- Qualcomm is not comparable to Apple and/or NVIDIA for purposes of v10. D.I. 816 at ¶ 20 (stating that Arm's proposals "reflected a blend of royalty rates that Google and Microsoft—the v10 licensees most closely situated with Qualcomm—received."); D.I. 817 Ex. 5 at 4 (PTX-2186); D.I. 817 Ex. 13 at 2 (PTX-2206); D.I. 817 Ex. 15 at 5 (PTX-2216); Ex. 1A, DTX-9 at 4, 5, 6, 9; D.I. 795 Ex. 6; Ex. 1D, ¶¶ 135-150.

- the rates Arm has offered to Qualcomm will not hinder Qualcomm's ability to compete against its competitors Apple and NVIDIA. D.I. 817 Ex. 15 at 3-4 (PTX-2216); D.I. 817 Ex. 17 at 3 (PTX-2337); Ex. 1A, DTX-9 at 3-4; Ex. 1D, ¶¶ 135-150.

- public reporting of Apple's rate is untrustworthy. Ex. 1E, ¶¶ 12-22 (Mr. Britven criticizing Dr. Kennedy's use of the publicly reported rate).

If Arm is permitted to and does make these or similar arguments—which Qualcomm cannot adequately dispute without the Excel spreadsheet or Arm's ALAs with at least Apple and

NVIDIA—at trial, Arm will have opened the door and should be required to disclose the withheld discovery. *See CP Kelco U.S. Inc.* v. *Pharmacia Corp.*, 213 F.R.D. 176, 179 (D. Del. 2003) (ordering defendant "to produce forthwith all documents" withheld under the sword-and-shield doctrine). "A party generally cannot use an evidentiary rule as both sword and shield." *Whitehead* v. *Pullman Grp., LLC*, 811 F.3d 116, 120 (3d Cir. 2016); *Berckeley Inv. Grp., Ltd.* v. *Colkitt*, 455 F.3d 195, 221 n.24 (3d Cir. 2006) (attorney-client privilege). That is precisely what Arm would be doing here if it is permitted to make these arguments without producing the discovery necessary to dispute them. *See Bittaker* v. *Woodford*, 331 F.3d 715, 718-19 (9th Cir. 2003) (a defendant may not abuse the attorney-client and work-product privileges by "asserting claims the opposing party cannot adequately dispute unless it has access to the privileged materials"); *Ansell Healthcare Prods. LLC* v. *Reckitt Benckiser LLC*, 2017 WL 6328149, at *4 (D. Del. Dec. 11, 2017).

**Section 8.1B.** Qualcomm also contends that Arm breached Section 8.1B(i) by failing to investigate and determine the Previous Best Deal for each of Hunter, Hayes, and Yamin. Arm has produced a spreadsheet purportedly reflecting its investigation but has withheld on privilege grounds all other documents relating to the investigation. D.I. 675 at A0652-53 ("We have investigated and no other non-privileged documents reflecting Arm's analysis exist."). Yet to justify its theory that it offered Qualcomm a 0% royalty rate for Yamin, Arm elicited testimony from Mr. Youssef at the September 16, 2026 bench trial that Arm "reviewed royalty reports" to determine that Yamin "was always reported to be in combination with Hunter, and/or Hayes." 24-490 Trial Tr. at 79:16-80:9; *see also id.* at 94:25-96:12. Arm has not produced those royalty reports or any communications with Arm's "finance people" purportedly informing Mr. Youssef about Qualcomm's purported use of Yamin with Hunter and Hayes. Arm thus should be precluded from eliciting this testimony at trial.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 18, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Scott F. Llewellyn, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Sydney D. Gaskins, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Alexandra Corrinne Hottenrott, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Daralyn J. Durie, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*VIA ELECTRONIC MAIL*

*/s/Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 1A

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 1B

13:32:52 IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and )
QUALCOMM TECHNOLOGIES, INC.,)
)
Plaintiffs, )
) C.A. No. 24-490(MN)
v. )
)
ARM HOLDINGS PLC, )
)
Defendant. )

Monday, July 6, 2026
2:00 p.m.
Discovery Dispute Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: ERIN J. MORGAN, ESQ.
BY: JENIFER N. HARTLEY, ESQ.

-and-



APPEARANCES (Cont'd):

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.
BY: JACOB A. BRALY, ESQ.
BY: ADAM L. BASNER, ESQ.
BY: WILLIAM T. MARKS, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: ROBERT VRANA, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: MEGAN BUTLER, ESQ.
BY: CHRISTOPHER BUXTON, ESQ.

Counsel for the Defendant

_ _ _ _ _ _ _ _ _ _ _ _ _ _

COURTROOM DEPUTY: All rise. The United States
District Court for the District of Delaware is now in
13:57:02 session. The Honorable Maryellen Noreika presiding.
14:01:12 THE COURT: All right. Good afternoon,
14:01:15 everyone. Please be seated. Some brief introductions.



14:01:18 Ms. Ying.
14:01:20 MS. YING: Good afternoon, Your Honor. Jennifer
14:01:22 Ying from Morris Nichols Arsht & Tunnell on behalf of the
14:01:25 Plaintiffs. I'm joined here at counsel table with Karen
14:01:29 Dunn, Erin Morgan, Catherine Nyarady, Adam Brasner, Jacob
14:01:36 Braly, and William Marks. And we have our client
14:01:38 representative, Chris Longman, here with us today.
14:01:40 THE COURT: All right. Welcome to all of you.
14:01:42 Ms. Gaza.
14:01:44 MS. GAZA: Good afternoon, Your Honor. Anne
14:01:47 Gaza of Young, Conaway on behalf of Arm. I am joined today
14:01:50 at counsel table by Greg LoCascio, Jason Wilcox, Megan
14:01:57 Butler, and Christopher Buxton of Kirkland & Ellis, as well
14:02:01 as Robert Calico, vice-president and deputy general counsel
14:02:05 for Arm. And my colleague, Rob Vrana also of Young Conaway.
14:02:12 THE COURT: Okay. Welcome to all of you as
14:02:13 well.
14:02:13 Okay. So we read the papers. I'm just trying
14:02:17 to pull them up here. We read the papers. We have two
14:02:38 motions plus the third-party motion. And we read them. So
14:02:43 on the clawback documents, Defendants in their response
14:02:49 submitted a declaration explaining that they had inhouse
14:02:56 counsel who did it in connection with settlement efforts in
14:02:59 the prior case. What are Plaintiffs' thought on that?
14:03:06 MS. NYARADY: Thank you, Your Honor. Catherine



14:03:12 Nyarady for Qualcomm.
14:03:14 Indeed they did submit declarations. The
14:03:16 declarations should not control and, in fact, obviously we
14:03:21 weren't able to cite this law because we didn't have the
14:03:24 declarations, but I will commend the Court to two decisions
14:03:27 in this district, the *FTC v. AbbVie* case, which is a 2015
14:03:33 Westlaw case, and the number is 8623076. There is another
14:03:40 one --
14:03:40 THE COURT: Did you say 2016?
14:03:42 MS. NYARADY: 2015.
14:03:44 I will repeat the number, 8623076.
14:03:49 THE COURT: Okay.
14:03:50 MS. NYARADY: And the second one is *In re:*
14:03:57 *Niaspan Litigation*, that's a 2017 Westlaw case. And the
14:04:00 number is 3668907.
14:04:04 These cases are just representative of instances
14:04:09 where we have a similar fact pattern, there is a motion,
14:04:13 declarations are put in, and the Court ultimately
14:04:16 discredited the declarations because looking at the record
14:04:20 and the document, the Court found that the declarations were
14:04:24 not supported.
14:04:25 THE COURT: Help me out with that, because when
14:04:27 I look at the declarations and it says I asked this guy to
14:04:31 do this in connection with settlement discussions, and the
14:04:36 document is called Settlement Discussions, what is it that

THE COURT: I have it like numbered 50 of 79, do you have -- what exhibit did you say, Exhibit 6?

MS. NYARADY: Yes, Exhibit 6 to DI 795.

THE COURT: Yes. So it's an e-mail, 10/12.

MS. NYARADY: There is an e-mail and there is a PowerPoint with a few slides attached to it.

THE COURT: Okay.

MS. NYARADY: And the slides should be Bates numbered and I'm looking at page 012.

So here is this chart that they gave us without any of the documents that go with it, any communications, and they now in these bottom two rows are saying that the two parties that they benchmarked against in 2024 are completely irrelevant and they have a couple little nice summary bullets as to request they're irrelevant and they intend to put somebody on the stand to say this and we have no way of pressure testing this. We don't have the ALAs to show or to cross somebody on whether these bullets are accurate and we now don't have the spreadsheet to show that, in fact, in 2024 when they took their first shot at these business negotiations they benchmarked off these two other entities.

To make matters worse, Your Honor, they have now after we got no discovery on this, they made both of the declarants available to their damages expert. He relied on



in his expert report thirty times on these guys. And then when he was deposed just last week, he basically was like --

THE COURT: I'm sorry, is he the guy or the damages expert?

MS. NYARADY: The damages expert was deposed last week on his supplemental report where he included thirty cites to these two declarants, the declarants in the motion. And they talked to him about the PowerPoint. And they gave him the PowerPoint. The PowerPoint that we've had no discovery on and we don't have any other contemporaneous documents on and that is directly contrary to the clawback document. And he has testified that he did no independent analysis, but the Arm guy said that these two parties are not comparable, and he takes their word for it. And he is going to testify that those parties are not comparable.

THE COURT: Why did you get no discovery on this document?

MS. NYARADY: Because they produced it after the March hearing.

THE COURT: This was the one that was produced along with the other documents?

MS. NYARADY: Right, along with the ALAs. And in court we talked about the fact that they were going to give us the ALAs and we understood, maybe we didn't love it, but we understood that we were going to get into discovery



on this, we could at least read the agreement, we could use it for cross-examination and whatnot. And what happened was they shoved in this PowerPoint, too.

THE COURT: Well, the PowerPoint appears to be dated December of 2025.

MS. NYARADY: Right.

THE COURT: It's not like they had it for a long time. You're saying you got it in March, you had no discovery on it, so the assertions that are made on page 012 saying some things are comparable and some are not, you have no idea who made that determination or what the determination was based on other than what's in the notes.

MS. NYARADY: Correct. That is correct.

THE COURT: And your position is through perhaps an inadvertently produced document that you don't think was privileged, but you're saying we all know that's not true, or at least at some point in time you didn't think it was true that only some of these are comparable and the others are not.

MS. NYARADY: Correct. Correct.

I will note, too, Exhibit 6, which is the 2025 document that we received in I think Your Honor said March, but we actually received it in May, the hearing was in March, we received the documents in May, and again, in case it was lost and I didn't say it clearly, we had deposed Ehab



Youssef in April. As a result of some of those rulings at your March hearing, we were allowed a deposition. He was put forth as the deponent. And then they produced this document after that deposition.

THE COURT: And at that deposition he was asked about the issues of benchmarking?

MS. NYARADY: It was related to another spreadsheet that we had not previously been able to take a deposition on.

I would also note, because I do think it's important, when you're doing this analysis and looking at all the facts and circumstances, as obviously these decisions are very fact specific, Exhibit 6 that we were just looking at, if you look at that first e-mail, that e-mail is to a bunch of lawyers, including the general counsel, including the head of litigation, including Ehab Youssef who is the licensing guy. So, you know, here we have a document in 2025 that they're sending to all of these lawyers who are presumably participating in the depositions and the letter writing that's going on with these v10 letters, which is exactly the mirror image of what this document was in 2024.

So, Your Honor, again, I do not believe that the spreadsheet in question is privileged or work product because the primary purpose was commercial in nature. Arm

has repeatedly taken that position in the case. And even if it were, I think there is a clear waiver. I mean, they have inserted this issue of how they benchmark and how they come up with rates and how they came up with the offer to Qualcomm, they've just inserted it in the case. And they're planning on having their expert rely on evidence later in time that is directly contradicted by the document that they're clawing back, so we think it is a clear waiver.

THE COURT: Okay. Let me hear from Defendant.

So before you start, let me ask you, I think that it was pointed out by Ms. Nyarady that there is nothing that says what was done with this document after it was made.

MR. WILCOX: Mr. Youssef says that the document was created to help assist him in evaluating whether --

THE COURT: He said he never saw it.

MR. WILCOX: But he said he discussed the document extensively.

THE COURT: Did he ever see it?

MR. WILCOX: He did see the document. It wasn't sent to him, but they would get on the screen together --

THE COURT: Who was it sent to?

MR. WILCOX: It was shown to Mr. Youssef and Mr. Shivashankar, the two of them could get on like a Zoom together and would screen share and would look at the



document together as Mr. Shivashankar was doing the analysis that Mr. Youssef was asking for.

You can see, for example, they don't say the screen sharing part specifically, but they say they discussed it extensively at paragraph 4 of Mr. Shivashankar's declaration, which was Exhibit 2 to our opposition, and at paragraph 5 of Mr. Youssef's declaration, which was Exhibit 1 to our submission.

THE COURT: I'm sorry, who did Mr. Shivashankar give the document to?

MR. WILCOX: So he never gave the document to anyone, but he screen shared it with Mr. Youssef. And then he also created another analysis which we didn't produce because we think it's privileged where he put through the final conclusions of his analysis and he sent that to Mr. Youssef. This spreadsheet itself is from Mr. Shivashankar, it says declarations like essentially working notes as he's putting together the analysis that he ultimately presented to Mr. Youssef to help Mr. Youssef decide in the context of settlement negotiations whether and on what terms to settle.

THE COURT: Okay. So then let me ask and I'll let you say anything else you want to, but let me just get these few out.

Then with respect to the statements in Arm's



answer and the letter between the companies' CEOs, they were calling these business discussions?

MR. WILCOX: Yes. So two responses to that, Your Honor. First, I'll show you the documents in a second. And Arm consistently referred to them as settlement discussions in the letters that were going back and forth between the parties between the letter that Ms. Nyarady showed you. But also, there are cases like the *Fair Isaac* case that we cite in our brief that say just because the parties as part of settlement discussions are thinking about a potential business resolution, that doesn't make the business discussions any less work product.

THE COURT: Right. But I guess my problem with it is if the assertion in the case is that Arm breached the contract by not engaging in good faith negotiations and Arm is relying on negotiations that are part settlement, part business negotiations, you can't just say oh, we're just going to give you part of it and withhold other parts of it. Right? I don't -- like, if you're going to come in and say -- I don't understand, how is it you just get to choose which parts of it you want to share?

MR. WILCOX: No, of course not, Your Honor. So, for example, we have produced and they have produced in the context of these discussions that were happening in 2024 the exchanges that were happening between the parties including



the actual November 30, 2024 offer that Arm put on the table to Qualcomm which is how you would evaluate was this made, was this a commercially reasonable negotiation, you would look at that.

And actually if you look at Exhibit 2 to their letter, there is four attachments to that. And attachment number -- there is five attachments to that. And attachment number four -- I'm sorry, attachment number three is the actual November 30th offer that Arm sent over to them as part of these settlement negotiations. Just like they haven't given us their internal discussions that they were having about the settlement and part of these v10 negotiations either, both sides as you typically would do are producing. What's actually exchanged between the parties, the privilege and work product conversations that are happening behind the scenes you don't produce and we not seeking -- we haven't produced any of them other than this --

THE COURT: So tell me why I shouldn't -- now that sort of the cat is out of the bag that at least in some context somewhere, perhaps very different contexts, but there was benchmarking done based on two companies that now Arm is saying are not comparable, but at some point may have considered to be comparable or thought might be comparable or whatever, so what am I supposed to do with that if -- I

mean, there is a document that says these two are comparable, these two are not comparable. They have no idea what that is based on. And they do know because it was accidentally produced that there was something where someone checked on the comparability of two that are now not comparable. I guess what I'm saying, if that's -- if you want to put someone up on the stand and say these are comparable, these are not comparable, what is that based on? And is it based in any way, or is it contradictory in any way to the document that they have now seen and they either aren't privileged or subject to a waiver?

MR. WILCOX: Well, it's not contradictory to those documents, Your Honor.

THE COURT: Tell me why.

MR. WILCOX: Well, for two reasons. One, the things that are discussed in that chart that you were just shown for Apple, for example, none of them talk about the rates or the financial terms that Apple has which are what are discussed in that other document. So why Apple is not comparable according to the document that was just shown doesn't have to do with their financial terms, so there is no contradiction there.

THE COURT: Wait a second. First of all, she wasn't saying any names. You just said Apple, so I guess we can say Apple in open court.



But what I don't understand is okay, maybe it's not comparable on what you're saying in December of 2025, but why does that mean that if people thought it was comparable in December of 2024, maybe before certain allegations were made, that that's not inconsistent or contradictory?

MR. WILCOX: Yes. So two things, Your Honor --

THE COURT: You can say well, we think it's not comparable because of these four things. Well, that's great, but if you thought it was comparable because of eight others and now you're saying well, don't pay any attention to that because that's not helpful to us and it's privileged, that seems a little more problematic to me.

MR. WILCOX: So I agree, I think that would be more problematic if that's what was happening, Your Honor, but what's happening in this privileged document is not that there was a comparability analysis going on, there is no benchmarking that's happening in this document.

THE COURT: Well, I have never seen it.

MR. WILCOX: I understand. As Mr. Shivashankar said in paragraph 8 of his declaration, he was trying to analyze a different question when he was putting together this analysis and he was trying to -- you know, he can submit a declaration if he wants in camera that explains what that is. I can explain in camera what he was trying to



do. We didn't explain what it was because, of course, what he was doing in that other analysis we view as privilege and work product so we didn't want to put it in this declaration that was filed on the docket. But he was conducting a different analysis and what he was looking at those for was to analyze a specific potential term that was going to maybe go into the agreement and he wanted to do some math about how would that term play out compared to what we may or may not offer as part of these negotiations. So he did that. But he was not doing benchmarking.

And also, no one is going to get on the stand and say well, we did benchmarking and we figured out that these two were, you know, the only ones that we ever looked at. What's always been said is what Arm did is it had company A and company B and it looked at their -- it looked at their rates and put together a blend of what their rates would be. And that is how it put together its offer and that's what our witnesses are going to say on the stand.

In terms of this chart itself, we don't -- the only reason our expert talks about this chart is because Qualcomm when it served its expert report, started both talking about what's in the privilege document and then talking about why, you know, one company was more comparable than another, so then our expert had to respond to that the best he could without getting into what we viewed as



privileged information. But if the document itself, and there is not this privilege fight happening and there is not where we're having a fight about whose rates are lowest which doesn't matter for this provision because it's not a most favored nations provision, all we have to do is negotiate in good faith, we don't need this. All we need to do is show we made an offer and we looked at these two companies and what their terms were and we blended them together and we think that's good faith and we think --

THE COURT: Had you ever produced any witness or explained in anything what the basis for the statements in that PowerPoint that I saw were?

MR. WILCOX: We have not. Until this letter briefing they haven't raised that as an issue with us that they wanted a witness on. They still haven't told us until today, it sounds they want a witness on that, so we haven't had those conversations about that.

The reason why it wasn't produced until after Mr. Youssef's deposition is because this was tied up in getting that stipulation that Ms. Nyarady referred to in terms of the parties having some extra protections around production of these materials. And we had sent a draft over and it took several weeks for Qualcomm to get back to us, so they chose to depose Mr. Youssef given the schedule the Court had set and we had a stipulation --

THE COURT: What was the stipulation that kept you from producing a PowerPoint? I understand if it's a stipulation about the ALAs, but what was the relevance of the stipulation to the PowerPoint?

MR. WILCOX: Well, we wanted enhanced protections around the disclosure of company A and company B's rates given --

THE COURT: There is nothing about company A and company B's rates in the PowerPoint, is there?

MR. WILCOX: There is. I won't put it on the screen, but if, for example, you go back one slide, it has all of the terms of what I'll call company A. And if you go back, you know, slide -- so slide 2, for example, in this PowerPoint has the rates for both company A and company B. Slide 3 has rates for company A. Slide 4 has rates and other terms for company A. So --

THE COURT: Just so I'm clear, though, Arm is relying on discussions that were -- that it is now calling settlement discussions as part of its defense that it engaged in good faith discussions. Is that a yes or a no?

MR. WILCOX: Yes. What we are doing is Qualcomm has taken the position that we didn't have any discussions about v10 for five years until 2025, and we're relying on these just to point out no, there were discussions that happened in 2024. The actual rates we're relying on because



there weren't any rates that were put on the table in 2024 are solely the December 2025 offering. That's the rates we're relying on to say we made a good faith offer and then another proposal we made in March of 2026.

The actual that we do rely on the fact that in these discussions that happened in 2024, there were discussions about what's the upfront fee you're going to pay in addition to the royalty rate and the parties reached an agreement on what would that upfront fee be. So we rely on that there was an agreement on that upfront fee and what we proposed since then is the same fee to show that it must be good faith because the parties had a meeting of the mind. That doesn't require looking at Arm's internal documents, all that requires us looking at, do you have an e-mail that says hey, yeah, we both agree on this is the number.

THE COURT: What I'm not understanding is how is that not getting into settlement negotiations and opening up everything about settlement negotiations? I mean, you're saying it's settlement negotiations. I mean, your whole thing was this was settlement negotiations and it's -- look, the document says settlement as part of your argument that it's privileged. So now you're saying it doesn't really matter, it doesn't matter that we had settlement negotiations, but it sure mattered in your papers. So I don't really understand what's going on.



And I'm a little concerned that we're going to sit here and have a discussion in front of a jury that we were doing this in connection with settling our prior litigation, buy the way jury, we had a prior litigation, this seems like it's getting kind of messy.

MR. WILCOX: I think that's obviously things we could work out for trial, whether we need this, we can probably come up with a proposed stipulation --

THE COURT: My problem is, am I misreading your letter? Your letter was all about the settlement negotiations, these are settlement negotiations, and now you're like they're not really settlement negotiations, what we're relying on, we're not going to tell the jury these are settlement negotiations and we're calling these good faith business negotiations. And there is something to be said for when you're preparing something for a business versus preparing something for settlement negotiations in terms of privilege.

MR. WILCOX: So I agree that if this was being prepared for business purposes rather than settlement purposes, that would matter for privilege. We're not claiming that these were done for settlement negotiations.

THE COURT: No, you're proclaiming it, you're not disclaiming it, you're relying on it. You're like look at us, there were settlement negotiations, Judge. Keep



this -- this stuff is privileged. But what I'm a little worried about is in front of a jury and when you're making arguments to Plaintiff about no, we did engage in good faith that now it's they're not settlement negotiations, these are commercial negotiations. And it feels like you're being a little slippery here when you're arguing and it feels like you're being slippery because you're trying to make it seem more work producty and covered by privilege.

MR. WILCOX: So I don't mean to be slippery, Your Honor.

THE COURT: And I didn't -- I just mean there is something that I'm not quite understanding here. You're slipping back and forth between these things and there has got to be a reason for it that you're focused so heavily on settlement and yet they're putting up all these things where this is business, this is business, this is business, they're commercial negotiations.

MR. WILCOX: So we're not going to be able to walk away even at the trial that these were settlement negotiations. And let me show you the document that Ms. Nyarady had up to show you why we can't do that and why we would never try to walk away. While there were business conversations, they happened in the context of settlement.

So Ms. Nyarady showed you the sentence right below the one that I happen to have highlighted here. But

the sentence that I have highlighted, our general counsel wrote in this letter to Qualcomm's general counsel the fact that Arm's v10 offers and the parties' negotiations took place as part of a larger settlement discussion does not mean that these v10 offers and v10 negotiations never existed.

So he's owning right there, these happened in the context of settlement discussions. If you go to Exhibit 2 to their letter. So you can see here this is a September -- a December 10th letter that Arm sent to Qualcomm. It's our general counsel to their general counsel in the context of the offer that we made in December --

THE COURT: I'm sorry, which year is this?

MR. WILCOX: This is December of 2025. This is a year after the settlement discussions, a year after the first trial in this larger constellation of litigation. And this is our general counsel as part of this flurry of letters going back and forth between the parties during the commercial negotiations over a license. And he says, As your September 22nd letter, meaning September 22, 2025, acknowledges, in 2024 Arm proposed terms for a v10 license to Qualcomm in writing as part of a global settlement of litigation that remains ongoing to this day. Then he goes on to note, Your letter even references these negotiations of the key terms. And then he attaches to this letter and



you can see it in there, the settle correspondence that's going back and forth between the parties where they're having these settlement discussions, but a big part of the settlement discussions is what would a resolution look like if a v10 license emerges from these settlement conversations. That looks exactly like what happened in the *Fair Isaac* case that we cite, in *Behringer* case that we cite, in the *TPST Acquisition* case that we cite where spreadsheets were created for internal use to put together settlement related proposals or to think about what were the terms of a potential settlement would look like were all treated as work product or privileged recognizing that they were still created for those --

THE COURT: What were the spreadsheets, were they just sort of numbers that were compared numbers or were they, you know, did they contain some other legal advice?

MR. WILCOX: At least the way they're characterized in those cases they're characterized as financial spreadsheets and courts like the *Fair Isaac* case and the TPST case both noted that they had a lot of financial facts in them, but those facts didn't lose their privilege or their work product status just when they were put into a spreadsheet form, they still had that because they were still influencing legal discussions as you're thinking about what does the structure of a settlement look



like even if you're just looking at the financial structure of it, that's still divulging what the lawyers are thinking about in terms of what the structure for a settlement here and what do the potential terms look like and do we want to do a settlement, which then the lawyers go off and make recommendations to the ultimate client about do we do this or do we not. That's exactly what Mr. Youssef said in his declaration he was doing here. He wanted to think about what our potential settlement structure, what could they look like so that he could then help have input for Arm into the decision do we settle the Nuvia litigations, do we not. What do the terms of that look like, including what would the terms of the v10 license that we could live with as part of a settlement look like. And the parties went off and they had those conversations and, of course, both sides have produced the actual exchange back and forth between the parties.

So you don't need to invade the privilege or the work product protections for Arm's internal analysis just because the parties have shown two public facing documents. Just like in a patent case where parties produce license agreements that are out there and use them for a reasonable royalty analysis, you don't then get all of the privileged or work product communications that went into how do we put this license together. What you do is you rely on the



license agreement itself. That's exactly what you would do here as well.

So we don't think -- so we think these documents are definitely privileged. They're definitely work product. They were created for the purpose of settlement discussions even if those discussions were centering around business topics as one aspect of the settlement discussion of how do we end this litigation. Again, that's exactly what was happening in all of these other cases, too.

THE COURT: Yeah, but I don't think you get to have it both ways, right? I mean, if settlement -- I get it that there could be even in regular negotiations, not settlement negotiations, there could be underlying things that are privileged, I get it, and maybe this falls in that, but to the extent that you're relying on these are settlement negotiations so there is -- it's clearer that stuff that was going on was privileged, I don't think that works here where you're relying on those as commercial negotiations that show that you comply with your commercial requirements. Like, I mean, if you were just saying -- I mean, someone could say well, the only reason that you did that is because you were being sued or you were going to be sued, I don't -- I don't think that really tracks for me.

But this is what I am going to do. I have no idea what this document is. I don't understand. I take

Ms. Nyarady's point that Mr. Youssef doesn't even say he saw it. I mean, you're telling me he saw it on a Zoom, he doesn't even say that. He says that he gave -- it's very cryptic what he did. So send me the document, send me something that you just suggested was going to explain why this was actually -- you know, give me some context as to what he was doing, not just it reflects my mental impressions and, therefore, it's privileged or work product because what I have here doesn't establish that.

MR. WILCOX: Okay. That's fair, Your Honor, we will do that.

Just one comment about Mr. Youssef doesn't say that he saw this document, if I can just point to paragraph 5 of his declaration.

THE COURT: Yeah, I just read that and he doesn't say that. He says I discussed the spreadsheet and its contents. He doesn't say I ever saw it.

MR. WILCOX: Okay.

THE COURT: Does he say he saw it?

MR. WILCOX: I agree, he does not have the words I saw it. We will submit another declaration from him.

THE COURT: I can discuss a spreadsheet, I am discussing a spreadsheet with you right now and I have never seen it.

MR. WILCOX: It's true he does say he saw the



contents.

THE COURT: Tell me where you're pointing to that he saw the contents.

MR. WILCOX: I see, he does not use the word saw, Your Honor.

THE COURT: You keep telling me he said things. You're losing credibility. You said he told you something but he didn't. I'm looking at the words he used, and I know lawyers helped to prepare this, so I'm assuming that the words were chosen carefully so as to be accurate. And what he doesn't say, he prepared this for me, I used it, I saw it, I did something with it, then it does get my attention. So you can tell me in camera what he did, and get me that by Wednesday.

MR. WILCOX: Understood, Your Honor, we will do that.

THE COURT: Okay. Now, there is also an issue -- do you want to respond to some of that. You may because they're going to say something in camera and you might not get a chance to respond, you're not going to know what they said in camera.

MS. NYARADY: If you want to send it to me, I'm in favor.

THE COURT: Accidentally.

MS. NYARADY: We'll sequester it, it's fine.



They cited the *Fair Isaac* case as kind of their main support for their position. And I just want to point out that in that case, the Court found that they specifically say on page star 6, that the projections and the analyses in question in that case they find was created for one reason and one reason only. That's a direct quote from the case. And at the end of it, at the end of that paragraph, they say but for the litigation and the proposed settlement of the suit between Fair Isaac and Equifax there is nothing before this Court to suggest that projections and analyses wouldn't have been generated. So I think that case is not at all on point. I just want to make that point.

I want to make my client happy and I want to just say for the record that there was never an agreement to the upfront license fee in 2024. I think it was represented that there was.

THE COURT: Yes, because they're still relying on it to say it's reasonable.

MS. NYARADY: The other thing I would say is I think counsel said, I hope this is a direct quote, I tried to write it down, there was a specific term in the contract is the reason that this spreadsheet was created. And the way it was said and I think the papers that are going to be submitted, it sounds to me like this still was in furtherance of the business negotiation, so this was



directly related to the business negotiation. So even if they're not saying it was benchmarking and they're saying they were doing something different, when you see the document, I'm not sure you will agree with that, I won't agree with that, but even if that were true --

THE COURT: What do you mean -- what do you mean by benchmarking? So when you say so when you see the document, I may think differently, I don't know what that means. What is it that you think it shows that shows benchmarking?

MS. NYARADY: Meaning I think in -- I'm trying to think of how much I can say. In 2024 when there were discussions about v10, there was also an discussion about an MFN. And I think this document is an effort to look at two licensees who had active v10 licenses and to try to figure out what they could charge Qualcomm, which I think is exactly what the 2025 document is, they're using two other licensees to come up with different numbers.

THE COURT: And the 2025 document is this spreadsheet you're talking about -- sorry, the PowerPoint.

MS. NYARADY: The 2025 document, yes, is the PowerPoint, the late produced PowerPoint versus the 2024 spreadsheet that Your Honor is going to see in camera.

THE COURT: When you say it's late produced, I get that it did come late, but you're not disputing the fact

that it does have information in it about third-party stuff and that parties here were trying to negotiate for enhanced protections of that, so I mean --

MS. NYARADY: No. So I think Your Honor hit it on the head in terms of -- and I have here the stipulation, although it sounds like maybe you have looked at it. The stipulation in question was talking about producing unredacted copies of the agreements and the annexes. So this has nothing to do with the PowerPoint. And so the fact that they waited until after this stipulation had been entered and after the Youssef deposition to produce this, they did not have to wait because of the stipulation because in my view in reading this document just on the face of it this doesn't apply to the PowerPoint.

THE COURT: What document does it reply to? I saw the introductory phrase, but does it ultimately say certain documents will get enhancement, what documents are those?

MS. NYARADY: It's with the PowerPoint, the 2025 PowerPoint they also produced the actual ALAs and the annexes that go with it and the stipulation expressly covers those agreements.

THE COURT: And not anything that includes information that might be in them?

MS. NYARADY: Well, I think it includes anything



that's in --

THE COURT: I'm saying, does it only include -- I don't know what the words are of that stipulation, when it says -- does it say these agreements will receive enhanced protections and these agreements and the information contained in them which might include stuff that was then put into a PowerPoint presentation.

MS. NYARADY: Fair enough. And to be clear, from our perspective it doesn't matter because these added protections in our view do not add anything beyond the Protective Order. I know it made Arm feel better to have some added protection, but we are not discussing the substance of any of these agreements with our client. But I take your point and so I think I would agree with you it would include, or I would say it does include the substance of it.

But I don't think they have to wait for the stipulation to produce the PowerPoint. There is other documents as you know in the case that have rates and have pieces of other ALAs --

THE COURT: Do you want discovery on that stuff or not at this point?

MS. NYARADY: What we want is the spreadsheet.

THE COURT: I get that. And I am going to look at these cases and I'm going to look at the spreadsheet and



what they submit to me. But that's --

MS. NYARADY: If we don't get the spreadsheet, a couple of things, one is the underlying facts are not privileged or work product. So, you know, my next request would be for a redacted version of it. When you look at the spreadsheet you will see that not only are there calculations, but there are rates for other licensees. And so if they want to redact the calculations that they did but produce the rates, I think that information should be produced.

Quite frankly, Your Honor, I think what has happened here opens up the door for us to ask again for the ALAs. I'm not going to do that, but I think that would be justified.

THE COURT: You have to save something for appeal.

MS. NYARADY: But I think that, you know, we should get a redacted version that has all of the factual information so the rates of the two licensees in it. But I also think, you know, we're going to have a real problem come trial, we talked about this a little bit in terms of what's going to happen on the stand. And are they allowed to get up and say we only benchmarked against these two companies. Am I then allowed to say well, did you ever do any analysis involving other companies? Are they going to



claim privilege on that. If we don't get that spreadsheet, I don't think they get to talk about how they developed these rates. Either we get the full story and we're allowed to pressure test it and we're allowed to cross properly or it's out, that's my view. And if that were the case, then we don't need discovery. But I don't think they can put somebody on the stand to selectively disclose their process. I do not think they can do that.

THE COURT: Okay. Well, I want to understand and that's why I asked for the in camera stuff, at least why they're saying it's not benchmarking.

MS. NYARADY: The last thing I would say is I think there was some discussion about how focusing on the Exhibit 6, slide 12, the Bates number ending 012 which has the four companies and says some were noncomparable. And I believe I heard counsel say that none of these bullet points involve rates. And so the information from the spreadsheet from 2024 actually doesn't play into this. I would encourage Your Honor to look at a couple of slides that precede slide 12 because it's all about rates.

So the fact that somehow they're talking about rates, they're focused on rates, they're obsessing on rates and then they come to this conclusion slide where they say these two aren't relevant or not comparable and somehow that's not about rates, I don't see it.

benchmarks without using Apple's rate. So we would ask that the Court would confirm that the Apple ALA and the information contained therein is not subject to the dispute and is protected.

THE COURT: All right. Thank you.

Ms. Nyarady, let me ask you, I know this is going to come up maybe not with Apple so much a million times more before trial, but what she said did just make some sense to me which is if Arm is saying these agreements are comparable and these are not, it has nothing to do with rates, we don't need to get into rates, is that their argument that they're comparable or not for different reasons?

MS. NYARADY: I think rates is tied into it. I don't think those are separate issues. I think that --

THE COURT: I guess my question is, if the parties, the actual parties of this litigation had an agreement that the non-comparables had rates that were lower, like why do you need the exact rates?

MS. NYARADY: Well, the rates themselves, I mean, the rates themselves have -- our damages expert has done an analysis of the delta and any reasonableness or good faith that can be attributed to the negotiations based on, you know, what other parties are paying for their v10 license. So in part from the spreadsheet, the rates that



were -- to be clear, too, when you see the document, there is one number for Apple. There is not a lot of discussion. You know, when Apple came to Court, they put in a declaration about this trade secret. I heard the word trade secret several times just now. In the declaration from the Apple person, which is exhibit -- we put it in as Exhibit 2 to our letter there is three paragraphs where he talks about what he thinks the trade secrets are. None of them have -- are rates. It's other things that are in the ALA. That's because the motion, the Protective Order motion that Apple brought was to stop the production of the ALA and the ALA has lots of other information in it. Right? It's got information as we understand it based on this declaration of maybe how things are going to be used, maybe product development, product lines. There is more information that is arguably competitively sensitive and that's what the declaration that Apple put in in support of their original motion for a Protective Order said. And Your Honor ruled on that. That motion was not about rates, and the trade secrets that Apple has thrown their arms up about that were so sensitive were not rates.

In addition the motion had nothing do with documents that were already produced or Arm business documents. And part of why we put in just an exemplary exhibit from the last case, trial exhibit was to show that



over the last four years, and Apple knew this, over the last four years, Arm has produced its business documents and its business analysis documents. And some of those documents not surprisingly talk about third-party licensees and sometimes make passing references to terms in the other agreements. Those documents with all these third parties moving for Protective Order have never been at issue. The documents that have been at issue are the communications --

THE COURT: Well, are there documents that have not been at issue that your expert can rely on if that spreadsheet, that one number in the spreadsheet were not available to him?

MS. NYARADY: That is the only place that number appears.

THE COURT: So then let's not tag Apple for not complaining about other documents if the information that they're now trying to protect was not in that.

MS. NYARADY: Well, to be clear, Your Honor, though, that specific number in that contract was not in there, but rates for the prior ALA that was --

THE COURT: Yes, but she said that's the 2021 ALA.

MS. NYARADY: Right.

THE COURT: She's saying okay, she's not complaining about the 2021, she's complaining about the 2023



one. And now you want not only the 2021 and the 2023, and she's saying the 2023 is actually sensitive to Apple.

MS. NYARADY: I understand that, Your Honor. My point is in the prior case the other agreement was the relevant one. Now this is -- but again, I go back to, you know, if you look at the Apple declaration, it was the other things in the ALA that they were pointing to as being this competitively sensitive information that rises to the level of a trade secret that would prohibit the production.

THE COURT: What's publicly available that she mentioned?

MS. NYARADY: There are -- and I believe this was attached to the letters, if I can find it. It's Exhibit 4 to our letter. There are articles like this that talk about that it's a low royalty rate no matter how many cores it uses. That was one example. And we put that in as Exhibit 4.

Again, you know, we put this in on the point that this is not trade secret information in the sense that some of this information is already out there. Here we have another article, people are speculating as to what the royalty is.

When we asked some people at deposition about the rates, what we encountered was people saying they weren't sure, they didn't know the exact number. So, Your

Honor, I do worry that using these articles versus using a document from Arm, you know, is very different in terms of the evidence in the case. Because we can't prove the truth of these articles at the same time --

THE COURT: Well, I guess the question is if Arm knows the truth, even if we're not going to say exactly what it is, they suggest that those articles are far off.

MS. NYARADY: And I don't know what they're going to say or if they're going to claim ignorance completely about it. And given that the documents weren't produced, I don't know how we're supposed to cross-examine somebody or really kind of nail somebody down on that. But again, the document in question is an Arm business document. It's calculations that Arm did. It happens to have one number for Apple. And if the concern is a broader disclosure in the courtroom, I am sure we can use a way to have testimony be, you know, a factor of or, you know, some way that we can make the public record, you know, not waving around third-party licensees rates.

But I don't think that Arm cannot produce their business records and their calculations that were part of these business negotiations when they're benchmarking it off these other parties just because that information is sensitive and third party, we can protect the information. We did it with the other ALAs, we got other ALAs produced



because we signed a stipulation saying we promise, promise, promise, we're not going to tell people what's in here, we're not going to use them in certain ways. We're happy to do that with respect to the spreadsheet as well.

And to be clear, there has been no allegation of misconduct. These cases have been going on for four years. We have variations of the ALAs, TLAs, we've had lots of competitively sensitive information for quite a while. There is almost an inference that counsel is going to do something inappropriate with this and it's just not justified.

THE COURT: Okay. Thank you.

Counsel, you can have the last word here.

MS. CANNON: Thank you, Your Honor. I will begin by saying that the negotiations that Apple's rates are not a trade secret I think is absurd.

THE COURT: Well, I guess where it gets a little leery to me is there is stuff in public. Now I get it that Apple is not confirming or denying that, but there is stuff out there.

MS. CANNON: There is stuff out there, but the actual rates that are paid are a protected trade secret. That is confirm by the Kirby declaration, both the one that he filed in 2023 at paragraph 5 and paragraph 11 and then again in the 2025 declaration in paragraphs 4, 5 and 6.



The notion that what Apple would pay is something that would be publicly available or would be discussed in court is not something that Apple would ever have agreed to. Apple had no insight into what business documents Qualcomm or Arm were producing in this matter, over a million pages worth of documents were produced. Apple was not consulted on this one nor would it have consented to it.

At the hearing in March, rates were discussed extensively. And the reason that Qualcomm purported to want the ALAs in the first instance is because of rates. And I think that kind of more generally, I appreciate that Ms. Nyarady said that there has been no bad actions, but here there was a Protective Order that protected certain trade secrets. Those trade secrets included the terms of the ALA. Qualcomm gets its hands on a document that has the terms of the ALA on it and instead of questioning this Court whether it has consent to use it, whether it is within the lines of what this Court's Protective Order is, it puts it in an expert report and serves that expert report. It hasn't sequestered the expert report such that the expert is no longer out there and operative.

And it would encourage bad behavior if Qualcomm is allowed continue to use the term, the rate information, because it knew that the rates were among the most sensitive



information that Apple was trying to protect. Mr. Kirby's declaration said that both in 2023 and 2025.

And clearly we have been here enough times arguing about the sensitivity of the 2023 ALA such that the trade secret information that was contained therein was clearly through the letter of the Special Master's order something that should be protected.

THE COURT: All right. Thank you.

MS. CANNON: Thank you.

THE COURT: Let me ask Arm, are the rates of the agreements that Arm asserts are comparable at issue?

MR. WILCOX: I just want to make sure I understand your question, Your Honor. When you say are they at issue?

THE COURT: Are they going to come up?

MR. WILCOX: Meaning are the company A and company B rates going to come up? They're going to come up in that Qualcomm is going to say that the rates that you proposed are too high, they're unreasonable, and they show you didn't engage in good faith negotiations. And what we're going to say is no, we did. Look, you have the company A rates, the company B rates, we blended them. Given that someone else agreed to these rates, that seems like it's commercially reasonable. That's what we're going to say.

THE COURT: And if they were to say something like Apple pays less, even the publicly available documents say $0.30 or whatever it was, is Arm going to disagree with that?

MR. WILCOX: Are we going to disagree that they pay less? No. Are we going to agree that they pay that exact number? No.

THE COURT: I didn't say are you going to agree, I said are you going to disagree. I mean, if I am not going to make them see Apple's rates, but I take their point that rates are relevant, or could be relevant, it seems to me it matters if you're going to be like, you have no idea if that's correct. And they're going to be like no, we don't because you wouldn't give it to us, or because Apple wouldn't let us have it, but we know they're a lot lower. How is that going to play out? I just want to know, are you going to be like uh-uh, we don't -- we have no idea if that's even close to right. Like, that seems wrong to me.

MR. WILCOX: I agree, Your Honor, and we're not going to play dumb and we're not going to disagree that Apple pays lower rates.

THE COURT: And so if they put this is what's out there, publicly out there, are you going to make a point of saying you have no idea if that's correct? Like if their expert, let's say in their report instead of using what was



in the spreadsheet he used something like that, is part of the cross going to be you have no idea if that's even correct, do you -- is that how it works? I'm trying -- I don't mean to put you on the spot, you might not know, but it seems like some of this -- I'm trying to figure out if there is a middle ground here between protecting a third-party's sensitive information, which I do think that the rate is a sensitive piece of information to a third party who really wants nothing to do with this litigation but keeps paying lawyers to get involved in it. But I take the Plaintiffs' point that you guys are just going to come in and say look, it was reasonable because you guys did this and you're going to be like we're much more comparable to company C or company D and they paid much less but we have no idea how much they paid because nobody will tell us. That seems wrong that that's the way they're stuck. If you're going to come in and say well, we have public information, but if we try to use the public information, the folks who actually know what that information is are going to come in and be like jury, don't believe that because who knows, that's just like what they said in the newspaper, they say all kinds of stuff in the newspaper.

MR. WILCOX: And I'm trying to be helpful. The one thing that is giving me pause about just saying no, we're not going to do that is there are for certain



circumstances where both the number in the spreadsheet and the number in the media reports is wrong and misleading. And so we can't leave that part of the picture completely out if we are going to have that fight which is what is making me think about how can we solve that problem.

THE COURT: You guys are going to have to start thinking about how you can deal with that depending on how I come out on the spreadsheet. But I'm getting uncomfortable with saying Arm can just get in there and say this is what we did. It very well may be that all you have to do is get in there and say yeah, it wasn't -- we viewed you as an important player, it's reasonable because we used these rates, yeah, other people had lower rates, other people had different terms, other people gave us better benefits, so what, it doesn't mean that what we did for them was reasonable. We could have asked them for higher rates and it still would have been commercially reasonable and a good faith effort. I get all that. I'm just saying that it seems that if they had -- if that's the argument, they need to be able to fairly test the bounds of it with information without -- and if they can't have the information, I'm not sure where the fact that you have it but are not letting them have it for reasons other than relevance plays in, so there is going to have to be some kind of discussion of that that you guys are going to have to try to deal with it



because otherwise I might make a ruling and say you're not allowed to say it's unreasonable even if you believe it is.

MR. WILCOX: So we're not allowed to say what is unreasonable?

THE COURT: I don't know, you just said there is one thing that I'm saying that's misleading and I'm saying if you guys don't come to some kind of agreement, maybe I'll just preclude you from saying that because you haven't produced information to show something different. But I don't know. I don't know the facts good enough, but you guys can never seem to do anything very quickly, so you better start thinking about that in advance of trial. If I agree that those numbers can't come in or they can't have them from the spreadsheet, you're going to have to start thinking about how these arguments are actually going to play out.

MR. WILCOX: We will, Your Honor. We'll start thinking about that --

THE COURT: And be reasonable about it, because it's you and your clients who are essentially keeping -- you want to make an argument but also keep other information from their hands and if that's the situation, the compromise may come down harder on you if I have to make a compromise versus you.

MR. WILCOX: Understood, Your Honor.

THE COURT: And that's not an invitation for Qualcomm to then come in and make unreasonable demands because that might backfire on you and make me feel suddenly more sympathetic to the Defendants.

So I will wait until Wednesday to get the stuff in camera and deal with that.

MR. WILCOX: Yes.

THE COURT: I'll issue an order on that.

So now we have the motion to strike. And on this one, a separate case had to be filed because of some reason that I don't remember, and then we had like magistrate judges and special masters and -- so I don't remember the specifics of a lot of these things, but I do remember that a new case was filed to include Arm Ltd. And then I wanted that case to be consolidated into this one because I didn't want to have to deal with two cases and risk two trials on the same kind of stuff.

But now it seems like, I don't buy Qualcomm's argument entirely when they say we had no idea that that scheduling order would apply because clearly it applies because we're all going to trial. Okay? So it applies for trial. But is it fair that it applies to a motion to amend date that may have occurred before this party ever existed? And is it fair that they can't amend after an answer when the only reason they're maybe precluded from doing that,



like if this were a separate case out there and you -- and they filed the complaint and you answered, and they would then have leave to amend to add whatever they want, they could do that. But then I don't understand why they lost that just because I was like I'm not dealing with two trials. So they lost that.

MR. LoCASCIO: If I may, Your Honor, let me remind you a little bit more --

THE COURT: Don't just tell me they said nothing was going to change in the case because that initially bothered me, but I kind of got over that when I was reading the papers.

MR. LoCASCIO: But the context of this claim and how this amendment came to be --

THE COURT: I know, it came up when we were having a discussion. I feel like I gave them some kind of claim when discussing and saying look, you have this implied -- you do have good faith, beyond how you could have that when it seems like your claim is governed by Section 14.1.B.

MR. LoCASCIO: Exactly, Your Honor. 14.1.B. Can we just pull up, I want to show you a couple of things, Your Honor. And I will start on what is slide 3.

May I approach, Your Honor?

THE COURT: Sure.

MR. LoCASCIO: How we got here. And the



original claim was amended twice, First Amended Complaint, Second Amended Complaint. On the last day, the March 14, 2025, deadline from the scheduling order to amend, Qualcomm amended and they added what we just shorthand call a good faith and fair dealing v10 claim. That's the conversation you had with Mr. Isaacson at the March 10th hearing and I don't expect you to remember the March 10th hearing much --

THE COURT: We went back and looked at the transcript.

MR. LoCASCIO: Okay. And so during that, this was in the context of we had a pending motion to dismiss that claim in and of itself saying how can you bring a good faith and fair dealing claim when you're not alleging a breach claim. And they leaned in and from the get go when they knew they could do it, they only chose to assert that claim. Fine. They tried to add unlimited and the Special Master denied it. The next day they added the complaint. That is the Arm Ltd complaint that Your Honor consolidated.

Repeatedly you were told you can consolidate these cases on the schedule we have, which is the one that we're now at the March 10 hearing, they had already been through in January what would happen to the schedule. And they said nothing needs to change and repeatedly on the Qualcomm side there is no more discovery, this is not a do over, we have everything we had need to go to trial because



the claims are identical.

Now, on March 10th, go to the next slide, this is first January, we were told there is nothing different here. These are exactly the same claims, we just added a party.

The next slide.

The consolidation motion which was granted by Your Honor in February was based on there is no difference so we can put these all together. We can go to trial on the schedule we now have in October because no new claims are being added.

The next slide.

Then on March 10th, the passages it sounds like Your Honor has gone back and looked at, there was a back and forth, it went for about six pages where you continued to ask Mr. Isaacson, wait, how is it I can let this claim survive the motion to dismiss.

THE COURT: You moved to dismiss.

MR. LoCASCIO: We moved to dismiss and he said look, there is a difference. Just because there is an actual claim or just because there is a contract provision and we're agreeing we're not alleging breach doesn't mean this claim can't survive. We were sort of bewildered. Your Honor said, I'll deal with that at summary judgment. You had real questions to be charitable in the description of

# Exhibit 1C

13:12:40 IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and ) SEALED
QUALCOMM TECHNOLOGIES, INC.,)
)
Plaintiffs, )
) C.A. No. 24-490(MN)
v. )
)
ARM HOLDINGS PLC, )
)
Defendant. )

Tuesday, March 10, 2026
2:00 p.m.
Motion Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: WILLIAM ISAACSON, ESQ.
BY: ERIN J. MORGAN, ESQ.
BY: JENIFER N. HARTLEY, ESQ.



APPEARANCES (Cont'd):

-and-

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.
BY: JACOB A. BRALY, ESQ.
BY: ADAM BASNER, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: DANIEL MACKRIDES, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: JAY EMERICK, ESQ.
BY: KASDIN MITCHELL, ESQ.
BY: MEREDITH POHL, ESQ.
BY: MICHAEL PRONIN, ESQ.

Counsel for the Defendant

WALKER STEVENS CANNOM LLP
BY: HANNAH CANNOM, ESQ.

Counsel for Apple

WILSON SONSINI
BY: BRADLEY D. SORRELS, ESQ.

Counsel for Ampere



APPEARANCES (Cont'd):

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
BY: JENNESS PARKER, ESQ.

Counsel for Broadcom

CONNOLLY GALLAGHER LLP
BY: SARA BARRY, ESQ.

Conflicts Counsel

\- - - - - - - - - - - - -

COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good afternoon. Please be seated. Let's start with some brief introductions.

MS. YING: Good afternoon Your Honor, Jennifer Ying from Morris Nichols Arsht & Tunnell on behalf of the plaintiffs. I'm also joined by Travis Murray from Morris Nichols and then at counsel table from Dunn Isaacson & Reed, we have Karen Dunn, Bill Isaacson, Erin Morgan, as well as Jennifer Hartley. And then from Paul Weiss we have Kathy Nyardy, Jacob Braley and Adam Basner. And we also have



conflicts counsel from Connolly Gallagher, Sara Barry.

THE COURT: Okay.

MS. GAZA: Good afternoon, Your Honor. Anne Gaza from Young, Conaway on behalf of Arm. I'm joined by a colleague, Daniel Mackrides, as well as Kirkland & Ellis, Gregg LoCascio, Jason Wilcox, Jay Emerick, Kasdin Mitchell, Meredith Pohl, and Michael Pronin.

Thank you.

THE COURT: Okay. Thank you.

All right. So we have your papers and let me just get this out of the way so hopefully it doesn't come out later when I get tired from the arguments, but you all submitted 11,000 pages on objections for discovery. That isn't all that you gave me for summary judgment and Daubert and that is excessive, 11,000 pages for discovery objections. And you're not even objecting to absolutely everything the Special Master did. And what that tells me is that nobody is seriously thinking about making decisions based on what's reasonable and what's necessary. And you're lucky that your client is willing to pay for a bunch of stuff that seems unnecessary and disproportionate, but you're not lucky that I am now teetering on forming the impression that you have no respect for my time and you're not litigating in good faith.

Now, so you guys can be reasonable going forward

16:34:20 THE COURT: I think he should be able to stay so
16:34:23 he can understand what the arguments are in case I rule
16:34:27 against him. So I think that's fine. And I will just ask
16:34:30 you to not -- go slowly in what you're saying so that if
16:34:35 there is an objection on confidentiality somebody can make
16:34:38 it.
16:34:39 MS. CANNOM: Wonderful. Thank you, Your Honor.
16:34:43 MS. YING: Your Honor, thank you for that.
16:34:48 So on the ALAs, I think two points that I want
16:34:53 to make first of all. Which is I think as we said in our
16:34:57 objections, Arm has put the ALAs for v10 directly at issue
16:35:02 because they want to defend against the claims that we have
16:35:06 on the breach of good faith and fair dealing as well as the
16:35:11 UCL claim that they have -- what they have offered us are
16:35:16 market rates. And this was in our objections. We put in
16:35:21 the letter that they submitted to us, and if Your Honor has
16:35:25 the appendix, this is at A-541 is the letter. And so they
16:35:32 want to argue --
16:35:33 THE COURT: I got -- it's broken up here, I have
16:35:36 to figure out which one to open up.
16:35:38 MS. YING: I believe it's in Volume I. I could
16:35:42 be wrong. I'm sorry, no, it's in Volume III.
16:35:47 THE COURT: You said 541?
16:35:48 MS. YING: 541, yes.
16:35:50 THE COURT: Okay.



16:35:52 MS. YING: Let me grab that.
16:35:56 THE COURT: I think you're right, it's
16:35:59 Volume III.
16:36:08 MS. YING: So they want to argue that they've
16:36:13 put forward a good faith offer, that's the quote from their
16:36:17 letter at 541. And on page 540 in their letter, they talk
16:36:24 about two other entities, company A and company B who have
16:36:32 ALAs that they do not object to the production of.
16:36:36 THE COURT: So are we going to mark this portion
16:36:39 of the transcript right now. We'll mark this portion under
16:36:43 seal and then what I would ask you to do is go through line
16:36:46 by line to remove the redactions for anything that is more
16:36:52 generic.
16:36:54 MS. YING: Appreciated, Your Honor.
16:36:55 THE COURT: So now if you don't want to say A
16:36:58 and B.
16:36:59 MS. YING: I'm not sure that the other people in
16:37:01 this room can hear that including Apple's counsel.
16:37:04 THE COURT: Okay. Stick with A and B.
16:37:07 MS. YING: So A and B, and that's referenced on
16:37:10 page 540 on line 3, so Arm has said that they don't object
16:37:15 to the production of those.
16:37:16 THE COURT: I'm sorry, 540 to me is just a page
16:37:19 that says Exhibit 27.
16:37:21 MS. YING: I'm sorry, A540 in Volume III should



16:37:24 be --
16:37:25 THE COURT: A540 is just the exhibit page. Is
16:37:28 it Exhibit A541?
16:37:32 MS. YING: No, this is DI-661.
16:37:35 THE COURT: It must be one of the other
16:37:39 appendices.
16:37:39 MS. YING: One of the other Volume III
16:37:46 appendices.
16:37:47 THE COURT: What motion is this?
16:37:48 MS. YING: This is our objections to the Special
16:37:51 Master's --
16:37:51 THE COURT: Yeah, but everything I have in my
16:37:54 file says objection to the order on third parties.
16:37:57 Objection to the motion to compel. I have no idea. So give
16:38:00 me the DI number.
16:38:03 MS. YING: The DI number for the appendix is
16:38:07 661.
16:38:07 THE COURT: The DI number for the objection?
16:38:10 MS. YING: 657.
16:38:29 THE COURT: Okay. 540.
16:38:32 MS. YING: It starts with Dear Special Master
16:38:35 Rychlicki on that page. So if you look to the third line of
16:38:38 that letter, Arm says that they do not object to production
16:38:42 of company A and company B's ALAs subject to the protections
16:38:47 below. And the reason why they want to do that is because



16:38:50 they want to argue that they have made a good faith offer
16:38:53 and that the offer that they have given represents the
16:38:55 current market rates.
16:38:57 The problem with that is we know that there are
16:39:00 more entities with lead time licenses than just company A
16:39:05 and company B that they're willing to produce. Again, this
16:39:08 goes back to the same argument that we had with the TLAs is
16:39:11 you can't cherry pick which ones you want to rely on for
16:39:15 your benchmark, we need to be able to see all of them.
16:39:18 And we know from the deposition testimony of
16:39:19 many of Arm witnesses that Apple is one of the ones that has
16:39:24 a v10 license, and so that is what makes their ALA relevant.
16:39:30 I think we heard for the first time from
16:39:32 Ms. Cannom that we were willing to perhaps answer an
16:39:35 interrogatory or something like that. Obviously these are
16:39:38 not things that we had heard or discussed with Apple before,
16:39:42 so to the extent that, you know, that is something that we
16:39:45 can work out with them, we're happy to talk to them about
16:39:48 that, but the relevance is because Arm has directly made it
16:39:52 the case that they want to argue that what they have offered
16:39:55 to Qualcomm is a current market rate and there is no way for
16:39:59 us to test that.
16:40:00 THE COURT: What is it -- I mean, I think Apple
16:40:02 made -- Apple's counsel made a compelling argument that
16:40:08 these agreements are largely bespoke and include very

16:40:16 specific confidential information. So do you need the whole -- I'm not even saying I would give you any of this, but if I were to entertain it, you want the whole agreement?

16:40:34 MS. YING: Well, I don't know in this context what bespoke means because bespoke could just mean we have negotiated specific provisions, for example, for the length or, you know, for the scope or for the limitations on liability --

16:40:47 THE COURT: It seems like what I understand these are, bespoke in terms of the technology, too, like this core and we're going to use it for something. You know, I can certainly see why Apple might not be so keen on giving that over if they're working on a particular technology using a particular core, they're like we really don't feel like giving that over to our competitors.

16:41:12 MS. YING: So let me clarify, the ALA allows the licensee to make their own core, it's not licensing a core from Arm. To the extent --

16:41:23 THE COURT: That's even worse, then, Apple gets to make its own core and tell people and have it disclosed.

16:41:31 MS. YING: Well, I think it's public that Apple has a v10 license. I think that's public information. There has been news articles about that.

16:41:38 THE COURT: What do you need? You want the whole long agreement?



16:41:42 MS. YING: No, I think when we need is to know how to test current market rates so whether that means --

16:41:46 THE COURT: You got to tell me what you want because I can't just say in a vacuum sure, you can have -- I'm not going to say you can have an entire hundred page agreement because I don't think that there has been any showing that that would be, you know, appropriate or, you know, reasonable.

16:42:09 MS. YING: Understood.

16:42:10 THE COURT: But I have -- like part of the problem I have here is you all want me to rule on things. I don't even know what I'm ruling on. No one has handed me a document and said look, this is forty pages and these are the things we need.

16:42:23 Now I totally appreciate that you guys all agreed to some of that stuff with the TLA and the third parties, but what do you want? You have other ALAs, you have your own ALA, what is it that you think you need from Apple?

16:42:40 MS. YING: So I think we would need the pricing as well as anything else that bears on market rates.

16:42:46 THE COURT: Pricing for what?

16:42:48 MS. YING: So pricing for what they would be paying to -- so as I understand the way that ALA works is you pay a certain rate for cores that are developed under



16:42:59 the license agreement. So whatever the rates are that they are paying for their development under v10, and anything else that bears on market rates for that pricing, so whether it means that they get, for example, discounts if they are doing it in some sort of volume order or some sort of anything like that, so that all falls under pricing and royalties, so that's what I would say.

16:43:27 THE COURT: Okay. Let me hear from defendant first and then I'll let you.

16:43:44 MR. EMERICK: Good afternoon, Your Honor. Jay Emerick for Arm. This relates to the good faith claim to set the stage. That's why they're seeking these v10 ALAs. This is not like the TLA where there is an MFN. There is no MFN.

16:44:00 THE COURT: I got that. I think Apples' counsel told me that and she was quite clear. I got it.

16:44:05 MR. EMERICK: So what is the claim that they're making that they want the ALA for? They sent us a letter, they say royalty rates, these are not commercially viable. Okay. You do not need all of our v10 ALAs to show or prove your claim that you think are rates aren't commercially viable. If it were true that our rates weren't commercially viable, they could show, they could say hey, it would cost us X dollars to make a chip under these rates and here is why that wouldn't be competitive with what other folks have



16:44:34 on the market. They can't do that because what we proposed was commercially viable and it's because we based -- we benchmarked an offer for them off of two companies --

16:44:46 THE COURT: And, in fact, some company, some poor chump company could accept super high rates and they would be commercially viable if someone took them.

16:44:56 MR. EMERICK: And maybe they think that company A and B are chumps, but we gave them benchmark rates off of A and B, so they're obviously commercially viable.

16:45:07 The concern that we have on the Arm side with respect to this information being disclosed is that as we see, we are actively in negotiations with them for v10. And so we are concerned about Qualcomm having a commercial advantage in those negotiations by having access to everyone else's rates. That gives them an advantage.

16:45:35 And then with respect to the company A and B licenses, because we benchmarked off of them, we have agreed to produce those, but we want some enhanced protections that the outside counsel that gets those isn't the same outside counsel that's advising Qualcomm in those commercial negotiations. So that's what we think is a reasonable offer for dealing with, much like the sort of sequestration that Ms. Dunn talked about with respect to TLAs.

16:46:01 THE COURT: Have you talked with -- and you're saying that that would only be if I were to allow the ALAs

to be produced?

MR. EMERICK: Correct.

THE COURT: Okay.

MS. CANNOM: Thank you, Your Honor. Just a few additional points. I think at one point it became clear in the last trial was just how strongly Qualcomm views Apple as competition here because of the speed of our processors and what we can do with them. We're differently situated than Qualcomm in that we use both hardware and software to create our cores and our hardware and software is intertwined, right, whereas they're creating the hardware for an Android platform or an Apple platform or whatever it is. It's not an apples to apples comparison here in looking at --

THE COURT: Apples to Qualcomm.

MS. CANNOM: It's an Apple to Qualcomm agreement, they're very different. And our agreements are very different overall. Even what they're asking for here just doesn't -- it just isn't going to be useful and it's so proprietary to us that any barely marginal relevance that it might have is overtaken by the concern we have by giving this to them especially when they're negotiating a new deal as Arm just said with Arm as a resolution of this case. I also say that I think, you know, we have been fighting about this a long time. We have offered a lot of different things. I don't know if I ever said an interrogatory to



Ms. Ying, but I did say a lot of different things that we have been trying to do to get something to them.

Discovery has closed a long time ago. I don't think that producing this right now would benefit the Court or anyone else likely given that they have said that they have information that they need to present their summary judgment motions for these matters already.

You know, this is very proprietary information even within Apple. It is information that we keep very closely guarded and I just don't see the basis here to demand an agreement in a case where there is not even an MFN here. They're just trying to say it wasn't good faith because they were offered something for something very different to begin with.

THE COURT: Thank you.

You get the last word.

MS. YING: I think we can possibly simplify all this which is if Arm agrees that they're not going to make the argument that what they are offering for v10 is quote unquote fair market rates --

THE COURT: The problem I have with your argument is I totally understand your argument if you're saying there is a most favored nations, I get it, that makes sense because how are you supposed to know if you're getting the best deal. It's very different to say you're giving me



something that's not commercially viable, and they say okay, here is two people that took it and they think it's commercially viable. That's very different. And I do think that he was correct -- I'm sorry, I can't remember your name.

MR. EMERICK: I'm sorry, Your Honor. Mr. Emerick.

THE COURT: You were persuasive, but when he said look, all I have to do is say I think it's -- I thought it was commercially viable, other people think it's commercially viable, you don't need to know that somebody got a better deal, like let's say Apple got a deal that was, you know, 75 percent of whatever these other people did or 50 percent of what was offered to you, that doesn't make it not commercially viable. So it's different to me saying I need the universe of things for this issue versus the other.

MS. YING: To that point, Your Honor, I would say that company A and company B that are listed on page A-540, they are not the same kind of companies that Qualcomm is. As far as we are aware, they do not make hardware, they do not make chips, that's what makes them different from us. And Apple does make hardware and chips, so we would say that is more comparable in that regard.

THE COURT: What was the basis for bringing this claim because you obviously didn't know what rates had been



offered to anyone before you brought the claim, so what was your basis for saying it was commercially unreasonable or whatever?

MS. YING: Well, I don't think at the time we brought the complaint we made the statement about commercial viability, that was I think in part of the December 2025 discussions between the parties.

THE COURT: What was the basis of that?

MS. YING: I'm sorry?

THE COURT: What's the basis of that?

MS. YING: The December 10th statement?

THE COURT: Yeah.

MS. YING: I'm going to have to refer to Ms. Nyardy on that one if that's okay with the Court.

THE COURT: I guess what I'm saying is you can certainly make your case without knowing what every single competitor out there was offered or received as a license.

MS. YING: Right. But I think the other part to keep in mind, Your Honor, is that this is a very limited universe. As far as we understand, there are only four entities that have v10 licenses based upon the testimony that we have received, so what we're talking about is two versus four. This is not a big sort of thing that we're asking about. I mean, the number of data points is very small so I think that factors heavily into what, quote

unquote, current market rates are.

But as I said before, if Arm doesn't make that argument, then I don't think we're in this position, but if they're going to make an argument that it was good faith argument because it represents current market rates, we ought to be able to test that. I do want to mention --

THE COURT: We have got to wrap this up. It's almost five o'clock and they still have more issues.

MS. YING: On the issue of counsel advising Qualcomm on negotiations, we have not been involved in that. We have not been advising that, so I don't think that is a concern, but to the extent we need a more limited universe of people, we're happy to discuss that as an issue if that's a concern, you know, of the third party.

THE COURT: Okay.

MS. YING: Let me ask Ms. Morgan to answer your question.

THE COURT: That's okay. That was actually -- I understood the arguments on all sides of that more than I understood many of them. So thank you all for that. But I'm going to overrule the objections.

Is Ampere, do you join in what Apple said except for maybe what she said with how they do things differently?

MR. SORREL: Yes.

THE COURT: I'm going to overrule the objections



to the ALA. I think that that is a different issue than the TLAs with respect to needing to have the universe of all of the agreements. If the argument is it wasn't commercially reasonable, I think there is plenty of ways that plaintiff could try to prove that, and you know, some of it might be with just explaining why you didn't view it as commercially reasonable for the plaintiff. I don't think having what other people got is necessarily going to be relevant or useful.

So those are overruled. The protective order is granted. I don't remember what the status is. But is that okay for Apple and Ampere, anything else you all have?

MS. CANNOM: Nothing more, Your Honor.

MR. SORREL: Nothing more, Your Honor.

THE COURT: Then you are excused. Thank you.

Okay. So what's left in the objections here?

MS. DUNN: So let me get our letter to you.

We have the issue of Arm's communications about the October 22nd leak to Bloomberg. We have --

THE COURT: So that one I'm overruling. What else?

MS. DUNN: Okay.

THE COURT: Is that the PR firm one? Yes. Overruled.

MS. DUNN: Your Honor, I really think this is so



wrong legally, that if there is any chance that you're persuadable --

THE COURT: Then appeal me, because that's no. Okay.

MS. DUNN: All right. Plaintiffs' request for documents concerning Arm's withholding of ALA deliverables from Qualcomm.

THE COURT: I don't know which one that is. I don't have it written here. Like I have 672, that's the TLA stuff, the PR stuff, directives not to support Nuvia, is that it?

MS. DUNN: That's it, yes.

THE COURT: Okay.

MS. DUNN: Ms. Nyardy is going to handle this.

THE COURT: Thank you.

So you say they didn't produce them, Arm says they produced them. And so I guess my question, I don't know what I'm supposed to do with that. Why do you think there is more?

MS. NYARDY: Thank you, Your Honor.

So if we could very quickly, I think there are at least two e-mails and two main e-mails that we want that we don't think we have. The first one is an e-mail that we believe came from Spencer Collins, the chief legal officer, to the entire ATG group, so that includes the group that



would be responsible for verification of these cores and are involved --

THE COURT: Have you asked them for that?

MS. NYARDY: So we did. We asked them for it. And if we can -- do you mind, apologies, putting up slide 41.

We also -- we asked for these documents. We got, you know, a smattering of documents, but we kept asking for the document, if you will, where the instruction was given to say, you know, don't give Qualcomm this stuff, whatever -- however they described it. And so here is some testimony that we got on it. And this is Richard Grisenthwaite, he is their chief architect and he says that the legal department is the one who gave the instruction. There was another witness who said that --

THE COURT: So you said you want an e-mail. I asked you did you ask them for the e-mail. Did you ask Mr. LoCascio or Mr. Wilcox, anyone over here, like where is the e-mail?

MS. NYARDY: We did. And they have said that they provided it to us. There is a document that is being withheld. If we go to the next slide, please.

Mr. Grisenthwaite sent this e-mail, this is ATL, this is the group e-mail in question. Right? Arm has told us that Mr. Grisenthwaite is the one who sent the

instruction, but you see from this e-mail Mr. Grisenthwaite is saying that Spencer Collins is going to be sending out an e-mail with the details of the impact on ATG. We believe that is the e-mail that was the instruction to stop supplying things to Qualcomm.

And then apologies, if could go to the next slide. There is an e-mail just hours after Mr. Grisenthwaite's e-mail from Mr. Collins that has been logged on the privilege log. Now, first of all, I would say I think there is a waiver because multiple people testified about the contents of that e-mail. I don't even know that it would be privileged to begin with if it is the instruction e-mail.

We have asked them, if you scroll down, you can see we wrote letters and back and forth and said can you tell us if this is the instruction e-mail.

THE COURT: You're just trying to say are we fighting over this e-mail because we should be fighting over it or is this like some random e-mail where he sent out an e-mail to people asking if they want to go to a Super Bowl party?

MS. NYARDY: Right. And they refuse to engage. They have written back and they said, well, you didn't challenge privilege. Well, we can't challenge privilege because we don't know if it's the right e-mail.



THE COURT: You don't want to waste my time.

MS. NYARDY: Right.

THE COURT: You don't want to waste my time arguing about it if it's just pointless.

MS. NYARDY: If this is the e-mail that gave the instruction based on the date and based on the time and based on who it's too, and from the description, we think this is the e-mail that gave the instruction that said stop giving Qualcomm the stuff.

THE COURT: Let me ask you this. Your complaint is that they said stop giving Qualcomm or Nuvia or whoever the stuff. That's not disputed that they did that, right? Everybody agrees.

MS. NYARDY: Right.

THE COURT: So what is the actual wording, like -- who cares? Okay. There is an e-mail, and maybe the e-mail has some other privilege stuff in it, I don't know. I haven't seen it. But like what is this e-mail going to do that we're sitting here fighting about it? Like, let's say the e-mail says we think they breached the agreement, don't give them more stuff. Or okay, so let's say it says that, I mean, my guess is it might also say some other stuff like we're contemplating filing a lawsuit or we filed a lawsuit and these are some of the arguments in the lawsuit, something like that that might be privileged and not waived.



Like, who cares? But what is this -- who cares? Why does this matter?

MS. NYARDY: There are some things that Arm continued to provide to Qualcomm and there are some things that Arm discontinued providing. And we have not -- and there has been testimony to that effect without clarity as to what those things were. So that's one thing. There is also a dispute as to whether or not the withheld items are deliverables under the contract. And that is an argument that I think Arm was going to tell you that they intend to make at trial.

So to the extent this e-mail sheds light on that, it is relevant.

THE COURT: Okay.

MS. NYARDY: And then the second e-mail, we also to be clear, Your Honor, we're saying that this -- some of the things that were withheld were withheld to prevent us, Qualcomm, from being able to verify cores. So we think there might be something in the e-mail that shows that that was actually the intent behind it.

Again, we don't know what's in the e-mail, but people have --

THE COURT: So keeps you from verifying cores.

MS. NYARDY: There is a process in the contract under which when a core is completed, there is a process for



what they call verifying the core to try to figure out whether or not it is compliant with the Arm ISA, with what the instruction said, and there is an interchange between the two companies during that process. And that is a process that is supposed to happen before commercialization. I'm oversimplifying it a little bit. The contract is a little more complicated than that, but that's what I mean by verification. There is technology that Qualcomm contends was withheld that we contend was part of the ACK part of technology that was withheld to intentionally try to prevent us from trying to go commercial with our cores.

So we think the e-mail may shed light on a number of these issues and, of course, we don't know until we see it. But multiple witnesses have testified that there was a group-wide e-mail that had detail. Even Arm conceded to the Special Master that the e-mails that were produced don't seem to have the level of detail that the witness remembered. And so we think this is the e-mail where the instruction was given. And it does not seem possible that the entire e-mail can be privileged even for starters if it was an instruction, but we have had multiple witnesses testify as to the substance of the e-mail and what was instructed to be withheld or not. And so I think any privilege at this point has been waived as well. But as a gating issue, we can't even get them to tell us if this is

# Exhibit 1D

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 1E

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN<br>(CONSOLIDATED)<br><br>**FILED UNDER SEAL** |

**DEFENDANTS ARM HOLDING PLC AND ARM LTD.'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION IN LIMINE # 1**

## I. INTRODUCTION AND RELEVANT BACKGROUND

Qualcomm seeks to preclude Arm from arguing that its December 2025 v10 offer to Qualcomm was benchmarked off Google and Microsoft's v10 deals, and to exclude Arm's v10 offer letters and related documents, based on the erroneous argument that Arm is using privilege as a sword and shield in more than ten different ways. None have merit. Arm is not relying on ***any*** privileged information for ***any*** of its defenses. There is no sword, no shield, and no basis to exclude any of Arm's evidence and arguments supporting its defense. Qualcomm also makes a fourth attempt at discovery into Apple and/or NVIDIA's v10 ALAs, D.I. 616; 626; 761; 842, but there is no basis to disturb the Court's three prior rulings denying that discovery—it remains irrelevant.

In December 2025, Arm Ltd. offered Qualcomm v10 terms based on what Google and Microsoft agreed to pay in their v10 licenses. D.I. 817, Ex. 5 at 2. Qualcomm responded by suing Arm Ltd., arguing its offer was "exorbitant" and "not commercially reasonable" under a theory that Qualcomm has so much bargaining power that Arm Ltd. proposing Google and Microsoft's deals as a "starting position for key commercial terms" amounted to bad faith. *Id.* at 2-3; D.I. 765 ¶¶ 37, 154. Arm produced Google and Microsoft's v10 ALAs, which show that Arm Ltd.'s offer blending these deals was a good faith proposal even if Qualcomm would prefer better terms.

## II. ARGUMENT

"Advice is not in issue merely because it is relevant…. The advice of counsel is placed in issue where the client asserts a claim or defense, and attempts to prove that claim or defense by disclosing or describing an attorney client communication." *Rhone-Poulenc Rorer Inc. v. Home Indem. Co.*, 32 F.3d 851, 863 (3d Cir. 1994). Arm has never put privileged information at issue or used it as a sword, and there is no dispute that Arm's ALAs are not privileged. The Court denied discovery because they are irrelevant and commercially sensitive. *See* D.I. 761; 626.

Qualcomm cites just one privileged document, a settlement spreadsheet that Arm clawed

back. *See* D.I. 805. Arm has never relied on or used this spreadsheet in any way—it is Qualcomm that seeks to inject it into the case, first by including it in its damages expert's report and refusing to destroy it, *id.* at 1-2, and by continuing to rely on it in violation of the Protective Order (D.I. 84) and this Court's order (D.I. 842). Ex. 1. None of Arm's witnesses will testify about this spreadsheet or otherwise use it at trial. And Arm's damages expert, who criticizes Qualcomm's expert's reliance on an internet article purporting to disclose Apple's v10 rate, has never seen the settlement spreadsheet (or the Apple or NVIDIA v10 ALAs), and cannot rely on them for his criticisms; Qualcomm's own expert shares these criticisms and admitted he did not find the article reliable. DTX-2406 at 146:17–147:7. The parties can fairly address the article's reliability through their experts, rather than Arm fact witnesses who may have knowledge of the Apple ALA.

Arm's statements about "current market rates," moving to "standard" non-financial terms, and Arm's belief that Google and Microsoft are "comparable" to Qualcomm, have nothing to do with the privileged settlement spreadsheet. Nor do they justify discovery into Apple and NVIDIA's ALAs—which the Court correctly denied three times—or preclusion if the Court doesn't. Arm has no obligation to identify a "market" of "comparable licensees" or perform a "comparable license" analysis under the ALA. Qualcomm's disagreement with Arm's characterization of a blend of Google and Microsoft's deals as "current market rates" is therefore nothing more than a credibility issue for cross-examination, not a basis for preclusion. Qualcomm is free to critique Arm's characterization. The same is true for Arm's position that Qualcomm is more "comparable" to Google and Microsoft than Apple or NVIDIA, where Arm's position is based on those licensees' businesses, not the substance of their v10 agreements. DTX-2578, at 5. And to be clear, a debate over which v10 licensees are most comparable is irrelevant to whether Arm acted in good faith. Qualcomm, not Arm, injected those comparisons into the case. DTX-2583, at 3.

The fact Qualcomm demands "below market" rates similarly does not turn on the contents of the Apple or NVIDIA agreements. It is self-evident from Qualcomm's own proposals, where Qualcomm demands multiple MFNs that mix-and-match the very best terms from each of Arm's deals. *See* DTX-2581, at 15; DTX-0009, at 1. So too for Arm's assertion that Qualcomm is seeking what it characterizes as "standard" non-financial terms—like the 5-year no-royalty penalty and a non-assert that prevents Arm from raising competition concerns with regulators—which Qualcomm indisputably inserted over Arm's objection. Qualcomm also does not need the Apple or NVIDIA agreements to test whether a limitation of liability is a typical term in Arm's ALAs and TLAs. Arm has produced numerous TLAs and several ALAs in this case. DTX-2572, -0655, -2499, -2432. As for Qualcomm's "ability to compete," Arm was simply responding to Qualcomm's incredible claim that paying Google or Microsoft's rates would somehow destroy its business. D.I. 817 Ex. 15 at 3. Qualcomm's cases are inapposite: *Whitehead* supports Arm and found the sword/shield doctrine "has no application to the present circumstances," just as it has no application here. *Whitehead v. Pullman Grp., LLC*, 811 F.3d 116, 120 (3d Cir. 2016). *Berckeley* did not find waiver either, and *CP Kelco*, *Bittaker*, and *Ansell's* privilege waiver findings make them inapplicable here.

Qualcomm's claim that Arm asserted privilege over reports showing the TLA royalties Qualcomm pays is baseless. Arm (and Qualcomm) produced royalty reports showing Qualcomm's historical use of Yamin—which show Qualcomm never used Yamin on a standalone basis—and both parties' experts discussed them. DTX-2335, at 37 n.134; *id.* at 244; DTX-2323, at 49 n.192. Qualcomm knows the royalties it paid under the TLA and for which products. Its disagreement with Mr. Youssef's testimony is for cross-examination, not exclusion. If Qualcomm seeks to retroactively exclude unobjected-to testimony from the bench trial, that is waived.

Dated: September 19, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

# Exhibit 1

**From:** Evangelatos, Peter
**To:** Basner, Adam L; Braly, Jacob; GRP-QCvARM; qualcommvarm@dirllp.com; jying@morrisnichols.com; tmurray@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm; ycst_arm_qualcomm
**Subject:** RE: Arm/QC - Amended Schedule
**Date:** Tuesday, September 8, 2026 4:52:39 PM

Adam,

We disagree with the mischaracterizations throughout your email. Qualcomm cannot use the information contained in the spreadsheet and has plainly violated the Court's orders in doing so. That includes the Court's decision on Apple's protective order motion, which the Court granted and prevented Qualcomm from receiving the exact information Qualcomm seeks to use.

It is unclear what you envision the parties could stipulate to on this dispute, given the Court's directive, but if you think you have a path forward—which cannot allow for Qualcomm's use of information that was clawed back—then please send it for our consideration.

Otherwise, unless Qualcomm and its experts agree not to use the clawed-back information, then we will raise this issue with the Court.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

**From:** Basner, Adam L <abasner@paulweiss.com>
**Sent:** Wednesday, September 2, 2026 11:33 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com; tmurray@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Peter,

We disagree with your assertion that we have improperly used ARMQC_02732276, which Arm clawed back

as privileged.

Dr. Kennedy's testimony was proper. Contrary to your suggestion that Dr. Kennedy "inject[ed]" information about the spreadsheet into the deposition, it was you who first raised the issue by asking Dr. Kennedy "what changed between the report [Dr. Kennedy] put in [his] First Supplemental Report and this Amended Report." 2026.08.28 Kennedy Tr. at 11:7-12:16. You then went on to ask several questions that Dr. Kennedy could not truthfully respond to without reference to the spreadsheet. *Id.* at 44:5-7 ("Q. You don't have any information about a royalty percentage or CPU that Apple pays, right?"); *Id.* at 45:3-6 ("Q. [Y]ou haven't seen any documents actually telling you what a specific royalty per integer CPU Apple pays?"); *Id.* at 61:18-62:4 ("Q. Okay. And you don't know what that lower than [redacted] amount is, right?"). That the spreadsheet has been clawed back does not mean that Dr. Kennedy should be expected to misrepresent the facts in response to such questions. Qualcomm also notes that in response to your questions about what he intended to testify about at trial, Dr. Kennedy simply explained that he was not aware of what information about Apple's rate the Court was going to allow. *Id.* at 23:2-27:3, 72:3-19, 72:21-74:10.

The questions posed to Mr. Britven were likewise proper. Mr. Britven's Second Supplemental report opines that it is "inappropriate" for Dr. Kennedy to rely on "unverified rumors" about Apple's royalty rate and that The Information Article is "not a reliable or credible source of information, especially without independent verification." 2026.08.12 Britven Rep. ¶ 10, 14-15; *see also id.* ¶ 8, 12-22. The questions asked at Mr. Britven's deposition explore whether he has a basis for characterizing The Information Article as relaying "unverified rumors" and whether he is aware of any information that rebut his criticisms. Moreover, none of the questions discussed or revealed any information in the spreadsheet.

More broadly, Mr. Britven's report and your questioning of Dr. Kennedy suggest that Arm intends to deny the accuracy of the rate in The Information article while simultaneously denying Qualcomm the documents needed to prove its accuracy. The Court raised precisely this issue at the July 6, 2026 hearing. In response to Qualcomm's concern that relying on a public report of Apple's royalty rate "is very different" from using the spreadsheet because "we can't prove the truth of these articles," the Court stated that "the question is if Arm knows the truth, even if we're not going to say exactly what it is, they suggest that those articles are far off." 2026.07.06 Hr'g Tr. at 52:23-53:7. Questioning Arm's counsel, the Court then explained that "if I am not going to make them see Apple's rates . . . it seems to me it matters if you're going to be like, you have no idea if that's correct." *Id.* at 57:8-18. And the Court specifically asked whether, in response to Dr. Kennedy's reliance on The Information Article, Arm was "going to make a point of saying you have no idea if [the article] is correct." *Id.* at 57:22-58:22. After Mr. Wilcox declined to assure the Court that Arm would not do so at trial, the Court stated that Arm is "going to have to start thinking about how you can deal with that depending on how I come out on the spreadsheet" because Qualcomm "need[s] to be able to fairly test the bounds" of Arm's arguments. *Id.* at 57:22-60:2. Qualcomm invites Arm to heed the Court's instruction and is amenable to discussing a stipulation on this issue.

Qualcomm reserves all rights.

Regards,

**Adam L Basner** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7367 (Direct Phone) | +1 202 478 0493 (Direct Fax)
abasner@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>

**Sent:** Monday, August 31, 2026 2:50 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Counsel,

We write regarding Qualcomm's continued improper use of privileged information clawed back by Arm and that the Court has determined Qualcomm, including its experts, is not permitted to rely on or possess.

As you know, the Protective Order (D.I. 84) provides that once a party claws back a document or information, the other party "shall not, from that point onward, copy, distribute, or otherwise use in any manner" that document or information "unless the parties agree or the Court orders." After Arm clawed back ARMQC_02732276, Qualcomm unsuccessfully moved to compel its production. D.I. 795, 805, 842. In particular, the Court ordered that "[t]he document Plaintiffs seek is attorney work product and subject to attorney-client privilege" and "disposition of the Motion to Compel prohibits Plaintiffs from possessing the document at issue." D.I. 842.

Given the Protective Order and Court's clear directive, we are troubled by the testimony Dr. Kennedy sought to inject and that Qualcomm attempted to elicit from Dr. Britven during their depositions this past Thursday and Friday. Throughout his deposition, Dr. Kennedy repeatedly attempted to bolster his testimony about Apple's purported royalty rates by referring to and relying on his prior access to ARMQC_02732276 and its contents. When asked "are you or are you not going to tell the jury that because Apple has a [redacted], Arm misrepresented any information to Qualcomm during negotiations over a V10 license," Dr. Kennedy testified: "Well, that is a challenging answer, because I know what the rate is. And I know that from the document that has now been clawed back that that rate is …" Kennedy Tr. (Rough) at 24; *see also id.* at 25, 28, 44-47, 62-64, 71. It was also striking that he attempted to inject, in detail, the specific contents of a document he purportedly deleted over a month ago. And during Mr. Britven's deposition, Qualcomm asked questions plainly intended to suggest that Dr. Kennedy's opinions about Apple's purported rates were correct because he previously had access to ARMQC_02732276. Britven Dep. at 32-34. That is improper, and Qualcomm's refusal to commit not to "come to trial and question our witnesses about a document that you were told … you can't use" is even more troubling. *Id.* at 70. Contrary to Mr. Basner's comments, there were no "statements at the hearing" that permit Qualcomm to elicit or inject this kind of testimony.

As noted on the record throughout both depositions, Arm objects to Qualcomm's questions, this conduct, and has moved to strike Dr. Kennedy's testimony. Please confirm that Qualcomm will refrain from all further use of the contents of ARMQC_02732276, which the Court has forbidden Qualcomm and its experts from possessing or using. Arm reserves all rights.

Best,

Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Wednesday, August 12, 2026 2:48 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Mr. Britven is also available on August 28th. Please confirm.

Please also let us know availability for Qualcomm's witness, and identify who Qualcomm's 30(b)(6) witness will be.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Tuesday, August 11, 2026 7:12 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

We are confirming availability for a deposition date for Dr. Kennedy and Qualcomm's Rule 30(b)(6) witness. As you know, August 21 is the deadline for Qualcomm to serve the initial draft of the Pre-Trial Order and its corresponding sections, so that date will not work for a deposition of Mr. Britven. Please let us know what other dates Mr. Britven is available.

Regards,

**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Tuesday, August 11, 2026 12:07 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

We are following up about depositions. Please provide availability for Dr. Kennedy and also Qualcomm's 30(b)(6) witness pursuant to Arm's August 7 notice.

Mr. Britven is available on August 21 in New York at 10 AM. Please confirm.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter
**Sent:** Friday, August 7, 2026 6:02 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>

**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Please let us know when Dr. Kennedy is available for a deposition. You had previously indicated the 14th in NYC worked – please confirm.

Best,
Peter

**Peter Evangelatos**

-----------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

-----------------------------------------------

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Wednesday, July 29, 2026 4:03 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

As to the supplemental TLA-related briefing, attached are redlines to the draft. We believe this should be styled as a joint request from the parties.

Best,
Peter

**Peter Evangelatos**

-----------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

-----------------------------------------------

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Tuesday, July 28, 2026 5:06 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm

<ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Thanks for the updated draft. The August 28 deadline for additional expert depositions is fine instead of setting the dates now. We can work out the deposition logistics separately. Please cut the "In New York" from the entry for Mr. Britven to be consistent. We have no other edits.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Tuesday, July 28, 2026 4:49 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

Attached are some additional redlines from Qualcomm. It does not make sense to schedule Dr. Kennedy and Mr. Britven's depositions on August 14, two days after Arm serves its expert report, especially if Mr. Britven requires two weeks to draft his supplement.

Please let us know if Arm has additional edits. If not, we can handle the filing.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Tuesday, July 28, 2026 2:03 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Attached are additional redlines to the scheduling order. We do not agree to the shortened timeframe for Mr. Britven's response. Let us know any further edits or if Qualcomm can handle filing.

We will follow up separately regarding the TLA briefing.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Monday, July 27, 2026 9:04 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

Attached please find some additional redlines from Qualcomm. I am also attaching a draft stipulation that separately addresses the supplemental summary judgment briefing.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Monday, July 27, 2026 2:52 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Attached are additional redlines. Mr. Britven needs more time to respond to Dr. Kennedy's amendment than 1 week. We're also checking on Mr. Britven's deposition availability. Further, we don't believe the TLA-related briefing should be part of this submission, given the Court is expecting this to be focused on v10-related discovery.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Monday, July 27, 2026 11:17 AM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

Qualcomm's edits are in the attached in redline. Please let us know if Arm has any additional edits.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Friday, July 24, 2026 8:44 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Attached is a draft amended scheduling order with proposed dates for additional expert discovery. Let us know if Qualcomm has any edits.

Best,
Peter

**Peter Evangelatos**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

---

peter.evangelatos@kirkland.com

---

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Wednesday, July 22, 2026 4:30 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

Qualcomm has no further edits and will handle the filing.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Wednesday, July 22, 2026 3:42 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

We accepted your proposed dates and had a few more redlines to our footnote. Let us know if Qualcomm has anything further, and also confirm that Qualcomm plans to handle this filing.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Wednesday, July 22, 2026 12:22 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

We are still waiting on client sign-off, but in the interest of time I am sending over the attached that accepts most of Arm's changes and includes our proposed redlines.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Wednesday, July 22, 2026 12:12 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

When can we expect a response from Qualcomm on the amended schedule draft?

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Tuesday, July 21, 2026 4:56 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

Attached are further redlines from Arm on top of the draft you sent. We proposed some edits on the interrogatories, dates, and document production to hopefully reach a compromise. Let us know if another call to discuss would be helpful.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Monday, July 20, 2026 10:17 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Peter,

We are available between 10:15AM-12PM ET tomorrow. Please send an invite in that window.

Regards,

**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Monday, July 20, 2026 9:09 PM
**To:** Braly, Jacob <jbraly@paulweiss.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Jake,

We suggest a meet and confer tomorrow to discuss Qualcomm's redlines. Please let us know some times Qualcomm is available earlier in the day and we'll send an invite.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

**From:** Braly, Jacob <jbraly@paulweiss.com>
**Sent:** Monday, July 20, 2026 8:12 PM
**To:** Evangelatos, Peter <peter.evangelatos@kirkland.com>; GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: Arm/QC - Amended Schedule

Counsel,

Attached please find Qualcomm's edits to the proposed schedule for additional discovery on Qualcomm's v10 express breach claim. Please let us know if Arm has any additional edits or is signed off.

Regards,
**Jake Braly** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3726 (Direct Phone) | +1 212 492 0726 (Direct Fax)
jbraly@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Monday, July 20, 2026 10:34 AM
**To:** GRP-QCvARM <GRP-QCvARM@paulweiss.com>; qualcommvarm@dirllp.com; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** Arm/QC - Amended Schedule

Counsel,

Per D.I. 842, attached is a proposed schedule for additional limited discovery on Qualcomm's v10 express breach claim. Let us know whether Qualcomm has any edits or agrees to Arm's proposal.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return

email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL –<br>FILED UNDER SEAL** |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE #1**


OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300


September 22, 2026

Arm denies using privilege as a sword and shield but continues to make arguments Qualcomm cannot fairly test or cross examine without the documents Arm withheld as privileged or otherwise objected to producing (third-party v10 ALAs). Those arguments include (1) characterizing Google and Microsoft's licenses as having "market rates," (2) asserting that Qualcomm is seeking "below market" rates, and (3) disputing that Arm's offers will hinder Qualcomm's ability to compete with its competitors. Each argument necessarily depends on the rates of Arm's other v10 licensees and should thus be excluded.

One example of Arm's misuse of privilege relates to Apple. After Arm clawed back a document showing Apple's v10 royalty rate, Qualcomm's expert reissued his report using Apple's publicly reported rate, as permitted by the Court and urged by Apple's counsel. Ex. 1F at 46:20-23; Ex. 1G at 5:11-6:2, 13:6-21.[1] Arm then served a rebuttal expert report criticizing Dr. Kennedy's use of the public rate as unreliable without providing its expert with the actual rate. Ex. 1I at ¶¶ 8, 10, 12-22, 33, 36; Ex. 1J at 16:25-17:18. As the Court previously indicated, Arm should not be permitted to dispute the reliability of the public reporting of Apple's rate at trial. Ex. 1F at 52:23-53:12, 57:1-60:24.

As for Mr. Youssef, Arm claims that its October 2024 proposal offered a "zero percent" rate for Yamin, but the proposal does so only if Yamin is used *with Hunter and Hayes*. Ex. 1K at 4; Trial Tr. at 78:23-79:8. Arm withheld all documents related to Mr. Youssef's new testimony, on topics for which privilege was previously invoked (Ex. 1L at 13:24-16:12, 76:2-78:16; D.I. 675 at A0652-53), that (1) Arm reviewed royalty reports to determine that Qualcomm historically used Yamin with Hunter and/or Hayes, or (2) Arm employees informed him that was the case.

---

1 Arm's suggestion that Qualcomm has "refused to destroy" or continues to rely on the clawed-back document is unfounded. Ex. 1H; Opp. Ex. 1.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

September 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused copies of the foregoing document to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire — *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

Gregg F. LoCascio, P.C. — *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

Jay Emerick, Esquire — *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire — *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

Meghan Kelly, P.C. — *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 1F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and )
QUALCOMM TECHNOLOGIES, INC.,)
)
Plaintiffs, )
) C.A. No. 24-490(MN)
v. )
)
ARM HOLDINGS PLC, )
)
Defendant. )

Monday, July 6, 2026
2:00 p.m.
Discovery Dispute Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: ERIN J. MORGAN, ESQ.
BY: JENIFER N. HARTLEY, ESQ.

-and-



APPEARANCES (Cont'd):

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.
BY: JACOB A. BRALY, ESQ.
BY: ADAM L. BASNER, ESQ.
BY: WILLIAM T. MARKS, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: ROBERT VRANA, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: MEGAN BUTLER, ESQ.
BY: CHRISTOPHER BUXTON, ESQ.

Counsel for the Defendant

_ _ _ _ _ _ _ _ _ _ _ _ _

COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good afternoon, everyone. Please be seated. Some brief introductions.



Ms. Ying.

MS. YING: Good afternoon, Your Honor. Jennifer Ying from Morris Nichols Arsht & Tunnell on behalf of the Plaintiffs. I'm joined here at counsel table with Karen Dunn, Erin Morgan, Catherine Nyarady, Adam Brasner, Jacob Braly, and William Marks. And we have our client representative, Chris Longman, here with us today.

THE COURT: All right. Welcome to all of you.

Ms. Gaza.

MS. GAZA: Good afternoon, Your Honor. Anne Gaza of Young, Conaway on behalf of Arm. I am joined today at counsel table by Greg LoCascio, Jason Wilcox, Megan Butler, and Christopher Buxton of Kirkland & Ellis, as well as Robert Calico, vice-president and deputy general counsel for Arm. And my colleague, Rob Vrana also of Young Conaway.

THE COURT: Okay. Welcome to all of you as well.

Okay. So we read the papers. I'm just trying to pull them up here. We read the papers. We have two motions plus the third-party motion. And we read them. So on the clawback documents, Defendants in their response submitted a declaration explaining that they had inhouse counsel who did it in connection with settlement efforts in the prior case. What are Plaintiffs' thought on that?

MS. NYARADY: Thank you, Your Honor. Catherine



Nyarady for Qualcomm.

Indeed they did submit declarations. The declarations should not control and, in fact, obviously we weren't able to cite this law because we didn't have the declarations, but I will commend the Court to two decisions in this district, the *FTC v. AbbVie* case, which is a 2015 Westlaw case, and the number is 8623076. There is another one --

THE COURT: Did you say 2016?

MS. NYARADY: 2015.

I will repeat the number, 8623076.

THE COURT: Okay.

MS. NYARADY: And the second one is *In re: Niaspan Litigation*, that's a 2017 Westlaw case. And the number is 3668907.

These cases are just representative of instances where we have a similar fact pattern, there is a motion, declarations are put in, and the Court ultimately discredited the declarations because looking at the record and the document, the Court found that the declarations were not supported.

THE COURT: Help me out with that, because when I look at the declarations and it says I asked this guy to do this in connection with settlement discussions, and the document is called Settlement Discussions, what is it that

And I have nothing further unless the Court has questions.

THE COURT: Is this the entirety of the spreadsheet that you gave me?

MS. NYARADY: The PowerPoint?

THE COURT: I'm sorry, the PowerPoint.

MS. NYARADY: Yes, there is a cover e-mail and then there is I want to say six slides.

THE COURT: Because there is nothing on the two not comparables that I see, is there?

MS. NYARADY: No, it's all about --

THE COURT: It's two comparables.

MS. NYARADY: The two comparable rates, but my point is the entire analysis is about rates leading up to, you know, this one is comparable and the others are not, and so the comparable/not comparable is bound up in rates.

THE COURT: Okay. So then let's talk about the confidentiality, the third-party confidentiality issue. Is Apple's counsel here? Okay. You can come up here.

MS. CANNON: Good afternoon, Your Honor. Hannah Cannon.

THE COURT: Welcome back.

MS. CANNON: Thank you. We are back.

THE COURT: I'm sorry you have to keep coming in.



MS. CANNON: Thank you very much. We appreciate that.

There are three things that I want to bring to the Court's attention based on Qualcomm's opposition to our motion here. The first of which is that the Special Master's order is clearly broad enough to cover the trade secrets contained in the ALAs in addition to the documents themselves. She says that it's Apple's TLA, ALAs, any annexes and any documents or communications that are the subject of her Protective Order. So clearly any trade secrets that are contained within those documents are subject to the Protective Order that she issued and that this Court overruled the objections to back in March.

Second, Apple never consented to the production of any information regarding the 2023 ALA, and that is including in this litigation and in prior litigations. Qualcomm points to a document that is Exhibit 3 in their opposition. That is a 2021 document that predates the 2023 ALA and the rates that were negotiated therein.

Qualcomm also refers to public reports about what Apple's rate is. To the extent that they want to rely on public reports, they can do so without relaying on Apple's trade secrets here.

THE COURT: What would those be?

MS. CANNON: I think that they were exhibits to



their press reports, they're not verified by anything, but they are certainly public documents that they can refer to that they don't need to refer to Apple ALA or the documents contained therein.

The third point is that Qualcomm said that Apple was willing to find a way to give Qualcomm its information over the course of our negotiations over the past three years that we've been here. Qualcomm is correct that we tried to negotiate in good faith with them before motion practice and before bringing this issue to the Court, but Qualcomm should be bound by their refusal to compromise with us. We never offered rate information. We -- you know, we're trying to find some negotiated solution. They refused at every step of the way to negotiate with us and they should be bound by that. This document, my understanding is that it was produced before this -- before the March hearing and before this first came to the Court's attention --

THE COURT: It was produced in May, so it was produced after.

MS. CANNON: The spreadsheet was. The spreadsheet, so we're talking about the spreadsheet that is privileged.

THE COURT: They didn't notice the spreadsheet until the expert reports.

MS. CANNON: Exactly, and that's when Apple



became aware of it. We would have never consented to production of the document. We did consent to production of certain documents over the course of litigation, but none of those had 2023's rate information in them.

THE COURT: Yes.

MS. CANNON: So I would just say that Qualcomm unilaterally chose to use this document, they -- or chose to use the Apple rate information, rather. They should not be allowed to take the trade secret just because it's contained in another document and say that it is not subject to the Protective Order that the Special Master granted and that you granted as well.

This is the fifth time that Apple has bring briefed this information before this Court as a nonparty.

THE COURT: I recognize you as a Delaware attorney and you're not even part of the case.

MS. CANNON: Exactly. So we would ask the Court to stick to the prior orders and say that that Apple rate information itself is subject to the Protective Order in this case and is not part of it. And quite frankly, this isn't the most favored nations clause, right, that they don't need every single rate that exist.

THE COURT: Or the exact rates.

MS. CANNON: Or the exact rates, so there are ways to get this information about, you know, certain

benchmarks without using Apple's rate. So we would ask that the Court would confirm that the Apple ALA and the information contained therein is not subject to the dispute and is protected.

THE COURT: All right. Thank you.

Ms. Nyarady, let me ask you, I know this is going to come up maybe not with Apple so much a million times more before trial, but what she said did just make some sense to me which is if Arm is saying these agreements are comparable and these are not, it has nothing to do with rates, we don't need to get into rates, is that their argument that they're comparable or not for different reasons?

MS. NYARADY: I think rates is tied into it. I don't think those are separate issues. I think that --

THE COURT: I guess my question is, if the parties, the actual parties of this litigation had an agreement that the non-comparables had rates that were lower, like why do you need the exact rates?

MS. NYARADY: Well, the rates themselves, I mean, the rates themselves have -- our damages expert has done an analysis of the delta and any reasonableness or good faith that can be attributed to the negotiations based on, you know, what other parties are paying for their v10 license. So in part from the spreadsheet, the rates that



were -- to be clear, too, when you see the document, there is one number for Apple. There is not a lot of discussion. You know, when Apple came to Court, they put in a declaration about this trade secret. I heard the word trade secret several times just now. In the declaration from the Apple person, which is exhibit -- we put it in as Exhibit 2 to our letter there is three paragraphs where he talks about what he thinks the trade secrets are. None of them have -- are rates. It's other things that are in the ALA. That's because the motion, the Protective Order motion that Apple brought was to stop the production of the ALA and the ALA has lots of other information in it. Right? It's got information as we understand it based on this declaration of maybe how things are going to be used, maybe product development, product lines. There is more information that is arguably competitively sensitive and that's what the declaration that Apple put in in support of their original motion for a Protective Order said. And Your Honor ruled on that. That motion was not about rates, and the trade secrets that Apple has thrown their arms up about that were so sensitive were not rates.

In addition the motion had nothing do with documents that were already produced or Arm business documents. And part of why we put in just an exemplary exhibit from the last case, trial exhibit was to show that



over the last four years, and Apple knew this, over the last four years, Arm has produced its business documents and its business analysis documents. And some of those documents not surprisingly talk about third-party licensees and sometimes make passing references to terms in the other agreements. Those documents with all these third parties moving for Protective Order have never been at issue. The documents that have been at issue are the communications --

THE COURT: Well, are there documents that have not been at issue that your expert can rely on if that spreadsheet, that one number in the spreadsheet were not available to him?

MS. NYARADY: That is the only place that number appears.

THE COURT: So then let's not tag Apple for not complaining about other documents if the information that they're now trying to protect was not in that.

MS. NYARADY: Well, to be clear, Your Honor, though, that specific number in that contract was not in there, but rates for the prior ALA that was --

THE COURT: Yes, but she said that's the 2021 ALA.

MS. NYARADY: Right.

THE COURT: She's saying okay, she's not complaining about the 2021, she's complaining about the 2023



one. And now you want not only the 2021 and the 2023, and she's saying the 2023 is actually sensitive to Apple.

MS. NYARADY: I understand that, Your Honor. My point is in the prior case the other agreement was the relevant one. Now this is -- but again, I go back to, you know, if you look at the Apple declaration, it was the other things in the ALA that they were pointing to as being this competitively sensitive information that rises to the level of a trade secret that would prohibit the production.

THE COURT: What's publicly available that she mentioned?

MS. NYARADY: There are -- and I believe this was attached to the letters, if I can find it. It's Exhibit 4 to our letter. There are articles like this that talk about that it's a low royalty rate no matter how many cores it uses. That was one example. And we put that in as Exhibit 4.

Again, you know, we put this in on the point that this is not trade secret information in the sense that some of this information is already out there. Here we have another article, people are speculating as to what the royalty is.

When we asked some people at deposition about the rates, what we encountered was people saying they weren't sure, they didn't know the exact number. So, Your

Honor, I do worry that using these articles versus using a document from Arm, you know, is very different in terms of the evidence in the case. Because we can't prove the truth of these articles at the same time --

THE COURT: Well, I guess the question is if Arm knows the truth, even if we're not going to say exactly what it is, they suggest that those articles are far off.

MS. NYARADY: And I don't know what they're going to say or if they're going to claim ignorance completely about it. And given that the documents weren't produced, I don't know how we're supposed to cross-examine somebody or really kind of nail somebody down on that. But again, the document in question is an Arm business document. It's calculations that Arm did. It happens to have one number for Apple. And if the concern is a broader disclosure in the courtroom, I am sure we can use a way to have testimony be, you know, a factor of or, you know, some way that we can make the public record, you know, not waving around third-party licensees rates.

But I don't think that Arm cannot produce their business records and their calculations that were part of these business negotiations when they're benchmarking it off these other parties just because that information is sensitive and third party, we can protect the information. We did it with the other ALAs, we got other ALAs produced



because we signed a stipulation saying we promise, promise, promise, we're not going to tell people what's in here, we're not going to use them in certain ways. We're happy to do that with respect to the spreadsheet as well.

And to be clear, there has been no allegation of misconduct. These cases have been going on for four years. We have variations of the ALAs, TLAs, we've had lots of competitively sensitive information for quite a while. There is almost an inference that counsel is going to do something inappropriate with this and it's just not justified.

THE COURT: Okay. Thank you.

Counsel, you can have the last word here.

MS. CANNON: Thank you, Your Honor. I will begin by saying that the negotiations that Apple's rates are not a trade secret I think is absurd.

THE COURT: Well, I guess where it gets a little leery to me is there is stuff in public. Now I get it that Apple is not confirming or denying that, but there is stuff out there.

MS. CANNON: There is stuff out there, but the actual rates that are paid are a protected trade secret. That is confirm by the Kirby declaration, both the one that he filed in 2023 at paragraph 5 and paragraph 11 and then again in the 2025 declaration in paragraphs 4, 5 and 6.



The notion that what Apple would pay is something that would be publicly available or would be discussed in court is not something that Apple would ever have agreed to. Apple had no insight into what business documents Qualcomm or Arm were producing in this matter, over a million pages worth of documents were produced. Apple was not consulted on this one nor would it have consented to it.

At the hearing in March, rates were discussed extensively. And the reason that Qualcomm purported to want the ALAs in the first instance is because of rates. And I think that kind of more generally, I appreciate that Ms. Nyarady said that there has been no bad actions, but here there was a Protective Order that protected certain trade secrets. Those trade secrets included the terms of the ALA. Qualcomm gets its hands on a document that has the terms of the ALA on it and instead of questioning this Court whether it has consent to use it, whether it is within the lines of what this Court's Protective Order is, it puts it in an expert report and serves that expert report. It hasn't sequestered the expert report such that the expert is no longer out there and operative.

And it would encourage bad behavior if Qualcomm is allowed continue to use the term, the rate information, because it knew that the rates were among the most sensitive



information that Apple was trying to protect. Mr. Kirby's declaration said that both in 2023 and 2025.

And clearly we have been here enough times arguing about the sensitivity of the 2023 ALA such that the trade secret information that was contained therein was clearly through the letter of the Special Master's order something that should be protected.

THE COURT: All right. Thank you.

MS. CANNON: Thank you.

THE COURT: Let me ask Arm, are the rates of the agreements that Arm asserts are comparable at issue?

MR. WILCOX: I just want to make sure I understand your question, Your Honor. When you say are they at issue?

THE COURT: Are they going to come up?

MR. WILCOX: Meaning are the company A and company B rates going to come up? They're going to come up in that Qualcomm is going to say that the rates that you proposed are too high, they're unreasonable, and they show you didn't engage in good faith negotiations. And what we're going to say is no, we did. Look, you have the company A rates, the company B rates, we blended them. Given that someone else agreed to these rates, that seems like it's commercially reasonable. That's what we're going to say.

THE COURT: And if they were to say something like Apple pays less, even the publicly available documents say $0.30 or whatever it was, is Arm going to disagree with that?

MR. WILCOX: Are we going to disagree that they pay less? No. Are we going to agree that they pay that exact number? No.

THE COURT: I didn't say are you going to agree, I said are you going to disagree. I mean, if I am not going to make them see Apple's rates, but I take their point that rates are relevant, or could be relevant, it seems to me it matters if you're going to be like, you have no idea if that's correct. And they're going to be like no, we don't because you wouldn't give it to us, or because Apple wouldn't let us have it, but we know they're a lot lower. How is that going to play out? I just want to know, are you going to be like uh-uh, we don't -- we have no idea if that's even close to right. Like, that seems wrong to me.

MR. WILCOX: I agree, Your Honor, and we're not going to play dumb and we're not going to disagree that Apple pays lower rates.

THE COURT: And so if they put this is what's out there, publicly out there, are you going to make a point of saying you have no idea if that's correct? Like if their expert, let's say in their report instead of using what was



in the spreadsheet he used something like that, is part of the cross going to be you have no idea if that's even correct, do you -- is that how it works? I'm trying -- I don't mean to put you on the spot, you might not know, but it seems like some of this -- I'm trying to figure out if there is a middle ground here between protecting a third-party's sensitive information, which I do think that the rate is a sensitive piece of information to a third party who really wants nothing to do with this litigation but keeps paying lawyers to get involved in it. But I take the Plaintiffs' point that you guys are just going to come in and say look, it was reasonable because you guys did this and you're going to be like we're much more comparable to company C or company D and they paid much less but we have no idea how much they paid because nobody will tell us. That seems wrong that that's the way they're stuck. If you're going to come in and say well, we have public information, but if we try to use the public information, the folks who actually know what that information is are going to come in and be like jury, don't believe that because who knows, that's just like what they said in the newspaper, they say all kinds of stuff in the newspaper.

MR. WILCOX: And I'm trying to be helpful. The one thing that is giving me pause about just saying no, we're not going to do that is there are for certain



circumstances where both the number in the spreadsheet and the number in the media reports is wrong and misleading. And so we can't leave that part of the picture completely out if we are going to have that fight which is what is making me think about how can we solve that problem.

THE COURT: You guys are going to have to start thinking about how you can deal with that depending on how I come out on the spreadsheet. But I'm getting uncomfortable with saying Arm can just get in there and say this is what we did. It very well may be that all you have to do is get in there and say yeah, it wasn't -- we viewed you as an important player, it's reasonable because we used these rates, yeah, other people had lower rates, other people had different terms, other people gave us better benefits, so what, it doesn't mean that what we did for them was reasonable. We could have asked them for higher rates and it still would have been commercially reasonable and a good faith effort. I get all that. I'm just saying that it seems that if they had -- if that's the argument, they need to be able to fairly test the bounds of it with information without -- and if they can't have the information, I'm not sure where the fact that you have it but are not letting them have it for reasons other than relevance plays in, so there is going to have to be some kind of discussion of that that you guys are going to have to try to deal with it



because otherwise I might make a ruling and say you're not allowed to say it's unreasonable even if you believe it is.

MR. WILCOX: So we're not allowed to say what is unreasonable?

THE COURT: I don't know, you just said there is one thing that I'm saying that's misleading and I'm saying if you guys don't come to some kind of agreement, maybe I'll just preclude you from saying that because you haven't produced information to show something different. But I don't know. I don't know the facts good enough, but you guys can never seem to do anything very quickly, so you better start thinking about that in advance of trial. If I agree that those numbers can't come in or they can't have them from the spreadsheet, you're going to have to start thinking about how these arguments are actually going to play out.

MR. WILCOX: We will, Your Honor. We'll start thinking about that --

THE COURT: And be reasonable about it, because it's you and your clients who are essentially keeping -- you want to make an argument but also keep other information from their hands and if that's the situation, the compromise may come down harder on you if I have to make a compromise versus you.

MR. WILCOX: Understood, Your Honor.

# Exhibit 1G

15:44:36 IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and )
QUALCOMM TECHNOLOGIES, INC.,)
)
Plaintiffs, )
) C.A. No. 24-490(MN)
v. )
)
ARM HOLDINGS PLC, )
)
Defendant. )

Thursday, July 23, 2026
4:00 p.m.
Teleconference

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.

-and-



APPEARANCES (Cont'd):

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: ROBERT VRANA, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: JAY EMERICK, ESQ.
BY: PETER EVANGELATOS, ESQ.

Counsel for the Defendant

_ _ _ _ _ _ _ _ _ _ _ _ _

THE COURT: Good afternoon, counsel. Who is on
for the Plaintiff?
16:00:23 MS. YING: Good afternoon, Your Honor. This is
16:00:25 Jennifer Ying from Morris Nichols Arsht & Tunnell on behalf
16:00:28 of the Plaintiffs. And with me on the line today from Paul



16:00:32 Weiss is Catherine Nyarady, and we also have Karen Dunn from
16:00:37 Dunn Isaacson & Rhee.
16:00:38 THE COURT: All right. Good afternoon to all of
16:00:40 you.
16:00:42 MS. GAZA: Good afternoon, Your Honor. It's
16:00:44 Anne Gaza from Young, Conaway. I'm joined today by Gregg
16:00:50 LoCascio, Jay Emerick, Jason Wilcox, and Peter Evangelatos
16:00:55 from Kirkland & Ellis.
16:00:56 THE COURT: Good afternoon to all of you as
16:00:59 well.
16:00:59 I didn't mean to make this such a big deal, but
16:01:02 I do appreciate you all getting on the phone. So I was
16:01:05 looking at the proposed amended scheduling order,
16:01:10 particularly the footnotes. And my initial instinct was if
16:01:19 all the Plaintiff is going to do is substitute one rate for
16:01:25 the other, it seems pretty minimal. But I read all this
16:01:34 stuff from the Defendant about how they would need, you
16:01:37 know, more expert reports and more depositions, and I have
16:01:43 seen probably in the past by the Plaintiff here when I give
16:01:48 leave to do something and when given an inch you take
16:01:53 twenty-five miles.
16:01:53 So my question for the Plaintiff is, is all you
16:01:59 are going to do is change a rate and change any calculations
16:02:04 that need to be based on that, or is there more?
16:02:13 MS. NYARADY: Your Honor, this is Catherine



16:02:14 Nyarady for the Plaintiffs. We are planning to change the
16:02:18 rate and to reissue some of the calculations. The report
16:02:27 has been significantly redacted to remove the whole write-up
16:02:34 of everything that involves the old rate that was in the
16:02:37 document that was clawed back. And so that will be redone,
16:02:42 if you will, using the new rate.
16:02:45 THE COURT: I don't know what redone means.
16:02:47 That is making me a little bit leery here that there is
16:02:53 going to be -- this is what I don't want and this is what
16:02:57 will say I'm not doing it if I don't understand what you're
16:03:00 saying is I don't want to have an argument that you did
16:03:03 something more than change the royalty rate, so that's why
16:03:11 I'm asking.
16:03:12 I don't know what you're talking about when you
16:03:15 say you have to do something else, it seems like if all you
16:03:18 have to do is remove things saying this is what we saw in
16:03:23 this document and instead of, you know, rate X, put in rate
16:03:29 Y, and the only change to any calculation would be everybody
16:03:34 would know what that change is because it's so obvious, you
16:03:38 just put in a different number, I think it's okay. But I
16:03:43 don't hear you saying yes, that's all we're going to do.
16:03:47 MS. NYARADY: So, Your Honor, I apologize. And
16:03:50 I do think that -- the answer is yes, that's all we're going
16:03:53 to do. But I want to make sure that I'm properly explaining
16:03:58 it, the state of play, because I just want to make sure

later we're not criticized for doing more. But there are a few paragraphs that there were obviously some words there as well pointing to the document that was clawed back, what the rate was and then a calculation was done. We plan -- that is all redacted now, and it's destroyed. We don't have access to it. We plan to literally take the rate that's in the article and just put exactly the same calculation in using the article rate.

THE COURT: I don't know when you say it's redacted, it's redacted by whom?

MS. NYARADY: So ARM has done the redaction to take out all of -- the entire section that has to do with the Apple -- I'm sorry, with the document that was clawed back. And so all we're going to do is redo the calculations that are under those redactions. So the answer to your question is yes, we are going to redo the calculations.

THE COURT: And you're not going to change any other words other than we're referring to a public document instead of saying we're referring to a spreadsheet or we're changing, you know, $0.10 to $0.11, or I'm just making up numbers in case anybody cares, I'm just making stuff up, but that's all you're doing?

MS. NYARADY: Yes. And again, there will be a sentence that just says this number came from a public article because, you know, as a lead in, we're going to do



the same calculation that was done with a different number, yes.

THE COURT: Okay. So for ARM, if that is all they're going to do, and I will say this, that ARM ultimately prevailed on the spreadsheet, but it was not a frivolous argument for Qualcomm to make on the privilege and whether -- to question the privilege. Why shouldn't I just let them do this? If it's just what we're saying, I don't understand, another expert report, it's more depositions, we have to come up with eighteen pages of response of our own. So what am I missing?

MR. EMERICK: Your Honor, Jay Emerick from Kirkland & Ellis on behalf of ARM.

So the issue here is because of the clawback, there hasn't been discovery yet on these calculations, whether it's a Britven response or depositions of -- and when I say Britven I'm referring to Arm's expert, Dr. Britven, responding or a deposition of Qualcomm's expert, Dr. Kennedy, on this. And that's due to the fact that during the expert discovery period the clawback was in place.

So there hasn't been expert discovery on this issue and so it's not one where simply doing one update and there is no need for anybody to respond to it or no need for depositions. There absolutely is if they're permitted to do



this update, which we don't think they should be in the first place.

THE COURT: Have those experts already been deposed on every other portion of their reports?

MR. EMERICK: Other than the redacted reports, yes.

THE COURT: When you say something like that, I have no idea if you're limiting your answer in a way that I don't understand.

MR. EMERICK: I apologize, Your Honor.

THE COURT: Other than the portions of the report dealing with the spreadsheet, have they been deposed on everything else in their reports, other than what was the subject of your motion?

MR. EMERICK: Yes.

THE COURT: Okay. So we're not talking about like sixteen more hours of depositions, right?

MR. EMERICK: Correct. It would be -- it would be a short deposition of each side's expert.

THE COURT: Okay. And so why just to have a complete record doesn't that make sense?

MR. EMERICK: Well, we don't think expert discovery is appropriate in the first place here because this is a document that's been out there since 2023 that they produced in 2025 that they could have included in any



of their prior reports, the time on this issue on the back end. There is also a trial in less than three months, so we don't think it's appropriate to be engaging in yet a third round of expert discovery just a few weeks before trial for an issue that's of low importance in the scope of things where we don't have an MSN. It's a good faith and fair dealing claim. And they want to rely on an expert talking about an article on the internet that counsel can talk about.

THE COURT: Ms. Nyarady, do you want to respond to that, the sort of you have known about this forever and if you wanted to bootstrap it into the report previously you could have, knowing that there was an issue, or could be an issue on that other document and also the argument that well, this is a good faith and fair dealing, not an MSN case.

MS. NYARADY: So a few things, Your Honor. It was listed, these articles were listed in the report by the expert. But what he did was refer to the clawback document. And in his view, the clawback document obviously was better information. We did not at the time anticipate that there was a clawback, so we didn't think we had to put (inaudible) that were publically disclosed. And the fact that counsel is saying it's not, you know, I agree with that, but definitely this damages expert is doing an analysis --

THE COURT: Could you hold on for a second. You are breaking up so that I can barely understand what you're saying.

MS. NYARADY: Let me try again. Is this any better.

THE COURT: That is much better.

MS. NYARADY: Okay. Apologies. I was on speaker phone and that might be why. So in terms of the articles, they were listed on this expert's documents considered list. But he did not use them in his calculations because we had the numbers in the clawed back documents, the now clawed back documents. We had no way to anticipate that they were going to claw back that document.

As you know from our submission, we thought documents like that had been produced elsewhere and based on the parties' correspondence in terms of what ARM was viewing at settlement and not -- we did not anticipate that that entire part of the report was going to end up redacted. And so the expert viewed the spreadsheet data as the more reliable data and relied on that data in his report. And so now we would like to go back and just redo the calculation, you know, with the public information.

With respect to the importance, though, of the information, this expert is going to be doing an analysis of whether the v10 rates that have been offered to Qualcomm are



commercially competitive and what the market looks like so to speak in response to, you know, ARM talking about market rates. So this information is very important. And we had no way of anticipating that this information in the spreadsheet was going to be lost to us, so we would like to redo the calculation with the article.

THE COURT: And in the proposed scheduling order, you asked for a date for Dr. Kennedy to amend, make these edits that we talked about that will be very narrow amendments. Do you agree that he can be deposed because he's never been deposed on those issues?

MS. NYARADY: We would agree to a short deposition limited to that -- to the calculation, yes. I mean, we obviously from our submission, we didn't think that it was really necessary, but if ARM has questions on the calculation, I think we can agree to a short deposition on that.

THE COURT: Now, ARM perhaps because the reports before only relied on information that it thought was subject to a clawback may not have had its expert address this issue. Did ARM's expert address it?

MR. EMERICK: No, Your Honor. Jay Emerick from Kirkland.

THE COURT: Ms. Nyarady, would you agree that now that we're outside of the clawback part, and that's been



decided, if I let you amend that they should have an opportunity to respond?

MS. NYARADY: We would not object to that, Your Honor. And we put that in the footnote in the filing yesterday. You know, ARM did not ask for that as a way to resolve this, but we do not have an objection to a mirror, if you will, mirror calculation by their expert responding to Kennedy.

THE COURT: But did their expert do any initial calculations responding to Dr. Kennedy given that they were taking the position that nothing in there was appropriate, and so did they even respond to it? I just understood them to say no.

MS. NYARADY: Well, with respect to their expert, their expert responded to Dr. Kennedy by basically saying that ARM didn't consider the information that Dr. Kennedy was considering, and made no attempt to respond more broadly. And obviously with respect to the specific calculation that was the subject of the clawback, he did not respond directly to the calculation.

THE COURT: But are you saying -- you just said he didn't consider it. Are you saying he didn't consider it relevant or important or he didn't consider it at all?

MS. NYARADY: I'm sorry, he said that ARM did not consider it. And so -- go ahead, Mr. Emerick.



MR. EMERICK: Thank you, Catherine.

Your Honor, Jay Emerick from Kirkland.

To just back up procedurally what happened, after Kennedy -- after Qualcomm's expert, Dr. Kennedy, served his report and we immediately noticed that he used a privileged document, that was clawed back right away. Our expert, Dr. Britven, didn't have access to Dr. Kennedy's calculation. He's never considered or responded to that because that was immediately clawed back and not something he was able to look at. So he hasn't done any analysis of, or any calculation or considered Dr. Kennedy's calculation or considered how to respond to or criticize that calculation.

So that's a long way of saying no, Dr. Britven has had no opportunity to consider or respond to Dr. Kennedy on this issue.

THE COURT: Okay.

MS. NYARADY: Your Honor, to be clear, I think this is getting confusing, but to be clear, ARM's expert took the position based on the 2025 spreadsheet that talked about that two parties whose rates were at issue in the clawback, that 2025 spreadsheet that has been produced says that those other parties are irrelevant to ARM's analysis, and so what ARM's expert did is took the position in his expert report that none of what was in the clawback is

relevant.

At the same time, if what ARM needs is the ability to respond to the specific calculation, you know, in a limited responsive expert report, we would not oppose that.

THE COURT: Okay. So what I am going to do is I am going to allow the very narrow revision that Qualcomm has represented it intends to make with Dr. Kennedy's report. If you go outside of that, do so at your own peril.

I will then allow Mr. Britven to, if he wants, substantively respond. I understand that ARM's position may be that it's completely irrelevant and I know there was that one PowerPoint presentation that I saw that said two of the companies were not relevant and two of them were relevant and that is what was consistent with what was offered to Qualcomm. So he can either not respond and we will all know that through his response that none of this is relevant to do the calculations or he can respond to them substantively if he chooses. You guys need to go back and propose dates for doing that. And then give us a new schedule that doesn't have all these dozen line long footnotes.

MR. EMERICK: Your Honor, Jay Emerick for Kirkland.

And then with respect to depositions, we also have a deposition of Dr. Kennedy.



THE COURT: Ms. Nyarady just said they didn't oppose a short deposition on that issue. Presumably if your expert puts in something more substantive and still doesn't think it's relevant, he'll be deposed in a short deposition on that. And you guys can go agree to that. And if you don't agree to it, don't come back to me, don't complain at trial, just -- you know, I'm going to decide at trial if I let someone testify with no deposition or if I don't let them testify at all based on who I think was more unreasonable if there are, you know, no depositions agreed to with respect to this stuff.

MR. EMERICK: Understood. Thank you.

MS. NYARADY: Thank you, Your Honor.

THE COURT: Okay. Then let me ask this question. This came up because I had a difficult case that was set to go to trial later this summer and it was resolved. I know this case may be difficult because you have senior leadership involved in the negotiations and perhaps there are some difficult feelings, but where are you in terms of mediating? I know you mediated with someone else with no success, but this is clearly a business dispute, and I worry that litigation isn't going to resolve that.

So I wanted to ask where are you and would you be willing to mediate. And if you can't agree to a good



mediator, then you can tell me that and I will give you the names of two or three that you will have to choose from. What do you think? That's probably more directed to Mr. LoCascio and Ms. Dunn, but what do you think? I realize you haven't asked your clients this, but give me your off-the-cuff thoughts.

MR. LoCASCIO: Do you want to go first as the Plaintiff?

MS. DUNN: Happy to.

Good afternoon, Your Honor. Karen Dunn for Qualcomm.

So previously we have said to the Court and, you know, in the presence of our client that, you know, we would love a reasonable resolution to this dispute. So I think that what's best for me to do, depending on what Mr. LoCascio says -- and I hear the terrible feedback, so I don't know how to fix that.

THE COURT: You're actually okay. I can hear you.

MS. DUNN: Okay. Great. I'm sorry. The feedback is driving me crazy.

You know, we had had a prior mediation. It was in May of 2025. And it was quite unsuccessful. But I think if there were a reason to believe that it could be more successful, I think our client would welcome that and I can



absolutely check that with them.

MR. LoCASCIO: Your Honor, it's Gregg LoCascio for ARM.

Let me start off with where Ms. Dunn was, you know, that there is an opportunity, either party would be reasonable presumably about having that, I would agree. I would also say that -- I'm just sort of being a little cautious here given the universe of people on the transcription, et cetera, but I think there is two paths here. I think there is a path we used before, and for your benefit the mediator was Judge Linares, so I don't think there is any concern that we need someone more experienced or better positioned to bring the parties together potentially, I think we're, on that score, at least from our side, we felt comfortable with that.

There is also a path that would be business to business then perhaps with some back end mediator and lawyer assistance. And I'm not -- I don't want to be overly optimistic and unrealistic, but there is a potential where that could happen as well. And Your Honor's comments around this will certainly be conveyed directly back on our end with respect to both parties. I know the parties have asked for some time with the Court before we get to the pretrial conference in addition, but my expectation is if no progress is made, either we can let the Court know that or at the

# Exhibit 1H

**From:** Basner, Adam L
**To:** Evangelatos, Peter; GRP-QCvARM; Qualcommv Arm; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm; ycst_arm_qualcomm
**Subject:** RE: QC v. Arm - Spreadsheet Destruction
**Date:** Friday, July 17, 2026 1:47:00 PM

Peter,

We confirm that both Qualcomm's counsel and its expert team have destroyed the documents in accordance with the Court's order.

Regards,
**Adam L Basner** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7367 (Direct Phone) | +1 202 478 0493 (Direct Fax)
abasner@paulweiss.com | www.paulweiss.com

---

**From:** Evangelatos, Peter <peter.evangelatos@kirkland.com>
**Sent:** Friday, July 17, 2026 10:14 AM
**To:** GRP-QCvARM <GRP-QCvARM@paulweiss.com>; Qualcommv Arm <qualcommvarm@dirllp.com>; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** RE: QC v. Arm - Spreadsheet Destruction

Counsel,

We did not receive a response confirming destruction of Arm's privileged spreadsheet. Please confirm by close of business today or explain the basis of Qualcomm's apparent refusal to comply with the Court's order.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

---

**From:** Evangelatos, Peter
**Sent:** Wednesday, July 15, 2026 10:30 AM
**To:** GRP-QCvARM <GRP-QCvARM@paulweiss.com>; Qualcommv Arm

<qualcommvarm@dirllp.com>; jying@morrisnichols.com
**Cc:** #KE-ARM-Qualcomm <KE-ARM-Qualcomm@kirkland.com>; ycst_arm_qualcomm <ycst_arm_qualcomm@ycst.com>
**Subject:** QC v. Arm - Spreadsheet Destruction

Counsel,

The Court's order denying Qualcomm's motion to compel Arm's privileged spreadsheet, D.I. 842, "prohibits Plaintiffs from possessing the document at issue." Please confirm by tomorrow that Qualcomm, including Dr. Kennedy and his team, has deleted all copies of the spreadsheet and all documents referring to or discussing Arm's spreadsheet or the information contained therein, including all unredacted copies of Mr. Kennedy's supplemental opening report.

Best,
Peter

**Peter Evangelatos**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3291 **T** +1 516 528 6348
**F** +1 212 446 4900

peter.evangelatos@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# Exhibit 1I

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 1J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, A Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | C.A. No. 24-490 (MN) |
| Plaintiffs, | |
| v. | |
| ARM HOLDINGS PLC., f/k/a ARM LTD., A U.K. corporation, | |
| Defendant. | |

*******************************************

ORAL AND VIDEOTAPED DEPOSITION OF
THOMAS BRITVEN
AUGUST 28, 2026

*******************************************

ORAL AND VIDEOTAPED DEPOSITION of THOMAS BRITVEN, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on August 28, 2026, from 8:04 a.m. to 9:21 a.m., before Mendy A. Schneider, CSR, RPR, in and for the State of Texas, recorded by machine shorthand, remotely at the offices of MENDY SCHNEIDER, LLC, The Woodlands, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; that the deposition shall be read and signed.

Page 14

THE VIDEOGRAPHER: We are off the record. The time is 8:13 a.m.

(Break from 8:13 a.m. to 8:17 a.m.)

THE VIDEOGRAPHER: We are back on the record. The time is 8:17 a.m.

(BY MR. BASNER)

Q. Mr. Britven, before the break, we were looking at Figure 52 in exhibit -- Exhibit 2, correct?

A. Yes.

[redacted]

Page 16

[redacted]

[redacted]

[redacted]

# Exhibit 1K

Message

**From:** Ann Chaplin [achaplin@qualcomm.com]
**Sent:** 10/23/2024 11:08:08 PM
**To:** Kurt Kjelland [kurtk@qualcomm.com]; Chris Longman [clongman@qualcomm.com]; Jonathan Weiser [jweiser@qti.qualcomm.com]; Laura Sand [lsand@qti.qualcomm.com]; Larissa Cochron [lcochron@qti.qualcomm.com]
**Subject:** FW: September 27, 2024 - Letter Attached
**Attachments:** Qualcomm_quote_10_23_24.pdf

ACP

**Redacted for Privilege**

**From:** Spencer Collins <Spencer.Collins@arm.com>
**Sent:** Wednesday, October 23, 2024 4:01 PM
**To:** Karen Morris <klmorris@qualcomm.com>; Ann Chaplin <achaplin@qualcomm.com>
**Cc:** Jeff Fonseca <Jeff.Fonseca@arm.com>; Jason Child <Jason.Child@arm.com>; Rene Haas <Rene.Haas@arm.com>
**Subject:** Re: September 27, 2024 - Letter Attached

**WARNING:** This email originated from outside of Qualcomm. Please be wary of any links or attachments, and do not enable macros.

Please find attached.

Regards,
Spencer

**Spencer Collins | EVP, Chief Legal Officer**
Mobile: (+44) 7393 766 339
Arm Ltd, 110 Fulbourn Road, Cambridge, CB1 9NJ, UK
www.arm.com

**From:** Karen Morris <klmorris@qualcomm.com>
**Date:** Friday, 27 September 2024 at 17:44
**To:** Spencer Collins <Spencer.Collins@arm.com>
**Cc:** Jeff Fonseca <Jeff.Fonseca@arm.com>, Jason Child <Jason.Child@arm.com>, Rene Haas <Rene.Haas@arm.com>
**Subject:** September 27, 2024 - Letter Attached

Warning: EXTERNAL SENDER, use caution when opening links or attachments.

Dear Spencer,

Please find the attached letter for your attention.

Plaintiffs' Trial Exhibit
**PTX-1531**
Case No. 1:24-cv-00490-MN

Regards,
Karen Morris

**Karen L. Morris** | Assistant to VP/SVP
Qualcomm Incorporated | Litigation
5775 Morehouse Drive | San Diego, CA 92121-1714
O: +1 858-658-3048 | M: +1 925-726-8002

Walk with me to #EndAlz

**CONFIDENTIAL:** The contents of this message, together with any attachments, are intended only for use by the individual or entity to which they are addressed and may contain legally privileged and confidential information. If you are not the intended recipient of this message, you are hereby notified any dissemination, distribution or copying of this message, and any attachments, is strictly prohibited. If you have received this message in error, please notify me immediately at (858) 658.3048 and permanently delete this message, along with any attachments, from your computer. Thank you.

IMPORTANT NOTICE: The contents of this email and any attachments are confidential and may also be privileged. If you are not the intended recipient, please notify the sender immediately and do not disclose the contents to any other person, use it for any purpose, or store or copy the information in any medium. Thank you.

[redacted]

[redacted]

[redacted]

# Exhibit 1L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------x
QUALCOMM INCORPORATED, a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,
Plaintiffs,
-against- C.A. No. 24-49-MN
ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,
Defendant.
-----------------------------------x

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION OF
EHAB YOUSSEF
Palo Alto, California
June 26, 2025

Reported By:

ERIC J. FINZ

Page 10

EHAB YOUSSEF - HIGHLY CONFIDENTIAL
and Akshay to obtain the 30(b)(6)
knowledge on that.
MR. DESAI: Why don't we mark
the 30(b)(6) notice as Exhibit 1.
This is Youssef Exhibit 1.
(Youssef Exhibit 1 for
identification, defendant Arm
Holdings PLC's objections and
responses to plaintiffs' notice of
30(b)(6) deposition.)
MR. DESAI: Stephanie is going
to upload that.
Is it showing up?
MS. CHIN: Just introduced it.
MR. DESAI: Do you have a
screen, Mr. Youssef, to view the
documents?
THE WITNESS: I do have a
screen, yes.
MR. EMERICK: Anish, I'm not
seeing either where -- I also have
the same setup, I'm not seeing
where the document is shared.
MR. DESAI: Should we just

Page 11

EHAB YOUSSEF - HIGHLY CONFIDENTIAL
quickly go off the record to make
sure we can get everyone set up.
THE VIDEOGRAPHER: I'll take
us off. The time is 9:48 a.m.
Pacific, and we are off the record.
(A recess was taken.)
THE VIDEOGRAPHER: The time is
10 a.m. Pacific, and we are back on
the record.
BY DESAI:
Q. Mr. Youssef, are you able to
take a look at what we marked as Exhibit
1, which is Arm's responses and
objections to Qualcomm's 30(b)(6) notice?
A. Yes, I see an Exhibit 1 under
the marked exhibits. Is that the one?
Q. That should be it. Let me
know when you have it open.
A. I have it open. Is there a
way to increase the font? I believe
there should be, right? Got it now.
I can see it.
Q. Okay, great.
Do you understand that you've

Page 12

EHAB YOUSSEF - HIGHLY CONFIDENTIAL
been designated on certain 30(b)(6)
topics? I'll go through them and
identify them for you. But if you
understand that you have been designated
on some topics.
A. Yes.
Q. So why don't you flip to page
7. Do you see topic 2?
A. Yes, I see it.
Q. And you understand that you've
been designated to testify on this topic
2. Correct?
MR. EMERICK: Subject to Arm's
objections and responses.
MR. DESAI: Yes, I'll repeat.
Q. You understand you've been
designated to testify on topic 2 subject
to Arm's objections?
A. Yes.
Q. And aside from reviewing the
documents that you mentioned earlier, did
you do anything to prepare for this
topic?
A. Yes.

Page 13

EHAB YOUSSEF - HIGHLY CONFIDENTIAL
Q. What else did you do?
A. As I mentioned, I had a Zoom
call yesterday with Akshay and Karthik.
Q. And what did you discuss with
them relevant to topic No. 2?
A. I discussed the Hunter, Hayes,
Yamin proposals, which are proposals that
would be subject to the TLA.
Q. Aside from the Hunter, Hayes
and Yamin proposals, did you discuss
anything else with them?
A. The specifics of the Hunter,
Hayes proposal, and the analysis of the
offer that was made in that proposal.
Q. And what did they tell you
about the analysis that was made in the
proposal?
A. Well, we discussed the topic
again of Hunter, Hayes, Yamin, the
various proposals. And the topic of how
they went through an analysis to
determine the offer.
[redacted]

Page 14

[redacted]

[redacted]

Page 16

[redacted]

Page 17

[redacted]

Page 74

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
BY DESAI:
Q. Did you review any documents in preparation for your 30(b)(6) testimony that reflected a detailed analysis that was used for this October 2024 offer?
A. I did not review any documents that are nonprivileged.
Q. Did you review privileged




documents to prepare yourself to testify on the 30(b)(6) topic regarding this offer that was made to Qualcomm in October 2024?
A. I'm going to ask you to repeat that because I think it's a little different than your first question. Could you repeat that, please?
Q. It was different.
I said, did you review any privileged documents to prepare yourself to testify on the 30(b)(6) topic that encompasses the offer that was made to Qualcomm in October of 2024 regarding Hunter, Hayes and Yamin?
A. Are you asking me if I've reviewed privileged documents?
Q. That's not the full extent of my question. I'll have the court reporter -- I'm going to repeat the question. And it's a yes or no answer. It's a yes, no, or I can't answer. Or I'm not -- refusing to answer.
MR. DESAI: Can we please




repeat the question.
(Record read as requested.)
MR. EMERICK: And I'll caution you, there appears to be confusion on the question. It has to be specific to 30(b)(6) preparation. Not anything 30(b)(1) or more generally. It has to be specific to 30(b)(6) preparation.
THE WITNESS: And the reason I'm struggling -- I'm going to answer. I've reviewed documents, I'm quoting here, relating to the offer that was made.
So I want to be clear, you switched away from the detailed business analysis. You're asking me have I reviewed privileged documents relating to the offer of Hunter, Hayes, Yamin, Qualcomm.
MR. DESAI: Let me narrow that, okay.
BY DESAI:
Q. The preparation for the




30(b)(6) topic regarding Qualcomm -- the offer to Qualcomm for Hunter, Hayes and Yamin, did you review privileged documents relating to the detailed analysis that you have discussed?
MR. EMERICK: Again, I'll caution you, the question is specific to 30(b)(6) preparation. So anything relating to 30(b)(1), anything relating to your work generally that you've done, this is specific to 30(b)(6). Not anything in 30(b)(1).
A. Okay. And the reason I'm genuinely struggling is I'm not certain which documents the lawyers have put into a privilege log. So I reviewed documents for my 30(b)(6) prep. And I'm testifying based on that factual knowledge relating to what I've reviewed.
Now, I'm not certain if any those documents are in a privilege log. We can take a break if I need to go understand that.

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 5(b)**

**PLAINTIFFS' MOTION IN LIMINE NO. 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**PLAINTIFFS' MOTION IN LIMINE #2:
TO PRECLUDE EVIDENCE OR ARGUMENT RELATING TO THE SIZE OR DOLLAR VALUE OF THE SECTION 8.3 REMEDY**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 12, 2026

Because courts typically exclude as irrelevant and unduly prejudicial references to the size and dollar amount of statutory damages and liquidated damages, and because, should Arm introduce that evidence, it would require Qualcomm to present evidence about the genesis of Section 8.3, Qualcomm moves to exclude such references. *See* Fed. R. Evid. 401-403.

Section 8.3 of the ALA and TLA respectively provide the "sole and exclusive monetary remedy" for breaches of Sections 5.1 and 14.1B of the ALA and Sections 8.1B and 8.1D of the TLA. Ex. 2A § 8.3; Ex. 2B §§ 8.3, 8.5. Under Section 8.3, the remedy for those breaches here is that Qualcomm owes no royalties to Arm for five years after the contractual cure period expired.

There is no factual dispute for the jury to resolve with respect to the amount of the Section 8.3 remedy. The amount of royalties that Qualcomm would owe under Section 8.3 through March 31, 2025 (the last quarter for which royalty information was produced) is undisputed. *See* Ex. 2C ¶ 38, Schedule 2.1; Ex. 2D, Attachment 4.1; Ex. 2E at 289:4-291:25. And any recovery accruing after that point can be awarded as supplemental relief under Federal Rule of Civil Procedure 59(e) based on an accounting of the royalty payments Qualcomm actually made between March 31, 2025 and the time of judgment. *See Bayer Healthcare LLC* v. *Baxalta Inc.*, 2019 WL 4016235, at *6 (D. Del. Aug. 26, 2019), *aff'd*, 989 F.3d 964 (Fed. Cir. 2021). The jury thus has no role in determining the amount of Qualcomm's contractual remedy if Qualcomm prevails on liability.

Courts frequently exclude evidence of the size or value of contract and statutory damages from jury trials on liability pursuant to Federal Rules of Evidence 401 and/or 403. For example, courts have prohibited "reference to liquidated damages" before a jury on the ground that they were a "post-judgment matter" for the court to decide "as a matter of law." *Orduno* v. *Pietrzak*, 2017 WL 4354686, at *11 (D. Minn. Sept. 29, 2017), *aff'd*, 932 F.3d 710 (8th Cir. 2019); *see*

*Gordils* v. *Ocean Drive Limousines, Inc.*, 2014 WL 4954141, at *1 (S.D. Fla. Oct. 2, 2014); *Krekelberg* v. *Anoka Cnty.*, 2019 WL 2249723, at *3 (D. Minn. May 24, 2019).

"Generally speaking, the federal courts have recognized a policy against informing juries of statutory fee-and-cost-shifting or damages-multiplying provisions." *Slavin* v. *Garrison Prop. & Cas. Ins. Co.*, 805 F. App'x 561, 570 (10th Cir. 2020); *In re Tableware Antitrust Litig.*, 2007 WL 781960, at *3 (N.D. Cal. Mar. 13, 2007) ("In antitrust actions, 'courts have uniformly concluded that mentioning treble damages . . . to the jury is improper.'" (citation omitted)). That makes sense, because the application of preestablished contractual and statutory remedies is a matter for the court and is "irrelevant to the jury questions of liability." *HBE Leasing Corp.* v. *Frank*, 22 F.3d 41, 45-46 (2d Cir. 1994); *see U.S. ex rel. Laymon* v. *Bombardier Transp. (Holdings) USA, Inc.*, 656 F. Supp. 2d 540, 547-48 (W.D. Pa. 2009). Even if the size or dollar value of the Section 8.3 remedy were relevant to the jury, the risk of undue prejudice and jury confusion would render it inadmissible under Federal Rule of Evidence 403. *See Walsh* v. *E. Penn Mfg. Co.*, 2023 WL 6534209, at *1 n.2 (E.D. Pa. Mar. 3, 2023). "[T]here is a risk that the jury may believe that the 'harm' does not justify the payment of a large fee award" and "thus decide to find for the defendant." *Brooks* v. *Cook*, 938 F.2d 1048, 1051 (9th Cir. 1991).

Because there is no factual dispute over the size or dollar value of the Section 8.3 remedy for the jury to resolve, and because the only reason for Arm to invoke it is to create undue prejudice or jury confusion, the size or dollar value of the Section 8.3 remedy should be excluded. Fed. R. Evid. 401-403.

To the extent Arm would argue that Qualcomm has no jury-trial right on its contract claims because there is no factual dispute over the dollar amount of the Section 8.3 remedy, that is flatly wrong. The parties have a Seventh Amendment right to a jury trial on factual disputes embedded

in the violation of law that may result in the award of statutory or liquidated damages. *E.g.*, *Feltner* v. *Columbia Pictures Television, Inc.*, 523 U.S. 340, 352 (1998). But where there is no factual dispute over the amount of statutory or liquidated damages, there is no question for the jury to resolve as to the amount of those damages. *See BMG Music* v. *Gonzalez*, 430 F.3d 888, 892-93 (7th Cir. 2005); *Pichler* v. *UNITE*, 646 F. Supp. 2d 759, 768-69 (E.D. Pa. 2009). The lack of a dispute on the amount of damages does not deprive a party of the right to a jury trial on the other elements of a claim to which the Seventh Amendment applies. *See Video Views, Inc.* v. *Studio 21, Ltd.*, 925 F.2d 1010, 1013-17 (7th Cir. 1991), *abrogated on other grounds by Fogerty* v. *Fantasy, Inc.*, 510 U.S. 517 (1994); *Leviton Mfg. Co.* v. *Pass & Seymour, Inc.*, 425 F. Supp. 3d 165, 169-70 (E.D.N.Y. 2019). Even in the absence of a factual dispute on damages, therefore, Qualcomm retains its right to a jury trial on its contract claims. It is entirely typical for jury trials to be held where the amount of damages is not in dispute. *See Orduno*, 2017 WL 4354686, at *11; *see Gordils*, 2014 WL 4954141, at *1; *Krekelberg*, 2019 WL 2249723, at *3.

For the reasons set forth above, Arm should be precluded from presenting evidence or argument relating to the size or dollar amount of the Section 8.3 remedy.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 2A

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 2B

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 2C

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 2D

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 2E

[redacted]

[redacted]

[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN<br>(CONSOLIDATED)<br><br>**FILED UNDER SEAL** |

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE # 2**

## I. INTRODUCTION AND RELEVANT BACKGROUND

Qualcomm argues it would be prejudicial to tell the jury it is seeking [redacted] for its alleged breaches, because the jury might realize the absurdity of awarding [redacted] for conduct that caused little to no actual harm. Arm agrees that is absurd—which is why the ALA's and TLA's penalty provisions are unenforceable. If Qualcomm is allowed to seek [redacted] on the alleged breaches, the jury is entitled to—indeed, must—learn how much Qualcomm seeks for those breaches. Indeed, in the first case, Qualcomm repeatedly highlighted the remedy that Arm sought in order to sway the jury to its side. Ex. 1, Trial Tr. 138:19-139:3; 930:8-931:7; 968:2-25.

The Seventh Amendment guarantees a jury on all issues, including "the award of damages, since at common law, the amount of damages was for the jury." *Smyth Sales v. Petroleum Heat & Power*, 141 F.2d 41, 44 (3d Cir. 1944); *Feltner v. Columbia Pictures Television*, 523 U.S. 340 (1998). Qualcomm cannot abolish this right—and preclude Arm from even referencing damages—by declaring "[t]here is no factual dispute." Mot. at 1. ***First***, Arm disputes the remedy amount. ***Second***, the jury right extends to all fact questions unless stipulated. ***Third***, Qualcomm's damages are probative of credibility. ***Fourth***, Qualcomm will suffer no prejudice from proving its damages.

## II. ARGUMENT

***First***, because the amount of the remedy is disputed, Qualcomm must prove it to the jury to obtain relief. Qualcomm claims that liquidated damages began accruing January 4, 2023 (when Arm allegedly breached the ALA), and the amount of the refund (of royalties already paid to Arm) through March 31, 2025 [redacted]. Mot. Ex. 2D. To begin, this amount is different if Arm did not breach the ALA, and only breached the TLA, because the refund would have begun accruing as of October 27, 2024. *Id.* That alone is sufficient to send the liquidated damages issue to the jury. *Tidewater Fin. Co. v. Fiserv Sols.*, 4 F. App'x 201, 204 (4th Cir. 2001) (the date liquidated damages begin

accruing "is a classic factual issue for the jury"); *Chubb v. On-Time Wildfire Feeders*, 2009 WL 424218, at *2 (M.D. Pa. Feb. 19, 2009) ("permit[ing] evidence … regarding the stated factual issue and the [undisputed] amount of damages recoverable under both possible findings by the jury").

Further Qualcomm now asserts that Arm "separate[ly]" breached the ALA "in May 2023," "throughout the summer of 2023," and "throughout 2024" to try and avoid Arm Ltd.'s statute of limitations defenses. D.I. 851, at 2, 14. If there was no ALA breach until those dates, Qualcomm is limited to a smaller refund beginning on one of those dates. But Qualcomm has offered no evidence of the refund in those circumstances, so if damages begin on those dates, they ***cannot*** be undisputed (Arm has never had a chance to dispute them) and remain an open issue. Having elected for a jury trial, Qualcomm cannot now pick and choose which elements the jury decides.

***Second***, regardless of the damages dispute, "[o]nce a demand for a jury trial properly has been made, all issues will be tried to a jury." *In re City of Phila.*, 158 F.3d 723, 726 (3d Cir. 1998); *McArdle v. Verizon*, 567 F. App'x 116, 119 (3d Cir. 2014); *Canavin v. Pac. Sw. Airlines*, 148 Cal. App. 3d 512, 516 (1983) ("Unless waived, that right includes the determination of all facts properly at issue … necessary to determine the … award."); *Durant v. Surety Homes*, 582 F.2d 1081, 1086 (7th Cir. 1978) ("not proper for the court to … segregate out elements which should not have gone to the jury by making its own assessment of the proven damages"). Courts routinely recognize liquidated damages, an element of the claims, are a jury question. *Polish Am. Mach. v. R.D. & D. Corp.*, 760 F.2d 507, 512 (3d Cir. 1985); *Potoski v. Wilkes Univ.*, 2010 WL 3811973, at *3 (M.D. Pa. Sep. 22, 2010); *Dole v. Solid Waste Servs.*, 733 F. Supp. 895, 922 (E.D. Pa. 1989), *aff'd*, 897 F.2d 521 (3d Cir. 1990); *Overholt Crop Ins. Serv. v. Travis*, 941 F.2d 1361, 1370 (8th Cir. 1991).

Questions that would otherwise be for the jury may only be taken from it if the parties "stipulate on the record." FRCP 39(a). Qualcomm argues the remedy amount is "undisputed," but

there has been no stipulation. Qualcomm's cases do not say otherwise—they involve statutory regimes that send liability and damages to the jury and reserve statutory modifications for the court. *E.g.*, *Slavin v. Garrison Prop. & Cas. Ins. Co.*, 805 F. App'x 561, 570 (10th Cir. 2020) (statutory fee-shifting/trebling); *Gordils v. Ocean Drive Limousines*, 2014 WL 4954141, at *1 (S.D. Fla. Oct. 2, 2014) (statutory doubling); *Orduno v. Pietrzak*, 2017 WL 4354686, at *11 (D. Minn. Sep. 29, 2017) (liability admission and statutory award). Those cases have nothing to do with a contract dispute where liquidated damages are an element. Qualcomm has the burden to prove its damages (and the other elements of its claims) even if Arm does not dispute its evidence. *Chubb*, 2009 WL 424218, at *2 (sending evidence of "undisputed measure of damages" to jury).[1]

***Third***, the claimed remedy is admissible for credibility. Its magnitude goes to Qualcomm's motive for its contrived TLA breach allegations and behavior in the notice and cure period. And the more money Qualcomm seeks, the more incentive its employees (who have stock incentives) have to give favorable testimony for its claims. *Vinieris v. Byzantine Mar.*, 731 F.2d 1061, 1065 (2d Cir. 1984) ("Had the jurors known … how large a financial stake plaintiff had in the outcome … their reaction might have [differed]. A jury should not be asked to weigh credibility with only half the facts."). Arm's potential exposure is also evidence that Arm had every reason to conduct a good-faith investigation of rates and avoid changing material non-financial terms in its offers.

***Fourth***, there is no undue prejudice from informing the jury how much money Qualcomm seeks. Rule 403 does not allow a party to avoid proving an element of its claims, and if Qualcomm is embarrassed by the remedy it demands, that is a problem of its own making. *Martin v. Texaco*, 726 F.2d 207, 216 (5th Cir. 1984) ("[J]ury is entitled to know what effect its decisions will have.").

[1] Qualcomm's motion effectively seeks summary judgment on the remedy. That is inappropriate at this stage. *Howard Johnson Int'l v. Cupola Enters.*, 117 F. App'x 820, 823 (3d Cir. 2004).

Dated: September 19, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

# Exhibit 1

08:12:43

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARM LTD., | ) | |
| a U.K. corporation, | ) | |
| | ) | VOLUME 2 |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1146(MN) |
| v. | ) | |
| | ) | |
| QUALCOMM, INC., | ) | |
| a Delaware corporation, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Monday, December 16, 2024
8:30 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-

**APPEARANCES (Cont'd):**

**MORRISON FOERSTER, LLP**
**BY: DARALYN DURIE, ESQ.**
**BY: ERIK OLSON, ESQ.**
**BY: SCOTT LLEWELLYN, ESQ.**
**BY: SHAELYN DAWSON, ESQ.**
**BY: NICHOLAS FUNG, ESQ.**
**BY: SARA BRICKEY, ESQ.**
**BY: LAURA GILBERT REMUS, ESQ.**
**BY: ZACHARY QUINLAN, ESQ.**
**BY: MICHAEL DeSTAFANO, ESQ.**

**Counsel for the Plaintiff**

**MORRIS NICHOLS ARSHT & TUNNELL LLP**
**BY: JACK BLUMENFELD, ESQ.**
**BY: JENNIFER YING, ESQ.**

**-and-**

**PAUL WEISS**
**BY: KAREN L. DUNN, ESQ.**
**BY: CATHERINE NYARDY, ESQ.**
**BY: JACOB BRALY, ESQ.**
**BY: RUBY GARRETT, ESQ.**
**BY: WILLIAM MARKS, ESQ.**
**BY: WILLIAM ISAACSON, ESQ.**

**Counsel for the Defendants**

\- - - - - - - - - - - - -

08:14:19
08:14:19
08:16:06
08:16:17

COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good morning, everyone. Please be seated.

So we have a few issues. I haven't looked at the letters, so you can make your arguments.

MS. YING: Your Honor, before we begin, I told your courtroom deputy, Mr. Buckson, that we have resolved one of the issues that was in one of the letters.

THE COURT: Yeah, he told me that. So it's just one exhibit for the defense side?

MS. YING: That's correct. Thank you, Your Honor.

MR. MARKS: Thank you, William Marks for the defendants. We object to PTX-118. This a letter from a company called CSR that Qualcomm acquired in 2015. In the letter, CSR asked for Arm to agree to the assignment of a Technology License Agreement. We believe this letter is hearsay, and it's from a third party who is not present, it's not a business record of Arm, and it's not relevant to any of the issues in the case because what CSR thought it needed to obtain from Arm is not relevant to what Qualcomm needs to obtain from Arm related to a different type of contract under different circumstances.

picked a piano. I am going to pick a house. And I am going to show you how Arm is taking credit for technology that Nuvia and Qualcomm engineers developed. Now in this analogy, Qualcomm is the architect and a builder, if you're an architect and a builder, you design, you plan out how to turn the design into a real life house, and then you build and sell the house.

Now, there are books that provide a common language for house builders, and just like Arm provides a common language for people who are CPU developers. So if you have the reference manual, you can know that there is a symbol that means door, there is a symbol that means window and there is a symbol that means staircase. But the manual is not going to show you how many windows and doors and staircases you need in the house, or where to put them or what they look like, or what they should be made of. No, that is the job in this case of the person who has the ALA, either Qualcomm or Nuvia. No one is going to say that the author of the reference manual designed and built the house, it's the builder who picks the home type, the size, the materials, the design, and finances it and puts all the labor in.

And that's the same with the CPU, the ALA licensee, like, for example, Qualcomm, designs the entire CPU.

It decides how to make it work, it decides the features, it decides whether it's powerful or fast or energy efficient, which are the great qualities of a CPU, at the end of the process, the ALA license means that Qualcomm can say its CPU is compliant with the Arm manual, but it's not the manual that has put in the ingenuity, the creativity, the money or the labor to design the project, that work was done at Qualcomm. If we take the piano, for example, the manual would tell us here is what the keys look like and how they're laid out, but they don't create the piano which as even Arm's counsel told you can come in all different kinds and shapes and sizes, and it would be very weird if the person who wrote the manual, had the layout of the keys, came back from the dead and then said that they own all of the pianos, and it would be even weirder if they said we also own the music, so that's kind of what is going on in this case. The reference manual author does not own the thing that it didn't design, and it didn't build.

And just to get a sense of how unreasonable things got in this case between the parties, Arm demanded that Qualcomm destroy the whole house. And even though Qualcomm and Nuvia engineers had built the house and designed the house, and you're going to actually see a letter that Arm sent to Qualcomm demanding that because it was the author of this publicly available manual, Qualcomm

had to either meet its financial demand, its boosted rates, or destroy incredibly complex world class technology built by the engineers.

And just to take this analogy a little further, Arm didn't demand destruction of only one house.

It demanded destruction of an entire community. Qualcomm had designed the most powerful CPU's in the world for mobile and computers and cars and was in the process of designing the next generation of that for each of those categories, but based on some early design work done at Nuvia, and an architecture manual that we could all download from the internet, Arm says we are in breach for not destroying all of the products.

So how is it that we are here in a lawsuit where both defendants are licensed and the material at issue is publicly available? And to understand that, you have to -- we need a little background, so I'm going to show you some documents.

As I said, Arm and Qualcomm have worked together for more than 20 years, and during the entire time, Qualcomm has had an ALA and a TLA. And because Qualcomm's CPU's have been bought by other companies that make these devices, the effect of this is that Qualcomm's innovation has lifted up the Arm brand, and made Arm an even more successful company during this entire time.

THE COURT: So when was -- I don't understand what your scheduling order was, your issue was, when he said you can go tomorrow and you said my only issue is I -- I don't know what your issue was.

MS. DURIE: That's fine, we don't have a problem with tomorrow. I want to make sure we figure out how much time there will be and allocate it equitably so we don't take up all of tomorrow and there is no time for us, that was my only issue.

THE COURT: You guys know you have this week, and you can figure out something that works, but if you gave up today and you need today, ultimately that's gone.

Alright. With that, we will adjourn.

COURTROOM DEPUTY: All rise. Court is adjourned.

(Court adjourned at 4:40 p.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Dale C. Hawkins
Official Court Reporter
U.S. District Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ARM LTD.,** | ) | |
| **a U.K. corporation,** | ) | |
| | ) | **VOLUME 5** |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 22-1146(MN)** |
| **v.** | ) | |
| | ) | |
| **QUALCOMM, INC.,** | ) | |
| **a Delaware corporation,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Thursday, December 19, 2024**
**8:30 a.m.**
**Jury Trial**

**844 King Street**
**Wilmington, Delaware**

**BEFORE: THE HONORABLE MARYELLEN NOREIKA**
**United States District Court Judge**

**APPEARANCES:**

**YOUNG CONAWAY STARGATT & TAYLOR**
**BY: ANNE SHEA GAZA, ESQ.**
**BY: ROBERT VRANA, ESQ.**

**-and-**

**APPEARANCES (Cont'd):**

**MORRISON FOERSTER, LLP**
**BY: DARALYN DURIE, ESQ.**
**BY: ERIK OLSON, ESQ.**
**BY: SCOTT LLEWELLYN, ESQ.**
**BY: SHAELYN DAWSON, ESQ.**
**BY: NICHOLAS FUNG, ESQ.**
**BY: SARAH BRICKEY, ESQ.**
**BY: LAURA GILBERT REMUS, ESQ.**
**BY: ZACHARY QUINLAN, ESQ.**
**BY: MICHAEL DeSTAFANO, ESQ.**

**Counsel for the Plaintiff**

**MORRIS NICHOLS ARSHT & TUNNELL LLP**
**BY: JACK BLUMENFELD, ESQ.**
**BY: JENNIFER YING, ESQ.**

**-and-**

**PAUL WEISS**
**BY: KAREN L. DUNN, ESQ.**
**BY: WILLIAM ISAACSON, ESQ.**
**BY: CATHERINE NYARDY, ESQ.**
**BY: JACOB BRALY, ESQ.**
**BY: RUBY GARRETT, ESQ.**
**BY: MELISSA ZAPPALA, ESQ.**
**BY: JACOB BRALY, ESQ.**
**BY: WILLIAM MARKS, ESQ.**

**Counsel for the Defendants**

08:27:52

08:27:52

\- - - - - - - - - - - - - -

08:27:52 COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in
08:32:53 session. The Honorable Maryellen Noreika presiding.

08:32:53 THE COURT: Alright. Good morning, everyone.
08:32:56 Please be seated. Thank you for your agreement on a number
08:33:03 of things in the instructions and your close read to get rid
08:33:14 of some of the typos and things.

08:33:17 Alright. So why don't we start, plaintiff,
08:33:20 where is your first place where you want to make an
08:33:26 objection, just tell me so that if theirs is first they can
08:33:31 be first, where is your first place?

08:33:33 MS. DAWSON: 3.2, the elements.

08:33:35 THE COURT: And defendants, do you have anything
08:33:38 before 3.2?

08:33:40 MR. BLUMENFELD: No, Your Honor, I don't think
08:33:42 we have any objections. They have the only two.

08:33:45 MS. DAWSON: That's correct. The only
08:33:47 objections between the parties are 3.2, 3.3, and then
08:33:50 question three on the verdict form.

08:33:53 THE COURT: So we are going to accept all of the
08:33:56 changes that you guys proposed. And then go from there.
08:34:00 Okay. So 3.2, assumption. That was the one where I said
08:34:07 could defendant give me some law.

08:34:09 MS. DAWSON: That's correct, Your Honor.

08:34:10 THE COURT: Do you guys have any law?

going to bring a suit and say you care about contracts and you're going to sue another party and you've had a contract for 20 years, you should show that contract. And so I am going to talk to you about that. It's not just our defense to both breach questions on the verdict form, it is also our counterclaim. So the third question is about this. And that's our counterclaim.

Alright. So the other reason that Qualcomm is here is we could never agree to destroy technology that we have a legal right to develop and send out into the world. It took engineers, hundreds of them, hundreds of thousands of hours to create and build this stuff. And we could never agree just to destroy it.

And we can't even believe that anyone would demand it. And Arm's counsel just told you, well, we had a choice, we could be extorted or we could destroy stuff, that's not a good choice, and I think it is a good thing to stand on your rights, especially when you have a contract like this that has been negotiated expressly to give you those rights. So that's why we're here. That's why we have sat through a week. And we'll talk a lot about those things.

So why is Arm here? Now that I think is one of the essential questions in this case. And I think the jury instructions you heard from Judge Tennyson told you that

it's our job to knit together the pieces of evidence that come in one by one, so I'm going to try to do that today. And I will tell you that Arm is not here because they were harmed, and we will talk about how you saw no evidence of harm, which is an element of a breach claim. If you can't prove harm, you can't prove breach. Full stop under the law.

Now, just to be clear, also, Arm is not claiming damages in this case. They are not claiming damages. You will not see -- sorry, I want to make sure the technology is working in this big technology case.

You will not see a line for damages on your verdict form.

So for many people maybe in this courtroom, the a ha moment came during the testimony of Dr. Colwell, you remember that was Arm's expert. And we learned from Dr. Colwell that 70 percent of all devices in the world are Arm compatible. And that includes your laptops, your cars, if you have a desk top computer still, your phone, like basically everything. And here you can see Arm's expert Dr. Colwell says that that is 99 percent of the world's smartphones.

And Arm's position in this case is that every one of those is a derivative, that they can decide to say it needs to be destroyed if they can find a way to get out of

the contract. They think they own that. So after this you can just hand me over your phones and I'll give it to ARM's counsel and they'll just step on them or something. That's their position, when they said we should have destroyed it because it's a derivative, they are talking literally about all the world's technology. As Mr. Haas said, it's all Arm to me.

And now that we've seen all the evidence, we can see that what this case is really about is about the desire of a company who has developed an instruction set that used to be neutral and open and a lot of people signed up to use it, now they want to leverage that and they're saying well everything that used that instruction set is a derivative. And you heard that again in opening today. And so the point is that they say the future is built on Arm but what this case is about, what they're telling you is that the future belongs to Arm.

And if you think about it, this pertains -- you know, we heard some of the other company names here who have an ALA, Google, Amazon, we saw Microsoft, I think, I don't know, I could be getting some of those names wrong and I apologize if I am, but you can bet the world is watching here to know what happens if Arm can claim that everything is a derivative of their instruction set and that they have a destruction right that we should have followed here.

So I want to talk a second about Richard Grisenthwaite. This is Arm's chief architect. And he is the one who wrote we have a bomb proof license and you saw the chat where someone else is telling him that maybe that's not true. And you'll remember Mr. Williamson, the second witness said that Mr. Grisenthwaite is the one who really knew the Arm ARM, he really knew, and so I'm not going to show you a chat, I'm just going to show you his under oath testimony from November 15th of 2023. And under oath, he was asked, the basic architecture that would enable you to build a CPU, is it available to the public.

And he tells the questioner, be careful with the word enable. An architecture doesn't teach you how to build the architecture, it tells you how to be compliant. They, the Nuvia engineers, are bringing their own know how into how to build a CPU.

And so you'll note that the chief architect of Arm was not brought to you as a witness, in fact we had to call him, you heard his deposition. And it's clear why they didn't bring him, and we'll see some of his other testimony, because he contradicts their contract claim. This is the exact opposite of what they're telling you, they're saying they own, that it's a derivative, that it's embodied, and he says it's not. In addition to bringing the chief architect, they also didn't bring you anyone with actual memory of the

contract ain't that.

Alright. So just Included technology. Gerard Williams explained to you and it actually was hard to follow, but Mr. Grisenthwaite agreed, B, C and D are not Included Technology, therefore, they're not Arm Technology. All we're looking at is A. In A, here is the highlighted provision, same as counsel for Arm highlighted, specifications. Right. Gerard Williams said we didn't use the other stuff that's not highlighted, we used specifications. What are the specifications? Those are those shorter documents that are issued after a full version of the Arm ARM that are confidential for a period of time and the versions they use at Nuvia were public by the time Qualcomm acquired Nuvia. No one disputed that. In fact, Dr. Colwell agreed when we looked at the 2020 extension. This was, I don't remember, 38 pages, I held it up and compared it to that. This is an extension or specification. This is not the Arm ARM. So when counsel tells you, going back, this reference manual is the Nuvia ALA, the documentation identified in Section 1, the specifications, when counsel tells you that's the Arm ARM, Dr. Colwell told you that's not true.

So the Arm ARM, which is where all the derivatives came from, are not confidential information under this contract.

The other power grab is defining derivative. This is where Dr. Colwell also had to agree if I accept this contract definition, everything is a derivative throughout the world. If it's Arm compliant, it's a derivative and then Arm under its standard contracts can destroy it if it's terminated. In fact, it doesn't even have to be a completed core, it doesn't matter if you finish designing the core, in fact, I think you said designs are intended to be Arm compliant, making it a derivative, yes. Even the designs before you finish, all the innovation is subject to an Arm destruction obligation for all the large companies you heard that have ALA's under this interpretation, which is why it is so wrong, and what's actually going on here makes no sense, because as a technical matter you heard it's not a derivative, but what's wrong with the argument under the contract. Here is where they say, well, architecture compliant cores, 1.8, they point to that. They don't point to 1.8(ii), Nuvia architecture compliant cores. An Arm compliant core is one that Arm makes under the TLA. That rationale makes sense. If you actually have one of their cores that they made, a CPU that they made, right, having them control that makes sense.

The interpretation of this contract that says every architecture compliant core in the world is theirs does not make sense.

12:07:25 The other thing is, it was undisputed, Nuvia did not complete an architecture compliant core. There never was an architecture compliant core under the Nuvia ALA. This provision would never have gotten triggered until it was done. In fact, they're actually leaving out some of the words, because Arm Technology has been recast, transformed, or adapted, including architecture compliant cores. So you actually have to have Arm Technology that is being recast, transformed or adapted resulting in an architecture compliant core and remember that's not what's in the Qualcomm products.

In fact, at the end of the day, it's undisputed by their experts that the Qualcomm products, that Gerard Williams told you about, those cores, those architecture compliant cores of Qualcomm have no Arm Technology. What they're asking you to do is outrageous.

I'm just going to touch on these last provisions. They're not on your verdict form, I'm throwing these out here to say we don't care about the contracts, we do care about the contracts, we care about our ALA's, we care about their contract, and we just don't want them to use that contract to extort these high rates for what we consider inferior technology so we didn't agree to accept -- to take on their contract. The consent provision, which they mention, requires an assignment. No assignment ever

12:53:29 quiet and convenient place, that you will not suffer anyone
12:53:32 to speak to them, nor speak to them yourself touching the
12:53:36 issue before them unless it be to ask them have they agreed
12:53:39 upon their verdict?

12:53:42 JURY OFFICER: Yes, sir.

12:53:42 THE COURT: Thank you so much. Jurors, you can
12:53:45 follow the jury officer out.

12:53:47 COURTROOM DEPUTY: All rise.

12:53:48 (Jury exiting the courtroom at 12:53 p.m.)

12:54:04 THE COURT: Alright. Anything else we need to
12:54:05 talk about?

12:54:06 MS. DURIE: I don't think so.

12:54:07 MS. DUNN: No, Your Honor.

12:54:08 THE COURT: Alright.

12:54:09 (Court adjourned at 4:35 p.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Dale C. Hawkins
Official Court Reporter
U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**<u>PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE #2</u>**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 22, 2026

Although Arm successfully precluded Qualcomm from discussing evidence of specific performance remedies in the first case, C.A. No. 22-1146, D.I. 518-15, Arm now argues that evidence and argument about the remedy available under Section 8.3 of the ALA and TLA are relevant here. Arm is wrong.

There is no factual dispute for the jury to resolve with respect to the amount of royalties owed under Section 8.3. Arm contends that the Section 8.3 remedy must be presented to the jury because "there has been no stipulation" on the amount of damages. Opp. 2-3. But Arm ignores that the liquidated damages provision *is* such a stipulation. An "agreement for liquidated damages" is an "agreement between the parties to a contract" for the payment of "a stipulated sum in damages in the event of the breach of said contract on the part of either." *Wright* v. *Rodgers*, 198 Cal. 137, 140 (1926). Moreover, the parties agree on the amount of liquidated damages owed through March 31, 2025—regardless of whether accrual began on January 4, 2023 or October 27, 2024. Ex. 2C ¶ 38, Schedule 2.1; Ex. 2D, Attachment 4.1. *Cf. Chubb* v. *On-Time Wildfire Feeders*, 2009 WL 424218, at *1-2 (M.D. Pa. Feb. 19, 2009) (a factual dispute about the recovery available for fire damage to real property was a question for the jury).

Arm nonetheless contends that the jury is "entitled to" learn the size and dollar amount of the Section 8.3 remedy because Arm generally contests liability and asserts a statute-of-limitations defense. Opp. 1-2. But Arm fails to explain why that information is relevant to jury questions on liability. *See HBE Leasing Corp.* v. *Frank*, 22 F.3d 41, 45-46 (2d Cir. 1994). If the jury determines that Arm's breach occurred after January 4, 2023, Qualcomm is entitled to a pro rata share of the stipulated remedy.

The Section 8.3 remedy is irrelevant to credibility. Opp. 3. But even if it were, its minimal probative value would be substantially outweighed by undue prejudice. Fed. R. Evid. 403; Mot. 2.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused copies of the foregoing document to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

Gregg F. LoCascio, P.C. *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

Jay Emerick, Esquire *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

Meghan Kelly, P.C. *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 5(c)**

**PLAINTIFFS' MOTION IN LIMINE NO. 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**PLAINTIFFS' MOTION IN LIMINE #3: TO PRECLUDE ARGUMENT OR EVIDENCE RELATING TO QUALCOMM'S LICENSING PRACTICES**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 12, 2026

Arm should be precluded from eliciting testimony, introducing evidence, or presenting argument regarding Qualcomm's licensing practices generally, and any and all references specifically to *FTC* v. *Qualcomm*, Civ. No. 17-220 (N.D. Cal.) (the "FTC Action"); *In re Qualcomm Inc. Securities Litigation*, Civ. No. 17-121 (S.D. Cal.) (the "Securities Action"); *In re Qualcomm Antitrust Litigation*, MDL No. 17-2773 (N.D. Cal.) (the "Consumer Action"); *Apple Inc.* v. *Qualcomm Inc.*, Civ. No. 17-108 (S.D. Cal.) (the "Apple Action"); or antitrust investigations by foreign agencies, including China's 2013 investigation into Qualcomm's licensing of standard-essential patents ("SEPs") (collectively, the "Prior Actions"). Any references to Qualcomm's licensing practices or the Prior Actions are irrelevant, pose a significant risk of unfair prejudice and confusion, and should be excluded. *See* Fed. R. Evid. 401-403.

***Relevance.*** This case is about Arm's conduct, not Qualcomm's licensing practices. In particular, Qualcomm's tortious-interference claim, which the jury will decide, concerns Arm's attempt to disrupt Qualcomm's business relationships. The Prior Actions each involved disputes over Qualcomm's licensing of cellular SEPs. Qualcomm's licensing practices ultimately were found not to violate the federal antitrust laws or California state law in *FTC* v. *Qualcomm Inc.,* 969 F.3d 974, 1005 (9th Cir. 2020), and *Key* v. *Qualcomm Inc.*, 129 F.4th 1129, 1135 (9th Cir. 2025). Qualcomm's cellular-SEP-licensing practices, and the Prior Actions concerning them, bear no relevance to any issue before the jury and should thus be excluded.

Arm argues that Qualcomm's licensing practices are relevant to Qualcomm's tortious-interference claims because those claims are predicated on UCL violations, and Qualcomm's purportedly "sharp elbowed" licensing practices would demonstrate the commercial fairness of Arm's licensing practices at issue here. Ex. 3A, at 4; Ex. 3B, Hr'g Tr. at 297:5-308:8 (Aug. 14, 2025). Arm sought discovery into Qualcomm's licensing practices—which Qualcomm has

objected to as irrelevant, Ex. 3C, No. 13; Ex. 3D, No. 87—and produced materials that reference the FTC Action and compare Qualcomm's licensing practices to those of Arm. *See*, *e.g.*, Ex. 3E, at 10 (DTX-2702); Ex. 3F (DTX-2705).

Such materials should be excluded. For starters, Qualcomm's SEP-licensing business operates in a wholly separate area of competition from Arm's business. Qualcomm's SEP licensing business is based on public telecommunications standards and the portfolios of patents that are essential to those standards; Arm's business is based on proprietary instruction-set architectures and CPUs and involves the licensing of technology, designs, software, and many other rights in addition to patents. Any evidence about Qualcomm's licensing practices is not relevant to whether Arm's conduct is unlawful. *See In re Urethane Antitrust Litig.*, 2015 WL 9294670, at *2 (D.N.J. Dec. 21, 2015) (excluding evidence of plaintiffs' anticompetitive behavior in part because plaintiffs' conduct "does not appear especially relevant to the determination" of the defendant's anticompetitive behavior in a separate market); *Reazin* v. *Blue Cross & Blue Shield of Kansas, Inc.*, 663 F. Supp. 1360, 1433-34 (D. Kan. 1987) (excluding evidence of plaintiff's antitrust violations because the case concerned "*defendant's* intent, motive, and power in the market," and the plaintiff's violations involved "a different product market and a different geographic market").

Arm's relevance argument also rests on its incorrect assertion that Qualcomm must prove an antitrust violation to prevail on its UCL claim, such that Qualcomm's licensing practices (found not to violate the antitrust laws) could rebut allegations that Arm's practices violated antitrust standards. Ex. 3A, at 5; Ex. 3B, Hr'g Tr. at 303:1-305:19. But Qualcomm does not need to show a specific antitrust law implicated by Arm's conduct for a UCL violation under California law. *See Epic Games, Inc.* v. *Apple, Inc.*, 67 F.4th 946, 1002 (9th Cir. 2023). Arm's position on

relevance is thus legally incorrect in addition to factually erroneous.

***Prejudice and confusion.*** Even if Qualcomm's licensing practices and the Prior Actions were relevant to the issues before the jury, the risk of prejudice and jury confusion would substantially outweigh any minimal probative value that the evidence might provide.

Courts in this district "routinely exclude evidence and argumentation relating to prior litigation because the risk of unfair prejudice substantially outweighs the probative value of any evidence." *IBM Corp.* v. *Zynga Inc.*, 2024 WL 3993290, at *2 (D. Del. Aug. 29, 2024); *accord Blancha* v. *Raymark Indus.*, 972 F.2d 507, 516 (3d Cir. 1992). Such evidence can be "highly confusing to the jury," often has "very little relevance," *IBM Corp.*, 2024 WL 3993290, at *2, and could "make the jury believe [a party has] a propensity to engage in unlawful behavior," *Sloan* v. *Frascella*, 2013 WL 12155338, at *1 n.2 (E.D. Pa. Aug. 12, 2013)—which would be especially unwarranted given that Qualcomm prevailed in the FTC and Consumer Actions, *see Qualcomm Inc.*, 969 F.3d at 1005; *Key*, 129 F.4th at 1135, and settled the Securities and Apple Actions without admission of wrongdoing, Ex. 3G. Evidence about Qualcomm's licensing practices and the Prior Actions would "tempt the jury to decide the case on an improper basis, such as the relative moral worth of the parties," and "create[] a risk of a lengthy mini-trial regarding the Plaintiffs' behavior." *In re Urethane Antitrust Litig.*, 2015 WL 9294670, at *2 (citation modified).

Presenting evidence on Qualcomm's licensing of its separate technology or the allegations and outcomes of the prior actions will distract and confuse jurors about the relevant issues in this action. *See IBM Corp*., 2024 WL 3993290, at *2. Because reference to Qualcomm's licensing practices and the Prior Actions would pose an inordinate risk of prejudice, confusion, and mistake, evidence related to them should be precluded under Rule 403 in addition to Rules 401 and 402.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 12, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

Gregg F. LoCascio, P.C. *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

Jay Emerick, Esquire *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

Meghan Kelly, P.C. *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 3A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

C.A. No. 24-490-MN

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**FILED UNDER SEAL**

**DEFENDANT ARM HOLDINGS PLC'S**
**LETTER BRIEF TO SPECIAL MASTER RYCHLICKI**

Dated: August 1, 2025


OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Meredith Pohl
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
meredith.pohl@kirkland.com
matt.mcintee@kirkland.com

Jay Emerick
Reid McEllrath
Adam M. Janes
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com
reid.mcellrath@kirkland.com
adam.janes@kirkland.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendant Arm Holdings plc*

Nathaniel Louis DeLucia
Peter Evangelatos
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
nathaniel.delucia@kirkland.com
peter.evangelatos@kirkland.com

Daralyn J. Durie
Shaelyn Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
ddurie@mofo.com
sdawson@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

Dear Special Master Rychlicki:

Qualcomm alleges across eight counts that Arm breached two contracts, tortiously interfered with Qualcomm's customer relationships, and engaged in unfair competition in violation of the California UCL. Yet Qualcomm still has not disclosed the basic contours of its claims against Arm, beyond what it alleges in its Complaint, let alone provided the discovery Arm needs to defend itself. Qualcomm's interrogatory responses largely recycle the Complaint (Exs. 14-15), and it refuses to produce witnesses on important 30(b)(6) topics (Ex. 12). It refuses to produce documents responsive to more than ***80 RFPs*** (Exs. 1-3);[1] for the requests where it has agreed to produce documents, it searched for ESI using overly limited terms with the wrong custodians. In keeping with the Scheduling Order's directive that "the more detail a party provides, the more detail a party shall receive," D.I. 44 at 4, Arm submitted detailed responses to Qualcomm's interrogatories. Exs. 4-7. Arm should get the same from Qualcomm and have the opportunity to conduct additional depositions once Qualcomm provides fulsome responses.

**Qualcomm's Refusal to Provide Deposition Dates**: Qualcomm refuses to provide a deposition date for Pradeep Kanapathipillai. This witness is relevant to Qualcomm's claim that Arm's alleged withholding of certain materials (OOB and ACK patches) harmed Qualcomm, including whether it had to "expend[] extra time and resources." Ex. 8, ¶ 96; Ex. 9 at 13:16-21; 68:13-70:13, 87:16-88:9 (Qualcomm's Senior Director of Engineering testifying Mr. Kanapathipillai is responsible for verification of Qualcomm's CPU cores).

Arm noticed Mr. Kanapathipillai's deposition on June 12. On June 27, Qualcomm offered Mr. Kanapathipillai for July 16 (five days after fact discovery closed). On June 30, Arm requested a date that was before the close of fact discovery. Qualcomm refused, and on July 11, it unilaterally cancelled the July 16 date and refused to provide new dates. In contrast, Arm provided deposition dates for every witness Qualcomm has noticed—even when Qualcomm served one of those notices, for Mohamed Awad, after the deadline the local rules impose. *See* D. Del. LR 30.1; D.I. 289; Ex. 10 at 4; Ex. 11. Qualcomm should make Mr. Kanapathipillai available for a deposition.

**Qualcomm's Refusal to Provide Witnesses on Certain 30(b)(6) Topics**: Qualcomm refuses to provide witnesses on, and unduly narrowed the scope of, several 30(b)(6) Topics.[2] For example, Topic 81 seeks testimony on Qualcomm's market power, influence, or position with respect to CPUs, which is relevant to whether Arm's conduct can "harm or threaten to harm competition for CPU … designs" or "pressure [Qualcomm's customers] not to acquire products from Qualcomm." Ex. 8, ¶ 207. Qualcomm improperly changed this Topic to "Qualcomm's competitive intelligence analysis regarding Arm." Ex. 12. Qualcomm refuses to produce a witness on Topic 59, which concerns Qualcomm's decision to disclose the Notice of Breach Letter in its November 6, 2024, Form 10-K. Whether and when Qualcomm would have disclosed the letter on its own, absent the *Bloomberg* article regarding the letter, is relevant to Qualcomm's tortious interference claims and

[1] RFPs 6, 8, 10, 12-13, 26, 28, 30, 34, 37, 52-53, 56-57, 59-63, 66, 74-75, 78-81, 83-84, 87-88, 90, 93, 105, 108-109, 111-113, 116, 120, 124-127, 129, 131-136, 141-160, 165-168, 171, 173.

[2] Ex. 12, Topic Nos. 38, 52, 55, 59-61, 63, 76-77, 80-82, 84-85; Ex. 13, 7/25/2025 Ltr. from J. Emerick.

Arm's defenses. *See* Ex. 14; *see e.g.*, Ex. 8, ¶¶ 29, 33-34, 151-161; 181-203. Also, Qualcomm narrowed Topics 60 and 61, which concern Qualcomm's claims regarding disclosures or communications with third parties about the ALA breach allegations. Qualcomm cannot allege a claim and seek Arm's 30(b)(6) testimony on Arm's communications with the media yet refuse to provide testimony on topics seeking Qualcomm's disclosures to the same sources. Qualcomm should provide 30(b)(6) witnesses for the topics it has improperly withheld testimony.

**Qualcomm's Improper "Relevance" Objections**: Many disputes over Arm's discovery requests concern Qualcomm's erroneous view that only Arm's conduct is relevant, but Qualcomm's conduct is not—even where it bears directly on Qualcomm's own allegations and Arm's defenses. *Keel v. Del. State Univ. Bd. of Trustees*, 2021 WL 9649436, at *2 (D. Del. Mar. 30, 2021). Qualcomm objected to requests that quote its own Complaint. *See, e.g.*, Ex. 1, RFP 6 (Qualcomm's efforts to reduce its reliance on Arm); RFP 8 (alleged harms to Qualcomm's customer relationships); RFP 37 (Qualcomm's entitlement to deliverables under the ALA for its Nuvia-based technology); RFP 57 (potential termination of the ALA); Ex. 14, ROG 2 (Arm's alleged breach of the ALA); ROG 4 (Arm's knowledge of Qualcomm's existing or prospective business relationships); ROG 6 ("required" deliverables under the ALA); Ex. 8, ¶¶ 12-19, 52, 66, 150, 156-161. When asked, Qualcomm contended that discovery into the bases of those quotes is irrelevant because they come from the Complaint's background section, not the counts. But those counts "incorporate by reference all allegations set forth in the preceding paragraphs as though fully set forth" therein, *E.g.*, Ex. 8, ¶ 167, and Qualcomm relies on those allegations to oppose Arm's pending motion to dismiss.

These are the most blatant examples. Qualcomm also labels Arm's licensing practices "unfair," yet refuses to produce information about its own licensing arrangements and agreements, even for products that use Arm's ISA, on the same basis. *See, e.g.*, Ex. 2, RFPs 108-109, 116. Qualcomm's treatment of its licensees, Qualcomm's previous testimony regarding licensing practice in UCL litigation, and its own conduct is relevant to whether Arm's licensing conduct is "unfair," unscrupulous, or "harms competition." *See Bardell v. Banyan Del.,* 2024 WL 3273498, at *1 (D. Del. July 2, 2024). Qualcomm should provide discovery on the requests it is improperly claiming lack of relevance.

**Qualcomm's Breach Claim Deficiencies**: Qualcomm refuses to provide discovery necessary for Arm to assess Qualcomm's claim that Arm breached its ALA by not providing OOBs and ACK patches. In response to Arm's ROG 6 seeking Qualcomm's bases for alleging breach, Qualcomm provides no specificity; it simply refers to the Complaint and quotes portions of the ALA. Other than identifying high level material types (OOB and ACK patches), Qualcomm provides no detail on which OOB or ACK patches were allegedly withheld, or for which designs. Despite alleging that it had to "expend[] extra time and resources," Qualcomm refuses to describe the circumstances of that expenditure. Ex. 8, ¶ 96. For example, Qualcomm has largely refused to produce information about its "efforts to verify compliance" with Arm's ISA, RFP 149, or documents related to "validation" of compliant cores, RFP 160. Qualcomm's interrogatory responses similarly do not describe its verification efforts for any particular core or identify or describe any difference between Qualcomm's previous verification efforts and any allegedly increased verification efforts that Qualcomm contends resulted from Arm's alleged breach. *See* Ex. 14, ROG 13. Qualcomm should be precluded from going beyond its these responses. *Integra Lifesciences Corp. v. Hyperbranch Med. Tech., Inc.*, No. CV 15-819-LPS-CJB, 2017 WL 11558096 at *7-13

(D. Del. Dec. 11, 2017) (concluding that "Plaintiffs did not timely supplement their discovery responses" and granting Defendants motion to strike Plaintiffs' new damages theory).

**Qualcomm's Tortious Interference Claim Deficiencies**: Qualcomm has not provided meaningful discovery related to its tortious interference claims. Qualcomm has alleged that Arm interfered with Qualcomm's relationships with two companies (Smartphone Company and AI and Ecosystem Company) based on a notice of material breach letter that Arm served on Qualcomm, and that press outlets publicly reported. Qualcomm has prevented Arm from developing its defenses to these allegations by sealing the customers' names and refusing to share the identities with Arm's in-house counsel. And Qualcomm has refused to produce its own communications with the media or customers about its rights under the Qualcomm ALA despite alleging that Arm's statements about the same damaged Qualcomm's customer relationships. *See* Ex. 3, RFPs 124-127, 129, 131, 142. Indeed, three of Qualcomm's claims center on Arm's supposedly wrongful, tortious, and unscrupulous "leaking" of a letter "to the media," *e.g.*, Ex. 8, ¶ 206, but Qualcomm refuses to produce discovery on its publication of the letter in its SEC filings, just days later, and refuses to produce documents concerning its own "leaking," including for a story about confidential competition complaints by the same reporter at the same news outlet Arm communicated with. *See* Ex. 3, RFPs 145-147, 157-159. Qualcomm should have to provide information on its own communications with the media, and it should unseal the identities of the companies.[3]

**Qualcomm's Competition-Related Deficiencies**: Arm served interrogatories seeking the bases of Qualcomm's UCL claim. *See* Exs. 14-15, ROGs 5, 7-8. Qualcomm refused to meaningfully answer; instead, its responses are comprised of (a) nearly identical paragraphs distinguished by trivial changes; (b) generalized statements devoid of explanation or detail; and/or (c) bare references to other documents. *See* Exs. 14. Those responses are unacceptable. *See In re Wilmington Tr. Secs. Litig.*, 2017 WL 2457456, at *2 (D. Del. June 6, 2017). And although Qualcomm later purported to supplement its responses—and setting aside that Arm has independent gripes with those supplements on which the parties continue to meet and confer—those supplements did not remediate the substantive deficiencies Arm identified and briefed in June. *See* Ex. 14, ROGs 7-8.

Qualcomm says it "reserves the right to prove that Arm's business acts and practices were 'unfair' under ***any tests*** California courts apply." Ex. 17 at 2 (emphasis added). One of those tests, which applies in disputes between sophisticated corporations, requires proof that Arm's conduct "[1] threatens an incipient violation of an antitrust law, or [2] violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, or [3] otherwise significantly threatens or harms competition." *Cel-Tech Comm'cns, Inc. v. L.A. Cell. Tel. Co.*, 20 Cal. 4th 163, 187 (1999). But Qualcomm refuses to identify the antitrust laws supposedly implicated by Arm's conduct. *See* Ex. 14, ROGs 5, 7-8; *see also Gregory v. Albertson's Inc.*, 104 Cal. App. 4th 845, 856 (2002). Without this basic information, Arm cannot develop its legal or

[3] Arm intends to identify additional issues with Qualcomm's interrogatory responses in its next brief.

factual defenses to show its conduct does not threaten an incipient antitrust violation or violate the spirit of those laws.

Qualcomm's refusal to identify relevant market(s) with respect to its UCL claim has prejudiced Arm's ability to obtain discovery. *See Novanta Corp. v. Iradion Laser*, 2016 WL 4987110, at *7 (D. Del. Sept. 16, 2016). Here, the relevant market could be any number of things ranging from an all-CPU and/or SoC market, specific market segments (mobile, data center, automotive), or the market for instruction set architectures themselves. It is impossible to say how "competition" is harmed in the absence of a market or identification of any alternative products. *See Gamboa v. Apple*, 2025 WL 660190, at *6 (N.D. Cal. Feb. 28, 2025) ("Without a definition of [the] market there is no way to measure [the defendant's] ability to lessen or destroy competition."); *Racek v. Rady Children's Hosp. of San Diego*, 2012 WL 2947881, at *6 (Cal. App. July 20, 2012) (similar); *Sun Microsystems v. Microsoft*, 87 F. Supp. 2d 992, 1001-02 (N.D. Cal. 2000) (similar); *Ohio v. Am. Express Co.*, 585 U.S. 529, 543 (2018).

No court has adopted Qualcomm's *sui generis* position that under the UCL it need not even ***identify*** a relevant market. Qualcomm cited *PeopleBrowsr v. Twitter*, 2013 WL 843032 (N.D. Cal. Mar. 6, 2013) in its interrogatory responses, but the issue there concerned federal subject matter jurisdiction—the court did not hold that parties could plead UCL claims without identifying any relevant market. In *Epic Games v. Apple*, there was extensive discovery (expert and otherwise) into the relevant market, but the holding was simply that, even if a party does not ***prove*** a market to Sherman Act certainty under the federal balancing test, a plaintiff can still satisfy the UCL. 67 F.4th 946, 1001 (9th Cir. 2023). It did not hold that a party need not identify a relevant market, competitors within that market, or substitutable products at issue. Nor has Qualcomm ever argued that its UCL claim raises the kind of "quick look" legal question related to price fixing in which "a precise market-definition is not needed." *Id.* at 1002. Qualcomm is obligated to explain the theory on which it plans to litigate its UCL claim, including in what market competition was harmed, what competitors were harmed, how so, what products were affected, and what effect that had on consumers in that market. Qualcomm must actually answer Arm's competition-related interrogatories, as the limited information provided so far has significantly hampered Arm's defense.

**<u>Qualcomm's ESI Search Terms and Custodians Are Deficient</u>**: Qualcomm's ESI search terms are inadequate. *See* Ex. 24. Qualcomm provided its first and only list of search terms on March 17 in response to Arm's first set of RFPs, even though Arm subsequently served additional RFPs (on March 14, April 1, June 9, and June 11) covering additional issues. Exs. 18-22. Further, Qualcomm was permitted to amend its complaint, *see* D.I. 137, which added new claims regarding Arm's alleged breach of the TLA and licensing of v10. Yet Qualcomm has refused to supplement or broaden its terms or custodians. *See* Exs. 18, 25-26. *McGovern v. Amazon Web Servs.*, No. 1:20-cv-01399-SB, D.I. 114 (D. Del. Dec. 11, 2023); *id.* D.I. 118 (D. Del. Dec. 22, 2023). Further, Qualcomm's March 17 terms are unduly narrow, containing overly limiting conjunctions and including only portions of relevant terms without root expanders (*e.g.*, "RISC," without a root expander, instead of "RISC*" or "RISC-V," the proper name). *See Frontier Commc'ns v. Google*, 2014 WL 12606321, at *4-5 (D. Del. Feb. 3, 2014) (ordering party to "revise [a] proposed string search … to include the plaintiff's name and additional variations of the term"). For core issues like unfair competition and Arm's alleged withholding of OOB and ACK patches, Qualcomm has only a ***single*** search term. Qualcomm has only three narrow search terms on TLA and v10 that do

not adequately cover those issues. Moreover, Qualcomm refuses to run its terms against witnesses it has identified as knowledgeable about the key issues and has refused to supplement its search term custodians to include witnesses who testified they are knowledgeable about key case issues. Exs. 25-26. Qualcomm cannot withhold relevant discovery by shirking its ESI obligations.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Words: 2,376

# Exhibit 3B

**In the Matter Of:**

*QUALCOMM INCORPORATED vs*

*ARM HOLDINGS PLC*

---

*SPECIAL DISCOVERY MASTER HEARING*

*August 14, 2025*

---

LEXITAS™

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HIGHLY CONFIDENTIAL/ ATTORNEYS' EYES ONLY

QUALCOMM INCORPORATED, a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

Civil Action No. 24-490-MN

August 14, 2025
12:00 p.m.

BEFORE:
HELENA C. RYCHLICKI, ESQ.
SPECIAL DISCOVERY MASTER

TRANSCRIPT OF PROCEEDINGS

LEXITAS REPORTING
Registered Professional Reporters
1330 King Street
Wilmington, Delaware 19801
(302) 655-0477
www.lexitaslegal.com

NOTE: All parties participated via

294

issues. And then some of my colleagues will address a few other of the RFP's enumerated there that hit on TLA or ALA issues more specifically.

If that makes sense to you, I will go ahead and get started.

SPECIAL MASTER RYCHLICKI: Sure.

MS. POHL: So Qualcomm has a competition claim which we have heard a little bit about sort of throughout the day, but just to orient I think Qualcomm has a UCL theory under the California unfair competition law under which they allege a series of predicate acts which are related to sort of the other conduct in the case, other claims that you see throughout the complaint, but they have also --

SPECIAL MASTER RYCHLICKI: Quickly, why are we talking about -- and I probably should ask this of Qualcomm. But why are we talking about California rules? I mean we're here in

295

Delaware.

MS. POHL: Yes, Your Honor. My understanding is that California law applies under the contract and this is a choice of law matter so Qualcomm has elected to use California law as a contractual provision matter.

Obviously it's their count so if I'm wrong about that they should correct me but that was my understanding.

Your Honor, in addition to the predicate matters or conduct that is alleged as part of the UCL counts, there's also I think Qualcomm has reserved its right to satisfy the UCL under any test that might apply under California law. There's a couple of tests that might qualify. There's a test for competitors. There's a test for consumers.

What's relevant I think in particular about the test for competitors is something called the

296

tethering test. It discusses sort of three ways that you could satisfy the tethering test in a way in order to violate the UCL. So I will just read to you from a case called Cell Tech Communications vs Los Angeles Cellular Telephone Company: "A business competitor would violate the unfair competition law in California in satisfaction of the tethering test when the conduct threatens an incipient violation of antitrust law, violates the policy or spirit of one of those laws because its effects are compatible to or the same as a violation of the law or, three, the conduct otherwise significantly threatens or harms competition."

SPECIAL MASTER RYCHLICKI: Which case was that? Did you cite that in here?

MS. POHL: I believe so, Your Honor. It's call Cell Tech Communications. I believe it's on page

297

5, sort of in that second paragraph at the bottom of page 5.

SPECIAL MASTER RYCHLICKI: Okay. Yes. All right. Thank you.

MS. POHL: And the reason why I raise it is as a matter of developing discovery to satisfy the tethering test. Arm was served a number of RFP's targeted at what it considers to be comparable market conduct.

So if Qualcomm also engages in licensing, which we understand that it does, we have served RFP's related to Qualcomm's licensing practices and what would be in sort of market terms or the way market competitors operate in relation to licensing.

We have also served RFP's about pricing and I'll get into some specifics in a minute, but I think what ultimately we've seen in response to our RFP's is an unwillingness from Qualcomm to provide any discovery into

298

their own conduct.

So we have seen sort of -- it's funny. I think I heard Mr. Braly earlier use the word one-sided discovery. That's how I was going to characterize Qualcomm's responses to our RFP's. So, for example, we have teed up 80 RFP's in our motion to compel total.

If you look across the three sets of RFP's in which we have moved, it's almost 50 percent of all of the requests we served. Qualcomm said we don't think this is relevant; we're not giving you documents.

And we've met and conferred about this and what Qualcomm has sort of told us over and over again is we just don't think our conduct is relevant; our case is about Arm's conduct. I hear them, but if we're talking about market competitors in a UCL context then it does matter who the competitors are and how Qualcomm is

299

planning to develop its UCL theory and in the contours of that market and what its own conduct is such that it's able to describe and satisfy that Arm's conduct is unfair in some way.

So why don't I give some examples of this sort of parity or comparable RFP's that Arm served seeking information and discovery from Qualcomm about its market conduct.

So, for example, RFP 10 discusses all documents, communications and things concerning any pricing, price increases or price decreases for Arm-compatible cores, CPU's or products containing the same.

So obviously if you're thinking about threatening and incipient violations of the antitrust laws or the spirit of the antitrust laws, pricing is going to be really important. And in paragraph 208 of the second amended complaint Qualcomm has an allegation that Arm's conduct

300

because it's unfair is going to cause prices to rise for consumers.

So one reason why it would be important for us to know Qualcomm's pricing strategies, particularly for Arm-compatible cores, CPU's or other products containing the same, would be relevant for purposes of considering, for example, inelasticity of demand as a matter of ecometrics in a classic, in sort of more a Sherman-like antitrust case.

Now, I understand the UCL does not have exactly the same boundaries as a Sherman Act claim, but it doesn't necessarily follow then -- and I think maybe this is Qualcomm's position -- that we're not entitled to any of that kind of discovery such that we would be able to develop defenses that are sort of more akin to a traditional antitrust case, particularly where the tethering test invokes incipient violations of the

301

antitrust laws as a way to satisfy the test.

A couple of other examples that are included in footnote 1 to maybe just to talk about it in a little more detail, we also saw, for example, information related to Qualcomm's costs and revenues associated with our cores so that's RFP's 90 and 113.

I think I heard Ms. Nyarady earlier say that harm is an element of their claims. I'm sure that it is. One way we would know that they were harmed is if they suffered any sort of loss of revenue, for example, or if costs went up in a significant way.

So that's what animates our request for documents, communications and other information about their costs and revenues associated with our cores. If I understand their UCL theory correctly, it's that Arm's conduct is unfair because, in part, it will cause not just possibly rising prices for

consumer downstream but also that it might foreclose Qualcomm, for example, from access to the ISA at the end of the day.

So to that end we also served some RFP's. These would be RFP's 56 and 78 seeking any examples where Qualcomm has projected or forecasted as a financial matter the costs associated with termination of or expiration of the ALA.

So, for example, if one of Qualcomm's theories is without access to Arm's ISA we'll be foreclosed from our downstream markets and our ability to develop CPU's and other products, then it would be reasonable to think that there might be some financial forecasting of the harm that would occur either because the ALA will terminate at some point, which is what with Qualcomm alleges is unfair, or that it could just expire, but Qualcomm refused to produce any documents about



either of those points either.

A couple of other examples similar on the ISA point, Arm has served some RFP's about efforts to substitute for a different ISA. So, for example, we served an RFP about the Intel Foundry service. This is RFP 80.

Intel makes another kind of ISA. It would be a reasonable substitutable product maybe as a antitrust matter for Qualcomm to have chosen to use a different ISA or to have explored options to do so.

That would be relevant if, for example, there are other alternatives in a market for architecture, for example. Qualcomm refused to produce documents about that choice as well.

I think just in a more basic level Arm served some RFP's about Qualcomm's licensing practices. I think one of the ways that Qualcomm insists that Art's conduct was unfair



as a market matter is that Arm's licensing conduct is sharp elbowed to the extent that Arm is trying to force Qualcomm out of the market either for architecture CPU's or downstream products.

It isn't exactly clear, but I think what's relevant is if Qualcomm is also sharp elbowed in its licensing conduct. If, for example, Qualcomm moves aggressively to terminate licensing agreements or if it acts to reduce or raise licensing fees or reduce royalties or other conduct vis-a-vis its licensees, well, that would be relevant to whether there's market conduct that's unfair about licensing.

And one way that you would know that is -- I think this is not a secret, but Qualcomm has been the subject of other antitrust cases over time, including cases under the California UCL in which there was



conduct alleged against Qualcomm that was not dissimilar to the kind of conduct that they allege Arm is engaging in.

And not only did Qualcomm refuse to produce documents, statements or testimony from witnesses in those cases which would be relevant to not just impeachment, possibly if the witnesses overlap between that case and this one, but also as a matter of general conduct in a market for licensing and so it would be -- let me state this differently.

It isn't really unfair under the California UCL if Arm is engaging in the kind of licensing conduct that is as a matter of practice common for licensors, including for Qualcomm.

So Arm served several RFP's, including RFP's 13 and 87 related to general licensing conduct in the way that Qualcomm engages in licensing practices with its third parties.

306

We also served, which I mentioned earlier, some RFP's about testimony in those other cases. Those RFP's are 153 through 156. And Qualcomm refused to produce documents or communications about those as well.

Finally, there's one RFP related to a collaboration between Arm and SoftBank. I believe this is RFP 79. Qualcomm has refused to produce documents again on a relevance basis, although what's relevant from Arm's perspective is there's a flavor in the SAC and several allegations related to Arm's relationship with SoftBank and that there is somehow sort of an absent villain theory about this. I think it's maybe paragraph 1 of the complaint says that the relationship with SoftBank is a reason that Arm is seeking to disrupt Qualcomm's business.

It turns out I think that Qualcomm and SoftBank also have a relationship. And so what we sought is

307

information and documents related to that relationship so that we can understand that if there isn't anything inherently unfair about that relationship, then that would seem like a good defense to that theory as a flavor of the unfair competition claim. Right?

So one way to sort of boil all of this down on the competition RFP side of the house is there seems to be sort of a fine for me but not for thee is sort of the way to think about responses to RFP's.

And it seems to us that we have served a number of RFP's seeking conduct on which we're seeking to develop a defense. And we've been told that we're not entitled to any of that because none of Qualcomm's conduct is relevant. You can't square that though with the conception of a unfair competition claim which inherently assumes that according to Qualcomm's

308

allegations Arm and Qualcomm are competitors, which would mean that everyone's market conduct is relevant because we have to know what the market standard is in order to determine whether anything that Arm did is so outside the norm as to be unfair or unlawful as a matter of California UCL.

SPECIAL MASTER RYCHLICKI: Should we go on to Qualcomm on this issue?

MR. ISAACSON: Yes, Your Honor. This is Bill Isaacson. I'll be responding on this issue.

So the arguments you've been hearing are drawn from footnote 1 of their letter which doesn't have any arguments. It's just a list of RFP's. And all their letter said --

SPECIAL MASTER RYCHLICKI: I noticed that.

MR. ISAACSON: -- about why these were relevant, you didn't hear -- you heard a new letter and some remarks

309

from counsel that how Qualcomm treats its licensees, what Qualcomm's employees have previously testified is unfair licensing practices in its UCL litigation and its conduct itself that it has engaged in is clearly relevant to Qualcomm's claims without being specific about any of those things.

Now, Qualcomm's UCL claim about Arm's conduct describes how Arm by promising the marketplace and its licensees that it would be a neutral Switzerland grew the power of its ISA to now where it's in 99 percent of all cell phones in the world. And once it acquired that power it began to not only increase royalty rates, tried to double them, it also tried to move into the chip business and to knock its licensees, beginning and including Qualcomm, from competing in the chip business.

That was the origin of the first trial where they were seeking to

# Exhibit 3C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 24-490 (MN) |
| v. | ) | |
| | ) | **CONFIDENTIAL** |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S**
**FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1–58)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm") by and through their attorneys, hereby respond and object to Arm's ("Defendant") First Set of Requests for Production (Nos. 1–58) ("Requests").

The following responses are based solely on the information that is presently available and specifically known to Plaintiffs, and are given without prejudice to Plaintiffs' right to supplement with any subsequently-discovered facts. Plaintiffs reserve the right to supplement the following responses and to change any and all responses therein as additional facts are ascertained, analyses are made, and legal research is completed.

Plaintiffs respond to the Requests on the basis of information available at the time the responsive information was gathered, within the limits of time, and subject to the objections described below. Plaintiffs respond to the Requests as they interpret and understand each Request set forth herein. If Defendant subsequently asserts an interpretation of any of the Requests that differs from Plaintiffs' understanding, Plaintiffs reserve the right to supplement their objections and/or responses.

No incidental or implied admissions are intended by the responses herein. Plaintiffs' willingness to respond to any particular Request does not constitute an admission that Plaintiffs agree with any characterization, definition, or assumption contained in the Request or an assumption or an acknowledgement by Plaintiffs that the Request is proper, that the information sought is within the proper bounds of discovery or that demands for similar information will be treated in similar fashion. Furthermore, a statement that responsive documents will be produced in response to a particular Request does not mean that Plaintiffs know any such document exists or is in Plaintiffs' possession, custody, or control. The fact that Plaintiffs have provided a response to any particular request should not be taken as an admission that Plaintiffs accept or admit the existence of any fact or interpretation or conclusion of law set forth or assumed by such request or that said response constitutes admissible evidence. The fact that Plaintiffs have provided a response to any request is not intended to be, and shall not be construed as, a waiver by Plaintiffs of any part of any objection to any such request.

Plaintiffs' responses to the Requests contain, provide, or refer to information that is protected under District of Delaware Local Rule 26.2 and the agreed upon provisions of the proposed Protective Order in this matter and should therefore be treated accordingly. Plaintiffs reserve the right to amend or supplement their objections and/responses as appropriate once the Court enters a Protective Order and ESI Order in this matter.

Plaintiffs have not yet completed their discovery relating to this case and their investigation of the facts is ongoing. Plaintiffs anticipate that additional information responsive to the Requests may be obtained as discovery proceeds. Plaintiffs' responses to the Requests are therefore made without prejudice to Plaintiffs' right to amend, correct or supplement their responses to the Requests. Any responses will be supplied by Plaintiffs subject to all objections as to competence, relevance, materiality, propriety, admissibility, and any and all other objections on any grounds

**REQUEST FOR PRODUCTION NO. 12:**

All Documents, Communications, and Things concerning any comparisons of any Arm-designed cores, CPUs, or products containing the same to any cores, CPUs, or products containing the same designed by Qualcomm, Nuvia, or any Third Party.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Plaintiffs incorporate by reference, as though fully set forth herein, each of their General Objections and Objections to Definitions and Instructions. Plaintiffs object to this Request on the grounds that it is overbroad and unduly burdensome, including because it requests "all Documents, Communications, and Things." Plaintiffs further object to this Request on the ground that it is not relevant to any claim or defense in this litigation. Plaintiffs further object to this request to the extent that it calls for information that is in the possession, custody, or control of Defendant.

**Response:** Plaintiffs do not intend to produce documents in response to this Request but are willing to meet and confer with Defendant regarding the relevance and appropriate scope, if any, of the Request.

**REQUEST FOR PRODUCTION NO. 13:**

All Documents, Communications, and Things concerning Qualcomm's attempts or efforts to reduce the royalties or licensing fees it pays or has paid to any Third Party, and to increase the royalties or licensing fees it receives or has received from any Third Party.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Plaintiffs incorporate by reference, as though fully set forth herein, each of their General Objections and Objections to Definitions and Instructions. Plaintiffs object to this Request on the grounds that it is overbroad and unduly burdensome, including because it requests "all Documents, Communications, and Things." Plaintiffs further object to the Request on the ground that it is not relevant to any claim or defense in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Ruby J. Garrett
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Catherine Nyarady
Erin J. Morgan
Jacob A. Braly
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

March 10, 2025

# Exhibit 3D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-490 (MN) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | **CONFIDENTIAL** |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 59-122)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm") by and through their attorneys, hereby respond and object to Arm's ("Defendant") Second Set of Requests for Production (Nos. 59–122) ("Requests").

The following responses are based solely on the information that is presently available and specifically known to Plaintiffs, and are given without prejudice to Plaintiffs' right to supplement with any subsequently-discovered facts. Plaintiffs reserve the right to supplement the following responses and to change any and all responses therein as additional facts are ascertained, analyses are made, and legal research is completed.

Plaintiffs respond to the Requests on the basis of information available at the time the responsive information was gathered, within the limits of time, and subject to the objections described below. Plaintiffs respond to the Requests as they interpret and understand each Request set forth herein. If Defendant subsequently asserts an interpretation of any of the Requests that

differs from Plaintiffs' understanding, Plaintiffs reserve the right to supplement their objections and/or responses.

No incidental or implied admissions are intended by the responses herein. Plaintiffs' willingness to respond to any particular Request does not constitute an admission that Plaintiffs agree with any characterization, definition, or assumption contained in the Request or an assumption or an acknowledgement by Plaintiffs that the Request is proper, that the information sought is within the proper bounds of discovery or that demands for similar information will be treated in similar fashion. Furthermore, a statement that responsive documents will be produced in response to a particular Request does not mean that Plaintiffs know any such document exists or is in Plaintiffs' possession, custody, or control. The fact that Plaintiffs have provided a response to any particular request should not be taken as an admission that Plaintiffs accept or admit the existence of any fact or interpretation or conclusion of law set forth or assumed by such request or that said response constitutes admissible evidence. The fact that Plaintiffs have provided a response to any request is not intended to be, and shall not be construed as, a waiver by Plaintiffs of any part of any objection to any such request.

Plaintiffs' responses to the Requests contain, provide, or refer to information that is protected under District of Delaware Local Rule 26.2 and provisions of the Protective Order (D.I. 84) in this matter and should therefore be treated accordingly.

Plaintiffs have not yet completed their discovery relating to this case and their investigation of the facts is ongoing. Plaintiffs anticipate that additional information responsive to the Requests may be obtained as discovery proceeds. Plaintiffs' responses to the Requests are therefore made without prejudice to Plaintiffs' right to amend, correct or supplement their responses to the

**Response:** Subject to and without waiver of any of their objections, Plaintiffs will produce non-privileged documents in their possession, custody, or control, located through a reasonable, targeted search of agreed-upon custodians designed to reasonably and proportionately identify responsive documents, to the extent any exist.

**REQUEST FOR PRODUCTION NO. 87:**

All Documents, Communications, and Things related to Qualcomm's licensing practices, including any efforts by Qualcomm to terminate, not renew, narrow, or impose restrictions on a previously granted license and any efforts by Qualcomm to cut-off, limit, restrict, interfere with, or deny access to its licensed technology or future versions of its licensed technology by Third Parties.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

Plaintiffs incorporate by reference, as though fully set forth herein, each of their General Objections and Objections to Definitions and Instructions. Plaintiffs object to this Request on the grounds that it is overbroad and unduly burdensome, including because it requests "all Documents, Communications, and Things." Plaintiffs further object to this Request to the extent it seeks the production of documents or the disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other privilege or immunity from disclosure recognized by law. Plaintiffs further object to this Request on the ground that it is not relevant to any claim or defense in this case.

**Response:** Plaintiffs do not intend to produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 88:**

All Documents, Communications, and Things related to Qualcomm's efforts to restrict, deny, limit, or otherwise interfere with rival chipmakers or other competitors access to Qualcomm's licensed technology.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

Plaintiffs incorporate by reference, as though fully set forth herein, each of their General Objections and Objections to Definitions and Instructions. Plaintiffs object to this Request on the

**Response:** Subject to and without waiver of any of their objections, Plaintiffs will produce non-privileged documents in their custody, possession, or control located through a reasonable, targeted search of agreed-upon custodians designed to reasonably and proportionately identify responsive documents, to the extent any exist.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Ruby J. Garrett
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Catherine Nyarady
Erin J. Morgan
Jacob A. Braly
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

April 14, 2025

# Exhibit 3E

DTX-2702
1:24-cv-00490-MN

# Arm and a Leg: Arm's Quest To Extract Their True Value

Cheap If They Can Charge Qualcomm-like Royalties?

DYLAN PATEL, MYRON XIE, AFZAL AHMAD, AND DANIEL NISHBALL

SEP 14, 2023 · PAID

52 5 Share

Arm's success can be attributed to its innovative architecture, flexible licensing model, and strong ecosystem of partners. This highly flexible licensing model combined with aggressive investments into automotive, IoT, and datacenter have led to Arm's margins being depressed for a number of years.

Now the screws are tightening, with Arm looking to maintain a sustainable business model by ratcheting up pricing and coming closer to extracting the value that they actually deliver to the market instead of effectively discounting to secure market share growth. Today we will dive into royalty rates across the smartphone industry and how high they can be ratcheted up, scenarios around what happens with Arm's nuclear option in the Qualcomm lawsuit, datacenter outlook, Arm's role in the chiplet ecosystem, Arm China, and RISC-V. We will be sharing our framework and model for the firm's prospects going forward.

Arm has a range of engagement options with customers and their monetization increases as you go along the curve, from purely their instruction set all the way up to chip design partnerships and chiplets.

Arm is an Instruction Set Architecture (ISA), which is the interface between the software and the hardware, or specifically the microprocessor. The Instruction Set is the library of specific instructions that the chip is able to execute. All code that is written for that particular device is basically an abstraction of a combination of all these instructions. The Arm ISA is the most ubiquitous instruction set in the world, with the other famous one being x86 that we see in many CPUs. RISC-V is also on a meteoric rise.

The Arm ISA moat is very strong, especially in smartphones. We do not see smartphones able to transition to RISC-V anytime soon due to numerous software challenges. Designing a CPU is no easy task, and to date only a handful of firms (AMD, Intel, IBM, Apple, and Arm) have ever designed great CPUs and brought them to market. It requires a lot of time and engineering talent. Money alone doesn't make a good CPU. Apple licenses the Arm ISA via an Architectural License Agreement (ALA) and has been building their own core for many years. HiSilicon also licensing the Armv9 architecture but with a custom core design was another shocking part of new Huawei's Kirin 9000S news.

Due to the difficulty in designing custom cores and CPUs, even with the benefit of Arm's instruction set, most users choose to go with using external CPUs. Those handful of other companies that design CPUs only let you access them if you purchase their chips or devices, whereas Arm's flexible business model lets you integrate the CPU into your own chip by entering into a Technology License Agreements (TLAs) to purchase "off-the-shelf" CPU designs from Arm.

The TLA can be various degrees of customization of reference designs obtained through TLAs. Customers such as MediaTek use Arm Cortex cores in their smartphone SoCs that are fully off the shelf, whereas Qualcomm's Snapdragon SoCs have CPU cores (Kryo) that are Cortex cores with some slight customization. All else being equal, TLAs are more expensive with higher royalty rates than ALAs as TLAs offer greater value add and relieve the chip design companies of significant design work.

Arm is also trying to provide more versatile options to suit different customer use cases, for example its recent announcement at Hot Chips 2023 of the compute subsystem (CSS) offering for its Neoverse line of CPU cores for datacenter and cloud computing. The CSS offering is a fully validated block that allows for some customization in terms of memory, I/O and any additional accelerators needed either on or off die. This offers lower cost and faster design cycle time while still allowing for some customization.

Arm is also branching out into more segments, including the contract chip business. This would bring them into competition with Broadcom, Marvell, and more. Instead of



ARMQC_02800824

DTX-2702.0002

just collecting royalties, designing the whole chip would allow them to charge higher prices. This opportunity would also create new customers. For example, phone vendors like Xiaomi or Vivo are designing custom chips with Arm. This would cut out the middleman of Qualcomm and significantly increase the TAM for Arm. Their vast array of IP gives customers many options and their interoperability makes the cost of development lower and time to market shorter. It also enables many new IoT, Edge, and Datacenter players to be stood up.

Whereas other companies tend to grow by upselling products and services to their customers, Arm falls into the conundrum of experiencing an opposite pattern with their customers. As their main customers grow and become more sophisticated, the customers may actually require less from Arm as they start designing their own cores and downgrade from TLAs to bare ALAs.

For example, Qualcomm has been a purchaser of fully off the shelf cores. However, after acquiring datacenter CPU startup Nuvia who are designing fully custom Arm-based Phoenix cores, Qualcomm expressed their intention to use Phoenix Cores in their Snapdragon APs in the future. No doubt, this is part of the dispute between Qualcomm and Arm as this would be a way for Qualcomm to basically sidestep paying Arm for technology.






ARMQC_02800825

DTX-2702.0003

The compute subsystems are also a way for Arm to absorb more design effort from customers. By offering the compute subsystem as a whole, switching to in-house architecture is more difficult because a whole host of verification, validation, and NOC IP must be brought up.

Arm is even potentially going to offer datacenter CPU chiplets for their major datacenter customers such as Marvell, Google, Amazon, Microsoft, Meta. These firms are designing a variety of chips, from CPUs to ASICs, but that doesn't preclude them from utilizing an Arm based chiplet that is sold to them from Arm. This would dramatically reduce design costs, which is important as design costs are soaring.

## Arm's Portfolio (Cortex, Mali, etc.)

Arm is featured in a wide variety of chips and devices. The devices that Arm's architecture and cores power run the gamut of simple micro-controllers, to virtually all global smartphone application processors, up to devices for HPC use cases such as the Nvidia Grace Hopper super chip.

For off-the-shelf cores, Arm's main product is the Cortex line of CPU cores. Arm also designs GPUs, NPUs, ISPs, interconnects and more.

A relatively recent initiative for Arm has been designing cores tailored for datacenters and the cloud. The Neoverse cores were first introduced in 2019 and they have seen adoption within hyperscalers, featuring in AWS Graviton and Nvidia Grace to name a few examples.




## Arm's Growth Opportunities (or lack thereof)

Like many others, we initially came back underwhelmed after reading the IPO filing. Arm provides truly foundational semiconductor technology and Arm's IP is shipped in around 30 billion ICs annually. In some applications like smartphones, Arm is the only game in town.

If you were to ask chip analysts what the most important semiconductor companies in the world are, most would include TSMC, Samsung, ASML, Intel, and Arm in their answer. Yet Arm makes a fraction of the revenues of those companies, only earning $2.7B of revenue and about $670M of operating profit at a 25% margin in the fiscal year ending March 2023. Those are good operating margins, but not for a leading semiconductor IP company with dominating market share in its key segments.

Revenue growth at Arm has been decent but far from incredible, Arm's revenues have grown at a 12% CAGR over the last 10 years. Going forward, Arm's main end-market smartphones is likely to be a mature and saturated segment. Competition from RISC-V is emerging in low-end microcontrollers. Cloud and datacenter is the most promising segment for Arm going forward in terms of penetration potential, but this segment alone won't take Arm's total designed-in shipment volumes much higher.

Taking this into context, the mooted $54.5B IPO valuation would only make sense if there has been a massive change in Arm's business model, which is exactly what is happening. If you recall back to last year, we were the first to report this change.



**Arm Changes Business Model – OEM Partners Must Directly License From Arm**

DYLAN PATEL · OCTOBER 27, 2022

Read full story →

This change was to go from charging the chip manufacturer to charging the handset maker too.

We will first discuss the short-term rationale for conducting the IPO before turning to the potential for long-term self-help now that Arm is in focus again for Softbank.

# Near Term Rationale for the IPO

A key external factor driving these changes and the IPO transaction itself is to boost the fortunes of Softbank's Vision Fund and Softbank Group Corp which have been struggling. Softbank Vision Fund 1 is up $12.4B inception to date on $90B of investments, a sub-optimal return for a 6-year-old fund, while Softbank Vision Fund 2 is down $18.6B inception to date.

**(Reference) Investment Performance of SVF1 and SVF2** SoftBank Group

($ B)

| | Since Inception | | | FY23*1 |
|---|---|---|---|---|
| | Cost*2 | Returns*2 | Gain/loss | Gain/loss Q1 |
| **SVF1** | **89.6** | **102.0** | **12.4** | **0.9** |
| Exited investments | 25.2 | 43.3 | 18.1 | -0.7 |
| Investments before exit | 64.4 | 56.3 | -8.1 | 0.9 |
| *Reversal of previously-recorded valuation gain/loss for exited investments in FY23* | | | | *0.7* |
| Derivatives/Interests/Dividends | 0.0 | 2.4 | 2.4 | -0.0 |
| **SVF2** | **51.8** | **33.2** | **-18.6** | **-0.3** |
| Exited investments | 1.8 | 3.0 | 1.2 | 0.1 |
| Investments before exit | 50.0 | 30.4 | -19.6 | -0.4 |
| *Reversal of previously-recorded valuation gain/loss for exited investments in FY23* | | | | *-0.0* |
| Derivatives/Interests/Dividends | — | -0.2 | -0.2 | 0.0 |

*1 The amount of gains and losses for exited investments in FY23 represents the exit price, net of the investment cost of such investments. Unrealized valuation gains and losses of such investments recorded in prior years are presented as a reversal of valuation gain/loss recorded in prior periods for exited investments in FY23.
*2 For derivatives, the investment cost represents the cost of the derivatives. Investment returns represent the exit price for exited investments, the fair value for investments before exits, the settlement amount of settled contracts or the fair value of open contracts for derivatives, and the respective amounts received for interest or dividends.

Accounting 10

In 2017, Softbank sold 25% of Arm to Vision Fund 1 for $8.2B only to buy back this same stake for $16.1B in August 2023, on the eve of the IPO. Thus, 65% of Vision Fund 1's inception to-date gains are from Softbank Group effectively cashing out Vision Fund 1 at a $64.4B USD valuation for Arm in anticipation of the IPO. This transfer valuation is 2x Softbank's purchase price for Arm back in 2016 and is not far off from the $50B+ likely pricing valuation and the low potential free float of 8-9% could also push Arm's market cap above $60B post-listing. Therefore, the $64.4B valuation doesn't appear to be egregiously off-market, though we could say that Softbank Group is doing Vision Fund 1 a solid by allowing the fund to lock in those potential gains before the IPO, albeit via instalments paid by Softbank Group over a two-year period.




The IPO, should it perform well, could also generate significant NAV gains for Softbank Group given it carries Arm at approximately $50B on its books. The listing will also meaningfully boost the proportion of Softbank's NAV that are held in listed shares, an important prerequisite for boosting Softbank's flagging credit ratings.




One attempt was to sell Arm to Nvidia but after that failed due to antitrust concerns, Softbank installed completely new management. Long-running CEO Simon Segars was replaced by Rene Haas. In addition, other C-Suite execs left including former CTO Dipesh Patel. It seems there is a desire for Arm to change its mindset of long-term technology investment to profit maximization.

## Long-term self-help: How much value will Arm claw back?

Arm powers a whole multitude of chips for various end applications, and the nature of the Arm ISA means it is well-suited to certain applications. Arm has a total monopoly for instruction sets for smartphone application processors. There is simply no alternative as they have almost 100% market share. Our analysis suggests that **Arm only makes about 50 cents per application processor on the >1B smartphones shipped per year**. This seems awfully low for a foundational part of every smartphone with no viable alternative for chip designers to turn to.

Arm knows this and is now making these changes.

Management has been telling prospective institutional investors that revenue growth will accelerate with mid-20s growth for the next fiscal year and teens growth going forward. The key driver is price. Arm will start aggressively raising the prices it is charging customers. We've already seen Arm become less customer friendly given their strategy of maximizing value from Arm's recent litigation against one of their major customers Qualcomm. This is the bull case for Arm.

How would we value an essential piece of IP that every smartphone needs, with virtually no alternative? $1, $2, maybe $3 per handset? We propose it could be as much as $13 per phone. This is 24 times higher compared to current pricing!

This sounds like a huge amount when anchoring to the current royalty amount per unit, but there is justification and the end customer appetite to pay.

Let's look to Qualcomm as an example. Any device that uses 4G or 5G will use multiple technologies that Qualcomm owns the IP for. One example is Qualcomm owns the Code Division Multiple Access (CDMA) and Orthogonal Frequency Division Multiple Access (OFDMA) technologies for wireless communication. 3G networks worldwide are exclusively based on CDMA and 4G and 5G networks use OFDMA as the communication protocol.

In short, CDMA and OFDMA are essential for transmitting data wirelessly beyond the 2G era of wireless communications and thus every smartphone vendor pays Qualcomm a royalty for the use of these and other essential wireless technologies to enable wireless communication. On top of these royalty payments, there is also a good chance any given mobile handset manufacturer is also paying Qualcomm to use its baseband chipset as Qualcomm has over 30% market share in smartphone basebands (and over 60% in 5G basebands).

Using a concrete example, Apple pays Qualcomm $13 in royalties per device (not just for smartphones but also for wireless enabled iPads and watches) for the use of wireless transmission IP, and another $25 for the actual baseband chip.

Effectively, $13 per device this is what Qualcomm gets away with charging for a technology that is essential to the operation of a smartphone against the company with arguably the strongest bargaining power globally.

The Arm ISA is also essential to the operation of a smartphone, why couldn't they charge as much as Qualcomm? Why not more?

Another interesting point to mention is that Qualcomm's pricing model is based on a percentage of the BOM cost or selling price of the whole device that uses Qualcomm's IP, not just for the components using the IP directly. So, when a systems customer adds more expensive features that are completely unrelated to wireless communication – say for instance higher NAND storage capacity - Qualcomm gets to capture some of this value. No wonder Qualcomm is disliked by its customers, especially by Apple who constantly try (and fail) to litigate their way out of paying Qualcomm so much.

Clearly, Arm sees the similarity with their own and Qualcomm's market position, which is why Arm is starting to adopt a similar pricing strategy. Ironically, Qualcomm is one such large customer who is kicking up a fuss about Arm's new pricing strategy. At the end of the day, we think Arm's dominant position gives it the flex to execute on all the various strategies that can boost revenue per smartphone shipped, assuming Arm actually wins in the nuclear option.

Qualc NU

Arm's Nuclear Option – Qualcomm Must Cancel Next-Generation Products If Arm Succeeds

DYLAN PATEL · NOVEMBER 16, 2022

Read full story →

## What this could mean for Arm's financials

Let's see what the impact would be to Arm's financials. We will take a conservative stance in assuming that per device revenue increases only apply to non-Apple smartphones given that Apple has secured terms for architecture licenses for the next 2 decades and will always enjoy a sweetheart deal due to their long term history in founding the firm.

We segment smartphone shipments into the high-end, mid-end and low-end units excluding Apple. Assuming $12, $6, $3 of royalties per unit for each segment respectively, incremental revenue and profits (there will be zero incremental expenses) results in an additional $5.4B of operating profit for Arm which would almost 10x Arm's operating income!

This sounds ridiculous when anchoring to Arm's current pricing strategy. But if we go back and try to answer the question: "what is Arm's IP worth to a customer?", from first principles we don't think there is a significant counter argument to easily dismiss this line of reasoning.

| Ex-Apple smartphones | | | |
|---|---|---|---|
| Smartphones | Units (m) | $ per unit | Incremental revenue & operating profit ($m) |
| High end | 265 | $12.00 | $2,995 |
| Mid end | 330 | $6.00 | $1,749 |
| Low end | 275 | $3.00 | $633 |
| **Total** | **870** | **$6.88** | **$5,376** |



ARMQC_02800832
DTX-2702.0010

Of course, this is an optimistic scenario, and it would take a lot of time to get there. Customers will try to fight back. Currently Arm will not be able to raise rates on Qualcomm as long as they are able to integrate their custom core over the next couple years and the lawsuit fails. But this should provide a sense of what investors are playing for and that the ceiling for Arm's profitability is much higher than where it is now. We can now see the valuation start to make sense instead of focusing on the historical earnings power and growth rates or earnings forecasts for the next year or two.

Next we will discuss RISC-V, x86, Hyperscaler Arm adoption, Arm China, and our model for the financials as well as comps. We are only halfway through so far.

Hi Michael
This post is for paid subscribers

Upgrade to paid

Already a paid subscriber? Switch accounts

← Previous Next →

© 2026 Dylan Patel · Privacy · Terms · Collection notice
Substack is the home for great culture

# Exhibit 3F

DTX-2705
1:24-cv-00490-MN

**DESIGNLINES** WIRELESS AND NETWORKING DESIGNLINE

# Trial Sheds Light on Q'comm Patent Holdings, Royalty Rates

By EETimes 01.21.2019 0

SAN JOSE, Calif. — Testimony in Qualcomm's antitrust trial Friday shined sunlight on the company's licensing practices and thinking, dispelling some of the secrecy that has bred a climate of paranoia.

In testimony to date, several OEMs said that they feared Qualcomm might cut off their chip supplies. They feared that they were being "gouged" by high license fees, as the head of procurement at Apple testified.

Next month, Judge Lucy Koh will rule on whether Qualcomm's practices and rates harmed its customers, rivals, or consumers. Whatever she decides will be challenged in cases that could roll on for years.

The good news is that testimony is ending for mobile chip and systems companies at least some of the widespread secrecy that sadly can act as a weapon in patent licensing. Here's a sampler of what was learned in just a few hours in court Friday:

**PARTNER CONTENT** VIEW ALL



Nisshinbo Micro Devices Expands High-Voltage IC Lineup for Next-Gen Automotive 48 V Systems

By Nisshinbo Micro Devices 07.20.2026



Powering the Automotive Revolution: From Zonal Architecture to 48V

By Monolithic Power Systems, Inc. (MPS) 07.20.2026



How Nidec Is Rethinking Gear Design for Humanoid and Mobile Robots

By EE Times Staff 07.15.2026

Qualcomm had more than 140,000 patents and applications by March 2018, growing at more than 30% annually — a clip of about 35 new patents a day. Just 20% of those patents are so-called standards-essential patents (SEPs) for cellular standards such as CDMA and LTE.

The company currently charges smartphone makers a 5% royalty for its whole cellular patent portfolio, capped at $20/handset. For just SEPs on a singular cellular standard like LTE, it charges 3.25% with a $13/handset cap. If a handset needs more than one standard such as both 3G and LTE, the charge defaults to the 5% level.

Qualcomm started its licensing business charging 5% on systems-wide patents for the implementation of CDMA that it pioneered with a cap of $24/handset. It lowered its fee initially to 3.25% for SEPs on LTE because rivals hold many patents, then inched it up to 3.5% as it gained an edge in advanced LTE.

After an investigation by the Chinese government lowered Qualcomm's royalties to 3.25% for a combination of SEPs on 3G and LTE, Qualcomm started offering that combo rate worldwide.

How Qualcomm licenses its patents is as much an issue in the trial as the size of its fees.

The licensing business got its start when Qualcomm built its own base stations and handsets for CDMA. It licensed operators and OEMs such as AT&T and Motorola to create a market for what was effectively the first digital cellular systems.

CDMA promised systems that could handle 60 times more calls than analog systems of that day, potentially lowering subscriber rates a great deal. To recoup the full value of what it was offering, Qualcomm decided to split its business into selling chips and licensing patents.

Qualcomm generally licenses smartphones only to makers rather than rival chipmakers, claiming that it's an industry practice because "the handset is humongously more lucrative," according to one Qualcomm licensing executive. It requires handset makers to take a patent license before it will ship even sample quantities of chips as part of a "no license, no chip" policy.

"Putting the IP cost in the chip price wouldn't work," said Fabian Gonell, a senior vice president of licensing strategy for Qualcomm.

Handset makers could buy chips from rivals and hope that, if sued, they could avoid or at least lower Qualcomm's royalties in court. Qualcomm preferred the notion of licensing first based on fees already established in CDMA, then selling the chips.

With separate deals, "you can tell what the IP price is, so you can tell if fair, reasonable and non-discriminatory (FRAND) issues are arising," testified Gonell. "If you combine prices, any changes become suspect and chip prices change more than IP prices, so avoiding those arguments is a good thing."

The approach ensures that Qualcomm gets the fair market value for its R&D, he said. However, the rationale has a few holes.

By not widely licensing chipmakers, rivals are left exposed to patent infringement suits. In addition, handset makers wind up paying the freight for R&D that might be better apportioned to carriers, chipmakers, or others in the cellular ecosystem. Base station makers such as Ericsson, Huawei, and Nokia who tend to design their own cellular ASICs are outside of Qualcomm's calculus.

So far, both Qualcomm and the U.S. Federal Trade Commission showed parts of video depositions from handset makers Apple, Blackberry, Huawei, Lenovo, LG, Samsung, and others. The FTC's clips made it clear that the handset makers feared Qualcomm's prowess.

None of the OEMs contradicted the company's clear testimony that it never cut off a customer's chip supply. However, evidence from several emails raised the possibility of such cuts.

Qualcomm attorneys called into question an expert for the FTC because he did not quantify harms that he alleged from its practices. But fear is a hard thing to quantify. It's potentially a powerful weapon in negotiations in which a licensee does not know how much rivals are being charged or what exactly they are buying in a massive patent portfolio.

Under the sunshine of open court proceedings, OEMs and rivals are beginning to see more clearly at least the outlines of what Qualcomm charges and why. It's just a small piece of a large licensing market that largely operates in the dark.

*— Rick Merritt, Silicon Valley Bureau Chief, EE Times*



ARMQC_02800838

DTX-2705.0003

# Exhibit 3G

Learn more about LSEG

Reuters Subscribe

# Qualcomm reaches $75 mln settlement over sales and licensing practices

By **Jonathan Stempel**

June 18, 2024 5:00 PM EDT · Updated June 18, 2024

Aa




Feedback

A smartphone with a displayed Qualcomm logo is placed on a computer motherboard in this illustration taken March 6, 2023. REUTERS/Dado Ruvic/Illustration Purchase Licensing Rights

Companies

Qualcomm Inc

Follow

Apple Inc

Follow

June 18 (Reuters) - Qualcomm (QCOM.O) agreed to pay $75 million to resolve a lawsuit in which shareholders accused the chipmaker of defrauding them by hiding its anticompetitive sales and licensing practices.

A preliminary all-cash settlement was filed on Tuesday with the federal court in San Diego.

Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

It requires approval by U.S. District Judge Jinsook Ohta, who certified the lawsuit as a class action in March 2023.

Qualcomm and six individual defendants, including former chief executives Paul Jacobs and Steven Mollenkopf, denied wrongdoing in agreeing to settle.

Feedback

The San Diego-based company did not immediately respond to a request for comment.

Shareholders accused Qualcomm of artificially inflating its share price between February 2012 and January 2017 by repeatedly describing its chip sales and technology licensing as separate businesses, when in fact Qualcomm bundled them to stifle competition.

In January 2017, the Federal Trade Commission and Apple (AAPL.O) sued Qualcomm separately in connection with its alleged efforts to monopolize the market for baseband processors, a type of chip used in cellphones.

Apple said Qualcomm used its monopoly position to overcharge for chips, and seek onerous and costly terms for technology licenses.

Qualcomm called the claims baseless, but its share price fell 13% on the first full trading day after Apple sued.

The case is In re Qualcomm Inc Securities Litigation, U.S. District Court, Southern District of California, No. 17-00121.

Reporting by Jonathan Stempel in New York; Editing by David Gregorio

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Boards, Policy & Regulation | Regulatory Oversight

Purchase Licensing Rights

## Read Next

**India's HDFC Bank submits two candidates to RBI for next CEO**

6 hours ago




Business

**HDFC Bank submits names of two CEO candidates to India's central bank, Bloomberg News reports**

7 hours ago




Feedback

**India's markets regulator proposes revamp of derivatives expiry pricing**

10 hours ago



World at Work

**Boeing and engineers' union reach tentative contract agreement**

16 hours ago



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**FILED UNDER SEAL**

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE # 3**

## I. INTRODUCTION AND RELEVANT BACKGROUND

Arm Holdings and Arm Ltd. (collectively, "Arm") agree that neither party should reference prior regulatory actions or litigation, including regulatory proceedings involving Arm (Arm's MIL No. 3) and prior proceedings involving Qualcomm (the Prior Actions defined in its motion). Arm consents to a ruling that precludes references to prior proceedings about either Arm or Qualcomm.

Arm, however, should not be precluded from presenting evidence about Qualcomm's licensing practices underlying the Prior Actions. Like Arm, Qualcomm licenses a portfolio of patents required for certain devices (in fact, the same end-products that Arm's IP is used in). DTX-990. But Qualcomm, a chip supplier, only offers those licenses to device manufacturers (and only charges royalties if the manufacturer purchases non-Qualcomm chips, thus raising the cost of using competing chips); unlike Arm, it does not directly offer licenses to competitors—*i.e.*, other chip suppliers. *Id.* Here, however, Qualcomm claims Arm is liable for refusing to offer Qualcomm licenses on the terms it wants. Qualcomm's licensing practices are probative of the reasonableness of Arm's conduct and go to the elements of its claims. Especially after repeatedly demanding that its thin UCL claim be tried to the jury, it is not prejudicial to ask the jury to treat Arm's conduct the same way that Qualcomm treats its own.

## II. ARGUMENT

Although the Court should exclude the prior regulatory proceedings, the facts underlying those proceedings—which concern Qualcomm's licensing practices—are admissible. *Stevenson v. Holland*, 504 F. Supp. 3d 1107, 1126 (E.D. Cal. 2020) ("[R]eferences to the facts underlying the erstwhile claims . . . can be used for purposes other than referring to the litigation."); *Cleveland Bros. Equip. Co. v. Vorobey*, 655 F. Supp. 3d 305 317, 323-24 (M.D. Pa. 2023). Unlike Arm's aborted merger with Nvidia—a type of transaction bearing no resemblance to the issues in this case—Qualcomm's licensing practices are relevant to the Arm conduct at issue here.

***First***, Qualcomm's licensing practices are relevant to its contract claims. Qualcomm claims that Arm has offered unreasonable royalty rates. D.I. 137 ¶ 117 (alleging that "Arm's proposal contained terms so unreasonable that it was a constructive failure to license"); *id.* ¶¶ 184-87, 215-16; Arm Opp. to MIL #1. But Arm's proposed royalty rates for its IP are relatively cheap compared to Qualcomm's IP that goes in the same end-products. Ex. 1, Sept. 5, 2025, Simcoe Report ¶ 204; DTX-990. Qualcomm has also sought MFN terms from Arm, but Arm has no obligation to offer MFN terms to licensees. That would lead to virtually identical terms for every licensee, which Qualcomm believes is not required when it comes to its own licensing. DTX-009, at 5. Qualcomm responds that its IP is different, as some (but not all, DTX-990) of it is governed by commitments to standard-setting organizations, while Arm's IP is not, and Qualcomm's licenses are limited to patents while Arm's are broader. Mot. 2. But that just means Qualcomm's licensing practices set a floor. If Qualcomm's licensing practices are fair and reasonable, then Arm's are too, especially if they cover more IP rights than Qualcomm's. *Energy Transp. Grp. v. William Demant Holdings A/S*, 697 F.3d 1342, 1355 (Fed. Cir. 2012) (royalty charged by industry group for other patents related to hearing aids relevant to defendant's challenged royalty for microphones and speakers).

***Second***, Qualcomm's licensing practices are relevant to its UCL claim, which is a predicate to Qualcomm's tortious interference claims because of the interference claims' independently wrongful element (although Arm maintains the UCL claim should be decided by this Court). *Della Penna v. Toyota Motor Sales, U.S.A., Inc.*, 11 Cal. 4th 376, 393 (1995). There are two potential tests for unfairness under the UCL: (1) if "plaintiff … claims to have suffered injury from a direct competitor," the conduct must be "tethered" to an antitrust violation or anticompetitive harm; or (2) if plaintiff brings suit as a consumer, the conduct must be "immoral, unethical, oppressive, unscrupulous or substantially injurious," and courts conduct a balancing test. *Cel-Tech Commc'ns.,*

*Inc. v. L.A. Cellular Tel. Co.*, 973 P.2d 527, 543-44 (Cal. 1999). Although Arm disagrees, Qualcomm contends the balancing test applies here.

Qualcomm's conduct is relevant under either test, but especially under the "oppressive" or "unscrupulous" prongs of the balancing test that Qualcomm advocates for. Qualcomm argues that Arm's unfair conduct includes its alleged "refus[al] to negotiate license terms" that are in line with what Qualcomm wants to pay. Ex. 2, Qualcomm Proposed Final Jury Instruction 4.1. The fact that Qualcomm refuses to license its IP to chip suppliers, and charges much higher rates than Arm proposes, shows that there is no duty to deal and that Arm's alleged conduct was not "unscrupulous" or anticompetitive. *First Beverages, Inc. of L.V. v. Royal Crown Cola Co.*, 612 F.2d 1164, 1173 (9th Cir. 1980) (evidence of antitrust plaintiff's conduct properly before the jury because defendants "emphasized this evidence only as tending to show the reasonableness of the [challenged] restrictions"); *In re Urethane Antitrust Litig.*, 2011 WL 1327988, at *6 (D. Kan. Apr. 5, 2011) ("if plaintiffs' own conduct was innocent, then that supports defendants' argument that their own conduct was innocent").[1] Further, Arm must be able to test the credibility of Qualcomm's witnesses if they take the view that Arm's conduct was unfair, but Qualcomm's was not. *See U.S. Football League v. NFL*, 842 F.2d 1335, 1369 (2d Cir. 1988).

***Finally***, there is no undue prejudice. Arm does not intend to tell the jury that Qualcomm's licensing practices were unreasonable (as Qualcomm appears to believe); it intends to do the opposite and thus show its own conduct was also reasonable. *First Beverages*, 612 F.2d at 1173 (evidence permissible "for purposes other than to show an antitrust plaintiff's improper conduct").

[1] Qualcomm's cases are inapposite; in each, plaintiff's conduct was unrelated to the challenged restraint. *In re Urethane Antitrust Litig.*, 2015 WL 9294670, at *2 (D.N.J. Dec. 21, 2015) (excluded evidence concerned conduct in the "downstream foam market"); *Reazin v. BCBS of Kansas, Inc.*, 663 F. Supp. 1360, 1433 (D. Kan. 1987) (geographically separate market).

Dated: September 19, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

# Exhibit 1

**United States District Court**

**District of Delaware**

| | |
|---|---|
| Qualcomm Incorporated and<br>Qualcomm Technologies, Inc.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Arm Holdings plc., f/k/a Arm Ltd.,<br><br>*Defendant*. | Civil Action No. 1:24-cv-00490-MN |

# Rebuttal Expert Report of Professor Timothy S. Simcoe

**September 5, 2025**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Automotive CPU at Qualcomm) also shows several new features in v9 that did not exist in v8 cores, including the security features discussed above.[484]

1. Arm's Share of the Chip "Stack" Is Smaller than Qualcomm's

200. Arm and Qualcomm both hold key IP in the wireless space, but their licensing models differ significantly. Arm primarily licenses to chip manufacturers, such as Qualcomm and MediaTek, and also companies further downstream in the supply chain that design their own chips, such as Apple, Amazon, and Google. Arm's royalties are typically calculated as a percentage of the average selling price ("ASP") of the chip itself, rather than the much higher price of the final product (e.g., a Samsung Galaxy smartphone). In contrast, Qualcomm licenses its patent portfolio to device manufacturers, such as Apple and Samsung, and typically calculates royalties as a percentage of the ASP of the entire device—often several times higher than the chip's ASP.[485] Qualcomm does not license its IP portfolio to rival suppliers of modem chips, such as Broadcom and MediaTek.[486]

201. Industry commentators have stated that Arm's IP is underpriced relative to Qualcomm. For example, SemiAnalysis, a research firm specializing in the Semiconductor and AI industries,

Instructions," and others, concluding that it would be a "difficult hand-waving effort from [Qualcomm] to justify a lack of support of these features for a customer who always wants the best of what [they know] today." QCVARM_0455391 at '397 to '398. Azzedine Touzni (Senior Director of Technology at Qualcomm) also opined that memory tagging was "an emerging feature that [would] become important in Automotive" for "security or safety" and that it would "eventually be mandated." QCVARM_0455391 at '395.

[484] QCVARM_0538873, QCVARM_0538870 at '870. *See also* QCVARM_0541454 at '459 (an internal May 11, 2023 email among Qualcomm employees: "[Qualcomm's] Phonix-M is an ARM v8.4 architecture and still not an ARM v9.x architecture. To be honest we will be the only one (of the big silicon suppliers) to release new chips with v8.x architecture at the moment. Are we sure that this will not be our greater disadvantage? ARM v9.x brings some nice features that are very interesting for OEMs.").

[485] *See*, for example, Shapiro, Carl & Keith Waehrer, "Using and Misusing Microeconomics: Federal Trade Commission v. Qualcomm," Chapter 15, Antitrust Economics at a Time of Upheaval: Recent Competition Policy Cases on Two Continents (ed. John E. Kwoka, Jr., Tommaso M. Valletti & Lawrence J. White), 2023, Competition Policy International. According to the SAC, Arm was unsuccessful in its attempt "to impose a pricing model under which customers would pay royalties based on a percentage of the retail prices of the end products they made." *See also,* SAC, ¶ 70.

[486] *See*, for example, Shapiro, Carl & Keith Waehrer, "Using and Misusing Microeconomics: Federal Trade Commission v. Qualcomm," Chapter 15, Antitrust Economics at a Time of Upheaval: Recent Competition Policy Cases on Two Continents (ed. John E. Kwoka, Jr., Tommaso M. Valletti & Lawrence J. White), 2023, Competition Policy International.

observed that Qualcomm charges $13 per device for wireless transmission IP and another $25 for the baseband chip, while Arm's ISA—also essential to smartphone functionality—commands far lower royalties. The analysis questioned why Arm couldn't charge similar rates, given the critical nature of its technology.[487]

202. A comparison of Arm's and Qualcomm's aggregate royalty revenues highlights the same disparity. Both Arm and Qualcomm IP is embedded in virtually every mobile device sold globally. Yet, Qualcomm's royalty revenue significantly exceeds Arm's. Arm's total revenue in the 12-month period ending in March 2025 was $4.0 billion, with approximately 46%, representing about $1.85 billion, attributed to the mobile segment.[488] Over the same period, Qualcomm's QTL division generated $5.6 billion total revenue, "principally from royalties generated through [Qualcomm's] licensees' sales of mobile handsets."[489]

203. Even after the rate increases reflected in the October 2024 offer, Arm's share of the chip stack (i.e., of the overall profit from the sale of a chip) remains smaller than Qualcomm's share. Arm's highest proposed royalty rate in its October 2024 offer to Qualcomm was [redacted] of the chip's

---

[487] "How would we value an essential piece of IP that every smartphone needs, with virtually no alternative? $1, $2, maybe $3 per handset? We propose it could be as much as $13 per phone. This is 24 times higher compared to current pricing! […] Apple pays Qualcomm $13 in royalties per device (not just for smartphones but also for wireless enabled iPads and watches) for the use of wireless transmission IP, and another $25 for the actual baseband chip. Effectively, $13 per device this is what Qualcomm gets away with charging for a technology that is essential to the operation of a smartphone against the company with arguably the strongest bargaining power globally. The Arm ISA is also essential to the operation of a smartphone, why couldn't they charge as much as Qualcomm? Why not more?" *See* Dylan Patel, Myron Xie, Afzal Ahmad, and Daniel Nishball, "Arm and a Leg: Arm's Quest To Extract Their True Value," SemiAnalysis, September 14, 2023, https://semianalysis.com/2023/09/14/arm-and-a-leg-arms-quest-to-extract/. Even as far back as 2013, analysts were commenting, "[g]iven how many ARM designs exist in the market (and the size of some of ARM's biggest customers), it almost seems like ARM should be raising its royalty rates a bit." Anand Lal Shimpi, "The ARM Diaries, Part 1: How ARM's Business Model Works," AnandTech, June 28, 2013, https://web.archive.org/web/20130701165406/http://www.anandtech.com/show/7112/the-arm-diaries-part-1-how-arms-business-model-works/2.

[488] Arm 2025 Form 20-F, pp. 60 ("Our royalty revenue from the mobile applications processors market constituted approximately 46% of our total royalty revenue for the fiscal year ended March 31, 2025."), 72 (reporting total revenue of $4,007M). Arm's total revenue includes revenue earned from the sale of its OTS implementation cores and CSSs. For this reason, the $1.85 billion in revenue for the mobile segment is conservatively high because it includes much more than just mobile licensing royalties for the Arm ISA.

[489] Qualcomm Financial Summary downloaded from LSEG Data & Analytics. Qualcomm 2024 Form 10-K, p. F-16.

ASP (e.g., for Arm's Cortex-A720).[490] In contrast, the *FTC v. Qualcomm* trial revealed that Qualcomm "currently charges smartphone makers a 5% [of the ASP of the smartphone] royalty for its whole cellular patent portfolio, capped at $20/handset, or 3.25% for LTE-only devices (capped at $13/handset)."[491] Therefore, the lowest royalty rate that Qualcomm charges is 3.25% of the smartphone's ASP, while Arm's highest rate is [redacted] of the chip's ASP. With some simple math, Arm's [redacted] royalty on the chip translates to roughly [redacted] of the smartphone's ASP,[492] meaningfully smaller than Qualcomm's 3.25%.[493]

204. I do not opine on whether the royalty rates that Arm and Qualcomm charge for their IP are "excessive" or appropriate. However, the large disparity in royalty payments per device for two technologies that are both essential to the development of a smartphone suggests that Arm's IP is

---

[490] QCVARM_0526828 at '829 (Arm's "Qualcomm IP Extension Offer" dated October 24, 2024. The royalty rates, as a percentage of the chip's ASP, for the other OTS cores range [redacted] depending on the number of CPUs. The offer also included lump sum license fees [redacted] (across all cores) depending on the term of the agreement.).

[491] "Trial Sheds Light on Q'comm Patent Holdings, Royalty Rates," EETimes, January 21, 2019, https://www.eetimes.com/trial-sheds-light-on-qcomm-patent-holdings-royalty-rates. *See also* "Qualcomm 5G NR Royalty Terms Statement," November 19, 2017, https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/qualcomm-5g-nr-royalty-terms-statement.pdf ("Qualcomm Incorporated today disclosed a framework for industry participants to access Qualcomm's patented inventions used in the upcoming 3rd Generation Partnership Project (3GPP) 5G New Radio (NR) standards. […] Under Qualcomm's licensing program for cellular essential patents, the following royalty terms will apply on a worldwide basis to a license for Original Equipment Manufacturer (OEM) branded mobile handsets that implement the 5G NR standard, up to and including release 15 of the 3GPP specifications: (i) An effective running royalty rate of 2.275% of the selling price of branded single-mode 5G handsets; and (ii) An effective running royalty rate of 3.25% of the selling price of branded multi-mode (3G/4G/5G) handsets. […] In addition, Qualcomm will continue to offer licenses for OEM branded mobile handsets that include both Qualcomm's cellular standard essential patents as well as those patents not essential to the standard, a total portfolio of over 130,000 patents and pending applications worldwide at royalty rates of 4% of the selling price for branded single-mode handsets and 5% of the selling price for branded multi-mode handsets.").

[492] Assuming that Arm's chip accounts for 30% of the ASP of the smartphone, 7%*30% = 2.1%

[493] *See* "BoM Analysis: Samsung Galaxy S23 Ultra Costs $469 to Make," Counterpoint, May 31, 2023, https://www.counterpointresearch.com/insight/bom-analysis-samsung-galaxy-s23-ultra (reporting that "Processing + Cellular" represented 35% of a Galaxy S23 Ultra Bill-of-Material (BoM) costs (the remaining cost being Display (18%), Camera (14%), Memory (11%), Casing (8%), and Other Costs (15%)). The study also found that "Qualcomm takes the top spot in terms of cost contribution, accounting for over 34% of the model's BoM cost."). Furthermore, Qualcomm's QCT EBT (Earnings Before Taxes) as a percent of revenue was 29% in 2024 and 26% in 2023. *See* Qualcomm 2024 Form 10-K, p. 44. Using an EBT of 26%, as a back-of-the-envelope calculation, the cost of a chip as a percentage of Samsung's device ASP is 35% * (1-26%) = 25.9%. Other estimates suggest a smaller chip cost share of smartphone ASP, which would lead to even smaller share of Arm's royalty as a percentage of a smartphone ASP than reported in the text above. *See*, for example, "AI Flywheel Gathering Momentum - Initiate Buy," UBS Research, November 24, 2024, p. 12 (reporting that the microprocessors represent up to 25% of the BOM of a Galaxy S.).

priced cheaply compared to Qualcomm's IP, contrary to claims that Arm's royalty demands are "unreasonable" or "exorbitant," as Qualcomm claims.[494]

2. Price Increases Are Not Inherently Anticompetitive

205. In high-tech industries, competition is often driven by R&D aimed at improving the quality and performance of products offered in the marketplace. The incentive to invest in costly and risky R&D stems from the expectation of earning profits from sales.[495] When a firm successfully innovates, raising prices to reflect the value of its improved technology is not anticompetitive but a standard commercial response to successful innovation.[496] In the same way, a firm may raise its price in response to an increase in demand, and it is certainly true that with the advent and recent growth of AI, the demand for Arm-based chips has never been higher.[497] Such a price increase is common in business and occurs even in the absence of any incentive to foreclose.

206. Furthermore, it is important to interpret any price increases in light of the "starting point," i.e., the price before the increase. For example, Karl M. Whealton, Senior Director, CPU, DSP,

[494] "Plaintiffs' Responses and Objections to Defendant's Third Set of Interrogatories (Nos. 14-24)," Qualcomm, July 11, 2025, p. 10. I use "essential" in its colloquial meaning of necessary (in the short run).

[495] "Patents are rewards for those who have contributed to economic growth through their inventions. Any resulting market power enjoyed by a patent holder is typically considered a social cost that is necessary to stimulate innovation and provide a return on R&D expenditures." Lemley, Mark A. and Carl Shapiro, "Probabilistic Patents," Journal of Economic Perspectives, 2005, Vol. 19, No. 2, pp.75–98.

[496] In its Reply Brief to the U.S. Court of Appeals, Qualcomm stated that "Qualcomm has the right to earn a return on its investment in developing patented technologies by licensing at the OEM level and not making exhaustive sales of modem chips. And Qualcomm has a valid interest in protecting its investments in innovation and R&D and its OEM licensing program." *Federal Trade Commission v. Qualcomm Incorporated*, "Reply brief for appellant Qualcomm Incorporated (Redacted)," December 16, 2019, No. 19-16122, Dkt. Entry 228, United States Court of Appeals for the Ninth Circuit, pp. 48-49.

[497] Rene Haas, "Arm Holding Plc Q4 2025 Earnings Call," May 7, 2025, https://investors.arm.com/static-files/181d5019-29bd-4ba5-af29-45888e25c637, p. 14 ("Arm is everywhere. Increasingly, demand for the Arm architecture is requiring us to deliver more. We're seeing that with our compute subsystems and with the advent of AI workloads running in the data center, running on a PC, running on a smartphone, running on your automobile, or even running in the earbuds, the demand for Arm technology has never been greater. So, we are incredibly excited about the future. AI is changing everything and you can't run AI without Arm."); Rene Haas, "Arm Holdings Q2 FYE25 Investor Presentation," Arm Holdings, November 6, 2024, https://investors.arm.com/static-files/623fece0-c947-4d93-94eb-e08e8dfad61b, pp. 2-3 ("I am very proud to tell you that in that year, we have exceeded all of our expectations on execution of our growth strategies. The demand for AI everywhere is increasing the demand for Arm's compute platform. […] It goes without saying that AI is everywhere. Arm is the only compute platform that can run AI from the edge to the cloud. AI is driving demand for our performance and power-efficient compute platform everywhere.").

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br><br>(Consolidated) |

**[PROPOSED] FINAL JURY INSTRUCTIONS**

## 4. UNFAIR COMPETITION

### 4.1. Unfair Competition

Qualcomm alleges that Arm engaged in unfair competition. In order to prevail on this claim, Qualcomm must prove the following by the preponderance of the evidence:

The alleged conduct is unfair (i.e., harm to victim outweighs any benefit); or

The alleged conduct is unlawful (i.e., is forbidden by law).

In the context of a consumer-supplier relationship, "unfair competition" includes conduct that causes harm to the consumer that is not offset by any justification of the alleged wrongdoer. In the context of direct competition between competitors, "unfair competition" is defined as conduct that threatens an incipient violation of an antitrust law, or violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law, or otherwise significantly threatens or harms competition. The determination of whether a particular business practice is unfair necessarily involves an examination of its impact on its alleged victim, balanced against the reasons, justifications and motives of the alleged wrongdoer.

Qualcomm claims that Arm committed acts of unfair competition by engaging in one or more of the following practices:

1. Deliberately withholding deliverables it was required to provide Qualcomm under the parties' agreements;
2. Misrepresenting to Qualcomm that it was not withholding deliverables;
3. Refusing to negotiate license terms with Qualcomm in good faith;
4. Interfering or attempting to interfere with Qualcomm's relationships with Qualcomm's current and prospective customers;

5. Wrongfully asserting that it has the right to terminate the ALA without any basis in the ALA for those assertions, and then leaking its letter threatening termination to the media, in an effort to obstruct Qualcomm's ability to produce custom cores.

Authority: *Pai Corp.* v. *Integrated Sci. Sols., Inc*., No. C-06-5349JCS (N.D. Cal. Oct. 27, 2008), Jury Instruction No. 69 (modified); Cal. Bus. and Prof. Code § 17200; *Capito* v. *San Jose Healthcare Sys., LP*, 561 P.3d 380, 386-87 (Cal. 2024); *Cel-Tech Commc'ns, Inc.* v. *L.A. Cell. Tel. Co*., 973 P.2d 527, 544 (Cal. 1999); *Epic Games, Inc.* v. *Apple, Inc*., 67 F.4th 946, 1000 (9th Cir. 2023).

# 5. ECONOMIC INTERFERENCE

## 5.1. Intentional Interference With Prospective Economic Relations – Essential Factual Elements

Qualcomm claims that Arm intentionally interfered with an economic relationship between Qualcomm and Meta that probably would have resulted in an economic benefit to Qualcomm. To establish this claim, Qualcomm must prove all of the following by a preponderance of the evidence:

1. That Qualcomm was in an economic relationship that probably would have resulted in an economic benefit to Qualcomm;
2. That Arm knew of the relationship;
3. That Arm engaged in unfair conduct in violation of the Unfair Competition Law;
4. That by engaging in this conduct, Arm intended to disrupt the relationship or knew that disruption of the relationship was certain or substantially certain to occur;
5. That the relationship was disrupted;
6. That Qualcomm was harmed; and
7. That Arm's conduct was a substantial factor in causing Qualcomm's harm.

Authority: Judicial Council of California Civil Jury Instructions (2026 Ed.) at § 2202 (modified).

**5.2. Negligent Interference With Prospective Economic Relations – Essential Factual Elements**

Qualcomm claims that Arm negligently interfered with a relationship between Qualcomm and Meta that probably would have resulted in an economic benefit to Qualcomm. To establish this claim, Qualcomm must prove all of the following by a preponderance of the evidence:

1. That Qualcomm was in an economic relationship that probably would have resulted in a future economic benefit to Qualcomm;
2. That Arm knew or should have known of this relationship;
3. That Arm knew or should have known that this relationship would be disrupted if Arm failed to act with reasonable care;
4. That Arm failed to act with reasonable care;
5. That Arm engaged in unfair conduct in violation of the Unfair Competition Law;
6. That the relationship was disrupted;
7. That Qualcomm was harmed; and
8. That Arm's conduct was a substantial factor in causing Qualcomm's harm.

Authority: Judicial Council of California Civil Jury Instructions (2026 Ed.) at § 2204 (modified).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE #3**


OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300


September 22, 2026

Qualcomm's licensing practices are irrelevant to whether Arm's licensing of unrelated technology under separate obligations violates California law, or whether Arm breached Qualcomm's ALA or TLA agreements.[1] The inclusion of Qualcomm's licensing practices at trial would risk a mini-trial and jury confusion about issues not part of this case and therefore should be excluded under Federal Rules of Evidence 401 to 403.

***Relevance.*** Qualcomm licenses cellular standard-essential patents; Arm licenses proprietary ISAs and CPUs, and the ALA and TLA contain provisions regulating Arm's offers. JTX-1 § 14.1B; JTX-5 § 8.1B(ii)(b). That Arm's proposed royalties are purportedly "relatively cheap" compared to Qualcomm's (Opp. 2) is not probative of whether Arm's offers violate the ALA or TLA, or whether its attempts to exclude competitors violate the UCL. Arm's relevance cases are inapposite. *Energy Transp. Grp.* v. *William Demant Holdings A/S*, 697 F.3d 1342, 1355-56 (Fed. Cir. 2012) (market-structure evidence admitted to rebut proposed reasonable royalty for technology in market); *First Beverages, Inc. of Las Vegas* v. *Royal Crown Cola Co.*, 612 F.2d 1164, 1172-73 (9th Cir. 1980) (acquiescence to restraints relevant to showing reasonableness); *In re Urethane Antitrust Litig.*, 2011 WL 1327988, at *6 (D. Kan. Apr. 5, 2011) (similar).

***Prejudice.*** Arm confirms the need for a mini-trial should such evidence be admitted. Arm contends that it "must be able to test the credibility of Qualcomm's witnesses" by asking about Qualcomm's licensing. Opp. 3. Doing so will force Qualcomm to defend its licensing practices at trial and distinguish them from Arm's, none of which is relevant to the jury's evaluation of Arm's conduct. All of this will severely confuse the jury.

---

[1] Arm "consents to a ruling that precludes references to prior proceedings about either Arm or Qualcomm," Opp. 1, but misses the point. The relevant historical regulatory proceedings concerning Arm relate directly to Arm's simultaneous control of the Arm ISA and competition with chip designers using that ISA; the regulatory proceedings Arm seeks to introduce do not.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 22, 2026

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused copies of the foregoing document to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire — *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

Gregg F. LoCascio, P.C. — *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

Jay Emerick, Esquire — *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire — *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

Meghan Kelly, P.C. — *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorney for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 6(a)**

**DEFENDANTS' MOTION IN LIMINE NO. 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**FILED UNDER SEAL**

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S
MOTION *IN LIMINE* NO. 1**[1]

[1] All PTX exhibits referenced herein were provided to the Court in electronic form on September 14, 2026.

## I. INTRODUCTION AND RELEVANT BACKGROUND

Defendants Arm Holdings plc and Arm Ltd. (collectively, "Arm") move to preclude Qualcomm from introducing evidence about certain communications/conduct related to customers other than Meta (*e.g.*, Samsung), which have no bearing on Qualcomm's tortious interference claim. Qualcomm's pretrial filings limit its tortious interference theory to alleged interference with Qualcomm's relationship with Meta, *i.e.*, the allegation that its Meta relationship was disrupted when Arm shared the contents of the October 22, 2024 Notice of Breach with Bloomberg. Ex. 1, Proposed Jury Instr. 5.1-5.2 (claiming only that Arm interfered with the Meta relationship). Yet Qualcomm intends to offer evidence about its relationship with other customers, including (1) Arm's correspondence with Qualcomm customers in 2022/2023 informing them of litigation against Qualcomm (*e.g.*, PTX-544); (2) Qualcomm's correspondence with its other customers about Bloomberg's October 2024 article (*e.g.*, PTX-1539); (3) an alleged October 2022 statement by Arm to Samsung about the expiration of the Qualcomm ALA (*e.g.*, PTX-659); and (4) internal Arm messages about the impact on customers from launching its own chips (PTX-406). This evidence is irrelevant to the jury issues, and allowing such evidence would prejudice Arm and result in multiple mini-trials about Qualcomm's relationship with customers who are not at issue.

## II. ARGUMENT

### A. Communications/Conduct About Other Customers Is Irrelevant.

Evidence is relevant only if it "has any tendency to make a fact more or less probable" and that "fact is of consequence in determining the action." Fed. R. Evid. 401. Courts exclude evidence related to claims no longer part of a case or of conduct that, even if allegedly similar, is "not alleged to have caused" the claimed harm. *Sikkelee v. Precision Airmotive*, 522 F. Supp. 3d 120, 159 (M.D. Pa. 2021); *U.S. v. Wilmington Tr.*, 2017 WL 4480787, at *5 (D. Del. Oct. 6, 2017) (agreement to "exclude evidence regarding . . . irrelevant loans . . . not included in the relevant loan pool");

*Corning Inc. v. SRU Biosystems*, 2005 WL 2456900, at *6 (D. Del. Oct. 5, 2005) (evidence related to voluntarily dismissed tortious interference claims irrelevant to the claims at issue).

Recognizing that it cannot credibly allege harm, Qualcomm has abandoned any allegations of interference with any customers other than Meta. Similarly, Qualcomm has winnowed its remaining tortious interference claim to the singular act of Arm sharing the Notice of Breach with Bloomberg in October 2024. Accordingly, any evidence of alleged interference with non-Meta relationships or evidence that pre-dates the October 22, 2024 Notice of Breach has no bearing on Qualcomm's claim. This includes Arm's 2022/2023 letters (and related emails) about its litigation with Qualcomm—PTX-544-91, -593-94, -596-602, -604, -838-43, and -845—which were not sent to Meta and pre-dated the Notice of Breach. Similarly, the alleged October 2022 statement by Arm to Samsung about the expiration date of the Qualcomm ALA does not involve Meta and, again, pre-dates the Notice of Breach letter (*e.g.*, PTX-659). The same goes for internal statements about the impact on other customers if Arm built chips, which have nothing to do with whether Arm allegedly interfered with the Meta relationship in October 2024 (PTX-406).

Nor are Qualcomm's communications with other customers about Bloomberg's October 2024 article—PTX-1486-87, -1505, -1507, -1509, -1522-23, -1525, -1528, -1531, -1538-39, -1559-60, -1562, -1565-66, -1573-75, -1577-78, -1582-84, -1586, -1591, -1593, -1597, -1603, and -1612—relevant to its claims. What Qualcomm told Samsung (or other customers) about the article is not probative of ***Arm's*** state of mind or conduct; at most, the statements go to whether Qualcomm had a relationship with those customers. But, unable to even plausibly allege harm to any other relationships, Qualcomm is not pursuing an interference claim with any customer other than Meta. *Cordis v. Bos. Sci.*, 431 F. Supp. 2d 442, 459 (D. Del. 2006) (evidence of unasserted claims "irrelevant to the questions to be decided by" the jury); *Feesers v. Michael Foods*, 2008

WL 112005, at *2 (M.D. Pa. Jan. 9, 2008) (excluding evidence of "pattern of inducement of price discrimination"). Evidence about Qualcomm's other customer relationships sheds no light on its tortious interference claims. Nor is such evidence relevant to any other jury issue. The contract claims do not concern other customer relationships. As to the UCL claim, Qualcomm identifies no anticompetitive harm from conduct concerning other customers, and the claim is equitable and not triable to the jury; to the extent any UCL issues are allowed to reach the jury as part of Qualcomm's intended proof for tortious interference, those issues can only relate to the Meta relationship.

### B. Communications/Conduct About Other Customers Is Unduly Prejudicial.

The admission of evidence about other customer relationships is also inadmissible under Rule 403. Courts routinely exclude evidence where a defendant's allegedly similar conduct would "pose[] the risk of . . . separate mini-trials." *Feesers*, 2008 WL 112005, at *2; *Frintner v. TruePosition*, 892 F. Supp. 2d 699, 714 (E.D. Pa. 2012); *Sloan v. Frascella*, 2013 WL 12155338, at *1 n.2 (E.D. Pa. Aug. 12, 2013) (prejudicial to "force Defendants to re-litigate an unrelated matter and the evidence would make the jury believe they have a propensity to engage in unlawful behavior"). Here, the non-Meta communications that Qualcomm seeks to introduce would result in multiple mini-trials about Arm's alleged interference with other customer relationships that are no longer being alleged. Allowing Qualcomm to use evidence to suggest that Arm interfered with other customer relationships, where Qualcomm will not purport to show any harm, unfairly prejudices Arm and requires Arm to waste time refuting claims not at issue. These mini-trials over other customer relationships would serve only to distract and confuse the jury from the sole issue of whether Arm tortiously interfered with Qualcomm's prospective relationship with Meta.

## III. CONCLUSION

Arm respectfully requests the Court grant its motion and preclude evidence or argument about conduct and communications with customers other than Meta.

Dated: September 12, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

# Exhibit 1
## (FILED UNDER SEAL)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br><br>(Consolidated) |

**[PROPOSED] FINAL JURY INSTRUCTIONS**

## 5. ECONOMIC INTERFERENCE

### 5.1. Intentional Interference With Prospective Economic Relations – Essential Factual Elements

Qualcomm claims that Arm intentionally interfered with an economic relationship between Qualcomm and Meta that probably would have resulted in an economic benefit to Qualcomm. To establish this claim, Qualcomm must prove all of the following by a preponderance of the evidence:

1. That Qualcomm was in an economic relationship that probably would have resulted in an economic benefit to Qualcomm;
2. That Arm knew of the relationship;
3. That Arm engaged in unfair conduct in violation of the Unfair Competition Law;
4. That by engaging in this conduct, Arm intended to disrupt the relationship or knew that disruption of the relationship was certain or substantially certain to occur;
5. That the relationship was disrupted;
6. That Qualcomm was harmed; and
7. That Arm's conduct was a substantial factor in causing Qualcomm's harm.

Authority: Judicial Council of California Civil Jury Instructions (2026 Ed.) at § 2202 (modified).

### 5.2. Negligent Interference With Prospective Economic Relations – Essential Factual Elements

Qualcomm claims that Arm negligently interfered with a relationship between Qualcomm and Meta that probably would have resulted in an economic benefit to Qualcomm. To establish this claim, Qualcomm must prove all of the following by a preponderance of the evidence:

1. That Qualcomm was in an economic relationship that probably would have resulted in a future economic benefit to Qualcomm;
2. That Arm knew or should have known of this relationship;
3. That Arm knew or should have known that this relationship would be disrupted if Arm failed to act with reasonable care;
4. That Arm failed to act with reasonable care;
5. That Arm engaged in unfair conduct in violation of the Unfair Competition Law;
6. That the relationship was disrupted;
7. That Qualcomm was harmed; and
8. That Arm's conduct was a substantial factor in causing Qualcomm's harm.

Authority: Judicial Council of California Civil Jury Instructions (2026 Ed.) at § 2204 (modified).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL –<br>FILED UNDER SEAL** |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #1**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 19, 2026

Arm asks the Court to exclude evidence demonstrating its years-long campaign to interfere with Qualcomm's customer relationships where that evidence involves customers other than Meta. Specifically, Arm seeks to exclude (1) Arm's 2022 and 2023 correspondence with non-Meta Arm and Qualcomm customers publicizing the *Arm LTD.* v. *Qualcomm* litigation (the Arm Letter Campaign) (*e.g.*, PTX-544); (2) Qualcomm's communications with its customers regarding concerns stemming from Arm's leak of the October 2024 Breach Letter to Bloomberg (*e.g.*, PTX-1509, -1539); (3) Arm's 2022 misleading statement to Samsung that Qualcomm's ALA with Arm would expire in 2025 (*e.g.*, PTX-659, Ex. 1A (Pre-Trial Order, C.A. 22-1146) ¶ 13)—when it does not (JTX-1 § 14.1A); and (4) internal Arm messages from 2021 revealing its intention to "hose[]" the competition by building its own chips (PTX-406 at 6). Mot. 1. This "non-Meta" evidence is probative as to whether Arm intended to disrupt Qualcomm's business relationship with Meta itself and whether Arm's conduct violated the UCL. Because the evidence consists of discrete, easily digestible documents or facts, the substantial probative value of which far outweighs any marginal risk of prejudice, it should not be excluded under Rule 403.

***Relevance.*** Although Qualcomm alleges damages arising from Arm's disruption of Qualcomm's contract with Meta, the evidence Arm seeks to preclude demonstrates that the October 2024 leak to Bloomberg was not isolated but was the culmination of a years-long strategy to undermine Qualcomm's business relationships and is relevant to elements of Qualcomm's intentional and negligent interference claims, including: intent, lack of reasonable care, causation, and wrongful conduct. D.I. 464; CACI §§ 2202, 2204 (2026 ed.).

The Arm Letter Campaign is part and parcel of Qualcomm's tortious interference claim. Contrary to Arm's assertion, Meta (f/k/a Facebook) *was itself a recipient of the original 2022 letter campaign*. PTX-587. Accordingly, evidence about the Arm Letter Campaign will necessarily be

presented at trial. That Arm sent the same or similar letters to 37 other industry participants—and that Arm specifically targeted Qualcomm customers with the letters (PTX-534; Ex. 1B (2024 Trial Tr.) at 252:15-254:21), which Arm's CEO admits were misleading—goes to Arm's intent to disrupt Qualcomm's customer relationships. D.I. 765 ¶ 170; *see, e.g.*, PTX-544; PTX-839. Arm's false statement to Samsung's executives about Qualcomm's ALA expiring in 2025 is relevant for the same reason. *See Cappello Glob., LLC* v. *Temsa Ulasim Arclari Sanayi Ve Ticaret A.S.*, 2024 WL 5170752, at *7-8 (C.D. Cal. Dec. 19, 2024) (defendant's contacts with plaintiff's "clients, customers, non-officer employees, lenders, banks, and business partners" relevant to tortious interference claim to show "potential wrongful motive to sabotage" business deal).

Arm's messages from 2021 in which Arm's CEO stated that Arm would "hose[]" its competition when Arm began to manufacture chips (PTX-406 at 6) are relevant for the same reason. In September 2024, approximately one month before the Bloomberg leak, Arm signed an agreement for Arm to design a server chip *for Meta* (PTX-1333); Qualcomm was, *at that very time*, negotiating its own Meta contract (also for a server chip) that would ultimately be impacted by Arm's interference. The fact that Arm intended in 2021 to use its chip business to "hose" competitors is relevant to its intent in 2024 to do exactly that to Qualcomm.

Qualcomm's customer communications after the Bloomberg leak—where Qualcomm was forced to quell customer concerns of its continued business viability from dozens of major technology companies, *see, e.g.*, PTX-1486, 1509—are also relevant to causation. Arm alleges that it could not have disrupted Qualcomm's relationship with Meta by leaking the termination notice to Bloomberg in part because Qualcomm disclosed the notice 15 days later in its 10-K. That Qualcomm received significant outreach from customers before filing its 10-K is evidence that the impact of Arm's conduct was realized as soon as the Bloomberg article was published.

This conduct is also relevant to Qualcomm's UCL claim, which fulfills the wrongful conduct element of tortious interference. For instance, in *ConsumerDirect, Inc.* v. *Pentius*, *LLC*, the court held that a counterclaim plaintiff stated both UCL and tortious interference claims where it alleged the defendant "spread lies" about claimant after perceiving it as a threat to its market share, resulting in the plaintiff conducting "significant damage control" with its customers and "agreeing to much less favorable terms" in customer contracts. 2022 WL 16949657, at *2, *5, *9 (C.D. Cal. Aug. 25, 2022). Rather than harm to any specific relationship, the UCL claim there was founded upon allegations that the defendant's conduct "significantly threatens or harms competition," *id.* at *9, which is exactly what Arm's and Qualcomm's communications with Qualcomm customers help establish here. Those communications make it substantially more probable that Arm's disruptive business conduct was part of a deliberate scheme to exploit its market position and stifle competition in the chip market, in violation of the UCL.

Because all of the "non-Meta" customer communications Arm seeks to preclude are relevant to Qualcomm's economic interference claims, they are admissible under Rules 401-402.

***Prejudice.*** Any risk that this evidence will create a "mini-trial" about Arm's alleged interference refers only to the fact that Arm will respond to relevant evidence. Mot. 3. The information Arm seeks to exclude is discrete, easily digestible documentary evidence concerning email chains, texts, and letters. Courts routinely allow juries to view discrete past communications, even if not about the conduct directly at issue, when it is probative of intent. *Doe* v. *Schuylkill Cnty. Courthouse*, 2025 WL 366585, at *2 (M.D. Pa. Jan. 31, 2025) (previous text messages probative of discriminatory intent); *Wycoff* v. *Metro. Life Ins. Co.*, 2006 WL 3087690, at *2 (W.D. Pa. Oct. 27, 2006) (prior customer complaints). Because the evidence is highly probative and the risk of "mini-trials" is minimal, the evidence should not be excluded under Rule 403.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Sydney D. Gaskins, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Alexandra Corrinne Hottenrott, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 1A

**PROPOSED PRETRIAL ORDER**

# EXHIBIT 1

**JOINT STATEMENT OF UNCONTESTED FACTS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation<br><br>Defendants. | **C.A. No. 22-1146-MN** |

**EXHIBIT 1: JOINT STATEMENT OF UNCONTESTED FACTS**

1. Plaintiff Arm Ltd. ("Arm") is a semiconductor and software design company founded in 1990. Arm develops instruction set architectures and processor core designs implementing those architectures.

2. Defendant Nuvia Inc. ("Nuvia") was founded in February 2019.

3. Defendant Qualcomm Inc. is a technology company. Defendant Qualcomm Technologies, Inc. is a subsidiary of Qualcomm Inc that develops semiconductor products.

4. On September 27, 2019, Nuvia and Arm entered into an Architecture License Agreement, license number CM0001215, (the "Nuvia ALA")

5. On September 27, 2019, Nuvia and Arm entered into an Annex 1 to the Nuvia ALA, number CM0001216.

6. On March 27, 2020, Nuvia and Arm entered into an Annex 1 to the Nuvia ALA, number CM0003083.

7. On September 27, 2019, Nuvia and Arm entered into a Technology License Agreement license number CM0001229 (the "Nuvia TLA").

8. On September 27, 2019, Nuvia and Arm entered into an Annex 1 to the Nuvia TLA, number CM0001230.

9. On March 27, 2020, Nuvia and Arm entered into an Annex 1 to the Nuvia TLA, number CM0002451.

10. Qualcomm and Arm entered into an Architecture License Agreement license number LES-TLA-20039 (the "Qualcomm ALA") and multiple Annex 1s to that agreement as of May 30, 2013, including Annex 1 V8-A Architecture (LES-LTR-21099) and Annex-1 V8 Next Architecture (LES-LTR-22296).

11. Qualcomm and Arm entered into Annex 1 Armv9-A Architecture to the Qualcomm ALA (LES-LTR-38841), as of June 23, 2020.

12. Qualcomm and Arm entered into a Technology License Agreement LEG-TLA-00550(the "Qualcomm TLA") and Annex 1 (ANX-000226) to that agreement as of May 30, 2013.

13. On October 4, 2022, Masayoshi Son ("Mr. Son") and Rene Haas met with certain executives from Samsung Electronics Co., Ltd. During the conversation, Mr. Son said, among other things, that Qualcomm's license would expire in 2025.

# Exhibit 1B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARM LTD., )
a U.K. corporation, )
) VOLUME 2
Plaintiff, )
) C.A. No. 22-1146(MN)
v. )
)
QUALCOMM, INC., )
a Delaware corporation, )
et al., )
)
Defendants. )

Monday, December 16, 2024
8:30 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-



APPEARANCES (Cont'd):

MORRISON FOERSTER, LLP
BY: DARALYN DURIE, ESQ.
BY: ERIK OLSON, ESQ.
BY: SCOTT LLEWELLYN, ESQ.
BY: SHAELYN DAWSON, ESQ.
BY: NICHOLAS FUNG, ESQ.
BY: SARA BRICKEY, ESQ.
BY: LAURA GILBERT REMUS, ESQ.
BY: ZACHARY QUINLAN, ESQ.
BY: MICHAEL DeSTAFANO, ESQ.

Counsel for the Plaintiff

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK BLUMENFELD, ESQ.
BY: JENNIFER YING, ESQ.

-and-

PAUL WEISS
BY: KAREN L. DUNN, ESQ.
BY: CATHERINE NYARDY, ESQ.
BY: JACOB BRALY, ESQ.
BY: RUBY GARRETT, ESQ.
BY: WILLIAM MARKS, ESQ.
BY: WILLIAM ISAACSON, ESQ.

Counsel for the Defendants

\- - - - - - - - - - - - - -



COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good morning, everyone. Please be seated.

So we have a few issues. I haven't looked at the letters, so you can make your arguments.

MS. YING: Your Honor, before we begin, I told your courtroom deputy, Mr. Buckson, that we have resolved one of the issues that was in one of the letters.

THE COURT: Yeah, he told me that. So it's just one exhibit for the defense side?

MS. YING: That's correct. Thank you, Your Honor.

MR. MARKS: Thank you, William Marks for the defendants. We object to PTX-118. This a letter from a company called CSR that Qualcomm acquired in 2015. In the letter, CSR asked for Arm to agree to the assignment of a Technology License Agreement. We believe this letter is hearsay, and it's from a third party who is not present, it's not a business record of Arm, and it's not relevant to any of the issues in the case because what CSR thought it needed to obtain from Arm is not relevant to what Qualcomm needs to obtain from Arm related to a different type of contract under different circumstances.



THE COURT: Okay. Ms. Durie?

MS. DURIE: Thank you, Your Honor, and good morning. Exhibit 118 is actually a countersigned assignment of the CSR contract executed by Arm in connection with Qualcomm's purchase of CSR. It reflects the course of dealings of the parties when Qualcomm enters into a contract to purchase another company that has a preexisting contract with Arm. Arm witnesses will be able to authenticate it, it's not hearsay because this is being presented for its authentic legal effect in addition to the dealing.

THE COURT: Do you want to respond to that?

MR. MARKS: Thank you, Your Honor. I believe that the letter is hearsay because being offered for the truth of the matter, to the extent that it's relevant to the course of dealings --

THE COURT: She just said it's not being offered for the truth, so can you respond to that?

MR. MARKS: Yes, I think she said she believes it goes to the course of dealings because it shows how Qualcomm interprets a provision of the contract, and I think that that goes directly to the contents of the letter which makes it hearsay.

THE COURT: I think she's saying this is what they said, not actually what they did or whether it's true.

MR. MARKS: Right, Your Honor, I would also say

different?
A. This would be the 14th of September, 2022.
Q. Because you're a British company, sometimes the dates we're looking at follow that format. If we could look at page 5 of 5?
A. 4 of 5?
Q. You are writing there to a gentleman from Microsoft on August 31st, correct?
A. On nine -- right at the bottom, August 31st, I got it.
Q. And you were informing him of the news that you filed a lawsuit against Qualcomm?
A. I am doing so, yeah.
Q. And we have seen this extra language before so I won't spend much time on it, but in the last sentence for example of the next paragraph, it says Qualcomm has breached the terms of the license agreement. You're telling Microsoft that Qualcomm has breached without awaiting a ruling from any court, that such a breach has happened, right?
A. That we believe that Qualcomm are in breach of their agreements with us, yes.
Q. It doesn't actually say you believe it, does it, it says we breached, you just say we breached?
A. I agree, sorry, it says Qualcomm has breached, I



agree.
Q. So you're telling a customer of both companies without awaiting any ruling from this case, that Qualcomm breached its agreement; right?
A. I believe that's a statement when we entered into this legal agreement, sorry, this process.
Q. Breached the terms of the Arm license agreement, that's the Nuvia license agreement, right?
A. It is the Nuvia license agreements that Qualcomm is in breach of, yes.
Q. You're not telling Microsoft what agreement is being breached, for example, you're not saying we breached the Qualcomm ALA, you didn't say that, right?
A. No, I think I would like to go on in the call with counsel to discuss the specifics so they can understand better.
Q. Exactly, after this, you followed up, and you offered to set up a phone call meeting and that did happen?
A. Yes, it did.
Q. And you don't recall what was discussed at that meeting other than there was a general discussion, right?
A. I remember who was present, and it was legal counsel for both companies discussing the situation, there was a lot of understanding what the legal process would be from here.
Q. All right. And other than that, you don't remember



what your company told Microsoft at that meeting, correct?
A. I don't remember who said what in that meeting, I'm afraid.
Q. All right. And then if we go to DTX-153. This is another teams chat that you were involved in, is that correct?
A. It does look to be between myself and Mr. Saumil Shah.
MR. ISAACSON: I move to admit DTX-153.
MR. LLEWELLYN: No objection, Your Honor.
THE COURT: Thank you, it's admitted.
(DTX Exhibit No. 153 was admitted into evidence.)
BY MR. ISAACSON:
Q. Now if we go to the middle of the second page, this is August 2022, and you are saying how are you going with the contact list and Mr. Shah says sent it earlier to your conference e-mail, did you not receive it, and you say, I will take a look. We are missing the smartphone and PC OEM's and then you list some names here. This is talking about communications that you are sending out about your litigation, isn't it?
A. It is correct, yes.
Q. And these are all, you're sending out to smartphone companies, PC companies, you're going to send it to Dell,



you're going to send it to Lenovo and Dell, right?
A. That's correct.
Q. And Mr. Haas, you say did Mr. Haas meet with Dell about this case?
A. I'm not sure it was about this case, just saying he met with Dell's team, I don't know if it refers specifically to this case. In my recollection we're looking at who we should contact if we should, and I think I'm saying and I'm not party to it, but if they ask me, Dell's team.
Q. Is it your testimony that you were trying to contact people because they were Arm customers?
A. They were Arm customers or had a significant interest in using Arm technology in their products, yes.
Q. And that was the reason you were contacting them?
A. Yes.
Q. If you look at the bottom of page 3, you write, here are the premium mobile vendors Qualcomm are targeting with Nuvia. You were actually developing this list to send it to the customers who were the premium vendors of Qualcomm; right?
A. Actually my recollection is that we were becoming aware that some of our customers were being marketed to by Qualcomm about Nuvia products, and we were -- my recollection is that therefore they would be concerned or aware of a lawsuit impacting their business and therefore be

interested.
Q. So you wanted to make sure that you were talking to Qualcomm's premium customers, right?
A. No, I would say Arm's partners who are using Arm technology who would be concerned to see us engage in a lawsuit with a major partner.
Q. All right. But what you wrote here, are the premium mobile vendors Qualcomm are targeting with Nuvia, right?
A. Yes. So in this business there is a significant overlap --
Q. Answer my question.
A. Sorry.
Q. So when you say targeting with Nuvia, you mean trying to sell products to them, right?
A. Yes.
Q. Right. So you are talking about targeting the customers of Qualcomm who they are trying to sell products to, right?
A. I am talking about Arm partners who are using Arm technology who are also being marketed to by Qualcomm and Nuvia.
MR. ISAACSON: I have no further questions.
THE COURT: All right. Thank you. Redirect.
MR. LLEWELLYN: Yes, Your Honor, just a few questions.



REDIRECT EXAMINATION
BY MR. LLEWELLYN:
Q. Good afternoon, Mr. Williamson.
If you could pull up PTX-247.
A. Yes, that's in the original binder.
Q. We can see it on the screen here.
A. Okay.
Q. You were asked about a variety of safeguards that Arm was trying to put into place. What concerns were these safeguards intended to address?
A. So, my recollection is that in the discussion with Mr. Asghar, when we talked about options for Qualcomm in relation to these contracts, they were in a situation where one of the suggestions were that they would just move the team, and they didn't need the agreement and they could build their own cores under the Qualcomm architecture agreement, and that is something that absolutely we said fine, that would be acceptable. But we were concerned that in doing so, that team might access the Arm, our own in-house designs and initiate their designs as a derivative from our design, so effectively copy a process that we had already built, and we wanted to be, have reassurance, reassurance that they wouldn't be building our inventions, if we got both agreements, that they don't take the team and then immediately introduce to them access to the Arm



designed processor and then immediately start copying or using that as a suggested starting point. As Mr. Asghar had invoked this idea that they might start from scratch but they would have access to those cores, I sought reassurances from them that they would ensure that that wouldn't happen and there wouldn't overlap or copying of designs which is something we wanted to protect against.
Q. If you could pull up JTX-11, please, and go to page 7.
You were shown this during the examination that just occurred, and under B.1.1?
A. Sorry, lost track, JTX which, 11?
Q. Yes.
A. Okay. Yes.
Q. And there were questions about using the applicable Arm capital T Technology, do you see that? Right in the first line after B.1.1?
A. I'm sorry, right at the top, the applicable Arm Technology to design and have designed, yes.
Q. And Arm Technology is a defined term, if you look on the preceding -- go to page 4.
A. Yes, A.10.
Q. You weren't shown this when you were asked about it. But Arm Technology means the architecture technology identified in this Annex 1. Do you see that word "this."



A. Yes.
Q. This Annex 1, if you look at the top of the page, it's dated 2013, do you see that?
A. I do, yes.
Q. How many years was that before Qualcomm bought Nuvia?
A. That's eight years, isn't it?
Q. How many years was that before Nuvia was founded, do you know?
A. So that's six years.
Q. And then if you look at architecture compliant core, a microprocessor core in that first line, developed by or for licensee, that's Qualcomm?
A. Yes.
Q. Under the licenses granted in this Annex 1. Do you see that?
A. Yes.
Q. In 2013, Nuvia didn't exist, right?
A. That's correct.
MR. LLEWELLYN: Nothing further, Your Honor.
THE COURT: All right. Thank you. Thank you, sir, you may be excused.
THE WITNESS: Thank you, Your Honor.
THE COURT: What's next?
MR. OLSON: Arm calls Rene Haas, Your Honor.
Your Honor, in connection with this testimony,

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN (CONSOLIDATED)<br><br>**FILED UNDER SEAL** |

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S REPLY
IN SUPPORT OF THEIR MOTION *IN LIMINE* NO. 1**

Qualcomm's and Arm's communications with other customers are not "part and parcel" (Opp. 1) of the interference claims, as they have no connection to the alleged harm. Qualcomm alleges Meta changed its term sheet in November 2024 due to the October 2024 Bloomberg article; it does not claim the changes were due to letters in 2022/2023, representations to Samsung in 2021, or internal Arm messages. *U.S. Football League v. NFL*, 634 F. Supp. 1155, 1173 (S.D.N.Y. 1986).

Qualcomm argues the evidence goes to intent, but that is an impermissible propensity argument at best. *United States v. Johnson*, 2018 WL 1367328, at *7 (M.D. Pa. Mar. 16, 2018). Letters in 2022/2023, for example, do not come close to showing that Arm knew it was "certain or substantially certain" that a Bloomberg article in 2024 would disrupt a Meta relationship that is allegedly based on a term sheet negotiated entirely in 2024 and beyond. *Korea Supply v. Lockheed Martin*, 63 P.3d 937, 954 (Cal. 2003). The prior conduct is dissimilar to the 2024 conduct, and in any case, the only way to link 2021-23 conduct to intent is if the jury infers that (1) Arm interfered with other customers before, and (2) because it interfered before, Arm intended to interfere with the Meta relationship in 2024. That is propensity and will result in mini-trials on Arm's discussions with other companies.[1] As for Qualcomm's statements to other customers, they cannot go to causation; any impact the article may have had on those customers is irrelevant to Meta.

Nor is the evidence relevant to the UCL issues at the jury trial. The jury UCL issues are, at most, limited to the conduct underlying the interference claims. *Stevenson Real Est. v. CB Richard Ellis*, 138 Cal. App. 4th 1215, 1224 (2006) ("conduct alleged to constitute the interference [must be] independently wrongful" not "a second act independent of the interference"). The prejudicial evidence here does not concern that conduct, nor do Qualcomm's cases suggest it is admissible.

---

[1] *Johnson*, 2018 WL 1367328, at *8; *Linkepic v. Vyasil*, 2019 WL 11717093, at *10 (N.D. Ill. Oct. 15, 2019). *Cappello* (Opp. 2) allowed other customer evidence solely for breach of a non-solicitation clause, not at issue here. 2024 WL 5170752, at *8 (C.D. Cal. Dec. 19, 2024).

Dated: September 22, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 6(b)**

**DEFENDANTS' MOTION IN LIMINE NO. 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN (CONSOLIDATED)<br><br>**FILED UNDER SEAL** |

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S MOTION *IN LIMINE* NO. 2**[2]

---

2 All PTX exhibits referenced herein were provided to the Court in electronic form on September 14, 2026.

# I. INTRODUCTION AND RELEVANT BACKGROUND

To prove its contract and implied covenant claims, Qualcomm intends to rely on parol evidence to support its interpretation of the ALA and TLA. But under California law, parol evidence cannot reach the jury unless the Court first resolves the "threshold question [of] whether the contract is ambiguous." *Scheenstra v. Cal. Dairies, Inc.*, 213 Cal. App. 4th 370, 389 (2013). Qualcomm skips over that step and intends to present to the jury parol evidence about (1) the parties' negotiations of the ALA and TLA, including drafts of those contracts and communications discussing draft proposals that were never agreed upon in the contracts (*e.g.*, PTX-88, -90-91); and (2) Arm Ltd.'s contracts with ***other customers*** and documents discussing those contracts or the services provided under those contracts (*e.g.*, PTX-12, -19-22, -24-25, -30, -36, -261-62, -972, -1321). This evidence is inadmissible for three reasons. First, the jury cannot consider parol evidence unless the Court finds the ALA or TLA ambiguous, and there has been no such finding. Second, the contracts have integration clauses that make parol evidence irrelevant, and Qualcomm has not offered the parol evidence in support of any interpretation to which the contract is reasonably susceptible. Third, the evidence would be unduly prejudicial to Arm.

# II. ARGUMENT

## A. The Jury May Not Consider Parol Evidence Absent a Finding of Ambiguity.

The parol evidence rule "is one of substantive contract law" and a question of state law. *Fr. Winkler KG v. Stoller*, 839 F.2d 1002, 1005 (3d Cir. 1988). The ALA and TLA are governed by California law (JTX-1 ALA § 16.15; JTX-5 TLA § 16.14), and California law imposes clear requirements on the Court before the jury may consider parol evidence. *Scheenstra*, 213 Cal. App. 4th at 389. First, the Court must answer the "threshold question [of] whether the contract is ambiguous." *Id.* The Court may consider parol evidence at this step, to the extent such parol evidence is relevant (as discussed *infra*, it is not here). *Id.* at 390. If "the court determines there is

no ambiguity . . . then the judicial inquiry into meaning is finished and the clear and explicit meaning governs." *Id.* Even if the Court determines there is ambiguity, "the resolution of the ambiguity is a question of law" that the Court itself must resolve. *Id.*; *Wolf v. Walt Disney Pictures & Television*, 162 Cal. App. 4th 1107, 1134 (2008). Only if there is "conflicting extrinsic evidence relevant to the meaning of the ambiguous language" can the jury consider parol evidence (and only to resolve conflicts in that evidence). *Scheenstra*, 213 Cal. App. 4th at 390; *Wolf*, 162 Cal. App. 4th at 1134 ("Absent a conflict in the evidence, the interpretation of the contract remains a matter of law."); *see City of Hope Nat'l Med. Ctr. v. Genentech, Inc.*, 43 Cal. 4th 375, 395 (2008).

Thus, under this framework, Qualcomm cannot present parol evidence to the jury because this Court has never been asked by Qualcomm to decide (nor has the Court determined) that any terms in the ALA and TLA are ambiguous, let alone that the meaning of any ambiguous terms are "dependent on the credibility of conflicting extrinsic evidence," as required to send parol evidence to the jury. *Wolf*, 162 Cal. App. 4th at 1134. In fact, Qualcomm has taken the position that the contract terms are unambiguous, precluding any consideration of parol evidence. D.I. 137 ¶ 75.

**B. Parol Evidence Is Irrelevant to the Interpretation of the ALA and TLA.**

In any event, Qualcomm's parol evidence is inadmissible because it is legally irrelevant to the interpretation of the ALA and TLA. *See* Fed. R. Evid. 401.

***First***, parol evidence is irrelevant because the ALA and TLA are fully integrated contracts. Under California law, an integrated contract—a "complete and exclusive statement" of the terms—precludes parol evidence entirely, whether the evidence is consistent or inconsistent with the contract. *Kanno v. Marwit Cap. Partners II, L.P.*, 18 Cal. App. 5th 987, 1000 n.4 (2017) ("[E]vidence of both consistent and inconsistent additional terms is not admissible to supplement the integrated agreement" (quoting Restatement (Second) of Contracts § 216(1) (2024))); Cal. Civ. Proc. Code § 1856(d). The ALA and TLA each "constitutes the entire agreement between the

parties with respect to the subject matter hereof . . . and replaces all prior or contemporaneous understandings." JTX-1 ALA § 16.10; JTX-5 TLA § 16.10. Courts have interpreted such language to mean full integration. *Alling v. Univ. Mfg. Corp.*, 5 Cal. App. 4th 1412, 1434 (1992) (identical language); *see IIG Wireless, Inc. v. Yi*, 22 Cal. App. 5th 630, 640-41 (2018) (similar language); *Cohen v. Formula Plus, Inc.*, 750 F. Supp. 2d 495, 503 (D. Del. 2010). Because the ALA and TLA are fully integrated, the written terms are binding "***no matter how persuasive the evidence*** of additional oral understandings." *Marani v. Jackson*, 183 Cal. App. 3d 695, 701 (1986) (emphasis in original); *Mead v. Dickinson*, 2002 WL 1453505, at *6 (Cal. App. July 3, 2002) (excluding negotiations).

***Second***, parol evidence can never be considered to prove a meaning to which the contract is not "reasonably susceptible." *Pac. State Bank v. Greene*, 110 Cal. App. 4th 375, 385 (2003); *Esbensen v. Userware Int'l, Inc.*, 11 Cal. App. 4th 631, 637 (1992) (parol evidence "cannot . . . contradict the [contract] terms"). Qualcomm has not offered any "reasonably susceptible" interpretation of the ALA or TLA that would permit the Court to consider the negotiation history of the ALA or TLA, or Arm Ltd.'s contracts with third parties.

### C. The Parol Evidence Is Unduly Prejudicial.

The parol evidence should also be excluded under Rule 403 as it will confuse the issues and creates the unfair risk the jury will conflate Qualcomm's contracts and their terms with unrelated contracts or negotiations never agreed upon. *EEOC v. Schott N. Am.*, 2009 WL 310897, at *6 (M.D. Pa. Feb. 5, 2009). The parol evidence will also waste time and distract the jury from the actual contract language, which represents plaintiffs and Arm Ltd.'s complete agreement.

## III. CONCLUSION

Arm respectfully requests the Court grant its motion *in limine* and preclude Qualcomm from offering any parol evidence or argument based on such evidence.

Dated: September 12, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | ) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL –**<br>**FILED UNDER SEAL** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #2**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 19, 2026

Arm's request to exclude "parol evidence" regarding "the parties' negotiations of the ALA and TLA, including drafts of those contracts and communications discussing draft proposals" and communications on the Previous Best Deal analysis (PTX-88, -90, -91) on the ground that the Court must first "find[] the ALA or TLA ambiguous" should be rejected. Mot. 1. The Court rejected this argument at the prior trial and properly instructed the jury that it was entitled to consider extrinsic evidence, including "the circumstances surrounding the making of the contract." Ex. 2A (C.A. No. 22-1146, D.I. 631 at 7-8, 10); Ex. 2B (Final Jury Instructions, C.A. No. 22-1146, D.I. 568 at 6). The same outcome is warranted here.

Arm's motion rests on an erroneous understanding of California's framework for contract interpretation. When parties dispute the meaning of a contract governed by California law, courts employ a three-step process. The court first "provisionally receives any proffered extrinsic evidence that is relevant to prove a meaning to which the language of the instrument is reasonably susceptible." *Wolf* v. *Walt Disney Pictures & Television*, 76 Cal. Rptr. 3d 585, 602 (Ct. App. 2008). Then, if the contract language is reasonably susceptible to each party's interpretation, the court "admit[s]" any extrinsic evidence relevant to prove the contract's meaning. *Id*. Finally, the court determines the meaning of the contract if the extrinsic evidence does not conflict in a way that requires the resolution of credibility disputes. *Id.* If it does, the jury must interpret the contract and apply the correct meaning to the facts before it. *Id.* at 602-03.

Arm impermissibly seeks to invert that process by directing the Court to find ambiguity before receiving the extrinsic evidence necessary to decide whether the disputed language is reasonably susceptible to the parties' competing interpretations. *See Wolf*, 76 Cal. Rptr. 3d at 602. Arm argues that consideration of parol evidence is "preclud[ed]" because "Qualcomm has taken the position that the contract terms are unambiguous." Mot. 2. That is wrong. As the California

Supreme Court has explained, even "the terms of an instrument [that] appear clear" must be evaluated against relevant extrinsic evidence. *Pacific Gas & Electric Co.* v. *G.W. Thomas Drayage & Rigging Co.*, 442 P.2d 641, 645 (Cal. 1968). Extrinsic evidence is admissible here to interpret the ALA and TLA properly. *See id*.

Arm further contends that "Qualcomm cannot present parol evidence to the jury" because this Court has never been asked "to decide (nor has the Court determined) that any terms in the ALA and TLA are ambiguous." Mot. 2. Arm cites no authority for its view that Qualcomm was required to ask for a pre-trial "ambiguity" determination. If the Court ultimately determines that the contract is susceptible to only one interpretation, it can instruct the jury on that interpretation; if Arm believes its interpretation controls as a matter of law, it can move for judgment as a matter of law under Federal Rule of Civil Procedure 50(a). The crux of Arm's argument is that Qualcomm was required to move for summary judgment on the meaning of the contract. But a party is "not required to move for summary judgment and the failure to do so does not concede liability, waive any defenses, or preclude any arguments." *Paseka* v. *Ethicon Inc.*, 2020 WL 14058611, at *1 (D. Ariz. Nov. 9, 2020); *accord Britt* v. *Miss. Farm Bureau Cas. Ins. Co.*, 2022 WL 17443734, at *2 (5th Cir. Dec. 6, 2022); *Flynn* v. *Sandahl*, 58 F.3d 283, 288 (7th Cir. 1995).

Arm separately argues that extrinsic evidence is "irrelevant" to the interpretation of the ALA and TLA because they are "fully integrated" contracts. Mot. 2. Arm did not take that position in the previous case, Ex. 2C (Arm Issues of Law, C.A. No. 22-1146, D.I. 518-4 at 3-4), but even so, its argument contravenes California law. "[E]xtrinsic evidence"—including "[p]arol evidence"—"is admissible to explain or interpret ambiguous language" even in integrated contracts. *Lonely Maiden Prods., LLC* v. *GoldenTree Asset Mgmt., LP*, 135 Cal. Rptr. 3d 69, 75 (Ct. App. 2011). In other words, where a contract is integrated, "extrinsic evidence is admissible"

if it is "relevant to prove a meaning to which the language of the instrument is reasonably susceptible." *Burch* v. *Premier Homes, LLC*, 131 Cal. Rptr. 3d 855, 865 (Ct. App. 2011). That is how Qualcomm seeks to admit extrinsic evidence here.

Federal Rule of Evidence 403 likewise provides no basis for exclusion. The extrinsic evidence Arm seeks to exclude concerns the meaning of the ALA and TLA provisions at issue in this case, which means it also goes to the critical issue that the jury must decide—whether Arm is liable for breach of contract. Evidence of the parties' negotiation history, course of performance, and third-party licensing bears directly on what the parties intended those provisions to mean. Arm's vague predictions of confusion, distraction, and "waste[d] time," Mot. 3, do not overcome the obvious probative value of the extrinsic evidence.

Arm's attempt to preclude extrinsic evidence regarding its "contracts with other customers" (Mot. 1) must be rejected as well, as that information is relevant to Qualcomm's claims. Arm's contracts with other customers (*e.g.*, PTX-21, -24-25, -30) support Qualcomm's claim that Arm breached Section 8.1B of the TLA (D.I. 137 ¶¶ 20-28) by demonstrating that Arm did not perform the contractual "Previous Best Deal" analysis and that its offers to Qualcomm were not within 10% of the Previous Best Deal. The "services provided" by Arm are also relevant to refute Arm's argument that the OOBs and ACK patches are not contractual deliverables, that Qualcomm was not harmed when they were not delivered or were delivered late, and that they are not provided in the ordinary course of Arm's contractual obligations. *See* D.I. 438 at 10-11. These documents show Arm's routine delivery of OOBs and ACK patches, *e.g.*, PTX-261, -262 ("ACK Introduction" deck describing ACK components, verification process, and ACK release process), PTX-972, -1321 (monthly Arm compliance team emails and Confluence page updates showing Arm's regular delivery of OOBs and ACK patches to its licensees and internal CPU teams).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Scott F. Llewellyn, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Sydney D. Gaskins, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Alexandra Corrinne Hottenrott, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Daralyn J. Durie, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Peter Evangelatos, Esquire
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 2A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ATM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 22-1146 (MN) |
| QUALCOMM INC., QUALCOMM | ) | |
| TECHNOLOGIES, INC. and NUVIA, INC, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

Anne Shea Gaza, Robert M. Vranna, Samantha G. Wilson, YOUNG CONAWAY STARGATT & TAYLOR, LLP, Wilmington, DE; Gregg F. LoCascio, P.C., Jason M. Wilcox, P.C., Meredith Pohl, Matthew J. McIntee, KIRKLAND & ELLIS LLP, Washington, DC; Jay Emerick, Adam M. Janes, KIRKLAND & ELLIS LLP, Chicago, IL; Peter Evangelatos, KIRKLAND & ELLIS LLP, Daralyn J. Durie, Joyce Liou, Shaelyn K. Dawson, MORRISON & FOERSTER LLP, San Francisco, CA; Erik J. Olson, MORRISON & FOERSTER LLP, Palo Alto, CA; Scott F. Llewellyn, MORRISON & FOERSTER LLP, Denver, CO; Kyle W.K. Monney, Kyle D. Friedland, MORRISON & FOERSTER LLP, New York, NY – Attorneys for Plaintiff

Jack B. Blumenfeld, Jennifer Ying, Travis Murray, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Wilmington, DE; Karen L. Dunn, William A. Isaacson, Erin J. Morgan, Melissa F. Zappala, FUNN ISAACSON RHEE LLP, Washington, DC; William T. Marks, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, Washington, DC; Catherine Nyarady, Anna R. Gressel, Jabos A. Braly, Alexander M. Butwin, Paul, WEISS, RIFKIND, WHARTON & GARRISON, LLP, New York, NY; Andrea L. D'Ambra, Susana Medeiros, NORTON ROSE FULBRIGHT US LLP, New York, NY; Kira Latham, NORTON ROSE FULBRIGHT US LLP, Dallas, TX – Attorneys for Defendants

September 30, 2025
Wilmington, Delaware

**NOREIKA, U.S. DISTRICT JUDGE:**

From December 16 to 20, 2024, the Court presided over jury trial in this contract dispute between Plaintiff ARM Ltd. ("ARM" or "Plaintiff") and Defendants Nuvia Inc. ("Nuvia"), Qualcomm Inc., and Qualcomm Technologies, Inc. ("Qualcomm") (together, "Defendants"). (*See* D.I. 588, 589, 590, 591, 592 (together, "Tr.")).[1] Pending before the Court are two post-trial motions from the parties: (1) ARM's motion for judgment as a matter of law or a new trial; and (2) Nuvia's motion for judgment as a matter of law. (D.I. 595, 597). For the reasons set forth below, the Court will DENY Arm's motion and GRANT-IN-PART and DENY-IN-PART Nuvia's motion.

## I. BACKGROUND

### A. The Parties

This case concerns a contract dispute between two technology firms. ARM is a British microprocessor company with a principal place of business in Cambridge, United Kingdom. (D.I. 1 ¶ 4). Arm developed an instruction set architecture ("ISA") to build microprocessors. (Tr. at 260:7-261:24, 267:19-268:8, 442:16-443:3, 512:6-14). An ISA is a list of instructions that enables compatibility between electronic devices (i.e., hardware) and the programs that run on them (i.e., software). This permits smartphones, computers, and tablets, for example, to use the same software applications. (*Id.* at 260:7-261:24, 478:10-22, 681:9-22, 684:20-685:8, 691:7-13). ARM codifies its ISAs in its "architecture reference manual" ("the Reference Manual"), which engineers use to design central processing units ("CPUs"). (*Id.* at 479:16-25). As part of its business model, ARM licenses its ISAs. (*Id.* at 264:7-20).

[1] The Court also held a limited bench trial after the jury left for the day on December 17, 2024. (*See* D.I. 593).

Qualcomm is a Delaware-incorporated semiconductor company with headquarters in San Diego, California. (D.I. 1 ¶¶ 5-6). Qualcomm builds microchips for consumer goods such as smartphones, laptops, and car dashboards. (Tr. at 745:9-746:2).

Nuvia was led by a team of former Apple engineers seeking to build ARM-compliant server CPUs and began working with ARM in February of 2019. (Tr. at 161:19-162:5, 421:2-11, 381:12-382:4, 388:20-22; PTX-103 at 2). Nuvia was later acquired by Qualcomm in March of 2021 through a reverse triangular merger. (Tr. at 454:9-11, 575:17-23, 808:10-12).[2]

**B. The Dispute**

On May 30, 2013, Qualcomm and ARM signed an Architecture License Agreement (the "Qualcomm ALA"). (JTX-10, 11). Among other things, the Qualcomm ALA granted Qualcomm a "non-exclusive, world-wide right and licence" to "use the applicable ARM Technology to design and have designed . . . Architecture Compliant Cores," which are "microprocessor core[s] developed by or for [Qualcomm] under the [ALA]." (JTX-11 § A.6, B.1.1).

On September 27, 2019, Nuvia and ARM executed an Architecture License Agreement ("the Nuvia ALA"). (JTX-1, 2). Similar to the Qualcomm ALA, the Nuvia ALA granted Nuvia a license to use ARM's technology to design CPUs. (*Id.*). The Nuvia ALA stipulated that the license was not transferable in the event of an acquisition without ARM's consent. (*Id.* § 16.3). It also stated that, in the event of a material breach, each party had an obligation to return or destroy certain technology received from the other. (*Id.* §§ 14.2, 15.1(a)).

In January 2021, Qualcomm announced that it had reached a deal to acquire Nuvia. (PTX-212 at 1-2; PTX-234 at 2; Tr. 172:8-173:7, 216:14-23). The acquisition occurred in March of that

---

2 Qualcomm formed a subsidiary corporation, and that corporation and Nuvia were merged together with Nuvia being the surviving entity. (Tr. at 575:17-23).

year. (Tr. 808:10-14). On February 1, 2022, Arm notified Nuvia that it would terminate the Nuvia ALA, effective March 1, 2022. (JTX-8).

### C. Procedural History

ARM filed this action on August 31, 2022, alleging that Nuvia and Qualcomm breached the Nuvia ALA when Qualcomm acquired Nuvia in March of 2021. (D.I. 1). Defendants counter that neither breached the Nuvia ALA, and that Qualcomm's use of ARM's code following the acquisition was licensed under the Qualcomm ALA. (D.I. 300 at 56). Both ALAs stipulate that "[t]he validity, construction and performance of this ALA shall be governed by California Law." (JTX-1 § 16.12; JTX-10 § 16.15).

From December 16 to 20, 2024, the Court presided over a jury trial. (*See* Tr.). At the conclusion of trial, the jury found that (1) ARM had not proven that Qualcomm breached Section 15.1(a) of the Nuvia ALA, and (2) that Qualcomm had proven that its use of ARM's code was licensed under the Qualcomm ALA. (D.I. 572). The jury hung, however, on the question of whether Nuvia breached the Nuvia ALA. (*Id.*).

On January 17, 2025, the parties filed their motions for judgment as a matter of law. (D.I. 595, 597). Those motions were fully submitted as of February 28, 2025. (D.I. 596, 598, 608, 609, 614, 615). The Court now addresses the motions.

## II. LEGAL STANDARDS

### A. Judgment as a Matter of Law

Judgment as a matter of law may be entered against a non-moving party if the Court "finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on [an] issue." Fed. R. Civ. P. 50(a)(1). A motion for judgment as a matter of law "should be granted only if, viewing the evidence in the light most favorable to the nonmovant and giving it the

advantage of every fair and reasonable inference, there is insufficient evidence from which a jury reasonably could find liability." *Avaya Inc., RP v. Telecom Labs, Inc.*, 838 F. 3d 354, 373 (3d Cir. 2016) (quoting *Lightning Lube, Inc. v. Witco Corp.*, 4 F. 3d 1153, 1166 (3d Cir. 1993)). "Judgment as a matter of law is proper only if the record is critically deficient of the minimum quantum of evidence needed to support the verdict." *Washington v. Gilmore*, 124 F. 4th 178, 185 (3d Cir. 2024) (internal quotation marks omitted). It is a remedy to be invoked "sparingly." *CGB Occupational Therapy, Inc. v. RHA Health Servs. Inc.*, 357 F. 3d 375, 383 (3d Cir. 2004); *Marra v. Philadelphia Hous. Auth.*, 497 F. 3d 286, 300 (3d Cir. 2007).

In determining whether substantial evidence supports the jury verdict, the Court may not make credibility determinations, weigh the evidence, or substitute its own conclusions for those of the jury where the record evidence supports multiple inferences. *See Rodriquez v. Southeastern Pa. Trans. Auth.*, 119 F. 4th 296, 298 (3d Cir. 2024); *Avaya*, 838 F. 3d at 373. Moreover, in the Third Circuit, when the movant bears the burden of proof on an issue, judgment as a matter of law is appropriate only if "there is insufficient evidence for permitting any different finding." *Fireman's Fund Ins. Co. v. Videfreeze Corp.*, 540 F. 2d 1171, 1177 (3d Cir. 1976) (citations omitted).

**B. Motion for a New Trial**

"[A]fter a jury trial," the Court may grant a new trial "to any party" on "all or some of the issues" for "any reason for which a new trial has heretofore been granted" in federal court actions at law. Fed. R. Civ. P. 59(a)(1)(A). Common grounds for a new trial are: "(1) where the jury's verdict is against the clear weight of the evidence, and a new trial must be granted to prevent a miscarriage of justice; (2) where newly-discovered evidence exists that would likely alter the outcome of the trial; (3) where improper conduct by an attorney or the court unfairly influenced

the verdict; or (4) where the jury's verdict was facially inconsistent." *Ateliers de la Haute-Garonne v. Broetje Automation-USA Inc.*, 85 F. Supp. 3d 768, 775 (D. Del. 2015).

Whether to grant a new trial is a question committed to the Court's discretion. *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 36 (1980). Unlike the standard for judgment as a matter of law, on a motion for a new trial, "the Court need not view the evidence in the light most favorable to the verdict winner." *Ateliers*, 85 F. Supp. 3d at 776. "Nevertheless, new trials because the verdict is against the weight of the evidence are proper only when the record shows that the jury's verdict resulted in a miscarriage of justice or where the verdict, on the record, cries out to be overturned or shocks [the] conscience." *Williamson v. Consol. Rail Corp.*, 926 F. 2d 1344, 1353 (3d Cir. 1991).

## III. DISCUSSION

### A. Whether Qualcomm Proved that Defendants Were Licensed Under the Qualcomm ALA (Verdict Question 3)

The jury found that Qualcomm proved by a preponderance of the evidence that the Qualcomm CPUs that include designs acquired in the Nuvia acquisition are licensed under the Qualcomm ALA. (D.I. 572). ARM challenges that finding as unsupported for three reasons, arguing: (1) that the CPU designs at issue were not developed under the Qualcomm ALA; (2) that the CPUs were developed for Nuvia, not Qualcomm; and (3) that the Qualcomm ALA's license is limited to "ARM Technology." (D.I. 596 at 4-7).

#### 1. Whether the CPUs at Issue Were Designed Under the Qualcomm ALA

The Qualcomm ALA applies to "applicable ARM Technology," including any "Architecture Compliant Core," which is "a microprocessor core developed by or for [Qualcomm] under the licenses granted in this [Agreement]." (JTX-11 §§ A.6, B.1.1). ARM asserts that the technology at issue in this case was developed by Nuvia prior to the acquisition. Qualcomm

counters that there was sufficient trial evidence for the jury to conclude that the Hamoa, Pakala, Nordschleife, and Pegasus CPUs at issue were developed by Qualcomm after the 2021 acquisition.

At trial, Qualcomm presented evidence that relevant cores "[a]ll were conceived at Qualcomm" and worked on by Qualcomm employees. (Tr. at 430:15; *id.* at 400:13-15; *id.* at 579:15-22). Specifically, Nuvia's CEO testified that "the design start point" for Hamoa was July 21, 2021, the Pakala product "had a start date of January 2022," Pegasus "stated roughly around the summer of 2022," and Nordschleife, "[t]he automotive platform, its design start was in February of 2023." (*Id.* at 428:20-430:12). All of those dates succeed the March 2021 acquisition. Qualcomm's witnesses further attested to the fact that "Nuvia didn't have any finished products at the time" of the acquisition, and its original project, a "server CPU" that they were "working on at Nuvia," was "canceled" after the company became Qualcomm. (*Id*. at 428:1-12, 579:17-18). Based on that evidence, the jury could have reasonably concluded that the CPUs at issue were built by Qualcomm employees (at least some of whom were former Nuvia employees) after the acquisition, and that the relevant cores fell under the license in the Qualcomm ALA.

ARM presented contrary evidence. It elicited an acknowledgment, for example, that "[t]he work that Nuvia was doing when Nuvia was a separate entity, before the acquisition, was not being done by or for Qualcomm under the license granted to Qualcomm." (*Id.* at 583:4-586:15; *see also* 380:15-19, 390:7-395:24, 784:3-10; PTX-103 at 1-2; PTX-260 at 2). But when there is conflicting testimony at trial and the evidence permits more than one reasonable finding on any given point, the jury is entitled to make credibility determinations, weigh the evidence, and believe the witnesses it considers most trustworthy. *See Marra*, 497 F. 3d at 306; *Woodson v. Scott Paper Co.*, 109 F. 3d 913, 921 (3d Cir. 1997) ("[T]he jury had the unique opportunity to judge the credibility and demeanor of the witnesses who testified at the trial, and [therefore] it reached its

conclusions based in part on those observations.") (internal quotation marks omitted). It was the jury's job to do that here, and it came out in Qualcomm's favor. There is no basis to upset that ruling.

### 2. Whether the CPUs at Issue Were Designed for Nuvia or Qualcomm

ARM next argues that the cores at issue were not "developed by or for" Qualcomm, as required by the Qualcomm ALA. (JTX-11 § A.6). ARM asserts that the license provided in the Annex is "subject to Clause 2.2 of the ALA," which "does not grant to the Designer any license in respect of the Arm Technology for any purpose other than for designing on behalf of [Qualcomm]." (JTX-11 § B.1.1; JTX-10 § 2.2). Qualcomm responds that the jury was entitled to read both "the plain language of the Qualcomm ALA as well as extrinsic evidence" to decide whether "all of Qualcomm's design and development work" on the at-issue CPUs was protected under the Qualcomm ALA. (D.I. 608 at 6).

Throughout trial, the parties agreed that the provisions of the ALAs at issue were susceptible to multiple reasonable readings. Indeed, ARM prevailed on summary judgment on that very premise. (D.I. 513 at 27:4-6 ("Qualcomm's [motion for summary] judgment that its cores are properly licensed under the Qualcomm ALA [is] denied. [The Court finds] [i]ssues of fact on that clearly."); D.I. 416 at 15 ("[There is] a genuine issue of fact regarding whether Qualcomm's ALA might license Qualcomm to use technology developed under other ALAs.")). That led the Court to read ***an agreed-upon instruction*** to the jury that "Arm and Defendants dispute the meaning of the words in their contract." (Tr. at 886:1-8). The Court went on to instruct that, "[i]n deciding what the words of a contract mean, you must decide what the parties intended at the time the contract was created. You may consider the usual and ordinary meaning of language used in the contract as well as the circumstances surrounding the making of the contract." (*Id.*).

Thus, by agreement of the parties, the jury was charged with resolving which of the parties' competing interpretations was correct. *See Wolf v. Walt Disney Pictures & Television*, 76 Cal. Rptr. 3d 585, 602 (Cal. Ct. App. 2008); *LG Infocomm U.S.A., Inc. v. Euler Am. Credit Indem. Co.*, 419 F. Supp. 2d 1248, 1258 (S.D. Cal. 2005) ("ambiguous" means "capable of two or more constructions, both of which are reasonable").

Given that, the jury was entitled to consider extrinsic evidence, including that, right after the announcement of the acquisition in January 2021, high level ARM employees thought that Qualcomm "ha[d] a reasonably bombproof arch license that covers everything [through the] mid 2020s at least," (DTX-90 at 5), and that, following the combination, the "Nuvia team will be able to use the architecture license which Qualcomm has." (DTX-52 at 1; DTX-47 at 1) ("Qualcomm Nuvia is a problem. Qualcomm already have a v8 arch license."). Indeed, ARM's CEO wrote in a contemporaneous internal message that the Nuvia ALA "had left a route to blow a hole in [ARM's] revenue plan" because "Qualcomm already ha[d] a v9 architecture license" under its own ALA. (DTX-144 at 1). That observation led him to vent that "I'm struggling not to be pissed that we set up a route for Qualcomm to collapse the payments to Arm," which "feels like in our chess game we left ourselves very exposed." (DTX-145 at 3). And Qualcomm itself told ARM that it was planning to proceed post-merger under its license in the Qualcomm ALA. (*See* DTX-1196; Tr. at 456:23-457:7, 576:9-577:23).

Once again, ARM presented evidence to the contrary. ARM argued at trial that its interpretation of the language in the Qualcomm ALA granted no rights as to Nuvia's pre-acquisition code, further retaining the obligation of showing that code was developed by or for Qualcomm. (Tr. 585:23-586:15; JTX-11 §§ A.6, B.1.1.1). And further, ARM tried to show to the jury that by acquiring Nuvia after being rejected from using their CPU core designs, Qualcomm

could not then avail itself of the Qualcomm ALA's terms permitting collaboration with a "Designer" or "Subsidiary", as those terms (per ARM) licensed collaborations "only for the period during which such control exists." (Tr. 394:4-396:10; JTX-10 §§ 1.10, 1.23, 2.2). Although that is competing evidence, it does not change the fact that there was sufficient evidence for the jury to reasonably accept Qualcomm's reading of the ALAs, and the jury was entitled to conclude that the challenged CPUs were developed by or for Qualcomm.

### 3. Whether the CPUs at Issue Constitute "ARM Technology"

Lastly, ARM argues the jury's conclusion on Question 3 of the verdict was against the weight of the evidence because Qualcomm's ALA limited "ARM Technology" to only that technology delivered under the Qualcomm ALA. (D.I. 592 at 7-9). ARM asserts that the plain language of Qualcomm's ALA restricts the interpretation of "ARM Technology" to only that delivered to Qualcomm under ***its own*** ALA, which the Nuvia cores, by definition, were not; and if that argument fails, ARM argues that the Qualcomm ALA expressly disclaims a license to ARM products created or delivered under another ALA (for ARM's purposes here, the Nuvia ALA), so Qualcomm was using "'Arm t̲echnology (rather than 'Arm T̲echnology')". (*Id*. at 8 (underlines in original); JTX-10 §§ 1.3, 2.0, 2.6). Qualcomm responds that the Qualcomm ALA's definition of "ARM Technology" did not control, Annex 1's definition did, and that ARM's position distinguishing between "ARM Technology" and ARM technology, more generally, was not presented to the jury, and regardless, could have been rejected. (D.I. 608 at 9-10).

Invoking the now recurring theme, the parties once again point to competing interpretations on the issue. Qualcomm presented at trial that where "Annex 1 provisions conflict with those in the ALA, Annex 1 controls." (Tr. 571:6-20). And the relevant portion of the Annex's definition of "ARM Technology" reads, "any or all, of the architecture technology identified in this Annex

1 and any Updates thereto[.]" (JTX-11 § 2, cl. A.10). But according to ARM's interpretation, the Qualcomm ALA forbids the use of ARM technology, even if delivered as ARM Technology, when created under the Nuvia ALA. (D.I. 596 at 8). ARM did not, however, present that argument to the jury at trial. Even if it had, and even were it based solely on the language ARM asserts was clear, the jury was charged with determining the meaning of the contract from the words and any extrinsic evidence. *See supra* III.A.2. With that charge, the jury was entitled to weigh the evidence and reach its verdict that Qualcomm was licensed. *See Marra*, 497 F. 3d at 306; *Woodson*, 109 F. 3d at 921.

**B. Whether ARM Proved that Qualcomm Breached the Nuvia ALA (Verdict Question 2)**

ARM also moves for judgment as a matter of law that Qualcomm breached the Nuvia ALA. (*See* D.I. 572). It is axiomatic that an entity can only breach a contract to which it is a party. *See Brookfield Prop. Grp., LLC v. Liberty Mut. Fire Ins. Co.*, 679 F. Supp. 3d 971, 982 (C.D. Cal. 2023) ("As a general matter, a non-party, or nonsignatory, to a contract is not liable for a breach of that contract.") (citation omitted); *Sun v. Cheung*, No. 23-2112 (CSK), 2025 WL 1446378, at *5 (E.D. Cal. May 20, 2025). Thus, because the Nuvia ALA was executed between ARM and Nuvia – not Qualcomm – Qualcomm can be liable for breach only if it assumed the contract upon acquisition of Nuvia.

At trial, once again, the parties presented competing evidence. ARM argued that Qualcomm assumed the Nuvia ALA explicitly in order to use Nuvia's CPU designs, as Qualcomm supposedly knew the Nuvia ALA "defined an acquisition to be an assignment of the Nuvia ALA," and further that ARM had opposed the transfer of the designs central to the Nuvia ALA. (D.I. 596 at 12); (*see* PTX-240; Tr. at 356:12-21, 401:5-18). For its part, Qualcomm argues it showed evidence that the Nuvia ALA was not assumed as a matter of both law and by evidence adduced,

because ARM failed to identify a single document showing that Qualcomm either "agreed to [assume the Nuvia ALA]" or that "Qualcomm intended to do so." (D.I. 608 at 13). Indeed, documentary evidence showed that ARM asked Qualcomm to assume the contract: "ARM is willing to provide consent to the assignment of designs created under NUVIA's architecture license agreement with ARM to Qualcomm, on the condition that Qualcomm agrees to assume the existing terms and conditions under which the design was created . . . under the architecture license agreement in place between ARM and NUVIA, including without limitation the royalty rates." (PTX-260 at 2). Qualcomm showed that that request was denied. (*See, e.g.*, Tr. 180:20-181:7; PTX-242 at 2; PTX-277). On that basis, the jury had ample evidence adduced to reach a conclusion that Qualcomm did not breach the Nuvia ALA because it was explicitly *not* a party to the agreement.

ARM contends that even if the jury found that Qualcomm did not explicitly assume – and consequently breach – the Nuvia ALA, the jury worked against the great weight of evidence in finding that Qualcomm did not ***implicitly*** assume, by its actions, the Nuvia ALA. This is purportedly so because ARM "recounted the actions that reflected Qualcomm's intent to assume . . . the Nuvia ALA." (D.I. 614 at 6). Here, Qualcomm again points to the evidence it adduced demonstrating both an explicit refusal to accept the Nuvia obligations and actions reiterating the same. (D.I. 608 at 14).

California law states that assumption only applies "where the person accepting the benefit was a party to the original transaction" or there "has been an assumption of the obligations . . . determined by the intent of the parties as indicated by their acts, the subject matter of the contract or their words." *Recorded Picture Co. [Productions] Limited.* v. *Nelson Ent., Inc.*, 61 Cal. Rptr. 2d 742, 748 (Cal. Ct. App. 1997). The principle ordinarily applies "when a party accepts all the

Case 1:24-cv-00490-MN Document 97 Filed 09/30/25 Page 13 of 28 PageID #: 2686

benefits of an executory contract." *PF1, Inc. v. Suba*, 2023 WL 3107974, at *2 (Cal. Ct. App. Apr. 27, 2023); *see also Manela v. Stone*, 66 Cal. App. 5th 90, 96 n.2 (Cal. Ct. App. 2021). Given that (as noted above) Qualcomm adduced substantial evidence that it did not take all the benefits of the Nuvia ALA, the jury was entitled to find that Qualcomm did not assume all of the obligations and did not breach the Nuvia ALA.[3]

**C. Whether Arm Proved that Nuvia Breached the Nuvia ALA (Verdict Question 1)**

On the first question of the verdict sheet – whether Arm proved by a preponderance of the evidence that Nuvia breached Section 15.l(a) of the Nuvia ALA – the jury deadlocked. (D.I. 572). Both parties move for judgment as a matter of law on this issue. ARM argues that Nuvia breached as a matter of law. (D.I. 596 at 9-10). Nuvia, on the other hand, challenges the sufficiency of the evidence as to two essential elements of ARM's breach claim: (1) that ARM was harmed; and (2) that Nuvia's conduct constituted a breach. (D.I. 598 at 4, 7).

**1. <u>Harm</u>**

**a. <u>Whether ARM Must Prove Harm</u>**

At the outset, the parties dispute as a matter of law whether ARM was required to prove that it suffered harm to prevail on its claim for specific performance under the Nuvia ALA. (*See* D.I. 598 at 4; D.I. 609 at 5). ARM argues for the first time that it is entitled to "nominal damages" so long as it can establish that Defendants breached the contract. (D.I. 609 at 5-6); Cal. Civ. Code § 3360 ("When a breach of duty has caused no appreciable detriment to the party affected, he may yet recover nominal damages."). Qualcomm and Nuvia reply that harm is a standalone element that must be proved in its own right. (D.I. 598 at 4).

---

[3] Additionally, as discussed in the following section, *infra* at III.C, ARM's failure to prove harm constitutes another basis to support the jury's finding that Qualcomm did not breach the Nuvia ALA.

The Court agrees with Defendants. An essential element of a breach of contract claim is that "plaintiff was harmed as a result" of the breaching conduct. *CSAA Ins. Exch. v. Hodroj*, 72 Cal. App. 5th 272, 276 (Cal. Ct. App. 2021); *see also Densmore v. Manzarek*, No. B186036 (MF), 2008 WL 2209993, at *13 (Cal. Ct. App. May 29, 2008); *Russo v. Andrews*, No. A155999 (VR), 2022 WL 4493590, at *6 (Cal. Ct. App. Sept. 28, 2022) ("Injury, or resulting harm, is an element of a breach of contract cause of action.") (citation modified). That being so, if a plaintiff cannot demonstrate harm that resulted from a breach of contract, the plaintiff's claim fails as a matter of law. *Smith v. NBC Universal*, 524 F. Supp. 2d 315, 327 (S.D.N.Y. 2007). To prevail on a cause of action for breach of contract, the plaintiff must prove the resulting damage to the plaintiff. Indeed, ARM agreed, representing in the Pretrial Order:

> Harm is an essential element of a breach of contract claim under California law. *Smith v. NBC Universal*, 524 F. Supp. 2d 315, 327 (S.D.N.Y. 2007). Because damages are an element of the claim, if a plaintiff cannot demonstrate harm that resulted from a breach of contract, the plaintiff's claim fails as a matter of law. *Id.* To prevail on a cause of action for breach of contract, the plaintiff must prove the resulting damage to the plaintiff. *Richman* [*v. Hartley*], 224 Cal.App.4th [1182, 1186 (2014)].

(D.I. 518-4 at 10; *see also* D.I. 372 at 20 (summary judgment briefing)).

ARM's assertion of nominal damages does not alter the analysis. Notably, ARM did not pursue its nominal damages theory prior to post trial briefing. Indeed, that theory does not appear in the Pretrial Order, the briefing on the many pretrial motions addressing ARM's assertions of harm and requests for relief or the trial transcript. Instead, ARM represented that its witnesses would describe ARM's ALA licensing program; and that "[t]he only [] reason that this evidence is relevant is to show . . . harm." (D.I. 530 at 27:20-21). At the close of evidence, ARM argued – as it did on summary judgment – that it had adduced sufficient evidence of harm to defeat judgment as a matter of law. (Tr. at 846:20-851:1). During the charge conference, ARM opposed a

standalone harm instruction on the basis that "harm is already an element of the contract elements." (*Id*. at 841:2-11). That led the Court to read an agreed-upon jury instruction that, "[t]o prove Qualcomm or Nuvia's breach of contract, ARM must prove . . . ARM suffered harm." (*Id.* at 885:8-25). And ARM closed its case by arguing to the jury that it had proven harm. (*Id.* at 988:3-6).

In sum, ARM committed to proving harm throughout this litigation. It cannot now abandon that burden after trial in the face of an adverse jury verdict. *See Haley v. Casa Del Rey Homeowners Ass'n*, 63 Cal. Rptr. 3d 514, 521-22 (Cal. Ct. App. 2007); *Copenbarger v. Morris Cerullo World Evangelism, Inc.*, 239 Cal. Rptr. 3d 838, 850 (Cal. Ct. App. 2018).

**b. <u>Whether ARM Proved Harm</u>**

Aside from its assertion of nominal damages, ARM contends that it was harmed because its technology was being used in the market without a license, harming its licensing "ecosystem." (*See* Tr. at 100:21-25, 228:8-18, 229:15-24, 247:11-248:4, 278:25-281:1; D.I. 609 at 8-10). And, second, as a result, ARM received less in royalty payments than it otherwise would have. (*Id.* at 850:21-851:1; D.I. 609 at 9, n.1).

As to the first grounds, ARM presented no trial evidence from third-party market participants suggesting that ARM's licensing ecosystem was negatively impacted by Nuvia's alleged breach of the Nuvia ALA. That lack of evidence was largely due to ARM's refusal to provide discovery into its third-party contracts. (*See* D.I. 530 at 26:20-27:19) ("We do not intend to put in any evidence about the specific terms of specific agreements."). On the other hand, there was trial evidence to undermine that ARM suffered any adverse consequences at all, such as when ARM's CEO testified that ARM recorded historic licensing and royalty revenues after terminating the Nuvia ALA in 2022. (*See* Tr. at 198:18-199:21, 281:7-288:23; DTX-791 at 2, 1495 at 2-3).

ARM's theory of harm is further derailed by the jury's finding that Qualcomm's products were, in fact, licensed, given that a predicate to the purported harm is unlicensed use. (Tr. at 100:19-25) ("What we are relying on to meet the element of harm . . . is that we have been damaged by the unlicensed use of our intellectual property."). In any event, ARM does not appear to contest this point in its briefing and therefore concedes it. *See In re Wilmington Trust Secs. Litig.*, No. 10-990 (SRF), 2017 WL 2467059, at *2 (D. Del. June 7, 2017) ("When a responding party fails to defend against an issue which is the subject of a motion, courts consistently construe the failure to respond as an abandonment of the issue or a concession that the moving party is correct.").

Second, ARM contends that "evidence in the record shows that Nuvia's breach caused Arm to lose royalty payments." (D.I. 609 at 8). Even if there is such evidence, ARM's argument is foreclosed by the Court's ruling on the morning of the start of trial that ARM could not pursue a lost royalties theory without showing that it "actually disclosed that as an element of [its] claim" in discovery. (Tr. at 96:16-97:7); *United States v. Schiff*, 602 F. 3d 152, 176 (3d Cir. 2010) ("[A] district court [has] broad discretion in its rulings concerning case management both before and during trial."). The Court left open the possibility that ARM could seek reconsideration of its ruling should it have evidence of timely disclosure, but ARM chose not to do so. *See ZF Meritor, LLC v. Eaton Corp.*, 696 F. 3d 254, 297 (3d Cir. 2012) ("A plaintiff omits evidence necessary to sustain a damages award at its own risk."); Fed. R. Civ. P. 37(c) ("If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."). Indeed, it was only after trial and post-trial briefing, that ARM attempted to show that it had disclosed its royalty theory during discovery. (D.I. 628 at 43:4-45:1). Allowing such a dramatic late-breaking shift in ARM's theory of the case

would have been highly prejudicial to Defendants, who did not have the benefit of preparing a defense to such a theory. *See IPPV Enters., LLC v. Echostar Commc'ns, Corp.*, 191 F. Supp. 2d 530, 572 (D. Del. 2002) ("[T]he court finds that [plaintiff's] failure to disclose their shift in damages theory . . . prejudiced [defendant].").

Accordingly, the Court finds that no reasonable jury could find that ARM proved harm by a preponderance of the evidence and grants judgment as a matter of law to Nuvia on Question 1.

**2. <u>Breach</u>**

The parties also move for judgment as a matter of law on the second element of ARM's breach of contract claim: breach. ARM says that the trial evidence permits only one conclusion: that Nuvia breached. (D.I. 596 at 9). Nuvia asserts the opposite. (D.I. 598 at 7). Because the Court has already found that ARM failed to present substantial evidence to sustain the element of harm, ARM's claim fails and the Court need not consider either side's arguments on the element of breach. *See Martinez v. Welk Grp., Inc.*, 907 F. Supp. 2d 1123, 1132 (S.D. Cal. 2012); *United States v. Int'l Fid. Ins. Co.*, No. 16-8064 (DSF), 2019 WL 4187846, at *2 (C.D. Cal. Sept. 4, 2019) ("[Counterclaim plaintiffs] have not proven damages. This is fatal to the [breach] counterclaim."); *Kaufman & Broad Monterey Bay v. Travelers Prop. Cas. Co. of Am.*, No. 10-2856 (EJD), 2012 WL 2945932, at *13 (N.D. Cal. July 18, 2012) ("[F]ailure to prove resulting damages is fatal to [Plaintiff's] claim.").

**D. ARM's Motion for a New Trial**

Finally, ARM moves for a new trial "because the jury deadlocked on th[e] issue" of "whether Nuvia breached the Nuvia ALA." (D.I. 596 at 14). ARM says that a "new trial on that single issue necessitates a new trial across the board because the issues in this case are 'so interwoven' that they 'cannot be submitted to the jury independently' without violating the

Seventh Amendment's Reexamination Clause." (*Id.*) (quoting *Gasoline Prods. Co. v. Champlin Refining Corp*., 283 U.S. 494, 500 (1931)). The Court has already granted judgment as a matter of law to Nuvia, finding that ARM failed to prove at trial that Nuvia breached the Nuvia ALA. There will be no second trial on that issue, and, therefore, ARM's motion for a new trial is denied.

## IV. <u>CONCLUSION</u>

For the foregoing reasons, ARM's renewed motion for judgment as a matter of law or a new trial (D.I. 595) is DENIED, Nuvia's motion for judgment as a matter of law (D.I. 597) is GRANTED-IN-PART and DENIED-IN-PART. An appropriate order and final judgment will follow.

# Exhibit 2B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1146 (MN) |
| | ) | |
| QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JURY INSTRUCTIONS**

# TABLE OF CONTENTS

1. GENERAL INSTRUCTIONS ........ 1
1.1. Introduction ........ 1
1.2. Jurors' Duties ........ 1
1.3. Burdens of Proof ........ 2
1.4. Attorney-Client Privilege ........ 3
2. THE PARTIES AND THEIR CONTENTIONS ........ 4
2.1. The Parties ........ 4
2.2. The Parties' Contentions ........ 4
2.3. Two or More Parties – Different Legal Rights ........ 5
3. BREACH OF CONTRACT ........ 5
3.1. Contract Defined ........ 5
3.2. Assumption ........ 5
3.3. Breach of Contract – Essential Factual Elements ........ 6
3.4. Contract Interpretation – Disputed Words ........ 6
3.5. Interpretation – Meaning of Ordinary Words ........ 7
3.6. Interpretation – Construction of Contract as a Whole ........ 7
3.7. Interpretation – Construction by Conduct ........ 7
4. DELIBERATION AND VERDICT ........ 8
4.1. Introduction ........ 8
4.2. Unanimous Verdict ........ 8
4.3. Duty to Deliberate ........ 9
4.4. Social Media ........ 10
4.5. Court Has No Opinion ........ 10

# 1. GENERAL INSTRUCTIONS

## 1.1. Introduction

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case. Please listen carefully to everything I say. You must follow all of my instructions, as well as the ones Judge Tennyson gave you at the start of the case, including about the definition of evidence, direct and circumstantial evidence, credibility of witnesses, deposition testimony, expert testimony, stipulations of fact, demonstrative exhibits, use of notes, and any I have given during trial. Do not single out some and ignore others. They are all important.

You will have a written copy of these instructions, along with the preliminary instructions Judge Tennyson gave you, with you in the jury room for your reference during your deliberations. You will also have a verdict form, which will list the questions that you must answer to decide this case.

## 1.2. Jurors' Duties

Let me remind you that you have two main duties as jurors. The first is to decide what the facts are from the evidence that you saw and heard in court. Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way. You are the sole judges of the facts.

Your second duty is to take the law that I give you, apply it to the facts, and decide if, under the appropriate burden of proof, the parties have established their claims. It is my job to instruct you about the law, and you are bound by the oath you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them. This includes the instructions given before and during the trial, and these instructions. All of the instructions are important, and you should consider them together as a whole.

Perform these duties fairly. Do not guess or speculate, and do not let any bias, sympathy, or prejudice you may feel toward one side or the other influence your decision in any way.

**1.3. <u>Burdens of Proof</u>**

I also want to remind you about the burden of proof. This is a civil case. Arm has the burden of proving its case by what is called the preponderance of the evidence. That means Arm has to prove to you, in light of all the evidence, that what it claims is more likely so than not so. To put it differently: if you were to put the evidence favorable to Arm and the evidence favorable to Qualcomm and Nuvia on opposite sides of the scales, Arm would have to make the scales tip somewhat on its side. If Arm fails to meet this burden, the verdict must be for Qualcomm and Nuvia. If you find after considering all the evidence that a claim or fact is more likely so than not so, then the claim or fact has been proved by a preponderance of the evidence.

Qualcomm and Nuvia have also brought a claim for relief against Arm, called a counterclaim. On that claim, Qualcomm and Nuvia have the same burden of proof as has Arm on its claims, i.e., by a preponderance of the evidence.

Arm, Qualcomm, and Nuvia have raised defenses to the claims against them. Those defenses must also be proven by a preponderance of the evidence.

In determining whether any fact has been proven by a preponderance of the evidence, you may, unless otherwise instructed, consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

You may have heard of the term "proof beyond a reasonable doubt." That is a stricter standard of proof and it applies only to criminal cases. It does not apply in civil cases such as this. So you should put it out of your mind.

**1.4. <u>Attorney-Client Privilege</u>**

During the trial, you have heard witnesses decline to answer because of the attorney-client privilege. You should know that it's perfectly proper for any witness to invoke the attorney-client privilege while testifying, and you shouldn't draw any conclusion adverse to either party simply because a witness has invoked the privilege. Nor should you speculate on what the witness might have testified if the privilege had not been raised. Confine your deliberations to the testimony you have heard and the documents in evidence.

## 2. THE PARTIES AND THEIR CONTENTIONS

### 2.1. The Parties

I will now review for you the parties in this action and the positions of the parties that you will have to consider in reaching your verdict.

As you have heard during trial, Plaintiff is Arm Ltd., which I will refer to as Arm. Defendants are Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. For ease of reference, I will refer to Qualcomm Inc. and Qualcomm Technologies, Inc. collectively as Qualcomm, and to Nuvia, Inc. as Nuvia.

### 2.2. The Parties' Contentions

As Judge Tennyson explained to you on the first day of trial, the parties are involved in a dispute over licensing agreements following termination of the Nuvia ALA. Arm has brought a claim against Qualcomm and Nuvia, and Qualcomm and Nuvia have brought a claim against Arm. I will summarize the parties' contentions.

As to Arm's claim against Qualcomm and Nuvia, Arm contends that Qualcomm and Nuvia breached the Nuvia ALA. Arm contends that, when Qualcomm acquired Nuvia, Nuvia assigned the Nuvia ALA to Qualcomm, as defined in the Nuvia ALA, without Arm's consent. Arm also contends that, upon termination of the Nuvia ALA, Qualcomm and Nuvia were required to, but did not, comply with the termination provision (Section 15.1(a)) of the Nuvia ALA, including discontinuing use of technology or work product developed under the Nuvia ALA.

Qualcomm contends that it cannot be held liable for a breach of the Nuvia ALA. Both Qualcomm and Nuvia also deny that they have breached the Nuvia ALA, and Qualcomm contends that the relevant technology and products are fully licensed.

**2.3. Two or More Parties – Different Legal Rights**

You should decide the case as to each Defendant – Qualcomm and Nuvia – separately. Unless otherwise stated, the instructions apply to all parties.

## 3. BREACH OF CONTRACT

**3.1. Contract Defined**

A contract is a legally binding agreement between two or more parties.

The parties do not dispute that the Nuvia ALA was a legally binding contract between Arm and Nuvia. The parties do dispute whether the Nuvia ALA was a legally binding contract between Arm and Qualcomm. The parties do not dispute that the Qualcomm ALA is a legally binding contract between Arm and Qualcomm.

**3.2. Assumption**

A non-party to a contract may be liable for a breach of the contract when it assumes the obligations of the contract. A non-party may assume the obligations either by express or implied assumption.

Under express assumption, the non-party explicitly agrees to assume the obligations of the contract.

A non-party can also assume the obligations by implied assumption. The voluntary acceptance of the benefit of a transaction is equivalent to a consent to all the obligations arising from it.

The intent to assume obligations can be inferred from the actions, subject matter, or words of the parties involved.

Qualcomm did not assume the Nuvia ALA merely by acquiring Nuvia. You must look at the actions, subject matter or words of Qualcomm and Nuvia. Arm has the burden to prove that

Qualcomm intended to assume Nuvia's obligations under the Nuvia ALA by a preponderance of the evidence.

### 3.3. Breach of Contract – Essential Factual Elements

To prove Qualcomm or Nuvia's breach of contract, Arm must prove the following by a preponderance of the evidence:

1. That Arm and Nuvia entered into a contract (the Nuvia ALA). This is not disputed by the parties. With respect to Qualcomm, however, as just discussed, Arm must also prove that Qualcomm intentionally assumed Nuvia's obligations under the Nuvia ALA in order for Qualcomm to be held liable under the Nuvia ALA;

2. That Arm did all, or substantially all, of the significant things that the Nuvia ALA required it to do;

3. That Arm terminated the Nuvia ALA;

4. That Qualcomm or Nuvia failed to do something that the contract required it to do pursuant to Section 15.1(a) of the Nuvia ALA;

5. That Arm suffered harm; and

6. That the breach of the Nuvia ALA by Nuvia or Qualcomm was a substantial factor in causing Arm's harm.

### 3.4. Contract Interpretation – Disputed Words

Arm and Defendants dispute the meaning of the words in their contract. Arm must prove that its interpretation is correct.

In deciding what the words of a contract mean, you must decide what the parties intended at the time the contract was created. You may consider the usual and ordinary meaning of the language used in the contract as well as the circumstances surrounding the making of the contract.

The following instructions may also help you interpret the words of the contract:

### 3.5. <u>Interpretation – Meaning of Ordinary Words</u>

You should assume that the parties intended the words in their contract to have their usual and ordinary meaning unless you decide that the parties intended the words to have a special meaning.

### 3.6. <u>Interpretation – Construction of Contract as a Whole</u>

In deciding what the words of a contract meant to the parties, you should consider the whole contract, not just isolated parts. You should use each part to help you interpret the others, so that all the parts make sense when taken together.

### 3.7. <u>Interpretation – Construction by Conduct</u>

In deciding what the words in a contract meant to the parties, you may consider how the parties acted after the contract was created but before any disagreement between the parties arose.

Case 1:22-cv-00491-JFM Document 9758 Filed 10/21/24 Page 625 of 1294 PageID #: 83522

## 4. DELIBERATION AND VERDICT

### 4.1. Introduction

I have concluded the part of my instructions explaining the rules for considering some of the testimony and evidence. Now let me finish up by explaining some things about your deliberations in the jury room, and your possible verdicts.

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case. If you have any questions or messages, you must write them down on a piece of paper, sign them, and give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the lawyers about what you have asked, so it may take some time to get back to you. Any questions or messages normally should be sent to me through your foreperson, who by custom of this Court is Juror No. 1.

One more thing about messages. Do not ever write down or tell anyone how you stand on your votes. For example, do not write down or tell anyone that you are split 4–4, or 6–2, or whatever your vote happens to be. That should stay secret until you are finished.

### 4.2. Unanimous Verdict

Your verdict must represent the considered judgment of each juror. In order for you as a jury to return a verdict, it is necessary that each juror agree to the verdict. Your verdict must be unanimous.

It is your duty, as jurors, to consult with one another and to deliberate with a view towards reaching an agreement, if you can do so consistent with your individual judgment. Each of you must decide the case for yourself, but do so only after an impartial consideration of the evidence with your fellow jurors. In the course of your deliberations, do not hesitate to reexamine your own views and change your opinion, if convinced it is erroneous. But do not ever change your mind

just because other jurors see things differently, or just to get the case over with. It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience. Remember at all times that you are not partisans. You are judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

A form of verdict has been prepared for you. I will review it with you in a moment. You will take this form to the jury room and when you have reached unanimous agreement as to your verdict, you will have your foreperson fill in, date, and sign the form. You will then return to the courtroom and my deputy will read aloud your verdict.

### 4.3. <u>Duty to Deliberate</u>

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room. In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach unanimous agreement. Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say. Try your best to work out your differences. Do not hesitate to change your mind if you are convinced that other jurors are right and that your original position was wrong.

But do not ever change your mind just because other jurors see things differently, or just to get the case over with. In the end, your vote must be exactly that—your own vote. It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say. So, you should all feel free to speak your minds. Listen carefully to what the other jurors have to say, and then decide for yourself.

### 4.4. Social Media

During your deliberations, you must not communicate with or provide any information to anyone by any means about this case. You may not use any electronic device or media, such as the telephone, a cell phone, smartphone, iPhone, iPad, BlackBerry, tablet or computer, the internet, any internet service, any text or instant messaging service, or any internet chat room, blog or website such as Facebook, LinkedIn, YouTube, Instagram, Snapchat, or X (formerly Twitter) to communicate to anyone any information about this case or to conduct any research about this case until I accept your verdict. In other words, you cannot talk to anyone on the phone, correspond with anyone, or electronically communicate with anyone about this case. You can only discuss the case in the jury room with your fellow jurors during deliberations.

You may not use these electronic means to investigate or communicate about the case because it is important that you decide this case based solely on the evidence presented in this courtroom. Information on the internet or available through social media might be wrong, incomplete, or inaccurate. Information that you might see on the internet or on social media has not been admitted into evidence and the parties have not had a chance to discuss it with you. You should not seek or obtain such information and it must not influence your decision in this case.

### 4.5. Court Has No Opinion

Let me finish by repeating something I said to you earlier. Nothing that I have said or done during this trial was meant to influence your decision in any way. You must decide the case yourselves based on the evidence presented.

# Exhibit 2C

**PROPOSED PRETRIAL ORDER**

# EXHIBIT 4

**PLAINTIFF'S STATEMENT OF THE ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ARM LTD., a U.K. corporation,

Plaintiff,

v.

QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,

Defendants.

C.A. No. 22-1146-MN

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY – FILED UNDER SEAL**

**EXHIBIT 4: ARM'S STATEMENT OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

Pursuant to D. Del. L.R. 16.3(c)(5), Plaintiff Arm Ltd. ("Arm") identifies the following issues of law that remain to be litigated, with citations to authorities relied upon, based on its current understanding of the parties' claims and defenses to date. This statement is based on the arguments Arm expects to make, as well as its understanding of the arguments the Defendants Qualcomm Inc., Qualcomm Technologies, Inc. (together, "Qualcomm"), and Nuvia, Inc. ("Nuvia") (collectively, "Defendants") are likely to make, at trial. This statement is based on the current status of the case and the Court's rulings to date. Arm reserves the right to revise, amend, supplement, or modify this statement as part of the meet-and-confer process or other negotiations between the parties leading up to trial, in response to Defendants' pretrial disclosures and objections, including edits to the draft pretrial order by either side, and in response to any pretrial rulings or further orders from the Court, and/or to address any additional issues, arguments, evidence, or other developments in the case. The authorities cited herein are not exhaustive, and Arm reserves the right to rely on authority not specifically cited in the instant statement. The statements herein are without waiver to Arm's pending motions.

To the extent Arm's Statement of Issues of Fact That Remain to Be Litigated, which is submitted as **Exhibit 2** to this Order, contains issues that the Court deems are issues of law, Arm incorporates those issues of law by reference. To the extent that any issue of law Arm identifies below is more properly an issue of fact, Arm submits that those statements should be considered to be a part of Arm's Statement of Issues of Fact That Remain to Be Litigated.

## I. BREACH OF THE NUVIA ALA

### A. Issues of Law to Be Litigated

1. Whether Qualcomm or Nuvia breached the termination provisions of the Nuvia ALA.

2. Whether Arm had the right to terminate the Nuvia ALA based on the absence of consent to Qualcomm's acquisition of Nuvia.

3. Whether Qualcomm is subject to the termination provisions in the Nuvia ALA based on acquiescence, because Qualcomm assumed those obligations, either expressly or impliedly, based on its acquisition of Nuvia, or under any other theory.

4. Whether all Arm Technology is Arm Confidential Information.

5. Whether damages are inadequate to compensate Arm for the harm caused by Qualcomm and Nuvia's breach of the Nuvia ALA.

6. Whether Qualcomm's efforts to comply with the Nuvia TLA are relevant.

7. Whether the parties' settlement discussions following Qualcomm's announcement of its intent to acquire Nuvia are relevant.

8. Whether Qualcomm's allegations regarding Arm's purported breach of the Qualcomm ALA are relevant.

9. Whether Qualcomm's ALA is limited to Arm Technology delivered under the Qualcomm ALA.

10. Whether Qualcomm or Nuvia are precluded from arguing that it is not liable for breach of contract because Qualcomm acquired Nuvia via a reverse triangular merger.

11. Whether Qualcomm or Nuvia are precluded from arguing that Arm waived its right to terminate the Nuvia ALA.

12. Whether Qualcomm's declaratory judgment counterclaim is barred due to unclean hands.

13. Whether Arm is entitled to specific performance for Qualcomm's or Nuvia's

breach.

14. Whether Arm is entitled to a declaration from the Court that Qualcomm's use of technology developed under the Nuvia ALA is unlicensed.

15. Whether and in what amount Qualcomm and/or Nuvia have been unjustly enriched by their continued use of technology developed under the Nuvia ALA during periods in which they are not performing.

16. Whether and in what amount Arm is entitled to royalties, an accounting, pre- and post- trial judgement interest, supplemental damages, incidental damages, and/or attorneys' fees and costs.

**B. Legal Authority**

**1. Cause of Action**

17. To prevail on a cause of action for breach of contract, the plaintiff must prove (1) the contract, (2) the plaintiff's performance of the contract or excuse for nonperformance, (3) the defendant's breach, and (4) the resulting damage to the plaintiff. *Richman v. Hartley*, 224 Cal.App.4th 1182, 1186 (2014).

18. Under California law, the interpretation of contract language is a question of law. *See Atel Fin. Corp. v. Quaker Coal Co.*, 321 F.3d 924, 925-26 (9th Cir. 2003). "[T]he interpretation of a contract is a judicial function" that is ordinarily "determined solely by reference to the contract's terms." *Brown v. Goldstein*, 34 Cal. App. 5th 418, 432 (2019) (internal quotation and citation omitted); *see also* Cal. Civ. Code §§ 1638-39.

19. The language of a contract is to govern its interpretation, if the language is clear and explicit, and does not involve an absurdity. Cal. Civ. Code § 1638. The Court has the authority to determine whether the language is clear and unambiguous as a question of law.

*WYDA Assocs. v. Merner*, 42 Cal. App. 4th 1702, 1709-10 (1996). The whole of a contract is to be taken together, so as to give effect to every part, if reasonably practicable, each clause helping to interpret the other. Cal. Civ. Code § 1641.

20. A contract must be so interpreted as to give effect to the mutual intention of the parties as it existed at the time of contracting, so far as the same is ascertainable and lawful. Cal. Civ. Code § 1636. Contract terms may be explained or supplemented by course of dealing or usage of trade or by course of performance. Cal. Civ. Proc. Code § 1856. Course of performance evidence can be used not only to interpret an ambiguity, but also to reveal one in language otherwise thought to be clear. *See Emps. Reinsurance Co. v. Superior Ct.*, 161 Cal. App. 4th 906, 920 (2008).

21. When ascertaining the intent of the parties at the time the contract was executed depends on the credibility of extrinsic evidence, that credibility determination and the interpretation of the contract are questions of fact that may properly be resolved by the jury. *City of Hope Nat'l Med. Ctr. v. Genentech, Inc.*, 43 Cal. 4th 375, 395 (2008); *see also Brown*, 34 Cal. App. 5th at 432-33 (extrinsic evidence considered in all steps of contract interpretation, and if "there is a conflict in the extrinsic evidence, the factual conflict is to be resolved by the jury").

22. Courts are not at liberty to imply a covenant directly at odds with a contract's express grant of discretionary power except in those relatively rare instances when reading the provision literally would, contrary to the parties' clear intention, result in an unenforceable, illusory agreement. *Third Story Music, Inc. v. Waits*, 41 Cal. App. 4th 798, 808 (1995). Where a contract expressly defines a term, the Court "cannot reject that definition simply because it may deviate from [the Court's] expectations." *Hammerling v. Google, LLC*, No. 22-17024,

2024 WL 937247, at *2 (9th Cir. Mar. 5, 2024) (citing Cal. Civ. Code § 1644).

**2. Estoppel**

23. The party to an agreement may be bound by its positions taken with respect to the meaning and enforceability of contract terms as a matter of equitable estoppel. "Whenever a party has, by his own statement or conduct, intentionally and deliberately led another to believe a particular thing true and to act upon such belief, he is not, in any litigation arising out of such statement or conduct, permitted to contradict it." Cal. Evid. Code § 623; *Bailey v. Outdoor Media Grp.*, 155 Cal. App. 4th 778, 790 (2007) (same); *see also Logan v. Norwest Bank Minn.*, 603 N.W.2d 659, 664 (Minn. Ct. App. 1999) ("A party may be estopped from challenging an act unauthorized by a contract when the party has ratified the act.").

24. "[E]stoppel may arise from silence when there is a duty to speak." *Skulnick v. Roberts Express, Inc.*, 2 Cal. App. 4th 884, 891 (1992) (if "[certain Parties] intended to preserve their indemnification rights . . ., they also had a duty to affirm those rights upon [another Party's] stated precondition to settlement"); *see also Stillwater Mining Co. v. Power Mount Inc.*, No. 14–cv–2475–WYD–KMT, 2017 WL 1356089, at *14 (D. Colo. Apr. 13, 2017) ("[E]stoppel . . . prevents a party from arguing a particular interpretation of a contract that a party delayed too long in adopting").

25. A party to an agreement may be further bound where it acquiesces or ratifies an interpretation or application of contract terms. "When one party performs under the contract and the other party accepts his performance without objection it is assumed that this was the performance contemplated by the agreement." *Bohman v. Berg*, 54 Cal. 2d 787, 795 (1960).

**3. Successor Liability**

26. "[S]uccessor liability, like alter ego and similar principles, is an equitable

doctrine" under which "considerations of fairness and equity apply." *Cleveland v. Johnson*, 209 Cal. App. 4th 1315, 1330-33 (2012). "A successor corporation that expressly or impliedly agrees to assume the liabilities of its predecessor will be liable for such obligations." *Vir2us, Inc. v. Sophos Inc.*, No. 19-cv18, 2019 WL 8886440, at *6 (E.D. Va. Aug. 14, 2019) (successor liability warranted where acquiring parent company "(1) added the subsidiary's software to its existing portfolio; (2) sold the software through its own website after the acquisition; and (3) provided customer support for the software after the acquisition").

27. While Nuvia may technically remain a separate entity (without employees or resources) under Qualcomm's control, that is immaterial under California law. *See Cleveland,* 209 Cal. App. 4th at 1330 (rejecting argument that buyer "cannot be subjected to successor liability where the seller . . . retained its separate corporate identity" (quotations omitted)); *Westoil Terminals Co. v. Harbor Ins. Co.*, 73 Cal. App. 4th 634, 640 (1999) (reversing summary judgment that agreement did not cover merged company because California "law respects form less than substance." (quoting Cal. Civ. Code § 3528)).

28. Contracts may be enforced against non-signatories, particularly if a non-signatory is in privity with the contracting party and equity supports that result. *See, e.g.*, *Philadelphia Indem. Ins. Co. v. SMG Holdings, Inc.*, 44 Cal. App. 5th 834, 842-44 (2019) (finding equitable estoppel against non-signatory to prevent non-signatory from avoiding obligations under agreement); *Vir2us, Inc.*, 2019 WL 8886440, at *6 (rejecting non-signatory's argument regarding license agreement, where company "implicitly assumed" obligations under license, making "successor liability" appropriate).

29. Courts have confirmed that "a transfer of rights is no less a transfer because it occurs by operation of law in a merger." *SQL Sols., Inc. v. Oracle Corp.*, No. C-91-1079 MHP,

1991 WL 626458, at *4 (N.D. Cal. Dec. 18, 1991) (upholding transfer of obligations under California law despite reverse triangular merger). Qualcomm is liable for Nuvia's obligations via successor liability, which prioritizes "considerations of fairness and equity" over contractual formality to determine liability. *Cleveland*, 209 Cal. App. 4th at 1330-33 (2012) (rejecting argument that buyer "cannot be subjected to 'successor' liability where the seller…retained its separate corporate identity"). Qualcomm cannot rely on a corporate "sleight of hand" to continue to use what Nuvia agreed (and later certified) would not be used after acquisition. *Brown Bark III, L.P. v. Haver*, 219 Cal. App. 4th 809, 822-23 (2013) (successor liability applies to breach of contract claims); *McClellan v. Northridge Park Townhome Owners Assn.*, 89 Cal. App. 4th 746, 756 (2001) ("Corporations cannot escape liability by a mere change of name or a shift of assets when and where it is shown that the new corporation is, in reality, but a continuation of the old.").

**4. Waiver**

30. The modification of a written contract is governed by Civil Code § 1698. California courts will find waiver when a party intentionally relinquishes a right or when that party's acts are so inconsistent with an intent to enforce the right as to induce a reasonable belief that such right has been relinquished. *Wind Dancer Prod. Grp. v. Walt Disney Pictures*, 10 Cal. App. 5th 56, 78 (2017). The facts relied upon to prove waiver must be unequivocal. *Jam Transp. Inc. v. Harleysville*, 937 F. Supp. 2d 532, 536-37 (D. Del. 2013).

31. "No waiver" clauses are enforceable under California law. *Hersch v. Citizens Sav. & Loan Ass'n*, 146 Cal. App. 3d 1002, 1009-10 (1983) (non-waiver provision enforceable under California law). *See Int'l Fruit Genetics, LLC v. P.E.R. Asset Mgmt. Tr.*, No. 2:14-cv-05273-ODW(MRW), 2016 WL 1588472, at *7 (C.D. Cal. Apr. 20, 2016) (no waiver where

contract had express non-waiver provision and Defendants had "not offered facts proving that [Plaintiff] freely and knowingly gave up its right" to enforce contract provisions).

### 5. Specific Performance

32. Specific performance is a form of mandatory injunction. "[T]o enjoin the breach of a contract is, in effect, to decree its specific performance, and the principles applicable to the two remedies are the same." *Macom Tech. Sols. Holdings*, *Inc. v. Infineon Techs. AG*, 881 F.3d 1323, 1332 (Fed. Cir. 2018) (quoting *Ariz. Edison Co. v. S. Sierras Power Co.*, 17 F.2d 739, 740 (9th Cir. 1927)). An injunction can cover not just parties, but also persons who are in active concert or participation with those parties. Fed. R. Civ. P. 65(d)(2); *see also Regal Knitwear Co. v. NLRB*, 324 U.S. 9, 14 (1945) ("[A] decree of injunction not only binds the parties defendant [sic] but also those identified with them in interest, in 'privity' with them, represented by them or subject to their control.").

33. "Specific performance of a contract may be decreed whenever: (1) its terms are sufficiently definite; (2) consideration is adequate; (3) there is substantial similarity of the requested performance to the contractual terms; (4) there is mutuality of remedies; and (5) plaintiff's legal remedy is inadequate." *Blackburn v. Charnley*, 117 Cal. App. 4th, 758, 766 (2004); *Tamarind Lithography Workshop, Inc. v. Sanders*, 143 Cal. App. 3d 571, 575 (Cal. App. 1983).

34. A showing of past harm is not required for specific performance. "[E]quity will interpose to decree specific performance of express contracts when no actual injury has as yet been sustained, but is only apprehended from the peculiar relations of the parties." *Williams v. Coleman*, 70 Cal. App. 400, 405 (1924). Allegations of potential future harm as a result of the

alleged breach are sufficient to state a claim for relief under California law. *Illumina, Inc. v. Ariosa Diagnostics, Inc.*, No. C 14-01921 SI, 2014 WL 3897076, at *4 (N.D. Cal. Aug. 7, 2014). When a promisor repudiates a contract, the promisee may treat the repudiation as an anticipatory breach and immediately seek damages for breach of contract, thereby terminating the contractual relation between the parties. *See Inamed Corp. v. Kuzmak*, 275 F. Supp. 2d 1100, 1131 (C.D. Cal. 2002). Or he can treat the repudiation as an empty threat, wait until the time for performance arrives and exercise his remedies for actual breach if a breach does in fact occur at such time. *Id*. Specific performance is a proper remedy for anticipatory breach/repudiation just as it is for actual breach, so long as all other requirements for granting specific performance are met. *Id*. (citing *Am–Cal Inv. Co. v. Sharlyn Ests., Inc.*, 255 Cal. App. 2d 526, 539 (1967)).

35. The possibility that "lost profits or royalties" can be awarded in IP disputes does not mean that they are always adequate. *See, e.g.*, *SiOnyx LLC v. Hamamatsu Photonics K.K.*, 981 F.3d 1339, 1350 (Fed. Cir. 2020) (affirming patent injunction because it was "difficult to quantify the harm"). Irreparable injury encompasses different types of losses that are often difficult to quantify, including lost sales and erosion in reputation and brand distinction. *Douglas Dynamics, LLC v. Buyers Prods. Co.*, 717 F.3d 1336, 1344 (Fed. Cir. 2013). Damages may be inadequate where an accurate assessment of damages would be far too difficult and require much speculation. *Tamarind Lithography Workshop, Inc.*, 143 Cal. App. 3d at 575.

**6. Unclean Hands**

36. Unclean hands is an equitable rationale for refusing a plaintiff relief where principles of fairness dictate that the plaintiff should not recover. *Kendall-Jackson Winery, Ltd. v. Superior Court* 76 Cal.App.4th 970, 985 (1999). A finding of unclean hands requires inequitable conduct by the plaintiff in connection with the matter in controversy and provides a

complete defense to the plaintiff's action." *Dickson, Carlson & Campillo v. Pole*, 83 Cal.App.4th 436, 446 (2000). Unclean hands provides a complete defense to both legal and equitable causes of action." *Fladeboe v. American Isuzu Motors Inc.*, 150 Cal.App.4th 42, 56 (2007).

## II. QUALCOMM'S COUNTERCLAIM

### A. Issues of Law to Be Litigated

37. Whether Qualcomm's counterclaims are barred due to its failure to show damages.

38. Whether Qualcomm's counterclaims are barred due to acquiescence.

39. Whether Qualcomm's counterclaims are barred due to unclean hands.

### B. Legal Authority

40. *See* Section I.B.

41. Harm is an essential element of a breach of contract claim under California law. *Smith v. NBC Universal*, 524 F. Supp. 2d 315, 327 (S.D.N.Y. 2007). Because damages are an element of the claim, if a plaintiff cannot demonstrate harm that resulted from a breach of contract, the plaintiff's claim fails as a matter of law. *Id*. To prevail on a cause of action for breach of contract, the plaintiff must prove the resulting damage to the plaintiff. *Richman*, 224 Cal.App.4th at 1186 (2014).

42. Unclean hands is an equitable rationale for refusing a plaintiff relief where principles of fairness dictate that the plaintiff should not recover. *Kendall-Jackson Winery, Ltd. v. Superior Court* 76 Cal.App.4th 970, 985 (1999). A finding of unclean hands requires inequitable conduct by the plaintiff in connection with the matter in controversy and provides a complete defense to the plaintiff's action." *Dickson, Carlson & Campillo v. Pole*, 83

Cal.App.4th 436, 446 (2000). Unclean hands provides a complete defense to both legal and equitable causes of action." *Fladeboe v. American Isuzu Motors Inc.*, 150 Cal.App.4th 42, 56 (2007).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN<br>(CONSOLIDATED)<br><br>**FILED UNDER SEAL** |

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S REPLY IN SUPPORT OF THEIR MOTION *IN LIMINE* NO. 2**

Qualcomm still has not identified any supposedly ambiguous contract provisions, proposed any interpretation of such a provision (let alone a "reasonably susceptible" one), or explained why its parol evidence supports that interpretation. That is reason enough to exclude the evidence identified in Arm's motion. The parties agree the Court must first find that parol evidence supports an interpretation to which the contract's language is "reasonably susceptible." Opp. 1. Arm is not trying to stop the Court from "receiving the extrinsic evidence" when making that determination (Opp. 1); Arm's position is the Court must find ambiguity, with or without the parol evidence, as a gating issue before any parol evidence can go ***to the jury*** (and even then, the jury's role is limited (Mot. 2)). Qualcomm wants to admit the evidence first and decide whether it is admissible later.

The Court has not, and cannot, find ambiguity because Qualcomm still does not offer any interpretation the parol evidence would be relevant to—indeed, it views the terms as unambiguous. D.I. 137 ¶ 75. It is Qualcomm's burden to offer a "reasonably susceptible" interpretation that permits the parol evidence. *Consol. World Invs. v. Lido Preferred*, 9 Cal. App. 4th 373, 379-80 (1992); *Batta v. Hunt*, 106 Cal. App. 5th 295, 308 (2024) (proponent failed to argue contract was reasonably susceptible to its interpretation). Qualcomm's failure to provide one (and thus any reason why the parol evidence is relevant) is dispositive. It is irrelevant, confusing, and unduly prejudicial for the jury to hear parol evidence unmoored from any contract interpretation dispute. *Masterson v. Sine*, 68 Cal.2d 222, 227 (1968). That is especially true as the ALA and TLA are fully integrated. *Lonely Maiden v. GoldenTree Asset Mgmt.*, 201 Cal. App. 4th 368, 376 (2011).

Qualcomm is also wrong about other customer documents. Arm does not seek to exclude other TLAs with Hunter, Hayes, or Yamin rate information. But whether Arm delivers OOBs or ACK patches to other customers pursuant to the terms of their ALAs sheds no light on the meaning of Qualcomm's ALA. It simply invites collateral litigation over the terms of the third-party ALAs.

Dated: September 22, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

# PROPOSED PRETRIAL ORDER

## EXHIBIT 6(c)

## DEFENDANTS' MOTION IN LIMINE NO. 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**FILED UNDER SEAL**

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S**
**MOTION *IN LIMINE* NO. 3**[3]

[3] All PTX exhibits referenced herein were provided to the Court in electronic form on September 14, 2026.

## I. INTRODUCTION AND RELEVANT BACKGROUND

Defendants Arm Holdings plc and Arm Ltd. (collectively, "Arm") moves to preclude Qualcomm from introducing irrelevant evidence, testimony, or argument about Arm's corporate structure and transactions that would confuse and inflame the jury. Specifically, Arm seeks to exclude (1) Nvidia's attempted acquisition of Arm; (2) SoftBank Group's majority stake in Arm; and (3) compensation of Arm executives. None bears on any issue before the jury, and each poses a substantial risk of unfair prejudice under Rules 401–403.

The background is straightforward. SoftBank Group, a Tokyo-based investment company, acquired Arm in September 2016. Four years later, Nvidia announced plans to acquire Arm—plans that were abandoned in February 2022. Arm went public on the Nasdaq in September 2023, with SoftBank remaining its majority owner. None of those corporate events bears on the merits of this dispute. Instead, evidence concerning Nvidia or SoftBank would serve only to confuse the issues and distract the jury from determining whether ***Arm*** interfered with Qualcomm's Meta relationship or Arm Ltd. breached its license agreements with Qualcomm.

## II. ARGUMENT

### A. Nvidia's Attempted Acquisition of Arm.

Qualcomm intends to introduce evidence of Nvidia's abandoned attempt to acquire Arm Ltd., including press coverage (PTX-283; -284; -294). But Nvidia is not a party to this lawsuit, and a deal that never closed has zero probative value. The same applies to terminated regulatory proceedings surrounding the proposed acquisition—including an FTC lawsuit dismissed after the parties abandoned the transaction (PTX-365; -400; -416). These events occurred years before the conduct underlying Qualcomm's tortious interference claim. And Qualcomm is not pursuing an antitrust claim to block an acquisition that never happened. None of this evidence bears on Arm's liability. Additionally, nearly all of this evidence is inadmissible hearsay.

Rule 403 independently compels exclusion. Whatever marginal relevance Qualcomm might conjure is dwarfed by the risk of unfair prejudice. Courts routinely bar collateral-proceedings evidence on this basis. *See Park W. Radiology v. CareCore Nat'l LLC*, 675 F. Supp. 2d 314, 330 (S.D.N.Y. 2009); *Wonderland NurseryGoods Co. v. Thorley Indus., LLC*, 2014 WL 289446, at *2 (W.D. Pa. Jan. 22, 2014); *Hill v. Novartis Pharms. Corp.*, 944 F. Supp. 2d 943, 952 (E.D. Cal. 2013). The risk of juror confusion is acute: jurors may treat the mere existence of the prior FTC lawsuit as evidence of wrongdoing, even though no such determination was made. Qualcomm cannot sidestep its burden to prove its claims by relying on irrelevant regulatory proceedings that never resulted in any final adjudication.

**B. Relationship to SoftBank Group.**

Qualcomm seeks to elicit testimony about Arm's relationship with SoftBank Group (*e.g.*, PTX-659; -2025; Ex. 1 at 47:2–48:24, 229:18–230:13) and SoftBank's acquisition of other companies (*e.g.*, PTX-2004; Ex. 1 at 222:25–223:13, 246:13–247:9). But SoftBank is neither a party to this lawsuit nor a party to the licensing agreements at issue, and Arm's ownership structure has no bearing on any fact of consequence.

Even if there were some marginal relevance, this evidence should be precluded under Rule 403. Qualcomm's evident aim is to conjure SoftBank—a Japan-based investment company—as a bogeyman, inviting the jury to punish Arm for what Qualcomm claims were the motives of Arm's majority owner instead of the conduct actually at issue. That is textbook unfair prejudice. *See, e.g.*, *Food Lion, LLC v. Dean Foods Co.*, 2017 WL 11681192, at *1 (E.D. Tenn. Feb. 17, 2017).[4]

[4] Qualcomm followed just such a playbook in the first trial. Ex. 2 at 129:8-10, 145:12 (In opening: "Arm was acquired by a massive foreign investment fund called SoftBank" and "Arm is being controlled by a man named Mr. Masayoshi Son"); *id.* at 290:6 ("SoftBank is a large conglomerate based in Japan").

### C. Compensation of Arm Executives.

Finally, Qualcomm has sought testimony about the compensation of Arm executives, including stock awards. Ex. 3 at 21:7–25:22; Ex. 4 at 269:11–272:9. But executive pay has no bearing on any element of Qualcomm's claims.

The only purpose for introducing this evidence is to improperly inflame the jury. Courts recognize that evidence of wealth "creates the potential that juries will use their verdicts to express biases against big businesses, particularly those without strong local presences." *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 417 (2003). Because that use is impermissible under Rules 401 and 402, compensation evidence should be excluded.

Rule 403 confirms this result. Any probative value is vastly outweighed by unfair prejudice. *See* Fed. R. Evid. 403; *Husick v. Unum Life Ins. Co. of Am.*, 2025 WL 3266123, at *5 (E.D. Pa. Nov. 21, 2025) (excluding compensation of defendant's CEO); *Keefe v. LendUS, LLC*, 659 F. Supp. 3d 196, 201 (D.N.H. 2023) (same); *United States v. Wilmington Tr. Corp.*, 2017 WL 4416354, at *9 (D. Del. Oct. 5, 2017); *R.D. v. Shohola, Inc.*, 2019 WL 6211365, at *5-6 (M.D. Pa. Nov. 20, 2019). Parading compensation packages before the jury would inject into the trial an irrelevant and inflammatory issue that, by its nature, risks converting the trial into a referendum on executive pay.[5] Because compensation evidence lacks legitimate probative value here, permitting it would pose unjustifiable prejudice.

## III. CONCLUSION

Arm respectfully requests that the Court grant this motion and preclude Qualcomm from offering evidence or argument designed to inflame rather than inform the jury.

---

[5] Qualcomm has injected this evidence before—at the first trial. Ex. 2 at 288:25-289:1 ("[Y]our target annual compensation from your job as CEO is about $15 to $20 million, right?"), *id.* at 289:13-14 ("And you make bonuses on top of the $15 to $20 million annually, right?").

Dated: September 12, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Arm Holdings plc and Arm Ltd.*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

# Exhibit 1

## (FILED UNDER SEAL)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) |
| Plaintiffs, | ) |
| vs. | ) C.A. No. 24-490(MN) |
| ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation, | ) |
| Defendant. | ) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEO-RECORDED DEPOSITION OF RENE HAAS

Monday, July 7, 2025
Palo Alto, California

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083
Job No. 7428967

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED, a )
Delaware corporation, QUALCOMM )
TECHNOLOGIES, INC., a Delaware )
corporation, )
)
Plaintiffs, )
)
vs. ) C.A. No. 24-490(MN)
)
ARM HOLDINGS PLC, f/k/a ARM )
LTD., a U.K. corporation, )
)
Defendant. )
_______________________________ )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY, video-recorded deposition of RENE HAAS, taken on behalf of the Plaintiffs, at the law offices of Kirkland & Ellis LLP, located at 3330 Hillview Avenue, Palo Alto, California 94304, on Monday, July 7, 2025, before Hanna Kim, CLR, Certified Shorthand Reporter, CA License No. 13083.

Page 3

APPEARANCES OF COUNSEL:

For Plaintiffs:
DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: JEN HARTLEY, ESQ.
2001 K Street, N.W.
Washington, D.C. 20006-1047
202.223.7466
kdunn@dirllp.com
jhartley@dirllp.com
-AND-
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.
(VIA ZOOM VIDEOCONFERENCE)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
302.351.9243
jying@morrisnichols.com

Page 4

APPEARANCES OF COUNSEL: (CONTINUED)

For Plaintiffs:
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: S. CONRAD SCOTT, ESQ.
(VIA ZOOM VIDEOCONFERENCE)
1285 Avenue of the Americas
New York, New York 10019-6064
212.373.2329
scscott@paulweiss.com

For Defendant:
KIRKLAND & ELLIS LLP
BY: GREGG F. LOCASCIO, ESQ.
BY: QUINN ZHANG, ESQ.
(VIA ZOOM VIDEOCONFERENCE)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.389.5000
gregg.locascio@kirkland.com
quinn.zhang@kirkland.com

Page 5

APPEARANCES OF COUNSEL: (CONTINUED)

For Defendant:
KIRKLAND & ELLIS LLP
BY: REID MCELLRATH, ESQ.
333 West Wolf Point Plaza
Chicago, Illinois 60654
312.862.2000
reid.mcellrath@kirkland.com

Also Present:
ROBERT CALICO, deputy general counsel, ARM
JOSEPH BLEA, Videographer

INDEX OF EXAMINATION

WITNESS: RENE HAAS


EXAMINATION PAGE
BY MS. DUNN: 13
BY MS. YING: 251
(VIA ZOOM VIDEOCONFERENCE)

QUESTIONS INSTRUCTED NOT TO ANSWER:
PAGE.......LINE
254........13




INDEX OF EXHIBITS


| HAAS DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 1 | E-mail from Phil Hughes, 31/08/2022, "Embargoed until further notice from Arm," and attachments; Bates nos. ARMQC_02741408 through ARMQC_02741411 | 32 |
| Exhibit 2 | E-mail set, with top e-mail from Spencer Collins, 22/10/2024, "FW: Notice," and attachment; Bates nos. ARMQC_02749014 through ARMQC_02749016 | 46 |
| Exhibit 3 | E-mail from Kenneth Siegel, 23/10/2024, "FW: Bloomberg: Arm to Cancel Qualcomm Chip Design License in Escalation of Feud"; Bates nos. ARMQC_02770389 through ARMQC_02770390 | 109 |




INDEX OF EXHIBITS: (CONTINUED)


| HAAS DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 4 | E-mail set, with top e-mail from Ami Badani, 25/10/2024, "Re: Richard Waters - FT"; Bates nos. ARMQC_02762974 through ARMQC_02762976 | 133 |
| Exhibit 5 | "Aurora," "09 May 2022"; Bates nos. ARMQC_02752343 through ARMQC_02752347 | 170 |
| Exhibit 6 | "Sophia November," "15 November 2022"; Bates nos. ARMQC_02752632 through ARMQC_02752651 | 179 |
| Exhibit 7 | E-mail from Curtis Pulley, 17/09/2024, "Meta Phoenix SOW is signed! Congrats to the team!"; Bates nos. ARMQC_02752740 | 211 |
| Exhibit 8 | "Arm to launch its own chip in move that could upend semiconductor industry"; 4 pages | 218 |




INDEX OF EXHIBITS: (CONTINUED)


| HAAS DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 9 | E-mail from "ZZ_Gentry Alverson," December 2, 2024, "arm - VP Product Marketing Opportunity / Korn Ferry Intro"; Bates nos. KF00467 | 225 |
| Exhibit 10 | "Arm CEO Rene Haas on the AI chip race, Intel, and what Trump means for tech," by Alex Heath; 28 pages | 230 |
| Exhibit 11 | Bloomberg article, "SoftBank's Ampere Deal Faces In-Depth U.S. Probe in Threat to AI Ambitions"; 2 pages | 242 |
| Exhibit 12 | E-mail set, with top e-mail from Rene Haas, 07/11/2018, "RE: Risk:-QC going architecture"; Bates nos. ARM_01235323 through ARM_01235327 | 249 |

Page 10

INDEX OF EXHIBITS: (CONTINUED)


| HAAS DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 13 | E-mail set, with top e-mail from Rene Haas, 22/02/2022, "Re: Google - next steps"; Bates nos. ARM_00110130 through ARM_00110136 | 249 |
| Exhibit 14 | E-mail set, with top e-mail from Chloe Ma, 23/12/2022, "Re: Thoughts"; Bates nos. ARMQC_02600713 through ARMQC_02600728 | 249 |
| Exhibit 15 | E-mail set, with top e-mail from Spencer Collins, 29/09/2022, "Re: Privileged and confidential"; Bates nos. ARM_01231267 through ARM_01231271 | 250 |


--o0o--

Page 11

Palo Alto, California
Monday, July 7, 2025
8:35 a.m., Pacific Daylight Time
--o0o--

THE VIDEOGRAPHER: Good morning. We are on the record at 8:35 a.m., on July 7th, 2025.

Please note that microphones are sensitive and may pick up whispering and private conversations.

Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Rene Haas, taken by counsel for Plaintiff, in the matter of Qualcomm Inc. versus ARM Holdings PLC, filed in the United States District Court, District of Delaware; Case Number: 24-490-(MN).

The location of this deposition is 3330 Hillview Avenue in Palo Alto, California.

My name is Joseph Blea, representing Veritext Legal Solutions, and I am the videographer.

I am not authorized to administer an oath; I am not related to any party in this action; nor am

Page 12

I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MS. DUNN: Karen Dunn of Dunn Isaacson Rhee for Qualcomm.

MS. HARTLEY: Jen Hartley, also of Dunn Isaacson Rhee, for Qualcomm.

MR. LoCASCIO: Gregg LoCascio from Kirkland & Ellis on behalf of ARM and the witness, Mr. Haas.

Along with me are Reid McEllrath, Quinn Zhang remotely, and Rob Calico from ARM.

THE VIDEOGRAPHER: Thank you.

The court reporter will now make a statement and swear in the deponent.

THE COURT REPORTER: Good morning. This is Hanna Kim, Certified Licensed Shorthand Reporter, License Number 13083.

///
///
///
///

Page 13

RENE HAAS,
having been duly administered an oath,
was examined and testified as follows:

EXAMINATION

BY MS. DUNN:

Q. Thanks.
Good morning, Mr. Haas.
A. Good morning.

[redacted]

4 (Pages 10 - 13)

Page 46

[redacted]

[redacted]

Page 48

[redacted]

[redacted]

Page 218

[redacted]

Page 222

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Page 230

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Page 246

[redacted]

[redacted]

[redacted]

[redacted]

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original trans deral case, before com review of the transcript [ ed.

In witness subscribed my na

Dated: 8th day o



Hanna Kim
CLR, CSR No. 13083



GREGG F. LOCASCIO, ESQ.
gregg.locascio@kirkland.com

July 8, 2025

RE: Qualcomm Inc. v. Arm Holdings PLC
7/7/2025, Rene Haas (#7428967)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions



ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: QUALCOMM vs. ARM HOLDINGS PLC
Dep. Date: JULY 7, 2025
Deponent: RENE HAAS

CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |
| ___ | ___ | __________ | __________ | __________ |

______________________________
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS____DAY OF__________, 2025.

______________________________
(Notary Public) MY COMMISSION
EXPIRES:______________



JURAT

I, RENE HAAS, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on Monday, July 7, 2025; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

Dated this _____ day of ____________, 2025, at ______________________________________________.

____________________________
RENE HAAS

# Exhibit 2
## (FILED UNDER SEAL)

08:12:43 IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARM LTD., a U.K. corporation, Plaintiff, v. QUALCOMM, INC., a Delaware corporation, et al., Defendants.

VOLUME 2

C.A. No. 22-1146(MN)

Monday, December 16, 2024
8:30 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-



APPEARANCES (Cont'd):

MORRISON FOERSTER, LLP
BY: DARALYN DURIE, ESQ.
BY: ERIK OLSON, ESQ.
BY: SCOTT LLEWELLYN, ESQ.
BY: SHAELYN DAWSON, ESQ.
BY: NICHOLAS FUNG, ESQ.
BY: SARA BRICKEY, ESQ.
BY: LAURA GILBERT REMUS, ESQ.
BY: ZACHARY QUINLAN, ESQ.
BY: MICHAEL DeSTAFANO, ESQ.

Counsel for the Plaintiff

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK BLUMENFELD, ESQ.
BY: JENNIFER YING, ESQ.

-and-

PAUL WEISS
BY: KAREN L. DUNN, ESQ.
BY: CATHERINE NYARDY, ESQ.
BY: JACOB BRALY, ESQ.
BY: RUBY GARRETT, ESQ.
BY: WILLIAM MARKS, ESQ.
BY: WILLIAM ISAACSON, ESQ.

Counsel for the Defendants

\- - - - - - - - - - - - - -

08:14:19
08:14:19
08:16:06
08:16:17



08:16:17 COURTROOM DEPUTY: All rise. The United States
08:16:17 District Court for the District of Delaware is now in
08:17:08 session. The Honorable Maryellen Noreika presiding.
08:36:53 THE COURT: All right. Good morning, everyone.
08:36:56 Please be seated.
08:36:57 So we have a few issues. I haven't looked at
08:37:01 the letters, so you can make your arguments.
08:37:06 MS. YING: Your Honor, before we begin, I told
08:37:08 your courtroom deputy, Mr. Buckson, that we have resolved
08:37:11 one of the issues that was in one of the letters.
08:37:13 THE COURT: Yeah, he told me that. So it's just
08:37:15 one exhibit for the defense side?
08:37:17 MS. YING: That's correct. Thank you, Your
08:37:23 Honor.
08:37:27 MR. MARKS: Thank you, William Marks for the
08:37:29 defendants. We object to PTX-118. This a letter from a
08:37:33 company called CSR that Qualcomm acquired in 2015. In the
08:37:38 letter, CSR asked for Arm to agree to the assignment of a
08:37:43 Technology License Agreement. We believe this letter is
08:37:46 hearsay, and it's from a third party who is not present,
08:37:48 it's not a business record of Arm, and it's not relevant to
08:37:51 any of the issues in the case because what CSR thought it
08:37:55 needed to obtain from Arm is not relevant to what Qualcomm
08:37:58 needs to obtain from Arm related to a different type of
08:38:02 contract under different circumstances.



08:38:04 THE COURT: Okay. Ms. Durie?
08:38:07 MS. DURIE: Thank you, Your Honor, and good
08:38:09 morning. Exhibit 118 is actually a countersigned assignment
08:38:14 of the CSR contract executed by Arm in connection with
08:38:20 Qualcomm's purchase of CSR. It reflects the course of
08:38:25 dealings of the parties when Qualcomm enters into a contract
08:38:29 to purchase another company that has a preexisting contract
08:38:32 with Arm. Arm witnesses will be able to authenticate it,
08:38:38 it's not hearsay because this is being presented for its
08:38:42 authentic legal effect in addition to the dealing.
08:38:45 THE COURT: Do you want to respond to that?
08:38:49 MR. MARKS: Thank you, Your Honor. I believe
08:38:51 that the letter is hearsay because being offered for the
08:38:54 truth of the matter, to the extent that it's relevant to the
08:38:57 course of dealings --
08:38:58 THE COURT: She just said it's not being offered
08:39:00 for the truth, so can you respond to that?
08:39:02 MR. MARKS: Yes, I think she said she believes
08:39:05 it goes to the course of dealings because it shows how
08:39:09 Qualcomm interprets a provision of the contract, and I think
08:39:11 that that goes directly to the contents of the letter which
08:39:14 makes it hearsay.
08:39:15 THE COURT: I think she's saying this is what
08:39:18 they said, not actually what they did or whether it's true.
08:39:21 MR. MARKS: Right, Your Honor, I would also say

Nuvia was allowed to breach their contract with us by transferring this stuff to Qualcomm.

Remember, Qualcomm asked for consent to -- they're going to come in here now and tell you they didn't need it because they had their own license, but if they didn't need our consent, Qualcomm is a giant company, they got lots of lawyers, if they didn't need our consent why would they have asked for it, I would ask you to keep that in mind.

What's the final thing they're going to say, they're going to say we swapped out the Arm stuff, maybe it was in there, but it's not in there anymore. And they're going to say that's what we were certifying when we were sending the certification. The first thing I want you to think about here if Qualcomm's whole point is we have a license, and we have a right to offer stuff, why did they tell us they had destroyed it. But also when they told us they had destroyed all of this, let's take a look at what they actually did.

So remember I said Phoenix, that's that Central Processing Unit, that's that brain in a chip. There is other stuff that goes around it. And Nuvia had gotten some of that other stuff as well. Now that Central Processing Unit, that's the thing that they built under the Architecture License Agreement, right, that's the thing that



relates to the contract at issue in this case.

They also got a little bit of code from Arm under a Technology License Agreement, and they used those little pieces of Arm code, that's the code we wrote around the edges. What did they do in the swap out? They took out those little pieces of Arm code that Nuvia got under its Technology License Agreement, and they swapped it back in with the exact same code that they downloaded again from Arm under Qualcomm's license agreement. And they just literally swapped out the same code for the same code. They didn't touch the Phoenix core, which is the thing that is actually at issue and that we were talking about. This was like a nothing burger, and they knew it.

This is another internal chat, Manu Gulati, just like the whole Arm IP swap, what did we really swap, same RTL, RTL is the type of code at issue in this case. It's the exact same code, this is like a shell game but the most important thing for your purposes, it had nothing to do with our issue, which is the Phoenix CPU core built on Arm by Nuvia under the Nuvia license.

So we are incredibly appreciative for your service. We know it's the holidays, we know this probably was not in your holiday plans, but this case is incredibly important to Arm. Nuvia built its future on Arm's technology. And we are here asking you to assist us in



enforcing our rights under that contract, which we will show you over the course of the trial was breached by both Nuvia and Qualcomm.

And at the end of this case, you're going to hear from witnesses, at the end of this case I'll have a chance to come back and talk with you again and talk to you about that evidence and why it is that we believe we will have proven to you that they are in breach. Thank you very much.

MS. DUNN: Thank you. Good morning, ladies and gentlemen. Thank you for being here with us today. The one place where Ms. Durie and I are going to fully agree is about how grateful we are that you are spending this week with us. Obviously not the easiest week to be here, and we all recognize that.

So the story you just heard is not what really happened between these parties, Arm and Qualcomm. And much of the real story of what happened you are going to learn through Arm's own internal documents from its executives. And these executives you will learn never thought that you would see their e-mails, and they definitely never thought that you would see their chats. You are going to see chats where they are talking about how Arm is not going to be able to compete with CPU's made by Nuvia and Qualcomm. You are going to see chats where they admit in their words that



Qualcomm's license is bomb proof, meaning that they can't attack Qualcomm's rights under the license. And you're even going to see chats where Arm's executives, including their CEO, called Qualcomm the enemy. And it's very sad actually, because as Ms. Durie said, these are companies that were in a long time partnership. Qualcomm was one of Arm's earliest partners, and Qualcomm has actually had an ALA since 2003. And things were going great for a while. But in 2016, Arm was acquired by a massive foreign investment fund called SoftBank, for $32 billion, and after that, the business practices changed. And you'll see that.

By 2019, Arm was under a lot of pressure to raise its royalty rates under the licenses from Qualcomm. And the trouble is at that time, Arm's CPU's were falling farther and farther behind, they couldn't compete. You'll see the correspondence where Arm is worried that Qualcomm is going to acquire Nuvia, because Nuvia had these world class engineers, and if Qualcomm acquired Nuvia, they would be able to make CPU's that vastly outperformed Arm's CPU's. And you're going to see the internal documents where Arm executives are extremely unhappy about this possibility because they had a ten-year plan to charge Qualcomm a lot more money in licensing fees.

And so what happened was, and you'll see these documents, too, Arm destroyed the partnership. In part they

destroyed the partnership by demanding that Qualcomm destroy technology that its engineers had built, and that same technology that actually Arm was out in the market saying was so great. And so we refused to destroy that technology, and that is why we are all here today.

And we believe at Qualcomm that we have the right to innovate, and you are going to see that we have that right under our own contract, and we believe that consumers have the right to the best possible technology.

And you're also going to see that we have great respect for contracts. We want our own contract enforced here. And we did not breach. You are going to see that all of the products that we're going to talk about in this case were licensed under our own agreement, and that's every single one that Ms. Durie mentioned licensed under Qualcomm's own agreement. It is a very serious case, ladies and gentlemen, and we are very grateful to you. I want to take one second to introduce my partners at the table, Bill and Jack and Kathryn, we're going to be here with some members of our team all week. I would also like to introduce Laura Sand, she's Senior Vice-President and legal counsel at Qualcomm, we all standing here today are completely confident that once you have heard all the evidence, that you will find that we did not breach and that our contract covers and protects all of our products.



Now, Ms. Durie did a little bit of introducing the companies, but I'll do a little bit, too.

Qualcomm is a major American business success story. It started in a house of its founder in 1985, and it had no products, it had no business plan, it had seven employees, and through very hard work, a lot of it by extremely brilliant engineers, they are now known today for superior technology. You're going to hear that that's very important to Qualcomm. And that includes computer chips that are in the devices that we use every day, like laptops and phones and cars. And you'll also hear that Qualcomm's latest line of chips is called Snapdragon, named for its speed and veracity. You're going to see the chips, they're really small. Let me see if you can see this from here. This is the chip for a computer, and this is the whole chip. It's not even just the CPU. The CPU is like the brain of the chip. And it processes the instruction that tells the device what to do, so even though it's a really tiny piece, of a really tiny chip, it is the thing that tells your laptop or your phone or your car what to do. And instructions, Ms. Durie talked a little bit about what those are. But they're the language that the computer software uses to talk to the hardware. And so there are different types of instructions, including the ones written down by Arm in this manual, and then there are other companies like



Intel, for example, that also create instructions.

And Ms. Durie told you this goes by the funny acronym, it's the Arm ARM, you'll hear that a lot. She also told you about a contract provision that protects confidential information. But as you can see, anyone here can go to the internet, you can't go to internet during the trial, but after the trial is over if you wanted to, you can go to the internet and go to this URL, and you can download the Arm ARM any time, and you can even go home and start to work on it, if you knew how to code you could do that and maybe some of you do. All of those copyrights and patents that Ms. Durie talked about, none of them are being asserted in this case, and that should tell you something. If they had copyrights and patents that they thought were violated, they would have sued for them. So they're not doing that. This case is about this publicly available instruction manual. And we'll talk a little bit about how the instruction manual relates to, for example, the piano.

First, it's very important that we understand the ALA and TLA. So Arm, a British company, makes money through licensing. And the two main licenses are the ALA, Architecture License Agreement, and TLA. And under the ALA, the customer is the one who designs, manufacturers and sells its own proprietary CPU. It's proprietary to the customer. So if Nuvia or Qualcomm is the customer, they are the ones



that design and create and manufacture and can sell the CPU which goes in the chip. Arm does not do that under the ALA, that's going to be very important here.

And the customer is doing that with its own engineers and its own creativity. Arm never even sees the design. So when they're talking about Phoenix CPU, Arm never even sees that design, it is not theirs, it's Nuvia and Qualcomm that as an ALA licensee, puts in the work and is proprietary to them under the contracts.

Now, in exchange for the royalty, you can say that your CPU is Arm compliant, and that means that developers know it's the same interface, it's Arm compliant with the instruction manual.

Now, the second license is different, it's called the TLA, the Technology License Agreement. And there, the customers are licensing Arm's CPU designs. And instead of designing a CPU under an ALA, the customer can pay Arm a royalty and get Arm's CPU design under the TLA. In this case, we're mainly talking about CPU's designed by Nuvia and Qualcomm engineers under the ALA.

Now, Arm's business model uses two licenses to create kind of an unusual situation. So if you're a customer making your own design under the ALA, you are also a competitor to Arm who is making CPU designs under the TLA. So this is the foundation of what actually happened here

were blowing Arm out of the water. The idea that Gerard and his team that he had built would go to Qualcomm was very threatening to Arm, and that's why Arm spent so much of their time talking about Mr. Williams.

But Gerard Williams is coming to trial to testify, and you're going to hear from him exactly what he did and why he did it, and how he built this very ground breaking team, and technology both at Nuvia and at Qualcomm. I'll just say, ladies and gentlemen, with Gerard Williams and with all of the witnesses, what they say in their testimony and how they say it, that's the evidence that you can rely on.

So back to our story. As Arm predicted because Arm's CPU's had fallen so behind, Qualcomm did acquire Nuvia and the announcement was made on January 12th of 2021. And you can see, this is the press release. And you can see that the technology world celebrated the acquisition. These are companies that compete with each other, they don't always agree, they all put quotes into Qualcomm's press release about the acquisition. Microsoft and Samsung and HP and Google, they all thought this was extremely exciting. While the world was celebrating, we can now see what Arm's executives said internally. As I said at the beginning, we are going to learn a lot from these internal communications.

The Vice-President of Product Solutions put a



pretty fine point on things, he says this acquisition potentially gives Qualcomm what they need in terms of core IP across various product lines. And he says it could mean, they won't need to license our high end IP again, just architecture licenses.

Then the Senior Director of Product Management says this will put pressure on our licensing. I'm thinking we've got two years before they can aggressively try to replace our road map, the road map is their products.

Then the Vice-President of Sales says, actually that's an underestimate, it will be sooner than a year to 18-months past close. Well, the deal closed in March of 2021, Arm terminated a year later in March of 2022, and they sued us 18 months later in August of 2022, so no one is saying even after the acquisition is announced that Qualcomm is not licensed, actually this e-mail says that we are licensed. No, this is their worry that Qualcomm is going to make high end CPU's that are going to compete with Arm.

Now, you'll also see that Arm worked very quickly to figure out how much money it would lose if Qualcomm did move to all architecture licenses. And the green line on this chart is labeled arch, that means architecture licenses, and this is what Arm is predicting will happen to its business. And you can see that it predicts that the royalties will go way, way down. And



here, that's from that same day, January 13th, and this is also from January 13th, it's a text exchange between Paul Williamson and Rene Haas. Mr. Haas is Arm's CEO, and he will also testify later today. And Mr. Williamson says I'm struggling not to be pissed that we set up a route for Qualcomm to collapse their payments to Arm, and also to reduce our leverage to sell our features and value to others."

"Feels like in our chess game, we left ourselves very exposed." So when he says we set up a route for Qualcomm to collapse their payment, he means Arm. And when he says this will reduce our leverage to sell our features and value to others, what he's concerned about is that customers like Samsung and Microsoft can now buy top of the line CPU's from Qualcomm as opposed to buying them from Arm.

And whatever Arm is telling you today, at the time their e-mails show you, and their chats will show you that they knew that they had themselves to blame. And so what are the witnesses going to say? That's a good question. They might say at this point they weren't aware of the contracts. But you are going to see from the e-mails and chats themselves that that's not true. Mr. Haas responds, we have rough legacy agreements with Q and Fender, we need to unwind overtime. Q is Qualcomm, and so Mr. Haas is saying we have this agreement with Qualcomm, and we need



to unwind it. So they did know what the contracts said, and they wanted to get out of it.

Now, while Arm is plotting behind the scenes to unwind our ALA, so that we can't develop our own custom CPU's, it's writing to Qualcomm saying congratulations, can't wait to expand our mutually beneficial partnership into the future. So we can learn from this, ladies and gentlemen, that what they say in public is not always what they are saying from behind the scenes, and that's going to be very important in this trial.

Now, part of what's going on is at this time, Arm is being controlled by a man named Mr. Masayoshi Son, Mr. Son, who sometimes goes by Masa, is the founder of SoftBank, and SoftBank is not just the words largest venture capital fund, it's also Arm's largest investor, Mr. Son is Chairman of the Board of Arm, and Mr. Haas, the CEO of Arm, has a seat on the SoftBank board, and the two talk multiple times a day. And you're going to see these board minutes from July of 2021, where the board is discussing the impact of the acquisition of Nuvia by Qualcomm.

Including ongoing renegotiation of royalty rates with Arm. The chairman, that's Masa, noted that the company, Arm, should not be quick to compromise heavy pressure with pricing renegotiation. They saw this as an opportunity to boost their architecture rates from Qualcomm.

And in November of 2021, Mr. Haas, Arm's current CEO, he writes, "Qualcomm is pretty easy to figure out. They are Arm in name only. They are our enemy." And Mr. Williamson says "yep." In opening statement, Arm's counsel didn't tell you in 2021, we were declared to be their enemy. And also you weren't told that we were really treated like the enemy. So for months, Arm tried very hard to change the parties' contract terms. It is true that during that time because of the long partnership, we tried to give them things that they wanted, like, for example, a certification, but ultimately, Arm demanded that Qualcomm pay much higher royalties than we had to under our agreement for laptop, CPU's and mobile and cars, and those were things that Nuvia had never worked on. Nuvia was completely focused on trying to build a server CPU.

Arm also demanded that any engineers that came from Nuvia couldn't work on anything for three years, okay. In technology, that is an eternity. And that included on work entirely unrelated to Nuvia. So we could not agree to those things because they are bad for innovation, and we also knew that under our contract, we had the right to innovate. And so we refused to be strong armed like this. And instead, we told Arm that our engineers were going to keep working and the engineers who came from Nuvia were going to keep working and work on these products for markets



that Nuvia had never even planned to enter. And Arm knew all of this development work was going on for about a year, and yet they waited to terminate the contract and demanded that all the products be destroyed after they knew all those engineers were hard at work for an entire year.

And so, we can see from the documents that Arm terminated not to protect itself from any harm, but instead really to inflict the maximum amount of harm on Qualcomm, it's declared enemy. So in the case, ladies and gentlemen, you are going to be required to evaluate these breach claims, but this lawsuit is also part of Arm's effort to inflict maximum harm on Qualcomm. It's their burden to prove their case to you.

And we're confident that at the end of the day, you're going to find no breach, Nuvia didn't breach the Nuvia ALA, Qualcomm did not breach the Nuvia ALA, and that Arm was not harmed.

All of Arm's breach claims are based on the Nuvia ALA. And this is an e-mail that Gerard Williams sent when he negotiated the Nuvia agreement. And you are going to see that he made sure to protect the Nuvia technology that he and his team were working on. This is his e-mail and he says, in the event of some future litigation, he wants a path forward for Nuvia to protect its IP, that's the -- that's what's being talked about in this case, that's



what he wrote at the time. And you will see, although they didn't show you, the part of the Nuvia agreement that protects Nuvia technology, the technology developed by the licensee, that's the technology that we're talking about.

And in fact when Arm showed you this provision, I think it showed it multiple times, they avoided highlighting the provision that treats Nuvia technology separately and protects it. I'm going to ask Mr. Spalding if he can highlight it right now for you on the screen. It says after little two, Nuvia's technology and derivatives. Let's see if we can do that, if not, that's okay, we can see it.

So it would be reasonable to ask if the contract that Arm says was breached by Nuvia actually calls out and protects Nuvia technology, why didn't they highlight that part for you? Why didn't they show you that? That's critical to this case.

Again, just like with e-mails and chats, with the contracts, too, Arm is not going to tell you the full story.

And Qualcomm is not even a party to Nuvia's ALA. You can't breach a contract that you're not a party to, but yet we've been sued for breach, also. And there is no dispute that the Nuvia ALA was never assigned or transferred to Qualcomm. In fact, I heard Arm's counsel say that



multiple times.

Qualcomm had its own agreement with Arm and Qualcomm always operated under that contract.

Now, you're going to see many documents from after the acquisition and before the lawsuit was filed that say in black and white that Qualcomm was licensed to use Nuvia's design. And this is a very important document, it's from December 2021, and at this point, Arm is trying to get acquired by a company called NVIDIA, to do that, they have to make true and accurate filings with the UK Government, and that's what this is, this is one of their submissions to the UK Government. You can see that it says under the heading, no ability to foreclose architecture licenses that Arm has already granted all the rights that architecture licensees need to compete and they specifically named Qualcomm/Nuvia. By the way, that's their bold and italics of already, not ours. And they further say that Nuvia and Qualcomm do not need anything further to design their own CPU's. For example, Nuvia, now owned by Qualcomm, they don't say we needed their consent, no, they are telling the government that Nuvia now owned by Qualcomm, created its own CPU designs, that that belongs to Nuvia and that those are going to compete with Arm, okay? So this, just to be totally clear, ladies and gentlemen, this is the exact opposite of what you just heard from Arm and this is what

Q. And you're aware that the first copilot plus PCs ran exclusively on Qualcomm Snapdragon X Elite and X plus chips, you know that?
A. Absolutely.
Q. That's what you're talking about in your shareholder letter?
A. Yes.
Q. And you also talk about the Microsoft copilot plus with Qualcomm's chips in the keynote speech that you made at a trade show in Taiwan, in the middle of this year roughly, you remember that?
A. Yes.
Q. Okay. And you talked about how you were predicting that Arm's market share in PC on Windows is going to grow to about 50 percent in the near future, you remember saying that?
A. Absolutely, yes.
Q. And historically actually, Arm's market share in Windows PC has been about one percent or less?
A. Yes, that's right.
Q. Right. So by virtue of this product you're talking about, you're going to be able to bring, you predicted in Taiwan when you spoke, the market share of Arm from 1 percent to 50 percent in a relatively short time, you remember saying that?



A. Yes, but not based on this product, that's a very important qualifier.
Q. Okay, let's talk about that. So I would like to show you an article, we're not moving to admit this. But it's an article dated June 3rd of 2024. And it's a Reuters article covering what you said to the press when you were in Taipei, do you have that, Mr. Haas, in the binder?
A. I don't know, where is it?
Q. Probably towards the back, sir.
A. Can you tell me where?
Q. Probably second or last tab to the back?
A. I'm sorry.
Q. It's about third to the back. It's a Reuters article. The title is: "Exclusive: Arm aims to capture 50 percent of the PC market in five years, CEO says." Do you see that?
A. Yes, sorry, I got it.
Q. If you look, the article is reporting that you said Qualcomm has designed the first Arm-based chip to introduce consumers and businesses to the new Windows-based Arm machines, but other vendors will follow, Haas said, do you see that? It's the middle of page 2 to the PDF?
A. Yes.
Q. And you're not saying Reuters misquoted you, right?
A. That's correct, they did not misquote me.



Q. So we can agree that even though you just told the jury a moment ago that this ability to expand Arm's market share in the PC market was not due to Qualcomm, that about six months ago you did say that Qualcomm designed the first Arm-based chip and that other vendors will follow, you don't disagree you said that?
A. I don't think I said that the expansion of the laptop market was not due to Qualcomm, I'm sorry, did I understand what you said correctly?
Q. Sir, I'm just saying that a moment ago, we all heard you say that your prediction that Arm was going to be able to expand the PC market share, its PC market share to 50 percent was not due to Qualcomm. And here in this article, you were expressly saying and you have agreed that you said that Qualcomm designed the first Arm-based chips to introduce consumers and businesses to the new Windows-based Arm machines and other vendors will follow?
A. Yes, what I think I said was the growth would not be due to Qualcomm alone.
Q. But you would agree consistent with what you said six months ago, that Qualcomm is part of what's making that possible for Arm?
A. Absolutely.
Q. Okay. All right. And -- turning to a different topic, your target annual compensation from your job as CEO



is about $15 million to $20 million, right?
A. That's right.
Q. And of that 15 to $20 million, all but $1.35 million is keyed to your company's performance, right?
A. Yes, that's right.
Q. So when Arm makes more money, you make more money?
A. Well, not exactly, we have targets that we have to hit, we can make more money but if we make more money and it's less than people expected, then not exactly.
Q. But you're also a public ambassador to your company, right?
A. Absolutely.
Q. And you make bonuses on top of the 15 to $20 million annually, right?
A. Yes.
Q. And we've talked a little bit about the NVIDIA transaction. If that had gone through you would have made an additional $40 million, roughly, right?
A. What you're describing as my CEO compensation, had the NVIDIA deal happened, I would not be the CEO of Arm, I would have been part of Arm and NVIDIA.
Q. How much money would you have made?
A. Can you repeat the question?
Q. That's okay, I'll move on.
When Arm IPO'd in 2023, you made about an

additional 50 to $55 million?
A. That's right.
Q. In addition to being Arm's CEO, you also sit on the SoftBank board?
A. Yes.
Q. And SoftBank is a large conglomerate based in Japan, and they own a lot of companies, right?
A. Yes.
Q. And SoftBank acquired Arm in 2016 for $32 billion and today even post IPO, owns about 90 percent of Arm?
A. Yes, that's right.
Q. And the Chairman of the Board and founder of SoftBank is Masa, you said, right?
A. Yes.
Q. And he's the Chairman of the Board of Arm, too, right?
A. That's right.
Q. And Masa has said and you previously agreed that you and he share a vision?
A. That's right.
Q. And you talk multiple times a day, sometimes three, maybe five, maybe even ten times a day, right?
A. Yes, that's right.
Q. All right. I would like to show you, sir, DTX-1307, which is an e-mail chain between Mr. Son and your



predecessor Mr. Segars from October 18, 2019, and it's an e-mail on which you're copied.
A. DTX-1307.
Q. 1307?
A. May I have a moment to read through this?
Q. Sure. Do you see that?
A. Just one second.
(Witness reviewing document.)
Yes.
Q. Okay. So the jury has already heard a little bit about project Picasso and they have already heard that it was a plan to increase smartphone revenue by about a billion dollars, and that part of that was about resetting royalty rates, you don't disagree with any of that?
A. Yes, I agree with you.
Q. And if you look at --
MR. ISAACSON: Your Honor, move to admit 1307.
MR. OLSON: Without objection.
THE COURT: Thank you, it's admitted.
(DTX Exhibit no. 1307 was admitted to evidence.
BY MS. DUNN:
Q. This is an e-mail from Mr. Segars to Masa in 2019, and he says, "Great news to end the week. Not only we have closed the Qualcomm Picasso deal, but in addition there was another deal with HiSilicon that was signed."



It turns out Qualcomm did agree to the Picasso rates, right?
A. Yes.
Q. And Mr. Segars goes on to say that even more significant than the hundred million dollars in license fees are the improved royalty rates from Qualcomm and HiSilicon that will help drive the growth in the ten-year plan. Do you see that?
A. Yes.
Q. About fifteen months later, Qualcomm announced that it would acquire Nuvia, and now that we have talked about the ten-year plan, I would like to show you DTX-144.
A. 144?
Q. 144.
A. Yes.
Q. Do you recognize this as messages between you and Paul Williamson from January 12th, 2021?
A. I do.
Q. This was the day of the acquisition, more or less?
A. More or less.
Q. Documents say 12, some say 13?
A. More or less the same.
MS. DUNN: Your Honor, move to admit 144.
MR. OLSON: No objection.
THE COURT: Thank you. It's admitted.



(DTX Exhibit No. 144 was admitted into evidence.)
BY MS. DUNN:
Q. All right. Mr. Williamson writes to you and this is a teams chat, right. And a strange thing about these teams chats by the way, is that the author of the chat is above the line from the message. So they can be a little bit confusing. But Mr. Williamson is writing to you, the Qualcomm Nuvia thing is bad for us. For Qualcomm they would be paying us $50 million per year less. Do you see that?
A. Yes.
Q. And when he's saying that, he means Qualcomm would pay us $50 million a year less in royalties, right?
A. Yes.
Q. That's because they would be moving to a different royalty rate after the acquisition, instead of paying TLA rate, they would pay ALA rate?
A. This chat is the day of the acquisition, so what you're looking at here is speculation.
Q. Sir, that's not my question, my question is when he's saying they would be paying $50 million a year less, you understood that to be because Qualcomm would not be operating under the TLA, it would be operating under the ALA rate structure, right?
A. As I said, this was a chat where we were speculating

Q. To your knowledge, Nuvia had developed the Phoenix core under Nuvia's ALA with Arm; is that correct?
A. I would think so, yes.
(End of videotape deposition testimony.)
THE COURT: All right. Thank you. I think that's enough for the day. Let's take our break and we'll resume tomorrow at 9:00 a.m.
COURTROOM DEPUTY: All rise.
(Jury exiting the courtroom at 4:34 p.m.)
THE COURT: All right. Everyone can be seated. What are we doing about equitable issues?
MS. DURIE: For the record, Your Honor, Ms. Brickey wanted to offer into the record the document that accompanied the deposition.
THE COURT: Yes. That's fine. It's admitted. Okay. What are we doing about equitable issues?
MR. ISAACSON: The parties are flexible in terms of working on the Court's schedule. We have a short plan for -- we have an hour or less of deposition designations. We would like to do it at the close of their case because we're going to be reacting to their case, so we may want to supplement what's going on. And if we want to have any witnesses stay a few extra minutes late, then we would have them do it during that period.
THE COURT: So when would -- I don't necessarily



have a problem with that, but I don't know what that means in terms of practicality, because like, for example, Wednesday evening I have a claim construction hearing in a patent case, so I don't know what day you're considering doing it if you're not doing it at some other time other than this week, but I don't know. When you said end of their case, I don't know what you want. What day do you want to do it, today, tomorrow?
MR. ISAACSON: Wednesday would have made sense but it sounds like you have a conflict.
THE COURT: I can't do it.
MR. ISAACSON: Do we want to do it Tuesday or Thursday? Tuesday.
MS. DURIE: So my only logistical concern and maybe we can talk and try to work this out, I presume we're going to have the charge conference on Thursday.
THE COURT: I don't know. It depends, you guys are flying through your time here, so I was thinking that Thursday we might have closings. So if we do that, then we would have to have the charge conference either Thursday morning, or tomorrow.
MS. DURIE: So my main concern, obviously we just want to make sure that we each get time for this, equitable, equitable defense issues. Could I suggest that we talk about how to allocate the remaining time,



understanding that it sounds like we're not going to complete today.
MR. ISAACSON: We had not understood -- we don't have a bunch of additional time. We had not understood that the equitable defense at night was against the jury time.
THE COURT: It's not. But you guys have used three hours and thirty-seven minutes, and they have used two hours fifty-four minutes, so that's six hours and twenty minutes. And if you do 6:20 times three, that would be by Wednesday afternoon we're at nineteen hours, we only have twenty-two. So that seemed to me on Wednesday sometime. And two of those hours are closings. So it seemed to me pretty clear that on Thursday we would be getting to closings. That's what I was talking about.
MR. ISAACSON: We're happy to meet and confer about more on --
THE COURT: But we only have a choice of tomorrow and Thursday, so why don't you guys talk and just see, because I don't know if you want to use today, it seems like a good use of time.
MR. ISAACSON: I don't think we had planned for today.
MS. DURIE: They're obviously going to go first so we're essentially agnostic, but I'm happy to meet and confer.



THE COURT: So when was -- I don't understand what your scheduling order was, your issue was, when he said you can go tomorrow and you said my only issue is I -- I don't know what your issue was.
MS. DURIE: That's fine, we don't have a problem with tomorrow. I want to make sure we figure out how much time there will be and allocate it equitably so we don't take up all of tomorrow and there is no time for us, that was my only issue.
THE COURT: You guys know you have this week, and you can figure out something that works, but if you gave up today and you need today, ultimately that's gone.
Alright. With that, we will adjourn.
COURTROOM DEPUTY: All rise. Court is adjourned.
(Court adjourned at 4:40 p.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Dale C. Hawkins
Official Court Reporter
U.S. District Court

# Exhibit 3
# (FILED UNDER SEAL)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 24-490-MN
---------------------------------------x
QUALCOMM INCORPORATED, a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,
Plaintiffs,
- against -
ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation

Defendant.

---------------------------------------x

June 30, 2025
9:03 a.m.

*CONFIDENTIAL*

VIDEOTAPED DEPOSITION of SPENCER COLLINS, held at the offices of PAUL WEISS RIFKIND WHARTON & GARRISON, LLP, located at 1285 Avenue of the Americas, New York, New York 10019, before Anthony Giarro, a Registered Professional Reporter, a Certified Realtime Reporter and a Notary Public of the State of New York.

Page 2

A P P E A R A N C E S:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Plaintiffs
1285 Avenue of the Americas
New York, New York 10019-6064
BY: CATHERINE NYARADY, ESQ.
cnyarady@paulweiss.com
NAV D. PILLAI, ESQ.
npillai@paulweiss.com
FLINT PATTERSON, ESQ.
fpatterson@paulweiss.com
JACOB BRALY, ESQ.
jbraly@paulweiss.com
(via Zoom)

KIRKLAND & ELLIS LLP
Attorneys for Defendant
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

BY: GREGG F. LoCASCIO, ESQ.
gregg.locascio@kirkland.com
MATTHEW J. MCINTEE, ESQ.
matt.mcintee@kirkland.com

MORRISON & FOERSTER LLP
Attorneys for Defendant
425 Market Street,
San Francisco, California 94105
BY: SHAELYN DAWSON, ESQ.
shaelyndawson@mofo.com
(via Zoom)

ALSO PRESENT:
BOB RUDIS, Videographer
ROB CALICO, ESQ., ARM

Page 3

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:03 a.m. on June 30th, 2025. Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your mobile phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Spencer Collins, taken by counsel for Plaintiffs, in the matter of Qualcomm Incorporated, a Delaware Corporation, Qualcomm Technologies, Inc., a Delaware Corporation, versus ARM Holdings plc., f/k/a ARM Ltd., a U.K. corporation.

This case is filed in the United States District Court for the District of Delaware, Case No. 24-490-MN.

The location of the

Page 4

deposition is Paul, Weiss, Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

My name is Robert Rudis. I'm the videographer. The court reporter is Anthony Giarro. And we represent the firm Veritext Legal Solutions.

I am not authorized to administer an oath, I'm not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MS. NYARADY: Catherine Nyarady from Paul, Weiss, representing the plaintiffs, and I am

Page 5

SPENCER COLLINS -- CONFIDENTIAL

joined today by my colleagues, also from Paul, Weiss, Nav Pillai and Flint Patterson.

MR. LoCASCIO: Gregg LoCascio from Kirkland & Ellis on behalf of ARM Holdings and the witness, Spencer Collins. Along with me are Matt McIntee and Rob Calico from ARM.

THE VIDEOGRAPHER: Would the person on Zoom please introduce yourself?

MS. DAWSON: Shaelyn Dawson from Morrison & Foerster for ARM.

THE VIDEOGRAPHER: Thank you.

Would the court reporter please swear in the witness. And then counsel may proceed.

S P E N C E R C O L L I N S, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

Page 18

SPENCER COLLINS -- CONFIDENTIAL

registered as in-house counsel anywhere in the U.S.; correct?

A I don't believe so.

Q And are you barred outside of the U.S.?

A I am a lawyer in the UK.

Q Is there any requirement in the UK that you register as an in-house counsel?

A Yes.

Q And are you registered as an in-house counsel?

A Yes.

Q And is that for ARM Limited?

A Correct.

Q Are you registered for any other company in the UK?

A As a lawyer?

Q Yes.

A No, not that I'm aware of.

Q Are you registered in some other way for any other company?

A Not that I'm aware of.

Q You understand that you have

Page 19

SPENCER COLLINS -- CONFIDENTIAL

been designated to testify not only in your personal capacity but on behalf of the defendant in this case? You understand that?

[redacted]

Page 20

SPENCER COLLINS -- CONFIDENTIAL

[redacted]

Page 21

SPENCER COLLINS -- CONFIDENTIAL

[redacted]

Page 22

[redacted]

[redacted]

[redacted]

[redacted]

7 (Pages 22 - 25)

SPENCER COLLINS -- CONFIDENTIAL

[redacted]

INDEX (Cont.)


| | | |
|---|---|---|
| QCX Exhibit 89 | Letter | 123 |
| QCX Exhibit 90 | E-mails | 125 |
| QCX Exhibit 91 | Letter | 127 |
| QCX Exhibit 92 | Letter | 131 |
| QCX Exhibit 93 | Letter | 132 |
| QCX Exhibit 94 | ALA | 134 |
| QCX Exhibit 95 | Letter | 142 |
| QCX Exhibit 96 | Letter | 143 |
| QCX Exhibit 97 | Letter | 144 |
| QCX Exhibit 98 | Letter | 146 |




C E R T I F I C A T I O N

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, SPENCER COLLINS , was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

________________________

ANTHONY GIARRO



ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC
1-800-727-6396
330 Old Country Road 7 Times Square
Mineola, New York 11501 New York, New York 10036

NAME OF CASE: Qualcomm versus ARM
DATE OF DEPOSITION: June 30, 2025
NAME OF DEPONENT: Spencer Collins

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

____________________

SPENCER COLLINS

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ___________, 20__.

__________________ __________________

(NOTARY PUBLIC) MY COMMISSION EXPIRES:

# Exhibit 4

## (FILED UNDER SEAL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
---oOo---

ARM LTD., a UK Corporation, )
)
Plaintiff, )
)
vs. ) C.A. No. 22-1146 (MN)
)
QUALCOMM INC., a Delaware )
corporation; QUALCOMM )
TECHNOLOGIES, INC., a )
Delaware Corporation, and )
NUVIA, INC., a Delaware )
Corporation, )
)
Defendants. )
_____________________________)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF RENE HAAS
TUESDAY, DECEMBER 12, 2023

STENOGRAPHICALLY REPORTED BY:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
CSR LICENSE NO. 9830
JOB NO. 6326906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
---oOo---

ARM LTD., a UK Corporation, )
)
Plaintiff, )
)
vs. ) C.A. No. 22-1146 (MN)
)
QUALCOMM INC., a Delaware )
corporation; QUALCOMM )
TECHNOLOGIES, INC., a )
Delaware Corporation, and )
NUVIA, INC., a Delaware )
Corporation, )
)
Defendants. )
___________________________)

Videotaped deposition of RENE HAAS, taken on behalf of the Defendant, pursuant to Notice, on Tuesday, December 12, 2023, at Morrison & Foerster, LLP, 755 Page Mill Road, Palo Alto, California beginning at 9:25 a.m., and ending at 6:02 p.m., before me, ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~ License No. 9830.



A P P E A R A N C E S:

FOR THE PLAINTIFF:
MORRISON & FOERSTER LLP
By: MICHAEL JACOBS, Esq.
ERIK J. OLSON, Esq.
755 Page Mill Road
Palo Alto, California 94304
650.813.5825
mjacobs@mofo.com

FOR THE DEFENDANT:
PAUL WEISS
By: KAREN L. DUNN, Esq.
MADALYN VAUGHN, Esq. New York
ERIN MORGAN, Esq. New York
2001 K Street, NW
Washington, D.C. 20006-1047
kdunn@paulweiss.com

ALSO PRESENT:
Doug Stock, Videographer
Robert Calico, Arm Ltd.
---oOo---



I N D E X

WITNESS: Rene Haas


| EXAMINATION | PAGE |
|---|---|
| BY MS. DUNN | 9, 351 |
| BY MS. YING | 319 |
| BY MR. JACOBS | 348, 354 |


E X H I B I T S


| EXHIBIT | PAGE |
|---|---|
| Exhibit 142 RH Masa 2.4 20.22.ptx Bates ARM_01230402 - '81 | 14 |
| Exhibit 143 2022-04-28 Rene briefing Bates ARM_00098756 | 47 |
| Exhibit 144 Chat Filters, Bates ARM_01241616 - 20 | 59 |
| Exhibit 145 Chat Filters, Bates ARM_00082083 - '89 | 73 |
| Exhibit 146 Chat Filters, Bates ARM_00082120 - '27 | 108 |
| Exhibit 147 Chat Filters, Bates ARM_01239056 - '68 | 124 |
| Exhibit 148 2-1-22 Letter, Bates ARM_00037427 | 136 |

//



EXHIBITS


| EXHIBIT | PAGE |
|---|---|
| Exhibit 149 Chat Filters, Bates ARM_00087926 - '29 | 153 |
| Exhibit 150 Chat Filters, Bates ARM_00087844 - '50 | 175 |
| Exhibit 151 8-31-22 E-mail Bates ARM_00094320 - '63 | 184 |
| Exhibit 152 8-31-22 E-mail Bates ARM_00110511 - '12 | 200 |
| Exhibit 153 Chat Filters, Bates ARM_00087844 - '50 | 225 |
| Exhibit 154 3-5-23 E-mail Bates ARM_01215878 - '79 | 231 |
| Exhibit 155 Anticipated Acquisition by Nvidia Corporation of Arm Limited Initial Submission 12-20-21 Bates ARM_00088656 - '84 | 273 |
| Exhibit 156 Chat Filters, Bates ARM_01239046 - '49 | 288 |
| Exhibit 157 Samsung - Arm Executive Meeting 10-4-22, Bates ARM_01427450 - '92 | 310 |
| Exhibit 158 How a Lopsided Apple Deal Got Under Arm's Skin | 326 |

//

PREVIOUSLY MARKED EXHIBITS

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 108 | 2-16-21 Letter, Bates ARM_01284106 | 91 |

---oOo---



DEPOSITION PROCEEDINGS

DECEMBER 12, 2023 9:25 A.M.

---oOo---

THE VIDEOGRAPHER: Good morning. We are on the record at 9:25 a.m. on December 12, 2023. 0

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Rene Haas. Taken by counsel for the Defendant, in the matter of Arm Limited versus Qualcomm Inc., et al. This case is filed in the United States District Court for the District of Delaware. Case No. 22-1146(MN).

The location of today's deposition is 755 Page Mill Road, Palo Alto, California.

My name is Douglas Stock, representing Veritext. I am the videographer.

And the court reporter today is Andrea Ignacio, also from Veritext.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I



financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present -- and all present will now state their appearance and affiliation for the record, beginning with the noticing attorney.

MS. DUNN: Karen Dunn from Paul Weiss, on behalf of Qualcomm.

MS. MORGAN: Erin Morgan from Paul Weiss, on behalf of Qualcomm.

MS. VAUGHN: Madalyn Vaughn from Paul Weiss, on behalf of Qualcomm.

MS. YING: Jennifer Ying from Morris Nichols Arsht & Tunnell, on behalf of Qualcomm.

MR. JACOBS: Michael Jacobs, Morrison & Foerster, for Arm.

MR. OLSON: Erik Olson, Morrison & Foerster, for Arm.

MR. CALICO: I'm Rob Calico, in-house counsel for Arm.

THE VIDEOGRAPHER: Thank you.

And Madam Court Reporter, if you would please swear in the witness.

And then, counsel, you may proceed.



RENE HAAS,
having been sworn as a witness
by the Certified Shorthand Reporter,
testified as follows:

MS. DUNN: Thank you.

EXAMINATION

BY MS. DUNN:

Q Mr. Haas, when did you start working at Arm?

A October of 2013.

Q Great.

And what was your role when you started at Arm?

A I was vice president for strategic alliances.

Q Okay. Are you trained as an engineer?

A My degree is in engineering.

Q Okay. Do you consider yourself an engineer today?

A I don't do engineering work today.

Q Okay. When was the last time you did any?

A I was a field application engineer at NEC Electronics in the early 1990s. That was probably the last time.

Q Okay. And then at some point, you were named

Page 266

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



[redacted]



[redacted]



[redacted]

[redacted] questions.

MS. DUNN: Okay. No further questions from us, either. Thank you, Mr. Haas.

THE VIDEOGRAPHER: Keep your mics on for just a moment.

Madam Court Reporter, do you need anything on the record?

STENOGRAPHIC REPORTER: Same order for everyone?

MS. DUNN: Yes, yes.

THE VIDEOGRAPHER: We've reached the end of



today's deposition, which consists of nine media files.

This is the end of File No. 9. We are going off the record at 6:02 p.m.

(WHEREUPON, the deposition ended at 6:02 p.m.)

---oOo---



CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: December 15, 2023



ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830



MICHAEL JACOBS, Esq.
mjacobs@mofo.com

December 15, 2023

RE: Arm Ltd. v. Qualcomm Inc., Et Al.
12/12/2023, Rene Haas (#6326906)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at CS-NY@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | C.A. No. 24-490 (MN)<br>(CONSOLIDATED)<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #3**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

September 19, 2026

Arm seeks to exclude evidence about its ownership, business model, motivation for making chips, and incentive to exclude Qualcomm from that business, including evidence of (1) the proposed acquisition of Arm by Nvidia, (2) SoftBank Group's majority stake in Arm, and (3) compensation of Arm executives. This evidence is probative of Arm's motive to breach the Qualcomm ALA, which Arm claims it did in "good faith" (D.I. 453 at 8-10; Ex. 3A at 13:1-17:23); Arm's intent in leaking its 2024 threat to terminate that agreement, which underlies Qualcomm's tortious interference claims (D.I. 137 ¶¶ 189-203, D.I. 765 ¶¶ 235-49); whether Arm has violated the California UCL (D.I. 137 ¶¶ 204-12, D.I. 765 ¶¶ 250-58); and witness bias.

***Arm-Nvidia Transaction.*** In 2020, Nvidia, a chip seller that competes with Qualcomm and others, announced its intent to acquire Arm for $40 billion. The transaction was investigated by multiple regulators, including the U.K.'s CMA and the FTC, and was ultimately dropped. PTX-433. That transaction yielded (a) public representations by Arm that it would maintain "the global customer neutrality that has been foundational to its success" (*e.g.*, PTX-283; PTX-294), (b) submissions by Arm to the CMA discussing the Arm ecosystem, Arm's competition against ALA licensees like Qualcomm, and then-existing competition among chip sellers (*e.g.*, PTX-416); and (c) analysis by the CMA addressing these topics and raising concerns that an Arm-Nvidia entity would harm competition, given that it would both sell Arm-based chips and license the technology needed by Nvidia's competitors to design and sell Arm-based chips (PTX-365).

This evidence is relevant to Qualcomm's claims. Qualcomm's California UCL claim requires Qualcomm to show either that: (1) Arm's conduct "significantly threatens or harms competition" (*Cel-Tech Commc'ns, Inc.* v. *L.A. Cellular Tel. Co.*, 973 P.2d 527, 544 (Cal. 1999)), or (2) the harm caused to the plaintiff outweighs the utility of the defendant's challenged conduct (*see Capito* v. *San Jose Healthcare Sys., LP*, 561 P.3d 380, 386-87 (Cal. 2024)). Qualcomm's

tortious interference claims require it to prove that Arm engaged in actions that disrupted Qualcomm's customer relationships, either without "reasonable care" or knowing that the interference was "certain or substantially certain to occur." *See* CACI §§ 2202, 2204 (2026 ed.). In addition, Qualcomm alleges that Arm breached Section 5 of the Qualcomm ALA, which Arm defends as having been done in "good faith." D.I. 453 at 8-10, Ex. 3A at 15:7-16:17.

Facts relevant to the Nvidia acquisition—including that Arm executives knew at least by the time the CMA published its analysis in July 2021 (PTX-365) that one company licensing Arm technology to chip sellers while simultaneously designing and selling its own chips would harm competition, and that Arm described ALA licensees as competitors in 2021—are relevant to whether Arm violated the UCL, whether Arm acted with either intent or negligence for purposes of Qualcomm's tortious interference claims, and whether Arm's breach of the ALA was motivated by competition and was not in "good faith." Statements from Arm executives proclaiming the value of its neutrality are similarly relevant, particularly now that Arm has shifted away from neutral licensing to compete directly with its licensees. None of Arm's cases suggest otherwise. *See Park W. Radiology* v. *CareCore Nat. LLC*, 675 F. Supp. 2d 314, 330 (S.D.N.Y. 2009) (undisputed that pleadings from other litigations against the same defendant should be excluded); *Wonderland NurseryGoods Co.* v. *Thorley Indus., LLC*, 2014 WL 289446, at *2 (W.D. Pa. Jan. 22, 2014) (second patent case involving a different patent and accused device irrelevant); *Hill* v. *Novartis Pharms. Corp.*, 944 F. Supp. 2d 943, 952 (E.D. Cal. 2013) (previous testimony attributing statement to another witness inadmissible). Nor are the documents at issue inadmissible hearsay. PTX-283 (party statement); PTX-416 (party statement), Ex. 3B at 330:25-331:4 (admitting DTX-155, now PTX-416, without objection); PTX-365 (regulator statements); *In re Japanese Elec. Prods. Antitrust Litig.*, 723 F.2d 238, 272-75 (3d Cir. 1983), *rev'd on other grounds sub nom.*

*Matsushita Elec. Indus. Co.* v. *Zenith Radio Corp.*, 475 U.S. 574 (1986). Any objections should be taken on a document-by-document basis at trial.

***SoftBank.*** SoftBank and its Chairman Masayoshi Son, who is also Chairman of Arm's Board of Directors, are central to the conduct at issue in this case. SoftBank is both the controlling shareholder of Arm and a force behind Arm's efforts to drive revenue with unfair conduct. PTX-406 at 5-6 [redacted] PTX-949 at 4 ([redacted]); PTX-384 at 5 (describing Mr. Son [redacted]); [redacted] The exhibits Arm specifically objects to relate to SoftBank's efforts to limit competition from Qualcomm. PTX-659 (Qualcomm CEO correcting false statements Mr. Son made to a Qualcomm customer about Qualcomm's ability to supply chips); PTX-2004 (public reporting of SoftBank acquiring Ampere, a server chip company enabling Arm to develop its own chips). This evidence is relevant and will not cause unfair prejudice. The sole case Arm cites is inapposite. *Food Lion, LLC* v. *Dean Foods Co.*, 2017 WL 11681192, at *1 (E.D. Tenn. Feb. 17, 2017) (plaintiff's corporate parent was relevant to competition claims, but agreed to exclude evidence of foreign ownership).

***Executive Compensation.*** Arm's argument strains credulity. Compensation of testifying executives is relevant to their bias. *See In re Tylenol (Acetaminophen) Mktg., Sales Pracs. & Prods. Liab. Litig.*, 181 F. Supp. 3d 278, 294 (E.D. Pa. 2016). Arm elicited such testimony from Qualcomm witnesses at the September 16, 2026 bench and December 2024 jury trials. Ex. 3C at 230:6-16; Ex. 3B at 117:24-118:3, 398:16-399:5, 825:15-826:9. Arm executives' compensation provides context for Arm's conduct, as incentive payments are tied to revenue, explaining Arm's contract breaches and anticompetitive campaign to disrupt Qualcomm's business. PTX-2333.

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Erin J. Morgan
Melissa F. Zappala
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900

Catherine Nyarady
Jacob A. Braly
Jacob Apkon
Stephanie L. Chin
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

William T. Marks
Adam L. Basner
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

September 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2026, copies of the foregoing were caused to be served upon the following in the manner indicated:

Anne Shea Gaza, Esquire
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Scott F. Llewellyn, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Sydney D. Gaskins, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Alexandra Corrinne Hottenrott, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Daralyn J. Durie, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio, P.C. *VIA ELECTRONIC MAIL*
Jason M. Wilcox, P.C.
Matthew J. McIntee, Esquire
Megan McGlynn Butler, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendants*

Jay Emerick, Esquire *VIA ELECTRONIC MAIL*
Adam M. Janes, Esquire
Reid McEllrath, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Defendants*

Peter Evangelatos, Esquire *VIA ELECTRONIC MAIL*
Nathaniel Louis DeLucia, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*

Meghan Kelly, P.C. *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2005 Market Street
Suite 1000
Philadelphia, PA 19103
*Attorneys for Defendants*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

# Exhibit 3A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and QUALCOMM TECHNOLOGIES, INC., Plaintiffs,

v.

ARM HOLDINGS PLC, Defendant.

C.A. No. 24-490(MN)

Wednesday, August 19, 2026
10:00 a.m.
Status Conference

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: WILLIAM ISAACSON, ESQ.
BY: ERIN J. MORGAN, ESQ.

-and-



APPEARANCES (Cont'd):

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.
BY: JACOB A. BRALY, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: ROBERT VRANA, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: JAY EMERICK, ESQ.
BY: MEGAN BUTLER, ESQ.
BY: MARY BARNETT, ESQ.

Counsel for the Defendant

FISH & RICHARDSON
BY: NITIKA FIORELLA, ESQ.

-and-

WALKER STEVENS CANNON LLP
BY: HANNAH CANNON, ESQ.

Counsel for Apple



_ _ _ _ _ _ _ _ _ _ _ _ _

COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good morning. You may be seated.

All right. Introductions. Ms. Ying.

MS. YING: Good morning, Your Honor. Jennifer Ying from Morris Nichols Arsht & Tunnell on behalf of the Plaintiffs. I am joined at counsel table today with Karen Dunn, Bill Isaacson and Erin Morgan from Dunn Isaacson & Rhee. And then we also have Catherine Nyarady and Jacob Braly from Paul Weiss. And we also have two Qualcomm client representatives, Chris Longman and Garrett Sakimae.

THE COURT: All right. Good morning to all of you.

Ms. Gaza.

MS. GAZA: Good morning, Your Honor. Anne Gaza from Young, Conaway on behalf of Arm. I'm joined today at counsel table by Greg LoCascio, Jason Wilcox, Megan Butler, Jay Emerick, and Mary Barnett of Kirkland & Ellis. Also joining us today in the gallery is Megan Kelly of Kirkland & Ellis; my colleague, Robert Vrana from Young, Conaway; and we have from Arm Robert Calico, Vice-president



and Deputy General Counsel for Intellectual Property and Litigation. Thank you.

THE COURT: Thank you. Good morning to all of you.

Okay. There is someone from Apple here, is that right?

MS. FIORELLA: Nitika Fiorella from Fish & Richardson. With me is Hannah Cannon and Tanya Manno.

THE COURT: All right. So why don't we just deal with the motion to redact first so that if you all don't want to stay for the rest of it, you don't have to. You're welcome to, but that gives you flexibility.

So you got to help me out here because I don't understand how any of this is so sensitive that it meets the Third Circuit standard for redaction. And the fact is we're going to have a trial in this case and we're not going to close the trial for long periods of time so that, you know, one word of an agreement is not discussed. We're not going to keep the public from hearing that Apple has an agreement so I'll give you an opportunity here, but I need you to tell me how this is possibly so sensitive that it meets the presumption of openness.

MS. CANNON: Sure. Thank you, Your Honor. Hannah Cannon from Walker Stevens Cannon on behalf of Apple.

I think there are a few different reasons that

company A and company B.
THE COURT: Well, I think that -- you're going to have to tell those clients that that's not going to happen at trial if they care. And you're going to have to tell your client on -- not those clients, you're going to have to tell those parties that that's likely not to happen and you're going to have to tell your client that's not going to happen. The jury has no idea, I mean, there is a difference to a jury if you say well, we think that the most comparable license was given to, you know, little podunk company that no one has ever heard of, versus we think it's been given to a multinational company that, you know, is relevant to people's everyday lives. Okay? And it's going to come out at trial.
MS. BUTLER: Of course. I mean, if that's Your Honor's position, we understand it. Consistently, though, both parties have acted as if those identities are subject to confidentiality provisions.
THE COURT: I mean, look, it's not a secret about Qualcomm, right? And Qualcomm, it's going to come out here that Qualcomm wanted this and you offered this, that's all coming out in public. So I don't understand why you think that all these other things -- I mean, we're going to talk about what's covered by licenses and whether Qualcomm gets a license under v10, do other people have licenses



under v10, that's going to come out at trial. So I don't really understand this, you know, specific harm that anybody is worried about. If it doesn't matter if it comes out for Qualcomm, what's the specific harm that's going to come out with respect to these other companies?
MS. BUTLER: Well, our position is that at least with respect to other customers, not Qualcomm, their information, their royalty information, the terms that they have negotiated with Arm, what Arm has conceded to them in the deal, all of that is not -- we're not even sure why it's relevant here. But even assuming it's relevant, there is no need to talk about the specific terms of other customers' ALAs and, in fact, this Court when it ordered us to produce some of the ALA issued protective orders because of the terms of those contracts --
THE COURT: It's very different once you get to open court and if you read the Third Circuit cases there are different levels and once you're talking about open court where people can come in and sit here and, in fact, other cases people have come in, other hearings people have come in and sat here, it's just -- it's a different standard and I just don't think that it's been met.
MS. BUTLER: Fair enough. All I will say on that is Qualcomm's opposition suggest that you can never redact a transcript from a public proceeding, and that's not



true. You can redact transcripts from public proceedings. And the reason why is because having a written record allows further dissemination, it's very different to have something that you can hold up to future customers and say look here where Arm said this, look here where Qualcomm said this --
THE COURT: I get it. And usually what happens in those cases is someone makes a request on the record that, you know, we're going to have something redacted later. That being said, the basis of my ruling is not that the request came too late. The basis of my ruling is looking -- is going to be looking at the substance, and that is that has this Third Circuit high standard been met. Essentially I heard it described by people as strict scrutiny. You haven't even come close to meeting that, strict scrutiny when you're talking about an open court proceeding.
So I'm going to deny Arm's motion to seal and redact portions of the July 6th hearing transcript. I'll wait to rule on Apple's until I get the reply brief on that. But I think that Apple should understand what hill it's climbing and really read the Third Circuit cases very closely.
And Ms. Ying, since you just won, I'm not sure you need to say anything, but if you want to add something else, you can.



MS. YING: Sure, Your Honor. I was just going to note that because we don't -- because the Court is deferring the ruling on the Apple motion, the only thing that we would point out is local Rule 7.1(b) which Apple should have put in a declaration if they really felt it was truly trade secret information in their opening and they didn't. That's all.
THE COURT: And I assume that we're not going to have a supplement of things that should have been brought in the first place, but if you think that they add something in their reply that is improper, you can let me know.
MS. YING: Thank you, Your Honor.
THE COURT: Okay. Then we have the motions for summary judgment. Let me just pull up my notes.
Okay. Qualcomm's motion for summary judgment on the Nuvia defenses. And before I hear argument on this, I don't really understand what is going to be coming in at trial. I mean, Qualcomm in its opening papers said some things that were kind of concerning to me, quoting from Arm's positions. Arm has no obligation to provide and Qualcomm has no right to seek verification or support for unlicensed technology developed under the now terminated Nuvia ALA. I mean, I get it, that's your position, and you may prevail on appeal, but we're not relitigating that case in this court. So -- hold on.

THE COURT: So what I need to hear before I hear from Qualcomm, because I think Qualcomm made a case, is I need to understand from Arm what is it that you think you're going to be doing. And we're not relitigating the case. If you're going to get out there and say we had this good faith belief and it's cool for them to hear well the jury said we don't believe you, what's going on happen at trial?

MR. EMERICK: Yes, Your Honor. Jay Emerick from Kirkland for the Arm side.

First to address the statements that Qualcomm cited in its briefing and that Arm made. Yes, we did make those statements, and it was prior to judgment being entered in the first ---

THE COURT: And I understood that from your position.

MR. EMERICK: Okay.

THE COURT: All I'm saying is I still have no idea, you said we're not going to do certain things and there was one comment that you made, I think it was you guys and you're like well, we're not going to do this, we're just going to do this. And I didn't even understand the difference between the two. So I'm not faulting you for having made those statements, I may be faulting you for not clarifying what your position was after that trial so that I had to read this brief and deal with this and ask these



questions, but I understand how it happened. But what is going to happen at trial in Arm's view?

MR. EMERICK: So now that -- since judgment has been entered, so I think we're all in agreement that we are not going to relitigate the merits --

THE COURT: What are you going to do -- you can keep telling me that and I have no idea what that means. And so I mean, I can say you're not allowed to relitigate it, you're going to get up, Mr. LoCascio is going to get up and say something in opening and I'm going to say to the jury yeah, I said you can't say that, because none of us have a clue what's going to go on. Tell me, answer my question, please, what do you think is going to happen? Not what's not going to happen, but what is specifically going to happen so that I can rule on it.

MR. EMERICK: Yes. And so okay, their Second Amended Complaint, they mentioned Nuvia fifty times. And so a lot of the conduct in the case whether --

THE COURT: What -- tell me -- look, I get it, I am not saying that I am going to grant their summary judgment motion, I'm saying I have not a clue what's going to happen. I can deny it and then we can just all fight and you can use your trial time to fight about this. I can sustain objections and throw everybody off and let the jury see the things are getting objected to because you will not



tell me what you're thinking. I get it, they keep bringing up Nuvia, I get it. They want to bring up this press release from the Nuvia case, I get it. What are you going to do, not why you want to do it, not what you're not going to do, my question is very simple, what are you planning to do?

MR. EMERICK: Yes. So we are going to say that, for example, the reason that we did not provide support and maintenance under the ALA for Nuvia-based cores was because we believe that those cores were unlicensed. The reason that we sent the October 2024 letter, what's been called the breach letter, was because we had a belief that Nuvia cores were unlicensed.

THE COURT: Okay. Anything else? Go ahead.

MR. EMERICK: So they have -- and I understand Your Honor doesn't want me to go too far down here, but I do think it's important. They have a ton of claims in this case --

THE COURT: I don't care. I don't care. The reason that you want to do things -- you win. I understand why you want to do things. My concern is we're not litigating a case that was already litigated. Your chance to deal with that was at trial and on appeal. And you can say we don't intend to do it, but I don't understand how it's not going to happen. So you're going to say we had



this good faith belief up until whatever time and they're going to then come in and say you lost. Right? And that's okay. Right?

MR. EMERICK: Yes.

THE COURT: And then they're going to say and you lost in whenever that was, in 2025, and the conduct continued, or not?

MR. EMERICK: So after we lost, no, the conduct did not continue. We began to resume support again. We sent them a letter. The letter said due to the jury verdict we're resuming support now.

THE COURT: Is that consistent with what the position over here is?

MR. ISAACSON: Yes, Your Honor.

THE COURT: Okay. So you're just going to say we believed this, we were wrong, and then we fixed it?

MR. EMERICK: Correct.

THE COURT: That's it?

MR. EMERICK: I mean, in general, we -- and I understand the difficulty here.

THE COURT: Again, I'm not upset, I understand why you want to do this. I just -- you guys on both sides are excellent lawyers and so I know, I give a little wiggle room with the word generally and I get smacked in the face during trial. So that's why I'm exploring this, not that I

doubt you, not anything, it's just when you use a word like that, I think of the, you know, truck that's going to run over me in a couple of months.

MR. EMERICK: Understood, Your Honor. And I'll try to use my words carefully to be as helpful as I hope I can be. The basic issue, they want to make out a case that there is an Arm conspiracy to take over the chip market by us allegedly committing all these bad acts, anticompetitive acts to try to conquer this market. The reality is we just had a commercial dispute with them arising from this Nuvia issue.

And so when they come up and say Arm is this evil Arm that has this conspiracy to take over the chip industry, we want to be able to say no, this is just a commercial dispute that arose from this Nuvia litigation. So the reason we did what we did, whether it's not providing this ALA support or sending them this letter on October 22nd is because we had a good faith belief that the Nuvia designs were unlicensed. That is fundamentally -- I'm sorry to say fundamentally -- what we want to do with this. We will not come in here and say hey, Nuvia cores were, in fact, unlicensed and let's relitigate that. I know you said don't tell me what we're not going to do, but it helps me --

THE COURT: Specifics of what you're not going to do are okay.



MR. EMERICK: Okay.

THE COURT: It's the general we don't intend to relitigate it that is not helpful.

MR. EMERICK: Okay.

THE COURT: Okay. So thank you. You can sit down.

MR. EMERICK: Thank you, Your Honor.

THE COURT: So Mr. Isaacson, that's not -- what he just said they want to do is not collateral estoppel.

MR. ISAACSON: Much of that I agree with. And the documents in this case and the testimony from Arm witnesses will be that they cut off things like OOB because they thought they came from Nuvia and they were --

THE COURT: I don't know what OOB is.

MR. ISAACSON: They call it support.

THE COURT: Support. Use a word that I understand.

MR. ISAACSON: We don't think it's support, but you don't need to decide that today.

They did these things because they said they came from Nuvia cores which are unlicensed. The documents will say that. Their deposition witnesses say that. The jury is going to hear that. And that is not stopped by collateral estoppel, we agree with that. And also the documents will say that once they lost, then they stopped



certain amounts of this conduct. The jury is going to hear that. So the jury is also necessarily going to hear that we prevailed at the first trial and the three things that have been ruled upon that Qualcomm was licensed, Qualcomm did not violate the ALA, and Nuvia did not violate an ALA, those are all established. I think the Court will give an instruction on that.

And the line becomes then they want -- I'm not clear on this, they say well, then, therefore we should not -- well, then, we get to whether that belief was good faith. It will come in that they have got documents saying they did it because they thought Nuvia was unlicensed. So good faith belief can be a defense to some of the claims, but not others. You'll have to sort that out with jury instructions. I don't think that's an issue that necessarily has to be resolved today.

Getting into then, they want you -- I think just to say this was a simple commercial dispute and there were none of these other things at issue, that for example, Arm became our competitor, that the jury should know that. That they should just consider this as a simple commercial dispute.

THE COURT: They didn't say that. They didn't say that -- all I heard him say is this is our position. You guys can say something else and they're going to



respond.

MR. ISAACSON: I think that would be fine.

THE COURT: Okay. So I am going to deny the motion based on the representations that Arm has made that it doesn't intend to do things that in particular -- I mean, look, I think Qualcomm pointed out some things that might have been troubling in the motion, so I don't fault Qualcomm for making the motion, but it appears that as the case has evolved that's not going to happen. And so I don't think that it's an issue. To the extent that Plaintiff thinks that Defendant goes beyond what we've discussed, you can raise it at trial.

MR. ISAACSON: Yes, Your Honor.

THE COURT: Okay. Now, Arm's motion for summary judgment on liquidated damages. So let me ask a few questions before I let you talk. Let's say before trial I hear evidence on whether these are liquidated damages provisions, and if so whether they're enforceable because it's essentially an unfair penalty. But let's say I don't have time to decide that. What does the jury hear on this, if anything?

MR. LoCASCIO: So --

THE COURT: Let's say I do nothing before trial and don't grant this motion for summary judgment. What would the jury hear?

# Exhibit 3B

08:12:43

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARM LTD., a U.K. corporation, Plaintiff, v. QUALCOMM, INC., a Delaware corporation, et al., Defendants.

VOLUME 2

C.A. No. 22-1146(MN)

Monday, December 16, 2024
8:30 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-



APPEARANCES (Cont'd):

MORRISON FOERSTER, LLP
BY: DARALYN DURIE, ESQ.
BY: ERIK OLSON, ESQ.
BY: SCOTT LLEWELLYN, ESQ.
BY: SHAELYN DAWSON, ESQ.
BY: NICHOLAS FUNG, ESQ.
BY: SARA BRICKEY, ESQ.
BY: LAURA GILBERT REMUS, ESQ.
BY: ZACHARY QUINLAN, ESQ.
BY: MICHAEL DeSTAFANO, ESQ.

Counsel for the Plaintiff

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK BLUMENFELD, ESQ.
BY: JENNIFER YING, ESQ.

-and-

PAUL WEISS
BY: KAREN L. DUNN, ESQ.
BY: CATHERINE NYARDY, ESQ.
BY: JACOB BRALY, ESQ.
BY: RUBY GARRETT, ESQ.
BY: WILLIAM MARKS, ESQ.
BY: WILLIAM ISAACSON, ESQ.

Counsel for the Defendants

\- - - - - - - - - - - - - -

08:14:19
08:14:19
08:16:06
08:16:17



08:16:17 COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

08:36:53 THE COURT: All right. Good morning, everyone. Please be seated.

08:36:57 So we have a few issues. I haven't looked at the letters, so you can make your arguments.

08:37:06 MS. YING: Your Honor, before we begin, I told your courtroom deputy, Mr. Buckson, that we have resolved one of the issues that was in one of the letters.

08:37:13 THE COURT: Yeah, he told me that. So it's just one exhibit for the defense side?

08:37:17 MS. YING: That's correct. Thank you, Your Honor.

08:37:27 MR. MARKS: Thank you, William Marks for the defendants. We object to PTX-118. This a letter from a company called CSR that Qualcomm acquired in 2015. In the letter, CSR asked for Arm to agree to the assignment of a Technology License Agreement. We believe this letter is hearsay, and it's from a third party who is not present, it's not a business record of Arm, and it's not relevant to any of the issues in the case because what CSR thought it needed to obtain from Arm is not relevant to what Qualcomm needs to obtain from Arm related to a different type of contract under different circumstances.



08:38:04 THE COURT: Okay. Ms. Durie?

08:38:07 MS. DURIE: Thank you, Your Honor, and good morning. Exhibit 118 is actually a countersigned assignment of the CSR contract executed by Arm in connection with Qualcomm's purchase of CSR. It reflects the course of dealings of the parties when Qualcomm enters into a contract to purchase another company that has a preexisting contract with Arm. Arm witnesses will be able to authenticate it, it's not hearsay because this is being presented for its authentic legal effect in addition to the dealing.

08:38:45 THE COURT: Do you want to respond to that?

08:38:49 MR. MARKS: Thank you, Your Honor. I believe that the letter is hearsay because being offered for the truth of the matter, to the extent that it's relevant to the course of dealings --

08:38:58 THE COURT: She just said it's not being offered for the truth, so can you respond to that?

08:39:02 MR. MARKS: Yes, I think she said she believes it goes to the course of dealings because it shows how Qualcomm interprets a provision of the contract, and I think that that goes directly to the contents of the letter which makes it hearsay.

08:39:15 THE COURT: I think she's saying this is what they said, not actually what they did or whether it's true.

08:39:21 MR. MARKS: Right, Your Honor, I would also say

this is something that might happen, if Nuvia is acquired, the ALA is also null, and any acquiring company cannot see the terms and must structure a new deal with Arm. Nuvia and Arm need to build a model for success that we can both share. And this got reflected in the contract. So the first point was any acquiring company cannot see the terms. The contract itself is going to be confidential. And that got put into the contract, confidential information means a bunch of things you're going to hear about, and the terms and conditions of this ALA, that was confidential.

And the second point, if Nuvia is acquired, the agreement is null and any acquiring company must structure a new deal with Arm, that wound up in the contract, too. And this provision, 16.3 in the contract, you're going to hear a lot about over the course of this week.

What it says is licensee, that's Nuvia, shall not assign or transfer this Architecture License Agreement without the prior written consent of Arm. An assignment means any transaction where a third party acquires the power to control the management and policies of the party. So what does that mean? An assignment happens if you have a transaction where somebody else gets the power to control you. In other words, if you're bought. And you need our prior written consent for that to happen. So that was a very explicit term in the contract.



We then proceeded to provide documentation, other information to Mr. Williams and his colleagues at Nuvia. They wrote code that implemented all of those Arm instructions. And they started working on this custom CPU that you're going to hear referred to as Phoenix, that was their name for their Arm compliant custom CPU. What you'll see when you see the documentation for that Phoenix CPU, what do they say right at the top, it's intended to be used in conjunction with Arm architecture specifications such as the Arm, the Architecture Reference Manual, that's it, that's the Arm ARM. So from the beginning, this was an Arm compliant Central Processing Unit, CPU on the chip, that was designed to work with this.

So when you see Phoenix, you should think Arm, because that is built on Arm.

Qualcomm, Qualcomm steps in and says they're going to acquire Nuvia for $1.4 billion. Now, Arm and Qualcomm had a long-standing relationship. Qualcomm had been one of our licensees for many years. And Qualcomm had both of these kinds of agreements with us. They had an off-the-shelf agreement, a TLA, and they had an architecture agreement. But they weren't using their architecture agreement at the time, and the reason for that is that doing custom CPU development is extremely expensive, and they had decided not to invest the resources at that time in doing



that. So they were using our off-the-shelf products.

But it's more expensive to buy the off-the-shelf product than it is to develop your own because if you're going to develop your own, you're the ones who has to pay all the engineers to do all the work. If we're going to do all the coding, if we're going to create all that code, it's going to be more expensive. So Qualcomm didn't want to hire the people to do it themselves, but they also didn't like having to pay the higher rates. I think you're going to hear in the trial from Qualcomm some complaints about the amount of money that Arm was charging for these off-the-shelf products, but when you hear that, I want you to remember a few things. One, we were doing a ton of work to create this documentation and continue to create it, create more and more technology, including a lot of work that was being done on next gen security. As we invested more and more in the products, the rates for the product went up. Historically, Qualcomm had extremely favorable, and one thing that happened was they were coming up a little bit closer to the rest of the market, I want you to bear in mind and you'll hear this, we're talking 1 to 2 percent of the sales price of the chip, this is a pretty small input, but Qualcomm was not happy about having to pay. So they were looking for ways of how to drive those rates down.

This is an internal e-mail between two people at



Qualcomm. Cristiano Amon, I think you're going to hear from him, he is the CEO of Qualcomm, and another guy by the name of Akash Palkhiwala, this is in March of 2019. You may wonder, how is it that we have this internal Qualcomm e-mail in a lawsuit like this, both sides share their documents with each other, so we have their documents and they have our documents. Here, Mr. Palkhiwala, we were looking again at internal CPU development, that would be the custom, doing it ourself. At this point, the strongest argument to do an internal CPU development, is to protect against licensing cost from Arm. Now, I think you're going to hear Qualcomm say they were unhappy with our product, they didn't like our off-the-shelf products, but I want you to remember, at the time what they were saying the strongest argument was, it was money, right. So he goes on to say, performance is another argument, to pursue it seems like performance, ROI, returning on investing, on investing in something like ML/AI is probably much bigger, so I wanted to get your perspective on how we create some negotiating leverage and find a way to manage the cost of licensing going forward. And the answer to that question of how to manage the cost of licensing going forward, turned out to be buying Nuvia. Remember Mr. Williams had said back in the day, Nuvia and Arm need to build a model for success we both can share. Now, this was a huge success for Nuvia, right, $1.4 billion for less than

two years of work. It was also a huge success for Mr. Williams. He personally made almost $100 million on this transaction.

It was also a huge success for Qualcomm. Qualcomm internally after Mr. Williams joined, they were e-mailing, is there an estimate of royalty savings by year, it's a big number. You know what, ladies and gentlemen, it was a really big number, because they estimated they were going to save $1.4 billion annually in royalties that otherwise they would have been paying to Arm. So it was a win for Nuvia, it was a win for Mr. Williams and it was a win for Qualcomm, but it was not a win for Arm.

Now, remember the contracts, the term of the contract itself had to be kept confidential. What did Nuvia do in connection with their negotiations with Qualcomm? They shared that confidential agreement with Qualcomm. They didn't ask us for our consent. That was a breach of the contract.

Now, remember the contract also said that they couldn't transfer or assign, which means do a deal where somebody else was going to get the power to control them without our prior consent. Nuvia sold itself, and all of its people to Qualcomm. They didn't even tell us about it ahead of time, much less ask for consent the way the contract required them to.



We will show you that was a breach of the contract, too.

And then the contract said that all Arm technology, everything they had built on Arm, including products that are architecture compliant, that has to be kept confidential, too, you can't just share that with someone. And they did, they transferred all of that to Qualcomm, that was also a breach.

Now, when we heard about the transaction, we went to them and tried to work it out. So this is a letter from Arm, from Paul Williamson, you're going to hear from him today, and he wrote to Qualcomm and he said, this means we expect Qualcomm and Nuvia have followed and will continue to follow confidentiality obligations. This means any transfer of designs, rights or licenses under Nuvia's agreements with Arm to Qualcomm will require and be subject to Arm's prior consent. Remember, under the contract, you need prior agreement.

And Qualcomm wrote back. And this is significant, this is from Qualcomm, and from this point forward, everything you're going to see is Qualcomm because Nuvia is now a subsidiary of Qualcomm, so Qualcomm took over the negotiations. And Qualcomm said okay, we request consent under Section 16.3, and we understand this relates to the transfer of information and employees from Nuvia to



Qualcomm pursuant to the acquisition. Qualcomm knew exactly what was required, and one of the reasons they knew exactly what was required is this had happened before. Qualcomm had bought another company that had a license from Arm that had a similar position, and they had negotiated a deal to get access for the stuff with that other company from Arm, so Qualcomm knew the score, and they asked for our consent. And we wrote back and we said we're willing to provide consent to the assignment of designs on the condition that Qualcomm agrees to assume the existing terms and conditions under which the design was created, including the royalty rates. In other words, if you want to take the code, you got to take the contract. We made that offer. They wanted to take the code, they didn't want to take the contract.

And then two weeks later, without getting the consent that they had asked for and they knew they needed, they just closed the deal anyway. And went forward, took the code, and started integrating the Nuvia CPU, you're going to hear those referred to as cores, into a whole range of Qualcomm product, you're going to hear about what is now called the Phoenix, remember that was the Nuvia CPU built on Arm, the Phoenix CPU families includes Hamoa, that's for laptops, Pakala, that's for phones, Nordschleife, that's for cars, in all of those they are using now the Nuvia technology created under the Nuvia license.



And it's not a big secret. You take a look at the documentation for Hamoa, what does it say across the top there, it's a Qualcomm CPU sub-system combining multiple Nuvia clusters, this too is built on Nuvia, built on Arm. We learned about this, we tried to work it out, we couldn't, so ultimately we concluded that we had to terminate the contract for material breach. You'll hear this wasn't a step that we took lightly, but contracts have to matter, and so we ended the contracts. And we said you breached by entering into the acquisition of Nuvia without our consent violating the confidentiality provision and making unlicensed use of our confidential information.

So what happened when we terminated. Did they say we had no idea what you're talking about, we're not in breach, why are you terminating? They didn't say any of that. They said okay.

Now, the contract had a very important provision about what happens in the event of termination. And it said if we terminate, they had to stop using all Arm technology, and that includes derivatives, it includes products in which Arm technology had been built in.

Now, again, they knew this from the beginning when they acquired Nuvia and got access to the contracts that that would be the consequence if they built it in. And we said that's what the contract required, if you're not

15:50:41 A. Yes.
15:50:46 Q. Do you happen to be aware if Qualcomm's license grant mentions RTL?
15:50:55 A. I don't know for sure, it's a gigantic agreement, I'm not sure of every paragraph of it.
15:51:00 Q. You are aware, though, that Arm sent another e-mail in May of 2023, 8 months later to customers, right?
15:51:07 A. Yes.
15:51:08 Q. All right. And if you could direct your attention to DTX-30, it's already been admitted. And this is a copy of the second letter that Arm sent to customers. The subject line: "Qualcomm Dispute - Protecting our Ecosystem." You can see that this e-mail is marked high importance?
15:51:31 A. I'm sorry, you said DTX --
15:51:34 Q. I'm sorry, this will be easiest if you look at this on the screen because it was admitted with a prior witness. You see this e-mail from Will Abbey, and he's marked the importance high, that's like when you click the red exclamation point. Do you see that?
15:51:52 A. Yes.
15:51:53 Q. And Mr. Abbey's e-mail says to customers of Qualcomm and Arm, by way of reminder, Arm is seeking to enforce Qualcomm's obligation to destroy and stop using the unlicensed Nuvia designs because Qualcomm cannot continue using Arm-based technology, including the Phoenix core that



15:52:11 Nuvia developed under its now terminated ALA. Do you see that?
15:52:14 A. Yes.
15:52:15 Q. Now, you're not aware that there was any catalyzing event to send this e-mail, this is just by way of reminder, right?
15:52:25 A. That's right.
15:52:26 Q. And it also mentions destruction of technology twice in one paragraph. Do you see that?
15:52:33 A. Yes.
15:52:38 Q. Okay. And Arm presumably thought it was really important for the customers to understand that it was demanding destruction of technology, right?
15:52:49 A. I'm sorry, can you repeat that?
15:52:51 Q. I said Arm presumably thought it was very important that it tell customers it was demanding destruction of technology, right?
15:53:01 A. Yes.
15:53:01 Q. And you also see that there are quotes in this letter, right?
15:53:06 A. Yes.
15:53:07 Q. And are you aware, sir, that the quotes in this letter are not quotes of the actual language of the Nuvia agreement?
15:53:20 A. I'm sorry, can you repeat that one more time?



15:53:23 Q. I said are you aware that the quotes that are being quoted here are not the actual quotes of the Nuvia agreement?
15:53:32 And actually Mr. Spalding, can you scroll down a little bit. Okay. So we can see, do you see where it says under the relevant agreement and then there is quoted language?
15:53:43 A. Yes. Thank you. I remember this letter and paragraph very well, you and I talked about it at the deposition, and at the time I found it to be very confusing. Subsequently in preparation for this trial, I have reviewed these letters and I have reviewed the claim that we made, and this language is actually from the claim. It's not from the contract.
15:54:06 Q. Right. So the letter that was sent to customers, that says under the relevant agreement and puts quotes, quotes something that is Arm's claim, not the actual contract; right?
15:54:16 A. That's right.
15:54:17 Q. Okay. And we can agree that that is misleading, can't we?
15:54:21 A. Yes, as I said, during the deposition we had this conversation, and I was quite confused by the language, and you're right, this is language from the claim, not from the Nuvia license.



15:54:34 Q. So just to be clear what happened here, Arm sent e-mails to Qualcomm's customers for no reason, marked it high importance, quoted language that it said was from a contract, accused Qualcomm of breach, and quoted language that was just from Arm's litigation claim, that's what happened?
15:54:53 A. I would qualify that no reason, at this time, the litigation had been going on, we're getting lots of questions from customers and partners about what's going on. Almost every meeting we have with senior executives we were asked about it. So the part of your question or statement that I take issue with, is no reason. We would not do things without a reason.
15:55:17 Q. Well you don't think that what you just said is an excuse to send a misleading letter to Qualcomm's customers saying that it's in breach, quoting language that is in no contract at all, right, you're not excusing that?
15:55:32 A. I'm just responding to your comment that we had no reason. I felt we had a reason. This litigation, this issue around unlicensed technology is unchartered waters for us, and we have so many questions from legal, so respectfully, I don't agree with no reason.
15:55:47 Q. But not only did Arm think it was okay without a finding in this case by a jury to go ahead and tell customers that Qualcomm was in breach, it thought it was

okay to misquote the contract, right?
A. As I said, in reviewing the documents as we talked about at the deposition was confusing, so it's not referring to the language correctly. But it doesn't change the fact that we were in a very, very unprecedented situation with customers who really wanted to understand what was going on.
Q. And when you realized that you had sent this incorrect letter accusing Qualcomm of breach and citing something that's not contract language, did you go back to all the customers and tell them that you were wrong?
A. No, we did not. Not to my knowledge.
Q. All right. Now, sir, previously, you testified -- you can take that down Mr. Spalding -- that you do not consider Arm to be a competitor to Qualcomm, right?
A. Correct.
Q. All right. But you understand that Arm has described Qualcomm as a competitor to UK Government regulators, right?
A. Yes.
Q. All right. And if you'll look at DTX-155 in your notebook. Do you recognize that as a submission about NVIDIA's intended acquisition of Arm that was made to the competition market authority in the UK, it's dated December of 2021?
A. Yes.
MS. DUNN: Your Honor, move to admit DTX-155.



MR. OLSON: No objection.
THE COURT: Okay. Thank you. It's admitted.
(DTX Exhibit No. 155 was admitted into evidence.)
BY MS. DUNN:
Q. Mr. Haas, you'll recall that Arm made multiple submissions to the UK Government advocating for approval of Arm being acquired by NVIDIA, right?
A. Yes.
Q. And Arm was truthful in those submissions to the government, right?
A. Yes.
Q. All right. If you would look at the top of page 7, section heading E. So section heading E, says Arm's architecture licensees including Qualcomm are competing with and recruiting from Arm's implementation IP teams, do you see that?
A. I'm sorry --
Q. It's up on the screen if that's helpful.
A. Yes.
Q. Okay. So you just testified that you do not consider Qualcomm to be a competitor to Arm, and yet here in this truthful submission to the UK Government, the only one of Arm's architecture licensees cited here as competing is Qualcomm, right?



A. Yes, let me qualify that. When I consider, the question why is Arm a competitor, or is Arm a competitor of Qualcomm, I'm talking about our end business. This document that was made for the CMA, I see as 100 percent truthful, and I stand behind it. This is talking about design teams who compete with performance in the context of this statement which is correct, and I agree with it, exactly as it's written, the Qualcomm and architectural licensing teams compete with our teams on performance, that's true, but I would not qualify at a high level, concerning your question, that we are competitors in a sense that we compete against one another for the same customer, that we don't do, respectfully to your question to me, do I consider Qualcomm a competitor, that's how I answer the question, we don't sell to the same customers.
Q. Okay. Because in your view in order to be competitors, you have to sell the same thing, right?
A. The question you asked me if we are competitors, I answered it that way, that we are selling the same product to the same customers.
Q. And Qualcomm sells chips, right?
A. Qualcomm sells chips, and we don't.
Q. How many customers have ALA's?
A. Somewhere between 5 and 10.
Q. So kind of a tiny group?



A. Yes.
Q. All right. And if you look at the paragraph after this header about Qualcomm competing, it says the architectural licensees do not use Arm's CPU designs, do you see that?
A. Yes.
Q. And then the submission, this truthful submission to the government says, architectural licensees create their own proprietary CPU designs using their own engineering teams in the United States. Do you see that?
A. Yes.
Q. And own and compete in the next sentence are bolded and italicized, and I want to say and I think you'll agree, that's the italics and bold in the submission, that's not something we did to your document, right?
A. That's right.
Q. And if you look two paragraphs down, the submission states, since the parties, that's Arm and NVIDIA, entered the transaction, Arm's architectural licensees have doubled down, seeking to maintain their advantage over Arm's own engineering teams and other downstream customers. Do you see that?
A. Yes.
Q. Qualcomm, for example, paid $1.4 billion to acquire Nuvia's CPU design team, comprised of Arm and Apple alumni,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARM LTD., a U.K. corporation, Plaintiff, v. QUALCOMM, INC., a Delaware corporation, et al., Defendants.

VOLUME 3

C.A. No. 22-1146(MN)

Tuesday, December 17, 2024
8:50 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-



APPEARANCES (Cont'd):

MORRISON FOERSTER, LLP
BY: DARALYN DURIE, ESQ.
BY: ERIK OLSON, ESQ.
BY: SCOTT LLEWELLYN, ESQ.
BY: SHAELYN DAWSON, ESQ.
BY: NICHOLAS FUNG, ESQ.
BY: SARAH BRICKEY, ESQ.
BY: LAURA GILBERT REMUS, ESQ.
BY: ZACHARY QUINLAN, ESQ.
BY: MICHAEL DeSTAFANO, ESQ.

Counsel for the Plaintiff

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK BLUMENFELD, ESQ.
BY: JENNIFER YING, ESQ.

-and-

PAUL WEISS
BY: KAREN L. DUNN, ESQ.
BY: WILLIAM ISAACSON, ESQ.
BY: CATHERINE NYARDY, ESQ.
BY: JACOB BRALY, ESQ.
BY: RUBY GARRETT, ESQ.
BY: MELISSA ZAPPALA, ESQ.
BY: JACOB BRALY, ESQ.
BY: WILLIAM MARKS, ESQ.

Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _ _ _ _ _

COURTROOM DEPUTY: All rise. The United States



District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: Good morning. Please be seated.

Alright. So I just want to take a minute or two. You wanted to talk -- Thursday is fine for the bench trial aspects, and Wednesday is fine for the jury instructions, but I need it Wednesday morning, not Wednesday like night if you want to have a conference on Thursday morning.

Ms. Ying.

MS. YING: I just want to clarify, did you mean Tuesday was okay for the bench?

THE COURT: Tuesday, that's what I meant.

MS. YING: This evening, and we'll get you the jury instructions by 10:00 a.m. on Wednesday.

THE COURT: Tomorrow, yeah, that's fine.

MS. YING: 10:00 a.m.

THE COURT: That's fine.

MS. YING: Alright. Thank you.

THE COURT: Thank you. Anything else we need to talk about?

MS. YING: Just to clarify, that means the charge conference would be Thursday morning, is that correct?

THE COURT: Yes.



MS. YING: At what time?

THE COURT: I don't know. Let's find out where we are and if it's only closings that we have, then we can let the jury come in a little bit later, but if we have more stuff to do, then we'll do it early in the morning.

MS. YING: Thank you very much, Your Honor.

THE COURT: Thank you. See you in ten minutes.

COURTROOM DEPUTY: All rise.

(A brief recess was taken.)

COURTROOM DEPUTY: All rise.

THE COURT: Bring in the jury.

(Jury entering the courtroom at 9:07:00 a.m.)

THE COURT: All right. Good morning everyone. Thank you for being on time. Everyone else can be seated.

What's next?

MS. DURIE: Thank you, Your Honor. And good morning. Arm calls Gerard Williams to the stand.

COURTROOM DEPUTY: Please raise your right hand. Please state and spell your full name for the record.

THE WITNESS: My name is Gerard Richard Williams the third, G-E-R-A-R-D, R-I-C-H-A-R-D, W-I-L-L-I-A-M-S, and the III.

GERARD RICHARD WILLIAMS, III, having been duly sworn was examined and testified as follows:

DIRECT EXAMINATION

right?
A. Yes, that's what we were intending to support in the e-mail.
Q. Okay. Now in April of 2020, Qualcomm approached Nuvia about building a custom CPU for Qualcomm; right?
A. I believe that was the time frame, yes.
Q. Okay. And those discussions didn't go anywhere because there didn't appear to be a path forward, right?
A. Yes, they didn't -- they didn't continue, they stopped.
Q. And one of the obstacles was that Nuvia did not have a right to transfer its processor IP that it was developing to another company; right?
A. Can you show me the --
Q. I can. You were deposed in this case, right?
A. I was, yes.
Q. That means you provided sworn testimony under oath?
A. I did, yes.
Q. Okay. Take a look at your deposition, it's included within your binder?
A. Which one? Where?
Q. It would be in the same binder you have been looking at.
A. But where?
Q. I am guessing that it's at the very end under a tab



that says transcript. Turn to page 132 of your deposition. And do you see beginning at line 7, you were asked what the major obstacles were. Do you see where I am?
A. Yes, I see that.
Q. And you said "number one, Nuvia did not have a right to transfer its processor IP. Its processor that it was developing, to another company." Do you see that?
A. I do, yes.
Q. And when you were referring to that, to the right to transfer your processor IP to another company, you were referring to your rights under your agreements with Arm; correct?
A. I -- there were two aspects to that. Number one, was yes, that was part of it, and the second one was for the case in question, could I do it.
Q. Your deposition testimony beginning at page 133, line 1 was as follows:
"Question: And when you refer to the beginning of your answer to the right to transfer your processor IP to another company, you're referring to rights under your Arm agreements?
"Answer: Correct."
That was your testimony?
A. Yes, that's correct.
Q. So after you concluded that under your Arm agreements



you couldn't transfer the work that you were doing to Qualcomm, Qualcomm then approached Nuvia about buying the company outright, right?
A. Say -- please repeat that.
Q. Sure. After you concluded that you couldn't do -- you couldn't transfer your processor IP to them under your agreements with Arm, Qualcomm approached Nuvia about buying the company outright?
A. Qualcomm did approach at a later time about buying the company, yes.
Q. Right. And when -- after Qualcomm approached Nuvia, you went through a process that's called due diligence, right?
A. Yes, we did.
Q. There was a data room that was set up that was, an electronic data room, where you could upload documents for the Qualcomm folks to review as part of that diligence process, right?
A. It was for both parties to review, but yes.
Q. And you decided what information Nuvia would put in the data room, right?
A. I was one individual in that decision process, yes.
Q. And one of the things that you put in the data room was the Nuvia Architecture License Agreement with Arm; right?



A. It was placed there, yes, under NDA.
Q. Okay. And you understood at the time when you put that document up into the data room, that Qualcomm was not allowed to see the Arm/Nuvia agreement under the terms of the Architecture License Agreement that you had entered into with Arm?
A. Repeat again.
Q. Sure. At the time that you were uploading the Arm Architecture License Agreement into the data room, you understood that Qualcomm was not allowed to see that document; right?
A. I did not believe it was an issue because we had an NDA with the company established. Which protects that information.
Q. Isn't it in fact the case that your understanding of the confidentiality provisions was that Qualcomm could not see the Arm/Nuvia agreement? Take a look at your deposition, page 165. Go to page 165.
A. You said 165?
Q. 165. Beginning at line 1. Do you see that you were asked about your understanding of the confidentiality provisions with respect to whether Qualcomm could see the Arm/Nuvia agreement, and you said that for you personally, at the time you were uploading it, you understood that Qualcomm could not see that agreement?

A. I see that, yes.
Q. Okay. Now, nothing in the contract that you entered into with Arm said you can't share it with anyone except under NDA, right?
A. NDA wasn't in the contract, no.
Q. Right. And you didn't ask Arm whether it would be okay with Arm for you to share that contract with Qualcomm, right?
A. I didn't ask Arm.
Q. And in fact, what you had said to Arm when you were negotiating the contract, was it wouldn't be shown to an acquiring company, right, that's what you understood?
A. That's what the e-mail said that we just saw.
Q. Now, you didn't tell Arm about the Qualcomm acquisition until it was announced in the press, right?
A. I did not tell Arm, no.
Q. And as far as you know, nobody from Qualcomm told Arm about that, either, right?
A. I don't know, actually.
Q. Now Qualcomm agreed to pay $1.4 billion for Nuvia; right?
A. That's what the final price was set on, yes.
Q. And you got, on the order of $100 million as a function of that transaction?
A. It was -- yes, that's correct.



Q. Some of that money was held back and was contingent on you meeting certain deliverables, right?
A. Yes.
Q. You had to meet those deliverables within a particular period of time, right?
A. I believe so, yes.
Q. So if you didn't hit the time benchmark, you weren't going to get all that money, right?
A. I believe that's what those meant, yes.
Q. And Qualcomm was very keen to get started as quickly as possible, right?
A. They wanted to acquire the company, so I don't know if they were keen or not.
Q. Once Qualcomm acquired Nuvia, they were very keen for you to keep working, right?
A. They wanted me to continue work.
Q. Let's take a look at PTX-350. PTX-350 is an e-mail from you to Jim Thompson at Qualcomm attaching a Board of Directors CPU slides, correct?
A. Yes, at the very top, yes.
MS. DURIE: We offer PTX-350.
MR. ISAACSON: No objection.
THE COURT: Thank you. It's admitted.
(PTX Exhibit No. 350 was admitted into evidence.)



BY MS. DURIE:
Q. And if you can turn to page 5, this is a slide presentation that you helped put together that showed the royalty savings that Qualcomm could expect by switching from TLA licensed cores from Arm to custom CPU cores under an ALA; right?
A. This was not -- this slide I did not assemble, this was done by another gentleman, Ziad.
Q. Got it. So Mr. Asghar put together the projection that Qualcomm could expect to save as much as $1.4 billion a year in Arm royalties, right?
A. That's what this slide says, yes.
Q. Now, after the Nuvia acquisition, all of the Nuvia personnel became Qualcomm employees; right?
A. Yes.
Q. And you and your team continued to develop the Phoenix core at Qualcomm; right?
A. No.
Q. Let's take a look at your deposition, page 179. And I am going to read from the deposition testimony you previously provided under oath.
Question: So following the acquisition, what happened to Phoenix following the closing of the acquisition?
Answer: The design of -- we continued



development of that core.
Now, you didn't make any changes to the way that you and other engineers were using Arm technology, right?
A. At what time and reference?
Q. Following the acquisition, you didn't make any changes to the way that you were using Arm technology?
A. In a general sense, I believe the answer is no to that.
Q. Okay. You didn't start over with a new design, right?
A. You're talking about CPU core?
Q. Yes.
A. No, because that was not believed to be Arm technology, that was Nuvia technology.
Q. So you kept working on the same code base that you had been working on at Nuvia, right?
A. Yes, because that was Nuvia technology, that's why that was done.
Q. Right, so the change was like the name on your paycheck?
A. No, there was a lot more change than that.
Q. And you referenced Nuvia technology. Again, that was a provision that was in the confidentiality section of the license agreement; right?
A. It was in a few different locations in the agreement.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARM LTD., a U.K. corporation, Plaintiff, v. QUALCOMM, INC., a Delaware corporation, et al., Defendants.

VOLUME 4

C.A. No. 22-1146(MN)

Wednesday, December 18, 2024
8:45 a.m.
Jury Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

YOUNG CONAWAY STARGATT & TAYLOR
BY: ANNE SHEA GAZA, ESQ.

-and-



APPEARANCES (Cont'd):

MORRISON FOERSTER, LLP
BY: DARALYN DURIE, ESQ.
BY: ERIK OLSON, ESQ.
BY: SCOTT LLEWELLYN, ESQ.
BY: SHAELYN DAWSON, ESQ.
BY: NICHOLAS FUNG, ESQ.
BY: SARAH BRICKEY, ESQ.
BY: LAURA GILBERT REMUS, ESQ.
BY: ZACHARY QUINLAN, ESQ.
BY: MICHAEL DeSTAFANO, ESQ.

Counsel for the Plaintiff

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JACK BLUMENFELD, ESQ.
BY: JENNIFER YING, ESQ.

-and-

PAUL WEISS
BY: KAREN L. DUNN, ESQ.
BY: WILLIAM ISAACSON, ESQ.
BY: CATHERINE NYARDY, ESQ.
BY: JACOB BRALY, ESQ.
BY: RUBY GARRETT, ESQ.
BY: MELISSA ZAPPALA, ESQ.
BY: JACOB BRALY, ESQ.
BY: WILLIAM MARKS, ESQ.

Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _ _ _ _

COURTROOM DEPUTY: All rise. The United States



District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: Alright. Good morning. You may be seated.

Alright. So you have some objections. I haven't read anything.

MR. OLSON: Correct, Your Honor. We have an objection to two exhibits on the basis of hearsay. They are DTX-297 and 273. They both deal fundamentally with the same issue or topic. And this is a classic issue of multiple hearsay within hearsay that does not meet the exceptions.

I will work backwards from the exhibit back to the thing that is attempted to be proved. The exhibits are an e-mail and a set of notes by Cristiano Amon to Ann Chaplin, and then I believe these are notes of Mr. Amon of his own. They reflect then an attempt to capture conversation between Mr. Amon and a Mr. TM Roh of Samsung, who of course will not be here, is not a party, and does not fit within any hearsay exception. So Mr. Roh apparently said things or that is what is being attempted to be proved to Mr. Amon that they -- that conversation was then an expression of the things that TM Roh and others at Samsung said to Mr. Masayoshi Son and it is an attempt to capture that discussion.

All of these from the documents themselves to



the following conversations that it is seeking to prove the existence of and the truth of are hearsay.

Now, it is not an attempt to, the truth of the underlying comments about the conduct that occurred all the way back on October 4th, but in essence, what they're trying to do is say I can prove what happened on October 4th, what statements were made by Samsung and by Mr. Son through a hearsay chain that goes to Mr. Roh, then from Mr. Roh to Mr. Amon and then to these notes. It is an effort to prove the truth of the matter asserted, that is what was said --

THE COURT: Why is this not sort of just like kind of minutes of a meeting that are sort of ordinary course?

MR. OLSON: Well, if this were the minutes of a meeting, for instance, Mr. Amon and Ms. Chaplin, that might be a business record. I actually don't think this would be a record of regularly conducted business activities. That's not what these are, these are not the minutes of the meetings between Mr. Roh or Mr. Son, or of the conversations between Mr. Roh and Mr. Amon.

THE COURT: So you're okay with Mr. Amon getting on the stand and talking about his meeting, but not the notes?

MR. OLSON: No, I believe that the conversation between Mr. Amon and Mr. Roh is hearsay because Mr. Roh --

15:33:16 "ANSWER: My understanding is Qualcomm utilized some technology that was developed by Nuvia independent of Arm and we completed the work based on the Qualcomm ALA agreement on deliverables from Arm."

15:33:31 Then the questioner says so what's the answer to my question and you continued your answer.

15:33:35 "ANSWER: We never thought -- I'll be very specific, we never thought Qualcomm had to destroy intellectual property patents and engineering work developed solely by Nuvia without relying on Arm Technology or information and I have said that before."

15:33:59 That was your sworn testimony at your deposition, right?

15:34:02 A. That is correct.

15:34:02 Q. Now, in fact, you did not know if Qualcomm was obliged to destroy or quarantine Nuvia's then existing engineering work and start over because you did not know those details; correct?

15:34:21 A. Correct. But I understand as my team has told me, that we have the ability to get the Nuvia technology and develop within Qualcomm based on the Qualcomm ALA, that's the information I had and the information I still believe.

15:34:39 Q. Let's go to your deposition.

15:34:41 A. Please.

15:34:42 Q. It is at page 109. I am going to read beginning from



15:34:47 line 2.

15:34:50 "QUESTION: So my question, first factually, as you went to work with Nuvia on PC and/or mobile cores, did Qualcomm, in fact, destroy Nuvia's then existing engineering work and start over?

15:35:09 "ANSWER: I don't know if we had to destroy or quarantine. I don't know those details. What I do not -- what I do know is Nuvia was tasked by Qualcomm as soon as they became part of the company to start developing a CPU for mobile, that was the CPU we today call Orion that was first put into a product called Hamoa, the announcement is called X Elite, and that is the CPU we tasked them to develop not the CPU that they were developing for the data center."

15:35:46 That was your deposition testimony, true?

15:35:49 A. True.

15:35:49 Q. Okay. Now, throughout this time period, Qualcomm, not Nuvia, was the one communicating with Arm about the termination; correct?

15:36:00 A. I think that's -- I don't know if it was -- if it was Nuvia or if it was Qualcomm. I wouldn't know that detail.

15:36:11 Q. So you don't know who was actually handling the back and forth with Arm during this period of time?

15:36:17 A. It depends, if we actually closed the transaction and the company was Qualcomm or in the interim period the



15:36:25 company was Nuvia, I do not know.

15:36:27 Q. Got it, once the transaction closed and then Qualcomm owned Nuvia it would make sense to you that Qualcomm would be doing the communicating?

15:36:34 A. It's logical to think that way.

15:36:37 Q. And all of that would have rolled up to you as the head guy at Qualcomm?

15:36:42 A. Yes, I don't get to know all the details but people brief me when I need to get involved, yes.

15:36:47 Q. Let's take a look at JTX-9 in evidence. We've seen this before, on the first page, the first page is a letter from Ann Chaplin, sitting right there, she is your general counsel, right, head lawyer at Qualcomm?

15:37:06 A. Yes.

15:37:07 Q. And she wrote back to Spencer Collins, general counsel at Arm, said dear Spencer, we're in receipt of Arm's letters dated February 1, 2022, and March 13, 2022. Enclosed please find the certification. And then if we turn to the next page, she attaches a certification, do you see that?

15:37:29 A. Yes.

15:37:30 Q. Now, did you see this at the time?

15:37:32 A. I did not see it.

15:37:34 Q. Okay. And in this certification, you see that there is a certification, and let's take a look at the middle of



15:37:42 the paragraph, you're almost exactly at the right place. In order to comply with its obligations under Section 15.1 of the agreements, right where we were, Nuvia has identified and removed Arm Confidential Information including Arm Technology or derivatives, both for documents and ESI from any design databases, work file systems, technical documentation repositories, source code repositories and shared document databases. Those are references to Qualcomm design databases and Qualcomm source code repositories, right?

15:38:25 A. Like I said, I didn't write this letter, I think that's basically what he's saying Nuvia has identified and removed all of this from any database for work file system and repositories, I'm assuming it would be Qualcomm repositories.

15:38:39 Q. So the certification was Qualcomm has gotten rid of everything?

15:38:45 A. I think that's what he said, Nuvia has quarantined or removed all of this from the Qualcomm database, or their database, I don't know.

15:38:56 Q. You are aware that to this day, there is Nuvia code that was created under the Nuvia ALA that is in Qualcomm products?

15:39:09 A. Yes. Those are Nuvia technology products.

15:39:18 Q. Alright. Now, Qualcomm is a public company; right?

A. Yes. We are.
Q. You are the CEO, right?
A. To this day, yes.
Q. You are accountable to shareholders?
A. Yes, I am.
Q. To deliver the best value you can to the company shareholders, right?
A. Yes.
Q. Today, Arm is a public company; correct?
A. Yes.
Q. Arm also has the same accountability to its shareholders to deliver the best value to those shareholders that it can, right?
A. I would assume they would.
Q. Now, I wouldn't normally ask you this question, but I am going to because the question was asked of Mr. Haas. But last year in 2023, as the CEO of Qualcomm, you made about $23 million in cash and stock?
A. I don't know from memory, it sounds about right.
Q. Why don't you turn to PTX-2041?
A. 2041.
Q. Do you see that 2041 is a public filing. And if you look at page 75, you see there is a summary compensation table?
A. Page 5?





Q. Sorry, page 75. 75 of 123, we didn't include all 123 pages in your binder, but you'll see the numbers at the bottom of the page.
A. Yes.
Q. And in the summary compensation table, you are listed 2023, total compensation combination of salary, bonus, stock awards and non-equity incentive plan compensation and other compensation, $23,480,335?
A. That is correct.
MS. DURIE: Thank you, sir. I have no further questions.
THE WITNESS: Thank you.

REDIRECT EXAMINATION

BY MS. DUNN:
Q. Hi, Mr. Amon. I just have a few questions for you.
So first of all, we're here in this courtroom in a litigation. Do you think that Arm knows that we dispute that we are in breach?
A. I assume they do.
Q. Okay. Alright. Counsel asked you some questions about your deposition, and she pointed you to answers to page 109. Can you open your deposition there?
A. Yes. 109.
Q. Let me know when you're there?
A. Almost there, I have it.





Q. She asked you some questions about Arm's demand that Qualcomm destroy Nuvia technology and product. Do you see that?
A. Yes.
Q. Okay. And then I am going to just see if you see below that the part she didn't read where it says:
"ANSWER: We thought -- I think we thought it was an unreasonable position, especially as it related to information that was created by the Nuvia team out of their own creation, their own inventions, their own patents. So I thought it was a very unreasonable position to take by Arm. At the time this e-mail was written, we were under clear understanding so Arm had never asked requested us not to buy Nuvia. Arm was trying to use their understanding of the required Arm approval to renegotiate Qualcomm royalty rates. And Qualcomm had a very broad agreement ALA. What I am trying to do is say I am trying to be open and try to find some settlement to resolve this dispute since we don't agree with Arm."
Do you see that?
A. Yes, I do.
Q. Sir, you were asked some questions about contracts including the Nuvia contract that you said you hadn't read, correct?
A. Correct.





Q. So you don't know whether the Nuvia contract says that you need a license to design or you need a license to commercialize and ship, do you know that?
A. I do not know that.
Q. Okay. If we could show you JTX-11. Now this is Qualcomm's ALA, and I would --
A. JTX-11?
Q. Yes, it's also on the screen, it might be easier. And I would like to direct your attention to section B.1.1 of the annex, which the jury has heard controls. And B is entitled license and license restrictions, do you see that?
A. Yes.
Q. Okay. And if you look at B.1.1, where it says -- first of all, it talks about Arm Technology. Are you aware that Arm Technology is a defined term in this agreement?
A. It is a defined term in the agreement.
Q. So it doesn't just mean technology generally, you have to actually look at the agreement to know how it's defined, correct?
A. That is correct.
Q. Is this Qualcomm's license grant that it can use the applicable Arm Technology as it's defined to design and have designed including all stages of implementation from specification through RTL design to generation of GDS to architecture compliant cores as set forth below, do you see

# Exhibit 3C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INC., and ) ROUGH DRAFT
QUALCOMM TECHNOLOGIES, INC.,) VOLUME 1
)
Plaintiffs, )
) C.A. No. 24-490(MN)
v. )
)
ARM HOLDINGS PLC, )
)
Defendant. )

Wednesday, September 16, 2026
9:30 a.m.
Bench Trial

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE MARYELLEN NOREIKA
United States District Court Judge

APPEARANCES:

MORRIS NICHOLS ARSHT & TUNNELL LLP
BY: JENNIFER YING, ESQ.
BY: TRAVIS J. MURRAY, ESQ.

-and-

DUNN ISAACSON RHEE LLP
BY: KAREN DUNN, ESQ.
BY: WILLIAM ISAACSON, ESQ.
BY: ERIN J. MORGAN, ESQ.
BY: JENIFER N. HARTLEY, ESQ.

-and-



APPEARANCES (Cont'd):

PAUL WEISS
BY: CATHERINE NYARADY, ESQ.
BY: JACOB A. BRALY, ESQ.

Counsel for the Plaintiffs

YOUNG CONAWAY STARGATT & TAYLOR LLP
BY: ANNE SHEA GAZA, ESQ.
BY: ROBERT VRANA, ESQ.

-and-

KIRKLAND & ELLIS LLP
BY: GREGG F. LoCASCIO, ESQ.
BY: JASON M. WILCOX, ESQ.
BY: JAY EMERICK, ESQ.
BY: PETER EVANGELATOS, ESQ.
BY: MEGAN McGLYNN BUTLER, ESQ.
BY: ADAM M. JANES, ESQ.

Counsel for the Defendant

*****FISH & RICHARDSON
BY: NITIKA FIORELLA, ESQ.

-and-

WALKER STEVENS CANNON LLP
BY: HANNAH CANNON, ESQ.

Counsel for Apple

_ _ _ _ _ _ _ _ _ _ _ _ _ _



COURTROOM DEPUTY: All rise. The United States District Court for the District of Delaware is now in session. The Honorable Maryellen Noreika presiding.

THE COURT: All right. Good morning. Please be seated.

All right. Let's start with some brief introductions. I think I recognize most of the players here. Ms. Ying.

MS. YING: Good morning, Your Honor. Jennifer Ying from Morris, Nichols, Arsht and Tunnell, I have with me Travis Murray also from Morris, Nichols, Arsht & Tunnell, at counsel table we have Karen Dunn, Bill Isaacson, then we have Erica Spevack and Jen Hartley, all from Dunn Isaacson Rhee. Then we have Catherine Nyarady from Paul Weiss and some other folks that will make appearances as we go along.

THE COURT: Okay. Thank you.

MS. GAZA: Good morning, Your Honor. Anne Gaza from Young, Conaway on behalf of defendants. I'm joined today by my colleagues at Kirkland & Ellis, Gregg LoCascio, Jason Wilcox, Megan Kelly, Jay Emerick, and in the next row, we have Peter Evangelatos, Adam James, Megan Butler, and Matthew McIntee. And Your Honor, we also have with us today the executive vice-president, chief legal officer, Spencer Collins.

THE COURT: All right. Thank you and welcome to



all of you.

I saw you all had some objections and then you worked most of them out, so that's a promising start. What is left? I should say, it might be just me, for the ones where it has DTX-19, DTX-29, I have the PTX exhibits here. I don't have DTX exhibits, so if you want to maintain an objection to those, I need a copy.

MS. NYARADY: We did also provide a box that they should have been in this morning.

THE COURT: I'm sorry, what? You might have already given them to me and I just don't have them. Okay.

Okay. So I did set three hours as the limit, so any objections will be on the clock. Okay. So let's go through them one by one.

MS. NYARADY: So Your Honor the 402 objections, relevance objections have all to do with what seems to be a dispute about the scope of the hearing today and what is relevant under the law. And specifically, whether or not evidence of any actual breach and harm that flows from that breach is relevant at this hearing with respect to deciding whether 8.3 is valid.

So the first exhibit, DTX-19 --

THE COURT: Hold on. Let me just find that in the column here. Okay. I got that.

MS. NYARADY: So this is a chat, if we go to the

Weiser - cross

Q. And if you look at obligation to deliver, clause 5.4, he says Arm accepts that failure to deliver pursuant to annex one is subject to a zero dollar royalty remedy, do you see that?
A. I do.
Q. And if you go up to your response, you also agree, good deal, thanks. Do you see that?
A. I do.
Q. Okay. And was this -- does this represent your general understanding that the -- at a high level at Arm this was signed off upon?
A. Yes.
MS. DUNN: Your Honor, I pass the witness.
THE COURT: Thank you.
MR. LOCASCIO: I'll get some of that stuff out of your way. May I approach, Your Honor?
THE WITNESS: No objection.
MR. LoCASCIO: May I proceed, Your Honor?
THE COURT: You may.
MR. LoCASCIO: Thank you.

CROSS-EXAMINATION

BY MR. LoCASCIO:
Q. Good afternoon, sir.
A. Good afternoon.
Q. I want to follow-up on some things you were asked



Weiser - cross

about. I want to start with you mentioned you were retired. You left out that you are still consulting for Qualcomm, correct?
A. I do, yeah, I'm serving as outside counsel for certain Arm related matters.
Q. So essentially you remain employed and paid by Qualcomm in connection with the Arm litigation, correct?
A. I'm being compensated for my time, yes.
Q. And you're being compensated at the tune of about $400 an hour, correct?
A. I'm on a monthly retainer now.
Q. At the time of your deposition, you were being paid $400 an hour, you're now on a monthly --
A. I'm on a monthly retainer now.
Q. How much is that a month?
A. $16,000 a month.
Q. Fixed amount 16,000 a month no matter how much you work on this case?
A. It varies every month.
Q. So it depends on how close we are to trial or it depends on how much work you're doing?
A. No, it varies, it's retainer, it's the same every month and the amount of work each month varies.
Q. Okay. And you're being paid to sit here and testify?
A. I'm being paid on a monthly retainer, yes, even



Weiser - cross

through September.
Q. Through September?
A. Even for this month, September.
Q. So you -- I want to see in we have some agreement on something because you said during the negotiations between Qualcomm and Arm, Qualcomm did not estimate any anticipated harm. Agreed?
A. No.
Q.
A. We didn't do a calculation what actual damages would be.
Q. Okay. Sir, during the negotiation, between Qualcomm and Arm, you did not discuss or disclose in any piece of paper that you showed this Court a communication with Arm indicating that the harm you might suffer from a breach was not calculate able, did you?
A. Not a piece of paper, we had --
Q. Sir, all due respect, I got thirty minutes to do your cross-examination, I'm going to ask you questions, I would like you to answer those questions, and you have plenty of time with Ms. Dunn to redirect and tell your story.
So sir, you talked about what you believe was going on at Qualcomm, but you did not show this Court and you are you are not aware of any piece of paper, e-mail, notes, things you took down while you were in those



Weiser - cross

meetings, where Qualcomm and Arm discussed a relationship or calculation or estimate of the harm Qualcomm would suffer for a breach of Section 8.3 of either the ALA or the TLA, true?
A. I need to ask a clarifying question. Are you saying paper that we shared with Arm?
Q. Sir, I'm asking you if in the time you were here today, you don't have any such papers, correct?
A. I'm not aware of any.
Q. Okay. And at no point did Arm and Qualcomm jointly endeavor to estimate to figure out what the average compensation to Qualcomm would be for the range of losses that could be sustained for breaches of these provisions, correct?
A. Correct, it would have been very difficult to calculate.
Q. And you guys are pretty smart at Qualcomm, you got a ton of engineers and finance people and you do a lot of calculations, correct?
A. I don't in legal, but yes, the engineering probably does.
Q. And in the course of agreeing to the ALA or the TLA, you're projecting what royalties you'll accept to a twenty-year agreement, correct?
A. Royalty prices?

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**FILED UNDER SEAL**

**DEFENDANTS ARM HOLDINGS PLC AND ARM LTD.'S REPLY
IN SUPPORT OF THEIR MOTION *IN LIMINE* NO. 3**

Qualcomm's opposition confirms the very danger Arm identified: this evidence invites the jury to try collateral matters instead of the claims at issue. Such evidence should be excluded.

***Nvidia.*** Qualcomm does not dispute the risk of unfair prejudice, that the Nvidia acquisition was abandoned in February 2022, that no regulator reached a final determination, or that Nvidia is not a party to this case. As a result, "analysis by the CMA" about "concerns that an Arm-Nvidia entity would harm competition" (Opp. at 1) is irrelevant and hearsay to boot. The argument that the failed deal shows Arm "knew" of competition concerns (*id.* at 2) is similarly misplaced and only invites the jury to treat these proceedings as evidence of wrongdoing (Mot. at 2). Arm's statements anticipating a deal that never happened have no bearing on Arm's good-faith belief that Nuvia-based cores were unlicensed when it paused support, or on whether Arm's conduct surrounding the October 2024 Breach Letter shows the requisite intent for Qualcomm's tortious interference claims. Qualcomm can present evidence about Arm's business model and its March 2026 announcement that it will sell data center chips through other documents and witness testimony. Even assuming marginal relevance, evidence of the abandoned Nvidia deal is cumulative and unfairly prejudicial under Rule 403.

***SoftBank.*** Qualcomm concedes it intends for the jury to hear that Arm is controlled by non-parties SoftBank and Masayoshi Son, whom Qualcomm will not call as a witness. Evidence "relat[ing] to ***SoftBank's*** efforts to limit competition from Qualcomm" (Opp. at 3 (emphasis added)) is therefore irrelevant and would only cause unfair prejudice to Arm. *Food Lion, LLC v. Dean Foods Co.*, 2017 WL 11681192, at *1 (E.D. Tenn. Feb. 17, 2017); *Sadler v. Advanced Bionics, LLC*, 2013 WL 12234530, at *1-2 (W.D. Ky. Mar. 22, 2013).

***Executive Compensation***. Qualcomm contends executive compensation goes to bias, but it can attempt to show potential bias without discussing the details or amounts of executive pay.

Dated: September 22, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 7**

**JOINT EXHIBIT LIST**

United States District Court for the District of Delaware, C.A. No. 24-490 (Consolidated)
*Qualcomm Inc. v. Arm Holdings plc f/k/a Arm Ltd.; Qualcomm Inc. v. Arm Ltd.*

**Joint Trial Exhibit List - September 11, 2026**

| JTX # | Date | Beginning Bates Number | End Bates Number | Document Description |
|---|---|---|---|---|
| 1 | 2013-05-30 | ARM_00055357 | ARM_00055399 | Amended and Restated Architecture License Agreement between Arm and Qualcomm LES-TLA-20039 (dated May 30, 2013) SP-Version: 24.0 |
| 2 | 2013-05-30 | QCARM_0338573 | QCARM_0338576 | V8 Next Annex 1 to Amended and Restated Architecture Licence Agreement LES-TLA-20039 (dated May 30, 2013) SP-Version: 8.0 |
| 3 | 2013-05-30 | ARM_00063298 | ARM_00063312 | ARMV8-A Annex 1 to Amended and Restated Architecture Licence Agreement LES-TLA-20039 (dated May 30, 2013) SP-Version: 13.0 |
| 4 | 2020-06-23 | QCARM_0343954 | QCARM_0343976 | Armv9-A Annex 1 to Amended and Restated Architecture Licence Agreement LES-TLA-20039 (dated June 23, 2020) SP-Version: 4.0 |
| 5 | 2013-05-30 | ARM_00103918 | ARM_00103972 | Technology License Agreement between Arm and Qualcomm LEC-TLA-00550 (dated May 30, 2013) SP-Version: 21.0 |
| 6 | 2019-10-18 | ARM_00062441 | ARM_00062473 | Annex 1 to Qualcomm Technology License Agreement LEC-TLA-00550 - Matterhorn, Makalu, Hunter (dated Oct. 18, 2019) |

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 8**

**PLAINTIFFS' EXHIBIT LIST AND DEFENDANTS' OBJECTIONS**

United States District Court for the District of Delaware, C.A. No. 24-490 (Consolidated)
*Qualcomm Inc. v. Arm Holdings plc f/k/a Arm Ltd.; Qualcomm Inc. v. Arm Ltd.*

**Qualcomm's Trial Exhibit List - September 22, 2026**

Qualcomm reserves the right to supplement this list with additional exhibits. Qualcomm reserves the right to make use of summary exhibits pursuant to FRE 1006. Qualcomm reserves the right to use documents at trial with only a PTX number even where the document listed in its exhibit list is marked with a deposition sticker. Qualcomm reserves the right use color versions of documents provided via FTP in black and white.

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1 | 1972-11-00 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 2 | 1972-11-00 | n/a | n/a | | | | NP; 402; 403 |
| 3 | 1975-03-00 | n/a | n/a | | | | NP; 402; 403 |
| 4 | 1983-00-00 | QCVARM_1163087 | QCVARM_1163103 | | | | 402; 403; 802 |
| 5 | 1985-12-00 | n/a | n/a | | | | NP; 402; 403 |
| 6 | 1989-04-27 | n/a | n/a | | | | NP; 402; 403; 802 |
| 7 | 1989-05-18 | n/a | n/a | | | | NP; 402; 403 |
| 8 | 1996-08-09 | n/a | n/a | | | | NP; 402; 403; 802 |
| 9 | 1997-10-21 | QCARM_7411096 | QCARM_7411225 | | | | 402; 403 |
| 10 | 1999-08-12 | ARMQC_02797216 | ARMQC_02797228 | | Richards, Steven | Richards Ex. 03 | 402; 403 |
| 11 | 1999-08-12 | n/a | n/a | | | | NP; 402; 403 |
| 12 | 1999-10-15 | ARM_01305032 | ARM_01305057 | | | | CO; 402; 403; 802; ID |
| 13 | 2000-02-21 | n/a | n/a | | | | NP; 402; 403; 802 |
| 14 | 2000-03-02 | n/a | n/a | | | | NP; 402; 403; 802 |
| 15 | 2000-08-10 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 16 | 2000-08-24 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 17 | 2001-07-24 | ARM_01304980 | ARM_01304985 | | | | CO; 402; 403; 802; ID |
| 18 | 2002-01-25 | n/a | n/a | | | | NP; 402; 403 |
| 19 | 2002-03-19 | ARM_01428145 | ARM_01428178 | | | | CO; 402; 403; ID |
| 20 | 2002-06-28 | ARMQC_02797740 | ARMQC_02797759 | | | | CO; 402; 403; ID |
| 21 | 2002-09-20 | ARMQC_02798543 | ARMQC_02798562 | | | | ID |
| 22 | 2002-12-27 | ARMQC_02785557 | ARMQC_02785577 | | | | CO; 402; 403; ID |
| 23 | 2003-02-05 | n/a | n/a | | | | NP; 402; 403 |
| 24 | 2003-03-31 | ARMQC_02798635 | ARMQC_02798675 | | | | CO; 402; 403; ID |
| 25 | 2003-07-03 | ARM_01428063 | ARM_01428102 | | | | CO; 402; 403; ID |
| 26 | 2003-09-29 | ARM_00104219 | ARM_00104236 | | | | 402; 403; 802; ID |
| 27 | 2003-09-29 | QCARM_3964429 | QCARM_3964445 | | | | ID |
| 28 | 2003-09-30 | ARM_01299995 | ARM_01299999 | | | | |
| 29 | 2003-11-20 | ARM_01299872 | ARM_01299875 | | | | |
| 30 | 2003-12-10 | ARMQC_02779391 | ARMQC_02779411 | | Fonseca, Jeff | QCX 173 (Fonseca) | ID |
| 31 | 2003-12-29 | n/a | n/a | | | | NP; 402; 403 |
| 32 | 2004-03-16 | ARM_01299987 | ARM_01299989 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 33 | 2004-03-22 | ARM_01299958 | ARM_01299959 | [redacted] | | | |
| 34 | 2004-03-30 | ARM_01428472 | ARM_01428493 | | | | CO; 402; 403; ID |
| 35 | 2004-03-30 | ARM_01428494 | ARM_01428514 | | | | CO; 402; 403; ID |
| 36 | 2004-03-30 | ARM_01428515 | ARM_01428539 | | | | CO; 402; 403; ID |
| 37 | 2004-06-10 | ARM_01299870 | ARM_01299871 | | | | |
| 38 | 2004-06-29 | ARM_01299974 | ARM_01299986 | | | | |
| 39 | 2004-11-22 | ARMQC_02789202 | ARMQC_02789223 | | | | CO; 402; 403; ID |
| 40 | 2004-11-23 | ARMQC_02789048 | ARMQC_02789068 | | | | CO; 402; 403; ID |
| 41 | 2004-11-23 | n/a | n/a | | | | NP; 402; 403 |
| 42 | 2004-12-15 | ARM_01304976 | ARM_01304979 | | | | CO; 402; 403; 802; ID |
| 43 | 2004-12-16 | ARM_01299849 | ARM_01299853 | | | | |
| 44 | 2004-12-22 | ARMQC_02783575 | ARMQC_02783594 | | | | CO; 402; 403; ID |
| 45 | 2005-03-30 | ARM_01427905 | ARM_01427925 | | | | CO; 402; 403; ID |
| 46 | 2005-04-15 | ARM_01299837 | ARM_01299838 | | | | |
| 47 | 2005-12-22 | ARM_01428057 | ARM_01428058 | | | | CO; 402; 403; ID |
| 48 | 2006-01-26 | ARMQC_02783512 | ARMQC_02783532 | | | | CO; 402; 403; ID |
| 49 | 2006-06-28 | ARM_01240308 | ARM_01240325 | | | | CO; 402; 403; 802; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 50 | 2006-06-28 | ARM_01428450 | ARM_01428471 | [redacted] | | | CO; 402; 403; ID |
| 51 | 2006-11-08 | ARMQC_02797419 | ARMQC_02797441 | | | | CO; 402; 403; ID |
| 52 | 2006-12-20 | ARM_01314501 | ARM_01314516 | | | | CO; 402; 403; ID |
| 53 | 2006-12-20 | ARM_01428251 | ARM_01428270 | | | | CO; 402; 403; ID |
| 54 | 2007-01-09 | n/a | n/a | | | | NP; 402; 403; 802 |
| 55 | 2007-01-30 | ARM_01299960 | ARM_01299970 | | | | |
| 56 | 2007-11-13 | n/a | n/a | | | | NP; 402; 403; 802 |
| 57 | 2007-12-21 | ARM_01300665 | ARM_01300670 | | | | |
| 58 | 2008-03-21 | ARMQC_02798563 | ARMQC_02798581 | | | | CO; 402; 403; ID |
| 59 | 2008-05-22 | ARM_01240382 | ARM_01240391 | | | | CO; 402; 403; 802; ID |
| 60 | 2008-06-27 | ARM_01300000 | ARM_01300008 | | | | |
| 61 | 2008-06-27 | ARM_01300657 | ARM_01300658 | | | | |
| 62 | 2008-09-30 | ARM_01299854 | ARM_01299869 | | | | ID |
| 63 | 2008-09-30 | n/a | n/a | | | | NP; 402; 403 |
| 64 | 2008-09-30 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 65 | 2009-03-31 | ARM_01428431 | ARM_01428449 | [redacted] | | | CO; 402; 403; ID |
| 66 | 2009-06-03 | ARM_01428059 | ARM_01428062 | | | | CO; 402; 403; ID |
| 67 | 2009-08-05 | ARM_01299839 | ARM_01299841 | | | | ID |
| 68 | 2009-11-05 | ARM_01427634 | ARM_01427660 | | | | CO; 402; 403; ID |
| 69 | 2009-11-05 | ARM_01427661 | ARM_01427682 | | | | CO; 402; 403; ID |
| 70 | 2009-12-23 | ARMQC_02797943 | ARMQC_02797971 | | | | CO; 402; 403; ID |
| 71 | 2010-05-19 | ARM_01427719 | ARM_01427738 | | | | CO; 402; 403; ID |
| 72 | 2010-06-04 | n/a | n/a | | | | NP; 402; 403 |
| 73 | 2010-06-30 | ARM_01299902 | ARM_01299957 | | | | |
| 74 | 2010-07-14 | ARM_01428406 | ARM_01428430 | | | | CO; 402; 403; ID |
| 75 | 2010-09-20 | ARMQC_02785408 | ARMQC_02785426 | | | | CO; 402; 403; ID |
| 76 | 2010-11-16 | ARM_01240226 | ARM_01240236 | | | | CO; 402; 403; 802; ID |
| 77 | 2010-12-31 | ARM_01427877 | ARM_01427904 | | | | CO; 402; 403; ID |
| 78 | 2011-05-19 | ARMQC_02797358 | ARMQC_02797378 | | | | CO; 402; 403; ID |
| 79 | 2011-06-15 | QCARM_3961513 | QCARM_3961530 | | | | 402; 403 |
| 80 | 2011-10-20 | QCARM_7474900 | QCARM_7474908 | | | | CP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 81 | 2011-10-21 | QCARM_7474884 | QCARM_7474892 | [redacted] | | | CP; 402; 403 |
| 82 | 2011-12-21 | ARM_01299569 | ARM_01299601 | [redacted] | | | CP |
| 83 | 2012-02-13 | ARM_01299971 | ARM_01299973 | [redacted] | | | ID |
| 84 | 2012-02-21 | QCARM_7476653 | QCARM_7476657 | [redacted] | | | 402; 403 |
| 85 | 2012-03-06 | QCARM_7431133 | QCARM_7431134 | [redacted] | | | 402; 403 |
| 86 | 2012-03-08 | QCARM_7475216 | QCARM_7475219 | [redacted] | | | 402; 403 |
| 87 | 2012-03-13 | QCARM_7429297 | QCARM_7429301 | [redacted] | | | 402; 403 |
| 88 | 2012-03-15 | QCARM_7430331 | QCARM_7430334 | [redacted] | Couillard, Lynn | QCX 137 (Couillard); QCX 138 (Couillard) | CP; 402; 403 |
| 89 | 2012-03-22 | QCARM_7430517 | QCARM_7430534 | [redacted] | | | CP; 402; 403 |
| 90 | 2012-03-24 | QCARM_7475229 | QCARM_7475231 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 91 | 2012-03-26 | QCARM_7475067 | QCARM_7475069 | [redacted] | | | 402; 403 |
| 92 | 2012-03-28 | QCARM_7431229 | QCARM_7431244 | | | | 402; 403; 901 |
| 93 | 2012-03-30 | QCARM_7429140 | QCARM_7429155 | | | | 402; 403; 901 |
| 94 | 2012-03-31 | ARM_01298930 | ARM_01298943 | | | | ID |
| 95 | 2012-06-14 | QCARM_7431652 | QCARM_7431711 | | | | CP; 402; 403 |
| 96 | 2012-06-29 | ARM_01428179 | ARM_01428206 | | | | CO; 402; 403; ID |
| 97 | 2012-06-29 | ARM_01428207 | ARM_01428250 | | | | CO; 402; 403; ID |
| 98 | 2012-06-29 | ARMQC_02797527 | ARMQC_02797546 | | | | CO; 402; 403; ID |
| 99 | 2012-09-21 | ARM_01428103 | ARM_01428144 | | | | CO; 402; 403; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 100 | 2012-10-30 | QCARM_7475534 | QCARM_7475537 | [redacted] | | | CP; 402; 403 |
| 101 | 2012-10-31 | QCARM_7432092 | QCARM_7432129 | | | | CP; 402; 403 |
| 102 | 2012-12-11 | QCARM_7432179 | QCARM_7432240 | | | | CP; 402; 403 |
| 103 | 2012-12-15 | QCARM_7475647 | QCARM_7475684 | | | | 402; 403 |
| 104 | 2012-12-15 | QCARM_7475646 | QCARM_7475720 | | | | CP; 402; 403 |
| 105 | 2012-12-21 | QCARM_7432704 | QCARM_7432742 | | | | CP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 106 | 2012-12-22 | QCARM_7432743 | QCARM_7432816 | [redacted] | | | CP; 402; 403 |
| 107 | 2013-01-23 | QCARM_7433013 | QCARM_7433013 | | | | 402; 403 |
| 108 | 2013-01-25 | ARM_01255526 | ARM_01255570 | | | | 402; 403 |
| 109 | 2013-02-28 | QCARM_3419322 | QCARM_3419324 | | | | 402; 403 |
| 110 | 2013-03-12 | ARM_01256677 | ARM_01256680 | | | | 402; 403 |
| 111 | 2013-03-25 | QCARM_3961561 | QCARM_3961693 | | | | ILL; CP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 112 | 2013-04-13 | QCARM_7401082 | QCARM_7401153 | [redacted] | | | 402; 403; CP |
| 113 | 2013-04-13 | QCARM_7403528 | QCARM_7403599 | | | | 402; 403; CP |
| 114 | 2013-04-24 | QCARM_0336913 | QCARM_0336915 | | | | 402; 403 |
| 115 | 2013-04-25 | ARM_01246514 | ARM_01246518 | | | | 402; 403; P |
| 116 | 2013-05-06 | QCARM_3961702 | QCARM_3961704 | | | | 402; 403 |
| 117 | 2013-05-30 | ARM_00055357 | ARM_00055399 | | Abbey, Will; Collins, Spencer; Couillard, Lynn; Shivashankar, Karthik; Weidmann, Martin; Youssef, Ehab | Abbey Ex. 02; QCX 64 (Weidmann); QCX 94 (Collins); QCX 117 (Couillard); Shivashankar Ex. 16; Youssef Ex. 02 | ID |
| 118 | 2013-05-30 | ARM_00103804 | ARM_00103818 | | Tran, Christine | QCX 253 (Tran) | 402; 403; 802; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 119 | 2013-05-30 | ARM_00103918 | ARM_00103972 | [redacted] | Abbey, Will; Fonseca, Jeff; Howard, Andrew; Shivashankar, Karthik; Youssef, Ehab; Britven, Thomas | Abbey Ex. 03; QCX 99 (Howard); QCX 171 (Fonseca); Shivashankar Ex. 08; Youssef Ex. 03; 2025-10-03 Britven Ex. 06; 2026-06-22 Britven Ex. 02 | ILL; DD |
| 120 | 2013-05-30 | QCARM_0338573 | QCARM_0338576 | [redacted] | Couillard, Lynn; Shivashankar, Karthik; Weidmann, Martin | QCX 65 (Weidmann); QCX 119 (Couillard); Shivashankar Ex. 18 | 402; 403; 901; ID |
| 121 | 2013-05-30 | QCARM_0343120 | QCARM_0343142 | [redacted] | Couillard, Lynn; Shivashankar, Karthik | QCX 118 (Couillard); Shivashankar Ex. 17 | 402; 403; 901; ID |
| 122 | 2013-05-30 | QCVARM_0525081 | QCVARM_0525081.00042 | [redacted] | Tran, Christine | QCX 252 (Tran) | ID |
| 123 | 2013-05-30 | QCARM_0343533 | QCARM_0343587 | [redacted] | | | ID |
| 124 | 2013-10-17 | QCARM_0569125 | QCARM_0569164 | [redacted] | | | 402; 403; 802; 901; 1006 |
| 125 | 2013-10-31 | ARM_01432965 | ARM_01432996 | [redacted] | | | CO; 402; 403; 802; ID |
| 126 | 2013-10-31 | ARM_01432997 | ARM_01433027 | [redacted] | | | CO; 402; 403; ID |
| 127 | 2014-02-07 | n/a | n/a | [redacted] | | | NP; 402; 403; 802 |
| 128 | 2014-04-11 | ARMQC_02796690 | ARMQC_02796696 | [redacted] | Richards, Steven | Richards Ex. 05 | 402; 403 |
| 129 | 2014-04-11 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 130 | 2014-08-04 | QCARM_0339469 | QCARM_0339508 | [redacted] | | | 402; 403; 802; 901; 1006 |
| 131 | 2014-08-04 | QCARM_0341042 | QCARM_0341062 | [redacted] | | | 402; 403; ID |
| 132 | 2014-10-17 | ARM_01428293 | ARM_01428315 | [redacted] | | | CO; 402; 403; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 133 | 2014-10-17 | ARM_01428316 | ARM_01428338 | [redacted] | | | CO; 402; 403; ID |
| 134 | 2014-12-02 | n/a | n/a | | | | NP; 402; 403 |
| 135 | 2014-12-15 | n/a | n/a | | | | NP; 402; 403 |
| 136 | 2015-03-04 | QCVARM_1022565 | QCVARM_1022579 | | | | 402; 403; 802; 901; ID |
| 137 | 2015-03-04 | ARM_01298796 | ARM_01298835 | | | | 402; 403; 802; 1006 |
| 138 | 2015-03-25 | QCVARM_1034899 | QCVARM_1034904 | | | | 402; 403 |
| 139 | 2015-03-31 | ARM_01427926 | ARM_01427943 | | | | CO; 402; 403; ID |
| 140 | 2015-03-31 | ARM_01427944 | ARM_01427968 | | | | CO; 402; 403; ID |
| 141 | 2015-04-14 | ARM_01299191 | ARM_01299232 | | | | 402; 403; 802; 1006 |
| 142 | 2015-04-14 | QCARM_0338243 | QCARM_0338262 | | | | 402; 403; 802; 901; ID |
| 143 | 2015-06-29 | ARMQC_02779412 | ARMQC_02779432 | | | | CO; 402; 403; 802; ID |
| 144 | 2015-06-30 | QCARM_3434467 | QCARM_3434485 | | | | 402; 403; 802; 901; ID |
| 145 | 2015-07-31 | ARM_01240470 | ARM_01240507 | | | | CO; 402; 403; 802; ID |
| 146 | 2015-11-13 | ARM_01427683 | ARM_01427693 | | | | CO; 402; 403; ID |
| 147 | 2015-11-13 | ARM_01427696 | ARM_01427698 | | | | CO; 402; 403; ID |
| 148 | 2015-11-13 | ARM_01427700 | ARM_01427718 | | | | CO; 402; 403; ID |
| 149 | 2015-12-00 | n/a | n/a | | | | NP; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 150 | 2015-12-20 | ARM_01234719 | ARM_01234811 | [redacted] | | | CP |
| 151 | 2015-12-22 | ARM_01298160 | ARM_01298179 | | | | CO; 402; 403; 802; ID |
| 152 | 2015-12-22 | ARM_01298324 | ARM_01298343 | | | | 402; 403; 802; 901; ID |
| 153 | 2015-12-22 | ARMQC_00027304 | ARMQC_00027325 | | | | ID |
| 154 | 2015-12-22 | QCARM_0339509 | QCARM_0339558 | | | | 402; 403; 802; 901; 1006 |
| 155 | 2015-12-22 | QCVARM_1017127 | QCVARM_1017148 | | | | 402; 403; 901; ID |
| 156 | 2015-12-22 | QCVARM_1017149 | QCVARM_1017168 | | | | CO; 402; 403; 802; ID |
| 157 | 2015-12-22 | QCVARM_1017169 | QCVARM_1017187 | | | | 402; 403; ID |
| 158 | 2015-12-23 | QCARM_0339438 | QCARM_0339458 | | | | CO; 402; 403; 802; ID |
| 159 | 2016-06-16 | n/a | n/a | | | | NP; 402; 403 |
| 160 | 2016-08-24 | QCARM_7414326 | QCARM_7414441 | | | | 402; 403; ID; CP |
| 161 | 2016-09-05 | n/a | n/a | | | | NP; 402; 403; 802 |
| 162 | 2016-10-10 | ARMQC_02789129 | ARMQC_02789156 | | | | CO; 402; 403; 802; ID |
| 163 | 2016-10-17 | ARM_01426896 | ARM_01426937 | | | | CO; 402; 403; ID |
| 164 | 2016-12-14 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 165 | 2016-12-23 | ARMQC_02789126 | ARMQC_02789128 | [redacted] | | | CO; 402; 403; 802; ID |
| 166 | 2017-03-23 | ARM_01427739 | ARM_01427775 | | | | 402; 403; 802; ID; CO |
| 167 | 2017-03-23 | ARM_01427776 | ARM_01427795 | | | | 402; 403; 802; ID; CO |
| 168 | 2017-06-29 | ARM_01240448 | ARM_01240448 | | | | CO; 402; 403; 802; ID |
| 169 | 2017-07-07 | QCVARM_1037651 | QCVARM_1037652 | | | | 402; 403; CP |
| 170 | 2017-09-29 | ARM_01314615 | ARM_01314622 | | | | CO; 402; 403; ID |
| 171 | 2017-10-16 | ARM_01428009 | ARM_01428032 | | | | CO; 402; 403; ID |
| 172 | 2017-12-31 | ARMQC_02772241 | ARMQC_02772245 | | | | 402; 403; ID |
| 173 | 2018-01-11 | ARMQC_02797442 | ARMQC_02797443 | | | | CO; 402; 403; 802; ID |
| 174 | 2018-02-01 | ARM_01298433 | ARM_01298454 | | | | CO; 402; 403; 802; ID |
| 175 | 2018-02-01 | ARM_01298469 | ARM_01298489 | | | | CO; 402; 403; 802; ID |
| 176 | 2018-02-01 | ARM_01299085 | ARM_01299143 | | | | 402; 403; 802; 1006 |
| 177 | 2018-02-01 | ARMQC_02772734 | ARMQC_02772755 | | | | 402; 403; 802; ID |
| 178 | 2018-02-01 | QCVARM_1023334 | QCVARM_1023355 | | | | 402; 403; 802; 901; ID |
| 179 | 2018-02-03 | ARM_01426872 | ARM_01426895 | | | | 402; 403; 802; ID |
| 180 | 2018-02-03 | ARM_01426938 | ARM_01426956 | | | | CO; 402; 403; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 181 | 2018-02-10 | QCVARM_1071500 | QCVARM_1071962 | [redacted] | | | 402; 403; CP |
| 182 | 2018-03-12 | n/a | n/a | | | | NP; 402; 403 |
| 183 | 2018-03-19 | n/a | n/a | | | | NP; 402; 403; 802 |
| 184 | 2018-04-05 | QCVARM_1115427 | QCVARM_1115427 | | Agrawal, Vivek | QCX 223 (Agrawal) | ILL; 402; 403 |
| 185 | 2018-04-17 | QCVARM_1042780 | QCVARM_1042780 | | Agrawal, Vivek; Brogioli, Michael | QCX 218 (Agrawal); Brogioli Ex. 07 | ILL; 402; 403 |
| 186 | 2018-08-02 | ARM_01232580 | ARM_01232735 | | | | P; CO; 106; 402; 403; 802; 804; 901; ID |
| 187 | 2018-08-21 | QCVARM_0710383 | QCVARM_0710418.00029 | | | | 402; 403; CP |
| 188 | 2018-09-29 | ARMQC_02785326 | ARMQC_02785341 | | | | CO; 402; 403; ID |
| 189 | 2018-11-07 | ARM_01235323 | ARM_01235327 | | Haas, Rene | Haas Ex. 12 | 402; 403 |
| 190 | 2019-01-17 | ARMQC_02727973 | ARMQC_02727983 | | Grisenthwaite, Richard | Grisenthwaite Ex. 18 | 402; 403; 802; 805 |
| 191 | 2019-03-11 | ARMQC_02727916 | ARMQC_02727921 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 192 | 2019-03-15 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 193 | 2019-03-15 | ARM_00118834 | ARM_00118938 | | | | 402; 403; 802; 805 |
| 194 | 2019-03-28 | ARMQC_02797282 | ARMQC_02797297 | | | | CO; 402; 403; ID |
| 195 | 2019-03-29 | QCARM_0338180 | QCARM_0338242 | | | | 402; 403; 802; 901; 1006 |
| 196 | 2019-03-29 | QCARM_7404823 | QCARM_7404937 | | | | 402; 403; ID |
| 197 | 2019-03-29 | QCVARM_1014424 | QCVARM_1014451 | | | | CO; 402; 403; 802; ID |
| 198 | 2019-04-10 | ARMQC_02720799 | ARMQC_02720803 | | | | 402; 403 |
| 199 | 2019-04-10 | ARMQC_02771348 | ARMQC_02771454 | | | | 402; 403; CO |
| 200 | 2019-05-09 | ARMQC_02731250 | ARMQC_02731283 | | | | ILL; 402; 403 |
| 201 | 2019-05-10 | ARMQC_02773185 | ARMQC_02773186 | | Shivashankar, Karthik | Shivashankar Ex. 19 | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 202 | 2019-06-11 | QCVARM_0711638 | QCVARM_0711712 | [redacted] | | | 402; 403; CP |
| 203 | 2019-06-28 | ARM_01245939 | ARM_01245940 | | | | CO; 402; 403; 802; ID |
| 204 | 2019-07-12 | QCVARM_0709977 | QCVARM_0709991 | | | | 402; 403; CP |
| 205 | 2019-08-01 | ARM_01427995 | ARM_01428008 | | | | 402; 403; 802; ID; CO |
| 206 | 2019-09-16 | ARM_01453209 | ARM_01453211 | | Greenhalgh, Peter | QCX 154 (Greenhalgh) | 402; 403 |
| 207 | 2019-09-16 | ARM_01453208 | ARM_01453211 | | | | 402; 403 |
| 208 | 2019-09-19 | ARM_00049020 | ARM_00049021 | | | | 402; 403; 802 |
| 209 | 2019-09-27 | ARMQC_02798107 | ARMQC_02798122 | | | | CO; 402; 403; ID |
| 210 | 2019-10-02 | ARMQC_02771883 | ARMQC_02771884 | | Shivashankar, Karthik | Shivashankar Ex. 12 | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 211 | 2019-10-06 | ARMQC_02730917 | ARMQC_02730924 | [redacted] | | | 402; 403; P |
| 212 | 2019-10-17 | ARM_00006123 | ARM_00006155 | | Shivashankar, Karthik | Shivashankar Ex. 10 | 402; 403; 802; ID |
| 213 | 2019-10-18 | ARM_00062441 | ARM_00062473 | | Britven, Thomas | Briven Ex. 12 | 402; 403; 802; ID |
| 214 | 2019-10-18 | ARM_00062474 | ARM_00062493 | | Shivashankar, Karthik; Youssef, Ehab | Shivashankar Ex. 09; Youssef Ex. 04 | 402; 403; 802; ID |
| 215 | 2019-10-18 | QCVARM_1019083 | QCVARM_1019102 | | | | 402; 403; 901; ID |
| 216 | 2019-10-18 | ARM_00006122 | ARM_00006249 | | | | CP; 402; 403; 802; 805; ID |
| 217 | 2019-10-18 | ARM_00062440 | ARM_00062567 | | | | CP; 402; 403; 802; 805; 1006; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 218 | 2019-10-18 | QCVARM_0710045 | QCVARM_0710173 | [redacted] | | | CP; 402; 403 |
| 219 | 2019-11-06 | ARMQC_02731051 | ARMQC_02731053 | | Shivashankar, Karthik | Shivashankar Ex. 20 | D; 402; 403 |
| 220 | 2019-11-06 | ARMQC_00027229 | ARMQC_00027231 | | | | P; 402; 403; 802 |
| 221 | 2019-11-18 | QCARM_0338672 | QCARM_0338680 | | | | 402; 403; 901; ID |
| 222 | 2019-12-04 | QCVARM_0712363 | QCVARM_0712383 | | Couillard, Lynn | QCX 120 (Couillard); QCX 121 (Couillard) | 402; 403; ID |
| 223 | 2019-12-07 | ARM_01282303 | ARM_01282382 | | Couillard, Lynn | QCX 143 (Couillard); QCX 144 (Couillard) | D; 402; 403 |
| 224 | 2019-12-07 | ARM_01282303 | ARM_01282392 | | | | CP; D; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 225 | 2019-12-11 | ARM_00114877 | ARM_00114881 | [redacted] | | | 402; 403 |
| 226 | 2019-12-31 | QCARM_0027985 | QCARM_0027986 | [redacted] | | | 402; 403; 802; 901; ID |
| 227 | 2019-12-31 | QCARM_0029357 | QCARM_0029358 | [redacted] | | | 402; 403; 802; 901; ID |
| 228 | 2020-01-01 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 229 | 2020-01-17 | ARM_00056307 | ARM_00056317 | [redacted] | Awad, Mohamed | QCX 276 (Awad) | CO; 402; 403 |
| 230 | 2020-02-02 | ARMQC_02754358 | ARMQC_02754360 | [redacted] | | | 402; 403; 802; 805 |
| 231 | 2020-02-11 | ARM_01289518 | ARM_01289553 | [redacted] | | | CP; D; 402; 403 |
| 232 | 2020-03-03 | ARMQC_02797444 | ARMQC_02797445 | [redacted] | | | CO; 402; 403; 802; ID |
| 233 | 2020-04-15 | ARM_00087444 | ARM_00087447 | [redacted] | | | 402; 403; 802 |
| 234 | 2020-04-22 | ARM_00079722 | ARM_00079723 | [redacted] | Couillard, Lynn | QCX 128 (Couillard) | 402; 403; 802 |
| 235 | 2020-04-22 | ARM_00079223 | ARM_00079230 | [redacted] | Couillard, Lynn; Weidmann, Martin | QCX 129 (Couillard); QCX 130 (Couillard); QCX 67 (Weidmann) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 236 | 2020-05-05 | ARM_00085581 | ARM_00085585 | [redacted] | Couillard, Lynn | QCX 131 (Couillard) | 402; 403; 802 |
| 237 | 2020-05-07 | ARMQC_02788975 | ARMQC_02788994 | [redacted] | | | 402; 403; 802; ID; CO |
| 238 | 2020-05-08 | QCARM_3480478 | QCARM_3480482 | [redacted] | | | 402; 403 |
| 239 | 2020-05-16 | n/a | n/a | [redacted] | | | NP; 402; 403; 802 |
| 240 | 2020-05-28 | ARM_01293301 | ARM_01293307 | [redacted] | Weidmann, Martin | QCX 58 (Weidmann) | 402; 403; 802; 805 |
| 241 | 2020-05-28 | ARM_01293301 | ARM_01293308 | [redacted] | | | CP; 402; 403; 802 |
| 242 | 2020-06-05 | ARM_00085567 | ARM_00085571 | [redacted] | Bhatnagar, Akshay; Shivashankar, Karthik; Tran, Christine | QCX 213 (Bhatnagar); QCX 259 (Tran); Shivashankar Ex. 22 | 402; 403; 802 |
| 243 | 2020-06-05 | ARM_00087431 | ARM_00087435 | [redacted] | Howard, Andrew | QCX 101 (Howard) | 402; 403 |
| 244 | 2020-06-05 | ARM_00087429 | ARM_00087435 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 245 | 2020-06-10 | QCVARM_0713409 | QCVARM_0713441 | [redacted] | Couillard, Lynn | QCX 122 (Couillard); QCX 123 (Couillard) | 402; 403; ID |
| 246 | 2020-06-15 | ARM_00063283 | ARM_00063284 | | Weidmann, Martin | QCX 59 (Weidmann) | 402; 403; 802; 805 |
| 247 | 2020-06-15 | ARMQC_02600334 | ARMQC_02600339 | | Couillard, Lynn | QCX 125 (Couillard) | 402; 403 |
| 248 | 2020-06-16 | ARM_01298036 | ARM_01298043 | | | | 402; 403; 802; ID |
| 249 | 2020-06-17 | ARMQC_02732558 | ARMQC_02732560 | | | | 402; 403 |
| 250 | 2020-06-19 | ARM_01238132 | ARM_01238134 | | Weidmann, Martin | QCX 52 (Weidmann) | 402; 403; 802; 805 |
| 251 | 2020-06-22 | ARM_01237129 | ARM_01237136 | | Shivashankar, Karthik | Shivashankar Ex. 21 | 402; 403 |
| 252 | 2020-06-23 | QCARM_0343954 | QCARM_0343976 | | Couillard, Lynn; Weidmann, Martin | QCX 124 (Couillard); QCX 66 (Weidmann) | 402; 403; 901; ID |
| 253 | 2020-06-23 | QCVARM_1015821 | QCVARM_1015843 | | Tran, Christine | QCX 254 (Tran) | 402; 403; 901; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 254 | 2020-06-23 | QCARM_0343952 | QCARM_0343976 | [redacted] | | | 402; 403; CP; ID |
| 255 | 2020-06-25 | ARM_01240438 | ARM_01240447 | | | | CO; 402; 403; 802; ID |
| 256 | 2020-06-26 | ARM_01298498 | ARM_01298507 | | | | 402; 403; 802; ID |
| 257 | 2020-06-26 | QCARM_0338352 | QCARM_0338429 | | | | 402; 403; 802; 901; 1006 |
| 258 | 2020-07-00 | QCARM_0557840 | QCARM_0557855 | | | | 402; 403 |
| 259 | 2020-07-02 | ARMQC_02728020 | ARMQC_02728022 | | | | 402; 403; 802; 805 |
| 260 | 2020-07-07 | QCARM_3474750 | QCARM_3474828 | | | | 402; 403; CP |
| 261 | 2020-07-24 | ARM_00001067 | ARM_00001084 | | Weidmann, Martin | QCX 61 (Weidmann) | 402; 403; 802; 805 |
| 262 | 2020-07-24 | ARM_00001069 | ARM_00001080 | | Brogioli, Michael | Brogiolii Ex.14 | 402; 403 |
| 263 | 2020-07-30 | ARMQC_00028209 | ARMQC_00028209 | | Weidmann, Martin | QCX 73 (Weidmann) | 402; 403; 802; 805; ID |
| 264 | 2020-07-30 | ARMQC_00028290 | ARMQC_00028298 | | Weidmann, Martin | QCX 74 (Weidmann) | 402; 403; 802; 805; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 265 | 2020-08-03 | ARMQC_02601892 | ARMQC_02601895 | [redacted] | | | 402; 403; 802; 805 |
| 266 | 2020-08-04 | QCARM_7509431 | QCARM_7509434 | | | | 402; 403 |
| 267 | 2020-08-17 | ARM_01311417 | ARM_01311448 | | Nelson, Jaanik | QCX 301 (Nelson); QCX 301A (Nelson) | CP; 402; 403 |
| 268 | 2020-08-25 | ARMQC_02722953 | ARMQC_02722981 | | | | 402; 403; ID |
| 269 | 2020-08-28 | QCARM_3216178 | QCARM_3216185 | | | | 402; 403 |
| 270 | 2020-09-00 | QCVARM_0531350 | QCVARM_0531361 | | | | CP; ILL; DL; 402; 403; ID |
| 271 | 2020-09-00 | QCVARM_1066761 | QCVARM_1066804 | | | | ILL; 402; 403; 901; ID |
| 272 | 2020-09-02 | ARMQC_02799939 | ARMQC_02799976 | | | | 402; 403; 802; ID |
| 273 | 2020-09-03 | ARM_01427796 | ARM_01427819 | | | | 402; 403; 802; ID; CO |
| 274 | 2020-09-03 | ARM_01427820 | ARM_01427857 | | | | 402; 403; 802; ID; CO |
| 275 | 2020-09-03 | ARMQC_02774757 | ARMQC_02774766 | | | | 402; 403; 802; ID |
| 276 | 2020-09-03 | ARMQC_02774767 | ARMQC_02774813 | | | | 402; 403; 802; ID |
| 277 | 2020-09-03 | ARMQC_02779364 | ARMQC_02779390 | | | | 402; 403; 802; ID |
| 278 | 2020-09-03 | ARMQC_02799915 | ARMQC_02799938 | | | | 402; 403; 802; ID; CO |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 279 | 2020-09-04 | ARM_01293447 | ARM_01293457 | [redacted] | Grisenthwaite, Richard | Grisenthwaite Ex. 09 | 402; 403 |
| 280 | 2020-09-04 | ARMQC_02727910 | ARMQC_02727913 | | | | 402; 403; 802; 805 |
| 281 | 2020-09-09 | ARM_00062055 | ARM_00062056 | | Greenhalgh, Peter | QCX 158 (Greenhalgh) | 402; 403 |
| 282 | 2020-09-09 | ARM_00062057 | ARM_00062058 | | | | 402; 403 |
| 283 | 2020-09-13 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 284 | 2020-09-14 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 285 | 2020-09-29 | ARMQC_02788972 | ARMQC_02788974 | | | | CO; 402; 403; 802; ID |
| 286 | 2020-09-30 | ARMQC_02788903 | ARMQC_02788943 | | | | CO; 402; 403; 802; ID |
| 287 | 2020-09-30 | ARMQC_02788944 | ARMQC_02788946 | | | | CO; 402; 403; 501 |
| 288 | 2020-09-30 | ARMQC_02788947 | ARMQC_02788971 | | | | CO; 402; 403; 501 |
| 289 | 2020-09-30 | ARM_00080899 | ARM_00080902 | | | | D; 402; 403 |
| 290 | 2020-09-30 | ARM_00080874 | ARM_00080880 | | Grisenthwaite, Richard | Grisenthwaite Ex. 11 | D; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 291 | 2020-10-01 | n/a | n/a | [redacted] | | | NP; 402; 403; 802 |
| 292 | 2020-10-05 | ARM_01291139 | ARM_01291150 | | | | CP; P; 402; 403 |
| 293 | 2020-10-06 | ARM_00068202 | ARM_00068204 | | Agrawal, Vivek | QCX 227 (Agrawal) | 402; 403; ID; 802; 805 |
| 294 | 2020-10-11 | QCVARM_1066811 | QCVARM_1066814 | | | | 402; 403; 802; 805 |
| 295 | 2020-10-27 | ARM_00039179 | ARM_00039196 | | Agrawal, Vivek | QCX 228 (Agrawal) | 402; 403; 802; 805 |
| 296 | 2020-11-16 | ARMQC_02788995 | ARMQC_02788998 | | | | 402; 403; 802; ID; CO |
| 297 | 2020-11-21 | n/a | n/a | | | | NP; 402; 403; 802 |
| 298 | 2020-11-24 | ARM_00080342 | ARM_00080421 | | | | 402; 403; 802; 1006 |
| 299 | 2020-11-24 | QCARM_0342825 | QCARM_0342841 | | | | 402; 403; 901; ID |
| 300 | 2020-11-24 | QCARM_3479997 | QCARM_3480094 | | | | CP; 402; 403; 802; 901; 1006; ID |
| 301 | 2020-12-15 | ARMQC_00000083 | ARMQC_00000091 | | Weidmann, Martin | QCX 71 (Weidmann) | CO; 402; 403; 802; 805; ID |
| 302 | 2020-12-21 | ARMQC_02772246 | ARMQC_02772250 | | | | ID |
| 303 | 2020-12-24 | ARMQC_02797446 | ARMQC_02797448 | | | | CO; 402; 403; 501; 802 |
| 304 | 2021-01-00 | ARM_01426109 | ARM_01426156 | | | | ILL; 402, 403; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 305 | 2021-01-11 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 306 | 2021-01-12 | n/a | n/a | | | | NP; 402; 403 |
| 307 | 2021-01-13 | QCARM_0002470 | QCARM_0002473 | | | | D; 402; 403; 802 |
| 308 | 2021-01-13 | ARM_01228213 | ARM_01228217 | | | | 402; 403; 802; 804 |
| 309 | 2021-01-13 | ARM_00082083 | ARM_00082089 | | Grisenthwaite, Richard; Simcoe, Timothy | Grisenthwaite Ex. 31; Simcoe Ex. 05 | 402; 403; 802; 805 |
| 310 | 2021-01-19 | ARM_01293317 | ARM_01293319 | | Weidmann, Martin | QCX 60 (Weidmann) | CO; 402; 403; 802; 805 |
| 311 | 2021-01-19 | ARM_01293317 | ARM_01293320 | | | | CO; CP; 402; 403 |
| 312 | 2021-01-20 | ARM_00094546 | ARM_00094548 | | Greenhalgh, Peter | QCX 157 (Greenhalgh) | 402; 403; 802 |
| 313 | 2021-01-21 | ARM_00056332 | ARM_00056333 | | Greenhalgh, Peter | QCX 152 (Greenhalgh) | 402; 403; 805; 901 |
| 314 | 2021-01-21 | ARM_00098373 | ARM_00098375 | | Grisenthwaite, Richard | Grisenthwaite Ex. 06 | 402; 403 |
| 315 | 2021-01-25 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 316 | 2021-01-25 | ARM_00093445 | ARM_00093448 | [redacted] | | | 402; 403; 501; 802; 901 |
| 317 | 2021-01-27 | ARMQC_00027166 | ARMQC_00027167 | | Tran, Christine | QCX 255 (Tran) | 402; 403; 802 |
| 318 | 2021-01-27 | ARMQC_02729412 | ARMQC_02729414 | | Grisenthwaite, Richard | Grisenthwaite Ex. 10 | 402; 403 |
| 319 | 2021-01-29 | ARM_01266931 | ARM_01266990 | | | | ILL; 402, 403, 901 |
| 320 | 2021-01-30 | ARM_00106254 | ARM_00106260 | | | | 402; 403; 802 |
| 321 | 2021-02-02 | QCARM_0027987 | QCARM_0027987 | | | | 402; 403 |
| 322 | 2021-02-02 | ARMQC_02727609 | ARMQC_02727629 | | | | CP; 402; 403; 802 |
| 323 | 2021-02-02 | ARMQC_02727610 | ARMQC_02727629 | | Simcoe, Timothy | Simcoe Ex. 10 | CP; 402; 403; 802; 805 |
| 324 | 2021-02-08 | QCARM_7463823 | QCARM_7463928 | | | | 402; 403 |
| 325 | 2021-02-08 | ARMQC_02727325 | ARMQC_02727329 | | | | 402; 403; 802; 805 |
| 326 | 2021-02-18 | ARM_00087865 | ARM_00087866 | | Greenhalgh, Peter | QCX 164 (Greenhalgh) | 402; 403; 802 |
| 327 | 2021-02-19 | ARM_01215342 | ARM_01215344 | | | | 402, 403, 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 328 | 2021-02-19 | QCARM_3212686 | QCARM_3212689 | [redacted] | Agrawal, Vivek; Brogioli, Michael | QCX 226 (Agrawal) Brogioli Ex. 5 | 402; 403 |
| 329 | 2021-03-01 | ARMQC_00000001 | ARMQC_00000004 | | Greenhalgh, Peter | QCX 151 (Greenhalgh) | 402; 403 |
| 330 | 2021-03-03 | ARM_00063297 | ARM_00063335 | | | | ID |
| 331 | 2021-03-10 | ARM_00110871 | ARM_00110880 | | Greenhalgh, Peter | QCX 163 (Greenhalgh) | 402; 403; 802 |
| 332 | 2021-03-10 | ARMQC_02601829 | ARMQC_02601835_0001 | | Agrawal, Vivek; Bhattacharya, Aparajita | QCX 229 (Agrawal); Bhattacharya Ex. 01 | 402; 403; 802; 805 |
| 333 | 2021-03-15 | n/a | n/a | | | | D; NP; 402; 403; 802 |
| 334 | 2021-03-16 | ARM_00024809 | ARM_00024809 | | | | D; 402; 403; 802 |
| 335 | 2021-03-23 | ARM_00081203 | ARM_00081208 | | Greenhalgh, Peter; Grisenthwaite, Richard | QCX 162 (Greenhalgh); Grisenthwaite Ex. 12 | 402; 403; 802; 805 |
| 336 | 2021-03-26 | ARM_00027012 | ARM_00027013 | | | | 402; 403 |
| 337 | 2021-03-30 | n/a | n/a | | | | NP; 402; 403 |
| 338 | 2021-03-31 | ARMQC_02785436 | ARMQC_02785473 | | | | 402; 403; 802; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 339 | 2021-03-31 | ARMQC_02785499 | ARMQC_02785500 | [redacted] | | | 402; 403; 802; ID |
| 340 | 2021-03-31 | ARMQC_02785503 | ARMQC_02785512 | | | | 402; 403; 802; ID |
| 341 | 2021-03-31 | ARMQC_02789159 | ARMQC_02789160 | | | | 402; 403; 802; ID |
| 342 | 2021-04-01 | QCARM_7464139 | QCARM_7464240 | | | | 402; 403 |
| 343 | 2021-04-01 | ARM_00110017 | ARM_00110030 | | Grisenthwaite, Richard | Grisenthwaite Ex. 03 | CO; CP; 402; 403 |
| 344 | 2021-04-06 | QCVARM_1070944 | QCVARM_1070974 | | | | 402; 403; 802; 901; ID |
| 345 | 2021-04-07 | ARM_00119602 | ARM_00119603 | | Weidmann, Martin | QCX 69 (Weidmann) | 402; 403; 802; 805 |
| 346 | 2021-04-07 | ARM_00089058 | ARM_00089063 | | | | 402; 403; 802 |
| 347 | 2021-04-07 | ARM_00089070 | ARM_00089077 | | Grisenthwaite, Richard | Grisenthwaite Ex. 02 | CO; CP; 402; 403 |
| 348 | 2021-04-22 | ARM_00113178 | ARM_00113192 | | Nelson, Jaanik | QCX 302 (Nelson); QCX 302A (Nelson) | 402; 403; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 349 | 2021-04-28 | ARMQC_00000107 | ARMQC_00000113 | [redacted] | Weidmann, Martin | QCX 72 (Weidmann) | 402; 403; 802; 805; ID |
| 350 | 2021-05-00 | n/a | n/a | | | | NP; 402; 403 |
| 351 | 2021-05-25 | ARM_00037337 | ARM_00037351 | | | | 402; 403 |
| 352 | 2021-06-07 | ARM_01245720 | ARM_01245726 | | | | CO; 402; 403; 802; ID |
| 353 | 2021-06-11 | ARM_00105045 | ARM_00105048 | | Greenhalgh, Peter | QCX 159 (Greenhalgh) | 402; 403 |
| 354 | 2021-06-23 | QCVARM_0626603 | QCVARM_0626611 | | | | 402; 403 |
| 355 | 2021-06-28 | QCARM_7464653 | QCARM_7464757 | | | | 402; 403 |
| 356 | 2021-06-29 | ARMQC_02797610 | ARMQC_02797624 | | | | CO; 402; 403; ID |
| 357 | 2021-06-30 | ARM_01428339 | ARM_01428376 | | | | 402; 403; 802; ID; CO |
| 358 | 2021-06-30 | ARM_01428377 | ARM_01428405 | | | | 402; 403; 802; ID; CO |
| 359 | 2021-06-30 | ARMQC_02799838 | ARMQC_02799875 | | | | 402; 403; 802; ID; CO |
| 360 | 2021-06-30 | ARMQC_02799886 | ARMQC_02799914 | | | | 402; 403; 802; ID; CO |
| 361 | 2021-06-30 | ARMQC_02799991 | ARMQC_02800002 | | | | 402; 403; 802; ID; CO |
| 362 | 2021-07-05 | ARMQC_02602065 | ARMQC_02602069 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 363 | 2021-07-05 | ARMQC_02727698 | ARMQC_02727702 | [redacted] | | | 402; 403; 802; 805 |
| 364 | 2021-07-14 | QCVARM_0626590 | QCVARM_0626598 | | | | 402; 403 |
| 365 | 2021-07-20 | QCVARM_1018853 | QCVARM_1018974 | | | | 402; 403; 802; 805 |
| 366 | 2021-07-21 | ARM_00097625 | ARM_00097627 | | Weidmann, Martin | QCX 54 (Weidmann) | 402; 403; 802; 805 |
| 367 | 2021-07-21 | ARM_00037077 | ARM_00037077 | | Weidmann, Martin | QCX 53 (Weidmann) | 402; 403; 802; 805 |
| 368 | 2021-07-23 | QCARM_3485444 | QCARM_3485541 | | | | 402; 403; ID; CP |
| 369 | 2021-07-23 | QCARM_3485264 | QCARM_3485343 | | | | 402; 403; 802; 901; 1006 |
| 370 | 2021-07-26 | QCARM_7464862 | QCARM_7464968 | | | | 402; 403 |
| 371 | 2021-07-27 | ARM_00001456 | ARM_00001457 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 372 | 2021-08-01 | ARMQC_02797699 | ARMQC_02797739 | [redacted] | | | CO; 402; 403; ID |
| 373 | 2021-08-01 | ARMQC_02797767 | ARMQC_02797774 | | | | CO; 402; 403; 802; ID |
| 374 | 2021-08-04 | QCVARM_0626519 | QCVARM_0626521 | | Agrawal, Vivek | QCX 230 (Agrawal) | 402; 403; 802; 805 |
| 375 | 2021-08-05 | ARMQC_02797760 | ARMQC_02797762 | | | | CO; 402; 403; ID |
| 376 | 2021-08-06 | ARMQC_02788999 | ARMQC_02789000 | | | | 402; 403; 802; ID; CO |
| 377 | 2021-08-09 | QCARM_7464969 | QCARM_7465069 | | | | 402; 403 |
| 378 | 2021-08-11 | ARM_01427858 | ARM_01427876 | | | | CO; 402; 403; ID |
| 379 | 2021-08-11 | ARM_00067726 | ARM_00067727 | | George, Anupa | QCX 281 (George) | 402; 403; 802; 805 |
| 380 | 2021-08-11 | ARM_00067726 | ARM_00067732 | | | | CP; 402; 403 |
| 381 | 2021-08-15 | ARMQC_02727656 | ARMQC_02727660 | | | | 402; 403; 802; 805 |
| 382 | 2021-08-18 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 383 | 2021-09-05 | ARMQC_02732016 | ARMQC_02732016 | [redacted] | | | CO; P; 402; 403 |
| 384 | 2021-09-06 | ARM_01243996 | ARM_01244064 | | | | CP; 402; 403 |
| 385 | 2021-09-17 | ARMQC_02727652 | ARMQC_02727655 | | | | 402; 403; 802; 805 |
| 386 | 2021-09-29 | ARMQC_02797562 | ARMQC_02797600 | | | | CO; 402; 403; ID |
| 387 | 2021-09-29 | ARMQC_02797601 | ARMQC_02797602 | | | | CO; 402; 403; ID |
| 388 | 2021-09-29 | ARMQC_02797603 | ARMQC_02797609 | | | | CO; 402; 403; 802; ID |
| 389 | 2021-09-29 | ARM_00001453 | ARM_00001454 | | | | 402; 403 |
| 390 | 2021-09-30 | ARMQC_02797385 | ARMQC_02797418 | | | | CO; 402; 403; ID |
| 391 | 2021-09-30 | ARMQC_02797449 | ARMQC_02797453 | | | | CO; 402; 403; ID |
| 392 | 2021-09-30 | ARMQC_02797454 | ARMQC_02797484 | | | | CO; 402; 403; 802; ID |
| 393 | 2021-10-00 | QCARM 0562765 | QCARM 0562800 | | Williams, Gerard | Williams Ex. 48 | 402; 403 |
| 394 | 2021-10-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 395 | 2021-10-11 | QCVARM_1072199 | QCVARM_1072360 | | Brogioli, Michael | Brogiolii Ex.13 | ID |
| 396 | 2021-10-11 | QCVARM_1072199 | QCVARM_1072500 | | Agrawal, Vivek | QCX 225 (Agrawal) | 106; 402; 403; 802; 805 |
| 397 | 2021-10-21 | ARM_00055178 | ARM_00055186 | | | | 402; 403; 802; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 398 | 2021-10-21 | QCARM_0350038 | QCARM_0350121 | [redacted] | | | CP; 402; 403; 802; 805; 901; 1006; ID |
| 399 | 2021-10-25 | QCVARM_1073895 | QCVARM_1074048 | | | | 402; 403; ID |
| 400 | 2021-10-27 | QCVARM_0715414 | QCVARM_0715415 | | | | 402; 403; 802; 805 |
| 401 | 2021-10-28 | ARM_00001192 | ARM_00001193 | | | | 402; 403 |
| 402 | 2021-11-12 | ARM_00067636 | ARM_00067639 | | George, Anupa | QCX 282 (George) | 402; 403; 802; 805 |
| 403 | 2021-11-18 | ARM_00082120 | ARM_00082127 | | Grisenthwaite, Richard; Simcoe, Timothy | Grisenthwaite Ex. 32; Simcoe Ex. 06 | D; 402; 403; 802; 805 |
| 404 | 2021-11-18 | ARM_00082120 | ARM_00082131 | | | | CP; 402; 403; 802 |
| 405 | 2021-12-02 | n/a | n/a | | | | NP; 402; 403 |
| 406 | 2021-12-02 | ARM_01239056 | ARM_01239068 | | | | P; 402; 403; 802 |
| 407 | 2021-12-05 | QCVARM_1071021 | QCVARM_1071023 | | | | 402; 403; 802; 805 |
| 408 | 2021-12-07 | ARM_00076357 | ARM_00076358 | | George, Anupa | QCX 285 (George) | 402; 403; 802; 805 |
| 409 | 2021-12-10 | QCVARM_0572846 | QCVARM_0572857 | | | | 402; 403; CP |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 410 | 2021-12-10 | QCARM_3460976 | QCARM_3460987 | [redacted] | | | 402; 403; CP |
| 411 | 2021-12-13 | QCARM_3424399 | QCARM_3424403 | | | | 402; 403 |
| 412 | 2021-12-16 | ARMQC_02797778 | ARMQC_02797942 | | | | CO; 402; 403; ID |
| 413 | 2021-12-16 | ARMQC_02797983 | ARMQC_02797984 | | | | CO; 402; 403; ID |
| 414 | 2021-12-16 | ARMQC_02797985 | ARMQC_02797986 | | | | CO; 402; 403; ID |
| 415 | 2021-12-16 | ARMQC_02797987 | ARMQC_02797996 | | | | CO; 402; 403; 802; ID |
| 416 | 2021-12-20 | ARM_01239742 | ARM_01239770 | | | | 402; 403 |
| 417 | 2021-12-29 | ARM_00085710 | ARM_00085710 | | Nelson, Jaanik | QCX 300 (Nelson) | 402; 403 |
| 418 | 2022-00-00 | ARMQC_02729048 | ARMQC_02729056 | | | | 402; 403; ID |
| 419 | 2022-01-18 | ARM_00001512 | ARM_00001514 | | | | 402; 403 |
| 420 | 2022-01-18 | ARM_01426582 | ARM_01426591 | | Tran, Christine | QCX 258 (Tran) | 402; 403 |
| 421 | 2022-01-20 | ARMQC_02754374 | ARMQC_02754375 | | | | 402; 403; 802; 805 |
| 422 | 2022-01-20 | ARM_01308019 | ARM_01308028 | | Collins, Spencer; Couillard, Lynn | QCX 90 (Collins); QCX 127 (Couillard) | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 423 | 2022-01-21 | QCARM_3066477 | QCARM_3066483 | [redacted] | | | ILL; 402; 403 |
| 424 | 2022-01-26 | ARM_00076908 | ARM_00077018 | | | | 402; 403 |
| 425 | 2022-01-30 | QCARM_3004833 | QCARM_3004834 | | | | 402; 403 |
| 426 | 2022-02-00 | ARMQC_02738597 | ARMQC-02738608 | | Williams, Michael | QCX 29 (Williams) | 402; 403 |
| 427 | 2022-02-01 | ARMQC_02789082 | ARMQC_02789125 | | | | CO; 402; 403; ID |
| 428 | 2022-02-01 | ARMQC_02789248 | ARMQC_02789250 | | | | CO; 402; 403; 802; ID |
| 429 | 2022-02-01 | ARMQC_02789253 | ARMQC_02789266 | | | | CO; 402; 403; 802; ID |
| 430 | 2022-02-04 | QCARM_3074421 | QCARM_3074558 | | | | 402; 403 |
| 431 | 2022-02-04 | QCARM_7622616 | QCARM_7622618 | | | | 402; 403 |
| 432 | 2022-02-04 | QCARM_0332489 | QCARM_0332490 | | | | 402; 403 |
| 433 | 2022-02-07 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 434 | 2022-02-08 | QCVARM_0717008 | QCVARM_0717010 | | | | 402; 403; 802; 805 |
| 435 | 2022-02-11 | QCVARM_1122338 | QCVARM_1122338 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 436 | 2022-02-22 | ARMQC_02789157 | ARMQC_02789158 | [redacted] | | | CO; 402; 403 |
| 437 | 2022-02-22 | ARM_00110130 | ARM_00110136 | | Haas, Rene | Haas Ex. 13 | CO; CP; 402; 403 |
| 438 | 2022-02-22 | ARM_00110542 | ARM_00110548 | | Grisenthwaite, Richard | Grisenthwaite Ex. 16 | CO; CP; 402; 403 |
| 439 | 2022-02-23 | ARM_01231394 | ARM_1231395 | | Grisenthwaite, Richard; Tran, Christine | Grisenthwaite Ex. 14; QCX 257 (Tran) | 402; 403 |
| 440 | 2022-02-23 | ARM_01230032 | ARM_01230036 | | Weidmann, Martin | QCX 68 (Weidmann) | 402; 403; 802; 805 |
| 441 | 2022-02-23 | ARMQC_02732393 | ARMQC_02732397 | | Howard, Andrew; Shivashankar, Karthik; Williamson, Paul | QCX 102 (Howard); Shivashankar Ex. 24; QCX 112 (Williamson) | 402; 403 |
| 442 | 2022-02-23 | ARM_00087825 | ARM_00087827 | | Grisenthwaite, Richard | Grisenthwaite Ex. 15 | 402; 403; 802; 805 |
| 443 | 2022-02-24 | ARM_01249519 | ARM_01249527 | | Grisenthwaite, Richard | Grisenthwaite Ex. 13 | P; 402; 403 |
| 444 | 2022-02-24 | ARM_01230155 | ARM_1230162 | | Tran, Christine | QCX 256 (Tran) | 402; 403 |
| 445 | 2022-03-09 | ARMQC_02796708 | ARMQC_02796716 | | Richards, Steven | Richards Ex. 04 | 402; 403 |
| 446 | 2022-03-09 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 447 | 2022-03-16 | ARMQC_02772025 | ARMQC_02772025 | [redacted] | | | 402; 403 |
| 448 | 2022-03-16 | ARM_00001164 | ARM_00001168 | | | | 402; 403 |
| 449 | 2022-03-27 | ARMQC_02771054 | ARMQC_02771092 | | | | 402; 403; ID |
| 450 | 2022-03-29 | QCARM_3489539 | QCARM_3489552 | | | | 402; 403; CP |
| 451 | 2022-03-30 | QCARM_3633088 | QCARM_3633132 | | | | 402; 403 |
| 452 | 2022-03-21 | QCVARM_1071165 | QCVARM_1071171 | | | | 402; 403; 802 |
| 453 | 2022-04-01 | QCVARM_1071200 | QCVARM_1071230 | | | | 402; 403; CP |
| 454 | 2022-04-01 | ARM_00088011 | ARM_00088015 | | Greenhalgh, Peter | QCX 155 (Greenhalgh) | 402; 403 |
| 455 | 2022-04-05 | QCARM_0332174 | QCARM_0332178 | | Brogioli, Michael | Brogioli Ex. 20 | 402; 403 |
| 456 | 2022-04-07 | QCVARM_1115364 | QCVARM_1115364 | | Agrawal, Vivek | QCX 221 (Agrawal) | 402; 403; 802; 805 |
| 457 | 2022-04-07 | QCVARM_1115421 | QCVARM_1115423 | | Agrawal, Vivek | QCX 222 (Agrawal) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 458 | 2022-04-07 | QCVARM_1115424 | QCVARM_1115426 | [redacted] | Agrawal, Vivek | QCX 224 (Agrawal) | 402; 403; 802; 805 |
| 459 | 2022-04-13 | ARMQC_02789005 | ARMQC_02789047 | | | | CO; 402; 403; ID |
| 460 | 2022-04-13 | ARMQC_02789071 | ARMQC_02789073 | | | | CO; 402; 403; 802; ID |
| 461 | 2022-04-13 | ARMQC_02789077 | ARMQC_02789081 | | | | CO; 402; 403; 802; ID |
| 462 | 2022-04-19 | ARM_00087868 | ARM_00087870 | | Greenhalgh, Peter | QCX 165 (Greenhalgh) | 402; 403; 802 |
| 463 | 2022-04-25 | ARM_00087640 | ARM_00087643 | | Williamson, Paul | QCX 110 (Williamson) | 402; 403; 802 |
| 464 | 2022-04-27 | ARM_00084600 | ARM_00084602 | | Greenhalgh, Peter | QCX 153 (Greenhalgh) | D; 402; 403; 802 |
| 465 | 2022-04-28 | ARM_00081460 | ARM_00081460 | | | | 402; 403 |
| 466 | 2022-04-29 | ARMQC_02761714 | ARMQC_02761758 | | Brogioli, Michael | Brogioli Ex. 16 | |
| 467 | 2022-05-03 | ARM_00132256 | ARM_00132261 | | | | 402; 403 |
| 468 | 2022-05-04 | QCARM_3353006 | QCARM_3353010 | | | | 402; 403; 901 |
| 469 | 2022-05-06 | ARM_00032732 | ARM_00032763 | | | | 402; 403 |
| 470 | 2022-05-06 | ARM_00035319 | ARM_00035320 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 471 | 2022-05-10 | ARMQC_02741735 | ARMQC_02741745 | [redacted] | Hughes, Phil | Hughes Ex. 21 | 402; 403; 802; 805 |
| 472 | 2022-05-18 | ARM_00036346 | ARM_00036348 | | | | CP; 402; 403 |
| 473 | 2022-05-19 | ARM_00001473 | ARM_00001475 | | Agrawal, Vivek | QCX 232 (Agrawal) | 402; 403; 802; 805 |
| 474 | 2022-05-19 | ARM_01230110 | ARM_01230113 | | | | 402; 403 |
| 475 | 2022-05-19 | ARM_01230117 | ARM_01230122 | | Grisenthwaite, Richard | Grisenthwaite Ex. 20 | 402; 403 |
| 476 | 2022-05-19 | ARM_01215997 | ARM_01216001 | | | | 402; 403; 501; 901; 1006 |
| 477 | 2022-05-19 | ARM_01216002 | ARM_01216007 | | | | 402; 403; 501 |
| 478 | 2022-05-19 | ARM_01230123 | ARM_01230141 | | | | CP; D; 402; 403; 501 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 479 | 2022-05-20 | QCARM_3059661 | QCARM_3059661 | [redacted] | | | D; 402; 403 |
| 480 | 2022-05-20 | ARM_00000828 | ARM_00000828 | | | | D; 402; 403 |
| 481 | 2022-05-24 | ARMQC_00024609 | ARMQC_00024611 | | Hill, Dawn | QCX 306 (Hill Montegami) | 402; 403 |
| 482 | 2022-05-26 | ARM_01428271 | ARM_01428292 | | | | CO; 402; 403; ID |
| 483 | 2022-06-03 | QCARM_2412906 | QCARM_2412907 | | | | 402; 403 |
| 484 | 2022-06-07 | ARMQC_02747791 | ARMQC_02747884 | | | | 402; 403; 802; ID |
| 485 | 2022-06-07 | ARMQC_02784227 | ARMQC_02784244 | | Agrawal, Vivek | QCX 273 (Agrawal) | ILL; 106; 402; 403; 802; 805 |
| 486 | 2022-06-08 | QCVARM_0465275 | QCVARM_0465303 | | | | 402; 403; 802; 804 |
| 487 | 2022-06-08 | QCVARM_0600070 | QCVARM_0600070 | | | | 402; 403; 802; 901; ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 488 | 2022-06-13 | QCARM_0337856 | QCARM_0337942 | [redacted] | | | 402; 403; 901; ILL |
| 489 | 2022-06-24 | QCVARM_0848032 | QCVARM_0848053 | | | | 402; 403; CP |
| 490 | 2022-06-27 | QCVARM_0465187 | QCVARM_0465225 | | | | 402; 403 |
| 491 | 2022-06-28 | ARMQC_02747570 | ARMQC_02747598 | | Britven, Thomas | Briven Ex. 11 | CO; CP; 402; 403; 1006 |
| 492 | 2022-07-00 | QCVARM_0527863 | QCVARM_0527885 | | | | 402; 403 |
| 493 | 2022-07-00 | QCVARM_0531514 | QCVARM_0531552 | | | | 402; 403 |
| 494 | 2022-07-00 | QCVARM_0532413 | QCVARM_0532457 | | | | 402; 403 |
| 495 | 2022-07-01 | QCARM_0218409 | QCARM_0218443 | | | | 402; 403 |
| 496 | 2022-07-06 | ARM_01216084 | ARM_01216095 | | | | ILL; 402; 403; 802; 805 |
| 497 | 2022-07-10 | ARM_01216064 | ARM_01216075 | | | | ILL; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 498 | 2022-07-11 | ARMQC_02747567 | ARMQC_02747598 | [redacted] | Hill, Dawn | QCX 299 (Hill Montegami) | CO; CP; 402; 403; 802 |
| 499 | 2022-07-18 | QCVARM_0535154 | QCVARM_0535156 | | | | 402; 403 |
| 500 | 2022-07-19 | QCVARM_0529703 | QCVARM_0529707 | | | | CO; 402; 403; 802 |
| 501 | 2022-07-20 | ARMQC_02720230 | ARMQC_02720235 | | | | |
| 502 | 2022-07-20 | ARM_01230076 | ARM_01230083 | | | | 402; 403; 501 |
| 503 | 2022-07-20 | ARM_01229969 | ARM_01229979 | | Grisenthwaite, Richard | Grisenthwaite Ex. 19 | 402; 403; 501 |
| 504 | 2022-07-21 | ARM_01230084 | ARM_01230091 | | Agrawal, Vivek | QCX 231 (Agrawal) | 402; 403; 501; 802; 805 |
| 505 | 2022-07-21 | QCVARM_0461988 | QCVARM_0461992 | | | | CO; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 506 | 2022-07-25 | QCVARM_0529887 | QCVARM_0529934 | [redacted] | | | 402; 403; CP |
| 507 | 2022-07-25 | QCVARM_0529841 | QCVARM_0529886 | [redacted] | | | 402; 403; CP |
| 508 | 2022-07-25 | QCVARM_0529021 | QCVARM_0529066 | [redacted] | | | 402; 403; CP |
| 509 | 2022-07-26 | QCVARM_0539180 | QCVARM_0539184 | [redacted] | | | CO; 402; 403; 802 |
| 510 | 2022-07-27 | n/a | n/a | [redacted] | | | NP; 402; 403 |
| 511 | 2022-07-28 | ARMQC_02604611 | ARMQC_02604611 | [redacted] | | | 403 |
| 512 | 2022-07-29 | ARMQC_02797775 | ARMQC_02797777 | [redacted] | | | 402; 403; 802 |
| 513 | 2022-08-00 | ARMQC_02731284 | ARMQC_02731305 | [redacted] | Abbey, Will; Fonseca, Jeff; Howard, Andrew | Abbey Ex. 04; QCX 180 (Fonseca); QCX 100 (Howard) | 402; 403 |
| 514 | 2022-08-01 | QCVARM_0600072 | QCVARM_0600072 | [redacted] | | | 402; 403; 802 |
| 515 | 2022-08-01 | QCVARM_0600040 | QCVARM_0600040 | [redacted] | | | 402; 403; 802 |
| 516 | 2022-08-01 | QCVARM_0600071 | QCVARM_0600071 | [redacted] | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 517 | 2022-08-10 | ARM_01233086 | ARM_01233109 | [redacted] | | | CP; 402; 403; 501; 802 |
| 518 | 2022-08-11 | ARM_00119119 | ARM_00119139 | | | | 402; 403 |
| 519 | 2022-08-11 | ARM_00096879 | ARM_00096905 | | Awad, Mohamed | QCX 278 (Awad) | 402; 403; 802 |
| 520 | 2022-08-16 | QCVARM_0450192 | QCVARM_0450194 | | Hill, Dawn | QCX 301 (Hill Montegami) | 402; 403; 802 |
| 521 | 2022-08-18 | QCVARM_1163177 | QCVARM_1163198 | | | | 402; 403; 802; 805 |
| 522 | 2022-08-19 | QCVARM_0973928 | QCVARM_0985879 | | | | 403 |
| 523 | 2022-08-23 | QCARM_0169753 | QCARM_0169799 | | | | 402; 403; 802 |
| 524 | 2022-08-23 | QCARM_0169823 | QCARM_0169873 | | | | 402; 403; 802 |
| 525 | 2022-08-23 | QCVARM_0847667 | QCVARM_0847671 | | | | CP; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 526 | 2022-08-24 | ARMQC_02730889 | ARMQC_02730894 | [redacted] | Hill, Dawn | QCX 300 (Hill Montegami) | 402; 403 |
| 527 | 2022-08-24 | QCVARM_0538909 | QCVARM_0538916 | | | | 402; 403; 802 |
| 528 | 2022-08-24 | ARMQC_02771221 | ARMQC_02771227 | | Hill, Dawn | QCX 303 (Hill Montegami) | 402; 403 |
| 529 | 2022-08-25 | QCARM_7411095 | QCARM_7411225 | | | | CP; 402; 403; 802; 901 |
| 530 | 2022-08-25 | QCVARM_0461296 | QCVARM_0461303 | | | | 402; 403; 802 |
| 531 | 2022-08-26 | QCVARM_0609881 | QCVARM_0609889 | | | | 402; 403; 802 |
| 532 | 2022-08-29 | QCVARM_0468422 | QCVARM_0468425 | | | | 402; 403; 802 |
| 533 | 2022-08-30 | QCVARM_0532997 | QCVARM_0532998 | | | | 402; 403; 802 |
| 534 | 2022-08-30 | ARM_00087844 | ARM_00087850 | | Williamson, Paul | QCX 105 (Williamson) | 402; 403; 802; 805 |
| 535 | 2022-08-31 | QCVARM_0600079 | QCVARM_0600079 | | | | 402; 403; 802 |
| 536 | 2022-08-31 | QCVARM_0600077 | QCVARM_0600077 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 537 | 2022-08-31 | ARMQC_02741400 | ARMQC_02741403 | [redacted] | Hughes, Phil | Hughes Ex. 02 | CP; 402; 403 |
| 538 | 2022-08-31 | ARMQC_02741404 | ARMQC_02741407 | | Hughes, Phil | Hughes Ex. 03 | CP; 402; 403 |
| 539 | 2022-08-31 | ARMQC_02741408 | ARMQC_02741411 | | Haas, Rene | Haas Ex. 01 | CP; 402; 403 |
| 540 | 2022-08-31 | ARMQC_02741412 | ARMQC_02741415 | | Hughes, Phil | Hughes Ex. 04 | CP; 402; 403 |
| 541 | 2022-08-31 | ARM_01230977 | ARM_01230980 | | Williamson, Paul | QCX 106 (Williamson); QCX 106A (Williamson) | 402; 403 |
| 542 | 2022-08-31 | ARMQC_02741466 | ARMQC_02741515 | | | | CP; 402; 403 |
| 543 | 2022-08-31 | ARMQC_02741954 | ARMQC_02742004 | | Hughes, Phil | Hughes Ex. 05 | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 544 | 2022-08-31 | ARM_00110507 | ARM_00110508 | [redacted] | | | CP; 402; 403; 802 |
| 545 | 2022-08-31 | ARM_00110509 | ARM_00110510 | | | | CP; 402; 403; 802 |
| 546 | 2022-08-31 | ARM_00110511 | ARM_00110512 | | | | CP; 402; 403; 802; 805 |
| 547 | 2022-08-31 | ARM_00110513 | ARM_00110514 | | | | CP; 402; 403; 802 |
| 548 | 2022-08-31 | ARM_00110515 | ARM_00110516 | | | | CP; 402; 403; 802 |
| 549 | 2022-08-31 | ARM_00110517 | ARM_00110518 | | | | CP; 402; 403; 802 |
| 550 | 2022-08-31 | ARM_01231025 | ARM_01231026 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 551 | 2022-08-31 | ARM_01231027 | ARM_01231027 | [redacted] | | | 402; 403 |
| 552 | 2022-08-31 | ARM_01231028 | ARM_01231028 | [redacted] | | | 402; 403 |
| 553 | 2022-08-31 | ARM_01231029 | ARM_01231029 | [redacted] | | | 402; 403 |
| 554 | 2022-08-31 | ARM_01231030 | ARM_01231030 | [redacted] | | | 402; 403 |
| 555 | 2022-08-31 | ARM_01231031 | ARM_01231031 | [redacted] | | | 402; 403 |
| 556 | 2022-08-31 | ARM_01231032 | ARM_01231032 | [redacted] | | | 402; 403 |
| 557 | 2022-08-31 | ARM_01231033 | ARM_01231033 | [redacted] | | | 402; 403 |
| 558 | 2022-08-31 | ARM_01231034 | ARM_01231034 | [redacted] | | | 402; 403 |
| 559 | 2022-08-31 | ARM_01231037 | ARM_01231037 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 560 | 2022-08-31 | ARM_01231038 | ARM_01231038 | [redacted] | | | 402; 403 |
| 561 | 2022-08-31 | ARM_01231039 | ARM_01231039 | | | | 402; 403 |
| 562 | 2022-08-31 | ARM_01231040 | ARM_01231040 | | | | 402; 403 |
| 563 | 2022-08-31 | ARM_01231041 | ARM_01231041 | | | | 402; 403 |
| 564 | 2022-08-31 | ARM_01231042 | ARM_01231042 | | | | 402; 403 |
| 565 | 2022-08-31 | ARM_01231043 | ARM_01231043 | | | | 402; 403 |
| 566 | 2022-08-31 | ARM_01231044 | ARM_01231044 | | | | 402; 403 |
| 567 | 2022-08-31 | ARM_01231045 | ARM_01231045 | | | | 402; 403 |
| 568 | 2022-08-31 | ARM_01231046 | ARM_01231046 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 569 | 2022-08-31 | ARM_01231047 | ARM_01231047 | [redacted] | | | 402; 403 |
| 570 | 2022-08-31 | ARM_01231049 | ARM_01231049 | | | | 402; 403 |
| 571 | 2022-08-31 | ARM_01231048 | ARM_01231048 | | | | 402; 403 |
| 572 | 2022-08-31 | ARM_01231050 | ARM_01231050 | | | | 402; 403 |
| 573 | 2022-08-31 | ARM_01231051 | ARM_01231051 | | | | 402; 403 |
| 574 | 2022-08-31 | ARM_01231052 | ARM_01231052 | | | | 402; 403 |
| 575 | 2022-08-31 | ARM_01231053 | ARM_01231053 | | | | 402; 403 |
| 576 | 2022-08-31 | ARM_01231054 | ARM_01231054 | | | | 402; 403 |
| 577 | 2022-08-31 | ARM_01215564 | ARM_01215564 | | Hughes, Phil | Hughes Ex. 06 | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 578 | 2022-08-31 | ARM_01231055 | ARM_01231055 | [redacted] | | | 402; 403 |
| 579 | 2022-08-31 | ARM_01231056 | ARM_01231056 | | | | 402; 403 |
| 580 | 2022-08-31 | ARM_01231058 | ARM_01231058 | | | | 402; 403 |
| 581 | 2022-08-31 | ARM_01231057 | ARM_01231057 | | | | 402; 403 |
| 582 | 2022-08-31 | ARM_01231059 | ARM_01231059 | | | | 402; 403 |
| 583 | 2022-08-31 | ARM_01231060 | ARM_01231060 | | | | 402; 403 |
| 584 | 2022-08-31 | ARM_01231061 | ARM_01231061 | | | | 402; 403 |
| 585 | 2022-08-31 | ARM_01231062 | ARM_01231062 | | | | 402; 403 |
| 586 | 2022-08-31 | ARM_01231063 | ARM_01231063 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 587 | 2022-08-31 | ARM_01215568 | ARM_01215568 | [redacted] | | | 402; 403 |
| 588 | 2022-08-31 | ARM_01231064 | ARM_01231064 | | | | 402; 403 |
| 589 | 2022-08-31 | ARM_00079520 | ARM_00079520 | | | | 402; 403; 802 |
| 590 | 2022-08-31 | ARM_01238977 | ARM_01238977 | | Williamson, Paul | QCX 108 (Williamson) | 402; 403 |
| 591 | 2022-08-31 | ARM_01238895 | ARM_01238896 | | Williamson, Paul | QCX 107 (Williamson) | 402; 403; 802 |
| 592 | 2022-09-00 | ARM_00094099 | ARM_00094143 | | | | 402; 403; 802; 805 |
| 593 | 2022-09-01 | ARM_01215486 | ARM_01215487 | | | | 402; 403; 802 |
| 594 | 2022-09-01 | QCVARM_1121342 | QCVARM_1121343 | | | | 402; 403; LANG |
| 595 | 2022-09-01 | QCARM_3473070 | QCARM_3473073 | | | | 402; 403; 802 |
| 596 | 2022-09-01 | QCVARM_1121531 | QCVARM_1121531 | | | | 402; 403; LANG |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 597 | 2022-09-01 | QCVARM_1121491 | QCVARM_1121491 | [redacted] | | | 402; 403; LANG |
| 598 | 2022-09-01 | QCVARM_1121522 | QCVARM_1121523 | | | | 402; 403; LANG |
| 599 | 2022-09-01 | QCVARM_1121351 | QCVARM_1121351 | | | | 402; 403; LANG |
| 600 | 2022-09-01 | ARMQC_02785286 | ARMQC_02785286 | | | | 402; 403 |
| 601 | 2022-09-01 | ARM_00094197 | ARM_00094199 | | | | 402; 403; 802 |
| 602 | 2022-09-01 | ARM_00094200 | ARM_00094203 | | | | 402; 403; 802 |
| 603 | 2022-09-02 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 604 | 2022-09-02 | ARM_00094204 | ARM_00094205 | | | | 402; 403; 802 |
| 605 | 2022-09-02 | QCVARM_1121510 | QCVARM_1121513 | | | | 402; 403; 802; LANG |
| 606 | 2022-09-02 | ARMQC_02727255 | ARMQC_02727255 | | Grisenthwaite, Richard | Grisenthwaite Ex. 21 | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 607 | 2022-09-03 | QCVARM_0450606 | QCVARM_0450614 | [redacted] | | | 402; 403; 802 |
| 608 | 2022-09-06 | ARM_00052643 | ARM_00052655 | | | | CP; 402; 403; 802; 805 |
| 609 | 2022-09-09 | QCARM_0338983 | QCARM_0338989 | | | | 403 |
| 610 | 2022-09-09 | ARM_00079530 | ARM_00079531 | | | | 402; 403; 802 |
| 611 | 2022-09-09 | QCVARM_0610610 | QCVARM_0610621 | | | | CP; 402; 403; 802 |
| 612 | 2022-09-11 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 613 | 2022-09-15 | QCARM_7434551 | QCARM_7434555 | | | | CP; 403; 802 |
| 614 | 2022-09-15 | ARM_01241287 | ARM_01241379 | | | | CP; 403 |
| 615 | 2022-09-15 | QCARM_7484480 | QCARM_7484481 | | | | CP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 616 | 2022-09-16 | QCVARM_1121528 | QCVARM_1121528 | [redacted] | | | 402; 403; LANG |
| 617 | 2022-09-16 | QCVARM_1121493 | QCVARM_1121496 | | | | 402; 403; LANG |
| 618 | 2022-09-16 | QCVARM_0608764 | QCVARM_0608767 | | | | 402; 403; 802 |
| 619 | 2022-09-16 | QCVARM_0452397 | QCVARM_0452403 | | | | CP; 402; 403; 802; 805 |
| 620 | 2022-09-20 | ARM_00086164 | ARM_00086245 | | | | 403 |
| 621 | 2022-09-30 | QCVARM_0605678 | QCVARM_0605706 | | | | 402; 403; 802 |
| 622 | 2022-09-20 | QCVARM_0528981 | QCVARM_0528981 | | | | 402; 403; 802 |
| 623 | 2022-09-21 | QCVARM_0608501 | QCVARM_0608504 | | Couillard, Lynn | QCX 147 (Couillard) | 402; 403; 802 |
| 624 | 2022-09-21 | ARM_00083608 | ARM_00083609 | | | | 402; 403; 802 |
| 625 | 2022-09-26 | ARM_01241472 | ARM_01241472 | | Collins, Spencer | QCX 75 (Collins) | D; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 626 | 2022-09-26 | QCARM_7477119 | QCARM_7477120 | [redacted] | | | CP; 402; 403; 802; 805 |
| 627 | 2022-09-26 | QCVARM_0602952 | QCVARM_0602963 | | | | 402; 403; 802; 805 |
| 628 | 2022-09-26 | ARM_01241380 | ARM_01241472 | | | | CP; 403 |
| 629 | 2022-09-27 | ARM_01238422 | ARM_01238427 | | Weidmann, Martin | QCX 63 (Weidmann) | 402; 403; 501; 802; 805 |
| 630 | 2022-09-27 | QCVARM_1160375 | QCVARM_1160407 | | | | 402; 403; 802; 805 |
| 631 | 2022-09-28 | QCVARM_0708107 | QCVARM_0708108 | | | | 402; 403; 802 |
| 632 | 2022-09-29 | n/a | n/a | | | | NP; 402; 403 |
| 633 | 2022-09-29 | ARM_01231257 | ARM_01231259 | | | | 402; 403; 501 |
| 634 | 2022-09-29 | ARM_01231267 | ARM_01231271 | | Haas, Rene | Haas Ex. 15 | 402; 403; 501 |
| 635 | 2022-09-30 | QCVARM_0608626 | QCVARM_0608655 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 636 | 2022-09-30 | QCVARM_1122429 | QCVARM_1122430 | [redacted] | | | 402; 403; 802 |
| 637 | 2022-09-30 | QCARM_2416746 | QCARM_2416748 | [redacted] | | | CP; 402; 403; 802 |
| 638 | 2022-10-00 | QCARM_2533808 | QCARM_2533815 | [redacted] | | | 402; 403; 802 |
| 639 | 2022-10-00 | QCVARM_0580181 | QCVARM_0580193 | [redacted] | | | 402; 403; 802 |
| 640 | 2022-10-01 | ARMQC_02798595 | ARMQC_02798607 | [redacted] | | | 402; 403; 802 |
| 641 | 2022-10-01 | QCVARM_0455016 | QCVARM_0455016 | [redacted] | | | 402; 403; 802 |
| 642 | 2022-10-04 | ARM_01427450 | ARM_01427492 | [redacted] | | | 402; 403 |
| 643 | 2022-10-06 | ARMQC_02774814 | ARMQC_02774815 | [redacted] | | | 402; 403; 802 |
| 644 | 2022-10-06 | ARMQC_02774818 | ARMQC_02774843 | [redacted] | | | 402; 403; 802 |
| 645 | 2022-10-06 | ARMQC_02779269 | ARMQC_02779313 | [redacted] | | | 402; 403; 802 |
| 646 | 2022-10-06 | QCVARM_0685578 | QCVARM_0685579 | [redacted] | | | 402; 403; 802 |
| 647 | 2022-10-06 | QCVARM_0602167 | QCVARM_0602177 | [redacted] | | | CP; 402; 403; 802 |
| 648 | 2022-10-10 | ARM_01241587 | ARM_01241588 | [redacted] | Collins, Spencer | QCX 76 (Collins) | D; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 649 | 2022-10-10 | ARM_01314327 | ARM_01314337 | [redacted] | Bhattacharya, Aparajita; Collins, Spencer; Grisenthwaite, Richard | Bhattacharya Ex. 03; QCX 78 (Collins); Grisenthwaite Ex. 22 | D; 402; 403; 802; 805 |
| 650 | 2022-10-10 | ARM_01241586 | ARM_01241588 | | | | CP; D; 403 |
| 651 | 2022-10-10 | QCARM_7484470 | QCARM_7484472 | | | | CP; 403 |
| 652 | 2022-10-11 | ARMQC_02600059 | ARMQC_02600071 | | | | 402; 403; 501 |
| 653 | 2022-10-11 | ARMQC_02752343 | ARMQC_02752347 | | Haas, Rene; Williamson, Paul | Haas Ex. 05; QCX 109 (Williamson) | 402; 403; 802; 805 |
| 654 | 2022-10-12 | QCVARM_0699176 | QCVARM_0699177 | | | | 403; 802 |
| 655 | 2022-10-12 | QCVARM_0688929 | QCVARM_0688931 | | | | 402; 403; 802 |
| 656 | 2022-10-13 | QCVARM_0452598 | QCVARM_0452619 | | | | CP; 402; 403; 802; 805 |
| 657 | 2022-10-13 | QCVARM_0688932 | QCVARM_0688934 | | Agrawal, Vivek | QCX 233 (Agrawal) | 402; 403; 802; 805 |
| 658 | 2022-10-13 | QCVARM_0532239 | QCVARM_0532257 | | Simcoe, Timothy | Simcoe Ex. 07 | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 659 | 2022-10-14 | QCARM_3972003 | QCARM_3972004 | [redacted] | | | CP; 402; 403; 802 |
| 660 | 2022-10-14 | QCARM_7484460 | QCARM_7484462 | | | | CP; 402; 403; 802; 805; 901 |
| 661 | 2022-10-14 | QCVARM_0535720 | QCVARM_0535728 | | | | CP; 402; 403; 802 |
| 662 | 2022-10-15 | ARM_01231240 | ARM_01231243 | | | | 402; 403; 501 |
| 663 | 2022-10-16 | ARM_01231249 | ARM_01231250 | | Collins, Spencer | QCX 77 (Collins) | 403 |
| 664 | 2022-10-16 | QCARM_7477115 | QCARM_7477118 | | | | CP; 403 |
| 665 | 2022-10-16 | ARM_01241284 | ARM_01241286 | | | | CP; 403 |
| 666 | 2022-10-16 | ARM_01231248 | ARM_01231250 | | | | CP; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 667 | 2022-10-18 | QCVARM_1122431 | QCVARM_1122433 | [redacted] | | | 402; 403; 802 |
| 668 | 2022-10-18 | QCVARM_0460408 | QCVARM_0460411 | [redacted] | | | 402; 403; 802 |
| 669 | 2022-10-18 | QCVARM_1022056 | QCVARM_1022064 | [redacted] | | | CP; 403; ID |
| 670 | 2022-10-20 | ARMQC_02601777 | ARMQC_02601811 | [redacted] | Bhattacharya, Aparajita | Bhattacharya Ex. 02 | CP; D; 402; 403 |
| 671 | 2022-10-20 | ARMQC_02601777 | ARMQC_02601828 | [redacted] | | | CP; D; 402; 403 |
| 672 | 2022-10-24 | ARM_00097521 | ARM_00097521 | [redacted] | | | 402; 403 |
| 673 | 2022-10-24 | ARM_01230620 | ARM_01230625 | [redacted] | | | 402; 403; 802 |
| 674 | 2022-10-25 | QCARM_3424873 | QCARM_3424878 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 675 | 2022-10-26 | QCVARM_0689117 | QCVARM_0689120 | [redacted] | Agrawal, Vivek | QCX 234 (Agrawal) | 402; 403; 802; 805 |
| 676 | 2022-10-26 | ARM_01238384 | ARM_01238399 | | | | 403; 501; 802 |
| 677 | 2022-10-27 | ARMQC_02741727 | ARMQC_02741729 | | Hughes, Phil | Hughes Ex. 07 | 402; 403; 802 |
| 678 | 2022-10-27 | ARMQC_02741731 | ARMQC_02741734 | | Hughes, Phil | Hughes Ex. 08 | 402; 403; 802 |
| 679 | 2022-10-27 | QCVARM_0851408 | QCVARM_0851411 | | | | CP; 402; 403; 802 |
| 680 | 2022-11-02 | QCVARM_1152812 | QCVARM_1152909 | | | | 402; 403 |
| 681 | 2022-11-02 | ARM_00110914 | ARM_00110915 | | Greenhalgh, Peter | QCX 160 (Greenhalgh) | 402; 403; 802 |
| 682 | 2022-11-03 | ARM_01241585 | ARM_01241585 | | Collins, Spencer | QCX 79 (Collins) | 402; 403; 802; 805 |
| 683 | 2022-11-03 | QCARM_2430175 | QCARM_2430175 | | Grisenthwaite, Richard | Grisenthwaite Ex. 25 | 402; 403; 802; 805 |
| 684 | 2022-11-03 | QCVARM_0573684 | QCVARM_0573684 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 685 | 2022-11-03 | ARM_01241583 | ARM_01241585 | [redacted] | | | CP; D; 403 |
| 686 | 2022-11-04 | QCVARM_0600043 | QCVARM_0600043 | | | | 402; 403; 802 |
| 687 | 2022-11-04 | QCVARM_0600081 | QCVARM_0600081 | | | | 402; 403; 802 |
| 688 | 2022-11-11 | QCVARM_1071192 | QCVARM_1071192 | | | | 402; 403 |
| 689 | 2022-11-11 | ARMQC_02750967 | ARMQC_02750982 | | | | 403; 802 |
| 690 | 2022-11-11 | ARMQC_02750999 | ARMQC_02751014 | | | | 403; 802 |
| 691 | 2022-11-11 | QCVARM_1067283 | QCVARM_1067283 | | | | 402; 403 |
| 692 | 2022-11-12 | QCVARM_0449950 | QCVARM_0449955 | | | | CP; 402; 403; 802 |
| 693 | 2022-11-12 | QCVARM_0449950 [redacted for deposition] | QCVARM_0449955 | | Hill, Dawn | QCX 302 (Hill Montegami) | CP; 402; 403; 802 |
| 694 | 2022-11-13 | ARM_00082009 | ARM_00082011 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 695 | 2022-11-14 | QCVARM_0688777 | QCVARM_0688777 | [redacted] | | | 402; 403; 802 |
| 696 | 2022-11-14 | QCVARM_0531368 | QCVARM_0531368 | | | | 402; 403; 802 |
| 697 | 2022-11-14 | ARMQC_02783473 | ARMQC_02783511 | | George, Anupa | QCX 286 (George) | 402; 403; 802; 805 |
| 698 | 2022-11-15 | ARM_00103358 | ARM_00103360 | | | | 403 |
| 699 | 2022-11-15 | ARMQC_02744686 | ARMQC_02744687_0044 | | Hughes, Phil | Hughes Ex. 09 | CP; 402; 403 |
| 700 | 2022-11-15 | QCVARM_1068133 | QCVARM_1068134 | | | | 402; 403; 802 |
| 701 | 2022-11-16 | QCVARM_0688778 | QCVARM_0688778 | | | | 402; 403; 802 |
| 702 | 2022-11-17 | QCVARM_1117815 | QCVARM_1117817 | | | | 402; 403; 802 |
| 703 | 2022-11-17 | ARMQC_02600667 | ARMQC_02600671 | | Greenhalgh, Peter | QCX 156 (Greenhalgh) | 402; 403 |
| 704 | 2022-11-17 | QCVARM_0450317 | QCVARM_0450319 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 705 | 2022-11-17 | QCVARM_0450320 | QCVARM_0450324 | [redacted] | | | 402; 403; 802 |
| 706 | 2022-11-18 | QCVARM_1069674 | QCVARM_1069687 | | | | CP; 402; 403; 802 |
| 707 | 2022-11-23 | QCVARM_0688834 | QCVARM_0688835 | | | | 402; 403; 802 |
| 708 | 2022-11-23 | ARMQC_02602328 | ARMQC_02602331 | | George, Anupa | QCX 283 (George) | 402; 403; 802; 805 |
| 709 | 2022-11-24 | QCARM_7474253 | QCARM_7474254 | | | | 402; 403; 802 |
| 710 | 2022-11-30 | QCARM_0345914 | QCARM_0345921 | | | | 402; 403; 802 |
| 711 | 2022-11-30 | QCVARM_1121541 | QCVARM_1121673 | | | | 402; 403; 802 |
| 712 | 2022-12-01 | QCVARM_1055990 | QCVARM_1056139 | | | | 402; 403; 802 |
| 713 | 2022-12-01 | QCVARM_0600087 | QCVARM_0600087 | | | | 402; 403; 802 |
| 714 | 2022-12-01 | QCVARM_0600086 | QCVARM_0600086 | | | | 402; 403; 802 |
| 715 | 2022-12-01 | QCVARM_1122434 | QCVARM_1122438 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 716 | 2022-12-03 | QCVARM_0450438 | QCVARM_0450438 | [redacted] | | | D; 402; 403; 802 |
| 717 | 2022-12-05 | ARM_00056571 | ARM_00056573 | | Collins, Spencer | QCX 80 (Collins) | CP; D; 403; 802; 805 |
| 718 | 2022-12-05 | QCARM_7484477 | QCARM_7484479 | | Grisenthwaite, Richard | Grisenthwaite Ex. 26 | CP; 402; 403; 802; 805 |
| 719 | 2022-12-05 | ARM_00025399 | ARM_00025403 | | | | CP; D; 403; 802; 805 |
| 720 | 2022-12-06 | ARM_01241565 | ARM_01241566 | | Collins, Spencer | QCX 81 (Collins) | 402; 403; 802; 805 |
| 721 | 2022-12-06 | QCVARM_0573685 | QCVARM_0573686 | | | | 403 |
| 722 | 2022-12-06 | QCARM_7484475 | QCARM_7484479 | | | | CP; 403 |
| 723 | 2022-12-06 | QCVARM_1121529 | QCVARM_1121530 | | | | 402; 403; LANG |
| 724 | 2022-12-06 | ARM_01241473 | ARM_01241566 | | | | CP; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 725 | 2022-12-06 | QCVARM_0687756 | QCVARM_0687760 | [redacted] | | | CP; 402; 403 |
| 726 | 2022-12-07 | QCVARM_0450425 | QCVARM_0450438 | | | | CP; 402; 403; 802 |
| 727 | 2022-12-07 | QCVARM_0687766 | QCVARM_0687768 | | Agrawal, Vivek | QCX 236 (Agrawal) | 402; 403; 802; 805 |
| 728 | 2022-12-07 | QCARM_2403478 | QCARM_2403482 | | | | 402; 403; 802; 805; 901 |
| 729 | 2022-12-07 | QCVARM_0449848 | QCVARM_0449863 | | | | 402; 403; 802 |
| 730 | 2022-12-08 | QCVARM_1121518 | QCVARM_1121518 | | | | 402; 403; LANG |
| 731 | 2022-12-08 | QCVARM_1121519 | QCVARM_1121519 | | | | 402; 403; LANG |
| 732 | 2022-12-08 | QCVARM_0449883 | QCVARM_0449900 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 733 | 2022-12-09 | QCVARM_1121536 | QCVARM_1121537 | [redacted] | | | 402; 403; LANG |
| 734 | 2022-12-09 | ARM_00080651 | ARM_00080653 | | Hill, Dawn | QCX 308 (Hill Montegami) | 402; 403; 802 |
| 735 | 2022-12-13 | ARMQC_02728703 | ARMQC_02728711 | | Bhattacharya, Aparajita; Grisenthwaite, Richard | Bhattacharya Ex. 04; Grisenthwaite Ex. 27 | CP; 402; 403 |
| 736 | 2022-12-13 | ARM_00056569 | ARM_00056573 | | | | CP; D; 403; 802; 805 |
| 737 | 2022-12-13 | QCVARM_1014172 | QCVARM_1014205 | | | | CP; 403 |
| 738 | 2022-12-14 | QCVARM_0687862 | QCVARM_0687864 | | Agrawal, Vivek | QCX 237 (Agrawal) | 402; 403; 802; 805 |
| 739 | 2022-12-16 | QCVARM_1069708 | QCVARM_1069709 | | | | 402; 403; 802 |
| 740 | 2022-12-16 | QCVARM_1069710 | QCVARM_1069710 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 741 | 2022-12-20 | QCVARM_1121514 | QCVARM_1121517 | [redacted] | | | 402; 403; LANG |
| 742 | 2022-12-21 | ARMQC_02725741 | ARMQC_02725755 | | Hill, Dawn | QCX 304 (Hill Montegami) | 402; 403; 802 |
| 743 | 2022-12-21 | QCARM_3433633 | QCARM_3433635 | | | | 402; 403 |
| 744 | 2022-12-22 | QCVARM_0711109 | QCVARM_0711113 | | | | CP; 402; 403; 802 |
| 745 | 2022-12-23 | ARMQC_02600713 | ARMQC_02600728 | | Greenhalgh, Peter; Grisenthwaite, Richard; Haas, Rene | QCX 161 (Greenhalgh); Grisenthwaite Ex. 05; Haas Ex. 14 | 402; 403; 501 |
| 746 | 2023-01-00 | QCVARM_0462995 | QCVARM_0463086 | | | | 402; 403; 802 |
| 747 | 2023-01-03 | ARM_01231614 | ARM_01231614 | | Collins, Spencer | QCX 82 (Collins) | 403 |
| 748 | 2023-01-03 | ARM_01241574 | ARM_01241577 | | | | CP; 402; 403; 802; 805 |
| 749 | 2023-01-04 | ARM_01231611 | ARM_01231614 | | | | CP; 403; 501 |
| 750 | 2023-01-06 | ARMQC_02731630 | ARMQC_02731638 | | Howard, Andrew | QCX 103 (Howard) | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 751 | 2023-01-10 | QCVARM_0687476 | QCVARM_0687478 | [redacted] | Agrawal, Vivek | QCX 238 (Agrawal) | 402; 403; 802; 805 |
| 752 | 2023-01-11 | QCVARM_0687479 | QCVARM_0687481 | | Agrawal, Vivek | QCX 235 (Agrawal) | 402; 403; 802; 805 |
| 753 | 2023-01-12 | QCARM_0483798 | QCARM_0483800 | | | | CP; 402; 403; 802 |
| 754 | 2023-01-13 | QCVARM_0535654 | QCVARM_0535664 | | | | CP; 402; 403; 802 |
| 755 | 2023-01-17 | ARM_01216178 | ARM_01216179 | | Bhattacharya, Aparajita | Bhattacharya Ex. 05 | 402; 403; 802; 805 |
| 756 | 2023-01-18 | QCARM_3424085 | QCARM_3424089 | | | | 402; 403; 802 |
| 757 | 2023-01-19 | QCVARM_1015219 | QCVARM_1015221 | | | | CP; 402; 403; 802 |
| 758 | 2023-01-19 | QCARM_3424233 | QCARM_3424236 | | | | 402; 403 |
| 759 | 2023-01-23 | n/a | n/a | | Couillard, Lynn | QCX 142 (Couillard) | NP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 760 | 2023-01-24 | QCVARM_1152125 | QCVARM_1152130 | [redacted] | | | 402; 403; 802; 805 |
| 761 | 2023-01-24 | QCARM_3428243 | QCARM_3428244 | | | | 402; 403 |
| 762 | 2023-01-26 | ARM_01241578 | ARM_01241582 | | | | CP; 402; 403 |
| 763 | 2023-01-27 | QCVARM_0467730 | QCVARM_0467838 | | | | CP; 402; 403; 802 |
| 764 | 2023-01-30 | QCVARM_0849363 | QCVARM_0849475 | | | | CP; 402; 403; 802 |
| 765 | 2023-01-30 | QCARM_3430479 | QCARM_3430571 | | | | CP; 402; 403; 802 |
| 766 | 2023-01-31 | ARMQC_02779433 | ARMQC_02779482 | | Fonseca, Jeff | QCX 172 (Fonseca) | |
| 767 | 2023-01-31 | ARMQC_00000408 | ARMQC_00000413 | | George, Anupa | QCX 284 (George) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 768 | 2023-01-31 | ARM_00094098 | ARM_00094143 | [redacted] | Grisenthwaite, Richard | Grisenthwaite Ex. 04 | CP; 402; 403 |
| 769 | 2023-02-00 | ARM_01026491 | ARM_01026505 | | | | 402; 403 |
| 770 | 2023-02-01 | QCVARM_0571333 | QCVARM_0571349 | | | | 402; 403; 802 |
| 771 | 2023-02-01 | QCVARM_0687237 | QCVARM_0687238 | | | | 402; 403; 802 |
| 772 | 2023-02-02 | n/a | n/a | | | | NP; 402; 403 |
| 773 | 2023-02-03 | QCVARM_0600091 | QCVARM_0600091 | | | | 402; 403; 802 |
| 774 | 2023-02-03 | QCVARM_0600046 | QCVARM_0600046 | | | | 402; 403; 802 |
| 775 | 2023-02-03 | QCVARM_0600090 | QCVARM_0600090 | | | | 402; 403; 802 |
| 776 | 2023-02-03 | QCVARM_0616535 | QCVARM_0616538 | | | | 402; 403 |
| 777 | 2023-02-06 | QCVARM_0000269 | QCVARM_0000275 | | | | 402; 403; 802; 805 |
| 778 | 2023-02-11 | ARMQC_02754753 | ARMQC_02754799 | | | | 402; 403 |
| 779 | 2023-02-14 | QCVARM_1117818 | QCVARM_1117820 | | | | 402; 403; 802 |
| 780 | 2023-02-14 | QCVARM_1117821 | QCVARM_1117824 | | | | 402; 403; 802 |
| 781 | 2023-02-14 | QCVARM_0449653 | QCVARM_0449657 | | | | 402; 403; 802; 805 |
| 782 | 2023-02-14 | QCVARM_0449658 | QCVARM_0449665 | | | | CP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 783 | 2023-02-16 | ARMQC_02739659 | ARMQC_02739672 | [redacted] | Williamson, Paul | QCX 111; QCX 111A (Williamson) | CP; 402; 403 |
| 784 | 2023-02-18 | QCVARM_0608422 | QCVARM_0608425 | [redacted] | | | CP; 402; 403; 802 |
| 785 | 2023-02-21 | ARM_01240982 | ARM_01240987 | [redacted] | | | 402; 403 |
| 786 | 2023-02-24 | QCVARM_1117825 | QCVARM_1117827 | [redacted] | | | 402; 403; 802 |
| 787 | 2023-02-28 | QCVARM_0467599 | QCVARM_0467643 | [redacted] | | | CP; 402; 403; 802 |
| 788 | 2023-03-00 | QCVARM_1070919 | QCVARM_1070920 | [redacted] | | | 402; 403; 802; 901 |
| 789 | 2023-03-01 | QCVARM_0616739 | QCVARM_0616747 | [redacted] | | | CP; 402; 403; 802 |
| 790 | 2023-03-01 | QCVARM_0605658 | QCVARM_0605666 | [redacted] | | | CP; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 791 | 2023-03-05 | QCVARM_1152131 | QCVARM_1152145 | [redacted] | | | 402; 403; 802; 805 |
| 792 | 2023-03-07 | QCARM_7517677 | QCARM_7517688 | | | | CP; ILL; 402; 403 |
| 793 | 2023-03-08 | QCVARM_0667395 | QCVARM_0667396 | | | | 402; 403; 802 |
| 794 | 2023-03-08 | QCVARM_0600097 | QCVARM_0600097 | | | | 402; 403; 802 |
| 795 | 2023-03-09 | QCVARM_1117843 | QCVARM_1117846 | | | | 402; 403; 802 |
| 796 | 2023-03-09 | QCVARM_1117847 | QCVARM_1117850 | | | | 402; 403; 802 |
| 797 | 2023-03-13 | ARMQC_02797236 | ARMQC_02797281 | | | | 402; 403; 802 |
| 798 | 2023-03-13 | ARMQC_02797306 | ARMQC_02797307 | | | | 402; 403; 802 |
| 799 | 2023-03-13 | ARMQC_02797308 | ARMQC_02797313 | | | | 402; 403; 802 |
| 800 | | | | | | | |
| 801 | 2023-03-15 | QCVARM_1117851 | QCVARM_1117854 | | | | 402; 403; 802 |
| 802 | 2023-03-16 | QCARM_7484882 | QCARM_7484888 | | | | 402; 403; 802; 805 |
| 803 | 2023-03-17 | ARM_01216189 | ARM_01216194 | | Grisenthwaite, Richard | Grisenthwaite Ex. 28 | 402; 403; 501; 802; 805 |
| 804 | 2023-03-22 | ARMQC_02798123 | ARMQC_02798124 | | | | 402; 403; 802 |
| 805 | 2023-03-23 | n/a | n/a | | Abbey, Will; Couillard, Lynn | Abbey Ex. 08; QCX 148 (Couillard) | NP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 806 | 2023-03-23 | QCVARM_0531270 | QCVARM_0531272 | [redacted] | | | 402; 403; 802 |
| 807 | 2023-03-24 | QCVARM_0573066 | QCVARM_05703067 | | | | 402; 403; 802 |
| 808 | 2023-03-24 | QCARM_3522625 | QCARM_3522628 | | | | CP; 402; 403; 802 |
| 809 | 2023-03-24 | QCVARM_0615918 | QCVARM_0615919 | | | | 402; 403; 802 |
| 810 | 2023-03-25 | ARMQC_02798057 | ARMQC_02798106 | | | | 402; 403; 802 |
| 811 | 2023-03-25 | ARMQC_02798125 | ARMQC_02798134 | | | | 402; 403; 802 |
| 812 | 2023-03-25 | QCVARM_1068986 | QCVARM_1068987 | | | | 402; 403; 802 |
| 813 | 2023-03-28 | QCVARM_0449560 | QCVARM_0449565 | | | | CP; 402; 403; 802 |
| 814 | 2023-03-31 | ARMQC_02797485 | ARMQC_02797526 | | | | 402; 403; 802 |
| 815 | 2023-03-31 | ARMQC_02797549 | ARMQC_02797551 | | | | 402; 403; 802 |
| 816 | 2023-03-31 | ARMQC_02797555 | ARMQC_02797561 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 817 | 2023-04-03 | ARMQC_02600819 | ARMQC_02600820 | [redacted] | Abbey, Will, Couillard, Lynn | Abbey Ex. 09, QCX 149 (Couillard) | 402; 403; 802 |
| 818 | | | | | | | |
| 819 | 2023-04-05 | QCVARM_0535479 | QCVARM_0535528 | | | | CP; 402; 403; 802 |
| 820 | 2023-04-06 | QCVARM_0524788 | QCVARM_0524809 | | | | CP; 402; 403; 802 |
| 821 | 2023-04-12 | ARM_01216300 | ARM_01216318 | | | | 402; 403; 802; 805 |
| 822 | 2023-04-13 | QCVARM_1152146 | QCVARM_1152161 | | | | 402; 403; 802; 805 |
| 823 | 2023-04-13 | QCVARM_0467527 | QCVARM_0467529 | | | | CP; 402; 403; 802 |
| 824 | 2023-04-14 | ARM_00103718 | ARM_00103719 | | Bhattacharya, Aparajita | Bhattacharya Ex. 06 | 402; 403; 802; 805 |
| 825 | 2023-04-18 | QCVARM_0527231 | QCVARM_0527231 | | | | 402; 403; 802 |
| 826 | 2023-04-19 | QCVARM_0707732 | QCVARM_0707734 | | | | 402; 403; 802 |
| 827 | 2023-04-19 | QCVARM_0602295 | QCVARM_0602299 | | Brogioli, Michael | Brogioli Ex. 09 | 402; 403; 802 |
| 828 | 2023-04-21 | ARM_00011869 | ARM_00024808 | | | | 403 |
| 829 | 2023-04-21 | QCVARM_1078822 | QCVARM_1078861 | | | | 403 |
| 830 | 2023-04-24 | n/a | n/a | | | | NP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 831 | 2023-04-24 | QCVARM_1122439 | QCVARM_1122453 | [redacted] | | | 402; 403; 802 |
| 832 | 2023-04-26 | ARM_01020098 | ARM_01020100 | [redacted] | | | 403 |
| 833 | 2023-04-26 | QCVARM_0707997 | QCVARM_0708000 | [redacted] | | | 402; 403; 802 |
| 834 | 2023-04-27 | QCVARM_1119070 | QCVARM_1119071 | [redacted] | | | 402; 403 |
| 835 | 2023-04-28 | ARM_00103702 | ARM_00103703 | [redacted] | | | 403; 802 |
| 836 | 2023-05-01 | QCVARM_1122454 | QCVARM_1122461 | [redacted] | | | 402; 403; 802 |
| 837 | 2023-05-02 | QCVARM_0595815 | QCVARM_0595815 | [redacted] | | | 402; 403 |
| 838 | 2023-05-02 | ARM_01215885 | ARM_01215885 | [redacted] | | | 402; 403 |
| 839 | 2023-05-02 | ARM_01215886 | ARM_01215886 | [redacted] | | | 402; 403; 802; 805 |
| 840 | 2023-05-02 | ARM_01215887 | ARM_01215887 | [redacted] | | | 402; 403 |
| 841 | 2023-05-02 | ARM_01215888 | ARM_01215888 | [redacted] | | | 402; 403 |
| 842 | 2023-05-02 | ARM_01215889 | ARM_01215889 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 843 | 2023-05-02 | ARM_01215890 | ARM_01215890 | [redacted] | | | 402; 403 |
| 844 | 2023-05-03 | n/a | n/a | | | | NP; 402; 403 |
| 845 | 2023-05-03 | ARM_01215878 | ARM_01215879 | | | | 402; 403 |
| 846 | 2023-05-04 | QCVARM_0699290 | QCVARM_0699291 | | | | 402; 403 |
| 847 | 2023-05-04 | QCVARM_0693018 | QCVARM_0693019 | | | | 402; 403; 802 |
| 848 | 2023-05-04 | QCVARM_0693020 | QCVARM_0693022 | | | | 402; 403 |
| 849 | 2023-05-05 | ARMQC_02783533 | ARMQC_02783574 | | | | 402; 403; 802 |
| 850 | 2023-05-05 | ARMQC_02783597 | ARMQC_02783598 | | | | 402; 403; 802 |
| 851 | 2023-05-05 | ARMQC_02783603 | ARMQC_02783614 | | | | 402; 403; 802 |
| 852 | 2023-05-08 | QCVARM_0708118 | QCVARM_0708124 | | | | 402; 403; 802 |
| 853 | 2023-05-08 | QCVARM_0605502 | QCVARM_0605538 | | | | 402; 403; 802 |
| 854 | 2023-05-08 | ARM_00105723 | ARM_00105725 | | Hill, Dawn | QCX 305 (Hill Montegami) | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 855 | 2023-05-08 | QCVARM_0600065 | QCVARM_0600065 | [redacted] | | | 402; 403; 802 |
| 856 | 2023-05-09 | ARM_01216229 | ARM_01216247 | | | | 402; 403; 802; 805 |
| 857 | 2023-05-09 | ARM_01315194 | ARM_01315196 | | Agrawal, Vivek; Grisenthwaite, Richard | QCX 241 (Agrawal); Grisenthwaite Ex. 29 | 402; 403; 802; 805 |
| 858 | 2023-05-09 | QCVARM_0524739 | QCVARM_0524759 | | | | CP; 402; 403; 802 |
| 859 | 2023-05-09 | QCVARM_0463559 | QCVARM_0463569 | | | | 402; 403; 802 |
| 860 | 2023-05-11 | QCVARM_1066820 | QCVARM_1067282 | | | | 402; 403; 802; 805 |
| 861 | 2023-05-15 | QCVARM_0600038 | QCVARM_0600038 | | | | 402; 403 |
| 862 | 2023-05-19 | QCVARM_0692718 | QCVARM_0692718 | | | | 402; 403; 802 |
| 863 | 2023-05-24 | QCVARM_0692779 | QCVARM_0692780 | | | | 402; 403; 802 |
| 864 | 2023-05-24 | QCVARM_0609540 | QCVARM_0609540 | | | | 402; 403; 802; 901 |
| 865 | 2023-05-25 | QCVARM_1117866 | QCVARM_1117869 | | | | 402; 403; 802 |
| 866 | 2023-05-25 | QCVARM_1117873 | QCVARM_1117876 | | | | 402; 403; 802 |
| 867 | 2023-05-25 | QCVARM_1117877 | QCVARM_1117879 | | | | 402; 403; 802 |
| 868 | 2023-05-28 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 869 | 2023-05-28 | n/a | n/a | | | | NP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 870 | 2023-05-31 | QCVARM_0571704 | QCVARM_0571715 | [redacted] | | | CP; 402; 403; 802 |
| 871 | 2023-06-02 | ARMQC_02600838 | ARMQC_02600841 | | | | 402; 403; 802 |
| 872 | 2023-06-05 | QCVARM_0608391 | QCVARM_0608393 | | | | 402; 403; 802 |
| 873 | 2023-06-07 | ARM_01014940 | ARM_01014941 | | | | 403; 802 |
| 874 | 2023-06-07 | QCVARM_0692665 | QCVARM_0692666 | | Agrawal, Vivek | QCX 240 (Agrawal) | 402; 403; 802; 805 |
| 875 | 2023-06-09 | ARMQC_02726184 | ARMQC_02726233 | | Couillard, Lynn | QCX 150 (Couillard) | 402; 403 |
| 876 | 2023-06-09 | QCVARM_1152095 | QCVARM_1152119 | | | | CP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 877 | 2023-06-11 | QCVARM_0534596 | QCVARM_0534618 | [redacted] | | | CP; 402; 403; 802 |
| 878 | | | | | | | |
| 879 | 2023-06-13 | QCVARM_0849142 | QCVARM_0849202 | | | | CP; 402; 403; 802 |
| 880 | 2023-06-14 | ARM_01314324 | ARM_01314337 | | | | CP; D; 403; 802 |
| 881 | 2023-06-14 | QCVARM_0692602 | QCVARM_0692604 | | | | 402; 403; 802 |
| 882 | 2023-06-14 | ARM_01216319 | ARM_01216337 | | Brogioli, Michael | Brogioli Ex. 22 | 402; 403; 802; 805 |
| 883 | | | | | | | |
| 884 | 2023-06-15 | ARM_01216195 | ARM_01216212 | | | | 402; 403; 802; 805 |
| 885 | 2023-06-15 | ARMQC_02751596 | ARMQC_02751598 | | Bhattacharya, Aparajita | Bhattacharya Ex. 08 | 403; 501; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 886 | 2023-06-16 | QCVARM_0699278 | QCVARM_0699281 | [redacted] | | | 402; 403 |
| 887 | 2023-06-16 | ARM_00103781 | ARM_00103782 | | | | D; 402; 403; 802; 805 |
| 888 | 2023-06-16 | ARM_00103710 | ARM_00103711 | | Bhattacharya, Aparajita | Bhattacharya Ex. 07 | D; 402; 403; 802; 805 |
| 889 | 2023-06-22 | QCVARM_0600049 | QCVARM_0600049 | | | | 402; 403; 802 |
| 890 | | | | | | | |
| 891 | 2023-06-22 | ARMQC_02600799 | ARMQC_02600818 | | | | CP; 402; 403; 802 |
| 892 | 2023-06-23 | QCVARM_1117880 | QCVARM_1117883 | | | | 402; 403; 802 |
| 893 | 2023-06-23 | QCVARM_1117884 | QCVARM_1117887 | | | | 402; 403; 802 |
| 894 | 2023-06-26 | ARMQC_02774523 | ARMQC_02774530 | | | | 402; 403; 802; 805 |
| 895 | 2023-06-28 | QCVARM_0699275 | QCVARM_0699277 | | Agrawal, Vivek | QCX 267 (Agrawal) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 896 | 2023-07-07 | QCVARM_0692586 | QCVARM_0692588 | [redacted] | | | 402; 403; 802 |
| 897 | 2023-07-09 | ARMQC_02773421 | ARMQC_02773500 | [redacted] | | | 402; 403 |
| 898 | 2023-07-12 | ARMQC_02774479 | ARMQC_02774493 | [redacted] | Brogioli, Michael | Brogioli Ex. 21 | 402; 403; 802; 805 |
| 899 | 2023-07-12 | ARMQC_02774494 | ARMQC_02774500 | [redacted] | George, Anupa | QCX 290 (George) | 402; 403; 802; 805 |
| 900 | 2023-07-13 | QCVARM_1068988 | QCVARM_1068993 | [redacted] | | | CP; 402; 403; 802 |
| 901 | 2023-07-19 | QCVARM_0848923 | QCVARM_08489042 | [redacted] | | | CP; 402; 403; 802 |
| 902 | 2023-07-20 | ARMQC_02774501 | ARMQC_02774514 | [redacted] | | | 402; 403; 802; 805 |
| 903 | 2023-07-20 | QCVARM_0851270 | QCVARM_0851276 | [redacted] | | | CP; 402; 403; 802 |
| 904 | 2023-07-21 | ARMQC_02774515 | ARMQC_02774522 | [redacted] | | | 402; 403; 802; 805 |
| 905 | 2023-07-21 | ARMQC_02740386 | ARMQC_02740388 | [redacted] | Williamson, Paul | QCX 113 (Williamson) | D; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 906 | 2023-07-21 | ARMQC_02740386 | ARMQC_02740398 | [redacted] | | | CP; D; 402; 403 |
| 907 | 2023-07-26 | QCVARM_0458977 | QCVARM_0458987 | | | | CP; 402; 403; 802 |
| 908 | 2023-07-27 | QCVARM_0448942 | QCVARM_0448943 | | | | 402; 403; 802 |
| 909 | 2023-07-28 | QCVARM_0000218 | QCVARM_0000226 | | | | CP; 402; 403; 802; 805 |
| 910 | 2023-07-31 | QCVARM_1152073 | QCVARM_1152094 | | | | CP; 402; 403; 802; 805 |
| 911 | 2023-08-00 | KF00647 | KF00647 | | | | 402; 403 |
| 912 | 2023-08-02 | n/a | n/a | | | | NP; 402; 403 |
| 913 | 2023-08-03 | QCVARM_0600074 | QCVARM_0600074 | | | | 402; 403; 802 |
| 914 | 2023-08-03 | QCVARM_0600073 | QCVARM_0600073 | | | | 402; 403; 802 |
| 915 | 2023-08-03 | QCVARM_0600041 | QCVARM_0600041 | | | | 402; 403; 802 |
| 916 | 2023-08-07 | ARMQC_02746633 | ARMQC_02746676 | | | | 402; 403 |
| 917 | 2023-08-08 | ARMQC_02747089 | ARMQC_02747089 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 918 | 2023-08-09 | ARMQC_02756542 | ARMQC_02756589 | [redacted] | | | CP; 402; 403 |
| 919 | 2023-08-10 | ARMQC_02760525 | ARMQC_02760570 | | | | 402; 403 |
| 920 | 2023-08-10 | ARMQC_02746688 | ARMQC_02746707 | | | | 402; 403; 802; 805 |
| 921 | 2023-08-11 | ARMQC_02798443 | ARMQC_02798494 | | | | |
| 922 | 2023-08-11 | ARMQC_02798587 | ARMQC_02798588 | | | | |
| 923 | 2023-08-11 | ARMQC_02798608 | ARMQC_02798627 | | | | |
| 924 | 2023-08-11 | QCVARM_0855116 | QCVARM_0855132 | | | | CP; 402; 403; 802 |
| 925 | 2023-08-11 | QCVARM_1016311 | QCVARM_1016385 | | | | CP; 403 |
| 926 | 2023-08-16 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 927 | 2023-08-16 | QCVARM_1119074 | QCVARM_1119075 | | | | 402; 403 |
| 928 | 2023-08-17 | QCVARM_0717291 | QCVARM_0717296 | | | | 402; 403; 802; 805 |
| 929 | 2023-08-17 | QCVARM_0602258 | QCVARM_0602261 | | Brogioli, Michael | Brogioli Ex. 08 | 402; 403; 802 |
| 930 | 2023-08-18 | QCVARM_1159739 | QCVARM_1159742 | | | | 402; 403 |
| 931 | 2023-08-19 | QCVARM_1159737 | QCVARM_1159738 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 932 | 2023-08-21 | QCVARM_1152162 | QCVARM_1152194 | [redacted] | | | 402; 403; 802; 805 |
| 933 | 2023-08-21 | QCVARM_0691853 | QCVARM_0691854 | | Agrawal, Vivek | QCX 242 (Agrawal) | 402; 403; 802; 805 |
| 934 | 2023-08-21 | QCVARM_0571926 | QCVARM_0572033 | | | | CP; 402; 403; 802 |
| 935 | 2023-08-22 | QCVARM_0534357 | QCVARM_0534364 | | | | 402; 403; 802 |
| 936 | 2023-08-23 | QCVARM_1117891 | QCVARM_1117894 | | | | 402; 403; 802 |
| 937 | 2023-08-23 | ARMQC_02602472 | ARMQC_02602473 | | Bhattacharya, Aparajita | Bhattacharya Ex. 09 | 402; 403; 802; 805 |
| 938 | 2023-08-24 | QCVARM_1117898 | QCVARM_1117900 | | | | 402; 403; 802 |
| 939 | 2023-08-29 | QCVARM_1117901 | QCVARM_1117904 | | | | 402; 403; 802 |
| 940 | 2023-08-30 | ARMQC_02774378 | ARMQC_02774384 | | George, Anupa | QCX 291 (George) | 402; 403; 802; 805 |
| 941 | 2023-09-01 | QCVARM_1160063 | QCVARM_1160063 | | | | 402; 403 |
| 942 | 2023-09-05 | QCVARM_1012343 | QCVARM_1012384 | | | | 402; 403 |
| 943 | 2023-09-05 | QCVARM_0607593 | QCVARM_0607597 | | | | 402; 403; 802 |
| 944 | 2023-09-06 | QCVARM_1117905 | QCVARM_1117908 | | | | 402; 403; 802 |
| 945 | 2023-09-06 | QCVARM_1117909 | QCVARM_1117912 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 946 | 2023-09-08 | ARMQC_02798040 | ARMQC_02798056 | [redacted] | | | 402; 403; 802 |
| 947 | 2023-09-13 | QCVARM_0520880 | QCVARM_0522725 | | | | 403 |
| 948 | 2023-09-13 | QCVARM_0691526 | QCVARM_0691530 | | Agrawal, Vivek | QCX 239 (Agrawal) | 402; 403; 802; 805 |
| 949 | 2023-09-14 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 950 | 2023-09-14 | ARM_01424394 | ARM_01424412 | | | | 402, 403; 802; 805 |
| 951 | 2023-09-14 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 952 | 2023-09-14 | ARMQC_02743189 | ARMQC_02743218 | | Awad, Mohamed | QCX 277 (Awad) | CP; 402; 403; 802 |
| 953 | 2023-09-15 | ARMQC_02774738 | ARMQC_02774747 | | | | 402; 403; 802 |
| 954 | 2023-09-15 | ARMQC_02774748 | ARMQC_02774756 | | | | 402; 403; 802 |
| 955 | 2023-09-15 | ARMQC_02779483 | ARMQC_02779500 | | | | 402; 403; 802 |
| 956 | 2023-09-15 | ARMQC_02798729 | ARMQC_02798731 | | | | 402; 403; 802 |
| 957 | 2023-09-15 | ARMQC_02798734 | ARMQC_02798775 | | | | 402; 403; 802 |
| 958 | 2023-09-15 | ARMQC_02798780 | ARMQC_02798790 | | | | 402; 403; 802 |
| 959 | 2023-09-15 | ARMQC_02798791 | ARMQC_02798812 | | | | 402; 403; 802 |
| 960 | 2023-09-16 | QCVARM_0607506 | QCVARM_0607509 | | | | 402; 403; 802 |
| 961 | 2023-09-16 | QCVARM_0454821 | QCVARM_0454824 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 962 | 2023-09-18 | QCVARM_0616907 | QCVARM_0616911 | [redacted] | | | 402; 403; 802 |
| 963 | 2023-09-19 | QCVARM_1071993 | QCVARM_1071994 | | | | 402; 403; 802 |
| 964 | 2023-09-24 | ARMQC_02774340 | ARMQC_02774354 | | | | 402; 403; 802; 805 |
| 965 | 2023-09-28 | ARMQC_02789001 | ARMQC_02789002 | | | | 402; 403; 802; ID; CO |
| 966 | 2023-09-29 | ARMQC_02789003 | ARMQC_02789004 | | | | |
| 967 | 2023-09-29 | ARMQC_02799882 | ARMQC_02799883 | | | | 402; 403; 802; ID; CO |
| 968 | 2023-09-29 | ARMQC_02799884 | ARMQC_02799885 | | | | 402; 403; 802; ID; CO |
| 969 | 2023-09-29 | ARMQC_02800003 | ARMQC_02800004 | | | | 402; 403; 802; ID; CO |
| 970 | 2023-10-16 | ARMQC_02746317 | ARMQC_02746335 | | | | 402; 403; 802; 805 |
| 971 | 2023-10-16 | ARMQC_02602547 | ARMQC_02602548 | | | | 402; 403; 802; 805 |
| 972 | 2023-10-16 | ARMQC_02602466 | ARMQC_02602468 | | Bhattacharya, Aparajita | Bhattacharya Ex. 10 | 402; 403; 802; 805 |
| 973 | 2023-10-16 | QCVARM_0613037 | QCVARM_0613039 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 974 | 2023-10-18 | QCVARM_0854984 | QCVARM_0855046 | [redacted] | | | CP; 402; 403; 802 |
| 975 | 2023-10-18 | QCVARM_0616920 | QCVARM_0616927 | | | | 402; 403; 802 |
| 976 | 2023-10-18 | QCVARM_0608131 | QCVARM_0608138 | | Fonseca, Jeff; Hill, Daw | QCX 182 (Fonseca); QCX 297 (Hill Montegami) | 402; 403; 802 |
| 977 | 2023-10-20 | QCVARM_0466935 | QCVARM_0466954 | | | | CP; 402; 403; 802 |
| 978 | 2024-10-21 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 979 | 2023-10-24 | ARM_01428815 | ARM_01428819 | | | | 402; 403; 802; 805 |
| 980 | 2023-10-24 | ARM_01434576 | ARM_01434582 | | | | 402; 403; 802; 805 |
| 981 | 2023-10-24 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 982 | 2023-10-31 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 983 | 2023-10-31 | QCVARM_1121674 | QCVARM_1121857 | | | | 402; 403; 802 |
| 984 | 2023-11-01 | ARMQC_02721610 | ARMQC_02721615 | | | | 402; 403; 802 |
| 985 | 2023-11-01 | n/a | n/a | | | | NP; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 986 | 2023-11-01 | QCVARM_0690995 | QCVARM_0690996 | [redacted] | | | 402; 403 |
| 987 | 2023-11-03 | QCVARM_0448065 | QCVARM_0448078 | | | | CP; 402; 403; 802 |
| 988 | 2023-11-03 | QCVARM_0600044 | QCVARM_0600044 | | | | 402; 403; 802 |
| 989 | 2023-11-03 | QCVARM_0600083 | QCVARM_0600083 | | | | 402; 403; 802 |
| 990 | 2023-11-09 | QCVARM_0867422 | QCVARM_0867434 | | | | 402; 403; 802; 805 |
| 991 | 2023-11-10 | QCVARM_0606806 | QCVARM_0606812 | | | | 402; 403; 802 |
| 992 | 2023-11-10 | ARMQC_02774251 | ARMQC_02774265 | | | | 402; 403; 802; 805 |
| 993 | 2023-11-10 | QCVARM_0000482 | QCVARM_0000483 | | | | 402; 403; 802; 805 |
| 994 | 2023-11-15 | n/a | n/a | | | | NP; 402; 403 |
| 995 | 2023-11-15 | ARMQC_02797552 | ARMQC_02797554 | | | | 402; 403; 802 |
| 996 | 2023-11-15 | QCVARM_1056140 | QCVARM_1056566 | | | | 402; 403; 802 |
| 997 | 2023-11-21 | QCVARM_1117934 | QCVARM_1117937 | | | | 402; 403; 802 |
| 998 | 2023-11-21 | QCVARM_1117938 | QCVARM_1117941 | | | | 402; 403; 802 |
| 999 | 2023-11-21 | QCVARM_1117948 | QCVARM_1117951 | | | | 402; 403; 802 |
| 1000 | 2023-11-22 | QCVARM_1117942 | QCVARM_1117944 | | | | 402; 403; 802 |
| 1001 | 2023-11-22 | QCVARM_0576126 | QCVARM_0576129 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1002 | 2023-11-28 | ARMQC_02771938 | ARMQC_02771942 | [redacted] | | | 402; 403; 802 |
| 1003 | 2023-11-29 | QCVARM_0714734 | QCVARM_0714740 | | | | 402; 403; 802; 805 |
| 1004 | 2023-11-29 | QCVARM_0717207 | QCVARM_0717216 | | | | 402; 403; 802; 805 |
| 1005 | 2023-12-01 | ARMQC_02785348 | ARMQC_02785407 | | | | 402; 403; 802 |
| 1006 | 2023-12-01 | ARMQC_02785427 | ARMQC_02785428 | | | | 402; 403; 802 |
| 1007 | 2023-12-01 | ARMQC_02785429 | ARMQC_02785435 | | | | 402; 403; 802 |
| 1008 | 2023-12-01 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 1009 | 2023-12-03 | QCVARM_1071193 | QCVARM_1071193 | | | | 402; 403 |
| 1010 | 2023-12-03 | QCVARM_1067284 | QCVARM_1067284 | | | | 402; 403 |
| 1011 | 2023-12-05 | QCVARM_0601759 | QCVARM_0601797 | | | | CP; 402; 403; 802 |
| 1012 | 2023-12-06 | ARMQC_02756427 | ARMQC_02756437 | | | | 402; 403; 802; 805 |
| 1013 | 2023-12-08 | ARMQC_02785581 | ARMQC_02785582 | | | | 402; 403; 802 |
| 1014 | 2023-12-12 | ARMQC_02800005 | ARMQC_02800006 | | | | 402; 403; 802; ID; CO |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1015 | 2023-12-12 | ARMQC_02746207 | ARMQC_02746225 | [redacted] | | | 402; 403; 802; 805 |
| 1016 | 2023-12-12 | ARMQC_02602528 | ARMQC_02602530 | [redacted] | | | 402; 403; 802; 805 |
| 1017 | 2023-12-12 | ARMQC_02602462 | ARMQC_02602464 | [redacted] | Bhattacharya, Aparajita | Bhattacharya Ex. 11 | 402; 403; 802; 805 |
| 1018 | 2023-12-12 | QCVARM_0608105 | QCVARM_0608107 | [redacted] | | | CP; 402; 403; 802 |
| 1019 | 2023-12-13 | QCVARM_1068994 | QCVARM_1069013 | [redacted] | | | CP; 402; 403; 802 |
| 1020 | 2023-12-14 | QCVARM_1117956 | QCVARM_1117959 | [redacted] | | | 402; 403; 802 |
| 1021 | 2023-12-14 | QCVARM_1117960 | QCVARM_1117963 | [redacted] | | | 402; ID; 403 |
| 1022 | 2023-12-14 | QCVARM_0600532 | QCVARM_0600553 | [redacted] | | | CP; 1006 |
| 1023 | 2023-12-14 | QCVARM_0523995 | QCVARM_0523998 | [redacted] | | | 402; 403 |
| 1024 | 2023-12-15 | QCVARM_0000395 | QCVARM_0000402 | [redacted] | | | |
| 1025 | 2023-12-18 | QCVARM_0618977 | QCVARM_0618978 | [redacted] | | | ID |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1026 | 2024-12-19 | QCVARM_1118980 | QCVARM_1118981 | [redacted] | | | ID; 106; 402; 403 |
| 1027 | 2023-12-21 | ARMQC_02785291 | ARMQC_02785325 | | | | ID; 402; 403; 805 |
| 1028 | 2023-12-21 | ARMQC_02785342 | ARMQC_02785343 | | | | 402; 403; 805 |
| 1029 | 2023-12-21 | ARMQC_02785344 | ARMQC_02785347 | | | | ID; 402; 403; 805 |
| 1030 | 2023-12-21 | ARMQC_02797298 | ARMQC_02797301 | | | | 402; 403; 805 |
| 1031 | 2023-12-21 | QCVARM_0524007 | QCVARM_0524011 | | | | D; 402; 403 |
| 1032 | 2023-12-21 | ARMQC_02770599 | ARMQC_02770603 | | Weidmann, Martin | QCX 62 (Weidmann) | ID; 402; 403; 802; 805 |
| 1033 | 2023-12-22 | ARMQC_02783595 | ARMQC_02783596 | | | | ID; 402; 403; 805 |
| 1034 | 2023-12-22 | ARMQC_02798495 | ARMQC_02798542 | | | | ID; 402; 403; 805 |
| 1035 | 2023-12-22 | ARMQC_02798589 | ARMQC_02798590 | | | | 402; 403; 805 |
| 1036 | 2023-12-22 | ARMQC_02798628 | ARMQC_02798634 | | | | ID; 402; 403; 805 |
| 1037 | 2023-12-29 | ARMQC_02797547 | ARMQC_02797548 | | | | ID; 402; 403; 805 |
| 1038 | 2024-01-00 | ARMQC_02775090 | ARMQC_02775171 | | | | CP; 1006; 403 |
| 1039 | 2024-01-00 | QCVARM_0447871 | QCVARM_0447944 | | | | ILL |
| 1040 | 2024-01-00 | QCVARM_0453800 | QCVARM_0453852 | | | | D; ILL |
| 1041 | 2024-01-04 | ARMQC_02783615 | ARMQC_02783615 | | | | ID; 403; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1042 | 2024-01-04 | ARMQC_02749702 | ARMQC_02749709 | [redacted] | | | 403; 402 |
| 1043 | 2024-01-08 | n/a | n/a | [redacted] | | | NP |
| 1044 | 2024-01-08 | ARMQC_02774171 | ARMQC_02774184 | [redacted] | | | 402; 403; 802; 805 |
| 1045 | 2024-01-08 | QCVARM_1067287 | QCVARM_1067301 | [redacted] | Holla, Sudeep | QCX 1 (Holla) | 802; 402; 403 |
| 1046 | 2024-01-09 | QCVARM_1122462 | QCVARM_1122463 | [redacted] | | | 402; 403 |
| 1047 | 2024-01-09 | QCVARM_1118926 | QCVARM_1118927 | [redacted] | | | ID; 402 |
| 1048 | 2024-01-10 | QCVARM_1118928 | QCVARM_1118928 | [redacted] | | | 402; 403 |
| 1049 | 2024-01-10 | QCVARM_1118929 | QCVARM_1118930 | [redacted] | | | 402; 403 |
| 1050 | 2024-01-11 | QCVARM_0714186 | QCVARM_0714207 | [redacted] | | | 802; 805, 402; 403; CO |
| 1051 | 2024-01-12 | QCVARM_1118901 | QCVARM_1118902 | [redacted] | | | 402; 403 |
| 1052 | 2024-01-15 | QCVARM_1118931 | QCVARM_1118931 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1053 | 2024-01-17 | QCVARM_0618843 | QCVARM_0618856 | [redacted] | | | ID; CP; 1006; 403 |
| 1054 | 2024-01-18 | ARMQC_02785071 | ARMQC_02785072 | | | | 402; 403; CO |
| 1055 | 2024-01-22 | QCVARM_1068149 | QCVARM_1068163 | | | | CP; 1006; 402 |
| 1056 | 2024-01-24 | ARMQC_02774816 | ARMQC_02774817 | | | | ID |
| 1057 | 2024-01-24 | ARMQC_02774844 | ARMQC_02774855 | | Britven, Thomas | Britven Ex. 7 | ID |
| 1058 | 2024-01-24 | ARMQC_02779314 | ARMQC_02779363 | | Fonseca, Jeff | QCX 174 (Fonseca) | ID |
| 1059 | 2024-01-24 | QCVARM_1118844 | QCVARM_1118855 | | | | CP; 1006; ID; 402 |
| 1060 | 2024-01-22 | QCVARM_0531658 | QCVARM_0531661 | | | | ILL; 106; 402; ID |
| 1061 | 2024-01-26 | QCVARM_0452198 | QCVARM_0452224 | | | | CP; 1006; ID |
| 1062 | 2024-01-31 | ARMQC_02785513 | ARMQC_02785556 | | | | ID; 402; 403; 805 |
| 1063 | 2024-01-31 | ARMQC_02785583 | ARMQC_02785587 | | | | ID; 402; 403; 805 |
| 1064 | 2024-01-31 | n/a | n/a | | | | NP; CO; 802; 805 |
| 1065 | 2024-01-31 | n/a | n/a | | | | NP; 802; 805 |
| 1066 | 2024-02-00 | ARMQC_02785588 | ARMQC_02785606 | | | | 802; 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1067 | 2024-02-01 | ARMQC_02756343 | ARMQC_02756375 | [redacted] | | | ID; CP; 1006; 403 |
| 1068 | 2024-02-01 | QCVARM_0600092 | QCVARM_0600092 | | | | 402; 403; 802 |
| 1069 | 2024-02-01 | QCVARM_0600093 | QCVARM_0600093 | | | | 403; 802; 402 |
| 1070 | 2024-02-05 | ARMQC_02745928 | ARMQC_02745944 | | | | 402; 403; 802; 805 |
| 1071 | 2024-02-05 | ARMQC_02602646 | ARMQC_02602648 | | | | 402; 403; 802; 805; D |
| 1072 | 2024-02-05 | ARMQC_02602531 | ARMQC_02602533 | | | | 402; 403; 802; 805; D |
| 1073 | 2024-02-05 | ARMQC_02602458 | ARMQC_02602460 | | Bhattacharya, Aparajita | Bhattacharya Ex. 13 | 402; 403; 802; 805; D |
| 1074 | 2024-02-05 | QCVARM_0531817 | QCVARM_0531820 | | | | D; ILL; 106; 402; ID |
| 1075 | 2024-02-07 | n/a | n/a | | | | NP |
| 1076 | 2025-02-07 | ARMQC_02779076 | ARMQC_02779083 | | Horley, John | QCX 168 (Horley) | 402; 403 |
| 1077 | 2024-01-10 | QCVARM_1069949 | QCVARM_1069952 | | | | ID |
| 1078 | 2024-02-13 | QCVARM_0527446 | QCVARM_0527454 | | | | CP; 1006; ILL; ID |
| 1079 | 2024-02-14 | QCVARM_1120569 | QCVARM_1120569 | | | | ID; 106; 901; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1080 | 2024-02-15 | QCVARM_0524443 | QCVARM_0524456 | [redacted] | | | CP; 1006; ID; 106; 402; 403 |
| 1081 | 2024-02-20 | QCVARM_1122485 | QCVARM_1122485 | | | | 402 |
| 1082 | 2024-02-20 | QCVARM_1122464 | QCVARM_1122484 | | | | CP; 1006; ID; 402; 403; ILL |
| 1083 | 2024-02-21 | QCVARM_1122486 | QCVARM_1122488 | | | | 402; 106 |
| 1084 | 2024-02-21 | QCVARM_0527468 | QCVARM_0527502 | | | | CP; 1006; ID; 402 |
| 1085 | 2024-02-22 | ARMQC_02720214 | ARMQC_02720219 | | | | 402 |
| 1086 | 2024-02-22 | QCVARM_1122489 | QCVARM_1122489 | | | | 402; 106 |
| 1087 | 2024-02-22 | QCVARM_1118842 | QCVARM_1118843 | | | | 402; 106 |
| 1088 | 2024-02-23 | QCVARM_1118986 | QCVARM_1118987 | | | | 402; 106 |
| 1089 | 2024-02-23 | QCVARM_1118983 | QCVARM_1118985 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1090 | 2024-02-26 | ARMQC_02781262 | ARMQC_02781285 | [redacted] | Agrawal, Vivek | QCX 249 (Agrawal) | CP; 1006; ID; 402; 403; 802; 805 |
| 1091 | 2024-02-27 | QCVARM_1067306 | QCVARM_1067312 | | Holla, Sudeep | QCX 3 (Holla) | 402; 403 |
| 1092 | 2024-02-28 | QCVARM_1117971 | QCVARM_1117973 | | | | 403 |
| 1093 | 2024-02-28 | QCVARM_1117977 | QCVARM_1117980 | | | | 403 |
| 1094 | 2024-02-28 | QCVARM_0577503 | QCVARM_0577505 | | Agrawal, Vivek | QCX 268 (Agrawal) | 402; 403; 802; 805 |
| 1095 | 2024-03-00 | ARMQC_02605445 | ARMQC_02605464 | | Horley, John | QCX 167 (Horley) | |
| 1096 | 2024-03-00 | ARMQC_02605650 | ARMQC_02605718 | | | | 402 |
| 1097 | 2024-03-00 | ARMQC_02783967 | ARMQC_02784084 | | Bhatnagar, Akshay | QCX 207 (Bhatnagar) | ILL; 402; 403 |
| 1098 | 2024-03-01 | QCVARM_0526831 | QCVARM_0526831 | | | | ID; 106; 901; 402; 403; 802 |
| 1099 | 2024-03-01 | ARMQC_02756147 | ARMQC_02756195 | | | | CP; 1006; ID; 402; 403; ILL |
| 1100 | 2024-03-03 | QCVARM_0142772 | QCVARM_0142786 | | | | 402; 106 |
| 1101 | 2024-03-04 | QCVARM_1122492 | QCVARM_1122492 | | | | 106; 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1102 | 2024-03-05 | ARMQC_02781238 | ARMQC_02781261 | [redacted] | Agrawal, Vivek | QCX 248 (Agrawal) | CP; 1006; ID; 402; 403; 802; 805 |
| 1103 | 2024-03-06 | QCVARM_1068191 | QCVARM_1068214 | | | | ID; ILL; 402 |
| 1104 | 2024-03-06 | QCVARM_0468623 | QCVARM_0468627 | | | | ID; CP; 1006; 402 |
| 1105 | 2024-03-07 | QCVARM_0600059 | QCVARM_0600059 | | | | 106; 901; 402; 403; 802 |
| 1106 | 2024-03-07 | QCVARM_0600058 | QCVARM_0600058 | | | | 106; 901; 402; 403; 802 |
| 1107 | 2024-03-07 | ARMQC_02756208 | ARMQC_02756244 | | George, Anupa | QCX 289 (George) | 402; 403; 802; 805 |
| 1108 | 2024-03-08 | QCVARM_1117985 | QCVARM_1117988 | | | | 403 |
| 1109 | 2024-03-08 | QCVARM_1117989 | QCVARM_1117991 | | | | 403 |
| 1110 | 2024-03-08 | QCVARM_1067338 | QCVARM_1067344 | | Holla, Sudeep | QCX 4 (Holla) | 402; 403 |
| 1111 | 2024-03-08 | ARMQC_02756245 | ARMQC_02756278 | | Bhattacharya, Aparajita | Bhattacharya Ex. 12 | CP; 1006; ID; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1112 | 2024-03-08 | ARMQC_02756245 | ARMQC_02756294 | [redacted] | | | CP; 1006; D; 402; 403 |
| 1113 | 2024-03-11 | ARMQC_02798724 | ARMQC_02798725 | | | | ID; 402; 403; 805 |
| 1114 | 2024-03-11 | QCVARM_1117981 | QCVARM_1117984 | | | | 403 |
| 1115 | 2024-03-13 | ARMQC_02605371 | ARMQC_02605383 | | | | 402 |
| 1116 | 2024-03-13 | QCVARM_0865412 | QCVARM_0865413 | | | | ID; ILL; 402 |
| 1117 | 2024-03-14 | ARMQC_02774111 | ARMQC_02774122 | | | | 402; 403; 802; 805 |
| 1118 | 2024-03-14 | QCVARM_0572935 | QCVARM_0572967 | | | | ID; CP; 1006; 402 |
| 1119 | 2025-03-14 | QCVARM_0600088 | QCVARM_0600088 | | | | 106; 901; 402; 403; 802 |
| 1120 | 2024-03-19 | QCVARM_0524235 | QCVARM_0524253 | | | | ID; CP; 1006; 402; ILL |
| 1121 | 2024-03-20 | QCVARM_0618694 | QCVARM_0618695 | | | | 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1122 | 2024-03-20 | QCVARM_0618702 | QCVARM_0618702 | [redacted] | | | 402 |
| 1123 | 2024-03-20 | QCVARM_1122493 | QCVARM_1122503 | | | | ID; CP; 1006; 402 |
| 1124 | 2024-03-21 | QCVARM_1118999 | QCVARM_1119000 | | | | 402 |
| 1125 | 2024-03-21 | QCVARM_1118998 | QCVARM_1118998 | | | | 402 |
| 1126 | 2024-03-21 | QCVARM_1118836 | QCVARM_1118841 | | | | ID; CP; 1006; 402; 403 |
| 1127 | 2024-03-25 | ARMQC_02785501 | ARMQC_02785502 | | | | 402; 403; 802 |
| 1128 | 2024-03-25 | QCVARM_1118988 | QCVARM_1118989 | | | | 402 |
| 1129 | 2024-03-25 | QCVARM_1118896 | QCVARM_1118897 | | | | 402 |
| 1130 | 2024-03-25 | QCVARM_1119032 | QCVARM_1119033 | | | | 402 |
| 1131 | 2024-03-26 | ARMQC_02797997 | ARMQC_02798032 | | | | ID; 402; 403; 805 |
| 1132 | 2024-03-26 | ARMQC_02798033 | ARMQC_02798034 | | | | ID; 402; 403; 805 |
| 1133 | 2024-03-26 | ARMQC_02798035 | ARMQC_02798039 | | | | ID; 402; 403; 805 |
| 1134 | 2024-03-26 | QCVARM_1118820 | QCVARM_1118826 | | | | ID; CP; 1006; 402 |
| 1135 | 2024-03-27 | QCVARM_1024617 | QCVARM_1024618 | | | | 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1136 | 2024-03-28 | KF00261 | KF00466 | [redacted] | LaCroix, Selena | KF Ex. 16 (LaCroix) | 402, 403 |
| 1137 | 2024-03-28 | QCVARM_0526936 | QCVARM_0527018 | | | | ID; 402; 403; 805 |
| 1138 | 2024-03-28 | QCVARM_0616349 | QCVARM_0616431 | | | | ID; 402; 403; 805; D |
| 1139 | 2024-03-28 | QCVARM_1014030 | QCVARM_1014112 | | Shivashankar, Karthik; Youssef, Ehab | Shivashankar Ex. 11; Youssef Ex. 07 | ID; 402; 403; 805; D |
| 1140 | 2024-03-29 | QCVARM_1118995 | QCVARM_1118996 | | | | 402 |
| 1141 | 2024-03-29 | QCVARM_1118898 | QCVARM_1118900 | | | | ID; 402; CP; 1006 |
| 1142 | 2024-04-01 | QCVARM_1118997 | QCVARM_1118997 | | | | 402 |
| 1143 | 2024-04-02 | QCVARM_0447464 | QCVARM_0447473 | | | | ILL; 402; 403 |
| 1144 | 2024-04-02 | QCVARM_0524362 | QCVARM_0524362 | | Fonseca, Jeff; Hill, Daw | QCX 183 (Fonseca); QCX 298 (Hill Montegami) | 402 |
| 1145 | 2024-04-03 | QCVARM_0616935 | QCVARM_0616935 | | | | D; 402 |
| 1146 | 2024-04-04 | QCVARM_0527426 | QCVARM_0527438 | | | | CP; 1006; ID; 402; 403 |
| 1147 | 2024-04-05 | ARMQC_02740066 | ARMQC_02740069 | | Williamson, Paul | QCX 114 (Williamson) | 403; 402 |
| 1148 | 2024-04-09 | ARMQC_02720220 | ARMQC_02720225 | | | | 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1149 | 2024-04-10 | QCVARM_1118787 | QCVARM_1118794 | [redacted] | | | CP; 1006; ID; 402; 403 |
| 1150 | 2024-01-11 | QCVARM_1118890 | QCVARM_1118893 | | | | ID; CP; 1006; ID; 402 |
| 1151 | 2024-04-11 | QCVARM_0616965 | QCVARM_0616966 | | | | 402; 403 |
| 1152 | 2024-04-13 | QCVARM_1068512 | QCVARM_1068515 | | | | 402 |
| 1153 | 2024-04-15 | QCVARM_0531864 | QCVARM_0531864 | | | | ID; 106; 402; ILL |
| 1154 | 2024-04-15 | ARMQC_02745810 | ARMQC_02745826 | | | | 402; 403; 802; 805 |
| 1155 | 2024-04-15 | QCVARM_1118894 | QCVARM_1118895 | | | | 402 |
| 1156 | 2024-04-16 | QCVARM_0466176 | QCVARM_0466230 | | | | CP; 1006; 402; ID; ILL |
| 1157 | 2024-04-18 | QCVARM_0863299 | QCVARM_0863323 | | | | CP; 1006; 402; ID; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1158 | 2024-04-19 | QCVARM_0466231 | QCVARM_0466265 | [redacted] | | | CP; 1006; 402; ID; 403; ILL |
| 1159 | 2024-04-22 | QCVARM_0572592 | QCVARM_0572675 | | | | CP; 1006; 402; ID; 403; ILL; 805; 802 |
| 1160 | 2024-04-23 | QCVARM_1118003 | QCVARM_1118008 | | | | 402; 403 |
| 1161 | 2024-04-23 | QCVARM_1014018 | QCVARM_1014119 | | | | CP; 1006; 402, 403; ILL |
| 1162 | 2024-04-24 | n/a | n/a | | | | NP |
| 1163 | 2024-04-24 | n/a | n/a | | | | NP; 802; 805; 402; 403 |
| 1164 | 2024-04-25 | ARMQC_02745725 | ARMQC_02745741 | | George, Anupa | QCX 292 (George) | 402; 403; 802; 805 |
| 1165 | 2024-04-27 | n/a | n/a | | | | NP; 802; 402 |
| 1166 | 2024-05-01 | n/a | n/a | | | | NP |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1167 | 2024-05-01 | QCVARM_0466054 | QCVARM_0466119 | [redacted] | | | CP; 1006; 402; 403; ILL |
| 1168 | 2024-05-01 | n/a | n/a | | | | NP |
| 1169 | 2024-05-01 | QCVARM_0600039 | QCVARM_0600039 | | | | 106; 901; 402; 403; 802 |
| 1170 | 2024-05-01 | QCVARM_0600067 | QCVARM_0600067 | | | | 106; 901; 402; 403; 802 |
| 1171 | 2024-05-02 | QCVARM_1152036 | QCVARM_1152054 | | | | CP; 1006; 802; 402; ILL |
| 1172 | 2024-05-02 | QCVARM_1068566 | QCVARM_1068598 | | | | CP; 1006; 802; 402; ILL |
| 1173 | 2024-05-03 | QCVARM_0616964 | QCVARM_0616964 | | | | 802; 805; 402 |
| 1174 | 2024-05-06 | ARMQC_02745759 | ARMQC_02745776 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1175 | 2024-05-07 | QCVARM_0607679 | QCVARM_0607688 | [redacted] | | | CP; 1006; 402; 403 |
| 1176 | 2024-05-08 | ARMQC_00001038 | ARMQC_00001080 | | Simcoe, Timothy | Simcoe Ex. 09 | |
| 1177 | 2024-05-09 | ARMQC_02774029 | ARMQC_02774035 | | George, Anupa | QCX 293 (George) | 402; 403; 802; 805 |
| 1178 | 2024-05-10 | QCVARM_0599801 | QCVARM_0599802 | | | | 106; 402; 403 |
| 1179 | 2024-05-11 | QCVARM_0855693 | QCVARM_0855714 | | | | ID; CP; 1006; ILL; 402 |
| 1180 | 2024-05-14 | QCVARM_0463153 | QCVARM_0463536 | | | | ILL; 402 |
| 1181 | 2024-05-14 | QCVARM_0618568 | QCVARM_0618569 | | | | 402; 403 |
| 1182 | 2024-05-14 | ARMQC_02602454 | ARMQC_02602456 | | Bhattacharya, Aparajita | Bhattacharya Ex. 14 | 402; 403; 802; 805 |
| 1183 | 2024-05-14 | QCVARM_0863181 | QCVARM_0863185 | | Brogioli, Michael | Brogiolii Ex.17 | 403 |
| 1184 | 2024-05-14 | QCVARM_0863181 | QCVARM_0863189 | | | | CP; 1006; 403 |
| 1185 | 2024-05-18 | QCVARM_1118870 | QCVARM_1118871 | | | | 402 |
| 1186 | 2024-05-20 | QCVARM_0604645 | QCVARM_0604648 | | | | 402; 403 |
| 1187 | 2024-05-21 | QCVARM_1118146 | QCVARM_1118148 | | | | CP; 1006; 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1188 | 2024-05-21 | QCVARM_1119030 | QCVARM_1119031 | [redacted] | | | 402 |
| 1189 | 2024-05-23 | ARMQC_00085998 | ARMQC_00085998 | | Weidmann, Martin | QCX 55 (Weidmann) | 402; 403; 802; 805 |
| 1190 | 2024-05-23 | QCVARM_0532274 | QCVARM_0532275 | | | | 106; ILL; 402 |
| 1191 | 2024-05-24 | ARMQC_02784199 | ARMQC_02784204 | | Bhatnagar, Akshay | QCX 208 (Bhatnagar); QCX 209 (Bhatnagar) | ID; CP; 1006; 402; 403 |
| 1192 | 2024-05-24 | ARMQC_02773570 | ARMQC_02773574 | | Abbey, Will | Abbey Ex. 05; Abbey | ID; CP; 1006; 402; 403 |
| 1193 | 2024-05-24 | ARMQC_02773565 | ARMQC_02773569 | | Couillard, Lynn | QCX 145 (Couillard) | 402; 403 |
| 1194 | 2024-05-27 | QCVARM_1118884 | QCVARM_1118889 | | | | CP; 1006; 402 |
| 1195 | 2024-05-29 | n/a | n/a | | | | NP |
| 1196 | 2024-05-29 | n/a | n/a | | | | NP |
| 1197 | 2024-05-29 | QCVARM_1159901 | QCVARM_1159983 | | | | D |
| 1198 | 2024-05-29 | n/a | n/a | | | | ID; 802; NP; 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1199 | 2024-05-29 | QCVARM_1069127 | QCVARM_1069147 | [redacted] | | | CP; 1006; 402; ID; ILL |
| 1200 | 2024-05-30 | QCVARM_1118009 | QCVARM_1118011 | | | | 402; 403 |
| 1201 | 2024-05-30 | QCVARM_1118012 | QCVARM_1118015 | | | | 402; 403 |
| 1202 | 2024-05-30 | QCVARM_0530447 | QCVARM_0530453 | | | | 402; 403; 802; 805 |
| 1203 | 2024-05-31 | ARMQC_02797302 | ARMQC_02797305 | | | | 402; 802 |
| 1204 | 2024-05-31 | QCVARM_0579532 | QCVARM_0579540 | | | | 402; 403; 802; 805 |
| 1205 | 2024-05-21 | QCVARM_0616970 | QCVARM_0616974 | | | | 402; 403 |
| 1206 | 2024-06-00 | ARMQC_02783731 | ARMQC_02783847 | | Bhatnagar, Akshay | QCX 204 (Bhatnagar) | 402; 403 |
| 1207 | 2024-06-00 | QCVARM_0447506 | QCVARM_0447594 | | | | ID; ILL; 402 |
| 1208 | 2024-06-00 | QCVARM_0527125 | QCVARM_0527134 | | | | 802; 402 |
| 1209 | 2024-06-03 | n/a | n/a | | Brogioli, Michael | Brogiolii Ex.18 | NP; 802 |
| 1210 | 2024-06-05 | QCVARM_1118016 | QCVARM_1118019 | | | | 402; 403 |
| 1211 | 2024-06-05 | QCVARM_1118020 | QCVARM_1118023 | | | | 402; 403 |
| 1212 | 2024-06-05 | ARMQC_02774014 | ARMQC_02774028 | | | | 402; 403; 802; 805 |
| 1213 | 2024-06-06 | QCVARM_1118024 | QCVARM_1118028 | | | | 402; 403 |
| 1214 | 2024-06-06 | QCVARM_0602198 | QCVARM_0602203 | | | | ID; 402; CP; 1006 |
| 1215 | 2024-06-07 | QCVARM_0866937 | QCVARM_0866949 | | Simcoe, Timothy | Simcoe Ex. 08 | 802; 805; 402; 403 |
| 1216 | 2024-06-10 | ARMQC_02783599 | ARMQC_02783600 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1217 | 2024-06-10 | ARMQC_02783601 | ARMQC_02783602 | [redacted] | | | 402; 403; 802 |
| 1218 | 2024-06-10 | QCVARM_1121341 | QCVARM_1121341 | | | | 402; 403; 802 |
| 1219 | 2024-06-12 | QCVARM_1121338 | QCVARM_1121340 | | | | 402 |
| 1220 | 2024-06-12 | QCVARM_0595522 | QCVARM_0595529 | | | | 402 |
| 1221 | 2024-06-14 | QCVARM_1119005 | QCVARM_1119007 | | | | 402 |
| 1222 | 2024-06-14 | QCVARM_1119004 | QCVARM_1119004 | | | | 402 |
| 1223 | 2024-06-16 | QCVARM_1118481 | QCVARM_1118482 | | | | 802; 402 |
| 1224 | 2024-06-17 | QCVARM_1069941 | QCVARM_1069944 | | | | 802; 402 |
| 1225 | 2024-06-18 | QCVARM_0864277 | QCVARM_0864282 | | | | 802 |
| 1226 | 2024-06-19 | QCVARM_0618338 | QCVARM_0618340 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1227 | 2024-06-20 | QCVARM_0451834 | QCVARM_0451836 | [redacted] | | | 402 |
| 1228 | 2024-06-21 | ARMQC_02797763 | ARMQC_02797764 | | | | 402; 403; 802 |
| 1229 | 2024-06-21 | QCVARM_0523826 | QCVARM_0523831 | | | | 402; 403; 802 |
| 1230 | 2024-06-23 | QCVARM_1120682 | QCVARM_1120682 | | | | ID; D; 106; 901; 402; 403; 802 |
| 1231 | 2024-06-24 | ARMQC_02797625 | ARMQC_02797668 | | | | ID; 402; 403; 802 |
| 1232 | 2024-06-24 | ARMQC_02797689 | ARMQC_02797691 | | | | 402; 403; 802 |
| 1233 | 2024-06-24 | ARMQC_02797692 | ARMQC_02797698 | | | | ID; 402; 403; 802 |
| 1234 | 2024-06-24 | n/a | n/a | | | | NP; 802; 402 |
| 1235 | 2024-06-24 | ARMQC_02747993 | ARMQC_02747998 | | | | 402 |
| 1236 | 2024-06-26 | QCVARM_0523837 | QCVARM_0542837 | | | | 402; 403 |
| 1237 | 2024-06-28 | ARMQC_02789161 | ARMQC_02789201 | | | | ID; 402; 403; 802 |
| 1238 | 2024-06-28 | ARMQC_02789224 | ARMQC_02789226 | | | | 402; 403; 802 |
| 1239 | 2024-06-28 | ARMQC_02789227 | ARMQC_02789236 | | | | ID; 402; 403; 802 |
| 1240 | 2024-07-01 | ARMQC_02797972 | ARMQC_02797982 | | | | ID; 402; 403; 802 |
| 1241 | 2024-07-04 | ARMQC_02773915 | ARMQC_02773929 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1242 | 2024-07-04 | ARMQC_02602450 | ARMQC_02602452 | [redacted] | Bhattacharya, Aparajita | Bhattacharya Ex. 15 | 402; 403; 802; 805 |
| 1243 | 2024-07-05 | ARMQC_02783617 | ARMQC_02783617 | | | | 106; 402; 403; 802; 805 |
| 1244 | 2024-07-09 | QCVARM_0618707 | QCVARM_0618707 | | | | 402; 403 |
| 1245 | 2024-07-09 | QCVARM_0577544 | QCVARM_0577544 | | | | 402; 403 |
| 1246 | 2024-07-09 | QCVARM_0618705 | QCVARM_0618706 | | | | 402; 403 |
| 1247 | 2024-07-10 | QCVARM_1120590 | QCVARM_1120590 | | | | ID; D; 106; 901; 402; 403; 802 |
| 1248 | 2024-07-10 | QCVARM_1120612 | QCVARM_1120612 | | | | ID; D; 106; 901; 402; 403; 802 |
| 1249 | 2024-07-10 | QCVARM_0618708 | QCVARM_0618711 | | | | 402; 403 |
| 1250 | 2024-01-10 | QCVARM_0578265 | QCVARM_0578266 | | | | ID; 402; 403 |
| 1251 | 2024-07-10 | QCVARM_1118990 | QCVARM_1118991 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1252 | 2024-07-10 | QCVARM_0618703 | QCVARM_0618704 | [redacted] | | | 402; 403 |
| 1253 | 2024-07-10 | QCVARM_1119008 | QCVARM_1119011 | | Agrawal, Vivek | QCX 269 (Agrawal) | 402; 403; 802; 805 |
| 1254 | 2024-07-10 | QCVARM_0468212 | QCVARM_0468215 | | | | ID; CP; 1006; 402; 403 |
| 1255 | 2024-07-16 | QCVARM_0618324 | QCVARM_0618327 | | Hill, Dawn | QCX 307 (Hill Montegami) | ID; CP; 1006; 402; 403 |
| 1256 | 2024-07-18 | QCVARM_1090346 | QCVARM_1090588 | | Brogioli, Michael | Brogiolii Ex.12 | |
| 1257 | 2024-07-18 | QCVARM_1090346 | QCVARM_1090695 | | Agrawal, Vivek | QCX 220 (Agrawal) | D; 402; 403; 802; 805 |
| 1258 | 2024-07-22 | QCVARM_1088375 | QCVARM_1088488 | | | | 802 |
| 1259 | 2024-07-22 | QCVARM_0523754 | QCVARM_0523758 | | | | 402; 403 |
| 1260 | 2024-07-22 | QCVARM_0453129 | QCVARM_0453137 | | | | 402 |
| 1261 | 2024-07-22 | QCVARM_0602434 | QCVARM_0602435 | | | | 402; 403 |
| 1262 | 2024-07-24 | QCVARM_0609541 | QCVARM_0609542 | | | | 106; ILL; 402; D |
| 1263 | 2024-07-24 | QCVARM_0575617 | QCVARM_0575620 | | Agrawal, Vivek | QCX 270 (Agrawal) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1264 | 2024-07-24 | QCVARM_0618453 | QCVARM_0618453 | [redacted] | | | 402 |
| 1265 | 2024-07-26 | QCVARM_0447175 | QCVARM_0447181 | | | | 402; 403; D |
| 1266 | 2024-07-26 | QCVARM_0606139 | QCVARM_0606147 | | | | 402; 403 |
| 1267 | 2024-07-29 | n/a | n/a | | | | NP; 802; 402 |
| 1268 | 2024-07-29 | QCVARM_0465727 | QCVARM_0465773 | | | | ID; CP; 1006; 402; 403; ILL |
| 1269 | 2024-07-30 | QCVARM_0613083 | QCVARM_0613084 | | | | 402 |
| 1270 | 2024-07-31 | n/a | n/a | | | | NP; 802 |
| 1271 | 2024-07-31 | QCVARM_0847188 | QCVARM_0847486 | | | | |
| 1272 | 2024-07-31 | QCVARM_0714768 | QCVARM_0714786 | | | | 802; 805; 402 |
| 1273 | 2024-07-31 | n/a | n/a | | | | NP |
| 1274 | 2024-07-31 | QCVARM_0468164 | QCVARM_0468173 | | | | CP; 1006; ID; 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1275 | 2024-08-01 | QCVARM_1152055 | QCVARM_1152072 | [redacted] | | | ILL; 802 |
| 1276 | 2024-08-01 | QCVARM_0600076 | QCVARM_0600076 | | | | 106; 901; 402; 403; 802 |
| 1277 | 2024-08-01 | QCVARM_0600042 | QCVARM_0600042 | | | | 106; 901; 402; 403; 802 |
| 1278 | 2024-08-01 | QCVARM_0600075 | QCVARM_0600075 | | | | 106; 901; 402; 403; 802 |
| 1279 | 2024-08-05 | ARMQC_00000640 | ARMQC_00000814 | | | | |
| 1280 | 2024-08-05 | ARMQC_02779170 | ARMQC_02779170 | | Grisenthwaite, Richard | Grisenthwaite Ex. 30 | 402; 403 |
| 1281 | 2024-08-08 | ARMQC_02773808 | ARMQC_02773822 | | | | 402; 403; 802; 805 |
| 1282 | 2024-08-09 | QCVARM_0451791 | QCVARM_0451821 | | | | CP; 1006; ID; 402 |
| 1283 | 2024-08-11 | n/a | n/a | | | | NP; 802 |
| 1284 | 2024-08-13 | ARMQC_02755823 | ARMQC_02755832 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1285 | 2024-08-13 | ARMQC_02755859 | ARMQC_02755875 | [redacted] | | | 402; 403; 802; 805 |
| 1286 | 2024-08-13 | QCVARM_0602227 | QCVARM_0602230 | | | | 402; 403; ID |
| 1287 | 2024-08-16 | QCVARM_0602426 | QCVARM_0602429 | | | | 402; 403 |
| 1288 | 2024-08-19 | QCVARM_0600098 | QCVARM_0600100 | | | | 402; 403; 106; ID; 901 |
| 1289 | 2024-08-21 | QCVARM_1118036 | QCVARM_1118039 | | | | 402; 403 |
| 1290 | 2024-08-21 | QCVARM_1118040 | QCVARM_1118042 | | | | 402; 403 |
| 1291 | 2024-08-21 | QCVARM_0525344 | QCVARM_0525353 | | | | 402; 403 |
| 1292 | 2024-08-22 | QCVARM_0616975 | QCVARM_0616976 | | | | 402; 403 |
| 1293 | 2024-08-23 | QCVARM_0604257 | QCVARM_0604259 | | | | 402; 403 |
| 1294 | 2024-08-23 | QCVARM_1068905 | QCVARM_1068921 | | | | 402; 403; ILL; ID |
| 1295 | 2024-08-26 | QCVARM_0617947 | QCVARM_0617966 | | | | CP; 1006; 402; 403 |
| 1296 | 2024-08-26 | QCVARM_1118029 | QCVARM_1118032 | | | | 402; 403 |
| 1297 | 2024-08-26 | QCVARM_0465500 | QCVARM_0465545 | | | | CP; 1006; 402; 403; ILL |
| 1298 | 2024-08-27 | QCVARM_1067662 | QCVARM_1067664 | | Holla, Sudeep | QCX 5 (Holla) | ID; 901; 106; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1299 | 2024-08-27 | QCVARM_0856339 | QCVARM_0856778 | [redacted] | | | CP; 1006; 402; 403; ILL |
| 1300 | 2024-08-28 | ARMQC_02755890 | ARMQC_02755902 | | | | 402; 403; 802; 805 |
| 1301 | 2024-08-28 | ARMQC_02755903 | ARMQC_02755928 | | Bhattacharya, Aparajita | Bhattacharya Ex. 17 | CP; 1006; 402; 403 |
| 1302 | 2024-08-28 | ARMQC_02755903 | ARMQC_02755945 | | | | CP; 1006; D; 402; 403 |
| 1303 | 2024-08-29 | ARMQC_02797765 | ARMQC_02797766 | | | | 402; 403; 802 |
| 1304 | 2024-08-29 | n/a | n/a | | | | NP; 802; 805; 402; 403 |
| 1305 | 2024-08-29 | QCVARM_0525354 | QCVARM_0525355 | | | | 402; 403 |
| 1306 | 2024-08-29 | QCVARM_1118795 | QCVARM_1118799 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1307 | 2024-08-30 | QCVARM_1118862 | QCVARM_1118864 | [redacted] | | | 402; 403 |
| 1308 | 2024-08-30 | QCVARM_1118800 | QCVARM_1118805 | | | | 402; 403 |
| 1309 | 2024-08-31 | QCVARM_1118865 | QCVARM_1118866 | | | | 402; 403 |
| 1310 | 2024-09-00 | ARMQC_02783848 | ARMQC_02783966 | | Bhatnagar, Akshay | QCX 205 (Bhatnagar) | 402; 403; ID; ILL |
| 1311 | 2024-09-00 | QCVARM_1070982 | QCVARM_1070989 | | | | 802; 805; 402; 403, 901 |
| 1312 | 2024-09-03 | QCVARM_0468426 | QCVARM_0468434 | | | | 402; 403 |
| 1313 | 2024-09-04 | n/a | n/a | | | | NP; 802; 402; 403 |
| 1314 | 2024-09-04 | QCVARM_0465564 | QCVARM_0465598 | | | | CP; 1006; 402; 403; ILL |
| 1315 | 2024-09-04 | QCVARM_1118832 | QCVARM_1118835 | | | | 402; 403 |
| 1316 | 2024-09-05 | QCVARM_1118934 | QCVARM_1118936 | | | | 402; 403 |
| 1317 | 2024-09-05 | ARMQC_02784258 | ARMQC_02784258 | | Agrawal, Vivek | QCX 271 (Agrawal) | 402; 403; 802; 805 |
| 1318 | 2024-09-06 | QCVARM_0599620 | QCVARM_0599625 | | | | 402; 403 |
| 1319 | 2024-09-09 | QCVARM_1122504 | QCVARM_1122507 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1320 | 2024-09-10 | QCVARM_1030726 | QCVARM_1030730 | [redacted] | | | 402; 403 |
| 1321 | 2024-09-12 | ARMQC_02773656 | ARMQC_02773670 | | George, Anupa | QCX 287 (George) | 402; 403; 802; 805 |
| 1322 | 2024-09-12 | ARMQC_02773671 | ARMQC_02773685 | | | | 402; 403; 802; 805 |
| 1323 | 2024-09-13 | QCVARM_1122508 | QCVARM_1122514 | | | | 402; 403 |
| 1324 | 2024-09-14 | ARMQC_02763016 | ARMQC_02763025 | | | | 402; 403; 802; 805; ID |
| 1325 | 2024-09-16 | QCVARM_0602395 | QCVARM_0602400 | | | | 402; 403 |
| 1326 | 2024-09-16 | QCVARM_0602404 | QCVARM_0602405 | | | | 402; 403 |
| 1327 | 2024-09-17 | ARMQC_02797314 | ARMQC_02797357 | | | | ID; 402; 403; 802 |
| 1328 | 2024-09-17 | ARMQC_02797379 | ARMQC_02797380 | | | | 402; 403; 802 |
| 1329 | 2024-09-17 | ARMQC_02797381 | ARMQC_02797384 | | | | ID; 402; 403; 802 |
| 1330 | 2024-09-17 | ARMQC_02602445 | ARMQC_02602447 | | Bhattacharya, Aparajita | Bhattacharya Ex. 16 | 402; 403; 802; 805 |
| 1331 | 2024-09-17 | ARMQC_02752740 | ARMQC_02752740 | | Abbey, Will; Awad, Mohamed; Couillard, Lynn; Haas, Rene | Abbey Ex. 07; QCX 279 (Awad); QCX 141 (Couillard); Haas Ex. 07 | 402 |
| 1332 | 2024-09-18 | QCVARM_0618712 | QCVARM_0618712 | | | | 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1333 | 2024-09-18 | ARMQC_02762991 | ARMQC_02763025 | [redacted] | Awad, Mohamed | QCX 280 (Awad) | |
| 1334 | 2024-09-19 | QCVARM_1118043 | QCVARM_1118047 | | | | 402; 403 |
| 1335 | 2024-09-19 | QCVARM_0851119 | QCVARM_0851180 | | | | CP; 1006; 402; 403; 802; ILL |
| 1336 | 2024-09-20 | QCVARM_0616912 | QCVARM_0616913 | | Collins, Spencer | QCX 95 (Collins) | 402; 403; 802 |
| 1337 | 2024-09-20 | QCVARM_0850936 | QCVARM_0850993 | | | | CP; 1006; 402; 403; 802 |
| 1338 | 2024-09-23 | ARMQC_02789069 | ARMQC_02789070 | | | | ID; 402; 403; 802 |
| 1339 | 2024-09-24 | ARMQC_02798726 | ARMQC_02798728 | | | | ID; 402; 802 |
| 1340 | 2024-09-24 | ARMQC_02798732 | ARMQC_02798733 | | | | 402; 802 |
| 1341 | 2024-09-24 | ARMQC_02798776 | ARMQC_02798777 | | | | ID; 402; 802 |
| 1342 | 2024-09-24 | ARMQC_02798778 | ARMQC_02798779 | | | | ID; 402; 802 |
| 1343 | 2024-09-24 | ARMQC_02742873 | ARMQC_02742876 | | Hughes, Phil | Hughes Ex. 10 | 402 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1344 | 2024-09-25 | ARMQC_02742814 | ARMQC_02742818 | [redacted] | Hughes, Phil | Hughes Ex. 11 | 402; 403 |
| 1345 | 2024-09-25 | ARMQC_02773617 | ARMQC_02773625 | | | | 402; 403; 802; 805 |
| 1346 | 2024-09-26 | ARMQC_02784120 | ARMQC_02784198 | | Bhatnagar, Akshay | QCX 212 (Bhatnagar) | 402; 403 |
| 1347 | 2024-09-26 | ARMQC_02798676 | ARMQC_02798714 | | | | ID; 402; 403; 802 |
| 1348 | 2024-09-26 | ARMQC_02798715 | ARMQC_02798717 | | | | ID; 402; 403; 802 |
| 1349 | 2024-09-26 | ARMQC_02798718 | ARMQC_02798723 | | | | ID; 402; 403; 802 |
| 1350 | 2024-09-27 | QCVARM_0573671 | QCVARM_0573673 | | Fonseca, Jeff; Youssef, I | QCX 185 (Fonseca); Youssef Ex. 05 | 403; 408 |
| 1351 | 2024-09-27 | QCVARM_0616916 | QCVARM_0616918 | | Collins, Spencer | QCX 96 (Collins) | 403; 408 |
| 1352 | 2024-09-27 | QCVARM_1121932 | QCVARM_1121990 | | | | 402; 403; ILL |
| 1353 | 2024-09-27 | QCVARM_0616950 | QCVARM_0616954 | | | | CP; 1006; 805 |
| 1354 | 2024-09-27 | QCVARM_1119025 | QCVARM_1119026 | | | | 402; 403 |
| 1355 | 2024-09-28 | ARMQC_02798591 | ARMQC_02798593 | | | | 402; 403; 802 |
| 1356 | 2024-09-28 | QCVARM_1120705 | QCVARM_1120705 | | | | ID; D; 106; 901; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1357 | 2024-09-28 | QCVARM_1122515 | QCVARM_1122517 | [redacted] | | | 402; 403 |
| 1358 | 2024-09-29 | ARMQC_02798825 | ARMQC_02798825 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1359 | 2024-09-29 | ARMQC_02798826 | ARMQC_02798826 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1360 | 2024-09-29 | ARMQC_02798831 | ARMQC_02798831 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1361 | 2024-09-29 | ARMQC_02798834 | ARMQC_02798834 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1362 | 2024-09-29 | ARMQC_02798835 | ARMQC_02798835 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1363 | 2024-09-29 | ARMQC_02798841 | ARMQC_02798841 | | | | ID; D; 106; 501; 402; 403; 802; ILL |
| 1364 | 2024-09-29 | ARMQC_02798844 | ARMQC_02798844 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1365 | 2024-09-29 | ARMQC_02798850 | ARMQC_02798850 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1366 | 2024-09-29 | ARMQC_02798861 | ARMQC_02798861 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1367 | 2024-09-29 | QCVARM_1119023 | QCVARM_1119024 | | | | 402; 403 |
| 1368 | 2024-09-29 | QCVARM_1119027 | QCVARM_1119029 | | | | 402; 403 |
| 1369 | 2024-09-30 | ARMQC_02798582 | ARMQC_02798586 | | | | ID; 402; 403; 802 |
| 1370 | 2024-09-30 | ARMQC_02798813 | ARMQC_02798813 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1371 | 2024-09-30 | ARMQC_02798815 | ARMQC_02798815 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1372 | 2024-09-30 | ARMQC_02798818 | ARMQC_02798818 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1373 | 2024-09-30 | ARMQC_02798820 | ARMQC_02798820 | | | | ID; D; 106; 501; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1374 | 2024-09-30 | ARMQC_02798821 | ARMQC_02798821 | [redacted] | | | ID; D; 106; 501; 402; 403; 802 |
| 1375 | 2024-09-30 | ARMQC_02798822 | ARMQC_02798822 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1376 | 2024-09-30 | ARMQC_02798824 | ARMQC_02798824 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1377 | 2024-09-30 | ARMQC_02798827 | ARMQC_02798827 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1378 | 2024-09-30 | ARMQC_02798828 | ARMQC_02798828 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1379 | 2024-09-30 | ARMQC_02798829 | ARMQC_02798829 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1380 | 2024-09-30 | ARMQC_02798836 | ARMQC_02798836 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1381 | 2024-09-30 | ARMQC_02798837 | ARMQC_02798837 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1382 | 2024-09-30 | ARMQC_02798839 | ARMQC_02798839 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1383 | 2024-09-30 | ARMQC_02798845 | ARMQC_02798845 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1384 | 2024-09-30 | ARMQC_02798846 | ARMQC_02798846 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1385 | 2024-09-30 | ARMQC_02798848 | ARMQC_02798848 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1386 | 2024-09-30 | ARMQC_02798851 | ARMQC_02798851 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1387 | 2024-09-30 | ARMQC_02798853 | ARMQC_02798853 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1388 | 2024-09-30 | ARMQC_02798854 | ARMQC_02798854 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1389 | 2024-09-30 | ARMQC_02798855 | ARMQC_02798855 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1390 | 2024-09-30 | ARMQC_02798856 | ARMQC_02798856 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1391 | 2024-09-30 | ARMQC_02798857 | ARMQC_02798857 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1392 | 2024-09-30 | ARMQC_02798858 | ARMQC_02798858 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1393 | 2024-09-30 | ARMQC_02798859 | ARMQC_02798859 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1394 | 2024-09-30 | ARMQC_02798860 | ARMQC_02798860 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1395 | 2024-10-00 | ARMQC_02771168 | ARMQC_02771199 | | Brogioli, Michael | Brogioli Ex. 2 | 402; 403 |
| 1396 | 2024-10-00 | QCVARM_0580792 | QCVARM_0580800 | | | | 402; 403; ILL |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1397 | 2024-10-00 | QCVARM_0851876 | QCVARM_0851907 | [redacted] | Weidmann, Martin | QCX 51 (Weidmann) | 402; 403; 802; 805; D |
| 1398 | 2024-10-01 | ARMQC_02798819 | ARMQC_02798819 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1399 | 2024-10-01 | ARMQC_02798838 | ARMQC_02798838 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1400 | 2024-10-02 | QCVARM_1151620 | QCVARM_1151620 | | | | 402; 403; 802 |
| 1401 | 2024-10-05 | QCVARM_1013202 | QCVARM_1013223 | | | | CP; 1006; 402; 403; ILL |
| 1402 | 2024-10-08 | ARMQC_02798832 | ARMQC_02798832 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1403 | 2024-10-08 | ARMQC_02798843 | ARMQC_02798843 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1404 | 2024-10-08 | ARMQC_02762987 | ARMQC_02762987 | | Badani, Ami | Badani Ex. 01 | 402; 403 |
| 1405 | 2024-10-09 | QCVARM_0572833 | QCVARM_0572834 | | | | 402; 403 |
| 1406 | 2024-10-10 | ARMQC_02798817 | ARMQC_02798817 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1407 | 2024-10-10 | ARMQC_02798823 | ARMQC_02798823 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1408 | 2024-10-10 | ARMQC_02798830 | ARMQC_02798830 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1409 | 2024-10-10 | ARMQC_02798833 | ARMQC_02798833 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1410 | 2024-10-10 | ARMQC_02798840 | ARMQC_02798840 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1411 | 2024-10-10 | ARMQC_02798842 | ARMQC_02798842 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1412 | 2024-10-10 | ARMQC_02798847 | ARMQC_02798847 | | | | ID; D; 106; 501; 402; 403; 802 |
| 1413 | 2024-10-10 | ARMQC_02798849 | ARMQC_02798849 | | | | ID; D; 106; 501; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1414 | 2024-10-10 | ARMQC_02798852 | ARMQC_02798852 | [redacted] | | | ID; D; 106; 501; 402; 403; 802 |
| 1415 | 2024-10-13 | FGS_0000170 | FGS_0000171 | | Kranhold, Paul | FGS 03 (Kranhold) | 402; 403; D |
| 1416 | 2024-10-14 | ARMQC_02798816 | ARMQC_02798816 | | | | 106; 501; 402; 403 |
| 1417 | 2024-10-14 | MOFO_ARMQC_00000004 | MOFO_ARMQC_00000005 | | Siegel, Ken | MOFO Ex. 10 | D; 402; 403 |
| 1418 | 2024-10-14 | QCVARM_0618975 | QCVARM_0618976 | | | | 402; 403 |
| 1419 | 2024-10-15 | ARMQC_02773592 | ARMQC_02773601 | | | | 402; 403; 802; 805 |
| 1420 | 2024-10-16 | ARMQC_02773602 | ARMQC_02773616 | | | | 402; 403; 802; 805 |
| 1421 | 2024-10-16 | QCVARM_1119018 | QCVARM_1119019 | | | | 402; 403 |
| 1422 | 2024-10-16 | QCVARM_0865488 | QCVARM_0865491 | | | | CP; ILL; 402; 403; 802; 805; 106 |
| 1423 | 2024-10-17 | ARMQC_02798814 | ARMQC_02798814 | | Ehab Youssef; Britven, Thomas | QCX 501 (Youssef); Britven Ex. 3 | D; 402; 403; 802 |
| 1424 | 2024-10-17 | ARMQC_02798814 | ARMQC_02798814 | | | | D; 402; 403; 802 |
| 1425 | 2024-10-17 | QCVARM_1069482 | QCVARM_1069535 | | | | CP; ILL; 1006; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1426 | 2024-10-18 | QCVARM_1071246 | QCVARM_1071246 | [redacted] | | | 402; 403; 802 |
| 1427 | 2024-10-18 | QCVARM_1119020 | QCVARM_1119022 | | | | D; 402; 403 |
| 1428 | 2024-10-18 | FGS_0000823 | FGS_0000823 | | | | 501; 402; 403; 802 |
| 1429 | 2024-10-18 | ARMQC_02772155 | ARMQC_02772156 | | Fonseca, Jeff | QCX 187 (Fonseca) | 402; 403 |
| 1430 | 2024-10-18 | FGS_0000800 | FGS_0000802 | | | | CP; D; 1006; 501; 402; 403; 802 |
| 1431 | 2024-10-18 | QCVARM_0857149 | QCVARM_0857183 | | | | |
| 1432 | 2024-10-19 | FGS_0000846 | FGS_0000847 | | | | D; 402; 403; CP; 1006 |
| 1433 | 2024-10-19 | FGS_0000806 | FGS_0000810 | | | | CP; D; 402; 403; 802; 805; 1006 |
| 1434 | 2024-10-19 | FGS_0000185 | FGS_0000187 | | Kranhold, Paul | FGS 04 (Kranhold) | D; 501; 402; 403; CP; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1435 | 2024-10-19 | FGS_0000816 | FGS_0000818 | [redacted] | | | CP; D; 1006; 501; 402; 403; 802 |
| 1436 | 2024-10-19 | FGS_0000826 | FGS_0000828 | | | | ID; CP; D; 1006; 501; 402; 403; 802 |
| 1437 | 2024-10-19 | FGS_0000190 | FGS_0000298 | | Kranhold, Paul | FGS 05 (Kranhold) | CP; 1006; 402; 403 |
| 1438 | 2024-10-20 | FGS_0000803 | FGS_0000804 | | | | D; 106; 402; 403; 802 |
| 1439 | 2024-10-20 | FGS_0000830 | FGS_0000831 | | | | ID; D; 402; 403; 802 |
| 1440 | 2024-10-21 | n/a | n/a | | | | NP; 901; 402; 403; 802 |
| 1441 | 2024-10-21 | QCVARM_0865022 | QCVARM_0865028 | | | | CP; 1006; 402; 403; 802; 805; ILL |
| 1442 | 2024-10-21 | FGS_0000813 | FGS_0000815 | | | | CP; D; 1006; 402; 403; 802 |
| 1443 | 2024-10-21 | FGS_0000317 | FGS_0000317 | | Kranhold, Paul | FGS 06 (Kranhold) | D; 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1444 | 2024-10-21 | FGS_0000160 | FGS_0000161 | [redacted] | Kranhold, Paul | FGS 07 (Kranhold) | D; 402; 403; 802; 805 |
| 1445 | 2024-10-21 | ARMQC_02762874 | ARMQC_02762875 | | Siegel, Ken | MOFO Ex. 03 | ID; D; 402; 403; 802 |
| 1446 | 2024-10-21 | ARMQC_02762878 | ARMQC_02762878 | | Siegel, Ken | MOFO Ex. 07 | ID; D; 402; 403; 802 |
| 1447 | 2024-10-21 | FGS_0000829 | FGS_0000829 | | | | D; 106; 402; 403 |
| 1448 | 2024-10-21 | FGS_0000837 | FGS_0000837 | | | | D; 106; 402; 403 |
| 1449 | 2024-10-22 | ARMQC_02749015 | ARMQC_02749016 | | Abbey, Will | Abbey Ex. 10 | D |
| 1450 | 2024-10-22 | QCVARM_0618336 | QCVARM_0618337 | | | | D |
| 1451 | 2024-10-22 | QCVARM_0716979 | QCVARM_0716982 | | | | 402; 403; 802; 805 |
| 1452 | 2024-10-22 | QCVARM_1030011 | QCVARM_1030012 | | Collins, Spencer; Siegel, Ken; Richards, Steven | QCX 83 (Collins); MOFO Ex. 08; Richards Ex. 7 | D |
| 1453 | 2024-10-22 | QCVARM_1030816 | QCVARM_1030817 | | | | D |
| 1454 | 2024-10-22 | n/a | n/a | | | | NP; 402; 403; 802 |
| 1455 | 2024-10-22 | n/a | n/a | | | | NP; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1456 | 2024-10-22 | QCVARM_0864901 | QCVARM_0864904 | [redacted] | | | CP; 402; 403; 802; 805; 1006; 901 |
| 1457 | 2024-10-22 | FGS_0000840 | FGS_0000840 | | | | D; 106; 402; 403 |
| 1458 | 2024-10-22 | FGS_0000822 | FGS_0000822 | | | | D; 106; 402; 403 |
| 1459 | 2024-10-22 | FGS_0000363 | FGS_0000365 | | Kranhold, Paul | FGS 10 (Kranhold) | D; 402; 403; 802 |
| 1460 | 2024-10-22 | FGS_0000366 | FGS_0000368 | | Kranhold, Paul | FGS 08 (Kranhold) | CP; D; 402; 403; 1006 |
| 1461 | 2024-10-22 | ARMQC_02762876 | ARMQC_02762877 | | Siegel, Ken | MOFO Ex. 04 | ID; D; 402; 403; 802 |
| 1462 | 2024-10-22 | ARMQC_02762971 | ARMQC_02762971 | | Siegel, Ken | MOFO Ex. 06 | ID; D; 402; 403; 802 |
| 1463 | 2024-10-22 | ARMQC_02762879 | ARMQC_02762879 | | Siegel, Ken | MOFO Ex. 05 | ID; D; 402; 403; 802 |
| 1464 | 2024-10-22 | FGS_0000073 | FGS_0000074 | | Kranhold, Paul | FGS 11 (Kranhold) | D; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1465 | 2024-10-22 | FGS_0000375 | FGS_0000376 | [redacted] | Kranhold, Paul | FGS 12 (Kranhold) | D; 402; 403; 802; 805 |
| 1466 | 2024-10-22 | FGS_0000389 | FGS_0000390 | | Badani, Ami | Badani Ex. 02 | D; 402; 403; 802; 805 |
| 1467 | 2024-10-22 | FGS_0000820 | FGS_0000821 | | | | D; 402; 403; 802; 805 |
| 1468 | 2024-10-22 | ARMQC_02770408 | ARMQC_02770409 | | Kranhold, Paul | FGS 13 (Kranhold) | 402; 403; 802; 805 |
| 1469 | 2024-10-22 | FGS_0000395 | FGS_0000396 | | Kranhold, Paul | FGS 15 (Kranhold) | D; 402; 403; 802; 805 |
| 1470 | 2024-10-22 | ARMQC_02749014 | ARMQC_02749016 | | Badani, Ami; Grisenthwaite, Richard; Haas, Rene; Hughes, Phil | Grisenthwaite Ex. 08; Haas Ex. 02; Hughes Ex. 13 | D; 402; 403; 802; 1006 |
| 1471 | 2024-10-22 | FGS_0000403 | FGS_0000404 | | | | 402; 403; 802 |
| 1472 | 2024-10-22 | FGS_0000162 | FGS_0000163 | | Kranhold, Paul | FGS 14 (Kranhold) | 402; 403; 802; D |
| 1473 | 2024-10-22 | ARMQC_02794057 | ARMQC_02794059 | | Richards, Steven | Richards Ex. 11 | 802; 805; 402; 403 |
| 1474 | 2024-10-22 | FGS_0000409 | FGS_0000410 | | Kranhold, Paul | FGS 16 (Kranhold) | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1475 | 2024-10-22 | FGS_0000415 | FGS_0000416 | [redacted] | | | 402; 403; 802 |
| 1476 | 2024-10-22 | n/a | n/a | | | | 802; 805; NP; 402; 403 |
| 1477 | 2024-10-22 | FGS_0000446 | FGS_0000447 | | Kranhold, Paul | FGS 19 (Kranhold) | 402; 403; 802; D |
| 1478 | 2024-10-23 | n/a | n/a | | | | 802; 805; NP; 402; 403 |
| 1479 | 2024-10-23 | QCVARM_0616914 | QCVARM_0616915 | | Fonseca, Jeff | QCX 186 (Fonseca) | |
| 1480 | 2024-10-23 | QCVARM_1030813 | QCVARM_1030814 | | Collins, Spencer | QCX 97 (Collins) | |
| 1481 | 2024-10-23 | ARMQC_02742856 | ARMQC_02742858 | | Hughes, Phil | Hughes Ex. 17 | D; 402; 403; 802 |
| 1482 | 2024-10-23 | FGS_0000448 | FGS_0000448 | | Kranhold, Paul | FGS 09 (Kranhold) | 402; 403; 106; 802 |
| 1483 | 2024-10-23 | ARMQC_02770389 | ARMQC_02770390 | | Haas, Rene | Haas Ex. 03 | D |
| 1484 | 2024-10-23 | MOFO_ARMQC_00000002 | MOFO_ARMQC_00000003 | | Siegel, Ken | MOFO Ex. 14 | D |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1485 | 2024-10-23 | ARMQC_02762898 | ARMQC_02762900 | [redacted] | Siegel, Ken | MOFO Ex. 11 | D; 402; 403; 802; 805 |
| 1486 | 2024-10-23 | QCVARM_1028388 | QCVARM_1028388 | | | | 402; 403; 802; LANG |
| 1487 | 2024-10-23 | QCVARM_0454071 | QCVARM_0454072 | | | | 402; 403; 802; LANG; D |
| 1488 | 2024-10-23 | MOFO_ARMQC_00000001 | MOFO_ARMQC_00000001 | | Siegel, Ken | MOFO Ex. 12 | 402; 403 |
| 1489 | 2024-10-23 | QCVARM_0616942 | QCVARM_0616946 | | | | 402; 403 |
| 1490 | 2024-10-23 | QCVARM_0525844 | QCVARM_0525850 | | Fonseca, Jeff; Hill, Daw | QCX 181 (Fonseca); QCX 296 (Hill Montegami) | 402; 403 |
| 1491 | 2024-10-23 | QCVARM_0616928 | QCVARM_0616934 | | | | 402; 403; D |
| 1492 | 2024-10-23 | FGS_0000458 | FGS_0000460 | | Kranhold, Paul | FGS 17 (Kranhold) | 402; 403; 802 |
| 1493 | 2024-10-23 | QCVARM_0448362 | QCVARM_0448362 | | | | 402; 403; 802 |
| 1494 | 2024-10-23 | ARMQC_02798391 | ARMQC_02798391 | | | | 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1495 | 2024-10-23 | ARMQC_02742798 | ARMQC_02742801 | [redacted] | Hughes, Phil | Hughes Ex. 12 | 402; 403; CP; 1006; D |
| 1496 | 2024-10-23 | ARMQC_02798442 | ARMQC_02798442 | [redacted] | | | 402; 403; ID |
| 1497 | 2024-10-23 | ARMQC_02798392 | ARMQC_02798396 | [redacted] | | | 402; 403; 106 |
| 1498 | 2024-10-23 | QCVARM_1152261 | QCVARM_1152272 | [redacted] | | | 402; 403; 802 |
| 1499 | 2024-10-23 | ARMQC_02740595 | ARMQC_02740599 | [redacted] | Hughes, Phil | Hughes Ex. 18 | 402; 403; 802; CP; 1006 |
| 1500 | 2024-10-23 | FGS_0000494 | FGS_0000495 | [redacted] | Kranhold, Paul | FGS 21 (Kranhold) | 402; 403; 802 |
| 1501 | 2024-10-23 | FGS_0000509 | FGS_0000521 | [redacted] | Kranhold, Paul | FGS 22 (Kranhold) | 402; 403; 802 |
| 1502 | 2024-10-23 | FGS_0000130 | FGS_0000142 | [redacted] | Kranhold, Paul | FGS 20 (Kranhold) | 402; 403; 802; D |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1503 | 2024-10-23 | FGS_0000006 | FGS_0000020 | [redacted] | Kranhold, Paul | FGS 23 (Kranhold) | 402; 403; 802; CP; 1006 |
| 1504 | 2024-10-23 | FGS_0000525 | FGS_0000527 | | Kranhold, Paul | FGS 18 (Kranhold) | 402; 403; 802; D |
| 1505 | 2024-10-23 | QCVARM_1121337 | QCVARM_1121337 | | | | 402; 403; 802 |
| 1506 | 2024-10-23 | ARMQC_02798382 | ARMQC_02798387 | | | | 402; 403; ID |
| 1507 | 2024-10-23 | QCVARM_1121354 | QCVARM_1121354 | | | | 402; 403; 802 |
| 1508 | 2024-10-23 | ARMQC_02740600 | ARMQC_02740626 | | Hughes, Phil | Hughes Ex. 19 | 402; 403; 802; CP; 1006 |
| 1509 | 2024-10-23 | QCVARM_1121359 | QCVARM_1121359 | | | | 402; 403 |
| 1510 | 2024-10-23 | QCVARM_0624133 | QCVARM_0624135 | | | | 402; 403; 802; D |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1511 | 2024-10-23 | QCVARM_1029004 | QCVARM_1029016 | [redacted] | | | 402; 403; 802; CP; D; 1006 |
| 1512 | 2024-10-23 | ARMQC_02798378 | ARMQC_02798379 | | | | 402; 403 |
| 1513 | 2024-10-23 | QCVARM_1031125 | QCVARM_1031126 | | | | 402; 403; 802; 805 |
| 1514 | 2024-10-23 | QCVARM_0623912 | QCVARM_0623918 | | | | 402; 403; 802; 805; CP; 1006 |
| 1515 | 2024-10-23 | QCVARM_1029017 | QCVARM_1029028 | | | | 402; 403; 802; CP; 1006 |
| 1516 | 2024-10-23 | ARMQC_02798439 | ARMQC_02798440 | | | | 402; 403 |
| 1517 | 2024-10-23 | n/a | n/a | | | | 802; 805; NP; 402; 403 |
| 1518 | 2024-10-23 | ARMQC_02798388 | ARMQC_02798390 | | | | 402; 403 |
| 1519 | 2024-10-23 | ARMQC_02798413 | ARMQC_02798415 | | | | 402; 403; D |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1520 | 2024-10-23 | ARMQC_02798422 | ARMQC_02798424 | [redacted] | | | 402; 403 |
| 1521 | 2024-10-23 | ARMQC_02762912 | ARMQC_02762917 | | Kranhold, Paul | FGS 33 (Kranhold) | 402; 403; D |
| 1522 | 2024-10-23 | QCVARM_1121362 | QCVARM_1121362 | | | | 402; 403; 802 |
| 1523 | 2024-10-23 | QCVARM_1121350 | QCVARM_1121350 | | | | 402; 403; 802 |
| 1524 | 2024-10-23 | QCVARM_1163121 | QCVARM_1163126 | | | | 402; 403; 802; ID |
| 1525 | 2024-10-23 | QCVARM_0713488 | QCVARM_0713489 | | | | 402; 403; 802 |
| 1526 | 2024-10-23 | ARMQC_02798416 | ARMQC_02798419 | | | | 402; 403 |
| 1527 | 2024-10-23 | ARMQC_02742861 | ARMQC_02742862 | | | | 402; 403; 802 |
| 1528 | 2024-10-23 | QCVARM_0713538 | QCVARM_0713538 | | | | 402; 403; 802 |
| 1529 | 2024-10-23 | QCVARM_0847094 | QCVARM_0847099 | | Collins, Spencer; Hughes, Phil; Kranhold, Paul; Siegel, Ken | QCX 85 (Collins); Hughes Ex. 16; FGS 32 (Kranhold); MOFO Ex. 09 | 802; 805; 402; 403; D |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1530 | 2024-10-23 | QCVARM_1152261 | QCVARM_1152272 | [redacted] | | | 802; 402; 403; D |
| 1531 | 2024-10-23 | QCVARM_0617827 | QCVARM_0617831 | | | | 106; 402; 403; 802; 805; 901 |
| 1532 | 2024-10-23 | QCVARM_0713535 | QCVARM_0713537 | | | | 402; 403; 802; 901 |
| 1533 | 2024-10-24 | ARMQC_02720251 | ARMQC_02720257 | | | | 402; 403; 802 |
| 1534 | 2024-10-24 | ARMQC_02771946 | ARMQC_02771948 | | Fonseca, Jeff, Nelson, Ja | QCX 170 (Fonseca), QCX 303 (Nelson) | |
| 1535 | 2024-10-24 | QCVARM_0526828 | QCVARM_0526830 | | Abbey, Will; Bhatnagar, Akshay; Couillard, Lynn; Shivashankar, Karthik; Youssef, Ehab | Abbey Ex. 06; QCX 210 (Bhatnagar); QCX 146 (Couillard); Shivashankar Ex. 13; Youssef Ex. 06 | |
| 1536 | 2024-10-24 | QCVARM_0616967 | QCVARM_0616969 | | Britven, Thomas | Britven Ex. 13 | |
| 1537 | 2024-10-24 | QCVARM_1014305 | QCVARM_1014309 | | | | |
| 1538 | 2024-10-24 | QCVARM_0713477 | QCVARM_0713479 | | | | 402; 403; 802; 901 |
| 1539 | 2024-10-24 | QCVARM_0713530 | QCVARM_0713531 | | | | 106; 402; 403; 802; 805; 901 |
| 1540 | 2024-10-24 | ARMQC_02742793 | ARMQC_02742794 | | Hughes, Phil | Hughes Ex. 15 | 402; 403; 802 |
| 1541 | 2024-10-24 | ARMQC_02742769 | ARMQC_02742772 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1542 | 2024-10-24 | MOFO_ARMQC_00000006 | MOFO_ARMQC_00000027 | [redacted] | Siegel, Ken | MOFO Ex. 13 | 106; 402; 403; 408; 802; 805; 901 |
| 1543 | 2024-10-24 | ARMQC_02762949 | ARMQC_02762951 | | Badani, Ami | Badani Ex. 07 | 402; 403; 408; 501; 802 |
| 1544 | 2024-10-24 | ARMQC_02742823 | ARMQC_02742826 | | Badani, Ami; Hughes, Phil | Badani Ex. 03; Hughes Ex. 20 | 402; 403; 802 |
| 1545 | 2024-10-24 | ARMQC_02742804 | ARMQC_02742805 | | | | 402; 403; 802 |
| 1546 | 2024-10-24 | FGS_0000668 | FGS_0000689 | | Kranhold, Paul | FGS 25 (Kranhold) | 106; 402; 403; 802; 805; 901 |
| 1547 | 2024-10-24 | ARMQC_02762893 | ARMQC_02762896 | | Kranhold, Paul | FGS 34 (Kranhold) | 402; 403; 802 |
| 1548 | 2024-10-24 | FGS_0000690 | FGS_0000690 | | Kranhold, Paul | FGS 26 (Kranhold) | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1549 | 2024-10-24 | FGS_0000690 | FGS_0000711 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1550 | 2024-10-24 | FGS_0000712 | FGS_0000712 | | Kranhold, Paul | FGS 27 (Kranhold) | 402; 403; 802; 901 |
| 1551 | 2024-10-24 | FGS_0000712 | FGS_0000733 | | | | 106; 402; 403; 802; 805; 901 |
| 1552 | 2024-10-24 | FGS_0000734 | FGS_0000734 | | Kranhold, Paul | FGS 28 (Kranhold) | 402; 403; 802; 901 |
| 1553 | 2024-10-24 | FGS_0000734 | FGS_0000755 | | | | 106; 402; 403; 802; 805; 901 |
| 1554 | 2024-10-24 | FGS_0000756 | FGS_0000756 | | Kranhold, Paul | FGS 29 (Kranhold) | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1555 | 2024-10-24 | FGS_0000756 | FGS_0000777 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1556 | 2024-10-24 | FGS_0000778 | FGS_0000778 | | Kranhold, Paul | FGS 30 (Kranhold) | 402; 403; 802; 901 |
| 1557 | 2024-10-24 | FGS_0000778 | FGS_0000799 | | | | 106; 402; 403; 802; 805; 901 |
| 1558 | 2024-10-24 | FGS_0000001 | FGS_0000005 | | Kranhold, Paul | FGS 24 (Kranhold) | 106; 402; 403; 802; 805; 901 |
| 1559 | 2024-10-24 | QCVARM_0713840 | QCVARM_0713842 | | | | 402; 403; 802; 901 |
| 1560 | 2024-10-24 | QCVARM_0713513 | QCVARM_0713515 | | | | 402; 403; 802; 901 |
| 1561 | 2024-10-24 | QCVARM_0866177 | QCVARM_0866177 | | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1562 | 2024-10-24 | QCVARM_0713652 | QCVARM_0713654 | [redacted] | | | 402; 403; 802; 901 |
| 1563 | 2024-10-24 | ARMQC_02762963 | ARMQC_02762965 | | Collins, Spencer; Kranhold, Paul | QCX 86 (Collins); FGS 35 (Kranhold) | 402; 403; 802 |
| 1564 | 2024-10-24 | QCVARM_1028750 | QCVARM_1028751 | | | | 402; 403; 802; 901 |
| 1565 | 2024-10-24 | QCVARM_0713665 | QCVARM_0713668 | | | | 402; 403; 802; 901 |
| 1566 | 2024-10-24 | QCVARM_1070640 | QCVARM_1070642 | | | | 402; 403; 408; 501; 802; 901 |
| 1567 | 2024-10-24 | QCVARM_0863435 | QCVARM_0863437 | | | | 106; 402; 403; 802; 805; 901 |
| 1568 | 2024-10-25 | QCVARM_1070034 | QCVARM_1070040 | | | | 402; 403; 802; 901 |
| 1569 | 2024-10-25 | ARMQC_02762974 | ARMQC_02762976 | | Haas, Rene | Haas Ex. 04 | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1570 | 2024-10-25 | QCVARM_0865370 | QCVARM_0865370 | [redacted] | | | 402; 403; 802; 901 |
| 1571 | 2024-10-25 | ARMQC_02762982 | ARMQC_02762985 | [redacted] | Badani, Ami | Badani Ex. 06 | 402; 403; 802 |
| 1572 | 2024-10-25 | ARMQC_02748324 | ARMQC_02748325 | [redacted] | Grisenthwaite, Richard; Weidmann, Martin | Grisenthwaite Ex. 07; QCX 56 (Weidmann) | 402; 403; 802; 805 |
| 1573 | 2024-10-25 | QCVARM_0713490 | QCVARM_0713492 | [redacted] | | | 402; 403; 802; 901 |
| 1574 | 2024-10-25 | QCVARM_1029604 | QCVARM_1029607 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1575 | 2024-10-25 | QCVARM_0713516 | QCVARM_0713517 | [redacted] | | | 402; 403; 802; 901 |
| 1576 | 2024-10-25 | QCVARM_1119015 | QCVARM_1119016 | [redacted] | | | 402; 403; 802; 901 |
| 1577 | 2024-10-25 | QCVARM_0713527 | QCVARM_0713528 | [redacted] | | | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1578 | 2024-10-25 | QCVARM_1031267 | QCVARM_1031268 | [redacted] | | | 402; 403; 802; 901 |
| 1579 | 2024-10-25 | QCVARM_1029757 | QCVARM_1029758 | | | | 402; 403; 802; 901 |
| 1580 | 2024-10-25 | QCVARM_1030810 | QCVARM_1030814 | | | | 106; 402; 403; 802; 805; 901 |
| 1581 | 2024-10-25 | QCVARM_1070027 | QCVARM_1070028 | | | | 106; 402; 403; 802; 805; 901 |
| 1582 | 2024-10-26 | QCVARM_0617750 | QCVARM_0617759 | | | | 106; 402; 403; 802; 805; 901 |
| 1583 | 2024-10-26 | QCVARM_0617730 | QCVARM_0617738 | | | | 106; 402; 403; 802; 805; 901 |
| 1584 | 2024-10-26 | QCVARM_0608452 | QCVARM_0608461 | | | | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1585 | 2024-10-28 | QCVARM_0573354 | QCVARM_0573356 | [redacted] | Collins, Spencer; Richards, Steven | QCX 84 (Collins); Richards Ex. 8 | 402; 403; 408; 802; 901 |
| 1586 | 2024-10-28 | QCVARM_1070271 | QCVARM_1070278 | | | | 402; 403; 802; 901 |
| 1587 | 2024-10-28 | ARMQC_02798367 | ARMQC_02798371 | | | | 106; 402; 403; 802; 805 |
| 1588 | 2024-10-29 | ARMQC_02720259 | ARMQC_02720264 | | | | 402; 403; 802 |
| 1589 | 2024-10-29 | QCVARM_1120634 | QCVARM_1120634 | | | | 106; 402; 403; 802; 901; 1002; 1006 |
| 1590 | 2024-10-29 | ARMQC_02601067 | ARMQC_02601071 | | | | 402; 403; 802 |
| 1591 | 2024-10-29 | QCVARM_1121538 | QCVARM_1121540 | | | | 402; 403; 802; 901; LANG |
| 1592 | 2024-10-29 | ARMQC_02798372 | ARMQC_02798372 | | | | 106; 402; 403; 802; 805 |
| 1593 | 2024-10-29 | QCVARM_0617760 | QCVARM_0617768 | | | | 106; 402; 403; 802; 805; 901 |
| 1594 | 2024-10-29 | ARMQC_02762972 | ARMQC_02762973 | | Kranhold, Paul | FGS 31 (Kranhold) | ID; 402; 403; 802 |
| 1595 | 2024-10-30 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1596 | 2024-10-30 | QCVARM_0855474 | QCVARM_0855476 | [redacted] | | | 402; 403; 802; 901 |
| 1597 | 2024-10-30 | QCVARM_1121344 | QCVARM_1121345 | | | | 402; 403; 802; 901; LANG |
| 1598 | 2024-10-30 | QCVARM_1030509 | QCVARM_1030510 | | | | 106; 402; 403; 802; 805; 901 |
| 1599 | 2024-10-30 | QCVARM_0617453 | QCVARM_0617538 | | | | CP; 106; 402; 403; 802; 901; 1002; 1006 |
| 1600 | 2024-10-30 | QCVARM_0600054 | QCVARM_0600054 | | | | 402; 403; 802; 901; 1002 |
| 1601 | 2024-10-30 | QCVARM_0600085 | QCVARM_0600085 | | | | 402; 403; 802; 901; 1002 |
| 1602 | 2024-10-30 | QCVARM_0617822 | QCVARM_0617826 | | | | 106; 402; 403; 802; 805; 901 |
| 1603 | 2024-10-30 | QCVARM_1121348 | QCVARM_1121349 | | | | 106; 402; 403; 802; 805; 901 |
| 1604 | 2024-10-31 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1605 | 2024-10-31 | QCVARM_1070190 | QCVARM_1070199 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1606 | 2024-10-31 | QCVARM_1070081 | QCVARM_1070083 | | | | 402; 403; 802; 901 |
| 1607 | 2024-10-31 | QCVARM_1023587 | QCVARM_1023591 | | | | 106; 402; 403; 802; 805; 901 |
| 1608 | 2024-10-31 | QCVARM_0864924 | QCVARM_0864925 | | | | 106; 402; 403; 802; 805; 901 |
| 1609 | 2024-10-31 | QCVARM_0863641 | QCVARM_0863646 | | | | 106; 402; 403; 802; 805; 901; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1610 | 2024-11-01 | QCVARM_1122588 | QCVARM_1122651 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1611 | 2024-11-04 | QCVARM_1071194 | QCVARM_1071194 | | | | 402; 403; 802; 901 |
| 1612 | 2024-11-04 | QCVARM_1121346 | QCVARM_1121347 | | | | 402; 403; 802; 901 |
| 1613 | 2024-11-04 | QCVARM_1066278 | QCVARM_1066278 | | | | 402; 403; 802; 901 |
| 1614 | 2024-11-04 | QCVARM_1070993 | QCVARM_1070995 | | | | 402; 403; 802; 805; 901 |
| 1615 | 2024-11-05 | QCVARM_0524900 | QCVARM_0524902 | | | | 402; 403; 802; 901 |
| 1616 | 2024-11-06 | ARMQC_02793451 | ARMQC_02793596 | | Richards, Steven | Richards Ex. 02 | 402; 403; 802 |
| 1617 | 2024-11-06 | QCVARM_1153145 | QCVARM_1153188 | | Richards, Steven | Richards Ex. 02 | 402; 403; 802; 901 |
| 1618 | 2024-11-06 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1619 | 2024-11-06 | QCVARM_0866825 | QCVARM_0866844 | | | | 106; 402; 403; 802; 805; 901 |
| 1620 | 2024-11-06 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1621 | 2024-11-07 | n/a | n/a | | | | NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1622 | 2024-11-07 | ARMQC_02720265 | ARMQC_02720271 | [redacted] | | | 402; 403; 802 |
| 1623 | 2024-11-07 | QCVARM_1153698 | QCVARM_1153710 | | | | 402; 403; 802; 805; 901 |
| 1624 | 2024-11-09 | QCVARM_0864833 | QCVARM_0864837 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1625 | 2024-11-11 | QCVARM_0864838 | QCVARM_0864838 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1626 | 2024-11-11 | QCVARM_0864967 | QCVARM_0864972 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1627 | 2024-11-13 | QCVARM_0600045 | QCVARM_0600045 | | | | 402; 403; 802; 901; 1002 |
| 1628 | 2024-11-13 | QCVARM_0600084 | QCVARM_0600084 | | | | 402; 403; 802; 901; 1002 |
| 1629 | 2024-11-14 | KF00817 | KF00836 | | LaCroix, Selena | KF Ex. 2 (LaCroix); KF Ex. 3 (LaCroix) | 106; 402; 403; 802; 805; 901 |
| 1630 | 2024-11-18 | QCVARM_0607499 | QCVARM_0607499 | | | | 402; 403; 802; 901 |
| 1631 | 2024-11-19 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1632 | 2024-11-19 | QCVARM_0864839 | QCVARM_0864845 | [redacted] | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1633 | 2024-11-20 | QCVARM_1118051 | QCVARM_1118054 | | | | 402; 403; 802; 901; 1002 |
| 1634 | 2024-11-20 | QCVARM_1118055 | QCVARM_1118058 | | | | 402; 403; 802; 901; 1002 |
| 1635 | 2024-11-20 | QCVARM_0531821 | QCVARM_0531824 | | | | 402; 403; 802; 901 |
| 1636 | 2024-11-20 | QCVARM_0855438 | QCVARM_0855446 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1637 | 2024-11-20 | QCVARM_0453334 | QCVARM_0453353 | | | | 402; 403; 802; 901 |
| 1638 | 2024-11-20 | ARMQC_02756842 | ARMQC_02756856 | | | | 402; 403; 802; 805 |
| 1639 | 2024-11-21 | QCVARM_1068739 | QCVARM_1068904 | | | | 402; 403; 802; 901 |
| 1640 | 2024-11-21 | KF00578 | KF00603 | | LaCroix, Selena | KF Ex. 4 (LaCroix); KF Ex. 5 (LaCroix); KF Ex. 6 (LaCroix) | 106; 402; 403; 802; 805; 901 |
| 1641 | 2024-11-22 | QCVARM_0618354 | QCVARM_0618354 | | Shivashankar, Karthik | Shivashankar Ex. 14 | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1642 | 2024-11-22 | QCVARM_0617701 | QCVARM_0617705 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1643 | 2024-11-22 | QCVARM_0525819 | QCVARM_0525820 | | Fonseca, Jeff | QCX 175 (Fonseca) QCX 176 (Fonseca) | 106; 402; 403; 802; 805; 901 |
| 1644 | 2024-11-22 | QCVARM_0618353 | QCVARM_0618354 | | | | 106; 402; 403; 802; 805; 901 |
| 1645 | 2024-11-22 | QCVARM_1022264 | QCVARM_1022268 | | | | 106; 402; 403; 802; 805; 901 |
| 1646 | 2024-11-26 | QCVARM_1118064 | QCVARM_1118066 | | | | 402; 403; 802; 901; 1002 |
| 1647 | 2024-11-26 | QCVARM_1118067 | QCVARM_1118070 | | | | 402; 403; 802; 901; 1002 |
| 1648 | 2024-11-27 | QCVARM_1118059 | QCVARM_1118063 | | | | 402; 403; 802; 901; 1002 |
| 1649 | 2024-11-27 | QCVARM_1018984 | QCVARM_1018988 | | | | 106; 402; 403; 802; 805; 901 |
| 1650 | 2024-11-29 | ARMQC_02774642 | ARMQC_02774657 | | George, Anupa | QCX 294 (George) | 402; 403; 802; 805 |
| 1651 | 2024-11-29 | ARMQC_02774692 | ARMQC_02774707 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1652 | 2024-11-30 | ARMQC_02602550 | ARMQC_02602553 | [redacted] | Bhattacharya, Aparajita | Bhattacharya Ex. 18 | 402; 403; 802; 805 |
| 1653 | 2024-11-30 | ARMQC_02784247 | ARMQC_02784254 | | Agrawal, Vivek | QCX 272 (Agrawal) | 402; 403; 802; 805 |
| 1654 | 2024-12-00 | ARMQC_02783619 | ARMQC_02783730 | | Fonseca, Jeff; Bhatnagar | QCX 202 (Fonseca); QCX 206 (Bhatnagar) | 106; 402; 403; 802; 1002 |
| 1655 | 2024-12-00 | QCVARM_1068922 | QCVARM_1068965 | | | | 402; 403; 802; 901 |
| 1656 | 2024-12-02 | QCVARM_0716360 | QCVARM_0716403 | | | | 402; 403; 802; 805 |
| 1657 | 2024-12-02 | QCVARM_1160595 | QCVARM_1160696 | | | | 106; 402; 403; 802; 805; 901 |
| 1658 | 2024-12-02 | KF00467 | KF00467 | | Haas, Rene; LaCroix, Selena | Haas Ex. 09; KF Ex. 7 (LaCroix) | 402; 403; 802; 901 |
| 1659 | 2024-12-02 | KF00811 | KF00816 | | Badani, Ami | Badani Ex. 04 | 106; 402; 403; 802; 805; 901 |
| 1660 | 2024-12-02 | QCVARM_0527734 | QCVARM_0527735 | | | | 402; 403; 802; 901 |
| 1661 | 2024-12-03 | KF00507 | KF00512 | | Badani, Ami; LaCroix, Selena | Badani Ex. 05; KF Ex. 8 (LaCroix); KF Ex. 9 (LaCroix) | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1662 | 2024-12-03 | KF00516 | KF00517 | [redacted] | LaCroix, Selena | KF Ex. 10 (LaCroix) | 402; 403; 802; 901 |
| 1663 | 2024-12-04 | n/a | n/a | [redacted] | | | NP; 106; 402; 403; 802; 805; 901 |
| 1664 | 2024-12-04 | QCVARM_0617401 | QCVARM_0617403 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1665 | 2024-12-05 | QCVARM_1120771 | QCVARM_1120784 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1666 | 2024-12-09 | ARMQC_02777440 | ARMQC_02777441 | [redacted] | Fonseca, Jeff | QCX 177 (Fonseca) | 402; 403; 802 |
| 1667 | 2024-12-12 | KF00774 | KF00785 | [redacted] | LaCroix, Selena | KF Ex. 11 (LaCroix) | 402; 403; 802; 805; 901 |
| 1668 | 2024-12-12 | QCVARM_0526281 | QCVARM_0526286 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1669 | 2024-12-12 | ARMQC_02746708 | ARMQC_02746774 | [redacted] | George, Anupa | QCX 288 (George) | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1670 | 2024-12-12 | QCVARM_0447241 | QCVARM_0447243 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1671 | 2024-12-12 | ARMQC_02601116 | ARMQC_02601117 | | Shivashankar, Karthik | Shivashankar Ex. 25 | 402; 403; 802 |
| 1672 | 2024-12-12 | ARMQC_02601116 | ARMQC_02601211 | | | | 106; 402; 403; 802; 805 |
| 1673 | 2024-12-13 | QCVARM_1122672 | QCVARM_1122675 | | | | 402; 403; 802; 901 |
| 1674 | 2024-12-13 | QCVARM_0607060 | QCVARM_0607060 | | | | 106; 402; 403; 802; 805; 901 |
| 1675 | 2024-12-13 | ARMQC_02777448 | ARMQC_02777449 | | Fonseca, Jeff | QCX 199 (Fonseca) | 402; 403; 802 |
| 1676 | | | | | | | |
| 1677 | 2024-12-16 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1678 | 2024-12-16 | n/a | n/a | | Badani, Ami; Haas, Rene | Badani Ex. 10; Haas Ex. 10 | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1679 | 2024-12-16 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 1680 | 2024-12-16 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1681 | 2024-12-17 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1682 | 2024-12-17 | KF00668 | KF00675 | | LaCroix, Selena | KF Ex. 17 (LaCroix); KF Ex. 18 (LaCroix) | 106; 402; 403; 802; 805; 901 |
| 1683 | 2024-12-18 | QCVARM_0855319 | QCVARM_0855330 | | | | 106; 402; 403; 802; 805; 901 |
| 1684 | 2024-12-18 | QCVARM_0603468 | QCVARM_0603468 | | | | 402; 403; 802; 901 |
| 1685 | 2024-12-19 | QCVARM_0618454 | QCVARM_0618454 | | | | 402; 403; 802; 901 |
| 1686 | 2024-12-19 | QCVARM_0618456 | QCVARM_0618458 | | | | 402; 403; 802; 901 |
| 1687 | 2024-12-19 | QCVARM_0618461 | QCVARM_0618463 | | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1688 | 2024-12-19 | QCVARM_0575615 | QCVARM_0575615 | [redacted] | | | 402; 403; 802; 901 |
| 1689 | 2024-12-19 | QCVARM_0618449 | QCVARM_0618449 | | | | 402; 403; 802; 901 |
| 1690 | 2024-12-19 | QCVARM_0618459 | QCVARM_0618460 | | | | 402; 403; 802; 901 |
| 1691 | 2024-12-19 | QCVARM_0618455 | QCVARM_0618455 | | | | 402; 403; 802; 901 |
| 1692 | 2024-12-19 | QCVARM_0618448 | QCVARM_0618448 | | | | 402; 403; 802; 901 |
| 1693 | 2024-12-19 | QCVARM_0618450 | QCVARM_0618450 | | | | 402; 403; 802; 901 |
| 1694 | 2024-12-20 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1695 | 2024-12-20 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1696 | 2024-12-20 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1697 | 2024-12-20 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1698 | 2024-12-20 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 1699 | 2024-12-20 | QCVARM_0847533 | QCVARM_0847594 | | | | 106; 402; 403; 802; 805; 901 |
| 1700 | 2024-12-20 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1701 | 2024-12-21 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1702 | 2024-12-21 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1703 | 2024-12-21 | QCVARM_0865344 | QCVARM_0865348 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1704 | 2024-12-23 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1705 | 2024-12-23 | ARMQC_02751388 | ARMQC 02751394 | | Bhatnagar, Akshay | QCX 211 (Bhatnagar) | 402; 403; 408; 501; 802 |
| 1706 | 2024-12-24 | QCVARM_1016217 | QCVARM_1016237 | | | | 106; 402; 403; 802; 805; 901 |
| 1707 | 2024-12-24 | QCVARM_1016197 | QCVARM_1016216 | | | | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1708 | 2024-12-31 | ARMQC_02774362 | ARMQC_02774377 | [redacted] | | | 402; 403; 802; 805 |
| 1709 | 2025-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1710 | 2025-01-00 | QCVARM_1120224 | QCVARM_1120247 | | | | 402; 403; 802; 805; 901 |
| 1711 | 2025-01-06 | QCVARM_1071963 | QCVARM_1071979 | | | | 106; 402; 403; 802; 805; 901 |
| 1712 | 2025-01-07 | ARMQC_02720272 | ARMQC_02720277 | | | | 402; 403; 802; 805 |
| 1713 | 2025-01-07 | QCVARM_1122678 | QCVARM_1122695 | | | | 106; 402; 403; 802; 805; 901 |
| 1714 | 2025-01-07 | QCVARM_0575636 | QCVARM_0575637 | | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1715 | 2025-01-07 | QCVARM_0575613 | QCVARM_0575614 | [redacted] | Agrawal, Vivek | QCX 243 (Agrawal) | 402; 403; 802; 805; 901 |
| 1716 | 2025-01-07 | QCVARM_0575611 | QCVARM_0575612 | | Agrawal, Vivek | QCX 244 (Agrawal) | 402; 403; 501; 802; 805; 901 |
| 1717 | 2025-01-07 | QCVARM_0575607 | QCVARM_0575610 | | | | 402; 403; 802; 901 |
| 1718 | 2025-01-08 | QCVARM_0573677 | QCVARM_0573678 | | Collins, Spencer | QCX 87 (Collins) | 402; 403; 408; 802; 901 |
| 1719 | 2025-01-08 | QCVARM_0847182 | QCVARM_0847183 | | | | 402; 403; 408; 802; 901 |
| 1720 | 2025-01-09 | ARMQC_02720279 | ARMQC_02720283 | | | | 402; 403; 802 |
| 1721 | 2025-01-09 | QCVARM_1118933 | QCVARM_1118933 | | | | 402; 403; 802; 901 |
| 1722 | 2025-01-09 | ARMQC_02774539 | ARMQC_02774547 | | George, Anupa | QCX 295 (George) | 402; 403; 802; 805 |
| 1723 | 2025-01-10 | QCVARM_1122696 | QCVARM_1122699 | | | | 402; 403; 802; 901 |
| 1724 | 2025-01-10 | ARMQC_02738965 | ARMQC_02738972 | | Weidmann, Martin | QCX 57 (Weidmann) | 106; 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1725 | 2025-01-10 | QCVARM_0527544 | QCVARM_0527548 | [redacted] | Fonseca, Jeff; Youssef, I | QCX 178 (Fonseca); QCX 179 (Fonseca); Youssef Ex. 08; Youssef Ex. 09; Shivashankar Ex. 15 | 106; 402; 403; 802; 805; 901 |
| 1726 | 2025-01-10 | ARMQC_02777465 | ARMQC_02777472 | | Fonseca, Jeff | QCX 200 (Fonseca) | 106; 402; 403; 802; 805 |
| 1727 | 2025-01-10 | QCVARM_0618382 | QCVARM_0618386 | | | | 106; 402; 403; 802; 805; 901 |
| 1728 | 2025-01-10 | QCVARM_0618387 | QCVARM_0618388 | | | | 106; 402; 403; 802; 805; 901 |
| 1729 | 2025-01-10 | QCVARM_0606720 | QCVARM_0606727 | | | | 106; 402; 403; 802; 805; 901 |
| 1730 | 2025-01-14 | QCVARM_1071195 | QCVARM_1071199 | | | | 106; 402; 403; 802; 805; 901 |
| 1731 | 2025-01-14 | QCVARM_1014955 | QCVARM_1014955 | | | | 402; 403; 802; 901 |
| 1732 | 2025-01-15 | ARMQC_02784661 | ARMQC_02784663 | | Agrawal, Vivek | QCX 274 (Agrawal) | 402; 403; 501; 802; 803; 901 |
| 1733 | 2025-01-16 | QCVARM_1160408 | QCVARM_1160433 | | | | 402; 403; 802; 901 |
| 1734 | 2025-01-17 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1735 | 2025-01-17 | QCVARM_1122700 | QCVARM_1122712 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1736 | 2025-01-21 | QCVARM_1016238 | QCVARM_1016280 | | | | 106; 402; 403; 802; 805; 901 |
| 1737 | 2025-01-22 | QCVARM_1019251 | QCVARM_1019252 | | Collins, Spencer | QCX 88 (Collins) | 402; 403; 408; 802; 901 |
| 1738 | 2025-01-22 | KF01386 | KF01388 | | LaCroix, Selena | KF Ex. 14 (LaCroix); KF EX. 15 (LaCroix) | 106; 402; 403; 802; 805; 901 |
| 1739 | 2025-01-23 | KF01098 | KF01100 | | LaCroix, Selena | KF Ex. 12 (LaCroix) | 402; 403; 802; 901 |
| 1740 | 2025-01-28 | QCVARM_1149528 | QCVARM_1151564 | | | | 106; 402; 403; 802; 901; 1006 |
| 1741 | 2025-01-28 | QCVARM_0465916 | QCVARM_0465979 | | | | 106; 402; 403; 802; 805; 901 |
| 1742 | 2025-01-30 | QCVARM_0616633 | QCVARM_0616634 | | Collins, Spencer | QCX 89 (Collins) | 402; 403; 408; 802; 901 |
| 1743 | 2025-01-30 | QCVARM_0847184 | QCVARM_0847185 | | | | 402; 403; 408; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1744 | 2025-01-30 | QCVARM_0618420 | QCVARM_0618423 | [redacted] | Agrawal, Vivek | QCX 245 (Agrawal) | 402; 403; 802; 901 |
| 1745 | 2025-01-30 | QCVARM_0616632 | QCVARM_0616634 | | | | 106; 402; 403; 802; 805; 901 |
| 1746 | 2025-01-30 | QCVARM_0600095 | QCVARM_0600095 | | | | 402; 403; 802; 901; 1002 |
| 1747 | 2025-01-30 | QCVARM_0600094 | QCVARM_0600094 | | | | 402; 403; 802; 901; 1002 |
| 1748 | 2025-01-30 | QCVARM_0600056 | QCVARM_0600056 | | | | 402; 403; 802; 901; 1002 |
| 1749 | 2025-01-30 | QCVARM_0600057 | QCVARM_0600057 | | | | 402; 403; 802; 901; 1002 |
| 1750 | 2025-02-04 | QCVARM_0523649 | QCVARM_0523653.0003 | | | | 106; 402; 403; 802; 805; 901 |
| 1751 | 2025-02-05 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1752 | 2025-02-05 | ARMQC_00001136 | ARMQC_00001163 | | | | |
| 1753 | 2025-02-05 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1754 | 2025-02-05 | ARMQC_02784664 | ARMQC_02784667 | | Agrawal, Vivek | QCX 275 (Agrawal) | 402; 403; 802; 805 |
| 1755 | 2025-02-05 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1756 | 2025-02-06 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1757 | 2025-02-06 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1758 | 2025-02-06 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1759 | 2025-02-06 | ARMQC_02774216 | ARMQC_02774232 | [redacted] | | | 402; 403; 802; 805 |
| 1760 | 2025-02-06 | ARMQC_02746226 | ARMQC_02746296 | | | | 402; 403; 802; 805 |
| 1761 | 2025-02-07 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1762 | 2025-02-07 | QCVARM_0847765 | QCVARM_0847812 | | | | 402; 403; 802; 901 |
| 1763 | 2025-02-07 | ARMQC_02779064 | ARMQC_02779075 | | Agrawal, Vivek | QCX 246 (Agrawal) | 402; 403; 802; 805 |
| 1764 | 2025-02-08 | QCVARM_1068399 | QCVARM_1068417 | | | | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1765 | 2025-02-08 | QCVARM_0447252 | QCVARM_0447254 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1766 | | | | | | | |
| 1767 | 2025-02-10 | ARMQC_02777458 | ARMQC_02777464 | | Fonseca, Jeff | QCX 184 (Fonseca) | 106; 402; 403; 408; 501; 802; 805 |
| 1768 | 2025-02-11 | QCVARM_0616871 | QCVARM_0616873 | | Agrawal, Vivek | QCX 247 (Agrawal) | 106; 402; 403; 802; 805; 901 |
| 1769 | 2025-02-12 | QCVARM_0609543 | QCVARM_0609544 | | | | 402; 403; 802; 901 |
| 1770 | 2025-02-12 | QCVARM_0456283 | QCVARM_0456294 | | | | 106; 402; 403; 802; 805; 901 |
| 1771 | 2025-02-13 | QCVARM_1012399 | QCVARM_1012409 | | | | 402; 403; 802; 805; 901 |
| 1772 | 2025-02-13 | n/a | n/a | | Couillard, Lynn | QCX 140 (Couillard) | NP; 402; 403; 802; 805; 901 |
| 1773 | 2025-02-13 | n/a | n/a | | Haas, Rene | Haas Ex. 08 | NP; 402; 403; 802; 805; 901 |
| 1774 | 2025-02-13 | n/a | n/a | | Shivashankar, Karthik | Shivashankar Ex. 27 | NP; 402; 403; 802; 805; 901 |
| 1775 | 2025-02-13 | ARMQC_02772066 | ARMQC_02772067 | | | | 402; 403; 802 |
| 1776 | 2025-02-13 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1777 | 2025-02-13 | QCVARM_1024873 | QCVARM_1024877 | | | | 106; 402; 403; 802; 805; 901; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1778 | 2025-02-18 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 1779 | 2025-02-18 | QCVARM_0573053 | QCVARM_0573057 | | | | 106; 402; 403; 802; 805; 901 |
| 1780 | 2025-02-18 | QCVARM_1122713 | QCVARM_1122714 | | | | 402; 403; 802; 901 |
| 1781 | 2025-02-18 | QCVARM_1118972 | QCVARM_1118973 | | | | 402; 403; 802; 901 |
| 1782 | 2025-02-18 | QCVARM_1122715 | QCVARM_1122716 | | | | 402; 403; 802; 901 |
| 1783 | 2025-02-18 | QCVARM_1122717 | QCVARM_1122719 | | | | 402; 403; 802; 901 |
| 1784 | 2025-02-19 | ARMQC_02720284 | ARMQC_02720290 | | | | 402; 403; 802 |
| 1785 | 2025-02-19 | QCVARM_1122720 | QCVARM_1122724 | | | | 106; 402; 403; 802; 805; 901 |
| 1786 | 2025-02-19 | QCVARM_1118976 | QCVARM_1118977 | | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1787 | 2025-02-19 | QCVARM_1118978 | QCVARM_1118979 | [redacted] | | | 402; 403; 802; 901 |
| 1788 | 2025-02-20 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 1789 | 2025-02-21 | QCVARM_1118081 | QCVARM_1118084 | | | | 402; 403; 802; 901; 1002 |
| 1790 | 2025-02-21 | QCVARM_1118085 | QCVARM_1118088 | | | | 402; 403; 802; 901; 1002 |
| 1791 | 2025-02-21 | QCVARM_0616685 | QCVARM_0616688 | | | | 106; 402; 403; 802; 805; 901 |
| 1792 | 2025-02-21 | QCVARM_0616170 | QCVARM_0616171 | | | | 402; 403; 802; 901 |
| 1793 | 2024-02-22 | QCVARM_1122490 | QCVARM_1122491 | | | | 402; 403; 802; 901 |
| 1794 | 2025-02-24 | ARMQC_02752632 | ARMQC_02752651 | | Haas, Rene; Williamson, Paul | Haas Ex. 06; QCX 115 (Williamson) | 402; 403; 802 |
| 1795 | 2025-02-24 | QCVARM_1122725 | QCVARM_1122725 | | | | 402; 403; 802; 901 |
| 1796 | 2025-02-25 | QCVARM_0575290 | QCVARM_0575290 | | | | 402; 403; 802; 901 |
| 1797 | 2025-02-25 | QCVARM_1024852 | QCVARM_1024853 | | | | 106; 402; 403; 802; 805; 901; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1798 | 2025-02-26 | ARMQC_02720292 | ARMQC_02720299 | [redacted] | | | 402; 403; 802 |
| 1799 | 2025-02-26 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1800 | 2025-02-27 | QCVARM_1118089 | QCVARM_1118092 | | | | 402; 403; 802; 901; 1002 |
| 1801 | 2025-02-27 | QCVARM_0575616 | QCVARM_0575616 | | Agrawal, Vivek | QCX 260 (Agrawal) | 106; 402; 403; 802; 805; 901 |
| 1802 | 2025-02-28 | KF00001 | KF00228 | | LaCroix, Selena | KF Ex. 13 (LaCroix) | 106; 402; 403; 802; 805; 901 |
| 1803 | 2025-03-00 | ARMQC_02771129 | ARMQC_02771150 | | | | 402; 403; 802 |
| 1804 | 2025-03-02 | ARMQC_02627274 | ARMQC_02627274 | | | | 402; 403; 802 |
| 1805 | 2025-03-03 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1806 | 2025-03-03 | QCVARM_1118093 | QCVARM_1118096 | | | | 402; 403; 802; 901; 1002 |
| 1807 | 2025-03-03 | QCVARM_1118097 | QCVARM_1118099 | | | | 402; 403; 802; 901; 1002 |
| 1808 | 2025-03-05 | ARMQC_02771151 | ARMQC_02771167 | | | | 402; 403; 802 |
| 1809 | 2025-03-05 | QCVARM_1118100 | QCVARM_1118103 | | | | 402; 403; 802; 901; 1002 |
| 1810 | 2025-03-05 | QCVARM_1118104 | QCVARM_1118107 | | | | 402; 403; 802; 901; 1002 |
| 1811 | 2025-03-05 | QCVARM_1122726 | QCVARM_1122728 | | | | 402; 403; 802; 901 |
| 1812 | 2025-03-07 | ARMQC_02729064 | ARMQC_02729065 | | | | |
| 1813 | 2025-03-12 | ARMQC_02627274 | ARMQC_02627274 | | | | 402; 403; 802 |
| 1814 | 2025-03-12 | n/a | n/a | | | | NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1815 | 2025-03-12 | QCVARM_0864986 | QCVARM_0865020 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1816 | 2025-03-14 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1817 | 2025-03-14 | QCVARM_0600052 | QCVARM_0600052 | | | | 402; 403; 802; 901; 1002 |
| 1818 | 2025-03-14 | QCVARM_0600064 | QCVARM_0600064 | | | | 402; 403; 802; 901; 1002 |
| 1819 | 2025-03-14 | QCVARM_0600037 | QCVARM_0600037 | | | | 402; 403; 802; 901; 1002 |
| 1820 | 2025-03-14 | QCVARM_0600063 | QCVARM_0600063 | | | | 402; 403; 802; 901; 1002 |
| 1821 | 2025-03-14 | QCVARM_0600069 | QCVARM_0600069 | | | | 402; 403; 802; 901; 1002 |
| 1822 | 2024-03-14 | QCVARM_0600053 | QCVARM_0600053 | | | | 402; 403; 802; 901; 1002 |
| 1823 | 2025-03-14 | QCVARM_0600078 | QCVARM_0600078 | | | | 402; 403; 802; 901; 1002 |
| 1824 | 2025-03-14 | QCVARM_0600089 | QCVARM_0600089 | | | | 402; 403; 802; 901; 1002 |
| 1825 | 2025-03-14 | QCVARM_0600051 | QCVARM_0600051 | | | | 402; 403; 802; 901; 1002 |
| 1826 | 2025-03-14 | QCVARM_0600055 | QCVARM_0600055 | | | | 402; 403; 802; 901; 1002 |
| 1827 | 2025-03-14 | QCVARM_0600061 | QCVARM_0600061 | | | | 402; 403; 802; 901; 1002 |
| 1828 | 2025-03-14 | QCVARM_0600060 | QCVARM_0600060 | | | | 402; 403; 802; 901; 1002 |
| 1829 | 2025-03-14 | QCVARM_0600066 | QCVARM_0600066 | | | | 402; 403; 802; 901; 1002 |
| 1830 | 2025-03-14 | QCVARM_0600048 | QCVARM_0600048 | | | | 402; 403; 802; 901; 1002 |
| 1831 | 2025-03-14 | QCVARM_0600047 | QCVARM_0600047 | | | | 402; 403; 802; 901; 1002 |
| 1832 | 2025-03-14 | QCVARM_0600080 | QCVARM_0600080 | | | | 402; 403; 802; 901; 1002 |
| 1833 | 2025-03-14 | QCVARM_0600082 | QCVARM_0600082 | | | | 402; 403; 802; 901; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1834 | 2025-03-14 | QCVARM_0600096 | QCVARM_0600096 | [redacted] | | | 402; 403; 802; 901; 1002 |
| 1835 | 2025-03-17 | QCVARM_0600050 | QCVARM_0600050 | [redacted] | | | 402; 403; 802; 901; 1002 |
| 1836 | 2025-03-18 | QCVARM_0600062 | QCVARM_0600062 | [redacted] | | | CP; 402; 403; 802; 901; 1002; 1006 |
| 1837 | 2025-03-18 | n/a | n/a | [redacted] | | | NP; 106; 402; 403; 802; 805; 901 |
| 1838 | 2025-03-19 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 1839 | 2025-03-19 | n/a | n/a | [redacted] | | | NP; 402; 403; 408; 802; 901 |
| 1840 | 2025-03-21 | ARMQC_02778335 | ARMQC_02778343 | [redacted] | | | 106; 402; 403; 802; 805 |
| 1841 | 2025-03-24 | n/a | n/a | [redacted] | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 1842 | 2025-03-24 | n/a | n/a | [redacted] | Hughes, Phil | Hughes Ex. 14 | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 1843 | 2025-03-24 | QCVARM_1121930 | QCVARM_1121930 | [redacted] | | | 106; 402; 403; 901; 1002 |
| 1844 | 2025-03-24 | QCVARM_1121931 | QCVARM_1121931 | [redacted] | | | 106; 402; 403; 901; 1002 |
| 1845 | 2025-03-25 | ARMQC_02789237 | ARMQC_02789247 | [redacted] | | | 106; 402; 403; 802; 1002 |
| 1846 | 2025-03-26 | ARMQC_02789074 | ARMQC_02789076 | [redacted] | | | 106; 402; 403; 802; 1002 |
| 1847 | 2025-03-26 | ARMQC_02778241 | ARMQC_02778249 | [redacted] | Fonseca, Jeff | QCX 201 (Fonseca) | 106; 402; 403; 802; 805 |
| 1848 | 2025-03-28 | QCVARM_1118552 | QCVARM_1118554 | [redacted] | | | 106; 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1849 | 2025-03-28 | QCVARM_1118549 | QCVARM_1118551 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1850 | 2025-03-28 | QCVARM_1118515 | QCVARM_1118517 | | | | 106; 402; 403; 802; 805; 901 |
| 1851 | 2025-03-28 | QCVARM_1118538 | QCVARM_1118542 | | | | 106; 402; 403; 802; 805; 901 |
| 1852 | 2025-03-28 | QCVARM_1118510 | QCVARM_1118514 | | | | 106; 402; 403; 802; 805; 901 |
| 1853 | 2025-03-31 | QCVARM_0600101 | QCVARM_0600103 | | | | 106; 402; 403; 802; 805; 901 |
| 1854 | 2025-03-31 | QCVARM_1161033 | QCVARM_1161035 | | | | 402; 403; 802; 805; 901 |
| 1855 | 2025-03-31 | QCVARM_1118546 | QCVARM_1118548 | | | | 106; 402; 403; 802; 805; 901 |
| 1856 | 2025-03-31 | QCVARM_1118543 | QCVARM_1118545 | | | | 106; 402; 403; 802; 805; 901 |
| 1857 | 2025-03-31 | QCVARM_1118524 | QCVARM_1118527 | | | | 106; 402; 403; 802; 805; 901 |
| 1858 | 2025-04-00 | QCVARM_0846761 | QCVARM_0846870 | | | | 402; 403; 802; 901 |
| 1859 | 2025-04-01 | ARMQC_02604609 | ARMQC_02604609 | | | | 106; 402; 403; 1002 |
| 1860 | 2025-04-01 | ARMQC_02604610 | ARMQC_02604610 | | | | 402; 403; 802 |
| 1861 | 2025-04-01 | ARMQC_02604612 | ARMQC_02604612 | | | | 402; 403; 802 |
| 1862 | 2025-04-01 | ARMQC_02604613 | ARMQC_02604613 | | | | 402; 403; 802 |
| 1863 | 2025-04-01 | ARMQC_02604614 | ARMQC_02604614 | | | | 402; 403; 802 |
| 1864 | 2025-04-01 | ARMQC_02604616 | ARMQC_02604616 | | | | 106; 402; 403; 1002 |
| 1865 | 2025-04-01 | ARMQC_02604617 | ARMQC_02604617 | | | | 402; 403; 802 |
| 1866 | 2025-04-01 | ARMQC_02604619 | ARMQC_02604619 | | | | 402; 403; 802 |
| 1867 | 2025-04-01 | ARMQC_02604620 | ARMQC_02604620 | | | | 106; 402; 403; 1002 |
| 1868 | 2025-04-01 | ARMQC_02604621 | ARMQC_02604621 | | | | 106; 402; 403; 1002 |
| 1869 | 2025-04-01 | ARMQC_02604623 | ARMQC_02604623 | | | | 106; 402; 403; 1002 |
| 1870 | 2025-04-01 | ARMQC_02747093 | ARMQC_02747096 | | | | 106; 402; 403; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1871 | 2025-04-01 | ARMQC_02747097 | ARMQC_02747102 | [redacted] | | | 106; 402; 403; 1002 |
| 1872 | 2025-04-01 | ARMQC_02747104 | ARMQC_02747104 | | | | 106; 402; 403; 1002 |
| 1873 | 2025-04-01 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1874 | 2025-04-02 | ARMQC_02604615 | ARMQC_02604615 | | | | 402; 403; 802 |
| 1875 | 2025-04-02 | ARMQC_02604622 | ARMQC_02604622 | | | | 106; 402; 403; 1002 |
| 1876 | 2025-04-02 | ARMQC_02747103 | ARMQC_02747103 | | | | 106; 402; 403; 1002 |
| 1877 | 2025-04-02 | QCVARM_0717660 | QCVARM_0717660 | | Agrawal, Vivek | QCX 261 (Agrawal) | 402; 403; 802; 805; 901 |
| 1878 | 2025-04-07 | QCVARM_0717756 | QCVARM_0717756 | | Agrawal, Vivek | QCX 262 (Agrawal) | 402; 403; 802; 805; 901 |
| 1879 | 2025-04-07 | QCVARM_0717757 | QCVARM_0717761 | | Agrawal, Vivek | QCX 265 (Agrawal) | 402; 403; 802; 805; 901 |
| 1880 | 2025-04-08 | QCVARM_1118565 | QCVARM_1118566 | | | | 106; 402; 403; 802; 805; 901 |
| 1881 | 2025-04-09 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1882 | 2025-04-09 | QCVARM_0717359 | QCVARM_0717360 | | Agrawal, Vivek | QCX 266 (Agrawal) | 402; 403; 802; 805; 901 |
| 1883 | 2025-04-11 | QCVARM_0717764 | QCVARM_0717764 | | Agrawal, Vivek | QCX 264 (Agrawal) | 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1884 | 2025-04-11 | QCVARM_0717765 | QCVARM_0717767 | [redacted] | Agrawal, Vivek | QCX 263 (Agrawal) | 402; 403; 802; 805; 901 |
| 1885 | 2025-04-17 | QCVARM_1042776 | QCVARM_1042776 | | Agrawal, Vivek; Brogioli, Michael | QCX 216 (Agrawal; Brogioli Ex. 04 | 106; 402; 403; 802; 901; 1002; 1006 |
| 1886 | 2025-04-21 | QCVARM_0717963 | QCVARM_0717963 | | | | 402; 403; 802; 901 |
| 1887 | 2025-04-21 | QCVARM_0717964 | QCVARM_0717965 | | Agrawal, Vivek | QCX 215 (Agrawal) | 402; 403; 802; 805; 901 |
| 1888 | 2025-04-23 | ARMQC_02720329 | ARMQC_02720332 | | | | 402; 403; 802 |
| 1889 | 2025-04-23 | ARMQC_02720324 | ARMQC_02720328 | | | | 402; 403; 802 |
| 1890 | 2025-04-23 | ARMQC_02720310 | ARMQC_02720313 | | | | 402; 403; 802 |
| 1891 | 2025-04-23 | ARMQC_02720226 | ARMQC_02720229 | | | | 402; 403; 802 |
| 1892 | 2025-04-23 | ARMQC_02720303 | ARMQC_02720306 | | | | 402; 403; 802 |
| 1893 | 2025-04-23 | ARMQC_02720320 | ARMQC_02720323 | | | | 402; 403; 802 |
| 1894 | 2024-04-23 | ARMQC_02720352 | ARMQC_02720354 | | | | 402; 403; 802 |
| 1895 | 2024-04-23 | ARMQC_02720337 | ARMQC_02720341 | | | | 402; 403; 802 |
| 1896 | 2024-04-23 | ARMQC_02720333 | ARMQC_02720336 | | | | 402; 403; 802 |
| 1897 | 2025-04-23 | ARMQC_02720300 | ARMQC_02720302 | | | | 402; 403; 802 |
| 1898 | 2025-04-23 | ARMQC_02720342 | ARMQC_02720345 | | | | 402; 403; 802 |
| 1899 | 2025-04-24 | ARMQC_02720258 | ARMQC_02720258 | | | | 402; 403; 802 |
| 1900 | 2025-04-24 | ARMQC_02720278 | ARMQC_02720278 | | | | 402; 403; 802 |
| 1901 | 2025-04-24 | ARMQC_02720291 | ARMQC_02720291 | | | | 402; 403; 802 |
| 1902 | 2025-04-24 | ARMQC_02771128 | ARMQC_02771128 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1903 | 2025-04-24 | QCVARM_1118116 | QCVARM_1118116 | [redacted] | Collins, Spencer; Couillard, Lynn | QCX 91 (Collins); QCX 132 (Couillard) | |
| 1904 | 2025-04-24 | QCVARM_1152024 | QCVARM_1152025 | | | | |
| 1905 | 2025-04-25 | QCVARM_1042773 | QCVARM_1042775 | | Agrawal, Vivek; Brogioli, Michael | QCX 217 (Agrawal); Brogioli Ex. 06 | 106; 402; 403; 802; 901; 1002; 1006 |
| 1906 | 2025-04-25 | QCVARM_1042777 | QCVARM_1042779 | | Agrawal, Vivek; Brogioli, Michael | QCX 219 (Agrawal); Brogioli Ex. 10 | 106; 402; 403; 802; 901; 1002; 1006 |
| 1907 | 2025-04-25 | ARMQC_02773054 | ARMQC_02773055 | | Fonseca, Jeff; Grisenthwaite, Richard; Shivashankar, Karthik | QCX 189 (Fonseca); QCX 190 (Fonseca); Grisenthwaite Ex. 17; Shivashankar Ex. 26 | 106; 402; 403; 408; 501; 802; 805 |
| 1908 | 2025-04-25 | QCVARM_1151784 | QCVARM_1151789 | | | | 402; 403; 802; 901 |
| 1909 | 2025-04-26 | QCVARM_1130170 | QCVARM_1133204 | | | | 106; 402; 403; 802; 901; 1006 |
| 1910 | 2025-04-26 | QCVARM_1122745 | QCVARM_1126208 | | | | 106; 402; 403; 802; 901; 1006 |
| 1911 | 2025-04-26 | QCVARM_1126209 | QCVARM_1129672 | | | | 106; 402; 403; 802; 901; 1006 |
| 1912 | 2025-04-26 | QCVARM_1129673 | QCVARM_1129694 | | | | 106; 402; 403; 802; 901; 1006 |
| 1913 | 2025-04-26 | QCVARM_1129695 | QCVARM_1129710 | | | | 106; 402; 403; 802; 901; 1006 |
| 1914 | 2025-04-26 | QCVARM_1129711 | QCVARM_1130169 | | | | 106; 402; 403; 802; 901; 1006 |
| 1915 | 2025-04-26 | QCVARM_1133205 | QCVARM_1133210 | | | | 106; 402; 403; 802; 901; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1916 | 2025-04-26 | QCVARM_1133211 | QCVARM_1133215 | [redacted] | | | 106; 402; 403; 802; 901; 1006 |
| 1917 | 2025-04-26 | QCVARM_1133216 | QCVARM_1133756 | | | | 106; 402; 403; 802; 901; 1006 |
| 1918 | 2025-04-26 | QCVARM_1133757 | QCVARM_1137359 | | | | 106; 402; 403; 802; 901; 1006 |
| 1919 | 2025-04-26 | QCVARM_1137360 | QCVARM_1140734 | | | | 106; 402; 403; 802; 901; 1006 |
| 1920 | 2025-04-26 | QCVARM_1140735 | QCVARM_1140738 | | | | 106; 402; 403; 802; 901; 1006 |
| 1921 | 2025-04-26 | QCVARM_1140739 | QCVARM_1140741 | | | | 106; 402; 403; 802; 901; 1006 |
| 1922 | 2025-04-26 | QCVARM_1140742 | QCVARM_1141283 | | | | 106; 402; 403; 802; 901; 1006 |
| 1923 | 2025-04-26 | QCVARM_1141284 | QCVARM_1146696 | | | | 106; 402; 403; 802; 901; 1006 |
| 1924 | 2025-04-26 | QCVARM_1146697 | QCVARM_1149388 | | | | 106; 402; 403; 802; 901; 1006 |
| 1925 | 2025-04-26 | QCVARM_1149389 | QCVARM_1149434 | | | | 106; 402; 403; 802; 901; 1006 |
| 1926 | 2025-04-26 | QCVARM_1149435 | QCVARM_1149527 | | | | 106; 402; 403; 802; 901; 1006 |
| 1927 | 2025-04-26 | QCVARM_1122742 | QCVARM_1122744 | | Brogioli, Michael | Brogioli Ex. 11 | 106; 402; 403; 802; 901; 1002; 1006 |
| 1928 | 2025-04-29 | ARMQC_02779181 | ARMQC_02779182 | | | | 106; 402; 403; 1002 |
| 1929 | 2025-04-30 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1930 | 2025-04-30 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1931 | 2025-05-00 | QCVARM_1120153 | QCVARM_1120197 | | | | 402; 403; 802; 805; 901 |
| 1932 | 2025-05-00 | QCVARM_1120206 | QCVARM_1120222 | | | | 402; 403; 802; 805; 901 |
| 1933 | 2025-05-01 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1934 | 2024-05-01 | QCVARM_0600068 | QCVARM_0600068 | | | | 402; 403; 802; 901; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1935 | 2025-05-02 | n/a | n/a | [redacted] | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 1936 | 2025-05-02 | QCVARM_1118555 | QCVARM_1118558 | | | | 106; 402; 403; 802; 805; 901 |
| 1937 | 2025-05-02 | QCVARM_1118528 | QCVARM_1118530 | | | | 106; 402; 403; 802; 805; 901 |
| 1938 | 2025-05-06 | QCVARM_1151578 | QCVARM_1151581 | | | | 402; 403; 802; 901; 1002 |
| 1939 | 2025-05-06 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 1940 | 2025-05-07 | QCVARM_1151582 | QCVARM_1151585 | | | | 402; 403; 802; 901; 1002 |
| 1941 | 2025-05-07 | QCVARM_1161006 | QCVARM_1161011 | | | | 402; 403; 802; 805; ILL |
| 1942 | 2025-05-09 | QCVARM_1122735 | QCVARM_1122735 | | | | 402; 403; 802; 901; 1002 |
| 1943 | 2025-05-12 | n/a | n/a | | | | ND; NP; 402; 403; 802; 901 |
| 1944 | 2025-05-14 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1945 | 2025-05-14 | QCVARM_1161060 | QCVARM_1161065 | | | | 402; 403; 802; 805; 901 |
| 1946 | 2025-05-16 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 1947 | 2025-05-17 | QCVARM_1151586 | QCVARM_1151590 | | | | 402; 403; 802; 901; 1002 |
| 1948 | 2025-05-17 | QCVARM_1151591 | QCVARM_1151596 | | | | 402; 403; 802; 901; 1002 |
| 1949 | 2025-05-19 | QCVARM_1151597 | QCVARM_1151602 | | | | 402; 403; 802; 901; 1002 |
| 1950 | 2025-05-19 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1951 | 2025-05-20 | ARMQC_02779179 | ARMQC_02779180 | | | | 106; 402; 403; 1002 |
| 1952 | 2025-05-21 | QCVARM_1120546 | QCVARM_1120547 | | | | 402; 403; 802; 901 |
| 1953 | 2025-05-22 | ARMQC_02779174 | ARMQC_02779175 | | | | 106; 402; 403; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1954 | 2025-05-22 | ARMQC_02778159 | ARMQC_02778166 | [redacted] | Fonseca, Jeff | QCX 188 (Fonseca) | 402; 403; 802 |
| 1955 | 2025-05-26 | ARMQC_02779171 | ARMQC_02779173 | | | | 106; 402; 403; 1002 |
| 1956 | 2025-05-26 | ARMQC_02779176 | ARMQC_02779178 | | | | 106; 402; 403; 1002 |
| 1957 | 2025-05-27 | QCVARM_1151603 | QCVARM_1151607 | | | | 402; 403; 802; 901; 1002 |
| 1958 | 2025-05-27 | QCVARM_1112954 | QCVARM_1112954 | | | | 106; 402; 403; 901; 1002 |
| 1959 | 2025-05-27 | QCVARM_1118518 | QCVARM_1118523 | | | | 106; 402; 403; 802; 805; 901 |
| 1960 | 2025-05-28 | n/a | n/a | | Richards, Steven | Richards Ex. 14 | NP; 402; 403; 802; 901 |
| 1961 | 2025-05-28 | QCVARM_1159743 | QCVARM_1159900 | | | | 402; 403; 802; 901 |
| 1962 | 2025-05-28 | QCVARM_1159984 | QCVARM_1160062 | | | | 402; 403; 802; 901 |
| 1963 | 2025-05-28 | QCVARM_1120137 | QCVARM_1120140 | | | | 402; 403; 802; 805; 901 |
| 1964 | 2025-05-28 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1965 | 2025-05-29 | QCVARM_1118115 | QCVARM_1118115 | | Couillard, Lynn; Fonseca, Jeff | QCX 133 (Couillard); QCX 191 (Fonseca) | |
| 1966 | 2025-05-29 | QCVARM_1152026 | QCVARM_1152027 | | | | |
| 1967 | 2025-06-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1968 | 2025-06-00 | QCVARM_1120267 | QCVARM_1120336 | | | | 402; 403; 802; 805; 901 |
| 1969 | 2025-06-02 | n/a | n/a | | | | ND; NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1970 | 2025-06-02 | QCVARM_1120482 | QCVARM_1120490 | [redacted] | Fonseca, Jeff | QCX 194 (Fonseca); QCX 195 (Fonseca) | 106; 402; 403; 802; 805; 901 |
| 1971 | 2025-06-03 | QCVARM_1118534 | QCVARM_1118537 | | | | 106; 402; 403; 802; 805; 901 |
| 1972 | 2025-06-03 | QCVARM_1118531 | QCVARM_1118533 | | | | 106; 402; 403; 802; 805; 901 |
| 1973 | 2025-06-03 | QCVARM_1120999 | QCVARM_1121007 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 1974 | 2025-06-04 | ARMQC_02771125 | ARMQC_02771125 | | Abbey, Will; Couillard, Lynn | Abbey Ex. 01; QCX 134 (Couillard) | |
| 1975 | 2025-06-04 | QCVARM_1118413 | QCVARM_1118413 | | | | |
| 1976 | 2025-06-04 | ARMQC_02778177 | ARMQC_02778178 | | Fonseca, Jeff | QCX 192 (Fonseca); QCX 193 (Fonseca) | |
| 1977 | 2025-06-05 | ARMQC_02778179 | ARMQC_02778180 | | | | |
| 1978 | 2025-06-05 | QCVARM_1151997 | QCVARM_1151998 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1979 | 2025-06-05 | QCVARM_1118559 | QCVARM_1118564 | [redacted] | | | 106; 402; 403; 802; 805; 901 |
| 1980 | 2025-06-09 | ARMQC_02771126 | ARMQC_02771126 | | Abbey, Will; Collins, Spencer; Couillard, Lynn | Abbey Ex. 11; QCX 92 (Collins); QCX 135 (Couillard) | |
| 1981 | 2025-06-09 | QCVARM_1120481 | QCVARM_1120481 | | | | |
| 1982 | 2025-06-09 | n/a | n/a | | Couillard, Lynn | QCX 139 (Couillard) | |
| 1983 | 2025-06-09 | QCVARM_1152030 | QCVARM_1152031 | | | | |
| 1984 | 2025-06-11 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 1985 | 2025-06-11 | QCVARM_1120466 | QCVARM_1120466 | | | | 402; 403; 802; 901 |
| 1986 | 2025-06-11 | QCVARM_1152028 | QCVARM_1152029 | | | | 106; 402; 403; 802; 805; 901 |
| 1987 | 2025-06-12 | n/a | n/a | | Shivashankar, Karthik | Shivashankar Ex. 23 | ND; NP; 402; 403; 802; 901 |
| 1988 | 2025-06-12 | QCVARM_1067304 | QCVARM_1067305 | | Holla, Sudeep | QCX 2 (Holla) | 402; 403; 802; 901 |
| 1989 | 2025-06-13 | ARMQC_02771127 | ARMQC_02771127 | | Abbey, Will; Collins, Spencer; Couillard, Lynn | Abbey Ex. 12; QCX 93 (Collins); QCX 136 (Couillard) | |
| 1990 | 2025-06-13 | QCVARM_1119108 | QCVARM_1119108 | | | | |
| 1991 | 2025-06-13 | QCVARM_1152032 | QCVARM_1152033 | | | | |
| 1992 | 2025-06-16 | n/a | n/a | | Horley, John; Tran, Christine; Williams, Michael | QCX 166 (Horley); QCX 250 (Tran); QCX 28 (Williams) | ND; NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 1993 | 2025-06-17 | QCVARM_1120024 | QCVARM_1120024 | [redacted] | | | 106; 402; 403; 802; 901 |
| 1994 | 2025-06-19 | n/a | n/a | | Grisenthwaite, Richard; Tran, Christine; Shivashankar, Karthik; Youssef, Ehab | Grisenthwaite Ex. 024; QCX 251 (Tran); Shivashankar Ex. 6; Youssef Ex. 1 | ND; NP; 402; 403; 802; 805; 901 |
| 1995 | 2025-06-19 | QCVARM_1151608 | QCVARM_1151610 | | | | 402; 403; 802; 901; 1002 |
| 1996 | 2025-06-20 | n/a | n/a | | | | ND; NP; 402; 403; 802; 901 |
| 1997 | 2025-06-26 | QCVARM_1155455 | QCVARM_1155455 | | | | 402; 403; 802; 901 |
| 1998 | 2025-06-30 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 1999 | 2025-06-30 | QCVARM_1151611 | QCVARM_1151613 | | | | 402; 403; 802; 901; 1002 |
| 2000 | 2025-06-30 | QCVARM_1121028 | QCVARM_1121032 | | | | 106; 402; 403; 802; 805; 901; 1002 |
| 2001 | 2025-07-00 | QCVARM_1163030 | QCVARM_1163042 | | | | 402; 403; 802; 805; 901 |
| 2002 | 2025-07-01 | QCVARM_1120498 | QCVARM_1120535 | | Fonseca, Jeff | QCX 198 (Fonseca) | 402; 403; 802; 901 |
| 2003 | 2025-07-01 | QCVARM_1121991 | QCVARM_1122236 | | | | 402; 403; 802; 901 |
| 2004 | 2025-07-01 | n/a | n/a | | Haas, Rene | Haas Ex. 11 | NP; 402; 403; 802; 805; 901 |
| 2005 | 2025-07-02 | QCVARM_1120496 | QCVARM_1120497 | | Fonseca, Jeff | QCX 197 (Fonseca) | 402; 403; 802; 901 |
| 2006 | 2025-07-02 | QCVARM_1120491 | QCVARM_1120495 | | Fonseca, Jeff | QCX 196 (Fonseca) | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2007 | 2025-07-08 | ARMQC_02783616 | ARMQC_02783616 | [redacted] | | | 106; 402; 403; 802; 1002; 1006 |
| 2008 | 2025-07-08 | ARMQC_02783618 | ARMQC_02783618 | | | | 106; 402; 403; 802; 1002; 1006 |
| 2009 | 2025-07-09 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2010 | 2025-07-09 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2011 | 2025-07-09 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2012 | 2025-07-11 | n/a | n/a | | | | ND; NP; 402; 403; 802; 901 |
| 2013 | 2025-07-11 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2014 | 2025-07-11 | n/a | n/a | | | | ND; NP; 402; 403; 802; 901 |
| 2015 | 2025-07-11 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2016 | 2025-07-11 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2017 | 2025-07-11 | n/a | n/a | | | | CP; ND; NP; 402; 403; 802; 901; 1006 |
| 2018 | 2025-07-14 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2019 | 2025-07-18 | QCVARM_1122737 | QCVARM_1122737 | | | | 106; 402; 403; 802; 901; 1002; 1006 |
| 2020 | 2025-07-18 | QCVARM_1122730 | QCVARM_1122730 | | | | 402; 403; 802; 901; 1002 |
| 2021 | 2025-07-18 | QCVARM_1122731 | QCVARM_1122731 | | | | 106; 402; 403; 802; 901; 1002; 1006 |
| 2022 | 2025-07-18 | QCVARM_1122733 | QCVARM_1122733 | | | | 106; 402; 403; 802; 901; 1002; 1006 |
| 2023 | 2025-07-22 | ARMQC_02789251 | ARMQC_02789252 | | | | 106; 402; 403; 802; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2024 | 2025-07-22 | QCVARM_1151565 | QCVARM_1151577 | [redacted] | | | 106; 402; 403; 802; 805; 901; 1002 |
| 2025 | 2025-07-28 | QCVARM_1160242 | QCVARM_1160359 | | | | 402; 403; 802; 805; 901 |
| 2026 | 2025-07-30 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 2027 | 2025-07-30 | n/a | n/a | | | | NP; 402; 403; 802; 805 |
| 2028 | 2025-07-30 | QCVARM_1161050 | QCVARM_1161054 | | | | 402; 403; 802; 805; 901 |
| 2029 | 2025-07-30 | n/a | n/a | | | | NP; 106; 402; 403; 802; 901 |
| 2030 | 2025-07-30 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2031 | 2025-07-30 | ARMQC_02794820 | ARMQC_02794831 | | | | 106; 402; 403; 802; 805 |
| 2032 | 2025-07-31 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2033 | 2025-07-31 | n/a | n/a | | | | NP; 106; 402; 403; 802; 805; 901 |
| 2034 | 2025-07-31 | QCVARM_1161066 | QCVARM_1161072 | | | | 402; 403; 802; 805; 901 |
| 2035 | 2025-08-01 | QCVARM_1151964 | QCVARM_1151964 | | | | 402; 403; 802; 901 |
| 2036 | 2025-08-04 | QCVARM_1151968 | QCVARM_1151968 | | | | 106; 402; 403; 802; 901; 1002; 1006 |
| 2037 | 2025-08-06 | QCVARM_1151965 | QCVARM_1151965 | | | | 402; 403; 802; 901 |
| 2038 | 2025-08-06 | QCVARM_1151966 | QCVARM_1151966 | | | | 402; 403; 802; 901; 1002 |
| 2039 | 2025-08-07 | QCVARM_1159423 | QCVARM_1159423 | | | | 402; 403; 802; 805; 901 |
| 2040 | 2025-08-08 | n/a | n/a | | | | NP; 106; 402; 403; 701; 802; 901; 1006 |
| 2041 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2042 | 2025-08-08 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2043 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2044 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2045 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2046 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2047 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2048 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2049 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2050 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2051 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2052 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2053 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2054 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2055 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2056 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2057 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2058 | 2025-08-08 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2059 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2060 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2061 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2062 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2063 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2064 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2065 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2066 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2067 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802 |
| 2068 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802 |
| 2069 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802 |
| 2070 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2071 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2072 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2073 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2074 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2075 | 2025-08-08 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2076 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2077 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2078 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2079 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2080 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2081 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2082 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2083 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2084 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2085 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2086 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2087 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2088 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2089 | 2025-08-08 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2090 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2091 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2092 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2093 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2094 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2095 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2096 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2097 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1006 |
| 2098 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1006 |
| 2099 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802; 1006 |
| 2100 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802 |
| 2101 | 2025-08-08 | n/a | n/a | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2102 | 2025-08-08 | n/a | n/a | [redacted] | | | 402; 403; 802 |
| 2103 | 2025-08-08 | QCVARM_1151971 | QCVARM_1151994 | | | | |
| 2104 | 2025-08-08 | QCVARM_1151967 | QCVARM_1151967 | | | | 402; 403; 802 |
| 2105 | 2025-08-08 | QCVARM_1151999 | QCVARM_1152023 | | | | |
| 2106 | 2025-08-11 | QCVARM_1151995 | QCVARM_1151995 | | | | 402; 403; 802 |
| 2107 | 2025-08-24 | n/a | n/a | | | | NP; 402; 403; 802; 901; 1006 |
| 2108 | 2025-08-28 | n/a | n/a | | | Richards Ex. 6 | NP; 402; 403; 802; 901 |
| 2109 | 2025-08-29 | QCVARM_1152120 | QCVARM_1152124 | | | | |
| 2110 | 2025-09-05 | n/a | n/a | | | | 402; 403 |
| 2111 | 2025-09-05 | n/a | n/a | | | | 106; 402; 403 |
| 2112 | 2025-09-05 | n/a | n/a | | | | 402: 403 |
| 2113 | 2025-09-05 | n/a | n/a | | | | 402: 403 |
| 2114 | 2025-09-05 | n/a | n/a | | | | 402; 403; 802 |
| 2115 | 2025-09-05 | n/a | n/a | | | | 402; 403; 802 |
| 2116 | 2025-09-05 | ARMQC_02785614 | ARMQC_02785618 | | | | |
| 2117 | 2025-09-05 | ARMQC_02785607 | ARMQC_02785613 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2118 | 2025-09-17 | QCVARM_1155111 | QCVARM_1155117 | [redacted] | | | 402; 403; 901 |
| 2119 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2120 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2121 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2122 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2123 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2124 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2125 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2126 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2127 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2128 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2129 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2130 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2131 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2132 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2133 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2134 | 2025-09-19 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2135 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2136 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |
| 2137 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |
| 2138 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2139 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2140 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2141 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2142 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2143 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2144 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2145 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2146 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2147 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2148 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2149 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2150 | 2025-09-19 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2151 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2152 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2153 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2154 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2155 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2156 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2157 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2158 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2159 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2160 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |
| 2161 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2162 | 2025-09-19 | n/a | n/a | [redacted] | | | 402; 403; 802 |
| 2163 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |
| 2164 | 2025-09-19 | n/a | n/a | | | | 402; 403; 802 |
| 2165 | 2025-09-22 | QCVARM_1159430 | QCVARM_1159436 | | | | |
| 2166 | 2025-09-24 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2167 | 2025-09-25 | ARMQC_02799977 | ARMQC_02799990 | | | | 402; 403; 802; ID; CO |
| 2168 | 2025-09-26 | QCVARM_1159437 | QCVARM_1159440 | | | | 402: 403; 802; 901 |
| 2169 | 2025-09-26 | QCVARM_1159441 | QCVARM_1159444 | | | | 402: 403; 802; 901 |
| 2170 | 2025-09-29 | QCVARM_1159449 | QCVARM_1159456 | | | | |
| 2171 | 2025-09-30 | ARMQC_02799876 | ARMQC_02799881 | | | | 402; 403; 802; ID; CO |
| 2172 | 2025-10-01 | QCVARM_1159445 | QCVARM_1159448 | | | | 402: 403; 802; 901 |
| 2173 | 2025-10-02 | QCVARM_1159457 | QCVARM_1159473 | | | | |
| 2174 | 2025-10-02 | QCVARM_1159474 | QCVARM_1159484 | | | | 402; 403; 802; 901; ID; CO |
| 2175 | 2025-10-03 | n/a | n/a | | | Britven Ex. 5 | 402; 403; 802; 805; 1006 |
| 2176 | 2025-10-03 | n/a | n/a | | | Britven Ex. 14 | 106; 402; 403; 802; 901 |
| 2177 | 2025-10-09 | n/a | n/a | | | | ND; 106; 402; 403; 802 |
| 2178 | 2025-10-31 | n/a | n/a | | | | NP; 402: 403: 802; 901 |
| 2179 | 2025-11-05 | QCVARM_1160157 | QCVARM_1160170 | | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2180 | 2025-11-05 | n/a | n/a | [redacted] | | | NP; 402; 403; 802 |
| 2181 | 2025-11-05 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2182 | 2025-11-07 | QCVARM_1160237 | QCVARM_1160241 | | | | 402; 403; 802; 805; 901 |
| 2183 | 2025-11-18 | QCVARM_1163152 | QCVARM_1163152 | | | | 402; 403; 802; 901 |
| 2184 | 2025-12-01 | QCVARM_1159485 | QCVARM_1159486 | | | | |
| 2185 | 2025-12-09 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2186 | 2025-12-10 | QCVARM_1159487 | QCVARM_1159518 | | | | |
| 2187 | 2025-12-12 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2188 | 2025-12-17 | QCVARM_1160228 | QCVARM_1160236 | | | | 402; 403; 802; 805; 901 |
| 2189 | 2026-01-05 | QCVARM_1159519 | QCVARM_1159523 | | | | |
| 2190 | 2026-01-06 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2191 | 2026-01-07 | QCVARM_1160216 | QCVARM_1160217 | | | | 402; 403; 802; 805; 901 |
| 2192 | 2026-01-07 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2193 | 2026-01-07 | QCVARM_1160218 | QCVARM_1160220 | | | | 402; 403; 802; 805; 901 |
| 2194 | 2026-01-07 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2195 | 2026-01-07 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2196 | 2026-01-08 | QCVARM_1160221 | QCVARM_1160223 | | | | 402; 403; 802; 805; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2197 | 2026-01-08 | QCVARM_1160224 | QCVARM_1160227 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2198 | 2026-01-12 | QCVARM_1159524 | QCVARM_1159528 | | | | |
| 2199 | 2026-01-18 | QCVARM_1159575 | QCVARM_1159576 | | | | |
| 2200 | 2026-01-20 | QCVARM_1160578 | QCVARM_1160594 | | | | 402; 403; 802; 805; 901 |
| 2201 | 2026-01-20 | QCVARM_1159529 | QCVARM_1159534 | | | | |
| 2202 | 2026-01-22 | QCVARM_1159541 | QCVARM_1159544 | | | | 402; 403 |
| 2203 | 2026-01-23 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2204 | 2026-01-25 | QCVARM_1159545 | QCVARM_1159564 | | | | |
| 2205 | 2026-01-25 | QCVARM_1159577 | QCVARM_1159581 | | | | 402; 403 |
| 2206 | 2026-01-28 | QCVARM_1159565 | QCVARM_1159574 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2207 | 2026-01-29 | QCVARM_1163199 | QCVARM_1163204 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2208 | 2026-02-04 | n/a | n/a | | | | NP; 402: 403: 802; 901 |
| 2209 | 2026-02-04 | QCVARM_1160171 | QCVARM_1160194 | | | | 402; 403 |
| 2210 | 2026-02-04 | QCVARM_1163073 | QCVARM_1163086 | | | | 402; 403; 802; 805; 901 |
| 2211 | 2026-02-12 | QCVARM_1159582 | QCVARM_1159592 | | | | |
| 2212 | 2026-02-14 | QCVARM_1163153 | QCVARM_1163153 | | | | 402; 403; 802; 901 |
| 2213 | 2026-03-05 | QCVARM_1160927 | QCVARM_1160931 | | | | 402; 403; 802; 805 |
| 2214 | 2026-03-11 | QCVARM_1160932 | QCVARM_1160959 | | | | 402; 403; 802; 805 |
| 2215 | 2026-03-17 | QCVARM_1161001 | QCVARM_1161005 | | | | 402; 403; 802; 805 |
| 2216 | 2026-03-19 | QCVARM_1159593 | QCVARM_1159599 | | | | |
| 2217 | 2026-03-24 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2218 | 2026-03-24 | QCVARM_1159600 | QCVARM_1159607 | | | | 402; 403; 802 |
| 2219 | 2026-03-24 | QCVARM_1159643 | QCVARM_1159652 | | | | |
| 2220 | 2026-03-24 | QCVARM_1159664 | QCVARM_1159692 | | | | |
| 2221 | 2026-03-24 | QCVARM_1159717 | QCVARM_1159717 | | | | |
| 2222 | 2026-03-24 | QCVARM_1160064 | QCVARM_1160130 | | | | |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2223 | 2026-03-24 | QCVARM_1160131 | QCVARM_1160156 | [redacted] | | | |
| 2224 | 2026-03-24 | QCVARM_1160443 | QCVARM_1160577 | | | | |
| 2225 | 2026-03-24 | QCVARM_1160697 | QCVARM_1160764 | | Simcoe, Timothy | Simcoe Ex. 13 | |
| 2226 | 2026-03-24 | QCVARM_1160195 | QCVARM_1160202 | | | | 402; 403; 802; 805; 901 |
| 2227 | 2026-03-24 | QCVARM_1160765 | QCVARM_1160772 | | | | |
| 2228 | 2026-03-24 | QCVARM_1160207 | QCVARM_1160215 | | | | 402; 403; 802; 805; 901 |
| 2229 | 2026-03-24 | QCVARM_1159608 | QCVARM_1159609 | | | | 402; 403; 802; 805 |
| 2230 | 2026-03-24 | QCVARM_1160203 | QCVARM_1160206 | | | | 402; 403; 802; 805; 901 |
| 2231 | 2026-03-25 | QCVARM_1159610 | QCVARM_1159642 | | | | |
| 2232 | 2026-03-25 | QCVARM_1160992 | QCVARM_1161000 | | | | 402; 403; 802; 805; 901 |
| 2233 | 2026-03-25 | QCVARM_1163163 | QCVARM_1163176 | | | | 402; 403; 802; 805; 901 |
| 2234 | 2026-03-25 | QCVARM_1163104 | QCVARM_1163108 | | | | 402; 403; 802; 805; 901 |
| 2235 | 2026-03-26 | QCVARM_1160360 | QCVARM_1160374 | | | | |
| 2236 | 2026-03-26 | QCVARM_1161012 | QCVARM_1161023 | | | | 402; 403; 802; 805; 901 |
| 2237 | 2026-03-26 | QCVARM_1160434 | QCVARM_1160442 | | | | 402; 403; 802; 805; 901 |
| 2238 | 2026-03-27 | QCVARM_1159695 | QCVARM_1159705 | | | | 402; 403; 802; 805; 901 |
| 2239 | 2026-03-27 | QCVARM_1159706 | QCVARM_1159716 | | | | |
| 2240 | 2026-03-27 | QCVARM_1159653 | QCVARM_1159663 | | | | 402; 403; 802; 805; 901 |
| 2241 | 2026-03-27 | QCVARM_1159693 | QCVARM_1159693 | | | | |
| 2242 | 2026-03-27 | QCVARM_1159694 | QCVARM_1159694 | | | | |
| 2243 | 2026-03-27 | QCVARM_1159723 | QCVARM_1159731 | | | | |
| 2244 | 2026-03-27 | QCVARM_1159718 | QCVARM_1159722 | | | | |
| 2245 | 2026-03-31 | n/a | n/a | | | | NP |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2246 | 2026-04-01 | QCVARM_1161024 | QCVARM_1161032 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2247 | 2026-04-02 | QCVARM_1163058 | QCVARM_1163059 | | | | 402; 403; 802; 805; 901 |
| 2248 | 2026-04-03 | n/a | n/a | | | | 106; 402; 403 |
| 2249 | 2026-04-08 | QCVARM_1159735 | QCVARM_1159736 | | | | 4021 403; 802; 805; 901 |
| 2250 | 2026-04-09 | QCVARM_1163055 | QCVARM_1163057 | | | | 402; 403; 802; 805; 901 |
| 2251 | 2026-04-09 | QCVARM_1163115 | QCVARM_1163120 | | | | 402; 403; 802; 805; 901 |
| 2252 | 2026-04-13 | QCVARM_1163146 | QCVARM_1163151 | | | | 402; 403; 802; 805; 901 |
| 2253 | 2026-04-21 | n/a | n/a | | | | 106; 402; 403; ID |
| 2254 | 2026-04-24 | QCVARM_1160783 | QCVARM_1160783 | | | | 402; 403; 802; 901 |
| 2255 | 2026-04-24 | QCVARM_1160784 | QCVARM_1160784 | | | | 402; 403; 802; 901 |
| 2256 | 2026-04-24 | QCVARM_1160785 | QCVARM_1160785 | | | | 402; 403; 802; 901 |
| 2257 | 2026-04-24 | QCVARM_1160786 | QCVARM_1160786 | | | | 402; 403; 802; 901 |
| 2258 | 2026-04-24 | QCVARM_1160787 | QCVARM_1160787 | | | | 402; 403; 802; 901 |
| 2259 | 2026-04-28 | QCVARM_1160915 | QCVARM_1160922 | | | | |
| 2260 | 2026-04-28 | QCVARM_1160826 | QCVARM_1160827 | | | | 402; 403; 802; 901 |
| 2261 | 2026-04-28 | QCVARM_1160835 | QCVARM_1160835 | | | | 402; 403; 802; 901 |
| 2262 | 2026-04-28 | QCVARM_1160837 | QCVARM_1160837 | | | | 402; 403; 802; 901 |
| 2263 | 2026-04-28 | QCVARM_1160838 | QCVARM_1160838 | | | | 402; 403; 802; 901 |
| 2264 | 2026-04-28 | QCVARM_1160818 | QCVARM_1160818 | | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2265 | 2026-04-28 | QCVARM_1160832 | QCVARM_1160832 | [redacted] | | | 402; 403; 802; 901 |
| 2266 | 2026-04-28 | QCVARM_1160788 | QCVARM_1160789 | [redacted] | | | 402; 403; 802; 901 |
| 2267 | 2026-04-28 | QCVARM_1160824 | QCVARM_1160824 | [redacted] | | | 402; 403; 802; 901 |
| 2268 | 2026-04-28 | QCVARM_1160844 | QCVARM_1160844 | [redacted] | | | 402; 403; 802; 901 |
| 2269 | 2026-04-28 | QCVARM_1160808 | QCVARM_1160808 | [redacted] | | | 402; 403; 802; 901 |
| 2270 | 2026-04-28 | QCVARM_1160822 | QCVARM_1160822 | [redacted] | | | 402; 403; 802; 901 |
| 2271 | 2026-04-29 | QCVARM_1160790 | QCVARM_1160791 | [redacted] | | | 402; 403; 802; 901 |
| 2272 | 2026-04-29 | QCVARM_1160825 | QCVARM_1160825 | [redacted] | | | 402; 403; 802; 901 |
| 2273 | 2026-04-29 | QCVARM_1160823 | QCVARM_1160823 | [redacted] | | | 402; 403; 802; 901 |
| 2274 | 2026-04-29 | QCVARM_1160841 | QCVARM_1160841 | [redacted] | | | 402; 403; 802; 901 |
| 2275 | 2026-04-29 | QCVARM_1160843 | QCVARM_1160843 | [redacted] | | | 402; 403; 802; 901 |
| 2276 | 2026-04-29 | QCVARM_1160806 | QCVARM_1160806 | [redacted] | | | 402; 403; 802; 901 |
| 2277 | 2026-04-29 | QCVARM_1160807 | QCVARM_1160807 | [redacted] | | | 402; 403; 802; 901 |
| 2278 | 2026-04-29 | QCVARM_1160847 | QCVARM_1160847 | [redacted] | | | 402; 403; 802; 901 |
| 2279 | 2026-04-29 | QCVARM_1160803 | QCVARM_1160803 | [redacted] | | | 402; 403; 802; 901 |
| 2280 | 2026-04-29 | QCVARM_1160811 | QCVARM_1160811 | [redacted] | | | 402; 403; 802; 901 |
| 2281 | 2026-04-29 | QCVARM_1160812 | QCVARM_1160813 | [redacted] | | | 402; 403; 802; 901 |
| 2282 | 2026-04-29 | QCVARM_1160814 | QCVARM_1160815 | [redacted] | | | 402; 403; 802; 901 |
| 2283 | 2026-04-29 | QCVARM_1160810 | QCVARM_1160810 | [redacted] | | | 402; 403; 802; 901 |
| 2284 | 2026-04-29 | QCVARM_1160819 | QCVARM_1160820 | [redacted] | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2285 | 2026-04-29 | QCVARM_1160821 | QCVARM_1160821 | [redacted] | | | 402; 403; 802; 901 |
| 2286 | 2026-04-29 | QCVARM_1160797 | QCVARM_1160797 | [redacted] | | | 402; 403; 802; 901 |
| 2287 | 2026-04-29 | QCVARM_1160809 | QCVARM_1160809 | [redacted] | | | 402; 403; 802; 901 |
| 2288 | 2026-04-29 | QCVARM_1160816 | QCVARM_1160817 | [redacted] | | | 402; 403; 802; 901 |
| 2289 | 2026-04-29 | QCVARM_1160796 | QCVARM_1160796 | [redacted] | | | 402; 403; 802; 901 |
| 2290 | 2026-04-29 | QCVARM_1160831 | QCVARM_1160831 | [redacted] | | | 402; 403; 802; 901 |
| 2291 | 2026-04-29 | QCVARM_1160828 | QCVARM_1160828 | [redacted] | | | 402; 403; 802; 901 |
| 2292 | 2026-04-29 | QCVARM_1160829 | QCVARM_1160829 | [redacted] | | | 402; 403; 802; 901 |
| 2293 | 2026-04-29 | QCVARM_1160804 | QCVARM_1160804 | [redacted] | | | 402; 403; 802; 901 |
| 2294 | 2026-04-29 | QCVARM_1160805 | QCVARM_1160805 | [redacted] | | | 402; 403; 802; 901 |
| 2295 | 2026-04-29 | QCVARM_1160830 | QCVARM_1160830 | [redacted] | | | 402; 403; 802; 901 |
| 2296 | 2026-04-29 | QCVARM_1160833 | QCVARM_1160833 | [redacted] | | | 402; 403; 802; 901 |
| 2297 | 2026-04-29 | QCVARM_1160834 | QCVARM_1160834 | [redacted] | | | 402; 403; 802; 901 |
| 2298 | 2026-04-29 | QCVARM_1160836 | QCVARM_1160836 | [redacted] | | | 402; 403; 802; 901 |
| 2299 | 2026-04-29 | QCVARM_1160846 | QCVARM_1160846 | [redacted] | | | 402; 403; 802; 901 |
| 2300 | 2026-04-29 | QCVARM_1160802 | QCVARM_1160802 | [redacted] | | | 402; 403; 802; 901 |
| 2301 | 2026-04-29 | QCVARM_1160849 | QCVARM_1160849 | [redacted] | | | 402; 403; 802; 901 |
| 2302 | 2026-04-29 | QCVARM_1160794 | QCVARM_1160795 | [redacted] | | | 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2303 | 2026-04-29 | QCVARM_1160801 | QCVARM_1160801 | [redacted] | | | 402; 403; 802; 901 |
| 2304 | 2026-04-29 | QCVARM_1160798 | QCVARM_1160798 | | | | 402; 403; 802; 901 |
| 2305 | 2026-04-29 | QCVARM_1160799 | QCVARM_1160799 | | | | 402; 403; 802; 901 |
| 2306 | 2026-04-29 | QCVARM_1160800 | QCVARM_1160800 | | | | 402; 403; 802; 901 |
| 2307 | 2026-04-29 | QCVARM_1160839 | QCVARM_1160840 | | | | 402; 403; 802; 901 |
| 2308 | 2026-04-29 | QCVARM_1160842 | QCVARM_1160842 | | | | 402; 403; 802; 901 |
| 2309 | 2026-04-29 | QCVARM_1160845 | QCVARM_1160845 | | | | 402; 403; 802; 901 |
| 2310 | 2026-04-29 | QCVARM_1160792 | QCVARM_1160793 | | | | 402; 403; 802; 901 |
| 2311 | 2026-04-29 | QCVARM_1160848 | QCVARM_1160848 | | | | 402; 403; 802; 901 |
| 2312 | 2026-04-29 | QCVARM_1161036 | QCVARM_1161049 | | | | 402; 403; 802; 805; 901 |
| 2313 | 2026-04-30 | n/a | n/a | | | | 402; 403 |
| 2314 | 2026-04-30 | QCVARM_1160850 | QCVARM_1160914 | | | | 402; 403; 901 |
| 2315 | 2026-05-05 | n/a | n/a | | | | 402; 403 |
| 2316 | 2026-05-05 | n/a | n/a | | | | 402; 403 |
| 2317 | 2026-05-06 | ARMQC_02800705 | ARMQC_02800719 | | Simcoe, Timothy | Simcoe Ex. 14 | |
| 2318 | 2026-05-07 | QCVARM_1160960 | QCVARM_1160991 | | | | 402; 403; 802 |
| 2319 | 2026-05-12 | QCVARM_1160923 | QCVARM_1160926 | | | | 402; 403; 802; 901 |
| 2320 | 2026-05-13 | QCVARM_1161055 | QCVARM_1161059 | | | | |
| 2321 | 2026-05-15 | n/a | n/a | | | | 402; 403; 802 |
| 2322 | 2026-05-15 | n/a | n/a | | | | 402; 403; 802 |
| 2323 | 2026-05-15 | n/a | n/a | | | | 106; 402; 403; 802; 1002 |
| 2324 | 2026-05-15 | n/a | n/a | | | | 106; 402; 403; 802; 1002 |
| 2325 | 2026-05-15 | n/a | n/a | | | | 106; 402; 403; 802; 1002 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2326 | 2026-05-15 | n/a | n/a | [redacted] | | | 402; 403; 802 |
| 2327 | 2026-05-15 | n/a | n/a | | | | 402; 403; 802 |
| 2328 | 2026-05-15 | n/a | n/a | | | | 402; 403; 802 |
| 2329 | 2026-05-15 | QCVARM_1161073 | QCVARM_1161073 | | | | 402; 403; 802; 901 |
| 2330 | 2026-05-15 | QCVARM_1163064 | QCVARM_1163067 | | | | 402; 403; 802; 805; 901 |
| 2331 | 2026-05-20 | n/a | n/a | | | | 402; 403 |
| 2332 | 2026-05-28 | QCVARM_1163156 | QCVARM_1163156 | | | | 402; 403; 802; 901 |
| 2333 | 2026-05-31 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2334 | 2026-06-02 | QCVARM_1163060 | QCVARM_1163063 | | | | 402; 403; 802; 805; 901 |
| 2335 | 2026-06-02 | QCVARM_1163068 | QCVARM_1163072 | | | | 106; 402; 403; 802; 805; 901 |
| 2336 | 2026-06-11 | QCVARM_1163109 | QCVARM_1163114 | | | | 106; 402; 403; 802; 805; 901 |
| 2337 | 2026-06-12 | ARMQC_02800756 | ARMQC_02800786 | | | | |
| 2338 | 2026-06-17 | ARMQC_02800754 | ARMQC_02800755 | | | | |
| 2339 | 2026-06-17 | QCVARM_1163043 | QCVARM_1163054 | | | | 106; 402; 403; 802; 805; 901; ILL |
| 2340 | 2026-06-18 | QCVARM_1163155 | QCVARM_1163155 | | | | 402; 403; 802; 901; ILL |
| 2341 | 2026-06-18 | QCVARM_1163157 | QCVARM_1163157 | | | | 402; 403; 802; 901; ILL |
| 2342 | 2026-06-18 | QCVARM_1163154 | QCVARM_1163154 | | | | 402; 403; 802; 901; ILL |
| 2343 | 2026-06-19 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2344 | 2026-06-19 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2345 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2346 | 2026-06-19 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2347 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2348 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2349 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2350 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2351 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2352 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2353 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2354 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2355 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802 |
| 2356 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802 |
| 2357 | 2026-06-19 | n/a | n/a | | | | 402; 403; 802 |
| 2358 | 2026-06-22 | n/a | n/a | | | Britven Ex. 4 | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2359 | 2026-07-10 | QCVARM_1163517 | QCVARM_1163532 | [redacted] | | | |
| 2360 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2361 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2362 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2363 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2364 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2365 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2366 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2367 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2368 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2369 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2370 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2371 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2372 | 2026-07-29 | n/a | n/a | [redacted] | | | 106; 402; 403; 802; 1002; 1006 |
| 2373 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2374 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2375 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2376 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2377 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2378 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2379 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2380 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2381 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2382 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2383 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2384 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2385 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2386 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2387 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2388 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2389 | 2026-07-29 | n/a | n/a | [redacted] | | | 106; 402; 403; 802; 1002; 1006 |
| 2390 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2391 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2392 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2393 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2394 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2395 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2396 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2397 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2398 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2399 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2400 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2401 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2402 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2403 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2404 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2405 | 2026-07-29 | n/a | n/a | [redacted] | | | 106; 402; 403; 802; 1002; 1006 |
| 2406 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2407 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2408 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2409 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2410 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2411 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2412 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2413 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2414 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2415 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2416 | 2026-07-29 | n/a | n/a | | | | 106; 402; 403; 802; 1002; 1006 |
| 2417 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2418 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2419 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2420 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2421 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2422 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2423 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2424 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2425 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2426 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2427 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2428 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2429 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2430 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2431 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2432 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2433 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2434 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2435 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2436 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2437 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2438 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2439 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2440 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2441 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2442 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2443 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2444 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2445 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2446 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2447 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2448 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2449 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2450 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2451 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2452 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2453 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2454 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2455 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2456 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2457 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2458 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2459 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2460 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2461 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2462 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2463 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2464 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2465 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2466 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2467 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2468 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2469 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2470 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2471 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2472 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2473 | 2026-07-29 | n/a | n/a | [redacted] | | | 402; 403; 802; 1002; 1006 |
| 2474 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2475 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2476 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802; 1002; 1006 |
| 2477 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802 |
| 2478 | 2026-07-29 | n/a | n/a | | | | 402; 403; 802 |
| 2479 | 0000-00-00 | n/a | n/a | | Weidmann, Martin | QCX 70 (Weidmann) | 402; 403; 802; 805 |
| 2480 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2481 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2482 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2483 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2484 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2485 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2486 | 0000-00-00 | n/a | n/a | | | | |
| 2487 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2488 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2489 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2490 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2491 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2492 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2493 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2494 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 901 |
| 2495 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2496 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2497 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2498 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2499 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2500 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2501 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2502 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2503 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2504 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2505 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2506 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2507 | 0000-00-00 | n/a | n/a | | Bhatnagar, Akshay | QCX 203 (Bhatnagar) | NP; 402; 403; 802 |
| 2508 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2509 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2510 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2511 | 0000-00-00 | n/a | n/a | | Hughes, Phil | Hughes Ex. 01 | NP; 402; 403; 802 |
| 2512 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2513 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2514 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802 |
| 2515 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2516 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2517 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 805; 901 |
| 2518 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |
| 2519 | 0000-00-00 | n/a | n/a | | | | NP; 402; 403; 802; 901 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2520 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 901 |
| 2521 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 901 |
| 2522 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 106; 402; 403; 802; 901 |
| 2523 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 901 |
| 2524 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 2525 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2526 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2527 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2528 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2529 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2530 | 0000-00-00 | n/a | n/a | [redacted] | | | |
| 2531 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 2532 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 802; 805; 901 |
| 2533 | 2025-02-24 | QCVARM_0572842 | QCVARM_0572844 | [redacted] | | | 402; 403; 802 |
| 2534 | 2019-06-24 | ARMQC_02732003 | ARMQC_02732015 | [redacted] | | | 402; 403; 802; 805 |
| 2535 | 2011-09-11 | n/a | n/a | [redacted] | | | |
| 2536 | 2012-03-30 | ARM_01299876 | ARM_01299899 | [redacted] | | | |
| 2537 | 2012-05-10 | ARM_01427694 | ARM_01427695 | [redacted] | | | 402; 403; 802 |
| 2538 | 2012-09-30 | ARMQC_02785578 | ARMQC_02785580 | [redacted] | | | 402; 403; 802 |
| 2539 | 2012-10-16 | ARM_01427969 | ARM_01427994 | [redacted] | | | 402; 403; 802 |
| 2540 | 2012-10-16 | ARM_01428033 | ARM_01428056 | [redacted] | | | 402; 403; 802 |
| 2541 | 2013-01-28 | ARM_00111449 | ARM_00111449 | [redacted] | | | 402; 403; 802 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2542 | 2013-03-22 | ARM_01300135 | ARM_01300163 | [redacted] | | | |
| 2543 | 2013-03-22 | QCARM_0339100 | QCARM_0339127 | | | | |
| 2544 | 2013-05-01 | ARMQC_02797669 | ARMQC_02797688 | | | | 402; 403; 802 |
| 2545 | 2013-05-30 | ARM_01297605 | ARM_01297631 | | | | 402; 403; 802; ID |
| 2546 | 2013-05-30 | ARM_01298891 | ARM_01298929 | | | | 402; 403; 802; 1006 |
| 2547 | 2013-10-03 | ARMQC_02785474 | ARMQC_02785498 | | | | 402; 403; 802 |
| 2548 | 2013-05-30 | QCVARM_1016050 | QCVARM_1016094 | | | | D; 402; 403; 901; ID |
| 2549 | 2013-05-30 | QCVARM_1016740 | QCVARM_1016774 | | | | 402; 403; 802; 901; ID |
| 2550 | 2013-05-30 | QCVARM_1020165 | QCVARM_1020215 | | | | 402; 403; 901; ID |
| 2551 | 2013-05-30 | QCVARM_1023593 | QCVARM_1023611 | | | | 402; 403; 901; ID |
| 2552 | 2011-11-16 | QCARM_7429460 | QCARM_7429491 | | | | 402; 403 |
| 2553 | 2012-03-21 | QCARM_7431186 | QCARM_7431195 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2554 | 2012-03-22 | QCARM_7431196 | QCARM_7431211 | [redacted] | | | 402; 403 |
| 2555 | 2012-03-29 | QCARM_7429201 | QCARM_7429216 | | | | 402; 403 |
| 2556 | 2012-03-30 | QCARM_7429183 | QCARM_7429198 | | | | 402; 403 |
| 2557 | 2012-04-13 | QCARM_7429066 | QCARM_7429101 | | | | 402; 403 |
| 2558 | 2012-04-19 | QCARM_7431399 | QCARM_7431433 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2559 | 2012-04-26 | QCARM_7428964 | QCARM_7428997 | [redacted] | | | 402; 403 |
| 2560 | 2012-05-04 | QCARM_7433911 | QCARM_7433945 | | | | 402; 403 |
| 2561 | 2012-05-11 | QCARM_7433077 | QCARM_7433111 | | | | 402; 403 |
| 2562 | 2012-05-17 | QCARM_7428876 | QCARM_7428909 | | | | 402; 403 |
| 2563 | 2012-05-25 | QCARM_7431570 | QCARM_7431603 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2564 | 2012-06-07 | QCARM_7431616 | QCARM_7431651 | [redacted] | | | 402; 403 |
| 2565 | 2012-09-21 | QCARM_7431834 | QCARM_7431909 | [redacted] | | | 402; 403 |
| 2566 | 2012-10-13 | QCARM_7428653 | QCARM_7428732 | [redacted] | | | 402; 403 |
| 2567 | 2012-10-25 | QCARM_7432659 | QCARM_7432696 | [redacted] | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2568 | 2012-10-30 | QCARM_7431948 | QCARM_7431987 | [redacted] | | | 402; 403 |
| 2569 | 2012-11-10 | QCARM_7428583 | QCARM_7428608 | | | | 402; 403 |
| 2570 | 2012-11-20 | QCARM_7433787 | QCARM_7433825 | | | | 402; 403 |
| 2571 | 2012-11-28 | QCARM_7432608 | QCARM_7432646 | | | | 402; 403 |
| 2572 | 2012-12-01 | QCARM_7428335 | QCARM_7428396 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2573 | 2012-12-05 | QCARM_7428284 | QCARM_7428321 | [redacted] | | | 402; 403 |
| 2574 | 2013-01-21 | QCARM_3419274 | QCARM_3419313 | | | | 402; 403 |
| 2575 | 2013-02-13 | QCARM_3423957 | QCARM_3423084 | | | | 402; 403 |
| 2576 | 2013-02-26 | QCARM_3419550 | QCARM_3419589 | | | | 402; 403 |
| 2577 | 2013-03-14 | QCARM_3419793 | QCARM_3419831 | | | | 402; 403 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2578 | 2019-02-08 | ARM_01286134 | ARM_01286237 | [redacted] | | | CO; ILL; 402; 403; 802; 804 |
| 2579 | 2019-10-18 | ARM_01242765 | ARM_01242766 | | | | 402; 403; 802; 805 |
| 2580 | 2020-05-08 | ARM_00063831 | ARM_00063834 | | | | 402; 403; 802; 805 |
| 2581 | 2021-01-12 | ARM_00087851 | ARM_00087851 | | | | 402; 403; 802; 805 |
| 2582 | 2021-01-12 | ARM_00087671 | ARM_00087673 | | | | 402; 403; 802; 805 |
| 2583 | 2021-01-12 | ARM_01242350 | ARM_01242354 | | | | 402; 403; 802; 805 |
| 2584 | 2021-01-12 | ARM_01242365 | ARM_01242366 | | | | 402; 403; 802; 805 |
| 2585 | 2021-01-13 | ARM_00086766 | ARM_00086767 | | | | P; 402; 403; 802; 805; CO |
| 2586 | 2021-01-14 | ARM_01237772 | ARM_01237776 | | | | P; 402; 403; 802; 805; CO |
| 2587 | 2021-01-14 | ARM_00082090 | ARM_00082093 | | | | P; 402; 403; 802; 805 |
| 2588 | 2021-01-15 | ARM_00063607 | ARM_00063610 | | | | P; 402; 403; 802; 805; CO |
| 2589 | 2021-01-19 | ARM_00079506 | ARM_00079514 | | | | P; 402; 403; 802; 805; CO |
| 2590 | 2021-01-29 | ARM_00032619 | ARM_00032620 | | | | 402; 403; CO |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2591 | 2021-03-16 | ARM_00081374 | ARM_00081375 | [redacted] | | | P; 402; 403; 802; 805; CO |
| 2592 | 2021-05-05 | QCARM_3535531 | QCARM_3535534 | | | | 402; 403 |
| 2593 | 2021-05-20 | ARM_00081197 | ARM_00081197 | | | | 402; 403; 802; 805 |
| 2594 | 2022-02-04 | QCARM_0557206 | QCARM_0557207 | | | | 402; 403 |
| 2595 | 2022-10-12 | QCARM_7484869 | QCARM_7484871 | | | | 402; 403; 802; 805 |
| 2596 | 2022-11-21 | QCVARM_1024720 | QCVARM_1024721 | | | | 402; 403; 802; 805 |
| 2597 | 2022-11-22 | QCVARM_0602114 | QCVARM_0602138 | | | | 402; 403; 802; 805 |
| 2598 | 2022-11-22 | QCVARM_0602139 | QCVARM_0602166 | | | | 402; 403; 802; 805 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2599 | 2022-11-29 | QCVARM_0613822 | QCVARM_0613911 | [redacted] | | | 402; 403; 802; 805 |
| 2600 | 2024-08-22 | ARMQC_02778458 | ARMQC_02778582 | [redacted] | | | P; 402; 403; 802; 805; ID |
| 2601 | 2024-10-08 | ARMQC_02775071 | ARMQC_02775089 | [redacted] | | | 402; 403; 802; 805 |
| 2602 | 2024-12-04 | ARMQC_02770335 | ARMQC_02770351 | [redacted] | | | CP; 402; 403; 802; 805 |
| 2603 | 2025-01-28 | QCVARM_0865279 | QCVARM_0865283 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2604 | 2025-02-13 | QCVARM_0865236 | QCVARM_0865240 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2605 | 2025-02-25 | QCVARM_0865420 | QCVARM_0865420 | [redacted] | | | ID; 106; 402; 403; 802; 805 |
| 2606 | 2025-02-28 | QCVARM_0865233 | QCVARM_0865233 | [redacted] | | | 402; 403; 802; 805; 901 |
| 2607 | 2025-03-04 | QCVARM_0865430 | QCVARM_0865431 | [redacted] | | | CP; ID; 402; 403; 802; 805; 901 |
| 2608 | 0000-00-00 | n/a | n/a | [redacted] | | | NP; 402; 403; 901; 1002; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2609 | 2012-03-22 | QCARM_7431212 | QCARM_7431227 | [redacted] | | | ID; 402; 403; 802; 1006 |
| 2610 | 2012-03-26 | QCARM_7430297 | QCARM_7430312 | | | | ID; 402; 403; 802; 1006 |
| 2611 | 2012-08-10 | QCARM_7431748 | QCARM_7431784 | | | | 402; 403; 802; 1006 |
| 2612 | 2012-10-23 | QCARM_7431921 | QCARM_7431947 | | | | 402; 403; 802; 1006 |
| 2613 | 2013-01-26 | QCARM_3419152 | QCARM_3419220 | | | | 402; 403; 802; 805; 1006 |
| 2614 | 2013-02-18 | ARM_01254471 | ARM_01254475 | | | | ID; 402; 403; 802; 805; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2615 | 2013-02-21 | QCARM_3420732 | QCARM_3420764 | [redacted] | | | 402; 403; 802; 1006 |
| 2616 | 2013-03-12 | QCARM_3419720 | QCARM_3419751 | | | | 402; 403; 802; 1006 |
| 2617 | 2013-04-08 | QCARM_7476797 | QCARM_7476798 | | | | ID; 402; 403; 802; 805 |
| 2618 | 2013-04-18 | QCARM_3961731 | QCARM_3961732 | | | | 402; 403; 802; 805 |
| 2619 | 2013-04-24 | QCARM_3423013 | QCARM_3423045 | | | | 402; 403; 802; 805; 1006 |
| 2620 | 2013-05-10 | QCARM_0336418 | QCARM_0336453 | | | | 402; 403; 802; 1006 |
| 2621 | 2013-05-10 | QCARM_0336466 | QCARM_0336495 | | | | 402; 403; 802; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2622 | 2013-05-16 | QCARM_0336496 | QCARM_0336525 | [redacted] | | | 402; 403; 802; 805; 1006 |
| 2623 | 2013-05-21 | QCARM_3423062 | QCARM_3423091 | | | | 402; 403; 802; 805; 1006 |
| 2624 | 2013-05-29 | QCARM_0336619 | QCARM_0336648 | | | | 402; 403; 802; 805; 1006 |
| 2625 | 2013-05-29 | QCARM_0336649 | QCARM_0336720 | | | | 402; 403; 802; 1006 |
| 2626 | 2013-05-30 | QCARM_3420239 | QCARM_3420310 | | | | 402; 403; 802; 805; 1006 |
| 2627 | 2013-05-30 | QCARM_0336995 | QCARM_0337024 | | | | 402; 403; 802; 805; 1006 |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2628 | 2013-05-30 | QCARM_0336721 | QCARM_0336750 | [redacted] | | | D; 402; 403; 802; 805; 1006 |
| 2629 | 2021-01-14 | ARM_00081398 | ARM_00081398 | | | | CO; 402; 403; 802 |
| 2630 | 2021-05-25 | ARM_01239046 | ARM_01239049 | | | | 402; 403; 802; 805 |
| 2631 | 2021-08-25 | ARM_00081462 | ARM_00081462 | | | | 402; 403; 802 |
| 2632 | 2021-11-19 | ARM_00085191 | ARM_00085192 | | | | 402; 403; 802; 805 |
| 2633 | 2022-02-04 | ARM_01230402 | ARM_01230481 | | | | ID; 402; 403; 802; 805 |
| 2634 | 2022-04-13 | ARM_00087926 | ARM_00087929 | | | | 402; 403; 802 |
| 2635 | 2022-04-28 | ARM_00098756 | ARM_00098785 | | | | ID; 402; 403; 802 |
| 2636 | 2022-08-31 | ARM_00094320 | ARM_00094363 | | | | 402; 403; 802; 1006 |
| 2637 | 2023-07-21 | QCVARM_0450177 | QCVARM_0450177 | | | | 402; 403; 802; 805 |
| 2638 | 2025-06-11 | QCVARM_1163819 | QCVARM_1163821 | | | | 402; 802 |
| 2639 | 2025-06-18 | QCVARM_1163721 | QCVARM_1163818 | | | | ILL; 402; 403; 802 |
| 2640 | 2025-07-30 | n/a | n/a | | | | NP |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2641 | 2025-12-05 | QCVARM_1163588 | QCVARM_1163593 | [redacted] | | | 402; 403; 802; NP |
| 2642 | 2025-12-05 | QCVARM_1163594 | QCVARM_1163609 | | | | 402; 403; 802; 805; 1006; NP |
| 2643 | 2025-12-15 | QCVARM_1163610 | QCVARM_1163658 | | | | 402; 403; 802; 805; 1006; NP |
| 2644 | 2026-03-30 | QCVARM_1163544 | QCVARM_1163587 | | | | 402; 403; 802; NP |
| 2645 | 2026-04-13 | QCVARM_1163669 | QCVARM_1163720 | | | | D; 402; 403; 802; 805; 1006; NP |
| 2646 | 2026-04-16 | QCVARM_1163659 | QCVARM_1163662 | | | | 402; 403; 802; 805; NP |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2647 | 2026-05-19 | QCVARM_1163533 | QCVARM_1163538 | [redacted] | | | 402; 403; 802; 1006; NP |
| 2648 | 2026-05-26 | n/a | n/a | | | | NP |
| 2649 | 2026-06-01 | QCVARM_1163663 | QCVARM_1163668 | | | | 402; 403; 802; 805; NP |
| 2650 | 0000-00-00 | n/a | n/a | | | | CP, D, NP, 106, 402, 403, 802, 805, 1002, 1006, LATE |
| 2651 | 0000-00-00 | n/a | n/a | | | | CP, D, NP, 106, 402, 403, 802, 805, 1002, 1006, LATE |
| 2652 | 0000-00-00 | n/a | n/a | | | | CP, D, NP, 106, 402, 403, 802, 805, 1002, 1006, LATE |
| 2653 | 2025-07-31 | n/a | n/a | | | | 402, 403, 802, 901, NP, LATE |
| 2654 | 2022-04-12 | QCARM_0190735 | QCARM_0190764 | | | | 402, 403, 802, 901, LATE |
| 2655 | 2025-02-27 | QCVARM_0575632 | QCVARM_0575633 | | | | 402, 403, 802, 805, LATE |
| 2656 | 2024-05-31 | QCVARM_0579541 | QCVARM_0579545 | | | | 402, 403, 802, 805, LATE |
| 2657 | 2023-12-01 | QCVARM_0579827 | QCVARM_0579830 | | | | 402, 403, 802, 805, 901, LATE |
| 2658 | 2019-03-19 | ARM_00025088 | ARM_00025091 | | | | 402; 403; 802; 805; LATE |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2659 | 2023-01-12 | QCVARM_0626487 | QCVARM_0626491 | [redacted] | | | 402; 403; 802; 805; LATE |
| 2660 | 2023-01-05 | QCVARM_0626640 | QCVARM_0626643 | | | | 402; 403; 802; 805; LATE |
| 2661 | 2022-12-01 | QCVARM_0626654 | QCVARM_0626658 | | | | 402; 403; 802; 805; LATE |
| 2662 | 2022-11-23 | QCVARM_0699028 | QCVARM_0699031 | | | | 402; 403; 802; 805; LATE |
| 2663 | 2023-03-03 | QCVARM_0699037 | QCVARM_0699041 | | | | 402; 403; 802; 805; LATE |
| 2664 | 2022-06-09 | QCVARM_0707767 | QCVARM_0707770 | | | | 402; 403; 802; 805; LATE |
| 2665 | 2024-02-23 | QCVARM_1118983 | QCVARM_1118985 | | | | 402; 403; 802; 805; LATE |
| 2666 | 2024-10-25 | QCVARM_1119015 | QCVARM_1119017 | | | | 402; 403; 802; 805; LATE |
| 2667 | 2024-09-29 | QCVARM_1119023 | QCVARM_1119024 | | | | 402; 403; 802; 805; LATE |
| 2668 | 2024-09-29 | QCVARM_1119027 | QCVARM_1119029 | | | | 402; 403; 802; 805; LATE |

| PTX # | Date | Beginning Bates Number | End Bates Number | Document Description | Deponent (If Applicable) | Deposition Exhibit Number (If Applicable) | Objections |
|---|---|---|---|---|---|---|---|
| 2669 | 2024-09-28 | QCVARM_1122515 | QCVARM_1122517 | [redacted] | | | 402, 403, 802, 805, LATE |
| 2670 | 2019-06-17 | ARM_00080859 | ARM_00080861 | | | | 402, 403, 802, 805, LATE |
| 2671 | 2013-11-06 | n/a | n/a | | | | NP, 402, 403, 802, 901, LATE |
| 2672 | 2021-07-13 | ARM_01231652 | ARM_01231653 | | | | 402, 403, 802, 805, LATE |
| 2673 | 2021-02-25 | ARM_01237783 | ARM_01237795 | | | | 402; 403; 802; 805 |
| 2674 | 2022-02-22 | ARM_00067538 | ARM_00067549 | | | | 402; 403 |
| 2675 | 2022-09-01 | ARM_01215398 | ARM_01215399 | | | | 402; 403; 802; 805; ID |
| 2676 | 2022-09-02 | ARM_00094941 | ARM_00094943 | | | | 402; 403; 802; 805 |
| 2677 | 2023-08-31 | ARMQC_02729015 | ARMQC_02729018 | | | | 402; 403; 802; 805; 106 |
| 2678 | 2026-04-01 | QCVARM_1163824 | QCVARM_1163824 | | | | 402; 403; LATE |
| 2679 | 2026-06-30 | n/a | n/a | | | | 402; 403; NP |
| 2680 | 2026-08-20 | QCVARM_1163825 | QCVARM_1163825 | | | | 402; 403; LATE |
| 2681 | 2026-09-08 | QCVARM_1163823 | QCVARM_1163823 | | | | 402; 403; LATE |
| 2682 | 2026-09-09 | n/a | n/a | | | | 402; 403; NP |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN (Consolidated)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 8: DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST**

Pursuant to Local Rule 16.3(c)(6), Defendants Arm Holdings plc ("Arm Holdings") and Arm Ltd. submit the attached list of Objections to Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc.'s (collectively, "Qualcomm") Exhibit List.

Arm Holdings and Arm Ltd. reserve the right to object to the relevance or admissibility of any evidence offered by Qualcomm, at the time such evidence is offered, in view of the specific context in which such evidence is offered. Arm Holdings and Arm Ltd. also reserve the right to object to any evidence offered by Qualcomm should Qualcomm not lay a proper foundation for such evidence.

Arm Holdings and Arm Ltd. Objections to Qualcomm's Exhibit List are designated by the following:

**Arm Holdings and Arm Ltd.'s Exhibit List Objection Key**

| **Code** | **Objection** |
|---|---|
| CO | Contrary to Court Order |
| CP | Composite; not a single document |
| D | Duplicative of other exhibits |
| ILL | Illegible copy of exhibit |
| MIL | Motion in Limine |
| ND | Exhibit or designation is a deposition transcript or discovery response of the offering party, and thus is not properly admitted into evidence |
| NP | Not produced during discovery |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial<br>Misleading the jury; mini-trial<br>Waste of time / cumulative |
| 404 | Inadmissible other acts |
| 408 | Privileged settlement communication |
| 501 | Privileged |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Authenticity |
| 1002 | Best evidence |
| 1006 | Improper summary |
| LANG | Foreign Language |
| ID | Wrong document / Incorrect description |

# PROPOSED PRETRIAL ORDER

## EXHIBIT 9

## DEFENDANTS' PRELIMINARY EXHIBIT LIST AND PLAINTIFFS' OBJECTIONS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br>**(Consolidated)**<br><br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 9: DEFENDANTS' PRELIMINARY EXHIBIT LIST**

Pursuant to Local Rule 16.3(c)(6), Defendants Arm Holdings plc ("Arm Holdings") and Arm Ltd. submit the attached Exhibit List.

By including a document on this Exhibit List, Arm Holdings and Arm Ltd. do not thereby agree that a document or category of documents is admissible for any or all purposes. The listing of an exhibit is not a waiver of any applicable evidentiary objection. Arm Holdings and Arm Ltd. reserve the right to object if Qualcomm Incorporated and Qualcomm Technologies, Inc.'s (collectively, "Qualcomm") seek to introduce into evidence exhibits that Arm Holdings and Arm Ltd. have identified. Arm Holdings and Arm Ltd. reserve the right to object to the relevance or admissibility of any evidence offered by Qualcomm, at the time such evidence is offered, in view of the specific context in which such evidence is offered, or for any other reason as set forth in the Federal Rules of Evidence or other applicable law. The parties intend to continue conferring regarding Qualcomm's objections to Arm Holdings and Arm Ltd.'s exhibits, and may add, delete, or otherwise modify Exhibit List objections.

Arm Holdings and Arm Ltd. reserve the right to introduce one or more, or none, of these exhibits. Any description of a document on the Exhibit List is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the listed document. Arm Holdings and Arm Ltd. reserve the right to introduce into evidence any exhibit included on Qualcomm's Exhibit List.

Arm Holdings and Arm Ltd. reserve the right to supplement and/or amend this Exhibit List with additional exhibits based upon any pretrial rulings by the Court, including summary judgment, *Daubert*, and any potential denials of motions in limine, or to address any additional issues, arguments, evidence, or other developments in the case, including edits to the draft pretrial order, any meet and confers, other negotiations between the parties, pending and anticipated motions, and similar developments. Arm Holdings and Arm Ltd. reserve the right to supplement this Exhibit List with any exhibits that fall within any of Arm Holdings and Arm Ltd.'s deposition designations, including counter and counter-counter designations. Arm Holdings and Arm Ltd. further reserve the right to supplement or amend this Exhibit List to fairly respond to any new issue that Qualcomm may raise. Arm Holdings and Arm Ltd. also reserve the right to offer additional exhibits in rebuttal to issues raised in Qualcomm's case-in-chief or rebuttal presentations. Arm Holdings and Arm Ltd. further reserve the right to offer additional exhibits to respond to issues raised after the preparation and submission of this Exhibit List, including any changes by Qualcomm to its arguments, exhibit list, witness list, or other positions. Arm Holdings and Arm Ltd. further reserve the right to offer exhibits for purposes of impeachment.

Arm Holdings and Arm Ltd. also reserve the right to use documents at trial with only a DTX number even where the document listed in their Exhibit List is marked with a deposition

sticker. And Arm Holdings and Arm Ltd. reserve the right to use color versions of documents provided via FTP in black and white.

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0001 | 2021.07.29 | QCARM_3464080 | QCARM_3464081 | [redacted] | 20 | 402, 403, LF, CO, IP |
| DTX-0002 | 2022.11.15 | | | [redacted] | | 402, 403, 802, ND, IP, CO |
| DTX-0003 | 2024.11.20 | | | [redacted] | 15 | 402, 403, 802, ND, IP, CO, LF |
| DTX-0004 | 2022.09.28 | QCVARM_0708107 | QCVARM_0708108 | [redacted] | | |
| DTX-0005 | 2022.11.16 | QCVARM_0708086 | QCVARM_0708087 | [redacted] | | |
| DTX-0006 | 2025.01.10 | ARMQC_02777465 | ARMQC_02777469 | [redacted] | 200 | 106 |
| DTX-0007 | 2025.12.10 | QCVARM_1159488 | QCVARM_1159518 | [redacted] | | 106 |
| DTX-0008 | 2026.03.19 | ARMQC_02798873 | ARMQC_02798878 | [redacted] | | 802, LF |
| DTX-0009 | 2026.08.18 | ARMQC_02800850 | ARMQC_02800915 | [redacted] | | 802, LF |
| DTX-0010 | 2026.02.04 | | | [redacted] | | 402, 403 |
| DTX-0011 | Oct-24 | QCVARM_0857117 | QCVARM_0857148 | [redacted] | | |
| DTX-0012 | Jul-22 | QCVARM_0529890 | QCVARM_0529934 | [redacted] | | 106, 805, LF |
| DTX-0013 | Aug-24 | ARMQC_02755905 | ARMQC_02755928 | [redacted] | | 106, LF |
| DTX-0014 | | QCVARM_0600331 | QCVARM_0600331 | [redacted] | 17 | 402, 403, ILL, IP, CO, LF |
| DTX-0015 | 2023.06.12 | QCVARM_0537065 | QCVARM_0537074 | [redacted] | 9 | 106, 402, 403 |
| DTX-0016 | 2023.06.11 | QCVARM_0534596 | QCVARM_0534618 | [redacted] | 4 | 402, 403, 805, ILL |
| DTX-0017 | 2023.09.06 | QCVARM_0448842 | QCVARM_0448844 | [redacted] | 10 | 402, 403, 805 |
| DTX-0018 | 2023.09.06 | QCVARM_0452684 | QCVARM_0452686 | [redacted] | 9 | 402, 403, 805 |
| DTX-0019 | 2022.09.28 | QCVARM_0708107 | QCVARM_0708108 | [redacted] | 13 | |
| DTX-0020 | 2020.06.23 | QCARM_0343954 | QCARM_0343976 | [redacted] | 5 | |
| DTX-0021 | 2013.05.30 | QCARM_0338573 | QCARM_0338576 | [redacted] | 4 | |
| DTX-0022 | 2013.05.30 | ARM_00063298 | ARM_00063312 | [redacted] | 3 | 106 |
| DTX-0023 | 2013.05.30 | QCVARM_1016837 | QCVARM_1016879 | [redacted] | 2 | |
| DTX-0024 | 2023 | QCVARM_0848786 | QCVARM_0848853 | [redacted] | 6 | 106, 402, 403, 805 |
| DTX-0025 | 2023.08.11 | ARMQC_02798608 | ARMQC_02798627 | [redacted] | | |
| DTX-0026 | 2023.08.11 | ARMQC_02798587 | ARMQC_02798588 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0027 | 2024.04.04 | QCVARM_0612367 | QCVARM_0612376 | [redacted] | 29 | 403, 805 |
| DTX-0028 | | ARMQC_02798814 | ARMQC_02798814 | [redacted] | 3 | |
| DTX-0029 | 2024.10.24 | QCVARM_0617829 | QCVARM_0617831 | [redacted] | | 106 |
| DTX-0030 | 2024.11.22 | QCVARM_0524726 | QCVARM_0524726 | [redacted] | | LF |
| DTX-0031 | 2024.01.24 | ARMQC_02774816 | ARMQC_02774817 | [redacted] | | |
| DTX-0032 | 2024.01.24 | ARMQC_02774844 | ARMQC_02774855 | [redacted] | 7 | |
| DTX-0033 | 2020.12.31 | ARMQC_02772246 | ARMQC_02772250 | [redacted] | 5 | |
| DTX-0034 | 2019.10.18 | ARM_00062474 | ARM_00062493 | [redacted] | 9 | |
| DTX-0035 | 2024.10.24 | QCVARM_0617829 | QCVARM_0617831 | [redacted] | 8 | 106 |
| DTX-0036 | 2022.10.28 | QCVARM_1068713 | QCVARM_1068718 | [redacted] | | 805, LF |
| DTX-0037 | 2024.10.08 | ARMQC_02762987 | ARMQC_02762987 | [redacted] | 1 | |
| DTX-0038 | 2024.10.22 | FGS_0000389 | FGS_0000390 | [redacted] | 2 | |
| DTX-0039 | 2024.12.02 | KF00811 | KF00816 | [redacted] | 4 | |
| DTX-0040 | 2024.12.03 | KF00507 | KF00512 | [redacted] | 5 | |
| DTX-0041 | 2024.10.24 | ARMQC_02762949 | ARMQC_02762951 | [redacted] | 7 | CO |
| DTX-0042 | 2024.10.22 | ARMQC_02749014 | ARMQC_02749016 | [redacted] | PM 2 | CO |
| DTX-0043 | | ARMQC_02755939 | ARMQC_02755939 | [redacted] | | 106, LF |
| DTX-0044 | 2024.04.26 | | | [redacted] | 2 | ND, 402, 403, LF, MIL, LF |
| DTX-0045 | 2022.09.26 | QCARM_0337838 | QCARM_0337838 | [redacted] | 3 | 802, 805 |
| DTX-0046 | 2022.10.10 | QCARM_7484465 | QCARM_7484466 | [redacted] | 4 | 106 |
| DTX-0047 | 2022.10.16 | ARM_01231248 | ARM_01231248 | [redacted] | | 106 |
| DTX-0048 | 2022.10.16 | ARM_01231249 | ARM_01231250 | [redacted] | 5 | 106 |
| DTX-0049 | 2022.12.05 | ARM_00025399 | ARM_00025400 | [redacted] | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0050 | 2022.12.05 | ARM_00025401 | ARM_00025403 | [redacted] | 6 | 106 |
| DTX-0051 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 7 | |
| DTX-0052 | 2022.12.06 | QCARM_0277129 | QCARM_0277130 | | 8 | 106 |
| DTX-0053 | 2023.01.04 | ARM_01231611 | ARM_01231613 | | | 106 |
| DTX-0054 | 2023.01.03 | ARM_01231614 | ARM_01231614 | | 9 | 106 |
| DTX-0055 | 2024.10.22 | | | | 10 | |
| DTX-0056 | 2024.10.22 | | | | 11 | |
| DTX-0057 | 2024.10.23 | QCVARM_0713535 | QCVARM_0713537 | | 12 | |
| DTX-0058 | 2024.10.28 | | | | 13 | |
| DTX-0059 | 2024.11.06 | | | | 14 | |
| DTX-0060 | 2024.06.06 | QCVARM_0856270 | QCVARM_0856271 | | | 403, 802, 805, D, LF |
| DTX-0061 | 2025.01.08 | | | | 16 | |
| DTX-0062 | 2025.01.22 | | | | 17 | |
| DTX-0063 | 2022.11.15 | | | | 19 | 402, 403, 802, ND, IP, CO |
| DTX-0064 | 2025.04.24 | | | | 20 | LF, D |
| DTX-0065 | 2025.06.04 | | | | 21 | D, NP |
| DTX-0066 | 2025.06.09 | ARMQC_02771126 | ARMQC_02771126 | | 22 | |
| DTX-0067 | 2025.03.25 | | | | 23 | 402, 403, 802, MIL, LF |
| DTX-0068 | 2025.02.13 | | | | 24 | |
| DTX-0069 | 2025.01.23 | | | | 25 | LF, 402, 403, 802 |
| DTX-0070 | 2025.06.13 | | | | 104 | ND, 402 |
| DTX-0071 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 99 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0072 | 2025.06.29 | | | [redacted] | 2 | 402, 403, LF |
| DTX-0073 | 2025.06.25 | | | | 3 | |
| DTX-0074 | 2024.10.22 | | | | 4 | |
| DTX-0075 | 2022.11.15 | | | | 6 | 402, 403, 802, ND, IP, CO, D |
| DTX-0076 | 2025.03.25 | | | | 7 | 402, 403, 802, MIL, LF |
| DTX-0077 | 2024.11.06 | | | | 9 | |
| DTX-0078 | 2025.06.26 | | | | 10 | 402, LF |
| DTX-0079 | 2022.03.31 | QCARM_3425702 | QCARM_3425706 | | 11 | 402, 403, 805, LF |
| DTX-0080 | 2024.06.06 | QCVARM_0856270 | QCVARM_0856271 | | 12 | 403, 802, 805, D, LF |
| DTX-0081 | 2024.10.21 | QCVARM_0865022 | QCVARM_0865028 | | 13 | |
| DTX-0082 | 2024.10.31 | QCVARM_1069106 | QCVARM_1069110 | | 14 | |
| DTX-0083 | 2022.10.14 | QCARM_3533982 | QCARM_3533982 | | 15 | 106 |
| DTX-0084 | 2022.11.21 | QCVARM_1068222 | QCVARM_1068230 | | 16 | 805, LF |
| DTX-0085 | 2022.08.26 | QCVARM_0464648 | QCVARM_0464652 | | 1 | 402, 403, 802, 805, LF |
| DTX-0086 | 2024.04.30 | QCVARM_0466045 | QCVARM_0466053 | | 2 | 402, 403, 802, LF |
| DTX-0087 | 2024.02.21 | QCVARM_0463837 | QCVARM_0463839 | | 3 | 402, 403 |
| DTX-0088 | 2024.11.18 | QCVARM_0465090 | QCVARM_0465095 | | 4 | 402, 403, 805, LF |
| DTX-0089 | 2024.10.25 | QCVARM_1068356 | QCVARM_1068359 | | 5 | 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0090 | 2024.11.21 | QCVARM_1118463 | QCVARM_1118465 | [redacted] | 6 | 402, 403, 805, LF |
| DTX-0091 | 2025.01.09 | QCVARM_0464124 | QCVARM_0464127 | | 7 | 402, 403, LF |
| DTX-0092 | 2025.01.16 | QCVARM_0464128 | QCVARM_0464166 | | 8 | 402, 403, LF, D |
| DTX-0093 | 2024.10.22 | | | | 9 | |
| DTX-0094 | 2025.01.08 | QCVARM_0573677 | QCVARM_0573678 | | 10 | |
| DTX-0095 | 2024.05.08 | QCVARM_1118617 | QCVARM_1118619 | | 11 | 802, 805, LF |
| DTX-0096 | 2025.03.25 | | | | 12 | 402, 403, 802, MIL, LF |
| DTX-0097 | 2025.06.16 | | | | 250 | 802, ND |
| DTX-0098 | 2025.06.19 | | | | 251 | 802, ND |
| DTX-0099 | 2022.09.08 | QCVARM_0525080 | QCVARM_0525080 | | | 106, 402, 403, LF |
| DTX-0100 | 2013.05.30 | QCVARM_0525081 | QCVARM_0525081.00042 | | 252 | |
| DTX-0101 | 2013.05.30 | ARM_00103804 | ARM_00103818 | | 253 | |
| DTX-0102 | 2020.06.23 | QCVARM_1015821 | QCVARM_1015843 | | 254 | |
| DTX-0103 | 2022.02.23 | ARM_01231394 | ARM_01231395 | | 257 | |
| DTX-0104 | 2022.01.18 | ARM_01426582 | ARM_01426590 | | 258 | |
| DTX-0105 | 2024.10.23 | QCVARM_0525844 | QCVARM_0525850 | | 296 | |
| DTX-0106 | 2023.10.18 | QCVARM_0608131 | QCVARM_0608138 | | 297 | |
| DTX-0107 | 2024.04.02 | QCVARM_0524362 | QCVARM_0524362 | | 298 | |
| DTX-0108 | 2022.07.11 | ARMQC_02747567 | ARMQC_02747598 | | 299 | 106, 402, 403, 802, 805, CP, D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0109 | 2022.08.24 | ARMQC_02730889 | ARMQC_02730894 | [redacted] | 300 | 402, 403, 802, 805, LF |
| DTX-0110 | 2022.08.16 | QCVARM_0450192 | QCVARM_0450194 | [redacted] | 301 | 402, 403, 802, D |
| DTX-0111 | 2022.11.07 | QCVARM_0449950 | QCVARM_0449954 | [redacted] | 302 | 106, 402, 403, 802, LF |
| DTX-0112 | 2022.10.20 | QCVARM_0449955 | QCVARM_0449955 | [redacted] | | 106, LF |
| DTX-0113 | 2022.08.24 | ARMQC_02771221 | ARMQC_02771227 | [redacted] | 303 | 402, 403, 802 |
| DTX-0114 | 2022.12.21 | ARMQC_02725741 | ARMQC_02725755 | [redacted] | 304 | 802, LF |
| DTX-0115 | 2023.08.05 | ARM_00105723 | ARM_00105725 | [redacted] | 305 | 106 |
| DTX-0116 | 2022.05.24 | ARMQC_00024609 | ARMQC_00024610 | [redacted] | 306 | 106 |
| DTX-0117 | 2022.08.02 | ARMQC_00024611 | ARMQC_00024611 | [redacted] | | 106 |
| DTX-0118 | 2024.07.16 | QCVARM_0618324 | QCVARM_0618324 | [redacted] | 307 | 106 |
| DTX-0119 | 2023.03.23 | QCVARM_0618325 | QCVARM_0618327 | [redacted] | | 106 |
| DTX-0120 | 2022.12.09 | ARM_00080651 | ARM_00080653 | [redacted] | 308 | 802, LF |
| DTX-0121 | 2023.06.05 | QCVARM_0608391 | QCVARM_0608393 | [redacted] | 2 | 805 |
| DTX-0122 | 2025.07.08 | | | [redacted] | 3 | 402, 403, 802, LF |
| DTX-0123 | 2025.07.08 | | | [redacted] | 4 | 402, 403, 802, LF |
| DTX-0124 | | QCVARM_0532239 | QCVARM_0532257 | [redacted] | 5 | |
| DTX-0125 | 2022.07.25 | QCVARM_0529887 | QCVARM_0529934 | [redacted] | 6 | 805, LF |
| DTX-0126 | 2023.01.30 | QCARM_3430479 | QCARM_3430482 | [redacted] | 7 | 106, LF |
| DTX-0127 | 2013.05.30 | QCARM_3430483 | QCARM_3430505 | [redacted] | | |
| DTX-0128 | 2013.05.30 | QCARM_3430506 | QCARM_3430548 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0129 | 2020.06.23 | QCARM_3430549 | QCARM_3430571 | [redacted] | | |
| DTX-0130 | 2023.06.12 | QCVARM_0537065 | QCVARM_0537074 | | 8 | 106, 402, 403, D |
| DTX-0131 | 2022.09.28 | QCVARM_0537075 | QCVARM_0537075.00016 | | | 106, 402, 403, 802 |
| DTX-0132 | 2025.03.03 | QCVARM_0621447 | QCVARM_0621447 | | 9 | 106, 402, 403, LF, D |
| DTX-0133 | 2025 | QCVARM_0621448 | QCVARM_0621540 | | 10 | 106, 402, 403, LF, D |
| DTX-0134 | | QCARM_3537383 | QCARM_3537406 | | 11 | 402, 403, 805, ILL, LF |
| DTX-0135 | 2023.11.30 | QCVARM_0454629 | QCVARM_0454635 | | 12 | 402, 403, 805, D |
| DTX-0136 | 2025.08.08 | | | | 1 | 802, ND |
| DTX-0137 | 2025.09.19 | | | | 2 | 802, ND |
| DTX-0138 | 2025.08.08 | | | | 3 | 106, 402, 403, LF |
| DTX-0139 | 2023.12.18 | | | | 4 | 402, 403, 802 |
| DTX-0140 | | | | | 6 | 402, 802, LF |
| DTX-0141 | 2020 | | | | 7 | 804, 402, 403, LF |
| DTX-0142 | 2007 | | | | 8 | LF, 402, 403, 802, 805 |
| DTX-0143 | 2011.05.25 | ARMQC_02794962 | ARMQC_02794968 | | 9 | LF, 402, 403, 802 |
| DTX-0144 | 2025.06.24 | | | | 10 | 402, 403, 802, LF |
| DTX-0145 | 2024.07.31 | ARMQC_00001109 | ARMQC_00001135 | | 11 | 802, LF |
| DTX-0146 | 2025.07.30 | | | | 12 | 402, 403, 802, LF |
| DTX-0147 | 2025.07.14 | | | | 13 | 802, 402, 403, LF |
| DTX-0148 | | QCVARM_1070919 | QCVARM_1070920 | | 14 | 802, ILL, LF |
| DTX-0149 | 2025.09.18 | | | | 16 | 402, 403, 802, LF |
| DTX-0150 | 2025.08.22 | | | | 17 | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0151 | 2024.09.19 | QCVARM_0851119 | QCVARM_0851119 | [redacted] | | 106, LF |
| DTX-0152 | Jun-24 | QCVARM_0851120 | QCVARM_0851180 | | 18 | 106, LF |
| DTX-0153 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 19 | |
| DTX-0154 | 2022.09.30 | | | | 20 | 402, 403, 802, ND |
| DTX-0155 | 2025.06.20 | | | | 21 | 802, ND |
| DTX-0156 | 2025.06.19 | | | | 1 | 802, ND |
| DTX-0157 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 2 | |
| DTX-0158 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 3 | |
| DTX-0159 | 2019.10.18 | ARM_00062440 | ARM_00062440 | | | 106 |
| DTX-0160 | 2019.10.18 | ARM_00062474 | ARM_00062493 | | 4 | |
| DTX-0161 | 2019.10.18 | ARM_00062494 | ARM_00062567 | | | |
| DTX-0162 | 2024.09.27 | QCVARM_0573671 | QCVARM_0573673 | | 5 | |
| DTX-0163 | 2024.10.24 | QCVARM_0526828 | QCVARM_0526830 | | 6 | |
| DTX-0164 | 2024.04.23 | QCVARM_1014018 | QCVARM_1014024 | | | 106 |
| DTX-0165 | 2024.03.28 | QCVARM_1014030 | QCVARM_1014112 | | 7 | 106, D |
| DTX-0166 | 2024.03.28 | QCVARM_1014113 | QCVARM_1014119 | | | |
| DTX-0167 | 2025.01.10 | QCVARM_0527544 | QCVARM_0527545 | | 8 | 106 |
| DTX-0168 | 2025.01.10 | QCVARM_0527546 | QCVARM_0527548 | | 9 | 106 |
| DTX-0169 | 2024.09.20 | QCVARM_0851448 | QCVARM_0851448 | | | 106, LF |
| DTX-0170 | Sep-24 | QCVARM_0851449 | QCVARM_0851505 | | PM 03 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0171 | 2024.11.27 | QCVARM_0857113 | QCVARM_0857148 | [redacted] | 47 | |
| DTX-0172 | Oct-21 | QCARM_0562765 | QCARM_0562800 | [redacted] | 48 | 402, 403, LF, D |
| DTX-0173 | 2023.06.03 | QCVARM_0449160 | QCVARM_0449164 | [redacted] | 49 | 402, 403 |
| DTX-0174 | 2022.12.02 | QCARM_3313115 | QCARM_3313115 | [redacted] | 50 | 402, 403, LF |
| DTX-0175 | 2025.06.13 | | | [redacted] | 169 | ND, 402 |
| DTX-0176 | 2024.10.24 | ARMQC_02771946 | ARMQC_02771948 | [redacted] | 170 | |
| DTX-0177 | 2013.05.30 | ARM_00103918 | ARM_00103972 | [redacted] | 171 | |
| DTX-0178 | 2023.01.31 | ARMQC_02779433 | ARMQC_02779482 | [redacted] | 172 | |
| DTX-0179 | 2003.12.10 | ARMQC_02779391 | ARMQC_02779411 | [redacted] | 173 | |
| DTX-0180 | 2024.01.24 | ARMQC_02779314 | ARMQC_02779363 | [redacted] | 174 | |
| DTX-0181 | 2024.11.22 | QCVARM_0525819 | QCVARM_0525819 | [redacted] | 175 | 106 |
| DTX-0182 | 2024.11.22 | QCVARM_0525820 | QCVARM_0525820 | [redacted] | 176 | 106 |
| DTX-0183 | 2024.12.09 | ARMQC_02777440 | ARMQC_02777441 | [redacted] | 177 | |
| DTX-0184 | 2025.01.10 | QCVARM_0527544 | QCVARM_0527545 | [redacted] | 178 | 106 |
| DTX-0185 | 2025.01.10 | QCVARM_0527546 | QCVARM_0527548 | [redacted] | 179 | 106 |
| DTX-0186 | 2024.10.23 | QCVARM_0525844 | QCVARM_0525850 | [redacted] | 181 | |
| DTX-0187 | 2023.10.18 | QCVARM_0608131 | QCVARM_0608138 | [redacted] | 182 | D |
| DTX-0188 | 2024.04.02 | QCVARM_0524362 | QCVARM_0524362 | [redacted] | 183 | |
| DTX-0189 | 2025.02.10 | ARMQC_02777458 | ARMQC_02777464 | [redacted] | 184 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0190 | 2024.09.27 | QCVARM_0573671 | QCVARM_0573673 | [redacted] | 185 | |
| DTX-0191 | 2024.10.23 | QCVARM_0616914 | QCVARM_0616915 | | 186 | |
| DTX-0192 | 2024.09.10 | QCVARM_0616959 | QCVARM_0616962 | | | 106, 802, LF |
| DTX-0193 | 2024.05.03 | QCVARM_0616964 | QCVARM_0616964 | | | 802, LF |
| DTX-0194 | 2024.04.11 | QCVARM_0616965 | QCVARM_0616966 | | | D |
| DTX-0195 | 2024.10.24 | QCVARM_0616967 | QCVARM_0616969 | | | |
| DTX-0196 | 2024.08.22 | QCVARM_0616975 | QCVARM_0616976 | | | |
| DTX-0197 | 2024.10.18 | ARMQC_02772155 | ARMQC_02772156 | | 187 | |
| DTX-0198 | 2025.04.25 | ARMQC_02773054 | ARMQC_02773054 | | 189 | 106, LF, D |
| DTX-0199 | 2025.04.25 | ARMQC_02773055 | ARMQC_02773055 | | 190 | 106, LF, D |
| DTX-0200 | 2025.05.29 | QCVARM_1118115 | QCVARM_1118115 | | 191 | LF |
| DTX-0201 | 2025.06.05 | ARMQC_02778177 | ARMQC_02778177 | | 192 | 106 |
| DTX-0202 | 2025.06.04 | ARMQC_02778178 | ARMQC_02778178 | | 193 | 106 |
| DTX-0203 | 2025.06.02 | QCVARM_1120482 | QCVARM_1120485 | | 194 | 106, D, LF |
| DTX-0204 | 2025.05.20 | QCVARM_1120486 | QCVARM_1120490 | | 195 | 106, D, LF |
| DTX-0205 | 2025.07.02 | QCVARM_1120491 | QCVARM_1120495 | | 196 | 106 |
| DTX-0206 | 2025.07.02 | QCVARM_1120496 | QCVARM_1120497 | | 197 | 106 |
| DTX-0207 | 2025.07.01 | QCVARM_1120498 | QCVARM_1120535 | | 198 | |
| DTX-0208 | 2024.12.13 | ARMQC_02777448 | ARMQC_02777449 | | 199 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0209 | 2022.02.07 | ARM_00001495 | ARM_00001497 | [redacted] | | 402, 403, LF |
| DTX-0210 | 2025.01.10 | ARMQC_02777470 | ARMQC_02777472 | [redacted] | | 106 |
| DTX-0211 | 2025.03.26 | ARMQC_02778241 | ARMQC_02778249 | [redacted] | 201 | |
| DTX-0212 | | ARMQC_02783619 | ARMQC_02783730 | [redacted] | 202 | |
| DTX-0213 | 2024.08.13 | QCVARM_0602227 | QCVARM_0602228 | [redacted] | 2 | |
| DTX-0214 | | QCVARM_0602262 | QCVARM_0602262 | [redacted] | | 402, LF |
| DTX-0215 | | QCVARM_0602263 | QCVARM_0602263 | [redacted] | | 402, LF |
| DTX-0216 | | QCVARM_0602264 | QCVARM_0602264 | [redacted] | | 402, LF |
| DTX-0217 | | QCVARM_0602265 | QCVARM_0602265 | [redacted] | | 402, LF |
| DTX-0218 | | QCVARM_0602266 | QCVARM_0602266 | [redacted] | | 402, LF |
| DTX-0219 | | QCVARM_0602267 | QCVARM_0602267 | [redacted] | | 402, LF |
| DTX-0220 | | QCVARM_0602268 | QCVARM_0602268 | [redacted] | | 402, LF |
| DTX-0221 | 2024.09.26 | QCVARM_0000092 | QCVARM_0000097 | [redacted] | 4 | |
| DTX-0222 | 2023.02.06 | QCVARM_0000269 | QCVARM_0000275 | [redacted] | 6 | 402, 403, IP, CO |
| DTX-0223 | Mar-24 | ARMQC_02605445 | ARMQC_02605464 | [redacted] | 167 | 802 |
| DTX-0224 | 2025.02.07 | ARMQC_02779076 | ARMQC_02779083 | [redacted] | 168 | |
| DTX-0225 | 2023.08.12 | QCVARM_0848777 | QCVARM_0848785 | [redacted] | | 106, 402, 403, 805, LF |
| DTX-0226 | 2024.10.24 | ARMQC_02771946 | ARMQC_02771948 | [redacted] | 303 | |
| DTX-0227 | 2021.03.03 | ARM_00063297 | ARM_00063297 | [redacted] | | 106 |
| DTX-0228 | 2020.06.23 | ARM_00063313 | ARM_00063335 | [redacted] | | |
| DTX-0229 | 2020.06.23 | QCARM_0343952 | QCARM_0343953 | [redacted] | | 106 |
| DTX-0230 | 2022.08.25 | QCVARM_0544257 | QCVARM_0544258 | [redacted] | | 106, 402, 403, LF |
| DTX-0231 | 2022.06.01 | QCVARM_0544259 | QCVARM_0544259.00003 | [redacted] | 1 | 402, 403, CO, IP, LF |
| DTX-0232 | 2023.03.13 | QCVARM_0447248 | QCVARM_0447251 | [redacted] | 2 | 402, 403, 805 |
| DTX-0233 | 2024.05.14 | QCVARM_0863181 | QCVARM_0863185 | [redacted] | 3 | 106, D, LF |
| DTX-0234 | | QCVARM_0863186 | QCVARM_0863186 | [redacted] | | 106, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0235 | | QCVARM_0863189 | QCVARM_0863189 | [redacted] | | 106, LF |
| DTX-0236 | 2024.04.16 | QCVARM_0457029 | QCVARM_0457035 | | 4 | 402, 403, 802, D, LF |
| DTX-0237 | 2024.09.10 | QCVARM_0575825 | QCVARM_0575828 | | 5 | |
| DTX-0238 | 2023.01.18 | QCVARM_0535902 | QCVARM_0535905 | | 6 | |
| DTX-0239 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 1 | |
| DTX-0240 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 2 | |
| DTX-0241 | 2013.05.30 | QCARM_0343120 | QCARM_0343142 | | 4 | |
| DTX-0242 | 2013.05.30 | QCARM_0338573 | QCARM_0338576 | | 5 | |
| DTX-0243 | 2020.06.23 | QCARM_0343954 | QCARM_0343976 | | 6 | |
| DTX-0244 | 2019.10.18 | ARMQC_02772366 | ARMQC_02772385 | | 7 | |
| DTX-0245 | 2024.10.23 | QCVARM_0617827 | QCVARM_0617828 | | | 106 |
| DTX-0246 | 2025.06.19 | | | | 6 | 802, ND |
| DTX-0247 | 2025.06.13 | | | | 7 | ND, 402 |
| DTX-0248 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 8 | |
| DTX-0249 | 2019.10.18 | ARM_00006122 | ARM_00006122 | | | 106 |
| DTX-0250 | 2019.10.17 | ARM_00006123 | ARM_00006155 | | 10 | |
| DTX-0251 | 2019.10.17 | ARM_00006156 | ARM_00006175 | | | |
| DTX-0252 | 2019.10.17 | ARM_00006176 | ARM_00006249 | | | |
| DTX-0253 | 2024.03.28 | QCVARM_1014030 | QCVARM_1014112 | | 11 | 106, D |
| DTX-0254 | 2019.02.10 | ARMQC_02771883 | ARMQC_02771884 | | 12 | |
| DTX-0255 | 2024.10.24 | QCVARM_0526828 | QCVARM_0526830 | | 13 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0256 | 2024.11.22 | QCVARM_0618353 | QCVARM_0618353 | [redacted] | | 106 |
| DTX-0257 | 2024.11.22 | QCVARM_0618354 | QCVARM_0618354 | | 14 | |
| DTX-0258 | 2025.01.10 | QCVARM_0527544 | QCVARM_0527548 | | 15 | 106 |
| DTX-0259 | 2025.01.10 | QCVARM_0527546 | QCVARM_0527548 | | | 106 |
| DTX-0260 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 16 | |
| DTX-0261 | 2013.05.30 | QCARM_0343120 | QCARM_0343142 | | 17 | |
| DTX-0262 | 2013.05.30 | QCARM_0338573 | QCARM_0338576 | | 18 | |
| DTX-0263 | 2019.05.10 | | | | 19 | 802, LF |
| DTX-0264 | 2019.11.06 | ARMQC_2731051 | ARMQC_2731053 | | 20 | 106 |
| DTX-0265 | 2020.06.22 | ARM_01237129 | ARM_01237136 | | 21 | 802, 402, LF |
| DTX-0266 | 2025.06.12 | | | | 23 | 802, ND, 402 |
| DTX-0267 | 2022.02.23 | ARMQC_02732393 | ARMQC_02732395 | | 24 | |
| DTX-0268 | 2024.12.12 | ARMQC_0260116 | ARMQC_0260117 | | 25 | 106 |
| DTX-0269 | 2025.04.25 | | | | 26 | |
| DTX-0270 | 2025.02.13 | | | | 27 | |
| DTX-0271 | 2025.04.22 | | | | 1 | ND, LF |
| DTX-0272 | 2025.04.22 | | | | 2 | ND, LF |
| DTX-0273 | 2024.10.21 | ARMQC_02762874 | ARMQC_02762875 | | 3 | CO |
| DTX-0274 | 2024.10.22 | ARMQC_02762876 | ARMQC_02762877 | | 4 | CO |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0275 | 2024.10.22 | ARMQC_02762879 | ARMQC_02762879 | [redacted] | 5 | CO |
| DTX-0276 | 2024.10.22 | ARMQC_02762971 | ARMQC_02762971 | | 6 | CO |
| DTX-0277 | 2024.10.21 | ARMQC_02762878 | ARMQC_02762878 | | 7 | CO |
| DTX-0278 | 2024.10.22 | QCVARM_1030009 | QCVARM_1030010 | | | 106, LF |
| DTX-0279 | 2024.10.22 | QCVARM_1030011 | QCVARM_1030012 | | 8 | |
| DTX-0280 | 2024.10.22 | QCVARM_0847094 | QCVARM_0847099 | | 9 | |
| DTX-0281 | 2024.10.14 | MOFO_ARMQC_00000004 | MOFO_ARMQC_00000005 | | 10 | |
| DTX-0282 | 2024.10.23 | ARMQC_02762898 | ARMQC_02762900 | | 11 | CO |
| DTX-0283 | 2024.10.23 | MOFO_ARMQC_00000001 | MOFO_ARMQC_00000001 | | 12 | |
| DTX-0284 | 2024.10.24 | MOFO_ARMQC_00000006 | MOFO_ARMQC_00000027 | | 13 | |
| DTX-0285 | 2024.10.23 | MOFO_ARMQC_00000002 | MOFO_ARMQC_00000003 | | 14 | |
| DTX-0286 | | | | | 1 | LF, 402, 802 |
| DTX-0287 | Apr-25 | QCVARM_0846761 | QCVARM_0846870 | | 2 | LF |
| DTX-0288 | Sep-24 | QCVARM_0851449 | QCVARM_0851505 | | 3 | |
| DTX-0289 | 2024.10.05 | QCVARM_0450016 | QCVARM_0450017 | | 5 | |
| DTX-0290 | 2024.10.23 | QCVARM_0529072 | QCVARM_0529077 | | 6 | |
| DTX-0291 | 2023.09.06 | QCVARM_0448842 | QCVARM_0448844 | | 9 | 402, 403, 805, D |
| DTX-0292 | 2023.09.14 | QCVARM_0451587 | QCVARM_0451587 | | 10 | 402, 403 |
| DTX-0293 | 2023.11.16 | QCVARM_0450176 | QCVARM_0450176 | | 11 | 402, 403 |
| DTX-0294 | 2024.04.03 | QCVARM_0605055 | QCVARM_0605062 | | 1 | 403, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0295 | 2024.04.02 | QCVARM_0524362 | QCVARM_0524362 | [redacted] | 2 | |
| DTX-0296 | 2024.07.26 | QCVARM_0447175 | QCVARM_0447181 | | 3 | |
| DTX-0297 | 2024.10.24 | QCVARM_0617829 | QCVARM_0617831 | | 4 | 106 |
| DTX-0298 | 2025.02.04 | QCVARM_0523649 | QCVARM_0523649 | | | 106 |
| DTX-0299 | 2025.02.04 | QCVARM_0523650 | QCVARM_0523652 | | 6 | 106 |
| DTX-0300 | 2025.02.04 | QCVARM_0523653 | QCVARM_0523653.00003 | | | 106 |
| DTX-0301 | 2025.05.22 | ARMQC_02774856 | ARMQC_02774863 | | 7 | LF, 402, 403, 805 |
| DTX-0302 | 2025.07.10 | | | | 1 | 802, ND, LF |
| DTX-0303 | 2025.07.06 | | | | 2 | 802, ND, LF |
| DTX-0304 | 2013.05.30 | | | | 3 | |
| DTX-0305 | 2013.05.30 | | | | 4 | |
| DTX-0306 | 2019.02.04 | ARM_00009364 | ARM_00009366 | | | 402, 403, LF, MIL |
| DTX-0307 | 2017.06.30 | ARM_00009367 | ARM_00009369 | | | 402, 403, LF, MIL |
| DTX-0308 | 2011.06.23 | ARM_00009370 | ARM_00009375 | | 5 | LF, 402, 403, 802 |
| DTX-0309 | 2013.01.23 | ARM_01255422 | ARM_01255424 | | | LF, 106, 402, 403 |
| DTX-0310 | 2002.03.20 | ARM_01255426 | ARM_01255463 | | | |
| DTX-0311 | 2011.06.23 | ARM_01255464 | ARM_01255469 | | | LF, 402, 403, 802 |
| DTX-0312 | 2004.03.01 | ARM_01255470 | ARM_01255497 | | | LF, 402, 403, 802 |
| DTX-0313 | 2004.03.02 | ARM_01255498 | ARM_01255519 | | 6 | LF, 402, 403, 802 |
| DTX-0314 | 2024.04.04 | QCVARM_0612367 | QCVARM_0612376 | | 8 | 403, 805, D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0315 | 2020.12.31 | ARMQC_02772246 | ARMQC_02772250 | [redacted] | 9 | |
| DTX-0316 | 2024.10.24 | QCVARM_0526828 | QCVARM_0526830 | [redacted] | 10 | |
| DTX-0317 | 2020.06.23 | | | [redacted] | 11 | |
| DTX-0318 | 2024.11.27 | | | [redacted] | 12 | |
| DTX-0319 | 2025.04.24 | ARMQC_02771128 | ARMQC_02771128 | [redacted] | 13 | LF, D |
| DTX-0320 | 2025.06.26 | | | [redacted] | 14 | 402, LF |
| DTX-0321 | 2024.11.07 | QCVARM_0617240 | QCVARM_0617242 | [redacted] | | 106, 402, 403, 802, LF |
| DTX-0322 | 2024 | QCVARM_0617243 | QCVARM_0617243 | [redacted] | 15 | 106 |
| DTX-0323 | 2024 | QCVARM_0617244 | QCVARM_0617244 | [redacted] | 16 | 106 |
| DTX-0324 | 2023.11.20 | QCVARM_1017995 | QCVARM_1017995 | [redacted] | | 106 |
| DTX-0325 | | QCVARM_1017996 | QCVARM_1017996 | [redacted] | | 106 |
| DTX-0326 | 2023 | QCVARM_1017997 | QCVARM_1017997 | [redacted] | 17 | 106, 402, 403 |
| DTX-0327 | 2023.11.16 | QCVARM_1017998 | QCVARM_1017999 | [redacted] | | 106 |
| DTX-0328 | 2020.12.22 | QCARM_3432839 | QCARM_3432842 | [redacted] | 18 | 402, 403, LF, CO, IP |
| DTX-0329 | 2019.09.27 | | | [redacted] | 19 | 402, 403, 802, IP, CO, LF |
| DTX-0330 | | | | [redacted] | 20 | 402, LF |
| DTX-0331 | 2025.06.04 | ARMQC_02771125 | ARMQC_02771125 | [redacted] | 21 | |
| DTX-0332 | 2020.12.22 | QCARM_3432839 | QCARM_3432842 | [redacted] | 1 | 402, 403, LF, CO, IP |
| DTX-0333 | 2012.03.30 | QCARM_7429134 | QCARM_7429136 | [redacted] | 2 | |
| DTX-0334 | 2012.05.15 | QCARM_7431509 | QCARM_7431510 | [redacted] | 3 | 106 |
| DTX-0335 | 12-May | QCARM_7431511 | QCARM_7431518 | [redacted] | | 106 |
| DTX-0336 | 2020.06.23 | | | [redacted] | 4 | |
| DTX-0337 | 2013.05.30 | | | [redacted] | 5 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0338 | 2025.06.09 | | | [redacted] | 7 | |
| DTX-0339 | 2012.03.23 | QCARM_7475224 | QCARM_7475224 | [redacted] | 8 | 805 |
| DTX-0340 | 2013.05.30 | | | [redacted] | 9 | |
| DTX-0341 | 2022.11.15 | | | [redacted] | 10 | 402, 403, 802, ND, IP, CO |
| DTX-0342 | 2024.10.23 | QCVARM_0617739 | QCVARM_0617741 | [redacted] | 11 | |
| DTX-0343 | 2024.11.06 | | | [redacted] | 12 | |
| DTX-0344 | 2024.06.06 | QCVARM_0856270 | QCVARM_0856270 | [redacted] | 13 | 106, 403, 802, 805, D, LF |
| DTX-0345 | 2013.05.30 | | | [redacted] | 14 | |
| DTX-0346 | 2024.09.18 | ARMQC_02762992 | ARMQC_02763015 | [redacted] | | |
| DTX-0347 | 2025.09.05 | | | [redacted] | 1 | 802, ND |
| DTX-0348 | Oct-24 | ARMQC_02771168 | ARMQC_02771199 | [redacted] | 2 | 802, LF |
| DTX-0349 | 2025.08.08 | | | [redacted] | 3 | 802, ND |
| DTX-0350 | 2025 | QCVARM_1042776 | QCVARM_1042776 | [redacted] | 4 | |
| DTX-0351 | 2021.02.19 | QCARM_3212686 | QCARM_3212689 | [redacted] | 5 | 802, 805 |
| DTX-0352 | | QCVARM_1042773 | QCVARM_1042775 | [redacted] | 6 | |
| DTX-0353 | 2025.04.17 | QCVARM_1042780 | QCVARM_1042780 | [redacted] | 7 | D |
| DTX-0354 | 2024.08.17 | QCVARM_0602258 | QCVARM_0602261 | [redacted] | 8 | 106, ILL |
| DTX-0355 | 2023.04.19 | QCVARM_0602295 | QCVARM_0602299 | [redacted] | 9 | |
| DTX-0356 | 2025 | QCVARM_1042777 | QCVARM_1042779 | [redacted] | 10 | |
| DTX-0357 | 2025 | QCVARM_1122742 | QCVARM_1122744 | [redacted] | 11 | |
| DTX-0358 | 2024 | QCVARM_1090346 | QCVARM_1090588 | [redacted] | 12 | |
| DTX-0359 | 2021 | QCVARM_1072199 | QCVARM_1072360 | [redacted] | 13 | D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0360 | 2020.07.24 | ARM_00001067 | ARM_00001068 | [redacted] | | 106, 802, 805 |
| DTX-0361 | Jul-20 | ARM_00001069 | ARM_00001080 | | 14 | 106, D |
| DTX-0362 | 2022.04.29 | ARMQC_02761714 | ARMQC_02761758 | | 16 | |
| DTX-0363 | 2024.05.14 | QCVARM_0863181 | QCVARM_0863185 | | 17 | 106, D, LF |
| DTX-0364 | | QCVARM_0600037 | QCVARM_0600048 | | 3 | CP |
| DTX-0365 | | QCVARM_0600062 | QCVARM_0600062 | | 4 | |
| DTX-0366 | | QCVARM_0600064 | QCVARM_0600039 | | 5 | CP |
| DTX-0367 | | QCVARM_0600069 | QCVARM_0600060 | | 6 | CP |
| DTX-0368 | | QCVARM_0600063 | QCVARM_0600094 | | 7 | CP |
| DTX-0369 | 2024.05.17 | QCVARM_0465980 | QCVARM_0465990 | | 8 | 106, 402, 403, 802, LF |
| DTX-0370 | 2025.06.12 | | | | 1 | 802, ND, 402 |
| DTX-0371 | 2024.12.10 | QCVARM_0852621 | QCVARM_0852653 | | 3 | |
| DTX-0372 | 2024 | QCVARM_0852622 | QCVARM_0852653 | | | |
| DTX-0373 | | QCVARM_0534597 | QCVARM_0534618 | | | 106, 402, 403, 805, ILL |
| DTX-0374 | 2024.07.26 | QCVARM_0447175 | QCVARM_0447181 | | 5 | |
| DTX-0375 | Apr-25 | QCVARM_0846761 | QCVARM_0846870 | | 6 | LF |
| DTX-0376 | 2023.09.06 | QCVARM_0448842 | QCVARM_0448844 | | 7 | 402, 403, 805, D |
| DTX-0377 | 2020 | ARM_00079226 | ARM_00079230 | | | 802, 402, LF |
| DTX-0378 | | ARM_00119603 | ARM_00119603 | | | 106, 802, LF |
| DTX-0379 | 2024.06.03 | | | | 18 | 402, 403, 802, LF |
| DTX-0380 | 2025.06.16 | | | | 28 | 802, ND |
| DTX-0381 | Feb-22 | ARMQC_02738597 | ARMQC_02738608 | | 29 | 402, 802 |
| DTX-0382 | 2021.01.21 | ARM_00056332 | ARM_00056333 | | 152 | |
| DTX-0383 | 2022.04.27 | ARM_00084600 | ARM_00084602 | | 153 | |
| DTX-0384 | 2022.04.01 | ARM_00088011 | ARM_00088015 | | 155 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0385 | 2020.09.09 | ARM_00062055 | ARM_00062056 | [redacted] | 158 | |
| DTX-0386 | | | | | 1 | LF, 402, 802 |
| DTX-0387 | 2022.08.31 | ARMQC_02741400 | ARMQC_02741403 | | 2 | 106, LF |
| DTX-0388 | 2022.08.31 | ARMQC_02741404 | ARMQC_02741407 | | 3 | 106, LF |
| DTX-0389 | 2022.08.31 | ARMQC_02741412 | ARMQC_02741412 | | 4 | 106, LF |
| DTX-0390 | | ARMQC_02741413 | ARMQC_02741415 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0391 | | ARMQC_02741414 | ARMQC_02741415 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0392 | 2022.08.31 | ARMQC_02741954 | ARMQC_02742004 | | 5 | 802, 805, LF |
| DTX-0393 | 2022.10.27 | ARMQC_02741727 | ARMQC_02741729 | | 7 | |
| DTX-0394 | 2022.10.27 | ARMQC_02741731 | ARMQC_02741734 | | 8 | |
| DTX-0395 | 2022.11.15 | ARMQC_02744686 | ARMQC_02744687_0044 | | 9 | |
| DTX-0396 | 2024.09.24 | ARMQC_02742873 | ARMQC_02742876 | | 10 | |
| DTX-0397 | 2024.09.25 | ARMQC_02742814 | ARMQC_02742818 | | 11 | |
| DTX-0398 | 2024.10.23 | ARMQC_02742798 | ARMQC_02742798 | | 12 | 106 |
| DTX-0399 | 2022.10.23 | ARMQC_02742799 | ARMQC_02742801 | | | 106 |
| DTX-0400 | 2024.10.22 | ARMQC_02749014 | ARMQC_02749016 | | 13 | CO |
| DTX-0401 | 2024.10.22 | ARMQC_02749015 | ARMQC_02749016 | | | |
| DTX-0402 | 2025.03.24 | | | | 14 | 802, ND |
| DTX-0403 | 2024.10.24 | ARMQC_02742793 | ARMQC_02742794 | | 15 | |
| DTX-0404 | 2024.10.22 | QCVARM_0847094 | QCVARM_0847099 | | 16 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0405 | 2024.10.23 | ARMQC_02742856 | ARMQC_02742858 | [redacted] | 17 | |
| DTX-0406 | 2024.10.23 | ARMQC_02740595 | ARMQC_02740599 | | 18 | |
| DTX-0407 | 2024.10.23 | ARMQC_02740600 | ARMQC_02740626 | | 19 | |
| DTX-0408 | 2024.10.24 | ARMQC_02742823 | ARMQC_02742826 | | 20 | |
| DTX-0409 | 2022.05.10 | ARMQC_02741735 | ARMQC_02741745 | | 21 | 802, 402, 403, LF |
| DTX-0410 | 2025.08.08 | | | | 1 | 802, ND |
| DTX-0411 | 2025.09.19 | | | | 2 | 802, ND |
| DTX-0412 | 2025.09.05 | | | | 3 | 802, ND |
| DTX-0413 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 4 | |
| DTX-0414 | 2025.07.08 | | | | 1 | ND, 402, LF |
| DTX-0415 | 2025.07.08 | | | | 2 | ND, 402, LF |
| DTX-0416 | 2024.10.13 | FGS_0000170 | FGS_0000171 | | 3 | |
| DTX-0417 | 2024.10.19 | FGS_0000185 | FGS_0000187 | | 4 | |
| DTX-0418 | 2024.10.19 | FGS_0000190 | FGS_0000298 | | 5 | |
| DTX-0419 | 2024.10.21 | FGS_0000317 | FGS_0000317 | | 6 | |
| DTX-0420 | 2024.10.21 | FGS_0000160 | FGS_0000161 | | 7 | |
| DTX-0421 | 2024.10.22 | FGS_0000366 | FGS_0000368 | | 8 | |
| DTX-0422 | 2024.10.23 | FGS_0000448 | FGS_0000448 | | 9 | |
| DTX-0423 | 2024.10.22 | FGS_0000363 | FGS_0000365 | | 10 | |
| DTX-0424 | 2024.10.22 | FGS_0000073 | FGS_0000074 | | 11 | |
| DTX-0425 | 2024.10.22 | FGS_0000375 | FGS_0000376 | | 12 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0426 | 2024.10.22 | ARMQC_02770408 | ARMQC_02770409 | [redacted] | 13 | |
| DTX-0427 | 2024.10.23 | FGS_0000130 | FGS_0000142 | | 20 | |
| DTX-0428 | 2024.10.23 | FGS_0000494 | FGS_0000495 | | 21 | |
| DTX-0429 | 2024.10.23 | FGS_0000509 | FGS_0000521 | | 22 | |
| DTX-0430 | 2024.10.23 | FGS_0000006 | FGS_0000020 | | 23 | |
| DTX-0431 | 2024.10.24 | FGS_0000001 | FGS_0000005 | | 24 | |
| DTX-0432 | 2024.10.24 | FGS_0000668 | FGS_0000689 | | 25 | |
| DTX-0433 | 2024.10.24 | FGS_0000690 | FGS_0000690 | | 26 | 106 |
| DTX-0434 | 2024.10.23 | FGS_0000691 | FGS_0000700 | | | 802, 805, LF |
| DTX-0435 | 2024.10.23 | FGS_0000701 | FGS_0000707 | | | 802, 805, LF |
| DTX-0436 | 2024.10.23 | FGS_0000708 | FGS_0000711 | | | 802, 805, LF |
| DTX-0437 | 2024.10.29 | ARMQC_02762972 | ARMQC_02762973 | | 31 | CO |
| DTX-0438 | 2024.10.22 | QCVARM_0847094 | QCVARM_0847099 | | 32 | |
| DTX-0439 | 2024.10.23 | ARMQC_02762912 | ARMQC_02762917 | | 33 | |
| DTX-0440 | 2024.10.24 | ARMQC_02762893 | ARMQC_02762896 | | 34 | |
| DTX-0441 | 2024.10.21 | QCVARM_0865022 | QCVARM_0865028 | | 1 | |
| DTX-0442 | 2024.10.25 | QCVARM_0865370 | QCVARM_0865370 | | 2 | |
| DTX-0443 | 2024.10.31 | QCVARM_0864924 | QCVARM_0864925 | | 3 | |
| DTX-0444 | 2025.02.13 | QCVARM_0864933 | QCVARM_0864934 | | 4 | |
| DTX-0445 | | QCVARM_1024874 | QCVARM_1024877 | | | 106 |
| DTX-0446 | 2024.11.09 | QCVARM_0864833 | QCVARM_0864837 | | 5 | 805 |
| DTX-0447 | | QCVARM_0864834 | QCVARM_0864837 | | | 106, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0448 | 2024.11.20 | QCVARM_0855438 | QCVARM_0855446 | [redacted] | 6 | 805, LF |
| DTX-0449 | 2024.12.21 | QCVARM_0865344 | QCVARM_0865348 | | 7 | 805, LF |
| DTX-0450 | | QCVARM_0865345 | QCVARM_0865348 | | | 106, 805, LF |
| DTX-0451 | 2025.01.28 | QCVARM_0865279 | QCVARM_0865283 | | 8 | LF |
| DTX-0452 | 2025.02.05 | QCVARM_0864713 | QCVARM_0864713 | | 9 | 402, 403, 805, LF, D |
| DTX-0453 | 2025.01.08 | QCVARM_0573677 | QCVARM_0573678 | | 10 | |
| DTX-0454 | 2025.02.13 | QCVARM_1024873 | QCVARM_1024877 | | 11 | |
| DTX-0455 | 2025.02.13 | QCVARM_0865420 | QCVARM_0865425 | | 12 | 402, D, LF |
| DTX-0456 | | QCVARM_0865421 | QCVARM_0865425 | | | 106, 402, 403, 805, LF |
| DTX-0457 | 2025.02.13 | QCVARM_0865236 | QCVARM_0865240 | | 13 | 402, 403, 805, LF |
| DTX-0458 | 2025.03.04 | QCVARM_0865430 | QCVARM_0865431 | | 14 | 402, LF |
| DTX-0459 | 2025.06.13 | | | | 116 | ND, 402 |
| DTX-0460 | 2020.06.04 | ARM_01293401 | ARM_01293445 | | | 106, LF, 802, 402, 805 |
| DTX-0461 | 2022.12.06 | QCARM_7484475 | QCARM_7484476 | | | 106 |
| DTX-0462 | 2022.08.31 | ARMQC_02741408 | ARMQC_02741411 | | 1 | 106, LF |
| DTX-0463 | 2024.10.22 | ARMQC_02749014 | ARMQC_02749016 | | 2 | CO |
| DTX-0464 | 2024.10.23 | ARMQC_02770389 | ARMQC_02770390 | | 3 | |
| DTX-0465 | 2024.09.17 | ARMQC_02752740 | ARMQC_02752740 | | 7 | |
| DTX-0466 | 2025.02.13 | | | | 8 | |
| DTX-0467 | 2025.07.01 | | | | 11 | |
| DTX-0468 | 2022.09.29 | ARM_01231267 | ARM_01231271 | | 15 | 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0469 | 2021.08.01 | QCARM_0566625 | QCARM_0566627 | [redacted] | 3 | 402, 403, LF, CO, IP |
| DTX-0470 | 2023.06.14 | QCVARM_0524624 | QCVARM_0524626 | | 4 | 402, 403, IP, CO |
| DTX-0471 | 2022.09.29 | QCVARM_0543859 | QCVARM_0543869 | | 5 | 402, 403, 802, LF, IP |
| DTX-0472 | 2024.07.30 | QCVARM_0613083 | QCVARM_0613084 | | 6 | |
| DTX-0473 | 2023.09.14 | QCVARM_0613160 | QCVARM_0613169 | | 7 | 402, 403, 805 |
| DTX-0474 | 2022.12.01 | QCVARM_0854027 | QCVARM_0854044 | | 8 | 402, 403, LF, IP |
| DTX-0475 | Jun-24 | QCVARM_0527125 | QCVARM_0527134 | | 10 | 802, LF |
| DTX-0476 | 2023.05.08 | QCVARM_0605502 | QCVARM_0605538 | | 11 | 402, 403 |
| DTX-0477 | 2024.10.24 | QCVARM_0535870 | QCVARM_0535871 | | 12 | |
| DTX-0478 | | | | | 13 | 402, LF |
| DTX-0479 | | QCVARM_0600222 | QCVARM_0600222 | | 14 | 402, 403, ILL, LF |
| DTX-0480 | | QCVARM_0600236 | QCVARM_0600236 | | 15 | 402, 403, ILL, IP, CO, LF |
| DTX-0481 | 2022.09.26 | ARM_01241380 | ARM_01241380 | | | 106, 802, LF |
| DTX-0482 | 2022.09.26 | ARM_01241472 | ARM_01241472 | | 75 | 106, 802 |
| DTX-0483 | 2022.10.10 | ARM_01241586 | ARM_01241586 | | | 106 |
| DTX-0484 | 2022.10.10 | ARM_01241587 | ARM_01241588 | | 76 | 106 |
| DTX-0485 | 2022.10.16 | ARM_01231249 | ARM_01231250 | | 77 | 106 |
| DTX-0486 | 2022.11.03 | ARM_01241585 | ARM_01241585 | | 79 | |
| DTX-0487 | 2022.12.13 | ARM_00056569 | ARM_00056570 | | | 802, LF |
| DTX-0488 | 2022.12.05 | ARM_00056571 | ARM_00056573 | | 80 | 106 |
| DTX-0489 | 2022.06.12 | ARM_01241473 | ARM_01241473 | | | 106 |
| DTX-0490 | 2022.12.06 | ARM_01241565 | ARM_01241566 | | 81 | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0491 | 2023.01.03 | ARM_01231614 | ARM_01231614 | [redacted] | 82 | 106, D |
| DTX-0492 | 2024.10.22 | QCVARM_1030011 | QCVARM_1030012 | | 83 | |
| DTX-0493 | 2024.10.28 | QCVARM_0573354 | QCVARM_0573356 | | 84 | |
| DTX-0494 | 2024.10.22 | QCVARM_0847094 | QCVARM_0847099 | | 85 | |
| DTX-0495 | 2025.01.08 | QCVARM_0573677 | QCVARM_0573678 | | 87 | |
| DTX-0496 | 2025.01.22 | QCVARM_1019251 | QCVARM_1019252 | | 88 | |
| DTX-0497 | | QCVARM_0616632 | QCVARM_0616632 | | | 106, 805 |
| DTX-0498 | 2025.01.30 | QCVARM_0616633 | QCVARM_0616634 | | 89 | 106, 802 |
| DTX-0499 | 2025.04.24 | QCVARM_1118116 | QCVARM_1118116 | | 91 | LF |
| DTX-0500 | 2025.06.09 | ARMQC_02771126 | ARMQC_02771126 | | 92 | |
| DTX-0501 | 2025.06.13 | ARMQC_02771127 | ARMQC_02771127 | | 93 | |
| DTX-0502 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 94 | |
| DTX-0503 | 2024.09.20 | QCVARM_0616912 | QCVARM_0616913 | | 95 | |
| DTX-0504 | 2024.10.23 | QCVARM_0616914 | QCVARM_0616914 | | | |
| DTX-0505 | 2024.09.27 | QCVARM_0616916 | QCVARM_0616918 | | 96 | |
| DTX-0506 | 2024.10.25 | QCVARM_1030810 | QCVARM_1030812 | | | 106 |
| DTX-0507 | 2024.10.23 | QCVARM_1030813 | QCVARM_1030814 | | 97 | 106 |
| DTX-0508 | 2025.07.25 | | | | 1 | ND, LF |
| DTX-0509 | 2024.11.14 | KF00817 | KF00825 | | 2 | 106 |
| DTX-0510 | 2024.10.28 | KF00826 | KF00836 | | 3 | 106 |
| DTX-0511 | 2024.11.21 | KF00578 | KF00579 | | 4 | 106 |
| DTX-0512 | Nov-24 | KF00580 | KF00584 | | 5 | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0513 | 2024.11.22 | KF00585 | KF00603 | [redacted] | 6 | 106 |
| DTX-0514 | 2024.12.02 | KF00467 | KF00496 | | 7 | |
| DTX-0515 | 2024.12.03 | KF00507 | KF00507 | | 8 | 106 |
| DTX-0516 | Nov-24 | KF00508 | KF00512 | | 9 | 106 |
| DTX-0517 | 2024.12.03 | KF00516 | KF00517 | | 10 | |
| DTX-0518 | 2024.12.12 | KF00774 | KF00785 | | 11 | |
| DTX-0519 | 2025.01.23 | KF01098 | KF01100 | | 12 | |
| DTX-0520 | 2025.02.28 | KF00001 | KF00228 | | 13 | |
| DTX-0521 | 2025.01.22 | KF01386 | KF01386 | | 14 | 106 |
| DTX-0522 | | KF01387 | KF01388 | | 15 | 106 |
| DTX-0523 | 2024.03.28 | KF00261 | KF00466 | | 16 | |
| DTX-0524 | 2024.12.17 | KF00668 | KF00672 | | 17 | 106 |
| DTX-0525 | | KF00673 | KF00675 | | 18 | 106 |
| DTX-0526 | 2024.11.06 | ARMQC_02793451 | ARMQC_02793596 | | 2 | |
| DTX-0527 | 2024.10.22 | QCVARM_1030011 | QCVARM_1030012 | | 7 | |
| DTX-0528 | 2024.10.28 | QCVARM_0573354 | QCVARM_0573356 | | 8 | |
| DTX-0529 | 2025.07.03 | | | | 12 | 802, ND, LF |
| DTX-0530 | 2025.07.11 | | | | 13 | 802, ND, LF |
| DTX-0531 | 2025.09.05 | | | | 1 | 802, ND |
| DTX-0532 | 2025.09.05 | | | | 2 | 802, ND |
| DTX-0533 | 2025.09.05 | | | | 3 | 802, ND |
| DTX-0534 | 2025.09.19 | | | | 4 | 802, ND |
| DTX-0535 | 2025.09.05 | | | | 5 | 402, 802, 805, ND, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0536 | 2013.05.30 | ARM_00103918 | ARM_00103972 | [redacted] | 6 | |
| DTX-0537 | 2025.08.08 | | | | 8 | 802, ND |
| DTX-0538 | 2025.06.24 | | | | 9 | 802, ND |
| DTX-0539 | 2025.07.11 | | | | 10 | 802, ND, LF |
| DTX-0540 | 2022.11.07 | ARMQC_02747567 | ARMQC_02747569 | | | 106, 402, 403, 802, 805, CP, D |
| DTX-0541 | 2022.06.28 | ARMQC_02747570 | ARMQC_02747598 | | 11 | 402, 403, 802, 805, CP |
| DTX-0542 | 2019.10.18 | ARM_00062441 | ARM_00062473 | | 12 | |
| DTX-0543 | 2024.10.24 | QCVARM_0616967 | QCVARM_0616969 | | 13 | |
| DTX-0544 | | | | | 14 | 402, 802, ND, ILL, LF |
| DTX-0545 | 2025.09.05 | | | | 1 | 802, ND |
| DTX-0546 | 2025.09.19 | | | | 3 | 802, ND |
| DTX-0547 | | QCVARM_0532239 | QCVARM_0532257 | | 7 | |
| DTX-0548 | 2024.05.08 | ARMQC_00001038 | ARMQC_00001080 | | 9 | 802, LF |
| DTX-0549 | 2024 | ARMQC_02781239 | ARMQC_02781261 | | | 106, 802 |
| DTX-0550 | 2025.06.04 | ARMQC_02771125 | ARMQC_02771125 | | 1 | |
| DTX-0551 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 2 | |
| DTX-0552 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | 3 | |
| DTX-0553 | 2024.10.24 | QCVARM_0526828 | QCVARM_0526830 | | 6 | |
| DTX-0554 | 2024.09.17 | ARMQC_02752740 | ARMQC_02752740 | | 7 | |
| DTX-0555 | 2024.10.22 | ARMQC_02749015 | ARMQC_02749016 | | 10 | |
| DTX-0556 | 2025.06.09 | ARMQC_02771126 | ARMQC_02771126 | | 11 | |
| DTX-0557 | 2025.06.13 | ARMQC_02771127 | ARMQC_02771127 | | 12 | |
| DTX-0558 | | | | | 1 | LF, 802 |
| DTX-0559 | 2025.06.13 | | | | 2 | 402 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0560 | 2013.05.30 | ARM_00055357 | ARM_00055399 | [redacted] | 3 | |
| DTX-0561 | 2013.05.30 | ARM_00103918 | ARM_00103972 | [redacted] | 4 | |
| DTX-0562 | 2025.06.12 | | | [redacted] | 5 | 802, ND, 402 |
| DTX-0563 | 2023.09.08 | | | [redacted] | 6 | 402, 403, 802 |
| DTX-0564 | 2023.12.15 | | | [redacted] | 7 | 402, 403, 802, 805, 901, CP |
| DTX-0565 | 2025.07.04 | | | [redacted] | 8 | 402, LF |
| DTX-0566 | 2024.04.03 | QCVARM_0605055 | QCVARM_0605062 | [redacted] | 9 | 403, 805, D |
| DTX-0567 | | QCVARM_0462995 | QCVARM_0463086 | [redacted] | 10 | |
| DTX-0568 | | QCVARM_0463559 | QCVARM_0463569 | [redacted] | 11 | 402, 403, ILL |
| DTX-0569 | | QCVARM_0463558 | QCVARM_0463558 | [redacted] | 12 | 402, 403, ILL |
| DTX-0570 | 2023.02.14 | QCVARM_0449653 | QCVARM_0449657 | [redacted] | 13 | 402, 403, 805 |
| DTX-0571 | 2023.06.11 | QCVARM_0534596 | QCVARM_0534618 | [redacted] | 14 | 402, 403, 805, ILL, D |
| DTX-0572 | | QCVARM_0571333 | QCVARM_0571349 | [redacted] | 15 | 402, 403 |
| DTX-0573 | 2023.04.05 | QCVARM_0524775 | QCVARM_0524777 | [redacted] | 16 | 106, 402, 403, 805 |
| DTX-0574 | | QCVARM_0524778 | QCVARM_0524786 | [redacted] | | 106, 402, 403, 802 |
| DTX-0575 | | QCVARM_0524787 | QCVARM_0524787.00003 | [redacted] | | 106, 402, 403, 802 |
| DTX-0576 | 2022.11.14 | QCARM_3522894 | QCARM_3522894 | [redacted] | 17 | 106, 402, 403, LF |
| DTX-0577 | | QCARM_3522895 | QCARM_3522902 | [redacted] | | 106, 402, LF |
| DTX-0578 | 2020.09.18 | QCARM_0340003 | QCARM_0340003 | [redacted] | 18 | 402, 403, LF |
| DTX-0579 | 2022.06.03 | QCVARM_0527827 | QCVARM_0527830 | [redacted] | 19 | 402, 403, 805 |
| DTX-0580 | | QCVARM_0600460 | QCVARM_0600460 | [redacted] | | 402, 403, ILL, LF |
| DTX-0581 | | | | [redacted] | | LF, 402, 802 |
| DTX-0582 | | QCVARM_0600070 | QCVARM_0600061 | [redacted] | | CP |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0583 | 2021.08.31 | ARM_00000017 | ARM_00000018 | [redacted] | | 802, 402, 403, LF, CO, IP |
| DTX-0584 | 2022.02.01 | ARM_00000382 | ARM_00000509 | | | 402, 403, 802, LF |
| DTX-0585 | 2021.03.31 | ARM_00000510 | ARM_00000632 | | | 802, 402, 403, LF |
| DTX-0586 | 2019.09.27 | ARM_00002953 | ARM_00002954 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0587 | 2019.09.27 | ARM_00002955 | ARM_00002971 | | | 402, 403, 802, IP, CO, LF |
| DTX-0588 | 2019.09.27 | ARM_00002972 | ARM_00002987 | | | 402, 403, 802, IP, CO, LF |
| DTX-0589 | 2019.09.27 | ARM_00002988 | ARM_00003002 | | | 402, 403, 802, IP, CO, LF |
| DTX-0590 | 2019.09.27 | ARM_00003003 | ARM_00003023 | | | 402, 403, 802, IP, CO, LF |
| DTX-0591 | 2019.10.17 | ARM_00006123 | ARM_00006155 | | | |
| DTX-0592 | 2019.07.13 | ARM_00026351 | ARM_00026355 | | | 402, 403, 802, CO, IP, LF |
| DTX-0593 | | ARM_00026356 | ARM_00026356 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0594 | 2021.01.28 | ARM_00032601 | ARM_00032601 | | | 106, 402, 403, LF, CO, IP |
| DTX-0595 | 2021.01.27 | ARM_00032602 | ARM_00032602 | | | 402, 403, LF, CO, IP, D |
| DTX-0596 | 2022.05.18 | ARM_00036346 | ARM_00036348 | | | 106, 802 |
| DTX-0597 | | ARM_00036349 | ARM_00036349 | | | 106, 802 |
| DTX-0598 | 2020.12.15 | ARM_00045265 | ARM_00045265 | | | 106, 402, 403, 802, LF |
| DTX-0599 | 2020.12.14 | ARM_00045266 | ARM_00045276 | | | 106, 402, 403, 802, LF |
| DTX-0600 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | | |
| DTX-0601 | 2019.06.21 | ARM_00057511 | ARM_00057512 | | | 106, 402, 403, 802, LF, CO, IP |
| DTX-0602 | | ARM_00057513 | ARM_00057513 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0603 | 2019.05.14 | ARM_00057560 | ARM_00057564 | | | 106, 402, 403, LF, 802, CO, IP |
| DTX-0604 | 2019.05.14 | ARM_00057565 | ARM_00057571 | | | 802, 402, 403, LF, CO, IP |
| DTX-0605 | 2019.10.18 | ARM_00062441 | ARM_00062473 | | | |
| DTX-0606 | 2013.05.30 | ARM_00063298 | ARM_00063312 | | | 106 |
| DTX-0607 | 2022.09.29 | ARM_00076602 | ARM_00076603 | | | 106, 802, LF |
| DTX-0608 | 2021.10.04 | ARM_00076604 | ARM_00076640 | | | 402, 403, 802, LF |
| DTX-0609 | 2021.06.07 | ARM_00080472 | ARM_00080525 | | | 802, 402, 403, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0610 | 2021.08.25 | ARM_00081461 | ARM_00081461 | [redacted] | | 802, 402, 403, LF, CO, IP |
| DTX-0611 | 2021.08.25 | ARM_00081462 | ARM_00081462 | | | 802, 402, 403, LF, CO, IP |
| DTX-0612 | 2022.08.31 | ARM_00081753 | ARM_00081753 | | | 802, LF |
| DTX-0613 | 2022.09.20 | ARM_00086164 | ARM_00086245 | | | |
| DTX-0614 | | ARM_00086285 | ARM_00086293 | | | 802, 402, 403, LF, CO, IP |
| DTX-0615 | 2019.01.05 | ARM_00092783 | ARM_00092783 | | | 802, 402, 403, LF, CO, IP, 106 |
| DTX-0616 | 2019.04.23 | ARM_00092784 | ARM_00092787 | | | 802, 402, 403, LF, CO, IP, 805 |
| DTX-0617 | 2019.04.12 | ARM_00092788 | ARM_00092790 | | | 802, 402, 403, LF, CO, IP, 805 |
| DTX-0618 | 2019.04.11 | ARM_00092791 | ARM_00092791 | | | 802, 402, 403, LF, CO |
| DTX-0619 | 2021.03.29 | ARM_00095947 | ARM_00095956 | | | 802, 402, 403, LF |
| DTX-0620 | 2013.05.30 | ARM_00103918 | ARM_00103972 | | | |
| DTX-0621 | 2020.04.23 | ARM_00118589 | ARM_00118589 | | | 802, 402, 403, LF, CO, IP, 106 |
| DTX-0622 | Apr-20 | ARM_00118590 | ARM_00118634 | | | 802, 402, 403, LF |
| DTX-0623 | Apr-20 | ARM_00118635 | ARM_00118679 | | | 802, 402, 403, LF |
| DTX-0624 | | ARM_00118680 | ARM_00118680 | | | 106, 402, 802, 805, LF |
| DTX-0625 | 2021.04.07 | ARM_00119602 | ARM_00119602 | | | 802, LF, 106 |
| DTX-0626 | 2022.05.03 | ARM_00132256 | ARM_00132261 | | | 802 |
| DTX-0627 | 2023.04.26 | ARM_01020098 | ARM_01020100 | | | 802 |
| DTX-0628 | 2021.10.13 | ARM_01215404 | ARM_01215406 | | | 402, 403, LF, 805, CO, IP |
| DTX-0629 | 2021.06.02 | ARM_01215407 | ARM_01215408 | | | 802, 402, 403, LF, CO, IP |
| DTX-0630 | 2021.10.01 | ARM_01215409 | ARM_01215409 | | | 402, 403, 802, LF, CO, IP |
| DTX-0631 | 2023.05.03 | ARM_01215878 | ARM_01215879 | | | |
| DTX-0632 | 2022.05.19 | ARM_01216002 | ARM_01216006 | | | 802, LF |
| DTX-0633 | 2023.01.17 | ARM_01216178 | ARM_01216179 | | | 802, 805 |
| DTX-0634 | 2022.05.19 | ARM_01230110 | ARM_01230113 | | | 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0635 | 2022.05.19 | ARM_01230123 | ARM_01230127 | [redacted] | | 802, LF |
| DTX-0636 | | ARM_01230128 | ARM_01230141 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0637 | 2022.10.16 | ARM_01241285 | ARM_01241286 | | | |
| DTX-0638 | 2022.12.06 | ARM_01241565 | ARM_01241566 | | | 106 |
| DTX-0639 | 2023.03.01 | ARM_01241574 | ARM_01241576 | | | 106 |
| DTX-0640 | 2023.01.03 | ARM_01241577 | ARM_01241577 | | | 106, D |
| DTX-0641 | 2022.11.03 | ARM_01241585 | ARM_01241585 | | | |
| DTX-0642 | 2023 | ARM_01259705 | ARM_01260105 | | | 402, 403, 802, 805 |
| DTX-0643 | 2020.09.04 | ARM_01293447 | ARM_01293457 | | | |
| DTX-0644 | 2013.05.30 | ARM_01298891 | ARM_01298929 | | | |
| DTX-0645 | 2019.08.06 | ARM_01305913 | ARM_01305913 | | | 106, 402, 403, 802, LF, CO, IP |
| DTX-0646 | | ARM_01305914 | ARM_01305914 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0647 | 2019.06.07 | ARM_01305915 | ARM_01305931 | | | 402, 403, 802, LF, IP, CO |
| DTX-0648 | 2022.08.05 | ARM_01311201 | ARM_01311207 | | | 106, 402, 403, LF |
| DTX-0649 | Jul-22 | ARM_01311208 | ARM_01311247 | | | 402, 403, 802, NP |
| DTX-0650 | 2022.10.10 | ARM_01314327 | ARM_01314337 | | | |
| DTX-0651 | 2023.12.06 | ARM_01314792 | ARM_01314792 | | | 106,402, 802 |
| DTX-0652 | 2023.06.14 | ARM_01314793 | ARM_01314837 | | | 106, 802, 805 |
| DTX-0653 | 2018.02.03 | ARM_01426938 | ARM_01426956 | | | |
| DTX-0654 | 2010.05.19 | ARM_01427719 | ARM_01427738 | | | |
| DTX-0655 | 2017.03.23 | ARM_01427776 | ARM_01427795 | | | |
| DTX-0656 | 2020.09.03 | ARM_01427796 | ARM_01427819 | | | |
| DTX-0657 | 2021.06.30 | ARM_01428339 | ARM_01428376 | | | |
| DTX-0658 | 2024.03.31 | ARMQC_00000640 | ARMQC_00000814 | | | |
| DTX-0659 | | ARMQC_00103707 | ARMQC_00103715 | | | 402, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0660 | | ARMQC_00103716 | ARMQC_00103721 | [redacted] | | 402, 802, LF |
| DTX-0661 | 2024.12.12 | ARMQC_02601116 | ARMQC_02601117 | | | 106 |
| DTX-0662 | 2020.03.27 | ARMQC_02601118 | ARMQC_02601118_0013 | | | 106, 402, 403, 802, ND, IP, CO |
| DTX-0663 | 2024.03.28 | ARMQC_02601119 | ARMQC_02601201 | | | 106 |
| DTX-0664 | 2015.06.19 | ARMQC_02601202 | ARMQC_02601202_0001 | | | 106 |
| DTX-0665 | 2011.06.23 | ARMQC_02601203 | ARMQC_02601208 | | | 106, 402, 802 |
| DTX-0666 | 2015.06.30 | ARMQC_02601209 | ARMQC_02601209 | | | 106 |
| DTX-0667 | | ARMQC_02601210 | ARMQC_02601210 | | | 106 |
| DTX-0668 | 2024.09.17 | ARMQC_02602445 | ARMQC_02602447 | | | |
| DTX-0669 | 2024.07.04 | ARMQC_02602450 | ARMQC_02602452 | | | 802, LF |
| DTX-0670 | 2024.05.14 | ARMQC_02602454 | ARMQC_02602456 | | | |
| DTX-0671 | 2024.05.02 | ARMQC_02602458 | ARMQC_02602460 | | | |
| DTX-0672 | 2023.12.12 | ARMQC_02602462 | ARMQC_02602464 | | | |
| DTX-0673 | 2023.10.16 | ARMQC_02602466 | ARMQC_02602468 | | | |
| DTX-0674 | 2023.08.23 | ARMQC_02602472 | ARMQC_02602473 | | | |
| DTX-0675 | 2023.12.12 | ARMQC_02602528 | ARMQC_02602530 | | | |
| DTX-0676 | 2024.05.02 | ARMQC_02602531 | ARMQC_02602533 | | | |
| DTX-0677 | 2023.10.16 | ARMQC_02602547 | ARMQC_02602548 | | | |
| DTX-0678 | 2024.11.30 | ARMQC_02602550 | ARMQC_02602553 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0679 | 2024.05.02 | ARMQC_02602646 | ARMQC_02602648 | [redacted] | | |
| DTX-0680 | | ARMQC_02604609 | ARMQC_02604609 | [redacted] | | |
| DTX-0681 | | ARMQC_02604610 | ARMQC_02604610 | [redacted] | | 402, 802, LF |
| DTX-0682 | | ARMQC_02604611 | ARMQC_02604611 | [redacted] | | 802, LF |
| DTX-0683 | | ARMQC_02604612 | ARMQC_02604612 | [redacted] | | LF |
| DTX-0684 | | ARMQC_02604613 | ARMQC_02604613 | [redacted] | | LF |
| DTX-0685 | | ARMQC_02604616 | ARMQC_02604616 | [redacted] | | |
| DTX-0686 | | ARMQC_02604617 | ARMQC_02604617 | [redacted] | | LF |
| DTX-0687 | | ARMQC_02604618 | ARMQC_02604618 | [redacted] | | 802, LF |
| DTX-0688 | | ARMQC_02604619 | ARMQC_02604619 | [redacted] | | 402, 403, LF |
| DTX-0689 | | ARMQC_02604620 | ARMQC_02604620 | [redacted] | | |
| DTX-0690 | | ARMQC_02604621 | ARMQC_02604621 | [redacted] | | |
| DTX-0691 | | ARMQC_02604622 | ARMQC_02604622 | [redacted] | | |
| DTX-0692 | | ARMQC_02604623 | ARMQC_02604623 | [redacted] | | |
| DTX-0693 | 2024.02.22 | ARMQC_02720214 | ARMQC_02720219 | [redacted] | | 402, 403, 802 |
| DTX-0694 | 2024.04.09 | ARMQC_02720220 | ARMQC_02720225 | [redacted] | | 402, 403, 802, LF |
| DTX-0695 | | ARMQC_02720226 | ARMQC_02720229 | [redacted] | | 402, 802, LF |
| DTX-0696 | 2022.07.20 | ARMQC_02720230 | ARMQC_02720235 | [redacted] | | 402, 403, 802 |
| DTX-0697 | | ARMQC_02720249 | ARMQC_02720249 | [redacted] | | 402, 802, 805, LF |
| DTX-0698 | 2024.10.24 | ARMQC_02720251 | ARMQC_02720257 | [redacted] | | 402, 403, 802, LF |
| DTX-0699 | | ARMQC_02720258 | ARMQC_02720258 | [redacted] | | 402, 802, 805, LF |
| DTX-0700 | 2024.10.29 | ARMQC_02720259 | ARMQC_02720264 | [redacted] | | |
| DTX-0701 | 2024.11.07 | ARMQC_02720265 | ARMQC_02720271 | [redacted] | | |
| DTX-0702 | | ARMQC_02720278 | ARMQC_02720278 | [redacted] | | 402, 802, 805, LF |
| DTX-0703 | 2025.01.08 | ARMQC_02720279 | ARMQC_02720283 | [redacted] | | 402, 802, ILL, LF |
| DTX-0704 | 2025.02.19 | ARMQC_02720284 | ARMQC_02720290 | [redacted] | | 402, 403, 802 |
| DTX-0705 | | ARMQC_02720291 | ARMQC_02720291 | [redacted] | | 402, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0706 | 2025.02.26 | ARMQC_02720292 | ARMQC_02720299 | [redacted] | | |
| DTX-0707 | | ARMQC_02720300 | ARMQC_02720302 | [redacted] | | 402, 802, LF |
| DTX-0708 | | ARMQC_02720303 | ARMQC_02720306 | [redacted] | | 402, 802, LF |
| DTX-0709 | | ARMQC_02720310 | ARMQC_02720313 | [redacted] | | 402, 802, LF |
| DTX-0710 | | ARMQC_02720314 | ARMQC_02720319 | [redacted] | | 402, 802, 805, LF |
| DTX-0711 | | ARMQC_02720320 | ARMQC_02720323 | [redacted] | | 402, 802, LF |
| DTX-0712 | | ARMQC_02720324 | ARMQC_02720328 | [redacted] | | 402, 802, 805, LF |
| DTX-0713 | | ARMQC_02720329 | ARMQC_02720332 | [redacted] | | 402, 802, 805, LF |
| DTX-0714 | | ARMQC_02720333 | ARMQC_02720336 | [redacted] | | |
| DTX-0715 | | ARMQC_02720337 | ARMQC_02720341 | [redacted] | | 402, 802, 805, LF |
| DTX-0716 | | ARMQC_02720342 | ARMQC_02720345 | [redacted] | | |
| DTX-0717 | | ARMQC_02720352 | ARMQC_02720354 | [redacted] | | 402, 802, LF |
| DTX-0718 | Sep-20 | ARMQC_02725050 | ARMQC_02725078 | [redacted] | | 802, 403, LF |
| DTX-0719 | 2024.01.25 | ARMQC_02726982 | ARMQC_02726999 | [redacted] | | 802, LF |
| DTX-0720 | 2023.06.01 | ARMQC_02731630 | ARMQC_02731638 | [redacted] | | 802, 805 |
| DTX-0721 | | ARMQC_02732558 | ARMQC_02732560 | [redacted] | | 802, LF |
| DTX-0722 | 2023.02.16 | ARMQC_02739659 | ARMQC_02739659 | [redacted] | | 106 |
| DTX-0723 | | ARMQC_02739661 | ARMQC_02739672 | [redacted] | | 106 |
| DTX-0724 | 2024.10.2024 | ARMQC_02740204 | ARMQC_02740204 | [redacted] | | 106, 802, LF |
| DTX-0725 | 2024.05.14 | ARMQC_02740205 | ARMQC_02740273 | [redacted] | | 106, 802, 805, LF |
| DTX-0726 | 2023.07.21 | ARMQC_02740386 | ARMQC_02740388 | [redacted] | | 802 |
| DTX-0727 | | ARMQC_02747093 | ARMQC_02747095 | [redacted] | | 402, 802, LF |
| DTX-0728 | | ARMQC_02747097 | ARMQC_02747102 | [redacted] | | 402, 802, LF |
| DTX-0729 | | ARMQC_02747103 | ARMQC_02747103 | [redacted] | | 402, 802, LF |
| DTX-0730 | | ARMQC_02747104 | ARMQC_02747104 | [redacted] | | 402, 802, LF |
| DTX-0731 | 2021.09.24 | ARMQC_02748499 | ARMQC_02748525 | [redacted] | | 106, 802, 402, 403, LF |
| DTX-0732 | 2024.03.08 | ARMQC_02755396 | ARMQC_02755396 | [redacted] | | 106, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0733 | Jan-24 | ARMQC_02755397 | ARMQC_02755428 | [redacted] | | 106, 802 |
| DTX-0734 | | ARMQC_02755441 | ARMQC_02755441 | [redacted] | | 106, 802, LF |
| DTX-0735 | | ARMQC_02755442 | ARMQC_02755442 | [redacted] | | 106, 802, LF |
| DTX-0736 | | ARMQC_02755443 | ARMQC_02755443 | [redacted] | | 106, 802, LF |
| DTX-0737 | 2024.01.03 | ARMQC_02755623 | ARMQC_02755623 | [redacted] | | 106, 802 |
| DTX-0738 | Jan-24 | ARMQC_02755624 | ARMQC_02755655 | [redacted] | | 106, 802 |
| DTX-0739 | | ARMQC_02755668 | ARMQC_02755668 | [redacted] | | 106, 802, LF |
| DTX-0740 | | ARMQC_02755669 | ARMQC_02755669 | [redacted] | | 106, 802, LF |
| DTX-0741 | | ARMQC_02755670 | ARMQC_02755670 | [redacted] | | 106, 802, LF |
| DTX-0742 | 2024.03.08 | ARMQC_02755672 | ARMQC_02755673 | [redacted] | | 106, 802 |
| DTX-0743 | Jan-24 | ARMQC_02755674 | ARMQC_02755705 | [redacted] | | 106, 802 |
| DTX-0744 | | ARMQC_02755718 | ARMQC_02755718 | [redacted] | | 106, 802, LF |
| DTX-0745 | | ARMQC_02755719 | ARMQC_02755719 | [redacted] | | 106, 802, LF |
| DTX-0746 | | ARMQC_02755720 | ARMQC_02755720 | [redacted] | | 106, 802, LF |
| DTX-0747 | 2024.08.28 | ARMQC_02755903 | ARMQC_02755904 | [redacted] | | 106, LF |
| DTX-0748 | 2024.03.01 | ARMQC_02756147 | ARMQC_02756147 | [redacted] | | 106, 802 |
| DTX-0749 | Jan-24 | ARMQC_02756148 | ARMQC_02756179 | [redacted] | | 106, 802 |
| DTX-0750 | | ARMQC_02756192 | ARMQC_02756192 | [redacted] | | 106, 802 |
| DTX-0751 | | ARMQC_02756193 | ARMQC_02756193 | [redacted] | | 106, 802 |
| DTX-0752 | | ARMQC_02756194 | ARMQC_02756194 | [redacted] | | 106, 802 |
| DTX-0753 | 2024.03.08 | ARMQC_02756245 | ARMQC_02756245 | [redacted] | | 106, 802 |
| DTX-0754 | 2024.02.01 | ARMQC_02756343 | ARMQC_02756343 | [redacted] | | 106, 802 |
| DTX-0755 | Jan-24 | ARMQC_02756344 | ARMQC_02756375 | [redacted] | | 106, 802 |
| DTX-0756 | | ARMQC_02756388 | ARMQC_02756388 | [redacted] | | 106, 802, LF |
| DTX-0757 | | ARMQC_02756389 | ARMQC_02756389 | [redacted] | | 106, 802, LF |
| DTX-0758 | | ARMQC_02756390 | ARMQC_02756390 | [redacted] | | 106, 802, LF |
| DTX-0759 | 2023.08.09 | ARMQC_02756542 | ARMQC_02756543 | [redacted] | | 106, 802 |
| DTX-0760 | Aug-23 | ARMQC_02756544 | ARMQC_02756572 | [redacted] | | 106, 802 |
| DTX-0761 | | ARMQC_02756586 | ARMQC_02756586 | [redacted] | | 106, 802 |
| DTX-0762 | | ARMQC_02756587 | ARMQC_02756587 | [redacted] | | 106, 802 |
| DTX-0763 | | ARMQC_02756588 | ARMQC_02756588 | [redacted] | | 106, 802 |
| DTX-0764 | 2024.03.01 | ARMQC_02756859 | ARMQC_02756859 | [redacted] | | 106, 802 |
| DTX-0765 | Jan-24 | ARMQC_02756860 | ARMQC_02756891 | [redacted] | | 106, 802 |
| DTX-0766 | | ARMQC_02756905 | ARMQC_02756905 | [redacted] | | 106, 802, LF |
| DTX-0767 | | ARMQC_02756906 | ARMQC_02756906 | [redacted] | | 106, 802, LF |
| DTX-0768 | | ARMQC_02756907 | ARMQC_02756907 | [redacted] | | 106, 802, LF |
| DTX-0769 | Aug-23 | ARMQC_02760525 | ARMQC_02760553 | [redacted] | | 106, 802 |
| DTX-0770 | | ARMQC_02760559 | ARMQC_02760559 | [redacted] | | 106, 802, LF |
| DTX-0771 | | ARMQC_02760560 | ARMQC_02760560 | [redacted] | | 106, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0772 | | ARMQC_02760568 | ARMQC_02760568 | [redacted] | | 106, 802, LF |
| DTX-0773 | | ARMQC_02761714 | ARMQC_02761758 | | | |
| DTX-0774 | 2024.02.15 | ARMQC_02770484 | ARMQC_02770484 | | | 106, 802, LF |
| DTX-0775 | 2024 | ARMQC_02770485 | ARMQC_02770528 | | | 106, 802, LF |
| DTX-0776 | | ARMQC_02770529 | ARMQC_02770529 | | | 106, 802, LF |
| DTX-0777 | | ARMQC_02770530 | ARMQC_02770530 | | | 106, 802, LF |
| DTX-0778 | | ARMQC_02770531 | ARMQC_02770531 | | | 106, 802, LF |
| DTX-0779 | 2021.04.19 | ARMQC_02770617 | ARMQC_02770620 | | | 106, 402, 403, 802, LF |
| DTX-0780 | Apr-21 | ARMQC_02770621 | ARMQC_02770627 | | | 402, 403, 802, LF |
| DTX-0781 | | ARMQC_02770628 | ARMQC_02770633 | | | 402, 403, LF, 802 |
| DTX-0782 | Apr-21 | ARMQC_02770634 | ARMQC_02770648 | | | 402, 403, 802, LF |
| DTX-0783 | 2021.04.04 | ARMQC_02770649 | ARMQC_02770654 | | | 402, 403, 802, LF |
| DTX-0784 | Mar-21 | ARMQC_02770655 | ARMQC_02770664 | | | 402, 403, 802, LF |
| DTX-0785 | Apr-21 | ARMQC_02770665 | ARMQC_02770667 | | | 402, 403, 802, LF |
| DTX-0786 | Mar-21 | ARMQC_02770668 | ARMQC_02770675 | | | 402, 403, 802, LF |
| DTX-0787 | 2021.04.15 | ARMQC_02770676 | ARMQC_02770683 | | | 402, 403, 802, LF |
| DTX-0788 | Apr-21 | ARMQC_02770684 | ARMQC_02770700 | | | 402, 403, 802, LF |
| DTX-0789 | Oct-24 | ARMQC_02771168 | ARMQC_02771199 | | | |
| DTX-0790 | 2024.10.24 | ARMQC_02771946 | ARMQC_02771948 | | | |
| DTX-0791 | | ARMQC_02783618 | ARMQC_02783618 | | | |
| DTX-0792 | 2025.08.29 | ARMQC_02785287 | ARMQC_02785290 | | | |
| DTX-0793 | 2023.12.21 | ARMQC_02785291 | ARMQC_02785325 | | | |
| DTX-0794 | 2018.09.29 | ARMQC_02785326 | ARMQC_02785341 | | | |
| DTX-0795 | 2023.12.21 | ARMQC_02785342 | ARMQC_02785343 | | | |
| DTX-0796 | 2023.12.21 | ARMQC_02785344 | ARMQC_02785347 | | | |
| DTX-0797 | 2023.12.01 | ARMQC_02785348 | ARMQC_02785407 | | | |
| DTX-0798 | 2010.09.20 | ARMQC_02785408 | ARMQC_02785426 | | | |
| DTX-0799 | 2023.12.01 | ARMQC_02785427 | ARMQC_02785428 | | | |
| DTX-0800 | 2023.12.01 | ARMQC_02785429 | ARMQC_02785435 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0801 | 2021.03.31 | ARMQC_02785436 | ARMQC_02785473 | [redacted] | | |
| DTX-0802 | 2013.10.03 | ARMQC_02785474 | ARMQC_02785498 | | | |
| DTX-0803 | 2021.03.31 | ARMQC_02785499 | ARMQC_02785500 | | | |
| DTX-0804 | 2024.03.25 | ARMQC_02785501 | ARMQC_02785502 | | | |
| DTX-0805 | 2021.03.31 | ARMQC_02785503 | ARMQC_02785512 | | | |
| DTX-0806 | 2024.01.31 | ARMQC_02785513 | ARMQC_02785556 | | | |
| DTX-0807 | 2002.12.27 | ARMQC_02785557 | ARMQC_02785577 | | | |
| DTX-0808 | 2023.12.08 | ARMQC_02785581 | ARMQC_02785582 | | | |
| DTX-0809 | 2024.01.31 | ARMQC_02785583 | ARMQC_02785587 | | | |
| DTX-0810 | | ARMQC_02785607 | ARMQC_02785613 | | | 802, 805, LF |
| DTX-0811 | | ARMQC_02785614 | ARMQC_02785618 | | | 802 |
| DTX-0812 | 2019.06.21 | QCARM_0020012 | QCARM_0020012 | | | 106, 402, 403, 802, LF, CO, IP |
| DTX-0813 | | QCARM_0020013 | QCARM_0020013 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0814 | 2019.05.29 | QCARM_0020014 | QCARM_0020014 | | | 402, 403, 802, LF, CO, ILL, IP |
| DTX-0815 | 2021.02.16 | QCARM_0027980 | QCARM_0027980 | | | 402, 403, LF, CO, IP, D |
| DTX-0816 | 2019.12.31 | QCARM_0027985 | QCARM_0027986 | | | |
| DTX-0817 | 2021.06.26 | QCARM_0222737 | QCARM_0222739 | | | 402, 403, LF, CO, IP |
| DTX-0818 | 2022.02.22 | QCARM_0275742 | QCARM_0275742 | | | 106, 402, 403, LF |
| DTX-0819 | 2019.09.27 | QCARM_0275743 | QCARM_0275763 | | | 402, 403, 802, IP, CO, LF |
| DTX-0820 | 2022.02.01 | QCARM_0332490 | QCARM_0332490 | | | 402, 403, CO, IP, LF, D |
| DTX-0821 | 2013.05.30 | QCARM_0337471 | QCARM_0337471 | | | 106 |
| DTX-0822 | 2013.05.30 | QCARM_0337472 | QCARM_0337496 | | | |
| DTX-0823 | 2013.05.30 | QCARM_0337497 | QCARM_0337514 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0824 | 2013.05.30 | QCARM_0337515 | QCARM_0337539 | [redacted] | | |
| DTX-0825 | 2013.05.30 | QCARM_0337540 | QCARM_0337590 | | | |
| DTX-0826 | 2013.05.30 | QCARM_0337591 | QCARM_0337627 | | | |
| DTX-0827 | 2013.05.30 | QCARM_0337628 | QCARM_0337630 | | | |
| DTX-0828 | 2013.05.30 | QCARM_0337631 | QCARM_0337644 | | | |
| DTX-0829 | 2013.05.30 | QCARM_0337645 | QCARM_0337660 | | | |
| DTX-0830 | 2019.09.27 | QCARM_0337839 | QCARM_0337855 | | | 402, 403, 802, IP, CO, LF |
| DTX-0831 | 2019.03.29 | QCARM_0338180 | QCARM_0338242 | | | |
| DTX-0832 | 2019.09.27 | QCARM_0338297 | QCARM_0338311 | | | 402, 403, 802, IP, CO, LF |
| DTX-0833 | 2020.06.26 | QCARM_0338352 | QCARM_0338429 | | | |
| DTX-0834 | 2022.02.01 | QCARM_0338883 | QCARM_0338883 | | | 402, 403, CO, IP, LF, D |
| DTX-0835 | 2013.05.30 | QCARM_0343120 | QCARM_0343142 | | | |
| DTX-0836 | 2021.05.05 | QCARM_0353229 | QCARM_0353231 | | | 402, 403, LF, CO, IP |
| DTX-0837 | 2022.05.08 | QCARM_0550516 | QCARM_0550517 | | | 106, 402, 403 |
| DTX-0838 | | QCARM_0550518 | QCARM_0550529 | | | 106, 402, LF |
| DTX-0839 | 2019.03.10 | QCARM_0589823 | QCARM_0589823 | | | 402, 403, LF |
| DTX-0840 | | QCARM_1151573 | QCARM_1151573 | | | 402, LF |
| DTX-0841 | | QCARM_2403478 | QCARM_2403482 | | | |
| DTX-0842 | 2020.09.09 | QCARM_3460234 | QCARM_3460237 | | | 402, 403, CO, IP, LF, MIL |
| DTX-0843 | 2020.07.07 | QCARM_3474750 | QCARM_3474750 | | | 106 |
| DTX-0844 | 2020.06.26 | QCARM_3474751 | QCARM_3474828 | | | 106 |
| DTX-0845 | 2020.11.24 | QCARM_3479998 | QCARM_3480077 | | | |
| DTX-0846 | 2020.11.24 | QCARM_3480078 | QCARM_3480094 | | | |
| DTX-0847 | 2022.03.30 | QCARM_3633088 | QCARM_3633132 | | | 402, 403, LF |
| DTX-0848 | 2019.09.27 | QCARM_3839877 | QCARM_3839878 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-0849 | 2019.09.27 | QCARM_3839879 | QCARM_3839895 | | | 402, 403, 802, IP, CO, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0850 | 2019.09.27 | QCARM_3839896 | QCARM_3839911 | [redacted] | | 402, 403, 802, IP, CO, LF |
| DTX-0851 | 2019.09.27 | QCARM_3839912 | QCARM_3839926 | | | 402, 403, 802, IP, CO, LF |
| DTX-0852 | 2019.09.27 | QCARM_3839927 | QCARM_3839947 | | | 402, 403, 802, IP, CO, LF |
| DTX-0853 | 2021.10.18 | QCARM_3972031 | QCARM_3972033 | | | 402, 403, LF, CO, IP |
| DTX-0854 | 2022.11.24 | QCARM_7474253 | QCARM_7474254 | | | |
| DTX-0855 | 2022.09.26 | QCARM_7477119 | QCARM_7477119 | | | 106 |
| DTX-0856 | 2022.09.26 | QCARM_7477120 | QCARM_7477120 | | | 106, 802 |
| DTX-0857 | 2022.10.10 | QCARM_7484470 | QCARM_7484470 | | | 106 |
| DTX-0858 | 2022.10.10 | QCARM_7484471 | QCARM_7484472 | | | 106 |
| DTX-0859 | 2022.12.05 | QCARM_7484477 | QCARM_7484479 | | | 106 |
| DTX-0860 | 2022.09.15 | QCARM_7484480 | QCARM_7484480 | | | 106 |
| DTX-0861 | 2022.09.15 | QCARM_7484481 | QCARM_7484481 | | | 106 |
| DTX-0862 | 2023.03.16 | QCARM_7484882 | QCARM_7484888 | | | 805 |
| DTX-0863 | 2023.03.13 | QCVARM_0447248 | QCVARM_0447251 | | | 402, 403, 805, D |
| DTX-0864 | 2023.09.14 | QCVARM_0451587 | QCVARM_0451587 | | | 402, 403, D |
| DTX-0865 | 2024.01.26 | QCVARM_0452198 | QCVARM_0452198 | | | 106 |
| DTX-0866 | 2024.01.24 | QCVARM_0452199 | QCVARM_0452224 | | | 106 |
| DTX-0867 | 2022.08.26 | QCVARM_0455391 | QCVARM_0455411 | | | 106, 402, 403, LF |
| DTX-0868 | | QCVARM_0455412 | QCVARM_0455412 | | | 106 |
| DTX-0869 | 2024.04.16 | QCVARM_0457029 | QCVARM_0457035 | | | 402, 403, 802, D, LF |
| DTX-0870 | | QCVARM_0463559 | QCVARM_0463569 | | | 402, 403, ILL, D |
| DTX-0871 | 2024.02.21 | QCVARM_0463837 | QCVARM_0463839 | | | 402, 403, D |
| DTX-0872 | 2022.08.26 | QCVARM_0464648 | QCVARM_0464652 | | | 402, 403, 802, 805, LF |
| DTX-0873 | 2024.11.18 | QCVARM_0465090 | QCVARM_0465095 | | | 402, 403, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0874 | 2022.08.29 | QCVARM_0468422 | QCVARM_0468424 | [redacted] | | 106, 402, 403, LF |
| DTX-0875 | | QCVARM_0468425 | QCVARM_0468425 | | | 106, 403, ILL, LF |
| DTX-0876 | | QCVARM_0524775 | QCVARM_0524777 | | | 106, 402, 403, 805, D |
| DTX-0877 | 2024.10.22 | QCVARM_0525193 | QCVARM_0525195 | | | 402, 403, LF |
| DTX-0878 | 2024.03.28 | QCVARM_0525196 | QCVARM_0525202 | | | |
| DTX-0879 | 2022.09.09 | QCVARM_0525203 | QCVARM_0525209 | | | |
| DTX-0880 | 2021.10.14 | QCVARM_0525210 | QCVARM_0525210.00021 | | | 402, 403, LF |
| DTX-0881 | 2021.10.21 | QCVARM_0525211 | QCVARM_0525211.00016 | | | 402, 403, LF |
| DTX-0882 | | QCVARM_0525212 | QCVARM_0525212.00010 | | | 106, 402, 403 |
| DTX-0883 | 2023.06.07 | QCVARM_0525213 | QCVARM_0525213.00021 | | | 106, 402, 403 |
| DTX-0884 | 2022.10.16 | QCVARM_0525214 | QCVARM_0525214.00035 | | | 402, 403, LF |
| DTX-0885 | 2023.12.03 | QCVARM_0525215 | QCVARM_0525215 | | | 106, 402, 403, LF |
| DTX-0886 | 2024.09.11 | QCVARM_0525216 | QCVARM_0525216 | | | 402, 403, LF |
| DTX-0887 | 2024.10.24 | QCVARM_0526828 | QCVARM_0526830 | | | |
| DTX-0888 | Jun-24 | QCVARM_0527125 | QCVARM_0527134 | | | 802, LF |
| DTX-0889 | 2025.01.10 | QCVARM_0527544 | QCVARM_0527545 | | | 106 |
| DTX-0890 | 2022.08.15 | QCVARM_0538870 | QCVARM_0538872 | | | 402, 403, LF |
| DTX-0891 | | QCVARM_0538873 | QCVARM_0538873 | | | 106, 402, LF |
| DTX-0892 | 2023.06.12 | QCVARM_0541454 | QCVARM_0541462 | | | 402, 403, LF |
| DTX-0893 | | QCVARM_0571333 | QCVARM_0571349 | | | 402, 403, D |
| DTX-0894 | 2025.02.18 | QCVARM_0573053 | QCVARM_0573055 | | | 106 |
| DTX-0895 | 2025.02.11 | QCVARM_0573056 | QCVARM_0573057 | | | 106 |
| DTX-0896 | 2022.09.26 | QCVARM_0602952 | QCVARM_0602963 | | | 802, LF |
| DTX-0897 | 2023.05.08 | QCVARM_0605502 | QCVARM_0605538 | | | 402, 403, D |
| DTX-0898 | 2023.12.12 | QCVARM_0608105 | QCVARM_0608105 | | | 106 |
| DTX-0899 | 2023.12.12 | QCVARM_0608106 | QCVARM_0608107 | | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0900 | 2023.10.18 | QCVARM_0608131 | QCVARM_0608138 | [redacted] | | D |
| DTX-0901 | 2023.10.16 | QCVARM_0613037 | QCVARM_0613039 | | | 402, 403 |
| DTX-0902 | 2024.11.22 | QCVARM_0618354 | QCVARM_0618354 | | | |
| DTX-0903 | 2023.12.18 | QCVARM_0618977 | QCVARM_0618978 | | | 402, 403 |
| DTX-0904 | 2022.10.12 | ARM_01020193 | ARM_01020194 | | | |
| DTX-0905 | 2019.10.18 | QCVARM_0710045 | QCVARM_0710046 | | | 106 |
| DTX-0906 | 2019.10.17 | QCVARM_0710047 | QCVARM_0710120 | | | 106 |
| DTX-0907 | 2019.10.18 | QCVARM_0710121 | QCVARM_0710140 | | | 106 |
| DTX-0908 | 2019.10.18 | QCVARM_0710141 | QCVARM_0710173 | | | 106 |
| DTX-0909 | | QCVARM_0847188 | QCVARM_0847486 | | | |
| DTX-0910 | 2024.11.20 | QCVARM_0855438 | QCVARM_0855443 | | | 106, 805, LF |
| DTX-0911 | 2024.11.18 | QCVARM_0855444 | QCVARM_0855446 | | | 106, 805, LF |
| DTX-0912 | 2024.10.24 | QCVARM_0855614 | QCVARM_0855615 | | | 802, LF |
| DTX-0913 | 2024.10.18 | QCVARM_0857149 | QCVARM_0857151 | | | 106 |
| DTX-0914 | Oct-24 | QCVARM_0857152 | QCVARM_0857183 | | | 106 |
| DTX-0915 | 2024.05.14 | QCVARM_0863181 | QCVARM_0863185 | | | 106, D, LF |
| DTX-0916 | 2024.07.09 | QCVARM_0863573 | QCVARM_0863576 | | | 802, 805, LF |
| DTX-0917 | 2024.10.31 | QCVARM_0863644 | QCVARM_0863646 | | | 106 |
| DTX-0918 | 2024.11.11 | QCVARM_0864838 | QCVARM_0864838 | | | 805 |
| DTX-0919 | 2024.11.11 | QCVARM_0864967 | QCVARM_0864968 | | | 106, 805 |
| DTX-0920 | 2024.10.31 | QCVARM_0864969 | QCVARM_0864972 | | | 106, 805 |
| DTX-0921 | 2025.01.23 | QCVARM_0865274 | QCVARM_0865278 | | | LF, D |
| DTX-0922 | 2025.01.15 | QCVARM_0865311 | QCVARM_0865314 | | | LF, 402, 403 |
| DTX-0923 | | QCVARM_0973928 | QCVARM_0985879 | | | |
| DTX-0924 | | QCVARM_0986448 | QCVARM_0999387 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0925 | | QCVARM_0999388 | QCVARM_1012327 | [redacted] | | |
| DTX-0926 | 2024.03.26 | QCVARM_1014030 | QCVARM_1014112 | | | 106, D |
| DTX-0927 | 2025.02.25 | QCVARM_1024852 | QCVARM_1024852 | | | 106 |
| DTX-0928 | 2023.09.18 | QCVARM_1030676 | QCVARM_1030680 | | | |
| DTX-0929 | 2024.09.20 | QCVARM_1030681 | QCVARM_1030682 | | | |
| DTX-0930 | 2024.09.27 | QCVARM_1030683 | QCVARM_1030685 | | | |
| DTX-0931 | 2023.10.18 | QCVARM_1030687 | QCVARM_1030694 | | | |
| DTX-0932 | 2024.10.23 | QCVARM_1030695 | QCVARM_1030701 | | | |
| DTX-0933 | 2024.04.03 | QCVARM_1030702 | QCVARM_1030702 | | | |
| DTX-0934 | 2024.06.19 | QCVARM_1030703 | QCVARM_1030705 | | | 802, LF |
| DTX-0935 | 2024.08.30 | QCVARM_1030706 | QCVARM_1030708 | | | 802, LF |
| DTX-0936 | 2024.10.23 | QCVARM_1030709 | QCVARM_1030713 | | | |
| DTX-0937 | 2024.09.20 | QCVARM_1030714 | QCVARM_1030714 | | | 106, LF |
| DTX-0938 | 2024.09.20 | QCVARM_1030715 | QCVARM_1030716 | | | 106, LF |
| DTX-0939 | 2024.09.27 | QCVARM_1030717 | QCVARM_1030718 | | | 106, LF |
| DTX-0940 | 2024.09.27 | QCVARM_1030719 | QCVARM_1030721 | | | 106, LF |
| DTX-0941 | 2024.10.23 | QCVARM_1030722 | QCVARM_1030725 | | | |
| DTX-0942 | 2024.09.10 | QCVARM_1030726 | QCVARM_1030729 | | | 106, 802, LF |
| DTX-0943 | 2024.04.11 | QCVARM_1030732 | QCVARM_1030733 | | | D |
| DTX-0944 | 2024.05.21 | QCVARM_1030734 | QCVARM_1030738 | | | 802, 805, LF |
| DTX-0945 | 2024.08.22 | QCVARM_1030739 | QCVARM_1030739 | | | |
| DTX-0946 | | QCVARM_1042773 | QCVARM_1042775 | | | |
| DTX-0947 | 2025 | QCVARM_1042776 | QCVARM_1042776 | | | |
| DTX-0948 | 2025 | QCVARM_1042777 | QCVARM_1042779 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0949 | 2025.04.17 | QCVARM_1042780 | QCVARM_1042780 | [redacted] | | D |
| DTX-0950 | 2024.10.31 | QCVARM_1069058 | QCVARM_1069065 | | | |
| DTX-0951 | 2024.10.31 | QCVARM_1069066 | QCVARM_1069067 | | | |
| DTX-0952 | 2021 | QCVARM_1072199 | QCVARM_1072500 | | | D |
| DTX-0953 | 2024 | QCVARM_1078822 | QCVARM_1090695 | | | 802 |
| DTX-0954 | | QCVARM_1090346 | QCVARM_1090695 | | | |
| DTX-0955 | 2025.05.30 | QCVARM_1121176 | QCVARM_1121181 | | | 402, 403, 805, LF |
| DTX-0956 | 2025.02.21 | QCVARM_1121930 | QCVARM_1121930 | | | |
| DTX-0957 | 2025.02.21 | QCVARM_1121931 | QCVARM_1121931 | | | |
| DTX-0958 | | QCVARM_1151964 | QCVARM_1151964 | | | |
| DTX-0959 | 2024.10.22 | | | | | |
| DTX-0960 | 2022.08.31 | | | | | 402, 403, 802, ND, IP, LF |
| DTX-0961 | 2022.09.30 | | | | | 402, 403, 802, ND, IP, CO |
| DTX-0962 | 2022.11.15 | | | | | 402, 403, 802, ND, IP, CO |
| DTX-0963 | 2025.06.17 | | | | | 802, ND, LF |
| DTX-0964 | 2024.12.20 | | | | | ND |
| DTX-0965 | 2017.06.07 | | | | | 802, 402, 403, ND |
| DTX-0966 | 2019.12.16 | | | | | ND, 402, 403, MIL, LF |
| DTX-0967 | 2022.06.22 | | | | | 402, 403, 802, 805, LF |
| DTX-0968 | 2025.07.30 | | | | | 802, 402, 403, LF |
| DTX-0969 | 2024.05.08 | | | | | 802 |
| DTX-0970 | 2025.05.07 | | | | | 802, LF |
| DTX-0971 | 2021 | | | | | 402, 805, LF |
| DTX-0972 | 2024 | | | | | 402, 403, 901 |
| DTX-0973 | 2025.09.05 | | | | | 402, 802, ND |
| DTX-0974 | 2025.07.01 | | | | | 402, 802, ND, LF |
| DTX-0975 | 2025.08.24 | | | | | 402, 802, ND, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-0976 | 2025.08.28 | | | [redacted] | | 402, 802, ND, LF |
| DTX-0977 | 2025.07.01 | | | | | 402, 802, ND, LF |
| DTX-0978 | 2014.12.15 | | | | | 402, 802, ND, LF |
| DTX-0979 | 2020.01.01 | | | | | 402, 403, 802, LF |
| DTX-0980 | 2023 | | | | | 802 |
| DTX-0981 | 2010.03.31 | | | | | LF, 402, 403, 802, 805 |
| DTX-0982 | | | | | | 402, 403, 802, LF |
| DTX-0983 | | | | | | 402, 403, 802, LF |
| DTX-0984 | | | | | | 402, 403, 802, LF |
| DTX-0985 | | | | | | 402, 403, 802, LF |
| DTX-0986 | 2021.12.25 | | | | | 402, 802, LF |
| DTX-0987 | 2024.12.28 | | | | | 402, 802, LF |
| DTX-0988 | 2025.03.31 | | | | | 802 |
| DTX-0989 | 2024.02.07 | | | | | 802, 805 |
| DTX-0990 | 2017.11.19 | | | | | 402, 403, LF, MIL |
| DTX-0991 | 2023.11.01 | | | | | |
| DTX-0992 | 2024.11.06 | | | | | |
| DTX-0993 | 2025.02.05 | | | | | |
| DTX-0994 | 2021.01.12 | | | | | |
| DTX-0995 | 2000.08.10 | | | | | LF, 402, 403, 802 |
| DTX-0996 | 2024.12.31 | | | | | 402, 802, LF |
| DTX-0997 | 2025.08.25 | | | | | 402, 802, ND |
| DTX-0998 | 2025.08.25 | | | | | 402, 802, ND |
| DTX-0999 | 2000.10.23 | | | | | 402, 802, ND, LF |
| DTX-1000 | 2008.09.30 | | | | | LF, 402, 403, 802 |
| DTX-1001 | 2004.11.23 | | | | | LF, 402, 403, 802, 805 |
| DTX-1002 | | | | | | 402, 802, ND, LF |
| DTX-1003 | | | | | | 402, 802, ND, LF |
| DTX-1004 | | | | | | 402, 802, ND, LF |
| DTX-1005 | 2021.01.25 | | | | | 402, 802, ND, LF |
| DTX-1006 | 2021.01.25 | | | | | 402, 802, ND |
| DTX-1007 | May-12 | | | | | LF, 402, 403, 802 |
| DTX-1008 | 2019.03.15 | | | | | 402, 802, ND, LF |
| DTX-1009 | 2014.04.11 | | | | | 402, 802, ND, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1010 | 2022.03.09 | | | [redacted] | | 402, 403, 802, ND, LF |
| DTX-1011 | | | | [redacted] | | 402, 802, ND, LF |
| DTX-1012 | 2022 | | | [redacted] | | 402, 802, ND, LF |
| DTX-1013 | 2023.08.21 | | | [redacted] | | 802 |
| DTX-1014 | 2025.04.30 | | | [redacted] | | |
| DTX-1015 | 2025.06.26 | | | [redacted] | | 802, ND |
| DTX-1016 | 2025.07.10 | | | [redacted] | | 802, ND, LF |
| DTX-1017 | 2025.07.03 | | | [redacted] | | 802, ND |
| DTX-1018 | 2025.06.27 | | | [redacted] | | 802, ND |
| DTX-1019 | 2025.06.27 | | | [redacted] | | 802, ND |
| DTX-1020 | 2023.10.25 | | | [redacted] | | 802, 805, ND |
| DTX-1021 | 2023.10.27 | | | [redacted] | | 802, 805, ND |
| DTX-1022 | 2025.06.30 | | | [redacted] | | 802, 402, 403, LF |
| DTX-1023 | 2025.02.05 | | | [redacted] | | 802, 402, 403, LF |
| DTX-1024 | 2025.02.05 | | | [redacted] | | 402, 403 |
| DTX-1025 | 2025.04.30 | | | [redacted] | | 402, 403 |
| DTX-1026 | 2025.07.30 | | | [redacted] | | 402, 403, LF |
| DTX-1027 | 2024.11.06 | | | [redacted] | | 402, 403 |
| DTX-1028 | 2024.12.16 | | | [redacted] | | 402, 403, 802, ND, IP, CO |
| DTX-1029 | 2024.12.17 | | | [redacted] | | 402, 403, 802, ND, IP, CO |
| DTX-1030 | 2024.12.18 | | | [redacted] | | 402, 403, 802, ND, IP, CO |
| DTX-1031 | 2024.11.20 | | | [redacted] | | 402, 403, 802, ND, IP, CO, LF |
| DTX-1032 | 2021.11.16 | | | [redacted] | | 402, 403, 805, LF |
| DTX-1033 | 2024.11.19 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1034 | 2024.12.04 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1035 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1036 | 2023 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1037 | 2018.12.21 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1038 | 2025.03.10 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1039 | 2023.09.06 | | | [redacted] | | 402, 403, 802, 805, ILL, LF |
| DTX-1040 | Sept. 2014 | | | [redacted] | | 402, 403, 802, LF, 805 |
| DTX-1041 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1042 | 2025.08.15 | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1043 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1044 | | | | [redacted] | | 402, 403, 802, 805, ILL, LF |
| DTX-1045 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1046 | | | | [redacted] | | LF, 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1047 | 2025.06.22 | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1048 | 2017.10.06 | | | | | 402, 403, 802, LF |
| DTX-1049 | | | | | | 402, 403, 802, LF |
| DTX-1050 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1051 | 2025.05.01 | | | | | 402, 403, 802, LF |
| DTX-1052 | 2024.04.04 | | | | | 402, 403, 802, 901, LF |
| DTX-1053 | 2023.09.05 | | | | | 402, 403, 802,805, ILL |
| DTX-1054 | 2020.06.22 | | | | | 402, 403, 802, LF |
| DTX-1055 | 2023.09.05 | | | | | 402, 403, 802, 805 |
| DTX-1056 | 2020.11.10 | | | | | 402, 403, 802, LF, 805 |
| DTX-1057 | 2023.09.14 | | | | | 402, 403, 802, LF |
| DTX-1058 | 2022.09.29 | | | | | 402, 403, 802, LF |
| DTX-1059 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1060 | 2022.11.07 | | | | | 402, 403, 802, LF |
| DTX-1061 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1062 | 2025.02.06 | | | | | 402, 403, 802, LF |
| DTX-1063 | 2022.08.31 | | | | | 402, 403, 802, 901, LF |
| DTX-1064 | | | | | | 402, 403, 802, LF |
| DTX-1065 | 2022.11.16 | | | | | 802 |
| DTX-1066 | 2025.02.14 | | | | | |
| DTX-1067 | 2024.03.21 | | | | | 402, 403, 802, 901, LF |
| DTX-1068 | 2022.08.31 | | | | | 402, 403, 802, 901, LF |
| DTX-1069 | 2022.09.01 | | | | | 402, 403, 802, 901, LF |
| DTX-1070 | 2025.02.13 | | | | | |
| DTX-1071 | 2024.10.22 | | | | | |
| DTX-1072 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1073 | 2023.12.20 | | | | | 402, 403, 802, D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1074 | 2023.04.11 | | | [redacted] | | 402, 403, 802 |
| DTX-1075 | 2022.11.16 | | | | | 802 |
| DTX-1076 | | | | | | 402, 403, 802, LF, ILL |
| DTX-1077 | 2020.04.28 | | | | | 402, 403, 802 |
| DTX-1078 | Dec-95 | | | | | LF, 402, 403, 802, 805 |
| DTX-1079 | 2024.10.22 | | | | | 402, 403, 802, LF |
| DTX-1080 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1081 | 2023.05.31 | | | | | 402, 403, 802 |
| DTX-1082 | 2025.01.16 | | | | | 402, 403, 802, LF |
| DTX-1083 | | | | | | 402, 403, 802, LF |
| DTX-1084 | | | | | | 402, 403, 802, 805, LF |
| DTX-1085 | 2007 | | | | | LF, 402, 403, 802 |
| DTX-1086 | | | | | | 402, 403, 802, LF |
| DTX-1087 | 2006 | | | | | LF, 402, 403, 802, 805 |
| DTX-1088 | Mar-12 | | | | | LF, 402, 403, 802, 805 |
| DTX-1089 | 2023 | | | | | 402, 403, 802, LF |
| DTX-1090 | 2006 | | | | | LF, 402, 403, 802, 805 |
| DTX-1091 | 2016 | | | | | 402, 403, 802, LF |
| DTX-1092 | 2020.02.02 | | | | | 402, 403, 802, LF |
| DTX-1093 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1094 | 2024.10.08 | | | | | 402, 403, 802, LF |
| DTX-1095 | 2025.06.11 | | | | | 402, 403, 802, LF |
| DTX-1096 | 2021 | | | | | 402, 403, 802 |
| DTX-1097 | 2022.12.02 | | | | | 402, 403, 802, 901, LF |
| DTX-1098 | | | | | | 402, 403, 802, LF |
| DTX-1099 | 2021.08.11 | | | | | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1100 | 2025.03.31 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1101 | 2024.06.03 | | | | | 402, 403, 802, LF |
| DTX-1102 | 2011.02.25 | | | | | LF, 402, 403, 802, 805 |
| DTX-1103 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1104 | 2023.11.01 | | | | | 402, 403, 802 |
| DTX-1105 | 2025.06.12 | | | | | 402, 403, 802, 805, LF |
| DTX-1106 | | | | | | 402, 403, 802, LF |
| DTX-1107 | 2025.07.16 | | | | | 402, 403, 802, LF |
| DTX-1108 | 2025.05.23 | | | | | 402, 403, 802 |
| DTX-1109 | 2024.05.16 | | | | | 402, 403, 802, LF, 805 |
| DTX-1110 | 2025.04.10 | | | | | 402, 403, 802 |
| DTX-1111 | 2025.07.28 | | | | | 402, 403, 802, LF |
| DTX-1112 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1113 | 2025.08.06 | | | | | 402, 403, 802, LF |
| DTX-1114 | | | | | | 402, 403, 802, LF, ILL |
| DTX-1115 | 2023.11.29 | | | | | |
| DTX-1116 | Dec-13 | | | | | 402, 403, 802, LF |
| DTX-1117 | 2025.02.25 | | | | | 402, 403, 802 |
| DTX-1118 | | | | | | 402, 403, 802, LF |
| DTX-1119 | 2024.10.15 | | | | | 402, 403, 802, LF |
| DTX-1120 | 2011.01.04 | | | | | LF, 402, 403, 802, 805 |
| DTX-1121 | 2025 | | | | | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1122 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1123 | 2019.06.18 | | | | | 402, 403, 802 |
| DTX-1124 | 2024.12.23 | | | | | 402, 403, 802, LF |
| DTX-1125 | | | | | | 402, 403, 802, LF |
| DTX-1126 | 2025 | | | | | 402, 403, 802, LF |
| DTX-1127 | | | | | | 402, 403, 802, LF |
| DTX-1128 | | | | | | 402, 403, 802, LF |
| DTX-1129 | | | | | | 402, 403, 802, LF |
| DTX-1130 | | | | | | 402, 403, 802, LF |
| DTX-1131 | | | | | | 402, 403, 802, LF |
| DTX-1132 | 2024.07.16 | | | | | 402, 403, 802, LF |
| DTX-1133 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1134 | 2023.12.18 | | | | | 402, 403, 802 |
| DTX-1135 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1136 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1137 | | | | | | 402, 403, 802, 805, 901, LF |
| DTX-1138 | 2011.06.30 | | | | | LF, 402, 403, 802, ILL |
| DTX-1139 | 2019.11.15 | | | | | 402, 403, 802, 805, CO, IP |
| DTX-1140 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1141 | | | | | | 402, 403, LF |
| DTX-1142 | 2024.07.22 | | | | | 402, 403, 802, LF |
| DTX-1143 | | | | | | 402, 403, 802, LF |
| DTX-1144 | | | | | | 402, 403, LF |
| DTX-1145 | | | | | | 402, 403, 802, LF |
| DTX-1146 | | | | | | LF, 402, 403, 805, ILL |
| DTX-1147 | 2025.05.20 | | | | | 402, 403, 802, LF |
| DTX-1148 | 2025.02.06 | | | | | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1149 | 2021.03.15 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1150 | 2022.07.19 | | | | | 402, 403, 802, 901, LF, NP |
| DTX-1151 | 2018.12.11 | | | | | 402, 403, 802, LF |
| DTX-1152 | 2022.05.19 | | | | | 402, 403, 802 |
| DTX-1153 | 2005.11.06 | | | | | LF, 402, 403, 805, ILL |
| DTX-1154 | 1997.03.05 | | | | | LF, 402, 403, 805, ILL |
| DTX-1155 | 2012.09.30 | | | | | LF, 402, 403, 805, ILL |
| DTX-1156 | 2010.12.07 | | | | | LF, 402, 403, 802, 805 |
| DTX-1157 | 2025.01.16 | | | | | 402, 403, 802, LF |
| DTX-1158 | 2024.07.12 | | | | | 402, 403, 802, LF |
| DTX-1159 | 2018.12.08 | | | | | 402, 403, 802, 805, LF |
| DTX-1160 | 2018.12.12 | | | | | 402, 403, 802, LF |
| DTX-1161 | | | | | | 402, 403, ILL, LF |
| DTX-1162 | 2018.05.07 | | | | | 402, 403, 802, LF |
| DTX-1163 | | | | | | 402, 403, 802, LF |
| DTX-1164 | 2024.11.19 | | | | | 402, 403, ILL, LF |
| DTX-1165 | 2025.07.31 | | | | | 402, 403, 802 |
| DTX-1166 | 2024.12.20 | | | | | 402, 403, LF |
| DTX-1167 | 2025.06.09 | | | | | 402, 403, 802, LF |
| DTX-1168 | 2023.10.17 | | | | | 402, 403, 802 |
| DTX-1169 | 2025.05.19 | | | | | 402, 403, 802, LF |
| DTX-1170 | 2024.12.02 | | | | | 402, 403, 805, LF |
| DTX-1171 | 2025.09.06 | | | | | 402, 403, 802, LF |
| DTX-1172 | 2025.01.28 | | | | | 402, 403, 802, LF |
| DTX-1173 | | | | | | 402, 403, 802, LF |
| DTX-1174 | 2025.07.30 | | | | | 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1175 | 2024.11.04 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1176 | | | | | | 402, 403, 802, LF |
| DTX-1177 | 2024.10.22 | | | | | 402, 403, 802, LF |
| DTX-1178 | | | | | | 402, 403, 802, LF |
| DTX-1179 | 2024.10.08 | | | | | 402, 403, 802, LF |
| DTX-1180 | | | | | | 402, 403, 802, LF |
| DTX-1181 | 2003.12.22 | | | | | LF, 402, 403, 802, 805 |
| DTX-1182 | 2003.05.14 | | | | | LF, 402, 403, 802, 805 |
| DTX-1183 | 2017 | | | | | 402, 403, 802, LF, ND |
| DTX-1184 | 2023.12.08 | | | | | 402, 403, 802 |
| DTX-1185 | 2024.01.18 | | | | | 402, 403, 802, LF |
| DTX-1186 | 2019.10.02 | | | | | 402, 403, 802, LF |
| DTX-1187 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1188 | | | | | | 402, 403, ILL, LF |
| DTX-1189 | 2024.01.12 | | | | | 402, 403, 802 |
| DTX-1190 | 2009.05.21 | | | | | LF, 802 |
| DTX-1191 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1192 | 2021.05.25 | | | | | 402, 403, 802, LF |
| DTX-1193 | 2025.10.02 | | | | | 402, 403, 802, LF |
| DTX-1194 | 2023.08.16 | | | | | 402, 403, 802 |
| DTX-1195 | | | | | | 402, 403, 802, LF |
| DTX-1196 | Jan-84 | | | | | LF, 402, 403, 802, 805 |
| DTX-1197 | | | | | | 402, 403, 802, LF |
| DTX-1198 | 2024.11.12 | | | | | 402, 403, 802, LF |
| DTX-1199 | 2022.09.06 | | | | | 402, 403, 802, 901, LF |
| DTX-1200 | 2024.11.12 | | | | | 402, 403, 802, LF |
| DTX-1201 | 2024.03.13 | | | | | 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1202 | 2019.01.21 | | | [redacted] | | 402, 403, 802, 805, LF, MIL, D |
| DTX-1203 | 2021.06.17 | | | [redacted] | | 802, 402, 403, LF |
| DTX-1204 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1205 | Apr-07 | | | [redacted] | | LF, 402, 403, 802, 805 |
| DTX-1206 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1207 | 2025.04.27 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1208 | 2018.07.10 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1209 | 2020.06.30 | | | [redacted] | | 402, 403, 802 |
| DTX-1210 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1211 | 2024.04.21 | | | [redacted] | | ILL, 402, 403, 802, LF |
| DTX-1212 | 2021.03.29 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1213 | | | | [redacted] | | ILL, 402, 403, 802, LF |
| DTX-1214 | 2024.04.27 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1215 | 2023.09.08 | | | [redacted] | | 402, 403, 802, D |
| DTX-1216 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1217 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1218 | 2025.02.06 | | | [redacted] | | 402, 403, 802, LF |
| DTX-1219 | 2011.12.08 | | | [redacted] | | LF, 402, 403, 802 |
| DTX-1220 | | | | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1221 | | | | [redacted] | | 402, 403, 802, 805, ILL |
| DTX-1222 | 2020.11.10 | | | [redacted] | | 402, 403, 802, LF, 805 |
| DTX-1223 | 2018.11.28 | | | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1224 | | | | [redacted] | | |
| DTX-1225 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1226 | | | | [redacted] | | 106, 402, 403, 802, LF |
| DTX-1227 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1228 | | | | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-1229 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1230 | | | | [redacted] | | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1231 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-1232 | | | | | | 402, 403, LF |
| DTX-1233 | 2022.03.01 | | | | | 402, 403, 802, LF |
| DTX-1234 | | | | | | 402, 403, 802, LF |
| DTX-1235 | | | | | | 402, 403, 802, LF |
| DTX-1236 | | | | | | 402, 403, 802, LF |
| DTX-1237 | | | | | | LF, 402, 403, 805, ILL |
| DTX-1238 | | | | | | 402, 403, 802, LF |
| DTX-1239 | | | | | | 402, 403, 802 |
| DTX-1240 | 2014.12.02 | | | | | 402, 403, 802, LF |
| DTX-1241 | | | | | | 402, 403, 802, LF |
| DTX-1242 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1243 | Dec-07 | | | | | LF, 402, 403, 802, 805 |
| DTX-1244 | 2020 | | | | | 402, 403, 802, LF |
| DTX-1245 | 2025 | | | | | 402, 403, 802, LF |
| DTX-1246 | 2024 | | | | | 402, 403, 802 |
| DTX-1247 | 1996 | | | | | LF, 402, 403, 802, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1248 | 2005 | | | [redacted] | | LF, 402, 403, 802, 805 |
| DTX-1249 | Jun-07 | | | | | LF, 402, 403, 802, 805 |
| DTX-1250 | April-June 2000 | | | | | LF, 402, 403, 802, 805 |
| DTX-1251 | Jun-05 | | | | | LF, 402, 403, 802, 805 |
| DTX-1252 | 2023 | | | | | 106, 402, 403, 404, 802, LF, MIL, NP |
| DTX-1253 | | | | | | 402, 403, 802, LF |
| DTX-1254 | | | | | | 402, 403, LF |
| DTX-1255 | | | | | | 402, 403, 802, LF |
| DTX-1256 | Jan-Feb 2021 | | | | | 402, 403, 802, LF |
| DTX-1257 | | | | | | 402, 403, 802, LF |
| DTX-1258 | | | | | | 402, 403, 802, ILL, LF |
| DTX-1259 | | | | | | 402, 403, 802, LF |
| DTX-1260 | | | | | | 402, 403, 802, LF |
| DTX-1261 | | | | | | 402, 403, LF |
| DTX-1262 | 2021 | | | | | 402, 403, 802, LF, D |
| DTX-1263 | | | | | | 402, 403, 802, LF |
| DTX-1264 | 2025.02.14 | | | | | 402, 403, 802 |
| DTX-1265 | 2004 | | | | | LF, 402, 403, 802, 805 |
| DTX-1266 | | | | | | 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1267 | | | | [redacted] | | LF, 402, 403, 802, 805 |
| DTX-1268 | | | | | | 402, 403, 802, LF |
| DTX-1269 | | | | | | |
| DTX-1270 | | | | | | 402, 403, 802, LF |
| DTX-1271 | 2025.06.26 | | | | | 402, 403, 802, LF |
| DTX-1272 | 2025.06.26 | | | | | 402, 403, 802, LF |
| DTX-1273 | 2025.07.11 | | | | | 802, LF |
| DTX-1274 | 2026.05.05 | | | | | 802, 805, LF |
| DTX-1275 | 2026.05.05 | | | | | 802, 805, LF |
| DTX-1276 | 2026.05.12 | | | | | |
| DTX-1277 | 2026.05.15 | | | | | |
| DTX-1278 | 2026.05.15 | | | | | |
| DTX-1279 | 2026.05.15 | | | | | |
| DTX-1280 | 2022.10.26 | ARM_00001195 | ARM_00001197 | | | 805, LF |
| DTX-1281 | 2022.10.26 | ARM_00001198 | ARM_00001200 | | | 805, LF |
| DTX-1282 | 2022.10.26 | ARM_00001777 | ARM_00001779 | | | 805, LF |
| DTX-1283 | | ARM_00002045 | ARM_00002075 | | | 402, 403, 802, LF, CO, IP |
| DTX-1284 | 2020.10.15 | ARM_00003305 | ARM_00003305 | | | 106, 402, 403, 802, CO, IP, LF |
| DTX-1285 | 2020.10.14 | ARM_00003306 | ARM_00003310 | | | 106, 402, 403, 802, CO, IP, LF |
| DTX-1286 | 2020.05.20 | ARM_00005340 | ARM_00005344 | | | LF |
| DTX-1287 | 2022.12.05 | ARM_00025401 | ARM_00025403 | | | 106 |
| DTX-1288 | 2022.08.25 | ARM_00067346 | ARM_00067347 | | | 106, 402, 802, LF |
| DTX-1289 | | ARM_00067348 | ARM_00067348 | | | 402, 403, 802, 805, LF |
| DTX-1290 | Aug-22 | ARM_00067349 | ARM_00067372 | | | 402, 403, 802, 805, LF |
| DTX-1291 | | ARM_00067375 | ARM_00067375 | | | 402, 403, 802, 805, LF |
| DTX-1292 | | ARM_00067376 | ARM_00067376 | | | 402, 403, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1293 | | ARM_00067377 | ARM_00067377 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1294 | | ARM_00067378 | ARM_00067378 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1295 | | ARM_00067379 | ARM_00067379 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1296 | | ARM_00067380 | ARM_00067380 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1297 | | ARM_00067381 | ARM_00067381 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1298 | | ARM_00067382 | ARM_00067382 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1299 | | ARM_00067383 | ARM_00067383 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1300 | | ARM_00067384 | ARM_00067384 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1301 | | ARM_00067385 | ARM_00067385 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1302 | | ARM_00067386 | ARM_00067386 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1303 | | ARM_00067387 | ARM_00067387 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1304 | | ARM_00067388 | ARM_00067388 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1305 | | ARM_00067389 | ARM_00067389 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1306 | | ARM_00067390 | ARM_00067390 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1307 | 2022.08.28 | ARM_00068085 | ARM_00068085 | [redacted] | | 106, 402, 403, LF |
| DTX-1308 | | ARM_00068086 | ARM_00068086 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1309 | Aug-22 | ARM_00068087 | ARM_00068110 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1310 | | ARM_00068114 | ARM_00068114 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1311 | | ARM_00068115 | ARM_00068115 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1312 | | ARM_00068116 | ARM_00068116 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1313 | | ARM_00068117 | ARM_00068117 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1314 | | ARM_00068118 | ARM_00068118 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1315 | | ARM_00068119 | ARM_00068119 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1316 | | ARM_00068120 | ARM_00068120 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1317 | | ARM_00068121 | ARM_00068121 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1318 | | ARM_00068122 | ARM_00068122 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1319 | | ARM_00068123 | ARM_00068123 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1320 | | ARM_00068124 | ARM_00068124 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1321 | | ARM_00068125 | ARM_00068125 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1322 | | ARM_00068126 | ARM_00068126 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1323 | | ARM_00068127 | ARM_00068127 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1324 | | ARM_00068128 | ARM_00068128 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1325 | 2022.08.29 | ARM_00068129 | ARM_00068129 | [redacted] | | 106, 402, 403, LF |
| DTX-1326 | | ARM_00068130 | ARM_00068130 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1327 | Aug-22 | ARM_00068131 | ARM_00068154 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1328 | | ARM_00068158 | ARM_00068158 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1329 | | ARM_00068159 | ARM_00068159 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1330 | | ARM_00068160 | ARM_00068160 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1331 | | ARM_00068161 | ARM_00068161 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1332 | | ARM_00068162 | ARM_00068162 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1333 | | ARM_00068163 | ARM_00068163 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1334 | | ARM_00068164 | ARM_00068164 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1335 | | ARM_00068165 | ARM_00068165 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1336 | | ARM_00068166 | ARM_00068166 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1337 | | ARM_00068167 | ARM_00068167 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1338 | | ARM_00068168 | ARM_00068168 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1339 | | ARM_00068169 | ARM_00068169 | [redacted] | | 402, 403, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1340 | | ARM_00068170 | ARM_00068170 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1341 | | ARM_00068171 | ARM_00068171 | | | 402, 403, 802, 805, LF |
| DTX-1342 | | ARM_00068172 | ARM_00068172 | | | 402, 403, 802, 805, LF |
| DTX-1343 | 2022.08.25 | ARM_00068456 | ARM_00068457 | | | 106, 402, 802, LF |
| DTX-1344 | | ARM_00068458 | ARM_00068458 | | | 402, 403, 802, 805, LF |
| DTX-1345 | Aug-22 | ARM_00068459 | ARM_00068482 | | | 402, 403, 802, 805, LF |
| DTX-1346 | | ARM_00068486 | ARM_00068486 | | | 402, 403, 802, 805, LF |
| DTX-1347 | | ARM_00068487 | ARM_00068487 | | | 402, 403, 802, 805, LF |
| DTX-1348 | | ARM_00068488 | ARM_00068488 | | | 402, 403, 802, 805, LF |
| DTX-1349 | | ARM_00068489 | ARM_00068489 | | | 402, 403, 802, 805, LF |
| DTX-1350 | | ARM_00068490 | ARM_00068490 | | | 402, 403, 802, 805, LF |
| DTX-1351 | | ARM_00068491 | ARM_00068491 | | | 402, 403, 802, 805, LF |
| DTX-1352 | | ARM_00068492 | ARM_00068492 | | | 402, 403, 802, 805, LF |
| DTX-1353 | | ARM_00068493 | ARM_00068493 | | | 402, 403, 802, 805, LF |
| DTX-1354 | | ARM_00068494 | ARM_00068494 | | | 402, 403, 802, 805, LF |
| DTX-1355 | | ARM_00068495 | ARM_00068495 | | | 402, 403, 802, 805, LF |
| DTX-1356 | | ARM_00068496 | ARM_00068496 | | | 402, 403, 802, 805, LF |
| DTX-1357 | | ARM_00068497 | ARM_00068497 | | | 402, 403, 802, 805, LF |
| DTX-1358 | | ARM_00068498 | ARM_00068498 | | | 402, 403, 802, 805, LF |
| DTX-1359 | | ARM_00068499 | ARM_00068499 | | | 402, 403, 802, 805, LF |
| DTX-1360 | | ARM_00068500 | ARM_00068500 | | | 402, 403, 802, 805, LF |
| DTX-1361 | 2022.08.25 | ARM_00068501 | ARM_00068502 | | | 106, 402, 802, LF |
| DTX-1362 | | ARM_00068503 | ARM_00068503 | | | 402, 403, 802, 805, LF |
| DTX-1363 | Aug-22 | ARM_00068504 | ARM_00068527 | | | 402, 403, 802, 805, LF |
| DTX-1364 | | ARM_00075158 | ARM_00075158 | | | 402, 403, 802, 805, LF |
| DTX-1365 | | ARM_00075150 | ARM_00075150 | | | 402, 403, 802, 805, LF |
| DTX-1366 | | ARM_00075151 | ARM_00075151 | | | 402, 403, 802, 805, LF |
| DTX-1367 | | ARM_00075152 | ARM_00075152 | | | 402, 403, 802, 805, LF |
| DTX-1368 | | ARM_00075153 | ARM_00075153 | | | 402, 403, 802, 805, LF |
| DTX-1369 | | ARM_00076172 | ARM_00076172 | | | 402, 403, 802, 805, LF |
| DTX-1370 | | ARM_00076150 | ARM_00076150 | | | 402, 403, 802, 805, LF |
| DTX-1371 | | ARM_00076158 | ARM_00076158 | | | 402, 403, 802, 805, LF |
| DTX-1372 | | ARM_00091710 | ARM_00091710 | | | 402, 403, 802, 805, LF |
| DTX-1373 | | ARM_00091711 | ARM_00091711 | | | 402, 403, 802, 805, LF |
| DTX-1374 | 2022.02.28 | ARM_00091712 | ARM_00091713 | | | 802, 402, 403, LF, 106 |
| DTX-1375 | Feb-22 | ARM_00091714 | ARM_00091741 | | | 402, 403, 802, LF |
| DTX-1376 | | ARM_00091742 | ARM_00091742 | | | 402, 403, 802, 805, LF |
| DTX-1377 | | ARM_00091743 | ARM_00091743 | | | 402, 403, 802, 805, LF |
| DTX-1378 | | ARM_00091744 | ARM_00091744 | | | 402, 403, 802, 805, LF |
| DTX-1379 | | ARM_00091745 | ARM_00091745 | | | 402, 403, 802, 805, LF |
| DTX-1380 | | ARM_00091746 | ARM_00091746 | | | 402, 403, 802, 805, LF |
| DTX-1381 | | ARM_00091747 | ARM_00091747 | | | 402, 403, 802, 805, LF |
| DTX-1382 | | ARM_00091748 | ARM_00091748 | | | 402, 403, 802, 805, LF |
| DTX-1383 | | ARM_00091749 | ARM_00091749 | | | 402, 403, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1384 | | ARM_00091750 | ARM_00091750 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1385 | | ARM_00091751 | ARM_00091751 | | | 402, 403, 802, 805, LF |
| DTX-1386 | | ARM_00091752 | ARM_00091752 | | | 402, 403, 802, 805, LF |
| DTX-1387 | | ARM_00091753 | ARM_00091753 | | | 402, 403, 802, 805, LF |
| DTX-1388 | | ARM_00091754 | ARM_00091754 | | | 402, 403, 802, 805, LF |
| DTX-1389 | | ARM_00091755 | ARM_00091755 | | | 402, 403, 802, 805, LF |
| DTX-1390 | | ARM_00091756 | ARM_00091756 | | | 402, 403, 802, 805, LF |
| DTX-1391 | | ARM_00091757 | ARM_00091757 | | | 402, 403, 802, 805, LF |
| DTX-1392 | | ARM_00091758 | ARM_00091758 | | | 402, 403, 802, 805, LF |
| DTX-1393 | | ARM_00091759 | ARM_00091759 | | | 402, 403, 802, 805, LF |
| DTX-1394 | | ARM_00091760 | ARM_00091760 | | | 402, 403, 802, 805, LF |
| DTX-1395 | | ARM_00091761 | ARM_00091761 | | | 402, 403, 802, 805, LF |
| DTX-1396 | 2021.09.20 | ARM_00091767 | ARM_00091767 | | | 106, 802, 402, LF |
| DTX-1397 | Sep-21 | ARM_00091768 | ARM_00091784 | | | 402, 403, LF, 802 |
| DTX-1398 | | ARM_00091785 | ARM_00091785 | | | 402, 403, 802, 805, LF |
| DTX-1399 | | ARM_00091791 | ARM_00091791 | | | 402, 403, 802, 805, LF |
| DTX-1400 | | ARM_00091793 | ARM_00091793 | | | 402, 403, 802, 805, LF |
| DTX-1401 | | ARM_00091794 | ARM_00091794 | | | 402, 403, 802, 805, LF |
| DTX-1402 | | ARM_00091796 | ARM_00091796 | | | 402, 403, 802, 805, LF |
| DTX-1403 | | ARM_00091797 | ARM_00091797 | | | 402, 403, 802, 805, LF |
| DTX-1404 | 2021.09.21 | ARM_00091798 | ARM_00091798 | | | 106, 802, 402, LF |
| DTX-1405 | Sep-21 | ARM_00091799 | ARM_00091817 | | | 402, 403, LF, 802 |
| DTX-1406 | | ARM_00091818 | ARM_00091818 | | | 402, 403, 802, 805, LF |
| DTX-1407 | | ARM_00091819 | ARM_00091819 | | | 402, 403, 802, 805, LF |
| DTX-1408 | | ARM_00091821 | ARM_00091821 | | | 402, 403, 802, 805, LF |
| DTX-1409 | | ARM_00091822 | ARM_00091822 | | | 402, 403, 802, 805, LF |
| DTX-1410 | | ARM_00091828 | ARM_00091828 | | | 402, 403, 802, 805, LF |
| DTX-1411 | | ARM_00091829 | ARM_00091829 | | | 402, 403, 802, 805, LF |
| DTX-1412 | | ARM_00091830 | ARM_00091830 | | | 402, 403, 802, 805, LF |
| DTX-1413 | | ARM_00091831 | ARM_00091831 | | | 402, 403, 802, 805, LF |
| DTX-1414 | 2021.09.22 | ARM_00091832 | ARM_00091833 | | | 106, 802, 402, LF |
| DTX-1415 | Sep-21 | ARM_00091834 | ARM_00091852 | | | 402, 403, LF, 802 |
| DTX-1416 | | ARM_00091853 | ARM_00091853 | | | 402, 403, 802, 805, LF |
| DTX-1417 | | ARM_00091857 | ARM_00091857 | | | 402, 403, 802, 805, LF |
| DTX-1418 | | ARM_00091863 | ARM_00091863 | | | 402, 403, 802, 805, LF |
| DTX-1419 | | ARM_00091864 | ARM_00091864 | | | 402, 403, 802, 805, LF |
| DTX-1420 | | ARM_00091865 | ARM_00091865 | | | 402, 403, 802, 805, LF |
| DTX-1421 | | ARM_00091866 | ARM_00091866 | | | 402, 403, 802, 805, LF |
| DTX-1422 | 2021.09.22 | ARM_00091867 | ARM_00091868 | | | 106, 802, 402, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1423 | Sep-21 | ARM_00091869 | ARM_00091887 | [redacted] | | 402, 403, LF, 802 |
| DTX-1424 | | ARM_00091888 | ARM_00091888 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1425 | | ARM_00091892 | ARM_00091892 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1426 | | ARM_00091899 | ARM_00091899 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1427 | | ARM_00091900 | ARM_00091900 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1428 | | ARM_00091901 | ARM_00091901 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1429 | 2021.09.17 | ARM_00091902 | ARM_00091902 | [redacted] | | 106, 802, 402, LF |
| DTX-1430 | Sep-21 | ARM_00091903 | ARM_00091917 | [redacted] | | 402, 403, LF, 802 |
| DTX-1431 | | ARM_00091918 | ARM_00091918 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1432 | | ARM_00091925 | ARM_00091925 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1433 | | ARM_00091926 | ARM_00091926 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1434 | | ARM_00091927 | ARM_00091927 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1435 | | ARM_00091928 | ARM_00091928 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1436 | | ARM_00091929 | ARM_00091929 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1437 | | ARM_00091931 | ARM_00091931 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1438 | 2021.05.04 | ARM_00095575 | ARM_00095576 | [redacted] | | 802, 402, 403, LF, 106 |
| DTX-1439 | | ARM_00095578 | ARM_00095578 | [redacted] | | 802, LF |
| DTX-1440 | | ARM_00095579 | ARM_00095579 | [redacted] | | LF, NP |
| DTX-1441 | | ARM_00100040 | ARM_00100040 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1442 | 2021.09.22 | ARM_00102682 | ARM_00102682 | [redacted] | | 106, 802, 402, LF |
| DTX-1443 | | ARM_00102684 | ARM_00102684 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1444 | | ARM_00102687 | ARM_00102687 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1445 | | ARM_00102688 | ARM_00102688 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1446 | | ARM_00102694 | ARM_00102694 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1447 | | ARM_00102695 | ARM_00102695 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1448 | | ARM_00102696 | ARM_00102696 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1449 | | ARM_00102697 | ARM_00102697 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1450 | Jan-23 | ARM_00103566 | ARM_00103600 | [redacted] | | 106, 802, LF |
| DTX-1451 | | ARM_00103628 | ARM_00103628 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1452 | | ARM_00103629 | ARM_00103629 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1453 | | ARM_00103604 | ARM_00103604 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1454 | | ARM_00103630 | ARM_00103630 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1455 | | ARM_00103605 | ARM_00103605 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1456 | | ARM_00103631 | ARM_00103631 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1457 | | ARM_00103606 | ARM_00103606 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1458 | | ARM_00103632 | ARM_00103632 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1459 | | ARM_00103607 | ARM_00103607 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1460 | | ARM_00103608 | ARM_00103608 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1461 | | ARM_00103609 | ARM_00103609 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1462 | | ARM_00103610 | ARM_00103610 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1463 | | ARM_00103611 | ARM_00103611 | [redacted] | | 402, 403, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1464 | | ARM_00103612 | ARM_00103612 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1465 | | ARM_00103613 | ARM_00103613 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1466 | | ARM_00103614 | ARM_00103614 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1467 | | ARM_00103615 | ARM_00103615 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1468 | | ARM_00103616 | ARM_00103616 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1469 | | ARM_00103617 | ARM_00103617 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1470 | | ARM_00103618 | ARM_00103618 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1471 | | ARM_00103619 | ARM_00103619 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1472 | | ARM_00103697 | ARM_00103697 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1473 | | ARM_00103698 | ARM_00103698 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1474 | | ARM_00103673 | ARM_00103673 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1475 | | ARM_00103699 | ARM_00103699 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1476 | | ARM_00103674 | ARM_00103674 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1477 | | ARM_00103700 | ARM_00103700 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1478 | | ARM_00103675 | ARM_00103675 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1479 | | ARM_00103701 | ARM_00103701 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1480 | | ARM_00103676 | ARM_00103676 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1481 | | ARM_00103677 | ARM_00103677 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1482 | | ARM_00103678 | ARM_00103678 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1483 | | ARM_00103679 | ARM_00103679 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1484 | | ARM_00103680 | ARM_00103680 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1485 | | ARM_00103681 | ARM_00103681 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1486 | | ARM_00103682 | ARM_00103682 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1487 | | ARM_00103683 | ARM_00103683 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1488 | | ARM_00103684 | ARM_00103684 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1489 | | ARM_00103685 | ARM_00103685 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1490 | | ARM_00103686 | ARM_00103686 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1491 | | ARM_00103687 | ARM_00103687 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1492 | | ARM_00103688 | ARM_00103688 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1493 | | ARM_00111449 | ARM_00111449 | [redacted] | | LF, 802 |
| DTX-1494 | 2022.06.03 | ARM_00132241 | ARM_00132242 | [redacted] | | 802 |
| DTX-1495 | 2022.10.26 | ARM_01020186 | ARM_01020189 | [redacted] | | 805, LF |
| DTX-1496 | 2022.10.11 | ARM_01020195 | ARM_01020196 | [redacted] | | |
| DTX-1497 | | ARM_01228027 | ARM_01228027 | [redacted] | | |
| DTX-1498 | | ARM_01228031 | ARM_01228031 | [redacted] | | |
| DTX-1499 | | ARM_01228035 | ARM_01228035 | [redacted] | | |
| DTX-1500 | | ARM_01228039 | ARM_01228039 | [redacted] | | |
| DTX-1501 | | ARM_01228043 | ARM_01228043 | [redacted] | | |
| DTX-1502 | | ARM_01228044 | ARM_01228044 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1503 | | ARM_01228048 | ARM_01228048 | [redacted] | | |
| DTX-1504 | | ARM_01228049 | ARM_01228049 | | | |
| DTX-1505 | | ARM_01228053 | ARM_01228053 | | | |
| DTX-1506 | | ARM_01228054 | ARM_01228054 | | | |
| DTX-1507 | | ARM_01228058 | ARM_01228058 | | | |
| DTX-1508 | | ARM_01228059 | ARM_01228059 | | | |
| DTX-1509 | | ARM_01228063 | ARM_01228063 | | | |
| DTX-1510 | | ARM_01228064 | ARM_01228064 | | | |
| DTX-1511 | | ARM_01228073 | ARM_01228073 | | | |
| DTX-1512 | | ARM_01228074 | ARM_01228074 | | | |
| DTX-1513 | | ARM_01228075 | ARM_01228075 | | | |
| DTX-1514 | 2022.07.20 | ARM_01230076 | ARM_01230083 | | | 802, MIL |
| DTX-1515 | 2022.02.23 | ARM_01231394 | ARM_01231395 | | | |
| DTX-1516 | | ARM_01239440 | ARM_01239440 | | | |
| DTX-1517 | | ARM_01239441 | ARM_01239441 | | | |
| DTX-1518 | | ARM_01239442 | ARM_01239442 | | | |
| DTX-1519 | | ARM_01239444 | ARM_01239444 | | | |
| DTX-1520 | | ARM_01239445 | ARM_01239445 | | | |
| DTX-1521 | | ARM_01239447 | ARM_01239447 | | | |
| DTX-1522 | | ARM_01239448 | ARM_01239448 | | | |
| DTX-1523 | | ARM_01239449 | ARM_01239449 | | | |
| DTX-1524 | | ARM_01239451 | ARM_01239451 | | | |
| DTX-1525 | | ARM_01239452 | ARM_01239452 | | | |
| DTX-1526 | | ARM_01239453 | ARM_01239453 | | | |
| DTX-1527 | | ARM_01239458 | ARM_01239458 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1528 | | ARM_01239459 | ARM_01239459 | [redacted] | | |
| DTX-1529 | | ARM_01239464 | ARM_01239464 | | | |
| DTX-1530 | | ARM_01239465 | ARM_01239465 | | | |
| DTX-1531 | | ARM_01239470 | ARM_01239470 | | | |
| DTX-1532 | | ARM_01239471 | ARM_01239471 | | | |
| DTX-1533 | | ARM_01239472 | ARM_01239472 | | | |
| DTX-1534 | | ARM_01239473 | ARM_01239473 | | | |
| DTX-1535 | | ARM_01239474 | ARM_01239474 | | | |
| DTX-1536 | | ARM_01239475 | ARM_01239475 | | | |
| DTX-1537 | | ARM_01239476 | ARM_01239476 | | | |
| DTX-1538 | | ARM_01239477 | ARM_01239477 | | | |
| DTX-1539 | | ARM_01239478 | ARM_01239478 | | | |
| DTX-1540 | | ARM_01239479 | ARM_01239479 | | | |
| DTX-1541 | | ARM_01239483 | ARM_01239483 | | | |
| DTX-1542 | | ARM_01239485 | ARM_01239485 | | | |
| DTX-1543 | | ARM_01239486 | ARM_01239486 | | | |
| DTX-1544 | | ARM_01239488 | ARM_01239488 | | | |
| DTX-1545 | | ARM_01239503 | ARM_01239503 | | | |
| DTX-1546 | | ARM_01239504 | ARM_01239504 | | | |
| DTX-1547 | | ARM_01239506 | ARM_01239506 | | | |
| DTX-1548 | Feb/Mar 2022 | ARM_01282655 | ARM_01282682 | | | 802, 402, 403, LF, 106 |
| DTX-1549 | | ARM_01282683 | ARM_01282683 | | | 402, 403, 802, 805, LF |
| DTX-1550 | | ARM_01282684 | ARM_01282684 | | | 402, 403, 802, 805, LF |
| DTX-1551 | | ARM_01282685 | ARM_01282685 | | | 402, 403, 802, 805, LF |
| DTX-1552 | | ARM_01282686 | ARM_01282686 | | | 402, 403, 802, 805, LF |
| DTX-1553 | | ARM_01282687 | ARM_01282687 | | | 402, 403, 802, 805, LF |
| DTX-1554 | | ARM_01282688 | ARM_01282688 | | | 402, 403, 802, 805, LF |
| DTX-1555 | | ARM_01282689 | ARM_01282689 | | | 402, 403, 802, 805, LF |
| DTX-1556 | | ARM_01282690 | ARM_01282690 | | | 402, 403, 802, 805, LF |
| DTX-1557 | | ARM_01282691 | ARM_01282691 | | | 402, 403, 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1558 | | ARM_01282692 | ARM_01282692 | [redacted] | | 402, 403, 802, 805, LF, NP |
| DTX-1559 | | ARM_01282693 | ARM_01282693 | | | 402, 403, 802, 805, LF |
| DTX-1560 | | ARM_01282694 | ARM_01282694 | | | 402, 403, 802, 805, LF |
| DTX-1561 | | ARM_01282695 | ARM_01282695 | | | 402, 403, 802, 805, LF |
| DTX-1562 | | ARM_01282696 | ARM_01282696 | | | 402, 403, 802, 805, LF |
| DTX-1563 | | ARM_01282697 | ARM_01282697 | | | 402, 403, 802, 805, LF |
| DTX-1564 | | ARM_01282698 | ARM_01282698 | | | 402, 403, 802, 805, LF |
| DTX-1565 | | ARM_01282699 | ARM_01282699 | | | 402, 403, 802, 805, LF |
| DTX-1566 | | ARM_01282700 | ARM_01282700 | | | 402, 403, 802, 805, LF |
| DTX-1567 | | ARM_01282701 | ARM_01282701 | | | 402, 403, 802, 805, LF |
| DTX-1568 | | ARM_01282702 | ARM_01282702 | | | 402, 403, 802, 805, LF |
| DTX-1569 | | ARM_01282706 | ARM_01282706 | | | 402, 403, 802, 805, LF |
| DTX-1570 | | ARM_01282707 | ARM_01282707 | | | 402, 403, 802, 805, LF |
| DTX-1571 | 2015.01.01 | ARM_01298732 | ARM_01298735 | | | 402, LF |
| DTX-1572 | 2007.12.21 | ARM_01300657 | ARM_01300658 | | | |
| DTX-1573 | | ARM_01309677 | ARM_01309677 | | | 802, LF |
| DTX-1574 | | ARM_01333009 | ARM_01333009 | | | 802, LF |
| DTX-1575 | 2023.03.20 | ARM_01423238 | ARM_01423244 | | | 802 |
| DTX-1576 | | ARM_01423342 | ARM_01423342 | | | 802, LF |
| DTX-1577 | | ARM_01423345 | ARM_01423345 | | | 802, LF |
| DTX-1578 | 2023.09.27 | ARM_01423347 | ARM_01423347 | | | 106, 802 |
| DTX-1579 | | ARM_01423348 | ARM_01423348 | | | 802, LF |
| DTX-1580 | | ARM_01423349 | ARM_01423349 | | | 802, LF |
| DTX-1581 | | ARM_01423350 | ARM_01423350 | | | 802, LF |
| DTX-1582 | | ARM_01423351 | ARM_01423351 | | | 802, LF |
| DTX-1583 | | ARM_01423352 | ARM_01423352 | | | 802, LF |
| DTX-1584 | | ARM_01423632 | ARM_01423634 | | | 402, 403, 802, 805, LF, NP |
| DTX-1585 | 2022.02.23 | ARM_01424052 | ARM_01424056 | | | 802, LF |
| DTX-1586 | 2020.06.25 | ARM_01424057 | ARM_01424134 | | | |
| DTX-1587 | 2019.10.17 | ARM_01424135 | ARM_01424208 | | | |
| DTX-1588 | 2022.12.05 | ARM_01424328 | ARM_01424329 | | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1589 | 2022.12.05 | ARM_01424330 | ARM_01424332 | [redacted] | | 106 |
| DTX-1590 | 2025.02.05 | ARMQC_00001136 | ARMQC_00001163 | [redacted] | | |
| DTX-1591 | 2023.06.02 | ARMQC_02600838 | ARMQC_02600841 | [redacted] | | |
| DTX-1592 | 2024.10.29 | ARMQC_02601067 | ARMQC_02601071 | [redacted] | | |
| DTX-1593 | | ARMQC_02603580 | ARMQC_02603580 | [redacted] | | 802, LF |
| DTX-1594 | | ARMQC_02603581 | ARMQC_02603581 | [redacted] | | 802, LF |
| DTX-1595 | | ARMQC_02603582 | ARMQC_02603582 | [redacted] | | 802, LF |
| DTX-1596 | | ARMQC_02603587 | ARMQC_02603587 | [redacted] | | 802, LF |
| DTX-1597 | Mar-25 | ARMQC_02627275 | ARMQC_02627297 | [redacted] | | 402, 403, 802, LF |
| DTX-1598 | | ARMQC_02627298 | ARMQC_02627298 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1599 | | ARMQC_02627299 | ARMQC_02627299 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1600 | | ARMQC_02627300 | ARMQC_02627300 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1601 | | ARMQC_02627301 | ARMQC_02627301 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1602 | | ARMQC_02627302 | ARMQC_02627302 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1603 | | ARMQC_02627303 | ARMQC_02627303 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1604 | | ARMQC_02627304 | ARMQC_02627304 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1605 | | ARMQC_02627305 | ARMQC_02627305 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1606 | | ARMQC_02627306 | ARMQC_02627306 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1607 | | ARMQC_02627307 | ARMQC_02627307 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1608 | | ARMQC_02627308 | ARMQC_02627308 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1609 | | ARMQC_02627309 | ARMQC_02627309 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1610 | | ARMQC_02627310 | ARMQC_02627310 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1611 | | ARMQC_02627311 | ARMQC_02627311 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1612 | | ARMQC_02627312 | ARMQC_02627312 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1613 | | ARMQC_02627313 | ARMQC_02627313 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1614 | | ARMQC_02627314 | ARMQC_02627314 | [redacted] | | 402, 403, 802, 805, LF |
| DTX-1615 | 2019.11.06 | ARMQC_02731051 | ARMQC_02731053 | [redacted] | | |
| DTX-1616 | 2022.02.23 | ARMQC_02732393 | ARMQC_02732395 | [redacted] | | |
| DTX-1617 | 2022.08.31 | ARMQC_02741466 | ARMQC_02741467 | [redacted] | | 106, 802, 805, LF |
| DTX-1618 | 2022.08.31 | ARMQC_02741468 | ARMQC_02741515 | [redacted] | | 106, 802, ND, LF |
| DTX-1619 | 2024.10.24 | ARMQC_02742804 | ARMQC_02742805 | [redacted] | | |
| DTX-1620 | 2024.10.23 | ARMQC_02742861 | ARMQC_02742862 | [redacted] | | |
| DTX-1621 | 2023.08.07 | ARMQC_02746633 | ARMQC_02746633 | [redacted] | | 106, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1622 | Aug-23 | ARMQC_02746634 | ARMQC_02746658 | [redacted] | | 106, 802 |
| DTX-1623 | | ARMQC_02746672 | ARMQC_02746672 | | | 106, 802 |
| DTX-1624 | | ARMQC_02746673 | ARMQC_02746673 | | | 106, 802 |
| DTX-1625 | | ARMQC_02746674 | ARMQC_02746674 | | | 106, 802 |
| DTX-1626 | | ARMQC_02746676 | ARMQC_02746676 | | | 106, 802 |
| DTX-1627 | 2023.08.06 | ARMQC_02746869 | ARMQC_02746870 | | | 106, 402, 802 |
| DTX-1628 | | ARMQC_02746910 | ARMQC_02746910 | | | 402, 403, 802, 805, LF |
| DTX-1629 | | ARMQC_02746911 | ARMQC_02746911 | | | 402, 403, 802, 805, LF |
| DTX-1630 | | ARMQC_02746912 | ARMQC_02746912 | | | 402, 403, 802, 805, LF |
| DTX-1631 | | ARMQC_02746914 | ARMQC_02746914 | | | 402, 403, 802, 805, LF |
| DTX-1632 | 2023.08.06 | ARMQC_02755445 | ARMQC_02755445 | | | 106, 402, 802, D |
| DTX-1633 | | ARMQC_02755484 | ARMQC_02755484 | | | 402, 403, 802, 805, LF |
| DTX-1634 | | ARMQC_02755485 | ARMQC_02755485 | | | 402, 403, 802, 805, LF |
| DTX-1635 | | ARMQC_02755486 | ARMQC_02755486 | | | 402, 403, 802, 805, LF |
| DTX-1636 | | ARMQC_02755488 | ARMQC_02755488 | | | 402, 403, 802, 805, LF |
| DTX-1637 | 2023.08.06 | ARMQC_02755489 | ARMQC_02755489 | | | 106, 402, 802 |
| DTX-1638 | Aug-23 | ARMQC_02755490 | ARMQC_02755514 | | | 106, 802, LF |
| DTX-1639 | | ARMQC_02755529 | ARMQC_02755529 | | | 402, 403, 802, 805, LF |
| DTX-1640 | | ARMQC_02755530 | ARMQC_02755530 | | | 402, 403, 802, 805, LF |
| DTX-1641 | | ARMQC_02755531 | ARMQC_02755531 | | | 402, 403, 802, 805, LF |
| DTX-1642 | 2023.08.06 | ARMQC_02755533 | ARMQC_02755533 | | | 106, 402, 802, D |
| DTX-1643 | Aug-23 | ARMQC_02755534 | ARMQC_02755558 | | | 106, 802, LF |
| DTX-1644 | | ARMQC_02755575 | ARMQC_02755575 | | | 402, 403, 802, 805, LF |
| DTX-1645 | | ARMQC_02755576 | ARMQC_02755576 | | | 402, 403, 802, 805, LF |
| DTX-1646 | | ARMQC_02755577 | ARMQC_02755577 | | | 402, 403, 802, 805, LF |
| DTX-1647 | 2023.08.06 | ARMQC_02755579 | ARMQC_02755579 | | | 106, 402, 802, D |
| DTX-1648 | Aug-23 | ARMQC_02755580 | ARMQC_02755604 | | | 106, 802, LF |
| DTX-1649 | | ARMQC_02755618 | ARMQC_02755618 | | | 402, 403, 802, 805, LF |
| DTX-1650 | | ARMQC_02755619 | ARMQC_02755619 | | | 402, 403, 802, 805, LF |
| DTX-1651 | | ARMQC_02755620 | ARMQC_02755620 | | | 402, 403, 802, 805, LF |
| DTX-1652 | | ARMQC_02755622 | ARMQC_02755622 | | | 402, 403, 802, 805, LF |
| DTX-1653 | 2025.06.04 | ARMQC_02771125 | ARMQC_02771125 | | | |
| DTX-1654 | 2025.06.09 | ARMQC_02771126 | ARMQC_02771126 | | | |
| DTX-1655 | 2025.06.13 | ARMQC_02771127 | ARMQC_02771127 | | | |
| DTX-1656 | Mar-25 | ARMQC_02771129 | ARMQC_02771150 | | | |
| DTX-1657 | 2025.03.05 | ARMQC_02771151 | ARMQC_02771167 | | | 402, LF, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1658 | 2020.12.31 | ARMQC_02772246 | ARMQC_02772250 | [redacted] | | |
| DTX-1659 | 2023.09.15 | ARMQC_02774738 | ARMQC_02774747 | [redacted] | | |
| DTX-1660 | 2023.09.15 | ARMQC_02774748 | ARMQC_02774756 | [redacted] | | |
| DTX-1661 | 2020.09.03 | ARMQC_02774757 | ARMQC_02774766 | [redacted] | | |
| DTX-1662 | 2020.09.03 | ARMQC_02774767 | ARMQC_02774813 | [redacted] | | |
| DTX-1663 | 2022.10.06 | ARMQC_02774814 | ARMQC_02774815 | [redacted] | | |
| DTX-1664 | 2022.10.06 | ARMQC_02774818 | ARMQC_02774843 | [redacted] | | |
| DTX-1665 | 2024.01.24 | ARMQC_02774844 | ARMQC_02774855 | [redacted] | | |
| DTX-1666 | 2025.03.21 | ARMQC_02778335 | ARMQC_02778341 | [redacted] | | 106, LF |
| DTX-1667 | 2025.03.20 | ARMQC_02778342 | ARMQC_02778343 | [redacted] | | 106 |
| DTX-1668 | 2025.02.07 | ARMQC_02779064 | ARMQC_02779075 | [redacted] | | |
| DTX-1669 | 2025.02.07 | ARMQC_02779076 | ARMQC_02779083 | [redacted] | | |
| DTX-1670 | 2025.02.07 | ARMQC_02779099 | ARMQC_02779106 | [redacted] | | |
| DTX-1671 | 2025.02.07 | ARMQC_02779107 | ARMQC_02779115 | [redacted] | | |
| DTX-1672 | 2025.02.05 | ARMQC_02779116 | ARMQC_02779121 | [redacted] | | 802, LF |
| DTX-1673 | 2025.02.07 | ARMQC_02779122 | ARMQC_02779132 | [redacted] | | |
| DTX-1674 | 2025.02.07 | ARMQC_02779133 | ARMQC_02779144 | [redacted] | | |
| DTX-1675 | | ARMQC_02779171 | ARMQC_02779173 | [redacted] | | 802, LF |
| DTX-1676 | | ARMQC_02779174 | ARMQC_02779175 | [redacted] | | |
| DTX-1677 | | ARMQC_02779176 | ARMQC_02779178 | [redacted] | | |
| DTX-1678 | | ARMQC_02779179 | ARMQC_02779180 | [redacted] | | |
| DTX-1679 | | ARMQC_02779181 | ARMQC_02779182 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1680 | 2022.10.26 | ARMQC_02779269 | ARMQC_02779313 | [redacted] | | |
| DTX-1681 | 2024.01.24 | ARMQC_02779314 | ARMQC_02779363 | [redacted] | | |
| DTX-1682 | 2020.09.03 | ARMQC_02779364 | ARMQC_02779390 | [redacted] | | |
| DTX-1683 | 2003.12.10 | ARMQC_02779391 | ARMQC_02779411 | [redacted] | | |
| DTX-1684 | 2015.06.29 | ARMQC_02779412 | ARMQC_02779432 | [redacted] | | |
| DTX-1685 | 2023.01.31 | ARMQC_02779433 | ARMQC_02779482 | [redacted] | | |
| DTX-1686 | 2023.09.15 | ARMQC_02779483 | ARMQC_02779500 | [redacted] | | |
| DTX-1687 | 2006.01.26 | ARMQC_02783512 | ARMQC_02783532 | [redacted] | | |
| DTX-1688 | 2023.05.05 | ARMQC_02783533 | ARMQC_02783574 | [redacted] | | |
| DTX-1689 | 2004.12.22 | ARMQC_02783575 | ARMQC_02783594 | [redacted] | | |
| DTX-1690 | 2023.12.22 | ARMQC_02783595 | ARMQC_02783596 | [redacted] | | |
| DTX-1691 | 2023.05.05 | ARMQC_02783597 | ARMQC_02783598 | [redacted] | | |
| DTX-1692 | 2024.06.10 | ARMQC_02783599 | ARMQC_02783600 | [redacted] | | |
| DTX-1693 | 2024.06.10 | ARMQC_02783601 | ARMQC_02783602 | [redacted] | | |
| DTX-1694 | 2023.05.05 | ARMQC_02783603 | ARMQC_02783614 | [redacted] | | |
| DTX-1695 | | ARMQC_02783731 | ARMQC_02783847 | [redacted] | | |
| DTX-1696 | | ARMQC_02783848 | ARMQC_02783966 | [redacted] | | |
| DTX-1697 | | ARMQC_02783967 | ARMQC_02784084 | [redacted] | | |
| DTX-1698 | 2024.09.26 | ARMQC_02784120 | ARMQC_02784198 | [redacted] | | |
| DTX-1699 | 2024.05.24 | ARMQC_02784199 | ARMQC_02784203 | [redacted] | | 106 |
| DTX-1700 | | ARMQC_02784204 | ARMQC_02784204 | [redacted] | | 106 |
| DTX-1701 | | QCARM_0029040 | QCARM_0029050 | [redacted] | | LF |
| DTX-1702 | 2019.03.15 | QCARM_0222545 | QCARM_0222546 | [redacted] | | 402, 403, LF, 805 |
| DTX-1703 | 2013.05.29 | QCARM_0338573 | QCARM_0338576 | [redacted] | | |
| DTX-1704 | Jul-22 | QCARM_0340017 | QCARM_0340061 | [redacted] | | 802, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1705 | 2019.10.03 | QCARM_0344783 | QCARM_0344788 | [redacted] | | 402, 403, LF |
| DTX-1706 | 2021.08.01 | QCARM_0566625 | QCARM_0566627 | | | 402, 403, LF, CO, IP |
| DTX-1707 | 2022.06.03 | QCARM_2412906 | QCARM_2412907 | | | |
| DTX-1708 | | QCARM_2430181 | QCARM_2430482 | | | |
| DTX-1709 | 2022.05.20 | QCARM_3059661 | QCARM_3059661 | | | |
| DTX-1710 | 2022.01.21 | QCARM_3066477 | QCARM_3066483 | | | 802 |
| DTX-1711 | 2020.08.28 | QCARM_3216178 | QCARM_3216185 | | | 802, 805 |
| DTX-1712 | 2022.10.26 | QCARM_3337526 | QCARM_3337529 | | | |
| DTX-1713 | 2022.10.26 | QCARM_3337900 | QCARM_3337902 | | | 805, LF |
| DTX-1714 | 2022.10.26 | QCARM_3338108 | QCARM_3338110 | | | 805, LF |
| DTX-1715 | 2022.10.26 | QCARM_3339493 | QCARM_3339495 | | | 805, LF |
| DTX-1716 | 2022.10.28 | QCARM_3352796 | QCARM_3352798 | | | 402, 403, LF |
| DTX-1717 | 2022.05.04 | QCARM_3353006 | QCARM_3353010 | | | 402, 403 |
| DTX-1718 | 2022.12.06 | QCARM_3353040 | QCARM_3353040 | | | |
| DTX-1719 | 2022.03.11 | QCARM_3353126 | QCARM_3353130 | | | 402, 403, LF |
| DTX-1720 | 2013.04.25 | QCARM_3421029 | QCARM_3421033 | | | LF, 805 |
| DTX-1721 | 2022.03.31 | QCARM_3425702 | QCARM_3425706 | | | 402, 403, 805, LF |
| DTX-1722 | 2023.01.30 | QCARM_3430479 | QCARM_3430482 | | | 106, D, LF |
| DTX-1723 | 2022.10.14 | QCARM_3533982 | QCARM_3533982 | | | 106 |
| DTX-1724 | 2022.08.03 | QCARM_3534037 | QCARM_3534037 | | | 402, 403 |
| DTX-1725 | | QCARM_3534038 | QCARM_3534046 | | | 106, 402, 403, LF |
| DTX-1726 | | QCARM_3537383 | QCARM_3537406 | | | 106, 402, 403, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1727 | 2023.02.09 | QCARM_3537716 | QCARM_3537719 | [redacted] | | 402, 403, 805 |
| DTX-1728 | 2013.04.24 | QCARM_3961355 | QCARM_3961357 | | | LF, 805 |
| DTX-1729 | | QCARM_3961358 | QCARM_3961361 | | | LF, 805 |
| DTX-1730 | 2012.09.21 | QCARM_7428754 | QCARM_7428756 | | | LF, 402, 403, 805 |
| DTX-1731 | 2012.09.19 | QCARM_7431828 | QCARM_7431828 | | | LF, 402, 403, 805 |
| DTX-1732 | 2012.09.21 | QCARM_7431832 | QCARM_7431833 | | | LF, 402, 403, 805 |
| DTX-1733 | 2022.10.14 | QCARM_7484460 | QCARM_7484461 | | | 106 |
| DTX-1734 | | QCARM_7484462 | QCARM_7484462 | | | 106 |
| DTX-1735 | 2023.01.24 | QCARM_7484463 | QCARM_7484463 | | | |
| DTX-1736 | 2023.03.24 | QCARM_7515834 | QCARM_7515835 | | | 402, 403, 805 |
| DTX-1737 | 2022.02.04 | QCARM_7622616 | QCARM_7622618 | | | |
| DTX-1738 | 2023.12.05 | QCVARM_0000061 | QCVARM_0000070 | | | 402, 403 |
| DTX-1739 | 2024.09.23 | QCVARM_0000085 | QCVARM_0000091 | | | |
| DTX-1740 | 2024.09.26 | QCVARM_0000092 | QCVARM_0000097 | | | |
| DTX-1741 | 2024.08.21 | QCVARM_0000114 | QCVARM_0000116 | | | 106 |
| DTX-1742 | | QCVARM_0000117 | QCVARM_0000117 | | | 106, LF |
| DTX-1743 | | QCVARM_0000118 | QCVARM_0000118 | | | 106, LF |
| DTX-1744 | 2024.02.23 | QCVARM_0000123 | QCVARM_0000128 | | | 106, ILL |
| DTX-1745 | | QCVARM_0000129 | QCVARM_0000129 | | | 106, LF |
| DTX-1746 | 2024.02.28 | QCVARM_0000135 | QCVARM_0000138 | | | 106, ILL |
| DTX-1747 | | QCVARM_0000140 | QCVARM_0000140 | | | 106, LF |
| DTX-1748 | | QCVARM_0000141 | QCVARM_0000141 | | | 106, LF |
| DTX-1749 | 2024.03.11 | QCVARM_0000142 | QCVARM_0000146 | | | 106, ILL |
| DTX-1750 | | QCVARM_0000147 | QCVARM_0000147 | | | 106, LF |
| DTX-1751 | 2023.12.12 | QCVARM_0000180 | QCVARM_0000183 | | | 106, ILL |
| DTX-1752 | | QCVARM_0000184 | QCVARM_0000184 | | | 106, LF |
| DTX-1753 | 2023.07.28 | QCVARM_0000218 | QCVARM_0000223 | | | 106 |
| DTX-1754 | | QCVARM_0000225 | QCVARM_0000225 | | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1755 | | QCVARM_0000226 | QCVARM_0000226 | [redacted] | | 106, ILL |
| DTX-1756 | 2023.02.06 | QCVARM_0000269 | QCVARM_0000275 | | | 402, 403, IP, CO, D |
| DTX-1757 | 2023.12.15 | QCVARM_0000395 | QCVARM_0000399 | | | 106, ILL |
| DTX-1758 | 2024.07.26 | QCVARM_0447175 | QCVARM_0447181 | | | |
| DTX-1759 | 2025.02.08 | QCVARM_0447252 | QCVARM_0447254 | | | |
| DTX-1760 | 2024.10.23 | QCVARM_0448361 | QCVARM_0448361 | | | |
| DTX-1761 | 2025.01.12 | QCVARM_0448747 | QCVARM_0448755 | | | LF, 402, 403, 106 |
| DTX-1762 | 2024.06.11 | QCVARM_0448756 | QCVARM_0448756_00043 | | | LF, 402, 403, 802, 805, LF |
| DTX-1763 | 2024.12.02 | QCVARM_0448757 | QCVARM_0448766 | | | 402, 403, 805, LF |
| DTX-1764 | 2023.09.06 | QCVARM_0448842 | QCVARM_0448844 | | | 402, 403, 805, D |
| DTX-1765 | 2023.02.14 | QCVARM_0449653 | QCVARM_0449657 | | | 402, 403, 805, D |
| DTX-1766 | 2023.02.14 | QCVARM_0449658 | QCVARM_0449661 | | | 106, 402, 403, 805 |
| DTX-1767 | | QCVARM_0449662 | QCVARM_0449665 | | | 106, 402, 403 |
| DTX-1768 | 2024.07.12 | QCVARM_0449970 | QCVARM_0449972 | | | 802, LF |
| DTX-1769 | 2025.02.11 | QCVARM_0451824 | QCVARM_0451825 | | | LF, 805, 402, 403 |
| DTX-1770 | 2024.07.09 | QCVARM_0452296 | QCVARM_0452299 | | | 106, LF |
| DTX-1771 | | QCVARM_0452300 | QCVARM_0452300 | | | 106, LF |
| DTX-1772 | | QCVARM_0452301 | QCVARM_0452301 | | | 106, LF |
| DTX-1773 | | QCVARM_0452302 | QCVARM_0452302 | | | 106, 805, LF |
| DTX-1774 | | QCVARM_0452303 | QCVARM_0452303 | | | 106, 805, LF |
| DTX-1775 | 2022.10.13 | QCVARM_0452598 | QCVARM_0452605 | | | 106 |
| DTX-1776 | | QCVARM_0452608 | QCVARM_0452608 | | | 106 |
| DTX-1777 | | QCVARM_0452610 | QCVARM_0452610 | | | 106 |
| DTX-1778 | | QCVARM_0452619 | QCVARM_0452619 | | | 106 |
| DTX-1779 | Jan-24 | QCVARM_0453724 | QCVARM_0453799 | | | ILL |
| DTX-1780 | 2023.11.30 | QCVARM_0454629 | QCVARM_0454635 | | | 402, 403, 805 |
| DTX-1781 | Jan-23 | QCVARM_0462995 | QCVARM_0463086 | | | D |
| DTX-1782 | | QCVARM_0463558 | QCVARM_0463558 | | | 402, 403, ILL, D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1783 | 2025.01.09 | QCVARM_0464076 | QCVARM_0464114 | [redacted] | | 402, 403, 802, LF |
| DTX-1784 | 2025.01.16 | QCVARM_0464128 | QCVARM_0464166 | [redacted] | | 402, 403, LF, D |
| DTX-1785 | 2023.01.27 | QCVARM_0464495 | QCVARM_0464499 | [redacted] | | 402, 403, 805, LF |
| DTX-1786 | 2024.08.02 | QCVARM_0465604 | QCVARM_0465606 | [redacted] | | 402, 403, 802, LF |
| DTX-1787 | 2023.03.02 | QCVARM_0467659 | QCVARM_0467663 | [redacted] | | 402, 403 |
| DTX-1788 | 2023.02.13 | QCVARM_0467694 | QCVARM_0467697 | [redacted] | | 402, 403, LF |
| DTX-1789 | 2022.12.06 | QCVARM_0467852 | QCVARM_0467855 | [redacted] | | LF, 402, 403, 805 |
| DTX-1790 | 2022.11.23 | QCVARM_0468143 | QCVARM_0468147 | [redacted] | | |
| DTX-1791 | 2022.11.23 | QCVARM_0468148 | QCVARM_0468148 | [redacted] | | 106, LF |
| DTX-1792 | 2025.01.06 | QCVARM_0468174 | QCVARM_0468181 | [redacted] | | |
| DTX-1793 | 2024.05.08 | QCVARM_0468612 | QCVARM_0468613 | [redacted] | | 106, LF |
| DTX-1794 | | QCVARM_0468614 | QCVARM_0468614 | [redacted] | | 106, LF |
| DTX-1795 | | QCVARM_0468615 | QCVARM_0468615 | [redacted] | | 106, LF |
| DTX-1796 | 2024.10.10 | QCVARM_0523654 | QCVARM_0523655 | [redacted] | | 106, LF |
| DTX-1797 | | QCVARM_0523656 | QCVARM_0523668 | [redacted] | | 106, 805, LF |
| DTX-1798 | 2024.06.26 | QCVARM_0523837 | QCVARM_0523842 | [redacted] | | 802, LF |
| DTX-1799 | 2023.06.14 | QCVARM_0524624 | QCVARM_0524626 | [redacted] | | 402, 403, IP, CO, D |
| DTX-1800 | 2024.12.12 | QCVARM_0524721 | QCVARM_0524724 | [redacted] | | |
| DTX-1801 | 2024.11.27 | QCVARM_0528118 | QCVARM_0528118 | [redacted] | | 106, LF |
| DTX-1802 | | QCVARM_0528119 | QCVARM_0528119 | [redacted] | | 106, LF |
| DTX-1803 | 2023.09.18 | QCVARM_0528826 | QCVARM_0528826 | [redacted] | | 106, 402 |
| DTX-1804 | 2022.05.03 | QCVARM_0528827 | QCVARM_0528933 | [redacted] | | 106, 402, 403, 805, LF |
| DTX-1805 | 2022.11.14 | QCVARM_0528955 | QCVARM_0528955 | [redacted] | | 106, 402, 403, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1806 | | QCVARM_0528956 | QCVARM_0528963 | [redacted] | | 106, LF |
| DTX-1807 | 2024.10.23 | QCVARM_0529072 | QCVARM_0529077 | | | |
| DTX-1808 | 2022.07.25 | QCVARM_0529887 | QCVARM_0529889 | | | 106, 805, LF, D |
| DTX-1809 | Sep-20 | QCVARM_0531350 | QCVARM_0531361 | | | 402, LF |
| DTX-1810 | | QCVARM_0531892 | QCVARM_0531913 | | | 805, LF |
| DTX-1811 | 2023.06.11 | QCVARM_0534596 | QCVARM_0534596 | | | 106 |
| DTX-1812 | 2022.07.29 | QCVARM_0535116 | QCVARM_0535119 | | | 402, 403 |
| DTX-1813 | 2023.06.12 | QCVARM_0537065 | QCVARM_0537074 | | | 106, 402, 403, D |
| DTX-1814 | 2024.02.12 | QCVARM_0540466 | QCVARM_0540467 | | | 106, 402, 403, LF |
| DTX-1815 | 2024.02.12 | QCVARM_0540468 | QCVARM_0540472 | | | 106, 402, 403, LF |
| DTX-1816 | 2025.01.08 | QCVARM_0573677 | QCVARM_0573678 | | | |
| DTX-1817 | 2025.01.07 | QCVARM_0575611 | QCVARM_0575612 | | | |
| DTX-1818 | 2025.01.07 | QCVARM_0575613 | QCVARM_0575614 | | | |
| DTX-1819 | 2025.02.27 | QCVARM_0575616 | QCVARM_0575616 | | | |
| DTX-1820 | 2024.07.24 | QCVARM_0575617 | QCVARM_0575620 | | | |
| DTX-1821 | 2024.02.28 | QCVARM_0577503 | QCVARM_0577505 | | | |
| DTX-1822 | 2023.05.02 | QCVARM_0595815 | QCVARM_0595815 | | | 802 |
| DTX-1823 | 2024.05.10 | QCVARM_0599801 | QCVARM_0599802 | | | |
| DTX-1824 | | QCVARM_0600038 | QCVARM_0600038 | | | |
| DTX-1825 | | QCVARM_0600039 | QCVARM_0600039 | | | |
| DTX-1826 | | QCVARM_0600040 | QCVARM_0600040 | | | |
| DTX-1827 | | QCVARM_0600041 | QCVARM_0600041 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1828 | | QCVARM_0600042 | QCVARM_0600042 | [redacted] | | |
| DTX-1829 | | QCVARM_0600043 | QCVARM_0600043 | | | |
| DTX-1830 | | QCVARM_0600044 | QCVARM_0600044 | | | |
| DTX-1831 | | QCVARM_0600045 | QCVARM_0600045 | | | |
| DTX-1832 | | QCVARM_0600046 | QCVARM_0600046 | | | |
| DTX-1833 | | QCVARM_0600047 | QCVARM_0600047 | | | |
| DTX-1834 | | QCVARM_0600048 | QCVARM_0600048 | | | |
| DTX-1835 | | QCVARM_0600049 | QCVARM_0600049 | | | |
| DTX-1836 | | QCVARM_0600050 | QCVARM_0600050 | | | |
| DTX-1837 | | QCVARM_0600051 | QCVARM_0600051 | | | |
| DTX-1838 | | QCVARM_0600052 | QCVARM_0600052 | | | |
| DTX-1839 | | QCVARM_0600053 | QCVARM_0600053 | | | |
| DTX-1840 | | QCVARM_0600054 | QCVARM_0600054 | | | |
| DTX-1841 | | QCVARM_0600055 | QCVARM_0600055 | | | |
| DTX-1842 | | QCVARM_0600056 | QCVARM_0600056 | | | |
| DTX-1843 | | QCVARM_0600057 | QCVARM_0600057 | | | |
| DTX-1844 | | QCVARM_0600058 | QCVARM_0600058 | | | |
| DTX-1845 | | QCVARM_0600059 | QCVARM_0600059 | | | |
| DTX-1846 | | QCVARM_0600060 | QCVARM_0600060 | | | |
| DTX-1847 | | QCVARM_0600061 | QCVARM_0600061 | | | |
| DTX-1848 | | QCVARM_0600062 | QCVARM_0600062 | | | |
| DTX-1849 | | QCVARM_0600063 | QCVARM_0600063 | | | |
| DTX-1850 | | QCVARM_0600064 | QCVARM_0600064 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1851 | | QCVARM_0600065 | QCVARM_0600065 | [redacted] | | |
| DTX-1852 | | QCVARM_0600066 | QCVARM_0600066 | | | |
| DTX-1853 | | QCVARM_0600067 | QCVARM_0600067 | | | |
| DTX-1854 | | QCVARM_0600068 | QCVARM_0600068 | | | |
| DTX-1855 | | QCVARM_0600069 | QCVARM_0600069 | | | |
| DTX-1856 | | QCVARM_0600070 | QCVARM_0600070 | | | |
| DTX-1857 | | QCVARM_0600071 | QCVARM_0600071 | | | |
| DTX-1858 | | QCVARM_0600072 | QCVARM_0600072 | | | |
| DTX-1859 | | QCVARM_0600073 | QCVARM_0600073 | | | |
| DTX-1860 | | QCVARM_0600074 | QCVARM_0600074 | | | |
| DTX-1861 | | QCVARM_0600075 | QCVARM_0600075 | | | |
| DTX-1862 | | QCVARM_0600076 | QCVARM_0600076 | | | |
| DTX-1863 | | QCVARM_0600077 | QCVARM_0600077 | | | |
| DTX-1864 | | QCVARM_0600078 | QCVARM_0600078 | | | |
| DTX-1865 | | QCVARM_0600079 | QCVARM_0600079 | | | |
| DTX-1866 | | QCVARM_0600080 | QCVARM_0600080 | | | |
| DTX-1867 | | QCVARM_0600081 | QCVARM_0600081 | | | |
| DTX-1868 | | QCVARM_0600082 | QCVARM_0600082 | | | |
| DTX-1869 | | QCVARM_0600083 | QCVARM_0600083 | | | |
| DTX-1870 | | QCVARM_0600084 | QCVARM_0600084 | | | |
| DTX-1871 | | QCVARM_0600085 | QCVARM_0600085 | | | |
| DTX-1872 | | QCVARM_0600086 | QCVARM_0600086 | | | |
| DTX-1873 | | QCVARM_0600087 | QCVARM_0600087 | | | |
| DTX-1874 | | QCVARM_0600088 | QCVARM_0600088 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1875 | | QCVARM_0600089 | QCVARM_0600089 | [redacted] | | |
| DTX-1876 | | QCVARM_0600090 | QCVARM_0600090 | [redacted] | | |
| DTX-1877 | | QCVARM_0600091 | QCVARM_0600091 | [redacted] | | |
| DTX-1878 | | QCVARM_0600092 | QCVARM_0600092 | [redacted] | | |
| DTX-1879 | | QCVARM_0600093 | QCVARM_0600093 | [redacted] | | |
| DTX-1880 | | QCVARM_0600094 | QCVARM_0600094 | [redacted] | | |
| DTX-1881 | | QCVARM_0600095 | QCVARM_0600095 | [redacted] | | |
| DTX-1882 | | QCVARM_0600096 | QCVARM_0600096 | [redacted] | | |
| DTX-1883 | | QCVARM_0600097 | QCVARM_0600097 | [redacted] | | |
| DTX-1884 | 2024.08.19 | QCVARM_0600098 | QCVARM_0600100 | [redacted] | | |
| DTX-1885 | 2025.02.13 | QCVARM_0600101 | QCVARM_0600103 | [redacted] | | |
| DTX-1886 | 2023.01.27 | QCVARM_0600730 | QCVARM_0600734 | [redacted] | | 402, 403, 805, LF |
| DTX-1887 | 2023.05.15 | QCVARM_0601923 | QCVARM_0601926 | [redacted] | | 402, 403, 805 |
| DTX-1888 | 2024.06.06 | QCVARM_0602198 | QCVARM_0602203 | [redacted] | | |
| DTX-1889 | 2024.08.13 | QCVARM_0602227 | QCVARM_0602228 | [redacted] | | |
| DTX-1890 | 2023.08.17 | QCVARM_0602258 | QCVARM_0602261 | [redacted] | | 106, ILL, D |
| DTX-1891 | 2023.04.19 | QCVARM_0602295 | QCVARM_0602299 | [redacted] | | D |
| DTX-1892 | 2022.10.31 | QCVARM_0602359 | QCVARM_0602361 | [redacted] | | 402, 403, LF |
| DTX-1893 | | QCVARM_0602362 | QCVARM_0602362 | [redacted] | | 106, LF |
| DTX-1894 | 2024.09.16 | QCVARM_0602404 | QCVARM_0602405 | [redacted] | | |
| DTX-1895 | 2024.12.06 | QCVARM_0602564 | QCVARM_0602565 | [redacted] | | |
| DTX-1896 | 2024.12.13 | QCVARM_0607060 | QCVARM_0607060 | [redacted] | | |
| DTX-1897 | 2023.08.04 | QCVARM_0608314 | QCVARM_0608316 | [redacted] | | 106, 402, 403, 805, LF |
| DTX-1898 | Jul-22 | QCVARM_0608317 | QCVARM_0608363 | [redacted] | | 402, 403 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1899 | 2023.08.01 | QCVARM_0608364 | QCVARM_0608364.00003 | [redacted] | | 106, 402, 403, LF |
| DTX-1900 | 2023.06.05 | QCVARM_0608391 | QCVARM_0608393 | [redacted] | | 805, D |
| DTX-1901 | 2023.02.18 | QCVARM_0608422 | QCVARM_0608422 | [redacted] | | 106 |
| DTX-1902 | | QCVARM_0608423 | QCVARM_0608424 | [redacted] | | 106, ILL |
| DTX-1903 | | QCVARM_0608425 | QCVARM_0608425 | [redacted] | | 106, ILL |
| DTX-1904 | 2024.07.30 | QCVARM_0613083 | QCVARM_0613084 | [redacted] | | |
| DTX-1905 | 2023.09.14 | QCVARM_0613160 | QCVARM_0613169 | [redacted] | | 402, 403, 805, D |
| DTX-1906 | 2025.02.11 | QCVARM_0616871 | QCVARM_0616873 | [redacted] | | |
| DTX-1907 | 2024.10.26 | QCVARM_0617730 | QCVARM_0617738 | [redacted] | | |
| DTX-1908 | 2025.01.30 | QCVARM_0618420 | QCVARM_0618423 | [redacted] | | |
| DTX-1909 | 2024.07.24 | QCVARM_0618453 | QCVARM_0618453 | [redacted] | | |
| DTX-1910 | 2024.09.18 | QCVARM_0618712 | QCVARM_0618712 | [redacted] | | |
| DTX-1911 | 2024.09.23 | QCVARM_0618739 | QCVARM_0618739 | [redacted] | | 106, LF |
| DTX-1912 | | QCVARM_0618740 | QCVARM_0618740.00001 | [redacted] | | 106, LF |
| DTX-1913 | 2024.09.23 | QCVARM_0618741 | QCVARM_0618746 | [redacted] | | 106, LF |
| DTX-1914 | 2025.03.03 | QCVARM_0621447 | QCVARM_0621447 | [redacted] | | 106, 402, 403, LF, D |
| DTX-1915 | 2025.02.27 | QCVARM_0621448 | QCVARM_0621540 | [redacted] | | 106, 402, 403, LF, D |
| DTX-1916 | 2023.05.19 | QCVARM_0621692 | QCVARM_0621692 | [redacted] | | 402, 403, IP, CO, LF |
| DTX-1917 | 2021.08.04 | QCVARM_0626519 | QCVARM_0626521 | [redacted] | | |
| DTX-1918 | 2021.07.14 | QCVARM_0626590 | QCVARM_0626598 | [redacted] | | 802, 805 |
| DTX-1919 | 2021.06.23 | QCVARM_0626603 | QCVARM_0626611 | [redacted] | | 802, 805 |
| DTX-1920 | 2022.10.26 | QCVARM_0685544 | QCVARM_0685547 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1921 | 2022.10.06 | QCVARM_0685578 | QCVARM_0685579 | [redacted] | | |
| DTX-1922 | 2023.01.10 | QCVARM_0687476 | QCVARM_0687478 | | | |
| DTX-1923 | 2023.01.11 | QCVARM_0687479 | QCVARM_0687481 | | | |
| DTX-1924 | 2022.11.14 | QCVARM_0688777 | QCVARM_0688777 | | | 805, LF |
| DTX-1925 | 2022.10.13 | QCVARM_0688932 | QCVARM_0688934 | | | |
| DTX-1926 | 2022.10.26 | QCVARM_0689117 | QCVARM_0689120 | | | |
| DTX-1927 | 2023.09.13 | QCVARM_0691521 | QCVARM_0691525 | | | |
| DTX-1928 | 2023.09.13 | QCVARM_0691526 | QCVARM_0691530 | | | |
| DTX-1929 | 2023.08.21 | QCVARM_0691853 | QCVARM_0691854 | | | |
| DTX-1930 | 2023.06.07 | QCVARM_0692665 | QCVARM_0692666 | | | |
| DTX-1931 | 2022.10.12 | QCVARM_0699176 | QCVARM_0699177 | | | |
| DTX-1932 | 2022.10.26 | QCVARM_0699179 | QCVARM_0699181 | | | 805, LF |
| DTX-1933 | 2023.06.28 | QCVARM_0699275 | QCVARM_0699277 | | | |
| DTX-1934 | 2023.06.16 | QCVARM_0699278 | QCVARM_0699281 | | | |
| DTX-1935 | 2023.04.19 | QCVARM_0707732 | QCVARM_0707734 | | | |
| DTX-1936 | 2023.04.26 | QCVARM_0707997 | QCVARM_0707999 | | | 106 |
| DTX-1937 | | QCVARM_0708000 | QCVARM_0708000 | | | 106 |
| DTX-1938 | 2013.02.28 | QCARM_3419636 | QCARM_3419638 | | | LF, 106, 805 |
| DTX-1939 | 2023.05.08 | QCVARM_0708118 | QCVARM_0708121 | | | 106, 402, 403, 805, IP, CO |
| DTX-1940 | | QCVARM_0708122 | QCVARM_0708122 | | | 106, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1941 | | QCVARM_0708124 | QCVARM_0708124 | [redacted] | | 106, 802 |
| DTX-1942 | 2025.04.07 | QCVARM_0717757 | QCVARM_0717761 | | | |
| DTX-1943 | 2025.04.21 | QCVARM_0717964 | QCVARM_0717965 | | | |
| DTX-1944 | Apr-25 | QCVARM_0846761 | QCVARM_0846870 | | | LF |
| DTX-1945 | Apr-23 | QCVARM_0846871 | QCVARM_0846925 | | | 402, 403, 805, LF, ILL |
| DTX-1946 | Sep-24 | QCVARM_0847000 | QCVARM_0847056 | | | |
| DTX-1947 | 2025.01.30 | QCVARM_0847184 | QCVARM_0847185 | | | 802, 805 |
| DTX-1948 | | QCVARM_0848786 | QCVARM_0848853 | | | 106, 402, 403, 805, D |
| DTX-1949 | 2024.11.18 | QCVARM_0851332 | QCVARM_0851332 | | | 106, 402, 403, LF |
| DTX-1950 | Jun-24 | QCVARM_0851333 | QCVARM_0851393 | | | |
| DTX-1951 | 2022.10.27 | QCVARM_0851408 | QCVARM_0851409 | | | 106 |
| DTX-1952 | | QCVARM_0851410 | QCVARM_0851411 | | | 106, 402, 403, LF |
| DTX-1953 | Sep-24 | QCVARM_0851449 | QCVARM_0851505 | | | |
| DTX-1954 | 2024.03.11 | QCVARM_0851511 | QCVARM_0851511 | | | 106 |
| DTX-1955 | Mar-24 | QCVARM_0851512 | QCVARM_0851555 | | | 106, ILL |
| DTX-1956 | Oct-24 | QCVARM_0851876 | QCVARM_0851907 | | | |
| DTX-1957 | Jun-24 | QCVARM_0852203 | QCVARM_0852286 | | | |
| DTX-1958 | 2022.12.01 | QCVARM_0854027 | QCVARM_0854044 | | | 402, 403, LF, IP |
| DTX-1959 | 2025.02.14 | QCVARM_0856888 | QCVARM_0856894 | | | 402, 403, 805, LF |
| DTX-1960 | 2024.06.18 | QCVARM_0864277 | QCVARM_0864282 | | | 802, LF |
| DTX-1961 | 2024.11.09 | QCVARM_0864833 | QCVARM_0864833 | | | 805 |
| DTX-1962 | 2024.11.05 | QCVARM_0864933 | QCVARM_0864934 | | | |
| DTX-1963 | | QCVARM_0865420 | QCVARM_0865420 | | | 402, D, LF |
| DTX-1964 | 2025.03.04 | QCVARM_0865430 | QCVARM_0865431 | | | 402, LF |
| DTX-1965 | 2024.10.24 | QCVARM_1014307 | QCVARM_1014309 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1966 | 2024.11.22 | QCVARM_1022265 | QCVARM_1022265 | [redacted] | | 106 |
| DTX-1967 | 2024.11.22 | QCVARM_1022266 | QCVARM_1022266 | | | |
| DTX-1968 | 2024.11.22 | QCVARM_1022267 | QCVARM_1022267 | | | 106 |
| DTX-1969 | 2024.11.22 | QCVARM_1022268 | QCVARM_1022268 | | | |
| DTX-1970 | 2024.10.23 | QCVARM_1030813 | QCVARM_1030814 | | | 106 |
| DTX-1971 | 2024.11.05 | QCVARM_1031097 | QCVARM_1031098 | | | 402, 403, 802, LF |
| DTX-1972 | 2022.11.21 | QCVARM_1068222 | QCVARM_1068230 | | | 805, LF |
| DTX-1973 | 2023.09.22 | QCVARM_1068388 | QCVARM_1068396 | | | 106, 402, 403, 805 |
| DTX-1974 | 2023.09.20 | QCVARM_1068397 | QCVARM_1068398 | | | 106, 402, 403, 805 |
| DTX-1975 | 2024.02.21 | QCVARM_1068459 | QCVARM_1068467 | | | 805 |
| DTX-1976 | 2024.04.13 | QCVARM_1068512 | QCVARM_1068515 | | | 802, LF |
| DTX-1977 | 2024.04.16 | QCVARM_1068516 | QCVARM_1068520 | | | 106, 402, 403, 802, LF |
| DTX-1978 | 2024.02.19 | QCVARM_1068521 | QCVARM_1068524 | | | 402, 403, 805 |
| DTX-1979 | 2024.05.24 | QCVARM_1068525 | QCVARM_1068534 | | | 802, LF |
| DTX-1980 | 2023.09.22 | QCVARM_1068603 | QCVARM_1068611 | | | 402, 403, 805 |
| DTX-1981 | 2023.09.22 | QCVARM_1068612 | QCVARM_1068621 | | | 402, 403, 805 |
| DTX-1982 | 2023.05.22 | QCVARM_1068645 | QCVARM_1068652 | | | 106, 402, 403, 805 |
| DTX-1983 | 2023.05.19 | QCVARM_1068653 | QCVARM_1068665 | | | 402, 403, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-1984 | 2023.05.18 | QCVARM_1068666 | QCVARM_1068670 | [redacted] | | 402, 403, 805 |
| DTX-1985 | 2024.10.30 | QCVARM_1069082 | QCVARM_1069086 | | | |
| DTX-1986 | 2024.10.31 | QCVARM_1069106 | QCVARM_1069110 | | | |
| DTX-1987 | 2024.06.17 | QCVARM_1069941 | QCVARM_1069944 | | | |
| DTX-1988 | 2024.02.10 | QCVARM_1069949 | QCVARM_1069952 | | | |
| DTX-1989 | 2025.02.08 | QCVARM_1070005 | QCVARM_1070007 | | | 402, 403, LF, 805 |
| DTX-1990 | 2024.06.16 | QCVARM_1118481 | QCVARM_1118482 | | | |
| DTX-1991 | | QCVARM_1118510 | QCVARM_1118514 | | | |
| DTX-1992 | | QCVARM_1118515 | QCVARM_1118517 | | | |
| DTX-1993 | | QCVARM_1118518 | QCVARM_1118523 | | | |
| DTX-1994 | | QCVARM_1118524 | QCVARM_1118527 | | | |
| DTX-1995 | | QCVARM_1118528 | QCVARM_1118530 | | | |
| DTX-1996 | | QCVARM_1118531 | QCVARM_1118533 | | | |
| DTX-1997 | | QCVARM_1118534 | QCVARM_1118537 | | | |
| DTX-1998 | | QCVARM_1118538 | QCVARM_1118542 | | | |
| DTX-1999 | | QCVARM_1118543 | QCVARM_1118545 | | | |
| DTX-2000 | | QCVARM_1118546 | QCVARM_1118548 | | | |
| DTX-2001 | | QCVARM_1118549 | QCVARM_1118551 | | | |
| DTX-2002 | | QCVARM_1118552 | QCVARM_1118554 | | | |
| DTX-2003 | | QCVARM_1118555 | QCVARM_1118558 | | | |
| DTX-2004 | | QCVARM_1118559 | QCVARM_1118564 | | | |
| DTX-2005 | | QCVARM_1118565 | QCVARM_1118566 | | | |
| DTX-2006 | 2024.05.08 | QCVARM_1118617 | QCVARM_1118619 | | | 802, 805, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2007 | 2024.04.11 | QCVARM_1118760 | QCVARM_1118776 | [redacted] | | 402, 403, 802, LF |
| DTX-2008 | 2024.02.21 | QCVARM_1119347 | QCVARM_1119352 | | | 402, 403, LF |
| DTX-2009 | 2025.06.09 | QCVARM_1120481 | QCVARM_1120481 | | | |
| DTX-2010 | 2025.06.02 | QCVARM_1120482 | QCVARM_1120485 | | | 106, D, LF |
| DTX-2011 | 2025.05.20 | QCVARM_1120486 | QCVARM_1120489 | | | 106, D, LF |
| DTX-2012 | 2025.07.02 | QCVARM_1120490 | QCVARM_1120494 | | | 106, LF |
| DTX-2013 | 2025.07.02 | QCVARM_1120495 | QCVARM_1120496 | | | 106, LF |
| DTX-2014 | 2025.07.01 | QCVARM_1120497 | QCVARM_1120534 | | | |
| DTX-2015 | 2025.07.02 | QCVARM_1120535 | QCVARM_1120539 | | | 402, LF |
| DTX-2016 | 2025.07.02 | QCVARM_1120540 | QCVARM_1120545 | | | 402, LF |
| DTX-2017 | 2025.05.21 | QCVARM_1120546 | QCVARM_1120547 | | | LF |
| DTX-2018 | | QCVARM_1120548 | QCVARM_1120548 | | | LF |
| DTX-2019 | | QCVARM_1120549 | QCVARM_1120549 | | | LF |
| DTX-2020 | | QCVARM_1120550 | QCVARM_1120550 | | | LF |
| DTX-2021 | | QCVARM_1120551 | QCVARM_1120551 | | | LF |
| DTX-2022 | | QCVARM_1120552 | QCVARM_1120552 | | | LF |
| DTX-2023 | | QCVARM_1120553 | QCVARM_1120553 | | | LF |
| DTX-2024 | | QCVARM_1120554 | QCVARM_1120554 | | | LF |
| DTX-2025 | | QCVARM_1120555 | QCVARM_1120555 | | | LF |
| DTX-2026 | | QCVARM_1120556 | QCVARM_1120556 | | | LF |
| DTX-2027 | | QCVARM_1120557 | QCVARM_1120557 | | | LF |
| DTX-2028 | | QCVARM_1120558 | QCVARM_1120558 | | | LF |
| DTX-2029 | | QCVARM_1120559 | QCVARM_1120559 | | | LF |
| DTX-2030 | | QCVARM_1120560 | QCVARM_1120560 | | | LF |
| DTX-2031 | | QCVARM_1120561 | QCVARM_1120561 | | | LF |
| DTX-2032 | | QCVARM_1120562 | QCVARM_1120562 | | | LF |
| DTX-2033 | | QCVARM_1120563 | QCVARM_1120563 | | | LF |
| DTX-2034 | | QCVARM_1120564 | QCVARM_1120564 | | | LF |
| DTX-2035 | | QCVARM_1120565 | QCVARM_1120565 | | | LF |
| DTX-2036 | | QCVARM_1120566 | QCVARM_1120566 | | | LF |
| DTX-2037 | | QCVARM_1120567 | QCVARM_1120567 | | | LF |
| DTX-2038 | | QCVARM_1120568 | QCVARM_1120568 | | | LF |
| DTX-2039 | | QCVARM_1120569 | QCVARM_1120569 | | | 402, 403, LF |
| DTX-2040 | | QCVARM_1120570 | QCVARM_1120570 | | | LF |
| DTX-2041 | | QCVARM_1120571 | QCVARM_1120571 | | | LF |
| DTX-2042 | | QCVARM_1120572 | QCVARM_1120572 | | | LF |
| DTX-2043 | | QCVARM_1120573 | QCVARM_1120573 | | | LF |
| DTX-2044 | | QCVARM_1120574 | QCVARM_1120574 | | | LF |
| DTX-2045 | | QCVARM_1120575 | QCVARM_1120575 | | | LF |
| DTX-2046 | | QCVARM_1120576 | QCVARM_1120576 | | | LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2047 | | QCVARM_1120577 | QCVARM_1120577 | [redacted] | | LF |
| DTX-2048 | | QCVARM_1120578 | QCVARM_1120578 | [redacted] | | LF |
| DTX-2049 | | QCVARM_1120579 | QCVARM_1120579 | [redacted] | | LF |
| DTX-2050 | | QCVARM_1120580 | QCVARM_1120580 | [redacted] | | LF |
| DTX-2051 | | QCVARM_1120581 | QCVARM_1120581 | [redacted] | | LF |
| DTX-2052 | | QCVARM_1120582 | QCVARM_1120582 | [redacted] | | LF |
| DTX-2053 | | QCVARM_1120583 | QCVARM_1120583 | [redacted] | | LF |
| DTX-2054 | | QCVARM_1120584 | QCVARM_1120584 | [redacted] | | LF |
| DTX-2055 | | QCVARM_1120585 | QCVARM_1120585 | [redacted] | | LF |
| DTX-2056 | | QCVARM_1120586 | QCVARM_1120586 | [redacted] | | LF |
| DTX-2057 | | QCVARM_1120587 | QCVARM_1120587 | [redacted] | | LF |
| DTX-2058 | | QCVARM_1120588 | QCVARM_1120588 | [redacted] | | LF |
| DTX-2059 | | QCVARM_1120589 | QCVARM_1120589 | [redacted] | | LF |
| DTX-2060 | | QCVARM_1120590 | QCVARM_1120590 | [redacted] | | |
| DTX-2061 | | QCVARM_1120591 | QCVARM_1120591 | [redacted] | | LF |
| DTX-2062 | | QCVARM_1120592 | QCVARM_1120592 | [redacted] | | LF |
| DTX-2063 | | QCVARM_1120593 | QCVARM_1120593 | [redacted] | | LF |
| DTX-2064 | | QCVARM_1120594 | QCVARM_1120594 | [redacted] | | LF |
| DTX-2065 | | QCVARM_1120595 | QCVARM_1120595 | [redacted] | | LF |
| DTX-2066 | | QCVARM_1120596 | QCVARM_1120596 | [redacted] | | LF |
| DTX-2067 | | QCVARM_1120597 | QCVARM_1120597 | [redacted] | | LF |
| DTX-2068 | | QCVARM_1120598 | QCVARM_1120598 | [redacted] | | LF |
| DTX-2069 | | QCVARM_1120599 | QCVARM_1120599 | [redacted] | | LF |
| DTX-2070 | | QCVARM_1120600 | QCVARM_1120600 | [redacted] | | LF |
| DTX-2071 | | QCVARM_1120601 | QCVARM_1120601 | [redacted] | | LF |
| DTX-2072 | | QCVARM_1120602 | QCVARM_1120602 | [redacted] | | LF |
| DTX-2073 | | QCVARM_1120603 | QCVARM_1120603 | [redacted] | | LF |
| DTX-2074 | | QCVARM_1120604 | QCVARM_1120604 | [redacted] | | LF |
| DTX-2075 | | QCVARM_1120605 | QCVARM_1120605 | [redacted] | | LF |
| DTX-2076 | | QCVARM_1120606 | QCVARM_1120606 | [redacted] | | LF |
| DTX-2077 | | QCVARM_1120607 | QCVARM_1120607 | [redacted] | | LF |
| DTX-2078 | | QCVARM_1120608 | QCVARM_1120608 | [redacted] | | LF |
| DTX-2079 | | QCVARM_1120609 | QCVARM_1120609 | [redacted] | | LF |
| DTX-2080 | | QCVARM_1120610 | QCVARM_1120610 | [redacted] | | LF |
| DTX-2081 | | QCVARM_1120611 | QCVARM_1120611 | [redacted] | | LF |
| DTX-2082 | | QCVARM_1120612 | QCVARM_1120612 | [redacted] | | |
| DTX-2083 | | QCVARM_1120613 | QCVARM_1120613 | [redacted] | | LF |
| DTX-2084 | | QCVARM_1120614 | QCVARM_1120614 | [redacted] | | LF |
| DTX-2085 | | QCVARM_1120615 | QCVARM_1120615 | [redacted] | | LF |
| DTX-2086 | | QCVARM_1120616 | QCVARM_1120616 | [redacted] | | LF |
| DTX-2087 | | QCVARM_1120617 | QCVARM_1120617 | [redacted] | | LF |
| DTX-2088 | | QCVARM_1120618 | QCVARM_1120618 | [redacted] | | LF |
| DTX-2089 | | QCVARM_1120619 | QCVARM_1120619 | [redacted] | | LF |
| DTX-2090 | | QCVARM_1120620 | QCVARM_1120620 | [redacted] | | LF |
| DTX-2091 | | QCVARM_1120621 | QCVARM_1120621 | [redacted] | | LF |
| DTX-2092 | | QCVARM_1120622 | QCVARM_1120622 | [redacted] | | LF |
| DTX-2093 | | QCVARM_1120623 | QCVARM_1120623 | [redacted] | | LF |
| DTX-2094 | | QCVARM_1120624 | QCVARM_1120624 | [redacted] | | LF |
| DTX-2095 | | QCVARM_1120625 | QCVARM_1120625 | [redacted] | | LF |
| DTX-2096 | | QCVARM_1120626 | QCVARM_1120626 | [redacted] | | LF |
| DTX-2097 | | QCVARM_1120627 | QCVARM_1120627 | [redacted] | | LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2098 | | QCVARM_1120628 | QCVARM_1120628 | [redacted] | | LF |
| DTX-2099 | | QCVARM_1120629 | QCVARM_1120629 | [redacted] | | LF |
| DTX-2100 | | QCVARM_1120630 | QCVARM_1120630 | [redacted] | | LF |
| DTX-2101 | | QCVARM_1120631 | QCVARM_1120631 | [redacted] | | LF |
| DTX-2102 | | QCVARM_1120632 | QCVARM_1120632 | [redacted] | | LF |
| DTX-2103 | | QCVARM_1120633 | QCVARM_1120633 | [redacted] | | LF |
| DTX-2104 | | QCVARM_1120634 | QCVARM_1120634 | [redacted] | | |
| DTX-2105 | | QCVARM_1120635 | QCVARM_1120635 | [redacted] | | LF |
| DTX-2106 | | QCVARM_1120636 | QCVARM_1120636 | [redacted] | | LF |
| DTX-2107 | | QCVARM_1120637 | QCVARM_1120637 | [redacted] | | LF |
| DTX-2108 | | QCVARM_1120638 | QCVARM_1120638 | [redacted] | | LF |
| DTX-2109 | | QCVARM_1120639 | QCVARM_1120639 | [redacted] | | LF |
| DTX-2110 | | QCVARM_1120640 | QCVARM_1120640 | [redacted] | | LF |
| DTX-2111 | | QCVARM_1120641 | QCVARM_1120641 | [redacted] | | LF |
| DTX-2112 | | QCVARM_1120642 | QCVARM_1120642 | [redacted] | | LF |
| DTX-2113 | | QCVARM_1120643 | QCVARM_1120643 | [redacted] | | LF |
| DTX-2114 | | QCVARM_1120644 | QCVARM_1120644 | [redacted] | | LF |
| DTX-2115 | | QCVARM_1120645 | QCVARM_1120645 | [redacted] | | LF |
| DTX-2116 | | QCVARM_1120646 | QCVARM_1120646 | [redacted] | | LF |
| DTX-2117 | | QCVARM_1120647 | QCVARM_1120647 | [redacted] | | LF |
| DTX-2118 | | QCVARM_1120648 | QCVARM_1120648 | [redacted] | | LF |
| DTX-2119 | | QCVARM_1120649 | QCVARM_1120649 | [redacted] | | LF |
| DTX-2120 | | QCVARM_1120650 | QCVARM_1120650 | [redacted] | | LF |
| DTX-2121 | | QCVARM_1120651 | QCVARM_1120651 | [redacted] | | LF |
| DTX-2122 | | QCVARM_1120652 | QCVARM_1120652 | [redacted] | | LF |
| DTX-2123 | | QCVARM_1120653 | QCVARM_1120653 | [redacted] | | LF |
| DTX-2124 | | QCVARM_1120654 | QCVARM_1120654 | [redacted] | | LF |
| DTX-2125 | | QCVARM_1120655 | QCVARM_1120655 | [redacted] | | LF |
| DTX-2126 | | QCVARM_1120656 | QCVARM_1120656 | [redacted] | | LF |
| DTX-2127 | | QCVARM_1120657 | QCVARM_1120657 | [redacted] | | LF |
| DTX-2128 | | QCVARM_1120658 | QCVARM_1120658 | [redacted] | | LF |
| DTX-2129 | | QCVARM_1120659 | QCVARM_1120659 | [redacted] | | LF |
| DTX-2130 | | QCVARM_1120660 | QCVARM_1120660 | [redacted] | | LF |
| DTX-2131 | | QCVARM_1120661 | QCVARM_1120661 | [redacted] | | LF |
| DTX-2132 | | QCVARM_1120662 | QCVARM_1120662 | [redacted] | | LF |
| DTX-2133 | | QCVARM_1120663 | QCVARM_1120663 | [redacted] | | LF |
| DTX-2134 | | QCVARM_1120664 | QCVARM_1120664 | [redacted] | | LF |
| DTX-2135 | | QCVARM_1120665 | QCVARM_1120665 | [redacted] | | LF |
| DTX-2136 | | QCVARM_1120666 | QCVARM_1120666 | [redacted] | | LF |
| DTX-2137 | | QCVARM_1120667 | QCVARM_1120667 | [redacted] | | LF |
| DTX-2138 | | QCVARM_1120668 | QCVARM_1120668 | [redacted] | | LF |
| DTX-2139 | | QCVARM_1120669 | QCVARM_1120669 | [redacted] | | LF |
| DTX-2140 | | QCVARM_1120670 | QCVARM_1120670 | [redacted] | | LF |
| DTX-2141 | | QCVARM_1120671 | QCVARM_1120671 | [redacted] | | LF |
| DTX-2142 | | QCVARM_1120672 | QCVARM_1120672 | [redacted] | | LF |
| DTX-2143 | | QCVARM_1120673 | QCVARM_1120673 | [redacted] | | LF |
| DTX-2144 | | QCVARM_1120674 | QCVARM_1120674 | [redacted] | | LF |
| DTX-2145 | | QCVARM_1120675 | QCVARM_1120675 | [redacted] | | LF |
| DTX-2146 | | QCVARM_1120676 | QCVARM_1120676 | [redacted] | | LF |
| DTX-2147 | | QCVARM_1120677 | QCVARM_1120677 | [redacted] | | LF |
| DTX-2148 | | QCVARM_1120678 | QCVARM_1120678 | [redacted] | | LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2149 | | QCVARM_1120679 | QCVARM_1120679 | [redacted] | | LF |
| DTX-2150 | | QCVARM_1120680 | QCVARM_1120680 | [redacted] | | LF |
| DTX-2151 | | QCVARM_1120681 | QCVARM_1120681 | [redacted] | | LF |
| DTX-2152 | | QCVARM_1120682 | QCVARM_1120682 | [redacted] | | |
| DTX-2153 | | QCVARM_1120683 | QCVARM_1120683 | [redacted] | | LF |
| DTX-2154 | | QCVARM_1120684 | QCVARM_1120684 | [redacted] | | LF |
| DTX-2155 | | QCVARM_1120685 | QCVARM_1120685 | [redacted] | | LF |
| DTX-2156 | | QCVARM_1120686 | QCVARM_1120686 | [redacted] | | LF |
| DTX-2157 | | QCVARM_1120687 | QCVARM_1120687 | [redacted] | | LF |
| DTX-2158 | | QCVARM_1120688 | QCVARM_1120688 | [redacted] | | LF |
| DTX-2159 | | QCVARM_1120689 | QCVARM_1120689 | [redacted] | | LF |
| DTX-2160 | | QCVARM_1120690 | QCVARM_1120690 | [redacted] | | LF |
| DTX-2161 | | QCVARM_1120691 | QCVARM_1120691 | [redacted] | | LF |
| DTX-2162 | | QCVARM_1120692 | QCVARM_1120692 | [redacted] | | LF |
| DTX-2163 | | QCVARM_1120693 | QCVARM_1120693 | [redacted] | | LF |
| DTX-2164 | | QCVARM_1120694 | QCVARM_1120694 | [redacted] | | LF |
| DTX-2165 | | QCVARM_1120695 | QCVARM_1120695 | [redacted] | | LF |
| DTX-2166 | | QCVARM_1120696 | QCVARM_1120696 | [redacted] | | LF |
| DTX-2167 | | QCVARM_1120697 | QCVARM_1120697 | [redacted] | | LF |
| DTX-2168 | | QCVARM_1120698 | QCVARM_1120698 | [redacted] | | LF |
| DTX-2169 | | QCVARM_1120699 | QCVARM_1120699 | [redacted] | | LF |
| DTX-2170 | | QCVARM_1120700 | QCVARM_1120700 | [redacted] | | LF |
| DTX-2171 | | QCVARM_1120701 | QCVARM_1120701 | [redacted] | | LF |
| DTX-2172 | | QCVARM_1120702 | QCVARM_1120702 | [redacted] | | LF |
| DTX-2173 | | QCVARM_1120703 | QCVARM_1120703 | [redacted] | | LF |
| DTX-2174 | | QCVARM_1120704 | QCVARM_1120704 | [redacted] | | LF |
| DTX-2175 | | QCVARM_1120705 | QCVARM_1120705 | [redacted] | | |
| DTX-2176 | | QCVARM_1120706 | QCVARM_1120706 | [redacted] | | LF |
| DTX-2177 | | QCVARM_1120707 | QCVARM_1120707 | [redacted] | | LF |
| DTX-2178 | | QCVARM_1120708 | QCVARM_1120708 | [redacted] | | LF |
| DTX-2179 | | QCVARM_1120709 | QCVARM_1120709 | [redacted] | | LF |
| DTX-2180 | | QCVARM_1120710 | QCVARM_1120710 | [redacted] | | LF |
| DTX-2181 | | QCVARM_1120711 | QCVARM_1120711 | [redacted] | | LF |
| DTX-2182 | | QCVARM_1120712 | QCVARM_1120712 | [redacted] | | LF |
| DTX-2183 | | QCVARM_1120713 | QCVARM_1120713 | [redacted] | | LF |
| DTX-2184 | | QCVARM_1120714 | QCVARM_1120714 | [redacted] | | LF |
| DTX-2185 | | QCVARM_1120715 | QCVARM_1120715 | [redacted] | | LF |
| DTX-2186 | | QCVARM_1120716 | QCVARM_1120716 | [redacted] | | LF |
| DTX-2187 | | QCVARM_1120717 | QCVARM_1120717 | [redacted] | | LF |
| DTX-2188 | | QCVARM_1120718 | QCVARM_1120718 | [redacted] | | LF |
| DTX-2189 | | QCVARM_1120719 | QCVARM_1120719 | [redacted] | | LF |
| DTX-2190 | | QCVARM_1120720 | QCVARM_1120720 | [redacted] | | LF |
| DTX-2191 | | QCVARM_1120721 | QCVARM_1120721 | [redacted] | | LF |
| DTX-2192 | | QCVARM_1120722 | QCVARM_1120722 | [redacted] | | LF |
| DTX-2193 | | QCVARM_1120723 | QCVARM_1120723 | [redacted] | | LF |
| DTX-2194 | | QCVARM_1120724 | QCVARM_1120724 | [redacted] | | LF |
| DTX-2195 | | QCVARM_1120725 | QCVARM_1120725 | [redacted] | | LF |
| DTX-2196 | | QCVARM_1120726 | QCVARM_1120726 | [redacted] | | LF |
| DTX-2197 | | QCVARM_1120727 | QCVARM_1120727 | [redacted] | | LF |
| DTX-2198 | | QCVARM_1120728 | QCVARM_1120728 | [redacted] | | LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2199 | 2022.10.13 | QCARM_7473826 | QCARM_7473828 | [redacted] | | |
| DTX-2200 | 2022.11.03 | QCVARM_0573684 | QCVARM_0573684 | [redacted] | | |
| DTX-2201 | 2023.09.13 | ARM_01429134 | ARM_01429466 | [redacted] | | 802 |
| DTX-2202 | 2024.05.29 | ARMQC_02720456 | ARMQC_02720656 | [redacted] | | |
| DTX-2203 | 2017.12.31 | ARM_01300650 | ARM_01300654 | [redacted] | | 402, 403, LF |
| DTX-2204 | 2007.12.21 | ARM_01300665 | ARM_01300670 | [redacted] | | |
| DTX-2205 | | ARMQC_02771200 | ARMQC_02771200 | [redacted] | | 802, LF |
| DTX-2206 | 2019.10.18 | ARMQC_02772333 | ARMQC_02772365 | [redacted] | | |
| DTX-2207 | 2019.10.18 | ARMQC_02772366 | ARMQC_02772385 | [redacted] | | |
| DTX-2208 | 2024.08.05 | ARMQC_02778847 | ARMQC_02778856 | [redacted] | | 802, LF |
| DTX-2209 | 2019.10.09 | ARMQC_02779501 | ARMQC_02779502 | [redacted] | | 402, 403, LF |
| DTX-2210 | 2024 | ARMQC_02783619 | ARMQC_02783730 | [redacted] | | |
| DTX-2211 | 2025.05.28 | ARMQC_02786250 | ARMQC_02786471 | [redacted] | | |
| DTX-2212 | 2024.11.06 | ARMQC_02793451 | ARMQC_02793596 | [redacted] | | |
| DTX-2213 | | ARMQC_02793793 | ARMQC_02793796 | [redacted] | | 402, 403, 802, LF |
| DTX-2214 | 2025.08.27 | ARMQC_02794001 | ARMQC_02794009 | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-2215 | 2024.10.22 | ARMQC_02794057 | ARMQC_02794059 | [redacted] | | |
| DTX-2216 | 2023.12.20 | ARMQC_02794060 | ARMQC_02794068 | [redacted] | | 402, 403, 802 |
| DTX-2217 | 2023.11.01 | ARMQC_02794455 | ARMQC_02794461 | [redacted] | | 402, 403, 802 |
| DTX-2218 | 2024.10.15 | ARMQC_02794535 | ARMQC_02794552 | [redacted] | | 402, 403, 802, LF |
| DTX-2219 | 2022.12.29 | ARMQC_02794611 | ARMQC_02794629 | [redacted] | | 802, LF |
| DTX-2220 | 2025.08.30 | ARMQC_02794698 | ARMQC_02794700 | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-2221 | 2023.12.18 | ARMQC_02794706 | ARMQC_02794756 | [redacted] | | 402, 403, 802 |
| DTX-2222 | 2024.11.19 | ARMQC_02794832 | ARMQC_02794862 | [redacted] | | 402, 403, 802, LF |
| DTX-2223 | 2024.11.04 | ARMQC_02795221 | ARMQC_02795225 | [redacted] | | 402, 403, 802, LF |
| DTX-2224 | 2020.06.23 | QCARM_0343954 | QCARM_0343976 | [redacted] | | |
| DTX-2225 | Oct-21 | QCARM_0562765 | QCARM_0562800 | [redacted] | | 402, 403, LF, D |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2226 | 2013.03.13 | QCARM_3419788 | QCARM_3419792 | [redacted] | | LF, 402, 805 |
| DTX-2227 | 2013.04.25 | QCARM_3421025 | QCARM_3421028 | | | LF, 805 |
| DTX-2228 | 2025.02.04 | QCVARM_0523650 | QCVARM_0523652 | | | 106 |
| DTX-2229 | 2024.04.02 | QCVARM_0524362 | QCVARM_0524362 | | | |
| DTX-2230 | | QCVARM_0532239 | QCVARM_0532257 | | | |
| DTX-2231 | 2023.06.11 | QCVARM_0534596 | QCVARM_0534618 | | | 402, 403, 805, ILL, D |
| DTX-2232 | 2024.10.28 | QCVARM_0573354 | QCVARM_0573356 | | | |
| DTX-2233 | 2024.09.20 | QCVARM_0573669 | QCVARM_0573670 | | | |
| DTX-2234 | 2024.09.27 | QCVARM_0573671 | QCVARM_0573673 | | | |
| DTX-2235 | 2025.01.22 | QCVARM_0573675 | QCVARM_0573676 | | | |
| DTX-2236 | 2024.08.23 | QCVARM_0604257 | QCVARM_0604259 | | | |
| DTX-2237 | 2024.04.03 | QCVARM_0605055 | QCVARM_0605062 | | | 403, 805, D |
| DTX-2238 | 2024 | QCVARM_0851120 | QCVARM_0851180 | | | 106, LF |
| DTX-2239 | 2024.11.15 | QCVARM_0855434 | QCVARM_0855436 | | | 403, 805 |
| DTX-2240 | 2024.10.31 | QCVARM_0855460 | QCVARM_0855462 | | | 403, 802, LF |
| DTX-2241 | 2024.10.30 | QCVARM_0855466 | QCVARM_0855466.00003 | | | 403, 802, LF |
| DTX-2242 | 2024.10.30 | QCVARM_0855471 | QCVARM_0855473 | | | 403, 802, LF |
| DTX-2243 | 2024.10.30 | QCVARM_0855474 | QCVARM_0855476 | | | |
| DTX-2244 | 2024.10.31 | QCVARM_0855483 | QCVARM_0855485 | | | 403, 802, LF |
| DTX-2245 | 2024.10.30 | QCVARM_0855488 | QCVARM_0855490 | | | 403, 802, LF |
| DTX-2246 | 2024.10.31 | QCVARM_0855495 | QCVARM_0855497 | | | 403, 802, LF |
| DTX-2247 | 2024.10.31 | QCVARM_0855501 | QCVARM_0855503 | | | 403, 802, LF |
| DTX-2248 | 2024.10.31 | QCVARM_0855508 | QCVARM_0855510 | | | 403, 802, LF |
| DTX-2249 | 2024.10.31 | QCVARM_0863626 | QCVARM_0863628 | | | 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2250 | 2024.10.31 | QCVARM_0863641 | QCVARM_0863646 | [redacted] | | |
| DTX-2251 | 2024.10.30 | QCVARM_0863681 | QCVARM_0863684 | | | 403, 802, LF |
| DTX-2252 | 2024.10.30 | QCVARM_0863685 | QCVARM_0863687 | | | 403, 802, LF |
| DTX-2253 | 2024.10.31 | QCVARM_0863688 | QCVARM_0863690 | | | 403, 802, LF |
| DTX-2254 | 2025.02.05 | QCVARM_0864713 | QCVARM_0864713 | | | 402, 403, 805, LF, D |
| DTX-2255 | 2024.11.09 | QCVARM_0864833 | QCVARM_0864837 | | | 805 |
| DTX-2256 | 2024.11.11 | QCVARM_0864967 | QCVARM_0864972 | | | 805 |
| DTX-2257 | 2024.10.21 | QCVARM_0865022 | QCVARM_0865024 | | | 106 |
| DTX-2258 | 2024.10.30 | QCVARM_0865045 | QCVARM_0865047 | | | 403, 802, LF |
| DTX-2259 | 2024.12.21 | QCVARM_0865344 | QCVARM_0865344 | | | 106,LF |
| DTX-2260 | 2024.10.31 | QCVARM_0865376 | QCVARM_0865378 | | | 403, 802, LF |
| DTX-2261 | 2024.10.30 | QCVARM_1016154 | QCVARM_1016157 | | | 403, 802, LF |
| DTX-2262 | 2024.11.14 | QCVARM_1024793 | QCVARM_1024795 | | | 403, 802, LF |
| DTX-2263 | 2024.10.30 | QCVARM_1024821 | QCVARM_1024823 | | | 403, 802, LF |
| DTX-2264 | 2024.10.31 | QCVARM_1024866 | QCVARM_1024867 | | | |
| DTX-2265 | 2024.10.30 | QCVARM_1024868 | QCVARM_1024870 | | | 403, 802, LF |
| DTX-2266 | 2024.10.31 | QCVARM_1029063 | QCVARM_1029065 | | | 403, 802, LF |
| DTX-2267 | 2025.03.07 | QCVARM_1069705 | QCVARM_1069707 | | | 402, 43, LF, 805 |
| DTX-2268 | 2024.06.11 | QCVARM_1069945 | QCVARM_1069948 | | | 402, 403, 802, 805, LF |
| DTX-2269 | 2024.10.25 | QCVARM_1070034 | QCVARM_1070040 | | | |
| DTX-2270 | 2025.05.08 | QCVARM_1120812 | QCVARM_1120815 | | | 106, LF |
| DTX-2271 | 2025.05.19 | QCVARM_1120839 | QCVARM_1120842 | | | 106, LF, 402 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2272 | 2025.05.23 | QCVARM_1120971 | QCVARM_1120973 | [redacted] | | 106, 402, LF |
| DTX-2273 | 2025.05.13 | QCVARM_1120974 | QCVARM_1120977 | | | 106, LF, 402 |
| DTX-2274 | 2025.05.28 | QCVARM_1120979 | QCVARM_1120982 | | | 106, 402, LF, D |
| DTX-2275 | 2025.05.13 | QCVARM_1120983 | QCVARM_1120986 | | | 106, LF, 402 |
| DTX-2276 | 2025.05.29 | QCVARM_1120994 | QCVARM_1120998 | | | 402, 403, 805, LF |
| DTX-2277 | 2025.06.03 | QCVARM_1121004 | QCVARM_1121007 | | | 106, LF, 402 |
| DTX-2278 | 2025.06.27 | QCVARM_1121029 | QCVARM_1121032 | | | 106, LF, 402 |
| DTX-2279 | 2025.05.08 | QCVARM_1121156 | QCVARM_1121159 | | | 106, LF |
| DTX-2280 | 2025.05.14 | QCVARM_1121163 | QCVARM_1121166 | | | 106, LF, 402 |
| DTX-2281 | 2025.06.06 | QCVARM_1121203 | QCVARM_1121206 | | | 106, LF, 402 |
| DTX-2282 | 2025.06.06 | QCVARM_1121207 | QCVARM_1121210 | | | 106, LF, 402 |
| DTX-2283 | | QCVARM_1121244 | QCVARM_1121247 | | | 106, LF |
| DTX-2284 | 2025.07.21 | QCVARM_1151573 | QCVARM_1151577 | | | LF |
| DTX-2285 | 2024.10.02 | QCVARM_1151620 | QCVARM_1151620 | | | |
| DTX-2286 | 2025.08.29 | QCVARM_1152120 | QCVARM_1152120 | | | 106 |
| DTX-2287 | 2025.08.29 | QCVARM_1152121 | QCVARM_1152124 | | | 106 |
| DTX-2288 | 1990 | QCVARM_1154355 | QCVARM_1154437 | | | LF, 402, 403, 802, 805 |
| DTX-2289 | 2021.07.19 | QCVARM_1154682 | QCVARM_1154720 | | | 402, 403, 802, LF, D |
| DTX-2290 | 2025.07.30 | QCVARM_1155087 | QCVARM_1155110 | | | 802, 402, 403, LF |
| DTX-2291 | 2024.10.22 | | | | | |
| DTX-2292 | 2025.01.08 | | | | | |
| DTX-2293 | 2025.10.09 | | | | | |
| DTX-2294 | 2025.07.11 | | | | | |
| DTX-2295 | May-25 | | | | | 402, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2296 | 2023.10.22 | QCVARM_0535273 | QCVARM_0535280 | [redacted] | | 805 |
| DTX-2297 | 2025.09.05 | | | | | 802, ND |
| DTX-2298 | 2022.11.02 | | | | | 402, 403, LF |
| DTX-2299 | 2025.03.25 | | | | | 402, 403, 802, MIL, LF |
| DTX-2300 | 2026.05.15 | | | | 1 | 802, ND |
| DTX-2301 | 2025.06.03 | | | | 2 | ND, 402, LF |
| DTX-2302 | Jul-20 | ARM_00001069 | ARM_00001072 | | 3 | 106, D |
| DTX-2303 | 2013.05.30 | ARM_00055357 | ARM_00055399 | | 4 | |
| DTX-2304 | 2013.05.30 | QCARM_0343120 | QCARM_0343142 | | 5 | |
| DTX-2305 | 2020.06.23 | QCARM_0343954 | QCARM_0343976 | | 6 | |
| DTX-2306 | 2024 | QCVARM_1090346 | QCVARM_1090695 | | 7 | |
| DTX-2307 | 2024.07.31 | ARMQC_02761311 | ARMQC_02761345 | | 8 | |
| DTX-2308 | 2025 | QCVARM_1042777 | QCVARM_1042779 | | 9 | |
| DTX-2309 | 2023.01.11 | QCVARM_0687479 | QCVARM_0687481 | | 10 | D |
| DTX-2310 | 2025.09.05 | | | | 11 | 802, ND |
| DTX-2311 | 2026.05.13 | | | | 12 | 402, 403, 802, LF |
| DTX-2312 | | | | | 13 | 402, 403, 802, LF |
| DTX-2313 | 2026.06.05 | | | | 19 | 802, ND |
| DTX-2314 | 2022.04.05 | QCARM_0332174 | QCARM_0332178 | | 20 | 805, D |
| DTX-2315 | 2023.07.12 | ARMQC_02774479 | ARMQC_02774493 | | 21 | |
| DTX-2316 | 2023.06.14 | ARM_01216319 | ARM_01216337 | | 22 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2317 | 2026.06.05 | | | [redacted] | 11 | 802, ND |
| DTX-2318 | 2026.04.15 | QCVARM_1160697 | QCVARM_1160764 | [redacted] | 13 | |
| DTX-2319 | 2026.05.06 | ARMQC_02800705 | ARMQC_02800719 | [redacted] | 14 | |
| DTX-2320 | 2025.08.08 | | | [redacted] | 1 | 802, ND |
| DTX-2321 | 2025.09.19 | | | [redacted] | 2 | 802, ND |
| DTX-2322 | 2026.05.15 | | | [redacted] | 5 | 802, ND |
| DTX-2323 | 2026.06.19 | | | [redacted] | 6 | 802, ND |
| DTX-2324 | 2026.05.15 | | | [redacted] | 22 | 802, ND |
| DTX-2325 | 2026.06.19 | | | [redacted] | 23 | 802, ND |
| DTX-2326 | | ARMQC_02799191 | ARMQC_02799211 | [redacted] | 24 | 402, 403, 802, 805, LF |
| DTX-2327 | 2025 | | | [redacted] | 25 | 402, 403, 802, LF |
| DTX-2328 | 2026.05.06 | ARMQC_02800172 | ARMQC_02800191 | [redacted] | 26 | 802, 805, LF |
| DTX-2329 | 2026.06.18 | | | [redacted] | 27 | 402, 403, 802 |
| DTX-2330 | 2026.04.09 | ARMQC_02800515 | ARMQC_02800519 | [redacted] | 28 | 802, 402, 403, LF |
| DTX-2331 | | QCVARM_1159610 | QCVARM_1159642 | [redacted] | 29 | |
| DTX-2332 | 2025.07.04 | | | [redacted] | 30 | 802, ND |
| DTX-2333 | 2026.02.04 | ARMQC_02800738 | ARMQC_02800751 | [redacted] | 31 | 402, 403 |
| DTX-2334 | 2025 | QCVARM_0621448 | QCVARM_0621540 | [redacted] | 32 | 106, 402, 403, LF, D |
| DTX-2335 | 2026.06.05 | | | [redacted] | 1 | 802, ND |
| DTX-2336 | 2013.05.30 | ARM_00103918 | ARM_00103972 | [redacted] | 2 | |
| DTX-2337 | 2026.06.22 | | | [redacted] | 4 | 402, 802, ND, LF |
| DTX-2338 | 2026.06.05 | | | [redacted] | 5 | 802, ND |
| DTX-2339 | 2026.06.05 | | | [redacted] | 6 | 802, ND |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2340 | 2022.10.13 | QCARM_7473826 | QCARM_7473828 | [redacted] | 27 | |
| DTX-2341 | 2022.10.25 | QCARM_3337526 | QCARM_3337529 | [redacted] | 28 | |
| DTX-2342 | 2022.09.28 | QCVARM_0708107 | QCVARM_0708108 | [redacted] | 29 | |
| DTX-2343 | 2022.11.03 | QCVARM_0573684 | QCVARM_0573684 | [redacted] | 30 | |
| DTX-2344 | 2026.03.30 | | | [redacted] | 31 | ND |
| DTX-2345 | | QCVARM_1160790 | QCVARM_1160791 | [redacted] | 32 | |
| DTX-2346 | 2024.03.05 | | | [redacted] | 34 | 402, 403, 802, ND |
| DTX-2347 | 2013.05.30 | ARM_01425020 | ARM_01425020 | [redacted] | 35 | 106 |
| DTX-2348 | 2013.05.30 | ARM_01425021 | ARM_01425049 | [redacted] | 36 | 106 |
| DTX-2349 | 2013.05.30 | ARM_01253494 | ARM_01253494 | [redacted] | 37 | |
| DTX-2350 | 2022.07.26 | ARMQC_02749765 | ARMQC_02749771 | [redacted] | | 402, 403, 802 |
| DTX-2351 | 2022.07.15 | ARMQC_02749772 | ARMQC_02749776 | [redacted] | 9 | 402, 403, 802 |
| DTX-2352 | 2022.08.15 | QCARM_3477035 | QCARM_3477037 | [redacted] | 10 | 402, 403, 805, LF |
| DTX-2353 | 2022.08.16 | QCVARM_0450192 | QCVARM_0450194 | [redacted] | 11 | 402, 403, 802, D |
| DTX-2354 | 2022.08.31 | QCARM_3479222 | QCARM_3479225 | [redacted] | 12 | 402, 403, LF |
| DTX-2355 | 2022.08.30 | QCVARM_0455111 | QCVARM_0455138 | [redacted] | 13 | 402, 403, 802, LF |
| DTX-2356 | 2022.12.07 | QCVARM_0449864 | QCVARM_0449879 | [redacted] | 14 | 402, 403, 802, LF |
| DTX-2357 | 2023.03.01 | ARM_00112122 | ARM_00112126 | [redacted] | 15 | 802, LF |
| DTX-2358 | 2022.07.22 | QCARM_0352343 | QCARM_0352344 | [redacted] | 16 | 402, 403, 801 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2359 | 2022.09.28 | ARM_00000012 | ARM_00000014 | [redacted] | 17 | 805, LF |
| DTX-2360 | 2023.02.10 | ARM_00112097 | ARM_00112101 | [redacted] | 18 | |
| DTX-2361 | 2023.01.26 | ARM_01241578 | ARM_01241580 | [redacted] | | 106 |
| DTX-2362 | 2023.01.26 | ARM_01241581 | ARM_01241582 | [redacted] | 19 | 106 |
| DTX-2363 | 2023.02.21 | ARM_01240982 | ARM_01240987 | [redacted] | 20 | |
| DTX-2364 | 2023.03.01 | QCVARM_0605658 | QCVARM_0605659 | [redacted] | 21 | 106 |
| DTX-2365 | 2023.02.24 | QCVARM_0605660 | QCVARM_0605660.00007 | [redacted] | 22 | 106 |
| DTX-2366 | 2006.05.04 | QCVARM_0605661 | QCVARM_0605666 | [redacted] | 23 | 106 |
| DTX-2367 | 2021.02.02 | QCVARM_1022298 | QCVARM_1022298 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2368 | 2021.02.16 | QCVARM_1022299 | QCVARM_1022299 | [redacted] | | 402, 403, LF, CO, IP, D |
| DTX-2369 | 2021.02.18 | QCVARM_1022300 | QCVARM_1022301 | [redacted] | | |
| DTX-2370 | 2021.02.25 | QCVARM_1022302 | QCVARM_1022303 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2371 | 2021.03.02 | QCVARM_1022304 | QCVARM_1022304 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2372 | 2021.01.27 | QCVARM_1022305 | QCVARM_1022305 | [redacted] | | 402, 403, LF, CO, IP, D |
| DTX-2373 | 2021.02.03 | QCVARM_1022306 | QCVARM_1022307 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2374 | 2022.02.01 | QCVARM_1022308 | QCVARM_1022308 | [redacted] | | 402, 403, CO, IP, LF, D |
| DTX-2375 | 2022.04.01 | QCVARM_1022309 | QCVARM_1022310 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2376 | 2022.04.29 | QCVARM_1022311 | QCVARM_1022311 | [redacted] | | 402, 403, LF, CO, IP |
| DTX-2377 | 2022.08.02 | QCVARM_1022312 | QCVARM_1022312 | [redacted] | | 802, CO, IP |
| DTX-2378 | 2022.09.15 | QCVARM_1022313 | QCVARM_1022313 | [redacted] | | |
| DTX-2379 | 2022.10.10 | QCVARM_1022314 | QCVARM_1022315 | [redacted] | | 106 |
| DTX-2380 | 2022.10.16 | QCVARM_1022316 | QCVARM_1022317 | [redacted] | | |
| DTX-2381 | 2022.11.03 | QCVARM_1022318 | QCVARM_1022318 | [redacted] | | |
| DTX-2382 | 2022.12.06 | QCVARM_1022319 | QCVARM_1022320 | [redacted] | | 106 |
| DTX-2383 | 2023.04.03 | QCVARM_1022321 | QCVARM_1022321 | [redacted] | | 106, 402, 403, CO, IP |
| DTX-2384 | 2024.09.20 | QCVARM_1022322 | QCVARM_1022323 | [redacted] | | |
| DTX-2385 | 2024.09.27 | QCVARM_1022324 | QCVARM_1022326 | [redacted] | | |
| DTX-2386 | 2023.03.24 | QCVARM_1022327 | QCVARM_1022328 | [redacted] | | 106 |
| DTX-2387 | 2023.03.23 | QCVARM_1022329 | QCVARM_1022331 | [redacted] | | 106, 802, LF |
| DTX-2388 | 2023.03.24 | QCVARM_1022332 | QCVARM_1022333 | [redacted] | 24 | 805 |
| DTX-2389 | 2024.09.16 | QCVARM_1022334 | QCVARM_1022334 | [redacted] | | 402, 403, LF |
| DTX-2390 | 2023.03.25 | QCVARM_1068986 | QCVARM_1068987 | [redacted] | 25 | 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2391 | 2023.03.24 | QCARM_3522625 | QCARM_3522625 | [redacted] | | 106 |
| DTX-2392 | 2023.03.23 | QCARM_3522626 | QCARM_3522628 | [redacted] | 26 | 106 |
| DTX-2393 | 2023.10.18 | QCVARM_0608131 | QCVARM_0608138 | [redacted] | 27 | D |
| DTX-2394 | 2024.04.02 | QCVARM_0524362 | QCVARM_0524362 | [redacted] | 28 | |
| DTX-2395 | 2024.09.20 | QCVARM_0573669 | QCVARM_0573670 | [redacted] | 30 | |
| DTX-2396 | 2024.09.27 | QCVARM_0573671 | QCVARM_0573673 | [redacted] | 31 | |
| DTX-2397 | 2024.10.23 | QCVARM_0616914 | QCVARM_0616915 | [redacted] | 32 | |
| DTX-2398 | 2024.10.23 | QCVARM_0617827 | QCVARM_0617828 | [redacted] | 33 | 106 |
| DTX-2399 | 2024.10.24 | QCVARM_0617829 | QCVARM_0617831 | [redacted] | 34 | 106 |
| DTX-2400 | 2025.01.10 | QCVARM_0527544 | QCVARM_0527545 | [redacted] | 35 | 106 |
| DTX-2401 | 2024.11.22 | QCVARM_0524726 | QCVARM_0524726 | [redacted] | 36 | |
| DTX-2402 | 2025.01.10 | QCVARM_0523650 | QCVARM_0523652 | [redacted] | 37 | 106 |
| DTX-2403 | 2025.02.18 | QCVARM_0573056 | QCVARM_0573057 | [redacted] | 38 | 106 |
| DTX-2404 | 2025.06.13 | | | [redacted] | 500 | 802, ND |
| DTX-2405 | | ARMQC_02798814 | ARMQC_02798814 | [redacted] | 501 | |
| DTX-2406 | 2026.06.23 | | | [redacted] | | 802, ND |
| DTX-2407 | 2026.04.24 | | | [redacted] | | 802, ND |
| DTX-2408 | 2026.05.05 | | | [redacted] | | 802, ND |
| DTX-2409 | 2026.06.22 | | | [redacted] | | 802, ND |
| DTX-2410 | 2026.06.23 | | | [redacted] | | 802, ND |
| DTX-2411 | 2026.06.24 | | | [redacted] | | 802, ND |
| DTX-2412 | 2026.07.02 | | | [redacted] | | 802, ND |
| DTX-2413 | 2026.06.26 | | | [redacted] | | 802, ND |
| DTX-2414 | 2025.07.30 | ARMQC_02794820 | ARMQC_02794831 | [redacted] | | 402, 403 |
| DTX-2415 | | ARMQC_02799351 | ARMQC_02799417 | [redacted] | | 802, 402, 403, LF |
| DTX-2416 | | ARMQC_02799444 | ARMQC_02799447 | [redacted] | | 106, 402, 802, LF |
| DTX-2417 | 2026.04.23 | ARMQC_02800133 | ARMQC_02800151 | [redacted] | | 802, 402, 403, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2418 | 2026.02.04 | QCVARM_1159610 | QCVARM_1159642 | [redacted] | | |
| DTX-2419 | 2026.03.24 | QCVARM_1159643 | QCVARM_1159652 | [redacted] | | |
| DTX-2420 | | QCVARM_1159664 | QCVARM_1159692 | [redacted] | | |
| DTX-2421 | 2026.03.24 | QCVARM_1159706 | QCVARM_1159716 | [redacted] | | |
| DTX-2422 | | QCVARM_1160131 | QCVARM_1160156 | [redacted] | | |
| DTX-2423 | 2026.04.13 | QCVARM_1160360 | QCVARM_1160374 | [redacted] | | |
| DTX-2424 | 2026.03.24 | QCVARM_1160443 | QCVARM_1160577 | [redacted] | | |
| DTX-2425 | 2026.04.15 | QCVARM_1160697 | QCVARM_1160764 | [redacted] | | |
| DTX-2426 | 2023.01.21 | ARMQC_02731735 | ARMQC_02731741 | [redacted] | | 106, 802, 402, 403, LF |
| DTX-2427 | Nov-22 | ARMQC_02731742 | ARMGC_02731746 | [redacted] | | 106, 402, 403, LF |
| DTX-2428 | 2020.09.25 | ARMQC_02788903 | ARMQC_02788943 | [redacted] | | |
| DTX-2429 | 2020.09.28 | ARMQC_02788944 | ARMQC_02788946 | [redacted] | | |
| DTX-2430 | 2020.09.26 | ARMQC_02788947 | ARMQC_02788971 | [redacted] | | |
| DTX-2431 | 2020.09.28 | ARMQC_02788972 | ARMQC_02788974 | [redacted] | | |
| DTX-2432 | 2020.05.07 | ARMQC_02788975 | ARMQC_02788994 | [redacted] | | |
| DTX-2433 | 2020.11.17 | ARMQC_02788995 | ARMQC_02788998 | [redacted] | | |
| DTX-2434 | 2021.08.06 | ARMQC_02788999 | ARMQC_02789000 | [redacted] | | |
| DTX-2435 | 2023.09.29 | ARMQC_02789001 | ARMQC_02789002 | [redacted] | | |
| DTX-2436 | 2023.09.29 | ARMQC_02789003 | ARMQC_02789004 | [redacted] | | |
| DTX-2437 | 2022.04.13 | ARMQC_02789005 | ARMQC_02789047 | [redacted] | | |
| DTX-2438 | 2004.11.23 | ARMQC_02789048 | ARMQC_02789068 | [redacted] | | |
| DTX-2439 | 2024.09.23 | ARMQC_02789069 | ARMQC_02789070 | [redacted] | | |
| DTX-2440 | 2022.04.13 | ARMQC_02789071 | ARMQC_02789073 | [redacted] | | |
| DTX-2441 | 2025.03.19 | ARMQC_02789074 | ARMQC_02789076 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2442 | 2022.04.13 | ARMQC_02789077 | ARMQC_02789081 | [redacted] | | |
| DTX-2443 | 2022.02.01 | ARMQC_02789082 | ARMQC_02789125 | | | |
| DTX-2444 | 2016.07.01 | ARMQC_02789129 | ARMQC_02789156 | | | |
| DTX-2445 | 2022.02.22 | ARMQC_02789157 | ARMQC_02789158 | | | |
| DTX-2446 | 2021.03.31 | ARMQC_02789159 | ARMQC_02789160 | | | |
| DTX-2447 | 2024.06.28 | ARMQC_02789161 | ARMQC_02789201 | | | |
| DTX-2448 | 2004.11.22 | ARMQC_02789202 | ARMQC_02789223 | | | |
| DTX-2449 | 2024.06.28 | ARMQC_02789224 | ARMQC_02789226 | | | |
| DTX-2450 | 2024.06.28 | ARMQC_02789227 | ARMQC_02789236 | | | |
| DTX-2451 | 2025.03.25 | ARMQC_02789237 | ARMQC_02789247 | | | |
| DTX-2452 | 2022.02.01 | ARMQC_02789253 | ARMQC_02789266 | | | |
| DTX-2453 | 2023.03.13 | ARMQC_02797236 | ARMQC_02797281 | | | |
| DTX-2454 | 2019.03.28 | ARMQC_02797282 | ARMQC_02797297 | | | |
| DTX-2455 | 2023.03.13 | ARMQC_02797298 | ARMQC_02797301 | | | |
| DTX-2456 | 2024.06.01 | ARMQC_02797302 | ARMQC_02797305 | | | |
| DTX-2457 | 2023.03.13 | ARMQC_02797306 | ARMQC_02797307 | | | |
| DTX-2458 | 2023.03.13 | ARMQC_02797308 | ARMQC_02797313 | | | |
| DTX-2459 | 2024.09.11 | ARMQC_02797314 | ARMQC_02797357 | | | |
| DTX-2460 | 2011.05.19 | ARMQC_02797358 | ARMQC_02797378 | | | |
| DTX-2461 | 2024.09.17 | ARMQC_02797379 | ARMQC_02797380 | | | |
| DTX-2462 | 2024.09.17 | ARMQC_02797381 | ARMQC_02797384 | | | |
| DTX-2463 | 2021.09.30 | ARMQC_02797385 | ARMQC_02797418 | | | |
| DTX-2464 | 2006.11.08 | ARMQC_02797419 | ARMQC_02797441 | | | |
| DTX-2465 | 2021.09.30 | ARMQC_02797449 | ARMQC_02797453 | | | |
| DTX-2466 | 2021.09.30 | ARMQC_02797454 | ARMQC_02797484 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2467 | 2023.03.31 | ARMQC_02797485 | ARMQC_02797526 | [redacted] | | |
| DTX-2468 | 2012.06.29 | ARMQC_02797527 | ARMQC_02797546 | | | |
| DTX-2469 | 2023.03.31 | ARMQC_02797549 | ARMQC_02797551 | | | |
| DTX-2470 | 2023.03.31 | ARMQC_02797555 | ARMQC_02797561 | | | |
| DTX-2471 | 2021.09.21 | ARMQC_02797562 | ARMQC_02797600 | | | |
| DTX-2472 | 2021.09.29 | ARMQC_02797601 | ARMQC_02797602 | | | |
| DTX-2473 | 2021.09.29 | ARMQC_02797603 | ARMQC_02797609 | | | |
| DTX-2474 | 2021.06.29 | ARMQC_02797610 | ARMQC_02797624 | | | |
| DTX-2475 | 2024.06.24 | ARMQC_02797625 | ARMQC_02797668 | | | |
| DTX-2476 | 2013.05.01 | ARMQC_02797669 | ARMQC_02797688 | | | |
| DTX-2477 | 2024.06.24 | ARMQC_02797689 | ARMQC_02797691 | | | |
| DTX-2478 | 2024.06.24 | ARMQC_02797692 | ARMQC_02797698 | | | |
| DTX-2479 | 2021.08.01 | ARMQC_02797699 | ARMQC_02797739 | | | |
| DTX-2480 | 2002.06.28 | ARMQC_02797740 | ARMQC_02797759 | | | |
| DTX-2481 | 2021.08.01 | ARMQC_02797765 | ARMQC_02797766 | | | |
| DTX-2482 | 2021.08.01 | ARMQC_02797767 | ARMQC_02797774 | | | |
| DTX-2483 | 2021.08.01 | ARMQC_02797775 | ARMQC_02797777 | | | |
| DTX-2484 | 2021.12.16 | ARMQC_02797778 | ARMQC_02797942 | | | |
| DTX-2485 | 2009.12.23 | ARMQC_02797943 | ARMQC_02797971 | | | |
| DTX-2486 | 2021.12.16 | ARMQC_02797983 | ARMQC_02797984 | | | |
| DTX-2487 | 2021.12.16 | ARMQC_02797985 | ARMQC_02797986 | | | |
| DTX-2488 | 2021.12.09 | ARMQC_02797987 | ARMQC_02797996 | | | |
| DTX-2489 | 2024.03.24 | ARMQC_02797997 | ARMQC_02798032 | | | |
| DTX-2490 | 2024.03.26 | ARMQC_02798033 | ARMQC_02798034 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2491 | 2024.03.24 | ARMQC_02798035 | ARMQC_02798039 | [redacted] | | |
| DTX-2492 | 2023.09.08 | ARMQC_02798040 | ARMQC_02798056 | | | |
| DTX-2493 | 2025.03.25 | ARMQC_02798057 | ARMQC_02798106 | | | |
| DTX-2494 | 2019.09.27 | ARMQC_02798107 | ARMQC_02798122 | | | |
| DTX-2495 | 2023.03.25 | ARMQC_02798123 | ARMQC_02798124 | | | |
| DTX-2496 | 2023.03.25 | ARMQC_02798125 | ARMQC_02798134 | | | |
| DTX-2497 | 2023.08.11 | ARMQC_02798443 | ARMQC_02798494 | | | |
| DTX-2498 | 2023.12.22 | ARMQC_02798495 | ARMQC_02798542 | | | |
| DTX-2499 | 2002.09.26 | ARMQC_02798543 | ARMQC_02798562 | | | |
| DTX-2500 | 2008.03.21 | ARMQC_02798563 | ARMQC_02798581 | | | |
| DTX-2501 | 2023.12.22 | ARMQC_02798589 | ARMQC_02798590 | | | |
| DTX-2502 | 2024.09.27-28 | ARMQC_02798591 | ARMQC_02798593 | | | |
| DTX-2503 | 2020.10.01 | ARMQC_02798595 | ARMQC_02798607 | | | |
| DTX-2504 | 2023.12.22 | ARMQC_02798628 | ARMQC_02798634 | | | |
| DTX-2505 | 2003.03.31 | ARMQC_02798635 | ARMQC_02798675 | | | |
| DTX-2506 | 2024.09.26 | ARMQC_02798676 | ARMQC_02798714 | | | |
| DTX-2507 | 2024.09.26 | ARMQC_02798715 | ARMQC_02798717 | | | |
| DTX-2508 | 2024.09.26 | ARMQC_02798718 | ARMQC_02798723 | | | |
| DTX-2509 | 2024.03.11 | ARMQC_02798724 | ARMQC_02798725 | | | |
| DTX-2510 | 2024.09.15 | ARMQC_02798726 | ARMQC_02798728 | | | |
| DTX-2511 | 2023.09.15 | ARMQC_02798729 | ARMQC_02798731 | | | |
| DTX-2512 | 2024.09.24 | ARMQC_02798732 | ARMQC_02798733 | | | |
| DTX-2513 | 2023.09.15 | ARMQC_02798734 | ARMQC_02798775 | | | |
| DTX-2514 | 2024.09.24 | ARMQC_02798776 | ARMQC_02798777 | | | |
| DTX-2515 | 2024.09.24 | ARMQC_02798778 | ARMQC_02798779 | | | |
| DTX-2516 | 2023.09.15 | ARMQC_02798780 | ARMQC_02798790 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2517 | 2023.09.15 | ARMQC_02798791 | ARMQC_02798812 | [redacted] | | |
| DTX-2518 | | ARMQC_02798813 | ARMQC_02798813 | | | |
| DTX-2519 | | ARMQC_02798814 | ARMQC_02798814 | | | |
| DTX-2520 | | ARMQC_02798815 | ARMQC_02798815 | | | |
| DTX-2521 | | ARMQC_02798816 | ARMQC_02798816 | | | |
| DTX-2522 | | ARMQC_02798817 | ARMQC_02798817 | | | |
| DTX-2523 | | ARMQC_02798818 | ARMQC_02798818 | | | |
| DTX-2524 | | ARMQC_02798819 | ARMQC_02798819 | | | |
| DTX-2525 | | ARMQC_02798820 | ARMQC_02798820 | | | |
| DTX-2526 | | ARMQC_02798821 | ARMQC_02798821 | | | |
| DTX-2527 | | ARMQC_02798822 | ARMQC_02798822 | | | |
| DTX-2528 | 2024.10.09 | ARMQC_02798823 | ARMQC_02798823 | | | |
| DTX-2529 | | ARMQC_02798824 | ARMQC_02798824 | | | |
| DTX-2530 | | ARMQC_02798825 | ARMQC_02798825 | | | |
| DTX-2531 | | ARMQC_02798826 | ARMQC_02798826 | | | |
| DTX-2532 | | ARMQC_02798827 | ARMQC_02798827 | | | |
| DTX-2533 | | ARMQC_02798828 | ARMQC_02798828 | | | |
| DTX-2534 | | ARMQC_02798829 | ARMQC_02798829 | | | |
| DTX-2535 | 2024.10.09 | ARMQC_02798830 | ARMQC_02798830 | | | |
| DTX-2536 | | ARMQC_02798831 | ARMQC_02798831 | | | |
| DTX-2537 | | ARMQC_02798832 | ARMQC_02798832 | | | |
| DTX-2538 | | ARMQC_02798833 | ARMQC_02798833 | | | |
| DTX-2539 | | ARMQC_02798834 | ARMQC_02798834 | | | |
| DTX-2540 | | ARMQC_02798835 | ARMQC_02798835 | | | |
| DTX-2541 | | ARMQC_02798836 | ARMQC_02798836 | | | |
| DTX-2542 | | ARMQC_02798837 | ARMQC_02798837 | | | |
| DTX-2543 | | ARMQC_02798838 | ARMQC_02798838 | | | |
| DTX-2544 | | ARMQC_02798839 | ARMQC_02798839 | | | |
| DTX-2545 | 2024.10.09 | ARMQC_02798840 | ARMQC_02798840 | | | |
| DTX-2546 | | ARMQC_02798841 | ARMQC_02798841 | | | |
| DTX-2547 | 2024.10.09 | ARMQC_02798842 | ARMQC_02798842 | | | |
| DTX-2548 | | ARMQC_02798843 | ARMQC_02798843 | | | |
| DTX-2549 | | ARMQC_02798844 | ARMQC_02798844 | | | |
| DTX-2550 | | ARMQC_02798845 | ARMQC_02798845 | | | |
| DTX-2551 | | ARMQC_02798846 | ARMQC_02798846 | | | |
| DTX-2552 | 2024.10.09 | ARMQC_02798847 | ARMQC_02798847 | | | |
| DTX-2553 | | ARMQC_02798848 | ARMQC_02798848 | | | |
| DTX-2554 | 2024.10.09 | ARMQC_02798849 | ARMQC_02798849 | | | |
| DTX-2555 | | ARMQC_02798850 | ARMQC_02798850 | | | |
| DTX-2556 | | ARMQC_02798851 | ARMQC_02798851 | | | |
| DTX-2557 | 2024.10.09 | ARMQC_02798852 | ARMQC_02798852 | | | |
| DTX-2558 | | ARMQC_02798853 | ARMQC_02798853 | | | |
| DTX-2559 | | ARMQC_02798854 | ARMQC_02798854 | | | |
| DTX-2560 | | ARMQC_02798855 | ARMQC_02798855 | | | |
| DTX-2561 | | ARMQC_02798856 | ARMQC_02798856 | | | |
| DTX-2562 | | ARMQC_02798857 | ARMQC_02798857 | | | |
| DTX-2563 | | ARMQC_02798858 | ARMQC_02798858 | | | |
| DTX-2564 | | ARMQC_02798859 | ARMQC_02798859 | | | |
| DTX-2565 | | ARMQC_02798860 | ARMQC_02798860 | | | |
| DTX-2566 | | ARMQC_02798861 | ARMQC_02798861 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2567 | 2026.01.27 | ARMQC_02798862 | ARMQC_02798866 | [redacted] | | 802 |
| DTX-2568 | 2026.02.12 | ARMQC_02798867 | ARMQC_02798872 | [redacted] | | |
| DTX-2569 | | ARMQC_02604614 | ARMQC_02604614 | [redacted] | | LF |
| DTX-2570 | 2021.06.25 | ARMQC_02799838 | ARMQC_02799875 | [redacted] | | |
| DTX-2571 | 2025.09.30 | ARMQC_02799876 | ARMQC_02799881 | [redacted] | | |
| DTX-2572 | 2021.06.30 | ARMQC_02799886 | ARMQC_02799914 | [redacted] | | |
| DTX-2573 | 2020.09.03 | ARMQC_02799915 | ARMQC_02799938 | [redacted] | | |
| DTX-2574 | 2020.09.02 | ARMQC_02799939 | ARMQC_02799976 | [redacted] | | |
| DTX-2575 | 2025.09.25 | ARMQC_02799977 | ARMQC_02799990 | [redacted] | | |
| DTX-2576 | 2021.06.30 | ARMQC_02799991 | ARMQC_02800002 | [redacted] | | |
| DTX-2577 | 2023.12.12 | ARMQC_02800005 | ARMQC_02800006 | [redacted] | | |
| DTX-2578 | 2025.12.10 | ARMQC_02800008 | ARMQC_02800013 | [redacted] | | 106, 402, 403, 802, LF, 802 |
| DTX-2579 | 2020.06.26 | QCARM_7492376 | QCARM_7492453 | [redacted] | | |
| DTX-2580 | 2013.05.30 | QCVARM_1016740 | QCVARM_1016774 | [redacted] | | |
| DTX-2581 | 2025.08.08 | QCVARM_1151971 | QCVARM_1151994 | [redacted] | | LF |
| DTX-2582 | 2025.09.22 | QCVARM_1159430 | QCVARM_1159430 | [redacted] | | 106 |
| DTX-2583 | 2025.09.22 | QCVARM_1159431 | QCVARM_1159436 | [redacted] | | 106 |
| DTX-2584 | 2025.09.30 | QCVARM_1159449 | QCVARM_1159456 | [redacted] | | |
| DTX-2585 | 2025.09.30 | QCVARM_1159457 | QCVARM_1159473 | [redacted] | | LF |
| DTX-2586 | 2025.09.30 | QCVARM_1159474 | QCVARM_1159484 | [redacted] | | LF |
| DTX-2587 | 2025.12.01 | QCVARM_1159485 | QCVARM_1159485 | [redacted] | | 106 |
| DTX-2588 | 2025.12.01 | QCVARM_1159486 | QCVARM_1159486 | [redacted] | | 106 |
| DTX-2589 | 2025.12.10 | QCVARM_1159487 | QCVARM_1159487 | [redacted] | | 106 |
| DTX-2590 | | ARMQC_02604615 | ARMQC_02604615 | [redacted] | | LF |
| DTX-2591 | 2026.01.05 | QCVARM_1159519 | QCVARM_1159520 | [redacted] | | 106 |
| DTX-2592 | 2026.01.05 | QCVARM_1159521 | QCVARM_1159523 | [redacted] | | 106 |
| DTX-2593 | 2026.01.12 | QCVARM_1159524 | QCVARM_1159524 | [redacted] | | 106 |
| DTX-2594 | 2026.01.12 | QCVARM_1159525 | QCVARM_1159528 | [redacted] | | 106 |
| DTX-2595 | 2026.01.20 | QCVARM_1159529 | QCVARM_1159530 | [redacted] | | 106 |
| DTX-2596 | 2026.01.20 | QCVARM_1159531 | QCVARM_1159534 | [redacted] | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2597 | 2026.01.25 | QCVARM_1159545 | QCVARM_1159548 | [redacted] | | 106 |
| DTX-2598 | 2025.08.20 | QCVARM_1159549 | QCVARM_1159564 | | | 106 |
| DTX-2599 | 2026.02.12 | QCVARM_1159582 | QCVARM_1159586 | | | 106 |
| DTX-2600 | 2026.02.12 | QCVARM_1159587 | QCVARM_1159592 | | | 106 |
| DTX-2601 | 2026.03.19 | QCVARM_1159593 | QCVARM_1159593 | | | 106 |
| DTX-2602 | 2026.03.19 | QCVARM_1159594 | QCVARM_1159599 | | | 106 |
| DTX-2603 | 2026.04.28 | QCVARM_1160916 | QCVARM_1160922 | | | |
| DTX-2604 | 2021.05.27 | ARM_00034978 | ARM_00034994 | | | 802, 402, 403, LF, CO, IP |
| DTX-2605 | 2020.07.12 | ARM_00039093 | ARM_00039097 | | | 402, 403, 802, LF, CO, IP |
| DTX-2606 | 2021.02.06 | ARM_00052121 | ARM_00052126 | | | 106, 402, 403, 802, CO, IP, LF |
| DTX-2607 | 2021.02.05 | ARM_00052127 | ARM_00052127 | | | 106, 402, 403, 802, IP, CO, LF |
| DTX-2608 | | ARM_00052128 | ARM_00052129 | | | 402, 403, 802, LF |
| DTX-2609 | 2020.07.30 | ARM_00057652 | ARM_00057652 | | | 802, 402, 403, LF, CO, IP |
| DTX-2610 | 2023.05.04 | ARM_01020092 | ARM_01020094 | | | 802 |
| DTX-2611 | 2012.06.29 | ARM_01240237 | ARM_01240280 | | | |
| DTX-2612 | 2013.10.31 | ARM_01245641 | ARM_01245672 | | | |
| DTX-2613 | 2013.10.31 | ARM_01245673 | ARM_01245703 | | | |
| DTX-2614 | 2018.02.03 | ARM_01245891 | ARM_01245914 | | | |
| DTX-2615 | 2012.10.16 | ARM_01246086 | ARM_01246111 | | | |
| DTX-2616 | 2014.10.17 | ARM_01246112 | ARM_01246134 | | | |
| DTX-2617 | 2014.10.17 | ARM_01246135 | ARM_01246157 | | | |
| DTX-2618 | 2022.12.04 | ARM_01305386 | ARM_01305415 | | | 402, 403, LF, CO, IP |
| DTX-2619 | 2022.05.09 | ARM_01305416 | ARM_01305417 | | | 402, 403, LF, 802 |
| DTX-2620 | 2022.05.09 | ARM_01305418 | ARM_01305418 | | | 106, 402, 403, 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2621 | 2012.10.16 | ARM_01427945 | ARM_01427968 | [redacted] | | |
| DTX-2622 | 2012.06.29 | ARM_01428091 | ARM_01428118 | [redacted] | | |
| DTX-2623 | | ARMQC_02601289 | ARMQC_02601289 | [redacted] | | 402, 403, 802, LF |
| DTX-2624 | 2024.08.13 | ARMQC_02755823 | ARMQC_02755832 | [redacted] | | 802, LF |
| DTX-2625 | 2024.08.13 | ARMQC_02755859 | ARMQC_02755875 | [redacted] | | 802, LF |
| DTX-2626 | 2023.12.06 | ARMQC_02756427 | ARMQC_02756437 | [redacted] | | 802, ILL |
| DTX-2627 | 2024.11.20 | ARMQC_02756842 | ARMQC_02756856 | [redacted] | | |
| DTX-2628 | 2023 | ARMQC_02758644 | ARMQC_02758675 | [redacted] | | |
| DTX-2629 | 2023 | ARMQC_02759681 | ARMQC_02759724 | [redacted] | | |
| DTX-2630 | 2024 | ARMQC_02761311 | ARMQC_02761345 | [redacted] | | |
| DTX-2631 | 2021 | ARMQC_02761440 | ARMQC_02761476 | [redacted] | | |
| DTX-2632 | 2024 | ARMQC_02770066 | ARMQC_02770125 | [redacted] | | |
| DTX-2633 | 2023.12.21 | ARMQC_02770599 | ARMQC_02770603 | [redacted] | | |
| DTX-2634 | 2024.07.01 | ARMQC_02773857 | ARMQC_02773871 | [redacted] | | 802, LF |
| DTX-2635 | 2023.08.30 | ARMQC_02774378 | ARMQC_0277438 | [redacted] | | |
| DTX-2636 | 2023.07.12 | ARMQC_02774479 | ARMQC_02774493 | [redacted] | | D |
| DTX-2637 | | ARMQC_02779157 | ARMQC_02779157 | [redacted] | | 402, 403, 802, LF |
| DTX-2638 | | ARMQC_02784660 | ARMQC_02784660 | [redacted] | | 402, 403, 802, LF |
| DTX-2639 | | ARMQC_02800618 | ARMQC_02800620 | [redacted] | | 402, 403, 802, LF |
| DTX-2640 | 2026.03.24 | ARMQC_02800621 | ARMQC_02800622 | [redacted] | | 402, 403, 802, LF |
| DTX-2641 | 2018 | ARMQC_02800623 | ARMQC_02800624 | [redacted] | | 402, 403, 802, LF |
| DTX-2642 | 2018.08.02 | ARMQC_02800648 | ARMQC_02800660 | [redacted] | | 402, 403, 802, LF |
| DTX-2643 | | ARMQC_02800661 | ARMQC_02800665 | [redacted] | | 402, 403, 802, ILL, LF |
| DTX-2644 | | QCARM_0326569 | QCARM_0326781 | [redacted] | | 402, 403, CO, IP, LF |
| DTX-2645 | 2022.04.05 | QCARM_0332174 | QCARM_0332178 | [redacted] | | 805, D |
| DTX-2646 | Jul-20 | QCARM_0557840 | QCARM_0557855 | [redacted] | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2647 | 2020.07.29 | QCARM_3213800 | QCARM_3213803 | [redacted] | | 802, 805, ILL |
| DTX-2648 | 2020.11.03 | QCARM_3216759 | QCARM_3216767 | [redacted] | | 802, 402, 403, CO, IP, LF |
| DTX-2649 | 2021.04.19 | QCARM_3343272 | QCARM_3343273 | [redacted] | | 402, 403, 802, CO, IP, LF |
| DTX-2650 | 2024.02.22 | QCVARM_0618565 | QCVARM_0618567 | [redacted] | | |
| DTX-2651 | 2024.07.10 | QCVARM_0618703 | QCVARM_0618704 | [redacted] | | |
| DTX-2652 | 2022 | QCVARM_1115424 | QCVARM_1115426 | [redacted] | | |
| DTX-2653 | 2022.04.05 | QCVARM_1115427 | QCVARM_1115427 | [redacted] | | |
| DTX-2654 | | QCVARM_1120072 | QCVARM_1120076 | [redacted] | | 106, LF |
| DTX-2655 | 2024.04.17 | | | [redacted] | | |
| DTX-2656 | 2024.01.30 | | | [redacted] | | 402, 403, 802 |
| DTX-2657 | 2024.03.11 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2658 | 2025.11.19 | | | [redacted] | | 402, 403, 802, MIL |
| DTX-2659 | 2026.06.12 | ARMQC_02800756 | ARMQC_02800759 | [redacted] | | 802, LF |
| DTX-2660 | 2026.06.17 | ARMQC_02800754 | ARMQC_02800755 | [redacted] | | 802, LF |
| DTX-2661 | 2026.06.05 | | | [redacted] | | 802, 805, ND |
| DTX-2662 | 2023.01.03 | ARM_01231614 | ARM_01231614 | [redacted] | | 106, D |
| DTX-2663 | 2022.09.26 | ARM_01241472 | ARM_01241472 | [redacted] | | 106, 802 |
| DTX-2664 | 2022.10.10 | QCARM_7484465 | QCARM_7484466 | [redacted] | | 106 |
| DTX-2665 | 2026.08.04 | | | [redacted] | | |
| DTX-2666 | 2026.08.04 | | | [redacted] | | |
| DTX-2667 | 2026.08.07 | | | [redacted] | | 802, ND |
| DTX-2668 | 2023.09.29 | ARMQC_02799882 | ARMQC_02799883 | [redacted] | | |
| DTX-2669 | 2023.09.29 | ARMQC_02799884 | ARMQC_02799885 | [redacted] | | |
| DTX-2670 | 2023.09.29 | ARMQC_02800003 | ARMQC_02800004 | [redacted] | | |
| DTX-2671 | 2026.07.16 | ARMQC_02800787 | ARMQC_02800788 | [redacted] | | LF |
| DTX-2672 | 2023.11.29 | QCVARM_0714734 | QCVARM_0714740 | [redacted] | | |
| DTX-2673 | 2023.11.29 | QCVARM_0717207 | QCVARM_0717216 | [redacted] | | |
| DTX-2674 | 2026.06.13 | QCVARM_1163482 | QCVARM_1163482 | [redacted] | | 106, LF |
| DTX-2675 | 2026.06.12 | QCVARM_1163483 | QCVARM_1163513 | [redacted] | | 802, LF |
| DTX-2676 | 2026.06.02 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2677 | | | | [redacted] | | 402, 403, 802, LF |
| DTX-2678 | Jul-24 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2679 | | | | [redacted] | | 402, 403, 802, 805, LF, NP |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2680 | Feb-02 | | | [redacted] | | LF, 106, 402, 403, 802, 805 |
| DTX-2681 | 2025.11.05 | | | | | |
| DTX-2682 | 2023.05.05 | | | | | 402, 403, 802, LF |
| DTX-2683 | 2026.08.12 | | | | | 802, ND |
| DTX-2684 | 2013.05.09 | ARM_01246342 | ARM_01246348 | | | LF, 106, 802, 805 |
| DTX-2685 | 2013.05.09 | ARM_01246473 | ARM_01246476 | | | LF, 802, 805 |
| DTX-2686 | 2013.04.25 | ARM_01246514 | ARM_01246518 | | | LF, 802, 805 |
| DTX-2687 | 2013.04.25 | ARM_01246532 | ARM_01246536 | | | LF, 802, 805 |
| DTX-2688 | 2013.04.09 | ARM_01246572 | ARM_01246575 | | | |
| DTX-2689 | 2012.12.04 | ARM_01246895 | ARM_01246897 | | | LF, 402, 805 |
| DTX-2690 | 2013.05.30 | ARM_01253167 | ARM_01253168 | | | LF, 802, 805 |
| DTX-2691 | 2013.04.17 | ARM_01253925 | ARM_01253925 | | | 106 |
| DTX-2692 | 2013.05.06 | ARM_01254041 | ARM_01254041 | | | LF, 802 |
| DTX-2693 | 2013.02.16 | ARM_01254293 | ARM_01254294 | | | LF, 802, 805 |
| DTX-2694 | 2013.02.28 | ARM_01254462 | ARM_01254464 | | | LF, 802, 805 |
| DTX-2695 | 2013.01.25 | ARM_01255274 | ARM_01255277 | | | LF, 402, 403, 802, 805 |
| DTX-2696 | 2013.01.25 | ARM_01256926 | ARM_01256927 | | | |
| DTX-2697 | 2013.05.29 | ARM_01315120 | ARM_0131565 | | | 106 |
| DTX-2698 | 2025.10.12 | ARMQC_02800007 | ARMQC_02800007 | | | 106, 802, LF |
| DTX-2699 | 2024.02.29 | ARMQC_02800812 | ARMQC_02800812 | | | 106 |
| DTX-2700 | 2024 | ARMQC_02800813 | ARMQC_02800817 | | | |
| DTX-2701 | 2023.02.09 | ARMQC_02800818 | ARMQC_02800822 | | | |
| DTX-2702 | 2023.09.14 | ARMQC_02800823 | ARMQC_02800833 | | | 402, 403, 802, LF, D |
| DTX-2703 | | ARMQC_02800834 | ARMQC_02800834 | | | 402, 403, LF |
| DTX-2704 | 2017.11.19 | ARMQC_02800835 | ARMQC_02800835 | | | 402, 403, 802, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2705 | 2019.01.21 | ARMQC_02800836 | ARMQC_02800838 | [redacted] | | 402, 403, 802, 805, LF, MIL, D |
| DTX-2706 | 2023.02.10 | ARMQC_02800839 | ARMQC_02800839 | | | 106, 802 |
| DTX-2707 | 2023 | ARMQC_02800840 | ARMQC_02800844 | | | 106, 802, LF |
| DTX-2708 | 2022.01.25 | ARMQC_02800845 | ARMQC_02800849 | | | 402 |
| DTX-2709 | 2022.08.08 | QCARM_0222380 | QCARM_0222384 | | | 402, 403, 802 |
| DTX-2710 | 2013.04.24 | QCARM_0336913 | QCARM_0336915 | | | |
| DTX-2711 | 2022.08.24 | QCARM_0576910 | QCARM_0576914 | | | 402, 403, LF |
| DTX-2712 | 2019.11.21 | QCARM_3404987 | QCARM_3404987 | | | 106, 402 |
| DTX-2713 | Oct-19 | QCARM_3404988 | QCARM_3405057 | | | 402, 403, LF |
| DTX-2714 | 2013.03.01 | QCARM_3419643 | QCARM_3419646 | | | LF, 805 |
| DTX-2715 | 2023.01.18 | QCARM_3453343 | QCARM_3453358 | | | 402, 403, LF |
| DTX-2716 | | QCARM_3464128 | QCARM_3464133 | | | LF, 402, 403, 805 |
| DTX-2717 | 2020.03.10 | QCARM_3481176 | QCARM_3481187 | | | 402, 403, LF |
| DTX-2718 | 2019.09.26 | QCARM_3482711 | QCARM_3482713 | | | 402, 403, LF |
| DTX-2719 | 2022.05.04 | QCARM_3971387 | QCARM_3971398 | | | 402, 403, LF, CO, IP |
| DTX-2720 | 2021.02.17 | QCARM_7425859 | QCARM_7425860 | | | 402, 403, LF |
| DTX-2721 | 2012.04.12 | QCARM_7429067 | QCARM_7429101 | | | 106 |
| DTX-2722 | 2020.10.01 | QCARM_7468145 | QCARM_7468146 | | | 402, 403, LF |
| DTX-2723 | 2022.08.19 | QCVARM_0455281 | QCVARM_0455285 | | | 402, 403, 802, LF |
| DTX-2724 | 2022.06.24 | QCVARM_0525146 | QCVARM_0525149 | | | 402, 403, 805, LF |
| DTX-2725 | 2024.12.10 | QCVARM_0533954 | QCVARM_0533958 | | | |
| DTX-2726 | 2024.12.10 | QCVARM_0534018 | QCVARM_0534022 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2727 | 2024.03.07 | QCVARM_0539512 | QCVARM_0539516 | [redacted] | | 805, LF |
| DTX-2728 | | QCVARM_0600424 | QCVARM_0600424 | [redacted] | | 402, 403, ILL, LF |
| DTX-2729 | | QCVARM_0600425 | QCVARM_0600425 | [redacted] | | 402, 403, ILL, LF |
| DTX-2730 | | QCVARM_0600426 | QCVARM_0600426 | [redacted] | | 402, 403, ILL, LF |
| DTX-2731 | | QCVARM_0600427 | QCVARM_0600427 | [redacted] | | 402, 403, ILL, LF |
| DTX-2732 | | QCVARM_0600428 | QCVARM_0600428 | [redacted] | | 402, 403, ILL, LF |
| DTX-2733 | | QCVARM_0600429 | QCVARM_0600429 | [redacted] | | 402, 403, ILL, LF |
| DTX-2734 | | QCVARM_0600430 | QCVARM_0600430 | [redacted] | | 402, 403, ILL, LF |
| DTX-2735 | | QCVARM_0600431 | QCVARM_0600431 | [redacted] | | 402, 403, ILL, LF |
| DTX-2736 | | QCVARM_0600432 | QCVARM_0600432 | [redacted] | | 402, 403, ILL, LF |
| DTX-2737 | | QCVARM_0600434 | QCVARM_0600434 | [redacted] | | 402, 403, ILL, LF |
| DTX-2738 | | QCVARM_0600435 | QCVARM_0600435 | [redacted] | | 402, 403, ILL, LF |
| DTX-2739 | | QCVARM_0600437 | QCVARM_0600437 | [redacted] | | 402, 403, ILL, LF |
| DTX-2740 | | QCVARM_0600438 | QCVARM_0600438 | [redacted] | | 402, 403, ILL, LF |
| DTX-2741 | | QCVARM_0600439 | QCVARM_0600439 | [redacted] | | 402, 403, ILL, LF |
| DTX-2742 | | QCVARM_0600440 | QCVARM_0600440 | [redacted] | | 402, 403, ILL, LF |
| DTX-2743 | | QCVARM_0600442 | QCVARM_0600442 | [redacted] | | 402, 403, ILL, LF |
| DTX-2744 | | QCVARM_0600443 | QCVARM_0600443 | [redacted] | | 402, 403, ILL, LF |
| DTX-2745 | | QCVARM_0600445 | QCVARM_0600445 | [redacted] | | 402, 403, ILL, LF |
| DTX-2746 | | QCVARM_0600446 | QCVARM_0600446 | [redacted] | | 402, 403, ILL, LF |
| DTX-2747 | | QCVARM_0600447 | QCVARM_0600447 | [redacted] | | 402, 403, ILL, LF |
| DTX-2748 | | QCVARM_0600448 | QCVARM_0600448 | [redacted] | | 402, 403, ILL, LF |
| DTX-2749 | | QCVARM_0600449 | QCVARM_0600449 | [redacted] | | 402, 403, ILL, LF |
| DTX-2750 | | QCVARM_0600450 | QCVARM_0600450 | [redacted] | | 402, 403, ILL, LF |
| DTX-2751 | | QCVARM_0600451 | QCVARM_0600451 | [redacted] | | 402, 403, ILL, LF |
| DTX-2752 | | QCVARM_0600452 | QCVARM_0600452 | [redacted] | | 402, 403, ILL, LF |
| DTX-2753 | | QCVARM_0600455 | QCVARM_0600455 | [redacted] | | 402, 403, ILL, LF |
| DTX-2754 | | QCVARM_0600457 | QCVARM_0600457 | [redacted] | | 402, 403, ILL, LF |
| DTX-2755 | | QCVARM_0600458 | QCVARM_0600458 | [redacted] | | 402, 403, ILL, LF |
| DTX-2756 | | QCVARM_0600459 | QCVARM_0600459 | [redacted] | | 402, 403, ILL, LF |
| DTX-2757 | | QCVARM_0600461 | QCVARM_0600461 | [redacted] | | 402, 403, ILL, LF |
| DTX-2758 | | QCVARM_0600462 | QCVARM_0600462 | [redacted] | | 402, 403, ILL, LF |
| DTX-2759 | | QCVARM_0600464 | QCVARM_0600464 | [redacted] | | 402, 403, ILL, LF |
| DTX-2760 | | QCVARM_0600465 | QCVARM_0600465 | [redacted] | | 402, 403, ILL, LF |
| DTX-2761 | | QCVARM_0600466 | QCVARM_0600466 | [redacted] | | 402, 403, ILL, LF |
| DTX-2762 | | QCVARM_0600467 | QCVARM_0600467 | [redacted] | | 402, 403, ILL, LF |
| DTX-2763 | 2025.01.24 | QCVARM_0604119 | QCVARM_0604125 | [redacted] | | LF |
| DTX-2764 | 2023.08.02 | QCVARM_0605196 | QCVARM_0605240 | [redacted] | | 402, 403, 805 |
| DTX-2765 | 2024.02.16 | QCVARM_1068546 | QCVARM_1068553 | [redacted] | | 805 |
| DTX-2766 | 2012.11.07 | | | [redacted] | | |
| DTX-2767 | 2013.11.06 | | | [redacted] | | |
| DTX-2768 | 2013.02.28 | | | [redacted] | | 802 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2769 | 2014.03.06 | | | [redacted] | | 802, 402, 403, LF |
| DTX-2770 | 2022.12.01 | QCARM_3931124 | QCARM_3931126 | | | 402, 403, LF |
| DTX-2771 | 2022.01.18 | ARM_00001512 | ARM_00001514 | | | 802 |
| DTX-2772 | 2020.04.15 | ARM_00087444 | ARM_00087447 | | | LF, 802 |
| DTX-2773 | Feb-23 | ARM_01026491 | ARM_01026505 | | | |
| DTX-2774 | 22-Feb | ARM_01027140 | ARM_01027151 | | | 402, 802 |
| DTX-2775 | 2022.07.01 | ARMQC_02772014 | ARMQC_02772016 | | | 402, LF |
| DTX-2776 | 2023.02.14 | ARMQC_02772040 | ARMQC_02772041 | | | 802 |
| DTX-2777 | 2025.02.13 | ARMQC_02772066 | ARMQC_02772067 | | | 402, 403, 802, LF |
| DTX-2778 | 2023.11.15 | ARMQC_02772159 | ARMQC_02772160 | | | 802 |
| DTX-2779 | 2024.07.03 | ARMQC_02772161 | ARMQC_02772163 | | | 402, 403, 802, LF |
| DTX-2780 | 2013.05.30 | QCVARM_1020134 | QCVARM_1020155 | | | |
| DTX-2781 | 2026.05.19 | QCVARM_1163533 | QCVARM_1163534 | | | 106, 402, 403, LF |
| DTX-2782 | 2026.05.15 | QCVARM_1163535 | QCVARM_1163538 | | | 402, 403, LF |
| DTX-2783 | | QCVARM_1163539 | QCVARM_1163541 | | | |
| DTX-2784 | Jul-26 | QCVARM_1163542 | QCVARM_1163543 | | | |
| DTX-2785 | 2025.12.05 | QCVARM_1163588 | QCVARM_1163593 | | | 402, 403, LF |
| DTX-2786 | 2025.12.05 | QCVARM_1163594 | QCVARM_1163599 | | | 402, 403, LF |
| DTX-2787 | 2025.08.05 | QCVARM_1163600 | QCVARM_1163609 | | | 402, 403, LF |
| DTX-2788 | 2025.12.15 | QCVARM_1163610 | QCVARM_1163630 | | | 402, 403, LF, 805 |
| DTX-2789 | 2025.12.09 | QCVARM_1163631 | QCVARM_1163655 | | | 402, 403, LF |
| DTX-2790 | | QCVARM_1163656 | QCVARM_1163656 | | | 106, 402, LF |
| DTX-2791 | | QCVARM_1163657 | QCVARM_1163657 | | | 106, 402, LF |
| DTX-2792 | | QCVARM_1163658 | QCVARM_1163658 | | | 106, 402, LF |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2793 | 2026.06.01 | QCVARM_1163663 | QCVARM_1163668 | [redacted] | | 402, 403, LF |
| DTX-2794 | 2026.04.13 | QCVARM_1163669 | QCVARM_1163670 | | | 106, 402, 403, LF |
| DTX-2795 | 2026.03.30 | QCVARM_1163671 | QCVARM_1163714 | | | 402, 403, LF, 106 |
| DTX-2796 | 2026.04.09 | QCVARM_1163715 | QCVARM_1163720 | | | 402, 403, LF, 106 |
| DTX-2797 | 2025.06.11 | QCVARM_1163819 | QCVARM_1163821 | | | 402, 403, 805, LF |
| DTX-2798 | 2022.05.16 | ARM_00001879 | ARM_00001880 | | | 402, LF |
| DTX-2799 | 2023.03.08 | ARM_00002038 | ARM_00002039 | | | |
| DTX-2800 | 2020.04.21 | ARM_00057227 | ARM_00057229 | | | 802, 402, 403, LF, CO, IP, 106 |
| DTX-2801 | 2020.03.27 | ARM_00057230 | ARM_00057243 | | 29 | 802, 402, 403, LF, CO, IP |
| DTX-2802 | 2020.03.27 | ARM_00057244 | ARM_00057253 | | | 802, 402, 403, LF, CO, IP |
| DTX-2803 | 2020.03.27 | ARM_00057254 | ARM_00057256 | | | 802, 402, 403, LF, CO, IP |
| DTX-2804 | 2020.03.31 | ARM_00057257 | ARM_00057258 | | | 802, 402, 403, LF, CO, IP |
| DTX-2805 | 2020.03.31 | ARM_00057259 | ARM_00057260 | | | 802, 402, 403, LF, CO, IP |
| DTX-2806 | 2020.03.31 | ARM_00057261 | ARM_00057264 | | | 802, 402, 403, LF, CO, IP |
| DTX-2807 | 2023.03.08 | ARM_00132522 | ARM_00132523 | | | |
| DTX-2808 | 2023.03.08 | ARM_01020113 | ARM_01020114 | | | D |
| DTX-2809 | 2023 | ARMQC_02754753 | ARMQC_02754799 | | | |
| DTX-2810 | 2023 | ARMQC_02757579 | ARMQC_02757617 | | | |
| DTX-2811 | 2023 | ARMQC_02757927 | ARMQC_02757964 | | | |
| DTX-2812 | 2023 | ARMQC_02758281 | ARMQC_02758316 | | | |
| DTX-2813 | 2024 | ARMQC_02759001 | ARMQC_02759032 | | | |
| DTX-2814 | 2023 | ARMQC_02760066 | ARMQC_02760107 | | | |
| DTX-2815 | 2024 | ARMQC_02760449 | ARMQC_02760490 | | | |
| DTX-2816 | 2024 | ARMQC_02761346 | ARMQC_02761394 | | | |
| DTX-2817 | 2022 | ARMQC_02762063 | ARMQC_02762102 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2818 | 2022 | ARMQC_02762103 | ARMQC_02762148 | [redacted] | | |
| DTX-2819 | 2022 | ARMQC_02762185 | ARMQC_02762223 | | | |
| DTX-2820 | 2022 | ARMQC_02762224 | ARMQC_02762268 | | | |
| DTX-2821 | 2023 | ARMQC_02763952 | ARMQC_02763997 | | | |
| DTX-2822 | 2024 | ARMQC_02763998 | ARMQC_02764031 | | | |
| DTX-2823 | 2024 | ARMQC_02764032 | ARMQC_02764080 | | | |
| DTX-2824 | 2024 | ARMQC_02770029 | ARMQC_02770065 | | | |
| DTX-2825 | 2022.02.04 | QCARM_0557206 | QCARM_0557207 | | 33 | |
| DTX-2826 | 2022.05.10 | QCARM_2396934 | QCARM_2396937 | | 22 | 402, 403, CO, IP, LF |
| DTX-2827 | | QCARM_2553987 | QCARM_2553989 | | 14 | 402, 403, CO, IP, LF |
| DTX-2828 | | QCARM_2553990 | QCARM_2553990 | | | 106, 402, LF |
| DTX-2829 | | QCARM_2553992 | QCARM_2553992 | | | 106, 402, LF |
| DTX-2830 | | QCARM_2553993 | QCARM_2553993 | | | 106, 402, LF |
| DTX-2831 | | QCVARM_0463655 | QCVARM_0463655 | | | 402, LF |
| DTX-2832 | 2025.07.01 | QCVARM_0575607 | QCVARM_0575610 | | | |
| DTX-2833 | 2025.07.01 | QCVARM_0575634 | QCVARM_0575635 | | | |
| DTX-2834 | 2025.07.01 | QCVARM_0575636 | QCVARM_0575637 | | | |
| DTX-2835 | 2024.02.20 | QCVARM_0576944 | QCVARM_0576945 | | | |
| DTX-2836 | 2024.02.28 | QCVARM_0577516 | QCVARM_0577518 | | | 106 |
| DTX-2837 | 2024.05.31 | QCVARM_0579523 | QCVARM_0579527 | | | |
| DTX-2838 | 2024.05.31 | QCVARM_0579532 | QCVARM_0579540 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2839 | 2024.01.10 | QCVARM_0579596 | QCVARM_0579599 | [redacted] | | 402, 403 |
| DTX-2840 | 2024.02.22 | QCVARM_1122490 | QCVARM_1122491 | [redacted] | | |
| DTX-2841 | 2025.05.28 | QCVARM_1151672 | QCVARM_1151675 | [redacted] | | 402, 403, LF |
| DTX-2842 | 2025.06.04 | QCVARM_1151710 | QCVARM_1151714 | [redacted] | | 402, LF |
| DTX-2843 | 2026.08.17 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2844 | 2022.11.02 | | | [redacted] | | 402, 403 |
| DTX-2845 | 2022.11.02 | | | [redacted] | | 402, 403 |
| DTX-2846 | 2023.02.02 | | | [redacted] | | 402, 403 |
| DTX-2847 | 2023.02.02 | | | [redacted] | | 402, 403 |
| DTX-2848 | 2023.05.03 | | | [redacted] | | 402, 403 |
| DTX-2849 | 2023.05.03 | | | [redacted] | | 402, 403 |
| DTX-2850 | 2023.08.02 | | | [redacted] | | 402, 403 |
| DTX-2851 | 2023.08.02 | | | [redacted] | | 402, 403 |
| DTX-2852 | 2023.11.01 | | | [redacted] | | 402, 403 |
| DTX-2853 | 2023.11.01 | | | [redacted] | | 402, 403 |
| DTX-2854 | 2024.01.31 | | | [redacted] | | 402, 403 |
| DTX-2855 | 2024.01.31 | | | [redacted] | | 402, 403 |
| DTX-2856 | 2024.05.01 | | | [redacted] | | 402, 403 |
| DTX-2857 | 2024.05.01 | | | [redacted] | | 402, 403 |
| DTX-2858 | 2024.07.31 | | | [redacted] | | 402, 403 |
| DTX-2859 | 2024.07.31 | | | [redacted] | | 402, 403 |
| DTX-2860 | 2024.11.06 | | | [redacted] | | 402, 403 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2861 | 2024.11.06 | | | [redacted] | | 402, 403 |
| DTX-2862 | 2025.02.05 | | | | | 402, 403 |
| DTX-2863 | 2025.02.05 | | | | | 402, 403 |
| DTX-2864 | 2025.04.30 | | | | | 402, 403 |
| DTX-2865 | 2025.04.30 | | | | | 402, 403 |
| DTX-2866 | 2025.07.30 | | | | | 402, 403 |
| DTX-2867 | 2025.07.30 | | | | | 402, 403 |
| DTX-2868 | 2025.11.05 | | | | | 402, 403 |
| DTX-2869 | 2025.11.05 | | | | | 402, 403 |
| DTX-2870 | 2026.02.04 | | | | | 402, 403 |
| DTX-2871 | 2026.02.04 | | | | | 402, 403 |
| DTX-2872 | 2026.04.29 | | | | | 402, 403 |
| DTX-2873 | 2026.04.29 | | | | | 402, 403 |
| DTX-2874 | 2026.07.29 | | | | | 402, 403 |
| DTX-2875 | 2026.07.29 | | | | | 402, 403 |
| DTX-2876 | 2026.04.29 | | | | | 402, 403 |
| DTX-2877 | 2026.07.29 | | | | | 402, 403 |
| DTX-2878 | 2026.01.22 | | | | | 402, 403, LF |
| DTX-2879 | 2023.02.02 | | | | | 402, 403 |
| DTX-2880 | 2024.01.31 | | | | | 402, 403 |
| DTX-2881 | 2025.02.05 | | | | | 402, 403 |
| DTX-2882 | 2021.10.28 | ARM_00001192 | ARM_00001193 | | | 802 |
| DTX-2883 | 2023.05.03 | | | | | 402, 403 |
| DTX-2884 | 2024.05.01 | | | | | 402, 403, 802 |
| DTX-2885 | 2025.04.30 | | | | | 402, 403 |
| DTX-2886 | 2023.08.02 | | | | | 402, 403 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2887 | 2024.07.31 | | | [redacted] | | 402, 403, 802 |
| DTX-2888 | 2025.07.30 | | | [redacted] | | 402, 403 |
| DTX-2889 | 2022.11.02 | | | [redacted] | | 402, 403 |
| DTX-2890 | 2023.11.01 | | | [redacted] | | 402, 403 |
| DTX-2891 | 2024.11.06 | | | [redacted] | | 402, 403 |
| DTX-2892 | 2025.11.05 | | | [redacted] | | 402, 403 |
| DTX-2893 | 2014.11.05 | | | [redacted] | | |
| DTX-2894 | 2026.01.23 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2895 | 2026.05.08 | | | [redacted] | | 402, 403, 802, LF |
| DTX-2896 | 2026.07.29 | | | [redacted] | 1 | 802, ND |
| DTX-2897 | 2023.11.29 | QCVARM_0717207 | QCVARM_0717216 | [redacted] | 2 | |
| DTX-2898 | 2023.11.29 | QCVARM_0714734 | QCVARM_0714740 | [redacted] | 3 | |
| DTX-2899 | 2026.07.29 | | | [redacted] | 1 | 802, ND |
| DTX-2900 | 2026.08.12 | | | [redacted] | 2 | LF, 802, 805, ND |
| DTX-2901 | 2023.11.29 | QCVARM_0717207 | QCVARM_0717216 | [redacted] | 3 | |
| DTX-2902 | Jan-21 | ARM_01426109 | ARM_01426160 | [redacted] | 4 | |
| DTX-2903 | | | | [redacted] | 5 | 402, 403, 802, LF, D |
| DTX-2904 | | | | [redacted] | 6 | 802, ND |
| DTX-2905 | 2013.02.16 | QCARM_3961297 | QCARM_3961298 | [redacted] | | LF, 802, 805 |
| DTX-2906 | 2022.05.17 | ARM_00044607 | ARM_00044608 | [redacted] | | 402, 403, CO, IP, LF |
| DTX-2907 | | ARM_00044609 | ARM_00044609 | [redacted] | | 106, 402, 802, LF |
| DTX-2908 | 2026.08.07 | | | [redacted] | 13 | 802, ND |
| DTX-2909 | 2025.06.04 | ARMQC_02771125 | ARMQC_02771125 | [redacted] | 14 | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2910 | 2025.06.13 | ARMQC_02771127 | ARMQC_02771127 | [redacted] | 15 | |
| DTX-2911 | 2025.08.08 | QCVARM_1151971 | QCVARM_1151994 | | 16 | LF |
| DTX-2912 | 2025.09.22 | QCVARM_1159431 | QCVARM_1159436 | | 17 | 106 |
| DTX-2913 | 2025.12.10 | QCVARM_1159488 | QCVARM_1159518 | | 18 | 106 |
| DTX-2914 | 2026.04.28 | QCVARM_1160916 | QCVARM_1160922 | | 19 | |
| DTX-2915 | 2026.06.12 | QCVARM_1163483 | QCVARM_1163513 | | 20 | 802, LF |
| DTX-2916 | 2026.08.18 | ARMQC_02800850 | ARMQC_02800915 | | 21 | 802, LF |
| DTX-2917 | | QCVARM_1163539 | QCVARM_1163541 | | 22 | 402, LF |
| DTX-2918 | Jul-26 | QCVARM_1163542 | QCVARM_1163543 | | 23 | |
| DTX-2919 | 2012.03.30 | ARM_01298930 | ARM_01298943 | | | |
| DTX-2920 | 2013.01.21 | QCARM_3419274 | QCARM_3419313 | | | |
| DTX-2921 | 2013.02.26 | QCARM_3419550 | QCARM_3419589 | | | |
| DTX-2922 | 2013.03.14 | QCARM_3419793 | QCARM_3419831 | | | |
| DTX-2923 | 2013.02.13 | QCARM_3423957 | QCARM_3423084 | | | |
| DTX-2924 | 2012.12.05 | QCARM_7428284 | QCARM_7428321 | | | |
| DTX-2925 | 2012.12.01 | QCARM_7428335 | QCARM_7428396 | | | |
| DTX-2926 | 2012.11.10 | QCARM_7428583 | QCARM_7428608 | | | |
| DTX-2927 | 2012.10.13 | QCARM_7428653 | QCARM_7428732 | | | |
| DTX-2928 | 2012.05.17 | QCARM_7428876 | QCARM_7428909 | | | |
| DTX-2929 | 2012.04.26 | QCARM_7428964 | QCARM_7428997 | | | |
| DTX-2930 | 2012.04.13 | QCARM_7429066 | QCARM_7429101 | | | |
| DTX-2931 | 2012.03.30 | QCARM_7429183 | QCARM_7429198 | | | |
| DTX-2932 | 2012.03.29 | QCARM_7429201 | QCARM_7429216 | | | |
| DTX-2933 | 2011.11.16 | QCARM_7429460 | QCARM_7429491 | | | ID |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2934 | 2012.03.21 | QCARM_7431186 | QCARM_7431195 | [redacted] | | |
| DTX-2935 | 2012.03.22 | QCARM_7431196 | QCARM_7431211 | | | |
| DTX-2936 | 2012.04.19 | QCARM_7431399 | QCARM_7431433 | | | |
| DTX-2937 | 2012.05.25 | QCARM_7431570 | QCARM_7431603 | | | |
| DTX-2938 | 2012.06.07 | QCARM_7431616 | QCARM_7431651 | | | |
| DTX-2939 | 2012.09.21 | QCARM_7431834 | QCARM_7431909 | | | |
| DTX-2940 | 2012.10.30 | QCARM_7431948 | QCARM_7431987 | | | |
| DTX-2941 | 2012.11.28 | QCARM_7432608 | QCARM_7432646 | | | |
| DTX-2942 | 2012.10.25 | QCARM_7432659 | QCARM_7432696 | | | |
| DTX-2943 | 2012.05.11 | QCARM_7433077 | QCARM_7433111 | | | |
| DTX-2944 | 2012.11.20 | QCARM_7433787 | QCARM_7433825 | | | |
| DTX-2945 | 2012.05.04 | QCARM_7433911 | QCARM_7433945 | | | |
| DTX-2946 | 2003.09.29 | ARM_00104219 | ARM_00104236 | | | |
| DTX-2947 | 2004.12.17 | ARM_01299849 | ARM_01299853 | | | |
| DTX-2948 | 1997.09.30 | ARM_01300035 | ARM_01300094 | | | |
| DTX-2949 | | QCARM_0337107 | QCARM_0337122 | | | 106, LF |
| DTX-2950 | | QCARM_0345358 | QCARM_0345358 | | | 106, LF |
| DTX-2951 | 2012.03.30 | QCARM_0345359 | QCARM_0345372 | | | 106 |
| DTX-2952 | 2013.02.21 | QCARM_3420732 | QCARM_3420732 | | | 106 |
| DTX-2953 | | QCARM_3420733 | QCARM_3420764 | | | 106 |
| DTX-2954 | 2012.03.30 | QCARM_3421983 | QCARM_3421996 | | | |
| DTX-2955 | 2003.09.29 | QCARM_3964429 | QCARM_3964445 | | | |
| DTX-2956 | 2012.05.17 | QCARM_7428876 | QCARM_7428876 | | | 106 |
| DTX-2957 | 2012.05.16 | QCARM_7428877 | QCARM_7428909 | | | 106 |
| DTX-2958 | 2012.04.10 | QCARM_7429107 | QCARM_7429110 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2959 | 2012.03.30 | QCARM_7429140 | QCARM_7429141 | [redacted] | | 106 |
| DTX-2960 | | QCARM_7429142 | QCARM_7429155 | | | 106 |
| DTX-2961 | 2012.03.30 | QCARM_7429183 | QCARM_7429184 | | | 106 |
| DTX-2962 | | QCARM_7429185 | QCARM_7429198 | | | 106 |
| DTX-2963 | 2012.03.29 | QCARM_7429201 | QCARM_7429202 | | | 106 |
| DTX-2964 | | QCARM_7429203 | QCARM_7429216 | | | 106 |
| DTX-2965 | 2012.03.23 | QCARM_7429249 | QCARM_7429250 | | | |
| DTX-2966 | 2012.03.23 | QCARM_7429253 | QCARM_7429254 | | | |
| DTX-2967 | 2012.03.19 | QCARM_7429265 | QCARM_7429266 | | | |
| DTX-2968 | 2012.03.26 | QCARM_7430297 | QCARM_7430297 | | | 106 |
| DTX-2969 | | QCARM_7430298 | QCARM_7430312 | | | 106 |
| DTX-2970 | 2012.03.21 | QCARM_7430317 | QCARM_7430317 | | | 106 |
| DTX-2971 | | QCARM_7430318 | QCARM_7430326 | | | 106 |
| DTX-2972 | 2012.03.22 | QCARM_7430517 | QCARM_7430518 | | | 106 |
| DTX-2973 | | QCARM_7430519 | QCARM_7430533 | | | 106 |
| DTX-2974 | 2012.03.13 | QCARM_7431151 | QCARM_7431155 | | | |
| DTX-2975 | 2012.03.21 | QCARM_7431186 | QCARM_7431186 | | | 106 |
| DTX-2976 | | QCARM_7431187 | QCARM_7431195 | | | 106 |
| DTX-2977 | 2012.03.22 | QCARM_7431196 | QCARM_7431196 | | | 106 |
| DTX-2978 | | QCARM_7431197 | QCARM_7431211 | | | 106 |
| DTX-2979 | 2012.03.22 | QCARM_7431212 | QCARM_7431212 | | | 106 |
| DTX-2980 | | QCARM_7431213 | QCARM_7431227 | | | 106 |
| DTX-2981 | 2012.03.28 | QCARM_7431229 | QCARM_7431229 | | | 106 |
| DTX-2982 | | QCARM_7431230 | QCARM_7431244 | | | 106 |
| DTX-2983 | 2012.03.28 | QCARM_7431246 | QCARM_7431246 | | | 106 |
| DTX-2984 | | QCARM_7431247 | QCARM_7431261 | | | 106 |
| DTX-2985 | 2012.03.29 | QCARM_7431262 | QCARM_7431263 | | | 106 |
| DTX-2986 | | QCARM_7431264 | QCARM_7431278 | | | 106 |
| DTX-2987 | 2012.03.30 | QCARM_7431289 | QCARM_7431291 | | | 106 |
| DTX-2988 | | QCARM_7431292 | QCARM_7431305 | | | 106 |
| DTX-2989 | 2012.03.30 | QCARM_7431306 | QCARM_7431319 | | | 106 |
| DTX-2990 | 2012.04.19 | QCARM_7431399 | QCARM_7431399 | | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-2991 | 2012.04.19 | QCARM_7431400 | QCARM_7431433 | [redacted] | | 106 |
| DTX-2992 | 2012.05.14 | QCARM_7431474 | QCARM_7431475 | | | 106 |
| DTX-2993 | 2012.05.14 | QCARM_7431476 | QCARM_7431508 | | | 106 |
| DTX-2994 | 2012.11.27 | QCARM_7432151 | QCARM_7432155 | | | LF, 106, 805 |
| DTX-2995 | 2012.11.19 | QCARM_7432156 | QCARM_7432161 | | | LF, 805 |
| DTX-2996 | 2012.11.26 | QCARM_7432162 | QCARM_7432168 | | | LF, 805 |
| DTX-2997 | 2012.03.29 | QCARM_7432557 | QCARM_7432557 | | | 106 |
| DTX-2998 | | QCARM_7432558 | QCARM_7432572 | | | 106 |
| DTX-2999 | 2012.11.05 | QCARM_7477048 | QCARM_7477048 | | | 106 |
| DTX-3000 | 2012.10.13 | QCARM_7477049 | QCARM_7477074 | | | 106 |
| DTX-3001 | 2003.09.29 | QCVARM_1016312 | QCVARM_1016325 | | | |
| DTX-3002 | 2004.06.25 | QCVARM_1016326 | QCVARM_1016327 | | | |
| DTX-3003 | 2003.09.29 | QCVARM_1016328 | QCVARM_1016344 | | | |
| DTX-3004 | 2004.12.15 | QCVARM_1016345 | QCVARM_1016377 | | | LF, CO |
| DTX-3005 | 2004.12.17 | QCVARM_1016378 | QCVARM_1016379 | | | |
| DTX-3006 | 2007.05.01 | QCVARM_1016380 | QCVARM_1016380 | | | |
| DTX-3007 | 2009.06.30 | QCVARM_1016381 | QCVARM_1016382 | | | |
| DTX-3008 | 2010.06.30 | QCVARM_1016383 | QCVARM_1016385 | | | |
| DTX-3009 | | QCVARM_1163822 | QCVARM_1163822 | | | 402, LF |
| DTX-3010 | | QCVARM_1122733 | QCVARM_1122733 | | | |
| DTX-3011 | | QCVARM_1122735 | QCVARM_1122735 | | | |
| DTX-3012 | 2026.07.29 | | | | 1 | 802, ND |
| DTX-3013 | 2023.11.29 | QCVARM_0717207 | QCVARM_0717216 | | 2 | |
| DTX-3014 | 2023.11.29 | QCVARM_0714734 | QCVARM_0714740 | | 3 | |
| DTX-3015 | 2013.04.09 | ARM_01246569 | ARM_01246571 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-3016 | 2013.05.29 | ARM_01252762 | ARM_01252762 | [redacted] | | 106 |
| DTX-3017 | 2013.05.29 | ARM_01252763 | ARM_01252791 | | | 106 |
| DTX-3018 | 2013.05.30 | ARM_01253169 | ARM_01253169 | | | 106 |
| DTX-3019 | 2013.05.30 | ARM_01253170 | ARM_01253211 | | | 106 |
| DTX-3020 | 2013.05.30 | ARM_01253214 | ARM_01253242 | | | 106 |
| DTX-3021 | 2013.05.10 | ARM_01253763 | ARM_01253763 | | | 106 |
| DTX-3022 | 2013.05.10 | ARM_01253764 | ARM_01253796 | | | 106 |
| DTX-3023 | 2013.05.16 | ARM_01253837 | ARM_01253837 | | | 106 |
| DTX-3024 | 2013.05.16 | ARM_01253838 | ARM_01253866 | | | 106 |
| DTX-3025 | 2013.04.24 | ARM_01253869 | ARM_01253870 | | | 106 |
| DTX-3026 | 2013.04.24 | ARM_01253871 | ARM_01253901 | | | 106 |
| DTX-3027 | 2013.04.13 | ARM_01253937 | ARM_01253937 | | | 106 |
| DTX-3028 | 2013.04.12 | ARM_01253938 | ARM_01253975 | | | 106 |
| DTX-3029 | 2013.04.12 | ARM_01253978 | ARM_01254009 | | | 106 |
| DTX-3030 | 2013.03.19 | ARM_01254012 | ARM_01254012 | | | 106 |
| DTX-3031 | 2013.03.12 | ARM_01254192 | ARM_01254192 | | | 106 |
| DTX-3032 | 2013.03.04 | ARM_01254193 | ARM_01254223 | | | 106 |
| DTX-3033 | 2013.02.16 | ARM_01254373 | ARM_01254375 | | | LF, 106, 402, 403, 802, 805 |
| DTX-3034 | 2013.02.16 | ARM_01254376 | ARM_01254376 | | | 106 |
| DTX-3035 | 2013.02.14 | ARM_01254377 | ARM_01254415 | | | 106 |
| DTX-3036 | 2013.02.18 | ARM_01254439 | ARM_01254441 | | | LF, 802, 805 |
| DTX-3037 | 2013.02.18 | ARM_01254471 | ARM_01254474 | | | LF, 106, 802, 805 |
| DTX-3038 | 2013.02.18 | ARM_01254476 | ARM_01254479 | | | LF, 106, 802, 805 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-3039 | 2013.02.21 | ARM_01254739 | ARM_01254739 | [redacted] | | 106 |
| DTX-3040 | 2013.02.21 | ARM_01254740 | ARM_01254771 | | | 106 |
| DTX-3041 | 2013.03.19 | ARM_01255112 | ARM_01255112 | | | 106 |
| DTX-3042 | 2013.03.19 | ARM_01255113 | ARM_01255144 | | | 106 |
| DTX-3043 | 2013.03.19 | ARM_01255147 | ARM_01255165 | | | 106 |
| DTX-3044 | 2013.03.19 | ARM_01255166 | ARM_01255190 | | | 106 |
| DTX-3045 | 2013.03.19 | ARM_01255191 | ARM_01255204 | | | 106 |
| DTX-3046 | 2013.01.21 | ARM_01255219 | ARM_01255220 | | | 106 |
| DTX-3047 | 2013.01.21 | ARM_01255221 | ARM_01255258 | | | 106 |
| DTX-3048 | 2013.01.26 | ARM_01255588 | ARM_01255592 | | | 106 |
| DTX-3049 | 2012.01.22 | ARM_01255593 | ARM_01255620 | | | 106 |
| DTX-3050 | 2012.01.22 | ARM_01255623 | ARM_01255656 | | | 106 |
| DTX-3051 | 2013.02.27 | ARM_01256743 | ARM_01256744 | | | LF, 106, 802, 805 |
| DTX-3052 | 2013.03.01 | ARM_01256787 | ARM_01256791 | | | LF, 802, 805 |
| DTX-3053 | | QCARM_0337123 | QCARM_0337132 | | | 106, LF |
| DTX-3054 | 2013.02.07 | QCARM_3419096 | QCARM_3419099 | | | 106 |
| DTX-3055 | 2013.01.25 | QCARM_3419100 | QCARM_3419138 | | | 106 |
| DTX-3056 | 2013.02.08 | QCARM_3419339 | QCARM_3419339 | | | 106 |
| DTX-3057 | 2013.02.08 | QCARM_3419340 | QCARM_3419378 | | | 106 |
| DTX-3058 | 2013.03.12 | QCARM_3423568 | QCARM_3423568 | | | 106 |
| DTX-3059 | 2013.03.04 | QCARM_3423569 | QCARM_3423598 | | | 106 |
| DTX-3060 | 2013.04.16 | QCARM_3960965 | QCARM_3960967 | | | |
| DTX-3061 | 2013.04.18 | QCARM_3960968 | QCARM_3960970 | | | |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-3062 | 2013.03.19 | QCARM_3961563 | QCARM_3961563 | [redacted] | | 106 |
| DTX-3063 | 2013.03.19 | QCARM_3961564 | QCARM_3961582 | | | 106 |
| DTX-3064 | 2013.03.19 | QCARM_3961583 | QCARM_3961614 | | | 106 |
| DTX-3065 | 2013.03.19 | QCARM_3961615 | QCARM_3961639 | | | 106 |
| DTX-3066 | 2013.03.19 | QCARM_3961640 | QCARM_3961653 | | | 106 |
| DTX-3067 | 2013.03.18 | QCARM_3961654 | QCARM_3961655 | | | LF, 106, 805 |
| DTX-3068 | 2013.03.18 | QCARM_3961656 | QCARM_3961693 | | | 106 |
| DTX-3069 | 2013.04.13 | QCARM_7401082 | QCARM_7401082 | | | 106 |
| DTX-3070 | 2013.04.02 | QCARM_7401083 | QCARM_7401120 | | | 106 |
| DTX-3071 | 2013.04.12 | QCARM_7401122 | QCARM_7401153 | | | 106 |
| DTX-3072 | 2012.11.19 | QCARM_7428540 | QCARM_7428540 | | | 106 |
| DTX-3073 | 2012.10.23 | QCARM_7428541 | QCARM_7428566 | | | 106 |
| DTX-3074 | 2012.10.13 | QCARM_7428655 | QCARM_7428660 | | | 106 |
| DTX-3075 | 2012.10.13 | QCARM_7428661 | QCARM_7428696 | | | 106 |
| DTX-3076 | 2012.10.13 | QCARM_7428697 | QCARM_7428732 | | | 106 |
| DTX-3077 | 2012.08.28 | QCARM_7428798 | QCARM_7428800 | | | LF, 403, 805 |
| DTX-3078 | 2012.08.27 | QCARM_7428801 | QCARM_7428805 | | | LF, 403, 805 |
| DTX-3079 | 2012.04.26 | QCARM_7428966 | QCARM_7428997 | | | 106 |
| DTX-3080 | 2011.11.14 | QCARM_7429554 | QCARM_7429554 | | | 106 |
| DTX-3081 | 2011.11.14 | QCARM_7429555 | QCARM_7429580 | | | 106 |
| DTX-3082 | 2011.10.29 | QCARM_7431034 | QCARM_7431034 | | | 106 |

| DTX No. | Date | BegBates | EndBates | Description | Depo Ex. | Objections |
|---|---|---|---|---|---|---|
| DTX-3083 | 2011.10.28 | QCARM_7431035 | QCARM_7431060 | [redacted] | | 106 |
| DTX-3084 | | QCARM_7431061 | QCARM_7431063 | | | 106 |
| DTX-3085 | 2011.10.28 | QCARM_7431064 | QCARM_7431067 | | | 106, 805 |
| DTX-3086 | 2012.08.27 | QCARM_7431801 | QCARM_7431805 | | | LF, 403, 805 |
| DTX-3087 | 2012.10.30 | QCARM_7432028 | QCARM_7432028 | | | LF, 106, 402, 403 |
| DTX-3088 | 2012.10.30 | QCARM_7432029 | QCARM_7432065 | | | LF, 106, 402, 403 |
| DTX-3089 | 2012.10.23 | QCARM_7432066 | QCARM_7432091 | | | 106 |
| DTX-3090 | 2011.11.09 | QCARM_7475183 | QCARM_7475183 | | | 106 |
| DTX-3091 | 2011.11.09 | QCARM_7475184 | QCARM_7475209 | | | 106 |
| DTX-3092 | 2011.11.08 | QCARM_7475210 | QCARM_7475213 | | | 106, 805 |
| DTX-3093 | 2012.11.26 | QCARM_7475547 | QCARM_7475551 | | | LF, 106, 805 |
| DTX-3094 | 2012.11.20 | QCARM_7475552 | QCARM_7475577 | | | 106 |
| DTX-3095 | 2013.08.31 | QCARM_7476848 | QCARM_7476854 | | | LF, 403, 805 |
| DTX-3096 | 2026.07.23 | | | | | 402, 403, 802, 805, LF, ILL |
| DTX-3097 | 2026.08.15 | | | | | 402, 403, 802, LF, ILL |
| DTX-3098 | Jul-26 | | | | | 402, 403, 802, 805, LF, NP |
| DTX-3099 | 2026.08.26 | | | | | 402, 403, 802, 805, 901, LF, NP |
| DTX-3100 | 2026.07.29 | | | | | 402, 403, 802, 805 |
| DTX-3101 | 2026.06.24 | | | | | 402, 403 |
| DTX-3102 | 2026.05.05 | | | | | 402, 403, 802, 901, LF |
| DTX-3103 | 2026.03.24 | ARMQC_02800208 | ARMQC_02800215 | | | 802, 805, ILL |
| DTX-3104 | 2026.04.09 | ARMQC_02800568 | ARMQC_02800570 | | | 402, 403, 802, 805, LF |
| DTX-3105 | 2025.06.23 | | | | 3 | 802, ND |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN (Consolidated)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**APPENDIX: PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS**

Pursuant to Local Rule 16.3(c)(6), Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") has provided objections to Defendants' Exhibit List.

Qualcomm's Objections to Defendants' Exhibit List are designated by the following:

**Qualcomm's Deposition Designation Objection Key**

| Code | Objection |
|---|---|
| CO | Contrary to Court Order |
| CP | Composite; not a single document |
| D | Duplicative of other exhibits |
| ID | Incorrect Description |
| ILL | Illegible copy of exhibit |
| IP | Issue Preclusion |
| LF | Lacks Foundation |
| MIL | Subject of a motion *in limine* |
| ND | Not proper designation |
| NP | Not produced during discovery |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial<br>Mislead the jury; mini-trial<br>Waste of time/cumulative |
| 404 | Inadmissible other acts |
| 408 | Privileged settlement communication |
| 501 | Privileged |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Authenticity |
| 1002 | Best evidence |
| 1006 | Improper summary |

Qualcomm reserves the right to amend and / or supplement its objections to Defendants' Exhibit List for any reason, including with respect to the Court's rulings on motions *in limine* or other pre-trial rulings. Qualcomm also reserves the right to introduce or use any of Defendants' exhibits, to the extent Defendants do not do so.

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 10**

**PLAINTIFFS' LIST OF WITNESSES TO BE CALLED AT THE OCTOBER TRIAL**

**AND DEFENDANTS' OBJECTIONS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN<br>(Consolidated)** |

**EXHIBIT 10: PLAINTIFFS' LIST OF WITNESSES TO BE CALLED AT THE OCTOBER TRIAL**

Pursuant to Local Rule 16.3(c)(7), Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") hereby identifies the list of witnesses that, subject to the availability of each witness, Qualcomm intends to call at trial, either live or via previous testimony (including deposition testimony), or may call at trial, either live or via previous testimony (including deposition testimony).

Qualcomm reserves the right to revise, supplement, amend, or update this list of witnesses, and to submit, as appropriate, additions and/or deletions or revisions to this list as the pretrial and trial process evolves, in accordance with Fed. R. Civ. P. 26(a)(3), D. Del. LR 16.3, or in view of other events or changed circumstances that may occur before or during trial, including to address issues discussed while meeting and conferring with Arm Holdings plc f/k/a Arm Ltd. and Arm Ltd. (collectively, "Arm") on outstanding trial management issues, to respond to further rulings by the Court, to remove witnesses that prove unnecessary, to rebut evidence presented at trial by Arm, or to address any other changed circumstances. Qualcomm reserves the right to call any witness on Arm's witness list, any witness called by Arm, and to call by deposition any witness identified by Arm or on this list who does not testify at trial because Arm or a third party does not bring them to trial or because they are unavailable. Qualcomm also reserves the right to call, live or by deposition, any witness in its list either in its case-in-chief, or as a rebuttal witness, or both.

This list is not a representation that any witness listed is available to appear for trial. By identifying these witnesses, Qualcomm is not required to call them at trial, nor is Qualcomm limited in the manner in which such testimony is presented at trial. Qualcomm also reserves the right to elicit testimony concerning facts from Arm's expert witnesses, including any expert witness who has previously provided testimony on behalf of Arm but whom Arm does not call to testify. Qualcomm reserves the right to call one or more additional witnesses whose testimony is

necessary to establish authenticity or admissibility of any trial exhibit if the admissibility of the exhibit is challenged by Arm. Qualcomm reserves the right to object to any witness or testimony. The identification of a witness on this list shall not constitute waiver of any argument that the witness's testimony is inadmissible if called by Arm. To the extent any witness listed on Arm's witness list has not previously been disclosed, Qualcomm reserves the right to seek to exclude such witness or to depose such witness promptly.

I. **Witnesses Qualcomm Intends to Call at Trial, in Alphabetical Order:**

1. Cristiano Amon
2. Murali Annavaram
3. Ziad Asghar
4. Spencer Collins
5. Lynn Couillard
6. Richard Grisenthwaite
7. Rene Haas
8. Patrick Kennedy
9. Pavan Mulabagal
10. Eric Posner
11. Karthik Shivashankar
12. Jignesh Trivedi
13. Jonathan Weiser
14. Any witnesses Arm calls at trial

**II. Witnesses Qualcomm May Call at Trial (Live), in Alphabetical Order:**

1. Akshay Bhatnagar
2. Ann Chaplin
3. Jeff Fonseca

4. Jeff Golden
5. Durga Malladi
6. Susan Markel
7. Laura Sand
8. Manju Varma
9. Sandy Winer
10. Kurt Wolf
11. Ehab Youssef
12. Any witnesses named on Arm's trial witness list

## III. Witnesses Qualcomm May Call at Trial (By Deposition), in Alphabetical Order:

1. Will Abbey
2. Vivek Agrawal
3. Mohamed Awad
4. Ami Badani
5. Aparajita Bhattacharya
6. Anupa George
7. Peter Greenhalgh
8. Dawn Hill
9. Andrew Howard
10. Phil Hughes
11. Paul Kranhold (FGS)
12. Selena LaCroix (Korn Ferry)
13. Jannik Nelson
14. Kenneth Siegel (Morrison & Foerster)
15. Christine Tran

16. Martin Weidmann

17. Paul Williamson

18. Any witnesses named on Arm's trial witness list

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN<br>(CONSOLIDATED) |

**EXHIBIT 10: DEFENDANTS' OBJECTIONS TO PLAINTIFFS' WITNESS LIST FOR THE OCTOBER TRIAL**

Arm Holdings plc ("Arm Holdings") and Arm Ltd. object to Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") witness list. Qualcomm's will-call list names 13 witnesses, including five Arm employees, and Qualcomm's may-call (live) list names 11 witnesses, including three Arm employees. That is unreasonable for a five-day trial, and Qualcomm's previously-served and current witness lists have not given and do not give Arm Holdings and Arm Ltd. notice of who Qualcomm actually intends to call or may call at trial, or which of Arm's employees Arm Holdings and Arm Ltd. should bring to Delaware should Qualcomm seek to call them adverse.

# PROPOSED PRETRIAL ORDER

## EXHIBIT 11

## DEFENDANTS' WITNESS LISTS FOR THE SEPTEMBER AND OCTOBER TRIALS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | C.A. No. 24-490-MN (CONSOLIDATED) |

**EXHIBIT 11: DEFENDANTS' WITNESS LISTS FOR THE SEPTEMBER AND OCTOBER TRIALS**

Pursuant to Local Rule 16.3(c)(7), Arm Holdings plc ("Arm Holdings") and Arm Ltd. hereby identify the list of witnesses that, subject to the availability of each witness, Arm Holdings plc and Arm Ltd. intend to call at the September and/or the October trials, either live or via previous testimony (including deposition testimony), or may call at the September and/or the October trials, either live or via previous testimony (including deposition testimony).

Arm Holdings and Arm Ltd. reserve the right to revise, supplement, amend, or update this list of witnesses, and to submit, as appropriate, additions and/or deletions or revisions to this list as the pretrial and trial process evolves, in accordance with Fed. R. Civ. P. 26(a)(3) and Local Rule 16.3, or in view of other events or changed circumstances that may occur before or during the September and/or October trials, including to address issues discussed while meeting and conferring with Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") on outstanding trial management issues, to respond to further rulings by the Court, to remove witnesses that prove unnecessary, to rebut evidence presented at either trial by Qualcomm, or to address any other changed circumstances. If any witness listed as a person whom Arm Holdings and Arm Ltd. intend to call to testify in person is unavailable, Arm Holdings and Arm Ltd. reserve the right to offer deposition testimony from that witness consistent with the federal rules. Arm Holdings and Arm Ltd. reserve the right to call any witness on Qualcomm's witness list, any witness called by Qualcomm, and to call by deposition any witness identified by Qualcomm or on this list who does not testify at either trial because Qualcomm or a third party does not bring them to either trial or because they are unavailable. Arm Holdings and Arm Ltd. also reserve the right to call, live or by deposition, any witness on their list either in their case-in-chief, or as a rebuttal witness, or both.

This list is not a representation that any witness listed is available to appear for the September and/or October trials. By identifying these witnesses, Arm Holdings and Arm Ltd. are not required to call them at either trial, nor are Arm Holdings and Arm Ltd. limited in the manner in which such testimony is presented at either trial. Arm Holdings and Arm Ltd. also reserve the right to elicit testimony concerning facts from Qualcomm's expert witnesses, including any expert witness who has previously provided testimony on behalf of Qualcomm but whom Qualcomm does not call to testify. Arm Holdings and Arm Ltd. reserve the right to call one or more additional witnesses whose testimony is necessary to establish authenticity or admissibility of any trial exhibit if the admissibility of the exhibit is challenged by Qualcomm. Arm Holdings and Arm Ltd. reserve the right to object to any witness or testimony. The identification of a witness on this list shall not constitute waiver of any argument that the witness's testimony is inadmissible if called by Qualcomm. To the extent any witness listed on Qualcomm's witness list has not previously been disclosed, Arm Holdings and Arm Ltd. reserve the right to seek to exclude such witness or to depose such witness promptly. Arm Holdings and Arm Ltd. disagree with Qualcomm's objections to Arm Holdings and Arm Ltd.'s proposed witnesses and maintains that each witness identified is relevant to the matters at issue.

## I. September Trial

### a. Witnesses Arm Holdings and Arm Ltd. Intend to Call at Trial, in Alphabetical Order:

1. Thomas Britven
2. Richard Grisenthwaite
3. Ehab Youssef
4. Any witness Qualcomm calls at the bench trial

**b. Witnesses Arm Holdings and Arm Ltd. May Call at Trial (By Deposition), in Alphabetical Order:**

1. Jeff Golden
2. Jignesh Trivedi
3. Manju Varma
4. Gerard Williams
5. Kurt Wolf
6. Any witnesses named on Qualcomm's trial witness list

**II. October Trial**

**a. Witnesses Arm Holdings and Arm Ltd. Intend to Call at Trial, in Alphabetical Order:**

1. Thomas Britven
2. Richard Grisenthwaite
3. Rene Haas
4. Timothy Simcoe
5. Ehab Youssef
6. Any witnesses Qualcomm calls at trial

**b. Witnesses Arm Holdings and Arm Ltd. May Call at Trial (Live), in Alphabetical Order:**

1. Will Abbey
2. Vivek Agrawal
3. Cristiano Amon
4. Mohamed Awad
5. Michael Brogioli
6. Ann Chaplin
7. Spencer Collins

8. Jeff Fonseca
9. Steven Richards
10. Martin Weidmann
11. Jonathan Weiser
12. Paul Williamson
13. Any witnesses named on Qualcomm's trial witness list

**c. Witnesses Arm Holdings and Arm Ltd. May Call at Trial (By Deposition), in Alphabetical Order:**

1. Ziad Asghar
2. Lynn Bos
3. RK Chunduru
4. Larissa Cochron
5. Mark Dragicevich
6. Jeff Golden
7. Manu Gulati
8. Phil Hughes
9. James Jeon
10. Pradeep Kanapathipillai
11. Paul Kranhold
12. Selena LaCroix
13. Durga Malladi
14. Richard Meacham
15. Dawn Montemagni
16. Pavankumar Mulabagal
17. Christopher Patrick
18. Laura Sand

19. Nitin Sharma
20. Kenneth Siegel
21. James Thompson
22. Jignesh Trivedi
23. Manju Varma
24. Jean-Francois (Jeff) Vidon
25. Karl Whealton
26. Gerard Williams
27. Kurt Wolf
28. Any witnesses named on Qualcomm's trial witness list

# PROPOSED PRETRIAL ORDER

## EXHIBIT 12

## PLAINTIFFS' DEPOSITION DESIGNATIONS AND OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS AND DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' INITIAL AND COUNTER-COUNTER DEPOSITION DESIGNATIONS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbey, Will | 11:10:1-11:11:3 | 11 | 10 | 11 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 14:15:1-14:16:2 | 14 | 15 | 14 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 16:16:1-16:24:7 | 16 | 16 | 16 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 17:11:1-17:14:5 | 17 | 11 | 17 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 18:4:1-18:10:3 | 18 | 4 | 18 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 31:25:1-32:15:2 | 31 | 25 | 32 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 36:11:1-36:17:3 | 36 | 11 | 36 | 17 | Plaintiff Affirmative | 402; 403; ID; V; O | 35:20-36:10 | 35 | 20 | 36 | 10 | | | | | | | |
| Abbey, Will | 37:5:1-37:13:5 | 37 | 5 | 37 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 64:8:1-64:10:1 | 64 | 8 | 64 | 10 | Plaintiff Affirmative | 402; 403; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 64:12:1-64:16:6 | 64 | 12 | 64 | 16 | Plaintiff Affirmative | 402; 403; V; O; 602; 611c | | | | | | | | | | | | |
| Abbey, Will | 64:18:1-64:23:5 | 64 | 18 | 64 | 23 | Plaintiff Affirmative | 402; 403; V; O; 602; 611c | | | | | | | | | | | | |
| Abbey, Will | 64:25:1-65:1:10 | 64 | 25 | 65 | 1 | Plaintiff Affirmative | 402; 403 | 65:3-7 | 65 | 3 | 65 | 7 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 65:10-12 | 65 | 10 | 65 | 12 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 65:13-22 | 65 | 13 | 65 | 22 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 65:23-25 | 65 | 23 | 65 | 25 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 66:7-8 | 66 | 7 | 66 | 8 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 66:10-10 | 66 | 10 | 66 | 10 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 66:12-16 | 66 | 12 | 66 | 16 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 66:18-18 | 66 | 18 | 66 | 18 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 66:20-67:2 | 66 | 20 | 67 | 2 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 67:4-4 | 67 | 4 | 67 | 4 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 67:6-6 | 67 | 6 | 67 | 6 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | | | | | | | | 67:8-9 | 67 | 8 | 67 | 9 | | 67:18-67:19 | 67 | 18 | 67 | 19 | |
| | | | | | | | | | | | | | | 67:21-67:23 | 67 | 21 | 67 | 23 | |
| Abbey, Will | 69:2:1-69:19:1 | 69 | 2 | 69 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 78:10:1-78:13:3 | 78 | 10 | 78 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 79:1:1-79:14:5 | 79 | 1 | 79 | 14 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, Will | 87:8:1-88:9:10 | 87 | 8 | 88 | 9 | Plaintiff Affirmative | 402; 403 | 88:10-12 | 88 | 10 | 88 | 12 | | 88:18-88:21 | 88 | 18 | 88 | 21 | 402; 403; 602; ID; 104a; 802; 805 |
| | | | | | | | | | | | | | | 88:24-88:24 | 88 | 24 | 88 | 24 | 402; 403; 602; ID; 104a; 802; 805 |
| Abbey, Will | | | | | | | | 88:15-16 | 88 | 15 | 88 | 16 | | 88:18-88:21 | 88 | 18 | 88 | 21 | 402; 403; 602; ID; 104a; 802; 805 |
| | | | | | | | | | | | | | | 88:24-88:24 | 88 | 24 | 88 | 24 | 402; 403; 602; ID; 104a; 802; 805 |
| Abbey, Will | 291:13:1-291:24:1 | 291 | 13 | 291 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 292:19:1-292:24:2 | 292 | 19 | 292 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 293:2:1-293:15:3 | 293 | 2 | 293 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 295:9:1-295:11:5 | 295 | 9 | 295 | 11 | Plaintiff Affirmative | 402; 404; A; 103 | | | | | | | | | | | | |
| Abbey, Will | 295:13:1-295:25:2 | 295 | 13 | 295 | 25 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, Will | 296:3:1-296:15:2 | 296 | 3 | 296 | 15 | Plaintiff Affirmative | 402; 403; 602 | 294:23-295:7 | 294 | 23 | 295 | 7 | AC | | | | | | |
| Abbey, Will | | | | | | | | 296:19-21 | 296 | 19 | 296 | 21 | | | | | | | |
| Abbey, Will | | | | | | | | 296:23-25 | 296 | 23 | 296 | 25 | | | | | | | |
| Abbey, Will | 296:17:1-296:17:6 | 296 | 17 | 296 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 300:22:1-301:4:6 | 300 | 22 | 301 | 4 | Plaintiff Affirmative | 402; 403; 104a; CC; 602 | 300:14-16 | 300 | 14 | 300 | 16 | | | | | | | |
| Abbey, Will | | | | | | | | 300:18-20 | 300 | 18 | 300 | 20 | | | | | | | |
| Abbey, Will | 301:9:1-301:11:4 | 301 | 9 | 301 | 11 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, Will | 302:4:1-302:11:6 | 302 | 4 | 302 | 11 | Plaintiff Affirmative | 402; 403; 104a; A; 103; 602 | 302:13-16 | 302 | 13 | 302 | 16 | | 302:18-302:20 | 302 | 18 | 302 | 20 | 402; 403; ID; 104a; 602 |
| | | | | | | | | | | | | | | 302:22-302:23 | 302 | 22 | 302 | 23 | 402; 403; ID; 104a; 602 |
| Abbey, Will | 302:25:1-303:1:3 | 302 | 25 | 303 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, Will | 303:3:1-303:4:2 | 303 | 3 | 303 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 303:6:1-303:7:5 | 303 | 6 | 303 | 7 | Plaintiff Affirmative | 402; 403; A | | | | | | | | | | | | |
| Abbey, Will | 303:10:1-303:13:7 | 303 | 10 | 303 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 303:15:1-303:17:2 | 303 | 15 | 303 | 17 | Plaintiff Affirmative | 402; 403; CC | | | | | | | | | | | | |
| Abbey, Will | 303:19:1-303:22:1 | 303 | 19 | 303 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 315:5:1-315:16:8 | 315 | 5 | 315 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 316:2:1-316:8:8 | 316 | 2 | 316 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | 315:17-316:1 | 315 | 17 | 316 | 1 | | | | | | | |
| Abbey, Will | 316:22:1-317:15:4 | 316 | 22 | 317 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | 317:16-18 | 317 | 16 | 317 | 18 | | | | | | | |
| Abbey, Will | 317:19:1-318:12:5 | 317 | 19 | 318 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 321:8:1-321:22:8 | 321 | 8 | 321 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | | | | | | | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 322:11:1-322:13:7 | 322 | 11 | 322 | 13 | Plaintiff Affirmative | 402; 403; 802; V | | | | | | | | | | | | |
| Abbey, Will | 322:15:1-322:18:9 | 322 | 15 | 322 | 18 | Plaintiff Affirmative | 402; 403; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 323:1:1-323:2:1 | 323 | 1 | 323 | 2 | Plaintiff Affirmative | 402; 403; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 323:4:1-323:19:4 | 323 | 4 | 323 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 326:24:1-327:15:7 | 326 | 24 | 327 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | 327:16-17 | 326 | 16 | 326 | 17 | | | | | | | |
| Abbey, Will | | | | | | | | 327:19-21 | 327 | 19 | 327 | 21 | NR, 602 | | | | | | |
| Abbey, Will | 327:23:1-328:10:7 | 327 | 23 | 328 | 10 | Plaintiff Affirmative | 402; 403; A; CC; O; V; 602 | 328:15-16 | 328 | 15 | 328 | 16 | | | | | | | |
| Abbey, Will | | | | | | | | 328:18-23 | 328 | 18 | 328 | 23 | | | | | | | |
| Abbey, Will | 328:12:1-328:13:3 | 328 | 12 | 328 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 328:24:1-330:9:7 | 328 | 24 | 330 | 9 | Plaintiff Affirmative | 402; 403; O; V | | | | | | | | | | | | |
| Abbey, Will | 330:11:1-330:23:8 | 330 | 11 | 330 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 330:25:1-331:11:1 | 330 | 25 | 331 | 11 | Plaintiff Affirmative | 402; 403; O; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 331:13:1-332:3:4 | 331 | 13 | 332 | 3 | Plaintiff Affirmative | 402; 403; O; V; 602 | 332:4-7 | 332 | 4 | 332 | 7 | | | | | | | |
| Abbey, Will | | | | | | | | 332:9-12 | 332 | 9 | 332 | 12 | | | | | | | |
| Abbey, Will | | | | | | | | 332:18-19 | 332 | 18 | 332 | 18 | 611b | | | | | | |
| Abbey, Will | | | | | | | | 332:21-21 | 332 | 21 | 332 | 21 | 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbey, Will | 336:22:1-336:22:6 | 336 | 22 | 336 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 337:2:1-337:22:3 | 337 | 2 | 337 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 338:14:1-338:18:2 | 338 | 14 | 338 | 18 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 339:21:1-340:22:2 | 339 | 21 | 340 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | 340:23-341:4 | 340 | 23 | 341 | 4 | | | | | | | |
| Abbey, Will | 342:7:1-343:11:1 | 342 | 7 | 343 | 11 | Plaintiff Affirmative | 402; 403; 802; O; V; 602; 611c | | | | | | | | | | | | |
| Abbey, Will | 343:14:1-343:19:6 | 343 | 14 | 343 | 19 | Plaintiff Affirmative | 402; 403; A; O; V; 602; 611c | | | | | | | | | | | | |
| Abbey, Will | 343:21:1-343:24:2 | 343 | 21 | 343 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 344:8:1-344:15:3 | 344 | 8 | 344 | 15 | Plaintiff Affirmative | 402; 403; AC; O; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 349:21:1-351:8:5 | 349 | 21 | 351 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; O; V | | | | | | | | | | | | |
| Abbey, Will | 351:10:1-351:12:6 | 351 | 10 | 351 | 12 | Plaintiff Affirmative | | 352:12-14 | 352 | 12 | 352 | 14 | 611b | | | | | | |
| Abbey, Will | | | | | | | | 352:17-353:3 | 352 | 17 | 353 | 3 | 611b | | | | | | |
| Abbey, Will | 353:12:1-353:15:4 | 353 | 12 | 353 | 15 | Plaintiff Affirmative | 402; 403; CD; O; V | | | | | | | | | | | | |
| Abbey, Will | 353:17:1-353:22:9 | 353 | 17 | 353 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 355:22:1-356:4:6 | 355 | 22 | 356 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 356:11:1-356:20:2 | 356 | 11 | 356 | 20 | Plaintiff Affirmative | 402; 403; 802; CC; O; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 356:22:1-357:1:4 | 356 | 22 | 357 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, Will | 357:22:1-358:7:2 | 357 | 22 | 358 | 7 | Plaintiff Affirmative | 402; 403; CC; O; V; 602 | | | | | | | | | | | | |
| Abbey, Will | 358:10:1-358:11:3 | 358 | 10 | 358 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, Will | 358:17:1-358:19:2 | 358 | 17 | 358 | 19 | Plaintiff Affirmative | 403; 404; 602 | | | | | | | | | | | | |
| Abbey, Will | 358:21:1-358:25:4 | 358 | 21 | 358 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbey, William | 8:16:1-8:25:3 | 8 | 16 | 8 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 21:5:1-21:10:3 | 21 | 5 | 21 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 26:4:1-26:13:4 | 26 | 4 | 26 | 13 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 28:2:1-28:8:5 | 28 | 2 | 28 | 8 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 36:5:1-36:10:4 | 36 | 5 | 36 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 36:15:1-36:22:5 | 36 | 15 | 36 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 52:4:1-52:14:10 | 52 | 4 | 52 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 52:16:1-52:18:2 | 52 | 16 | 52 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 52:20:1-52:22:8 | 52 | 20 | 52 | 22 | Plaintiff Affirmative | | 52-19-19 | 52 | 19 | 52 | 19 | 611b | | | | | | |
| Abbey, William | | | | | | | | 52:24-53:1 | 52 | 24 | 53 | 1 | 611b | | | | | | |
| Abbey, William | 58:17:1-58:21:8 | 58 | 17 | 58 | 21 | Plaintiff Affirmative | 402; 403; 104a | 58:24-59:1 | 58 | 24 | 59 | 1 | 104a; 611b; 602; 701 | | | | | | |
| Abbey, William | | | | | | | | 59:3-18 | 59 | 3 | 59 | 18 | 104a; 611b; 602; 701 | | | | | | |
| Abbey, William | 58:23:1-58:23:9 | 58 | 23 | 58 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 61:19:1-61:25:7 | 61 | 19 | 61 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 62:8:1-62:10:4 | 62 | 8 | 62 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 63:11:1-63:12:4 | 63 | 11 | 63 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 65:1:1-65:12:4 | 65 | 1 | 65 | 12 | Plaintiff Affirmative | | 65:13-20 | 65 | 13 | 65 | 20 | | | | | | | |
| Abbey, William | | | | | | | | 66:8-67:9 | 66 | 8 | 67 | 9 | | | | | | | |
| Abbey, William | | | | | | | | 67:11-20 | 67 | 11 | 67 | 20 | | | | | | | |
| Abbey, William | | | | | | | | 67:22-68:1 | 67 | 22 | 68 | 1 | | | | | | | |
| Abbey, William | | | | | | | | 69:1-13 | 69 | 1 | 69 | 13 | | 69:14-69:18 | 69 | 14 | 69 | 18 | 402; 403; ID; 602 |
| Abbey, William | 70:14:1-70:18:4 | 70 | 14 | 70 | 18 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, William | 70:20:1-71:2:2 | 70 | 20 | 71 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | 71:3-8 | 71 | 3 | 71 | 8 | 611b | | | | | | |
| Abbey, William | 71:13:1-71:22:9 | 71 | 13 | 71 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 71:24:1-72:2:8 | 71 | 24 | 72 | 2 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 72:3:4-72:7:5 | 72 | 3 | 72 | 7 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 92:23:1-93:13:7 | 92 | 23 | 93 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 109:24:1-110:1:9 | 109 | 24 | 110 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 110:15:3-110:19:2 | 110 | 15 | 110 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 111:8:1-111:18:5 | 111 | 8 | 111 | 18 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, William | 112:9:1-112:14:2 | 112 | 9 | 112 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, William | 114:2:1-115:2:5 | 114 | 2 | 115 | 2 | Plaintiff Affirmative | 402; 403; 104a | 115:3-8 | 115 | 3 | 115 | 8 | 602; 611b | 115:9-115:15 | 115 | 9 | 115 | 15 | 402; 403; ID; 602 |
| Abbey, William | 116:9:1-116:19:5 | 116 | 9 | 116 | 19 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, William | 118:17:1-118:25:2 | 118 | 17 | 118 | 25 | Plaintiff Affirmative | 402; 403; 104a | 119:7-9 | 119 | 7 | 119 | 9 | 611b | | | | | | |
| Abbey, William | 120:2:1-120:10:4 | 120 | 2 | 120 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, William | 121:5:1-121:10:2 | 121 | 5 | 121 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Abbey, William | 125:23:1-126:2:2 | 125 | 23 | 126 | 2 | Plaintiff Affirmative | 402; 403; 802; 803 | | | | | | | | | | | | |
| Abbey, William | 126:18:1-126:22:1 | 126 | 18 | 126 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; | | | | | | | | | | | | |
| Abbey, William | 130:17:1-130:20:2 | 130 | 17 | 130 | 20 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Abbey, William | 130:23:1-131:8:2 | 130 | 23 | 131 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 135:5:1-135:7:6 | 135 | 5 | 135 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 136:2:1-136:7:1 | 136 | 2 | 136 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 136:12:1-136:14:4 | 136 | 12 | 136 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Abbey, William | 136:16:1-136:19:3 | 136 | 16 | 136 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Abbey, William | 140:8:1-140:17:10 | 140 | 8 | 140 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | 137:21-140:7 | 137 | 21 | 140 | 7 | | 136:21-137:20 | 136 | 21 | 137 | 20 | 402; 403; ID; 104a |
| Abbey, William | 140:22:1-140:24:1 | 140 | 22 | 140 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | 141:2-7 | 141 | 2 | 141 | 7 | | | | | | | |
| Abbey, William | | | | | | | | 141:22-142:2 | 141 | 22 | 142 | 2 | | | | | | | |
| Abbey, William | 149:5:1-149:12:5 | 149 | 5 | 149 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 149:13:1-149:23:2 | 149 | 13 | 149 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 149:24:1-150:5:8 | 149 | 24 | 150 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Abbey, William | 161:5:1-161:19:4 | 161 | 5 | 161 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agrawal, Vivek | 9:13:3-10:24:5 | 9 | 13 | 10 | 24 | Plaintiff Affirmative | | 13:11-13:14 | 13 | 11 | 13 | 14 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 13:25-14:2 | 13 | 25 | 14 | 2 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 70:2-70:19 | 70 | 2 | 70 | 19 | 611b; 106 | 69:23-70:1 | 69 | 23 | 70 | 1 | ID |
| Agrawal, Vivek | | | | | | | | 71:11-71:24 | 71 | 11 | 71 | 24 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 72:25-73:13 | 72 | 25 | 73 | 13 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 74:3-74:9 | 74 | 3 | 74 | 9 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 74:19-75:8 | 74 | 19 | 75 | 8 | 611b | | | | | | |
| Agrawal, Vivek | 15:9:1-15:10:3 | 15 | 9 | 15 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agrawal, Vivek | 22:4:1-22:7:2 | 22 | 4 | 22 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agrawal, Vivek | 26:19:1-27:3:5 | 26 | 19 | 27 | 3 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 27:7:1-27:10:3 | 27 | 7 | 27 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agrawal, Vivek | 27:16:1-27:23:6 | 27 | 16 | 27 | 23 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| Agrawal, Vivek | 27:25:1-28:11:4 | 27 | 25 | 28 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403 | 28:19-28:19 | 28 | 19 | 28 | 19 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 28:21-28:22 | 28 | 21 | 28 | 22 | 611b | | | | | | |
| Agrawal, Vivek | 28:13:1-28:14:4 | 28 | 13 | 28 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 28:24:1-29:5:4 | 28 | 24 | 29 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agrawal, Vivek | 29:10:1-29:14:2 | 29 | 10 | 29 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 29:15:1-29:17:7 | 29 | 15 | 29 | 17 | Plaintiff Affirmative | 402; 403; 602 | | | | | | | | | | | | |
| Agrawal, Vivek | 29:20:1-30:5:2 | 29 | 20 | 30 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 30:7:1-30:19:1 | 30 | 7 | 30 | 19 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 30:25:1-31:22:2 | 30 | 25 | 31 | 22 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 31:9:1-31:15:9 | 31 | 9 | 31 | 15 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 31:23:1-31:25:10 | 31 | 23 | 31 | 25 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 32:1:1-32:7:7 | 32 | 1 | 32 | 7 | Plaintiff Affirmative | 106; 402; 403 | 32:19-39:23 | 32 | 19 | 32 | 23 | 611b | 32:8-9 | 32 | 8 | 32 | 9 | 106 |
| | | | | | | | | | | | | | | 33:9 | 33 | 9 | 33 | 9 | 106 |
| Agrawal, Vivek | | | | | | | | 32:25-33:7 | 32 | 25 | 33 | 7 | 611b | 32:8-9 | 32 | 8 | 32 | 9 | 106 |
| | | | | | | | | | | | | | | 33:9 | 33 | 9 | 33 | 9 | 106 |
| Agrawal, Vivek | 33:10:1-33:17:2 | 33 | 10 | 33 | 17 | Plaintiff Affirmative | 106; 402; 403; V; O | | | | | | | | | | | | |
| Agrawal, Vivek | 35:1:1-35:17:4 | 35 | 1 | 35 | 17 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 36:1:1-36:22:2 | 36 | 1 | 36 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 39:22:1-40:1:5 | 39 | 22 | 40 | 1 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 40:8:1-40:24:9 | 40 | 8 | 40 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 41:2:1-41:2:4 | 41 | 2 | 41 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 41:21:1-42:3:2 | 41 | 21 | 42 | 3 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 45:11:1-45:15:2 | 45 | 11 | 45 | 15 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802 | | | | | | | | | | | | |
| Agrawal, Vivek | 45:20:1-46:2:1 | 45 | 20 | 46 | 2 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802 | | | | | | | | | | | | |
| Agrawal, Vivek | 46:13:1-47:21:5 | 46 | 13 | 47 | 21 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 50:5:1-50:7:6 | 50 | 5 | 50 | 7 | Plaintiff Affirmative | 104a; 602; 402; 403; CD; V | 54:18-54:20 | 54 | 18 | 54 | 20 | | | | | | | |
| Agrawal, Vivek | | | | | | | | 54:22-55:2 | 54 | 22 | 55 | 2 | | | | | | | |
| Agrawal, Vivek | 50:9:1-50:14:1 | 50 | 9 | 50 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 51:5:1-51:17:4 | 51 | 5 | 51 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; CD; V | | | | | | | | | | | | |
| Agrawal, Vivek | 51:20:1-52:5:3 | 51 | 20 | 52 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 53:12:1-53:17:4 | 53 | 12 | 53 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; CD; V | | | | | | | | | | | | |
| Agrawal, Vivek | 53:20:1-53:21:1 | 53 | 20 | 53 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | 53:22-54:3 | 53 | 22 | 54 | 3 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 54:6-15 | 54 | 6 | 54 | 15 | 611b | | | | | | |
| Agrawal, Vivek | 59:17:1-62:1:3 | 59 | 17 | 62 | 1 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 62:3:1-62:6:4 | 62 | 3 | 62 | 6 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 62:13:1-62:15:2 | 62 | 13 | 62 | 15 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802 | 62:18-20 | 62 | 18 | 62 | 20 | | 62:16 | 62 | 16 | 62 | 16 | 106 |
| Agrawal, Vivek | 62:20:1-62:22:5 | 62 | 20 | 62 | 22 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 62:24:1-63:4:9 | 62 | 24 | 63 | 4 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; V | | | | | | | | | | | | |
| Agrawal, Vivek | 63:7:1-63:8:1 | 63 | 7 | 63 | 8 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | 63:17-21 | 63 | 17 | 63 | 21 | V; CD | | | | | | |
| Agrawal, Vivek | | | | | | | | 63:23-24 | 63 | 23 | 63 | 24 | V; CD | | | | | | |
| Agrawal, Vivek | | | | | | | | 65:14-19 | 65 | 14 | 65 | 19 | 611b | | | | | | |
| Agrawal, Vivek | | | | | | | | 65:21-24 | 65 | 21 | 65 | 24 | 611b | | | | | | |
| Agrawal, Vivek | 67:2:1-67:4:9 | 67 | 2 | 67 | 4 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 67:6:1-67:21:3 | 67 | 6 | 67 | 21 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 72:9:1-72:14:1 | 72 | 9 | 72 | 14 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 79:11:1-79:13:1 | 79 | 11 | 79 | 13 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; V | | | | | | | | | | | | |
| Agrawal, Vivek | 79:15:1-79:18:2 | 79 | 15 | 79 | 18 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 79:22:1-79:25:2 | 79 | 22 | 79 | 25 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 80:9:1-80:19:1 | 80 | 9 | 80 | 19 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 80:21:1-80:23:9 | 80 | 21 | 80 | 23 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; V | | | | | | | | | | | | |
| Agrawal, Vivek | 83:7:1-83:13:2 | 83 | 7 | 83 | 13 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | 94:6-8 | 94 | 6 | 94 | 8 | 611b | | | | | | |
| Agrawal, Vivek | 83:22:1-84:5:2 | 83 | 22 | 84 | 5 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 92:20:1-93:5:1 | 92 | 20 | 93 | 5 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 94:3:1-94:5:2 | 94 | 3 | 94 | 5 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Agrawal, Vivek | 148:17:4-149:3:4 | 148 | 17 | 149 | 3 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802 | | | | | | | | | | | | |
| Agrawal, Vivek | 149:11:1-149:16:7 | 149 | 11 | 149 | 16 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 149:21:1-150:25:2 | 149 | 21 | 150 | 25 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 151:7:1-151:25:7 | 151 | 7 | 151 | 25 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 152:5:1-152:7:10 | 152 | 5 | 152 | 7 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 152:9:1-153:2:2 | 152 | 9 | 153 | 2 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 153:15:1-153:18:2 | 153 | 15 | 153 | 18 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 153:22:1-154:4:5 | 153 | 22 | 154 | 4 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; v | | | | | | | | | | | | |
| Agrawal, Vivek | 154:6:1-154:9:5 | 154 | 6 | 154 | 9 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 154:10:1-155:8:5 | 154 | 10 | 155 | 8 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 155:10:1-155:18:3 | 155 | 10 | 155 | 18 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 155:20:1-155:25:9 | 155 | 20 | 155 | 25 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 156:2:1-157:2:4 | 156 | 2 | 157 | 2 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 157:8:1-158:14:7 | 157 | 8 | 158 | 14 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agrawal, Vivek | 158:19:1-159:16:5 | 158 | 19 | 159 | 16 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 159:18:1-159:22:2 | 159 | 18 | 159 | 22 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 159:23:1-160:21:9 | 159 | 23 | 160 | 21 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agrawal, Vivek | 162:18:1-163:8:8 | 162 | 18 | 163 | 8 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 163:12:1-163:20:6 | 163 | 12 | 163 | 20 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agrawal, Vivek | 163:23:1-163:25:2 | 163 | 23 | 163 | 25 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agarwal, Vivek | 8:19:1-8:21:6 | 8 | 19 | 8 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agarwal, Vivek | 9:13:3-9:20:2 | 9 | 13 | 9 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agarwal, Vivek | 10:19:1-10:24:2 | 10 | 19 | 10 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Agarwal, Vivek | 12:6:1-12:8:2 | 12 | 6 | 12 | 8 | Plaintiff Affirmative | 104a; 602; 402; 403; V | | | | | | | | | | | | |
| Agarwal, Vivek | 12:10:1-12:10:7 | 12 | 10 | 12 | 10 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agarwal, Vivek | 12:21:1-12:24:5 | 12 | 21 | 12 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Agarwal, Vivek | 19:8:1-19:13:9 | 19 | 8 | 19 | 13 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 701; V | | | | | | | | | | | | |
| Agarwal, Vivek | 19:15:1-19:15:5 | 19 | 15 | 19 | 15 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 701 | | | | | | | | | | | | |
| Agarwal, Vivek | 31:1:1-31:11:2 | 31 | 1 | 31 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 31:18:1-31:25:2 | 31 | 18 | 31 | 25 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 32:6:1-32:11:5 | 32 | 6 | 32 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 37:11:1-37:14:8 | 37 | 11 | 37 | 14 | Plaintiff Affirmative | 106; 402; 403; V; O | | | | | | | | | | | | |
| Agarwal, Vivek | 37:16:1-37:20:4 | 37 | 16 | 37 | 20 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Agarwal, Vivek | 44:8:1-44:20:2 | 44 | 8 | 44 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 44:25:1-45:10:2 | 44 | 25 | 45 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 45:11:1-45:12:8 | 45 | 11 | 45 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; 602 | | | | | | | | | | | | |
| Agarwal, Vivek | 45:21:1-46:1:2 | 45 | 21 | 46 | 1 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Agarwal, Vivek | 46:3:1-46:5:1 | 46 | 3 | 46 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; V; CD; 106 | | | | | | | | | | | | |
| Agarwal, Vivek | 46:13:1-46:14:5 | 46 | 13 | 46 | 14 | Plaintiff Affirmative | 402; 403; 802; 805; V; CD; 106 | | | | | | | | | | | | |
| Agarwal, Vivek | 46:16:1-46:19:2 | 46 | 16 | 46 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 46:21:1-47:10:9 | 46 | 21 | 47 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | 51:1-51:3 | 51 | 1 | 51 | 3 | 402, 403, 611b | 51:6-51:8 | 51 | 6 | 51 | 8 | |
| Agarwal, Vivek | 51:4:1-51:5:4 | 51 | 4 | 51 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 51:9:1-51:9:6 | 51 | 9 | 51 | 9 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 51:19:1-52:3:2 | 51 | 19 | 52 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 52:21:1-53:12:1 | 52 | 21 | 53 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | 52:11-52:18 | 52 | 11 | 52 | 18 | | | | | | | |
| Agarwal, Vivek | 53:14:1-53:15:4 | 53 | 14 | 53 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Agarwal, Vivek | 54:12:1-54:16:4 | 54 | 12 | 54 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Agarwal, Vivek | 54:18:1-54:24:8 | 54 | 18 | 54 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; 602 | | | | | | | | | | | | |
| Agarwal, Vivek | 55:1:1-55:10:3 | 55 | 1 | 55 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agarwal, Vivek | 55:13:1-55:15:7 | 55 | 13 | 55 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agarwal, Vivek | 55:17:1-55:23:10 | 55 | 17 | 55 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Agarwal, Vivek | 56:1:1-56:20:5 | 56 | 1 | 56 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | 57:25-58:8 | 57 | 25 | 58 | 8 | 402, 403, 611b | 57:17-57:24 | 57 | 17 | 57 | 24 | CD |
| Agarwal, Vivek | | | | | | | | 58:10-58:11 | 58 | 10 | 58 | 11 | | | | | | | |
| Agarwal, Vivek | 56:22:1-56:23:4 | 56 | 22 | 56 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Agarwal, Vivek | 64:10:1-64:20:3 | 64 | 10 | 64 | 20 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805; V; O; A | | | | | | | | | | | | |
| Agarwal, Vivek | 64:22:1-65:11:2 | 64 | 22 | 65 | 11 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | 67:16-67:20 | 67 | 16 | 67 | 20 | | | | | | | |
| Agarwal, Vivek | | | | | | | | 67:22-68:1 | 67 | 22 | 68 | 1 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 68:3-68:5 | 68 | 3 | 68 | 5 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 68:7-68:8 | 68 | 7 | 68 | 8 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 69:7-69:11 | 69 | 7 | 69 | 11 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | 74:13:1-74:19:1 | 74 | 13 | 74 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 106 | | | | | | | | | | | | |
| Agarwal, Vivek | 74:23:1-74:25:5 | 74 | 23 | 74 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 106 | | | | | | | | | | | | |
| Agarwal, Vivek | 76:1:1-76:5:2 | 76 | 1 | 76 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 76:11:1-76:25:4 | 76 | 11 | 76 | 25 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 80:8:1-80:12:8 | 80 | 8 | 80 | 12 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 80:15:1-80:16:6 | 80 | 15 | 80 | 16 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 81:7:1-81:9:4 | 81 | 7 | 81 | 9 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 81:12:1-81:14:1 | 81 | 12 | 81 | 14 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 94:8:1-94:13:2 | 94 | 8 | 94 | 13 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 94:23:1-95:8:4 | 94 | 23 | 95 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 95:13:1-95:19:10 | 95 | 13 | 95 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Agarwal, Vivek | 95:24:1-95:24:6 | 95 | 24 | 95 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 96:9:1-98:1:2 | 96 | 9 | 98 | 1 | Plaintiff Affirmative | 402; 403; 802; 805 | 103:5-103:16 | 103 | 5 | 103 | 16 | 104a, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 103:18-103:23 | 103 | 18 | 103 | 23 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 104:2-104:14 | 104 | 2 | 104 | 14 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 105:19-105:19 | 105 | 19 | 105 | 19 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 105:21-106:1 | 105 | 21 | 106 | 1 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 106:3-107:5 | 106 | 3 | 107 | 5 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 107:8-107:23 | 107 | 8 | 107 | 23 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 107:25-108:7 | 107 | 25 | 108 | 7 | 402, 403, 602, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 108:9-108:14 | 108 | 9 | 108 | 14 | 402, 403, 602, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 108:16-109:14 | 108 | 16 | 109 | 14 | 402, 403, 602, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 109:16-109:19 | 109 | 16 | 109 | 19 | 104a, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 109:21-109:22 | 109 | 21 | 109 | 22 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 109:24-110:8 | 109 | 24 | 110 | 8 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 110:10-110:24 | 110 | 10 | 110 | 24 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 111:1-111:1 | 111 | 1 | 111 | 1 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 111:3-111:13 | 111 | 3 | 111 | 13 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 111:17-111:23 | 111 | 17 | 111 | 23 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 161:12-161:16 | 161 | 12 | 161 | 16 | ID, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 163:10-163:13 | 163 | 10 | 163 | 13 | CC, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 163:16-163:19 | 163 | 16 | 163 | 19 | CC, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 163:21-163:21 | 163 | 21 | 163 | 21 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 164:1-164:5 | 164 | 1 | 164 | 5 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 164:8-164:8 | 164 | 8 | 164 | 8 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 164:14-164:23 | 164 | 14 | 164 | 23 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 164:25-165:2 | 164 | 25 | 165 | 2 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 167:3-167:21 | 167 | 3 | 167 | 21 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 167:23-170:19 | 167 | 23 | 170 | 19 | ID, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 170:21-170:22 | 170 | 21 | 170 | 22 | ID, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | 98:13:1-98:16:1 | 98 | 13 | 98 | 16 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Agarwal, Vivek | 98:18:1-99:5:7 | 98 | 18 | 99 | 5 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 99:10:1-99:11:10 | 99 | 10 | 99 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 112:9:1-112:11:6 | 112 | 9 | 112 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agarwal, Vivek | 112:21:1-113:10:2 | 112 | 21 | 113 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 114:12:1-114:19:5 | 114 | 12 | 114 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 114:20:1-115:20:8 | 114 | 20 | 115 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 115:24:1-117:7:2 | 115 | 24 | 117 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 117:12:1-117:16:2 | 117 | 12 | 117 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 117:21:1-117:22:7 | 117 | 21 | 117 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 118:5:1-119:12:2 | 118 | 5 | 119 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 119:23:1-121:10:11 | 119 | 23 | 121 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 120:18:1-121:1:2 | 120 | 18 | 121 | 1 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 122:8:1-122:13:3 | 122 | 8 | 122 | 13 | Plaintiff Affirmative | 402; 403; 802; V; O; 602 | | | | | | | | | | | | |
| Agarwal, Vivek | 122:15:1-122:17:7 | 122 | 15 | 122 | 17 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Agarwal, Vivek | 122:20:1-123:3:2 | 122 | 20 | 123 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 123:18:1-124:9:7 | 123 | 18 | 124 | 9 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Agarwal, Vivek | 189:10:1-189:13:7 | 189 | 10 | 189 | 13 | Plaintiff Affirmative | 402; 403; V | | | | | | | | | | | | |
| Agarwal, Vivek | 189:15:1-189:22:2 | 189 | 15 | 189 | 22 | Plaintiff Affirmative | 402; 403; V | 191:2-191:3 | 191 | 2 | 191 | 3 | 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 191:5-191:8 | 191 | 5 | 191 | 8 | CC, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 191:11-191:12 | 191 | 11 | 191 | 12 | CC, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 191:14-191:16 | 191 | 14 | 191 | 16 | CC, 402, 403, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 194:10-194:12 | 194 | 10 | 194 | 12 | 402, 403, 602, 802, 611b | | | | | | |
| Agarwal, Vivek | | | | | | | | 194:14-195:9 | 194 | 14 | 195 | 9 | 402, 403, 602, 802, 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Awad, Mohamed | 7:10:1-7:13:3 | 7 | 10 | 7 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 7:21:1-8:14:2 | 7 | 21 | 8 | 14 | Plaintiff Affirmative | | 8:15-8:16 | 8 | 15 | 8 | 16 | | | | | | | |
| Awad, Mohamed | | | | | | | | 8:18-8:22 | 8 | 18 | 8 | 22 | | | | | | | |
| Awad, Mohamed | 9:5:1-9:8:3 | 9 | 5 | 9 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 10:19:1-10:19:9 | 10 | 19 | 10 | 19 | Plaintiff Affirmative | V | | | | | | | | | | | | |
| Awad, Mohamed | 10:21:1-11:15:2 | 10 | 21 | 11 | 15 | Plaintiff Affirmative | V; 611c | | | | | | | | | | | | |
| Awad, Mohamed | 11:17:1-12:5:1 | 11 | 17 | 12 | 5 | Plaintiff Affirmative | 611c; A; AC; V; CD | | | | | | | | | | | | |
| Awad, Mohamed | 12:7:1-12:11:4 | 12 | 7 | 12 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 12:21:1-12:25:2 | 12 | 21 | 12 | 25 | Plaintiff Affirmative | 104a; CD; AC; A; 611c; V | 12:13-12:15 | 12 | 13 | 12 | 15 | | | | | | | |
| Awad, Mohamed | | | | | | | | 12:17-12:19 | 12 | 17 | 12 | 19 | | | | | | | |
| Awad, Mohamed | 13:2:1-13:7:1 | 13 | 2 | 13 | 7 | Plaintiff Affirmative | 104a | 13:8-13:17 | 13 | 8 | 13 | 17 | | 13:18-14:2 | 13 | 18 | 14 | 2 | ID; 104a |
| | | | | | | | | | | | | | | 15:4-15:12 | 15 | 4 | 15 | 12 | ID |
| Awad, Mohamed | 17:4:1-17:20:3 | 17 | 4 | 17 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 17:23:1-18:8:5 | 17 | 23 | 18 | 8 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Awad, Mohamed | 18:12:1-19:5:2 | 18 | 12 | 19 | 5 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Awad, Mohamed | 21:5:1-21:13:3 | 21 | 5 | 21 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 22:4:1-22:12:3 | 22 | 4 | 22 | 12 | Plaintiff Affirmative | | 22:13-22:22 | 22 | 13 | 22 | 22 | 701; 602 | | | | | | |
| Awad, Mohamed | 22:23:1-23:3:4 | 22 | 23 | 23 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 30:23:1-31:5:4 | 30 | 23 | 31 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 31:16:1-32:7:5 | 31 | 16 | 32 | 7 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Awad, Mohamed | 33:17:1-35:3:6 | 33 | 17 | 35 | 3 | Plaintiff Affirmative | | 35:20-22 | 35 | 20 | 35 | 22 | 611b | | | | | | |
| Awad, Mohamed | | | | | | | | 35:24-36:3 | 35 | 24 | 36 | 3 | 611b | | | | | | |
| Awad, Mohamed | | | | | | | | 37:5-37:24 | 37 | 5 | 37 | 24 | 611b | 36:20-37:4 | 36 | 20 | 37 | 4 | |
| Awad, Mohamed | | | | | | | | 38:1-39:8 | 38 | 1 | 38 | 8 | 611b | | | | | | |
| Awad, Mohamed | 40:14:1-40:16:7 | 40 | 14 | 40 | 16 | Plaintiff Affirmative | CD; AC; A; O; V; 103 | 39:2-39:3 | 39 | 2 | 39 | 3 | 611b | | | | | | |
| Awad, Mohamed | | | | | | | | 39:5-39:23 | 39 | 5 | 39 | 23 | 611b | | | | | | |
| Awad, Mohamed | | | | | | | | 39:25-40:1 | 39 | 25 | 40 | 1 | 611b | | | | | | |
| Awad, Mohamed | 40:18:1-41:21:5 | 40 | 18 | 41 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 42:5:1-42:19:8 | 42 | 5 | 42 | 19 | Plaintiff Affirmative | | 42:24-43:1 | 42 | 24 | 43 | 1 | 611b | | | | | | |
| Awad, Mohamed | 43:3:1-43:8:4 | 43 | 3 | 43 | 8 | Plaintiff Affirmative | 802; 104a; AC; V; 602 | | | | | | | | | | | | |
| Awad, Mohamed | 43:10:1-43:11:3 | 43 | 10 | 43 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 43:14:1-43:14:7 | 43 | 14 | 43 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Awad, Mohamed | 44:4:1-44:8:11 | 44 | 4 | 44 | 8 | Plaintiff Affirmative | 104a; CD; AC; A; 611c; V | | | | | | | | | | | | |
| Awad, Mohamed | 44:10:1-44:14:7 | 44 | 10 | 44 | 14 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Awad, Mohamed | 44:15:1-44:25:6 | 44 | 15 | 44 | 25 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Awad, Mohamed | 49:18:1-50:1:6 | 49 | 18 | 50 | 1 | Plaintiff Affirmative | | 47:22-47:23 | 47 | 22 | 47 | 23 | 611b; 402; 403; 802 | | | | | | |
| Awad, Mohamed | | | | | | | | 48:5-49:17 | 48 | 5 | 49 | 17 | 611b; 402; 403; 802 | | | | | | |
| Awad, Mohamed | | | | | | | | 50:7-53:14 | 50 | 7 | 53 | 14 | 611b; 402; 403; 802 | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Badani, Ami | 7:4:1-7:8:6 | 7 | 4 | 7 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 7:12:1-7:13:3 | 7 | 12 | 7 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 7:20:1-8:19:3 | 7 | 20 | 8 | 19 | Plaintiff Affirmative | 403 | 8:20-8:24 | 8 | 20 | 8 | 24 | 611b, 402 | | | | | | |
| Badani, Ami | 8:25:1-9:25:3 | 8 | 25 | 9 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 10:1:1-10:3:2 | 10 | 1 | 10 | 3 | Plaintiff Affirmative | | 10:4-10:13 | 10 | 4 | 10 | 13 | | | | | | | |
| Badani, Ami | 10:14:1-10:23:6 | 10 | 14 | 10 | 23 | Plaintiff Affirmative | | 10:4-10:13 | 10 | 4 | 10 | 13 | | | | | | | |
| Badani, Ami | 14:14:1-14:22:2 | 14 | 14 | 14 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 15:7:1-15:10:2 | 15 | 7 | 15 | 10 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 15:12:1-15:15:7 | 15 | 12 | 15 | 15 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 16:2:1-16:6:8 | 16 | 2 | 16 | 6 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 16:8:1-17:9:4 | 16 | 8 | 17 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 17:15:1-17:18:8 | 17 | 15 | 17 | 18 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 17:20:1-18:1:5 | 17 | 20 | 18 | 1 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 18:3:1-18:5:6 | 18 | 3 | 18 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 18:14:1-19:5:4 | 18 | 14 | 19 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 19:7:1-19:7:3 | 19 | 7 | 19 | 7 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 19:9:1-20:1:2 | 19 | 9 | 20 | 1 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Badani, Ami | 21:2:1-21:13:4 | 21 | 2 | 21 | 13 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 21:15:1-21:17:6 | 21 | 15 | 21 | 17 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 22:23:1-23:3:8 | 22 | 23 | 23 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 23:5:1-23:12:5 | 23 | 5 | 23 | 12 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 23:16:1-23:16:4 | 23 | 16 | 23 | 16 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 23:18:1-23:20:6 | 23 | 18 | 23 | 20 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 23:22:1-23:25:4 | 23 | 22 | 23 | 25 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 24:2:1-24:17:1 | 24 | 2 | 24 | 17 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 25:17:1-25:23:4 | 25 | 17 | 25 | 23 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 25:25:1-26:7:2 | 25 | 25 | 26 | 7 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Badani, Ami | 26:16:1-26:21:4 | 26 | 16 | 26 | 21 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 26:23:1-28:1:3 | 26 | 23 | 28 | 1 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 28:3:1-28:10:8 | 28 | 3 | 28 | 10 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 28:12:1-28:12:7 | 28 | 12 | 28 | 12 | Plaintiff Affirmative | 403; 104a | 29:12-29:22 | 29 | 12 | 29 | 22 | 611b, ND, MIL | | | | | | |
| Badani, Ami | | | | | | | | 30:2-30:5 | 30 | 2 | 30 | 5 | ND, MIL | | | | | | |
| Badani, Ami | | | | | | | | 30:7-30:8 | 30 | 7 | 30 | 8 | ND, MIL | | | | | | |
| Badani, Ami | 30:24:1-31:1:4 | 30 | 24 | 31 | 1 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 31:12:1-31:23:6 | 31 | 12 | 31 | 23 | Plaintiff Affirmative | 403 | 31:2-31:11 | 31 | 2 | 31 | 11 | | | | | | | |
| Badani, Ami | | | | | | | | 46:17-46:24 | 46 | 17 | 46 | 24 | 611b, ND, MIL | 46:6-46:10 | 46 | 6 | 46 | 10 | 104a; V |
| | | | | | | | | | | | | | | 46:13-46:15 | 46 | 13 | 46 | 15 | 104a; V |
| Badani, Ami | 32:20:1-32:25:7 | 32 | 20 | 32 | 25 | Plaintiff Affirmative | 403 | 31:2-31:11 | 31 | 2 | 31 | 11 | 611b | | | | | | |
| Badani, Ami | | | | | | | | 46:17-46:24 | 46 | 17 | 46 | 24 | 611b, ND, MIL | | | | | | |
| Badani, Ami | 33:7:1-33:9:1 | 33 | 7 | 33 | 9 | Plaintiff Affirmative | 403; 104a; V | | | | | | | | | | | | |
| Badani, Ami | 33:11:1-33:19:3 | 33 | 11 | 33 | 19 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 33:21:1-33:22:2 | 33 | 21 | 33 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 34:2:1-35:15:9 | 34 | 2 | 35 | 15 | Plaintiff Affirmative | 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 35:17:1-35:24:5 | 35 | 17 | 35 | 24 | Plaintiff Affirmative | 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 36:1:1-36:5:9 | 36 | 1 | 36 | 5 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 36:7:1-36:11:5 | 36 | 7 | 36 | 11 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 36:13:1-36:20:2 | 36 | 13 | 36 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 37:21:1-37:24:10 | 37 | 21 | 37 | 24 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 38:1:1-38:13:9 | 38 | 1 | 38 | 13 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 38:19:1-38:25:3 | 38 | 19 | 38 | 25 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 39:2:1-39:15:2 | 39 | 2 | 39 | 15 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 39:23:1-40:12:5 | 39 | 23 | 40 | 12 | Plaintiff Affirmative | 403 | 40:13-40:15 | 40 | 13 | 40 | 15 | | | | | | | |
| Badani, Ami | 40:16:1-41:1:6 | 40 | 16 | 41 | 1 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 41:3:1-41:4:4 | 41 | 3 | 41 | 4 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 41:17:2-41:23:7 | 41 | 17 | 41 | 23 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 41:25:1-42:10:1 | 41 | 25 | 42 | 10 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 42:12:1-42:21:6 | 42 | 12 | 42 | 21 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 42:23:1-43:5:1 | 42 | 23 | 43 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 43:7:1-43:15:1 | 43 | 7 | 43 | 15 | Plaintiff Affirmative | 402; 403; CC; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 43:17:1-43:21:8 | 43 | 17 | 43 | 21 | Plaintiff Affirmative | 402; 403; CC; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 43:23:1-44:15:4 | 43 | 23 | 44 | 15 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 44:25:1-45:4:3 | 44 | 25 | 45 | 4 | Plaintiff Affirmative | 402; 403; CC; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 45:6:1-45:14:3 | 45 | 6 | 45 | 14 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 45:17:1-46:2:1 | 45 | 17 | 46 | 2 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 46:4:1-46:4:5 | 46 | 4 | 46 | 4 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 47:10:1-47:13:5 | 47 | 10 | 47 | 13 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 47:15:1-47:22:4 | 47 | 15 | 47 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 47:24:1-47:25:1 | 47 | 24 | 47 | 25 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 48:2:1-48:5:1 | 48 | 2 | 48 | 5 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 48:7:1-48:14:7 | 48 | 7 | 48 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 48:17:1-48:21:10 | 48 | 17 | 48 | 21 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 48:23:1-48:24:4 | 48 | 23 | 48 | 24 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 49:2:1-49:4:7 | 49 | 2 | 49 | 4 | Plaintiff Affirmative | | 49:5-49:8 | 49 | 5 | 49 | 8 | NR | | | | | | |
| Badani, Ami | | | | | | | | 49:10-49:12 | 49 | 10 | 49 | 12 | NR | | | | | | |
| Badani, Ami | | | | | | | | 49:18-49:21 | 49 | 18 | 49 | 21 | NR | | | | | | |
| Badani, Ami | | | | | | | | 49:23-49:25 | 49 | 23 | 49 | 25 | NR | | | | | | |
| Badani, Ami | 52:12:1-52:20:9 | 52 | 12 | 52 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 52:22:1-52:25:8 | 52 | 22 | 52 | 25 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 53:2:1-53:7:2 | 53 | 2 | 53 | 7 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 53:9:1-53:15:5 | 53 | 9 | 53 | 15 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Badani, Ami | 53:17:1-53:21:6 | 53 | 17 | 53 | 21 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 53:23:1-53:25:2 | 53 | 23 | 53 | 25 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 54:1:1-55:11:5 | 54 | 1 | 55 | 11 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 55:13:1-55:19:10 | 55 | 13 | 55 | 19 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Badani, Ami | 55:23:1-56:4:2 | 55 | 23 | 56 | 4 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 56:6:1-56:13:5 | 56 | 6 | 56 | 13 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 56:18:2-56:19:8 | 56 | 18 | 56 | 19 | Plaintiff Affirmative | 403; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 56:21:1-57:3:3 | 56 | 21 | 57 | 3 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 57:5:1-57:14:3 | 57 | 5 | 57 | 14 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 57:16:1-57:19:8 | 57 | 16 | 57 | 19 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 57:21:1-57:21:4 | 57 | 21 | 57 | 21 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 58:4:1-58:9:4 | 58 | 4 | 58 | 9 | Plaintiff Affirmative | 403; 104a; V | | | | | | | | | | | | |
| Badani, Ami | 58:11:1-58:12:4 | 58 | 11 | 58 | 12 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 58:19:2-58:22:5 | 58 | 19 | 58 | 22 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 58:24:1-59:3:7 | 58 | 24 | 59 | 3 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 59:5:1-60:2:1 | 59 | 5 | 60 | 2 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 60:4:1-60:24:3 | 60 | 4 | 60 | 24 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 61:1:1-61:8:5 | 61 | 1 | 61 | 8 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 61:10:1-61:10:5 | 61 | 10 | 61 | 10 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 61:16:1-62:4:6 | 61 | 16 | 62 | 4 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 62:5:1-62:8:2 | 62 | 5 | 62 | 8 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 62:10:1-62:14:2 | 62 | 10 | 62 | 14 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 62:16:1-62:16:4 | 62 | 16 | 62 | 16 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 63:23:1-64:2:5 | 63 | 23 | 64 | 2 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 64:4:1-64:10:10 | 64 | 4 | 64 | 10 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 64:12:1-64:25:7 | 64 | 12 | 64 | 25 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 65:2:1-65:9:5 | 65 | 2 | 65 | 9 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 65:11:1-65:17:3 | 65 | 11 | 65 | 17 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 65:19:1-66:17:4 | 65 | 19 | 66 | 17 | Plaintiff Affirmative | 403; 104a | 66:24-67:4 | 66 | 24 | 67 | 4 | 602, 701 | | | | | | |
| Badani, Ami | 67:16:1-67:19:10 | 67 | 16 | 67 | 19 | Plaintiff Affirmative | 403 | 67:20-67:25 | 67 | 20 | 67 | 25 | | | | | | | |
| Badani, Ami | 68:1:1-68:20:2 | 68 | 1 | 68 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | 67:20-67:25 | 67 | 20 | 67 | 25 | | | | | | | |
| Badani, Ami | 68:23:1-68:25:8 | 68 | 23 | 68 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 69:2:1-69:12:3 | 69 | 2 | 69 | 12 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 69:14:1-69:16:1 | 69 | 14 | 69 | 16 | Plaintiff Affirmative | 402; 403; 104a | 69:18-69:22 | 69 | 18 | 69 | 22 | NR | | | | | | |
| Badani, Ami | | | | | | | | 69:24-69:25 | 69 | 24 | 69 | 25 | NR | | | | | | |
| Badani, Ami | 70:2:1-70:6:9 | 70 | 2 | 70 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 70:8:1-70:21:2 | 70 | 8 | 70 | 21 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 70:23:1-71:3:9 | 70 | 23 | 71 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 71:5:1-71:10:8 | 71 | 5 | 71 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 71:12:1-71:25:3 | 71 | 12 | 71 | 25 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 72:1:1-72:10:3 | 72 | 1 | 72 | 10 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 72:12:1-72:17:3 | 72 | 12 | 72 | 17 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 72:19:1-72:23:6 | 72 | 19 | 72 | 23 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 73:5:1-73:20:5 | 73 | 5 | 73 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 73:22:1-73:22:6 | 73 | 22 | 73 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 74:7:1-75:15:10 | 74 | 7 | 75 | 15 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Badani, Ami | 76:20:1-76:21:7 | 76 | 20 | 76 | 21 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 76:24:1-77:6:5 | 76 | 24 | 77 | 6 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 77:8:1-77:8:3 | 77 | 8 | 77 | 8 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 77:10:1-77:13:4 | 77 | 10 | 77 | 13 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 77:15:1-77:19:7 | 77 | 15 | 77 | 19 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 77:21:1-77:24:3 | 77 | 21 | 77 | 24 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 78:1:1-78:5:1 | 78 | 1 | 78 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 78:7:1-78:17:8 | 78 | 7 | 78 | 17 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 78:19:1-78:20:3 | 78 | 19 | 78 | 20 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 80:5:1-80:6:5 | 80 | 5 | 80 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 80:8:1-80:9:3 | 80 | 8 | 80 | 9 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 80:23:1-81:3:3 | 80 | 23 | 81 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 81:5:1-81:12:2 | 81 | 5 | 81 | 12 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 81:14:1-81:21:6 | 81 | 14 | 81 | 21 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 81:23:1-82:6:2 | 81 | 23 | 82 | 6 | Plaintiff Affirmative | 402; 403; 104a | 82:7-82:19 | 82 | 7 | 82 | 19 | | | | | | | |
| Badani, Ami | 83:2:1-83:11:3 | 83 | 2 | 83 | 11 | Plaintiff Affirmative | 403 | 82:7-82:19 | 82 | 7 | 82 | 19 | | | | | | | |
| Badani, Ami | 84:5:1-84:7:2 | 84 | 5 | 84 | 7 | Plaintiff Affirmative | 403; 104a; V; 103 | 82:7-82:19 | 82 | 7 | 82 | 19 | | | | | | | |
| Badani, Ami | 84:9:1-85:7:4 | 84 | 9 | 85 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 85:8:1-85:8:3 | 85 | 8 | 85 | 8 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 85:12:1-85:17:4 | 85 | 12 | 85 | 17 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 87:5:1-88:1:3 | 87 | 5 | 88 | 1 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 88:3:1-88:13:2 | 88 | 3 | 88 | 13 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 88:15:1-88:15:4 | 88 | 15 | 88 | 15 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 88:19:1-89:14:6 | 88 | 19 | 89 | 14 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 89:16:1-90:2:5 | 89 | 16 | 90 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 90:4:1-90:7:9 | 90 | 4 | 90 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 90:9:1-91:3:4 | 90 | 9 | 91 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 91:8:1-91:25:2 | 91 | 8 | 91 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 92:1:1-92:7:1 | 92 | 1 | 92 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 93:4:1-94:21:3 | 93 | 4 | 94 | 21 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 94:23:1-95:6:7 | 94 | 23 | 95 | 6 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 95:14:1-95:16:6 | 95 | 14 | 95 | 16 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 95:18:1-96:1:5 | 95 | 18 | 96 | 1 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 96:3:1-96:4:11 | 96 | 3 | 96 | 4 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Badani, Ami | 97:5:1-97:7:3 | 97 | 5 | 97 | 7 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 97:9:1-97:22:7 | 97 | 9 | 97 | 22 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 98:2:1-98:9:7 | 98 | 2 | 98 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 98:17:1-99:7:7 | 98 | 17 | 99 | 7 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Badani, Ami | 99:16:1-99:24:7 | 99 | 16 | 99 | 24 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 100:1:1-100:2:5 | 100 | 1 | 100 | 2 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Badani, Ami | 100:25:1-101:21:6 | 100 | 25 | 101 | 21 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 101:23:1-102:2:8 | 101 | 23 | 102 | 2 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Badani, Ami | 106:23:1-108:10:10 | 106 | 23 | 108 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 108:12:1-108:17:3 | 108 | 12 | 108 | 17 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 108:19:1-109:10:8 | 108 | 19 | 109 | 10 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 109:12:1-110:19:2 | 109 | 12 | 110 | 19 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 110:21:1-111:20:1 | 110 | 21 | 111 | 20 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 111:22:1-112:2:9 | 111 | 22 | 112 | 2 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 112:4:1-114:21:3 | 112 | 4 | 114 | 21 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 115:9:1-116:17:4 | 115 | 9 | 116 | 17 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 116:19:1-116:19:6 | 116 | 19 | 116 | 19 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 117:11:1-117:22:2 | 117 | 11 | 117 | 22 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Badani, Ami | 118:5:1-119:2:2 | 118 | 5 | 119 | 2 | Plaintiff Affirmative | 403; CC; 802; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 119:4:1-119:25:4 | 119 | 4 | 119 | 25 | Plaintiff Affirmative | 402; 403; CC; 104a; V; 103; 602 | | | | | | | | | | | | |
| Badani, Ami | 120:2:1-120:16:2 | 120 | 2 | 120 | 16 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 120:18:1-120:24:7 | 120 | 18 | 120 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Badani, Ami | 121:2:1-122:2:8 | 121 | 2 | 122 | 2 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Badani, Ami | 122:6:1-122:9:2 | 122 | 6 | 122 | 9 | Plaintiff Affirmative | 403; V; 103 | | | | | | | | | | | | |
| Badani, Ami | 122:11:1-122:11:5 | 122 | 11 | 122 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhatnager, Akshay | 5:17:1-5:19:3 | 5 | 17 | 5 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 8:22:1-8:25:1 | 8 | 22 | 8 | 25 | Plaintiff Affirmative | 402 | 8:23-25 | 8 | 23 | 8 | 25 | | | | | | | |
| Bhatnager, Akshay | 9:7:1-9:8:6 | 9 | 7 | 9 | 8 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 9:10:1-9:19:1 | 9 | 10 | 9 | 19 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 9:21:1-10:2:2 | 9 | 21 | 10 | 2 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 10:4:1-10:4:6 | 10 | 4 | 10 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 10:5:1-10:10:2 | 10 | 5 | 10 | 10 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Bhatnager, Akshay | 11:12:1-11:16:7 | 11 | 12 | 11 | 16 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 11:18:1-12:1:2 | 11 | 18 | 12 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 13:17:1-13:24:5 | 13 | 17 | 13 | 24 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 14:1:1-14:13:5 | 14 | 1 | 14 | 13 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 14:15:1-14:17:2 | 14 | 15 | 14 | 17 | Plaintiff Affirmative | | 15:1-15:3 | 15 | 1 | 15 | 3 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 15:5-15:9 | 15 | 5 | 15 | 9 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 15:11-15:18 | 15 | 11 | 15 | 18 | | | | | | | |
| Bhatnager, Akshay | 16:4:1-16:5:3 | 16 | 4 | 16 | 5 | Plaintiff Affirmative | O; V | 15:23-15:25 | 15 | 23 | 15 | 25 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 16:2-16:3 | 16 | 2 | 16 | 3 | | | | | | | |
| Bhatnager, Akshay | 16:7:1-16:10:5 | 16 | 7 | 16 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 16:11:1-16:25:6 | 16 | 11 | 16 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhatnager, Akshay | 17:1:1-17:3:7 | 17 | 1 | 17 | 3 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 17:5:1-17:10:1 | 17 | 5 | 17 | 10 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 17:12:1-17:20:1 | 17 | 12 | 17 | 20 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 17:22:1-18:5:3 | 17 | 22 | 18 | 5 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 18:7:1-18:12:3 | 18 | 7 | 18 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 18:13:1-18:16:5 | 18 | 13 | 18 | 16 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhatnager, Akshay | 18:18:1-19:12:10 | 18 | 18 | 19 | 12 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 19:14:1-19:25:4 | 19 | 14 | 19 | 25 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 20:4:1-20:13:5 | 20 | 4 | 20 | 13 | Plaintiff Affirmative | 402; 403; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 20:15:1-20:19:9 | 20 | 15 | 20 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 20:21:1-21:6:12 | 20 | 21 | 21 | 6 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 21:9:1-21:16:2 | 21 | 9 | 21 | 16 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 21:18:1-22:6:6 | 21 | 18 | 22 | 6 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 22:8:1-23:10:5 | 22 | 8 | 23 | 10 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 23:12:1-23:15:1 | 23 | 12 | 23 | 15 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 23:17:1-23:19:1 | 23 | 17 | 23 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 23:20:1-23:21:1 | 23 | 20 | 23 | 21 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 23:23:1-24:25:7 | 23 | 23 | 24 | 25 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 25:1:1-25:4:7 | 25 | 1 | 25 | 4 | Plaintiff Affirmative | | 25:13-25:16 | 25 | 13 | 25 | 16 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 25:18-25:19 | 25 | 18 | 25 | 19 | | | | | | | |
| Bhatnager, Akshay | 26:12:1-26:14:5 | 26 | 12 | 26 | 14 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 26:16:1-26:25:3 | 26 | 16 | 26 | 25 | Plaintiff Affirmative | | 27:6-7 | 27 | 6 | 27 | 7 | ID, 106, 402, 403 | | | | | | |
| Bhatnager, Akshay | 27:6:1-27:13:4 | 27 | 6 | 27 | 13 | Plaintiff Affirmative | | 27:21-23 | 27 | 21 | 27 | 23 | ID, 106, 402, 403 | | | | | | |
| Bhatnager, Akshay | 27:21:1-28:10:5 | 27 | 21 | 28 | 10 | Plaintiff Affirmative | 802; O; V | 28:6-9 | 28 | 6 | 28 | 9 | | | | | | | |
| Bhatnager, Akshay | 28:12:1-29:5:7 | 28 | 12 | 29 | 5 | Plaintiff Affirmative | | 28:14-29:5 | 28 | 14 | 29 | 5 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 29:12-24 | 29 | 12 | 29 | 24 | | | | | | | |
| Bhatnager, Akshay | 29:25:1-32:7:5 | 29 | 25 | 32 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 32:10:1-32:13:2 | 32 | 10 | 32 | 13 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 32:15:1-32:20:4 | 32 | 15 | 32 | 20 | Plaintiff Affirmative | | 34:13-35:4 | 34 | 13 | 35 | 4 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 35:20-36:8 | 35 | 20 | 36 | 8 | | | | | | | |
| Bhatnager, Akshay | 34:13:1-35:4:1 | 34 | 13 | 35 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 35:20:1-36:23:5 | 35 | 20 | 36 | 23 | Plaintiff Affirmative | 802 | 36:14-36:23 | 36 | 14 | 36 | 23 | | | | | | | |
| Bhatnager, Akshay | 37:1:1-37:11:1 | 37 | 1 | 37 | 11 | Plaintiff Affirmative | 402; 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 37:13:1-38:5:4 | 37 | 13 | 38 | 5 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 38:11:1-38:12:4 | 38 | 11 | 38 | 12 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhatnager, Akshay | 38:22:1-38:22:2 | 38 | 22 | 38 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 41:21:1-43:6:5 | 41 | 21 | 43 | 6 | Plaintiff Affirmative | 402; O; V | 42:18-42:23 | 42 | 18 | 42 | 23 | | | | | | | |
| Bhatnager, Akshay | 43:9:1-43:25:5 | 43 | 9 | 43 | 25 | Plaintiff Affirmative | | 43:16-43:25 | 43 | 16 | 43 | 25 | | | | | | | |
| Bhatnager, Akshay | 44:1:1-45:5:6 | 44 | 1 | 45 | 5 | Plaintiff Affirmative | 403; 802 | 44:17-45:9 | 44 | 17 | 45 | 9 | | | | | | | |
| Bhatnager, Akshay | 45:6:1-45:10:7 | 45 | 6 | 45 | 10 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 45:12:1-45:14:4 | 45 | 12 | 45 | 14 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 45:16:1-45:19:10 | 45 | 16 | 45 | 19 | Plaintiff Affirmative | 402 | 46:3-46:4 | 46 | 3 | 46 | 4 | | | | | | | |
| Bhatnager, Akshay | 46:3:1-46:4:4 | 46 | 3 | 46 | 4 | Plaintiff Affirmative | | 47:2-12 | 47 | 2 | 47 | 12 | | | | | | | |
| Bhatnager, Akshay | 47:1:1-47:8:1 | 47 | 1 | 47 | 8 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 47:9:1-47:12:8 | 47 | 9 | 47 | 12 | Plaintiff Affirmative | 802 | 47:21-23 | 47 | 21 | 47 | 23 | | | | | | | |
| Bhatnager, Akshay | 47:21:1-47:25:7 | 47 | 21 | 47 | 25 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 48:2:1-48:6:6 | 48 | 2 | 48 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 48:14:1-48:18:6 | 48 | 14 | 48 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 48:19:1-48:22:6 | 48 | 19 | 48 | 22 | Plaintiff Affirmative | | 49:21-50:1 | 49 | 21 | 50 | 1 | | | | | | | |
| Bhatnager, Akshay | 49:22:2-50:25:6 | 49 | 22 | 50 | 25 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 51:13:1-51:14:3 | 51 | 13 | 51 | 14 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 51:16:1-51:19:8 | 51 | 16 | 51 | 19 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 51:21:1-51:23:3 | 51 | 21 | 51 | 23 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 51:25:1-52:1:2 | 51 | 25 | 52 | 1 | Plaintiff Affirmative | | 52:2-4 | 52 | 2 | 52 | 4 | 104a, 402, 403, 602, 802 | | | | | | |
| Bhatnager, Akshay | | | | | | | | 52:6-14 | 52 | 6 | 52 | 14 | 104a, 402, 403, 602, 802 | | | | | | |
| Bhatnager, Akshay | 55:11:1-56:3:2 | 55 | 11 | 56 | 3 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 56:7:1-56:9:1 | 56 | 7 | 56 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhatnager, Akshay | 56:11:1-56:17:2 | 56 | 11 | 56 | 17 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 56:19:1-56:24:3 | 56 | 19 | 56 | 24 | Plaintiff Affirmative | V | | | | | | | | | | | | |
| Bhatnager, Akshay | 57:2:1-57:4:2 | 57 | 2 | 57 | 4 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 57:6:1-57:19:2 | 57 | 6 | 57 | 19 | Plaintiff Affirmative | 802 | 57:25-58:1 | 57 | 25 | 58 | 1 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 58:3-58:8 | 58 | 3 | 58 | 8 | | | | | | | |
| Bhatnager, Akshay | 58:15:5-59:21:8 | 58 | 15 | 59 | 21 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 59:24:1-60:4:1 | 59 | 24 | 60 | 4 | Plaintiff Affirmative | | 60:5-60:8 | 60 | 5 | 60 | 8 | | | | | | | |
| Bhatnager, Akshay | 60:16:1-61:4:3 | 60 | 16 | 61 | 4 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 61:7:1-61:10:1 | 61 | 7 | 61 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 61:17:1-61:22:6 | 61 | 17 | 61 | 22 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 61:25:1-62:8:4 | 61 | 25 | 62 | 8 | Plaintiff Affirmative | O; V | 62:11-62:14 | 62 | 11 | 62 | 14 | 106, 402, 403 | | | | | | |
| Bhatnager, Akshay | 63:2:1-63:4:10 | 63 | 2 | 63 | 4 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 63:6:1-63:11:4 | 63 | 6 | 63 | 11 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 63:13:1-64:3:6 | 63 | 13 | 64 | 3 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 65:1:1-65:10:5 | 65 | 1 | 65 | 10 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 65:14:1-66:2:4 | 65 | 14 | 66 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 66:18:1-66:21:4 | 66 | 18 | 66 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 67:17:1-68:2:1 | 67 | 17 | 68 | 2 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 68:4:1-68:6:4 | 68 | 4 | 68 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 68:8:1-68:25:2 | 68 | 8 | 68 | 25 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 69:4:1-69:8:7 | 69 | 4 | 69 | 8 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 69:10:1-69:16:9 | 69 | 10 | 69 | 16 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 69:17:1-70:11:3 | 69 | 17 | 70 | 11 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 70:13:1-71:2:2 | 70 | 13 | 71 | 2 | Plaintiff Affirmative | 802 | 71:9-24 | 71 | 9 | 71 | 24 | | | | | | | |
| Bhatnager, Akshay | 71:9:1-72:3:7 | 71 | 9 | 72 | 3 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 72:5:1-72:7:3 | 72 | 5 | 72 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 72:22:1-73:10:8 | 72 | 22 | 73 | 10 | Plaintiff Affirmative | 802 | 74:21-75:2 | 74 | 21 | 75 | 2 | | 74:1-12 | 74 | 1 | 74 | 12 | |
| Bhatnager, Akshay | | | | | | | | 75:18-22 | 75 | 18 | 75 | 22 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 75:24-76:5 | 75 | 24 | 76 | 5 | | 76:6-9 | 76 | 6 | 76 | 9 | |
| | | | | | | | | | | | | | | 76:11-15 | 76 | 11 | 76 | 15 | |
| Bhatnager, Akshay | 77:2:1-77:18:6 | 77 | 2 | 77 | 18 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 77:21:6-78:3:2 | 77 | 21 | 78 | 3 | Plaintiff Affirmative | 403; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 78:5:1-78:10:6 | 78 | 5 | 78 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 78:12:1-78:23:8 | 78 | 12 | 78 | 23 | Plaintiff Affirmative | | 82:10-82:14 | 82 | 10 | 82 | 14 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 82:24-25 | 82 | 24 | 82 | 25 | | | | | | | |
| Bhatnager, Akshay | 82:10:1-82:14:2 | 82 | 10 | 82 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 82:24:1-82:25:1 | 82 | 24 | 82 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 83:1:1-83:24:4 | 83 | 1 | 83 | 24 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 85:1:1-85:24:7 | 85 | 1 | 85 | 24 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 86:1:1-87:14:1 | 86 | 1 | 87 | 14 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 87:16:1-87:22:4 | 87 | 16 | 87 | 22 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 87:24:1-88:20:3 | 87 | 24 | 88 | 20 | Plaintiff Affirmative | 802; O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 88:22:1-89:11:5 | 88 | 22 | 89 | 11 | Plaintiff Affirmative | 802 | 91:3 | 91 | 3 | 91 | 3 | ID, 106, 402, 403 | | | | | | |
| Bhatnager, Akshay | 91:3:1-91:4:6 | 91 | 3 | 91 | 4 | Plaintiff Affirmative | O; V | 91:6 | 91 | 6 | 91 | 6 | ID, 106, 402, 403 | | | | | | |
| Bhatnager, Akshay | 91:7:1-91:7:9 | 91 | 7 | 91 | 7 | Plaintiff Affirmative | | 92:8-10 | 92 | 8 | 92 | 10 | 402, 403, 611b | | | | | | |
| Bhatnager, Akshay | | | | | | | | 92:13-20 | 92 | 13 | 92 | 20 | 402, 403, 611b | | | | | | |
| Bhatnager, Akshay | | | | | | | | 92:22-93:2 | 92 | 22 | 93 | 2 | 402, 403, 611b | | | | | | |
| Bhatnager, Akshay | | | | | | | | 93:4-6 | 93 | 4 | 93 | 6 | 402, 611b | | | | | | |
| Bhatnager, Akshay | 95:1:2-95:9:2 | 95 | 1 | 95 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhatnager, Akshay | 95:13:1-95:14:9 | 95 | 13 | 95 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 95:16:1-95:17:7 | 95 | 16 | 95 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 96:19:1-97:1:4 | 96 | 19 | 97 | 1 | Plaintiff Affirmative | 802 | 97:2-4 | 97 | 2 | 97 | 4 | | | | | | | |
| Bhatnager, Akshay | | | | | | | | 97:7-11 | 97 | 7 | 97 | 11 | | | | | | | |
| Bhatnager, Akshay | 97:15:1-98:2:5 | 97 | 15 | 98 | 2 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 99:5:1-99:14:5 | 99 | 5 | 99 | 14 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Bhatnager, Akshay | 100:3:1-100:6:5 | 100 | 3 | 100 | 6 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 100:8:1-100:11:9 | 100 | 8 | 100 | 11 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |
| Bhatnager, Akshay | 100:15:1-100:16:1 | 100 | 15 | 100 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhatnager, Akshay | 100:25:1-101:1:1 | 100 | 25 | 101 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhatnager, Akshay | 101:3:1-101:3:5 | 101 | 3 | 101 | 3 | Plaintiff Affirmative | O; V | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhattacharya, Aparajita | 8:16:1-8:19:2 | 8 | 16 | 8 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 9:11:1-9:11:9 | 9 | 11 | 9 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 9:14:1-10:2:2 | 9 | 14 | 10 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 10:17:1-12:22:4 | 10 | 17 | 12 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 13:2:1-13:5:1 | 13 | 2 | 13 | 5 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 13:14:1-13:18:2 | 13 | 14 | 13 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 13:19:1-17:7:2 | 13 | 19 | 17 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 17:8:1-17:20:7 | 17 | 8 | 17 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 17:21:1-17:24:10 | 17 | 21 | 17 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 18:13:1-18:17:8 | 18 | 13 | 18 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 18:19:1-18:23:2 | 18 | 19 | 18 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 19:9:1-19:11:4 | 19 | 9 | 19 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 21:16:1-21:24:2 | 21 | 16 | 21 | 24 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 22:5:1-22:17:11 | 22 | 5 | 22 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 22:19:1-23:11:3 | 22 | 19 | 23 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 23:13:1-24:9:3 | 23 | 13 | 24 | 9 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 24:16:1-24:18:4 | 24 | 16 | 24 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 24:21:1-24:21:3 | 24 | 21 | 24 | 21 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 24:23:1-25:14:8 | 24 | 23 | 25 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 25:19:1-26:19:8 | 25 | 19 | 26 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 27:1:1-27:7:4 | 27 | 1 | 27 | 7 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 27:11:1-28:2:9 | 27 | 11 | 28 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 28:4:1-28:22:9 | 28 | 4 | 28 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 28:24:1-28:24:3 | 28 | 24 | 28 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 31:3:1-31:14:2 | 31 | 3 | 31 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 31:20:1-32:10:1 | 31 | 20 | 32 | 10 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 32:12:1-34:16:8 | 32 | 12 | 34 | 16 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 34:18:1-34:25:8 | 34 | 18 | 34 | 25 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 35:3:1-36:8:3 | 35 | 3 | 36 | 8 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 36:20:1-37:7:6 | 36 | 20 | 37 | 7 | Plaintiff Affirmative | | 37:8-37:10 | 37 | 8 | 37 | 10 | | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 37:12-37:13 | 37 | 12 | 37 | 13 | | | | | | | |
| Bhattacharya, Aparajita | 38:3:1-38:6:1 | 38 | 3 | 38 | 6 | Plaintiff Affirmative | 104a; 602; 402; 403; 701 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 38:8:1-38:9:5 | 38 | 8 | 38 | 9 | Plaintiff Affirmative | | 38:11-38:14 | 38 | 11 | 38 | 14 | CD | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 38:16-38:17 | 38 | 16 | 38 | 17 | CD | | | | | | |
| Bhattacharya, Aparajita | 38:19:1-38:25:7 | 38 | 19 | 38 | 25 | Plaintiff Affirmative | 104a; 602; 402; 403; 701 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 39:2:1-39:6:6 | 39 | 2 | 39 | 6 | Plaintiff Affirmative | 104a; 602; 402; 403; 701 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 39:8:1-39:9:3 | 39 | 8 | 39 | 9 | Plaintiff Affirmative | 104a; 602; 402; 403; 701 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 41:8:1-41:11:5 | 41 | 8 | 41 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 42:12:1-42:19:1 | 42 | 12 | 42 | 19 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 42:21:1-43:1:5 | 42 | 21 | 43 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 43:3:1-43:7:7 | 43 | 3 | 43 | 7 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 43:9:1-43:13:7 | 43 | 9 | 43 | 13 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 43:15:1-44:12:2 | 43 | 15 | 44 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 44:15:1-45:1:7 | 44 | 15 | 45 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 45:14:1-49:3:8 | 45 | 14 | 49 | 3 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 49:5:1-49:19:5 | 49 | 5 | 49 | 19 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 49:21:1-50:1:11 | 49 | 21 | 50 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 50:3:1-50:12:3 | 50 | 3 | 50 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 50:19:1-50:25:8 | 50 | 19 | 50 | 25 | Plaintiff Affirmative | | 50:13-18 | 50 | 13 | 50 | 18 | | | | | | | |
| Bhattacharya, Aparajita | 51:1:1-52:5:7 | 51 | 1 | 52 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 53:6:1-53:12:3 | 53 | 6 | 53 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 53:19:1-56:3:5 | 53 | 19 | 56 | 3 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 56:5:1-57:13:7 | 56 | 5 | 57 | 13 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 57:15:1-59:1:1 | 57 | 15 | 59 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 59:3:1-61:4:3 | 59 | 3 | 61 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | 61:5-6 | 61 | 5 | 61 | 6 | | 61:12-15 | 61 | 12 | 61 | 15 | AC |
| Bhattacharya, Aparajita | | | | | | | | 61:8-10 | 61 | 8 | 61 | 10 | | 61:12-15 | 61 | 12 | 61 | 15 | AC |
| Bhattacharya, Aparajita | 61:16:1-63:3:2 | 61 | 16 | 63 | 3 | Plaintiff Affirmative | 104a; 602; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 64:15:1-64:25:2 | 64 | 15 | 64 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 66:18:1-66:20:2 | 66 | 18 | 66 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 67:6:1-67:15:3 | 67 | 6 | 67 | 15 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 67:16:1-67:18:2 | 67 | 16 | 67 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 67:20:1-67:23:2 | 67 | 20 | 67 | 23 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 68:7:1-68:25:2 | 68 | 7 | 68 | 25 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 69:3:1-69:7:2 | 69 | 3 | 69 | 7 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 69:9:1-69:18:2 | 69 | 9 | 69 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 69:20:1-71:11:3 | 69 | 20 | 71 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 74:9:1-76:14:5 | 74 | 9 | 76 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 76:16:1-76:23:2 | 76 | 16 | 76 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 76:24:1-78:13:2 | 76 | 24 | 78 | 13 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 78:15:1-79:24:1 | 78 | 15 | 79 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 80:1:1-81:4:1 | 80 | 1 | 81 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 81:12:1-81:14:2 | 81 | 12 | 81 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 82:13:1-82:18:11 | 82 | 13 | 82 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 82:20:1-83:2:4 | 82 | 20 | 83 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 83:11:1-84:20:2 | 83 | 11 | 84 | 20 | Plaintiff Affirmative | 104a; 602; 402; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 85:24:1-86:14:2 | 85 | 24 | 86 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | 87:2-87:3 | 87 | 2 | 87 | 3 | NR; MIL; 611b | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 87:11-87:12 | 87 | 11 | 87 | 12 | NR; MIL, 611b | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 87:17-20 | 87 | 17 | 87 | 20 | 611b | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 149:5-7 | 149 | 5 | 149 | 7 | 611b; 611c; ND; ID; CD | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 149:9 | 149 | 9 | 149 | 9 | 611b; 611c; ND; ID; CD | | | | | | |
| Bhattacharya, Aparajita | 87:14:1-87:16:3 | 87 | 14 | 87 | 16 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | 148:13-17 | 148 | 13 | 148 | 17 | 611b; 611c; ND; ID; CD | | | | | | |
| Bhattacharya, Aparajita | 88:4:1-88:5:3 | 88 | 4 | 88 | 5 | Plaintiff Affirmative | | 88:6-12 | 88 | 6 | 88 | 12 | 611b | | | | | | |
| Bhattacharya, Aparajita | 88:20:1-91:11:5 | 88 | 20 | 91 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 91:19:1-92:1:8 | 91 | 19 | 92 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhattacharya, Aparajita | 92:12:1-93:5:1 | 92 | 12 | 93 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 93:6:1-93:11:2 | 93 | 6 | 93 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 93:12:1-93:20:2 | 93 | 12 | 93 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 94:1:1-94:6:6 | 94 | 1 | 94 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 94:8:1-94:10:8 | 94 | 8 | 94 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 94:12:1-94:12:3 | 94 | 12 | 94 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 94:16:1-97:16:2 | 94 | 16 | 97 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 98:18:1-100:7:10 | 98 | 18 | 100 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 100:9:1-101:15:6 | 100 | 9 | 101 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 101:17:1-101:20:4 | 101 | 17 | 101 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 101:22:1-108:4:2 | 101 | 22 | 108 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 108:6:1-109:14:2 | 108 | 6 | 109 | 14 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 109:15:1-110:3:7 | 109 | 15 | 110 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 110:5:1-110:15:1 | 110 | 5 | 110 | 15 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 110:17:1-110:22:6 | 110 | 17 | 110 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 110:24:1-112:7:2 | 110 | 24 | 112 | 7 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 112:12:1-113:13:2 | 112 | 12 | 113 | 13 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 113:15:1-115:8:9 | 113 | 15 | 115 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 115:10:1-116:7:1 | 115 | 10 | 116 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 116:9:1-116:21:1 | 116 | 9 | 116 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 116:23:1-117:5:1 | 116 | 23 | 117 | 5 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 117:7:1-118:4:8 | 117 | 7 | 118 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 118:6:1-118:12:2 | 118 | 6 | 118 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 118:14:1-119:1:3 | 118 | 14 | 119 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 119:3:1-119:16:3 | 119 | 3 | 119 | 16 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 119:19:1-120:1:8 | 119 | 19 | 120 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 120:3:1-120:21:2 | 120 | 3 | 120 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 121:4:1-121:11:3 | 121 | 4 | 121 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 122:9:1-127:23:2 | 122 | 9 | 127 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 129:3:1-129:4:2 | 129 | 3 | 129 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 129:6:1-133:2:5 | 129 | 6 | 133 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 133:4:1-136:25:2 | 133 | 4 | 136 | 25 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 137:2:1-137:3:9 | 137 | 2 | 137 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 137:5:1-137:5:6 | 137 | 5 | 137 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 141:10:1-141:11:2 | 141 | 10 | 141 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403 | 139:9-139:10 | 139 | 9 | 139 | 10 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 602; 104a; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 602; 104a; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 139:12 | 139 | 12 | 139 | 12 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 139:14-140:3 | 139 | 14 | 140 | 3 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 140:6 | 140 | 6 | 140 | 6 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 140:8-24 | 140 | 8 | 140 | 24 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 141:2-3 | 141 | 2 | 141 | 3 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 137:12-138:8 | 137 | 12 | 138 | 8 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 142:9-25 | 142 | 9 | 142 | 25 | 611b | | | | | | |
| Bhattacharya, Aparajita | 141:13:1-141:14:2 | 141 | 13 | 141 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403 | 139:9-139:10 | 139 | 9 | 139 | 10 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 139:12 | 139 | 12 | 139 | 12 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 139:14-140:3 | 139 | 14 | 140 | 3 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 140:6 | 140 | 6 | 140 | 6 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 140:8-24 | 140 | 8 | 140 | 24 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 141:2-3 | 141 | 2 | 141 | 3 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 137:12-138:8 | 137 | 12 | 138 | 8 | 611b; 602; 701 | 138:9-12 | 138 | 9 | 138 | 12 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:14-15 | 138 | 14 | 138 | 15 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 138:23-24 | 138 | 23 | 138 | 24 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 139:1-8 | 139 | 1 | 139 | 8 | CC; V; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 141:4-9 | 141 | 4 | 141 | 9 | CC; V; 104a; 602; 402; 403 |
| Bhattacharya, Aparajita | | | | | | | | 142:9-25 | 142 | 9 | 142 | 25 | 611b | | | | | | |
| Bhattacharya, Aparajita | 145:23:1-145:24:6 | 145 | 23 | 145 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403 | 145:15-17 | 145 | 15 | 145 | 17 | 611b; 701 | | | | | | |
| Bhattacharya, Aparajita | | | | | | | | 145:19-21 | 145 | 19 | 145 | 21 | 611b; 701 | | | | | | |
| Bhattacharya, Aparajita | 146:1:1-146:4:3 | 146 | 1 | 146 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 146:6:1-146:9:1 | 146 | 6 | 146 | 9 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 146:11:1-146:18:2 | 146 | 11 | 146 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 149:11:1-149:15:2 | 149 | 11 | 149 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 149:18:1-149:23:2 | 149 | 18 | 149 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Bhattacharya, Aparajita | 150:5:1-150:13:5 | 150 | 5 | 150 | 13 | Plaintiff Affirmative | | 147:5-14 | 147 | 5 | 147 | 14 | 611b; 611c; ND; ID; CD | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collins, Spencer | 6:5:1-6:8:4 | 6 | 5 | 6 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 6:17:1-7:11:2 | 6 | 17 | 7 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 8:3:1-8:12:5 | 8 | 3 | 8 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 16:25:1-17:18:6 | 16 | 25 | 17 | 18 | Plaintiff Affirmative | 402; 403; 701; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 17:21:1-17:21:6 | 17 | 21 | 17 | 21 | Plaintiff Affirmative | 402: 403; 701; 104a | | | | | | | | | | | | |
| Collins, Spencer | 18:5:1-18:16:2 | 18 | 5 | 18 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 19:8:1-21:2:2 | 19 | 8 | 21 | 2 | Plaintiff Affirmative | | 18:25-19:7 | 18 | 25 | 19 | 7 | | | | | | | |
| Collins, Spencer | 21:7:1-22:3:5 | 21 | 7 | 22 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 22:7:1-24:19:3 | 22 | 7 | 24 | 19 | Plaintiff Affirmative | 402; 403; V; 611c | | | | | | | | | | | | |
| Collins, Spencer | 24:22:1-25:22:1 | 24 | 22 | 25 | 22 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 27:21:1-31:5:2 | 27 | 21 | 31 | 5 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Collins, Spencer | 31:8:1-32:11:1 | 31 | 8 | 32 | 11 | Plaintiff Affirmative | 402; 403; 104a | 32:25-33:12 | 32 | 25 | 33 | 12 | 611b | | | | | | |
| Collins, Spencer | 34:5:1-39:11:3 | 34 | 5 | 39 | 11 | Plaintiff Affirmative | 402; 403; V; 611c | | | | | | | | | | | | |
| Collins, Spencer | 39:14:1-40:23:4 | 39 | 14 | 40 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 41:12:1-43:4:3 | 41 | 12 | 43 | 4 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | 40:24-41:11 | 40 | 24 | 41 | 11 | AC; ID; ND | | | | | | |
| Collins, Spencer | 43:7:1-43:14:1 | 43 | 7 | 43 | 14 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 43:21:1-43:25:5 | 43 | 21 | 43 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 44:6:6-44:11:3 | 44 | 6 | 44 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 44:15:1-44:17:3 | 44 | 15 | 44 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 44:23:1-45:12:3 | 44 | 23 | 45 | 12 | Plaintiff Affirmative | 802; 805; 104a | 45:13-24 | 45 | 13 | 45 | 24 | | 45:25-46:7 | 45 | 25 | 46 | 7 | |
| Collins, Spencer | 46:8:1-46:17:6 | 46 | 8 | 46 | 17 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Collins, Spencer | 46:20:1-47:5:2 | 46 | 20 | 47 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 47:23:1-48:24:1 | 47 | 23 | 48 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 49:5:1-49:8:4 | 49 | 5 | 49 | 8 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Collins, Spencer | 49:11:1-50:2:1 | 49 | 11 | 50 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 50:5:1-51:3:1 | 50 | 5 | 51 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 51:13:1-51:20:6 | 51 | 13 | 51 | 20 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 52:5:1-52:8:1 | 52 | 5 | 52 | 8 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 52:11:1-52:17:6 | 52 | 11 | 52 | 17 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 52:24:1-53:3:1 | 52 | 24 | 53 | 3 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 53:6:1-53:9:1 | 53 | 6 | 53 | 9 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 53:12:1-53:12:5 | 53 | 12 | 53 | 12 | Plaintiff Affirmative | 402; 403; 802; CO; 104a | | | | | | | | | | | | |
| Collins, Spencer | 56:2:1-57:18:2 | 56 | 2 | 57 | 18 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Collins, Spencer | 57:21:1-59:10:2 | 57 | 21 | 59 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Collins, Spencer | 61:17:1-68:2:7 | 61 | 17 | 68 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 68:8:1-69:13:5 | 68 | 8 | 69 | 13 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 69:16:1-70:13:2 | 69 | 16 | 70 | 13 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 71:2:1-79:20:5 | 71 | 2 | 79 | 20 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 79:23:1-80:21:1 | 79 | 23 | 80 | 21 | Plaintiff Affirmative | 402; 403; 104a | 80:22-81:3 | 80 | 22 | 81 | 3 | | | | | | | |
| Collins, Spencer | 81:4:1-83:17:7 | 81 | 4 | 83 | 17 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 84:16:1-85:2:4 | 84 | 16 | 85 | 2 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 85:7:1-87:17:1 | 85 | 7 | 87 | 17 | Plaintiff Affirmative | 402; 403; 104a | 85:3-6 | 85 | 3 | 85 | 6 | AC; ID; ND | | | | | | |
| Collins, Spencer | 87:20:1-89:11:3 | 87 | 20 | 89 | 11 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Collins, Spencer | 89:23:1-93:16:5 | 89 | 23 | 93 | 16 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Collins, Spencer | 93:19:1-95:2:4 | 93 | 19 | 95 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 95:6:1-95:13:1 | 95 | 6 | 95 | 13 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Collins, Spencer | 95:16:1-96:22:3 | 95 | 16 | 96 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 96:25:1-100:11:2 | 96 | 25 | 100 | 11 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 100:14:1-100:15:5 | 100 | 14 | 100 | 15 | Plaintiff Affirmative | 402; 403; 104a | 100:16-19 | 100 | 16 | 100 | 19 | 602 | | | | | | |
| Collins, Spencer | | | | | | | | 100:22-101:17 | 100 | 22 | 101 | 17 | 602 | | | | | | |
| Collins, Spencer | | | | | | | | 101:21-102:5 | 101 | 21 | 102 | 5 | | | | | | | |
| Collins, Spencer | | | | | | | | 102:8-13 | 102 | 8 | 102 | 13 | NR | | | | | | |
| Collins, Spencer | 102:14:1-103:5:1 | 102 | 14 | 103 | 5 | Plaintiff Affirmative | 402; 403 | 103:6-10 | 103 | 6 | 103 | 10 | NR | | | | | | |
| Collins, Spencer | | | | | | | | 103:13-14 | 103 | 13 | 103 | 14 | NR | | | | | | |
| Collins, Spencer | 103:15:1-104:19:5 | 103 | 15 | 104 | 19 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 104:22:1-104:25:7 | 104 | 22 | 104 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 105:5:1-105:8:7 | 105 | 5 | 105 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 105:14:1-105:19:2 | 105 | 14 | 105 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 106:12:1-107:9:1 | 106 | 12 | 107 | 9 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Collins, Spencer | 108:9:1-109:17:1 | 108 | 9 | 109 | 17 | Plaintiff Affirmative | 402; 403; CO; 104a | 109:18-23 | 109 | 18 | 109 | 23 | | 109:24-110:17 | 109 | 24 | 109 | 17 | ID; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 110:20 - 111:6 | 110 | 20 | 111 | 6 | ID; CD; 104a; 602; 402; 403 |
| | | | | | | | | | | | | | | 111:9-10 | 111 | 9 | 111 | 10 | ID; 104a; 602; 402; 403 |
| Collins, Spencer | 111:11:1-113:3:1 | 111 | 11 | 113 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 113:22:1-114:11:2 | 113 | 22 | 114 | 11 | Plaintiff Affirmative | 402; 403; A; AC; CD; 611c | | | | | | | | | | | | |
| Collins, Spencer | 114:13:1-116:7:5 | 114 | 13 | 116 | 7 | Plaintiff Affirmative | 402; 403 | 116:8-13 | 116 | 8 | 116 | 13 | | | | | | | |
| Collins, Spencer | 116:14:1-117:5:2 | 116 | 14 | 117 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 117:8:1-119:9:6 | 117 | 8 | 119 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Collins, Spencer | 119:12:1-122:2:5 | 119 | 12 | 122 | 2 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Collins, Spencer | 122:5:1-123:11:3 | 122 | 5 | 123 | 11 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Collins, Spencer | 123:20:1-124:17:4 | 123 | 20 | 124 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 125:6:1-126:22:4 | 125 | 6 | 126 | 22 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Collins, Spencer | 127:10:1-127:19:2 | 127 | 10 | 127 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 128:6:1-130:20:4 | 128 | 6 | 130 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 131:7:1-132:11:2 | 131 | 7 | 132 | 11 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Collins, Spencer | 132:12:1-133:5:8 | 132 | 12 | 133 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 133:13:1-135:14:4 | 133 | 13 | 135 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 135:17:1-136:6:1 | 135 | 17 | 136 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Collins, Spencer | 136:9:1-139:18:3 | 136 | 9 | 139 | 18 | Plaintiff Affirmative | 402; 403; 611c | | | | | | | | | | | | |
| Collins, Spencer | 139:21:1-145:5:1 | 139 | 21 | 145 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Collins, Spencer | 145:16:6-146:4:5 | 145 | 16 | 146 | 4 | Plaintiff Affirmative | 402; 403; 104a | 145:15 | 145 | 15 | 145 | 15 | 106 | 145:6-14 | 145 | 6 | 145 | 14 | ID; 402; 403; 104a |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collins, Spencer | 148:8:1-149:13:1 | 148 | 8 | 149 | 13 | Plaintiff Affirmative | | 149:21-150:9 | 149 | 21 | 150 | 9 | 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Couillard, Lynn | 7:2:1-7:3:3 | 7 | 2 | 7 | 3 | Plaintiff Affirmative | | 7:6-7 | 7 | 6 | 7 | 7 | | | | | | | |
| Couillard, Lynn | 8:5:1-8:6:4 | 8 | 5 | 8 | 6 | Plaintiff Affirmative | | 8:7-20 | 8 | 7 | 8 | 20 | | | | | | | |
| Couillard, Lynn | | | | | | | | 32:18-35:9 | 32 | 18 | 35 | 9 | 611b; ND; 802; ID | | | | | | |
| Couillard, Lynn | | | | | | | | 37:23-38:24 | 37 | 23 | 38 | 24 | 611b; ND; 802; ID | | | | | | |
| Couillard, Lynn | 32:18-35:9 | 32 | 18 | 35 | 9 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Couillard, Lynn | 37:23-38:16 | 37 | 23 | 38 | 16 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Couillard, Lynn | 39:12-39:18 | 39 | 12 | 39 | 18 | Plaintiff Affirmative | 402; 403; 802 | 40:7-24 | 40 | 7 | 40 | 24 | 802 | | | | | | |
| | | | | | | | | 41:1 | 41 | 1 | 41 | 1 | 802 | | | | | | |
| | | | | | | | | 41:3-6 | 41 | 3 | 41 | 6 | 802 | | | | | | |
| | | | | | | | | 41:8-9 | 41 | 8 | 41 | 9 | 802 | | | | | | |
| | | | | | | | | 41:11-43:10 | 41 | 11 | 43 | 10 | 802 | | | | | | |
| | | | | | | | | 43:14-44:1 | 43 | 14 | 44 | 1 | 802 | | | | | | |
| Couillard, Lynn | 126:9:1-126:18:2 | 126 | 9 | 126 | 18 | Plaintiff Affirmative | 402; 403; 501; 802 | | | | | | | | | | | | |
| Couillard, Lynn | 127:5:1-127:15:2 | 127 | 5 | 127 | 15 | Plaintiff Affirmative | 802 | 127:16-128:12 | 127 | 16 | 128 | 12 | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Couillard, Lynn | 13:2:1-13:3:4 | 13 | 2 | 13 | 3 | Plaintiff Affirmative | | 11:12-22 | 11 | 12 | 11 | 22 | | | | | | | |
| Couillard, Lynn | 13:9:1-13:19:1 | 13 | 9 | 13 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 15:10:1-15:17:2 | 15 | 10 | 15 | 17 | Plaintiff Affirmative | | 24:22-25:9 | 24 | 22 | 25 | 9 | 611b; ND; ID | 21:1-9 | 21 | 1 | 21 | 9 | 402; 403; 611b; ID; 104a |
| | | | | | | | | | | | | | | 22:16-23:8 | 22 | 16 | 23 | 8 | 402; 403; 611b; ID; 104a |
| Couillard, Lynn | 40:5:1-40:14:7 | 40 | 5 | 40 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Couillard, Lynn | 40:22:1-41:17:5 | 40 | 22 | 41 | 17 | Plaintiff Affirmative | 802 | 42:19-44:20 | 42 | 19 | 44 | 20 | 611b; AC; ND; ID | | | | | | |
| Couillard, Lynn | 45:14:1-45:25:3 | 45 | 14 | 45 | 25 | Plaintiff Affirmative | 802 | 46:1-4 | 46 | 1 | 46 | 4 | 611b | | | | | | |
| Couillard, Lynn | 46:9:1-46:11:3 | 46 | 9 | 46 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 52:4:1-52:21:3 | 52 | 4 | 52 | 21 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 54:12:1-55:16:2 | 54 | 12 | 55 | 16 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 56:13:1-56:15:2 | 56 | 13 | 56 | 15 | Plaintiff Affirmative | 104a; O | | | | | | | | | | | | |
| Couillard, Lynn | 56:18:1-57:1:2 | 56 | 18 | 57 | 1 | Plaintiff Affirmative | O | | | | | | | | | | | | |
| Couillard, Lynn | 57:4:1-57:10:7 | 57 | 4 | 57 | 10 | Plaintiff Affirmative | O | | | | | | | | | | | | |
| Couillard, Lynn | 57:12:1-57:17:6 | 57 | 12 | 57 | 17 | Plaintiff Affirmative | O | | | | | | | | | | | | |
| Couillard, Lynn | 57:20:1-57:23:6 | 57 | 20 | 57 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 60:9:1-60:11:7 | 60 | 9 | 60 | 11 | Plaintiff Affirmative | V; 602 | 61:14-21 | 61 | 14 | 61 | 21 | 611b; ND; AC; ID | 61:23-62:2 | 61 | 23 | 62 | 2 | CC; 402; 403; 611b; ID |
| | | | | | | | | | | | | | | 63:3-6 | 63 | 3 | 63 | 6 | 402; 403; 611b; ID |
| Couillard, Lynn | | | | | | | | 62:13:-20 | 62 | 13 | 62 | 20 | 611b; ND; AC; ID | 61:23-62:2 | 61 | 23 | 62 | 2 | CC; 402; 403; 611b; ID |
| | | | | | | | | | | | | | | 63:3-6 | 63 | 3 | 63 | 6 | 402; 403; 611b; ID |
| Couillard, Lynn | | | | | | | | 62:22-63:2 | 62 | 22 | 63 | 2 | 611b; ND; AC; ID | 61:23-62:2 | 61 | 23 | 62 | 2 | CC; 402; 403; 611b; ID |
| | | | | | | | | | | | | | | 63:3-6 | 63 | 3 | 63 | 6 | 402; 403; 611b; ID |
| Couillard, Lynn | 60:13:1-60:14:3 | 60 | 13 | 60 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 60:17:1-60:21:2 | 60 | 17 | 60 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 65:21:1-66:8:2 | 65 | 21 | 66 | 8 | Plaintiff Affirmative | | 66:20-67:6 | 66 | 20 | 67 | 6 | 611b; 602 | | | | | | |
| Couillard, Lynn | 66:10:1-66:10:3 | 66 | 10 | 66 | 10 | Plaintiff Affirmative | V; O | | | | | | | | | | | | |
| Couillard, Lynn | 67:13:1-68:3:3 | 67 | 13 | 68 | 3 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 71:17:1-71:22:6 | 71 | 17 | 71 | 22 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Couillard, Lynn | 71:25:1-72:1:6 | 71 | 25 | 72 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 73:2:1-73:13:2 | 73 | 2 | 73 | 13 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 73:21:1-74:2:3 | 73 | 21 | 74 | 2 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 74:21:1-74:24:2 | 74 | 21 | 74 | 24 | Plaintiff Affirmative | 104a; O | | | | | | | | | | | | |
| Couillard, Lynn | 75:2:1-75:4:2 | 75 | 2 | 75 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 75:7:1-75:23:3 | 75 | 7 | 75 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Couillard, Lynn | 76:8:1-76:10:5 | 76 | 8 | 76 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 78:18:1-78:25:6 | 78 | 18 | 78 | 25 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 79:4:1-79:22:1 | 79 | 4 | 79 | 22 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 79:25:1-79:25:6 | 79 | 25 | 79 | 25 | Plaintiff Affirmative | O | 80:15-16 | 80 | 15 | 80 | 16 | 611b; 602 | | | | | | |
| Couillard, Lynn | | | | | | | | 80:19-20 | 80 | 19 | 80 | 20 | 611b; 602 | | | | | | |
| Couillard, Lynn | 81:8:1-81:10:6 | 81 | 8 | 81 | 10 | Plaintiff Affirmative | O | | | | | | | | | | | | |
| Couillard, Lynn | 81:13:1-82:3:2 | 81 | 13 | 82 | 3 | Plaintiff Affirmative | 402; 403; 802; O | | | | | | | | | | | | |
| Couillard, Lynn | 82:16:1-83:15:5 | 82 | 16 | 83 | 15 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Couillard, Lynn | 89:11:1-89:19:3 | 89 | 11 | 89 | 19 | Plaintiff Affirmative | 802; O; V | 89:22-90:16 | 89 | 22 | 90 | 16 | 602; ND; ID; AC; CC | | | | | | |
| Couillard, Lynn | 92:10:1-93:16:6 | 92 | 10 | 93 | 16 | Plaintiff Affirmative | 802; O | | | | | | | | | | | | |
| Couillard, Lynn | 93:19:1-93:24:4 | 93 | 19 | 93 | 24 | Plaintiff Affirmative | O | | | | | | | | | | | | |
| Couillard, Lynn | 94:2:1-94:3:4 | 94 | 2 | 94 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 97:19:1-98:5:2 | 97 | 19 | 98 | 5 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Couillard, Lynn | 98:17:1-99:16:1 | 98 | 17 | 99 | 16 | Plaintiff Affirmative | 802; O | | | | | | | | | | | | |
| Couillard, Lynn | 99:19:1-99:19:5 | 99 | 19 | 99 | 19 | Plaintiff Affirmative | | 113:24-114:6 | 113 | 24 | 114 | 6 | 611b; AC; ND; ID; CC | | | | | | |
| Couillard, Lynn | 116:19:1-116:23:2 | 116 | 19 | 116 | 23 | Plaintiff Affirmative | 104a; 402; 403 | | | | | | | | | | | | |
| Couillard, Lynn | 117:6:1-117:18:2 | 117 | 6 | 117 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 117:25:1-118:7:10 | 117 | 25 | 118 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 118:10:1-119:1:4 | 118 | 10 | 119 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 119:9:1-119:23:2 | 119 | 9 | 119 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Couillard, Lynn | 120:1:1-120:2:2 | 120 | 1 | 120 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 122:8:1-122:12:1 | 122 | 8 | 122 | 12 | Plaintiff Affirmative | 104a; 402; 403 | | | | | | | | | | | | |
| Couillard, Lynn | 122:13:1-122:24:2 | 122 | 13 | 122 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 125:13:1-125:24:6 | 125 | 13 | 125 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Couillard, Lynn | 126:9:1-126:18:2 | 126 | 9 | 126 | 18 | Plaintiff Affirmative | 602 | 126:19 | 126 | 19 | 126 | 19 | | | | | | | |
| Couillard, Lynn | | | | | | | | 126:21-24 | 126 | 21 | 126 | 24 | | | | | | | |
| Couillard, Lynn | 127:5:1-127:15:2 | 127 | 5 | 127 | 15 | Plaintiff Affirmative | | 127:2-4 | 127 | 2 | 127 | 4 | | | | | | | |
| Couillard, Lynn | | | | | | | | 127:16-19 | 127 | 16 | 127 | 19 | | | | | | | |
| Couillard, Lynn | 129:8:1-130:14:2 | 129 | 8 | 130 | 14 | Plaintiff Affirmative | 402; 802 | | | | | | | | | | | | |
| Couillard, Lynn | 131:1:1-131:9:2 | 131 | 1 | 131 | 9 | Plaintiff Affirmative | 802 | 130:15-25 | 130 | 15 | 130 | 25 | | | | | | | |
| Couillard, Lynn | 131:22:1-132:7:3 | 131 | 22 | 132 | 7 | Plaintiff Affirmative | 802 | 131:18-21 | 131 | 18 | 131 | 21 | | | | | | | |
| Couillard, Lynn | | | | | | | | 132:8 | 132 | 8 | 132 | 8 | | | | | | | |
| Couillard, Lynn | | | | | | | | 132:10-14 | 132 | 10 | 132 | 14 | | | | | | | |
| Couillard, Lynn | 134:6:1-134:8:1 | 134 | 6 | 134 | 8 | Plaintiff Affirmative | O; 602 | 133:2-7 | 133 | 2 | 133 | 7 | 611b | | | | | | |
| Couillard, Lynn | | | | | | | | 133:12-25 | 133 | 12 | 133 | 25 | 611b | | | | | | |
| Couillard, Lynn | 134:10:1-134:13:1 | 134 | 10 | 134 | 13 | Plaintiff Affirmative | O; 602 | | | | | | | | | | | | |
| Couillard, Lynn | 134:15:1-134:16:1 | 134 | 15 | 134 | 16 | Plaintiff Affirmative | | 136:8-12 | 136 | 8 | 136 | 12 | 611b | | | | | | |
| Couillard, Lynn | | | | | | | | 140:6-16 | 140 | 6 | 140 | 16 | 611b | | | | | | |
| Couillard, Lynn | | | | | | | | 163:13-17 | 163 | 13 | 163 | 17 | 611b | | | | | | |
| Couillard, Lynn | | | | | | | | 166:21-167:5 | 166 | 21 | 167 | 5 | 611b | | | | | | |
| Couillard, Lynn | | | | | | | | 172:10-15 | 172 | 10 | 172 | 15 | 611b; ND; CC; ID | | | | | | |
| Couillard, Lynn | | | | | | | | 174:9-16 | 174 | 9 | 174 | 16 | 611b; ND; CC; ID | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fonseca, Jeffrey | 8:21:1-8:23:5 | 8 | 21 | 8 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 11:15:1-11:21:4 | 11 | 15 | 11 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 11:24:1-12:1:7 | 11 | 24 | 12 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 13:15:1-13:23:2 | 13 | 15 | 13 | 23 | Plaintiff Affirmative | | 14:5-22 | 14 | 5 | 14 | 22 | | | | | | | |
| Fonseca, Jeffrey | 14:1:1-14:4:2 | 14 | 1 | 14 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 17:4:1-17:8:4 | 17 | 4 | 17 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 18:4:1-19:3:2 | 18 | 4 | 19 | 3 | Plaintiff Affirmative | | 19:15-15 | 19 | 15 | 19 | 15 | ID, 104a, 402, 403, 602, 802, 805 | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 19:17-22 | 19 | 17 | 19 | 22 | ID, 104a, 402, 403, 602, 802, 805, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 19:24-21:5 | 19 | 24 | 21 | 5 | ID, 104a, 402, 403, 602, 802, 805, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 21:19-21 | 21 | 19 | 21 | 21 | 104a, 106, 402, 403, 602, 802, 805, 611b | | | | | | |
| Fonseca, Jeffrey | 21:22:2-22:7:2 | 21 | 22 | 22 | 7 | Plaintiff Affirmative | 402; 403 | 22:8-13 | 22 | 8 | 22 | 13 | | | | | | | |
| Fonseca, Jeffrey | 22:14:1-22:23:5 | 22 | 14 | 22 | 23 | Plaintiff Affirmative | 402; 403 | 22:24-25 | 22 | 24 | 22 | 25 | | | | | | | |
| Fonseca, Jeffrey | 23:3:1-23:12:6 | 23 | 3 | 23 | 12 | Plaintiff Affirmative | 402; 403 | 23:13-17 | 23 | 13 | 23 | 17 | | | | | | | |
| Fonseca, Jeffrey | 23:18:1-24:3:5 | 23 | 18 | 24 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 24:6:1-24:13:4 | 24 | 6 | 24 | 13 | Plaintiff Affirmative | 402; 403; 602 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 24:16:1-24:22:2 | 24 | 16 | 24 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 25:9:1-25:12:2 | 25 | 9 | 25 | 12 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | 25:13-16 | 25 | 13 | 25 | 16 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 25:18-19 | 25 | 18 | 25 | 19 | | | | | | | |
| Fonseca, Jeffrey | 25:21:1-26:1:6 | 25 | 21 | 26 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 26:6:1-26:14:5 | 26 | 6 | 26 | 14 | Plaintiff Affirmative | 402; 403 | 26:6-14 | 26 | 6 | 26 | 14 | | | | | | | |
| Fonseca, Jeffrey | 26:15:1-26:20:5 | 26 | 15 | 26 | 20 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 26:21:1-27:4:5 | 26 | 21 | 27 | 4 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 27:5:1-27:16:4 | 27 | 5 | 27 | 16 | Plaintiff Affirmative | 402; 403 | 27:11-28:5 | 27 | 11 | 28 | 5 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 28:19-29:5 | 28 | 19 | 29 | 5 | | | | | | | |
| Fonseca, Jeffrey | 28:6:3-29:5:1 | 28 | 6 | 29 | 5 | Plaintiff Affirmative | 402; 403 | 29:20-30:11 | 29 | 20 | 30 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | 402; 403 | 30:21-31:8 | 30 | 21 | 31 | 8 | | | | | | | |
| Fonseca, Jeffrey | 31:12:2-32:8:8 | 31 | 12 | 32 | 8 | Plaintiff Affirmative | 402; 403 | 33:16-21 | 33 | 16 | 33 | 21 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 33:23-24 | 33 | 23 | 33 | 24 | | | | | | | |
| Fonseca, Jeffrey | 38:13:1-38:15:2 | 38 | 13 | 38 | 15 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | | | | | | | | | | | | |
| Fonseca, Jeffrey | 38:17:1-38:17:3 | 38 | 17 | 38 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 38:20:1-38:25:3 | 38 | 20 | 38 | 25 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | 38:3-6 | 38 | 3 | 38 | 6 | 104a, 402, 403, 602, 802, 805, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 38:9-11 | 38 | 9 | 38 | 11 | 104a, 402, 403, 802, 805, 611b | | | | | | |
| Fonseca, Jeffrey | 39:3:1-39:7:1 | 39 | 3 | 39 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 39:14:1-39:24:2 | 39 | 14 | 39 | 24 | Plaintiff Affirmative | 402; 403 | 39:14-24 | 39 | 14 | 39 | 24 | | | | | | | |
| Fonseca, Jeffrey | 40:2:1-40:13:3 | 40 | 2 | 40 | 13 | Plaintiff Affirmative | 402; 403 | 40:2-4 | 40 | 2 | 40 | 4 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 40:6-13 | 40 | 6 | 40 | 13 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 40:21-41:12 | 40 | 21 | 41 | 12 | | | | | | | |
| Fonseca, Jeffrey | 40:21:1-41:12:2 | 40 | 21 | 41 | 12 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 41:18:2-41:25:2 | 41 | 18 | 41 | 25 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | | | | | | | | | | | | |
| Fonseca, Jeffrey | 42:1:1-42:13:2 | 42 | 1 | 42 | 13 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | 42:1-4 | 42 | 1 | 42 | 4 | | | | | | | |
| Fonseca, Jeffrey | 42:14:1-42:18:6 | 42 | 14 | 42 | 18 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c | 42:19-20 | 42 | 19 | 42 | 20 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 42:23-24 | 42 | 23 | 42 | 24 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 43:2-3 | 43 | 2 | 43 | 3 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 43:6-9 | 43 | 6 | 43 | 9 | | 43:13-16 | 43 | 13 | 43 | 16 | 402; 403; 602; 104a; ID |
| Fonseca, Jeffrey | 44:5:1-44:12:7 | 44 | 5 | 44 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | 44:13-16 | 44 | 13 | 44 | 16 | 402, 403, 602, 802, 805 | | | | | | |
| Fonseca, Jeffrey | 44:17:1-45:5:1 | 44 | 17 | 45 | 5 | Plaintiff Affirmative | 402; 403; 602; A; CC; O; V; 104a; 611c; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 45:8:1-45:8:3 | 45 | 8 | 45 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 45:15:2-45:24:2 | 45 | 15 | 45 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 45:25:1-46:5:4 | 45 | 25 | 46 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 46:6:2-46:15:2 | 46 | 6 | 46 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | 46:6-21 | 46 | 6 | 46 | 21 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 46:23-47:1 | 46 | 23 | 47 | 1 | | | | | | | |
| Fonseca, Jeffrey | 47:16:1-47:19:4 | 47 | 16 | 47 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 47:20:2-48:2:2 | 47 | 20 | 48 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 48:12:1-48:15:5 | 48 | 12 | 48 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | 47:23-48:7 | 47 | 23 | 48 | 7 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 48:12-15 | 48 | 12 | 48 | 15 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 48:18-21 | 48 | 18 | 48 | 21 | | | | | | | |
| Fonseca, Jeffrey | 48:18:1-48:21:3 | 48 | 18 | 48 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 49:13:2-49:19:2 | 49 | 13 | 49 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | 49:13-22 | 49 | 13 | 49 | 22 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 49:25-50:2 | 49 | 25 | 50 | 2 | | | | | | | |
| Fonseca, Jeffrey | 50:7:2-50:11:5 | 50 | 7 | 50 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | 50:4-6 | 50 | 4 | 50 | 6 | | | | | | | |
| Fonseca, Jeffrey | 51:18:1-53:10:4 | 51 | 18 | 53 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 57:2:1-57:6:4 | 57 | 2 | 57 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | 55:9-11 | 55 | 9 | 55 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 55:14-16 | 55 | 14 | 55 | 16 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 55:18-21 | 55 | 18 | 55 | 21 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 55:23-25 | 55 | 23 | 55 | 25 | 104a, 402, 403, 602, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 56:2-4 | 56 | 2 | 56 | 4 | 104a, 403, 404, 602, 611b | | | | | | |
| Fonseca, Jeffrey | 57:8:1-58:5:2 | 57 | 8 | 58 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | 57:3-6 | 57 | 3 | 57 | 6 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 57:8 | 57 | 8 | 57 | 8 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 57:14-19 | 57 | 14 | 57 | 19 | | | | | | | |
| Fonseca, Jeffrey | 60:7:1-60:8:6 | 60 | 7 | 60 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 60:11:1-60:20:3 | 60 | 11 | 60 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 61:22:1-62:9:7 | 61 | 22 | 62 | 9 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 62:10:1-63:5:2 | 62 | 10 | 63 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 63:6-9 | 63 | 6 | 63 | 9 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 63:11 | 63 | 11 | 63 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 63:14-15 | 63 | 14 | 63 | 15 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 63:18-20 | 63 | 18 | 63 | 20 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 63:23-25 | 63 | 23 | 63 | 25 | | | | | | | |
| Fonseca, Jeffrey | 64:25:2-66:5:4 | 64 | 25 | 66 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | 66:10-15 | 66 | 10 | 66 | 15 | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fonseca, Jeffrey | | | | | | | | 66:17-22 | 66 | 17 | 66 | 22 | | | | | | | |
| Fonseca, Jeffrey | 66:7:1-66:8:3 | 66 | 7 | 66 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 66:23:1-67:15:2 | 66 | 23 | 67 | 15 | Plaintiff Affirmative | 403; 403 | 67:16-68:4 | 67 | 16 | 68 | 4 | | | | | | | |
| Fonseca, Jeffrey | 68:5:2-68:9:2 | 68 | 5 | 68 | 9 | Plaintiff Affirmative | 403; 403 | 68:10-69:12 | 68 | 10 | 69 | 12 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 69:15-16 | 69 | 15 | 69 | 16 | | | | | | | |
| Fonseca, Jeffrey | 70:9:1-70:23:5 | 70 | 9 | 70 | 23 | Plaintiff Affirmative | 403; 403 | 70:9-71:11 | 70 | 9 | 71 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 71:13 | 71 | 13 | 71 | 13 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 71:15-72:4 | 71 | 15 | 72 | 4 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 72:7 | 72 | 7 | 72 | 7 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 72:10-11 | 72 | 10 | 72 | 11 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 72:13-22 | 72 | 13 | 72 | 22 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 72:25-73:7 | 72 | 25 | 73 | 7 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 74:11-14 | 74 | 11 | 74 | 14 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 74:17 | 74 | 17 | 74 | 17 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 74:19-23 | 74 | 19 | 74 | 23 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:1-2 | 75 | 1 | 75 | 2 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:4-5 | 75 | 4 | 75 | 5 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:8-9 | 75 | 8 | 75 | 9 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:11-12 | 75 | 11 | 75 | 12 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:14-23 | 75 | 14 | 75 | 23 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 75:25-76:6 | 75 | 25 | 76 | 6 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | 78:16:1-78:18:6 | 78 | 16 | 78 | 18 | Plaintiff Affirmative | 402; 403 | 78:4-10 | 78 | 4 | 78 | 10 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 78:13-14 | 78 | 13 | 78 | 14 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 78:16-18 | 78 | 16 | 78 | 18 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 78:21-25 | 78 | 21 | 78 | 25 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 79:2-5 | 79 | 2 | 79 | 5 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | 78:21:1-78:25:3 | 78 | 21 | 78 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 79:11:1-80:5:3 | 79 | 11 | 80 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 80:8:1-80:8:6 | 80 | 8 | 80 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 80:10:1-80:15:8 | 80 | 10 | 80 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 80:18:1-80:18:6 | 80 | 18 | 80 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 80:23:1-81:5:3 | 80 | 23 | 81 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 81:6-8 | 81 | 6 | 81 | 8 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | 81:23:1-82:9:6 | 81 | 23 | 82 | 9 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 82:12:1-82:12:6 | 82 | 12 | 82 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 82:14:1-82:22:10 | 82 | 14 | 82 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 82:23:1-83:5:6 | 82 | 23 | 83 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 83:7:1-83:7:8 | 83 | 7 | 83 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 83:9:1-83:15:6 | 83 | 9 | 83 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 83:16:1-83:19:3 | 83 | 16 | 83 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 83:22:1-83:22:9 | 83 | 22 | 83 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 85:18:1-86:5:4 | 85 | 18 | 86 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 87:9:1-87:11:3 | 87 | 9 | 87 | 11 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 87:17:1-87:21:2 | 87 | 17 | 87 | 21 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 87:23:1-87:24:2 | 87 | 23 | 87 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 88:2:1-88:3:8 | 88 | 2 | 88 | 3 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 88:6:1-88:6:5 | 88 | 6 | 88 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 88:8:1-88:10:8 | 88 | 8 | 88 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; O; V; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 88:12:1-88:12:7 | 88 | 12 | 88 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 90:14:1-92:3:2 | 90 | 14 | 92 | 3 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 90:8-10 | 90 | 8 | 90 | 10 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 90:13 | 90 | 13 | 90 | 13 | | | | | | | |
| Fonseca, Jeffrey | 93:3:1-93:17:2 | 93 | 3 | 93 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 93:18:1-93:22:2 | 93 | 18 | 93 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 94:25-95:1 | 94 | 25 | 95 | 1 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 95:4-5 | 94 | 4 | 94 | 5 | | | | | | | |
| Fonseca, Jeffrey | 95:21:1-95:22:9 | 95 | 21 | 95 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CC; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 95:25:1-96:6:7 | 95 | 25 | 96 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 96:8:1-96:8:6 | 96 | 8 | 96 | 8 | Plaintiff Affirmative | | 96:10-14 | 96 | 10 | 96 | 14 | | | | | | | |
| Fonseca, Jeffrey | 97:15:1-97:19:2 | 97 | 15 | 97 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V | 98:15-18 | 98 | 15 | 98 | 18 | 104a, 402, 403, 602, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 98:23-99:6 | 98 | 23 | 99 | 6 | 104a, 402, 403, 602, 611b | | | | | | |
| Fonseca, Jeffrey | 97:20:1-97:23:5 | 97 | 20 | 97 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 98:1:1-98:2:1 | 98 | 1 | 98 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 103:14:1-103:16:3 | 103 | 14 | 103 | 16 | Plaintiff Affirmative | 402; 403; 602; V; O | 104:5-105:2 | 104 | 5 | 105 | 2 | | | | | | | |
| Fonseca, Jeffrey | 103:18:1-103:19:4 | 103 | 18 | 103 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 105:3:1-105:10:2 | 105 | 3 | 105 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 106:3:1-106:23:5 | 106 | 3 | 106 | 23 | Plaintiff Affirmative | 402; 403; CC; V; O | 107:1 | 107 | 1 | 107 | 1 | ID, 106, 402, 403 | | | | | | |
| Fonseca, Jeffrey | 107:2:1-107:10:3 | 107 | 2 | 107 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | 107:11-23 | 107 | 11 | 107 | 23 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 108:2-3 | 108 | 2 | 108 | 3 | | | | | | | |
| Fonseca, Jeffrey | 109:22:1-110:4:2 | 109 | 22 | 110 | 4 | Plaintiff Affirmative | 402; 403; 602; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 110:6:1-110:6:3 | 110 | 6 | 110 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 110:8:1-110:11:4 | 110 | 8 | 110 | 11 | Plaintiff Affirmative | 402; 403; 602; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 111:23:1-112:15:2 | 111 | 23 | 112 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 115:2:1-115:14:1 | 115 | 2 | 115 | 14 | Plaintiff Affirmative | 402; 403; 602; O; V; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 115:16:1-115:24:8 | 115 | 16 | 115 | 24 | Plaintiff Affirmative | 402; 403 | 116:5-10 | 116 | 5 | 116 | 10 | | | | | | | |
| Fonseca, Jeffrey | 116:11:1-116:20:9 | 116 | 11 | 116 | 20 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 119:15:2-119:18:2 | 119 | 15 | 119 | 18 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 119:21:1-120:4:2 | 119 | 21 | 120 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 120:5:2-120:9:8 | 120 | 5 | 120 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 125:16:2-125:24:5 | 125 | 16 | 125 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | 126:2-5 | 126 | 2 | 126 | 5 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 126:7-18 | 126 | 7 | 126 | 18 | | | | | | | |
| Fonseca, Jeffrey | 126:2:1-126:9:2 | 126 | 2 | 126 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 126:10:2-126:18:2 | 126 | 10 | 126 | 18 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 127:18:3-128:17:5 | 127 | 18 | 128 | 17 | Plaintiff Affirmative | | 127:18-128:17 | 127 | 18 | 128 | 17 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 129:7-12 | 129 | 7 | 129 | 12 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 129:14-15 | 129 | 14 | 129 | 15 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 129:24-130:1 | 129 | 24 | 130 | 1 | 402, 403, 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fonseca, Jeffrey | 130:9:1-130:14:2 | 130 | 9 | 130 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 130:15:1-131:2:2 | 130 | 15 | 131 | 2 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 131:3:2-131:21:2 | 131 | 3 | 131 | 21 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 131:22:1-132:10:2 | 131 | 22 | 132 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 132:25:2-133:5:2 | 132 | 25 | 133 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 133:17:1-134:11:2 | 133 | 17 | 134 | 11 | Plaintiff Affirmative | 402; 403 | 134:12-17 | 134 | 12 | 134 | 17 | | | | | | | |
| Fonseca, Jeffrey | 134:18:1-135:10:2 | 134 | 18 | 135 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 150:13:1-150:21:2 | 150 | 13 | 150 | 21 | Plaintiff Affirmative | 402; 403 | 150:22-24 | 150 | 22 | 150 | 24 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 151:5-10 | 151 | 5 | 151 | 10 | | | | | | | |
| Fonseca, Jeffrey | 152:18:1-152:20:5 | 152 | 18 | 152 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; 602; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 152:22:1-153:3:8 | 152 | 22 | 153 | 3 | Plaintiff Affirmative | | 153:5-21 | 153 | 5 | 153 | 21 | | | | | | | |
| Fonseca, Jeffrey | 157:6:2-159:7:2 | 157 | 6 | 159 | 7 | Plaintiff Affirmative | 402; 403; 802; 805; O; V; 602; CC | 158:16-20 | 158 | 16 | 158 | 20 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 160:19-20 | 160 | 19 | 160 | 20 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 160:23 | 160 | 23 | 160 | 23 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 161:7-16 | 161 | 7 | 161 | 16 | | | | | | | |
| Fonseca, Jeffrey | 159:9:1-160:20:7 | 159 | 9 | 160 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 160:23:1-161:16:2 | 160 | 23 | 161 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 161:24:1-163:6:3 | 161 | 24 | 163 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 163:9:1-163:13:2 | 163 | 9 | 163 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 163:15:1-163:21:2 | 163 | 15 | 163 | 21 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 163:24:1-164:1:4 | 163 | 24 | 164 | 1 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 164:3:1-164:3:7 | 164 | 3 | 164 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 164:5:1-164:6:5 | 164 | 5 | 164 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 164:9:1-164:16:10 | 164 | 9 | 164 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 164:17:1-165:9:5 | 164 | 17 | 165 | 9 | Plaintiff Affirmative | 402; 403; 802; 805; CC | | | | | | | | | | | | |
| Fonseca, Jeffrey | 165:11:1-165:15:1 | 165 | 11 | 165 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 165:17:1-165:17:8 | 165 | 17 | 165 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 165:19:1-165:23:3 | 165 | 19 | 165 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 166:23:1-167:6:7 | 166 | 23 | 167 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 167:8:1-167:22:2 | 167 | 8 | 167 | 22 | Plaintiff Affirmative | 402; 403; V | 167:23-168:4 | 167 | 23 | 168 | 4 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 168:7-11 | 168 | 7 | 168 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 168:13-17 | 168 | 13 | 168 | 17 | | | | | | | |
| Fonseca, Jeffrey | 170:3:1-170:9:2 | 170 | 3 | 170 | 9 | Plaintiff Affirmative | | 171:6-11 | 171 | 6 | 171 | 11 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | 171:22:1-172:17:3 | 171 | 22 | 172 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | | | | | | | | | | | | |
| Fonseca, Jeffrey | 172:19:1-172:23:6 | 172 | 19 | 172 | 23 | Plaintiff Affirmative | | 173:6-13 | 173 | 6 | 173 | 13 | | | | | | | |
| Fonseca, Jeffrey | 173:14:9-174:3:2 | 173 | 14 | 174 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 174:4:2-174:17:2 | 174 | 4 | 174 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; CC; O; V | 174:18 | 174 | 18 | 174 | 18 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 174:20-175:6 | 174 | 20 | 175 | 6 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 175:8 | 175 | 8 | 175 | 8 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 175:10-20 | 175 | 10 | 175 | 20 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | 177:6:2-177:10:6 | 177 | 6 | 177 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 178:6:1-178:10:1 | 178 | 6 | 178 | 10 | Plaintiff Affirmative | 402; 403; 104a | 196:22-197:8 | 196 | 22 | 197 | 8 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 178:11-18 | 178 | 11 | 178 | 18 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 178:21-179:1 | 178 | 21 | 179 | 1 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 179:3-6 | 179 | 3 | 179 | 6 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 179:9-13 | 179 | 9 | 179 | 13 | | | | | | | |
| Fonseca, Jeffrey | 178:16:1-178:18:3 | 178 | 16 | 178 | 18 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 178:21:1-179:6:10 | 178 | 21 | 179 | 6 | Plaintiff Affirmative | 402; 403 | 179:23-180:1 | 179 | 23 | 180 | 1 | | | | | | | |
| Fonseca, Jeffrey | 179:9:1-179:13:8 | 179 | 9 | 179 | 13 | Plaintiff Affirmative | | 179:15-17 | 179 | 15 | 179 | 17 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 179:20-21 | 179 | 20 | 179 | 21 | | | | | | | |
| Fonseca, Jeffrey | 180:2:2-180:5:9 | 180 | 2 | 180 | 5 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 180:8:1-180:15:10 | 180 | 8 | 180 | 15 | Plaintiff Affirmative | 402; 403; 104a; 602 | | | | | | | | | | | | |
| Fonseca, Jeffrey | 180:18:1-180:18:9 | 180 | 18 | 180 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 180:20:2-180:21:1 | 180 | 20 | 180 | 21 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 180:24:1-181:6:2 | 180 | 24 | 181 | 6 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 181:9:1-181:14:4 | 181 | 9 | 181 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 181:24:1-182:3:8 | 181 | 24 | 182 | 3 | Plaintiff Affirmative | 402; 403; 104a; 602 | 182:9-11 | 182 | 9 | 182 | 11 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 182:14-22 | 182 | 14 | 182 | 22 | | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 182:24-183:2 | 182 | 24 | 183 | 2 | | | | | | | |
| Fonseca, Jeffrey | 182:6:1-182:7:2 | 182 | 6 | 182 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 183:4:1-183:19:3 | 183 | 4 | 183 | 19 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 183:22:1-184:18:4 | 183 | 22 | 184 | 18 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 184:21:1-185:8:6 | 184 | 21 | 185 | 8 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 185:11:1-186:1:7 | 185 | 11 | 186 | 1 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 186:4:1-186:15:9 | 186 | 4 | 186 | 15 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 186:17:1-186:18:7 | 186 | 17 | 186 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 187:25:1-188:8:2 | 187 | 25 | 188 | 8 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 188:17:1-188:24:3 | 188 | 17 | 188 | 24 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 189:2:1-189:3:1 | 189 | 2 | 189 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 189:5:1-190:14:4 | 189 | 5 | 190 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 190:17:1-190:17:7 | 190 | 17 | 190 | 17 | Plaintiff Affirmative | | 190:19-20 | 190 | 19 | 190 | 20 | | | | | | | |
| Fonseca, Jeffrey | 190:21:2-191:16:5 | 190 | 21 | 191 | 16 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 191:19:1-191:21:6 | 191 | 19 | 191 | 21 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 191:22:2-192:11:7 | 191 | 22 | 192 | 11 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 192:14:1-192:15:6 | 192 | 14 | 192 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Fonseca, Jeffrey | 192:17:2-194:22:6 | 192 | 17 | 194 | 22 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Fonseca, Jeffrey | 194:25:1-194:25:3 | 194 | 25 | 194 | 25 | Plaintiff Affirmative | 402; 403; 104a | 195:11-25 | 195 | 11 | 195 | 25 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 196:3 | 196 | 3 | 196 | 3 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 196:22-197:13 | 196 | 22 | 197 | 13 | 402, 403, 611b | | | | | | |
| Fonseca, Jeffrey | | | | | | | | 197:15-16 | 197 | 15 | 197 | 16 | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George, Anupa | 6:14:1-6:17:3 | 6 | 14 | 6 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| George, Anupa | 8:19:1-9:3:3 | 8 | 19 | 9 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| George, Anupa | 9:9:1-9:11:3 | 9 | 9 | 9 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| George, Anupa | 10:14:1-10:18:5 | 10 | 14 | 10 | 18 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 10:20:1-11:4:3 | 10 | 20 | 11 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 11:6:1-11:15:5 | 11 | 6 | 11 | 15 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 14:4:1-14:9:1 | 14 | 4 | 14 | 9 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | 20:23-21:19 | 20 | 23 | 21 | 19 | 402, 403, 611b | | | | | | |
| George, Anupa | 14:11:1-15:2:2 | 14 | 11 | 15 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 17:24:1-18:2:1 | 17 | 24 | 18 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 18:4:1-18:17:1 | 18 | 4 | 18 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 18:19:1-19:3:3 | 18 | 19 | 19 | 3 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 21:20:1-22:17:4 | 21 | 20 | 22 | 17 | Plaintiff Affirmative | CD; V | | | | | | | | | | | | |
| George, Anupa | 22:19:1-23:1:2 | 22 | 19 | 23 | 1 | Plaintiff Affirmative | CD; V | | | | | | | | | | | | |
| George, Anupa | 23:11:1-23:16:3 | 23 | 11 | 23 | 16 | Plaintiff Affirmative | | 23:17-21 | 23 | 17 | 23 | 21 | | | | | | | |
| George, Anupa | | | | | | | | 23:23-24:5 | 23 | 23 | 24 | 5 | | | | | | | |
| George, Anupa | | | | | | | | 24:15-19 | 24 | 15 | 24 | 19 | 402, 403, 611b | | | | | | |
| George, Anupa | | | | | | | | 24:21-25:1 | 24 | 21 | 25 | 1 | 402, 403, 611b | | | | | | |
| George, Anupa | 25:13:1-25:17:1 | 25 | 13 | 25 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 25:19:1-26:13:7 | 25 | 19 | 26 | 13 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 26:15:1-26:22:1 | 26 | 15 | 26 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | | | | | | | | | | | | |
| George, Anupa | 26:24:1-27:9:2 | 26 | 24 | 27 | 9 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | 27:10-27:13 | 27 | 10 | 27 | 13 | | | | | | | |
| George, Anupa | 27:19:1-28:4:2 | 27 | 19 | 28 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O; CD | 27:15-27:18 | 27 | 15 | 27 | 18 | | | | | | | |
| George, Anupa | 28:6:1-29:15:1 | 28 | 6 | 29 | 15 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O; CD | 29:23-25 | 29 | 23 | 29 | 25 | 402, 403, 611b | | | | | | |
| George, Anupa | | | | | | | | 30:2-8 | 30 | 2 | 30 | 8 | 402, 403, 611b | 30:16-20 | 30 | 16 | 30 | 20 | AC; V; 402 |
| | | | | | | | | | | | | | | 30:22 | 30 | 22 | 30 | 22 | V; 402 |
| George, Anupa | 31:14:1-34:7:3 | 31 | 14 | 32 | 7 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; V; O | | | | | | | | | | | | |
| George, Anupa | 32:10:1-32:24:2 | 32 | 10 | 32 | 24 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; V; O | | | | | | | | | | | | |
| George, Anupa | 35:18:1-36:12:2 | 35 | 18 | 36 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 38:13:1-39:12:8 | 38 | 13 | 39 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 40:3:1-40:9:1 | 40 | 3 | 40 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| George, Anupa | 40:14:1-41:17:4 | 40 | 14 | 41 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 41:19:1-42:8:6 | 41 | 19 | 42 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| George, Anupa | 42:10:1-42:18:2 | 42 | 10 | 42 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| George, Anupa | 42:19:1-43:24:2 | 42 | 19 | 43 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; CD | | | | | | | | | | | | |
| George, Anupa | 45:4:1-46:12:2 | 45 | 4 | 46 | 12 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; CD | 46:13-47:1 | 46 | 13 | 47 | 1 | 402, 403, 611b | | | | | | |
| George, Anupa | | | | | | | | 47:3-9 | 47 | 3 | 47 | 9 | 402, 403, 611b | | | | | | |
| George, Anupa | | | | | | | | 47:11-14 | 47 | 11 | 47 | 14 | 402, 403, 611b | | | | | | |
| George, Anupa | | | | | | | | | | | | | | | | | | | |
| George, Anupa | 47:15:1-47:16:6 | 47 | 15 | 47 | 16 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802; V | | | | | | | | | | | | |
| George, Anupa | 47:18:1-47:20:6 | 47 | 18 | 47 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; V | 47:21-47:25 | 47 | 21 | 47 | 25 | | | | | | | |
| George, Anupa | 48:1:1-48:2:6 | 48 | 1 | 48 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; V | | | | | | | | | | | | |
| George, Anupa | 48:4:1-48:25:6 | 48 | 4 | 48 | 25 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; V | 49:1-49:6 | 49 | 1 | 49 | 6 | | | | | | | |
| George, Anupa | 49:7:1-49:20:8 | 49 | 7 | 49 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | 49:21-50:8 | 49 | 21 | 50 | 8 | | | | | | | |
| George, Anupa | 50:9:1-50:21:2 | 50 | 9 | 50 | 21 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 51:5:1-51:16:5 | 51 | 5 | 51 | 16 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 51:18:1-52:4:7 | 51 | 18 | 52 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 52:6:1-52:16:7 | 52 | 6 | 52 | 16 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 52:18:1-53:21:5 | 52 | 18 | 53 | 21 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| George, Anupa | 54:20:1-54:21:6 | 54 | 20 | 54 | 21 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Greenhalgh, Peter | 5:17:1-5:22:1 | 5 | 17 | 5 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 6:7:1-6:12:1 | 6 | 7 | 6 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 6:19:1-6:22:1 | 6 | 19 | 6 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 6:23:1-7:9:1 | 6 | 23 | 7 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 7:14:1-7:21:4 | 7 | 14 | 7 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 9:4:1-9:23:6 | 9 | 4 | 9 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 10:11:1-10:21:3 | 10 | 11 | 10 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 15:3:1-16:7:6 | 15 | 3 | 16 | 7 | Plaintiff Affirmative | | 13:24-14:14 | 13 | 24 | 14 | 14 | 402, 403, 611b | | | | | | |
| Greenhalgh, Peter | 30:8:1-31:8:7 | 30 | 8 | 31 | 8 | Plaintiff Affirmative | | 31:17-22 | 31 | 17 | 31 | 22 | | | | | | | |
| Greenhalgh, Peter | 48:16:1-50:8:6 | 48 | 16 | 50 | 8 | Plaintiff Affirmative | 402; 403; 104a | 50:9-20 | 50 | 9 | 50 | 20 | | | | | | | |
| Greenhalgh, Peter | 53:8:1-53:15:5 | 53 | 8 | 53 | 15 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Greenhalgh, Peter | 57:20:1-58:5:1 | 57 | 20 | 58 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 58:16:1-60:14:2 | 58 | 16 | 60 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Greenhalgh, Peter | 62:6:1-65:13:3 | 62 | 6 | 65 | 13 | Plaintiff Affirmative | 402; 403; 802 | 65:14-66:5 | 65 | 14 | 66 | 5 | | | | | | | |
| Greenhalgh, Peter | 66:18:1-66:7:5 | 66 | 18 | 67 | 6 | Plaintiff Affirmative | 402; 403 | 67:17-20 | 67 | 17 | 67 | 20 | | | | | | | |
| Greenhalgh, Peter | 67:21:1-68:6:3 | 67 | 21 | 68 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 68:10:1-68:24:4 | 68 | 10 | 68 | 24 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Greenhalgh, Peter | 68:25:1-70:11:4 | 68 | 25 | 70 | 11 | Plaintiff Affirmative | 402; 403; 802; 611c; 602 | | | | | | | | | | | | |
| Greenhalgh, Peter | 70:14:1-71:16:2 | 70 | 14 | 71 | 16 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Greenhalgh, Peter | 72:6:1-72:10:7 | 72 | 6 | 72 | 10 | Plaintiff Affirmative | 402; 403 | 72:11-15 | 72 | 11 | 72 | 15 | | | | | | | |
| Greenhalgh, Peter | 73:12:1-74:16:5 | 73 | 12 | 74 | 16 | Plaintiff Affirmative | | 74:17-75:6 | 74 | 17 | 75 | 6 | | | | | | | |
| Greenhalgh, Peter | 75:7:1-75:24:7 | 75 | 7 | 75 | 24 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Greenhalgh, Peter | 75:25:1-76:16:6 | 75 | 25 | 76 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 78:6:1-78:10:1 | 78 | 6 | 78 | 10 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Greenhalgh, Peter | 78:23:1-79:20:1 | 78 | 23 | 79 | 20 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Greenhalgh, Peter | 79:21:1-81:10:4 | 79 | 21 | 81 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Greenhalgh, Peter | 81:11:1-82:5:3 | 81 | 11 | 82 | 5 | Plaintiff Affirmative | 402; 403 | 82:21-83:3 | 82 | 21 | 83 | 3 | | 83:4-15 | 83 | 4 | 83 | 15 | ID |
| Greenhalgh, Peter | | | | | | | | 83:16-85:16 | 83 | 16 | 85 | 16 | 402, 403, 611b | | | | | | |
| Greenhalgh, Peter | 85:17:1-87:8:5 | 85 | 17 | 87 | 8 | Plaintiff Affirmative | 402; 403 | 87:9-13 | 87 | 9 | 87 | 13 | | | | | | | |
| Greenhalgh, Peter | | | | | | | | 87:16-89:15 | 87 | 16 | 89 | 15 | | | | | | | |
| Greenhalgh, Peter | 89:16:1-90:14:6 | 89 | 16 | 90 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Greenhalgh, Peter | 90:15:1-93:11:4 | 90 | 15 | 93 | 11 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Greenhalgh, Peter | 103:2:1-103:13:4 | 103 | 2 | 103 | 13 | Plaintiff Affirmative | 104a | 97:4-98:6 | 97 | 4 | 98 | 6 | 402, 403, 611b | | | | | | |
| Greenhalgh, Peter | | | | | | | | 99:18-101:9 | 99 | 18 | 101 | 9 | 402, 403, 611b | | | | | | |
| Greenhalgh, Peter | | | | | | | | 102:13-22 | 102 | 13 | 102 | 22 | 402, 403, 611b | | | | | | |
| Greenhalgh, Peter | 107:22:1-108:9:2 | 107 | 22 | 108 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Greenhalgh, Peter | 108:10:1-110:15:3 | 108 | 10 | 110 | 15 | Plaintiff Affirmative | 402; 403 | 110:16-111:6 | 110 | 16 | 111 | 6 | | | | | | | |
| Greenhalgh, Peter | 111:7:1-111:14:4 | 111 | 7 | 111 | 14 | Plaintiff Affirmative | 402; 403; CD; AC; V; 611c | | | | | | | | | | | | |
| Greenhalgh, Peter | 111:17:1-111:22:1 | 111 | 17 | 111 | 22 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grisenwaite, Richard | 6:15:2-9:14:8 | 6 | 15 | 9 | 14 | Plaintiff Affirmative | 104a; 602; 106; 402; 403; 802 | | | | | | | | | | | | |
| Grisenwaite, Richard | 11:25:1-12:11:3 | 11 | 25 | 12 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenwaite, Richard | 14:18:1-14:19:8 | 14 | 18 | 14 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenwaite, Richard | 15:25:1-16:8:4 | 15 | 25 | 16 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenwaite, Richard | 19:8:1-19:14:3 | 19 | 8 | 19 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenwaite, Richard | 73:3:1-73:12:7 | 73 | 3 | 73 | 12 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenwaite, Richard | 187:25:1-190:9:1 | 187 | 25 | 190 | 9 | Plaintiff Affirmative | 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenwaite, Richard | 190:11:1-191:19:6 | 190 | 11 | 191 | 19 | Plaintiff Affirmative | 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenwaite, Richard | 205:5:1-206:11:3 | 205 | 5 | 206 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | 206:12-207:1 | 206 | 12 | 207 | 1 | | | | | | | |
| Grisenwaite, Richard | | | | | | | | 209:18-210:7 | 209 | 18 | 210 | 7 | CO, 402, 403, IP, 611b | 208:4-209:8 | 208 | 4 | 209 | 17 | |
| Grisenwaite, Richard | 207:2:1-207:25:1 | 207 | 2 | 207 | 25 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenwaite, Richard | 211:11:1-213:16:2 | 211 | 11 | 213 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grisenthwaite, Richard | 6:15:1-6:18:4 | 6 | 15 | 6 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 7:17:1-8:17:3 | 7 | 17 | 8 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 8:18:1-9:24:3 | 8 | 18 | 9 | 24 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 9:25:1-12:6:1 | 9 | 25 | 12 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 12:7:1-13:7:2 | 12 | 7 | 13 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 13:12:1-15:19:3 | 13 | 12 | 15 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 16:11:1-17:6:4 | 16 | 11 | 17 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | 17:7-14 | 17 | 7 | 17 | 14 | | | | | | | |
| Grisenthwaite, Richard | 17:15:1-18:6:4 | 17 | 15 | 18 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 18:20:1-19:7:6 | 18 | 20 | 19 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 19:8:1-20:16:8 | 19 | 8 | 20 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | 26:20-29:19 | 26 | 20 | 29 | 19 | 611b | | | | | | |
| Grisenthwaite, Richard | 20:17:1-21:2:3 | 20 | 17 | 21 | 2 | Plaintiff Affirmative | 402; 403; 802 | 21:3-16 | 21 | 3 | 21 | 16 | | | | | | | |
| Grisenthwaite, Richard | 21:17:1-21:24:7 | 21 | 17 | 21 | 24 | Plaintiff Affirmative | 402; 403; 802 | 21:25-22:9 | 21 | 25 | 22 | 9 | | | | | | | |
| Grisenthwaite, Richard | 22:10:1-22:21:4 | 22 | 10 | 22 | 21 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 23:13:1-24:15:4 | 23 | 13 | 24 | 15 | Plaintiff Affirmative | 104a; 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 26:2:1-26:13:5 | 26 | 2 | 26 | 13 | Plaintiff Affirmative | 104a; 106; 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 29:20:1-30:8:2 | 29 | 20 | 30 | 8 | Plaintiff Affirmative | 104a; 106; 402; 403; 802; 805 | 30:9-21 | 30 | 9 | 30 | 21 | | | | | | | |
| Grisenthwaite, Richard | 30:22:1-31:14:3 | 30 | 22 | 31 | 14 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 31:20:1-32:21:2 | 31 | 20 | 32 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | 33:18-35:22 | 33 | 18 | 35 | 22 | 611b | 32:22-33:17 | 32 | 22 | 33 | 17 | |
| Grisenthwaite, Richard | 39:11:1-39:24:4 | 39 | 11 | 39 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | 36:24-37:25 | 36 | 24 | 37 | 25 | 611b | 35:24-36:23 | 35 | 24 | 36 | 23 | 602 |
| Grisenthwaite, Richard | 39:25:1-40:19:2 | 39 | 25 | 40 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 41:23:1-42:4:2 | 41 | 23 | 42 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 42:5:1-42:17:6 | 42 | 5 | 42 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 42:18:1-43:18:7 | 42 | 18 | 43 | 18 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 44:6:1-45:3:6 | 44 | 6 | 45 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 45:13:1-46:6:5 | 45 | 13 | 46 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 46:7:1-46:19:5 | 46 | 7 | 46 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 47:11:1-48:21:1 | 47 | 11 | 48 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 49:11:1-50:2:5 | 49 | 11 | 50 | 2 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 51:9:1-54:2:6 | 51 | 9 | 54 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | 54:3-56:17 | 54 | 3 | 56 | 17 | | | | | | | |
| Grisenthwaite, Richard | 57:9:1-57:22:3 | 57 | 9 | 57 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 58:4:1-58:10:1 | 58 | 4 | 58 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 59:20:1-61:3:5 | 59 | 20 | 61 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 72:4:1-73:4:2 | 72 | 4 | 73 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 73:9:1-74:16:2 | 73 | 9 | 74 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 78:13:1-79:2:7 | 78 | 13 | 79 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 79:19:1-80:12:1 | 79 | 19 | 80 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 80:24:1-83:2:6 | 80 | 24 | 83 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 83:4:1-84:10:5 | 83 | 4 | 84 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 86:19:1-87:1:2 | 86 | 19 | 87 | 1 | Plaintiff Affirmative | 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 87:3:1-87:6:1 | 87 | 3 | 87 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 88:21:1-89:13:2 | 88 | 21 | 89 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; A | | | | | | | | | | | | |
| Grisenthwaite, Richard | 89:15:1-89:25:8 | 89 | 15 | 89 | 25 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 90:2:1-90:19:1 | 90 | 2 | 90 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 90:20:1-91:16:1 | 90 | 20 | 91 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 95:20:1-97:13:5 | 95 | 20 | 97 | 13 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 98:12:1-98:22:5 | 98 | 12 | 98 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 101:25:1-103:4:4 | 101 | 25 | 103 | 4 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 103:6:1-103:13:4 | 103 | 6 | 103 | 13 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 103:15:1-103:22:2 | 103 | 15 | 103 | 22 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 103:23:1-104:8:1 | 103 | 23 | 104 | 8 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 104:10:1-104:22:3 | 104 | 10 | 104 | 22 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V | | | | | | | | | | | | |
| Grisenthwaite, Richard | 104:24:1-105:12:1 | 104 | 24 | 105 | 12 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V | | | | | | | | | | | | |
| Grisenthwaite, Richard | 105:14:1-106:18:8 | 105 | 14 | 106 | 18 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 106:19:1-108:16:1 | 106 | 19 | 108 | 16 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 109:9:1-110:3:1 | 109 | 9 | 110 | 3 | Plaintiff Affirmative | 104a; 106; 402; 403; 802; 805 | 110:2-7 | 110 | 2 | 110 | 7 | NR | | | | | | |
| Grisenthwaite, Richard | 111:25:1-113:11:2 | 111 | 25 | 113 | 11 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; 602; V; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 113:21:1-115:7:1 | 113 | 21 | 115 | 7 | Plaintiff Affirmative | 104a; 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 115:9:1-115:9:3 | 115 | 9 | 115 | 9 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 115:10:1-116:3:5 | 115 | 10 | 116 | 3 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 117:8:1-118:7:4 | 117 | 8 | 118 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 119:10:1-119:13:2 | 119 | 10 | 119 | 13 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 119:21:1-120:3:7 | 119 | 21 | 120 | 3 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 120:4:1-122:24:1 | 120 | 4 | 122 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 123:1:1-123:12:5 | 123 | 1 | 123 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 124:5:1-124:22:6 | 124 | 5 | 124 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 124:23:1-126:8:4 | 124 | 23 | 126 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 127:3:1-127:24:6 | 127 | 3 | 127 | 24 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 129:13:1-130:4:1 | 129 | 13 | 130 | 4 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 130:14:1-130:23:2 | 130 | 14 | 130 | 23 | Plaintiff Affirmative | 402; 403; 602; 802; 805; A; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 131:15:1-132:18:4 | 131 | 15 | 132 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Grisenthwaite, Richard | 133:4:1-133:18:1 | 133 | 4 | 133 | 18 | Plaintiff Affirmative | 402; 403; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 133:20:1-134:3:4 | 133 | 20 | 134 | 3 | Plaintiff Affirmative | 402; 403; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 134:5:1-135:13:5 | 134 | 5 | 135 | 13 | Plaintiff Affirmative | 402; 403; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 135:15:1-136:4:2 | 135 | 15 | 136 | 4 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 136:10:1-136:22:3 | 136 | 10 | 136 | 22 | Plaintiff Affirmative | 402; 403 | 137:19-22 | 137 | 19 | 137 | 22 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 137:24-138:7 | 137 | 24 | 138 | 7 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 145:15-16 | 145 | 15 | 145 | 16 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 145:18-24 | 145 | 18 | 145 | 24 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 146:2-7 | 146 | 2 | 146 | 7 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 146:9-12 | 146 | 9 | 146 | 12 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 146:14-16 | 146 | 14 | 146 | 16 | 611b | | | | | | |
| Grisenthwaite, Richard | 138:8:1-139:14:4 | 138 | 8 | 139 | 14 | Plaintiff Affirmative | 104a; 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 139:22:1-140:1:2 | 139 | 22 | 140 | 1 | Plaintiff Affirmative | 104a; 402; 403; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 140:3:1-140:7:6 | 140 | 3 | 140 | 7 | Plaintiff Affirmative | 104a; 402; 403; 602; V; O | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grisenthwaite, Richard | 140:9:1-140:21:8 | 140 | 9 | 140 | 21 | Plaintiff Affirmative | 104a; 402; 403; 602; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 140:23:1-141:5:4 | 140 | 23 | 141 | 5 | Plaintiff Affirmative | 104a; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 141:6:1-141:23:7 | 141 | 6 | 141 | 23 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 142:18:1-143:2:4 | 142 | 18 | 143 | 2 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | 143:12-15 | 143 | 12 | 143 | 15 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 143:17-20 | 143 | 17 | 143 | 20 | 611b | | | | | | |
| Grisenthwaite, Richard | 143:21:1-143:22:6 | 143 | 21 | 143 | 22 | Plaintiff Affirmative | 104a; 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 143:24:1-145:8:2 | 143 | 24 | 145 | 8 | Plaintiff Affirmative | 104a; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 146:17:1-146:20:4 | 146 | 17 | 146 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 147:6:2-149:23:2 | 147 | 6 | 149 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 150:7:1-150:23:2 | 150 | 7 | 150 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 152:7:1-155:7:5 | 152 | 7 | 155 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 155:8:1-157:22:3 | 155 | 8 | 157 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | 157:23-158:7 | 157 | 23 | 158 | 7 | 611b | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 158:9-159:7 | 158 | 9 | 159 | 7 | 611b | | | | | | |
| Grisenthwaite, Richard | 159:8:1-159:13:5 | 159 | 8 | 159 | 13 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 159:19:1-160:2:3 | 159 | 19 | 160 | 2 | Plaintiff Affirmative | 402; 403; 802; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 160:4:1-160:7:1 | 160 | 4 | 160 | 7 | Plaintiff Affirmative | 402; 403; 802; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 160:9:1-160:12:2 | 160 | 9 | 160 | 12 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 160:19:1-160:22:1 | 160 | 19 | 160 | 22 | Plaintiff Affirmative | 402; 403; 802; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 160:24:1-161:17:6 | 160 | 24 | 161 | 17 | Plaintiff Affirmative | 402; 403; 802; V; O | 161:18-20 | 161 | 18 | 161 | 20 | MIL | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 161:24-162:2 | 161 | 24 | 162 | 2 | MIL | | | | | | |
| Grisenthwaite, Richard | 162:3:1-163:6:4 | 162 | 3 | 163 | 6 | Plaintiff Affirmative | 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 163:8:1-163:18:3 | 163 | 8 | 163 | 18 | Plaintiff Affirmative | 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 163:21:1-164:9:4 | 163 | 21 | 164 | 9 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 164:14:1-165:23:5 | 164 | 14 | 165 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 165:25:1-166:17:4 | 165 | 25 | 166 | 17 | Plaintiff Affirmative | 402; 403; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 166:19:1-167:3:1 | 166 | 19 | 167 | 3 | Plaintiff Affirmative | 402; 403; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 167:4:1-167:21:2 | 167 | 4 | 167 | 21 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 171:13:1-171:16:2 | 171 | 13 | 171 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 171:22:1-173:13:4 | 171 | 22 | 173 | 13 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 175:4:1-175:17:1 | 175 | 4 | 175 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | 175:18-20 | 175 | 18 | 175 | 20 | | | | | | | |
| Grisenthwaite, Richard | | | | | | | | 175:22-176:4 | 175 | 22 | 176 | 4 | | | | | | | |
| Grisenthwaite, Richard | 176:5:1-177:2:5 | 176 | 5 | 177 | 2 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 177:4:1-177:6:1 | 177 | 4 | 177 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Grisenthwaite, Richard | 177:7:1-177:11:4 | 177 | 7 | 177 | 11 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Grisenthwaite, Richard | 177:19:1-178:15:6 | 177 | 19 | 178 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Grisenthwaite, Richard | 178:17:1-179:13:4 | 178 | 17 | 179 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; V; O | 179:14-180:2 | 179 | 14 | 180 | 2 | | | | | | | |
| Grisenthwaite, Richard | 180:5:1-181:19:2 | 180 | 5 | 181 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 9:1:1-10:23:9 | 9 | 1 | 10 | 23 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 10:25:1-13:15:10 | 10 | 25 | 13 | 15 | Plaintiff Affirmative | 402; 403; 501; V | | | | | | | | | | | | |
| Haas, Rene | 13:21:1-17:21:6 | 13 | 21 | 17 | 21 | Plaintiff Affirmative | 106; 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 17:24:1-18:6:1 | 17 | 24 | 18 | 6 | Plaintiff Affirmative | 106; 402; 403; 104a; 103 | | | | | | | | | | | | |
| Haas, Rene | 18:8:1-18:10:6 | 18 | 8 | 18 | 10 | Plaintiff Affirmative | 402; 403; 103; V | | | | | | | | | | | | |
| Haas, Rene | 18:12:1-18:12:3 | 18 | 12 | 18 | 12 | Plaintiff Affirmative | V | | | | | | | | | | | | |
| Haas, Rene | 18:14:1-20:4:1 | 18 | 14 | 20 | 4 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 20:6:1-20:11:7 | 20 | 6 | 20 | 11 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 20:13:1-21:18:5 | 20 | 13 | 21 | 18 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 21:20:1-22:2:2 | 21 | 20 | 22 | 2 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 22:4:1-22:25:7 | 22 | 4 | 22 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 23:2:1-23:6:9 | 23 | 2 | 23 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 23:8:1-24:2:2 | 23 | 8 | 24 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a; V | | | | | | | | | | | | |
| Haas, Rene | 24:4:1-24:6:8 | 24 | 4 | 24 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a; V | | | | | | | | | | | | |
| Haas, Rene | 24:8:1-24:22:2 | 24 | 8 | 24 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 24:24:1-25:6:6 | 24 | 24 | 25 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 25:8:1-25:15:7 | 25 | 8 | 25 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a; V | | | | | | | | | | | | |
| Haas, Rene | 25:17:1-26:10:10 | 25 | 17 | 26 | 10 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 26:12:1-29:14:5 | 26 | 12 | 29 | 14 | Plaintiff Affirmative | 402; 403; CC; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 29:17:1-33:24:2 | 29 | 17 | 33 | 24 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; A | | | | | | | | | | | | |
| Haas, Rene | 34:21:1-35:1:9 | 34 | 21 | 35 | 1 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 35:22:1-36:6:2 | 35 | 22 | 36 | 6 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 36:8:1-36:16:3 | 36 | 8 | 36 | 16 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 36:18:1-37:25:2 | 36 | 18 | 37 | 25 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 38:1:1-38:25:9 | 38 | 1 | 38 | 25 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 39:1:1-41:25:4 | 39 | 1 | 41 | 25 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 42:1:1-44:21:5 | 42 | 1 | 44 | 21 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 44:23:1-45:3:3 | 44 | 23 | 45 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 45:5:1-48:13:1 | 45 | 5 | 48 | 13 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 48:15:1-51:11:4 | 48 | 15 | 51 | 11 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 51:13:1-51:21:4 | 51 | 13 | 51 | 21 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 51:23:1-52:9:6 | 51 | 23 | 52 | 9 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 52:11:1-52:21:4 | 52 | 11 | 52 | 21 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 52:23:1-53:25:1 | 52 | 23 | 53 | 25 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 54:1:1-54:25:7 | 54 | 1 | 54 | 25 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 55:1:1-59:5:7 | 55 | 1 | 59 | 5 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 59:6:1-66:24:4 | 59 | 6 | 66 | 24 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 67:1:1-71:18:2 | 67 | 1 | 71 | 18 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 71:20:1-72:10:3 | 71 | 20 | 72 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 72:21:1-75:6:7 | 72 | 21 | 75 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 75:8:1-77:23:3 | 75 | 8 | 77 | 23 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 77:24:1-78:5:2 | 77 | 24 | 78 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 78:7:1-82:21:1 | 78 | 7 | 82 | 21 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 82:23:1-91:20:4 | 82 | 23 | 91 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 91:21:1-96:11:2 | 91 | 21 | 96 | 11 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V | | | | | | | | | | | | |
| Haas, Rene | 96:13:1-97:3:3 | 96 | 13 | 97 | 3 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V | | | | | | | | | | | | |
| Haas, Rene | 97:5:1-97:12:6 | 97 | 5 | 97 | 12 | Plaintiff Affirmative | 402; 403; CC; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 97:15:1-98:7:2 | 97 | 15 | 98 | 7 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 98:9:1-98:12:6 | 98 | 9 | 98 | 12 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 98:14:1-98:23:9 | 98 | 14 | 98 | 23 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 98:25:1-105:2:5 | 98 | 25 | 105 | 2 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 105:4:1-108:25:1 | 105 | 4 | 108 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 109:1:1-109:23:3 | 109 | 1 | 109 | 23 | Plaintiff Affirmative | 106; 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 110:1:1-119:14:7 | 110 | 1 | 119 | 14 | Plaintiff Affirmative | 106; 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 119:19:1-121:4:2 | 119 | 19 | 121 | 4 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 121:5-121:13 | 121 | 5 | 121 | 13 | NR | | | | | | |
| Haas, Rene | 121:15:1-122:5:2 | 121 | 15 | 122 | 5 | Plaintiff Affirmative | 402; 403 | 122:6-122:13 | 122 | 6 | 122 | 13 | NR | | | | | | |
| Haas, Rene | 122:15:1-123:4:3 | 122 | 15 | 123 | 4 | Plaintiff Affirmative | 402; 403; 501 | | | | | | | | | | | | |
| Haas, Rene | 123:8:1-134:20:9 | 123 | 8 | 134 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 134:21-135:6 | 134 | 21 | 135 | 6 | NR | | | | | | |
| Haas, Rene | 135:8:1-136:16:9 | 135 | 8 | 136 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 136:17:1-139:16:5 | 136 | 17 | 139 | 16 | Plaintiff Affirmative | 402; 403; CC; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 139:18:1-139:25:5 | 139 | 18 | 139 | 25 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 140:2:1-140:14:7 | 140 | 2 | 140 | 14 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 140:17:1-141:4:1 | 140 | 17 | 141 | 4 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 141:6:1-141:11:1 | 141 | 6 | 141 | 11 | Plaintiff Affirmative | 402; 403; CC; 104a; 602 | 141:16-142:25 | 141 | 16 | 142 | 25 | NR | | | | | | |
| Haas, Rene | 141:13:1-141:14:7 | 141 | 13 | 141 | 14 | Plaintiff Affirmative | 402; 403; CC; 104a | | | | | | | | | | | | |
| Haas, Rene | 142:3:1-142:17:7 | 142 | 3 | 142 | 17 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; 602; V | | | | | | | | | | | | |
| Haas, Rene | 142:19:1-143:3:4 | 142 | 19 | 143 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 143:5:1-144:21:3 | 143 | 5 | 144 | 21 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 144:23:1-145:4:1 | 144 | 23 | 145 | 4 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 145:6:1-145:10:3 | 145 | 6 | 145 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 146:5:1-150:2:1 | 146 | 5 | 150 | 2 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 150:5:1-150:8:4 | 150 | 5 | 150 | 8 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 150:11:1-150:23:4 | 150 | 11 | 150 | 23 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 150:25:1-152:18:2 | 150 | 25 | 152 | 18 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 152:25:1-153:3:2 | 152 | 25 | 153 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 153:4:1-163:16:8 | 153 | 4 | 163 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Haas, Rene | 163:18:1-166:23:5 | 163 | 18 | 166 | 23 | Plaintiff Affirmative | 402; 403; CC; 104a | | | | | | | | | | | | |
| Haas, Rene | 167:2:1-167:25:3 | 167 | 2 | 167 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a | 168:1-168:17 | 168 | 1 | 168 | 17 | NR, 802, 805 | | | | | | |
| Haas, Rene | 168:20:1-170:25:1 | 168 | 20 | 170 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 171:3:1-171:20:5 | 171 | 3 | 171 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 171:23:1-173:9:4 | 171 | 23 | 173 | 9 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 173:11:1-181:23:9 | 173 | 11 | 181 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 181:25:1-183:13:5 | 181 | 25 | 183 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 183:15:1-183:25:3 | 183 | 15 | 183 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 184:3:1-184:10:3 | 184 | 3 | 184 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 184:11:1-185:3:9 | 184 | 11 | 185 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 185:5:1-185:14:8 | 185 | 5 | 185 | 14 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; A | | | | | | | | | | | | |
| Haas, Rene | 185:16:1-185:24:6 | 185 | 16 | 185 | 24 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 186:7:1-189:6:3 | 186 | 7 | 189 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 189:11:1-192:22:1 | 189 | 11 | 192 | 22 | Plaintiff Affirmative | 402; 403; 501; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 192:24:1-193:4:2 | 192 | 24 | 193 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 193:6:1-194:9:5 | 193 | 6 | 194 | 9 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 194:11:1-194:17:6 | 194 | 11 | 194 | 17 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 194:19:1-194:22:3 | 194 | 19 | 194 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 194:24:1-195:10:4 | 194 | 24 | 195 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 195:12:1-195:18:3 | 195 | 12 | 195 | 18 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | 195:12-195:18 | 195 | 12 | 195 | 18 | NR | | | | | | |
| Haas, Rene | | | | | | | | 195:20-196:3 | 195 | 20 | 196 | 3 | NR | | | | | | |
| Haas, Rene | 196:5:1-196:9:1 | 196 | 5 | 196 | 9 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 196:11:1-196:22:2 | 196 | 11 | 196 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 196:24:1-199:4:7 | 196 | 24 | 199 | 4 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 200:6:1-201:8:3 | 200 | 6 | 201 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 201:10:1-201:21:2 | 201 | 10 | 201 | 21 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 201:23:1-205:13:9 | 201 | 23 | 205 | 13 | Plaintiff Affirmative | 402; 403; 501; 802; 104a; ; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 205:15:1-205:15:6 | 205 | 15 | 205 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 205:19:1-206:7:2 | 205 | 19 | 206 | 7 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 206:13:1-206:15:2 | 206 | 13 | 206 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602; CC | | | | | | | | | | | | |
| Haas, Rene | 206:17:1-208:5:1 | 206 | 17 | 208 | 5 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 208:7:1-208:15:1 | 208 | 7 | 208 | 15 | Plaintiff Affirmative | 402; 403; CC; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 208:17:1-209:1:1 | 208 | 17 | 209 | 1 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 209:3:1-209:20:7 | 209 | 3 | 209 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 209:22:1-210:6:3 | 209 | 22 | 210 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 210:8:1-210:21:9 | 210 | 8 | 210 | 21 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 210:23:1-211:5:6 | 210 | 23 | 211 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 211:7:1-212:4:7 | 211 | 7 | 212 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 212:6:1-214:2:1 | 212 | 6 | 214 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 214:6:1-214:15:6 | 214 | 6 | 214 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 214:17:1-215:8:2 | 214 | 17 | 215 | 8 | Plaintiff Affirmative | 402; 403; 802; 104a | 215:9-215:14 | 215 | 9 | 215 | 14 | NR 802 | | | | | | |
| Haas, Rene | 215:17:1-216:6:7 | 215 | 17 | 216 | 6 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 216:7:1-216:11:7 | 216 | 7 | 216 | 11 | Plaintiff Affirmative | 402; 403; 802; 104a | 216:12-217:11 | 216 | 12 | 217 | 11 | NR, 802, 805 | | | | | | |
| Haas, Rene | 217:13:1-217:23:6 | 217 | 13 | 217 | 23 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 217:25:1-217:25:6 | 217 | 25 | 217 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 218:5:1-220:7:1 | 218 | 5 | 220 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 220:8:1-221:11:6 | 220 | 8 | 221 | 11 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 221:13:1-222:7:3 | 221 | 13 | 222 | 7 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 222:8:1-222:20:8 | 222 | 8 | 222 | 20 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 222:22:1-223:4:5 | 222 | 22 | 223 | 4 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 223:5:1-223:21:8 | 223 | 5 | 223 | 21 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 224:7:1-225:16:10 | 224 | 7 | 225 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 225:25:1-229:12:2 | 225 | 25 | 229 | 12 | Plaintiff Affirmative | 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 229:16:1-229:17:1 | 229 | 16 | 229 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 229:20:1-231:12:7 | 229 | 20 | 231 | 12 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 231:13:1-234:25:5 | 231 | 13 | 234 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 235:2:1-235:7:10 | 235 | 2 | 235 | 7 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 235:9:1-235:22:2 | 235 | 9 | 235 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 235:24:1-237:2:5 | 235 | 24 | 237 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 237:4:1-237:12:1 | 237 | 4 | 237 | 12 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 237:14:1-238:5:2 | 237 | 14 | 238 | 5 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 238:7:1-238:10:1 | 238 | 7 | 238 | 10 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 238:12:1-238:22:1 | 238 | 12 | 238 | 22 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 238:24:1-239:4:1 | 238 | 24 | 239 | 4 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 602 | | | | | | | | | | | | |
| Haas, Rene | 239:6:1-240:12:5 | 239 | 6 | 240 | 12 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 240:14:1-241:3:7 | 240 | 14 | 241 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 241:5:1-242:14:4 | 241 | 5 | 242 | 14 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 242:15:1-245:24:5 | 242 | 15 | 245 | 24 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 246:1:1-246:19:3 | 246 | 1 | 246 | 19 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 246:24:1-248:8:8 | 246 | 24 | 248 | 8 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 248:11:1-253:12:7 | 248 | 11 | 253 | 12 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 253:17:1-263:3:5 | 253 | 17 | 263 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 263:4:1-263:5:7 | 263 | 4 | 263 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 263:7:1-264:20:6 | 263 | 7 | 264 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | 264:22-265:16 | 264 | 22 | 265 | 16 | NR | | | | | | |
| Haas, Rene | 265:19:1-265:25:7 | 265 | 19 | 265 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | 264:23-265:16 | 264 | 23 | 265 | 16 | NR | | | | | | |
| Haas, Rene | 266:2:1-266:3:4 | 266 | 2 | 266 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 266:6:1-270:25:7 | 266 | 6 | 270 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | 348:25-349:16 | 348 | 25 | 249 | 16 | NR, ND, 402, 611b | | | | | | |
| Haas, Rene | | | | | | | | 349:18-349:23 | 349 | 18 | 349 | 23 | ND, 402, V, CD, 602, 611c, 611b | | | | | | |
| Haas, Rene | | | | | | | | 350:1-350:20 | 350 | 1 | 350 | 20 | ND, 402, V, CD, 602, 611b, 611c | | | | | | |
| Haas, Rene | | | | | | | | 350:22-351:12 | 350 | 22 | 351 | 12 | ND, 402, V, CD, 802, 805, 611b | | | | | | |
| Haas, Rene | 271:2:1-276:16:9 | 271 | 2 | 276 | 16 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 276:18:1-278:18:1 | 276 | 18 | 278 | 18 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 278:20:1-279:10:1 | 278 | 20 | 279 | 10 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 279:12:1-281:16:8 | 279 | 12 | 281 | 16 | Plaintiff Affirmative | 106; 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 281:18:1-286:16:2 | 281 | 18 | 286 | 16 | Plaintiff Affirmative | 106; 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 286:17:1-288:5:4 | 286 | 17 | 288 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 288:7:1-288:19:7 | 288 | 7 | 288 | 19 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 288:20:1-292:16:2 | 288 | 20 | 292 | 16 | Plaintiff Affirmative | 402; 403; CC; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 292:18:1-294:19:6 | 292 | 18 | 294 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 295:5:1-303:12:7 | 295 | 5 | 303 | 12 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 303:15:1-311:20:1 | 303 | 15 | 311 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 311:21:1-312:3:2 | 311 | 21 | 312 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 312:9:1-312:22:2 | 312 | 9 | 312 | 22 | Plaintiff Affirmative | 402; 403; 802 | 312:23-312:24 | 312 | 23 | 312 | 24 | NR | | | | | | |
| Haas, Rene | | | | | | | | 313:1-313:11 | 313 | 1 | 313 | 11 | NR | | | | | | |
| Haas, Rene | 313:13:1-317:6:1 | 313 | 13 | 317 | 6 | Plaintiff Affirmative | 402; 403; 802 | 312:23-312:24 | 312 | 23 | 312 | 24 | NR | | | | | | |
| Haas, Rene | | | | | | | | 313:1-313:11 | 313 | 1 | 313 | 11 | NR | | | | | | |
| Haas, Rene | 319:4:1-319:14:4 | 319 | 4 | 319 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 319:23:1-321:3:2 | 319 | 23 | 321 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 321:24:1-321:25:2 | 321 | 24 | 321 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 322:2:1-322:20:6 | 322 | 2 | 322 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 323:5:1-323:14:2 | 323 | 5 | 323 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 323:15:1-323:22:3 | 323 | 15 | 323 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 325:7:1-325:8:6 | 325 | 7 | 325 | 8 | Plaintiff Affirmative | 402; 403; CO | | | | | | | | | | | | |
| Haas, Rene | 325:10:1-325:10:5 | 325 | 10 | 325 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 326:14:1-327:6:2 | 326 | 14 | 327 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Haas, Rene | 327:7:1-327:8:6 | 327 | 7 | 327 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; CO | | | | | | | | | | | | |
| Haas, Rene | 327:10:1-327:16:1 | 327 | 10 | 327 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 327:18:1-327:22:3 | 327 | 18 | 327 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 328:7:1-328:9:5 | 328 | 7 | 328 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 329:4:1-329:5:3 | 329 | 4 | 329 | 5 | Plaintiff Affirmative | 402; 403; CO | | | | | | | | | | | | |
| Haas, Rene | 329:7:1-329:7:8 | 329 | 7 | 329 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 329:9:1-329:15:4 | 329 | 9 | 329 | 15 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 329:16:1-329:17:9 | 329 | 16 | 329 | 17 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 329:20:1-329:20:5 | 329 | 20 | 329 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 329:22:1-329:23:9 | 329 | 22 | 329 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 330:9:1-330:15:8 | 330 | 9 | 330 | 15 | Plaintiff Affirmative | 402; 403; CO | | | | | | | | | | | | |
| Haas, Rene | 330:18:1-330:18:3 | 330 | 18 | 330 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 330:20:1-330:20:4 | 330 | 20 | 330 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 330:21:1-330:22:9 | 330 | 21 | 330 | 22 | Plaintiff Affirmative | 402; 403; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 330:24:1-331:3:3 | 330 | 24 | 331 | 3 | Plaintiff Affirmative | 402; 403; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 331:5:1-331:14:2 | 331 | 5 | 331 | 14 | Plaintiff Affirmative | 402; 403; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 331:17:1-331:18:2 | 331 | 17 | 331 | 18 | Plaintiff Affirmative | 402; 403; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 331:20:1-331:20:5 | 331 | 20 | 331 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 332:22:1-333:11:7 | 332 | 22 | 333 | 11 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 333:17:1-333:24:10 | 333 | 17 | 333 | 24 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 333:25:1-335:12:3 | 333 | 25 | 335 | 12 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 335:25:1-336:1:4 | 335 | 25 | 336 | 1 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 336:5:1-336:16:4 | 336 | 5 | 336 | 16 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 336:18:1-338:1:2 | 336 | 18 | 338 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 338:2:1-338:3:7 | 338 | 2 | 338 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 338:7:1-341:7:2 | 338 | 7 | 341 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 341:21:1-342:6:2 | 341 | 21 | 342 | 6 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Haas, Rene | 342:7:1-342:13:8 | 342 | 7 | 342 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; CO | | | | | | | | | | | | |
| Haas, Rene | 342:19:1-342:25:1 | 342 | 19 | 342 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 343:21:1-344:25:7 | 343 | 21 | 344 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; CO | | | | | | | | | | | | |
| Haas, Rene | 345:3:1-345:3:8 | 345 | 3 | 345 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 345:5:1-346:11:3 | 345 | 5 | 346 | 11 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Haas, Rene | 346:14:1-347:20:5 | 346 | 14 | 347 | 20 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 347:24:1-348:4:4 | 347 | 24 | 348 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 348:23:1-349:16:5 | 348 | 23 | 349 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 349:18:1-349:23:2 | 349 | 18 | 349 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 349:25:1-350:20:3 | 349 | 25 | 350 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 350:22:1-351:12:8 | 350 | 22 | 351 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 351:17:1-352:2:4 | 351 | 17 | 352 | 2 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 352:4:1-353:4:4 | 352 | 4 | 353 | 4 | Plaintiff Affirmative | 402; 403; 802; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 353:6:1-353:11:7 | 353 | 6 | 353 | 11 | Plaintiff Affirmative | 402; 403; 802; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 353:13:1-353:23:3 | 353 | 13 | 353 | 23 | Plaintiff Affirmative | 402; 403; 802; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 354:1:1-354:14:6 | 354 | 1 | 354 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 13:1:1-13:3:6 | 13 | 1 | 13 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 13:6:1-13:6:3 | 13 | 6 | 13 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 13:8:1-13:15:2 | 13 | 8 | 13 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 13:24:1-14:4:2 | 13 | 24 | 14 | 4 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 14:17:1-14:24:3 | 14 | 17 | 14 | 24 | Plaintiff Affirmative | 402; 403; 701; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 15:2:1-15:18:8 | 15 | 2 | 15 | 18 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 15:20:1-15:20:3 | 15 | 20 | 15 | 20 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 15:21:1-16:1:2 | 15 | 21 | 16 | 1 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 16:2:1-16:5:5 | 16 | 2 | 16 | 5 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 16:7:1-16:15:4 | 16 | 7 | 16 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 16:17:1-16:25:4 | 16 | 17 | 16 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 17:2:1-17:7:2 | 17 | 2 | 17 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 17:9:1-17:16:7 | 17 | 9 | 17 | 16 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 17:18:1-18:11:1 | 17 | 18 | 18 | 11 | Plaintiff Affirmative | 402; 403; 802; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 18:13:1-18:14:3 | 18 | 13 | 18 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 18:20:1-19:3:5 | 18 | 20 | 19 | 3 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 19:9:1-20:15:8 | 19 | 9 | 20 | 15 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 20:23:1-21:9:8 | 20 | 23 | 21 | 9 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 21:15:1-21:19:5 | 21 | 15 | 21 | 19 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 22:1:1-22:5:7 | 22 | 1 | 22 | 5 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Haas, Rene | 22:7:1-29:25:6 | 22 | 7 | 29 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 30:2:1-30:20:3 | 30 | 2 | 30 | 20 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 30:22:1-32:6:8 | 30 | 22 | 32 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 32:8:1-32:13:1 | 32 | 8 | 32 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 32:21:1-34:6:7 | 32 | 21 | 34 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 34:8:1-34:18:10 | 34 | 8 | 34 | 18 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 34:20:1-36:21:5 | 34 | 20 | 36 | 21 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 36:23:1-37:3:5 | 36 | 23 | 37 | 3 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 37:5:1-37:11:8 | 37 | 5 | 37 | 11 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 37:13:1-38:10:1 | 37 | 13 | 38 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 38:12:1-40:16:2 | 38 | 12 | 40 | 16 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 40:18:1-40:23:5 | 40 | 18 | 40 | 23 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 40:25:1-42:25:5 | 40 | 25 | 42 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 43:2:1-43:8:7 | 43 | 2 | 43 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 43:10:1-44:3:1 | 43 | 10 | 44 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 44:9:1-45:4:1 | 44 | 9 | 45 | 4 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 45:6:1-45:12:7 | 45 | 6 | 45 | 12 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 45:23:1-46:5:4 | 45 | 23 | 46 | 5 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 46:7:1-47:10:1 | 46 | 7 | 47 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 47:12:1-48:22:6 | 47 | 12 | 48 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 48:24:1-50:16:2 | 48 | 24 | 50 | 16 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 50:18:1-51:15:8 | 50 | 18 | 51 | 15 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 51:17:1-51:21:7 | 51 | 17 | 51 | 21 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 51:23:1-52:3:8 | 51 | 23 | 52 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 52:6:1-53:3:2 | 52 | 6 | 53 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 53:5:1-53:24:3 | 53 | 5 | 53 | 24 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 54:9:1-55:13:7 | 54 | 9 | 55 | 13 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 55:15:1-55:17:4 | 55 | 15 | 55 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Haas, Rene | 55:23:1-57:14:4 | 55 | 23 | 57 | 14 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 57:16:1-57:20:3 | 57 | 16 | 57 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 57:22:1-58:23:2 | 57 | 22 | 58 | 23 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 59:5:1-59:8:5 | 59 | 5 | 59 | 8 | Plaintiff Affirmative | 403; 701; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 59:10:1-59:16:5 | 59 | 10 | 59 | 16 | Plaintiff Affirmative | 403; 701; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 59:18:1-60:1:4 | 59 | 18 | 60 | 1 | Plaintiff Affirmative | 403; 701; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 60:3:1-62:13:8 | 60 | 3 | 62 | 13 | Plaintiff Affirmative | 403; 701; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 62:15:1-62:20:5 | 62 | 15 | 62 | 20 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 62:23:1-64:15:4 | 62 | 23 | 64 | 15 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 64:17:1-64:19:7 | 64 | 17 | 64 | 19 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 65:15:1-65:21:2 | 65 | 15 | 65 | 21 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 65:24:1-66:7:3 | 65 | 24 | 66 | 7 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 66:9:1-66:16:1 | 66 | 9 | 66 | 16 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 66:19:1-67:24:8 | 66 | 19 | 67 | 24 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 68:17:1-69:5:4 | 68 | 17 | 69 | 5 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 69:13:1-69:17:4 | 69 | 13 | 69 | 17 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 69:19:1-71:15:1 | 69 | 19 | 71 | 15 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 71:17:1-74:5:6 | 71 | 17 | 74 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 74:8:1-74:9:7 | 74 | 8 | 74 | 9 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 74:23:1-75:17:2 | 74 | 23 | 75 | 17 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 75:24:1-76:2:2 | 75 | 24 | 76 | 2 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 76:4:1-77:11:3 | 76 | 4 | 77 | 11 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 77:13:1-79:8:5 | 77 | 13 | 79 | 8 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 79:14:1-79:18:3 | 79 | 14 | 79 | 18 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 79:23:1-80:3:2 | 79 | 23 | 80 | 3 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 80:4:1-80:18:1 | 80 | 4 | 80 | 18 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 80:20:1-81:23:1 | 80 | 20 | 81 | 23 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 81:25:1-84:1:1 | 81 | 25 | 84 | 1 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 84:3:1-84:11:2 | 84 | 3 | 84 | 11 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 84:13:1-86:14:2 | 84 | 13 | 86 | 14 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | 82:11-83:6 | 82 | 11 | 83 | 6 | | | | | | | |
| Haas, Rene | 86:16:1-87:13:3 | 86 | 16 | 87 | 13 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 87:15:1-87:20:8 | 87 | 15 | 87 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 87:22:1-88:7:3 | 87 | 22 | 88 | 7 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 88:11:1-89:12:1 | 88 | 11 | 89 | 12 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 89:15:1-91:8:3 | 89 | 15 | 91 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 91:10:1-91:20:5 | 91 | 10 | 91 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 91:22:1-92:3:2 | 91 | 22 | 92 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 92:5:1-92:12:2 | 92 | 5 | 92 | 12 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 92:15:1-92:22:6 | 92 | 15 | 92 | 22 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 93:13:1-94:9:5 | 93 | 13 | 94 | 9 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 94:20:1-94:23:2 | 94 | 20 | 94 | 23 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 94:25:1-95:7:4 | 94 | 25 | 95 | 7 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 95:14:1-95:18:1 | 95 | 14 | 95 | 18 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 95:20:1-97:22:2 | 95 | 20 | 97 | 22 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 97:24:1-98:9:5 | 97 | 24 | 98 | 9 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 98:11:1-98:17:5 | 98 | 11 | 98 | 17 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 98:19:1-102:1:2 | 98 | 19 | 102 | 1 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 102:3:1-102:15:2 | 102 | 3 | 102 | 15 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 102:17:1-103:3:6 | 102 | 17 | 103 | 3 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 103:5:1-103:20:2 | 103 | 5 | 103 | 20 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 103:22:1-104:5:5 | 103 | 22 | 104 | 5 | Plaintiff Affirmative | 403; 701; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 104:7:1-104:17:5 | 104 | 7 | 104 | 17 | Plaintiff Affirmative | 403; 701; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 104:19:1-105:18:4 | 104 | 19 | 105 | 18 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 105:20:1-106:1:2 | 105 | 20 | 106 | 1 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 106:3:1-106:12:7 | 106 | 3 | 106 | 12 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 106:14:1-107:7:3 | 106 | 14 | 107 | 7 | Plaintiff Affirmative | 403; 701; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 107:9:1-108:13:10 | 107 | 9 | 108 | 13 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 108:15:1-108:15:7 | 108 | 15 | 108 | 15 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 108:22:1-111:7:3 | 108 | 22 | 111 | 7 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 111:9:1-113:23:7 | 111 | 9 | 113 | 23 | Plaintiff Affirmative | 403; 701; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 113:25:1-116:4:5 | 113 | 25 | 116 | 4 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 116:12:1-118:23:3 | 116 | 12 | 118 | 23 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 118:25:1-119:5:4 | 118 | 25 | 119 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 119:7:1-119:10:2 | 119 | 7 | 119 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 119:12:1-119:20:4 | 119 | 12 | 119 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 119:22:1-122:4:4 | 119 | 22 | 122 | 4 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 122:15:1-123:11:6 | 122 | 15 | 123 | 11 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 123:17:1-124:2:8 | 123 | 17 | 124 | 2 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 124:18:1-124:21:1 | 124 | 18 | 124 | 21 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 124:23:1-125:3:8 | 124 | 23 | 125 | 3 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 125:8:1-125:13:4 | 125 | 8 | 125 | 13 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 125:15:1-126:25:3 | 125 | 15 | 126 | 25 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 127:7:1-128:5:3 | 127 | 7 | 128 | 5 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 128:7:1-128:10:1 | 128 | 7 | 128 | 10 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 128:20:1-129:10:5 | 128 | 20 | 129 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 129:22:1-130:3:1 | 129 | 22 | 130 | 3 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 130:3:1-130:5:1 | 130 | 3 | 130 | 5 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 130:14:1-132:5:2 | 130 | 14 | 132 | 5 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 132:7:1-133:6:1 | 132 | 7 | 133 | 6 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 133:8:1-134:3:7 | 133 | 8 | 134 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 134:5:1-134:23:4 | 134 | 5 | 134 | 23 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 134:25:1-136:2:8 | 134 | 25 | 136 | 2 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 136:12:1-136:20:5 | 136 | 12 | 136 | 20 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 136:22:1-137:4:3 | 136 | 22 | 137 | 4 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 137:6:1-137:11:4 | 137 | 6 | 137 | 11 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 137:13:1-137:19:1 | 137 | 13 | 137 | 19 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 137:21:1-137:24:8 | 137 | 21 | 137 | 24 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 138:1:1-138:7:4 | 138 | 1 | 138 | 7 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 138:9:1-140:9:3 | 138 | 9 | 140 | 9 | Plaintiff Affirmative | 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 140:11:1-140:22:9 | 140 | 11 | 140 | 22 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 140:24:1-142:4:4 | 140 | 24 | 142 | 4 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 142:9:1-145:23:1 | 142 | 9 | 145 | 23 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 146:2:1-147:11:9 | 146 | 2 | 147 | 11 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 147:13:1-147:20:6 | 147 | 13 | 147 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 148:3:1-148:5:2 | 148 | 3 | 148 | 5 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 148:7:1-148:14:8 | 148 | 7 | 148 | 14 | Plaintiff Affirmative | 402; 403; 501; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 148:16:1-148:20:1 | 148 | 16 | 148 | 20 | Plaintiff Affirmative | 402; 403; 501; 104a | | | | | | | | | | | | |
| Haas, Rene | 149:18:1-161:11:5 | 149 | 18 | 161 | 11 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Haas, Rene | 161:14:1-163:14:3 | 161 | 14 | 163 | 14 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 163:16:1-164:14:9 | 163 | 16 | 164 | 14 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 164:16:1-165:18:8 | 164 | 16 | 165 | 18 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 165:20:1-166:3:1 | 165 | 20 | 166 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 166:5:1-168:7:6 | 166 | 5 | 168 | 7 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 168:9:1-168:18:6 | 168 | 9 | 168 | 18 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 168:20:1-170:25:7 | 168 | 20 | 170 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 171:2:1-171:5:4 | 171 | 2 | 171 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 171:17:1-171:19:7 | 171 | 17 | 171 | 19 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 171:21:1-171:22:4 | 171 | 21 | 171 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 171:23:1-172:3:3 | 171 | 23 | 172 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 172:10:1-174:9:2 | 172 | 10 | 174 | 9 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 174:11:1-175:3:3 | 174 | 11 | 175 | 3 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 175:5:1-175:13:7 | 175 | 5 | 175 | 13 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haas, Rene | 175:15:1-179:4:4 | 175 | 15 | 179 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 179:6:1-180:2:10 | 179 | 6 | 180 | 2 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 180:3:1-180:4:2 | 180 | 3 | 180 | 4 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 180:7:1-183:15:2 | 180 | 7 | 183 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 183:17:1-184:19:5 | 183 | 17 | 184 | 19 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 184:22:1-184:22:5 | 184 | 22 | 184 | 22 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 185:1:1-189:1:4 | 185 | 1 | 189 | 1 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 189:3:1-190:10:8 | 189 | 3 | 190 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 190:12:1-194:7:4 | 190 | 12 | 194 | 7 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 194:9:1-198:16:4 | 194 | 9 | 198 | 16 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Haas, Rene | 200:16:1-204:5:10 | 200 | 16 | 204 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 204:7:1-205:20:1 | 204 | 7 | 205 | 20 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 205:22:1-207:14:7 | 205 | 22 | 207 | 14 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 207:16:1-209:15:3 | 207 | 16 | 209 | 15 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 210:10:1-211:15:2 | 210 | 10 | 211 | 15 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 211:16:1-214:14:3 | 211 | 16 | 214 | 14 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 214:18:1-215:11:3 | 214 | 18 | 215 | 11 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Haas, Rene | 215:14:1-217:9:8 | 215 | 14 | 217 | 9 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 217:11:1-217:15:6 | 217 | 11 | 217 | 15 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 217:17:1-222:12:9 | 217 | 17 | 222 | 12 | Plaintiff Affirmative | 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 222:14:1-227:17:8 | 222 | 14 | 227 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 227:19:1-228:25:6 | 227 | 19 | 228 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 229:2:1-229:8:4 | 229 | 2 | 229 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 229:10:1-232:12:5 | 229 | 10 | 232 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 232:14:1-233:10:1 | 232 | 14 | 233 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 233:12:1-235:12:7 | 233 | 12 | 235 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 235:14:1-236:4:1 | 235 | 14 | 236 | 4 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 236:6:1-236:16:1 | 236 | 6 | 236 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103; A | | | | | | | | | | | | |
| Haas, Rene | 236:20:1-236:22:5 | 236 | 20 | 236 | 22 | Plaintiff Affirmative | 402; 403; 104; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 236:24:1-237:8:2 | 236 | 24 | 237 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 237:10:1-237:23:9 | 237 | 10 | 237 | 23 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 237:25:1-239:9:1 | 237 | 25 | 239 | 9 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 239:11:1-239:16:4 | 239 | 11 | 239 | 16 | Plaintiff Affirmative | 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 239:19:1-241:20:7 | 239 | 19 | 241 | 20 | Plaintiff Affirmative | 403; 802; 805; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 241:22:1-242:6:5 | 241 | 22 | 242 | 6 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 242:8:1-242:13:3 | 242 | 8 | 242 | 13 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 242:15:1-242:17:6 | 242 | 15 | 242 | 17 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 243:3:1-243:19:5 | 243 | 3 | 243 | 19 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 243:21:1-244:12:6 | 243 | 21 | 244 | 12 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 244:14:1-244:20:2 | 244 | 14 | 244 | 20 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 244:22:1-245:2:5 | 244 | 22 | 245 | 2 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 245:4:1-246:8:8 | 245 | 4 | 246 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 246:10:1-250:21:4 | 246 | 10 | 250 | 21 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Haas, Rene | 251:2:1-252:25:8 | 251 | 2 | 252 | 25 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 253:2:1-253:6:9 | 253 | 2 | 253 | 6 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 253:8:1-253:16:8 | 253 | 8 | 253 | 16 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 253:18:1-253:24:1 | 253 | 18 | 253 | 24 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 254:2:1-254:8:1 | 254 | 2 | 254 | 8 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 254:10:1-254:15:1 | 254 | 10 | 254 | 15 | Plaintiff Affirmative | 402; 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Haas, Rene | 255:8:1-256:5:8 | 255 | 8 | 256 | 5 | Plaintiff Affirmative | 402; 403; 104a; V; 103 | | | | | | | | | | | | |
| Haas, Rene | 256:7:1-257:3:3 | 256 | 7 | 257 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard, Andrew | 5:18:1-5:19:3 | 5 | 18 | 5 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 11:6:1-12:15:1 | 11 | 6 | 12 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 12:23:1-13:7:6 | 12 | 23 | 13 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 13:21:1-13:23:2 | 13 | 21 | 13 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 14:23:1-15:5:1 | 14 | 23 | 15 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 22:3:1-22:11:2 | 22 | 3 | 22 | 11 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 28:22:1-29:2:2 | 28 | 22 | 29 | 2 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 30:13:1-30:23:2 | 30 | 13 | 30 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 33:3:1-33:5:2 | 33 | 3 | 33 | 5 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 33:16:1-33:24:7 | 33 | 16 | 33 | 24 | Plaintiff Affirmative | 402; 403; 802; 803 | | | | | | | | | | | | |
| Howard, Andrew | 42:23:1-43:6:2 | 42 | 23 | 43 | 6 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 44:13:1-45:3:2 | 44 | 13 | 45 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 59:11:1-60:2:1 | 59 | 11 | 60 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 60:3:1-60:16:8 | 60 | 3 | 60 | 16 | Plaintiff Affirmative | 402; 403; 103; 104a; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 60:18:1-60:19:2 | 60 | 18 | 60 | 19 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O | | | | | | | | | | | | |
| Howard, Andrew | 61:5:1-61:15:3 | 61 | 5 | 61 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 62:22:1-63:2:3 | 62 | 22 | 63 | 2 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O | | | | | | | | | | | | |
| Howard, Andrew | 63:4:1-63:7:3 | 63 | 4 | 63 | 7 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O | | | | | | | | | | | | |
| Howard, Andrew | 63:9:1-63:11:5 | 63 | 9 | 63 | 11 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O | | | | | | | | | | | | |
| Howard, Andrew | 64:10:1-65:9:4 | 64 | 10 | 65 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 65:11:1-65:11:7 | 65 | 11 | 65 | 11 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O | | | | | | | | | | | | |
| Howard, Andrew | 67:10:1-67:25:2 | 67 | 10 | 67 | 25 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Howard, Andrew | 69:19:1-70:4:3 | 69 | 19 | 70 | 4 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Howard, Andrew | 70:6:1-70:7:4 | 70 | 6 | 70 | 7 | Plaintiff Affirmative | 402; 403; 611c; 602; 104a; 103; V; O; A; AC | 70:14-25 | 70 | 14 | 70 | 25 | 611b; 402 | | | | | | |
| Howard, Andrew | | | | | | | | 71:3-6 | 71 | 3 | 71 | 6 | 611b; 402 | | | | | | |
| Howard, Andrew | | | | | | | | 71:8-21 | 71 | 8 | 71 | 21 | 611b; 402 | | | | | | |
| Howard, Andrew | 71:22:1-71:25:1 | 71 | 22 | 71 | 25 | Plaintiff Affirmative | 402; 403; 104a; CC; AC; NR; O; V | 72:4-13 | 72 | 4 | 72 | 13 | 611b; 402; 602 | | | | | | |
| Howard, Andrew | 72:3:1-72:3:5 | 72 | 3 | 72 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 84:7:1-85:23:4 | 84 | 7 | 85 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 85:25:1-86:15:4 | 85 | 25 | 86 | 15 | Plaintiff Affirmative | 402; 403; A; CC; O; V; 611c | | | | | | | | | | | | |
| Howard, Andrew | 86:17:1-86:24:2 | 86 | 17 | 86 | 24 | Plaintiff Affirmative | 402; 403; 602; 611c; O; V; A; CC | | | | | | | | | | | | |
| Howard, Andrew | 86:25:1-87:8:1 | 86 | 25 | 87 | 8 | Plaintiff Affirmative | 402; 403; 602; 611c; O; V; A; CC | | | | | | | | | | | | |
| Howard, Andrew | 87:9:1-87:15:1 | 87 | 9 | 87 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 88:8:1-88:16:2 | 88 | 8 | 88 | 16 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Howard, Andrew | 89:17:1-89:24:1 | 89 | 17 | 89 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 91:12:1-91:14:1 | 91 | 12 | 91 | 14 | Plaintiff Affirmative | 402; 403; 104a | 91:15-92:4 | 91 | 15 | 92 | 4 | | 92:17-19 | 92 | 17 | 92 | 19 | 402; 403; 602; 104a; ID |
| | | | | | | | | | | | | | | 92:21-93:4 | 92 | 21 | 93 | 4 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:7-10 | 93 | 7 | 93 | 10 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:12-15 | 93 | 12 | 93 | 15 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:17 | 93 | 17 | 93 | 17 | 402; 403; 602; 104a; ID; 802; 805 |
| Howard, Andrew | | | | | | | | 92:6-8 | 92 | 6 | 92 | 8 | | 92:17-19 | 92 | 17 | 92 | 19 | 402; 403; 602; 104a; ID |
| | | | | | | | | | | | | | | 92:21-93:4 | 92 | 21 | 93 | 4 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:7-10 | 93 | 7 | 93 | 10 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:12-15 | 93 | 12 | 93 | 15 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 93:17 | 93 | 17 | 93 | 17 | 402; 403; 602; 104a; ID; 802; 805 |
| Howard, Andrew | 92:9:1-92:16:3 | 92 | 9 | 92 | 16 | Plaintiff Affirmative | 402; 403; 104a; CC; AC; NR; O; V | | | | | | | | | | | | |
| Howard, Andrew | 93:18:1-96:25:5 | 93 | 18 | 96 | 25 | Plaintiff Affirmative | 402; 403; 104a; CC; AC; NR; O; V | | | | | | | | | | | | |
| Howard, Andrew | 97:3:1-97:20:3 | 97 | 3 | 97 | 20 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 97:22:1-98:19:5 | 97 | 22 | 98 | 19 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 98:21:1-99:15:3 | 98 | 21 | 99 | 15 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 99:17:1-99:21:5 | 99 | 17 | 99 | 21 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 99:23:1-101:20:4 | 99 | 23 | 101 | 20 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 101:22:1-103:23:4 | 101 | 22 | 103 | 23 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 103:25:1-105:10:4 | 103 | 25 | 105 | 10 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 105:12:1-106:22:6 | 105 | 12 | 106 | 22 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 106:24:1-107:3:1 | 106 | 24 | 107 | 3 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 107:5:1-108:3:4 | 107 | 5 | 108 | 3 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 108:5:1-108:15:2 | 108 | 5 | 108 | 15 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | 108:23-109:8 | 108 | 23 | 109 | 8 | 611b; 402 | 108:16-18 | 108 | 16 | 108 | 18 | 104a; ID |
| Howard, Andrew | 113:22:1-114:3:8 | 113 | 22 | 114 | 3 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 114:5:1-114:7:5 | 114 | 5 | 114 | 7 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | 114:17-19 | 114 | 17 | 114 | 19 | | | | | | | |
| Howard, Andrew | | | | | | | | 114:21-115:8 | 114 | 21 | 115 | 8 | | | | | | | |
| Howard, Andrew | 114:9:1-114:9:2 | 114 | 9 | 114 | 9 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c | | | | | | | | | | | | |
| Howard, Andrew | 116:7:1-116:15:2 | 116 | 7 | 116 | 15 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 117:20:1-117:24:4 | 117 | 20 | 117 | 24 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 117:11-19 | 117 | 11 | 117 | 19 | 402; 602 | | | | | | |
| Howard, Andrew | | | | | | | | 119:11-13 | 119 | 11 | 119 | 13 | 402; 602 | | | | | | |
| Howard, Andrew | | | | | | | | 119:15-18 | 119 | 15 | 119 | 18 | 402; 602 | | | | | | |
| Howard, Andrew | 119:19:1-120:3:1 | 119 | 19 | 120 | 3 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 120:7:1-120:20:5 | 120 | 7 | 120 | 20 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 120:21:1-121:6:2 | 120 | 21 | 121 | 6 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 121:7:1-121:15:3 | 121 | 7 | 121 | 15 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 121:19:1-122:3:2 | 121 | 19 | 122 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 127:8:1-127:12:6 | 127 | 8 | 127 | 12 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 128:8-129:7 | 128 | 8 | 129 | 7 | 602; CC | 127:22-128:3 | 127 | 22 | 128 | 3 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 128:5-7 | 128 | 5 | 128 | 7 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 129:16-20 | 129 | 16 | 129 | 20 | 402; 403; 602; 104a; ID; 802; 805; 106 |
| | | | | | | | | | | | | | | 129:22-11 | 129 | 22 | 129 | 11 | ID; 106; 602 |
| Howard, Andrew | 127:14:1-127:21:1 | 127 | 14 | 127 | 21 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 129:9-15 | 129 | 9 | 129 | 15 | 602; CC | 127:22-128:3 | 127 | 22 | 128 | 3 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 128:5-7 | 128 | 5 | 128 | 7 | 402; 403; 602; 104a; ID; 802; 805 |
| | | | | | | | | | | | | | | 129:16-20 | 129 | 16 | 129 | 20 | 402; 403; 602; 104a; ID; 802; 805; 106 |
| | | | | | | | | | | | | | | 129:22-11 | 129 | 22 | 129 | 11 | ID; 106; 602 |
| Howard, Andrew | 152:21:1-153:10:2 | 152 | 21 | 153 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 155:21:1-156:7:4 | 155 | 21 | 156 | 7 | Plaintiff Affirmative | 402; 403; 104a; 602 | | | | | | | | | | | | |
| Howard, Andrew | 156:14:1-157:14:3 | 156 | 14 | 157 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Howard, Andrew | 157:16:1-158:2:2 | 157 | 16 | 158 | 2 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 158:3-11 | 158 | 3 | 158 | 11 | 602 | | | | | | |
| Howard, Andrew | 158:12:1-158:20:2 | 158 | 12 | 158 | 20 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 158:21-24 | 158 | 21 | 158 | 24 | 602 | | | | | | |
| Howard, Andrew | 168:4:1-168:5:3 | 168 | 4 | 168 | 5 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 168:7:1-168:9:1 | 168 | 7 | 168 | 9 | Plaintiff Affirmative | 402; 403; 104a; 602 | | | | | | | | | | | | |
| Howard, Andrew | 168:11:1-168:13:7 | 168 | 11 | 168 | 13 | Plaintiff Affirmative | 402; 403; 104a; 602 | | | | | | | | | | | | |
| Howard, Andrew | 168:14:1-168:24:2 | 168 | 14 | 168 | 24 | Plaintiff Affirmative | 402; 403; 104a; 602 | 168:25-169:2 | 168 | 25 | 169 | 2 | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard, Andrew | 169:3:1-169:8:3 | 169 | 3 | 169 | 8 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 169:13:1-169:18:1 | 169 | 13 | 169 | 18 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | 170:6-11 | 170 | 6 | 170 | 11 | 602 | | | | | | |
| Howard, Andrew | 170:22:1-170:23:4 | 170 | 22 | 170 | 23 | Plaintiff Affirmative | 402; 403; 104a; 602 | | | | | | | | | | | | |
| Howard, Andrew | 170:25:1-171:10:5 | 170 | 25 | 171 | 10 | Plaintiff Affirmative | 402; 403; 104a; 602 | 171:12 | 171 | 12 | 171 | 12 | 602 | | | | | | |
| Howard, Andrew | 172:3:1-172:4:5 | 172 | 3 | 172 | 4 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 172:6:1-172:19:2 | 172 | 6 | 172 | 19 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |
| Howard, Andrew | 172:24:1-172:25:3 | 172 | 24 | 172 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Howard, Andrew | 173:13:1-174:12:2 | 173 | 13 | 174 | 12 | Plaintiff Affirmative | 402; 403; 104a; A; AC; CC; O; V; 602; 611c; 103 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hughes, Phil | 5:22:1-5:25:6 | 5 | 22 | 5 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 6:7:1-6:11:6 | 6 | 7 | 6 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 6:14:1-7:7:2 | 6 | 14 | 7 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 7:14:1-8:10:5 | 7 | 14 | 8 | 10 | Plaintiff Affirmative | | 8:11-8:13 | 8 | 11 | 8 | 13 | | | | | | | |
| Hughes, Phil | 8:14:1-8:23:4 | 8 | 14 | 8 | 23 | Plaintiff Affirmative | | 8:11-8:13 | 8 | 11 | 8 | 13 | | | | | | | |
| Hughes, Phil | 9:1:1-9:4:4 | 9 | 1 | 9 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 9:21:1-10:16:2 | 9 | 21 | 10 | 16 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 29:9:1-30:11:1 | 29 | 9 | 30 | 11 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Hughes, Phil | 31:4:1-31:5:1 | 31 | 4 | 31 | 5 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Hughes, Phil | 31:7:1-31:8:2 | 31 | 7 | 31 | 8 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Hughes, Phil | 31:13:1-32:8:10 | 31 | 13 | 32 | 8 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Hughes, Phil | 32:16:1-33:20:6 | 32 | 16 | 33 | 20 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 34:2:1-35:2:3 | 34 | 2 | 35 | 2 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Hughes, Phil | 37:1:1-37:25:2 | 37 | 1 | 37 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Hughes, Phil | 39:3:1-39:24:4 | 39 | 3 | 39 | 24 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Hughes, Phil | 40:18:1-41:9:4 | 40 | 18 | 41 | 9 | Plaintiff Affirmative | 402; 403 | 39:25-40:17 | 39 | 25 | 40 | 17 | | | | | | | |
| Hughes, Phil | 46:25:1-47:1:3 | 46 | 25 | 47 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 47:8:1-47:21:2 | 47 | 8 | 47 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Hughes, Phil | 50:2:1-51:4:11 | 50 | 2 | 51 | 4 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 51:16:1-51:20:4 | 51 | 16 | 51 | 20 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 52:22:1-53:18:5 | 52 | 22 | 53 | 18 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 53:24:1-54:16:2 | 53 | 24 | 54 | 16 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 58:3:1-59:23:7 | 58 | 3 | 59 | 23 | Plaintiff Affirmative | 403; 802 | 59:24-59:25 | 59 | 24 | 59 | 25 | | | | | | | |
| Hughes, Phil | 60:1:1-60:15:4 | 60 | 1 | 60 | 15 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 61:13:1-63:2:8 | 61 | 13 | 63 | 2 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 63:11:1-64:13:5 | 63 | 11 | 64 | 13 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 65:3:1-66:3:1 | 65 | 3 | 66 | 3 | Plaintiff Affirmative | 403; V; 103 | | | | | | | | | | | | |
| Hughes, Phil | 66:5:1-66:8:3 | 66 | 5 | 66 | 8 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 66:14:1-68:12:9 | 66 | 14 | 68 | 12 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 68:20:1-70:4:7 | 68 | 20 | 70 | 4 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 73:2:1-74:20:3 | 73 | 2 | 74 | 20 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Hughes, Phil | 75:11:1-75:16:2 | 75 | 11 | 75 | 16 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Hughes, Phil | 78:16:1-78:24:7 | 78 | 16 | 78 | 24 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Hughes, Phil | 79:1:1-80:9:2 | 79 | 1 | 80 | 9 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Hughes, Phil | 80:14:1-81:14:2 | 80 | 14 | 81 | 14 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kranhold, Paul | 11:6:1-11:8:5 | 11 | 6 | 11 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 12:14:1-12:17:1 | 12 | 14 | 12 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 12:24:1-13:1:2 | 12 | 24 | 13 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 13:5:1-13:9:3 | 13 | 5 | 13 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 14:13:1-14:14:3 | 14 | 13 | 14 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 19:23:1-19:24:6 | 19 | 23 | 19 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 20:5:1-20:24:3 | 20 | 5 | 20 | 24 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 21:10:1-21:24:2 | 21 | 10 | 21 | 24 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 22:22:1-23:6:6 | 22 | 22 | 23 | 6 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 24:2:1-24:12:2 | 24 | 2 | 24 | 12 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 25:6:1-25:24:7 | 25 | 6 | 25 | 24 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 26:17:1-26:23:7 | 26 | 17 | 26 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 28:22:1-28:24:5 | 28 | 22 | 28 | 24 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 30:17:1-30:18:3 | 30 | 17 | 30 | 18 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 31:5:1-31:7:5 | 31 | 5 | 31 | 7 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 34:17:1-35:1:6 | 34 | 17 | 35 | 1 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 35:6:1-36:14:6 | 35 | 6 | 36 | 14 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 40:5:1-40:25:5 | 40 | 5 | 40 | 25 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 41:1:1-41:2:2 | 41 | 1 | 41 | 2 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 41:17:1-41:25:4 | 41 | 17 | 41 | 25 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 46:17:1-47:5:9 | 46 | 17 | 47 | 5 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 47:8:1-47:11:3 | 47 | 8 | 47 | 11 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 47:17:1-47:18:5 | 47 | 17 | 47 | 18 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 47:20:1-47:22:6 | 47 | 20 | 47 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a | 48:7-48:24 | 48 | 7 | 48 | 24 | 611b, 602 | | | | | | |
| Kranhold, Paul | 48:2:1-48:4:9 | 48 | 2 | 48 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a | 48:7-48:24 | 48 | 7 | 48 | 24 | 611b, 602 | | | | | | |
| Kranhold, Paul | 52:24:1-52:25:6 | 52 | 24 | 52 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 53:1:1-54:4:4 | 53 | 1 | 54 | 4 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 56:23:1-57:3:2 | 56 | 23 | 57 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 57:12:2-57:23:3 | 57 | 12 | 57 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 58:8:1-59:10:8 | 58 | 8 | 59 | 10 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 62:5:1-62:14:4 | 62 | 5 | 62 | 14 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 62:18:1-63:2:2 | 62 | 18 | 63 | 2 | Plaintiff Affirmative | 403; 802; 104a | 63:3-63:7 | 63 | 3 | 63 | 7 | | | | | | | |
| Kranhold, Paul | 63:13:1-63:22:1 | 63 | 13 | 63 | 22 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 64:15:1-65:5:5 | 64 | 15 | 65 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | 65:8-65:24 | 65 | 8 | 65 | 24 | 402, 611b | | | | | | |
| Kranhold, Paul | 66:16:1-66:23:6 | 66 | 16 | 66 | 23 | Plaintiff Affirmative | 402; 403; 802; 104a | 65:25-66:15 | 65 | 25 | 66 | 15 | 402, 611b | | | | | | |
| Kranhold, Paul | 66:24:1-68:20:2 | 66 | 24 | 68 | 20 | Plaintiff Affirmative | 402; 403; 802; 104a | 65:25-66:15 | 65 | 25 | 66 | 15 | 402, 611b | | | | | | |
| Kranhold, Paul | 69:23:1-70:15:2 | 69 | 23 | 70 | 15 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 71:2:1-71:14:4 | 71 | 2 | 71 | 14 | Plaintiff Affirmative | 403; 104a | 70:16-71:1 | 70 | 16 | 71 | 1 | | | | | | | |
| Kranhold, Paul | 71:20:1-71:23:2 | 71 | 20 | 71 | 23 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 72:13:1-72:15:2 | 72 | 13 | 72 | 15 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 72:16:1-73:1:2 | 72 | 16 | 73 | 1 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 73:2:1-73:16:3 | 73 | 2 | 73 | 16 | Plaintiff Affirmative | 403; 802; 104a | 73:17-74:7 | 73 | 17 | 74 | 7 | | | | | | | |
| Kranhold, Paul | 74:22:1-75:1:2 | 74 | 22 | 75 | 1 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 75:6:1-75:10:4 | 75 | 6 | 75 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 75:15:1-76:8:2 | 75 | 15 | 76 | 8 | Plaintiff Affirmative | 402; 403; 104a | 76:16-76:22 | 76 | 16 | 76 | 22 | | | | | | | |
| Kranhold, Paul | 77:5:1-77:22:2 | 77 | 5 | 77 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 77:23:1-78:1:2 | 77 | 23 | 78 | 1 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 78:8:1-78:21:3 | 78 | 8 | 78 | 21 | Plaintiff Affirmative | 403; 104a | 78:22-79:4 | 78 | 22 | 79 | 4 | | | | | | | |
| Kranhold, Paul | 79:5:1-79:13:2 | 79 | 5 | 79 | 13 | Plaintiff Affirmative | 403; 802; 104a | 78:22-79:4 | 78 | 22 | 79 | 4 | | | | | | | |
| Kranhold, Paul | 82:13:1-82:22:1 | 82 | 13 | 82 | 22 | Plaintiff Affirmative | 402; 403; 802; 104a | 82:23-83:13 | 82 | 23 | 83 | 13 | 602 | | | | | | |
| Kranhold, Paul | 83:14:1-83:17:2 | 83 | 14 | 83 | 17 | Plaintiff Affirmative | 402; 403; 802; 104a | 82:23-83:13 | 82 | 23 | 83 | 13 | 602 | | | | | | |
| Kranhold, Paul | 84:9:1-84:25:2 | 84 | 9 | 84 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a | 83:25-84:4 | 83 | 25 | 84 | 4 | | 83:18-83:24 | 83 | 18 | 83 | 24 | 402; 403; 802; 104a |
| Kranhold, Paul | 85:5:1-85:19:2 | 85 | 5 | 85 | 19 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 86:3:1-86:24:5 | 86 | 3 | 86 | 24 | Plaintiff Affirmative | 403; 104a | 86:25-87:3 | 86 | 25 | 87 | 3 | | | | | | | |
| Kranhold, Paul | 87:4:1-88:1:2 | 87 | 4 | 88 | 1 | Plaintiff Affirmative | 403; 104a | 86:25-87:3 | 86 | 25 | 87 | 3 | | | | | | | |
| Kranhold, Paul | 88:5:1-88:15:8 | 88 | 5 | 88 | 15 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 89:10:1-89:15:2 | 89 | 10 | 89 | 15 | Plaintiff Affirmative | 403; 104a | 89:16-90:5 | 89 | 16 | 90 | 5 | 611b | | | | | | |
| Kranhold, Paul | 90:6:1-90:9:6 | 90 | 6 | 90 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 90:14:1-90:21:5 | 90 | 14 | 90 | 21 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 90:24:1-91:10:2 | 90 | 24 | 91 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 92:1:1-92:13:5 | 92 | 1 | 92 | 13 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 92:20:1-92:25:2 | 92 | 20 | 92 | 25 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 93:1:1-93:9:8 | 93 | 1 | 93 | 9 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Kranhold, Paul | 93:18:1-94:5:4 | 93 | 18 | 94 | 5 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 96:9:1-97:12:4 | 96 | 9 | 97 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Kranhold, Paul | 100:2:1-100:9:7 | 100 | 2 | 100 | 9 | Plaintiff Affirmative | 403; 802; 805; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 100:17:1-101:8:7 | 100 | 17 | 101 | 8 | Plaintiff Affirmative | 403; 802 | 101:9-102:9 | 101 | 9 | 102 | 9 | 701, 802, 805, 602 | | | | | | |
| Kranhold, Paul | 103:15:1-103:19:2 | 103 | 15 | 103 | 19 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 104:24:1-105:6:3 | 104 | 24 | 105 | 6 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 105:19:1-105:24:2 | 105 | 19 | 105 | 24 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 106:1:1-106:16:2 | 106 | 1 | 106 | 16 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 107:22:1-109:2:2 | 107 | 22 | 109 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | 109:3:1-109:7:2 | 109 | 3 | 109 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | 111:12:1-111:16:1 | 111 | 12 | 111 | 16 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 112:25:1-113:10:1 | 112 | 25 | 113 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | 113:13:1-113:14:7 | 113 | 13 | 113 | 14 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | 114:1:1-114:11:4 | 114 | 1 | 114 | 11 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |
| Kranhold, Paul | 114:19:1-115:5:2 | 114 | 19 | 115 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | | | | | | | | 115:12-116:15 | 115 | 12 | 116 | 15 | 602 | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kranhold, Paul | | | | | | | | 116:18-117:8 | 116 | 18 | 117 | 8 | 602 | | | | | | |
| Kranhold, Paul | 115:6:1-115:11:8 | 115 | 6 | 115 | 11 | Plaintiff Affirmative | 402; 403; 802; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | | | | | | | | 115:12-116:15 | 115 | 12 | 116 | 15 | 602 | | | | | | |
| Kranhold, Paul | | | | | | | | 116:18-117:8 | 116 | 18 | 117 | 8 | 602 | | | | | | |
| Kranhold, Paul | 117:9:1-117:11:6 | 117 | 9 | 117 | 11 | Plaintiff Affirmative | 402; 403; 104a | 109:8-110:1 | 109 | 8 | 110 | 1 | CD, 611b | | | | | | |
| Kranhold, Paul | | | | | | | | 115:12-116:15 | 115 | 12 | 116 | 15 | 602, 802 | | | | | | |
| Kranhold, Paul | | | | | | | | 116:18-117:8 | 116 | 18 | 117 | 8 | 602, 802 | | | | | | |
| Kranhold, Paul | 117:12:1-118:8:6 | 117 | 12 | 118 | 8 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 118:9:1-118:15:3 | 118 | 9 | 118 | 15 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 118:21:1-119:23:9 | 118 | 21 | 119 | 23 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 119:24:1-120:4:3 | 119 | 24 | 120 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 120:5:1-120:10:5 | 120 | 5 | 120 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 121:5:1-122:4:2 | 121 | 5 | 122 | 4 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 122:14:1-122:19:2 | 122 | 14 | 122 | 19 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 123:19:1-124:5:2 | 123 | 19 | 124 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 128:8:1-128:17:1 | 128 | 8 | 128 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 130:1:1-130:25:5 | 130 | 1 | 130 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 131:1:1-132:7:5 | 131 | 1 | 132 | 7 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 132:15:1-133:5:4 | 132 | 15 | 133 | 5 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 133:10:1-134:19:2 | 133 | 10 | 134 | 19 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 134:20:1-136:1:2 | 134 | 20 | 136 | 1 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 136:2:1-136:10:2 | 136 | 2 | 136 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 143:14:1-144:20:4 | 143 | 14 | 144 | 20 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 145:3:1-145:6:2 | 145 | 3 | 145 | 6 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 145:11:1-145:17:8 | 145 | 11 | 145 | 17 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 146:18:1-146:21:7 | 146 | 18 | 146 | 21 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 146:23:1-146:23:3 | 146 | 23 | 146 | 23 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 147:11:1-147:21:3 | 147 | 11 | 147 | 21 | Plaintiff Affirmative | 402; 403; V; 103; 602 | | | | | | | | | | | | |
| Kranhold, Paul | 149:7:1-150:4:6 | 149 | 7 | 150 | 4 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 150:11:1-150:21:9 | 150 | 11 | 150 | 21 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 151:7:1-151:23:2 | 151 | 7 | 151 | 23 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 152:9:1-152:12:8 | 152 | 9 | 152 | 12 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 152:24:1-153:10:1 | 152 | 24 | 153 | 10 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 153:12:1-153:12:4 | 153 | 12 | 153 | 12 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 153:22:1-154:24:2 | 153 | 22 | 154 | 24 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 154:25:1-155:9:5 | 154 | 25 | 155 | 9 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 155:21:1-156:4:4 | 155 | 21 | 156 | 4 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 156:20:1-159:13:2 | 156 | 20 | 159 | 13 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 160:16:1-160:24:2 | 160 | 16 | 160 | 24 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 161:9:1-161:21:4 | 161 | 9 | 161 | 21 | Plaintiff Affirmative | 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 161:25:1-162:8:4 | 161 | 25 | 162 | 8 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 163:7:1-163:12:2 | 163 | 7 | 163 | 12 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 163:20:1-163:24:4 | 163 | 20 | 163 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 164:1:1-164:20:2 | 164 | 1 | 164 | 20 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 164:25:1-165:7:4 | 164 | 25 | 165 | 7 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Kranhold, Paul | 165:16:1-166:8:4 | 165 | 16 | 166 | 8 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 166:18:1-166:22:2 | 166 | 18 | 166 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Kranhold, Paul | 166:24:1-168:16:4 | 166 | 24 | 168 | 16 | Plaintiff Affirmative | 402; 403; 802; 104a; V; 103 | | | | | | | | | | | | |
| Kranhold, Paul | 168:21:1-168:21:6 | 168 | 21 | 168 | 21 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 168:23:1-169:14:2 | 168 | 23 | 169 | 14 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 169:15:1-170:10:1 | 169 | 15 | 170 | 10 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 170:23:1-172:14:3 | 170 | 23 | 172 | 14 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 172:20:1-173:25:1 | 172 | 20 | 173 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 174:2:1-176:25:1 | 174 | 2 | 176 | 25 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 177:1:1-178:2:2 | 177 | 1 | 178 | 2 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Kranhold, Paul | 178:6:1-178:14:2 | 178 | 6 | 178 | 14 | Plaintiff Affirmative | 403; 802 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LaCroix, Selena | 7:16:1-7:19:1 | 7 | 16 | 7 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 8:2:1-8:14:2 | 8 | 2 | 8 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 20:15:1-22:14:5 | 20 | 15 | 22 | 14 | Plaintiff Affirmative | 402; 403; 802 | 22:19-22:22 | 22 | 19 | 22 | 22 | 611b | | | | | | |
| LaCroix, Selena | 22:17:1-22:18:7 | 22 | 17 | 22 | 18 | Plaintiff Affirmative | 402; 403; 802 | 22:19-22:22 | 22 | 19 | 22 | 22 | 611b | | | | | | |
| LaCroix, Selena | 30:7:1-30:14:4 | 30 | 7 | 30 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 30:22:1-30:25:4 | 30 | 22 | 30 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 31:7:1-31:25:4 | 31 | 7 | 31 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 32:9:1-32:12:2 | 32 | 9 | 32 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 33:2:1-33:13:5 | 33 | 2 | 33 | 13 | Plaintiff Affirmative | 402; 403; 802 | 33:14-25 | 33 | 14 | 33 | 25 | 611b | | | | | | |
| LaCroix, Selena | 34:11:1-34:19:2 | 34 | 11 | 34 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 35:4:1-35:11:2 | 35 | 4 | 35 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 35:21:1-36:13:7 | 35 | 21 | 36 | 13 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| LaCroix, Selena | 37:21:1-38:23:2 | 37 | 21 | 38 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 40:9:1-40:12:6 | 40 | 9 | 40 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 40:17:1-41:12:2 | 40 | 17 | 41 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 46:2:1-46:23:2 | 46 | 2 | 46 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 48:14:1-48:18:3 | 48 | 14 | 48 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 48:19:1-49:11:4 | 48 | 19 | 49 | 11 | Plaintiff Affirmative | 402; 403; 802 | 61:3-61:13 | 61 | 3 | 61 | 13 | | | | | | | |
| LaCroix, Selena | 49:20:1-50:16:5 | 49 | 20 | 50 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 52:11:1-53:8:1 | 52 | 11 | 53 | 8 | Plaintiff Affirmative | 402; 403 | 50:19-50:25 | 50 | 19 | 50 | 25 | | 52:6-52:10 | 52 | 6 | 52 | 10 | |
| LaCroix, Selena | | | | | | | | 51:2-51:25 | 51 | 2 | 51 | 25 | | 52:6-52:10 | 52 | 6 | 52 | 10 | |
| LaCroix, Selena | | | | | | | | 52:2-52:5 | 52 | 2 | 52 | 5 | | 52:6-52:10 | 52 | 6 | 52 | 10 | |
| LaCroix, Selena | 54:6:1-55:19:2 | 54 | 6 | 55 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 55:20:1-56:7:2 | 55 | 20 | 56 | 7 | Plaintiff Affirmative | 402; 403; 802 | 61:3-61:13 | 61 | 3 | 61 | 13 | 611b | | | | | | |
| LaCroix, Selena | 57:17:1-58:7:2 | 57 | 17 | 58 | 7 | Plaintiff Affirmative | 402; 403; 104a | | | | | | | | | | | | |
| LaCroix, Selena | 58:17:1-58:20:4 | 58 | 17 | 58 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 59:3:1-59:20:2 | 59 | 3 | 59 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 59:21:1-60:2:2 | 59 | 21 | 60 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 60:17:1-61:2:2 | 60 | 17 | 61 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 61:3:1-61:13:2 | 61 | 3 | 61 | 13 | Plaintiff Affirmative | | 60:3-60:10 | 60 | 3 | 60 | 10 | | | | | | | |
| LaCroix, Selena | | | | | | | | 61:14-61:17 | 61 | 14 | 61 | 17 | 611b | | | | | | |
| LaCroix, Selena | | | | | | | | | | | | | | | | | | | |
| LaCroix, Selena | 61:18:1-62:17:3 | 61 | 18 | 62 | 17 | Plaintiff Affirmative | 402; 403; 802 | 62:18-62:21 | 62 | 18 | 62 | 21 | 611b | | | | | | |
| LaCroix, Selena | | | | | | | | 63:5-63:9 | 63 | 5 | 63 | 9 | 611b | | | | | | |
| LaCroix, Selena | 63:10:1-63:13:6 | 63 | 10 | 63 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| LaCroix, Selena | 63:20:1-65:3:2 | 63 | 20 | 65 | 3 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montemagni, Dawn Hill | 8:5:1-8:6:1 | 8 | 5 | 8 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 13:7:1-14:15:1 | 13 | 7 | 14 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 14:16:1-14:18:1 | 14 | 16 | 14 | 18 | Plaintiff Affirmative | | 14:19-15:4 | 14 | 19 | 15 | 4 | | | | | | | |
| Montemagni, Dawn Hill | 15:23:1-16:22:2 | 15 | 23 | 16 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 17:24:1-18:8:2 | 17 | 24 | 18 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 19:15:1-19:19:2 | 19 | 15 | 19 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 20:3:1-20:18:1 | 20 | 3 | 20 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 20:19:1-20:21:9 | 20 | 19 | 20 | 21 | Plaintiff Affirmative | 1002 | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 22:2:1-22:5:4 | 22 | 2 | 22 | 5 | Plaintiff Affirmative | 1002; 104a | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 23:2:1-23:6:7 | 23 | 2 | 23 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 23:11:1-23:18:2 | 23 | 11 | 23 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 24:2:1-24:18:1 | 24 | 2 | 24 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 25:14:1-26:21:2 | 25 | 14 | 26 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 27:22:1-28:7:2 | 27 | 22 | 28 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 28:8:1-28:16:1 | 28 | 8 | 28 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 28:18:1-29:10:4 | 28 | 18 | 29 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 29:12:1-29:12:3 | 29 | 12 | 29 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 32:6:1-32:23:5 | 32 | 6 | 32 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 33:17:1-33:19:2 | 33 | 17 | 33 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 33:21:1-34:4:2 | 33 | 21 | 34 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 34:18:1-34:22:7 | 34 | 18 | 34 | 22 | Plaintiff Affirmative | 1006 | 35:5-35:8 | 35 | 5 | 35 | 8 | | | | | | | |
| Montemagni, Dawn Hill | | | | | | | | 35:11-35:11 | 35 | 11 | 35 | 11 | | | | | | | |
| Montemagni, Dawn Hill | | | | | | | | 35:13-35:14 | 35 | 13 | 35 | 14 | | | | | | | |
| Montemagni, Dawn Hill | 36:13:1-36:21:7 | 36 | 13 | 36 | 21 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 36:23:1-36:25:4 | 36 | 23 | 36 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 37:2:1-38:25:1 | 37 | 2 | 38 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 39:3:1-39:16:2 | 39 | 3 | 39 | 16 | Plaintiff Affirmative | 1006 | 39:22-40:3 | 39 | 22 | 40 | 3 | | | | | | | |
| Montemagni, Dawn Hill | 40:10:1-40:13:4 | 40 | 10 | 40 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 41:11:1-41:13:9 | 41 | 11 | 41 | 13 | Plaintiff Affirmative | | 41:14-41:17 | 41 | 14 | 41 | 17 | | | | | | | |
| Montemagni, Dawn Hill | 41:18:1-41:22:1 | 41 | 18 | 41 | 22 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 69:23:1-70:9:3 | 69 | 23 | 70 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 70:12:1-74:5:2 | 70 | 12 | 74 | 5 | Plaintiff Affirmative | 802; 701 | | | | | | | | | | | | |
| Montemagni, Dawn Hill | 74:17:1-75:3:2 | 74 | 17 | 75 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nelson, Jannik | 8:14:1-8:25:3 | 8 | 14 | 8 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Nelson, Jannik | 37:9:1-37:12:2 | 37 | 9 | 37 | 12 | Plaintiff Affirmative | 402; 403; V; O | | | | | | | | | | | | |
| Nelson, Jannik | 37:14:1-37:17:5 | 37 | 14 | 37 | 17 | Plaintiff Affirmative | 402; 403; V; O | 36:14-15 | 36 | 14 | 36 | 15 | NR | | | | | | |
| Nelson, Jannik | | | | | | | | 36:17-36:22 | 36 | 17 | 36 | 22 | NR | | | | | | |
| Nelson, Jannik | | | | | | | | 36:24-25 | 36 | 24 | 36 | 25 | NR | | | | | | |
| Nelson, Jannik | | | | | | | | 37:2-7 | 37 | 2 | 37 | 7 | NR | | | | | | |
| Nelson, Jannik | | | | | | | | 25:10-21 | 25 | 10 | 25 | 21 | 611b, 402 | | | | | | |
| Nelson, Jannik | 49:24:1-50:1:7 | 49 | 24 | 50 | 1 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Nelson, Jannik | 50:4:1-50:22:2 | 50 | 4 | 50 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Nelson, Jannik | 50:25:1-51:5:2 | 50 | 25 | 51 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Nelson, Jannik | 53:22:1-54:22:2 | 53 | 22 | 54 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Nelson, Jannik | 54:23:1-55:3:8 | 54 | 23 | 55 | 3 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | 55:4-12 | 55 | 4 | 55 | 12 | NR | 55:13-56:11 | 55 | 13 | 56 | 11 | 402; 403; 802 |
| | | | | | | | | | | | | | | 56:15-57:1 | 56 | 15 | 57 | 1 | 402; 403; 802 |
| Nelson, Jannik | 57:12:1-57:15:3 | 57 | 12 | 57 | 15 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | 57:2-4 | 57 | 2 | 57 | 4 | 611b | 55:15-56:8 | 55 | 13 | 56 | 8 | 611b; ID; 104a; 403; 402; 602; 802; 805 |
| | | | | | | | | | | | | | | 56:15-57:1 | 56 | 15 | 57 | 1 | 611b; ID; 104a; 403; 402; 602; 802; 805 |
| Nelson, Jannik | | | | | | | | 57:6-10 | 57 | 6 | 57 | 10 | 611b | 55:15-56:8 | 55 | 13 | 56 | 8 | 611b; ID; 104a; 403; 402; 602; 802; 805 |
| | | | | | | | | | | | | | | 56:15-57:1 | 56 | 15 | 57 | 1 | 611b; ID; 104a; 403; 402; 602; 802; 805 |
| Nelson, Jannik | 57:22:1-57:23:8 | 57 | 22 | 57 | 23 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Nelson, Jannik | 57:25:1-58:1:5 | 57 | 25 | 58 | 1 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Nelson, Jannik | 88:10:1-88:12:7 | 88 | 10 | 88 | 12 | Plaintiff Affirmative | 402; 403; 802; 805; A; V; O | | | | | | | | | | | | |
| Nelson, Jannik | 88:14:1-88:18:9 | 88 | 14 | 88 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; A; V; O | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shivshankar, Karthik | 13:8:1-13:10:4 | 13 | 8 | 13 | 10 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Shivshankar, Karthik | 20:8:1-20:10:4 | 20 | 8 | 20 | 10 | Plaintiff Affirmative | | 20:11-20:21 | 20 | 11 | 20 | 22 | | | | | | | |
| Shivshankar, Karthik | 20:23:1-21:15:4 | 20 | 23 | 21 | 15 | Plaintiff Affirmative | | 21:16-21:18 | 21 | 16 | 21 | 18 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 23:11-23:22 | 23 | 11 | 23 | 22 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 24:18-24:22 | 24 | 18 | 24 | 22 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 24:24 | 24 | 24 | 24 | 24 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 25:9-25:11 | 25 | 9 | 25 | 11 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 25:13 | 25 | 13 | 25 | 13 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 26:18-27:7 | 26 | 18 | 27 | 7 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 29:2-29:14 | 29 | 2 | 29 | 14 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 32:2-3 | 32 | 2 | 32 | 3 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 32:5-7 | 32 | 5 | 32 | 7 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 32:9-33:11 | 32 | 9 | 33 | 11 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 34:23-25 | 34 | 23 | 34 | 25 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 35:5-6 | 35 | 5 | 35 | 6 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 44:14-45:5 | 44 | 14 | 45 | 5 | 104a, 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | 57:9:1-57:22:6 | 57 | 9 | 57 | 22 | Plaintiff Affirmative | 106 | 57:23-58:10 | 57 | 23 | 58 | 10 | | | | | | | |
| Shivshankar, Karthik | 59:14:1-59:16:6 | 59 | 14 | 59 | 16 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 59:18:1-60:17:2 | 59 | 18 | 60 | 17 | Plaintiff Affirmative | 106 | 60:3-17 | 60 | 3 | 60 | 17 | | | | | | | |
| Shivshankar, Karthik | 60:19:1-61:1:5 | 60 | 19 | 61 | 1 | Plaintiff Affirmative | 106 | 60:19-61:1 | 60 | 19 | 61 | 1 | | | | | | | |
| Shivshankar, Karthik | 61:3:1-61:14:5 | 61 | 3 | 61 | 14 | Plaintiff Affirmative | | 61:3-5 | 61 | 3 | 61 | 5 | | | | | | | |
| Shivshankar, Karthik | 61:19:1-61:24:6 | 61 | 19 | 61 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Shivshankar, Karthik | 62:18:1-62:21:5 | 62 | 18 | 62 | 21 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 62:24:1-63:9:7 | 62 | 24 | 63 | 9 | Plaintiff Affirmative | 106 | 63:4-63:24 | 63 | 4 | 63 | 24 | | | | | | | |
| Shivshankar, Karthik | 66:21:1-67:24:8 | 66 | 21 | 67 | 24 | Plaintiff Affirmative | 106 | 65:2-4 | 65 | 2 | 65 | 4 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 65:6-14 | 65 | 6 | 65 | 14 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 66:21-67:24 | 66 | 21 | 67 | 24 | | | | | | | |
| Shivshankar, Karthik | 69:7:1-69:8:7 | 69 | 7 | 69 | 8 | Plaintiff Affirmative | 106 | 69:7-8 | 69 | 7 | 69 | 8 | | | | | | | |
| Shivshankar, Karthik | 69:10:1-70:4:3 | 69 | 10 | 70 | 4 | Plaintiff Affirmative | 106 | 69:10-18 | 69 | 10 | 69 | 18 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 69:20-70:6 | 69 | 20 | 70 | 6 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 70:8-11 | 70 | 8 | 70 | 11 | | | | | | | |
| Shivshankar, Karthik | 72:6:1-73:12:4 | 72 | 6 | 73 | 12 | Plaintiff Affirmative | 802; 104a; 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 73:14:1-73:16:3 | 73 | 14 | 73 | 16 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Shivshankar, Karthik | 75:4:1-75:7:4 | 75 | 4 | 75 | 7 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Shivshankar, Karthik | 75:21:1-76:11:1 | 75 | 21 | 76 | 11 | Plaintiff Affirmative | 104a; 106 | 76:12-76:22 | 76 | 12 | 76 | 22 | | 76:23-24 | 76 | 23 | 76 | 24 | 106, 402, 403 |
| | | | | | | | | | | | | | | 77:1-3 | 77 | 1 | 77 | 3 | 106, 402, 403, 802 |
| Shivshankar, Karthik | 77:4:1-77:23:1 | 77 | 4 | 77 | 23 | Plaintiff Affirmative | 802; 104a; 1006; 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 80:1:1-80:13:7 | 80 | 1 | 80 | 13 | Plaintiff Affirmative | | 78:4-78:12 | 78 | 4 | 78 | 12 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 78:18-19 | 78 | 18 | 18 | 19 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 78:21-23 | 78 | 21 | 78 | 23 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | 80:21:1-81:12:8 | 80 | 21 | 81 | 12 | Plaintiff Affirmative | 106 | 81:2-12 | 81 | 2 | 81 | 12 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 81:15-24 | 81 | 15 | 81 | 24 | | | | | | | |
| Shivshankar, Karthik | 82:10:1-82:12:6 | 82 | 10 | 82 | 12 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 82:14:1-83:2:1 | 82 | 14 | 83 | 2 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 83:5:1-83:15:5 | 83 | 5 | 83 | 15 | Plaintiff Affirmative | | 83:5-15 | 83 | 5 | 83 | 15 | | | | | | | |
| Shivshankar, Karthik | 87:25:1-88:18:3 | 87 | 25 | 88 | 18 | Plaintiff Affirmative | 106 | 87:25-88:11 | 87 | 25 | 88 | 11 | | | | | | | |
| Shivshankar, Karthik | 89:25:1-90:16:10 | 89 | 25 | 90 | 16 | Plaintiff Affirmative | 106 | 89:12-89:24 | 89 | 12 | 89 | 24 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 90:17-90:25 | 90 | 17 | 90 | 25 | CC, 402, 403 | | | | | | |
| Shivshankar, Karthik | | | | | | | | 91:3-91:7 | 91 | 3 | 91 | 7 | CC, 402, 403 | | | | | | |
| Shivshankar, Karthik | 92:4:1-92:12:4 | 92 | 4 | 92 | 12 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 92:14:1-92:23:1 | 92 | 14 | 92 | 23 | Plaintiff Affirmative | 403; 1006; 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 92:25:1-93:2:1 | 92 | 25 | 93 | 2 | Plaintiff Affirmative | 106 | 95:16-96:5 | 95 | 16 | 96 | 5 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 97:1-6 | 97 | 1 | 97 | 6 | | | | | | | |
| Shivshankar, Karthik | 97:12:1-98:5:9 | 97 | 12 | 98 | 5 | Plaintiff Affirmative | 106 | 98:6-98:11 | 98 | 6 | 98 | 11 | | | | | | | |
| Shivshankar, Karthik | | | | | | Plaintiff Affirmative | 106 | 102:23-103:3 | 102 | 23 | 103 | 3 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | Plaintiff Affirmative | 106 | 109:25-110:4 | 109 | 25 | 110 | 4 | 104a, 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | 134:25:1-135:12:7 | 134 | 25 | 135 | 12 | Plaintiff Affirmative | 802; 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 135:13:1-135:19:4 | 135 | 13 | 135 | 19 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Shivshankar, Karthik | 136:1:1-136:1:7 | 136 | 1 | 136 | 1 | Plaintiff Affirmative | | 136:2-136:7 | 136 | 2 | 136 | 7 | | | | | | | |
| Shivshankar, Karthik | 136:8:1-136:16:5 | 136 | 8 | 136 | 16 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Shivshankar, Karthik | 137:9:1-137:13:7 | 137 | 9 | 137 | 13 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Shivshankar, Karthik | 137:14:1-137:17:3 | 137 | 14 | 137 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Shivshankar, Karthik | 139:15:1-139:22:9 | 139 | 15 | 139 | 22 | Plaintiff Affirmative | 802 | | | | | | | | | | | | |
| Shivshankar, Karthik | 139:23:1-140:10:1 | 139 | 23 | 140 | 10 | Plaintiff Affirmative | 802; 106 | 140:22-141:11 | 140 | 22 | 141 | 11 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 141:13-22 | 141 | 13 | 141 | 22 | | 141:23-24 | 141 | 23 | 141 | 24 | 106, 402, 403, 802 |
| | | | | | | | | | | | | | | 142:2-6 | 142 | 2 | 142 | 6 | 106, 402, 403, 802 |
| Shivshankar, Karthik | 144:12:1-144:23:2 | 144 | 12 | 144 | 23 | Plaintiff Affirmative | 802; 701 | 143:9-23 | 143 | 9 | 143 | 23 | | 143:24-144:1 | 143 | 24 | 144 | 1 | 402, 403, 701, 802 |
| | | | | | | | | | | | | | | 144:4-8 | 144 | 4 | 144 | 8 | 402, 403, 701, 802 |
| Shivshankar, Karthik | 146:19:1-146:25:3 | 146 | 19 | 146 | 25 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Shivshankar, Karthik | 150:2:1-152:2:10 | 150 | 2 | 152 | 2 | Plaintiff Affirmative | 802; 104a; 1006; 106 | 149:6-7 | 149 | 6 | 149 | 7 | | | | | | | |
| Shivshankar, Karthik | | | | | | | | 149:10-20 | 149 | 10 | 149 | 20 | | | | | | | |
| Shivshankar, Karthik | 152:13:1-152:16:1 | 152 | 13 | 152 | 16 | Plaintiff Affirmative | 802; 701; 1006 | | | | | | | | | | | | |
| Shivshankar, Karthik | 152:19:1-152:21:9 | 152 | 19 | 152 | 21 | Plaintiff Affirmative | 701; 104a | | | | | | | | | | | | |
| Shivshankar, Karthik | 154:2:1-154:12:6 | 154 | 2 | 154 | 12 | Plaintiff Affirmative | | 159:19-24 | 159 | 19 | 159 | 24 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 160:2-20 | 160 | 2 | 160 | 20 | 402, 403, 611b | 160:21-161:2 | 160 | 21 | 161 | 2 | 402, 403, 701 |
| Shivshankar, Karthik | | | | | | | | 169:1-3 | 169 | 1 | 169 | 3 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 169:6-170:1 | 169 | 6 | 170 | 1 | 402, 403, 611b | | | | | | |
| Shivshankar, Karthik | | | | | | | | 170:18-170:21 | 170 | 18 | 170 | 21 | 402, 403, 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Siegel, Kenneth | 10:4:1-10:11:3 | 10 | 4 | 10 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 11:11:1-11:22:2 | 11 | 11 | 11 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 12:22:1-12:24:5 | 12 | 22 | 12 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 12:25:2-13:5:2 | 12 | 25 | 13 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 13:11:1-13:12:5 | 13 | 11 | 13 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 13:16:1-13:23:1 | 13 | 16 | 13 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 18:4:1-18:8:2 | 18 | 4 | 18 | 8 | Plaintiff Affirmative | 402; 403; 802; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 18:20:1-18:23:6 | 18 | 20 | 18 | 23 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Siegel, Kenneth | 19:2:1-19:6:4 | 19 | 2 | 19 | 6 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 21:4:1-21:6:5 | 21 | 4 | 21 | 6 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 21:20:1-21:23:7 | 21 | 20 | 21 | 23 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 21:24:2-22:2:3 | 21 | 24 | 22 | 2 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 23:16:1-23:16:4 | 23 | 16 | 23 | 16 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 24:4:1-24:10:1 | 24 | 4 | 24 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 24:13:1-24:14:6 | 24 | 13 | 24 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 25:10:1-25:14:4 | 25 | 10 | 25 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 25:15:1-25:23:6 | 25 | 15 | 25 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 25:24:1-26:10:5 | 25 | 24 | 26 | 10 | Plaintiff Affirmative | 402; 403; V; 103 | | | | | | | | | | | | |
| Siegel, Kenneth | 26:14:1-26:24:2 | 26 | 14 | 26 | 24 | Plaintiff Affirmative | 402; 403; 501; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 27:21:1-28:15:5 | 27 | 21 | 28 | 15 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 28:24:1-31:23:2 | 28 | 24 | 31 | 23 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 32:2:1-33:4:5 | 32 | 2 | 33 | 4 | Plaintiff Affirmative | 402; 403; 104a | 33:5-33:7 | 33 | 5 | 33 | 7 | ND, 402 | | | | | | |
| Siegel, Kenneth | | | | | | | | 34:6-34:8 | 34 | 6 | 34 | 8 | ND, 402 | | | | | | |
| Siegel, Kenneth | 40:8:1-40:17:6 | 40 | 8 | 40 | 17 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 41:15:1-41:20:6 | 41 | 15 | 41 | 20 | Plaintiff Affirmative | 403; V; 103 | 44:11-44:24 | 44 | 11 | 44 | 24 | ND, 402 | | | | | | |
| Siegel, Kenneth | | | | | | | | 45:3-45:8 | 45 | 3 | 45 | 8 | ND, 402 | | | | | | |
| Siegel, Kenneth | 41:22:1-41:22:4 | 41 | 22 | 41 | 22 | Plaintiff Affirmative | 403 | 44:11-44:24 | 44 | 11 | 44 | 24 | ND, 402 | | | | | | |
| Siegel, Kenneth | | | | | | | | 45:3-45:8 | 45 | 3 | 45 | 8 | ND, 402 | | | | | | |
| Siegel, Kenneth | 45:15:1-46:3:2 | 45 | 15 | 46 | 3 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 46:13:1-46:16:1 | 46 | 13 | 46 | 16 | Plaintiff Affirmative | 106; 402; 403; 802 | | | | | | | | | | | | |
| Siegel, Kenneth | 48:20:1-48:25:2 | 48 | 20 | 48 | 25 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 49:8:1-49:14:1 | 49 | 8 | 49 | 14 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 50:12:1-51:10:1 | 50 | 12 | 51 | 10 | Plaintiff Affirmative | 403; 802 | 51:11-51:25 | 51 | 11 | 51 | 25 | ND, 402 | | | | | | |
| Siegel, Kenneth | | | | | | | | 52:2-52:5 | 52 | 2 | 52 | 5 | ND, 402 | | | | | | |
| Siegel, Kenneth | 54:14:1-55:12:2 | 54 | 14 | 55 | 12 | Plaintiff Affirmative | 403; 802; 805; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 55:13:1-56:10:7 | 55 | 13 | 56 | 10 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 56:17:1-56:22:1 | 56 | 17 | 56 | 22 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Siegel, Kenneth | 57:2:1-57:3:2 | 57 | 2 | 57 | 3 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Siegel, Kenneth | 57:6:1-57:7:4 | 57 | 6 | 57 | 7 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 57:10:1-57:19:5 | 57 | 10 | 57 | 19 | Plaintiff Affirmative | 403; 104a; V; 103; 602 | | | | | | | | | | | | |
| Siegel, Kenneth | 58:6:1-58:12:5 | 58 | 6 | 58 | 12 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 59:24:1-60:7:2 | 59 | 24 | 60 | 7 | Plaintiff Affirmative | 403 | 60:8-60:11 | 60 | 8 | 60 | 11 | | | | | | | |
| Siegel, Kenneth | | | | | | | | 60:13-60:18 | 60 | 13 | 60 | 18 | | | | | | | |
| Siegel, Kenneth | 61:3:1-61:6:2 | 61 | 3 | 61 | 6 | Plaintiff Affirmative | 403; 802; 104a; V; 103; 602 | 60:8-60:11 | 60 | 8 | 60 | 11 | | | | | | | |
| Siegel, Kenneth | | | | | | | | 60:13-60:18 | 60 | 13 | 60 | 18 | | | | | | | |
| Siegel, Kenneth | 63:8:1-63:10:2 | 63 | 8 | 63 | 10 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 65:5:1-66:5:2 | 65 | 5 | 66 | 5 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 66:10:1-66:22:2 | 66 | 10 | 66 | 22 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 66:25:1-68:23:2 | 66 | 25 | 68 | 23 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Siegel, Kenneth | 69:4:1-69:7:5 | 69 | 4 | 69 | 7 | Plaintiff Affirmative | 403; 104a; V; 103 | | | | | | | | | | | | |
| Siegel, Kenneth | 69:10:1-69:12:6 | 69 | 10 | 69 | 12 | Plaintiff Affirmative | 403; 104a | | | | | | | | | | | | |
| Siegel, Kenneth | 72:13:1-72:17:7 | 72 | 13 | 72 | 17 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 73:4:1-73:7:2 | 73 | 4 | 73 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 73:10:1-73:10:2 | 73 | 10 | 73 | 10 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 75:6:1-75:17:2 | 75 | 6 | 75 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 76:2:1-76:5:3 | 76 | 2 | 76 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 76:9:1-76:14:3 | 76 | 9 | 76 | 14 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Siegel, Kenneth | 78:3:1-78:20:2 | 78 | 3 | 78 | 20 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |
| Siegel, Kenneth | 79:6:1-79:19:6 | 79 | 6 | 79 | 19 | Plaintiff Affirmative | 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran, Christine | 11:9:1-11:13:1 | 11 | 9 | 11 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 11:17:1-11:25:5 | 11 | 17 | 11 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 12:1:1-12:2:3 | 12 | 1 | 12 | 2 | Plaintiff Affirmative | | 19:12-14 | 19 | 12 | 19 | 14 | 402, 403, 611b | | | | | | |
| Tran, Christine | 26:18:1-26:22:3 | 26 | 18 | 26 | 22 | Plaintiff Affirmative | 1002 | | | | | | | | | | | | |
| Tran, Christine | 26:24:1-27:8:2 | 26 | 24 | 27 | 8 | Plaintiff Affirmative | 1002 | | | | | | | | | | | | |
| Tran, Christine | 31:23:1-32:4:6 | 31 | 23 | 32 | 4 | Plaintiff Affirmative | 1002 | | | | | | | | | | | | |
| Tran, Christine | 33:23:1-33:25:2 | 33 | 23 | 33 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 34:13:1-34:20:2 | 34 | 13 | 34 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 34:21:1-35:7:6 | 34 | 21 | 35 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 35:8:3-35:12:2 | 35 | 8 | 35 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 35:16:3-35:24:7 | 35 | 16 | 35 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 35:25:1-36:8:2 | 35 | 25 | 36 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 36:10:1-37:17:7 | 36 | 10 | 37 | 17 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 37:19:1-38:9:7 | 37 | 19 | 38 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 38:11:1-38:16:4 | 38 | 11 | 38 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 38:18:1-38:23:1 | 38 | 18 | 38 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 38:25:1-39:8:1 | 38 | 25 | 39 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 39:10:1-39:10:3 | 39 | 10 | 39 | 10 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 39:13:1-39:19:1 | 39 | 13 | 39 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 39:22:1-40:9:6 | 39 | 22 | 40 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 40:10:1-40:14:4 | 40 | 10 | 40 | 14 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Tran, Christine | 40:17:1-40:20:7 | 40 | 17 | 40 | 20 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 40:23:1-40:25:4 | 40 | 23 | 40 | 25 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 42:4:1-42:5:5 | 42 | 4 | 42 | 5 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 42:7:1-42:18:5 | 42 | 7 | 42 | 18 | Plaintiff Affirmative | | 42:9-12 | 42 | 9 | 42 | 12 | | | | | | | |
| Tran, Christine | | | | | | | | 42:16-18 | 42 | 16 | 42 | 18 | | | | | | | |
| Tran, Christine | 42:20:1-42:20:3 | 42 | 20 | 42 | 20 | Plaintiff Affirmative | 106 | 42:20 | 42 | 20 | 42 | 20 | | | | | | | |
| Tran, Christine | 45:13:1-45:15:1 | 45 | 13 | 45 | 15 | Plaintiff Affirmative | 106 | 45:2-4 | 45 | 2 | 45 | 4 | CC, 402, 403, 611b | | | | | | |
| Tran, Christine | | | | | | | | 45:7-45:12 | 45 | 7 | 45 | 12 | CC, 402, 403, 611b | | | | | | |
| Tran, Christine | 45:18:1-45:19:8 | 45 | 18 | 45 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 46:1:1-46:3:2 | 46 | 1 | 46 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 46:9:1-46:23:2 | 46 | 9 | 46 | 23 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 46:24:1-47:9:2 | 46 | 24 | 47 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 47:11:1-48:2:3 | 47 | 11 | 48 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 48:4:1-48:6:5 | 48 | 4 | 48 | 6 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 48:7:1-49:2:4 | 48 | 7 | 49 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 49:5:1-49:6:7 | 49 | 5 | 49 | 6 | Plaintiff Affirmative | 106 | 49:7-49:9 | 49 | 7 | 49 | 9 | | | | | | | |
| Tran, Christine | 49:14:1-49:18:2 | 49 | 14 | 49 | 18 | Plaintiff Affirmative | 1006 | 49:12-49:13 | 49 | 12 | 49 | 13 | | | | | | | |
| Tran, Christine | 49:20:1-49:22:2 | 49 | 20 | 49 | 22 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 49:23:1-50:1:2 | 49 | 23 | 50 | 1 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 50:4:1-50:8:7 | 50 | 4 | 50 | 8 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 50:11:1-50:11:6 | 50 | 11 | 50 | 11 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 50:12:5-50:25:5 | 50 | 12 | 50 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 51:16:1-52:5:6 | 51 | 16 | 52 | 5 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 52:7:1-52:8:1 | 52 | 7 | 52 | 8 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 52:13:1-52:16:4 | 52 | 13 | 52 | 16 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 52:19:1-53:2:2 | 52 | 19 | 53 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 53:5:1-53:10:2 | 53 | 5 | 53 | 10 | Plaintiff Affirmative | | 53:11-53:16 | 53 | 11 | 53 | 16 | | | | | | | |
| Tran, Christine | | | | | | | | 53:18-53:23 | 53 | 18 | 53 | 23 | | | | | | | |
| Tran, Christine | 58:13:1-58:21:6 | 58 | 13 | 58 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 58:23:1-59:3:6 | 58 | 23 | 59 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 59:5:1-59:9:2 | 59 | 5 | 59 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 59:12:1-59:16:2 | 59 | 12 | 59 | 16 | Plaintiff Affirmative | | 60:8-10 | 60 | 8 | 60 | 10 | ID, 106, 402, 403 | | | | | | |
| Tran, Christine | 77:24:1-78:5:3 | 77 | 24 | 78 | 5 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 78:7:1-78:19:10 | 78 | 7 | 78 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 83:16:1-83:25:3 | 83 | 16 | 83 | 25 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 84:4:1-84:11:4 | 84 | 4 | 84 | 11 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 84:14:1-84:18:2 | 84 | 14 | 84 | 18 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 84:21:1-85:2:2 | 84 | 21 | 85 | 2 | Plaintiff Affirmative | 1006 | | | | | | | | | | | | |
| Tran, Christine | 85:6:1-85:7:4 | 85 | 6 | 85 | 7 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 95:23:1-96:19:5 | 95 | 23 | 96 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 96:22:1-98:4:5 | 96 | 22 | 98 | 4 | Plaintiff Affirmative | 802; 701; 1006 | | | | | | | | | | | | |
| Tran, Christine | 98:7:1-98:7:6 | 98 | 7 | 98 | 7 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 99:11:1-100:13:1 | 99 | 11 | 100 | 13 | Plaintiff Affirmative | 701 | 99:2-99:5 | 99 | 2 | 99 | 5 | | | | | | | |
| Tran, Christine | | | | | | | | 99:7-99:10 | 99 | 7 | 99 | 10 | | | | | | | |
| Tran, Christine | 100:15:1-100:15:4 | 100 | 15 | 100 | 15 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 100:21:1-101:21:5 | 100 | 21 | 101 | 21 | Plaintiff Affirmative | 802; 701; 1006 | | | | | | | | | | | | |
| Tran, Christine | 110:9:1-110:24:7 | 110 | 9 | 110 | 24 | Plaintiff Affirmative | 104a | 110:16-18 | 110 | 16 | 110 | 18 | | | | | | | |
| Tran, Christine | | | | | | | | 110:25-111:2 | 110 | 25 | 111 | 2 | | | | | | | |
| Tran, Christine | 111:10:1-111:13:4 | 111 | 10 | 111 | 13 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Tran, Christine | 111:16:1-111:21:6 | 111 | 16 | 111 | 21 | Plaintiff Affirmative | | 112:8-10 | 112 | 8 | 112 | 10 | 104a, 106, 402, 403, 611b | | | | | | |
| Tran, Christine | | | | | | | | 15:24 | 115 | 24 | 115 | 24 | 104a, 106, 402, 403, 611b | | | | | | |
| Tran, Christine | | | | | | | | 116:3-7 | 116 | 3 | 116 | 7 | 104a, 106, 402, 403, 611b | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran, Christine | | | | | | | | 116:11-12 | 116 | 11 | 116 | 12 | 104a, 106, 402, 403, 611b | | | | | | |
| Tran, Christine | 126:14:1-127:9:2 | 126 | 14 | 127 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 127:10:1-128:2:2 | 127 | 10 | 128 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 128:3:1-129:8:7 | 128 | 3 | 129 | 8 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Tran, Christine | 129:10:1-129:13:9 | 129 | 10 | 129 | 13 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Tran, Christine | 129:15:1-129:19:1 | 129 | 15 | 129 | 19 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Tran, Christine | 129:21:1-131:1:2 | 129 | 21 | 131 | 1 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Tran, Christine | 134:9:1-134:11:8 | 134 | 9 | 134 | 11 | Plaintiff Affirmative | 104a; 106 | | | | | | | | | | | | |
| Tran, Christine | 134:13:1-134:19:8 | 134 | 13 | 134 | 19 | Plaintiff Affirmative | 104a | | | | | | | | | | | | |
| Tran, Christine | 134:21:1-134:21:5 | 134 | 21 | 134 | 21 | Plaintiff Affirmative | 104a; 106 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weidmann, Martin | 10:25:1-11:13:3 | 10 | 25 | 11 | 13 | Plaintiff Affirmative | | 18:11-19:15 | 18 | 11 | 19 | 15 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 19:21-21:13 | 19 | 21 | 21 | 13 | 611b | | | | | | |
| Weidmann, Martin | 35:9:1-36:14:1 | 35 | 9 | 36 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403; 802 | 33:8-12 | 33 | 8 | 33 | 12 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 33:21-34:21 | 33 | 21 | 34 | 21 | 611b | | | | | | |
| Weidmann, Martin | 65:4:1-65:16:1 | 65 | 4 | 65 | 16 | Plaintiff Affirmative | 402; 403 | 64:2-24 | 64 | 2 | 64 | 24 | 611b; 602 | | | | | | |
| Weidmann, Martin | | | | | | | | 68:17-69:18 | 68 | 17 | 69 | 18 | 611b | | | | | | |
| Weidmann, Martin | 82:9:1-82:15:2 | 82 | 9 | 82 | 15 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | 79:17-24 | 79 | 17 | 79 | 24 | 611b; 402; 403 | | | | | | |
| Weidmann, Martin | | | | | | | | 80:3-81:22 | 80 | 3 | 81 | 22 | 611b; 402; 403 | | | | | | |
| Weidmann, Martin | | | | | | | | 81:25-82:8 | 81 | 25 | 82 | 8 | 611b; 402; 403 | | | | | | |
| Weidmann, Martin | | | | | | | | 82:16 | 82 | 16 | 82 | 16 | | | | | | | |
| Weidmann, Martin | | | | | | | | 166:8-9 | 166 | 8 | 166 | 9 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 166:12-13 | 166 | 12 | 166 | 13 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 171:7-13 | 171 | 7 | 171 | 13 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 175:23-176:13 | 175 | 23 | 176 | 13 | 611b | | | | | | |
| Weidmann, Martin | 82:17:1-83:5:3 | 82 | 17 | 83 | 5 | Plaintiff Affirmative | 104a; 602; 106; 402; 403 | | | | | | | | | | | | |
| Weidmann, Martin | 84:18:1-84:24:2 | 84 | 18 | 84 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 85:3:1-85:14:2 | 85 | 3 | 85 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403 | | | | | | | | | | | | |
| Weidmann, Martin | 71:25-73:14 | 71 | 25 | 73 | 14 | Plaintiff Affirmative | 602; 106 | 73:15-74:2 | 73 | 15 | 74 | 2 | | | | | | | |
| Weidmann, Martin | 74:3-74:9 | 74 | 3 | 74 | 9 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Weidmann, Martin | 109:4-110:7 | 109 | 4 | 110 | 7 | Plaintiff Affirmative | 104a; 106; 402; 403; 802; 805 | 110:7-24 | 110 | 7 | 110 | 24 | | | | | | | |
| | | | | | | | | 111:3-14 | 111 | 3 | 111 | 14 | | | | | | | |
| Weidmann, Martin | 111:15-113:17 | 111 | 15 | 113 | 17 | Plaintiff Affirmative | 104a; 402; 403; 602; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 113:20-114:19 | 113 | 20 | 114 | 19 | Plaintiff Affirmative | 104a; 402; 403; 602; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 115:7-9 | 115 | 7 | 115 | 9 | Plaintiff Affirmative | 104a; 402; 403; 602 | | | | | | | | | | | | |
| Weidmann, Martin | 107:2:1-108:10:1 | 107 | 2 | 108 | 10 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 115:10:1-117:23:2 | 115 | 10 | 117 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | 87:14-88:3 | 87 | 14 | 88 | 3 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 88:16-89:14 | 88 | 16 | 89 | 14 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 90:6-8 | 90 | 6 | 90 | 8 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 90:11-91:5 | 90 | 11 | 91 | 5 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 92:24-93:3 | 92 | 24 | 93 | 3 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 93:6-20 | 93 | 6 | 93 | 20 | 611b; 402 | | | | | | |
| Weidmann, Martin | | | | | | | | 119:11-120:18 | 119 | 11 | 120 | 18 | 611b | | | | | | |
| Weidmann, Martin | | | | | | | | 122:8-123:14 | 122 | 8 | 123 | 14 | 611b; MIL | | | | | | |
| Weidmann, Martin | | | | | | | | 124:5-12 | 124 | 5 | 124 | 12 | 611b; MIL | | | | | | |
| Weidmann, Martin | | | | | | | | 125:9-14 | 125 | 9 | 125 | 14 | 611b; MIL | | | | | | |
| Weidmann, Martin | | | | | | | | 125:17-126:8 | 125 | 17 | 126 | 8 | 611b; MIL | | | | | | |
| Weidmann, Martin | 144:4-144:8 | 144 | 4 | 144 | 8 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Weidmann, Martin | 144:22:1-146:5:2 | 144 | 22 | 146 | 5 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 146:6:1-146:11:1 | 146 | 6 | 146 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 146:15:1-146:17:2 | 146 | 15 | 146 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 147:7:1-147:17:5 | 147 | 7 | 147 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 148:6:1-148:17:2 | 148 | 6 | 148 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 149:10:1-149:11:6 | 149 | 10 | 149 | 11 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Weidmann, Martin | 150:6:1-150:14:5 | 150 | 6 | 150 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O; CD | | | | | | | | | | | | |
| Weidmann, Martin | 150:17:1-150:20:4 | 150 | 17 | 150 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 152:4:1-152:14:1 | 152 | 4 | 152 | 14 | Plaintiff Affirmative | 104a; 602; 402; 403 | 153:20-154:9 | 153 | 20 | 154 | 9 | 611b | | | | | | |
| Weidmann, Martin | 164:10-164:18 | 164 | 10 | 164 | 18 | Plaintiff Affirmative | 104a; 602 | 164:19-165:2 | 164 | 19 | 165 | 2 | | 165:3-20 | 165 | 3 | 165 | 20 | |
| Weidmann, Martin | | | | | | | | 166:15-25 | 166 | 15 | 166 | 25 | 611b, 402 | 167:2-10 | 167 | 2 | 167 | 10 | |
| Weidmann, Martin | 167:16-167:25 | 167 | 16 | 167 | 25 | Plaintiff Affirmative | 104a; 602 | 168:2-14 | 168 | 2 | 168 | 14 | 402, 403 | 167:11-15 | 167 | 11 | 167 | 15 | |
| Weidmann, Martin | | | | | | | | 168:17-169:3 | 168 | 17 | 169 | 3 | 402, 403 | 169:4-10 | 169 | 4 | 169 | 10 | V; O |
| Weidmann, Martin | | | | | | | | | | | | | | 169:13-15 | 169 | 13 | 169 | 15 | V; O |
| Weidmann, Martin | | | | | | | | 169:21-170:2 | 169 | 21 | 170 | 2 | 402, 602 | | | | | | |
| Weidmann, Martin | | | | | | | | 170:5-8 | 170 | 5 | 170 | 8 | 402, 602 | | | | | | |
| Weidmann, Martin | 170:9-170:22 | 170 | 9 | 170 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O; CD; ID | | | | | | | | | | | | |
| Weidmann, Martin | 170:25-171:2 | 170 | 25 | 171 | 2 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O; CD; ID | | | | | | | | | | | | |
| Weidmann, Martin | 182:17:1-183:4:3 | 182 | 17 | 183 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Weidmann, Martin | 183:10:1-183:24:5 | 183 | 10 | 183 | 24 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 184:13:1-184:23:2 | 184 | 13 | 184 | 23 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 185:25:1-186:17:2 | 185 | 25 | 186 | 17 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 186:20:1-187:4:2 | 186 | 20 | 187 | 4 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 187:7:1-187:13:2 | 187 | 7 | 187 | 13 | Plaintiff Affirmative | 104a; 602; 402; 403; V; O | 218:19-219:21 | 218 | 19 | 219 | 21 | 611b, 611c | | | | | | |
| Weidmann, Martin | 187:16:1-187:22:2 | 187 | 16 | 187 | 22 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 197:16-20 | 197 | 16 | 197 | 20 | Plaintiff Affirmative | 104a; 602; 402; 403; 802; 805 | | | | | | | | | | | | |
| Weidmann, Martin | 199:13-200:22 | 199 | 13 | 200 | 22 | Plaintiff Affirmative | 104a; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 200:25-201:9 | 200 | 25 | 201 | 9 | Plaintiff Affirmative | 104a; 106; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 202:02:00 | 202 | 2 | 202 | 2 | Plaintiff Affirmative | 104a; 106; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 204:15-17 | 204 | 15 | 204 | 17 | Plaintiff Affirmative | 104a; 106; 402; 403; 602; 802; 805; V; O | | | | | | | | | | | | |
| Weidmann, Martin | 204:20-205:5 | 204 | 20 | 205 | 5 | Plaintiff Affirmative | 104a; 106; 402; 403; 602; 802; 805; V; O; CD | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williamson, Paul | 6:11:1-6:13:6 | 6 | 11 | 6 | 13 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 10:14:5-12:3:3 | 10 | 14 | 12 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 14:21:1-15:21:2 | 14 | 21 | 15 | 21 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 16:1:1-16:3:3 | 16 | 1 | 16 | 3 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 31:17:1-32:5:7 | 31 | 17 | 32 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 39:25:1-40:20:7 | 39 | 25 | 40 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 66:6:1-66:18:2 | 66 | 6 | 66 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 67:11:1-67:20:5 | 67 | 11 | 67 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | 68:7-14 | 68 | 7 | 68 | 14 | CC, ID | | | | | | |
| Williamson, Paul | 70:25:1-71:8:9 | 70 | 25 | 71 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 77:23:1-77:25:4 | 77 | 23 | 77 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 602; CC; O; V; 611c | 77:19-22 | 77 | 19 | 77 | 22 | CC, 402, 403 | | | | | | |
| Williamson, Paul | 78:8:1-78:23:4 | 78 | 8 | 78 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 602; CC; O; V; 611c | | | | | | | | | | | | |
| Williamson, Paul | 79:21:1-80:8:2 | 79 | 21 | 80 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 81:6-82:9 | 81 | 6 | 82 | 9 | CC, CO, ID, 402, 403, IP, 611b | | | | | | |
| Williamson, Paul | 94:15:1-94:23:3 | 94 | 15 | 94 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Williamson, Paul | 95:5:1-95:24:4 | 95 | 5 | 95 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602; CC | 96:2-22 | 96 | 2 | 96 | 22 | 106, 402, 403, 602, 611b | 95:25-96:1 | 95 | 25 | 96 | 1 | |
| Williamson, Paul | | | | | | | | 96:24-97:4 | 96 | 24 | 97 | 4 | 402, 403, 602, 611b | | | | | | |
| Williamson, Paul | 99:22:1-100:6:2 | 99 | 22 | 100 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602; CC | 99:22-100:6 | 99 | 22 | 100 | 6 | | | | | | | |
| Williamson, Paul | 101:21:1-102:13:3 | 101 | 21 | 102 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; 104a | 102:14-103:2 | 102 | 14 | 103 | 2 | | | | | | | |
| Williamson, Paul | 114:6:1-115:7:6 | 114 | 6 | 115 | 7 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | 115:8-116:2 | 115 | 8 | 116 | 2 | | | | | | | |
| Williamson, Paul | | | | | | | | 116:5-117:3 | 116 | 5 | 117 | 3 | | | | | | | |
| Williamson, Paul | | | | | | | | 117:4-6 | 117 | 4 | 117 | 6 | | | | | | | |
| Williamson, Paul | | | | | | | | 117:9-22 | 117 | 9 | 117 | 22 | | | | | | | |
| Williamson, Paul | 221:23:1-222:10:1 | 221 | 23 | 222 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 227:24:1-228:18:2 | 227 | 24 | 228 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; A; CC; O; V; 602; 611c | 228:19-229:4 | 228 | 19 | 229 | 4 | 402, 403, 602 | | | | | | |
| Williamson, Paul | 229:12:1-229:17:2 | 229 | 12 | 229 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | 229:21-230:13 | 229 | 21 | 230 | 13 | | | | | | | |
| Williamson, Paul | | | | | | | | 231:24-232:6 | 231 | 24 | 232 | 6 | | 232:7-233:9 | 232 | 7 | 233 | 9 | 402; 403; 602; 611b; ID; 802; 805 |
| Williamson, Paul | 230:14:1-231:23:7 | 230 | 14 | 231 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | | | | | | | | | | | | |
| Williamson, Paul | 253:2:1-253:17:1 | 253 | 2 | 253 | 17 | Plaintiff Affirmative | 402; 403 | 253:18-22 | 253 | 18 | 253 | 22 | | | | | | | |
| Williamson, Paul | 262:15:1-263:10:4 | 262 | 15 | 263 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | | | | | | | | | | | | |
| Williamson, Paul | 295:24:1-296:4:3 | 295 | 24 | 296 | 4 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 296:16:1-297:5:4 | 296 | 16 | 297 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; 104a; 602 | 297:6-300:5 | 297 | 6 | 300 | 5 | 402, 403, 611b | 300:6-12 | 300 | 6 | 300 | 12 | 402; 403; 611b; ID |
| | | | | | | | | | | | | | | 301:14-302:9 | 301 | 14 | 302 | 9 | 402; 403; 611b; ID; 602; 802; 805 |
| | | | | | | | | | | | | | | 303:6-19 | 303 | 6 | 303 | 19 | 402; 403; 611b; ID; 602; 802; 805 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williamson, Paul | 5:16:1-5:24:3 | 5 | 16 | 5 | 24 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 8:11:1-9:7:8 | 8 | 11 | 9 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 9:14:1-11:5:1 | 9 | 14 | 11 | 5 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 17:9:1-17:11:6 | 17 | 9 | 17 | 11 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Williamson, Paul | 17:18:1-18:6:1 | 17 | 18 | 18 | 6 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Williamson, Paul | 21:10:1-21:14:1 | 21 | 10 | 21 | 14 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Williamson, Paul | 22:17:1-24:7:8 | 22 | 17 | 24 | 7 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Williamson, Paul | 25:14:1-25:17:5 | 25 | 14 | 25 | 17 | Plaintiff Affirmative | 402; 403 | | | | | | | | | | | | |
| Williamson, Paul | 25:24:1-26:6:1 | 25 | 24 | 26 | 6 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 26:23:1-27:20:5 | 26 | 23 | 27 | 20 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 28:3:1-28:5:2 | 28 | 3 | 28 | 5 | Plaintiff Affirmative | 402; 403; 802; V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 28:8:1-29:12:5 | 28 | 8 | 29 | 12 | Plaintiff Affirmative | 402; 403; 802; V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 29:24:1-32:3:2 | 29 | 24 | 32 | 3 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 32:12:1-32:22:1 | 32 | 12 | 32 | 22 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 32:23:1-32:23:6 | 32 | 23 | 32 | 23 | Plaintiff Affirmative | A; V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 33:2:1-33:6:1 | 33 | 2 | 33 | 6 | Plaintiff Affirmative | 402; 403; 802; A; V; 106 | 35:4-7 | 35 | 4 | 35 | 7 | ID, 104a, 402, 403 | | | | | | |
| Williamson, Paul | | | | | | | | 35:10-15 | 35 | 10 | 35 | 15 | ID, 104a, 402, 403 | | | | | | |
| Williamson, Paul | 36:11:1-36:23:3 | 36 | 11 | 36 | 23 | Plaintiff Affirmative | 402; 403; 802 | 36:24-37:7 | 36 | 24 | 37 | 7 | 104a, 106, 402, 403 | | | | | | |
| Williamson, Paul | 37:17:1-37:21:3 | 37 | 17 | 37 | 21 | Plaintiff Affirmative | 402; 403; 802; A; V | | | | | | | | | | | | |
| Williamson, Paul | 37:24:1-39:5:1 | 37 | 24 | 39 | 5 | Plaintiff Affirmative | 402; 403; 802 | 39:6-8 | 39 | 6 | 39 | 8 | 104a, 106, 402, 403, 602 | | | | | | |
| Williamson, Paul | | | | | | | | 39:11-40:7 | 39 | 11 | 40 | 7 | 104a, 106, 402, 403, 602 | | | | | | |
| Williamson, Paul | | | | | | | | 40:10-15 | 40 | 10 | 40 | 15 | 402, 403 | | | | | | |
| Williamson, Paul | | | | | | | | 40:18 | 40 | 18 | 40 | 18 | 402, 403 | | | | | | |
| Williamson, Paul | 40:19:1-42:10:1 | 40 | 19 | 42 | 10 | Plaintiff Affirmative | 402; 403; 802; 611c; 106 | | | | | | | | | | | | |
| Williamson, Paul | 42:14:1-43:8:2 | 42 | 14 | 43 | 8 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 43:18:1-46:23:1 | 43 | 18 | 46 | 23 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 47:11:1-48:14:1 | 47 | 11 | 48 | 14 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 48:15:1-48:23:6 | 48 | 15 | 48 | 23 | Plaintiff Affirmative | 402; 403; 802 | | | | | | | | | | | | |
| Williamson, Paul | 48:24:1-51:14:7 | 48 | 24 | 51 | 14 | Plaintiff Affirmative | 402; 403; 802 | 51:15-19 | 51 | 15 | 51 | 19 | | | | | | | |
| Williamson, Paul | 51:20:1-52:6:2 | 51 | 20 | 52 | 6 | Plaintiff Affirmative | 402; 403; 802; A; V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 52:9:1-52:18:1 | 52 | 9 | 52 | 18 | Plaintiff Affirmative | 402; 403; 802; A; V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 52:21:1-52:25:1 | 52 | 21 | 52 | 25 | Plaintiff Affirmative | V; 106 | | | | | | | | | | | | |
| Williamson, Paul | 54:20:1-54:23:2 | 54 | 20 | 54 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 55:2:1-55:24:4 | 55 | 2 | 55 | 4 | Plaintiff Affirmative | 402; 403; 106 | | | | | | | | | | | | |
| Williamson, Paul | 57:6:1-58:23:3 | 57 | 6 | 58 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 59:9:1-61:13:1 | 59 | 9 | 61 | 13 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 62:6:1-63:15:6 | 62 | 6 | 63 | 15 | Plaintiff Affirmative | 402; 403; 802; 805 | 63:22-65:6 | 63 | 22 | 65 | 6 | ID, 104a, 106, 402, 403 | 63:16-19 | 63 | 16 | 63 | 19 | 402; 403; 602; 104a; 611b |
| | | | | | | | | | | | | | | 65:7-12 | 65 | 7 | 65 | 12 | 402; 403; 611b |
| Williamson, Paul | 65:13:1-66:22:6 | 65 | 13 | 66 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 66:25:2-68:25:1 | 66 | 25 | 68 | 25 | Plaintiff Affirmative | 402; 403; 802; 805; 611(c); 106 | | | | | | | | | | | | |
| Williamson, Paul | 68:25:1-69:23:5 | 68 | 25 | 69 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 69:24:1-71:19:1 | 69 | 24 | 71 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 71:22:1-72:10:6 | 71 | 22 | 72 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; A; V; 611(c); CD | | | | | | | | | | | | |
| Williamson, Paul | 72:13:1-72:19:4 | 72 | 13 | 72 | 19 | Plaintiff Affirmative | 402; 403; 802; 805; 611(c); 106 | 72:22-25 | 72 | 22 | 72 | 25 | ID, 106, 402, 403, 611b | | | | | | |
| Williamson, Paul | 73:16:1-73:17:5 | 73 | 16 | 73 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; CD; V; 611(c); 106 | | | | | | | | | | | | |
| Williamson, Paul | 73:20:1-74:4:4 | 73 | 20 | 74 | 4 | Plaintiff Affirmative | 402; 403; 802; 805; CD; V; 611(c); 106 | 74:5-21 | 74 | 5 | 74 | 21 | | | | | | | |
| Williamson, Paul | 75:3:1-75:13:3 | 75 | 3 | 75 | 13 | Plaintiff Affirmative | | 75:15-18 | 75 | 15 | 75 | 18 | AC, ID, 402, 403 | | | | | | |
| Williamson, Paul | 76:2:1-76:23:1 | 76 | 2 | 76 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 77:2:1-77:24:2 | 77 | 2 | 77 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; 611(c); CC; 106 | | | | | | | | | | | | |
| Williamson, Paul | 78:3:1-78:24:7 | 78 | 3 | 78 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; A; 106 | | | | | | | | | | | | |
| Williamson, Paul | 78:24:1-79:5:8 | 78 | 24 | 79 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 79:8:1-79:22:2 | 79 | 8 | 79 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; A; V; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 79:24:1-80:13:6 | 79 | 24 | 80 | 13 | Plaintiff Affirmative | 402; 403; 802; 805; 104; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 80:16:1-81:24:6 | 80 | 16 | 81 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; A; V; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 81:25:1-83:15:1 | 81 | 25 | 83 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; | 83:16-24 | 83 | 16 | 83 | 24 | | | | | | | |
| Williamson, Paul | 84:7:1-84:17:6 | 84 | 7 | 84 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; V; CC | | | | | | | | | | | | |
| Williamson, Paul | 84:20:1-85:4:3 | 84 | 20 | 85 | 4 | Plaintiff Affirmative | 402; 403; 802; 805; V; CC; 106 | | | | | | | | | | | | |
| Williamson, Paul | 85:20:1-86:15:6 | 85 | 20 | 86 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; F | | | | | | | | | | | | |
| Williamson, Paul | 86:18:1-88:8:3 | 86 | 18 | 88 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; F; 611(c); 106 | | | | | | | | | | | | |
| Williamson, Paul | 88:11:1-89:20:3 | 88 | 11 | 89 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; F; 602; 106 | | | | | | | | | | | | |
| Williamson, Paul | 90:5:1-90:7:1 | 90 | 5 | 90 | 7 | Plaintiff Affirmative | 402; 403; 802; 805; F; 602 | | | | | | | | | | | | |
| Williamson, Paul | 90:10:1-92:5:4 | 90 | 10 | 92 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; F; 602; 106 | | | | | | | | | | | | |
| Williamson, Paul | 92:14:1-94:21:1 | 92 | 14 | 94 | 21 | Plaintiff Affirmative | 402; 403; 802; 805; F; CD; 106 | | | | | | | | | | | | |
| Williamson, Paul | 95:20:1-96:18:3 | 95 | 20 | 96 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; F; A; 106 | | | | | | | | | | | | |
| Williamson, Paul | 96:25:1-97:16:3 | 96 | 25 | 97 | 16 | Plaintiff Affirmative | 402; 403; 802; 805; F | 97:17-98:10 | 97 | 17 | 98 | 10 | | | | | | | |
| Williamson, Paul | 101:16:1-101:19:4 | 101 | 16 | 101 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 102:2:1-102:3:3 | 102 | 2 | 102 | 3 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Williamson, Paul | 120:18:1-120:18:5 | 120 | 18 | 120 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; 602 | 120:21-25 | 120 | 21 | 120 | 25 | 106, 402, 403 | | | | | | |
| Williamson, Paul | 121:4:1-121:17:2 | 121 | 4 | 121 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; A; 106; 611(c) | 122:3-8 | 122 | 3 | 122 | 8 | 402, 403, 611b | | | | | | |
| Williamson, Paul | 122:9:1-123:24:4 | 122 | 9 | 123 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 124:3:1-124:14:2 | 124 | 3 | 124 | 14 | Plaintiff Affirmative | 402; 403; 802; 805; V; A; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 124:23:1-125:22:2 | 124 | 23 | 125 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; V; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 126:18:1-127:3:6 | 126 | 18 | 127 | 3 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 127:24:1-128:2:5 | 127 | 24 | 128 | 2 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 129:17:1-130:12:2 | 129 | 17 | 130 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | 130:13-14 | 130 | 13 | 130 | 14 | 611b | | | | | | |
| Williamson, Paul | | | | | | | | 130:17-22 | 130 | 17 | 130 | 22 | 611b | | | | | | |
| Williamson, Paul | 130:23:1-134:4:2 | 130 | 23 | 134 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 134:5:1-134:8:2 | 134 | 5 | 134 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 134:24:1-135:23:2 | 134 | 24 | 135 | 23 | Plaintiff Affirmative | 402; 403; 802; 805 | 136:11-13 | 136 | 11 | 136 | 13 | 402, 403, 611b | | | | | | |
| Williamson, Paul | | | | | | | | 136:16-19 | 136 | 16 | 136 | 19 | 402, 403, 611b | | | | | | |
| Williamson, Paul | 137:8:1-137:16:2 | 137 | 8 | 137 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 137:23:1-137:24:2 | 137 | 23 | 137 | 24 | Plaintiff Affirmative | 402; 403; 802; 106 | | | | | | | | | | | | |
| Williamson, Paul | 138:19:1-139:19:5 | 138 | 19 | 139 | 19 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 139:22:1-140:4:4 | 139 | 22 | 140 | 4 | Plaintiff Affirmative | 402; 403; 802; 805; 611(c); 106 | 140:11-12 | 140 | 11 | 140 | 12 | ID, 106, 611b | | | | | | |
| Williamson, Paul | | | | | | | | 140:25-141:4 | 140 | 25 | 141 | 4 | ID, 106, 402, 403, 611b | 141:5-9 | 141 | 5 | 141 | 9 | 402; 403; 104a; 611b; ID |
| Williamson, Paul | 140:7:1-140:10:3 | 140 | 7 | 140 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 611(c); V | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williamson, Paul | 142:3:1-142:14:5 | 142 | 3 | 142 | 14 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 142:17:1-143:14:7 | 142 | 17 | 143 | 14 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 143:20:1-144:17:3 | 143 | 20 | 144 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 144:20:1-145:14:3 | 144 | 20 | 145 | 14 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 145:17:1-145:23:1 | 145 | 17 | 145 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 106; CD; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 146:2:1-146:6:6 | 146 | 2 | 146 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 611(c) | | | | | | | | | | | | |
| Williamson, Paul | 148:19:1-149:25:7 | 148 | 19 | 149 | 25 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 150:1:1-150:10:4 | 150 | 1 | 150 | 10 | Plaintiff Affirmative | 402; 403; 802; 805 | 150:11-12 | 150 | 11 | 150 | 12 | | | | | | | |
| Williamson, Paul | | | | | | | | 150:15-18 | 150 | 15 | 150 | 18 | | | | | | | |
| Williamson, Paul | 150:19:1-151:22:4 | 150 | 19 | 151 | 22 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 151:25:2-152:15:5 | 151 | 25 | 152 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; 106; 104(a); 602 | 152:16-23 | 152 | 16 | 152 | 23 | | | | | | | |
| Williamson, Paul | 157:1:1-157:3:4 | 157 | 1 | 157 | 3 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Williamson, Paul | 157:6:1-157:17:4 | 157 | 6 | 157 | 17 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Williamson, Paul | 158:6:1-159:12:6 | 158 | 6 | 159 | 12 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 159:15:1-161:6:4 | 159 | 15 | 161 | 6 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V | | | | | | | | | | | | |
| Williamson, Paul | 161:12:1-163:16:2 | 161 | 12 | 163 | 16 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 163:19:1-164:5:2 | 163 | 19 | 164 | 5 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 164:8:1-164:15:5 | 164 | 8 | 164 | 15 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 164:18:1-164:22:5 | 164 | 18 | 164 | 22 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 164:24:2-165:11:3 | 164 | 25 | 165 | 11 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 165:14:1-165:20:2 | 165 | 14 | 165 | 20 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 165:23:1-166:4:1 | 165 | 23 | 166 | 4 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 166:19:1-166:24:4 | 166 | 19 | 166 | 24 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 167:18:1-167:21:5 | 167 | 18 | 167 | 21 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 167:24:1-168:23:1 | 167 | 24 | 168 | 23 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V; 104(a) | | | | | | | | | | | | |
| Williamson, Paul | 169:1:1-170:4:2 | 169 | 1 | 170 | 4 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V | | | | | | | | | | | | |
| Williamson, Paul | 170:7:1-171:18:5 | 170 | 7 | 171 | 18 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Williamson, Paul | 171:21:1-172:7:6 | 171 | 21 | 172 | 7 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V | | | | | | | | | | | | |
| Williamson, Paul | 172:10:1-173:8:5 | 172 | 10 | 173 | 8 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V | | | | | | | | | | | | |
| Williamson, Paul | 173:11:1-173:17:4 | 173 | 11 | 173 | 17 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 173:20:1-174:7:4 | 173 | 20 | 174 | 7 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 174:10:1-174:24:1 | 174 | 10 | 174 | 24 | Plaintiff Affirmative | 402; 403; 802; 805; 106; V | | | | | | | | | | | | |
| Williamson, Paul | 175:3:1-175:8:1 | 175 | 3 | 175 | 8 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 175:11:1-175:20:4 | 175 | 11 | 175 | 20 | Plaintiff Affirmative | 402; 403; 802; 805 | | | | | | | | | | | | |
| Williamson, Paul | 175:23:1-176:10:2 | 175 | 23 | 176 | 10 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |
| Williamson, Paul | 176:24:1-177:5:2 | 176 | 24 | 177 | 5 | Plaintiff Affirmative | 402; 403; 802; 805; V | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Youssef, Ehab | 6:15:1-7:4:2 | 6 | 15 | 7 | 4 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Youssef, Ehab | 7:25:1-7:25:7 | 7 | 25 | 7 | 25 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 8:2:1-8:2:2 | 8 | 2 | 8 | 2 | Plaintiff Affirmative | 106; 402 | | | | | | | | | | | | |
| Youssef, Ehab | 8:17:1-8:19:2 | 8 | 17 | 8 | 19 | Plaintiff Affirmative | 106; 402 | | | | | | | | | | | | |
| Youssef, Ehab | 9:10:1-9:25:6 | 9 | 10 | 9 | 25 | Plaintiff Affirmative | 402; 501 | | | | | | | | | | | | |
| Youssef, Ehab | 10:2:1-10:6:5 | 10 | 2 | 10 | 6 | Plaintiff Affirmative | 402; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 11:24:1-11:25:5 | 11 | 24 | 11 | 25 | Plaintiff Affirmative | 402; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 12:2:1-12:7:2 | 12 | 2 | 12 | 7 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 12:17:1-16:12:6 | 12 | 17 | 16 | 12 | Plaintiff Affirmative | 402; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 17:8:2-18:14:1 | 17 | 8 | 18 | 14 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Youssef, Ehab | 18:20:1-19:3:3 | 18 | 20 | 19 | 3 | Plaintiff Affirmative | 402; 403 | 13:2-16:12 | 13 | 2 | 16 | 12 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 18:3-18:14 | 18 | 3 | 18 | 14 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 19:4-19:7 | 19 | 4 | 19 | 7 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 19:12-21:7 | 19 | 12 | 21 | 7 | 611b | | | | | | |
| Youssef, Ehab | 20:13:1-21:7:5 | 20 | 13 | 21 | 7 | Plaintiff Affirmative | 402 | | | | | | | | | | | | |
| Youssef, Ehab | 21:13:1-21:25:3 | 21 | 13 | 21 | 25 | Plaintiff Affirmative | 402 | 21:13-21:24 | 21 | 13 | 21 | 24 | | | | | | | |
| Youssef, Ehab | | | | | | | | 22:14-22:17 | 22 | 14 | 22 | 17 | 611b | | | | | | |
| Youssef, Ehab | 33:3:1-33:9:3 | 33 | 3 | 33 | 9 | Plaintiff Affirmative | | 33:22-34:12 | 33 | 22 | 34 | 12 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 35:16-35:24 | 35 | 16 | 35 | 24 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 36:4-36:6 | 36 | 4 | 36 | 6 | 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 36:17-37:3 | 36 | 17 | 37 | 3 | 611b | | | | | | |
| Youssef, Ehab | 42:25:1-43:21:4 | 42 | 25 | 43 | 21 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 47:17:1-48:21:4 | 47 | 17 | 48 | 21 | Plaintiff Affirmative | 501; 106 | 48:22-48:25 | 48 | 22 | 48 | 25 | 611b; NR | | | | | | |
| Youssef, Ehab | 47:17:1-48:21:4 | 47 | 17 | 48 | 21 | Plaintiff Affirmative | 501; 106 | 49:2-49:7 | 49 | 2 | 49 | 7 | 611b; NR | | | | | | |
| Youssef, Ehab | 51:23:1-53:16:6 | 51 | 23 | 53 | 16 | Plaintiff Affirmative | 501; 106; AC | 53:17-54:17 | 53 | 17 | 54 | 17 | AC; ID; ND | | | | | | |
| Youssef, Ehab | 51:23:1-53:16:6 | 51 | 23 | 53 | 16 | Plaintiff Affirmative | 501; 106; AC | 49:17-50:8 | 40 | 17 | 50 | 8 | 611b; 602 | | | | | | |
| Youssef, Ehab | 54:18:1-54:20:4 | 54 | 18 | 54 | 20 | Plaintiff Affirmative | 402; AC | | | | | | | | | | | | |
| Youssef, Ehab | 55:4:1-56:11:1 | 55 | 4 | 56 | 11 | Plaintiff Affirmative | 106; 501; 701 | | | | | | | | | | | | |
| Youssef, Ehab | 56:13:1-57:2:2 | 56 | 13 | 57 | 2 | Plaintiff Affirmative | 501 | | | | | | | | | | | | |
| Youssef, Ehab | 58:11:1-58:18:2 | 58 | 11 | 58 | 18 | Plaintiff Affirmative | 106; 501 | | | | | | | | | | | | |
| Youssef, Ehab | 60:22:1-61:2:1 | 60 | 22 | 61 | 2 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 61:6:1-62:4:3 | 61 | 6 | 62 | 4 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 62:6:1-63:17:1 | 62 | 6 | 63 | 17 | Plaintiff Affirmative | 106; 501 | 61:6-61:9 | 61 | 6 | 61 | 9 | | | | | | | |
| Youssef, Ehab | | | | | | | | 61:11-62:4 | 61 | 11 | 62 | 4 | | | | | | | |
| Youssef, Ehab | | | | | | | | 62:6-63:2 | 62 | 6 | 63 | 2 | | | | | | | |
| Youssef, Ehab | | | | | | | | 64:8-22 | 64 | 8 | 64 | 22 | | | | | | | |
| Youssef, Ehab | 63:19:1-64:3:2 | 63 | 19 | 64 | 3 | Plaintiff Affirmative | 501; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 64:6:1-64:22:5 | 64 | 6 | 64 | 22 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 67:23:1-68:4:1 | 67 | 23 | 68 | 4 | Plaintiff Affirmative | 403 | 65:22-67:20 | 65 | 22 | 67 | 20 | 611b | | | | | | |
| Youssef, Ehab | 68:6:1-71:3:4 | 68 | 6 | 71 | 3 | Plaintiff Affirmative | 106 | 67:23-68:4 | 67 | 23 | 68 | 4 | | | | | | | |
| Youssef, Ehab | | | | | | | | 68::6-72:9 | 68 | 6 | 72 | 9 | | | | | | | |
| Youssef, Ehab | | | | | | | | 72:18-73:14 | 72 | 18 | 73 | 14 | | | | | | | |
| Youssef, Ehab | 71:4:1-72:9:7 | 71 | 4 | 72 | 9 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 72:18:1-74:12:7 | 72 | 18 | 74 | 12 | Plaintiff Affirmative | 501; 106; AC | | | | | | | | | | | | |
| Youssef, Ehab | 74:13:1-76:4:5 | 74 | 13 | 76 | 4 | Plaintiff Affirmative | 701; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 76:6:1-76:11:5 | 76 | 6 | 76 | 11 | Plaintiff Affirmative | 501; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 76:13:1-77:13:2 | 76 | 13 | 77 | 13 | Plaintiff Affirmative | 501; AC | | | | | | | | | | | | |
| Youssef, Ehab | 78:7:1-78:24:3 | 78 | 7 | 78 | 24 | Plaintiff Affirmative | 501; 106 | | | | | | | | | | | | |
| Youssef, Ehab | 83:15:1-83:23:4 | 83 | 15 | 83 | 23 | Plaintiff Affirmative | 501 | | | | | | | | | | | | |
| Youssef, Ehab | 84:2:1-85:3:4 | 84 | 2 | 85 | 3 | Plaintiff Affirmative | 402; 501 | | | | | | | | | | | | |
| Youssef, Ehab | 85:22:1-85:23:1 | 85 | 22 | 85 | 23 | Plaintiff Affirmative | 501 | | | | | | | | | | | | |
| Youssef, Ehab | 95:8:1-95:12:1 | 95 | 8 | 95 | 12 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 95:17:1-95:18:2 | 95 | 17 | 95 | 18 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 95:23:1-95:24:3 | 95 | 23 | 95 | 24 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Youssef, Ehab | 96:2:1-96:21:1 | 96 | 2 | 96 | 21 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Youssef, Ehab | 97:4:1-99:5:1 | 97 | 4 | 99 | 5 | Plaintiff Affirmative | 106; 402; 403 | 99:6-99:25 | 99 | 6 | 99 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 98:6-99:25 | 98 | 6 | 99 | 25 | | | | | | | |
| Youssef, Ehab | 97:4:1-99:5:1 | 97 | 4 | 99 | 5 | Plaintiff Affirmative | 106; 402; 403 | 100:2-100:2 | 100 | 2 | 100 | 2 | | | | | | | |
| Youssef, Ehab | | | | | | | | 100:14-101:7 | 100 | 14 | 101 | 7 | | | | | | | |
| Youssef, Ehab | 100:3:1-100:10:2 | 100 | 3 | 100 | 10 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Youssef, Ehab | 100:12:1-102:2:4 | 100 | 12 | 102 | 2 | Plaintiff Affirmative | 106; 402; 403 | | | | | | | | | | | | |
| Youssef, Ehab | 102:3:1-103:10:2 | 102 | 3 | 103 | 10 | Plaintiff Affirmative | 106; 501; 402; 403 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC., v. ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)
PLAINTIFFS' DEPOSITION DESIGNATIONS

| Deponent | Designation Range | Affirmative Start page | Affirmative Start line | Affirmative End page | Affirmative End line | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter start page | Counter start line | Counter End page | Counter End line | Objection to Counter Designation | Reply-Designation Range | Reply start page | Reply start line | Reply End page | Reply End line | Objection to Reply Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Youssef, Ehab | 5:16:1-5:20:2 | 5 | 16 | 5 | 20 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 7:2:1-7:8:3 | 7 | 2 | 7 | 8 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 7:24:1-10:19:2 | 7 | 24 | 10 | 19 | Plaintiff Affirmative | | | | | | | | | | | | | |
| Youssef, Ehab | 12:9:1-12:15:1 | 12 | 9 | 12 | 15 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 12:17:1-12:20:3 | 12 | 17 | 12 | 20 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 13:6:1-13:18:3 | 13 | 6 | 13 | 18 | Plaintiff Affirmative | 106; 402; 501 | | | | | | | | | | | | |
| Youssef, Ehab | 13:20:1-14:5:3 | 13 | 20 | 14 | 5 | Plaintiff Affirmative | 106; 402; 501 | 13:6-24 | 13 | 6 | 13 | 24 | ID, 402, 403 | | | | | | |
| Youssef, Ehab | 14:20:1-15:3:4 | 14 | 20 | 15 | 3 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 15:5:1-15:11:3 | 15 | 5 | 15 | 11 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 15:13:1-16:3:6 | 15 | 13 | 16 | 3 | Plaintiff Affirmative | 106 | | | | | | | | | | | | |
| Youssef, Ehab | 17:17:1-17:21:4 | 17 | 17 | 17 | 21 | Plaintiff Affirmative | 106; 402; 501 | | | | | | | | | | | | |
| Youssef, Ehab | 17:23:1-18:12:4 | 17 | 23 | 18 | 12 | Plaintiff Affirmative | 106; 402; 501; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 18:14:1-19:6:2 | 18 | 14 | 19 | 6 | Plaintiff Affirmative | 106; 402; 701 | | | | | | | | | | | | |
| Youssef, Ehab | 19:8:1-21:8:1 | 19 | 8 | 21 | 8 | Plaintiff Affirmative | 106; 402; 701 | 21:9-11 | 21 | 9 | 21 | 11 | | | | | | | |
| Youssef, Ehab | | | | | | | | 21:13-25 | 21 | 13 | 21 | 25 | ID, 106, 402, 403, 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 22:3-10 | 22 | 3 | 22 | 10 | 402, 403, 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 22:18-25 | 22 | 18 | 22 | 25 | 402, 403, 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 23:2-5 | 23 | 2 | 23 | 5 | | 23:18-22 | 23 | 18 | 23 | 22 | 106, 402, 403, 701 |
| | | | | | | | | | | | | | | 23:8-23 | 23 | 8 | 23 | 23 | 106, 402, 403, 701 |
| Youssef, Ehab | | | | | | | | 20:3-13 | 20 | 3 | 20 | 13 | | | | | | | |
| Youssef, Ehab | 27:9:1-27:17:1 | 27 | 9 | 27 | 17 | Plaintiff Affirmative | 106; 402; 501 | 27:18-25 | 27 | 18 | 27 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 28:2-4 | 28 | 2 | 28 | 4 | | | | | | | |
| Youssef, Ehab | | | | | | | | 28:11-14 | 28 | 11 | 29 | 10 | | | | | | | |
| Youssef, Ehab | | | | | | | | 28:16-29:10 | 26 | 16 | 29 | 10 | | 29:11-21 | 29 | 11 | 29 | 21 | 106, 402, 403 |
| | | | | | | | | | | | | | | 32:5-12 | 35 | 5 | 35 | 12 | 106, 402, 403 |
| | | | | | | | | | | | | | | 32:14-25 | 32 | 14 | 32 | 25 | 106, 402, 403 |
| Youssef, Ehab | | | | | | | | 29:22-30:10 | 29 | 22 | 30 | 10 | ID, 402, 403 | | | | | | |
| Youssef, Ehab | 34:5:1-34:11:1 | 34 | 5 | 34 | 11 | Plaintiff Affirmative | 106; 1006 | 34:5-11 | 34 | 5 | 34 | 11 | | | | | | | |
| Youssef, Ehab | 34:13:1-34:19:1 | 34 | 13 | 34 | 19 | Plaintiff Affirmative | 106; 1002; 1006 | 34:13-19 | 34 | 13 | 34 | 19 | | | | | | | |
| Youssef, Ehab | 34:21:1-35:24:3 | 34 | 21 | 35 | 24 | Plaintiff Affirmative | 106; 1002; 1006 | 34:21-35:19 | 34 | 21 | 35 | 19 | | | | | | | |
| Youssef, Ehab | 36:14:1-37:19:1 | 36 | 14 | 37 | 19 | Plaintiff Affirmative | 106; 402 | | | | | | | | | | | | |
| Youssef, Ehab | 37:21:1-37:25:1 | 37 | 21 | 37 | 25 | Plaintiff Affirmative | 106; 402 | 37:22-25 | 37 | 22 | 37 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 38:7-14 | 38 | 7 | 38 | 14 | | | | | | | |
| Youssef, Ehab | 40:15:1-41:12:5 | 40 | 15 | 41 | 12 | Plaintiff Affirmative | 106; 402; 1002 | 40:11-14 | 40 | 11 | 40 | 14 | | | | | | | |
| Youssef, Ehab | | | | | | | | 40:23-41:12 | 40 | 23 | 41 | 13 | | | | | | | |
| Youssef, Ehab | | | | | | | | 41:13-24 | 41 | 13 | 41 | 24 | | | | | | | |
| Youssef, Ehab | 42:16:1-43:5:6 | 42 | 16 | 43 | 5 | Plaintiff Affirmative | 106; 402; 1002 | 42:16-43:23 | 42 | 16 | 43 | 23 | | | | | | | |
| Youssef, Ehab | 43:7:1-44:18:1 | 43 | 7 | 44 | 18 | Plaintiff Affirmative | 106; 402; 1002 | | | | | | | | | | | | |
| Youssef, Ehab | 44:20:1-45:2:1 | 44 | 20 | 45 | 2 | Plaintiff Affirmative | 106; 402; 1002 | 44:24-45:2 | 44 | 24 | 45 | 2 | | | | | | | |
| Youssef, Ehab | 45:4:1-45:8:5 | 45 | 4 | 45 | 8 | Plaintiff Affirmative | 106; 402; 1002 | 45:4-6 | 45 | 4 | 45 | 6 | | | | | | | |
| Youssef, Ehab | 45:10:1-45:11:3 | 45 | 10 | 45 | 11 | Plaintiff Affirmative | 106; 402; 1002 | | | | | | | | | | | | |
| Youssef, Ehab | 45:13:1-45:13:7 | 45 | 13 | 45 | 13 | Plaintiff Affirmative | 106; 402; 1002 | 45:14-17 | 45 | 14 | 45 | 17 | | | | | | | |
| Youssef, Ehab | | | | | | | | 45:19-24 | 45 | 19 | 45 | 24 | | | | | | | |
| Youssef, Ehab | 46:14:1-46:18:2 | 46 | 14 | 46 | 18 | Plaintiff Affirmative | 106; 402; 1002 | | | | | | | | | | | | |
| Youssef, Ehab | 46:20:1-46:24:7 | 46 | 20 | 46 | 24 | Plaintiff Affirmative | 106; 402; 1002 | 46:25 | 46 | 25 | 46 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 47:2-5 | 47 | 2 | 47 | 5 | | | | | | | |
| Youssef, Ehab | | | | | | | | 47:7-12 | 47 | 7 | 47 | 12 | | | | | | | |
| Youssef, Ehab | | | | | | | | 47:19-21 | 47 | 19 | 47 | 21 | | | | | | | |
| Youssef, Ehab | | | | | | | | 47:25 | 47 | 25 | 47 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 48:2-5 | 48 | 2 | 48 | 5 | | | | | | | |
| Youssef, Ehab | 51:4:1-52:8:2 | 51 | 4 | 52 | 8 | Plaintiff Affirmative | 106; 402; 1002; 1006 | 52:9-14 | 49 | 21 | 50 | 10 | | | | | | | |
| Youssef, Ehab | | | | | | | | 49:21-50:10 | 49 | 21 | 50 | 10 | ID, 402, 403 | 50:18-50:20 | 50 | 18 | 50 | 20 | 106, 402, 403 |
| | | | | | | | | | | | | | | 50:22-51:3 | 50 | 22 | 51 | 3 | 106, 402, 403 |
| Youssef, Ehab | | | | | | | | 52:9-14 | 52 | 9 | 52 | 14 | | | | | | | |
| Youssef, Ehab | | | | | | | | 52:16-25 | 52 | 16 | 52 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 53:2-:9 | 53 | 2 | 53 | 9 | | | | | | | |
| Youssef, Ehab | 53:18:1-54:15:5 | 53 | 18 | 54 | 15 | Plaintiff Affirmative | 106; 402; 1002; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 54:16:2-54:20:3 | 54 | 16 | 54 | 20 | Plaintiff Affirmative | 106; 402; 1002; 1006 | 54:21-23 | 54 | 21 | 54 | 23 | | | | | | | |
| Youssef, Ehab | | | | | | | | 54:25 | 54 | 25 | 54 | 25 | | | | | | | |
| Youssef, Ehab | | | | | | | | 55:2-9 | 55 | 2 | 55 | 9 | | 55:10-22 | 55 | 10 | 55 | 22 | 106, 402, 403 |
| Youssef, Ehab | 75:11:1-75:12:6 | 75 | 11 | 75 | 12 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 75:14:1-75:21:4 | 75 | 14 | 75 | 21 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | 61:22-62:2 | 61 | 22 | 62 | 2 | | | | | | | |
| Youssef, Ehab | | | | | | | | 66:11-14 | 66 | 11 | 66 | 14 | | | | | | | |
| Youssef, Ehab | | | | | | | | 66:16-18 | 66 | 16 | 66 | 18 | | | | | | | |
| Youssef, Ehab | | | | | | | | 71:2-8 | 71 | 2 | 71 | 8 | 402, 403, 611b | 71:9-17 | 71 | 9 | 71 | 17 | 106, 402, 403, 701 |
| Youssef, Ehab | | | | | | | | 70:11-13 | 70 | 11 | 70 | 13 | 402, 403, 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 70:15-25 | 70 | 15 | 70 | 25 | 402, 403, 611b | | | | | | |
| Youssef, Ehab | | | | | | | | 73:10-22 | 73 | 10 | 73 | 22 | 402, 403, 611b | | | | | | |
| Youssef, Ehab | 75:23:1-76:12:7 | 75 | 23 | 76 | 12 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 76:15:1-76:18:1 | 76 | 15 | 76 | 18 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 77:4:1-77:8:7 | 77 | 4 | 77 | 8 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 77:10:1-77:19:1 | 77 | 10 | 77 | 19 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 78:3:1-78:16:2 | 78 | 3 | 78 | 16 | Plaintiff Affirmative | 106; 402; 501; 701; 1006 | | | | | | | | | | | | |
| Youssef, Ehab | 78:17:1-78:24:5 | 78 | 17 | 78 | 24 | Plaintiff Affirmative | 106; 402 | | | | | | | | | | | | |
| Youssef, Ehab | 79:2:1-79:7:2 | 79 | 2 | 79 | 7 | Plaintiff Affirmative | 106; 402 | | | | | | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN (Consolidated)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 12: DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' INITIAL AND COUNTER-COUNTER DEPOSITION DESIGNATIONS**

Pursuant to Local Rule 16.3(c), Defendants Arm Holdings plc ("Arm Holdings") and Arm Ltd. submit the attached list of counter deposition designations and Objections to Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc.'s (collectively, "Qualcomm") deposition designations,[1] which are based on the parties' pleadings and documentary and testimonial evidence, and on Arm Holdings's and Arm Ltd.'s current understanding of Qualcomm's claims and defenses, Arm Holdings's and Arm Ltd.'s defenses, the proceedings in this action, and the Court's rulings to date, which may be played or read into evidence, or submitted to the Court. Arm Holdings and Arm Ltd. designate this testimony pursuant to Federal Rule of Civil Procedure 26.

[1] Including but not limited to Qualcomm's Initial and Counter-Counter Designations.

***Counter Designations.*** Inclusion of counter designations is not an admission that the designations are admissible if offered into evidence by Qualcomm or may be used by Qualcomm for any proper purpose. Inclusion of counter designations on this list is not a waiver of any objection Arm Holdings and Arm Ltd. may have to inclusion of those designations on Qualcomm's deposition designation list for any use at trial or otherwise. Arm Holdings and Arm Ltd. also reserve the right to object to any mischaracterization of witness testimony or other evidence.

Arm Holdings and Arm Ltd. reserve the right to object to Qualcomm's designations, to the extent Qualcomm included in its designations entire or nearly entire transcripts of testimony of Arm Holdings and Arm Ltd.'s witnesses.

Arm Holdings and Arm Ltd. reserve the right to revise, amend, supplement, or modify these counter deposition designations based on any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence or other developments in the case, including edits to the pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, designations for authenticity purposes, and similar developments. Arm Holdings and Arm Ltd. further reserve the right to supplement these counter designations to rebut or otherwise address deposition designations, exhibits, or other facts identified by Qualcomm. All irrelevant and redundant material, including objections and colloquy of counsel, will be eliminated from the deposition designations when the designations are read or played to the Court.

Arm Holdings and Arm Ltd. further reserve the right to later provide counter designations from any deposition, whether listed below or not, for purposes of impeachment or refreshment. Arm Holdings and Arm Ltd. have endeavored to include on their Exhibit List all documents discussed in their counter designations. To the extent any such exhibit was inadvertently omitted,

it is to be considered included within the exhibits Arm Holdings and Arm Ltd. expect to introduce at trial.

***Objections to Qualcomm's Designations.*** Arm Holdings and Arm Ltd. reserve the right to object to the relevance or admissibility of any evidence offered by Qualcomm, at the time such evidence is offered, in view of the specific context in which such evidence is offered. Arm Holdings and Arm Ltd. also reserve the right to object to any evidence offered by Qualcomm should Qualcomm not lay a proper foundation for such evidence. Arm Holdings and Arm Ltd. reserve the right to revise, amend, supplement, or modify their objections based upon any changes to Qualcomm's designations, in response to pretrial rulings by the Court, or to address any additional issues, arguments, evidence or other developments in the case, including edits to the pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments.

Arm Holdings's and Arm Ltd.'s Objections to Qualcomm's deposition designations are designated by the following:

**Arm Holdings and Arm Ltd.'s Deposition Designation Objection Key**

| **Code** | **Objection** |
|---|---|
| A | Argumentative |
| AC | Improper attorney commentary |
| CC | Calls for a legal or expert conclusion |
| CD | Compound |
| CO | Contrary to Court Order |
| ID | Improper designation (designation is neither a question nor testimony; includes attorney colloquy or objection)<br>Wrong document / Incorrect description<br>Beyond the scope of direct |
| MIL | Motion in Limine |
| ND | Exhibit or designation is a deposition transcript or discovery response of the offering party, and thus is not properly admitted into evidence |
| NR | Not responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| 103 | Assumes facts not in evidence |
| 104a | Foundation |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial<br>Mislead the jury; mini-trial<br>Waste of time / Cumulative |
| 404 | Inadmissible other acts |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| LANG | Foreign Language |

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 13**

**DEFENDANTS' DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS AND PLAINTIFFS' COUNTER DEPOSITION DESIGNATIONS AND OBJECTIONS TO DEFENDANTS' INITIAL AND COUNTER-COUNTER DEPOSITION DESIGNATIONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN (Consolidated)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 13: DEFENDANTS' DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS**

Pursuant to Local Rule 16.3(c)(7), Defendants Arm Holdings plc ("Arm Holdings") and Arm Ltd. submit the attached list of deposition designations[1] and objections to Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc.'s (collectively, "Qualcomm") counter designations, which are based on the parties' pleadings and documentary and testimonial evidence, and on Arm Holdings's and Arm Ltd.'s current understanding of Qualcomm's claims and defenses, Arm Holdings's and Arm Ltd.'s defenses, the proceedings in this action, and the Court's rulings to date, which may be played or read into evidence, or submitted to the Court. Arm Holdings and Arm Ltd. designate this testimony pursuant to Federal Rule of Civil Procedure 26(a)(3).

***Initial and Counter-Counter Designations.*** Inclusion of designations is not an admission that the designations are admissible if offered into evidence by Qualcomm or may be used by

[1] Including but not limited to Arm Holdings and Arm Ltd.'s Initial and Counter-Counter Designations.

Qualcomm for any proper purpose. Inclusion of designations on this list is not a waiver of any objection Arm Holdings and Arm Ltd. may have to inclusion of those designations on Qualcomm's deposition designation list for any use at trial or otherwise. Arm Holdings and Arm Ltd. also reserve the right to object to any mischaracterization of witness testimony or other evidence.

Arm Holdings and Arm Ltd. reserve the right to revise, amend, supplement, or modify the following list of designations based on any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, designations for authenticity purposes, and similar developments. Arm Holdings and Arm Ltd. further reserve the right to supplement these designations to rebut or otherwise address deposition designations, exhibits, or other facts identified by Qualcomm. All irrelevant and redundant material, including objections and colloquy of counsel, will be eliminated from the deposition designations below when the designations are read or played to the Court.

Arm Holdings and Arm Ltd. reserve the right to use any testimony set forth in Qualcomm's deposition designations (including both Qualcomm's initial designations, Qualcomm's rebuttal or counter-designations, and any other designation Qualcomm may offer) for any purpose, notwithstanding any objections by Arm Holdings and Arm Ltd. to their use by Qualcomm for any purpose.

Arm Holdings and Arm Ltd. reserve the right to use as initial designations any and all of (1) their counter-designations to Qualcomm's initial designations and counter-designations; and/or (2) Qualcomm's initial designations and counter-designations that Qualcomm does not play at trial.

Arm Holdings and Arm Ltd. have endeavored to include on their Exhibit List all documents discussed in their designated testimony. To the extent any such exhibit was inadvertently omitted, it is to be considered included within the exhibits Arm Holdings and Arm Ltd. expect to introduce at trial.

Arm Holdings and Arm Ltd. further reserve the right to designate any portion of the deposition transcripts of Qualcomm's 30(b)(6) representatives, officers, current or former employees, as well as the witnesses listed on the parties' witness lists should they be unavailable or fail to be in attendance at trial.

Arm Holdings and Arm Ltd. further reserve the right to later provide designations from any deposition, whether listed below or not, for purposes of impeachment or refreshment.

***Objections to Qualcomm's Counter Designations.*** Arm Holdings and Arm Ltd. reserve the right to object to the relevance or admissibility of any evidence offered by Qualcomm, at the time such evidence is offered, in view of the specific context in which such evidence is offered. Arm Holdings and Arm Ltd. also reserve the right to object to any evidence offered by Qualcomm should Qualcomm not lay a proper foundation for such evidence. Arm Holdings and Arm Ltd. reserve the right to revise, amend, supplement, or modify their objections based upon any changes to Qualcomm's designations, in response to pretrial rulings by the Court, or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments.

Arm Holdings's and Arm Ltd.'s Objections to Qualcomm's counter deposition designations are designated by the following:

**Arm Holdings and Arm Ltd.'s Deposition Designation Objection Key**

| Code | Objection |
|---|---|
| A | Argumentative |
| AC | Improper attorney commentary |
| CC | Calls for a legal or expert conclusion |
| CD | Compound |
| CO | Contrary to Court Order |
| ID | Improper designation (designation is neither a question nor testimony; includes attorney colloquy or objection)<br>Wrong document / Incorrect description<br>Beyond the scope of direct |
| MIL | Motion in Limine |
| ND | Exhibit or designation is a deposition transcript or discovery response of the offering party, and thus is not properly admitted into evidence |
| NR | Not responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| 103 | Assumes facts not in evidence |
| 104a | Foundation |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial<br>Mislead the jury; mini-trial<br>Waste of time / cumulative |
| 404 | Inadmissible other acts |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| LANG | Foreign Language |
| ID | Wrong document / Incorrect description |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amon, Cristiano | 8:13-8:15 | 8 | 13 | 8 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 8:23-8:25 | 8 | 23 | 8 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 9:5-9:22 | 9 | 5 | 9 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 9:23-9:24 | 9 | 23 | 9 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 10:1-10:4 | 10 | 1 | 10 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 11:2-11:7 | 11 | 2 | 11 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 27:23-29:4 | 27 | 23 | 29 | 4 | Defendant Affirmative | | 25:3-25:8 | 25 | 3 | 25 | 8 | | | | | | | |
| Amon, Cristiano | | | | | | | | 25:10-26:4 | 25 | 10 | 26 | 4 | NR; 402; 403; 602; 802 | | | | | | |
| Amon, Cristiano | | | | | | | | 26:9-27:22 | 26 | 9 | 27 | 22 | ID; NR; 602; 802 | | | | | | |
| Amon, Cristiano | 31:14-31:22 | 31 | 14 | 31 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 31:24-32:4 | 31 | 24 | 32 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 32:6-32:8 | 32 | 6 | 32 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 33:13-33:18 | 33 | 13 | 33 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 33:20-33:22 | 33 | 20 | 33 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 35:14-36:20 | 35 | 14 | 36 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 36:24-37:2 | 36 | 24 | 37 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 39:7-39:10 | 39 | 7 | 39 | 10 | Defendant Affirmative | | 39:11-39:25 | 39 | 11 | 39 | 25 | | 40:1-3 | 40 | 1 | 40 | 3 | |
| Amon, Cristiano | | | | | | | | | | | | | | 40:5-8 | 40 | 5 | 40 | 8 | |
| Amon, Cristiano | 45:19-45:22 | 45 | 19 | 45 | 22 | Defendant Affirmative | | 41:9-41:11 | 41 | 9 | 41 | 11 | | | | | | | |
| Amon, Cristiano | | | | | | | | 41:13-42:10 | 41 | 13 | 42 | 10 | 402; 403; 802; 805 | 42:12-43:1 | 42 | 12 | 43 | 1 | |
| Amon, Cristiano | | | | | | | | 43:2-43:12 | 43 | 2 | 43 | 12 | 802 | 43:13-16 | 43 | 13 | 43 | 16 | |
| Amon, Cristiano | 45:24-45:25 | 45 | 24 | 45 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 47:17-47:22 | 47 | 17 | 47 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 50:21-51:5 | 50 | 21 | 51 | 5 | Defendant Affirmative | | 49:8-49:11 | 49 | 8 | 49 | 11 | | | | | | | |
| Amon, Cristiano | | | | | | | | 49:13-50:1 | 49 | 13 | 50 | 1 | NR; 402; 403 | 50:3-6 | 50 | 3 | 50 | 6 | |
| Amon, Cristiano | | | | | | | | | | | | | | 50:8-15 | 50 | 8 | 50 | 15 | |
| Amon, Cristiano | | | | | | | | | | | | | | 50:17-20 | 50 | 17 | 50 | 20 | |
| Amon, Cristiano | 51:7-51:8 | 51 | 7 | 51 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 52:6-52:14 | 52 | 6 | 52 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 52:16-52:17 | 52 | 16 | 52 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 60:13-60:17 | 60 | 13 | 60 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 60:19-60:20 | 60 | 19 | 60 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 60:22-61:8 | 60 | 22 | 61 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 61:10-61:10 | 61 | 10 | 61 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 61:12-61:15 | 61 | 12 | 61 | 15 | Defendant Affirmative | | 61:16-61:19 | 61 | 16 | 61 | 19 | 106 | 61:21 | 61 | 21 | 61 | 21 | |
| Amon, Cristiano | | | | | | | | 61:23-61:24 | 61 | 23 | 61 | 24 | | | | | | | |
| Amon, Cristiano | 63:17-63:23 | 63 | 17 | 63 | 23 | Defendant Affirmative | | 62:22-63:16 | 62 | 22 | 63 | 16 | | | | | | | |
| Amon, Cristiano | 63:25-64:9 | 63 | 25 | 64 | 9 | Defendant Affirmative | | 64:22-65:1 | 64 | 22 | 65 | 1 | | | | | | | |
| Amon, Cristiano | | | | | | | | 65:4-65:5 | 65 | 4 | 65 | 5 | NR | 65:7-10 | 65 | 7 | 65 | 10 | |
| Amon, Cristiano | | | | | | | | | | | | | | 65:12-14 | 65 | 12 | 65 | 14 | |
| Amon, Cristiano | 71:8-71:10 | 71 | 8 | 71 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 71:12-71:13 | 71 | 12 | 71 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 71:15-71:25 | 71 | 15 | 71 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 72:2-72:3 | 72 | 2 | 72 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 72:5-72:21 | 72 | 5 | 72 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 73:14-73:21 | 73 | 14 | 73 | 21 | Defendant Affirmative | 402, 403 | 73:7-73:9 | 73 | 7 | 73 | 9 | | | | | | | |
| Amon, Cristiano | | | | | | | | 73:11-73:12 | 73 | 11 | 73 | 12 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 75:12-75:17 | 75 | 12 | 75 | 17 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 75:20-75:24 | 75 | 20 | 75 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 78:25-79:6 | 78 | 25 | 79 | 6 | Defendant Affirmative | | 75:25-76:11 | 75 | 25 | 76 | 11 | 802 | 76:12-25 | 76 | 12 | 76 | 25 | |
| Amon, Cristiano | | | | | | | | | | | | | | 78:1-24 | 78 | 1 | 78 | 24 | |
| Amon, Cristiano | 85:19-86:12 | 85 | 19 | 86 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 86:16-86:20 | 86 | 16 | 86 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 90:23-91:14 | 90 | 23 | 91 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 92:9-92:17 | 92 | 9 | 92 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 93:1-93:6 | 93 | 1 | 93 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 93:8-93:8 | 93 | 8 | 93 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 93:10-93:14 | 93 | 10 | 93 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 93:21-94:9 | 93 | 21 | 94 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 97:10-97:17 | 97 | 10 | 97 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 97:18-97:21 | 97 | 18 | 97 | 21 | Defendant Affirmative | 403 | 97:22-97:25 | 97 | 22 | 97 | 25 | | | | | | | |
| Amon, Cristiano | | | | | | | | 98:9-98:19 | 98 | 9 | 98 | 19 | NR; 402; 403; 701 | | | | | | |
| Amon, Cristiano | 105:15-106:9 | 105 | 15 | 106 | 9 | Defendant Affirmative | | 104:12-104:25 | 104 | 12 | 104 | 25 | | 105:1-14 | 105 | 1 | 105 | 14 | 611b |
| Amon, Cristiano | | | | | | | | 106:19-107:11 | 106 | 19 | 107 | 11 | 402; 403 | 107:12-18 | 107 | 12 | 107 | 18 | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amon, Cristiano | 108:10-108:19 | 108 | 10 | 108 | 19 | Defendant Affirmative | | 108:22-108:24 | 108 | 22 | 108 | 24 | | | | | | | |
| Amon, Cristiano | | | | | | | | 109:1-109:10 | 109 | 1 | 109 | 10 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 109:11-109:17 | 109 | 11 | 109 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 110:2-110:5 | 110 | 2 | 110 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 110:8-110:11 | 110 | 8 | 110 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 110:12-110:14 | 110 | 12 | 110 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 110:16-110:25 | 110 | 16 | 110 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 115:13-115:19 | 115 | 13 | 115 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 115:21-116:3 | 115 | 21 | 116 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 121:3-121:16 | 121 | 3 | 121 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 123:10-123:18 | 123 | 10 | 123 | 18 | Defendant Affirmative | | 122:8-122:13 | 122 | 8 | 122 | 13 | | | | | | | |
| Amon, Cristiano | | | | | | | | 122:15-123:8 | 122 | 15 | 123 | 8 | NR; 701; 402; 403 | | | | | | |
| Amon, Cristiano | 123:20-123:20 | 123 | 20 | 123 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 125:13-125:14 | 125 | 13 | 125 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 125:16-126:1 | 125 | 16 | 126 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 126:6-126:22 | 126 | 6 | 126 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 127:21-128:14 | 127 | 21 | 128 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 128:16-128:18 | 128 | 16 | 128 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 128:20-128:24 | 128 | 20 | 128 | 24 | Defendant Affirmative | | 128:25-129:21 | 128 | 25 | 129 | 21 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 130:23-131:6 | 130 | 23 | 131 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 132:5-132:14 | 132 | 5 | 132 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 147:8-147:11 | 147 | 8 | 147 | 11 | Defendant Affirmative | | 145:19-145:23 | 145 | 19 | 145 | 23 | | | | | | | |
| Amon, Cristiano | | | | | | | | 145:25-146:14 | 145 | 25 | 146 | 14 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | | | | | | | | 146:16-147:7 | 146 | 16 | 147 | 7 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 147:13-147:22 | 147 | 13 | 147 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 147:24-148:4 | 147 | 24 | 148 | 4 | Defendant Affirmative | | 148:5-148:13 | 148 | 5 | 148 | 13 | | | | | | | |
| Amon, Cristiano | | | | | | | | 148:15-149:4 | 148 | 15 | 149 | 4 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 150:22-151:1 | 150 | 22 | 151 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 151:3-151:6 | 151 | 3 | 151 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 151:8-151:10 | 151 | 8 | 151 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 155:3-155:7 | 155 | 3 | 155 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 155:9-155:11 | 155 | 9 | 155 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 155:13-156:6 | 155 | 13 | 156 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 156:13-156:15 | 156 | 13 | 156 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 156:18-156:23 | 156 | 18 | 156 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 164:18-165:3 | 164 | 18 | 165 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 165:5-165:5 | 165 | 5 | 165 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 165:7-165:9 | 165 | 7 | 165 | 9 | Defendant Affirmative | 402, 403, CO, IP | | | | | | | | | | | | |
| Amon, Cristiano | 165:11-165:14 | 165 | 11 | 165 | 14 | Defendant Affirmative | 402, 403, CO, IP | | | | | | | | | | | | |
| Amon, Cristiano | 165:16-166:7 | 165 | 16 | 166 | 7 | Defendant Affirmative | 402, 403, CO, IP | | | | | | | | | | | | |
| Amon, Cristiano | 168:20-168:24 | 168 | 20 | 168 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 170:18-170:23 | 170 | 18 | 170 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 173:14-174:2 | 173 | 14 | 174 | 2 | Defendant Affirmative | | 174:3-174:9 | 174 | 3 | 174 | 9 | 402; 403 | | | | | | |
| Amon, Cristiano | 174:14-174:15 | 174 | 14 | 174 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 174:17-175:2 | 174 | 17 | 175 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 175:3-175:17 | 175 | 3 | 175 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 175:19-175:24 | 175 | 19 | 175 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 176:1-176:16 | 176 | 1 | 176 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 182:1-182:11 | 182 | 1 | 182 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 182:12-182:16 | 182 | 12 | 182 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 185:22-187:10 | 185 | 22 | 187 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 187:12-187:12 | 187 | 12 | 187 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 187:14-187:15 | 187 | 14 | 187 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 189:3-189:23 | 189 | 3 | 189 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 191:23-192:5 | 191 | 23 | 192 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 192:9-192:14 | 192 | 9 | 192 | 14 | Defendant Affirmative | | 192:16-193:9 | 192 | 16 | 193 | 9 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 193:10-193:23 | 193 | 10 | 193 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 194:1-194:5 | 194 | 1 | 194 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 195:7-195:20 | 195 | 7 | 195 | 20 | Defendant Affirmative | | 194:14-195:6 | 194 | 14 | 195 | 6 | NR; 402; 403 | 194:6-13 | 194 | 6 | 194 | 13 | |
| Amon, Cristiano | | | | | | | | 195:21-195:25 | 195 | 21 | 195 | 25 | NR; 106; 402; 403 | | | | | | |
| Amon, Cristiano | 196:14-197:5 | 196 | 14 | 197 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 197:6-197:18 | 197 | 6 | 197 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 197:21-198:17 | 197 | 21 | 198 | 17 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 199:21-200:12 | 199 | 21 | 200 | 12 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 200:23-200:24 | 200 | 23 | 200 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amon, Cristiano | 201:1-201:8 | 201 | 1 | 201 | 8 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 201:9-201:19 | 201 | 9 | 201 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 201:21-201:23 | 201 | 21 | 201 | 23 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 201:25-203:11 | 201 | 25 | 203 | 11 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 203:15-203:24 | 203 | 15 | 203 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 204:23-205:3 | 204 | 23 | 205 | 3 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 205:9-205:15 | 205 | 9 | 205 | 15 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 205:15-205:16 | 205 | 15 | 205 | 16 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 205:18-205:19 | 205 | 18 | 205 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 205:21-206:3 | 205 | 21 | 206 | 3 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 206:5-206:8 | 206 | 5 | 206 | 8 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 206:10-206:13 | 206 | 10 | 206 | 13 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 206:15-206:19 | 206 | 15 | 206 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 206:25-207:6 | 206 | 25 | 207 | 6 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 207:8-208:13 | 207 | 8 | 208 | 13 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 208:17-208:17 | 208 | 17 | 208 | 17 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 208:19-208:21 | 208 | 19 | 208 | 21 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 208:24-208:25 | 208 | 24 | 208 | 25 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 209:8-209:9 | 209 | 8 | 209 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 209:22-210:10 | 209 | 22 | 210 | 10 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 211:9-211:12 | 211 | 9 | 211 | 12 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 211:14-211:16 | 211 | 14 | 211 | 16 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 211:18-211:21 | 211 | 18 | 211 | 21 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 214:7-214:8 | 214 | 7 | 214 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 214:10-215:8 | 214 | 10 | 215 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 215:17-216:7 | 215 | 17 | 216 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 216:16-216:24 | 216 | 16 | 216 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 217:9-217:22 | 217 | 9 | 217 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 218:2-218:8 | 218 | 2 | 218 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 218:10-218:10 | 218 | 10 | 218 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 218:12-218:15 | 218 | 12 | 218 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 218:17-218:19 | 218 | 17 | 218 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 218:21-218:24 | 218 | 21 | 218 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 220:11-220:14 | 220 | 11 | 220 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 220:16-221:3 | 220 | 16 | 221 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 221:5-221:15 | 221 | 5 | 221 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 224:14-224:19 | 224 | 14 | 224 | 19 | Defendant Affirmative | | 223:18-224:13 | 223 | 18 | 224 | 13 | NR; 402; 403 | 223:11-17 | 223 | 11 | 223 | 17 | |
| Amon, Cristiano | 225:17-226:10 | 225 | 17 | 226 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 226:25-228:5 | 226 | 25 | 228 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 228:9-228:10 | 228 | 9 | 228 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 228:12-228:17 | 228 | 12 | 228 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 229:8-229:18 | 229 | 8 | 229 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 229:25-230:20 | 229 | 25 | 230 | 20 | Defendant Affirmative | | 229:19-229:24 | 229 | 19 | 229 | 24 | | | | | | | |
| Amon, Cristiano | 230:21-231:10 | 230 | 21 | 231 | 10 | Defendant Affirmative | | 231:11-232:24 | 231 | 11 | 232 | 24 | | 232:25-233:5 | 232 | 25 | 233 | 5 | |
| Amon, Cristiano | | | | | | | | 236:16-236:25 | 236 | 16 | 236 | 25 | 106 | 236:8-15 | 236 | 8 | 236 | 15 | |
| Amon, Cristiano | | | | | | | | | | | | | | 237:1-3 | 237 | 1 | 237 | 3 | |
| Amon, Cristiano | 237:11-237:19 | 237 | 11 | 237 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 237:20-237:23 | 237 | 20 | 237 | 23 | Defendant Affirmative | | 237:24-238:10 | 237 | 24 | 238 | 10 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 239:16-240:4 | 239 | 16 | 240 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 240:14-240:16 | 240 | 14 | 240 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 240:18-241:7 | 240 | 18 | 241 | 7 | Defendant Affirmative | | 241:8-241:10 | 241 | 8 | 241 | 10 | | | | | | | |
| Amon, Cristiano | 241:11-242:9 | 241 | 11 | 242 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 242:24-243:6 | 242 | 24 | 243 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 244:4-244:10 | 244 | 4 | 244 | 10 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 244:12-244:18 | 244 | 12 | 244 | 18 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 244:20-246:7 | 244 | 20 | 246 | 7 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Amon, Cristiano | 248:11-249:6 | 248 | 11 | 249 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 249:18-249:19 | 249 | 18 | 249 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 250:1-250:18 | 250 | 1 | 250 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 251:14-251:24 | 251 | 14 | 251 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 252:11-252:16 | 252 | 11 | 252 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 257:10-258:11 | 257 | 10 | 258 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 259:6-259:23 | 259 | 6 | 259 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 260:4-260:18 | 260 | 4 | 260 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 260:19-262:21 | 260 | 19 | 262 | 21 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amon, Cristiano | 262:22-263:15 | 262 | 22 | 263 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 263:16-263:19 | 263 | 16 | 263 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 264:2-264:4 | 264 | 2 | 264 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 268:3-269:5 | 268 | 3 | 269 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 269:6-270:4 | 269 | 6 | 270 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 270:15-270:20 | 270 | 15 | 270 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 270:22-270:23 | 270 | 22 | 270 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 270:25-271:1 | 270 | 25 | 271 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 271:2-271:7 | 271 | 2 | 271 | 7 | Defendant Affirmative | | 271:8-272:8 | 271 | 8 | 272 | 8 | NR; 402; 403 | 272:9-16 | 272 | 9 | 272 | 16 | |
| Amon, Cristiano | 274:8-274:14 | 274 | 8 | 274 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 276:1-276:2 | 276 | 1 | 276 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 276:4-276:11 | 276 | 4 | 276 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 281:2-281:3 | 281 | 2 | 281 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 281:5-281:21 | 281 | 5 | 281 | 21 | Defendant Affirmative | | 282:5-282:12 | 282 | 5 | 282 | 12 | NR; 402; 403 | | | | | | |
| Amon, Cristiano | 283:4-283:10 | 283 | 4 | 283 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 285:24-286:12 | 285 | 24 | 286 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 288:4-288:5 | 288 | 4 | 288 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 288:7-288:20 | 288 | 7 | 288 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 288:21-290:1 | 288 | 21 | 290 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 290:23-291:2 | 290 | 23 | 291 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 291:25-292:17 | 291 | 25 | 292 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 294:2-294:5 | 294 | 2 | 294 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 296:7-296:24 | 296 | 7 | 296 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 302:12-303:5 | 302 | 12 | 303 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 303:22-304:2 | 303 | 22 | 304 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 305:9-305:11 | 305 | 9 | 305 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Amon, Cristiano | 305:13-305:14 | 305 | 13 | 305 | 14 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 8:11-8:13 | 8 | 11 | 8 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 8:17-8:21 | 8 | 17 | 8 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 8:22-9:1 | 8 | 22 | 9 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 10:1-10:1 | 10 | 1 | 10 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 10:3-10:9 | 10 | 3 | 10 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 10:17-11:19 | 10 | 17 | 11 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 12:6-12:14 | 12 | 6 | 12 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 12:21-12:24 | 12 | 21 | 12 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 13:1-13:3 | 13 | 1 | 13 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 13:5-13:6 | 13 | 5 | 13 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 13:8-13:10 | 13 | 8 | 13 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 14:7-14:9 | 14 | 7 | 14 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 14:11-14:14 | 14 | 11 | 14 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 14:16-15:10 | 14 | 16 | 15 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 15:16-15:17 | 15 | 16 | 15 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 15:19-16:2 | 15 | 19 | 16 | 2 | Defendant Affirmative | | 17:8-17:10 | 17 | 8 | 17 | 10 | | 16:20-17:7 | 16 | 20 | 17 | 7 | |
| Asghar, Ziad | | | | | | | | 17:16-17:25 | 17 | 16 | 17 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 18:1-18:6 | 18 | 1 | 18 | 6 | | | | | | | |
| Asghar, Ziad | | | | | | | | 18:8-18:18 | 18 | 8 | 18 | 18 | | | | | | | |
| Asghar, Ziad | | | | | | | | 18:20-18:25 | 18 | 20 | 18 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 19:11-19:13 | 19 | 11 | 19 | 13 | | | | | | | |
| Asghar, Ziad | | | | | | | | 19:16-19:23 | 19 | 16 | 19 | 23 | | | | | | | |
| Asghar, Ziad | 19:24-19:25 | 19 | 24 | 19 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 20:1-20:25 | 20 | 1 | 20 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 22:18-23:20 | 22 | 18 | 23 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 23:21-24:21 | 23 | 21 | 24 | 21 | Defendant Affirmative | | 25:11-25:13 | 25 | 11 | 25 | 13 | | | | | | | |
| Asghar, Ziad | | | | | | | | 25:15-25:25 | 25 | 15 | 25 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 26:1-26:17 | 26 | 1 | 26 | 17 | ID | 26:18-22 | 26 | 18 | 26 | 22 | |
| Asghar, Ziad | 26:23-27:6 | 26 | 23 | 27 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 27:7-27:13 | 27 | 7 | 27 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 27:14-28:8 | 27 | 14 | 28 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 28:9-29:6 | 28 | 9 | 29 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 29:7-29:20 | 29 | 7 | 29 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 30:5-30:6 | 30 | 5 | 30 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 30:8-30:13 | 30 | 8 | 30 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 30:15-30:16 | 30 | 15 | 30 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 30:18-30:19 | 30 | 18 | 30 | 19 | Defendant Affirmative | | 30:21-30:25 | 30 | 21 | 30 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 31:3-31:10 | 31 | 3 | 31 | 10 | | | | | | | |
| Asghar, Ziad | 31:11-31:14 | 31 | 11 | 31 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 31:16-31:17 | 31 | 16 | 31 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 31:19-32:21 | 31 | 19 | 32 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 33:2-33:21 | 33 | 2 | 33 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 33:25-34:1 | 33 | 25 | 34 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 34:3-34:4 | 34 | 3 | 34 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 34:6-34:6 | 34 | 6 | 34 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 34:8-34:10 | 34 | 8 | 34 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 34:14-34:18 | 34 | 14 | 34 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 35:21-36:3 | 35 | 21 | 36 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 37:3-37:12 | 37 | 3 | 37 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 37:13-37:15 | 37 | 13 | 37 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 38:25-39:20 | 38 | 25 | 39 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 40:25-41:1 | 40 | 25 | 41 | 1 | Defendant Affirmative | | 40:7-40:23 | 40 | 7 | 40 | 23 | | | | | | | |
| Asghar, Ziad | 41:4-41:4 | 41 | 4 | 41 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 41:6-41:8 | 41 | 6 | 41 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 41:10-41:17 | 41 | 10 | 41 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 41:19-42:1 | 41 | 19 | 42 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 42:2-42:9 | 42 | 2 | 42 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 42:10-42:21 | 42 | 10 | 42 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 43:11-44:1 | 43 | 11 | 44 | 1 | Defendant Affirmative | | 44:2-44:3 | 44 | 2 | 44 | 3 | 104a; 402; 403; 602; 701 | | | | | | |
| Asghar, Ziad | | | | | | | | 44:5-44:14 | 44 | 5 | 44 | 14 | | 45:6-12 | 45 | 6 | 45 | 12 | |
| Asghar, Ziad | | | | | | | | | | | | | | 45:22-46:7 | 45 | 22 | 46 | 7 | |
| Asghar, Ziad | 44:21-44:23 | 44 | 21 | 44 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 44:25-45:4 | 44 | 25 | 45 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 45:13-45:17 | 45 | 13 | 45 | 17 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 45:19-45:20 | 45 | 19 | 45 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 46:8-46:10 | 46 | 8 | 46 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 46:12-46:17 | 46 | 12 | 46 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 46:19-47:8 | 46 | 19 | 47 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 47:9-47:22 | 47 | 9 | 47 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 47:23-48:11 | 47 | 23 | 48 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 48:11-48:15 | 48 | 11 | 48 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 48:16-49:3 | 48 | 16 | 49 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 49:4-49:12 | 49 | 4 | 49 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 49:13-49:16 | 49 | 13 | 49 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 49:17-49:19 | 49 | 17 | 49 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 49:21-50:2 | 49 | 21 | 50 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 50:3-50:6 | 50 | 3 | 50 | 6 | Defendant Affirmative | | 50:8-50:9 | 50 | 8 | 50 | 9 | | | | | | | |
| Asghar, Ziad | | | | | | | | | | | | | | 50:10-17 | 50 | 10 | 50 | 17 | |
| Asghar, Ziad | 50:18-50:20 | 50 | 18 | 50 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 50:21-51:4 | 50 | 21 | 51 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 51:5-51:8 | 51 | 5 | 51 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 51:9-51:15 | 51 | 9 | 51 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 51:16-51:18 | 51 | 16 | 51 | 18 | Defendant Affirmative | | 52:1-52:2 | 52 | 1 | 52 | 2 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 52:4-52:15 | 52 | 4 | 52 | 15 | 402; 403; 602 | 51:19-25 | 51 | 19 | 51 | 25 | |
| Asghar, Ziad | | | | | | | | 52:19-52:25 | 52 | 19 | 52 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 53:1-53:5 | 53 | 1 | 53 | 5 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | 53:7-53:10 | 53 | 7 | 53 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 53:12-53:16 | 53 | 12 | 53 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 53:16-53:18 | 53 | 16 | 53 | 18 | Defendant Affirmative | | 53:20-53:24 | 53 | 20 | 53 | 24 | | | | | | | |
| Asghar, Ziad | | | | | | | | 54:1-54:1 | 54 | 1 | 54 | 1 | | | | | | | |
| Asghar, Ziad | 54:3-54:5 | 54 | 3 | 54 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 54:7-54:11 | 54 | 7 | 54 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 54:12-54:16 | 54 | 12 | 54 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 54:18-55:1 | 54 | 18 | 55 | 1 | Defendant Affirmative | | 55:2-55:2 | 55 | 2 | 55 | 2 | | | | | | | |
| Asghar, Ziad | | | | | | | | 55:4-55:10 | 55 | 4 | 55 | 10 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | 55:12-55:13 | 55 | 12 | 55 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 55:15-55:22 | 55 | 15 | 55 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 55:24-56:1 | 55 | 24 | 56 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 56:3-56:6 | 56 | 3 | 56 | 6 | Defendant Affirmative | | 56:8-56:12 | 56 | 8 | 56 | 12 | | | | | | | |
| Asghar, Ziad | | | | | | | | 56:15-56:24 | 56 | 15 | 56 | 24 | | | | | | | |
| Asghar, Ziad | 57:2-57:7 | 57 | 2 | 57 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 57:12-57:18 | 57 | 12 | 57 | 18 | Defendant Affirmative | | 57:24-57:25 | 57 | 24 | 57 | 25 | 104a; 402; 403; 602; 802 | | | | | | |
| Asghar, Ziad | | | | | | | | 58:1-58:2 | 58 | 1 | 58 | 2 | 104a; 402; 403; 602; 802 | 58:4-59:4 | 58 | 4 | 59 | 4 | 611b |
| Asghar, Ziad | 59:17-59:18 | 59 | 17 | 59 | 18 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Asghar, Ziad | 59:20-59:22 | 59 | 20 | 59 | 22 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Asghar, Ziad | 59:24-60:3 | 59 | 24 | 60 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 60:3-60:7 | 60 | 3 | 60 | 7 | Defendant Affirmative | | 62:15-62:20 | 62 | 15 | 62 | 20 | 402; 403; 602 | 62:2-14 | 62 | 2 | 62 | 14 | |
| Asghar, Ziad | | | | | | | | | | | | | | 62:21-23 | 62 | 21 | 62 | 23 | |
| Asghar, Ziad | | | | | | | | | | | | | | 62:25-63:10 | 62 | 25 | 63 | 10 | |
| Asghar, Ziad | 63:21-63:23 | 63 | 21 | 63 | 23 | Defendant Affirmative | | 63:24-63:25 | 63 | 24 | 63 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 64:1-64:8 | 64 | 1 | 64 | 8 | | 64:9-13 | 64 | 9 | 64 | 13 | |
| Asghar, Ziad | 65:13-66:10 | 65 | 13 | 66 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 66:12-66:14 | 66 | 12 | 66 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 69:21-70:2 | 69 | 21 | 70 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 70:3-70:11 | 70 | 3 | 70 | 11 | Defendant Affirmative | | 70:12-70:18 | 70 | 12 | 70 | 18 | | | | | | | |
| Asghar, Ziad | 71:6-73:2 | 71 | 6 | 73 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 73:3-73:4 | 73 | 3 | 73 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 73:8-73:14 | 73 | 8 | 73 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 73:16-73:25 | 73 | 16 | 73 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 74:1-74:5 | 74 | 1 | 74 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 74:6-74:13 | 74 | 6 | 74 | 13 | Defendant Affirmative | | 74:14-74:15 | 74 | 14 | 74 | 15 | | | | | | | |
| Asghar, Ziad | | | | | | | | 74:19-74:25 | 74 | 19 | 74 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 75:1-75:14 | 75 | 1 | 75 | 14 | | | | | | | |
| Asghar, Ziad | | | | | | | | 75:16-75:25 | 75 | 16 | 75 | 25 | 402; 403; 602; 802 | | | | | | |
| Asghar, Ziad | | | | | | | | 76:1-76:23 | 76 | 1 | 76 | 23 | 402; 403; 602; 802 | | | | | | |
| Asghar, Ziad | 77:15-77:16 | 77 | 15 | 77 | 16 | Defendant Affirmative | | 77:17-77:23 | 77 | 17 | 77 | 23 | | | | | | | |
| Asghar, Ziad | 77:24-79:2 | 77 | 24 | 79 | 2 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 79:4-79:10 | 79 | 4 | 79 | 10 | Defendant Affirmative | | 82:3-82:10 | 82 | 3 | 82 | 10 | | 81:6 | 81 | 6 | 81 | 6 | 611b |
| Asghar, Ziad | | | | | | | | | | | | | | 81:8-11 | 81 | 8 | 81 | 11 | 611b |
| Asghar, Ziad | | | | | | | | | | | | | | 81:13-82:2 | 81 | 13 | 82 | 2 | 611b |
| Asghar, Ziad | 82:11-82:16 | 82 | 11 | 82 | 16 | Defendant Affirmative | | 82:25-82:25 | 82 | 25 | 82 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 83:1-83:10 | 83 | 1 | 83 | 10 | | 83:23-25 | 83 | 23 | 83 | 25 | |
| Asghar, Ziad | | | | | | | | 84:10-84:25 | 84 | 10 | 84 | 25 | | 84:2-8 | 84 | 2 | 84 | 8 | |
| Asghar, Ziad | | | | | | | | 85:1-85:3 | 85 | 1 | 85 | 3 | | | | | | | |
| Asghar, Ziad | | | | | | | | 85:8-85:15 | 85 | 8 | 85 | 15 | | 85:17-86:10 | 85 | 17 | 86 | 10 | 602, 611b |
| Asghar, Ziad | | | | | | | | | | | | | | 86:11-12 | 86 | 11 | 86 | 12 | 602, 611b |
| Asghar, Ziad | | | | | | | | | | | | | | 86:16-19 | 86 | 16 | 86 | 19 | 602, 611b |
| Asghar, Ziad | 86:20-86:20 | 86 | 20 | 86 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 86:22-87:4 | 86 | 22 | 87 | 4 | Defendant Affirmative | | 87:5-87:25 | 87 | 5 | 87 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 88:1-88:11 | 88 | 1 | 88 | 11 | | | | | | | |
| Asghar, Ziad | | | | | | | | 88:15-88:25 | 88 | 15 | 88 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 89:1-89:25 | 89 | 1 | 89 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 90:1-90:23 | 90 | 1 | 90 | 23 | | | | | | | |
| Asghar, Ziad | | | | | | | | 91:1-91:1 | 91 | 1 | 91 | 2 | | | | | | | |
| Asghar, Ziad | | | | | | | | 91:6-91:15 | 91 | 6 | 91 | 15 | | | | | | | |
| Asghar, Ziad | | | | | | | | 91:18-91:18 | 91 | 18 | 91 | 18 | | | | | | | |
| Asghar, Ziad | | | | | | | | 91:20-92:24 | 91 | 20 | 92 | 24 | | | | | | | |
| Asghar, Ziad | 93:25-95:6 | 93 | 25 | 95 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 95:7-95:20 | 95 | 7 | 95 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 95:21-97:4 | 95 | 21 | 97 | 4 | Defendant Affirmative | | 97:5-97:15 | 97 | 5 | 97 | 15 | | 97:16-98:2 | 97 | 16 | 98 | 2 | 611b |
| Asghar, Ziad | 98:3-98:18 | 98 | 3 | 98 | 18 | Defendant Affirmative | | 99:10-99:25 | 99 | 10 | 99 | 25 | | 98:19-99:9 | 98 | 19 | 99 | 9 | |
| Asghar, Ziad | | | | | | | | 100:1-100:5 | 100 | 1 | 100 | 5 | | 100:6-101:19 | 100 | 6 | 101 | 19 | |
| Asghar, Ziad | 101:20-101:20 | 101 | 20 | 101 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 101:22-102:4 | 101 | 22 | 102 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 102:23-103:8 | 102 | 23 | 103 | 8 | Defendant Affirmative | | 103:9-103:25 | 103 | 9 | 103 | 25 | | 102:5-22 | 102 | 5 | 102 | 22 | 402, 403, 611b |
| Asghar, Ziad | | | | | | | | 104:1-104:25 | 104 | 1 | 104 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 105:1-105:10 | 105 | 1 | 105 | 10 | | | | | | | |
| Asghar, Ziad | 105:11-106:23 | 105 | 11 | 106 | 23 | Defendant Affirmative | | 106:24-106:25 | 106 | 24 | 106 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 107:1-107:10 | 107 | 1 | 107 | 10 | | | | | | | |
| Asghar, Ziad | 107:13-107:22 | 107 | 13 | 107 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 108:24-109:8 | 108 | 24 | 109 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 109:9-109:12 | 109 | 9 | 109 | 12 | Defendant Affirmative | | 109:13-109:20 | 109 | 13 | 109 | 20 | | | | | | | |
| Asghar, Ziad | 109:21-110:5 | 109 | 21 | 110 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 110:7-110:9 | 110 | 7 | 110 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 110:13-110:16 | 110 | 13 | 110 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 110:18-110:18 | 110 | 18 | 110 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 112:4-112:10 | 112 | 4 | 112 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 112:16-112:17 | 112 | 16 | 112 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 112:19-112:20 | 112 | 19 | 112 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 112:22-113:4 | 112 | 22 | 113 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 113:5-113:10 | 113 | 5 | 113 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 113:12-113:19 | 113 | 12 | 113 | 19 | Defendant Affirmative | | 113:20-113:22 | 113 | 20 | 113 | 22 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 114:1-114:9 | 114 | 1 | 114 | 9 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 114:15-114:25 | 114 | 15 | 114 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 115:1-115:25 | 115 | 1 | 115 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 116:1-116:25 | 116 | 1 | 116 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 117:1-117:25 | 117 | 1 | 117 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 118:1-118:25 | 118 | 1 | 118 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 119:1-119:25 | 119 | 1 | 119 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 120:1-120:15 | 120 | 1 | 120 | 15 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 120:17-120:25 | 120 | 17 | 120 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 121:1-121:25 | 121 | 1 | 121 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 122:1-122:20 | 122 | 1 | 122 | 20 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 122:22-122:25 | 122 | 22 | 122 | 25 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | | | | | | | | 123:1-123:10 | 123 | 1 | 123 | 10 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | 123:12-123:15 | 123 | 12 | 123 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 123:16-124:9 | 123 | 16 | 124 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 124:11-124:16 | 124 | 11 | 124 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 124:18-124:20 | 124 | 18 | 124 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 124:22-124:22 | 124 | 22 | 124 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 124:24-124:25 | 124 | 24 | 124 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 125:2-125:4 | 125 | 2 | 125 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 125:6-125:7 | 125 | 6 | 125 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 125:9-125:12 | 125 | 9 | 125 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 125:14-125:19 | 125 | 14 | 125 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 125:21-125:23 | 125 | 21 | 125 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 126:1-126:2 | 126 | 1 | 126 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 126:4-126:6 | 126 | 4 | 126 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 126:18-126:20 | 126 | 18 | 126 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 126:25-127:1 | 126 | 25 | 127 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 127:11-127:12 | 127 | 11 | 127 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 127:14-127:14 | 127 | 14 | 127 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 127:16-127:17 | 127 | 16 | 127 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 127:19-127:25 | 127 | 19 | 127 | 25 | Defendant Affirmative | | 128:20-128:22 | 128 | 20 | 128 | 22 | | | | | | | |
| Asghar, Ziad | | | | | | | | 128:25-128:25 | 128 | 25 | 128 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 129:1-129:5 | 129 | 1 | 129 | 5 | | 129:7-8 | 129 | 7 | 129 | 8 | |
| Asghar, Ziad | | | | | | | | | | | | | | 129:11-13 | 129 | 11 | 129 | 13 | |
| Asghar, Ziad | | | | | | | | | | | | | | 129:15-16 | 129 | 15 | 129 | 16 | |
| Asghar, Ziad | | | | | | | | 130:5-130:25 | 130 | 5 | 130 | 25 | 402; 403; 602 | 129:18-25 | 129 | 18 | 129 | 25 | |
| Asghar, Ziad | | | | | | | | | | | | | | 130:2-4 | 130 | 2 | 130 | 4 | |
| Asghar, Ziad | | | | | | | | 131:1-131:2 | 131 | 1 | 131 | 2 | 402; 403; 602 | | | | | | |
| Asghar, Ziad | 132:24-135:18 | 132 | 24 | 135 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 135:19-135:20 | 135 | 19 | 135 | 20 | Defendant Affirmative | | 135:21-135:24 | 135 | 21 | 135 | 24 | | | | | | | |
| Asghar, Ziad | 135:25-136:1 | 135 | 25 | 136 | 1 | Defendant Affirmative | | 136:2-136:18 | 136 | 2 | 136 | 18 | | | | | | | |
| Asghar, Ziad | 136:19-137:1 | 136 | 19 | 137 | 1 | Defendant Affirmative | | 137:2-137:20 | 137 | 2 | 137 | 20 | | | | | | | |
| Asghar, Ziad | 137:21-138:2 | 137 | 21 | 138 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 138:5-138:22 | 138 | 5 | 138 | 22 | Defendant Affirmative | | 138:23-138:25 | 138 | 23 | 138 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 139:1-139:5 | 139 | 1 | 139 | 5 | | | | | | | |
| Asghar, Ziad | 139:7-139:21 | 139 | 7 | 139 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 139:24-140:10 | 139 | 24 | 140 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 140:11-140:12 | 140 | 11 | 140 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 140:14-140:25 | 140 | 14 | 140 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 141:2-141:6 | 141 | 2 | 141 | 6 | Defendant Affirmative | | 142:2-142:9 | 142 | 2 | 142 | 9 | | | | | | | |
| Asghar, Ziad | 142:13-143:5 | 142 | 13 | 143 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 143:6-144:11 | 143 | 6 | 144 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 144:12-145:6 | 144 | 12 | 145 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 146:6-146:6 | 146 | 6 | 146 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 146:8-146:20 | 146 | 8 | 146 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 146:21-146:25 | 146 | 21 | 146 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 147:1-147:16 | 147 | 1 | 147 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 147:25-149:12 | 147 | 25 | 149 | 12 | Defendant Affirmative | | 149:13-149:25 | 149 | 13 | 149 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 150:1-150:11 | 150 | 1 | 150 | 11 | | | | | | | |
| Asghar, Ziad | 150:12-150:23 | 150 | 12 | 150 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 150:24-152:10 | 150 | 24 | 152 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 152:11-152:25 | 152 | 11 | 152 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 153:23-154:15 | 153 | 23 | 154 | 15 | Defendant Affirmative | | 154:16-154:18 | 154 | 16 | 154 | 18 | | | | | | | |
| Asghar, Ziad | | | | | | | | 154:20-154:25 | 154 | 20 | 154 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 155:2-155:11 | 155 | 2 | 155 | 11 | | | | | | | |
| Asghar, Ziad | 155:12-155:20 | 155 | 12 | 155 | 20 | Defendant Affirmative | | 155:21-155:25 | 155 | 21 | 155 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 156:1-156:4 | 156 | 1 | 156 | 4 | | | | | | | |
| Asghar, Ziad | 156:5-156:9 | 156 | 5 | 156 | 9 | Defendant Affirmative | | 156:10-156:21 | 156 | 10 | 156 | 21 | | | | | | | |
| Asghar, Ziad | 156:22-157:7 | 156 | 22 | 157 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 157:8-157:9 | 157 | 8 | 157 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 157:11-157:16 | 157 | 11 | 157 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 157:18-158:3 | 157 | 18 | 158 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 158:4-158:8 | 158 | 4 | 158 | 8 | Defendant Affirmative | | 158:9-158:18 | 158 | 9 | 158 | 18 | | | | | | | |
| Asghar, Ziad | 158:20-160:2 | 158 | 20 | 160 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 160:3-160:17 | 160 | 3 | 160 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 160:18-161:18 | 160 | 18 | 161 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 161:20-161:25 | 161 | 20 | 161 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 162:2-162:10 | 162 | 2 | 162 | 10 | Defendant Affirmative | | 162:11-162:25 | 162 | 11 | 162 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 163:1-163:11 | 163 | 1 | 163 | 11 | | 163:12-164:7 | 163 | 12 | 164 | 7 | 611b |
| Asghar, Ziad | | | | | | | | 164:8-164:13 | 164 | 8 | 164 | 13 | | 164:20-165:6 | 164 | 20 | 165 | 6 | 611b |
| Asghar, Ziad | 164:14-164:19 | 164 | 14 | 164 | 19 | Defendant Affirmative | | 165:7-165:13 | 165 | 7 | 165 | 13 | | | | | | | |
| Asghar, Ziad | 165:14-166:4 | 165 | 14 | 166 | 4 | Defendant Affirmative | | 166:5-166:25 | 166 | 5 | 166 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 167:1-167:2 | 167 | 1 | 167 | 2 | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 167:3-167:3 | 167 | 3 | 167 | 3 | Defendant Affirmative | 402, 403, 602, CO (no accompanying testimony) | | | | | | | | | | | | |
| Asghar, Ziad | 167:5-167:13 | 167 | 5 | 167 | 13 | Defendant Affirmative | 402, 403, 602, CO (no accompanying testimony) | | | | | | | | | | | | |
| Asghar, Ziad | 171:12-172:9 | 171 | 12 | 172 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 173:13-175:8 | 173 | 13 | 175 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 175:17-176:8 | 175 | 17 | 176 | 8 | Defendant Affirmative | | 176:25-176:25 | 176 | 25 | 176 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 177:1-177:24 | 177 | 1 | 177 | 24 | | | | | | | |
| Asghar, Ziad | | | | | | | | 178:14-178:15 | 178 | 14 | 178 | 15 | | | | | | | |
| Asghar, Ziad | | | | | | | | 178:19-178:22 | 178 | 19 | 178 | 22 | | | | | | | |
| Asghar, Ziad | 178:24-179:5 | 178 | 24 | 179 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 179:9-180:4 | 179 | 9 | 180 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 180:5-180:13 | 180 | 5 | 180 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 180:14-181:14 | 180 | 14 | 181 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 181:15-181:15 | 181 | 15 | 181 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 181:17-182:3 | 181 | 17 | 182 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 182:13-184:3 | 182 | 13 | 184 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 184:4-184:4 | 184 | 4 | 184 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 184:6-184:10 | 184 | 6 | 184 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 184:11-185:2 | 184 | 11 | 185 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 185:3-185:5 | 185 | 3 | 185 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 185:7-185:13 | 185 | 7 | 185 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 185:15-185:19 | 185 | 15 | 185 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 185:20-186:8 | 185 | 20 | 186 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 186:9-186:15 | 186 | 9 | 186 | 15 | Defendant Affirmative | | 186:16-186:25 | 186 | 16 | 186 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 187:1-187:9 | 187 | 1 | 187 | 9 | | | | | | | |
| Asghar, Ziad | 187:10-188:16 | 187 | 10 | 188 | 16 | Defendant Affirmative | | 188:17-188:25 | 188 | 17 | 188 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 189:1-189:10 | 189 | 1 | 189 | 10 | | | | | | | |
| Asghar, Ziad | | | | | | | | 189:12-189:21 | 189 | 12 | 189 | 21 | | 192:4-6 | 192 | 4 | 192 | 6 | |
| Asghar, Ziad | 189:23-190:10 | 189 | 23 | 190 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 190:21-192:3 | 190 | 21 | 192 | 3 | Defendant Affirmative | | 192:14-192:25 | 192 | 14 | 192 | 25 | | 192:8-12 | 192 | 8 | 192 | 12 | |
| Asghar, Ziad | | | | | | | | 193:1-193:16 | 193 | 1 | 193 | 16 | | | | | | | |
| Asghar, Ziad | 193:17-193:21 | 193 | 17 | 193 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 193:23-193:23 | 193 | 23 | 193 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 194:10-194:11 | 194 | 10 | 194 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 194:12-194:19 | 194 | 12 | 194 | 19 | Defendant Affirmative | | 195:5-195:25 | 195 | 5 | 195 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 196:1-196:15 | 196 | 1 | 196 | 15 | | | | | | | |
| Asghar, Ziad | 196:16-196:21 | 196 | 16 | 196 | 21 | Defendant Affirmative | | 196:22-196:25 | 196 | 22 | 196 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 197:1-197:5 | 197 | 1 | 197 | 5 | | | | | | | |
| Asghar, Ziad | 197:6-198:1 | 197 | 6 | 198 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 198:2-198:6 | 198 | 2 | 198 | 6 | Defendant Affirmative | | 198:7-198:8 | 198 | 7 | 198 | 8 | | | | | | | |
| Asghar, Ziad | | | | | | | | 198:10-198:20 | 198 | 10 | 198 | 20 | | | | | | | |
| Asghar, Ziad | 198:24-199:11 | 198 | 24 | 199 | 11 | Defendant Affirmative | | 199:12-199:17 | 199 | 12 | 199 | 17 | | | | | | | |
| Asghar, Ziad | 199:18-199:21 | 199 | 18 | 199 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 200:3-200:4 | 200 | 3 | 200 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 200:5-201:11 | 200 | 5 | 201 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 202:11-202:18 | 202 | 11 | 202 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 202:20-202:21 | 202 | 20 | 202 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 202:23-203:3 | 202 | 23 | 203 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 203:4-203:20 | 203 | 4 | 203 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 203:22-204:12 | 203 | 22 | 204 | 12 | Defendant Affirmative | | 204:13-204:25 | 204 | 13 | 204 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 205:1-205:12 | 205 | 1 | 205 | 12 | | | | | | | |
| Asghar, Ziad | 205:13-205:22 | 205 | 13 | 205 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 205:23-206:5 | 205 | 23 | 206 | 5 | Defendant Affirmative | | 206:11-206:21 | 206 | 11 | 206 | 21 | | | | | | | |
| Asghar, Ziad | 207:1-207:5 | 207 | 1 | 207 | 5 | Defendant Affirmative | | 207:11-207:16 | 207 | 11 | 207 | 16 | | 207:6-10 | 207 | 6 | 207 | 10 | 611b |
| Asghar, Ziad | 207:17-207:17 | 207 | 17 | 207 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 207:19-208:10 | 207 | 19 | 208 | 10 | Defendant Affirmative | | 208:11-208:25 | 208 | 11 | 208 | 25 | 402; 403 | | | | | | |
| Asghar, Ziad | | | | | | | | 209:1-209:2 | 209 | 1 | 209 | 2 | 402; 403 | 209:3-5 | 209 | 3 | 209 | 5 | |
| Asghar, Ziad | | | | | | | | | | | | | | 209:7-16 | 209 | 7 | 209 | 16 | |
| Asghar, Ziad | | | | | | | | 209:25-209:25 | 209 | 25 | 209 | 25 | 402; 403 | 209:18-24 | 209 | 18 | 209 | 24 | |
| Asghar, Ziad | | | | | | | | 210:1-210:21 | 210 | 1 | 210 | 21 | 402; 403 | | | | | | |
| Asghar, Ziad | 210:22-210:22 | 210 | 22 | 210 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 210:24-211:12 | 210 | 24 | 211 | 12 | Defendant Affirmative | | 211:13-211:24 | 211 | 13 | 211 | 24 | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asghar, Ziad | 211:25-213:13 | 211 | 25 | 213 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 214:12-214:23 | 214 | 12 | 214 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 214:24-215:12 | 214 | 24 | 215 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 215:13-215:22 | 215 | 13 | 215 | 22 | Defendant Affirmative | | 215:23-215:25 | 215 | 23 | 215 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 216:1-216:15 | 216 | 1 | 216 | 15 | | 216:16-217:17 | 216 | 16 | 217 | 17 | |
| Asghar, Ziad | 217:18-217:18 | 217 | 18 | 217 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 217:20-218:3 | 217 | 20 | 218 | 3 | Defendant Affirmative | | 218:4-218:14 | 218 | 4 | 218 | 14 | | | | | | | |
| Asghar, Ziad | 218:15-218:15 | 218 | 15 | 218 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 218:17-219:4 | 218 | 17 | 219 | 4 | Defendant Affirmative | | 219:5-219:25 | 219 | 5 | 219 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 220:1-220:9 | 220 | 1 | 220 | 9 | | | | | | | |
| Asghar, Ziad | 220:10-220:10 | 220 | 10 | 220 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 220:12-221:12 | 220 | 12 | 221 | 12 | Defendant Affirmative | | 221:13-221:19 | 221 | 13 | 221 | 19 | | | | | | | |
| Asghar, Ziad | | | | | | | | 221:21-221:25 | 221 | 21 | 221 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 222:1-222:10 | 222 | 1 | 222 | 10 | | | | | | | |
| Asghar, Ziad | 222:12-222:12 | 222 | 12 | 222 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 222:14-224:9 | 222 | 14 | 224 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 224:12-224:16 | 224 | 12 | 224 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 224:18-225:4 | 224 | 18 | 225 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 225:6-225:22 | 225 | 6 | 225 | 22 | Defendant Affirmative | | 225:23-225:25 | 225 | 23 | 225 | 25 | | | | | | | |
| Asghar, Ziad | | | | | | | | 226:1-226:10 | 226 | 1 | 226 | 10 | | | | | | | |
| Asghar, Ziad | 226:11-226:11 | 226 | 11 | 226 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 226:13-227:20 | 226 | 13 | 227 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 227:21-229:15 | 227 | 21 | 229 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 229:18-229:18 | 229 | 18 | 229 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 229:20-229:24 | 229 | 20 | 229 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 230:2-230:22 | 230 | 2 | 230 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 230:23-231:14 | 230 | 23 | 231 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 231:15-232:23 | 231 | 15 | 232 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 232:24-232:25 | 232 | 24 | 232 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:2-233:4 | 233 | 2 | 233 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:6-233:11 | 233 | 6 | 233 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:13-233:15 | 233 | 13 | 233 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:17-233:17 | 233 | 17 | 233 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:19-233:23 | 233 | 19 | 233 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 233:25-234:2 | 233 | 25 | 234 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 234:5-234:5 | 234 | 5 | 234 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 234:7-234:8 | 234 | 7 | 234 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 235:2-235:18 | 235 | 2 | 235 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 236:17-236:21 | 236 | 17 | 236 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Asghar, Ziad | 238:1-238:7 | 238 | 1 | 238 | 7 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bos, Lynn (22-1146) | 7:1-7:3 | 7 | 1 | 7 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 7:10-7:14 | 7 | 10 | 7 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 7:19-7:22 | 7 | 19 | 7 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 20:2-20:17 | 20 | 2 | 20 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 28:8-28:14 | 28 | 8 | 28 | 14 | Defendant Affirmative | IP, 402, 403, CO | 27:25-28:7 | 27 | 25 | 28 | 7 | | | | | | | |
| Bos, Lynn (22-1146) | 29:8-29:15 | 29 | 8 | 29 | 15 | Defendant Affirmative | IP, 402, 403, CO | 29:17-30:2 | 29 | 17 | 30 | 2 | | | | | | | |
| Bos, Lynn (22-1146) | 32:9-32:15 | 32 | 9 | 32 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 33:10-33:15 | 33 | 10 | 33 | 15 | Defendant Affirmative | IP, 402, 403, CO | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 33:17-33:19 | 33 | 17 | 33 | 19 | Defendant Affirmative | IP, 402, 403, CO | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 33:21-34:1 | 33 | 21 | 34 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 63:11-63:20 | 63 | 11 | 63 | 20 | Defendant Affirmative | IP, 402, 403, CO | | | | | | | | | | | | |
| Bos, Lynn (22-1146) | 63:22-64:7 | 63 | 22 | 64 | 7 | Defendant Affirmative | IP, 402, 403, CO | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 13:10-13:12 | 13 | 10 | 13 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 13:22-13:24 | 13 | 22 | 13 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 14:3-14:4 | 14 | 3 | 14 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 14:5-14:6 | 14 | 5 | 14 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 22:5-22:11 | 22 | 5 | 22 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 22:12-22:14 | 22 | 12 | 22 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 22:15-22:22 | 22 | 15 | 22 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 23:1-23:4 | 23 | 1 | 23 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 23:5-23:25 | 23 | 5 | 23 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 24:12-24:23 | 24 | 12 | 24 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 53:8-53:12 | 53 | 8 | 53 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 53:16-53:22 | 53 | 16 | 53 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 53:24-54:4 | 53 | 24 | 54 | 4 | Defendant Affirmative | | 54:5-54:8 | 54 | 5 | 54 | 8 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 54:15-54:20 | 54 | 15 | 54 | 20 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 57:20-57:22 | 57 | 20 | 57 | 22 | ID | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 57:24-58:5 | 57 | 24 | 58 | 5 | ID | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 58:18-58:25 | 58 | 18 | 58 | 25 | 402; 403; ID | | | | | | |
| Chaplin, Ann (2025.07.11) | 59:6-59:12 | 59 | 6 | 59 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 59:14-59:18 | 59 | 14 | 59 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 59:20-59:22 | 59 | 20 | 59 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 59:23-60:3 | 59 | 23 | 60 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 60:4-60:8 | 60 | 4 | 60 | 8 | Defendant Affirmative | | 60:9-60:14 | 60 | 9 | 60 | 14 | ID | | | | | | |
| Chaplin, Ann (2025.07.11) | 60:18-60:22 | 60 | 18 | 60 | 22 | Defendant Affirmative | | 63:24-64:1 | 63 | 24 | 64 | 1 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 64:3-64:19 | 64 | 3 | 64 | 19 | V | | | | | | |
| Chaplin, Ann (2025.07.11) | 65:19-65:22 | 65 | 19 | 65 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 65:24-65:24 | 65 | 24 | 65 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 66:19-66:22 | 66 | 19 | 66 | 22 | Defendant Affirmative | | 66:5:1-66:8:7 | 66 | 5 | 66 | 8 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 66:10:1-66:17:4 | 66 | 10 | 66 | 17 | | | | | | | |
| Chaplin, Ann (2025.07.11) | 66:24-66:25 | 66 | 24 | 66 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 68:1-68:3 | 68 | 1 | 68 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 68:5-68:6 | 68 | 5 | 68 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 69:23-70:6 | 69 | 23 | 70 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 70:7-70:8 | 70 | 7 | 70 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 70:16-70:18 | 70 | 16 | 70 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 71:12-71:12 | 71 | 12 | 71 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 71:14-71:18 | 71 | 14 | 71 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 71:19-71:24 | 71 | 19 | 71 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 73:23-73:23 | 73 | 23 | 73 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 74:2-74:5 | 74 | 2 | 74 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 74:6-74:13 | 74 | 6 | 74 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 74:14-74:21 | 74 | 14 | 74 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 74:22-74:25 | 74 | 22 | 74 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 75:14-75:20 | 75 | 14 | 75 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 76:25-77:2 | 76 | 25 | 77 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 78:2-78:3 | 78 | 2 | 78 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 78:4-78:13 | 78 | 4 | 78 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 78:14-78:16 | 78 | 14 | 78 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 78:18-78:21 | 78 | 18 | 78 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 78:23-79:1 | 78 | 23 | 79 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 79:2-79:11 | 79 | 2 | 79 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 79:12-79:15 | 79 | 12 | 79 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 79:19-79:19 | 79 | 19 | 79 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 80:1-80:3 | 80 | 1 | 80 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 80:4-80:7 | 80 | 4 | 80 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 80:20-81:1 | 80 | 20 | 81 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 81:2-81:4 | 81 | 2 | 81 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 81:21-81:23 | 81 | 21 | 81 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 81:25-82:2 | 81 | 25 | 82 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 82:4-82:6 | 82 | 4 | 82 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 82:24-83:7 | 82 | 24 | 83 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 83:11-83:11 | 83 | 11 | 83 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 83:14-83:15 | 83 | 14 | 83 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 83:16-83:17 | 83 | 16 | 83 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 83:18-83:23 | 83 | 18 | 83 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 83:24-84:3 | 83 | 24 | 84 | 3 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 84:4-84:5 | 84 | 4 | 84 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 84:14-84:17 | 84 | 14 | 84 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 84:18-84:21 | 84 | 18 | 84 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 84:22-85:1 | 84 | 22 | 85 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 85:2-85:6 | 85 | 2 | 85 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 85:13-85:13 | 85 | 13 | 85 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 85:16-85:19 | 85 | 16 | 85 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 86:6-86:7 | 86 | 6 | 86 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 87:20-88:2 | 87 | 20 | 88 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 88:11-88:14 | 88 | 11 | 88 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 88:15-88:17 | 88 | 15 | 88 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 88:19-88:23 | 88 | 19 | 88 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 89:7-89:14 | 89 | 7 | 89 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 89:15-89:17 | 89 | 15 | 89 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 89:21-90:2 | 89 | 21 | 90 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 90:7-90:8 | 90 | 7 | 90 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 92:1-92:1 | 92 | 1 | 92 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 92:4-92:6 | 92 | 4 | 92 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 92:7-92:9 | 92 | 7 | 92 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 92:13-92:24 | 92 | 13 | 92 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 92:25-93:3 | 92 | 25 | 93 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 93:5-93:6 | 93 | 5 | 93 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 93:8-93:9 | 93 | 8 | 93 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 93:10-93:10 | 93 | 10 | 93 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 93:12-93:13 | 93 | 12 | 93 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 93:23-93:23 | 93 | 23 | 93 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 94:2-94:4 | 94 | 2 | 94 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 94:5-94:16 | 94 | 5 | 94 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 94:17-94:19 | 94 | 17 | 94 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 94:23-94:25 | 94 | 23 | 94 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 95:2-95:4 | 95 | 2 | 95 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 95:6-95:8 | 95 | 6 | 95 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 96:24-97:4 | 96 | 24 | 97 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 97:5-97:12 | 97 | 5 | 97 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 97:15-97:19 | 97 | 15 | 97 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 98:10-98:10 | 98 | 10 | 98 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 98:13-98:15 | 98 | 13 | 98 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 99:1-99:6 | 99 | 1 | 99 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 99:7-99:11 | 99 | 7 | 99 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 99:18-99:23 | 99 | 18 | 99 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 99:24-100:1 | 99 | 24 | 100 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 100:3-100:4 | 100 | 3 | 100 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 101:17-101:20 | 101 | 17 | 101 | 20 | Defendant Affirmative | | 102:1:1-102:4:5 | 102 | 1 | 102 | 4 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 102:10:1-102:11:2 | 102 | 10 | 102 | 11 | | | | | | | |
| Chaplin, Ann (2025.07.11) | 101:21-101:25 | 101 | 21 | 101 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 102:13-102:21 | 102 | 13 | 102 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 102:24-102:24 | 102 | 24 | 102 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 103:2-103:5 | 103 | 2 | 103 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 103:10-103:11 | 103 | 10 | 103 | 11 | Defendant Affirmative | | 103:16:1-103:19:4 | 103 | 16 | 103 | 19 | | | | | | | |
| Chaplin, Ann (2025.07.11) | 105:22-105:24 | 105 | 22 | 105 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 106:1-106:3 | 106 | 1 | 106 | 3 | Defendant Affirmative | | 106:5:1-106:12:4 | 106 | 5 | 106 | 12 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 108:17:1-109:3:8 | 108 | 17 | 109 | 3 | | | | | | | |
| Chaplin, Ann (2025.07.11) | 109:4-109:11 | 109 | 4 | 109 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 109:19-109:25 | 109 | 19 | 109 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 110:1-110:3 | 110 | 1 | 110 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 110:4-110:7 | 110 | 4 | 110 | 7 | Defendant Affirmative | | 110:10:1-110:22:1 | 110 | 10 | 110 | 22 | | | | | | | |
| Chaplin, Ann (2025.07.11) | 111:21-111:25 | 111 | 21 | 111 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:2-112:3 | 112 | 2 | 112 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:5-112:6 | 112 | 5 | 112 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:8-112:9 | 112 | 8 | 112 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:11-112:12 | 112 | 11 | 112 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:14-112:16 | 112 | 14 | 112 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:18-112:19 | 112 | 18 | 112 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 112:21-112:22 | 112 | 21 | 112 | 22 | Defendant Affirmative | | 112:24:1-113:1:4 | 112 | 24 | 113 | 1 | | | | | | | |
| Chaplin, Ann (2025.07.11) | | | | | | | | 113:3:1-113:16:1 | 113 | 3 | 113 | 16 | 802 | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 113:18-113:21 | 113 | 18 | 113 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 113:23-113:24 | 113 | 23 | 113 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 114:2-114:7 | 114 | 2 | 114 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 114:9-114:11 | 114 | 9 | 114 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 114:13-114:20 | 114 | 13 | 114 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 114:22-114:25 | 114 | 22 | 114 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 115:4-115:10 | 115 | 4 | 115 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 115:11-115:15 | 115 | 11 | 115 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 116:13-116:13 | 116 | 13 | 116 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 116:16-116:25 | 116 | 16 | 116 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 117:1-117:4 | 117 | 1 | 117 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 117:5-117:7 | 117 | 5 | 117 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 117:17-117:24 | 117 | 17 | 117 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 118:8-118:10 | 118 | 8 | 118 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 118:12-118:15 | 118 | 12 | 118 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 118:17-118:17 | 118 | 17 | 118 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 118:19-118:23 | 118 | 19 | 118 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 118:25-119:1 | 118 | 25 | 119 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 119:3-119:10 | 119 | 3 | 119 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 119:12-119:13 | 119 | 12 | 119 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 120:3-120:7 | 120 | 3 | 120 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 120:8-120:15 | 120 | 8 | 120 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 129:1-129:1 | 129 | 1 | 129 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 129:4-129:10 | 129 | 4 | 129 | 10 | Defendant Affirmative | | 130:4:1-131:24:9 | 130 | 4 | 131 | 24 | ID; 402; 403 | | | | | | |
| Chaplin, Ann (2025.07.11) | 133:22-134:4 | 133 | 22 | 134 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 134:5-134:8 | 134 | 5 | 134 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 134:18-134:22 | 134 | 18 | 134 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 135:7-135:11 | 135 | 7 | 135 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 135:22-135:22 | 135 | 22 | 135 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 135:25-136:3 | 135 | 25 | 136 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 136:14-136:19 | 136 | 14 | 136 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 136:20-136:23 | 136 | 20 | 136 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 137:3-137:10 | 137 | 3 | 137 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 137:11-137:18 | 137 | 11 | 137 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 138:4-138:11 | 138 | 4 | 138 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 138:13-138:14 | 138 | 13 | 138 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 138:16-138:21 | 138 | 16 | 138 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 138:22-139:1 | 138 | 22 | 139 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 139:3-139:5 | 139 | 3 | 139 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 139:7-139:9 | 139 | 7 | 139 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 139:11-139:14 | 139 | 11 | 139 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 139:16-139:21 | 139 | 16 | 139 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 139:22-139:25 | 139 | 22 | 139 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 140:1-140:3 | 140 | 1 | 140 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 142:6-142:9 | 142 | 6 | 142 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 142:13-142:13 | 142 | 13 | 142 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 142:15-142:21 | 142 | 15 | 142 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 144:2-144:4 | 144 | 2 | 144 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 144:6-144:8 | 144 | 6 | 144 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 144:10-144:14 | 144 | 10 | 144 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 144:16-144:16 | 144 | 16 | 144 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 145:11-145:12 | 145 | 11 | 145 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 145:14-145:17 | 145 | 14 | 145 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 149:1-149:1 | 149 | 1 | 149 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 149:3-149:7 | 149 | 3 | 149 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 149:14-149:18 | 149 | 14 | 149 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 150:3-150:10 | 150 | 3 | 150 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 150:11-150:16 | 150 | 11 | 150 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 152:2-152:2 | 152 | 2 | 152 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 152:5-152:7 | 152 | 5 | 152 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 152:8-152:17 | 152 | 8 | 152 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 152:18-152:25 | 152 | 18 | 152 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 153:5-153:8 | 153 | 5 | 153 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 153:9-153:11 | 153 | 9 | 153 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 153:15-153:15 | 153 | 15 | 153 | 15 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 153:18-153:21 | 153 | 18 | 153 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 153:25-154:6 | 153 | 25 | 154 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 154:7-154:12 | 154 | 7 | 154 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 157:23-157:23 | 157 | 23 | 157 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 158:2-158:8 | 158 | 2 | 158 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 158:9-158:16 | 158 | 9 | 158 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 158:20-159:3 | 158 | 20 | 159 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:4-159:6 | 159 | 4 | 159 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:8-159:9 | 159 | 8 | 159 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:11-159:13 | 159 | 11 | 159 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:15-159:18 | 159 | 15 | 159 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:20-159:22 | 159 | 20 | 159 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 159:24-160:1 | 159 | 24 | 160 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 160:3-160:7 | 160 | 3 | 160 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 160:8-160:11 | 160 | 8 | 160 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 165:16-165:24 | 165 | 16 | 165 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 165:25-166:8 | 165 | 25 | 166 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 166:9-166:13 | 166 | 9 | 166 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 166:15-166:16 | 166 | 15 | 166 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 167:13-167:22 | 167 | 13 | 167 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 167:23-168:4 | 167 | 23 | 168 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 168:18-168:19 | 168 | 18 | 168 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 169:6-169:12 | 169 | 6 | 169 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 170:7-170:11 | 170 | 7 | 170 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 170:14-170:17 | 170 | 14 | 170 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 170:19-170:21 | 170 | 19 | 170 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 170:23-170:23 | 170 | 23 | 170 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 171:2-171:3 | 171 | 2 | 171 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 171:5-171:11 | 171 | 5 | 171 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 171:12-171:16 | 171 | 12 | 171 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 172:12-172:13 | 172 | 12 | 172 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 173:8-173:10 | 173 | 8 | 173 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 174:12-174:14 | 174 | 12 | 174 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 174:15-174:22 | 174 | 15 | 174 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 174:25-174:25 | 174 | 25 | 174 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 175:3-175:6 | 175 | 3 | 175 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 176:14-176:18 | 176 | 14 | 176 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 176:19-176:23 | 176 | 19 | 176 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 177:5-177:10 | 177 | 5 | 177 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 177:11-177:21 | 177 | 11 | 177 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 177:22-178:1 | 177 | 22 | 178 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 178:6-178:6 | 178 | 6 | 178 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 178:9-178:12 | 178 | 9 | 178 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 178:13-178:15 | 178 | 13 | 178 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 178:16-178:20 | 178 | 16 | 178 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 179:2-179:6 | 179 | 2 | 179 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 179:11-179:15 | 179 | 11 | 179 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 179:16-179:21 | 179 | 16 | 179 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 180:17-180:17 | 180 | 17 | 180 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 180:20-180:23 | 180 | 20 | 180 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 180:24-181:4 | 180 | 24 | 181 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 181:5-181:7 | 181 | 5 | 181 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 181:9-181:12 | 181 | 9 | 181 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 182:3-182:7 | 182 | 3 | 182 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 182:15-182:16 | 182 | 15 | 182 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 182:18-182:21 | 182 | 18 | 182 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 183:4-183:9 | 183 | 4 | 183 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 183:17-183:20 | 183 | 17 | 183 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 183:21-183:22 | 183 | 21 | 183 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 183:24-184:1 | 183 | 24 | 184 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 184:3-184:5 | 184 | 3 | 184 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 184:7-184:8 | 184 | 7 | 184 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 184:10-184:12 | 184 | 10 | 184 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 184:14-184:15 | 184 | 14 | 184 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 185:7-185:9 | 185 | 7 | 185 | 9 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 185:11-185:12 | 185 | 11 | 185 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 185:23-186:1 | 185 | 23 | 186 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 186:2-186:6 | 186 | 2 | 186 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 186:15-186:18 | 186 | 15 | 186 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 186:21-186:21 | 186 | 21 | 186 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 186:25-187:2 | 186 | 25 | 187 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 187:4-187:5 | 187 | 4 | 187 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 187:7-187:7 | 187 | 7 | 187 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 188:20-188:24 | 188 | 20 | 188 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 188:25-189:3 | 188 | 25 | 189 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 189:4-189:6 | 189 | 4 | 189 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 189:7-189:9 | 189 | 7 | 189 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 189:11-189:13 | 189 | 11 | 189 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 189:15-189:21 | 189 | 15 | 189 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 191:20-191:20 | 191 | 20 | 191 | 20 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 191:23-192:2 | 191 | 23 | 192 | 2 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 192:3-192:6 | 192 | 3 | 192 | 6 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 192:8-192:11 | 192 | 8 | 192 | 11 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 192:20-193:3 | 192 | 20 | 193 | 3 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 193:10-193:17 | 193 | 10 | 193 | 17 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 193:18-193:21 | 193 | 18 | 193 | 21 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 193:22-194:2 | 193 | 22 | 194 | 2 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 194:3-194:10 | 194 | 3 | 194 | 10 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 194:11-194:16 | 194 | 11 | 194 | 16 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 194:18-194:23 | 194 | 18 | 194 | 23 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 194:25-195:3 | 194 | 25 | 195 | 3 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 195:6-195:9 | 195 | 6 | 195 | 9 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 195:11-195:13 | 195 | 11 | 195 | 13 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 195:19-195:20 | 195 | 19 | 195 | 20 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 195:22-196:1 | 195 | 22 | 196 | 1 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 196:9-196:11 | 196 | 9 | 196 | 11 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 196:12-196:17 | 196 | 12 | 196 | 17 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 196:19-196:19 | 196 | 19 | 196 | 19 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 197:7-197:14 | 197 | 7 | 197 | 14 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 199:2-199:5 | 199 | 2 | 199 | 5 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 199:9-199:9 | 199 | 9 | 199 | 9 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 199:11-199:15 | 199 | 11 | 199 | 15 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 201:10-201:19 | 201 | 10 | 201 | 19 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 202:5-202:9 | 202 | 5 | 202 | 9 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 202:11-202:13 | 202 | 11 | 202 | 13 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 202:15-202:19 | 202 | 15 | 202 | 19 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 202:21-202:25 | 202 | 21 | 202 | 25 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 203:1-203:4 | 203 | 1 | 203 | 4 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 203:6-203:8 | 203 | 6 | 203 | 8 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 203:10-203:17 | 203 | 10 | 203 | 17 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 203:19-203:21 | 203 | 19 | 203 | 21 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 203:23-203:24 | 203 | 23 | 203 | 24 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 204:2-204:3 | 204 | 2 | 204 | 3 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 204:12-204:14 | 204 | 12 | 204 | 14 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 204:16-204:18 | 204 | 16 | 204 | 18 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 204:20-204:22 | 204 | 20 | 204 | 22 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 204:23-205:7 | 204 | 23 | 205 | 7 | Defendant Affirmative | MIL, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 205:8-205:17 | 205 | 8 | 205 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 205:21-205:24 | 205 | 21 | 205 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 206:2-206:13 | 206 | 2 | 206 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 206:17-206:18 | 206 | 17 | 206 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 206:20-206:24 | 206 | 20 | 206 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 206:25-207:5 | 206 | 25 | 207 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 208:22-209:2 | 208 | 22 | 209 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 209:7-209:10 | 209 | 7 | 209 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 209:18-209:21 | 209 | 18 | 209 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 209:22-210:1 | 209 | 22 | 210 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 210:2-210:5 | 210 | 2 | 210 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 210:13-210:18 | 210 | 13 | 210 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 210:19-210:21 | 210 | 19 | 210 | 21 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2025.07.11) | 210:25-211:4 | 210 | 25 | 211 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 211:5-211:10 | 211 | 5 | 211 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 211:11-211:14 | 211 | 11 | 211 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 211:22-212:4 | 211 | 22 | 212 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 212:5-212:8 | 212 | 5 | 212 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 212:9-212:12 | 212 | 9 | 212 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 212:13-212:16 | 212 | 13 | 212 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 216:1-216:3 | 216 | 1 | 216 | 3 | Defendant Affirmative | CC, 402, 403 | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 216:13-216:17 | 216 | 13 | 216 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 216:18-216:19 | 216 | 18 | 216 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 216:22-216:23 | 216 | 22 | 216 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 217:2-217:4 | 217 | 2 | 217 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 217:15-217:20 | 217 | 15 | 217 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 218:5-218:8 | 218 | 5 | 218 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 218:12-218:12 | 218 | 12 | 218 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 218:15-218:19 | 218 | 15 | 218 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 218:22-219:1 | 218 | 22 | 219 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 219:6-219:10 | 219 | 6 | 219 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2025.07.11) | 219:11-219:15 | 219 | 11 | 219 | 15 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2026.04.30) | 6:24-7:1 | 6 | 24 | 7 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 7:6-7:8 | 7 | 6 | 7 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 7:12-7:14 | 7 | 12 | 7 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 7:15-7:17 | 7 | 15 | 7 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 7:21-7:23 | 7 | 21 | 7 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 9:8-9:11 | 9 | 8 | 9 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 11:15-12:11 | 11 | 15 | 12 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 13:17-13:22 | 13 | 17 | 13 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 13:23-13:24 | 13 | 23 | 13 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 14:1-14:7 | 14 | 1 | 14 | 7 | Defendant Affirmative | | 14:8:1-15:2:11 | 14 | 8 | 15 | 2 | 802; ID | | | | | | |
| Chaplin, Ann (2026.04.30) | 16:14-17:7 | 16 | 14 | 17 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 17:8-17:20 | 17 | 8 | 17 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 17:23-18:14 | 17 | 23 | 18 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 18:15-19:1 | 18 | 15 | 19 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 20:7-20:9 | 20 | 7 | 20 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 20:12-20:24 | 20 | 12 | 20 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 20:25-21:2 | 20 | 25 | 21 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 21:3-21:7 | 21 | 3 | 21 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 21:8-21:11 | 21 | 8 | 21 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 21:12-21:14 | 21 | 12 | 21 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 21:16-21:20 | 21 | 16 | 21 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 21:21-21:22 | 21 | 21 | 21 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 22:6-22:11 | 22 | 6 | 22 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 22:12-22:14 | 22 | 12 | 22 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 22:15-23:2 | 22 | 15 | 23 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 23:19-24:2 | 23 | 19 | 24 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 31:4-31:5 | 31 | 4 | 31 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 31:7-31:13 | 31 | 7 | 31 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 31:22-32:2 | 31 | 22 | 32 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 32:3-32:10 | 32 | 3 | 32 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 32:11-32:23 | 32 | 11 | 32 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 32:24-33:1 | 32 | 24 | 33 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 33:2-33:10 | 33 | 2 | 33 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 33:11-33:15 | 33 | 11 | 33 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 33:16-33:19 | 33 | 16 | 33 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 34:1-34:6 | 34 | 1 | 34 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 34:8-34:18 | 34 | 8 | 34 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 34:25-35:12 | 34 | 25 | 35 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 35:21-35:23 | 35 | 21 | 35 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 36:3-36:7 | 36 | 3 | 36 | 7 | Defendant Affirmative | | 36:8:1-36:11:2 | 36 | 8 | 36 | 11 | 104a | | | | | | |
| Chaplin, Ann (2026.04.30) | 37:20-37:21 | 37 | 20 | 37 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 38:13-38:19 | 38 | 13 | 38 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 38:20-38:24 | 38 | 20 | 38 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 38:25-39:5 | 38 | 25 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 39:6-39:12 | 39 | 6 | 39 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 39:14-39:16 | 39 | 14 | 39 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 39:22-39:25 | 39 | 22 | 39 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 40:5-40:8 | 40 | 5 | 40 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 40:9-40:12 | 40 | 9 | 40 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 40:13-40:16 | 40 | 13 | 40 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 40:19-40:19 | 40 | 19 | 40 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 40:20-40:24 | 40 | 20 | 40 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 41:2-41:2 | 41 | 2 | 41 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 41:3-41:8 | 41 | 3 | 41 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 41:16-41:21 | 41 | 16 | 41 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 41:22-41:24 | 41 | 22 | 41 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 42:2-42:8 | 42 | 2 | 42 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 42:9-42:13 | 42 | 9 | 42 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 42:14-42:25 | 42 | 14 | 42 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 43:1-43:3 | 43 | 1 | 43 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 43:5-43:5 | 43 | 5 | 43 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 43:11-43:19 | 43 | 11 | 43 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 43:21-43:25 | 43 | 21 | 43 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 43:21-43:25 | 43 | 21 | 43 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:1-44:5 | 44 | 1 | 44 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:7-44:8 | 44 | 7 | 44 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:9-44:11 | 44 | 9 | 44 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:13-44:13 | 44 | 13 | 44 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:14-44:17 | 44 | 14 | 44 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:19-44:23 | 44 | 19 | 44 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 44:25-45:5 | 44 | 25 | 45 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 45:6-45:10 | 45 | 6 | 45 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 46:1-46:4 | 46 | 1 | 46 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 46:9-46:11 | 46 | 9 | 46 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 47:2-47:3 | 47 | 2 | 47 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 47:7-47:10 | 47 | 7 | 47 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 47:11-47:21 | 47 | 11 | 47 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 47:22-47:24 | 47 | 22 | 47 | 24 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2026.04.30) | 48:5-48:7 | 48 | 5 | 48 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:8-48:11 | 48 | 8 | 48 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:12-48:14 | 48 | 12 | 48 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:15-48:16 | 48 | 15 | 48 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:17-48:19 | 48 | 17 | 48 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:20-48:22 | 48 | 20 | 48 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 48:23-48:24 | 48 | 23 | 48 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:3-49:6 | 49 | 3 | 49 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:6-49:10 | 49 | 6 | 49 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:11-49:12 | 49 | 11 | 49 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:15-49:16 | 49 | 15 | 49 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:17-49:19 | 49 | 17 | 49 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:21-49:22 | 49 | 21 | 49 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 49:23-49:24 | 49 | 23 | 49 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 50:2-50:3 | 50 | 2 | 50 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 51:4-51:9 | 51 | 4 | 51 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 51:10-51:12 | 51 | 10 | 51 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 51:17-51:18 | 51 | 17 | 51 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 51:23-52:7 | 51 | 23 | 52 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 52:8-52:9 | 52 | 8 | 52 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 52:11-52:12 | 52 | 11 | 52 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 52:13-52:14 | 52 | 13 | 52 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 52:17-52:18 | 52 | 17 | 52 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 53:16-53:22 | 53 | 16 | 53 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 53:23-54:2 | 53 | 23 | 54 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 54:3-54:8 | 54 | 3 | 54 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 54:8-54:11 | 54 | 8 | 54 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 54:15-54:16 | 54 | 15 | 54 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 54:17-54:19 | 54 | 17 | 54 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 54:20-55:3 | 54 | 20 | 55 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 55:4-55:7 | 55 | 4 | 55 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 55:11-55:14 | 55 | 11 | 55 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 55:15-55:16 | 55 | 15 | 55 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 55:19-55:23 | 55 | 19 | 55 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 56:1-56:3 | 56 | 1 | 56 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 56:4-56:12 | 56 | 4 | 56 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 56:13-56:21 | 56 | 13 | 56 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 56:22-56:25 | 56 | 22 | 56 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 57:1-57:2 | 57 | 1 | 57 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 57:4-57:11 | 57 | 4 | 57 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 57:14-57:15 | 57 | 14 | 57 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 57:16-57:18 | 57 | 16 | 57 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 58:12-58:20 | 58 | 12 | 58 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 58:21-58:24 | 58 | 21 | 58 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 59:5-59:6 | 59 | 5 | 59 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 59:7-59:9 | 59 | 7 | 59 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 59:10-59:19 | 59 | 10 | 59 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 59:20-60:12 | 59 | 20 | 60 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 60:13-60:23 | 60 | 13 | 60 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 60:24-61:3 | 60 | 24 | 61 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 61:4-61:10 | 61 | 4 | 61 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 61:11-61:14 | 61 | 11 | 61 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 61:22-61:24 | 61 | 22 | 61 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:1-62:3 | 62 | 1 | 62 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:13-62:16 | 62 | 13 | 62 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:18-62:20 | 62 | 18 | 62 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:21-62:22 | 62 | 21 | 62 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:24-62:24 | 62 | 24 | 62 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 62:25-63:2 | 62 | 25 | 63 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 63:5-63:10 | 63 | 5 | 63 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 63:11-63:17 | 63 | 11 | 63 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 63:22-63:23 | 63 | 22 | 63 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 64:1-65:1 | 64 | 1 | 65 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:2-65:3 | 65 | 2 | 65 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:5-65:5 | 65 | 5 | 65 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:6-65:7 | 65 | 6 | 65 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:9-65:9 | 65 | 9 | 65 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:10-65:12 | 65 | 10 | 65 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:13-65:17 | 65 | 13 | 65 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:18-65:24 | 65 | 18 | 65 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 65:25-66:4 | 65 | 25 | 66 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 66:8-66:12 | 66 | 8 | 66 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 66:13-66:16 | 66 | 13 | 66 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 66:17-66:22 | 66 | 17 | 66 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 67:14-67:18 | 67 | 14 | 67 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 67:19-68:2 | 67 | 19 | 68 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 69:2-69:3 | 69 | 2 | 69 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 69:4-69:8 | 69 | 4 | 69 | 8 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2026.04.30) | 69:14-69:21 | 69 | 14 | 69 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 69:22-69:24 | 69 | 22 | 69 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 70:20-71:1 | 70 | 20 | 71 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 71:20-71:21 | 71 | 20 | 71 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 71:22-71:24 | 71 | 22 | 71 | 24 | Defendant Affirmative | | 74:25:1-76:14:1 | 74 | 25 | 76 | 22 | ID; 402; 403; 802; 602; 104a | | | | | | |
| Chaplin, Ann (2026.04.30) | 78:24-79:3 | 78 | 24 | 79 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 79:7-79:16 | 79 | 7 | 79 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 79:17-79:21 | 79 | 17 | 79 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 79:22-79:25 | 79 | 22 | 79 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:1-80:8 | 80 | 1 | 80 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:9-80:11 | 80 | 9 | 80 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:13-80:14 | 80 | 13 | 80 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:15-80:18 | 80 | 15 | 80 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:19-80:21 | 80 | 19 | 80 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 80:23-81:1 | 80 | 23 | 81 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 81:16-81:20 | 81 | 16 | 81 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 81:21-81:23 | 81 | 21 | 81 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 81:25-82:2 | 81 | 25 | 82 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 82:3-82:12 | 82 | 3 | 82 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 82:14-82:15 | 82 | 14 | 82 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 82:17-82:18 | 82 | 17 | 82 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 82:19-83:2 | 82 | 19 | 83 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 83:3-83:8 | 83 | 3 | 83 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 83:10-83:12 | 83 | 10 | 83 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 83:13-83:20 | 83 | 13 | 83 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 83:21-84:2 | 83 | 21 | 84 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 84:3-84:5 | 84 | 3 | 84 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 84:8-84:9 | 84 | 8 | 84 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:4-86:6 | 86 | 4 | 86 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:8-86:10 | 86 | 8 | 86 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:11-86:13 | 86 | 11 | 86 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:16-86:16 | 86 | 16 | 86 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:17-86:24 | 86 | 17 | 86 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 86:25-87:3 | 86 | 25 | 87 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 87:8-87:12 | 87 | 8 | 87 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 88:1-88:9 | 88 | 1 | 88 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 88:10-88:18 | 88 | 10 | 88 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 89:4-89:7 | 89 | 4 | 89 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 89:9-89:12 | 89 | 9 | 89 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 89:13-89:15 | 89 | 13 | 89 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 89:17-89:20 | 89 | 17 | 89 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 89:21-90:1 | 89 | 21 | 90 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 91:10-91:15 | 91 | 10 | 91 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 91:16-91:19 | 91 | 16 | 91 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 91:22-91:25 | 91 | 22 | 91 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 92:1-92:3 | 92 | 1 | 92 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 92:5-92:9 | 92 | 5 | 92 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 95:3-95:6 | 95 | 3 | 95 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 95:9-95:10 | 95 | 9 | 95 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 95:15-95:16 | 95 | 15 | 95 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 95:18-95:22 | 95 | 18 | 95 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 96:21-97:4 | 96 | 21 | 97 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 97:8-97:23 | 97 | 8 | 97 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 98:3-98:10 | 98 | 3 | 98 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 98:11-98:14 | 98 | 11 | 98 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 98:20-99:11 | 98 | 20 | 99 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 99:12-99:16 | 99 | 12 | 99 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 99:17-100:1 | 99 | 17 | 100 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 107:19-107:20 | 107 | 19 | 107 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 107:21-107:25 | 107 | 21 | 107 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 108:4-108:6 | 108 | 4 | 108 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 108:7-108:17 | 108 | 7 | 108 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:10-109:10 | 109 | 10 | 109 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:11-109:14 | 109 | 11 | 109 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:15-109:17 | 109 | 15 | 109 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:18-109:19 | 109 | 18 | 109 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:21-109:24 | 109 | 21 | 109 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 109:25-110:2 | 109 | 25 | 110 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 110:3-110:22 | 110 | 3 | 110 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 111:23-112:7 | 111 | 23 | 112 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 112:10-112:13 | 112 | 10 | 112 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 112:16-112:19 | 112 | 16 | 112 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 112:20-113:3 | 112 | 20 | 113 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 113:11-113:15 | 113 | 11 | 113 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 113:16-113:21 | 113 | 16 | 113 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 113:22-114:3 | 113 | 22 | 114 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 114:4-114:6 | 114 | 4 | 114 | 6 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaplin, Ann (2026.04.30) | 114:8-114:9 | 114 | 8 | 114 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 115:8-115:9 | 115 | 8 | 115 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 115:24-116:5 | 115 | 24 | 116 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 116:6-116:9 | 116 | 6 | 116 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 116:12-116:18 | 116 | 12 | 116 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 116:19-117:1 | 116 | 19 | 117 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 117:2-117:10 | 117 | 2 | 117 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 117:11-117:14 | 117 | 11 | 117 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 117:15-117:23 | 117 | 15 | 117 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 117:24-118:14 | 117 | 24 | 118 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 118:15-118:18 | 118 | 15 | 118 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 118:19-118:22 | 118 | 19 | 118 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 118:23-119:1 | 118 | 23 | 119 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 119:2-119:4 | 119 | 2 | 119 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 119:6-119:8 | 119 | 6 | 119 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 119:9-119:17 | 119 | 9 | 119 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 119:18-119:24 | 119 | 18 | 119 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 121:23-122:4 | 121 | 23 | 122 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 122:5-122:12 | 122 | 5 | 122 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 122:13-122:15 | 122 | 13 | 122 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 122:21-123:5 | 122 | 21 | 123 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 123:8-123:14 | 123 | 8 | 123 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 123:24-124:13 | 123 | 24 | 124 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 124:22-125:6 | 124 | 22 | 125 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 125:9-125:17 | 125 | 9 | 125 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 125:18-125:25 | 125 | 18 | 125 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 126:9-126:17 | 126 | 9 | 126 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 126:22-126:25 | 126 | 22 | 126 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 127:1-127:6 | 127 | 1 | 127 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 127:7-127:8 | 127 | 7 | 127 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 127:10-127:10 | 127 | 10 | 127 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 127:21-127:25 | 127 | 21 | 127 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 128:1-128:5 | 128 | 1 | 128 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 128:6-128:12 | 128 | 6 | 128 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 128:13-128:17 | 128 | 13 | 128 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 128:18-129:1 | 128 | 18 | 129 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 129:4-129:7 | 129 | 4 | 129 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Chaplin, Ann (2026.04.30) | 129:15-129:23 | 129 | 15 | 129 | 23 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cochron, Larissa | 10:16-10:18 | 10 | 16 | 10 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 11:2-11:4 | 11 | 2 | 11 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 11:10-11:13 | 11 | 10 | 11 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 13:2-13:4 | 13 | 2 | 13 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 13:6-14:1 | 13 | 6 | 14 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 33:5-33:20 | 33 | 5 | 33 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 34:1-34:22 | 34 | 1 | 34 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 35:11-36:2 | 35 | 11 | 36 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 37:21-38:3 | 37 | 21 | 38 | 3 | Defendant Affirmative | | | | | | | 802 | | | | | | |
| Cochron, Larissa | 38:20-39:8 | 38 | 20 | 39 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 59:3-59:15 | 59 | 3 | 59 | 15 | Defendant Affirmative | | | | | | | | 129:16-18 | 129 | 16 | 129 | 18 | |
| Cochron, Larissa | 59:17-60:14 | 59 | 17 | 60 | 14 | Defendant Affirmative | | | | | | | | 130:3-5 | 130 | 3 | 130 | 5 | |
| Cochron, Larissa | 78:12-78:16 | 78 | 12 | 78 | 16 | Defendant Affirmative | | | | | | | | 132:7-13 | 132 | 7 | 132 | 13 | |
| Cochron, Larissa | 78:18-79:9 | 78 | 18 | 79 | 9 | Defendant Affirmative | | | | | | | | 133:2-6 | 133 | 2 | 133 | 6 | |
| Cochron, Larissa | 84:22-85:3 | 84 | 22 | 85 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 85:5-85:10 | 85 | 5 | 85 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 93:11-94:10 | 93 | 11 | 94 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 94:11-95:3 | 94 | 11 | 95 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 95:9-96:19 | 95 | 9 | 96 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 98:15-99:8 | 98 | 15 | 99 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 99:17-100:6 | 99 | 17 | 100 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 100:8-100:15 | 100 | 8 | 100 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 102:19-102:22 | 102 | 19 | 102 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 103:1-103:4 | 103 | 1 | 103 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 103:7-103:12 | 103 | 7 | 103 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 103:14-104:13 | 103 | 14 | 104 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 104:15-104:19 | 104 | 15 | 104 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 105:1-105:6 | 105 | 1 | 105 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 105:10-105:12 | 105 | 10 | 105 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 105:15-105:22 | 105 | 15 | 105 | 22 | Defendant Affirmative | | | | | | | | 144:17-145:6 | 144 | 17 | 145 | 6 | |
| Cochron, Larissa | 106:1-106:9 | 106 | 1 | 106 | 9 | Defendant Affirmative | | | | | | | | 145:7-11 | 145 | 7 | 145 | 11 | |
| Cochron, Larissa | 107:18-107:19 | 107 | 18 | 107 | 19 | Defendant Affirmative | | | | | | | | 145:19-20 | 145 | 19 | 145 | 20 | |
| Cochron, Larissa | 107:21-108:7 | 107 | 21 | 108 | 7 | Defendant Affirmative | | | | | | | | 145:21-146:1 | 145 | 21 | 146 | 1 | |
| Cochron, Larissa | 108:8-108:15 | 108 | 8 | 108 | 15 | Defendant Affirmative | | | | | | | | 146:4-5 | 146 | 4 | 146 | 5 | |
| Cochron, Larissa | 108:16-108:21 | 108 | 16 | 108 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 109:14-110:1 | 109 | 14 | 110 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 114:8-114:13 | 114 | 8 | 114 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 114:16-114:19 | 114 | 16 | 114 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 114:21-114:21 | 114 | 21 | 114 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 114:22-115:8 | 114 | 22 | 115 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 115:9-115:11 | 115 | 9 | 115 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 115:14-115:16 | 115 | 14 | 115 | 16 | Defendant Affirmative | | 115:18:1-116:12:8 | 115 | 18 | 116 | 12 | | | | | | | |
| Cochron, Larissa | 116:15-116:21 | 116 | 15 | 116 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 116:22-117:9 | 116 | 22 | 117 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 117:10-117:10 | 117 | 10 | 117 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 117:11-117:19 | 117 | 11 | 117 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 117:20-118:4 | 117 | 20 | 118 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 118:5-118:13 | 118 | 5 | 118 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 118:14-118:14 | 118 | 14 | 118 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 118:15-118:16 | 118 | 15 | 118 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 119:14-119:18 | 119 | 14 | 119 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 119:19-120:16 | 119 | 19 | 120 | 16 | Defendant Affirmative | | 120:17:1-120:20:8 | 120 | 17 | 120 | 20 | | | | | | | |
| Cochron, Larissa | 120:21-120:22 | 120 | 21 | 120 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 121:1-121:5 | 121 | 1 | 121 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 121:6-121:10 | 121 | 6 | 121 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 123:11-123:14 | 123 | 11 | 123 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 123:15-124:5 | 123 | 15 | 124 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 125:5-125:20 | 125 | 5 | 125 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 126:5-126:17 | 126 | 5 | 126 | 17 | Defendant Affirmative | | 126:19:1-127:4:8 | 126 | 19 | 127 | 4 | | | | | | | |
| Cochron, Larissa | | | | | | | | 127:6:1-127:17:7 | 127 | 6 | 127 | 17 | | | | | | | |
| Cochron, Larissa | | | | | | | | 128:16:1-128:20:2 | 128 | 16 | 128 | 20 | | | | | | | |
| Cochron, Larissa | | | | | | | | 128:22:1-129:15:2 | 128 | 22 | 129 | 15 | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cochron, Larissa | 134:9-134:22 | 134 | 9 | 134 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 135:1-135:18 | 135 | 1 | 135 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 137:17-138:10 | 137 | 17 | 138 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 139:12-139:15 | 139 | 12 | 139 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 139:16-139:22 | 139 | 16 | 139 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:1-140:3 | 140 | 1 | 140 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:7-140:9 | 140 | 7 | 140 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:11-140:12 | 140 | 11 | 140 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:14-140:15 | 140 | 14 | 140 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:16-140:16 | 140 | 16 | 140 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:18-140:19 | 140 | 18 | 140 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 140:21-140:21 | 140 | 21 | 140 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 141:1-141:2 | 141 | 1 | 141 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 141:14-141:17 | 141 | 14 | 141 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 144:4-144:7 | 144 | 4 | 144 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 144:9-144:14 | 144 | 9 | 144 | 14 | Defendant Affirmative | | 144:15:1-144:16:6 | 144 | 15 | 144 | 16 | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | | | | | | | | | | | | | | | | | | | |
| Cochron, Larissa | 148:12-148:19 | 148 | 12 | 148 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 148:21-149:5 | 148 | 21 | 149 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 149:8-149:9 | 149 | 8 | 149 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 149:11-149:21 | 149 | 11 | 149 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 149:22-150:13 | 149 | 22 | 150 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 150:20-150:22 | 150 | 20 | 150 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 151:5-151:8 | 151 | 5 | 151 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 158:16-158:20 | 158 | 16 | 158 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 159:6-159:9 | 159 | 6 | 159 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 159:11-160:4 | 159 | 11 | 160 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 160:6-160:6 | 160 | 6 | 160 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 160:8-160:11 | 160 | 8 | 160 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 160:12-160:16 | 160 | 12 | 160 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 163:1-163:4 | 163 | 1 | 163 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 163:6-163:14 | 163 | 6 | 163 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 165:22-166:18 | 165 | 22 | 166 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 167:10-167:13 | 167 | 10 | 167 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 167:14-167:20 | 167 | 14 | 167 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 168:4-168:11 | 168 | 4 | 168 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 168:13-169:8 | 168 | 13 | 169 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 170:11-171:6 | 170 | 11 | 171 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 171:9-172:3 | 171 | 9 | 172 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 172:5-172:7 | 172 | 5 | 172 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 172:9-172:14 | 172 | 9 | 172 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 176:8-176:10 | 176 | 8 | 176 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 176:14-177:5 | 176 | 14 | 177 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 177:14-178:9 | 177 | 14 | 178 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 178:12-178:12 | 178 | 12 | 178 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 178:14-178:15 | 178 | 14 | 178 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 179:19-180:1 | 179 | 19 | 180 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 180:4-180:7 | 180 | 4 | 180 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 180:9-180:17 | 180 | 9 | 180 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 182:6-183:19 | 182 | 6 | 183 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 183:20-184:14 | 183 | 20 | 184 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 185:6-185:8 | 185 | 6 | 185 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 185:12-185:12 | 185 | 12 | 185 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 185:14-186:4 | 185 | 14 | 186 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 192:10-192:20 | 192 | 10 | 192 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 193:5-193:6 | 193 | 5 | 193 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 193:8-193:21 | 193 | 8 | 193 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 194:2-194:12 | 194 | 2 | 194 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 194:15-194:16 | 194 | 15 | 194 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 195:11-195:15 | 195 | 11 | 195 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 195:17-197:2 | 195 | 17 | 197 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 197:13-197:17 | 197 | 13 | 197 | 17 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cochron, Larissa | 197:19-197:21 | 197 | 19 | 197 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 197:22-198:3 | 197 | 22 | 198 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 198:5-198:13 | 198 | 5 | 198 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 198:15-198:17 | 198 | 15 | 198 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 200:12-202:1 | 200 | 12 | 202 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 202:3-202:8 | 202 | 3 | 202 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 205:2-205:8 | 205 | 2 | 205 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 205:12-205:13 | 205 | 12 | 205 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 231:20-232:2 | 231 | 20 | 232 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 233:21-234:8 | 233 | 21 | 234 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 234:11-234:11 | 234 | 11 | 234 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Cochron, Larissa | 234:13-234:19 | 234 | 13 | 234 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dragicevich, Mark | 6:5-6:7 | 6 | 5 | 6 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 6:13-6:15 | 6 | 13 | 6 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 40:25-41:5 | 40 | 25 | 41 | 5 | Defendant Affirmative | 104a, 402, 403, 802 | 40:18-40:21 | 40 | 18 | 40 | 21 | | | | | | | |
| Dragicevich, Mark | | | | | | | | 40:23-40:23 | 40 | 23 | 40 | 23 | | | | | | | |
| Dragicevich, Mark | 41:7-41:11 | 41 | 7 | 41 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 41:13-41:15 | 41 | 13 | 41 | 15 | Defendant Affirmative | 106, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 41:17-41:18 | 41 | 17 | 41 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 41:20-41:23 | 41 | 20 | 41 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 42:13-42:14 | 42 | 13 | 42 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 42:16-42:16 | 42 | 16 | 42 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 42:18-43:2 | 42 | 18 | 43 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 43:4-43:5 | 43 | 4 | 43 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 43:10-43:21 | 43 | 10 | 43 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 43:23-43:25 | 43 | 23 | 43 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 44:2-44:12 | 44 | 2 | 44 | 12 | Defendant Affirmative | ID | | | | | | | | | | | | |
| Dragicevich, Mark | 44:14-44:15 | 44 | 14 | 44 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 44:17-45:10 | 44 | 17 | 45 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 45:12-45:14 | 45 | 12 | 45 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 45:16-46:5 | 45 | 16 | 46 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 46:9-46:13 | 46 | 9 | 46 | 13 | Defendant Affirmative | O, V, 402, 403 | | | | | | | | | | | | |
| Dragicevich, Mark | 46:15-46:15 | 46 | 15 | 46 | 15 | Defendant Affirmative | O, V, 402, 403 | | | | | | | | | | | | |
| Dragicevich, Mark | 46:21-47:3 | 46 | 21 | 47 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 47:5-47:9 | 47 | 5 | 47 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 47:11-47:16 | 47 | 11 | 47 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 47:22-48:4 | 47 | 22 | 48 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 48:6-48:8 | 48 | 6 | 48 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 48:10-48:14 | 48 | 10 | 48 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 49:10-50:3 | 49 | 10 | 50 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 51:13-51:15 | 51 | 13 | 51 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 51:17-51:17 | 51 | 17 | 51 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 51:19-51:23 | 51 | 19 | 51 | 23 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 51:25-52:1 | 51 | 25 | 52 | 1 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 52:3-52:11 | 52 | 3 | 52 | 11 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Dragicevich, Mark | 52:12-53:3 | 52 | 12 | 53 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 53:4-53:22 | 53 | 4 | 53 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 54:20-55:5 | 54 | 20 | 55 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 55:7-55:8 | 55 | 7 | 55 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 55:10-55:23 | 55 | 10 | 55 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 55:25-55:25 | 55 | 25 | 55 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 56:24-58:19 | 56 | 24 | 58 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 58:21-58:23 | 58 | 21 | 58 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 58:25-59:1 | 58 | 25 | 59 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:3-59:5 | 59 | 3 | 59 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:7-59:10 | 59 | 7 | 59 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:11-59:11 | 59 | 11 | 59 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:13-59:17 | 59 | 13 | 59 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:18-59:18 | 59 | 18 | 59 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 59:21-59:23 | 59 | 21 | 59 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 60:1-60:15 | 60 | 1 | 60 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 60:17-60:20 | 60 | 17 | 60 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 60:22-60:22 | 60 | 22 | 60 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 60:24-60:25 | 60 | 24 | 60 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 61:2-64:1 | 61 | 2 | 64 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 64:5-64:6 | 64 | 5 | 64 | 6 | Defendant Affirmative | 106, 402, 403 | | | | | | | | | | | | |
| Dragicevich, Mark | 64:8-64:11 | 64 | 8 | 64 | 11 | Defendant Affirmative | 106, 402, 403 | | | | | | | | | | | | |
| Dragicevich, Mark | 73:9-74:19 | 73 | 9 | 74 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 74:23-74:24 | 74 | 23 | 74 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 75:2-75:4 | 75 | 2 | 75 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 75:6-75:7 | 75 | 6 | 75 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 75:9-75:11 | 75 | 9 | 75 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 75:20-75:24 | 75 | 20 | 75 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Dragicevich, Mark | 76:6-76:14 | 76 | 6 | 76 | 14 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Golden, Jeff | 6:6-6:8 | 6 | 6 | 6 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 6:12-6:16 | 6 | 12 | 6 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 6:24-7:5 | 6 | 24 | 7 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 8:10-9:4 | 8 | 10 | 9 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 12:14-12:14 | 12 | 14 | 12 | 14 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Golden, Jeff | 12:16-12:17 | 12 | 16 | 12 | 17 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Golden, Jeff | 12:19-12:20 | 12 | 19 | 12 | 20 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Golden, Jeff | 12:22-12:23 | 12 | 22 | 12 | 23 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Golden, Jeff | 12:25-13:7 | 12 | 25 | 13 | 7 | Defendant Affirmative | 402, 403 | 13:8-13:21 | 13 | 8 | 13 | 21 | | | | | | | |
| Golden, Jeff | | | | | | | | 14:6-14:9 | 14 | 6 | 14 | 9 | | | | | | | |
| Golden, Jeff | 14:10-14:13 | 14 | 10 | 14 | 13 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 14:15-15:10 | 14 | 15 | 15 | 10 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 15:17-16:6 | 15 | 17 | 16 | 6 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 16:7-16:8 | 16 | 7 | 16 | 8 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 17:16-17:18 | 17 | 16 | 17 | 18 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 17:19-17:23 | 17 | 19 | 17 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 17:24-17:25 | 17 | 24 | 17 | 25 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 18:2-18:6 | 18 | 2 | 18 | 6 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 19:9-19:10 | 19 | 9 | 19 | 10 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 19:12-19:14 | 19 | 12 | 19 | 14 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 19:16-19:20 | 19 | 16 | 19 | 20 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 20:2-20:17 | 20 | 2 | 20 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 21:3-21:9 | 21 | 3 | 21 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 21:10-22:15 | 21 | 10 | 22 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 22:16-22:16 | 22 | 16 | 22 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 23:1-23:8 | 23 | 1 | 23 | 8 | Defendant Affirmative | | 23:9-23:25 | 23 | 9 | 23 | 25 | | | | | | | |
| Golden, Jeff | 24:5-25:20 | 24 | 5 | 25 | 20 | Defendant Affirmative | | 24:1-24:4 | 24 | 1 | 24 | 4 | | | | | | | |
| Golden, Jeff | 26:2-26:10 | 26 | 2 | 26 | 10 | Defendant Affirmative | | 26:11-26:15 | 26 | 11 | 26 | 15 | | | | | | | |
| Golden, Jeff | 26:23-27:2 | 26 | 23 | 27 | 2 | Defendant Affirmative | | 27:3-27:17 | 27 | 3 | 27 | 17 | | | | | | | |
| Golden, Jeff | 27:18-27:20 | 27 | 18 | 27 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 27:22-27:22 | 27 | 22 | 27 | 22 | Defendant Affirmative | | 27:24-27:25 | 27 | 24 | 27 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 28:1-28:7 | 28 | 1 | 28 | 7 | NR; 104a; 402; 403; 602 | | | | | | |
| Golden, Jeff | 28:8-28:9 | 28 | 8 | 28 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 28:11-28:13 | 28 | 11 | 28 | 13 | Defendant Affirmative | | 28:15-28:25 | 28 | 15 | 28 | 25 | NR; 104a; 402; 403; 602 | | | | | | |
| Golden, Jeff | | | | | | | | 29:1-29:21 | 29 | 1 | 29 | 21 | NR; 104a; 402; 403; 602 | 9:16-10:2 | 9 | 16 | 10 | 2 | |
| Golden, Jeff | 29:25-30:9 | 29 | 25 | 30 | 9 | Defendant Affirmative | | 30:10-30:25 | 30 | 10 | 30 | 25 | NR; 402; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 31:1-31:1 | 31 | 1 | 31 | 1 | NR; 402; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 31:3-31:21 | 31 | 3 | 31 | 21 | NR; 402; 403 | | | | | | |
| Golden, Jeff | 31:22-32:4 | 31 | 22 | 32 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 32:6-33:7 | 32 | 6 | 33 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 33:8-33:11 | 33 | 8 | 33 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 33:12-33:13 | 33 | 12 | 33 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 33:14-34:7 | 33 | 14 | 34 | 7 | Defendant Affirmative | | 34:13-34:25 | 34 | 13 | 34 | 25 | NR; O; V; 402; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 35:1-35:25 | 35 | 1 | 35 | 25 | NR; O; V; 402; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 36:1-36:20 | 36 | 1 | 36 | 20 | NR; O; V; 402; 403 | | | | | | |
| Golden, Jeff | 36:21-37:7 | 36 | 21 | 37 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 37:14-38:10 | 37 | 14 | 38 | 10 | Defendant Affirmative | | 39:18-39:23 | 39 | 18 | 39 | 23 | | | | | | | |
| Golden, Jeff | | | | | | | | 39:25-39:25 | 39 | 25 | 39 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 40:1-40:6 | 40 | 1 | 40 | 6 | | | | | | | |
| Golden, Jeff | 40:7-41:3 | 40 | 7 | 41 | 3 | Defendant Affirmative | | 41:4-41:25 | 41 | 4 | 41 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 42:1-42:1 | 42 | 1 | 42 | 1 | | | | | | | |
| Golden, Jeff | | | | | | | | 42:3-42:5 | 42 | 3 | 42 | 5 | | | | | | | |
| Golden, Jeff | 42:6-42:8 | 42 | 6 | 42 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 43:3-43:11 | 43 | 3 | 43 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 43:12-43:18 | 43 | 12 | 43 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 43:19-44:3 | 43 | 19 | 44 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 44:4-44:10 | 44 | 4 | 44 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 44:14-45:5 | 44 | 14 | 45 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 45:9-45:23 | 45 | 9 | 45 | 23 | Defendant Affirmative | | 46:16-46:25 | 46 | 16 | 46 | 25 | 104a; 402; 403 | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Golden, Jeff | | | | | | | | 47:1-47:10 | 47 | 1 | 47 | 10 | 104a; 402; 403 | | | | | | |
| Golden, Jeff | 47:11-47:15 | 47 | 11 | 47 | 15 | Defendant Affirmative | | 48:2-48:20 | 48 | 2 | 48 | 20 | NR; V; O; 104a; 402; 403; 602 | | | | | | |
| Golden, Jeff | | | | | | | | 48:22-48:25 | 48 | 22 | 48 | 25 | NR; V; O; 104a; 402; 403; 602 | | | | | | |
| Golden, Jeff | | | | | | | | 49:1-49:3 | 49 | 1 | 49 | 3 | NR; V; O; 104a; 402; 403; 602 | | | | | | |
| Golden, Jeff | 49:5-49:13 | 49 | 5 | 49 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 50:12-50:17 | 50 | 12 | 50 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 50:20-50:23 | 50 | 20 | 50 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 50:24-51:24 | 50 | 24 | 51 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 51:25-52:3 | 51 | 25 | 52 | 3 | Defendant Affirmative | | 52:4-52:25 | 52 | 4 | 52 | 25 | NR; O; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 53:1-53:25 | 53 | 1 | 53 | 25 | NR; O; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 54:1-54:10 | 54 | 1 | 54 | 10 | NR; O; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 54:14-54:17 | 54 | 14 | 54 | 17 | | | | | | | |
| Golden, Jeff | 54:18-55:6 | 54 | 18 | 55 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 55:7-55:10 | 55 | 7 | 55 | 10 | Defendant Affirmative | | 55:15-55:21 | 55 | 15 | 55 | 21 | NR; V | | | | | | |
| Golden, Jeff | 55:22-56:4 | 55 | 22 | 56 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 56:5-56:7 | 56 | 5 | 56 | 7 | Defendant Affirmative | | 56:8-56:10 | 56 | 8 | 56 | 10 | | | | | | | |
| Golden, Jeff | | | | | | | | 56:12-56:25 | 56 | 12 | 56 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 57:1-57:6 | 57 | 1 | 57 | 6 | | | | | | | |
| Golden, Jeff | 57:10-58:8 | 57 | 10 | 58 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 58:9-58:25 | 58 | 9 | 58 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 59:1-59:4 | 59 | 1 | 59 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 59:22-60:21 | 59 | 22 | 60 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 60:22-61:7 | 60 | 22 | 61 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 61:8-62:25 | 61 | 8 | 62 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 63:2-63:3 | 63 | 2 | 63 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 63:9-63:12 | 63 | 9 | 63 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 63:13-63:15 | 63 | 13 | 63 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 63:17-63:19 | 63 | 17 | 63 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 64:4-64:6 | 64 | 4 | 64 | 6 | Defendant Affirmative | | 64:7-64:12 | 64 | 7 | 64 | 12 | | | | | | | |
| Golden, Jeff | 64:19-65:7 | 64 | 19 | 65 | 7 | Defendant Affirmative | | 65:8-65:17 | 65 | 8 | 65 | 17 | | | | | | | |
| Golden, Jeff | 65:18-66:3 | 65 | 18 | 66 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 66:6-66:11 | 66 | 6 | 66 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 66:14-66:15 | 66 | 14 | 66 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 66:17-66:18 | 66 | 17 | 66 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 66:20-68:15 | 66 | 20 | 68 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 70:12-70:19 | 70 | 12 | 70 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 70:20-70:23 | 70 | 20 | 70 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 71:2-71:4 | 71 | 2 | 71 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 71:5-73:2 | 71 | 5 | 73 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 73:5-73:8 | 73 | 5 | 73 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 73:10-73:12 | 73 | 10 | 73 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 73:13-73:25 | 73 | 13 | 73 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 74:10-74:12 | 74 | 10 | 74 | 12 | Defendant Affirmative | | 74:13-74:19 | 74 | 13 | 74 | 19 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | 75:3-75:21 | 75 | 3 | 75 | 21 | Defendant Affirmative | | 75:22-75:25 | 75 | 22 | 75 | 25 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 76:1-76:1 | 76 | 1 | 76 | 1 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 76:3-76:18 | 76 | 3 | 76 | 18 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 76:22-77:2 | 76 | 22 | 77 | 2 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 77:4-77:25 | 77 | 4 | 77 | 25 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | | | | | | | | 78:1-78:15 | 78 | 1 | 78 | 15 | NR; O; V; 403 | | | | | | |
| Golden, Jeff | 78:16-78:25 | 78 | 16 | 78 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 79:3-79:6 | 79 | 3 | 79 | 6 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 79:8-79:13 | 79 | 8 | 79 | 13 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 79:14-79:23 | 79 | 14 | 79 | 23 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Golden, Jeff | 82:20-83:20 | 82 | 20 | 83 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 83:21-84:9 | 83 | 21 | 84 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 84:10-84:13 | 84 | 10 | 84 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 84:15-84:17 | 84 | 15 | 84 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 84:19-84:24 | 84 | 19 | 84 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 84:25-85:18 | 84 | 25 | 85 | 18 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Golden, Jeff | 86:23-87:7 | 86 | 23 | 87 | 7 | Defendant Affirmative | | 87:10-87:25 | 87 | 10 | 87 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 88:1-88:1 | 88 | 1 | 88 | 1 | | | | | | | |
| Golden, Jeff | 88:2-88:21 | 88 | 2 | 88 | 21 | Defendant Affirmative | | 88:22-88:25 | 88 | 22 | 88 | 25 | | | | | | | |
| Golden, Jeff | | | | | | | | 89:1-89:21 | 89 | 1 | 89 | 21 | | | | | | | |
| Golden, Jeff | 89:22-90:2 | 89 | 22 | 90 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 90:3-90:10 | 90 | 3 | 90 | 10 | Defendant Affirmative | | 90:11-90:21 | 90 | 11 | 90 | 21 | | | | | | | |
| Golden, Jeff | 90:22-91:1 | 90 | 22 | 91 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 91:2-91:5 | 91 | 2 | 91 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 91:6-91:19 | 91 | 6 | 91 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 91:20-92:9 | 91 | 20 | 92 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 92:10-92:23 | 92 | 10 | 92 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 92:25-93:11 | 92 | 25 | 93 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 93:13-93:23 | 93 | 13 | 93 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 93:24-94:3 | 93 | 24 | 94 | 3 | Defendant Affirmative | | 94:9-94:12 | 94 | 9 | 94 | 12 | | | | | | | |
| Golden, Jeff | | | | | | | | 94:14-94:21 | 94 | 14 | 94 | 21 | | | | | | | |
| Golden, Jeff | 95:5-95:7 | 95 | 5 | 95 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 95:9-95:10 | 95 | 9 | 95 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 95:12-95:18 | 95 | 12 | 95 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 96:9-96:11 | 96 | 9 | 96 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 96:13-96:14 | 96 | 13 | 96 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 97:1-97:3 | 97 | 1 | 97 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 97:6-97:8 | 97 | 6 | 97 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 97:21-98:7 | 97 | 21 | 98 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 98:25-99:12 | 98 | 25 | 99 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 99:13-99:20 | 99 | 13 | 99 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 99:21-99:24 | 99 | 21 | 99 | 24 | Defendant Affirmative | | 100:3-100:19 | 100 | 3 | 100 | 19 | | | | | | | |
| Golden, Jeff | 100:20-101:18 | 100 | 20 | 101 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 101:19-102:1 | 101 | 19 | 102 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Golden, Jeff | 102:2-102:6 | 102 | 2 | 102 | 6 | Defendant Affirmative | | 102:16-102:19 | 102 | 16 | 102 | 19 | | | | | | | |
| Golden, Jeff | | | | | | | | 102:23-102:25 | 102 | 23 | 102 | 25 | 104a; 402; 403; 602; V; O | | | | | | |
| Golden, Jeff | | | | | | | | 103:1-103:25 | 103 | 1 | 103 | 25 | 104a; 402; 403; 602; V; O | | | | | | |
| Golden, Jeff | | | | | | | | 104:1-104:24 | 104 | 1 | 104 | 24 | 104a; 402; 403; 602; V; O | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gulati, Manu (22-1146) | 8:1-8:3 | 8 | 1 | 8 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 8:7-8:11 | 8 | 7 | 8 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 8:15-8:25 | 8 | 15 | 8 | 25 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 18:24-19:6 | 18 | 24 | 19 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 34:21-35:19 | 34 | 21 | 35 | 19 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 37:14-38:3 | 37 | 14 | 38 | 3 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 38:7-38:19 | 38 | 7 | 38 | 19 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 40:14-40:16 | 40 | 14 | 40 | 16 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 63:15-64:12 | 63 | 15 | 64 | 12 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 163:12-163:22 | 163 | 12 | 163 | 22 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 198:4-199:7 | 198 | 4 | 199 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 211:21-211:22 | 211 | 21 | 211 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Gulati, Manu (22-1146) | 211:24-213:22 | 211 | 24 | 213 | 22 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeon, James | 6:4-6:6 | 6 | 4 | 6 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 6:15-6:21 | 6 | 15 | 6 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 6:24-7:4 | 6 | 24 | 7 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 15:24-16:11 | 15 | 24 | 16 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 16:14-16:16 | 16 | 14 | 16 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 22:9-22:10 | 22 | 9 | 22 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 23:2-23:13 | 23 | 2 | 23 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 23:14-24:13 | 23 | 14 | 24 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 26:14-26:21 | 26 | 14 | 26 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 32:15-33:1 | 32 | 15 | 33 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 34:14-34:20 | 34 | 14 | 34 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 35:14-35:17 | 35 | 14 | 35 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 35:21-36:5 | 35 | 21 | 36 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 37:23-38:13 | 37 | 23 | 38 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 38:14-38:15 | 38 | 14 | 38 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 38:17-39:23 | 38 | 17 | 39 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 40:2-40:10 | 40 | 2 | 40 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 41:3-42:25 | 41 | 3 | 42 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 43:2-43:3 | 43 | 2 | 43 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 43:4-43:8 | 43 | 4 | 43 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 43:10-44:22 | 43 | 10 | 44 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 44:25-45:24 | 44 | 25 | 45 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 45:25-46:2 | 45 | 25 | 46 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 46:4-46:14 | 46 | 4 | 46 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 48:2-48:4 | 48 | 2 | 48 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 48:6-48:16 | 48 | 6 | 48 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 49:11-50:1 | 49 | 11 | 50 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 52:25-53:5 | 52 | 25 | 53 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 53:6-53:12 | 53 | 6 | 53 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 54:1-56:7 | 54 | 1 | 56 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 56:9-56:14 | 56 | 9 | 56 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 56:25-57:6 | 56 | 25 | 57 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 61:11-61:15 | 61 | 11 | 61 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 62:12-62:14 | 62 | 12 | 62 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 62:17-62:24 | 62 | 17 | 62 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 63:1-63:5 | 63 | 1 | 63 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 63:6-63:10 | 63 | 6 | 63 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 64:9-64:14 | 64 | 9 | 64 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 64:15-64:21 | 64 | 15 | 64 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 68:3-68:9 | 68 | 3 | 68 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 69:22-70:21 | 69 | 22 | 70 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 70:22-70:25 | 70 | 22 | 70 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 71:18-71:25 | 71 | 18 | 71 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 73:18-73:25 | 73 | 18 | 73 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 74:2-74:4 | 74 | 2 | 74 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 90:21-90:22 | 90 | 21 | 90 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Jeon, James | 90:25-91:7 | 90 | 25 | 91 | 7 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kanapathipillai, Pradeep (22-1146) | 6:6-6:8 | 6 | 6 | 6 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Kanapathipillai, Pradeep (22-1146) | 6:11-6:13 | 6 | 11 | 6 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Kanapathipillai, Pradeep (22-1146) | 6:17-6:21 | 6 | 17 | 6 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Kanapathipillai, Pradeep (22-1146) | 13:22-14:2 | 13 | 22 | 14 | 2 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Kanapathipillai, Pradeep (22-1146) | 14:17-15:8 | 14 | 17 | 15 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Kanapathipillai, Pradeep (22-1146) | 27:22-27:23 | 27 | 22 | 27 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2025.07.10) | 8:4-8:6 | 8 | 4 | 8 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 8:9-8:13 | 8 | 9 | 8 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 8:17-9:3 | 8 | 17 | 9 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 9:4-9:5 | 9 | 4 | 9 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 9:9-9:20 | 9 | 9 | 9 | 20 | Defendant Affirmative | | 9:21-9:22 | 9 | 21 | 9 | 22 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 10:6-10:7 | 10 | 6 | 10 | 7 | | | | | | | |
| Malladi, Durga (2025.07.10) | 10:8-10:18 | 10 | 8 | 10 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 10:20-10:25 | 10 | 20 | 10 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 12:13-12:18 | 12 | 13 | 12 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 12:20-12:22 | 12 | 20 | 12 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 12:23-13:14 | 12 | 23 | 13 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 13:17-13:20 | 13 | 17 | 13 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 15:4-15:14 | 15 | 4 | 15 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 16:7-16:12 | 16 | 7 | 16 | 12 | Defendant Affirmative | | 16:20-16:22 | 16 | 20 | 16 | 22 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 17:2-17:7 | 17 | 2 | 17 | 7 | | | | | | | |
| Malladi, Durga (2025.07.10) | 17:13-18:6 | 17 | 13 | 18 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 19:19-19:21 | 19 | 19 | 19 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 19:23-20:5 | 19 | 23 | 20 | 5 | Defendant Affirmative | | 20:6-20:15 | 20 | 6 | 20 | 15 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 20:17-20:18 | 20 | 17 | 20 | 18 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 20:19-20:21 | 20 | 19 | 20 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 21:1-21:3 | 21 | 1 | 21 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 21:13-21:14 | 21 | 13 | 21 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 21:16-21:19 | 21 | 16 | 21 | 19 | Defendant Affirmative | | 22:1-22:6 | 22 | 1 | 22 | 6 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 22:12-22:20 | 22 | 12 | 22 | 20 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 22:22-22:25 | 22 | 22 | 22 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 23:1-23:17 | 23 | 1 | 23 | 17 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 23:19-23:24 | 23 | 19 | 23 | 24 | | | | | | | |
| Malladi, Durga (2025.07.10) | 23:25-24:5 | 23 | 25 | 24 | 5 | Defendant Affirmative | | 24:6-24:25 | 24 | 6 | 24 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 25:2-25:15 | 25 | 2 | 25 | 15 | | | | | | | |
| Malladi, Durga (2025.07.10) | 25:16-25:22 | 25 | 16 | 25 | 22 | Defendant Affirmative | | 25:23-25:23 | 25 | 23 | 25 | 23 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 25:25-25:25 | 25 | 25 | 25 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 26:1-26:7 | 26 | 1 | 26 | 7 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 26:9-26:15 | 26 | 9 | 26 | 15 | | | | | | | |
| Malladi, Durga (2025.07.10) | 26:16-26:24 | 26 | 16 | 26 | 24 | Defendant Affirmative | | 27:4-27:6 | 27 | 4 | 27 | 6 | | | | | | | |
| Malladi, Durga (2025.07.10) | 27:7-27:8 | 27 | 7 | 27 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 27:10-28:1 | 27 | 10 | 28 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 28:3-28:16 | 28 | 3 | 28 | 16 | Defendant Affirmative | | 28:20-28:25 | 28 | 20 | 28 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 29:1-29:4 | 29 | 1 | 29 | 4 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 29:6-29:18 | 29 | 6 | 29 | 18 | | | | | | | |
| Malladi, Durga (2025.07.10) | 29:19-30:20 | 29 | 19 | 30 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 30:22-31:4 | 30 | 22 | 31 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 31:6-31:11 | 31 | 6 | 31 | 11 | Defendant Affirmative | | 31:12-31:19 | 31 | 12 | 31 | 19 | | | | | | | |
| Malladi, Durga (2025.07.10) | 31:20-31:21 | 31 | 20 | 31 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 31:23-31:24 | 31 | 23 | 31 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 32:3-32:6 | 32 | 3 | 32 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 32:10-32:10 | 32 | 10 | 32 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 33:4-33:6 | 33 | 4 | 33 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 33:8-33:12 | 33 | 8 | 33 | 12 | Defendant Affirmative | | 33:13-33:15 | 33 | 13 | 33 | 15 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 33:17-33:19 | 33 | 17 | 33 | 19 | | | | | | | |
| Malladi, Durga (2025.07.10) | 33:20-34:1 | 33 | 20 | 34 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 34:2-34:3 | 34 | 2 | 34 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 34:5-35:10 | 34 | 5 | 35 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 35:11-35:13 | 35 | 11 | 35 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 35:15-35:22 | 35 | 15 | 35 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 35:23-35:24 | 35 | 23 | 35 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 36:1-36:2 | 36 | 1 | 36 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 36:5-36:22 | 36 | 5 | 36 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 37:2-37:13 | 37 | 2 | 37 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 37:24-37:25 | 37 | 24 | 37 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 38:1-38:2 | 38 | 1 | 38 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 38:3-38:5 | 38 | 3 | 38 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 38:7-38:7 | 38 | 7 | 38 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 38:8-39:7 | 38 | 8 | 39 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 39:9-39:22 | 39 | 9 | 39 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 39:24-40:3 | 39 | 24 | 40 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 40:4-40:4 | 40 | 4 | 40 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 40:6-40:17 | 40 | 6 | 40 | 17 | Defendant Affirmative | | 40:18-40:25 | 40 | 18 | 40 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | 41:1-41:3 | 41 | 1 | 41 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 41:4-41:10 | 41 | 4 | 41 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 41:18-41:23 | 41 | 18 | 41 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 41:25-42:7 | 41 | 25 | 42 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 42:8-42:9 | 42 | 8 | 42 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 42:10-42:11 | 42 | 10 | 42 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 42:12-42:21 | 42 | 12 | 42 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 42:23-42:23 | 42 | 23 | 42 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 43:14-43:20 | 43 | 14 | 43 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 43:22-43:22 | 43 | 22 | 43 | 22 | Defendant Affirmative | | 43:23-43:25 | 43 | 23 | 43 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 44:2-44:11 | 44 | 2 | 44 | 11 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 44:13-44:20 | 44 | 13 | 44 | 20 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 44:22-44:25 | 44 | 22 | 44 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 45:1-45:4 | 45 | 1 | 45 | 4 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 45:5-45:20 | 45 | 5 | 45 | 20 | Defendant Affirmative | | 45:21-45:23 | 45 | 21 | 45 | 23 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 45:25-45:25 | 45 | 25 | 45 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 46:1-46:8 | 46 | 1 | 46 | 8 | | | | | | | |
| Malladi, Durga (2025.07.10) | 46:9-46:10 | 46 | 9 | 46 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 46:12-46:23 | 46 | 12 | 46 | 23 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2025.07.10) | 46:24-47:2 | 46 | 24 | 47 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 47:4-47:4 | 47 | 4 | 47 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 47:5-47:22 | 47 | 5 | 47 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 48:7-48:10 | 48 | 7 | 48 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 48:12-48:20 | 48 | 12 | 48 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 48:21-48:23 | 48 | 21 | 48 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 48:25-49:15 | 48 | 25 | 49 | 15 | Defendant Affirmative | | 50:1-50:6 | 50 | 1 | 50 | 6 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 50:8-50:14 | 50 | 8 | 50 | 14 | | | | | | | |
| Malladi, Durga (2025.07.10) | 50:15-50:16 | 50 | 15 | 50 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 50:18-50:23 | 50 | 18 | 50 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 50:25-51:2 | 50 | 25 | 51 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 51:4-51:12 | 51 | 4 | 51 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 51:13-51:14 | 51 | 13 | 51 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 51:15-51:16 | 51 | 15 | 51 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 51:17-52:6 | 51 | 17 | 52 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 52:7-52:8 | 52 | 7 | 52 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 52:10-52:15 | 52 | 10 | 52 | 15 | Defendant Affirmative | | 52:16-52:19 | 52 | 16 | 52 | 19 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 52:21-52:25 | 52 | 21 | 52 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 53:1-53:3 | 53 | 1 | 53 | 3 | | | | | | | |
| Malladi, Durga (2025.07.10) | 53:4-53:7 | 53 | 4 | 53 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 53:9-53:12 | 53 | 9 | 53 | 12 | Defendant Affirmative | | 54:4-54:5 | 54 | 4 | 54 | 5 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 54:7-54:9 | 54 | 7 | 54 | 9 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 54:11-54:16 | 54 | 11 | 54 | 16 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 54:18-54:24 | 54 | 18 | 54 | 24 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 54:25-55:1 | 54 | 25 | 55 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 55:2-55:3 | 55 | 2 | 55 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 55:4-55:9 | 55 | 4 | 55 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 55:15-56:1 | 55 | 15 | 56 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 56:3-56:6 | 56 | 3 | 56 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 56:8-56:11 | 56 | 8 | 56 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 56:15-56:21 | 56 | 15 | 56 | 21 | Defendant Affirmative | | 56:22-56:23 | 56 | 22 | 56 | 23 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 56:25-56:25 | 56 | 25 | 56 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 57:1-57:4 | 57 | 1 | 57 | 4 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 57:6-57:10 | 57 | 6 | 57 | 10 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 57:12-57:20 | 57 | 12 | 57 | 20 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 57:22-57:25 | 57 | 22 | 57 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 58:1-58:8 | 58 | 1 | 58 | 8 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 58:9-58:10 | 58 | 9 | 58 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 58:11-58:12 | 58 | 11 | 58 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 58:13-58:19 | 58 | 13 | 58 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 58:20-58:23 | 58 | 20 | 58 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 58:24-59:10 | 58 | 24 | 59 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 59:11-59:14 | 59 | 11 | 59 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 59:15-60:4 | 59 | 15 | 60 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 60:8-60:15 | 60 | 8 | 60 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 60:16-60:23 | 60 | 16 | 60 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 60:24-61:7 | 60 | 24 | 61 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 61:8-61:11 | 61 | 8 | 61 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 61:13-61:17 | 61 | 13 | 61 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 61:18-61:20 | 61 | 18 | 61 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 61:22-61:22 | 61 | 22 | 61 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 61:23-61:25 | 61 | 23 | 61 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 62:2-62:8 | 62 | 2 | 62 | 8 | Defendant Affirmative | | 62:11-62:12 | 62 | 11 | 62 | 12 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 62:14-62:14 | 62 | 14 | 62 | 14 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 62:15-62:16 | 62 | 15 | 62 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 62:18-62:19 | 62 | 18 | 62 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 62:20-63:4 | 62 | 20 | 63 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 63:8-63:18 | 63 | 8 | 63 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 64:4-64:7 | 64 | 4 | 64 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 64:9-64:9 | 64 | 9 | 64 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 64:10-64:12 | 64 | 10 | 64 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 64:14-64:23 | 64 | 14 | 64 | 23 | Defendant Affirmative | | 64:24-64:25 | 64 | 24 | 64 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 65:1-65:1 | 65 | 1 | 65 | 1 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 65:3-65:8 | 65 | 3 | 65 | 8 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 65:9-65:10 | 65 | 9 | 65 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 65:11-65:12 | 65 | 11 | 65 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 65:21-65:25 | 65 | 21 | 65 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 66:8-66:23 | 66 | 8 | 66 | 23 | Defendant Affirmative | | 66:24-66:25 | 66 | 24 | 66 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 67:1-67:6 | 67 | 1 | 67 | 6 | | | | | | | |
| Malladi, Durga (2025.07.10) | 67:7-67:15 | 67 | 7 | 67 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 67:17-67:17 | 67 | 17 | 67 | 17 | Defendant Affirmative | | 67:18-67:25 | 67 | 18 | 67 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 68:1-68:1 | 68 | 1 | 68 | 1 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 68:3-68:11 | 68 | 3 | 68 | 11 | | | | | | | |
| Malladi, Durga (2025.07.10) | 68:12-68:24 | 68 | 12 | 68 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 68:25-69:10 | 68 | 25 | 69 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 69:12-69:12 | 69 | 12 | 69 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 69:13-69:16 | 69 | 13 | 69 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 69:17-69:20 | 69 | 17 | 69 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 69:21-69:24 | 69 | 21 | 69 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 70:12-71:5 | 70 | 12 | 71 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 71:7-71:8 | 71 | 7 | 71 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 71:12-71:16 | 71 | 12 | 71 | 16 | Defendant Affirmative | | 71:17-71:25 | 71 | 17 | 71 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 72:1-72:3 | 72 | 1 | 72 | 3 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 72:5-72:6 | 72 | 5 | 72 | 6 | | | | | | | |
| Malladi, Durga (2025.07.10) | 72:7-72:8 | 72 | 7 | 72 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 72:10-72:10 | 72 | 10 | 72 | 10 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2025.07.10) | 73:7-73:10 | 73 | 7 | 73 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 73:12-73:21 | 73 | 12 | 73 | 21 | Defendant Affirmative | | 73:22-73:25 | 73 | 22 | 73 | 25 | | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 74:2-74:9 | 74 | 2 | 74 | 9 | | | | | | | |
| Malladi, Durga (2025.07.10) | 74:10-74:12 | 74 | 10 | 74 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 74:14-74:14 | 74 | 14 | 74 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 75:1-75:3 | 75 | 1 | 75 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 75:5-75:11 | 75 | 5 | 75 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 75:12-76:4 | 75 | 12 | 76 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 76:6-76:13 | 76 | 6 | 76 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 76:15-76:15 | 76 | 15 | 76 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 76:21-76:22 | 76 | 21 | 76 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 76:23-76:24 | 76 | 23 | 76 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 76:25-77:3 | 76 | 25 | 77 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 77:4-77:17 | 77 | 4 | 77 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 77:19-78:10 | 77 | 19 | 78 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 78:15-78:19 | 78 | 15 | 78 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 78:20-78:25 | 78 | 20 | 78 | 25 | Defendant Affirmative | | 79:1-79:3 | 79 | 1 | 79 | 3 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 79:5-79:16 | 79 | 5 | 79 | 16 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 79:18-79:22 | 79 | 18 | 79 | 22 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 79:23-80:2 | 79 | 23 | 80 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 80:3-80:4 | 80 | 3 | 80 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 80:6-80:6 | 80 | 6 | 80 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 80:7-80:8 | 80 | 7 | 80 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 80:9-80:10 | 80 | 9 | 80 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 80:11-81:3 | 80 | 11 | 81 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 81:4-81:6 | 81 | 4 | 81 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 81:10-81:20 | 81 | 10 | 81 | 20 | Defendant Affirmative | | 81:21-81:23 | 81 | 21 | 81 | 23 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 81:25-81:25 | 81 | 25 | 81 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 82:1-82:19 | 82 | 1 | 82 | 19 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 82:21-82:25 | 82 | 21 | 82 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 83:1-83:4 | 83 | 1 | 83 | 4 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 83:6-83:23 | 83 | 6 | 83 | 23 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 83:25-83:25 | 83 | 25 | 83 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 84:1-84:10 | 84 | 1 | 84 | 10 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 84:12-84:18 | 84 | 12 | 84 | 18 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 84:19-86:2 | 84 | 19 | 86 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 86:3-86:5 | 86 | 3 | 86 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 86:7-86:15 | 86 | 7 | 86 | 15 | Defendant Affirmative | | 86:24-86:25 | 86 | 24 | 86 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 87:1-87:1 | 87 | 1 | 87 | 1 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 87:3-87:11 | 87 | 3 | 87 | 11 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 88:16-89:5 | 88 | 16 | 89 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 89:6-89:10 | 89 | 6 | 89 | 10 | Defendant Affirmative | | 89:11-89:14 | 89 | 11 | 89 | 14 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 89:16-89:20 | 89 | 16 | 89 | 20 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 90:7-90:9 | 90 | 7 | 90 | 9 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 90:11-90:17 | 90 | 11 | 90 | 17 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 90:18-90:20 | 90 | 18 | 90 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 90:21-90:22 | 90 | 21 | 90 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 90:23-91:2 | 90 | 23 | 91 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 91:13-92:4 | 91 | 13 | 92 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 92:6-92:6 | 92 | 6 | 92 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 92:7-92:9 | 92 | 7 | 92 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 92:11-92:12 | 92 | 11 | 92 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 92:13-92:21 | 92 | 13 | 92 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 92:23-93:4 | 92 | 23 | 93 | 4 | Defendant Affirmative | | 93:5-93:8 | 93 | 5 | 93 | 8 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 93:10-93:16 | 93 | 10 | 93 | 16 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 93:17-94:2 | 93 | 17 | 94 | 2 | Defendant Affirmative | | 94:3-94:5 | 94 | 3 | 94 | 5 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 94:7-94:11 | 94 | 7 | 94 | 11 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 94:12-94:14 | 94 | 12 | 94 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 94:16-94:25 | 94 | 16 | 94 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 95:1-95:3 | 95 | 1 | 95 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 95:5-95:5 | 95 | 5 | 95 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 95:7-95:9 | 95 | 7 | 95 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 95:10-95:12 | 95 | 10 | 95 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 95:14-95:19 | 95 | 14 | 95 | 19 | Defendant Affirmative | | 95:20-95:22 | 95 | 20 | 95 | 22 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 95:24-95:25 | 95 | 24 | 95 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 96:1-96:6 | 96 | 1 | 96 | 6 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 96:7-96:11 | 96 | 7 | 96 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 96:13-96:15 | 96 | 13 | 96 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 96:16-96:18 | 96 | 16 | 96 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 96:20-96:25 | 96 | 20 | 96 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 97:1-97:14 | 97 | 1 | 97 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 97:15-97:17 | 97 | 15 | 97 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 97:19-98:2 | 97 | 19 | 98 | 2 | Defendant Affirmative | | 98:3-98:5 | 98 | 3 | 98 | 5 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 98:7-98:18 | 98 | 7 | 98 | 18 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 98:19-98:22 | 98 | 19 | 98 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 98:24-99:8 | 98 | 24 | 99 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 99:9-99:15 | 99 | 9 | 99 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 99:17-100:6 | 99 | 17 | 100 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 100:7-100:8 | 100 | 7 | 100 | 8 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 100:9-100:10 | 100 | 9 | 100 | 10 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 100:11-100:25 | 100 | 11 | 100 | 25 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 101:1-101:1 | 101 | 1 | 101 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 101:3-101:9 | 101 | 3 | 101 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 101:11-101:11 | 101 | 11 | 101 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 101:12-101:13 | 101 | 12 | 101 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 101:23-102:2 | 101 | 23 | 102 | 2 | Defendant Affirmative | | 102:3-102:4 | 102 | 3 | 102 | 4 | ID | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2025.07.10) | | | | | | | | 102:13-102:25 | 102 | 13 | 102 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 103:1-103:5 | 103 | 1 | 103 | 5 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 103:6-103:7 | 103 | 6 | 103 | 7 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 103:8-103:9 | 103 | 8 | 103 | 9 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 103:10-103:17 | 103 | 10 | 103 | 17 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 103:18-103:22 | 103 | 18 | 103 | 22 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 103:24-104:2 | 103 | 24 | 104 | 2 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 104:3-104:8 | 104 | 3 | 104 | 8 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 104:9-104:12 | 104 | 9 | 104 | 12 | Defendant Affirmative | 802 | 104:13-104:15 | 104 | 13 | 104 | 15 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 104:17-104:25 | 104 | 17 | 104 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 105:1-105:8 | 105 | 1 | 105 | 8 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 105:10-105:17 | 105 | 10 | 105 | 17 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 105:18-105:24 | 105 | 18 | 105 | 24 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 106:1-106:1 | 106 | 1 | 106 | 1 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 106:2-106:17 | 106 | 2 | 106 | 17 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 106:19-106:21 | 106 | 19 | 106 | 21 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 106:23-106:24 | 106 | 23 | 106 | 24 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 107:1-107:1 | 107 | 1 | 107 | 1 | Defendant Affirmative | | 107:2-107:12 | 107 | 2 | 107 | 12 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 107:14-107:25 | 107 | 14 | 107 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 108:2-108:9 | 108 | 2 | 108 | 9 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 108:11-108:17 | 108 | 11 | 108 | 17 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 108:19-108:21 | 108 | 19 | 108 | 21 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 108:23-108:25 | 108 | 23 | 108 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 109:1-109:8 | 109 | 1 | 109 | 8 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 109:10-109:17 | 109 | 10 | 109 | 17 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 109:18-109:19 | 109 | 18 | 109 | 19 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 109:20-109:21 | 109 | 20 | 109 | 21 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 109:22-110:24 | 109 | 22 | 110 | 24 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 111:10-111:15 | 111 | 10 | 111 | 15 | Defendant Affirmative | 802 | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 111:17-112:3 | 111 | 17 | 112 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 112:4-112:5 | 112 | 4 | 112 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 112:7-112:23 | 112 | 7 | 112 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 112:24-113:11 | 112 | 24 | 113 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 113:20-114:9 | 113 | 20 | 114 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 114:10-114:11 | 114 | 10 | 114 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 114:12-114:13 | 114 | 12 | 114 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 114:14-115:7 | 114 | 14 | 115 | 7 | Defendant Affirmative | | 115:8-115:10 | 115 | 8 | 115 | 10 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 115:12-115:22 | 115 | 12 | 115 | 22 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 115:24-115:25 | 115 | 24 | 115 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 116:1-116:20 | 116 | 1 | 116 | 20 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 116:22-116:25 | 116 | 22 | 116 | 25 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 117:1-117:10 | 117 | 1 | 117 | 10 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | | | | | | | | 119:16-119:22 | 119 | 16 | 119 | 22 | ID | | | | | | |
| Malladi, Durga (2025.07.10) | 120:2-120:4 | 120 | 2 | 120 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 120:6-120:11 | 120 | 6 | 120 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2025.07.10) | 120:13-120:13 | 120 | 13 | 120 | 13 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2026.08.28) | 8:1-8:3 | 8 | 1 | 8 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 8:8-8:21 | 8 | 8 | 8 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 8:22-8:22 | 8 | 22 | 8 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 8:23-9:5 | 8 | 23 | 9 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 9:9-9:13 | 9 | 9 | 9 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 9:23-9:24 | 9 | 23 | 9 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 10:2-10:7 | 10 | 2 | 10 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 10:8-10:18 | 10 | 8 | 10 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 10:19-10:25 | 10 | 19 | 10 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 11:7-11:7 | 11 | 7 | 11 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 12:9-12:13 | 12 | 9 | 12 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 12:16-12:25 | 12 | 16 | 12 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 13:9-13:11 | 13 | 9 | 13 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 13:20-13:21 | 13 | 20 | 13 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 13:23-14:11 | 13 | 23 | 14 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 14:12-15:1 | 14 | 12 | 15 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 15:2-15:9 | 15 | 2 | 15 | 9 | Defendant Affirmative | | 15:10-15:19 | 15 | 10 | 15 | 19 | ID; NR; A; 402; 403 | 15:25-16:3 | 15 | 25 | 16 | 3 | |
| Malladi, Durga (2026.08.28) | | | | | | | | 16:4-16:20 | 16 | 4 | 16 | 20 | ID; NR; A; 402; 403 | 16:21-25 | 16 | 21 | 16 | 25 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 16:21-16:25 | 16 | 21 | 16 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 17:11-17:17 | 17 | 11 | 17 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 17:19-17:22 | 17 | 19 | 17 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 17:23-18:1 | 17 | 23 | 18 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 18:14-18:23 | 18 | 14 | 18 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 18:24-19:1 | 18 | 24 | 19 | 1 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 19:4-19:4 | 19 | 4 | 19 | 4 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 19:6-19:13 | 19 | 6 | 19 | 13 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 19:14-19:16 | 19 | 14 | 19 | 16 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 20:7-20:8 | 20 | 7 | 20 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 20:10-20:11 | 20 | 10 | 20 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 20:17-20:23 | 20 | 17 | 20 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 20:24-21:4 | 20 | 24 | 21 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 21:5-21:8 | 21 | 5 | 21 | 8 | Defendant Affirmative | | 21:9-21:25 | 21 | 9 | 21 | 25 | NR; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 22:1-22:10 | 22 | 1 | 22 | 10 | NR; 402; 403; A | 22:14-19 | 22 | 14 | 22 | 19 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | | | | | | | | | | | | | | 22:22-23:2 | 22 | 22 | 23 | 2 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 22:14-22:19 | 22 | 14 | 22 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 22:22-23:2 | 22 | 22 | 23 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 23:8-23:15 | 23 | 8 | 23 | 15 | Defendant Affirmative | | 24:25-24:25 | 24 | 25 | 24 | 25 | NR; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 25:1-25:22 | 25 | 1 | 25 | 22 | NR; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | 25:23-25:24 | 25 | 23 | 25 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 26:2-26:4 | 26 | 2 | 26 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 26:6-26:7 | 26 | 6 | 26 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 26:9-26:11 | 26 | 9 | 26 | 11 | Defendant Affirmative | | 26:20-26:25 | 26 | 20 | 26 | 25 | ID; NR; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 27:1-27:15 | 27 | 1 | 27 | 15 | ID; NR; 402; 403; A | 27:16-19 | 27 | 16 | 27 | 19 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | | | | | | | | | | | | | | 27:21-28:5 | 27 | 21 | 28 | 5 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 27:16-27:19 | 27 | 16 | 27 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 27:21-28:5 | 27 | 21 | 28 | 5 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 28:16-28:20 | 28 | 16 | 28 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 28:22-28:25 | 28 | 22 | 28 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 29:2-29:2 | 29 | 2 | 29 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 29:4-29:13 | 29 | 4 | 29 | 13 | Defendant Affirmative | | 29:14-29:25 | 29 | 14 | 29 | 25 | ID; NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 30:1-30:19 | 30 | 1 | 30 | 19 | ID; NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 30:21-30:23 | 30 | 21 | 30 | 23 | ID; 403 | 30:25-31:6 | 30 | 25 | 31 | 6 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 30:25-32:1 | 30 | 25 | 32 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 32:14-33:12 | 32 | 14 | 33 | 12 | Defendant Affirmative | | 33:13-33:22 | 33 | 13 | 33 | 22 | ID; 403; A; 602 | 33:23-34:7 | 33 | 23 | 34 | 7 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 33:23-34:7 | 33 | 23 | 34 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 35:24-37:21 | 35 | 24 | 37 | 21 | Defendant Affirmative | | 37:22-37:25 | 37 | 22 | 37 | 25 | ID; NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 38:1-38:11 | 38 | 1 | 38 | 11 | ID; NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | 38:12-38:20 | 38 | 12 | 38 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 38:21-38:22 | 38 | 21 | 38 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 38:24-39:5 | 38 | 24 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 38:24-39:5 | 38 | 24 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 39:11-40:1 | 39 | 11 | 40 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 40:2-40:8 | 40 | 2 | 40 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 40:9-40:13 | 40 | 9 | 40 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 40:16-41:2 | 40 | 16 | 41 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 41:8-41:12 | 41 | 8 | 41 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 41:14-42:8 | 41 | 14 | 42 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 42:10-42:17 | 42 | 10 | 42 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 42:18-43:6 | 42 | 18 | 43 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 43:7-43:8 | 43 | 7 | 43 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 43:12-43:13 | 43 | 12 | 43 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 43:15-43:18 | 43 | 15 | 43 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 43:20-44:1 | 43 | 20 | 44 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 44:3-44:4 | 44 | 3 | 44 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2026.08.28) | 44:6-44:14 | 44 | 6 | 44 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 44:16-45:4 | 44 | 16 | 45 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 45:5-45:7 | 45 | 5 | 45 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 46:8-46:10 | 46 | 8 | 46 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 46:13-46:15 | 46 | 13 | 46 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 46:17-46:20 | 46 | 17 | 46 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 47:6-47:15 | 47 | 6 | 47 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 47:16-47:17 | 47 | 16 | 47 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 47:19-47:24 | 47 | 19 | 47 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 48:2-48:5 | 48 | 2 | 48 | 5 | Defendant Affirmative | 106, 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 48:7-48:8 | 48 | 7 | 48 | 8 | Defendant Affirmative | | 48:19-48:25 | 48 | 19 | 48 | 25 | ID; 403; A | 48:10-12 | 48 | 10 | 48 | 12 | Attorney Exchange |
| Malladi, Durga (2026.08.28) | | | | | | | | 49:1-49:25 | 49 | 1 | 49 | 25 | ID; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 50:1-50:4 | 50 | 1 | 50 | 4 | ID; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | 50:6-50:23 | 50 | 6 | 50 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 50:24-51:4 | 50 | 24 | 51 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 51:6-51:13 | 51 | 6 | 51 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 51:15-51:16 | 51 | 15 | 51 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 51:19-52:1 | 51 | 19 | 52 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 52:3-52:4 | 52 | 3 | 52 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 52:7-52:13 | 52 | 7 | 52 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 52:15-53:9 | 52 | 15 | 53 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 53:11-53:13 | 53 | 11 | 53 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 53:17-53:25 | 53 | 17 | 53 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 54:2-54:4 | 54 | 2 | 54 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 54:6-54:10 | 54 | 6 | 54 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 54:12-54:14 | 54 | 12 | 54 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 54:16-54:16 | 54 | 16 | 54 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 54:18-55:1 | 54 | 18 | 55 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 55:3-55:6 | 55 | 3 | 55 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 55:13-56:9 | 55 | 13 | 56 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 56:11-57:7 | 56 | 11 | 57 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 57:8-57:11 | 57 | 8 | 57 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 57:12-57:16 | 57 | 12 | 57 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 57:17-57:21 | 57 | 17 | 57 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 57:22-58:1 | 57 | 22 | 58 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 58:11-58:21 | 58 | 11 | 58 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 58:22-58:23 | 58 | 22 | 58 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 59:1-59:23 | 59 | 1 | 59 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 59:25-60:7 | 59 | 25 | 60 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 60:9-60:16 | 60 | 9 | 60 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 60:17-60:20 | 60 | 17 | 60 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 61:10-61:13 | 61 | 10 | 61 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 61:14-61:23 | 61 | 14 | 61 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 62:1-62:3 | 62 | 1 | 62 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 62:5-62:7 | 62 | 5 | 62 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 62:8-62:8 | 62 | 8 | 62 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 62:16-62:21 | 62 | 16 | 62 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 63:2-63:9 | 63 | 2 | 63 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 64:7-64:13 | 64 | 7 | 64 | 13 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 64:14-64:20 | 64 | 14 | 64 | 20 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 64:21-65:1 | 64 | 21 | 65 | 1 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 65:9-65:16 | 65 | 9 | 65 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 65:17-65:23 | 65 | 17 | 65 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 65:24-66:1 | 65 | 24 | 66 | 1 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 66:4-66:8 | 66 | 4 | 66 | 8 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 66:10-66:12 | 66 | 10 | 66 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 66:13-66:15 | 66 | 13 | 66 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 66:18-66:24 | 66 | 18 | 66 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 67:2-67:7 | 67 | 2 | 67 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 67:8-67:10 | 67 | 8 | 67 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 67:13-67:21 | 67 | 13 | 67 | 21 | Defendant Affirmative | 402, 403, ID (object to "I will stick to what counsel said") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 67:23-67:24 | 67 | 23 | 67 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 67:25-68:6 | 67 | 25 | 68 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 68:7-68:9 | 68 | 7 | 68 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 68:11-68:15 | 68 | 11 | 68 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 68:16-69:6 | 68 | 16 | 69 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 69:7-69:10 | 69 | 7 | 69 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 69:11-69:18 | 69 | 11 | 69 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 69:19-70:6 | 69 | 19 | 70 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 70:11-70:14 | 70 | 11 | 70 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 70:16-70:17 | 70 | 16 | 70 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 70:19-70:23 | 70 | 19 | 70 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 70:25-71:15 | 70 | 25 | 71 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 71:17-71:19 | 71 | 17 | 71 | 19 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 71:21-71:21 | 71 | 21 | 71 | 21 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 71:23-72:3 | 71 | 23 | 72 | 3 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 72:5-72:9 | 72 | 5 | 72 | 9 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 72:12-72:14 | 72 | 12 | 72 | 14 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 72:16-72:19 | 72 | 16 | 72 | 19 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 72:21-73:2 | 72 | 21 | 73 | 2 | Defendant Affirmative | 402, 403, 602, 701 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 73:15-73:19 | 73 | 15 | 73 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 73:20-74:2 | 73 | 20 | 74 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 74:3-74:5 | 74 | 3 | 74 | 5 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2026.08.28) | 74:6-74:11 | 74 | 6 | 74 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 74:12-74:15 | 74 | 12 | 74 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 74:16-74:20 | 74 | 16 | 74 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 74:21-74:23 | 74 | 21 | 74 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 75:1-75:5 | 75 | 1 | 75 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 75:7-75:10 | 75 | 7 | 75 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 75:12-75:19 | 75 | 12 | 75 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 75:21-75:23 | 75 | 21 | 75 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 75:25-76:1 | 75 | 25 | 76 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 78:15-78:18 | 78 | 15 | 78 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 78:20-78:25 | 78 | 20 | 78 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 79:2-79:4 | 79 | 2 | 79 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 79:5-79:8 | 79 | 5 | 79 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 79:13-79:19 | 79 | 13 | 79 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 79:21-80:8 | 79 | 21 | 80 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 80:9-80:12 | 80 | 9 | 80 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 80:14-80:24 | 80 | 14 | 80 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 81:2-81:7 | 81 | 2 | 81 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 81:8-81:17 | 81 | 8 | 81 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 81:18-81:23 | 81 | 18 | 81 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 82:2-82:12 | 82 | 2 | 82 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 82:17-83:1 | 82 | 17 | 83 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 83:13-83:16 | 83 | 13 | 83 | 16 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 83:17-83:24 | 83 | 17 | 83 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 84:1-84:7 | 84 | 1 | 84 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 84:9-84:15 | 84 | 9 | 84 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 84:16-84:18 | 84 | 16 | 84 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 84:20-84:21 | 84 | 20 | 84 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 84:22-84:23 | 84 | 22 | 84 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 85:3-85:6 | 85 | 3 | 85 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 85:7-85:11 | 85 | 7 | 85 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 85:12-85:14 | 85 | 12 | 85 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 85:15-85:20 | 85 | 15 | 85 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 85:21-86:5 | 85 | 21 | 86 | 5 | Defendant Affirmative | | 86:6-86:25 | 86 | 6 | 86 | 25 | NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 87:1-87:10 | 87 | 1 | 87 | 10 | NR; A; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | 87:16-87:20 | 87 | 16 | 87 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 88:22-89:17 | 88 | 22 | 89 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 90:3-90:17 | 90 | 3 | 90 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 90:18-90:20 | 90 | 18 | 90 | 20 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 90:23-91:2 | 90 | 23 | 91 | 2 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 91:17-92:4 | 91 | 17 | 92 | 4 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 92:8-92:13 | 92 | 8 | 92 | 13 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 92:16-92:20 | 92 | 16 | 92 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 92:21-93:9 | 92 | 21 | 93 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 93:12-93:14 | 93 | 12 | 93 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 93:19-94:3 | 93 | 19 | 94 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 94:4-94:5 | 94 | 4 | 94 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 94:7-94:14 | 94 | 7 | 94 | 14 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 94:16-94:19 | 94 | 16 | 94 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 94:21-94:23 | 94 | 21 | 94 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 94:25-95:13 | 94 | 25 | 95 | 13 | Defendant Affirmative | | 95:14-95:17 | 95 | 14 | 95 | 17 | | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 95:19-95:25 | 95 | 19 | 95 | 25 | 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 96:1-96:4 | 96 | 1 | 96 | 4 | 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | 96:6-96:9 | 96 | 6 | 96 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 96:12-96:17 | 96 | 12 | 96 | 17 | Defendant Affirmative | | 96:19-96:21 | 96 | 19 | 96 | 21 | | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 96:23-96:25 | 96 | 23 | 96 | 25 | 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 97:1-97:25 | 97 | 1 | 97 | 25 | 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 98:1-98:3 | 98 | 1 | 98 | 3 | 403; NR; A | 98:5-7 | 98 | 5 | 98 | 7 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | | | | | | | | | | | | | | 98:9-13 | 98 | 9 | 98 | 13 | 611b; Repeat Designation |
| Malladi, Durga (2026.08.28) | 98:5-98:7 | 98 | 5 | 98 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 98:9-98:13 | 98 | 9 | 98 | 13 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 98:15-98:16 | 98 | 15 | 98 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 98:18-98:21 | 98 | 18 | 98 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 98:23-98:25 | 98 | 23 | 98 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 99:2-99:11 | 99 | 2 | 99 | 11 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 99:13-99:14 | 99 | 13 | 99 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 99:16-99:18 | 99 | 16 | 99 | 18 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 99:20-99:21 | 99 | 20 | 99 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 99:23-100:1 | 99 | 23 | 100 | 1 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 100:3-100:7 | 100 | 3 | 100 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 100:8-100:8 | 100 | 8 | 100 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 100:9-102:5 | 100 | 9 | 102 | 5 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2026.08.28) | 103:14-103:23 | 103 | 14 | 103 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 103:24-104:3 | 103 | 24 | 104 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 104:4-104:14 | 104 | 4 | 104 | 14 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 104:16-104:17 | 104 | 16 | 104 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 104:19-104:24 | 104 | 19 | 104 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 104:25-105:4 | 104 | 25 | 105 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 105:5-105:12 | 105 | 5 | 105 | 12 | Defendant Affirmative | | 105:13-105:17 | 105 | 13 | 105 | 17 | | | | | | | |
| Malladi, Durga (2026.08.28) | 105:18-105:20 | 105 | 18 | 105 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 105:22-106:1 | 105 | 22 | 106 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 106:3-106:13 | 106 | 3 | 106 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 106:14-106:18 | 106 | 14 | 106 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 106:19-106:23 | 106 | 19 | 106 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 106:24-107:2 | 106 | 24 | 107 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 107:3-107:5 | 107 | 3 | 107 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 107:7-107:19 | 107 | 7 | 107 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 107:21-107:23 | 107 | 21 | 107 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 107:25-108:5 | 107 | 25 | 108 | 5 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 108:7-108:10 | 108 | 7 | 108 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 108:12-109:2 | 108 | 12 | 109 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 109:4-109:6 | 109 | 4 | 109 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 109:8-109:10 | 109 | 8 | 109 | 10 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 109:12-109:15 | 109 | 12 | 109 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 109:17-109:21 | 109 | 17 | 109 | 21 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | 110:17-110:18 | 110 | 17 | 110 | 18 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 110:20:7-110:21 | 110 | 20 | 110 | 21 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | 111:5-111:8 | 111 | 5 | 111 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 111:18-111:22 | 111 | 18 | 111 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 111:23-112:4 | 111 | 23 | 112 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 112:5-112:9 | 112 | 5 | 112 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 112:10-112:12 | 112 | 10 | 112 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 112:14-112:15 | 112 | 14 | 112 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 112:17-112:18 | 112 | 17 | 112 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 112:20-112:24 | 112 | 20 | 112 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 113:4-113:9 | 113 | 4 | 113 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 113:10-113:14 | 113 | 10 | 113 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 113:15-114:5 | 113 | 15 | 114 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 114:17-114:20 | 114 | 17 | 114 | 20 | Defendant Affirmative | | 114:21-114:25 | 114 | 21 | 114 | 25 | | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 115:1-115:25 | 115 | 1 | 115 | 25 | NR | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 116:1-116:5 | 116 | 1 | 116 | 5 | NR | | | | | | |
| Malladi, Durga (2026.08.28) | 116:6-116:12 | 116 | 6 | 116 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 116:13-116:20 | 116 | 13 | 116 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 116:21-117:3 | 116 | 21 | 117 | 3 | Defendant Affirmative | | 117:4-117:6 | 117 | 4 | 117 | 6 | | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 117:10-117:25 | 117 | 9 | 117 | 25 | 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 118:1-118:7 | 118 | 1 | 118 | 7 | 403 | | | | | | |
| Malladi, Durga (2026.08.28) | 118:11-118:12 | 118 | 11 | 118 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 118:14-118:19 | 118 | 14 | 118 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 118:20-118:21 | 118 | 20 | 118 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 118:23-119:6 | 118 | 23 | 119 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 119:7-119:9 | 119 | 7 | 119 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 119:10-119:16 | 119 | 10 | 119 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 119:17-119:19 | 119 | 17 | 119 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 119:20-120:6 | 119 | 20 | 120 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 120:7-120:13 | 120 | 7 | 120 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 120:14-120:19 | 120 | 14 | 120 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 120:20-120:21 | 120 | 20 | 120 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 120:23-121:8 | 120 | 23 | 121 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 121:10-121:12 | 121 | 10 | 121 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 121:14-121:16 | 121 | 14 | 121 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 121:18-121:22 | 121 | 18 | 121 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 121:24-122:7 | 121 | 24 | 122 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 122:9-122:16 | 122 | 9 | 122 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 122:17-122:24 | 122 | 17 | 122 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 122:25-123:2 | 122 | 25 | 123 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 123:4-123:13 | 123 | 4 | 123 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 123:15-123:18 | 123 | 15 | 123 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 123:20-124:9 | 123 | 20 | 124 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 124:11-124:13 | 124 | 11 | 124 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 124:15-124:16 | 124 | 15 | 124 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 124:17-124:18 | 124 | 17 | 124 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 124:23-125:1 | 124 | 23 | 125 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 125:2-125:6 | 125 | 2 | 125 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 125:7-125:10 | 125 | 7 | 125 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 125:11-125:14 | 125 | 11 | 125 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 125:16-125:19 | 125 | 16 | 125 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 125:21-126:2 | 125 | 21 | 126 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 126:3-126:5 | 126 | 3 | 126 | 5 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Malladi, Durga (2026.08.28) | 126:7-126:18 | 126 | 7 | 126 | 18 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 127:9-127:12 | 127 | 9 | 127 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 127:25-128:2 | 127 | 25 | 128 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 128:4-128:8 | 128 | 4 | 128 | 8 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 128:10-128:13 | 128 | 10 | 128 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 128:14-128:20 | 128 | 14 | 128 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 128:24-129:4 | 128 | 24 | 129 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 129:5-129:18 | 129 | 5 | 129 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 129:19-130:5 | 129 | 19 | 130 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 130:6-131:9 | 130 | 6 | 131 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 131:10-131:22 | 131 | 10 | 131 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 131:23-132:1 | 131 | 23 | 132 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 132:2-132:4 | 132 | 2 | 132 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 132:6-132:8 | 132 | 6 | 132 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 132:10-132:13 | 132 | 10 | 132 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 132:17-132:19 | 132 | 17 | 132 | 19 | Defendant Affirmative | 402, 403, ID (object to "it is beyond the scope") | 133:4-133:25 | 133 | 4 | 133 | 25 | ID; 802; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 134:1-134:25 | 134 | 1 | 134 | 25 | ID; 802; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 135:1-135:15 | 135 | 1 | 135 | 15 | ID; 802; 402; 403; A | | | | | | |
| Malladi, Durga (2026.08.28) | 135:16-135:17 | 135 | 16 | 135 | 17 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 135:19-135:24 | 135 | 19 | 135 | 24 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 135:25-136:3 | 135 | 25 | 136 | 3 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 136:4-136:5 | 136 | 4 | 136 | 5 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 136:9-136:9 | 136 | 9 | 136 | 9 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 136:11-136:14 | 136 | 11 | 136 | 14 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 136:15-137:2 | 136 | 15 | 137 | 2 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 137:7-137:11 | 137 | 7 | 137 | 11 | Defendant Affirmative | | 137:12-137:25 | 137 | 12 | 137 | 25 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 138:1-138:21 | 138 | 1 | 138 | 21 | ID; 402; 403 | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 139:3-139:23 | 139 | 3 | 139 | 23 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | 139:24-140:5 | 139 | 24 | 140 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 140:6-140:8 | 140 | 6 | 140 | 8 | Defendant Affirmative | | 140:9-140:10 | 140 | 9 | 140 | 10 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 140:15:6-140:25 | 140 | 15 | 140 | 25 | ID; 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 141:1-141:25 | 141 | 1 | 141 | 25 | ID; 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 142:1-142:14 | 142 | 1 | 142 | 14 | ID; 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 142:17:4-142:25 | 142 | 17 | 142 | 25 | ID; 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 143:1-143:13 | 143 | 1 | 143 | 13 | ID; 403; NR; A | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 143:25-143:25 | 143 | 25 | 143 | 25 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 144:1-144:9 | 144 | 1 | 144 | 9 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 144:19-144:20 | 144 | 19 | 144 | 20 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 145:5-145:6 | 145 | 5 | 145 | 6 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 145:12-145:13 | 145 | 12 | 145 | 13 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 145:15-145:19 | 145 | 15 | 145 | 19 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 145:21-145:22 | 145 | 21 | 145 | 22 | ID | | | | | | |
| Malladi, Durga (2026.08.28) | 145:24-145:25 | 145 | 24 | 145 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 146:2-146:4 | 146 | 2 | 146 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 146:16-146:21 | 146 | 16 | 146 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 147:2-147:8 | 147 | 2 | 147 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 147:9-147:15 | 147 | 9 | 147 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 147:16-147:17 | 147 | 16 | 147 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 148:2-148:5 | 148 | 2 | 148 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 148:6-148:15 | 148 | 6 | 148 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 148:16-148:19 | 148 | 16 | 148 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 148:21-149:8 | 148 | 21 | 149 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 149:10-149:15 | 149 | 10 | 149 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 149:16-149:23 | 149 | 16 | 149 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 149:24-150:20 | 149 | 24 | 150 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 150:21-151:6 | 150 | 21 | 151 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 151:12-151:13 | 151 | 12 | 151 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 151:15-151:23 | 151 | 15 | 151 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 151:24-151:25 | 151 | 24 | 151 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 152:7-152:22 | 152 | 7 | 152 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 152:24-153:5 | 152 | 24 | 153 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Malladi, Durga (2026.08.28) | 153:6-153:10 | 153 | 6 | 153 | 10 | Defendant Affirmative | | 153:11-153:12 | 153 | 11 | 153 | 12 | | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 153:14-153:25 | 153 | 14 | 153 | 25 | NR | | | | | | |
| Malladi, Durga (2026.08.28) | | | | | | | | 154:1-154:11 | 154 | 1 | 154 | 11 | NR | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meacham, Richard | 8:6-8:8 | 8 | 6 | 8 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 8:16-9:4 | 8 | 16 | 9 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 12:16-13:1 | 12 | 16 | 13 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 13:16-13:25 | 13 | 16 | 13 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 19:7-19:9 | 19 | 7 | 19 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 19:21-20:1 | 19 | 21 | 20 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 21:25-22:6 | 21 | 25 | 22 | 6 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 22:9-22:22 | 22 | 9 | 22 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 22:24-22:25 | 22 | 24 | 22 | 25 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 23:2-23:3 | 23 | 2 | 23 | 3 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 23:5-23:5 | 23 | 5 | 23 | 5 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 24:15-24:18 | 24 | 15 | 24 | 18 | Defendant Affirmative | | 25:7-25:16 | 25 | 7 | 25 | 16 | 402; 403 | | | | | | |
| Meacham, Richard | 26:8-27:15 | 26 | 8 | 27 | 15 | Defendant Affirmative | 402, 403 | 27:16-27:18 | 27 | 16 | 27 | 18 | | | | | | | |
| Meacham, Richard | 27:19-27:21 | 27 | 19 | 27 | 21 | Defendant Affirmative | 402, 403, IP, CO | 27:22-27:24 | 27 | 22 | 27 | 24 | | | | | | | |
| Meacham, Richard | 29:9-29:10 | 29 | 9 | 29 | 10 | Defendant Affirmative | 103, 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 29:12-29:13 | 29 | 12 | 29 | 13 | Defendant Affirmative | 103, 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 29:15-29:22 | 29 | 15 | 29 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 30:3-30:16 | 30 | 3 | 30 | 16 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 32:14-33:3 | 32 | 14 | 33 | 3 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 33:4-33:7 | 33 | 4 | 33 | 7 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 33:16-33:21 | 33 | 16 | 33 | 21 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 35:5-35:7 | 35 | 5 | 35 | 7 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 35:12-35:14 | 35 | 12 | 35 | 14 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 36:2-36:3 | 36 | 2 | 36 | 3 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 37:5-37:21 | 37 | 5 | 37 | 21 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 39:4-40:1 | 39 | 4 | 40 | 1 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 41:15-41:17 | 41 | 15 | 41 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 42:13-42:20 | 42 | 13 | 42 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 43:6-44:2 | 43 | 6 | 44 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 50:25-51:2 | 50 | 25 | 51 | 2 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 51:13-51:20 | 51 | 13 | 51 | 20 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 51:24-52:1 | 51 | 24 | 52 | 1 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 52:2-52:9 | 52 | 2 | 52 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 53:7-53:9 | 53 | 7 | 53 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 53:17-53:18 | 53 | 17 | 53 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 54:2-54:15 | 54 | 2 | 54 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 60:14-60:17 | 60 | 14 | 60 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 60:22-61:6 | 60 | 22 | 61 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 61:20-62:7 | 61 | 20 | 62 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 62:8-62:15 | 62 | 8 | 62 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 62:18-62:20 | 62 | 18 | 62 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 62:22-62:23 | 62 | 22 | 62 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 62:25-63:2 | 62 | 25 | 63 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 63:3-63:5 | 63 | 3 | 63 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 63:7-63:7 | 63 | 7 | 63 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 64:15-64:18 | 64 | 15 | 64 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 64:20-65:8 | 64 | 20 | 65 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 65:11-66:17 | 65 | 11 | 66 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 67:10-67:13 | 67 | 10 | 67 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 67:22-68:1 | 67 | 22 | 68 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 68:3-68:19 | 68 | 3 | 68 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 68:20-68:25 | 68 | 20 | 68 | 25 | Defendant Affirmative | 104a, 602 | | | | | | | | | | | | |
| Meacham, Richard | 70:7-70:9 | 70 | 7 | 70 | 9 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 70:10-70:18 | 70 | 10 | 70 | 18 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 70:20-70:21 | 70 | 20 | 70 | 21 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 70:23-70:24 | 70 | 23 | 70 | 24 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 71:1-71:1 | 71 | 1 | 71 | 1 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 71:3-71:5 | 71 | 3 | 71 | 5 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 71:8-71:13 | 71 | 8 | 71 | 13 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 71:14-71:19 | 71 | 14 | 71 | 19 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 72:7-72:9 | 72 | 7 | 72 | 9 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 72:11-72:15 | 72 | 11 | 72 | 15 | Defendant Affirmative | 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 72:17-72:24 | 72 | 17 | 72 | 24 | Defendant Affirmative | 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 73:9-73:16 | 73 | 9 | 73 | 16 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 73:18-73:18 | 73 | 18 | 73 | 18 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 73:20-73:21 | 73 | 20 | 73 | 21 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 73:23-73:23 | 73 | 23 | 73 | 23 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 74:5-74:13 | 74 | 5 | 74 | 13 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**

**v.**

**ARM HOLDINGS PLC, f/k/a ARM LTD.**

**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meacham, Richard | 74:15-74:16 | 74 | 15 | 74 | 16 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805 | 151:9-151:12 | 151 | 9 | 151 | 12 | | | | | | | |
| Meacham, Richard | 74:18-75:1 | 74 | 18 | 75 | 1 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 75:2-75:6 | 75 | 2 | 75 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 75:11-75:13 | 75 | 11 | 75 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 75:18-75:23 | 75 | 18 | 75 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 75:24-76:9 | 75 | 24 | 76 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 76:14-76:24 | 76 | 14 | 76 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 77:1-77:1 | 77 | 1 | 77 | 1 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 77:3-77:3 | 77 | 3 | 77 | 3 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 77:5-77:6 | 77 | 5 | 77 | 6 | Defendant Affirmative | 103, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 77:8-77:14 | 77 | 8 | 77 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 77:16-77:16 | 77 | 16 | 77 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 77:18-77:20 | 77 | 18 | 77 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 77:21-77:21 | 77 | 21 | 77 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 77:23-78:10 | 77 | 23 | 78 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 78:24-79:7 | 78 | 24 | 79 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 79:14-79:16 | 79 | 14 | 79 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 79:18-79:18 | 79 | 18 | 79 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 80:11-80:14 | 80 | 11 | 80 | 14 | Defendant Affirmative | 104a, 402, 403, 602 | 79:21-79:24 | 79 | 21 | 79 | 24 | | | | | | | |
| Meacham, Richard | 80:16-80:16 | 80 | 16 | 80 | 16 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 80:18-80:23 | 80 | 18 | 80 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 80:25-80:25 | 80 | 25 | 80 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:2-81:3 | 81 | 2 | 81 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:5-81:5 | 81 | 5 | 81 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:7-81:7 | 81 | 7 | 81 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | 152:3-152:6 | 152 | 3 | 152 | 6 | | | | | | | |
| Meacham, Richard | | | | | | | | 152:12-152:18 | 152 | 12 | 152 | 18 | | | | | | | |
| Meacham, Richard | 81:9-81:9 | 81 | 9 | 81 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:11-81:12 | 81 | 11 | 81 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:14-81:14 | 81 | 14 | 81 | 14 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:16-81:17 | 81 | 16 | 81 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:19-81:19 | 81 | 19 | 81 | 19 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 81:21-81:24 | 81 | 21 | 81 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 82:1-82:1 | 82 | 1 | 82 | 1 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 82:11-82:12 | 82 | 11 | 82 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 82:18-82:18 | 82 | 18 | 82 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 82:20-82:24 | 82 | 20 | 82 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 83:1-83:2 | 83 | 1 | 83 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 83:15-83:16 | 83 | 15 | 83 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 83:17-83:17 | 83 | 17 | 83 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 84:1-84:4 | 84 | 1 | 84 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 84:9-84:11 | 84 | 9 | 84 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 85:14-86:7 | 85 | 14 | 86 | 7 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 86:9-86:10 | 86 | 9 | 86 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 86:12-87:3 | 86 | 12 | 87 | 3 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 87:5-87:5 | 87 | 5 | 87 | 5 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 87:7-87:9 | 87 | 7 | 87 | 9 | Defendant Affirmative | 103, 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 87:14-87:23 | 87 | 14 | 87 | 23 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 87:25-88:1 | 87 | 25 | 88 | 1 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 88:3-88:6 | 88 | 3 | 88 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 88:11-88:21 | 88 | 11 | 88 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 89:9-89:10 | 89 | 9 | 89 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 89:12-89:12 | 89 | 12 | 89 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 89:14-89:15 | 89 | 14 | 89 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 89:17-89:17 | 89 | 17 | 89 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 89:19-89:23 | 89 | 19 | 89 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 90:2-90:3 | 90 | 2 | 90 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 90:5-90:5 | 90 | 5 | 90 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 90:7-90:12 | 90 | 7 | 90 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 90:17-90:18 | 90 | 17 | 90 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 90:20-90:20 | 90 | 20 | 90 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 91:17-92:5 | 91 | 17 | 92 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 92:10-92:23 | 92 | 10 | 92 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 92:24-93:21 | 92 | 24 | 93 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 93:25-94:1 | 93 | 25 | 94 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:3-94:3 | 94 | 3 | 94 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:5-94:6 | 94 | 5 | 94 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:8-94:8 | 94 | 8 | 94 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:10-94:11 | 94 | 10 | 94 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:13-94:13 | 94 | 13 | 94 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:15-94:16 | 94 | 15 | 94 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 94:18-94:18 | 94 | 18 | 94 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 95:8-95:11 | 95 | 8 | 95 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 95:23-95:24 | 95 | 23 | 95 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 96:4-96:4 | 96 | 4 | 96 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 96:6-96:11 | 96 | 6 | 96 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 96:13-96:13 | 96 | 13 | 96 | 13 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 96:23-96:25 | 96 | 23 | 96 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meacham, Richard | 97:6-97:6 | 97 | 6 | 97 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 97:8-97:15 | 97 | 8 | 97 | 15 | Defendant Affirmative | | 97:16-97:21 | 97 | 16 | 97 | 21 | | | | | | | |
| Meacham, Richard | 97:22-97:25 | 97 | 22 | 97 | 25 | Defendant Affirmative | | 98:1-98:3 | 98 | 1 | 98 | 3 | | | | | | | |
| Meacham, Richard | 98:4-98:6 | 98 | 4 | 98 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 98:8-98:8 | 98 | 8 | 98 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 98:13-98:14 | 98 | 13 | 98 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 98:16-98:16 | 98 | 16 | 98 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 100:7-100:14 | 100 | 7 | 100 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 100:16-100:21 | 100 | 16 | 100 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 103:24-104:2 | 103 | 24 | 104 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 104:19-104:21 | 104 | 19 | 104 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 105:5-105:8 | 105 | 5 | 105 | 8 | Defendant Affirmative | 103, 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 105:10-105:12 | 105 | 10 | 105 | 12 | Defendant Affirmative | 103, 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 106:14-106:16 | 106 | 14 | 106 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 108:8-108:10 | 108 | 8 | 108 | 10 | Defendant Affirmative | 103, 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 108:12-108:12 | 108 | 12 | 108 | 12 | Defendant Affirmative | 103, 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 108:14-108:16 | 108 | 14 | 108 | 16 | Defendant Affirmative | 103, 104a, 402, 403, 602, 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 108:17-108:23 | 108 | 17 | 108 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 109:16-110:7 | 109 | 16 | 110 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 110:9-110:9 | 110 | 9 | 110 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 111:12-111:13 | 111 | 12 | 111 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 111:15-111:15 | 111 | 15 | 111 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 111:17-111:18 | 111 | 17 | 111 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 111:20-111:22 | 111 | 20 | 111 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 111:24-112:2 | 111 | 24 | 112 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 112:11-112:13 | 112 | 11 | 112 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 113:3-113:6 | 113 | 3 | 113 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 114:17-115:12 | 114 | 17 | 115 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 116:21-117:6 | 116 | 21 | 117 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 117:8-117:8 | 117 | 8 | 117 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 117:19-117:21 | 117 | 19 | 117 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 119:24-120:6 | 119 | 24 | 120 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 120:15-120:16 | 120 | 15 | 120 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 120:18-120:18 | 120 | 18 | 120 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 120:20-120:22 | 120 | 20 | 120 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 121:16-121:19 | 121 | 16 | 121 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 121:20-121:20 | 121 | 20 | 121 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 122:2-122:7 | 122 | 2 | 122 | 7 | Defendant Affirmative | 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 122:8-122:13 | 122 | 8 | 122 | 13 | Defendant Affirmative | 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 122:14-122:23 | 122 | 14 | 122 | 23 | Defendant Affirmative | 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 122:25-123:2 | 122 | 25 | 123 | 2 | Defendant Affirmative | 802, 805 | | | | | | | | | | | | |
| Meacham, Richard | 124:5-124:7 | 124 | 5 | 124 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 124:9-124:9 | 124 | 9 | 124 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 124:11-124:17 | 124 | 11 | 124 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 125:8-125:9 | 125 | 8 | 125 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 125:11-125:11 | 125 | 11 | 125 | 11 | Defendant Affirmative | O, V, 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 125:13-125:18 | 125 | 13 | 125 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 125:20-125:21 | 125 | 20 | 125 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 125:22-125:23 | 125 | 22 | 125 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 126:2-126:5 | 126 | 2 | 126 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 126:13-126:18 | 126 | 13 | 126 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 126:20-126:21 | 126 | 20 | 126 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 126:23-127:2 | 126 | 23 | 127 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 127:21-127:21 | 127 | 21 | 127 | 21 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 127:23-127:23 | 127 | 23 | 127 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 128:4-128:5 | 128 | 4 | 128 | 5 | Defendant Affirmative | ID, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 128:7-128:9 | 128 | 7 | 128 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 128:13-128:14 | 128 | 13 | 128 | 14 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 128:18-128:24 | 128 | 18 | 128 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 129:3-129:3 | 129 | 3 | 129 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Meacham, Richard | 129:11-129:13 | 129 | 11 | 129 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 129:15-129:23 | 129 | 15 | 129 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 129:24-129:25 | 129 | 24 | 129 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 130:2-130:2 | 130 | 2 | 130 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 130:4-130:23 | 130 | 4 | 130 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 133:1-133:5 | 133 | 1 | 133 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 133:7-133:13 | 133 | 7 | 133 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 133:17-133:19 | 133 | 17 | 133 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 133:25-134:8 | 133 | 25 | 134 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 135:7-135:9 | 135 | 7 | 135 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 135:11-135:11 | 135 | 11 | 135 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 135:13-135:16 | 135 | 13 | 135 | 16 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 135:18-135:18 | 135 | 18 | 135 | 18 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Meacham, Richard | 141:18-142:5 | 141 | 18 | 142 | 5 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 142:8-142:10 | 142 | 8 | 142 | 10 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 142:12-142:12 | 142 | 12 | 142 | 12 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Meacham, Richard | 142:15-142:16 | 142 | 15 | 142 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 142:17-142:17 | 142 | 17 | 142 | 17 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meacham, Richard | 142:19-143:1 | 142 | 19 | 143 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 143:3-143:8 | 143 | 3 | 143 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 143:14-143:19 | 143 | 14 | 143 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 143:21-143:21 | 143 | 21 | 143 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 143:23-144:2 | 143 | 23 | 144 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 149:25-150:4 | 149 | 25 | 150 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Meacham, Richard | 150:15-150:19 | 150 | 15 | 150 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montemagni, Dawn (Hill) | 7:20-7:25 | 7 | 20 | 7 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 8:3-8:7 | 8 | 3 | 8 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 12:11-12:22 | 12 | 11 | 12 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 12:24-13:1 | 12 | 24 | 13 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 15:5-15:25 | 15 | 5 | 15 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 16:12-17:1 | 16 | 12 | 17 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 17:2-17:11 | 17 | 2 | 17 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 17:12-17:14 | 17 | 12 | 17 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 17:15-17:23 | 17 | 15 | 17 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 19:20-20:18 | 19 | 20 | 20 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 20:19-21:7 | 20 | 19 | 21 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 21:8-21:13 | 21 | 8 | 21 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 21:14-21:16 | 21 | 14 | 21 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 21:19-21:21 | 21 | 19 | 21 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 27:17-27:21 | 27 | 17 | 27 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 27:22-27:25 | 27 | 22 | 27 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 28:1-28:3 | 28 | 1 | 28 | 3 | Defendant Affirmative | | 28:8-28:13 | 28 | 8 | 28 | 13 | 402; 403 | | | | | | |
| Montemagni, Dawn (Hill) | | | | | | | | 29:22-30:3 | 29 | 22 | 30 | 3 | 402, 403, 1006 | 29:14-29:17 | 29 | 14 | 29 | 17 | |
| Montemagni, Dawn (Hill) | | | | | | | | 30:7-30:17 | 30 | 7 | 30 | 17 | 802, 1006 | 31:6-31:12 | 31 | 6 | 31 | 12 | |
| Montemagni, Dawn (Hill) | 31:17-31:21 | 31 | 17 | 31 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 32:6-32:14 | 32 | 6 | 32 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 32:15-32:23 | 32 | 15 | 32 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 32:24-33:4 | 32 | 24 | 33 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:5-33:7 | 33 | 5 | 33 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:9-33:9 | 33 | 9 | 33 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:11-33:11 | 33 | 11 | 33 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:13-33:15 | 33 | 13 | 33 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:17-33:19 | 33 | 17 | 33 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:21-33:21 | 33 | 21 | 33 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 33:23-34:7 | 33 | 23 | 34 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 34:8-34:22 | 34 | 8 | 34 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 35:16-35:21 | 35 | 16 | 35 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 35:22-35:24 | 35 | 22 | 35 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 36:1-36:3 | 36 | 1 | 36 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 36:17-36:21 | 36 | 17 | 36 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 36:23-36:25 | 36 | 23 | 36 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 37:23-38:2 | 37 | 23 | 38 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 38:3-39:18 | 38 | 3 | 39 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 39:19-39:21 | 39 | 19 | 39 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 41:18-41:22 | 41 | 18 | 41 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 41:25-42:2 | 41 | 25 | 42 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 74:6-75:3 | 74 | 6 | 75 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 75:14-75:16 | 75 | 14 | 75 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 75:18-75:18 | 75 | 18 | 75 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 75:20-75:25 | 75 | 20 | 75 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 76:1-76:2 | 76 | 1 | 76 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 76:4-76:4 | 76 | 4 | 76 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 76:6-76:9 | 76 | 6 | 76 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Montemagni, Dawn (Hill) | 81:14-82:4 | 81 | 14 | 82 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mulabagal, Pavankumar | 6:15-6:17 | 6 | 15 | 6 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 7:17-7:20 | 7 | 17 | 7 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 8:2-8:16 | 8 | 2 | 8 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 13:20-13:22 | 13 | 20 | 13 | 22 | Defendant Affirmative | | 13:18-13:19 | 13 | 18 | 13 | 19 | | | | | | | |
| Mulabagal, Pavankumar | 14:6-14:7 | 14 | 6 | 14 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 14:9-14:13 | 14 | 9 | 14 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 14:14-14:15 | 14 | 14 | 14 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 15:19-16:8 | 15 | 19 | 16 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 16:10-16:10 | 16 | 10 | 16 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 16:12-16:13 | 16 | 12 | 16 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 16:15-16:20 | 16 | 15 | 16 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 16:22-17:2 | 16 | 22 | 17 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 17:3-17:10 | 17 | 3 | 17 | 10 | Defendant Affirmative | | 17:11-17:16 | 17 | 11 | 17 | 16 | 403; 602 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 18:6-18:20 | 18 | 6 | 18 | 20 | 106; 403; 602 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 19:3-19:12 | 19 | 3 | 19 | 12 | 403; 602 | | | | | | |
| Mulabagal, Pavankumar | 19:13-19:15 | 19 | 13 | 19 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 19:17-19:22 | 19 | 17 | 19 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 20:2-20:10 | 20 | 2 | 20 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 20:19-20:21 | 20 | 19 | 20 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 21:2-21:11 | 21 | 2 | 21 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 21:14-21:19 | 21 | 14 | 21 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 21:21-22:3 | 21 | 21 | 22 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 22:5-22:12 | 22 | 5 | 22 | 12 | Defendant Affirmative | | 22:14-22:16 | 22 | 14 | 22 | 16 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 22:18-23:5 | 22 | 18 | 23 | 5 | | | | | | | |
| Mulabagal, Pavankumar | 23:7-23:9 | 23 | 7 | 23 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 23:11-23:17 | 23 | 11 | 23 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 23:19-24:1 | 23 | 19 | 24 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 24:3-24:6 | 24 | 3 | 24 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 24:18-24:22 | 24 | 18 | 24 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 25:2-26:3 | 25 | 2 | 26 | 3 | Defendant Affirmative | | 26:4-26:8 | 26 | 4 | 26 | 8 | 403 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 26:10-26:16 | 26 | 10 | 26 | 16 | 403 | 26:21-27:2 | 26 | 21 | 27 | 2 | 602, 611(b) |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 27:4-27:6 | 27 | 4 | 27 | 6 | 602, 611(b) |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 27:8-27:22 | 27 | 8 | 27 | 22 | 602 |
| Mulabagal, Pavankumar | 30:3-30:6 | 30 | 3 | 30 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 30:12-30:14 | 30 | 12 | 30 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 31:3-31:6 | 31 | 3 | 31 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 31:7-31:9 | 31 | 7 | 31 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 31:14-31:15 | 31 | 14 | 31 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 31:17-31:19 | 31 | 17 | 31 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 32:19-33:1 | 32 | 19 | 33 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 33:3-33:11 | 33 | 3 | 33 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 33:13-33:20 | 33 | 13 | 33 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 33:22-34:10 | 33 | 22 | 34 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 34:22-34:22 | 34 | 22 | 34 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 35:2-35:3 | 35 | 2 | 35 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 35:5-35:13 | 35 | 5 | 35 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 35:15-35:16 | 35 | 15 | 35 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 35:18-35:21 | 35 | 18 | 35 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 36:1-36:6 | 36 | 1 | 36 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 36:8-36:11 | 36 | 8 | 36 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 36:13-36:15 | 36 | 13 | 36 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 36:17-36:19 | 36 | 17 | 36 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 36:21-37:18 | 36 | 21 | 37 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 39:3-39:15 | 39 | 3 | 39 | 15 | Defendant Affirmative | | 40:10-41:1 | 40 | 10 | 41 | 1 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 41:12-42:15 | 41 | 12 | 42 | 15 | 602; 802 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 42:17-43:21 | 42 | 17 | 43 | 21 | 403; 602; 802 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 45:6-46:14 | 45 | 6 | 46 | 14 | 403; 602; 802 | | | | | | |
| Mulabagal, Pavankumar | 47:17-47:20 | 47 | 17 | 47 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 47:22-48:2 | 47 | 22 | 48 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 48:4-48:6 | 48 | 4 | 48 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 48:8-48:15 | 48 | 8 | 48 | 15 | Defendant Affirmative | | 49:14-49:22 | 49 | 14 | 49 | 22 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 51:2-51:7 | 51 | 2 | 51 | 7 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 51:21-52:11 | 51 | 21 | 52 | 11 | | 52:12-52:16 | 52 | 12 | 52 | 16 | 611(b) |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 52:18 | 52 | 18 | 52 | 18 | 611(b) |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 52:20-53:3 | 52 | 20 | 53 | 3 | 602 |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 53:5-53:12 | 53 | 5 | 53 | 12 | |
| Mulabagal, Pavankumar | | | | | | | | 53:19-54:6 | 53 | 19 | 54 | 6 | | 54:7-54:10 | 54 | 7 | 54 | 10 | |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 54:11-54:13 | 54 | 11 | 54 | 13 | |
| Mulabagal, Pavankumar | | | | | | | | | | | | | | 54:15-55:12 | 54 | 15 | 55 | 12 | |
| Mulabagal, Pavankumar | | | | | | | | 54:11-54:13 | 54 | 11 | 54 | 13 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 54:15-55:2 | 54 | 15 | 55 | 2 | 106; 403; 602; 802 | 54:15-55:12 | 54 | 15 | 55 | 12 | |
| Mulabagal, Pavankumar | 58:1-58:3 | 58 | 1 | 58 | 3 | Defendant Affirmative | | 57:5-57:7 | 57 | 5 | 57 | 7 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 57:9-57:22 | 57 | 9 | 57 | 22 | 403; 802 | | | | | | |
| Mulabagal, Pavankumar | 62:15-62:16 | 62 | 15 | 62 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 62:18-63:4 | 62 | 18 | 63 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 63:5-64:3 | 63 | 5 | 64 | 3 | Defendant Affirmative | | 64:4-64:5 | 64 | 4 | 64 | 5 | | | | | | | |
| Mulabagal, Pavankumar | 66:7-66:8 | 66 | 7 | 66 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 66:10-66:19 | 66 | 10 | 66 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 66:20-67:14 | 66 | 20 | 67 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 68:17-69:6 | 68 | 17 | 69 | 6 | Defendant Affirmative | | 69:7-69:8 | 69 | 7 | 69 | 8 | | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 69:10-69:16 | 69 | 10 | 69 | 16 | 403; 602; 802 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 70:20-71:10 | 70 | 20 | 71 | 10 | 403; 602 | | | | | | |
| Mulabagal, Pavankumar | 72:19-72:20 | 72 | 19 | 72 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 72:22-73:6 | 72 | 22 | 73 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 73:9-73:11 | 73 | 9 | 73 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 73:13-73:13 | 73 | 13 | 73 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 73:15-74:5 | 73 | 15 | 74 | 5 | Defendant Affirmative | | 74:6-74:18 | 74 | 6 | 74 | 18 | 403; 802 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 75:3-75:8 | 75 | 3 | 75 | 8 | 403; 802 | | | | | | |
| Mulabagal, Pavankumar | | | | | | | | 78:4-78:8 | 78 | 4 | 78 | 8 | | | | | | | |
| Mulabagal, Pavankumar | 75:10-75:17 | 75 | 10 | 75 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 75:19-75:19 | 75 | 19 | 75 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 75:21-76:3 | 75 | 21 | 76 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 76:5-76:5 | 76 | 5 | 76 | 5 | Defendant Affirmative | | 76:7-76:17 | 76 | 7 | 76 | 17 | 602 | | | | | | |
| Mulabagal, Pavankumar | 76:18-77:11 | 76 | 18 | 77 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 77:16-77:17 | 77 | 16 | 77 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 77:19-78:3 | 77 | 19 | 78 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 78:9-79:11 | 78 | 9 | 79 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 79:16-80:3 | 79 | 16 | 80 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 80:5-80:14 | 80 | 5 | 80 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 81:5-81:11 | 81 | 5 | 81 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 81:13-81:21 | 81 | 13 | 81 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 82:2-82:19 | 82 | 2 | 82 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 82:21-82:21 | 82 | 21 | 82 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 83:2-83:5 | 83 | 2 | 83 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 83:8-83:9 | 83 | 8 | 83 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 83:13-83:14 | 83 | 13 | 83 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 83:16-83:18 | 83 | 16 | 83 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 83:19-84:8 | 83 | 19 | 84 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 84:9-84:12 | 84 | 9 | 84 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 84:13-85:14 | 84 | 13 | 85 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 85:16-85:16 | 85 | 16 | 85 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 85:18-85:20 | 85 | 18 | 85 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 86:12-86:13 | 86 | 12 | 86 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 86:15-86:19 | 86 | 15 | 86 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 86:22-87:3 | 86 | 22 | 87 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 88:22-89:3 | 88 | 22 | 89 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 89:5-89:15 | 89 | 5 | 89 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 89:17-90:20 | 89 | 17 | 90 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 91:2-91:2 | 91 | 2 | 91 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 93:4-93:5 | 93 | 4 | 93 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 93:7-93:20 | 93 | 7 | 93 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 93:21-94:3 | 93 | 21 | 94 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 94:5-94:5 | 94 | 5 | 94 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 94:7-94:10 | 94 | 7 | 94 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 94:12-94:12 | 94 | 12 | 94 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 95:5-95:6 | 95 | 5 | 95 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 95:17-96:2 | 95 | 17 | 96 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 96:20-97:3 | 96 | 20 | 97 | 3 | Defendant Affirmative | | 97:4-98:16 | 97 | 4 | 98 | 16 | 403; 802 | | | | | | |
| Mulabagal, Pavankumar | 98:17-99:2 | 98 | 17 | 99 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 99:4-99:4 | 99 | 4 | 99 | 4 | Defendant Affirmative | | 99:6-99:9 | 99 | 6 | 99 | 9 | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mulabagal, Pavankumar | | | | | | | | 99:11-99:14 | 99 | 11 | 99 | 14 | 403 | | | | | | |
| Mulabagal, Pavankumar | 103:3-103:6 | 103 | 3 | 103 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 103:8-103:8 | 103 | 8 | 103 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 103:10-103:12 | 103 | 10 | 103 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 103:14-103:14 | 103 | 14 | 103 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 103:16-103:19 | 103 | 16 | 103 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Mulabagal, Pavankumar | 106:7-106:10 | 106 | 7 | 106 | 10 | Defendant Affirmative | | 105:16-106:6 | 105 | 16 | 106 | 6 | 602 | | | | | | |
| Mulabagal, Pavankumar | 106:12-106:13 | 106 | 12 | 106 | 13 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrick, Christopher | 7:11-7:13 | 7 | 11 | 7 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 8:1-8:3 | 8 | 1 | 8 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 8:11-8:12 | 8 | 11 | 8 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 8:13-9:1 | 8 | 13 | 9 | 1 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 9:5-9:7 | 9 | 5 | 9 | 7 | Defendant Affirmative | 402; 403 | 9:8-9:10 | 9 | 8 | 9 | 10 | | | | | | | |
| Patrick, Christopher | | | | | | | | 9:12-9:13 | 9 | 12 | 9 | 13 | | | | | | | |
| Patrick, Christopher | 11:3-12:3 | 11 | 3 | 12 | 3 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 12:5-12:13 | 12 | 5 | 12 | 13 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 17:10-17:19 | 17 | 10 | 17 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 17:21-18:1 | 17 | 21 | 18 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 18:3-18:10 | 18 | 3 | 18 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 18:12-18:16 | 18 | 12 | 18 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 18:18-19:9 | 18 | 18 | 19 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 19:10-19:11 | 19 | 10 | 19 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 19:17-21:6 | 19 | 17 | 21 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 21:8-21:13 | 21 | 8 | 21 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 21:15-21:20 | 21 | 15 | 21 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 22:5-24:20 | 22 | 5 | 24 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 25:1-25:1 | 25 | 1 | 25 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 25:8-25:12 | 25 | 8 | 25 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 25:13-25:15 | 25 | 13 | 25 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 25:16-25:17 | 25 | 16 | 25 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 25:24-25:25 | 25 | 24 | 25 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 26:2-26:5 | 26 | 2 | 26 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 26:18-26:25 | 26 | 18 | 26 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 28:21-30:11 | 28 | 21 | 30 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 30:15-30:22 | 30 | 15 | 30 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 30:24-32:10 | 30 | 24 | 32 | 10 | Defendant Affirmative | 802; 805 | | | | | | | | | | | | |
| Patrick, Christopher | 32:19-32:20 | 32 | 19 | 32 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 32:24-33:3 | 32 | 24 | 33 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 33:4-33:4 | 33 | 4 | 33 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 33:6-33:10 | 33 | 6 | 33 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 34:3-34:18 | 34 | 3 | 34 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 34:24-35:1 | 34 | 24 | 35 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 35:3-35:9 | 35 | 3 | 35 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 35:11-36:8 | 35 | 11 | 36 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 36:10-36:11 | 36 | 10 | 36 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 36:13-36:16 | 36 | 13 | 36 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 36:24-38:23 | 36 | 24 | 38 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 38:25-39:6 | 38 | 25 | 39 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 39:8-39:8 | 39 | 8 | 39 | 8 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 39:10-39:12 | 39 | 10 | 39 | 12 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 39:16-39:16 | 39 | 16 | 39 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 39:18-39:25 | 39 | 18 | 39 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 40:2-40:8 | 40 | 2 | 40 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 41:20-43:1 | 41 | 20 | 43 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 43:3-43:6 | 43 | 3 | 43 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 43:19-45:14 | 43 | 19 | 45 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 46:5-46:7 | 46 | 5 | 46 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 46:9-46:10 | 46 | 9 | 46 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 46:13-46:15 | 46 | 13 | 46 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 46:16-46:17 | 46 | 16 | 46 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 47:6-48:10 | 47 | 6 | 48 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 48:16-49:12 | 48 | 16 | 49 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 49:13-49:14 | 49 | 13 | 49 | 14 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 49:16-49:19 | 49 | 16 | 49 | 19 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 49:21-49:23 | 49 | 21 | 49 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 49:25-50:3 | 49 | 25 | 50 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 50:5-50:6 | 50 | 5 | 50 | 6 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 50:8-50:11 | 50 | 8 | 50 | 11 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 50:22-51:1 | 50 | 22 | 51 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 51:8-52:6 | 51 | 8 | 52 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 52:11-53:5 | 52 | 11 | 53 | 5 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 53:7-53:11 | 53 | 7 | 53 | 11 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 53:13-53:16 | 53 | 13 | 53 | 16 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrick, Christopher | 53:20-53:20 | 53 | 20 | 53 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 53:22-54:12 | 53 | 22 | 54 | 12 | Defendant Affirmative | | 54:13-54:16 | 54 | 13 | 54 | 16 | | | | | | | |
| Patrick, Christopher | 54:19-54:23 | 54 | 19 | 54 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 54:25-55:11 | 54 | 25 | 55 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 55:13-56:5 | 55 | 13 | 56 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 56:6-56:8 | 56 | 6 | 56 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 56:16-56:16 | 56 | 16 | 56 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 56:18-57:3 | 56 | 18 | 57 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 57:16-57:23 | 57 | 16 | 57 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 58:3-58:23 | 58 | 3 | 58 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 58:25-59:11 | 58 | 25 | 59 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 59:13-60:3 | 59 | 13 | 60 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 60:12-60:17 | 60 | 12 | 60 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 61:5-61:5 | 61 | 5 | 61 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 61:7-61:20 | 61 | 7 | 61 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 61:21-61:25 | 61 | 21 | 61 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 66:4-66:11 | 66 | 4 | 66 | 11 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 66:13-66:15 | 66 | 13 | 66 | 15 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 71:25-71:25 | 71 | 25 | 71 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 72:2-72:9 | 72 | 2 | 72 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 72:16-73:5 | 72 | 16 | 73 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 73:12-73:21 | 73 | 12 | 73 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 73:22-75:12 | 73 | 22 | 75 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 75:14-75:23 | 75 | 14 | 75 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 75:25-76:16 | 75 | 25 | 76 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 77:5-77:16 | 77 | 5 | 77 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 78:3-78:16 | 78 | 3 | 78 | 16 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 79:7-79:19 | 79 | 7 | 79 | 19 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 79:20-81:6 | 79 | 20 | 81 | 6 | Defendant Affirmative | | 81:7-81:17 | 81 | 7 | 81 | 17 | | | | | | | |
| Patrick, Christopher | 81:18-81:25 | 81 | 18 | 81 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 82:1-82:9 | 82 | 1 | 82 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 82:11-82:15 | 82 | 11 | 82 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 82:17-83:18 | 82 | 17 | 83 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 83:20-83:23 | 83 | 20 | 83 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 83:25-84:4 | 83 | 25 | 84 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 84:8-85:2 | 84 | 8 | 85 | 2 | Defendant Affirmative | | 85:4-85:5 | 85 | 4 | 85 | 5 | | | | | | | |
| Patrick, Christopher | 87:22-87:22 | 87 | 22 | 87 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 87:24-87:25 | 87 | 24 | 87 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 88:1-88:11 | 88 | 1 | 88 | 11 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 88:16-88:19 | 88 | 16 | 88 | 19 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 88:24-89:9 | 88 | 24 | 89 | 9 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 89:12-89:14 | 89 | 12 | 89 | 14 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 89:16-90:14 | 89 | 16 | 90 | 14 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 90:19-90:25 | 90 | 19 | 90 | 25 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 91:2-91:7 | 91 | 2 | 91 | 7 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 91:9-91:15 | 91 | 9 | 91 | 15 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 91:19-91:19 | 91 | 19 | 91 | 19 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 91:20-92:6 | 91 | 20 | 92 | 6 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Patrick, Christopher | 101:10-101:10 | 101 | 10 | 101 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 101:16-101:22 | 101 | 16 | 101 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 101:23-102:4 | 101 | 23 | 102 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 102:5-102:13 | 102 | 5 | 102 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 102:14-104:2 | 102 | 14 | 104 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 104:16-105:3 | 104 | 16 | 105 | 3 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Patrick, Christopher | 105:5-105:10 | 105 | 5 | 105 | 10 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Patrick, Christopher | 105:12-106:2 | 105 | 12 | 106 | 2 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Patrick, Christopher | 106:4-106:7 | 106 | 4 | 106 | 7 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Patrick, Christopher | 106:17-107:7 | 106 | 17 | 107 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 107:8-107:13 | 107 | 8 | 107 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 107:17-109:7 | 107 | 17 | 109 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 109:9-109:10 | 109 | 9 | 109 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 109:12-109:13 | 109 | 12 | 109 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 109:15-110:3 | 109 | 15 | 110 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 110:5-110:6 | 110 | 5 | 110 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Patrick, Christopher | 110:8-110:14 | 110 | 8 | 110 | 14 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sand, Laura (22-1146) | 6:1-6:4 | 6 | 1 | 6 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 6:8-6:10 | 6 | 8 | 6 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 6:14-6:18 | 6 | 14 | 6 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 8:5-8:10 | 8 | 5 | 8 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 8:22-9:23 | 8 | 22 | 9 | 23 | Defendant Affirmative | | 9:24-10:5 | 9 | 24 | 10 | 5 | | | | | | | |
| Sand, Laura (22-1146) | 10:6-10:10 | 10 | 6 | 10 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 10:14-10:16 | 10 | 14 | 10 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 11:8-11:11 | 11 | 8 | 11 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 11:14-12:1 | 11 | 14 | 12 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 12:15-12:15 | 12 | 15 | 12 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 12:17-12:19 | 12 | 17 | 12 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 16:16-18:24 | 16 | 16 | 18 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 19:1-19:2 | 19 | 1 | 19 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 19:4-19:8 | 19 | 4 | 19 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 20:8-23:23 | 20 | 8 | 23 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 24:7-24:8 | 24 | 7 | 24 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 24:10-24:18 | 24 | 10 | 24 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 24:20-24:22 | 24 | 20 | 24 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 24:25-24:25 | 24 | 25 | 24 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 25:2-27:1 | 25 | 2 | 27 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 27:3-27:4 | 27 | 3 | 27 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 27:6-27:7 | 27 | 6 | 27 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 27:9-27:10 | 27 | 9 | 27 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 27:12-27:14 | 27 | 12 | 27 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 27:18-27:21 | 27 | 18 | 27 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 28:18-28:22 | 28 | 18 | 28 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 28:24-29:1 | 28 | 24 | 29 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 29:11-30:4 | 29 | 11 | 30 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 30:6-30:10 | 30 | 6 | 30 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 30:12-30:14 | 30 | 12 | 30 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 30:16-30:22 | 30 | 16 | 30 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 30:24-31:25 | 30 | 24 | 31 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 32:16-33:20 | 32 | 16 | 33 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 37:8-37:13 | 37 | 8 | 37 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 37:19-38:7 | 37 | 19 | 38 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura (22-1146) | 41:23-42:19 | 41 | 23 | 42 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sand, Laura | 7:4-7:7 | 7 | 4 | 7 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 7:10-7:14 | 7 | 10 | 7 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 7:17-7:20 | 7 | 17 | 7 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 8:2-8:8 | 8 | 2 | 8 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 8:9-8:22 | 8 | 9 | 8 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 32:15-34:4 | 32 | 15 | 34 | 4 | Defendant Affirmative | | 34:5-34:10 | 34 | 5 | 34 | 10 | 701 | 34:11-13 | 34 | 11 | 34 | 13 | |
| Sand, Laura | 34:14-35:12 | 34 | 14 | 35 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 35:13-35:22 | 35 | 13 | 35 | 22 | Defendant Affirmative | | 35:23-36:12 | 35 | 23 | 36 | 12 | 1002 | | | | | | |
| Sand, Laura | 65:19-65:20 | 65 | 19 | 65 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 65:22-65:23 | 65 | 22 | 65 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 65:25-66:8 | 65 | 25 | 66 | 8 | Defendant Affirmative | | 66:12-66:24 | 66 | 12 | 66 | 24 | | 66:9-11 | 66 | 9 | 66 | 11 | |
| Sand, Laura | 66:25-67:20 | 66 | 25 | 67 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 68:5-68:9 | 68 | 5 | 68 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 68:12-68:16 | 68 | 12 | 68 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 68:18-68:24 | 68 | 18 | 68 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 69:6-69:6 | 69 | 6 | 69 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 69:8-69:8 | 69 | 8 | 69 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 69:11-69:19 | 69 | 11 | 69 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 70:18-70:21 | 70 | 18 | 70 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 70:22-70:25 | 70 | 22 | 70 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 71:6-71:7 | 71 | 6 | 71 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 71:9-71:11 | 71 | 9 | 71 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 73:4-73:18 | 73 | 4 | 73 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 73:25-74:11 | 73 | 25 | 74 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 74:13-74:16 | 74 | 13 | 74 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 74:18-74:24 | 74 | 18 | 74 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 74:25-75:12 | 74 | 25 | 75 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 75:14-75:15 | 75 | 14 | 75 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 75:17-76:4 | 75 | 17 | 76 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 76:7-76:17 | 76 | 7 | 76 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 76:23-77:23 | 76 | 23 | 77 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 78:20-79:4 | 78 | 20 | 79 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 80:2-80:15 | 80 | 2 | 80 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 81:3-81:5 | 81 | 3 | 81 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 81:11-82:4 | 81 | 11 | 82 | 4 | Defendant Affirmative | | 82:5-82:7 | 82 | 5 | 82 | 7 | | 82:8 | 82 | 8 | 82 | 8 | 402, 403 |
| Sand, Laura | | | | | | | | | | | | | | 82:11-12 | 82 | 11 | 82 | 12 | 402, 403 |
| Sand, Laura | 83:4-83:8 | 83 | 4 | 83 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 86:8-86:23 | 86 | 8 | 86 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 88:25-90:14 | 88 | 25 | 90 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 91:6-91:13 | 91 | 6 | 91 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 91:16-91:17 | 91 | 16 | 91 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 91:19-92:11 | 91 | 19 | 92 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 94:5-94:20 | 94 | 5 | 94 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 94:21-95:7 | 94 | 21 | 95 | 7 | Defendant Affirmative | | 95:8-95:12 | 95 | 8 | 95 | 12 | | | | | | | |
| Sand, Laura | 95:17-95:18 | 95 | 17 | 95 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 95:20-97:21 | 95 | 20 | 97 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 97:24-98:1 | 97 | 24 | 98 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 98:13-98:16 | 98 | 13 | 98 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 99:10-99:12 | 99 | 10 | 99 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 99:14-99:17 | 99 | 14 | 99 | 17 | Defendant Affirmative | | 99:18-100:1 | 99 | 18 | 100 | 1 | 402, 403, 701, A | 101:19-102:9 | 101 | 19 | 102 | 9 | |
| Sand, Laura | | | | | | | | | | | | | | 102:10-21 | 102 | 10 | 102 | 21 | |
| Sand, Laura | | | | | | | | | | | | | | 102:25-103:3 | 102 | 25 | 103 | 3 | |
| Sand, Laura | 100:2-100:7 | 100 | 2 | 100 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 109:6-109:21 | 109 | 6 | 109 | 21 | Defendant Affirmative | | 110:3-110:7 | 110 | 3 | 110 | 7 | 402, 403, 701 | 110:8-10 | 110 | 8 | 110 | 10 | |
| Sand, Laura | | | | | | | | | | | | | | 110:14-17 | 110 | 14 | 110 | 17 | 106 |
| Sand, Laura | 111:2-111:14 | 111 | 2 | 111 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 117:23-118:9 | 117 | 23 | 118 | 9 | Defendant Affirmative | | 118:10-118:13 | 118 | 10 | 118 | 13 | 402, 403, 701 | | | | | | |
| Sand, Laura | | | | | | | | 118:17-118:21 | 118 | 17 | 118 | 21 | 402, 403, 701 | 118:22-23 | 118 | 22 | 118 | 23 | |
| Sand, Laura | | | | | | | | | | | | | | 119:13-14 | 119 | 13 | 119 | 14 | |
| Sand, Laura | | | | | | | | | | | | | | 119:16-120:6 | 119 | 16 | 120 | 6 | |
| Sand, Laura | 120:20-121:6 | 120 | 20 | 121 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 122:20-122:24 | 122 | 20 | 122 | 24 | Defendant Affirmative | | 122:11-122:19 | 122 | 11 | 122 | 19 | 402, 403, 701 | | | | | | |
| Sand, Laura | | | | | | | | 122:25-123:5 | 122 | 25 | 123 | 5 | 402, 403, 701 | | | | | | |
| Sand, Laura | 123:14-123:19 | 123 | 14 | 123 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 123:25-124:4 | 123 | 25 | 124 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sand, Laura | 124:23-125:7 | 124 | 23 | 125 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 125:12-125:18 | 125 | 12 | 125 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 132:16-132:17 | 132 | 16 | 132 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 132:19-132:23 | 132 | 19 | 132 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 138:7-138:19 | 138 | 7 | 138 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 138:20-139:1 | 138 | 20 | 139 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Sand, Laura | 145:25-146:10 | 145 | 25 | 146 | 10 | Defendant Affirmative | 104a, 402, 403, 602, 802, 805 | 141:5-141:15 | 141 | 5 | 141 | 15 | | 141:16-142:23 | 141 | 16 | 142 | 23 | 602 |
| Sand, Laura | | | | | | | | | | | | | | 143:1 | 143 | 1 | 143 | 1 | 602 |
| Sand, Laura | | | | | | | | | | | | | | 143:3-144:11 | 143 | 3 | 144 | 11 | 602 |
| Sand, Laura | | | | | | | | | | | | | | 144:13-14 | 144 | 13 | 144 | 14 | 602 |
| Sand, Laura | | | | | | | | | | | | | | 144:16-145:20 | 144 | 16 | 145 | 20 | 602 |
| Sand, Laura | | | | | | | | | | | | | | 145:22-23 | 145 | 22 | 145 | 23 | 602 |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**C.A. 24-490-MN (CONSOLIDATED)**
**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sharma, Nitin (22-1146) | 8:2-8:4 | 8 | 2 | 8 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 8:10-8:12 | 8 | 10 | 8 | 12 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 8:18-9:6 | 8 | 18 | 9 | 6 | | | 9:7-9:10 | 9 | 7 | 9 | 10 | | | | | | | |
| Sharma, Nitin (22-1146) | 10:20-10:23 | 10 | 20 | 10 | 23 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 14:2-14:20 | 14 | 2 | 14 | 20 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 15:1-15:7 | 15 | 1 | 15 | 7 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 18:8-18:18 | 18 | 8 | 18 | 18 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 19:4-20:3 | 19 | 4 | 20 | 3 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 23:1-23:10 | 23 | 1 | 23 | 10 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 23:16-24:7 | 23 | 16 | 24 | 7 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 26:4-27:4 | 26 | 4 | 27 | 4 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 28:12-29:7 | 28 | 12 | 29 | 7 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 29:9-29:18 | 29 | 9 | 29 | 18 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 31:5-31:13 | 31 | 5 | 31 | 13 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 32:15-32:22 | 32 | 15 | 32 | 22 | | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 34:8-34:13 | 34 | 8 | 34 | 13 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 34:16-34:17 | 34 | 16 | 34 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 34:19-34:22 | 34 | 19 | 34 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 34:24-35:2 | 34 | 24 | 35 | 2 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 36:23-37:14 | 36 | 23 | 37 | 14 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 39:12-39:17 | 39 | 12 | 39 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 39:19-39:20 | 39 | 19 | 39 | 20 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 42:18-42:24 | 42 | 18 | 42 | 24 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 46:20-46:24 | 46 | 20 | 46 | 24 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 48:21-48:25 | 48 | 21 | 48 | 25 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 49:5-49:15 | 49 | 5 | 49 | 15 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 50:14-51:1 | 50 | 14 | 51 | 1 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 51:7-51:19 | 51 | 7 | 51 | 19 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 55:7-55:13 | 55 | 7 | 55 | 13 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 59:11-59:23 | 59 | 11 | 59 | 23 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 60:25-61:2 | 60 | 25 | 61 | 2 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 61:4-61:6 | 61 | 4 | 61 | 6 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 61:10-61:21 | 61 | 10 | 61 | 21 | Defendant Affirmative | 103, 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 62:4-63:8 | 62 | 4 | 63 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 92:15-92:19 | 92 | 15 | 92 | 19 | Defendant Affirmative | 103, 104a, 602 | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 93:8-93:11 | 93 | 8 | 93 | 11 | Defendant Affirmative | 104a, 602 | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 93:13-94:2 | 93 | 13 | 94 | 2 | Defendant Affirmative | 104a, 602 | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 107:17-108:9 | 107 | 17 | 108 | 9 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 108:16-109:14 | 108 | 16 | 109 | 14 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 109:16-109:17 | 109 | 16 | 109 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 109:19-109:20 | 109 | 19 | 109 | 20 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 109:22-110:9 | 109 | 22 | 110 | 9 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 110:11-110:12 | 110 | 11 | 110 | 12 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 110:15-110:21 | 110 | 15 | 110 | 21 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 140:5-140:10 | 140 | 5 | 140 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 145:2-145:8 | 145 | 2 | 145 | 8 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 145:16-145:18 | 145 | 16 | 145 | 18 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 145:24-147:1 | 145 | 24 | 147 | 1 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Sharma, Nitin (22-1146) | 164:11-165:18 | 164 | 11 | 165 | 18 | Defendant Affirmative | 103, 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson, James (22-1146) | 7:1-7:3 | 7 | 1 | 7 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 7:9-9:5 | 7 | 9 | 9 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 9:13-9:22 | 9 | 13 | 9 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 11:9-11:20 | 11 | 9 | 11 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 12:6-12:8 | 12 | 6 | 12 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 12:10-12:10 | 12 | 10 | 12 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 12:12-12:22 | 12 | 12 | 12 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 22:3-22:5 | 22 | 3 | 22 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 22:6-23:2 | 22 | 6 | 23 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 23:3-23:8 | 23 | 3 | 23 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 25:3-25:13 | 25 | 3 | 25 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 25:15-25:21 | 25 | 15 | 25 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 26:11-26:22 | 26 | 11 | 26 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 41:7-41:7 | 41 | 7 | 41 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 41:9-41:15 | 41 | 9 | 41 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 41:16-41:22 | 41 | 16 | 41 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 42:15-43:10 | 42 | 15 | 43 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 43:12-43:12 | 43 | 12 | 43 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 43:14-44:7 | 43 | 14 | 44 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 44:22-45:3 | 44 | 22 | 45 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 45:12-46:6 | 45 | 12 | 46 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 46:7-48:3 | 46 | 7 | 48 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 50:14-51:6 | 50 | 14 | 51 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 51:7-51:16 | 51 | 7 | 51 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 53:18-54:17 | 53 | 18 | 54 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 54:19-54:25 | 54 | 19 | 54 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 55:2-55:10 | 55 | 2 | 55 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 55:11-56:16 | 55 | 11 | 56 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 56:18-56:23 | 56 | 18 | 56 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 64:15-64:18 | 64 | 15 | 64 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 64:20-64:21 | 64 | 20 | 64 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 64:23-65:12 | 64 | 23 | 65 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 65:14-66:1 | 65 | 14 | 66 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 66:3-66:12 | 66 | 3 | 66 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 66:22-66:22 | 66 | 22 | 66 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 66:24-68:12 | 66 | 24 | 68 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 90:17-90:17 | 90 | 17 | 90 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 90:19-91:3 | 90 | 19 | 91 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 91:4-91:6 | 91 | 4 | 91 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 95:10-95:19 | 95 | 10 | 95 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 98:7-98:24 | 98 | 7 | 98 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 99:1-99:1 | 99 | 1 | 99 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 99:3-99:10 | 99 | 3 | 99 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 100:6-100:11 | 100 | 6 | 100 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 100:13-100:19 | 100 | 13 | 100 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 100:21-100:23 | 100 | 21 | 100 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 100:25-101:5 | 100 | 25 | 101 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 101:7-101:8 | 101 | 7 | 101 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 101:10-101:14 | 101 | 10 | 101 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 101:16-101:22 | 101 | 16 | 101 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 101:23-102:2 | 101 | 23 | 102 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 102:3-102:11 | 102 | 3 | 102 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 102:12-102:17 | 102 | 12 | 102 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 102:22-102:22 | 102 | 22 | 102 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 102:24-103:16 | 102 | 24 | 103 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 103:18-103:18 | 103 | 18 | 103 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 103:20-103:24 | 103 | 20 | 103 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 104:1-104:4 | 104 | 1 | 104 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 104:6-104:14 | 104 | 6 | 104 | 14 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 104:16-104:24 | 104 | 16 | 104 | 24 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 105:2-105:8 | 105 | 2 | 105 | 8 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 105:10-105:11 | 105 | 10 | 105 | 11 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 105:13-105:21 | 105 | 13 | 105 | 21 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 105:23-106:1 | 105 | 23 | 106 | 1 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 106:3-107:9 | 106 | 3 | 107 | 9 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 107:11-107:25 | 107 | 11 | 107 | 25 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 110:20-110:21 | 110 | 20 | 110 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 111:2-111:16 | 111 | 2 | 111 | 16 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 111:18-111:23 | 111 | 18 | 111 | 23 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 118:15-118:16 | 118 | 15 | 118 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 118:18-119:4 | 118 | 18 | 119 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Thompson, James (22-1146) | 119:5-120:7 | 119 | 5 | 120 | 7 | Defendant Affirmative | CO, 402, 403, IP (120:3-7) | | | | | | | | | | | | |
| Thompson, James (22-1146) | 120:9-120:18 | 120 | 9 | 120 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 120:20-121:6 | 120 | 20 | 121 | 6 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 121:8-121:9 | 121 | 8 | 121 | 9 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 121:11-121:15 | 121 | 11 | 121 | 15 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 121:17-121:19 | 121 | 17 | 121 | 19 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 121:21-122:18 | 121 | 21 | 122 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 122:20-122:21 | 122 | 20 | 122 | 21 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 124:24-124:25 | 124 | 24 | 124 | 25 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 125:2-125:2 | 125 | 2 | 125 | 2 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 125:4-125:6 | 125 | 4 | 125 | 6 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 125:8-125:13 | 125 | 8 | 125 | 13 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 125:15-126:2 | 125 | 15 | 126 | 2 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 126:3-126:4 | 126 | 3 | 126 | 4 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson, James (22-1146) | 126:6-127:5 | 126 | 6 | 127 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 127:6-127:23 | 127 | 6 | 127 | 23 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 127:25-128:1 | 127 | 25 | 128 | 1 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 128:3-128:3 | 128 | 3 | 128 | 3 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 128:5-128:5 | 128 | 5 | 128 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 128:7-128:18 | 128 | 7 | 128 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 128:21-129:10 | 128 | 21 | 129 | 10 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 129:13-130:14 | 129 | 13 | 130 | 14 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 130:16-130:19 | 130 | 16 | 130 | 19 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 130:21-130:22 | 130 | 21 | 130 | 22 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 130:24-131:1 | 130 | 24 | 131 | 1 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 131:3-131:6 | 131 | 3 | 131 | 6 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 131:8-131:14 | 131 | 8 | 131 | 14 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 131:16-131:19 | 131 | 16 | 131 | 19 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 131:21-132:6 | 131 | 21 | 132 | 6 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Thompson, James (22-1146) | 132:8-132:11 | 132 | 8 | 132 | 11 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh (22-1146) | 7:1-7:3 | 7 | 1 | 7 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 7:7-7:11 | 7 | 7 | 7 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 7:22-8:13 | 7 | 22 | 8 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 8:18-8:20 | 8 | 18 | 8 | 20 | Defendant Affirmative | | 11:16-11:25 | 11 | 16 | 11 | 25 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 12:1-12:14 | 12 | 1 | 12 | 14 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 12:22-13:3 | 12 | 22 | 13 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 13:8-14:21 | 13 | 8 | 14 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 15:3-16:8 | 15 | 3 | 16 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 16:15-17:7 | 16 | 15 | 17 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 18:2-18:15 | 18 | 2 | 18 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 19:1-20:18 | 19 | 1 | 20 | 18 | Defendant Affirmative | | 20:19-20:23 | 20 | 19 | 20 | 23 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 21:2-21:20 | 21 | 2 | 21 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 21:24-22:16 | 21 | 24 | 22 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 22:18-23:1 | 22 | 18 | 23 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 23:5-24:12 | 23 | 5 | 24 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 24:19-25:11 | 24 | 19 | 25 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 26:11-27:9 | 26 | 11 | 27 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 27:12-28:1 | 27 | 12 | 28 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 28:3-28:3 | 28 | 3 | 28 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 28:5-28:9 | 28 | 5 | 28 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 28:11-28:19 | 28 | 11 | 28 | 19 | Defendant Affirmative | | 28:24-28:25 | 28 | 24 | 28 | 25 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 29:1-29:2 | 29 | 1 | 29 | 2 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 29:11-29:14 | 29 | 11 | 29 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 30:9-31:14 | 30 | 9 | 31 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 31:20-31:24 | 31 | 20 | 31 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 32:13-32:15 | 32 | 13 | 32 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 32:17-32:18 | 32 | 17 | 32 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 32:20-33:19 | 32 | 20 | 33 | 19 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 34:12-34:14 | 34 | 12 | 34 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 34:22-34:24 | 34 | 22 | 34 | 24 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 35:6-36:17 | 35 | 6 | 36 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 36:20-36:22 | 36 | 20 | 36 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 37:12-37:17 | 37 | 12 | 37 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 38:17-40:16 | 38 | 17 | 40 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 41:8-42:11 | 41 | 8 | 42 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 42:13-42:15 | 42 | 13 | 42 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 42:17-42:17 | 42 | 17 | 42 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 42:19-42:24 | 42 | 19 | 42 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 43:2-44:24 | 43 | 2 | 44 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 45:13-46:5 | 45 | 13 | 46 | 5 | Defendant Affirmative | | 46:15-46:25 | 46 | 15 | 46 | 25 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 47:1-47:11 | 47 | 1 | 47 | 11 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 47:12-47:21 | 47 | 12 | 47 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 48:16-50:15 | 48 | 16 | 50 | 15 | Defendant Affirmative | | 50:18-50:24 | 50 | 18 | 50 | 24 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 50:25-51:11 | 50 | 25 | 51 | 11 | Defendant Affirmative | | 53:25-53:25 | 53 | 25 | 53 | 25 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 54:1-54:15 | 54 | 1 | 54 | 15 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 54:16-61:11 | 54 | 16 | 61 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 61:13-61:14 | 61 | 13 | 61 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 61:21-61:24 | 61 | 21 | 61 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 62:1-62:1 | 62 | 1 | 62 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 63:1-64:22 | 63 | 1 | 64 | 22 | Defendant Affirmative | | 65:5-65:13 | 65 | 5 | 65 | 13 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 65:15-65:17 | 65 | 15 | 65 | 17 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 65:19-66:15 | 65 | 19 | 66 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 66:22-67:7 | 66 | 22 | 67 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 67:9-67:15 | 67 | 9 | 67 | 15 | Defendant Affirmative | | 67:16-67:19 | 67 | 16 | 67 | 19 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 67:20-69:7 | 67 | 20 | 69 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 69:9-69:12 | 69 | 9 | 69 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 69:14-70:7 | 69 | 14 | 70 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 70:9-70:9 | 70 | 9 | 70 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 70:11-70:16 | 70 | 11 | 70 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 70:18-70:19 | 70 | 18 | 70 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 70:21-71:3 | 70 | 21 | 71 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 71:24-72:14 | 71 | 24 | 72 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 72:20-73:4 | 72 | 20 | 73 | 4 | Defendant Affirmative | | 73:18-73:19 | 73 | 18 | 73 | 19 | | 73:5-17 | 73 | 5 | 73 | 17 | 402, 403, IP, CO |
| Trivedi, Jignesh (22-1146) | | | | | | | | 73:21-73:25 | 73 | 21 | 73 | 25 | | 75:2-5 | 75 | 2 | 75 | 5 | 402, 403, IP, CO |
| Trivedi, Jignesh (22-1146) | | | | | | | | 74:1-74:25 | 74 | 1 | 74 | 25 | ID | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh (22-1146) | 75:8-75:20 | 75 | 8 | 75 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 75:22-75:24 | 75 | 22 | 75 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 76:2-76:20 | 76 | 2 | 76 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 76:22-77:3 | 76 | 22 | 77 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 77:5-77:20 | 77 | 5 | 77 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 77:22-77:25 | 77 | 22 | 77 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 78:2-79:2 | 78 | 2 | 79 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 80:9-80:15 | 80 | 9 | 80 | 15 | Defendant Affirmative | | 80:16-80:18 | 80 | 16 | 80 | 18 | | | | | | | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 80:20-80:24 | 80 | 20 | 80 | 24 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 81:6-81:10 | 81 | 6 | 81 | 10 | Defendant Affirmative | | 81:11-81:17 | 81 | 11 | 81 | 17 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 83:6-84:20 | 83 | 6 | 84 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 84:22-86:17 | 84 | 22 | 86 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 87:4-87:25 | 87 | 4 | 87 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 88:7-89:9 | 88 | 7 | 89 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 89:23-91:2 | 89 | 23 | 91 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 91:24-96:25 | 91 | 24 | 96 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 97:15-97:21 | 97 | 15 | 97 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 97:23-97:24 | 97 | 23 | 97 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 98:2-98:7 | 98 | 2 | 98 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 98:15-98:22 | 98 | 15 | 98 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 98:24-98:25 | 98 | 24 | 98 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 99:2-100:11 | 99 | 2 | 100 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 100:13-100:14 | 100 | 13 | 100 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 100:16-100:18 | 100 | 16 | 100 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 100:24-103:25 | 100 | 24 | 103 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 106:11-106:16 | 106 | 11 | 106 | 16 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 106:18-106:18 | 106 | 18 | 106 | 18 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 106:20-106:20 | 106 | 20 | 106 | 20 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 106:22-106:23 | 106 | 22 | 106 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 106:25-109:23 | 106 | 25 | 109 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 109:25-110:3 | 109 | 25 | 110 | 3 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 110:5-111:17 | 110 | 5 | 111 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 111:19-111:21 | 111 | 19 | 111 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 111:23-112:9 | 111 | 23 | 112 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 117:18-118:2 | 117 | 18 | 118 | 2 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 118:4-118:5 | 118 | 4 | 118 | 5 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 118:7-118:14 | 118 | 7 | 118 | 14 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 118:16-118:17 | 118 | 16 | 118 | 17 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 118:19-119:25 | 118 | 19 | 119 | 25 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 120:4-120:19 | 120 | 4 | 120 | 19 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 122:1-122:2 | 122 | 1 | 122 | 2 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 122:4-122:14 | 122 | 4 | 122 | 14 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 122:16-123:3 | 122 | 16 | 123 | 3 | Defendant Affirmative | 402, 403, 602, IP, CO | 123:4-123:9 | 123 | 4 | 123 | 9 | | | | | | | |
| Trivedi, Jignesh (22-1146) | 123:10-124:7 | 123 | 10 | 124 | 7 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 124:17-124:24 | 124 | 17 | 124 | 24 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 126:3-130:4 | 126 | 3 | 130 | 4 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 130:10-130:15 | 130 | 10 | 130 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 130:24-131:13 | 130 | 24 | 131 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 131:23-132:13 | 131 | 23 | 132 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 132:21-133:11 | 132 | 21 | 133 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 133:13-133:16 | 133 | 13 | 133 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 133:18-134:9 | 133 | 18 | 134 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 134:14-134:18 | 134 | 14 | 134 | 18 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh (22-1146) | 135:4-135:8 | 135 | 4 | 135 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 135:14-137:12 | 135 | 14 | 137 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 139:6-143:11 | 139 | 6 | 143 | 11 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 143:13-143:14 | 143 | 13 | 143 | 14 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 143:16-143:18 | 143 | 16 | 143 | 18 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 143:22-144:10 | 143 | 22 | 144 | 10 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 150:18-150:25 | 150 | 18 | 150 | 25 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 151:16-151:17 | 151 | 16 | 151 | 17 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 151:19-151:23 | 151 | 19 | 151 | 23 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 151:25-152:1 | 151 | 25 | 152 | 1 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 152:3-152:3 | 152 | 3 | 152 | 3 | Defendant Affirmative | 402, 403, 602, IP, CO | 153:5-153:22 | 153 | 5 | 153 | 22 | 102a; 402; 403 | 152:4-9 | 152 | 4 | 152 | 9 | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 153:24-153:25 | 153 | 24 | 153 | 25 | 102a; 402; 403 | 152:13-24 | 152 | 13 | 152 | 24 | |
| Trivedi, Jignesh (22-1146) | | | | | | | | 154:1-154:1 | 154 | 1 | 154 | 1 | 102a; 402; 403 | 152:25-153:4 | 152 | 25 | 153 | 4 | |
| Trivedi, Jignesh (22-1146) | 155:21-157:13 | 155 | 21 | 157 | 13 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 157:22-158:7 | 157 | 22 | 158 | 7 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 158:9-158:11 | 158 | 9 | 158 | 11 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 158:13-158:22 | 158 | 13 | 158 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 174:17-174:25 | 174 | 17 | 174 | 25 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 175:6-175:8 | 175 | 6 | 175 | 8 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 184:19-184:23 | 184 | 19 | 184 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 190:19-190:22 | 190 | 19 | 190 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 206:22-207:22 | 206 | 22 | 207 | 22 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 207:24-207:24 | 207 | 24 | 207 | 24 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 208:2-209:24 | 208 | 2 | 209 | 24 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 211:8-213:17 | 211 | 8 | 213 | 17 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh (22-1146) | 213:20-213:22 | 213 | 20 | 213 | 22 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 7:3-7:8 | 7 | 3 | 7 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 7:12-7:18 | 7 | 12 | 7 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 7:19-8:1 | 7 | 19 | 8 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 8:2-8:4 | 8 | 2 | 8 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 9:20-10:12 | 9 | 20 | 10 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 10:13-10:18 | 10 | 13 | 10 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 10:23-11:11 | 10 | 23 | 11 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 11:12-11:18 | 11 | 12 | 11 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 11:19-12:5 | 11 | 19 | 12 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 12:12-12:24 | 12 | 12 | 12 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 13:1-13:3 | 13 | 1 | 13 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 13:5-13:7 | 13 | 5 | 13 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 13:8-13:8 | 13 | 8 | 13 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 13:10-13:25 | 13 | 10 | 13 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 14:1-14:19 | 14 | 1 | 14 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 14:20-15:1 | 14 | 20 | 15 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:2-15:3 | 15 | 2 | 15 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:9-15:10 | 15 | 9 | 15 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:12-15:12 | 15 | 12 | 15 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:16-15:21 | 15 | 16 | 15 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:23-15:23 | 15 | 23 | 15 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 15:25-16:8 | 15 | 25 | 16 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 16:9-17:8 | 16 | 9 | 17 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 17:9-17:23 | 17 | 9 | 17 | 23 | Defendant Affirmative | | 17:24-17:25 | 17 | 24 | 17 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 18:1-18:8 | 18 | 1 | 18 | 8 | | | | | | | |
| Trivedi, Jignesh | 18:10-20:4 | 18 | 10 | 20 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 20:9-20:13 | 20 | 9 | 20 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 20:15-21:2 | 20 | 15 | 21 | 2 | Defendant Affirmative | | 21:11-21:16 | 21 | 11 | 21 | 16 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 21:18-21:25 | 21 | 18 | 21 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 22:1-22:16 | 22 | 1 | 22 | 16 | | | | | | | |
| Trivedi, Jignesh | 22:17-22:20 | 22 | 17 | 22 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 22:22-23:5 | 22 | 22 | 23 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 23:7-23:9 | 23 | 7 | 23 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 23:11-23:15 | 23 | 11 | 23 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 24:11-25:5 | 24 | 11 | 25 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 25:6-25:8 | 25 | 6 | 25 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 25:9-25:21 | 25 | 9 | 25 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 25:22-25:24 | 25 | 22 | 25 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 26:1-26:3 | 26 | 1 | 26 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 26:5-26:6 | 26 | 5 | 26 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 26:7-26:18 | 26 | 7 | 26 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 26:19-27:5 | 26 | 19 | 27 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 27:6-27:6 | 27 | 6 | 27 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 27:8-27:17 | 27 | 8 | 27 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 27:19-27:21 | 27 | 19 | 27 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 27:23-28:3 | 27 | 23 | 28 | 3 | Defendant Affirmative | | 28:4-28:11 | 28 | 4 | 28 | 11 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 28:16-28:20 | 28 | 16 | 28 | 20 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 29:1-29:3 | 29 | 1 | 29 | 3 | | | | | | | |
| Trivedi, Jignesh | 29:4-29:24 | 29 | 4 | 29 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 30:4-30:6 | 30 | 4 | 30 | 6 | Defendant Affirmative | | 30:7-30:7 | 30 | 7 | 30 | 7 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 30:9-30:12 | 30 | 9 | 30 | 12 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 30:16-30:17 | 30 | 16 | 30 | 17 | | | | | | | |
| Trivedi, Jignesh | 30:19-30:19 | 30 | 19 | 30 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 30:21-30:22 | 30 | 21 | 30 | 22 | Defendant Affirmative | | 30:24-30:25 | 30 | 24 | 30 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 31:2-31:25 | 31 | 2 | 31 | 25 | 402; 403; 602 | | | | | | |
| Trivedi, Jignesh | | | | | | | | 32:3-32:13 | 32 | 3 | 32 | 13 | 402; 403; 602 | | | | | | |
| Trivedi, Jignesh | 32:15-33:14 | 32 | 15 | 33 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 33:17-33:21 | 33 | 17 | 33 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 33:22-33:24 | 33 | 22 | 33 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 34:1-34:6 | 34 | 1 | 34 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 34:8-34:10 | 34 | 8 | 34 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 34:12-34:13 | 34 | 12 | 34 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 34:15-35:6 | 34 | 15 | 35 | 6 | Defendant Affirmative | | 35:7-35:9 | 35 | 7 | 35 | 9 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 35:19-35:19 | 35 | 19 | 35 | 19 | | | | | | | |
| Trivedi, Jignesh | 35:21-35:24 | 35 | 21 | 35 | 24 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 35:25-35:25 | 35 | 25 | 35 | 25 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 36:2-36:12 | 36 | 2 | 36 | 12 | Defendant Affirmative | 402, 403, 602, IP, CO | 36:13-36:15 | 36 | 13 | 36 | 15 | | | | | | | |
| Trivedi, Jignesh | 36:16-36:21 | 36 | 16 | 36 | 21 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 36:22-37:8 | 36 | 22 | 37 | 8 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 37:10-37:11 | 37 | 10 | 37 | 11 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 37:13-37:15 | 37 | 13 | 37 | 15 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 37:16-37:20 | 37 | 16 | 37 | 20 | Defendant Affirmative | 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 38:15-38:18 | 38 | 15 | 38 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 38:20-38:21 | 38 | 20 | 38 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 38:23-38:25 | 38 | 23 | 38 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 39:1-39:5 | 39 | 1 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 39:6-39:13 | 39 | 6 | 39 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 39:14-39:15 | 39 | 14 | 39 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 39:17-39:18 | 39 | 17 | 39 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 39:20-40:1 | 39 | 20 | 40 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 40:22-41:1 | 40 | 22 | 41 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:2-41:2 | 41 | 2 | 41 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:4-41:5 | 41 | 4 | 41 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:7-41:8 | 41 | 7 | 41 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:10-41:10 | 41 | 10 | 41 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:15-41:24 | 41 | 15 | 41 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 41:25-42:2 | 41 | 25 | 42 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 42:9-42:10 | 42 | 9 | 42 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 42:12-42:17 | 42 | 12 | 42 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 43:22-44:2 | 43 | 22 | 44 | 2 | Defendant Affirmative | | 44:3-44:17 | 44 | 3 | 44 | 17 | NR | | | | | | |
| Trivedi, Jignesh | 44:20-44:24 | 44 | 20 | 44 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 45:1-45:4 | 45 | 1 | 45 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 45:12-46:1 | 45 | 12 | 46 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 46:3-46:4 | 46 | 3 | 46 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 46:6-46:14 | 46 | 6 | 46 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 46:15-46:17 | 46 | 15 | 46 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 46:18-46:23 | 46 | 18 | 46 | 23 | Defendant Affirmative | | 47:9-47:25 | 47 | 9 | 47 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 48:1-48:3 | 48 | 1 | 48 | 3 | | | | | | | |
| Trivedi, Jignesh | 48:4-48:6 | 48 | 4 | 48 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 48:10-48:13 | 48 | 10 | 48 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 48:15-48:19 | 48 | 15 | 48 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 48:20-48:23 | 48 | 20 | 48 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 48:25-49:7 | 48 | 25 | 49 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 49:9-49:12 | 49 | 9 | 49 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 49:15-49:21 | 49 | 15 | 49 | 21 | Defendant Affirmative | | 49:23-49:25 | 49 | 23 | 49 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 50:1-50:2 | 50 | 1 | 50 | 2 | | | | | | | |
| Trivedi, Jignesh | 50:3-50:6 | 50 | 3 | 50 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 50:7-50:9 | 50 | 7 | 50 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 50:10-51:1 | 50 | 10 | 51 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 51:3-51:7 | 51 | 3 | 51 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 51:11-51:18 | 51 | 11 | 51 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 51:25-52:5 | 51 | 25 | 52 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 52:6-52:9 | 52 | 6 | 52 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 52:12-52:13 | 52 | 12 | 52 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 52:15-52:20 | 52 | 15 | 52 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 52:22-52:22 | 52 | 22 | 52 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 53:16-53:17 | 53 | 16 | 53 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 53:19-53:20 | 53 | 19 | 53 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 53:22-53:24 | 53 | 22 | 53 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 53:25-54:3 | 53 | 25 | 54 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 54:4-54:6 | 54 | 4 | 54 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 54:7-54:15 | 54 | 7 | 54 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 54:16-19 | 54 | 16 | 54 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 54:21-54:23 | 54 | 21 | 54 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 54:25-55:3 | 54 | 25 | 55 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 55:4-55:6 | 55 | 4 | 55 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 55:7-55:10 | 55 | 7 | 55 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 55:12-55:13 | 55 | 12 | 55 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 55:15-56:2 | 55 | 15 | 56 | 2 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 56:3-56:13 | 56 | 3 | 56 | 13 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 56:15-56:16 | 56 | 15 | 56 | 16 | Defendant Affirmative | 402, 403, 602 | 56:18-56:23 | 56 | 18 | 56 | 23 | ID; V | | | | | | |
| Trivedi, Jignesh | 56:24-57:5 | 56 | 24 | 57 | 5 | Defendant Affirmative | 402, 403, 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 57:14-57:14 | 57 | 14 | 57 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 57:16-57:21 | 57 | 16 | 57 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 58:6-58:13 | 58 | 6 | 58 | 13 | Defendant Affirmative | | 58:14-58:14 | 58 | 14 | 58 | 14 | ID | | | | | | |
| Trivedi, Jignesh | 58:15-58:15 | 58 | 15 | 58 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 58:17-58:18 | 58 | 17 | 58 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 58:21-58:25 | 58 | 21 | 58 | 25 | Defendant Affirmative | | 59:1-59:2 | 59 | 1 | 59 | 2 | ID | | | | | | |
| Trivedi, Jignesh | 59:3-59:3 | 59 | 3 | 59 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 59:5-59:13 | 59 | 5 | 59 | 13 | Defendant Affirmative | | 59:14-59:15 | 59 | 14 | 59 | 15 | ID | | | | | | |
| Trivedi, Jignesh | 59:16-59:16 | 59 | 16 | 59 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 60:7-60:10 | 60 | 7 | 60 | 10 | Defendant Affirmative | | 60:11-60:12 | 60 | 11 | 60 | 12 | ID | | | | | | |
| Trivedi, Jignesh | 60:13-60:13 | 60 | 13 | 60 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 60:22-61:11 | 60 | 22 | 61 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 62:19-63:1 | 62 | 19 | 63 | 1 | Defendant Affirmative | | 63:2-63:3 | 63 | 2 | 63 | 3 | ID | | | | | | |
| Trivedi, Jignesh | 63:4-63:4 | 63 | 4 | 63 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 63:6-63:8 | 63 | 6 | 63 | 8 | Defendant Affirmative | | 63:9-63:10 | 63 | 9 | 63 | 10 | ID | | | | | | |
| Trivedi, Jignesh | 63:11-63:11 | 63 | 11 | 63 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 63:13-63:16 | 63 | 13 | 63 | 16 | Defendant Affirmative | | 63:17-63:18 | 63 | 17 | 63 | 18 | ID | | | | | | |
| Trivedi, Jignesh | 63:19-63:19 | 63 | 19 | 63 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 63:21-63:23 | 63 | 21 | 63 | 23 | Defendant Affirmative | | 63:24-63:25 | 63 | 24 | 63 | 25 | ID | | | | | | |
| Trivedi, Jignesh | 64:1-64:1 | 64 | 1 | 64 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 64:3-64:5 | 64 | 3 | 64 | 5 | Defendant Affirmative | | 64:6-64:7 | 64 | 6 | 64 | 7 | ID | | | | | | |
| Trivedi, Jignesh | 64:8-64:8 | 64 | 8 | 64 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 64:10-65:6 | 64 | 10 | 65 | 6 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 65:7-65:8 | 65 | 7 | 65 | 8 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 65:10-65:11 | 65 | 10 | 65 | 11 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 65:15-65:20 | 65 | 15 | 65 | 20 | Defendant Affirmative | 602 | 67:20-67:24 | 67 | 20 | 67 | 24 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 68:2-68:6 | 68 | 2 | 68 | 6 | | | | | | | |
| Trivedi, Jignesh | 68:8-68:11 | 68 | 8 | 68 | 11 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 68:14-68:14 | 68 | 14 | 68 | 14 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 68:16-68:19 | 68 | 16 | 68 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 70:2-70:5 | 70 | 2 | 70 | 5 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 70:6-70:15 | 70 | 6 | 70 | 15 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 70:16-70:18 | 70 | 16 | 70 | 18 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 70:20-70:20 | 70 | 20 | 70 | 20 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 70:22-70:25 | 70 | 22 | 70 | 25 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:1-71:7 | 71 | 1 | 71 | 7 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:8-71:11 | 71 | 8 | 71 | 11 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:12-71:16 | 71 | 12 | 71 | 16 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:17-71:19 | 71 | 17 | 71 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:21-71:21 | 71 | 21 | 71 | 21 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 71:23-72:7 | 71 | 23 | 72 | 7 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 72:9-72:10 | 72 | 9 | 72 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 72:12-72:20 | 72 | 12 | 72 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 72:25-73:5 | 72 | 25 | 73 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 73:6-73:9 | 73 | 6 | 73 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 73:10-73:19 | 73 | 10 | 73 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 73:25-74:3 | 73 | 25 | 74 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 74:5-74:8 | 74 | 5 | 74 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 74:10-74:17 | 74 | 10 | 74 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 74:19-74:21 | 74 | 19 | 74 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 74:23-74:24 | 74 | 23 | 74 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 75:6-75:8 | 75 | 6 | 75 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 75:10-75:15 | 75 | 10 | 75 | 15 | Defendant Affirmative | | 75:17-75:19 | 75 | 17 | 75 | 19 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 75:23-75:25 | 75 | 23 | 75 | 25 | NR | | | | | | |
| Trivedi, Jignesh | | | | | | | | 76:1-76:2 | 76 | 1 | 76 | 2 | NR | | | | | | |
| Trivedi, Jignesh | 77:20-77:22 | 77 | 20 | 77 | 22 | Defendant Affirmative | | 77:25-77:25 | 77 | 25 | 77 | 25 | ID | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | | | | | | | | 78:1-78:1 | 78 | 1 | 78 | 1 | ID | | | | | | |
| Trivedi, Jignesh | 78:2-78:11 | 78 | 2 | 78 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 78:13-78:15 | 78 | 13 | 78 | 15 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 78:16-78:16 | 78 | 16 | 78 | 16 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 78:18-78:18 | 78 | 18 | 78 | 18 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 78:20-78:21 | 78 | 20 | 78 | 21 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 78:25-79:1 | 78 | 25 | 79 | 1 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:3-79:4 | 79 | 3 | 79 | 4 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:6-79:8 | 79 | 6 | 79 | 8 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:10-79:14 | 79 | 10 | 79 | 14 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:17-79:19 | 79 | 17 | 79 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:22-79:22 | 79 | 22 | 79 | 22 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 79:24-80:1 | 79 | 24 | 80 | 1 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 80:8-80:14 | 80 | 8 | 80 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 80:15-81:6 | 80 | 15 | 81 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 81:8-81:9 | 81 | 8 | 81 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 81:17-82:2 | 81 | 17 | 82 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 82:3-82:6 | 82 | 3 | 82 | 6 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 82:7-82:17 | 82 | 7 | 82 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 82:18-83:4 | 82 | 18 | 83 | 4 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:5-83:10 | 83 | 5 | 83 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:11-83:13 | 83 | 11 | 83 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:14-83:17 | 83 | 14 | 83 | 17 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:18-83:19 | 83 | 18 | 83 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:21-83:21 | 83 | 21 | 83 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 83:23-84:3 | 83 | 23 | 84 | 3 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 84:4-84:6 | 84 | 4 | 84 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 84:8-84:12 | 84 | 8 | 84 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 84:16-84:19 | 84 | 16 | 84 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 84:23-84:24 | 84 | 23 | 84 | 24 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 85:2-85:9 | 85 | 2 | 85 | 9 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 85:11-85:13 | 85 | 11 | 85 | 13 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 85:15-85:19 | 85 | 15 | 85 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 85:21-85:22 | 85 | 21 | 85 | 22 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 86:3-87:1 | 86 | 3 | 87 | 1 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:1-88:2 | 88 | 1 | 88 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:4-88:4 | 88 | 4 | 88 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:6-88:15 | 88 | 6 | 88 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:17-88:18 | 88 | 17 | 88 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:20-88:22 | 88 | 20 | 88 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 88:23-89:10 | 88 | 23 | 89 | 10 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 89:11-89:16 | 89 | 11 | 89 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 89:17-89:25 | 89 | 17 | 89 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 90:1-90:4 | 90 | 1 | 90 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 90:5-90:13 | 90 | 5 | 90 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 90:15-90:16 | 90 | 15 | 90 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 90:18-90:22 | 90 | 18 | 90 | 22 | Defendant Affirmative | | 90:23-90:25 | 90 | 23 | 90 | 25 | ID | | | | | | |
| Trivedi, Jignesh | | | | | | | | 91:1-91:1 | 91 | 1 | 91 | 1 | ID | | | | | | |
| Trivedi, Jignesh | 91:2-91:3 | 91 | 2 | 91 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 91:7-91:11 | 91 | 7 | 91 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 91:13-91:19 | 91 | 13 | 91 | 19 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 91:21-91:22 | 91 | 21 | 91 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 92:9-92:11 | 92 | 9 | 92 | 11 | Defendant Affirmative | | 92:12-92:21 | 92 | 12 | 92 | 21 | ID; 402; 403 | | | | | | |
| Trivedi, Jignesh | 92:25-93:2 | 92 | 25 | 93 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 93:5-93:8 | 93 | 5 | 93 | 8 | Defendant Affirmative | | 93:10-93:12 | 93 | 10 | 93 | 12 | | | | | | | |
| Trivedi, Jignesh | 93:13-93:17 | 93 | 13 | 93 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 93:18-93:19 | 93 | 18 | 93 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 93:21-93:23 | 93 | 21 | 93 | 23 | Defendant Affirmative | | 93:25-93:25 | 93 | 25 | 93 | 25 | ID | | | | | | |
| Trivedi, Jignesh | | | | | | | | 94:1-94:3 | 94 | 1 | 94 | 3 | ID | | | | | | |
| Trivedi, Jignesh | | | | | | | | 94:5-94:6 | 94 | 5 | 94 | 6 | | | | | | | |
| Trivedi, Jignesh | 94:8-94:14 | 94 | 8 | 94 | 14 | Defendant Affirmative | | 94:15-94:15 | 94 | 15 | 94 | 15 | ID | | | | | | |
| Trivedi, Jignesh | 94:16-94:23 | 94 | 16 | 94 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 95:9-95:25 | 95 | 9 | 95 | 25 | Defendant Affirmative | | 96:1-96:2 | 96 | 1 | 96 | 2 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 96:4-96:5 | 96 | 4 | 96 | 5 | | | | | | | |
| Trivedi, Jignesh | 96:7-96:8 | 96 | 7 | 96 | 8 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 96:10-96:16 | 96 | 10 | 96 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 96:18-97:22 | 96 | 18 | 97 | 22 | Defendant Affirmative | | 98:9-98:13 | 98 | 9 | 98 | 13 | NR | | | | | | |
| Trivedi, Jignesh | 98:17-98:20 | 98 | 17 | 98 | 20 | Defendant Affirmative | | 98:21-98:22 | 98 | 21 | 98 | 22 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 98:24-98:25 | 98 | 24 | 98 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 99:1-99:1 | 99 | 1 | 99 | 1 | | | | | | | |
| Trivedi, Jignesh | 99:3-99:23 | 99 | 3 | 99 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 99:25-100:7 | 99 | 25 | 100 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 100:9-100:13 | 100 | 9 | 100 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 100:14-101:3 | 100 | 14 | 101 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 101:8-101:22 | 101 | 8 | 101 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 101:23-102:6 | 101 | 23 | 102 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 102:7-102:10 | 102 | 7 | 102 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 102:11-103:3 | 102 | 11 | 103 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 103:22-103:23 | 103 | 22 | 103 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 104:2-104:5 | 104 | 2 | 104 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 104:7-104:9 | 104 | 7 | 104 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 104:13-104:17 | 104 | 13 | 104 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 104:19-105:1 | 104 | 19 | 105 | 1 | Defendant Affirmative | | 105:4-105:6 | 105 | 4 | 105 | 6 | NR | | | | | | |
| Trivedi, Jignesh | | | | | | | | 105:10-105:11 | 105 | 10 | 105 | 11 | NR | | | | | | |
| Trivedi, Jignesh | 105:14-105:16 | 105 | 14 | 105 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 105:18-105:19 | 105 | 18 | 105 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 105:21-105:23 | 105 | 21 | 105 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 105:25-106:2 | 105 | 25 | 106 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 106:7-106:8 | 106 | 7 | 106 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 106:10-106:11 | 106 | 10 | 106 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 106:13-106:18 | 106 | 13 | 106 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 107:14-108:4 | 107 | 14 | 108 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 109:4-109:11 | 109 | 4 | 109 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 109:12-110:1 | 109 | 12 | 110 | 1 | Defendant Affirmative | | 110:2-110:5 | 110 | 2 | 110 | 5 | | | | | | | |
| Trivedi, Jignesh | 110:6-110:11 | 110 | 6 | 110 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 110:12-110:15 | 110 | 12 | 110 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 110:16-111:18 | 110 | 16 | 111 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 111:19-111:22 | 111 | 19 | 111 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 111:23-112:6 | 111 | 23 | 112 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 112:7-112:10 | 112 | 7 | 112 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 112:11-112:13 | 112 | 11 | 112 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 112:19-113:1 | 112 | 19 | 113 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 113:2-113:17 | 113 | 2 | 113 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 113:18-114:7 | 113 | 18 | 114 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 114:8-115:4 | 114 | 8 | 115 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 115:5-115:8 | 115 | 5 | 115 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 115:10-115:10 | 115 | 10 | 115 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 115:12-116:18 | 115 | 12 | 116 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 116:19-116:21 | 116 | 19 | 116 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 116:22-116:24 | 116 | 22 | 116 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 118:18-118:20 | 118 | 18 | 118 | 20 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 118:21-120:2 | 118 | 21 | 120 | 2 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 120:4-120:5 | 120 | 4 | 120 | 5 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 120:8-120:8 | 120 | 8 | 120 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 120:10-120:13 | 120 | 10 | 120 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 120:16-120:20 | 120 | 16 | 120 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 121:3-121:10 | 121 | 3 | 121 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 121:14-122:1 | 121 | 14 | 122 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 122:2-122:8 | 122 | 2 | 122 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 122:10-122:14 | 122 | 10 | 122 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 124:7-125:2 | 124 | 7 | 125 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 125:3-125:7 | 125 | 3 | 125 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 125:12-125:22 | 125 | 12 | 125 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 125:24-127:10 | 125 | 24 | 127 | 10 | Defendant Affirmative | | 127:11-127:15 | 127 | 11 | 127 | 15 | ID | | | | | | |
| Trivedi, Jignesh | 127:16-128:10 | 127 | 16 | 128 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 128:11-128:21 | 128 | 11 | 128 | 21 | Defendant Affirmative | | 128:22-128:25 | 128 | 22 | 128 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 129:1-129:2 | 129 | 1 | 129 | 2 | | | | | | | |
| Trivedi, Jignesh | 129:3-129:25 | 129 | 3 | 129 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 130:1-130:5 | 130 | 1 | 130 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 130:6-130:7 | 130 | 6 | 130 | 7 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 130:9-130:11 | 130 | 9 | 130 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 130:21-131:3 | 130 | 21 | 131 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 131:4-131:9 | 131 | 4 | 131 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 131:10-131:15 | 131 | 10 | 131 | 15 | Defendant Affirmative | | 132:2-132:3 | 132 | 2 | 132 | 3 | ID | | | | | | |
| Trivedi, Jignesh | 132:4-132:7 | 132 | 4 | 132 | 7 | Defendant Affirmative | | 132:8-132:13 | 132 | 8 | 132 | 13 | | | | | | | |
| Trivedi, Jignesh | 132:14-133:12 | 132 | 14 | 133 | 12 | Defendant Affirmative | | 133:13-133:15 | 133 | 13 | 133 | 15 | ID | | | | | | |
| Trivedi, Jignesh | 133:16-133:24 | 133 | 16 | 133 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Trivedi, Jignesh | 133:25-134:14 | 133 | 25 | 134 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 134:15-134:17 | 134 | 15 | 134 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 134:19-135:5 | 134 | 19 | 135 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 135:7-135:9 | 135 | 7 | 135 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 135:11-135:23 | 135 | 11 | 135 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 135:25-136:2 | 135 | 25 | 136 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 136:4-136:5 | 136 | 4 | 136 | 5 | Defendant Affirmative | | 136:7-136:13 | 136 | 7 | 136 | 13 | ID | | | | | | |
| Trivedi, Jignesh | 136:14-137:1 | 136 | 14 | 137 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 137:6-137:8 | 137 | 6 | 137 | 8 | Defendant Affirmative | | 137:9-137:15 | 137 | 9 | 137 | 15 | V | | | | | | |
| Trivedi, Jignesh | | | | | | | | 137:17-137:25 | 137 | 17 | 137 | 25 | V | | | | | | |
| Trivedi, Jignesh | | | | | | | | 138:1-138:7 | 138 | 1 | 138 | 7 | V | | | | | | |
| Trivedi, Jignesh | 138:8-139:3 | 138 | 8 | 139 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 139:4-139:6 | 139 | 4 | 139 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 139:14-140:2 | 139 | 14 | 140 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 140:3-140:9 | 140 | 3 | 140 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 140:11-140:21 | 140 | 11 | 140 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 140:23-141:8 | 140 | 23 | 141 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 141:13-141:24 | 141 | 13 | 141 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 141:25-142:3 | 141 | 25 | 142 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 142:4-142:13 | 142 | 4 | 142 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 142:14-142:15 | 142 | 14 | 142 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 142:17-142:22 | 142 | 17 | 142 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 142:24-142:25 | 142 | 24 | 142 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 143:2-143:4 | 143 | 2 | 143 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 143:7-143:10 | 143 | 7 | 143 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 143:11-143:21 | 143 | 11 | 143 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 143:23-144:2 | 143 | 23 | 144 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 144:4-144:6 | 144 | 4 | 144 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 144:8-144:13 | 144 | 8 | 144 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 144:15-145:2 | 144 | 15 | 145 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 145:4-145:8 | 145 | 4 | 145 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 145:9-145:12 | 145 | 9 | 145 | 12 | Defendant Affirmative | | 145:13-145:24 | 145 | 13 | 145 | 24 | | | | | | | |
| Trivedi, Jignesh | 145:25-147:13 | 145 | 25 | 147 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 148:2-148:4 | 148 | 2 | 148 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 148:6-148:12 | 148 | 6 | 148 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 148:14-149:9 | 148 | 14 | 149 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 149:11-149:24 | 149 | 11 | 149 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 150:2-150:5 | 150 | 2 | 150 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 150:8-150:16 | 150 | 8 | 150 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 150:18-151:2 | 150 | 18 | 151 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 151:3-151:12 | 151 | 3 | 151 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 151:13-151:21 | 151 | 13 | 151 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 151:22-152:1 | 151 | 22 | 152 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 152:2-152:14 | 152 | 2 | 152 | 14 | Defendant Affirmative | | 152:25-152:25 | 152 | 25 | 152 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 153:1-153:2 | 153 | 1 | 153 | 2 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 153:4-153:8 | 153 | 4 | 153 | 8 | | | | | | | |
| Trivedi, Jignesh | 153:10-153:11 | 153 | 10 | 153 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 153:13-153:15 | 153 | 13 | 153 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 153:17-154:5 | 153 | 17 | 154 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 154:8-154:8 | 154 | 8 | 154 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 154:13-154:19 | 154 | 13 | 154 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Trivedi, Jignesh | 154:22-154:23 | 154 | 22 | 154 | 23 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Trivedi, Jignesh | 154:25-155:7 | 154 | 25 | 155 | 7 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Trivedi, Jignesh | 156:2-156:18 | 156 | 2 | 156 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 157:3-157:8 | 157 | 3 | 157 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 157:9-158:17 | 157 | 9 | 158 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 158:18-160:3 | 158 | 18 | 160 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 160:4-163:4 | 160 | 4 | 163 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 163:5-164:7 | 163 | 5 | 164 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 164:8-164:11 | 164 | 8 | 164 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 164:13-165:10 | 164 | 13 | 165 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 165:12-165:22 | 165 | 12 | 165 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 165:23-166:14 | 165 | 23 | 166 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 166:15-166:18 | 166 | 15 | 166 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 166:21-167:5 | 166 | 21 | 167 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 167:7-167:19 | 167 | 7 | 167 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 167:22-168:6 | 167 | 22 | 168 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 168:7-169:7 | 168 | 7 | 169 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 169:14-169:25 | 169 | 14 | 169 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 170:1-170:5 | 170 | 1 | 170 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 170:6-170:13 | 170 | 6 | 170 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 170:14-170:22 | 170 | 14 | 170 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 171:3-171:6 | 171 | 3 | 171 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 171:15-171:20 | 171 | 15 | 171 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 171:21-171:25 | 171 | 21 | 171 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 172:1-172:22 | 172 | 1 | 172 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 172:24-173:2 | 172 | 24 | 173 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 173:4-173:6 | 173 | 4 | 173 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 173:8-173:9 | 173 | 8 | 173 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 173:11-173:17 | 173 | 11 | 173 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 173:19-174:5 | 173 | 19 | 174 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 174:7-174:15 | 174 | 7 | 174 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 174:18-174:21 | 174 | 18 | 174 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 174:22-175:8 | 174 | 22 | 175 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 175:9-175:24 | 175 | 9 | 175 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 175:25-176:14 | 175 | 25 | 176 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 176:15-177:24 | 176 | 15 | 177 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 177:25-177:25 | 177 | 25 | 177 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 178:1-178:9 | 178 | 1 | 178 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 178:10-178:18 | 178 | 10 | 178 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 178:19-178:21 | 178 | 19 | 178 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 178:23-179:1 | 178 | 23 | 179 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 179:3-179:7 | 179 | 3 | 179 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 179:9-179:11 | 179 | 9 | 179 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 179:21-179:25 | 179 | 21 | 179 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:3-180:5 | 180 | 3 | 180 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:7-180:8 | 180 | 7 | 180 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:10-180:12 | 180 | 10 | 180 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:14-180:16 | 180 | 14 | 180 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:17-180:18 | 180 | 17 | 180 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:20-180:20 | 180 | 20 | 180 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 180:22-180:23 | 180 | 22 | 180 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 181:7-181:15 | 181 | 7 | 181 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 181:18-181:21 | 181 | 18 | 181 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 181:23-181:24 | 181 | 23 | 181 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 182:2-182:8 | 182 | 2 | 182 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 182:10-182:19 | 182 | 10 | 182 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 182:22-182:23 | 182 | 22 | 182 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 183:4-183:11 | 183 | 4 | 183 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 183:14-183:15 | 183 | 14 | 183 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 183:20-183:21 | 183 | 20 | 183 | 21 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 183:23-184:10 | 183 | 23 | 184 | 10 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 184:11-184:13 | 184 | 11 | 184 | 13 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 184:14-185:1 | 184 | 14 | 185 | 1 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 185:11-185:14 | 185 | 11 | 185 | 14 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 185:16-186:2 | 185 | 16 | 186 | 2 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:4-186:4 | 186 | 4 | 186 | 4 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:6-186:7 | 186 | 6 | 186 | 7 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:9-186:13 | 186 | 9 | 186 | 13 | Defendant Affirmative | 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:15-186:20 | 186 | 15 | 186 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:21-186:22 | 186 | 21 | 186 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 186:24-187:7 | 186 | 24 | 187 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 187:18-188:1 | 187 | 18 | 188 | 1 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 188:3-188:4 | 188 | 3 | 188 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 188:6-188:14 | 188 | 6 | 188 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 188:16-188:19 | 188 | 16 | 188 | 19 | Defendant Affirmative | | 189:1-189:17 | 189 | 1 | 189 | 17 | NR; ID | | | | | | |
| Trivedi, Jignesh | 189:21-189:25 | 189 | 21 | 189 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 190:2-190:3 | 190 | 2 | 190 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 190:5-190:16 | 190 | 5 | 190 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 190:18-190:20 | 190 | 18 | 190 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 190:22-190:23 | 190 | 22 | 190 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 190:25-191:1 | 190 | 25 | 191 | 1 | Defendant Affirmative | | 191:3-191:6 | 191 | 3 | 191 | 6 | NR | | | | | | |
| Trivedi, Jignesh | 191:7-192:1 | 191 | 7 | 192 | 1 | Defendant Affirmative | 106, 402, 403, 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 192:3-192:6 | 192 | 3 | 192 | 6 | Defendant Affirmative | 106, 402, 403, 602 | | | | | | | | | | | | |
| Trivedi, Jignesh | 192:13-192:23 | 192 | 13 | 192 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 193:1-193:1 | 193 | 1 | 193 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 193:7-193:12 | 193 | 7 | 193 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 193:13-193:18 | 193 | 13 | 193 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 193:19-194:1 | 193 | 19 | 194 | 1 | Defendant Affirmative | | 194:2-194:13 | 194 | 2 | 194 | 13 | | | | | | | |
| Trivedi, Jignesh | 194:14-194:15 | 194 | 14 | 194 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 194:17-194:17 | 194 | 17 | 194 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 194:19-195:2 | 194 | 19 | 195 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 195:5-195:6 | 195 | 5 | 195 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 195:13-196:4 | 195 | 13 | 196 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 196:6-196:25 | 196 | 6 | 196 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 197:1-197:11 | 197 | 1 | 197 | 11 | Defendant Affirmative | | 197:12-197:24 | 197 | 12 | 197 | 24 | | | | | | | |
| Trivedi, Jignesh | 198:3-198:4 | 198 | 3 | 198 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 198:6-198:8 | 198 | 6 | 198 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 199:4-199:7 | 199 | 4 | 199 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 199:8-199:20 | 199 | 8 | 199 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 200:3-200:12 | 200 | 3 | 200 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 200:13-201:2 | 200 | 13 | 201 | 2 | Defendant Affirmative | | 201:3-201:15 | 201 | 3 | 201 | 15 | ID | | | | | | |
| Trivedi, Jignesh | 201:16-201:17 | 201 | 16 | 201 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 201:19-202:22 | 201 | 19 | 202 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 202:23-202:24 | 202 | 23 | 202 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 203:2-203:8 | 203 | 2 | 203 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 203:9-203:12 | 203 | 9 | 203 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 203:16-203:18 | 203 | 16 | 203 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 203:19-203:20 | 203 | 19 | 203 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 203:22-203:24 | 203 | 22 | 203 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 204:2-204:3 | 204 | 2 | 204 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 204:10-204:23 | 204 | 10 | 204 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 204:24-205:4 | 204 | 24 | 205 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 206:8-206:10 | 206 | 8 | 206 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 206:11-207:11 | 206 | 11 | 207 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 207:13-207:13 | 207 | 13 | 207 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 207:15-208:2 | 207 | 15 | 208 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 208:16-208:22 | 208 | 16 | 208 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 208:24-208:24 | 208 | 24 | 208 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 209:2-209:13 | 209 | 2 | 209 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 209:15-209:19 | 209 | 15 | 209 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 209:21-210:7 | 209 | 21 | 210 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 210:14-210:22 | 210 | 14 | 210 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 210:23-213:3 | 210 | 23 | 213 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 213:5-213:11 | 213 | 5 | 213 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 213:13-213:25 | 213 | 13 | 213 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 214:24-216:1 | 214 | 24 | 216 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 216:2-216:3 | 216 | 2 | 216 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 216:5-216:10 | 216 | 5 | 216 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 216:11-217:9 | 216 | 11 | 217 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 217:10-218:16 | 217 | 10 | 218 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 218:17-218:21 | 218 | 17 | 218 | 21 | Defendant Affirmative | | 218:22-218:25 | 218 | 22 | 218 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 219:1-219:9 | 219 | 1 | 219 | 9 | | | | | | | |
| Trivedi, Jignesh | 219:10-219:23 | 219 | 10 | 219 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 219:25-220:2 | 219 | 25 | 220 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 220:4-220:10 | 220 | 4 | 220 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 220:11-220:16 | 220 | 11 | 220 | 16 | Defendant Affirmative | | 220:17-220:25 | 220 | 17 | 220 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 221:1-221:12 | 221 | 1 | 221 | 12 | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trivedi, Jignesh | 221:13-221:16 | 221 | 13 | 221 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 221:18-222:3 | 221 | 18 | 222 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 222:5-222:20 | 222 | 5 | 222 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 222:21-222:23 | 222 | 21 | 222 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 222:24-223:2 | 222 | 24 | 223 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 223:3-223:8 | 223 | 3 | 223 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 223:9-223:12 | 223 | 9 | 223 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 223:22-224:7 | 223 | 22 | 224 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 224:8-224:17 | 224 | 8 | 224 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 224:19-224:25 | 224 | 19 | 224 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 225:1-225:2 | 225 | 1 | 225 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 225:4-225:6 | 225 | 4 | 225 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 225:8-226:1 | 225 | 8 | 226 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 226:2-226:11 | 226 | 2 | 226 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 227:2-227:17 | 227 | 2 | 227 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 227:18-228:6 | 227 | 18 | 228 | 6 | Defendant Affirmative | | 228:7-228:11 | 228 | 7 | 228 | 11 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 228:13-228:25 | 228 | 13 | 228 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 229:1-229:3 | 229 | 1 | 229 | 3 | | | | | | | |
| Trivedi, Jignesh | 229:9-229:22 | 229 | 9 | 229 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 230:5-232:4 | 230 | 5 | 232 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 232:5-232:6 | 232 | 5 | 232 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 232:8-232:11 | 232 | 8 | 232 | 11 | Defendant Affirmative | | 232:13-232:25 | 232 | 13 | 232 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 233:1-233:1 | 233 | 1 | 233 | 1 | | | | | | | |
| Trivedi, Jignesh | 233:25-234:6 | 233 | 25 | 234 | 6 | Defendant Affirmative | 402, 403, 602 | 234:7-234:10 | 234 | 7 | 234 | 10 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 234:12-234:17 | 234 | 12 | 234 | 17 | | | | | | | |
| Trivedi, Jignesh | 234:21-235:2 | 234 | 21 | 235 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 235:7-235:15 | 235 | 7 | 235 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 235:18-235:20 | 235 | 18 | 235 | 20 | Defendant Affirmative | | 235:22-235:23 | 235 | 22 | 235 | 23 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 236:5-236:7 | 236 | 5 | 236 | 7 | | | | | | | |
| Trivedi, Jignesh | 237:2-237:4 | 237 | 2 | 237 | 4 | Defendant Affirmative | | 237:5-237:9 | 237 | 5 | 237 | 9 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 237:11-237:25 | 237 | 11 | 237 | 25 | | | | | | | |
| Trivedi, Jignesh | | | | | | | | 238:1-238:14 | 238 | 1 | 238 | 14 | ID | | | | | | |
| Trivedi, Jignesh | 238:15-238:21 | 238 | 15 | 238 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 239:22-240:2 | 239 | 22 | 240 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 240:3-240:9 | 240 | 3 | 240 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 240:16-240:20 | 240 | 16 | 240 | 20 | Defendant Affirmative | | 241:24-241:25 | 241 | 24 | 241 | 25 | NR; ID | | | | | | |
| Trivedi, Jignesh | | | | | | | | 242:1-242:7 | 242 | 1 | 242 | 7 | NR; ID | | | | | | |
| Trivedi, Jignesh | 242:10-242:11 | 242 | 10 | 242 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 242:13-243:12 | 242 | 13 | 243 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 242:21-242:24 | 242 | 21 | 242 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 243:18-244:1 | 243 | 18 | 244 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 244:2-244:25 | 244 | 2 | 244 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 245:2-245:13 | 245 | 2 | 245 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 245:15-245:19 | 245 | 15 | 245 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 245:20-245:21 | 245 | 20 | 245 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 246:2-247:5 | 246 | 2 | 247 | 5 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 247:6-247:8 | 247 | 6 | 247 | 8 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 247:18-247:23 | 247 | 18 | 247 | 23 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 247:25-248:4 | 247 | 25 | 248 | 4 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 248:6-248:19 | 248 | 6 | 248 | 19 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 248:21-249:2 | 248 | 21 | 249 | 2 | Defendant Affirmative | 402, 403, IP, CO | | | | | | | | | | | | |
| Trivedi, Jignesh | 249:12-249:25 | 249 | 12 | 249 | 25 | Defendant Affirmative | | 250:1-250:9 | 250 | 1 | 250 | 9 | | | | | | | |
| Trivedi, Jignesh | 250:15-250:20 | 250 | 15 | 250 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 250:21-250:25 | 250 | 21 | 250 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 251:1-251:11 | 251 | 1 | 251 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 251:19-252:5 | 251 | 19 | 252 | 5 | Defendant Affirmative | | 253:3-253:18 | 253 | 3 | 253 | 18 | ID; 402; 403; 602 | | | | | | |
| Trivedi, Jignesh | 253:19-253:22 | 253 | 19 | 253 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Trivedi, Jignesh | 253:24-253:25 | 253 | 24 | 253 | 25 | Defendant Affirmative | | 254:2-254:25 | 254 | 2 | 254 | 25 | 402; 403 | | | | | | |
| Trivedi, Jignesh | | | | | | | | 255:1-255:6 | 255 | 1 | 255 | 6 | 402; 403 | | | | | | |
| Trivedi, Jignesh | | | | | | | | 255:8-255:11 | 255 | 8 | 255 | 11 | 402; 403 | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 6:9-6:11 | 6 | 9 | 6 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 6:14-6:17 | 6 | 14 | 6 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 8:15-8:21 | 8 | 15 | 8 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 11:4-12:1 | 11 | 4 | 12 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 12:2-12:13 | 12 | 2 | 12 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 12:14-12:21 | 12 | 14 | 12 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 14:3-14:24 | 14 | 3 | 14 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 15:1-15:1 | 15 | 1 | 15 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 15:3-15:7 | 15 | 3 | 15 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 16:8-16:25 | 16 | 8 | 16 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 17:12-17:24 | 17 | 12 | 17 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 17:25-17:25 | 17 | 25 | 17 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 18:2-18:5 | 18 | 2 | 18 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 18:7-18:9 | 18 | 7 | 18 | 9 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 18:11-18:13 | 18 | 11 | 18 | 13 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 18:19-18:23 | 18 | 19 | 18 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 18:25-19:2 | 18 | 25 | 19 | 2 | Defendant Affirmative | | 19:4-19:15 | 19 | 4 | 19 | 15 | | | | | | | |
| Varma, Manju (2025.06.04) | 19:16-19:16 | 19 | 16 | 19 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 19:18-19:24 | 19 | 18 | 19 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 20:2-20:3 | 20 | 2 | 20 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 20:5-20:5 | 20 | 5 | 20 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 20:21-21:10 | 20 | 21 | 21 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 21:12-21:14 | 21 | 12 | 21 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 21:20-21:21 | 21 | 20 | 21 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 21:23-22:7 | 21 | 23 | 22 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 24:6-24:20 | 24 | 6 | 24 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 25:10-25:13 | 25 | 10 | 25 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 25:15-25:16 | 25 | 15 | 25 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 25:18-25:19 | 25 | 18 | 25 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 25:21-25:22 | 25 | 21 | 25 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 25:24-26:2 | 25 | 24 | 26 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 26:4-26:9 | 26 | 4 | 26 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 28:23-29:1 | 28 | 23 | 29 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 29:3-29:8 | 29 | 3 | 29 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 29:19-29:23 | 29 | 19 | 29 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 29:25-30:4 | 29 | 25 | 30 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 33:21-34:23 | 33 | 21 | 34 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 34:25-35:1 | 34 | 25 | 35 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 35:3-35:7 | 35 | 3 | 35 | 7 | Defendant Affirmative | | 35:9-35:12 | 35 | 9 | 35 | 12 | | | | | | | |
| Varma, Manju (2025.06.04) | 35:14-35:16 | 35 | 14 | 35 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 35:18-35:21 | 35 | 18 | 35 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 35:23-35:24 | 35 | 23 | 35 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:1-36:3 | 36 | 1 | 36 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:5-36:7 | 36 | 5 | 36 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:9-36:13 | 36 | 9 | 36 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:15-36:16 | 36 | 15 | 36 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:18-36:20 | 36 | 18 | 36 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:22-36:22 | 36 | 22 | 36 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 36:24-36:25 | 36 | 24 | 36 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 37:4-37:5 | 37 | 4 | 37 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 37:7-37:8 | 37 | 7 | 37 | 8 | Defendant Affirmative | | 37:10-37:13 | 37 | 10 | 37 | 13 | | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 37:15-37:16 | 37 | 15 | 37 | 16 | | | | | | | |
| Varma, Manju (2025.06.04) | 37:22-38:1 | 37 | 22 | 38 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:2-38:10 | 38 | 2 | 38 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:11-38:12 | 38 | 11 | 38 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:14-38:14 | 38 | 14 | 38 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:16-38:18 | 38 | 16 | 38 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:20-38:21 | 38 | 20 | 38 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 38:23-38:25 | 38 | 23 | 38 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:2-39:2 | 39 | 2 | 39 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:4-39:6 | 39 | 4 | 39 | 6 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:8-39:9 | 39 | 8 | 39 | 9 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:11-39:16 | 39 | 11 | 39 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:18-39:20 | 39 | 18 | 39 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 39:22-40:4 | 39 | 22 | 40 | 4 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 40:6-40:9 | 40 | 6 | 40 | 9 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 40:11-40:16 | 40 | 11 | 40 | 16 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 40:18-40:19 | 40 | 18 | 40 | 19 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 40:23-40:25 | 40 | 23 | 40 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 41:1-41:13 | 41 | 1 | 41 | 13 | Defendant Affirmative | | 41:14-41:18 | 41 | 14 | 41 | 18 | | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 41:20-42:2 | 41 | 20 | 42 | 2 | | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 42:4-42:7 | 42 | 4 | 42 | 7 | | 43:7-9 | 43 | 7 | 43 | 9 | |
| Varma, Manju (2025.06.04) | | | | | | | | | | | | | | 43:11-18 | 43 | 11 | 43 | 18 | |
| Varma, Manju (2025.06.04) | | | | | | | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 42:9-42:23 | 42 | 9 | 42 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 43:20-43:23 | 43 | 20 | 43 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 43:25-44:9 | 43 | 25 | 44 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 44:18-44:24 | 44 | 18 | 44 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 45:1-45:1 | 45 | 1 | 45 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 45:3-45:4 | 45 | 3 | 45 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 45:6-45:10 | 45 | 6 | 45 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 45:12-45:19 | 45 | 12 | 45 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 45:21-45:25 | 45 | 21 | 45 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 46:2-48:20 | 46 | 2 | 48 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 50:12-50:16 | 50 | 12 | 50 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 50:18-50:22 | 50 | 18 | 50 | 22 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 51:3-51:6 | 51 | 3 | 51 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 51:8-51:12 | 51 | 8 | 51 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 51:14-51:16 | 51 | 14 | 51 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 51:18-51:19 | 51 | 18 | 51 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 53:4-53:10 | 53 | 4 | 53 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 53:12-53:12 | 53 | 12 | 53 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 53:14-53:15 | 53 | 14 | 53 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 53:17-53:17 | 53 | 17 | 53 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 55:4-55:5 | 55 | 4 | 55 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 55:6-55:12 | 55 | 6 | 55 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 55:14-55:18 | 55 | 14 | 55 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 55:20-55:21 | 55 | 20 | 55 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 55:23-55:25 | 55 | 23 | 55 | 25 | Defendant Affirmative | | | | | | | 402; 403; NR; A; ID | | | | | | |
| Varma, Manju (2025.06.04) | 58:4-58:7 | 58 | 4 | 58 | 7 | Defendant Affirmative | | 56:1-57:2 | 56 | 1 | 57 | 2 | 402; 403; NR; A; ID | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 57:16-57:22 | 57 | 16 | 57 | 22 | | | | | | | |
| Varma, Manju (2025.06.04) | 58:9-58:21 | 58 | 9 | 58 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 58:23-60:4 | 58 | 23 | 60 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:4-62:8 | 62 | 4 | 62 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:11-62:12 | 62 | 11 | 62 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:13-62:14 | 62 | 13 | 62 | 14 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:16-62:17 | 62 | 16 | 62 | 17 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:19-62:20 | 62 | 19 | 62 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 62:22-62:24 | 62 | 22 | 62 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 63:2-63:3 | 63 | 2 | 63 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 63:5-63:6 | 63 | 5 | 63 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 63:8-63:9 | 63 | 8 | 63 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 63:11-63:17 | 63 | 11 | 63 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 63:19-63:21 | 63 | 19 | 63 | 21 | Defendant Affirmative | | | | | | | 402; 403; NR; A; ID | | | | | | |
| Varma, Manju (2025.06.04) | 63:23-64:2 | 63 | 23 | 64 | 2 | Defendant Affirmative | | 64:24-67:23 | 64 | 24 | 67 | 23 | | | | | | | |
| Varma, Manju (2025.06.04) | 64:4-64:4 | 64 | 4 | 64 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 64:6-64:8 | 64 | 6 | 64 | 8 | Defendant Affirmative | | | | | | | 402; 403; NR; A; ID | | | | | | |
| Varma, Manju (2025.06.04) | 68:23-68:25 | 68 | 23 | 68 | 25 | Defendant Affirmative | | 64:24-67:23 | 64 | 24 | 67 | 23 | | | | | | | |
| Varma, Manju (2025.06.04) | 69:2-69:5 | 69 | 2 | 69 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 69:13-69:14 | 69 | 13 | 69 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 69:16-69:17 | 69 | 16 | 69 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 69:19-69:21 | 69 | 19 | 69 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 69:23-69:23 | 69 | 23 | 69 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 70:8-70:9 | 70 | 8 | 70 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 70:11-70:14 | 70 | 11 | 70 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 70:16-70:23 | 70 | 16 | 70 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 70:25-71:1 | 70 | 25 | 71 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 73:13-73:15 | 73 | 13 | 73 | 15 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 73:17-73:21 | 73 | 17 | 73 | 21 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 73:23-73:25 | 73 | 23 | 73 | 25 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:2-74:5 | 74 | 2 | 74 | 5 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:7-74:9 | 74 | 7 | 74 | 9 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:11-74:11 | 74 | 11 | 74 | 11 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:13-74:14 | 74 | 13 | 74 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:16-74:17 | 74 | 16 | 74 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:19-74:21 | 74 | 19 | 74 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 74:24-75:2 | 74 | 24 | 75 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 75:4-75:6 | 75 | 4 | 75 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 75:9-75:10 | 75 | 9 | 75 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 75:12-75:19 | 75 | 12 | 75 | 19 | Defendant Affirmative | A, CD, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 75:21-76:3 | 75 | 21 | 76 | 3 | Defendant Affirmative | A, CD, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 76:5-76:8 | 76 | 5 | 76 | 8 | Defendant Affirmative | A, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 76:10-76:16 | 76 | 10 | 76 | 16 | Defendant Affirmative | 104a | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 76:18-76:22 | 76 | 18 | 76 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 76:24-77:1 | 76 | 24 | 77 | 1 | Defendant Affirmative | | 77:3-77:7 | 77 | 3 | 77 | 7 | 402; 403; NR; ID | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 77:9-77:11 | 77 | 9 | 77 | 11 | 402; 403; NR; ID | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 77:13-77: 18 | 77 | 13 | 77 | 18 | | | | | | | |
| Varma, Manju (2025.06.04) | 77:23-78:4 | 77 | 23 | 78 | 4 | Defendant Affirmative | | 77:19-77:22 | 77 | 19 | 77 | 22 | | | | | | | |
| Varma, Manju (2025.06.04) | 78:6-78:10 | 78 | 6 | 78 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 78:12-78:14 | 78 | 12 | 78 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 78:17-78:18 | 78 | 17 | 78 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 80:14-80:18 | 80 | 14 | 80 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 80:19-80:20 | 80 | 19 | 80 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 80:22-81:4 | 80 | 22 | 81 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 81:6-81:7 | 81 | 6 | 81 | 7 | Defendant Affirmative | | | | | | | 402; 403; NR; A; ID | | | | | | |
| Varma, Manju (2025.06.04) | 81:9-82:1 | 81 | 9 | 82 | 1 | Defendant Affirmative | | 82:3-83:7 | 82 | 3 | 83 | 7 | | | | | | | |
| Varma, Manju (2025.06.04) | 85:18-85:22 | 85 | 18 | 85 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 85:24-86:2 | 85 | 24 | 86 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 86:4-86:5 | 86 | 4 | 86 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 86:7-86:9 | 86 | 7 | 86 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 86:24-86:25 | 86 | 24 | 86 | 25 | Defendant Affirmative | | | | | | | 402; 403; 602 | | | | | | |
| Varma, Manju (2025.06.04) | 87:2-87:5 | 87 | 2 | 87 | 5 | Defendant Affirmative | | 87:7-87:14 | 87 | 7 | 87 | 14 | 402; 403; 602 | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 87:16-87:20 | 87 | 16 | 87 | 20 | | | | | | | |
| Varma, Manju (2025.06.04) | 87:22-87:23 | 87 | 22 | 87 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 87:25-88:5 | 87 | 25 | 88 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 88:15-88:16 | 88 | 15 | 88 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 88:18-88:19 | 88 | 18 | 88 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 88:21-88:22 | 88 | 21 | 88 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 88:24-89:3 | 88 | 24 | 89 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 89:5-89:7 | 89 | 5 | 89 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 89:9-89:10 | 89 | 9 | 89 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 91:11-91:14 | 91 | 11 | 91 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 91:16-91:17 | 91 | 16 | 91 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 91:19-91:23 | 91 | 19 | 91 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 91:25-92:3 | 91 | 25 | 92 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 92:5-92:10 | 92 | 5 | 92 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 92:13-92:19 | 92 | 13 | 92 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 92:21-92:24 | 92 | 21 | 92 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 93:2-93:4 | 93 | 2 | 93 | 4 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 93:15-93:19 | 93 | 15 | 93 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 93:20-93:23 | 93 | 20 | 93 | 23 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 93:24-94:11 | 93 | 24 | 94 | 11 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 100:4-100:6 | 100 | 4 | 100 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 100:7-100:7 | 100 | 7 | 100 | 7 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 100:8-100:9 | 100 | 8 | 100 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 100:12-100:16 | 100 | 12 | 100 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 100:18-101:3 | 100 | 18 | 101 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 101:17-102:2 | 101 | 17 | 102 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 102:4-103:5 | 102 | 4 | 103 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | 402; 403; ID | | | | | | |
| Varma, Manju (2025.06.04) | 103:7-103:21 | 103 | 7 | 103 | 21 | Defendant Affirmative | 104a, 402, 403, 602 | 103:22-104:22 | 103 | 22 | 104 | 22 | | | | | | | |
| Varma, Manju (2025.06.04) | 107:16-107:20 | 107 | 16 | 107 | 20 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 107:25-107:25 | 107 | 25 | 107 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 108:5-108:5 | 108 | 5 | 108 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 108:7-108:7 | 108 | 7 | 108 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 108:8-108:18 | 108 | 8 | 108 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 111:12-111:16 | 111 | 12 | 111 | 16 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 111:19-111:21 | 111 | 19 | 111 | 21 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 111:23-111:25 | 111 | 23 | 111 | 25 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 112:2-112:2 | 112 | 2 | 112 | 2 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 112:4-112:10 | 112 | 4 | 112 | 10 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 113:14-113:16 | 113 | 14 | 113 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 113:18-114:11 | 113 | 18 | 114 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 116:11-116:14 | 116 | 11 | 116 | 14 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 116:17-116:19 | 116 | 17 | 116 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 117:3-117:6 | 117 | 3 | 117 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 117:9-117:10 | 117 | 9 | 117 | 10 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 117:22-117:24 | 117 | 22 | 117 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 118:1-118:4 | 118 | 1 | 118 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 118:9-118:11 | 118 | 9 | 118 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 118:13-118:13 | 118 | 13 | 118 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 119:2-119:11 | 119 | 2 | 119 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 121:2-121:3 | 121 | 2 | 121 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 121:5-121:6 | 121 | 5 | 121 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 121:15-121:22 | 121 | 15 | 121 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 121:23-121:24 | 121 | 23 | 121 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 122:1-122:2 | 122 | 1 | 122 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 122:4-122:5 | 122 | 4 | 122 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 122:7-122:12 | 122 | 7 | 122 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 122:14-122:15 | 122 | 14 | 122 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 122:17-123:4 | 122 | 17 | 123 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 123:6-123:8 | 123 | 6 | 123 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 123:11-123:13 | 123 | 11 | 123 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 123:15-123:16 | 123 | 15 | 123 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 123:18-124:7 | 123 | 18 | 124 | 7 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 124:9-124:16 | 124 | 9 | 124 | 16 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 124:18-124:21 | 124 | 18 | 124 | 21 | Defendant Affirmative | CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 124:23-125:7 | 124 | 23 | 125 | 7 | Defendant Affirmative | CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 125:9-125:14 | 125 | 9 | 125 | 14 | Defendant Affirmative | A, CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 125:16-125:25 | 125 | 16 | 125 | 25 | Defendant Affirmative | A, CD, V, 402, 403 | 126:2-126:3 | 126 | 2 | 126 | 3 | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 126:20-126:23 | 126 | 20 | 126 | 23 | Defendant Affirmative | AC, CD, V, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 126:25-127:9 | 126 | 25 | 127 | 9 | Defendant Affirmative | AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 127:11-127:23 | 127 | 11 | 127 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 127:25-128:1 | 127 | 25 | 128 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 128:3-128:16 | 128 | 3 | 128 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 128:18-128:19 | 128 | 18 | 128 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 128:21-129:1 | 128 | 21 | 129 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:1-130:4 | 130 | 1 | 130 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:6-130:6 | 130 | 6 | 130 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:8-130:9 | 130 | 8 | 130 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:11-130:15 | 130 | 11 | 130 | 15 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:17-130:21 | 130 | 17 | 130 | 21 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 130:23-130:25 | 130 | 23 | 130 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:1-131:2 | 131 | 1 | 131 | 2 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:4-131:6 | 131 | 4 | 131 | 6 | Defendant Affirmative | A, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:10-131:12 | 131 | 10 | 131 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:17-131:18 | 131 | 17 | 131 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:20-131:23 | 131 | 20 | 131 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 131:25-132:2 | 131 | 25 | 132 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 132:4-132:6 | 132 | 4 | 132 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 132:8-132:8 | 132 | 8 | 132 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 132:10-132:12 | 132 | 10 | 132 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 132:15-132:17 | 132 | 15 | 132 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 132:19-133:1 | 132 | 19 | 133 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 133:3-133:13 | 133 | 3 | 133 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 133:17-133:18 | 133 | 17 | 133 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 133:21-133:23 | 133 | 21 | 133 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 133:25-134:3 | 133 | 25 | 134 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 134:5-134:17 | 134 | 5 | 134 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 134:19-134:23 | 134 | 19 | 134 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 134:25-135:12 | 134 | 25 | 135 | 12 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 135:15-135:21 | 135 | 15 | 135 | 21 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 135:23-135:23 | 135 | 23 | 135 | 23 | Defendant Affirmative | V, 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 135:25-136:4 | 135 | 25 | 136 | 4 | Defendant Affirmative | V, 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 136:15-136:17 | 136 | 15 | 136 | 17 | Defendant Affirmative | CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 136:19-137:1 | 136 | 19 | 137 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 137:3-137:4 | 137 | 3 | 137 | 4 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 137:6-137:16 | 137 | 6 | 137 | 16 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 137:18-137:20 | 137 | 18 | 137 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 137:22-137:23 | 137 | 22 | 137 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 137:25-138:2 | 137 | 25 | 138 | 2 | Defendant Affirmative | V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 138:4-138:6 | 138 | 4 | 138 | 6 | Defendant Affirmative | V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 138:8-138:8 | 138 | 8 | 138 | 8 | Defendant Affirmative | 106, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 138:19-138:22 | 138 | 19 | 138 | 22 | Defendant Affirmative | A, AC, V, 106, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 139:10-139:18 | 139 | 10 | 139 | 18 | Defendant Affirmative | A, AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 139:20-140:14 | 139 | 20 | 140 | 14 | Defendant Affirmative | A, AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 140:19-140:22 | 140 | 19 | 140 | 22 | Defendant Affirmative | A, AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 140:24-141:7 | 140 | 24 | 141 | 7 | Defendant Affirmative | A, AC, CD, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 142:6-142:10 | 142 | 6 | 142 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 142:12-142:20 | 142 | 12 | 142 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 142:22-142:23 | 142 | 22 | 142 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 142:25-143:5 | 142 | 25 | 143 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 143:7-143:7 | 143 | 7 | 143 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 143:9-143:16 | 143 | 9 | 143 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 143:18-143:24 | 143 | 18 | 143 | 24 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:1-144:1 | 144 | 1 | 144 | 1 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 144:3-144:4 | 144 | 3 | 144 | 4 | Defendant Affirmative | A, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:6-144:6 | 144 | 6 | 144 | 6 | Defendant Affirmative | A, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:8-144:10 | 144 | 8 | 144 | 10 | Defendant Affirmative | V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:12-144:12 | 144 | 12 | 144 | 12 | Defendant Affirmative | V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:16-144:19 | 144 | 16 | 144 | 19 | Defendant Affirmative | A, 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 144:22-145:3 | 144 | 22 | 145 | 3 | Defendant Affirmative | A, 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 145:21-145:23 | 145 | 21 | 145 | 23 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 146:1-146:3 | 146 | 1 | 146 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 146:9-146:10 | 146 | 9 | 146 | 10 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 146:12-146:15 | 146 | 12 | 146 | 15 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 146:18-146:19 | 146 | 18 | 146 | 19 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 147:3-147:4 | 147 | 3 | 147 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 147:6-147:12 | 147 | 6 | 147 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 147:21-148:1 | 147 | 21 | 148 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 148:3-148:5 | 148 | 3 | 148 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 148:7-148:9 | 148 | 7 | 148 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 148:15-148:16 | 148 | 15 | 148 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 148:18-149:4 | 148 | 18 | 149 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 149:6-149:7 | 149 | 6 | 149 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 150:12-150:14 | 150 | 12 | 150 | 14 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 150:20-150:21 | 150 | 20 | 150 | 21 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 151:11-151:13 | 151 | 11 | 151 | 13 | Defendant Affirmative | A, AC, 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 151:15-151:22 | 151 | 15 | 151 | 22 | Defendant Affirmative | A, AC, 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 152:2-152:5 | 152 | 2 | 152 | 5 | Defendant Affirmative | A, AC, 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 152:7-152:9 | 152 | 7 | 152 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 152:17-152:17 | 152 | 17 | 152 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 152:19-153:12 | 152 | 19 | 153 | 12 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 153:13-154:4 | 153 | 13 | 154 | 4 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 154:8-154:10 | 154 | 8 | 154 | 10 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 154:12-154:18 | 154 | 12 | 154 | 18 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 154:20-155:8 | 154 | 20 | 155 | 8 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 155:10-155:12 | 155 | 10 | 155 | 12 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 155:15-155:17 | 155 | 15 | 155 | 17 | Defendant Affirmative | 103, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 155:19-155:25 | 155 | 19 | 155 | 25 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 156:2-156:5 | 156 | 2 | 156 | 5 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 156:7-157:8 | 156 | 7 | 157 | 8 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 157:10-157:12 | 157 | 10 | 157 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 157:14-157:23 | 157 | 14 | 157 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 157:24-158:10 | 157 | 24 | 158 | 10 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 158:12-158:16 | 158 | 12 | 158 | 16 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 158:18-159:3 | 158 | 18 | 159 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 159:20-159:22 | 159 | 20 | 159 | 22 | Defendant Affirmative | 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 159:24-160:2 | 159 | 24 | 160 | 2 | Defendant Affirmative | 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 160:4-160:9 | 160 | 4 | 160 | 9 | Defendant Affirmative | A, 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 160:12-160:12 | 160 | 12 | 160 | 12 | Defendant Affirmative | A, 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 160:14-160:23 | 160 | 14 | 160 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 160:24-160:24 | 160 | 24 | 160 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 161:1-161:2 | 161 | 1 | 161 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 161:4-161:5 | 161 | 4 | 161 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 161:7-161:8 | 161 | 7 | 161 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 161:10-161:15 | 161 | 10 | 161 | 15 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 161:17-161:25 | 161 | 17 | 161 | 25 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 162:25-163:4 | 162 | 25 | 163 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 163:6-163:23 | 163 | 6 | 163 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 167:8-167:10 | 167 | 8 | 167 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 167:11-167:11 | 167 | 11 | 167 | 11 | Defendant Affirmative | | 167:18-167:21 | 167 | 18 | 167 | 21 | | 167:14-17 | 167 | 14 | 167 | 17 | |
| Varma, Manju (2025.06.04) | | | | | | | | 167:23-168:7 | 167 | 23 | 168 | 7 | | | | | | | |
| Varma, Manju (2025.06.04) | 168:9-169:2 | 168 | 9 | 169 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 169:3-169:5 | 169 | 3 | 169 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 169:7-169:8 | 169 | 7 | 169 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 170:8-170:12 | 170 | 8 | 170 | 12 | Defendant Affirmative | A, AC, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 170:14-170:18 | 170 | 14 | 170 | 18 | Defendant Affirmative | A, AC, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 170:20-171:2 | 170 | 20 | 171 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 171:11-171:13 | 171 | 11 | 171 | 13 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 171:14-171:17 | 171 | 14 | 171 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 171:19-171:20 | 171 | 19 | 171 | 20 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 171:22-171:24 | 171 | 22 | 171 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 172:2-172:2 | 172 | 2 | 172 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 172:5-172:13 | 172 | 5 | 172 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 172:15-172:16 | 172 | 15 | 172 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 172:21-172:22 | 172 | 21 | 172 | 22 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 173:11-173:16 | 173 | 11 | 173 | 16 | Defendant Affirmative | 103, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 173:21-173:24 | 173 | 21 | 173 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 174:2-174:4 | 174 | 2 | 174 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 174:7-174:11 | 174 | 7 | 174 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 174:13-174:22 | 174 | 13 | 174 | 22 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 174:23-174:24 | 174 | 23 | 174 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 175:4-175:6 | 175 | 4 | 175 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 175:8-175:8 | 175 | 8 | 175 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 175:10-175:11 | 175 | 10 | 175 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 175:13-175:21 | 175 | 13 | 175 | 21 | Defendant Affirmative | A, AC, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 175:22-176:12 | 175 | 22 | 176 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 176:16-176:17 | 176 | 16 | 176 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 176:19-176:20 | 176 | 19 | 176 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 176:22-176:22 | 176 | 22 | 176 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 177:24-177:25 | 177 | 24 | 177 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 178:3-178:7 | 178 | 3 | 178 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:3-179:4 | 179 | 3 | 179 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:6-179:7 | 179 | 6 | 179 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:9-179:11 | 179 | 9 | 179 | 11 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:13-179:17 | 179 | 13 | 179 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:19-179:20 | 179 | 19 | 179 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 179:22-180:3 | 179 | 22 | 180 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 180:5-180:6 | 180 | 5 | 180 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 180:8-180:10 | 180 | 8 | 180 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 180:18-180:25 | 180 | 18 | 180 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:2-181:3 | 181 | 2 | 181 | 3 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:5-181:8 | 181 | 5 | 181 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:10-181:11 | 181 | 10 | 181 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:13-181:15 | 181 | 13 | 181 | 15 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:22-181:23 | 181 | 22 | 181 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 181:25-182:5 | 181 | 25 | 182 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 182:6-182:6 | 182 | 6 | 182 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 182:8-182:9 | 182 | 8 | 182 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 182:11-182:14 | 182 | 11 | 182 | 14 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 182:18-182:20 | 182 | 18 | 182 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 182:22-183:4 | 182 | 22 | 183 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 184:10-184:12 | 184 | 10 | 184 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 184:14-184:15 | 184 | 14 | 184 | 15 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 184:17-184:19 | 184 | 17 | 184 | 19 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 184:22-184:22 | 184 | 22 | 184 | 22 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 184:24-185:2 | 184 | 24 | 185 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 185:7-185:8 | 185 | 7 | 185 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 185:9-185:12 | 185 | 9 | 185 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 185:23-186:2 | 185 | 23 | 186 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 186:23-186:25 | 186 | 23 | 186 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 187:1-187:10 | 187 | 1 | 187 | 10 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 187:16-187:18 | 187 | 16 | 187 | 18 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 188:9-188:12 | 188 | 9 | 188 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 189:19-189:21 | 189 | 19 | 189 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 189:24-190:5 | 189 | 24 | 190 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 190:8-190:11 | 190 | 8 | 190 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 190:20-190:24 | 190 | 20 | 190 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 191:3-191:5 | 191 | 3 | 191 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 191:8-191:15 | 191 | 8 | 191 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 191:18-192:20 | 191 | 18 | 192 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 192:21-192:24 | 192 | 21 | 192 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 192:25-193:8 | 192 | 25 | 193 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 193:10-193:18 | 193 | 10 | 193 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 193:20-193:22 | 193 | 20 | 193 | 22 | Defendant Affirmative | | 193:23-193:25 | 193 | 23 | 193 | 25 | ID | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 194:2-194:10 | 194 | 2 | 194 | 10 | | | | | | | |
| Varma, Manju (2025.06.04) | 194:19-194:20 | 194 | 19 | 194 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 194:22-194:23 | 194 | 22 | 194 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 194:25-195:2 | 194 | 25 | 195 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 195:4-195:7 | 195 | 4 | 195 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 195:9-196:5 | 195 | 9 | 196 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 196:7-196:10 | 196 | 7 | 196 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 196:12-196:19 | 196 | 12 | 196 | 19 | Defendant Affirmative | | 196:20-196:23 | 196 | 20 | 196 | 23 | ID; NR | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 196:25-197:8 | 196 | 25 | 197 | 8 | | | | | | | |
| Varma, Manju (2025.06.04) | 197:17-197:19 | 197 | 17 | 197 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 197:21-197:21 | 197 | 21 | 197 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 197:23-198:3 | 197 | 23 | 198 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 198:12-198:25 | 198 | 12 | 198 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 199:5-199:19 | 199 | 5 | 199 | 19 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 199:21-199:22 | 199 | 21 | 199 | 22 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 199:24-199:25 | 199 | 24 | 199 | 25 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 200:2-200:3 | 200 | 2 | 200 | 3 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 200:11-200:23 | 200 | 11 | 200 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 200:25-201:1 | 200 | 25 | 201 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 201:4-201:6 | 201 | 4 | 201 | 6 | Defendant Affirmative | 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 201:7-201:7 | 201 | 7 | 201 | 7 | Defendant Affirmative | 103, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 201:11-201:25 | 201 | 11 | 201 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 202:2-202:3 | 202 | 2 | 202 | 3 | Defendant Affirmative | 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 202:5-202:6 | 202 | 5 | 202 | 6 | Defendant Affirmative | 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 202:9-202:23 | 202 | 9 | 202 | 23 | Defendant Affirmative | 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 203:4-203:7 | 203 | 4 | 203 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 203:9-203:12 | 203 | 9 | 203 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 203:15-203:18 | 203 | 15 | 203 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 203:20-204:1 | 203 | 20 | 204 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:3-204:5 | 204 | 3 | 204 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:7-204:13 | 204 | 7 | 204 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:15-204:17 | 204 | 15 | 204 | 17 | Defendant Affirmative | 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:19-204:21 | 204 | 19 | 204 | 21 | Defendant Affirmative | 103, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:23-204:24 | 204 | 23 | 204 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 204:25-204:25 | 204 | 25 | 204 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:1-205:1 | 205 | 1 | 205 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:2-205:3 | 205 | 2 | 205 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:6-205:10 | 205 | 6 | 205 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:12-205:12 | 205 | 12 | 205 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:14-205:16 | 205 | 14 | 205 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:18-205:19 | 205 | 18 | 205 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:21-205:23 | 205 | 21 | 205 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 205:25-206:3 | 205 | 25 | 206 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 206:9-206:11 | 206 | 9 | 206 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 206:13-206:17 | 206 | 13 | 206 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 206:21-206:23 | 206 | 21 | 206 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 207:9-207:9 | 207 | 9 | 207 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 207:14-207:16 | 207 | 14 | 207 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 208:9-208:12 | 208 | 9 | 208 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 208:15-208:17 | 208 | 15 | 208 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 208:19-208:20 | 208 | 19 | 208 | 20 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 208:23-208:24 | 208 | 23 | 208 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 209:2-209:5 | 209 | 2 | 209 | 5 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 209:8-209:10 | 209 | 8 | 209 | 10 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 210:15-210:22 | 210 | 15 | 210 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 210:23-211:1 | 210 | 23 | 211 | 1 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 211:6-211:7 | 211 | 6 | 211 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 211:12-212:3 | 211 | 12 | 212 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 212:5-212:5 | 212 | 5 | 212 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 212:7-214:2 | 212 | 7 | 214 | 2 | Defendant Affirmative | | 214:3-214:6 | 214 | 3 | 214 | 6 | 402; 403 | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 214:9-214:12 | 214 | 9 | 214 | 12 | | | | | | | |
| Varma, Manju (2025.06.04) | 214:13-214:19 | 214 | 13 | 214 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 214:21-214:22 | 214 | 21 | 214 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 214:24-215:6 | 214 | 24 | 215 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 215:8-215:10 | 215 | 8 | 215 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 215:12-215:19 | 215 | 12 | 215 | 19 | Defendant Affirmative | | 216:5-216:7 | 216 | 5 | 216 | 7 | 402; 403; NR; A | 215:23-25 | 215 | 23 | 215 | 25 | |
| Varma, Manju (2025.06.04) | | | | | | | | 216:9-216:10 | 216 | 9 | 216 | 10 | | 216:2-3 | 216 | 2 | 216 | 3 | |
| Varma, Manju (2025.06.04) | 216:15-216:17 | 216 | 15 | 216 | 17 | Defendant Affirmative | | 217:6-217:8 | 217 | 6 | 217 | 8 | | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 217:11-217:17 | 217 | 11 | 217 | 17 | 402; 403; NR; ID | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 217:19-218:1 | 217 | 19 | 218 | 1 | | | | | | | |
| Varma, Manju (2025.06.04) | | | | | | | | 218:3-218:4 | 218 | 3 | 218 | 4 | | | | | | | |
| Varma, Manju (2025.06.04) | 216:21-217:5 | 216 | 21 | 217 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 218:11-218:13 | 218 | 11 | 218 | 13 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 218:15-218:15 | 218 | 15 | 218 | 15 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 218:17-218:19 | 218 | 17 | 218 | 19 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 219:13-219:23 | 219 | 13 | 219 | 23 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 219:25-219:25 | 219 | 25 | 219 | 25 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 220:13-220:21 | 220 | 13 | 220 | 21 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 220:24-221:4 | 220 | 24 | 221 | 4 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 221:10-221:14 | 221 | 10 | 221 | 14 | Defendant Affirmative | A, AC, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 221:16-221:16 | 221 | 16 | 221 | 16 | Defendant Affirmative | A, AC, 104a, 402, 403 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 221:18-221:23 | 221 | 18 | 221 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 221:25-221:25 | 221 | 25 | 221 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 222:2-222:7 | 222 | 2 | 222 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 222:10-222:11 | 222 | 10 | 222 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 222:23-223:3 | 222 | 23 | 223 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 223:4-223:20 | 223 | 4 | 223 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 224:11-225:3 | 224 | 11 | 225 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 228:5-228:21 | 228 | 5 | 228 | 21 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 229:6-229:12 | 229 | 6 | 229 | 12 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 229:14-229:21 | 229 | 14 | 229 | 21 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 230:24-230:24 | 230 | 24 | 230 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 231:2-231:22 | 231 | 2 | 231 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 232:6-232:12 | 232 | 6 | 232 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 232:13-232:20 | 232 | 13 | 232 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 232:21-232:24 | 232 | 21 | 232 | 24 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 233:1-233:7 | 233 | 1 | 233 | 7 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 234:25-235:2 | 234 | 25 | 235 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 235:4-235:7 | 235 | 4 | 235 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 235:9-235:11 | 235 | 9 | 235 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 235:13-235:13 | 235 | 13 | 235 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 236:3-236:5 | 236 | 3 | 236 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 236:7-236:25 | 236 | 7 | 236 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:2-237:4 | 237 | 2 | 237 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:6-237:6 | 237 | 6 | 237 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:8-237:9 | 237 | 8 | 237 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:11-237:12 | 237 | 11 | 237 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:14-237:23 | 237 | 14 | 237 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 237:24-238:4 | 237 | 24 | 238 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 238:7-238:8 | 238 | 7 | 238 | 8 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2025.06.04) | 238:10-238:22 | 238 | 10 | 238 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 238:24-239:2 | 238 | 24 | 239 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 239:4-240:1 | 239 | 4 | 240 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 240:3-240:12 | 240 | 3 | 240 | 12 | Defendant Affirmative | 106 | 240:13-240:15 | 240 | 13 | 240 | 15 | 402; 403; ID | | | | | | |
| Varma, Manju (2025.06.04) | 240:16-241:14 | 240 | 16 | 241 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 241:17-241:20 | 241 | 17 | 241 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 241:22-242:5 | 241 | 22 | 242 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 242:9-242:19 | 242 | 9 | 242 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 242:21-243:1 | 242 | 21 | 243 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:3-243:4 | 243 | 3 | 243 | 4 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:6-243:6 | 243 | 6 | 243 | 6 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:8-243:10 | 243 | 8 | 243 | 10 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:13-243:14 | 243 | 13 | 243 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:16-243:19 | 243 | 16 | 243 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 243:21-244:20 | 243 | 21 | 244 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 245:6-245:8 | 245 | 6 | 245 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 245:10-245:12 | 245 | 10 | 245 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2025.06.04) | 245:16-246:4 | 245 | 16 | 246 | 4 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2026.05.05) | 6:23-6:25 | 6 | 23 | 6 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 7:3-7:8 | 7 | 3 | 7 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 7:13-7:16 | 7 | 13 | 7 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 7:21-7:23 | 7 | 21 | 7 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 7:24-8:5 | 7 | 24 | 8 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 8:14-8:23 | 8 | 14 | 8 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 9:16-12:4 | 9 | 16 | 12 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 15:14-16:4 | 15 | 14 | 16 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 19:5-20:14 | 19 | 5 | 20 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 20:16-20:19 | 20 | 16 | 20 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 20:22-20:25 | 20 | 22 | 20 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 21:3-22:1 | 21 | 3 | 22 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 22:5-23:7 | 22 | 5 | 23 | 7 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 23:9-23:13 | 23 | 9 | 23 | 13 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 24:6-24:12 | 24 | 6 | 24 | 12 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 24:25-25:1 | 24 | 25 | 25 | 1 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 25:2-25:3 | 25 | 2 | 25 | 3 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 25:6-25:12 | 25 | 6 | 25 | 12 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 25:13-25:18 | 25 | 13 | 25 | 18 | Defendant Affirmative | 402; 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 25:21-26:6 | 25 | 21 | 26 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 26:18-27:3 | 26 | 18 | 27 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 27:19-28:10 | 27 | 19 | 28 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 28:12-28:12 | 28 | 12 | 28 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 30:5-30:7 | 30 | 5 | 30 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 30:16-31:5 | 30 | 16 | 31 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 31:7-31:8 | 31 | 7 | 31 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 31:12-31:15 | 31 | 12 | 31 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 31:17-32:2 | 31 | 17 | 32 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 32:19-32:21 | 32 | 19 | 32 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 32:23-33:7 | 32 | 23 | 33 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 33:9-33:15 | 33 | 9 | 33 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 33:16-33:18 | 33 | 16 | 33 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 33:20-34:7 | 33 | 20 | 34 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 34:8-34:10 | 34 | 8 | 34 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 34:11-34:13 | 34 | 11 | 34 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 34:17-34:23 | 34 | 17 | 34 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 35:1-35:5 | 35 | 1 | 35 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 35:10-36:2 | 35 | 10 | 36 | 2 | Defendant Affirmative | | 36:3-36:9 | 36 | 3 | 36 | 9 | 402; 403; NR; 104a; 602 | 36:10-14 | 36 | 10 | 36 | 14 | 602 |
| Varma, Manju (2026.05.05) | | | | | | | | 37:2-37:22 | 37 | 2 | 37 | 22 | 402; 403; NR | | | | | | |
| Varma, Manju (2026.05.05) | 38:22-38:25 | 38 | 22 | 38 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 39:4-39:5 | 39 | 4 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 39:7-39:7 | 39 | 7 | 39 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 41:8-41:9 | 41 | 8 | 41 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 41:12-42:14 | 41 | 12 | 42 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 42:15-42:16 | 42 | 15 | 42 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 42:20-43:23 | 42 | 20 | 43 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 43:25-45:12 | 43 | 25 | 45 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 45:14-45:17 | 45 | 14 | 45 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 45:19-46:2 | 45 | 19 | 46 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 46:3-46:8 | 46 | 3 | 46 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 46:12-46:23 | 46 | 12 | 46 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 46:24-47:1 | 46 | 24 | 47 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 47:10-48:5 | 47 | 10 | 48 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 48:11-48:12 | 48 | 11 | 48 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 48:15-48:21 | 48 | 15 | 48 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 48:23-49:2 | 48 | 23 | 49 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 49:7-49:16 | 49 | 7 | 49 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 49:23-51:7 | 49 | 23 | 51 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 51:9-51:13 | 51 | 9 | 51 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 52:4-52:6 | 52 | 4 | 52 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 52:8-52:23 | 52 | 8 | 52 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 54:11-55:5 | 54 | 11 | 55 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 55:6-56:8 | 55 | 6 | 56 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 56:12-56:15 | 56 | 12 | 56 | 15 | Defendant Affirmative | | 56:16-56:17 | 56 | 16 | 56 | 17 | | | | | | | |
| Varma, Manju (2026.05.05) | | | | | | | | 56:23-57:11 | 56 | 23 | 57 | 11 | 402; 403; ID | 57:12-17 | 57 | 12 | 57 | 17 | 402, 403 |
| Varma, Manju (2026.05.05) | 59:4-59:6 | 59 | 4 | 59 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 59:12-59:22 | 59 | 12 | 59 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 60:22-60:24 | 60 | 22 | 60 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 61:1-61:4 | 61 | 1 | 61 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 61:15-61:18 | 61 | 15 | 61 | 18 | Defendant Affirmative | | 61:11-61:14 | 61 | 11 | 61 | 14 | 106 | | | | | | |
| Varma, Manju (2026.05.05) | 64:7-64:9 | 64 | 7 | 64 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 64:10-64:13 | 64 | 10 | 64 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 64:14-65:4 | 64 | 14 | 65 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 66:22-67:10 | 66 | 22 | 67 | 10 | Defendant Affirmative | | 68:9-68:17 | 68 | 9 | 68 | 17 | ID; 402; 403 | | | | | | |
| Varma, Manju (2026.05.05) | 69:5-69:13 | 69 | 5 | 69 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 69:14-69:16 | 69 | 14 | 69 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 70:12-70:21 | 70 | 12 | 70 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 71:1-71:15 | 71 | 1 | 71 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 72:4-73:1 | 72 | 4 | 73 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 73:3-73:12 | 73 | 3 | 73 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 73:14-73:21 | 73 | 14 | 73 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 73:22-74:19 | 73 | 22 | 74 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 74:23-74:25 | 74 | 23 | 74 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 75:2-75:5 | 75 | 2 | 75 | 5 | Defendant Affirmative | 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 75:9-75:12 | 75 | 9 | 75 | 12 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2026.05.05) | 75:15-76:2 | 75 | 15 | 76 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 76:11-76:14 | 76 | 11 | 76 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 76:15-76:19 | 76 | 15 | 76 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 78:8-78:17 | 78 | 8 | 78 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 78:20-79:20 | 78 | 20 | 79 | 20 | Defendant Affirmative | | 79:24-80:9 | 79 | 24 | 80 | 9 | ID; 402; 403; NR | | | | | | |
| Varma, Manju (2026.05.05) | 92:14-92:23 | 92 | 14 | 92 | 23 | Defendant Affirmative | 104a | 81:15-81:21 | 81 | 15 | 81 | 21 | | 81:15-24 | 81 | 15 | 81 | 24 | |
| Varma, Manju (2026.05.05) | 93:1-93:23 | 93 | 1 | 93 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 96:8-96:11 | 96 | 8 | 96 | 11 | Defendant Affirmative | | 93:24-93:25 | 93 | 24 | 93 | 25 | | | | | | | |
| Varma, Manju (2026.05.05) | | | | | | | | 94:6-94:8 | 94 | 6 | 94 | 8 | | 94:1-5 | 94 | 1 | 94 | 5 | 402, 403 |
| Varma, Manju (2026.05.05) | | | | | | | | 94:10-94:14 | 94 | 10 | 94 | 14 | | 94:15-17 | 94 | 15 | 94 | 17 | 402, 403 |
| Varma, Manju (2026.05.05) | | | | | | | | | | | | | | 94:20 | 94 | 20 | 94 | 20 | 402, 403 |
| Varma, Manju (2026.05.05) | | | | | | | | 94:21-95:2 | 94 | 21 | 95 | 2 | | | | | | | |
| Varma, Manju (2026.05.05) | | | | | | | | 95:3-95:8 | 95 | 3 | 95 | 8 | | | | | | | |
| Varma, Manju (2026.05.05) | | | | | | | | 95:13-95:15 | 95 | 13 | 95 | 15 | | | | | | | |
| Varma, Manju (2026.05.05) | 96:13-96:21 | 96 | 13 | 96 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 97:3-97:7 | 97 | 3 | 97 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 97:9-97:9 | 97 | 9 | 97 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 97:10-97:24 | 97 | 10 | 97 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 98:12-98:24 | 98 | 12 | 98 | 24 | Defendant Affirmative | | 98:10-98:11 | 98 | 10 | 98 | 11 | | | | | | | |
| Varma, Manju (2026.05.05) | 99:21-100:1 | 99 | 21 | 100 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 101:4-101:6 | 101 | 4 | 101 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 101:8-101:9 | 101 | 8 | 101 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 101:11-101:24 | 101 | 11 | 101 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 102:1-102:5 | 102 | 1 | 102 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 102:7-102:14 | 102 | 7 | 102 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 102:17-102:23 | 102 | 17 | 102 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 102:25-103:5 | 102 | 25 | 103 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 104:3-104:13 | 104 | 3 | 104 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 104:16-104:25 | 104 | 16 | 104 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 105:3-105:12 | 105 | 3 | 105 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 105:17-105:25 | 105 | 17 | 105 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 106:2-106:2 | 106 | 2 | 106 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 106:3-106:8 | 106 | 3 | 106 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 106:10-107:10 | 106 | 10 | 107 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 108:2-108:8 | 108 | 2 | 108 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 108:14-109:4 | 108 | 14 | 109 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 109:6-109:6 | 109 | 6 | 109 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 109:7-109:17 | 109 | 7 | 109 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 110:8-110:10 | 110 | 8 | 110 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 110:14-110:18 | 110 | 14 | 110 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 110:24-111:6 | 110 | 24 | 111 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 111:14-111:16 | 111 | 14 | 111 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 111:18-112:16 | 111 | 18 | 112 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 112:22-113:5 | 112 | 22 | 113 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 113:8-113:10 | 113 | 8 | 113 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 113:11-113:13 | 113 | 11 | 113 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 113:17-114:3 | 113 | 17 | 114 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 115:7-115:10 | 115 | 7 | 115 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 115:12-115:23 | 115 | 12 | 115 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 115:24-116:1 | 115 | 24 | 116 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 116:3-116:4 | 116 | 3 | 116 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 116:5-116:14 | 116 | 5 | 116 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 116:15-116:22 | 116 | 15 | 116 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 116:23-117:6 | 116 | 23 | 117 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 117:13-117:16 | 117 | 13 | 117 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 117:18-118:9 | 117 | 18 | 118 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 118:11-118:20 | 118 | 11 | 118 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 119:14-119:15 | 119 | 14 | 119 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 119:17-120:7 | 119 | 17 | 120 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 120:10-121:19 | 120 | 10 | 121 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 121:20-121:21 | 121 | 20 | 121 | 21 | Defendant Affirmative | 403 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 122:2-122:16 | 122 | 2 | 122 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 122:18-122:18 | 122 | 18 | 122 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 123:16-123:18 | 123 | 16 | 123 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 123:20-123:21 | 123 | 20 | 123 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 123:22-124:3 | 123 | 22 | 124 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 124:8-124:22 | 124 | 8 | 124 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 124:23-125:2 | 124 | 23 | 125 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 126:1-127:3 | 126 | 1 | 127 | 3 | Defendant Affirmative | | 127:4-128:6 | 127 | 4 | 128 | 6 | ID; 402; 403; NR; O; V; 602 | | | | | | |
| Varma, Manju (2026.05.05) | 128:19-129:9 | 128 | 19 | 129 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 129:11-129:13 | 129 | 11 | 129 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 129:14-129:15 | 129 | 14 | 129 | 15 | Defendant Affirmative | 104a; 602 | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 130:25-131:2 | 130 | 25 | 131 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 131:4-131:20 | 131 | 4 | 131 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 131:21-132:4 | 131 | 21 | 132 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 132:6-133:1 | 132 | 6 | 133 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 133:5-134:10 | 133 | 5 | 134 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 134:12-134:23 | 134 | 12 | 134 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 134:24-135:1 | 134 | 24 | 135 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 135:4-135:17 | 135 | 4 | 135 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 135:20-135:22 | 135 | 20 | 135 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 135:25-136:2 | 135 | 25 | 136 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 136:5-136:9 | 136 | 5 | 136 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 136:12-136:12 | 136 | 12 | 136 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 136:15-136:22 | 136 | 15 | 136 | 22 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Varma, Manju (2026.05.05) | 137:2-137:7 | 137 | 2 | 137 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 137:9-137:9 | 137 | 9 | 137 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 137:10-137:14 | 137 | 10 | 137 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 137:16-138:11 | 137 | 16 | 138 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 138:17-139:5 | 138 | 17 | 139 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 139:7-139:7 | 139 | 7 | 139 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 139:23-140:13 | 139 | 23 | 140 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 140:15-140:15 | 140 | 15 | 140 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 140:16-140:17 | 140 | 16 | 140 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 140:19-142:18 | 140 | 19 | 142 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 142:20-142:20 | 142 | 20 | 142 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 143:4-143:7 | 143 | 4 | 143 | 7 | Defendant Affirmative | | 142:21-143:3 | 142 | 21 | 143 | 3 | ID; 402; 403; NR | | | | | | |
| Varma, Manju (2026.05.05) | 143:12-143:12 | 143 | 12 | 143 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 143:18-144:9 | 143 | 18 | 144 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 144:10-144:13 | 144 | 10 | 144 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 144:14-144:17 | 144 | 14 | 144 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 144:18-144:20 | 144 | 18 | 144 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 145:20-145:23 | 145 | 20 | 145 | 23 | Defendant Affirmative | | 145:1-145:19 | 145 | 1 | 145 | 19 | ID; 402; 403; NR | | | | | | |
| Varma, Manju (2026.05.05) | 145:25-146:1 | 145 | 25 | 146 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 146:3-146:4 | 146 | 3 | 146 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 146:8-146:25 | 146 | 8 | 146 | 25 | Defendant Affirmative | | 147:1-147:8 | 147 | 1 | 147 | 8 | ID; 402; 403; NR | | | | | | |
| Varma, Manju (2026.05.05) | 147:9-148:23 | 147 | 9 | 148 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 149:1-149:4 | 149 | 1 | 149 | 4 | Defendant Affirmative | | 149:6-149:7 | 149 | 6 | 149 | 7 | 402; 403; NR; A | 149:8-9 | 149 | 8 | 149 | 9 | |
| Varma, Manju (2026.05.05) | 149:10-149:11 | 149 | 10 | 149 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 150:3-150:17 | 150 | 3 | 150 | 17 | Defendant Affirmative | | 150:18-150:22 | 150 | 18 | 150 | 22 | 402; 403; NR; A | | | | | | |
| Varma, Manju (2026.05.05) | 150:23-150:25 | 150 | 23 | 150 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 151:3-151:4 | 151 | 3 | 151 | 4 | Defendant Affirmative | | 151:5-151:23 | 151 | 5 | 151 | 23 | 402; 403; NR; A | | | | | | |
| Varma, Manju (2026.05.05) | 151:24-152:1 | 151 | 24 | 152 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:3-152:5 | 152 | 3 | 152 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:7-152:9 | 152 | 7 | 152 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:11-152:13 | 152 | 11 | 152 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:15-152:17 | 152 | 15 | 152 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:19-152:20 | 152 | 19 | 152 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 152:22-152:23 | 152 | 22 | 152 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 153:5-154:4 | 153 | 5 | 154 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 154:5-154:11 | 154 | 5 | 154 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Varma, Manju (2026.05.05) | 154:12-154:16 | 154 | 12 | 154 | 16 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vidon, Jean Francois (Jeff) | 6:6-6:8 | 6 | 6 | 6 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 6:12-6:13 | 6 | 12 | 6 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 6:17-6:21 | 6 | 17 | 6 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 7:9-7:15 | 7 | 9 | 7 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 8:14-8:17 | 8 | 14 | 8 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 12:1-12:9 | 12 | 1 | 12 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 12:10-12:17 | 12 | 10 | 12 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 13:16-14:5 | 13 | 16 | 14 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 15:4-15:9 | 15 | 4 | 15 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 15:13-15:20 | 15 | 13 | 15 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 16:4-16:7 | 16 | 4 | 16 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 16:8-16:21 | 16 | 8 | 16 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 16:22-16:25 | 16 | 22 | 16 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 18:4-18:10 | 18 | 4 | 18 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 18:19-19:1 | 18 | 19 | 19 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 19:10-20:5 | 19 | 10 | 20 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 20:15-20:20 | 20 | 15 | 20 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 20:21-21:4 | 20 | 21 | 21 | 4 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 21:21-22:4 | 21 | 21 | 22 | 4 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 22:6-22:7 | 22 | 6 | 22 | 7 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 22:22-22:22 | 22 | 22 | 22 | 22 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 22:24-22:24 | 22 | 24 | 22 | 24 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 23:2-23:5 | 23 | 2 | 23 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 23:7-23:8 | 23 | 7 | 23 | 8 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 23:10-23:15 | 23 | 10 | 23 | 15 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 23:16-23:17 | 23 | 16 | 23 | 17 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 23:19-23:20 | 23 | 19 | 23 | 20 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 24:18-24:21 | 24 | 18 | 24 | 21 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 24:24-25:5 | 24 | 24 | 25 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 25:11-25:14 | 25 | 11 | 25 | 14 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 25:15-25:18 | 25 | 15 | 25 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 25:23-26:18 | 25 | 23 | 26 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 27:5-27:5 | 27 | 5 | 27 | 5 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 27:7-27:8 | 27 | 7 | 27 | 8 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 31:8-31:16 | 31 | 8 | 31 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 31:17-31:19 | 31 | 17 | 31 | 19 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 32:8-32:13 | 32 | 8 | 32 | 13 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 34:13-34:18 | 34 | 13 | 34 | 18 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 35:19-35:22 | 35 | 19 | 35 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 35:25-36:7 | 35 | 25 | 36 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 36:11-36:15 | 36 | 11 | 36 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 36:19-37:7 | 36 | 19 | 37 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 37:14-37:17 | 37 | 14 | 37 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 37:18-37:24 | 37 | 18 | 37 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 45:5-45:20 | 45 | 5 | 45 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 48:1-48:3 | 48 | 1 | 48 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 48:9-48:11 | 48 | 9 | 48 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 48:13-48:13 | 48 | 13 | 48 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 49:5-49:21 | 49 | 5 | 49 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 49:25-50:12 | 49 | 25 | 50 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 51:3-51:9 | 51 | 3 | 51 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 51:11-51:11 | 51 | 11 | 51 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 51:13-51:19 | 51 | 13 | 51 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 52:2-52:17 | 52 | 2 | 52 | 17 | Defendant Affirmative | | 52:11-53:10 | 52 | 11 | 53 | 10 | | 53:11-13 | 53 | 11 | 53 | 13 | |
| Vidon, Jean Francois (Jeff) | 53:22-54:11 | 53 | 22 | 54 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 56:14-56:16 | 56 | 14 | 56 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 56:20-57:9 | 56 | 20 | 57 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 57:11-57:13 | 57 | 11 | 57 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 57:15-57:17 | 57 | 15 | 57 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 57:19-57:21 | 57 | 19 | 57 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 57:23-57:25 | 57 | 23 | 57 | 25 | Defendant Affirmative | | 58:1-58:4 | 58 | 1 | 58 | 4 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 58:5-58:13 | 58 | 5 | 58 | 13 | Defendant Affirmative | | 58:14-58:16 | 58 | 14 | 58 | 16 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 58:17-58:20 | 58 | 17 | 58 | 20 | Defendant Affirmative | | 58:21-58:23 | 58 | 21 | 58 | 23 | | | | | | | |
| Vidon, Jean Francois (Jeff) | | | | | | | | 58:25-59:1 | 58 | 25 | 59 | 1 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 59:12-59:18 | 59 | 12 | 59 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 59:24-60:7 | 59 | 24 | 60 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 60:9-60:10 | 60 | 9 | 60 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 60:24-61:1 | 60 | 24 | 61 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 61:13-61:15 | 61 | 13 | 61 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 61:16-61:19 | 61 | 16 | 61 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 61:21-62:8 | 61 | 21 | 62 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 62:16-62:18 | 62 | 16 | 62 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 62:21-63:12 | 62 | 21 | 63 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 63:20-64:5 | 63 | 20 | 64 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 64:10-64:14 | 64 | 10 | 64 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 64:15-64:23 | 64 | 15 | 64 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 64:25-64:25 | 64 | 25 | 64 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 65:2-65:8 | 65 | 2 | 65 | 8 | Defendant Affirmative | | 65:9-65:10 | 65 | 9 | 65 | 10 | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vidon, Jean Francois (Jeff) | | | | | | | | 65:12-65:14 | 65 | 12 | 65 | 14 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 65:16-65:19 | 65 | 16 | 65 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 68:15-68:18 | 68 | 15 | 68 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 68:22-68:25 | 68 | 22 | 68 | 25 | Defendant Affirmative | | 68:19-68:21 | 68 | 19 | 68 | 21 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 69:8-69:10 | 69 | 8 | 69 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 69:14-69:18 | 69 | 14 | 69 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 69:25-70:2 | 69 | 25 | 70 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 70:7-70:8 | 70 | 7 | 70 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 70:10-70:11 | 70 | 10 | 70 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 70:13-70:15 | 70 | 13 | 70 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 70:16-70:18 | 70 | 16 | 70 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 70:20-70:23 | 70 | 20 | 70 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:1-71:3 | 71 | 1 | 71 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:5-71:5 | 71 | 5 | 71 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:7-71:8 | 71 | 7 | 71 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:10-71:10 | 71 | 10 | 71 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:12-71:13 | 71 | 12 | 71 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 71:15-71:15 | 71 | 15 | 71 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 72:11-72:19 | 72 | 11 | 72 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 72:20-73:11 | 72 | 20 | 73 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 73:12-73:16 | 73 | 12 | 73 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 73:18-73:23 | 73 | 18 | 73 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 73:24-74:19 | 73 | 24 | 74 | 19 | Defendant Affirmative | | 74:20-74:22 | 74 | 20 | 74 | 22 | | | | | | | |
| Vidon, Jean Francois (Jeff) | 74:23-76:2 | 74 | 23 | 76 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 76:3-76:13 | 76 | 3 | 76 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 76:14-77:7 | 76 | 14 | 77 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 77:12-77:19 | 77 | 12 | 77 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 77:22-78:6 | 77 | 22 | 78 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 78:7-79:13 | 78 | 7 | 79 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 79:14-80:4 | 79 | 14 | 80 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 80:6-80:12 | 80 | 6 | 80 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 82:11-82:17 | 82 | 11 | 82 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 83:9-83:14 | 83 | 9 | 83 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 83:18-83:23 | 83 | 18 | 83 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 84:25-85:8 | 84 | 25 | 85 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 85:10-85:10 | 85 | 10 | 85 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 86:15-86:19 | 86 | 15 | 86 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 86:21-87:4 | 86 | 21 | 87 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 87:15-87:18 | 87 | 15 | 87 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 87:20-87:20 | 87 | 20 | 87 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 88:11-88:14 | 88 | 11 | 88 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 88:15-88:21 | 88 | 15 | 88 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 88:22-88:24 | 88 | 22 | 88 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 90:6-90:11 | 90 | 6 | 90 | 11 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 90:13-90:14 | 90 | 13 | 90 | 14 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Vidon, Jean Francois (Jeff) | 90:16-92:1 | 90 | 16 | 92 | 1 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weiser, Jonathan | 6:5-6:7 | 6 | 5 | 6 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 6:11-6:15 | 6 | 11 | 6 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 6:16-6:17 | 6 | 16 | 6 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 6:19-6:20 | 6 | 19 | 6 | 20 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 6:22-6:24 | 6 | 22 | 6 | 24 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:1-7:2 | 7 | 1 | 7 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:4-7:12 | 7 | 4 | 7 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:13-7:14 | 7 | 13 | 7 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:16-7:17 | 7 | 16 | 7 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:21-7:22 | 7 | 21 | 7 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 7:24-8:1 | 7 | 24 | 8 | 1 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:3-8:4 | 8 | 3 | 8 | 4 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:6-8:7 | 8 | 6 | 8 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:9-8:10 | 8 | 9 | 8 | 10 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:12-8:13 | 8 | 12 | 8 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:15-8:15 | 8 | 15 | 8 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 8:17-8:18 | 8 | 17 | 8 | 18 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 11:18-11:21 | 11 | 18 | 11 | 21 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 11:25-12:1 | 11 | 25 | 12 | 1 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 12:3-12:4 | 12 | 3 | 12 | 4 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 12:6-12:7 | 12 | 6 | 12 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 12:9-12:14 | 12 | 9 | 12 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 20:2-20:3 | 20 | 2 | 20 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 20:5-20:7 | 20 | 5 | 20 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 20:9-20:12 | 20 | 9 | 20 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 20:16-20:19 | 20 | 16 | 20 | 19 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 20:21-20:24 | 20 | 21 | 20 | 24 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 21:2-21:3 | 21 | 2 | 21 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 21:18-21:22 | 21 | 18 | 21 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 21:25-22:2 | 21 | 25 | 22 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 22:4-22:7 | 22 | 4 | 22 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 23:12-24:8 | 23 | 12 | 24 | 8 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 24:9-24:11 | 24 | 9 | 24 | 11 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 24:13-24:23 | 24 | 13 | 24 | 23 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 26:16-27:6 | 26 | 16 | 27 | 6 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 29:6-29:7 | 29 | 6 | 29 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 29:10-29:13 | 29 | 10 | 29 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 32:17-32:18 | 32 | 17 | 32 | 18 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 32:20-32:22 | 32 | 20 | 32 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:2-34:3 | 34 | 2 | 34 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:5-34:7 | 34 | 5 | 34 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:9-34:10 | 34 | 9 | 34 | 10 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:12-34:13 | 34 | 12 | 34 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:15-34:16 | 34 | 15 | 34 | 16 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 34:19-34:22 | 34 | 19 | 34 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 36:11-36:12 | 36 | 11 | 36 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 36:14-36:16 | 36 | 14 | 36 | 16 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 36:18-36:18 | 36 | 18 | 36 | 18 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 36:20-36:22 | 36 | 20 | 36 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 36:24-36:25 | 36 | 24 | 36 | 25 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 37:4-37:7 | 37 | 4 | 37 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 39:23-39:23 | 39 | 23 | 39 | 23 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 39:25-39:25 | 39 | 25 | 39 | 25 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 40:2-40:3 | 40 | 2 | 40 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 40:5-40:6 | 40 | 5 | 40 | 6 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 40:8-40:9 | 40 | 8 | 40 | 9 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 40:13-40:21 | 40 | 13 | 40 | 21 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 40:23-40:25 | 40 | 23 | 40 | 25 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 41:2-41:6 | 41 | 2 | 41 | 6 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 41:19-41:22 | 41 | 19 | 41 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 41:24-41:24 | 41 | 24 | 41 | 24 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 42:2-42:3 | 42 | 2 | 42 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 42:7-42:13 | 42 | 7 | 42 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 42:15-42:15 | 42 | 15 | 42 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 42:19-42:21 | 42 | 19 | 42 | 21 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weiser, Jonathan | 42:23-42:25 | 42 | 23 | 42 | 25 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 43:4-43:7 | 43 | 4 | 43 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 44:11-44:13 | 44 | 11 | 44 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 44:18-44:23 | 44 | 18 | 44 | 23 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 49:4-49:9 | 49 | 4 | 49 | 9 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 49:13-49:17 | 49 | 13 | 49 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 50:5-50:8 | 50 | 5 | 50 | 8 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 50:11-50:12 | 50 | 11 | 50 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 50:14-50:15 | 50 | 14 | 50 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 50:18-50:20 | 50 | 18 | 50 | 20 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 50:22-50:24 | 50 | 22 | 50 | 24 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 51:1-51:12 | 51 | 1 | 51 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 52:12-52:20 | 52 | 12 | 52 | 20 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 52:21-52:22 | 52 | 21 | 52 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 52:24-53:4 | 52 | 24 | 53 | 4 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 53:6-53:7 | 53 | 6 | 53 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 53:8-53:9 | 53 | 8 | 53 | 9 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 53:11-53:14 | 53 | 11 | 53 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 53:16-53:17 | 53 | 16 | 53 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 53:19-53:22 | 53 | 19 | 53 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 54:1-54:2 | 54 | 1 | 54 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 54:4-54:15 | 54 | 4 | 54 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 54:17-54:21 | 54 | 17 | 54 | 21 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 54:23-57:23 | 54 | 23 | 57 | 23 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 57:25-58:12 | 57 | 25 | 58 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 58:14-59:3 | 58 | 14 | 59 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 59:5-59:8 | 59 | 5 | 59 | 8 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 59:10-60:9 | 59 | 10 | 60 | 9 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 60:11-61:7 | 60 | 11 | 61 | 7 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 61:9-61:12 | 61 | 9 | 61 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 61:18-61:21 | 61 | 18 | 61 | 21 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 61:23-61:25 | 61 | 23 | 61 | 25 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 65:5-65:11 | 65 | 5 | 65 | 11 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 65:14-66:14 | 65 | 14 | 66 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 70:10-70:12 | 70 | 10 | 70 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 70:14-70:16 | 70 | 14 | 70 | 16 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 71:17-72:6 | 71 | 17 | 72 | 6 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 72:8-74:1 | 72 | 8 | 74 | 1 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 74:2-75:17 | 74 | 2 | 75 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 75:24-76:4 | 75 | 24 | 76 | 4 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 76:6-76:14 | 76 | 6 | 76 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 76:16-76:19 | 76 | 16 | 76 | 19 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 76:21-77:5 | 76 | 21 | 77 | 5 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 77:8-77:8 | 77 | 8 | 77 | 8 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 77:10-78:2 | 77 | 10 | 78 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 79:14-79:15 | 79 | 14 | 79 | 15 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 79:17-79:19 | 79 | 17 | 79 | 19 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 80:2-80:11 | 80 | 2 | 80 | 11 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 82:24-83:3 | 82 | 24 | 83 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 83:5-83:10 | 83 | 5 | 83 | 10 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 83:11-83:17 | 83 | 11 | 83 | 17 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 83:19-83:19 | 83 | 19 | 83 | 19 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 83:21-84:12 | 83 | 21 | 84 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 84:13-84:24 | 84 | 13 | 84 | 24 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 84:25-85:2 | 84 | 25 | 85 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 85:3-85:13 | 85 | 3 | 85 | 13 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 86:10-87:6 | 86 | 10 | 87 | 6 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 89:10-89:12 | 89 | 10 | 89 | 12 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 89:14-89:14 | 89 | 14 | 89 | 14 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 89:16-89:22 | 89 | 16 | 89 | 22 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 89:23-90:2 | 89 | 23 | 90 | 2 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 90:4-91:3 | 90 | 4 | 91 | 3 | Defendant Affirmative | FRCP 32 | | | | | | | | | | | | |
| Weiser, Jonathan | 91:22-92:8 | 91 | 22 | 92 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 93:24-94:4 | 93 | 24 | 94 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 109:2-109:2 | 109 | 2 | 109 | 2 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weiser, Jonathan | 109:4-109:4 | 109 | 4 | 109 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 110:12-110:21 | 110 | 12 | 110 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 110:24-110:25 | 110 | 24 | 110 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 112:21-112:25 | 112 | 21 | 112 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 113:2-113:10 | 113 | 2 | 113 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 113:12-113:16 | 113 | 12 | 113 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 113:24-114:4 | 113 | 24 | 114 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 114:6-114:11 | 114 | 6 | 114 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 114:14-114:14 | 114 | 14 | 114 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 115:5-115:9 | 115 | 5 | 115 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 115:14-115:18 | 115 | 14 | 115 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 118:20-118:22 | 118 | 20 | 118 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 118:24-118:24 | 118 | 24 | 118 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 121:17-121:18 | 121 | 17 | 121 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 121:21-121:22 | 121 | 21 | 121 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 122:12-122:17 | 122 | 12 | 122 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 122:23-123:3 | 122 | 23 | 123 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 123:10-123:12 | 123 | 10 | 123 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 123:14-123:19 | 123 | 14 | 123 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 123:21-123:23 | 123 | 21 | 123 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 132:13-132:24 | 132 | 13 | 132 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 133:1-133:10 | 133 | 1 | 133 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 133:12-134:5 | 133 | 12 | 134 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 134:7-134:10 | 134 | 7 | 134 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 134:12-134:14 | 134 | 12 | 134 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 144:15-144:17 | 144 | 15 | 144 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 144:19-145:5 | 144 | 19 | 145 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 145:7-145:8 | 145 | 7 | 145 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 145:10-145:11 | 145 | 10 | 145 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 145:13-145:17 | 145 | 13 | 145 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 146:4-146:6 | 146 | 4 | 146 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 146:8-146:8 | 146 | 8 | 146 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 146:10-146:20 | 146 | 10 | 146 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 146:22-146:23 | 146 | 22 | 146 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 146:25-147:4 | 146 | 25 | 147 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:6-147:6 | 147 | 6 | 147 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:8-147:10 | 147 | 8 | 147 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:12-147:13 | 147 | 12 | 147 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:15-147:19 | 147 | 15 | 147 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:21-147:21 | 147 | 21 | 147 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 147:23-148:15 | 147 | 23 | 148 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 148:17-148:19 | 148 | 17 | 148 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 148:21-148:22 | 148 | 21 | 148 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 148:25-149:1 | 148 | 25 | 149 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 149:7-149:19 | 149 | 7 | 149 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 149:21-149:21 | 149 | 21 | 149 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 149:23-149:25 | 149 | 23 | 149 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 150:2-150:2 | 150 | 2 | 150 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 150:4-150:6 | 150 | 4 | 150 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 150:8-150:11 | 150 | 8 | 150 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 152:2-153:7 | 152 | 2 | 153 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 153:9-153:10 | 153 | 9 | 153 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 153:12-153:19 | 153 | 12 | 153 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 153:20-153:20 | 153 | 20 | 153 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 153:22-154:7 | 153 | 22 | 154 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 154:9-154:22 | 154 | 9 | 154 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 154:24-155:7 | 154 | 24 | 155 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 155:9-155:16 | 155 | 9 | 155 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 155:17-155:19 | 155 | 17 | 155 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 155:21-155:24 | 155 | 21 | 155 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 156:2-156:4 | 156 | 2 | 156 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 156:6-156:7 | 156 | 6 | 156 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 156:9-156:19 | 156 | 9 | 156 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 156:22-156:23 | 156 | 22 | 156 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 156:25-157:8 | 156 | 25 | 157 | 8 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weiser, Jonathan | 157:10-157:11 | 157 | 10 | 157 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 157:13-157:19 | 157 | 13 | 157 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 157:21-157:23 | 157 | 21 | 157 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 158:2-158:4 | 158 | 2 | 158 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 158:11-158:13 | 158 | 11 | 158 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 158:15-158:17 | 158 | 15 | 158 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 158:19-158:21 | 158 | 19 | 158 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 158:23-159:1 | 158 | 23 | 159 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 159:3-159:8 | 159 | 3 | 159 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 159:10-159:13 | 159 | 10 | 159 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 159:17-160:6 | 159 | 17 | 160 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:8-160:8 | 160 | 8 | 160 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:10-160:11 | 160 | 10 | 160 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:13-160:14 | 160 | 13 | 160 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:16-160:17 | 160 | 16 | 160 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:19-160:19 | 160 | 19 | 160 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:21-160:21 | 160 | 21 | 160 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:23-160:23 | 160 | 23 | 160 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 160:25-161:1 | 160 | 25 | 161 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 161:3-161:3 | 161 | 3 | 161 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 161:5-161:5 | 161 | 5 | 161 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 161:7-161:7 | 161 | 7 | 161 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 170:3-170:17 | 170 | 3 | 170 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 171:19-172:12 | 171 | 19 | 172 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 172:14-172:17 | 172 | 14 | 172 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 172:19-172:23 | 172 | 19 | 172 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 172:25-173:6 | 172 | 25 | 173 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 173:8-173:11 | 173 | 8 | 173 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 173:13-173:19 | 173 | 13 | 173 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 173:21-173:25 | 173 | 21 | 173 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 174:2-174:7 | 174 | 2 | 174 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 181:2-181:12 | 181 | 2 | 181 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 182:2-182:6 | 182 | 2 | 182 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 182:8-182:9 | 182 | 8 | 182 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 182:11-182:13 | 182 | 11 | 182 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 182:15-182:17 | 182 | 15 | 182 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 182:23-183:8 | 182 | 23 | 183 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 183:25-184:7 | 183 | 25 | 184 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 184:9-184:10 | 184 | 9 | 184 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 184:12-184:20 | 184 | 12 | 184 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 185:22-186:4 | 185 | 22 | 186 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 186:5-186:6 | 186 | 5 | 186 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 186:8-186:10 | 186 | 8 | 186 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 186:12-186:13 | 186 | 12 | 186 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 186:15-186:17 | 186 | 15 | 186 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 187:24-188:3 | 187 | 24 | 188 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 188:5-188:14 | 188 | 5 | 188 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 191:5-191:11 | 191 | 5 | 191 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 191:14-191:23 | 191 | 14 | 191 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 191:25-192:3 | 191 | 25 | 192 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 192:4-192:5 | 192 | 4 | 192 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 192:7-192:8 | 192 | 7 | 192 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 192:13-192:15 | 192 | 13 | 192 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 192:17-192:19 | 192 | 17 | 192 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Weiser, Jonathan | 192:21-193:2 | 192 | 21 | 193 | 2 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whealton, Karl | 8:10-8:12 | 8 | 10 | 8 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 8:16-8:17 | 8 | 16 | 8 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 9:21-9:25 | 9 | 21 | 9 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 10:2-10:5 | 10 | 2 | 10 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 10:6-10:15 | 10 | 6 | 10 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 10:16-10:19 | 10 | 16 | 10 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 11:1-11:7 | 11 | 1 | 11 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 11:8-11:12 | 11 | 8 | 11 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 11:13-11:24 | 11 | 13 | 11 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 11:25-12:5 | 11 | 25 | 12 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 12:6-12:7 | 12 | 6 | 12 | 7 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 12:15-12:21 | 12 | 15 | 12 | 21 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 12:22-13:1 | 12 | 22 | 13 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 22:14-22:15 | 22 | 14 | 22 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 22:17-22:18 | 22 | 17 | 22 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 23:19-23:20 | 23 | 19 | 23 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 23:22-24:1 | 23 | 22 | 24 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 24:3-24:15 | 24 | 3 | 24 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 24:16-24:17 | 24 | 16 | 24 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 24:19-24:21 | 24 | 19 | 24 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 25:24-26:2 | 25 | 24 | 26 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 26:4-26:7 | 26 | 4 | 26 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 26:9-26:10 | 26 | 9 | 26 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 26:12-26:13 | 26 | 12 | 26 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 26:15-26:22 | 26 | 15 | 26 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 26:23-27:3 | 26 | 23 | 27 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 27:11-27:18 | 27 | 11 | 27 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 27:19-28:6 | 27 | 19 | 28 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 35:1-35:6 | 35 | 1 | 35 | 6 | Defendant Affirmative | CD, CO, O, V, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 35:8-35:13 | 35 | 8 | 35 | 13 | Defendant Affirmative | CD, CO, O, V, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 36:2-36:6 | 36 | 2 | 36 | 6 | Defendant Affirmative | CD, CO, O, V, 402, 403, IP | 164:21:1-165:11:2 | 164 | 21 | 165 | 11 | ID; 611c | | | | | | |
| Whealton, Karl | | | | | | | | 165:13:1-165:16:2 | 165 | 13 | 165 | 16 | ID; 611c | | | | | | |
| Whealton, Karl | 36:12-36:14 | 36 | 12 | 36 | 14 | Defendant Affirmative | CD, CO, O, V, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 38:6-38:10 | 38 | 6 | 38 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 38:12-38:24 | 38 | 12 | 38 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 39:1-39:2 | 39 | 1 | 39 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 39:4-39:5 | 39 | 4 | 39 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 39:6-39:12 | 39 | 6 | 39 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 39:13-39:20 | 39 | 13 | 39 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 39:21-40:1 | 39 | 21 | 40 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:2-40:5 | 40 | 2 | 40 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:6-40:6 | 40 | 6 | 40 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:8-40:9 | 40 | 8 | 40 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:11-40:18 | 40 | 11 | 40 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:20-40:21 | 40 | 20 | 40 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 40:23-40:24 | 40 | 23 | 40 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 41:1-41:7 | 41 | 1 | 41 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 41:9-41:14 | 41 | 9 | 41 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 42:7-42:11 | 42 | 7 | 42 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 42:12-43:3 | 42 | 12 | 43 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 43:4-43:11 | 43 | 4 | 43 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 44:11-45:5 | 44 | 11 | 45 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 45:7-45:9 | 45 | 7 | 45 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 45:11-45:16 | 45 | 11 | 45 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 47:8-47:10 | 47 | 8 | 47 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 47:12-47:14 | 47 | 12 | 47 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 47:16-47:18 | 47 | 16 | 47 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 48:18-49:10 | 48 | 18 | 49 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 49:20-49:22 | 49 | 20 | 49 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 49:24-50:3 | 49 | 24 | 50 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 50:4-50:4 | 50 | 4 | 50 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whealton, Karl | 55:2-55:4 | 55 | 2 | 55 | 4 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 55:6-55:8 | 55 | 6 | 55 | 8 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 55:10-55:12 | 55 | 10 | 55 | 12 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 55:13-55:15 | 55 | 13 | 55 | 15 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 55:17-55:18 | 55 | 17 | 55 | 18 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 55:20-55:21 | 55 | 20 | 55 | 21 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 55:23-56:1 | 55 | 23 | 56 | 1 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 56:12-56:14 | 56 | 12 | 56 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 56:16-56:19 | 56 | 16 | 56 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 57:7-57:9 | 57 | 7 | 57 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 57:11-57:13 | 57 | 11 | 57 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 57:15-57:16 | 57 | 15 | 57 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 57:18-57:20 | 57 | 18 | 57 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 58:17-58:20 | 58 | 17 | 58 | 20 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 58:22-58:25 | 58 | 22 | 58 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 59:2-59:5 | 59 | 2 | 59 | 5 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 59:7-59:10 | 59 | 7 | 59 | 10 | Defendant Affirmative | CD, V, 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 63:2-63:4 | 63 | 2 | 63 | 4 | Defendant Affirmative | CC, V, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 63:6-63:7 | 63 | 6 | 63 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 63:9-63:11 | 63 | 9 | 63 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 63:13-63:15 | 63 | 13 | 63 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 63:17-63:25 | 63 | 17 | 63 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:2-73:5 | 73 | 2 | 73 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:8-73:8 | 73 | 8 | 73 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:10-73:12 | 73 | 10 | 73 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:14-73:17 | 73 | 14 | 73 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:18-73:20 | 73 | 18 | 73 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 73:22-73:24 | 73 | 22 | 73 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 74:2-74:4 | 74 | 2 | 74 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 74:6-74:7 | 74 | 6 | 74 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 74:11-74:15 | 74 | 11 | 74 | 15 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 74:17-74:21 | 74 | 17 | 74 | 21 | Defendant Affirmative | CO, 402, 403, IP | | | | | | | | | | | | |
| Whealton, Karl | 76:20-76:25 | 76 | 20 | 76 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 77:1-77:3 | 77 | 1 | 77 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 77:5-77:11 | 77 | 5 | 77 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 77:13-77:16 | 77 | 13 | 77 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 77:18-77:22 | 77 | 18 | 77 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 77:24-78:3 | 77 | 24 | 78 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 78:4-78:8 | 78 | 4 | 78 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 78:10-78:13 | 78 | 10 | 78 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 78:15-78:19 | 78 | 15 | 78 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 78:21-78:23 | 78 | 21 | 78 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 78:25-79:8 | 78 | 25 | 79 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 79:9-79:17 | 79 | 9 | 79 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 79:24-80:8 | 79 | 24 | 80 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 80:9-80:14 | 80 | 9 | 80 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 80:15-80:19 | 80 | 15 | 80 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 80:21-80:25 | 80 | 21 | 80 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 81:19-81:20 | 81 | 19 | 81 | 20 | Defendant Affirmative | ID, 104a, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 81:22-81:24 | 81 | 22 | 81 | 24 | Defendant Affirmative | 104a, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 82:2-82:3 | 82 | 2 | 82 | 3 | Defendant Affirmative | V, 104a, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 82:5-82:14 | 82 | 5 | 82 | 14 | Defendant Affirmative | V, 104a, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 82:16-82:17 | 82 | 16 | 82 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 82:19-82:20 | 82 | 19 | 82 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 82:22-82:23 | 82 | 22 | 82 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 82:25-83:2 | 82 | 25 | 83 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:4-83:5 | 83 | 4 | 83 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:7-83:10 | 83 | 7 | 83 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:12-83:13 | 83 | 12 | 83 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:15-83:15 | 83 | 15 | 83 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:17-83:19 | 83 | 17 | 83 | 19 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whealton, Karl | 83:20-83:23 | 83 | 20 | 83 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 83:25-84:4 | 83 | 25 | 84 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 84:6-84:16 | 84 | 6 | 84 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 84:18-84:20 | 84 | 18 | 84 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 84:22-84:24 | 84 | 22 | 84 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 85:1-85:6 | 85 | 1 | 85 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 85:12-86:3 | 85 | 12 | 86 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 86:4-86:8 | 86 | 4 | 86 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 86:10-86:14 | 86 | 10 | 86 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 86:16-86:23 | 86 | 16 | 86 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 86:24-87:2 | 86 | 24 | 87 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 88:1-88:9 | 88 | 1 | 88 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 88:11-88:12 | 88 | 11 | 88 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 88:14-88:16 | 88 | 14 | 88 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 88:18-88:19 | 88 | 18 | 88 | 19 | Defendant Affirmative | | 88:21:1-89:1:3 | 88 | 21 | 89 | 1 | | | | | | | |
| Whealton, Karl | | | | | | | | 89:3:1-89:4:7 | 89 | 3 | 89 | 4 | | | | | | | |
| Whealton, Karl | | | | | | | | 89:7:1-89:12:6 | 89 | 7 | 89 | 12 | | | | | | | |
| Whealton, Karl | 91:10-91:12 | 91 | 10 | 91 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 91:14-91:19 | 91 | 14 | 91 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 91:21-92:5 | 91 | 21 | 92 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 92:9-92:15 | 92 | 9 | 92 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 92:17-92:18 | 92 | 17 | 92 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 92:20-92:21 | 92 | 20 | 92 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 92:23-92:24 | 92 | 23 | 92 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 94:3-94:5 | 94 | 3 | 94 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 94:7-94:8 | 94 | 7 | 94 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 97:16-97:19 | 97 | 16 | 97 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 97:21-97:23 | 97 | 21 | 97 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 97:25-98:3 | 97 | 25 | 98 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 98:5-98:7 | 98 | 5 | 98 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 98:9-98:12 | 98 | 9 | 98 | 12 | Defendant Affirmative | A, 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 98:15-98:17 | 98 | 15 | 98 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 102:1-102:1 | 102 | 1 | 102 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 102:3-103:2 | 102 | 3 | 103 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 103:3-103:20 | 103 | 3 | 103 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 103:22-103:23 | 103 | 22 | 103 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 103:25-104:25 | 103 | 25 | 104 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 105:1-105:1 | 105 | 1 | 105 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 105:3-105:5 | 105 | 3 | 105 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 105:7-105:11 | 105 | 7 | 105 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 105:12-105:23 | 105 | 12 | 105 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 105:25-106:1 | 105 | 25 | 106 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 106:3-106:19 | 106 | 3 | 106 | 19 | Defendant Affirmative | | 106:20:1-107:14:6 | 106 | 20 | 107 | 14 | ID | | | | | | |
| Whealton, Karl | 114:16-114:19 | 114 | 16 | 114 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 114:21-114:24 | 114 | 21 | 114 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 115:2-115:12 | 115 | 2 | 115 | 12 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 115:24-116:6 | 115 | 24 | 116 | 6 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 116:7-116:14 | 116 | 7 | 116 | 14 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 116:16-116:18 | 116 | 16 | 116 | 18 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 116:20-116:23 | 116 | 20 | 116 | 23 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 116:25-117:5 | 116 | 25 | 117 | 5 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 117:15-117:19 | 117 | 15 | 117 | 19 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 117:21-117:24 | 117 | 21 | 117 | 24 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 118:2-118:4 | 118 | 2 | 118 | 4 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 118:6-118:9 | 118 | 6 | 118 | 9 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Whealton, Karl | 118:11-118:21 | 118 | 11 | 118 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 118:22-118:25 | 118 | 22 | 118 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 119:2-119:2 | 119 | 2 | 119 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 120:22-120:25 | 120 | 22 | 120 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 121:2-121:6 | 121 | 2 | 121 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 121:18-121:24 | 121 | 18 | 121 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 121:25-122:15 | 121 | 25 | 122 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 124:5-124:11 | 124 | 5 | 124 | 11 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whealton, Karl | 124:12-124:20 | 124 | 12 | 124 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 124:22-124:24 | 124 | 22 | 124 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 125:2-125:4 | 125 | 2 | 125 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 125:6-125:7 | 125 | 6 | 125 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 125:9-125:12 | 125 | 9 | 125 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 125:21-126:13 | 125 | 21 | 126 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 126:15-126:15 | 126 | 15 | 126 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 126:17-126:21 | 126 | 17 | 126 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 126:22-127:2 | 126 | 22 | 127 | 2 | Defendant Affirmative | | 127:3:1-127:21:5 | 127 | 3 | 127 | 21 | | | | | | | |
| Whealton, Karl | 136:8-136:8 | 136 | 8 | 136 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 136:10-136:13 | 136 | 10 | 136 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 136:15-136:16 | 136 | 15 | 136 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 140:15-140:21 | 140 | 15 | 140 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 150:9-150:23 | 150 | 9 | 150 | 23 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 150:25-150:25 | 150 | 25 | 150 | 25 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 151:19-151:21 | 151 | 19 | 151 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 151:23-152:6 | 151 | 23 | 152 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 152:8-152:9 | 152 | 8 | 152 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 152:11-152:18 | 152 | 11 | 152 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 152:20-152:25 | 152 | 20 | 152 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 153:2-153:7 | 153 | 2 | 153 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 153:8-153:10 | 153 | 8 | 153 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 153:12-153:15 | 153 | 12 | 153 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 155:19-155:22 | 155 | 19 | 155 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 155:24-156:7 | 155 | 24 | 156 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 156:9-156:12 | 156 | 9 | 156 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 156:16-156:18 | 156 | 16 | 156 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 156:20-156:25 | 156 | 20 | 156 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 157:10-157:14 | 157 | 10 | 157 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 157:17-157:18 | 157 | 17 | 157 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 157:20-157:22 | 157 | 20 | 157 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 158:6-158:8 | 158 | 6 | 158 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 158:10-158:15 | 158 | 10 | 158 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Whealton, Karl | 158:18-158:22 | 158 | 18 | 158 | 22 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 158:24-159:2 | 158 | 24 | 159 | 2 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 159:4-159:5 | 159 | 4 | 159 | 5 | Defendant Affirmative | 104a, 402, 403, IP, CO | | | | | | | | | | | | |
| Whealton, Karl | 159:10-159:11 | 159 | 10 | 159 | 11 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Whealton, Karl | 160:8-160:8 | 160 | 8 | 160 | 8 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 160:9-160:16 | 160 | 9 | 160 | 16 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 161:9-161:12 | 161 | 9 | 161 | 12 | Defendant Affirmative | 104a, 402, 403, 602, IP, CO | | | | | | | | | | | | |
| Whealton, Karl | 161:14-161:17 | 161 | 14 | 161 | 17 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 161:19-161:22 | 161 | 19 | 161 | 22 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 161:25-162:1 | 161 | 25 | 162 | 1 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 162:2-162:9 | 162 | 2 | 162 | 9 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 162:11-162:12 | 162 | 11 | 162 | 12 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 162:14-162:19 | 162 | 14 | 162 | 19 | Defendant Affirmative | 104a, 402, 403, 602 | | | | | | | | | | | | |
| Whealton, Karl | 165:22-166:2 | 165 | 22 | 166 | 2 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Gerard (22-1146) | 12:7-12:9 | 12 | 7 | 12 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 15:9-15:13 | 15 | 9 | 15 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 15:15-15:17 | 15 | 15 | 15 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 15:19-16:7 | 15 | 19 | 16 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 16:14-17:24 | 16 | 14 | 17 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 18:25-19:25 | 18 | 25 | 19 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 20:2-20:2 | 20 | 2 | 20 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 20:4-20:4 | 20 | 4 | 20 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 20:6-20:7 | 20 | 6 | 20 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 20:9-20:9 | 20 | 9 | 20 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 20:11-25:13 | 20 | 11 | 25 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 34:21-35:24 | 34 | 21 | 35 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 79:17-79:20 | 79 | 17 | 79 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 82:9-82:10 | 82 | 9 | 82 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 82:12-82:20 | 82 | 12 | 82 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 84:12-84:18 | 84 | 12 | 84 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 84:20-84:21 | 84 | 20 | 84 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 84:23-86:9 | 84 | 23 | 86 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 86:23-88:9 | 86 | 23 | 88 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 88:24-91:24 | 88 | 24 | 91 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 92:2-93:13 | 92 | 2 | 93 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 95:3-95:4 | 95 | 3 | 95 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 95:6-98:7 | 95 | 6 | 98 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 103:10-103:11 | 103 | 10 | 103 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 103:22-104:22 | 103 | 22 | 104 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 104:24-106:8 | 104 | 24 | 106 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 106:10-106:11 | 106 | 10 | 106 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 106:13-106:13 | 106 | 13 | 106 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 106:15-106:18 | 106 | 15 | 106 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 106:20-113:3 | 106 | 20 | 113 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 113:15-114:6 | 113 | 15 | 114 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 130:12-130:13 | 130 | 12 | 130 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 130:15-133:6 | 130 | 15 | 133 | 6 | Defendant Affirmative | IP, CO, 402, 403 (131:16-133:6) | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 179:1-179:3 | 179 | 1 | 179 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 179:5-179:6 | 179 | 5 | 179 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 179:8-180:4 | 179 | 8 | 180 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 180:21-180:24 | 180 | 21 | 180 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 181:6-181:7 | 181 | 6 | 181 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 191:11-192:3 | 191 | 11 | 192 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 192:22-193:15 | 192 | 22 | 193 | 15 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 193:17-194:12 | 193 | 17 | 194 | 12 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 194:14-194:16 | 194 | 14 | 194 | 16 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 194:18-195:15 | 194 | 18 | 195 | 15 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 195:17-195:22 | 195 | 17 | 195 | 22 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 195:24-195:25 | 195 | 24 | 195 | 25 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 196:2-196:5 | 196 | 2 | 196 | 5 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 196:7-199:3 | 196 | 7 | 199 | 3 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 212:24-212:25 | 212 | 24 | 212 | 25 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 213:2-216:9 | 213 | 2 | 216 | 9 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 218:13-219:8 | 218 | 13 | 219 | 8 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 219:12-219:13 | 219 | 12 | 219 | 13 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 219:18-219:20 | 219 | 18 | 219 | 20 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 219:22-220:21 | 219 | 22 | 220 | 21 | Defendant Affirmative | IP, CO, 402, 403 | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 223:3-223:4 | 223 | 3 | 223 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 223:6-223:14 | 223 | 6 | 223 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 224:8-227:1 | 224 | 8 | 227 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 231:8-231:9 | 231 | 8 | 231 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 231:11-233:20 | 231 | 11 | 233 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 243:10-243:11 | 243 | 10 | 243 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 243:13-243:18 | 243 | 13 | 243 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 244:15-244:24 | 244 | 15 | 244 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 245:4-247:12 | 245 | 4 | 247 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 249:23-249:24 | 249 | 23 | 249 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 250:1-251:19 | 250 | 1 | 251 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 251:21-253:15 | 251 | 21 | 253 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 253:22-254:1 | 253 | 22 | 254 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard (22-1146) | 254:25-255:11 | 254 | 25 | 255 | 11 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Gerard | 6:9-6:11 | 6 | 9 | 6 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 6:15-6:16 | 6 | 15 | 6 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 7:7-7:9 | 7 | 7 | 7 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 7:14-8:6 | 7 | 14 | 8 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 8:7-8:23 | 8 | 7 | 8 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 8:24-9:4 | 8 | 24 | 9 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 9:5-9:8 | 9 | 5 | 9 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 9:9-9:22 | 9 | 9 | 9 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 12:17-12:19 | 12 | 17 | 12 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 12:21-12:22 | 12 | 21 | 12 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 12:24-13:2 | 12 | 24 | 13 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 13:4-13:4 | 13 | 4 | 13 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 13:6-13:15 | 13 | 6 | 13 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 14:20-15:10 | 14 | 20 | 15 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 17:1-17:4 | 17 | 1 | 17 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 17:7-17:7 | 17 | 7 | 17 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 17:23-18:4 | 17 | 23 | 18 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 18:11-18:17 | 18 | 11 | 18 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 18:22-19:5 | 18 | 22 | 19 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 19:6-19:14 | 19 | 6 | 19 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 19:15-19:22 | 19 | 15 | 19 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 20:3-20:8 | 20 | 3 | 20 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 20:12-20:16 | 20 | 12 | 20 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 20:19-21:4 | 20 | 19 | 21 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 22:16-23:11 | 22 | 16 | 23 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 27:16-27:17 | 27 | 16 | 27 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 27:21-27:21 | 27 | 21 | 27 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 28:6-28:13 | 28 | 6 | 28 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 29:8-29:10 | 29 | 8 | 29 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 29:11-29:15 | 29 | 11 | 29 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 29:19-30:4 | 29 | 19 | 30 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 30:5-30:18 | 30 | 5 | 30 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 30:25-31:3 | 30 | 25 | 31 | 3 | Defendant Affirmative | | 31:4:1-32:1:6 | 31 | 4 | 32 | 1 | 402; 403; 602; 104a; 802 | | | | | | |
| Williams, Gerard | 32:4-32:7 | 32 | 4 | 32 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 32:11-32:12 | 32 | 11 | 32 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 32:14-32:19 | 32 | 14 | 32 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 33:12-33:18 | 33 | 12 | 33 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 36:9-36:15 | 36 | 9 | 36 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 37:3-37:5 | 37 | 3 | 37 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 37:6-37:10 | 37 | 6 | 37 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 41:10-41:23 | 41 | 10 | 41 | 23 | Defendant Affirmative | 402, 403 (41:19-23) | | | | | | | | | | | | |
| Williams, Gerard | 41:24-43:1 | 41 | 24 | 43 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 43:5-43:22 | 43 | 5 | 43 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 43:25-44:2 | 43 | 25 | 44 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 44:4-44:16 | 44 | 4 | 44 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 44:20-45:1 | 44 | 20 | 45 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 45:2-45:5 | 45 | 2 | 45 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 45:6-45:6 | 45 | 6 | 45 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 45:8-45:9 | 45 | 8 | 45 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 45:11-45:23 | 45 | 11 | 45 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 46:5-46:6 | 46 | 5 | 46 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 46:10-46:15 | 46 | 10 | 46 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 47:2-47:5 | 47 | 2 | 47 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 47:6-47:6 | 47 | 6 | 47 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 47:11-47:14 | 47 | 11 | 47 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 47:15-47:20 | 47 | 15 | 47 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 49:13-49:16 | 49 | 13 | 49 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 50:19-51:3 | 50 | 19 | 51 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 51:25-52:3 | 51 | 25 | 52 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 52:6-52:9 | 52 | 6 | 52 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 52:11-52:12 | 52 | 11 | 52 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 52:18-52:21 | 52 | 18 | 52 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 53:25-54:4 | 53 | 25 | 54 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 54:7-55:7 | 54 | 7 | 55 | 7 | Defendant Affirmative | | | | | | | | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Gerard | 56:18-56:21 | 56 | 18 | 56 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 57:1-57:1 | 57 | 1 | 57 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 57:3-57:10 | 57 | 3 | 57 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 58:4-58:6 | 58 | 4 | 58 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 58:7-58:7 | 58 | 7 | 58 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 58:10-58:10 | 58 | 10 | 58 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 58:12-58:16 | 58 | 12 | 58 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 60:6-62:5 | 60 | 6 | 62 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 62:8-62:20 | 62 | 8 | 62 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 63:18-64:6 | 63 | 18 | 64 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 66:20-67:9 | 66 | 20 | 67 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 68:6-68:12 | 68 | 6 | 68 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 68:13-70:16 | 68 | 13 | 70 | 16 | Defendant Affirmative | | 70:17:1-71:22:2 | 70 | 17 | 71 | 22 | | | | | | | |
| Williams, Gerard | 71:23-72:19 | 71 | 23 | 72 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 72:23-73:1 | 72 | 23 | 73 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 73:2-73:5 | 73 | 2 | 73 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 73:13-73:14 | 73 | 13 | 73 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 74:8-74:22 | 74 | 8 | 74 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 75:11-76:21 | 75 | 11 | 76 | 21 | Defendant Affirmative | | 77:19:1-77:22:5 | 77 | 19 | 77 | 22 | 402; 403 | 77:23-78:5 | 77 | 23 | 78 | 5 | |
| Williams, Gerard | | | | | | | | 78:23:1-79:9:2 | 78 | 23 | 79 | 9 | | | | | | | |
| Williams, Gerard | | | | | | | | 81:2:1-81:7:1 | 81 | 2 | 81 | 7 | 104a; 402; 403; 602 | 80:21-81:1 | 80 | 21 | 81 | 1 | |
| Williams, Gerard | | | | | | | | | | | | | | 81:12-19 | 81 | 12 | 81 | 19 | |
| Williams, Gerard | | | | | | | | | | | | | | 83:7-12 | 83 | 7 | 83 | 12 | |
| Williams, Gerard | 85:21-85:23 | 85 | 21 | 85 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 86:25-87:3 | 86 | 25 | 87 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:4-87:7 | 87 | 4 | 87 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:8-87:11 | 87 | 8 | 87 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:13-87:14 | 87 | 13 | 87 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:16-87:20 | 87 | 16 | 87 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:22-87:22 | 87 | 22 | 87 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 87:24-88:13 | 87 | 24 | 88 | 13 | Defendant Affirmative | | 88:14:1-88:23:4 | 88 | 14 | 88 | 23 | 104a; 402; 403; 602 | 88:24-89:2 | 88 | 24 | 88 | 2 | |
| Williams, Gerard | | | | | | | | | | | | | | 89:9-90:3 | 89 | 9 | 90 | 3 | |
| Williams, Gerard | 90:25-92:5 | 90 | 25 | 92 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 92:6-92:6 | 92 | 6 | 92 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 92:11-92:21 | 92 | 11 | 92 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 94:5-95:5 | 94 | 5 | 95 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 95:6-95:22 | 95 | 6 | 95 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 96:17-96:20 | 96 | 17 | 96 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 96:21-97:22 | 96 | 21 | 97 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 97:24-97:25 | 97 | 24 | 97 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 100:12-101:1 | 100 | 12 | 101 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 103:5-103:11 | 103 | 5 | 103 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 104:20-105:4 | 104 | 20 | 105 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 105:15-105:24 | 105 | 15 | 105 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 106:10-106:14 | 106 | 10 | 106 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 110:13-110:17 | 110 | 13 | 110 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 110:18-111:6 | 110 | 18 | 111 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 113:1-114:13 | 113 | 1 | 114 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 121:5-121:24 | 121 | 5 | 121 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 122:17-123:19 | 122 | 17 | 123 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 123:20-124:20 | 123 | 20 | 124 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 125:23-125:25 | 125 | 23 | 125 | 25 | Defendant Affirmative | | 126:1:1-126:3:3 | 126 | 1 | 126 | 3 | | | | | | | |
| Williams, Gerard | 127:12-127:14 | 127 | 12 | 127 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 127:15-127:15 | 127 | 15 | 127 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 127:17-128:1 | 127 | 17 | 128 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 128:7-128:13 | 128 | 7 | 128 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 128:25-130:2 | 128 | 25 | 130 | 2 | Defendant Affirmative | | 130:3:1-130:10:6 | 130 | 3 | 130 | 10 | | | | | | | |
| Williams, Gerard | 130:11-130:17 | 130 | 11 | 130 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 130:18-131:13 | 130 | 18 | 131 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 131:19-131:21 | 131 | 19 | 131 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 132:25-133:3 | 132 | 25 | 133 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 133:4-133:4 | 133 | 4 | 133 | 4 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Gerard | 133:6-133:24 | 133 | 6 | 133 | 24 | Defendant Affirmative | 402, 403, CO, IP (133:14-21) | | | | | | | | | | | | |
| Williams, Gerard | 134:19-134:24 | 134 | 19 | 134 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 135:9-135:18 | 135 | 9 | 135 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 135:20-135:20 | 135 | 20 | 135 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 135:22-136:20 | 135 | 22 | 136 | 20 | Defendant Affirmative | 402, 403, CO, IP (136:1-6) | | | | | | | | | | | | |
| Williams, Gerard | 136:21-136:21 | 136 | 21 | 136 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 137:2-137:8 | 137 | 2 | 137 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 137:9-137:14 | 137 | 9 | 137 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Williams, Gerard | 137:16-137:17 | 137 | 16 | 137 | 17 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Kurt | 7:2-7:6 | 7 | 2 | 7 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 7:8-7:14 | 7 | 8 | 7 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 12:7-13:9 | 12 | 7 | 13 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 14:13-15:21 | 14 | 13 | 15 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 15:22-16:4 | 15 | 22 | 16 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 16:24-18:17 | 16 | 24 | 18 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 18:18-18:23 | 18 | 18 | 18 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 18:25-19:13 | 18 | 25 | 19 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 19:15-19:19 | 19 | 15 | 19 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 19:21-19:23 | 19 | 21 | 19 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 22:15-22:22 | 22 | 15 | 22 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 22:24-23:1 | 22 | 24 | 23 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 23:3-23:17 | 23 | 3 | 23 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 23:19-24:1 | 23 | 19 | 24 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 24:9-24:12 | 24 | 9 | 24 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 24:18-24:20 | 24 | 18 | 24 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 24:22-24:24 | 24 | 22 | 24 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 27:5-27:15 | 27 | 5 | 27 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 27:17-27:18 | 27 | 17 | 27 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 27:20-27:25 | 27 | 20 | 27 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 28:2-29:25 | 28 | 2 | 29 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 30:11-30:13 | 30 | 11 | 30 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 30:15-30:17 | 30 | 15 | 30 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 30:19-32:13 | 30 | 19 | 32 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 32:16-32:19 | 32 | 16 | 32 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 32:23-33:8 | 32 | 23 | 33 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 33:15-33:17 | 33 | 15 | 33 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 33:19-33:19 | 33 | 19 | 33 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 33:21-33:24 | 33 | 21 | 33 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 34:1-34:5 | 34 | 1 | 34 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 34:7-34:16 | 34 | 7 | 34 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 36:1-36:3 | 36 | 1 | 36 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 39:8-39:10 | 39 | 8 | 39 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 39:12-39:14 | 39 | 12 | 39 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 39:16-39:16 | 39 | 16 | 39 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 39:18-39:21 | 39 | 18 | 39 | 21 | Defendant Affirmative | | 39:24:1-39:24:6 | 39 | 24 | 39 | 24 | ID | 39:24 | 39 | 24 | 39 | 24 | |
| Wolf, Kurt | 40:2-41:3 | 40 | 2 | 41 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 41:5-41:11 | 41 | 5 | 41 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 41:13-41:18 | 41 | 13 | 41 | 18 | Defendant Affirmative | ID, 106, 402, 403 | 41:20:1-41:20:6 | 41 | 20 | 41 | 20 | ID | 41:20 | 41 | 20 | 41 | 20 | |
| Wolf, Kurt | 41:22-42:6 | 41 | 22 | 42 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 42:8-42:12 | 42 | 8 | 42 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 42:14-42:18 | 42 | 14 | 42 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 42:20-42:22 | 42 | 20 | 42 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 42:24-43:15 | 42 | 24 | 43 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 43:16-43:19 | 43 | 16 | 43 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 43:21-44:13 | 43 | 21 | 44 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 44:15-44:15 | 44 | 15 | 44 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 44:17-44:18 | 44 | 17 | 44 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 44:20-44:23 | 44 | 20 | 44 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 45:3-45:13 | 45 | 3 | 45 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 45:15-45:21 | 45 | 15 | 45 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 45:23-45:24 | 45 | 23 | 45 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 46:4-46:4 | 46 | 4 | 46 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 46:4-46:13 | 46 | 4 | 46 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 46:15-48:8 | 46 | 15 | 48 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 48:10-48:13 | 48 | 10 | 48 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 48:15-50:2 | 48 | 15 | 50 | 2 | Defendant Affirmative | ID, 106 | 50:4:1-50:5:10 | 50 | 4 | 50 | 5 | | 50:4-5 | 50 | 4 | 50 | 5 | |
| Wolf, Kurt | 50:15-50:20 | 50 | 15 | 50 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 50:22-50:22 | 50 | 22 | 50 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 50:24-51:3 | 50 | 24 | 51 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 51:5-51:5 | 51 | 5 | 51 | 5 | Defendant Affirmative | ID, 106 | | | | | | | | | | | | |
| Wolf, Kurt | 51:15-56:9 | 51 | 15 | 56 | 9 | Defendant Affirmative | ID, 106 | 51:9:1-51:11:1 | 51 | 9 | 51 | 11 | | 51:9-11 | 51 | 9 | 51 | 11 | |
| Wolf, Kurt | 56:11-56:17 | 56 | 11 | 56 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 57:24-57:25 | 57 | 24 | 57 | 25 | Defendant Affirmative | ID, 106 | 57:10:1-57:23:1 | 57 | 10 | 57 | 23 | | | | | | | |
| Wolf, Kurt | 58:2-59:23 | 58 | 2 | 59 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 61:5-61:10 | 61 | 5 | 61 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 61:12-61:13 | 61 | 12 | 61 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 61:17-61:20 | 61 | 17 | 61 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 61:22-61:24 | 61 | 22 | 61 | 24 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Kurt | 62:2-62:7 | 62 | 2 | 62 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 62:9-62:16 | 62 | 9 | 62 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 62:18-62:19 | 62 | 18 | 62 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 62:21-62:22 | 62 | 21 | 62 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 62:24-63:1 | 62 | 24 | 63 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:3-63:5 | 63 | 3 | 63 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:7-63:8 | 63 | 7 | 63 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:10-63:13 | 63 | 10 | 63 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:15-63:18 | 63 | 15 | 63 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:20-63:22 | 63 | 20 | 63 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 63:24-64:3 | 63 | 24 | 64 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 64:5-64:7 | 64 | 5 | 64 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 64:9-64:13 | 64 | 9 | 64 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 64:14-64:14 | 64 | 14 | 64 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 64:16-64:20 | 64 | 16 | 64 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 65:14-65:18 | 65 | 14 | 65 | 18 | Defendant Affirmative | | 64:22:1-64:25:6 | 64 | 22 | 64 | 25 | | | | | | | |
| Wolf, Kurt | | | | | | | | 65:2:1-65:6:9 | 65 | 2 | 65 | 6 | 402, 403, 701, NR, A | 65:8-9 | 65 | 8 | 65 | 9 | |
| Wolf, Kurt | | | | | | | | | | | | | | 65:11-12 | 65 | 11 | 65 | 12 | |
| Wolf, Kurt | 65:20-66:1 | 65 | 20 | 66 | 1 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 66:3-66:12 | 66 | 3 | 66 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 66:22-66:24 | 66 | 22 | 66 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 67:1-67:3 | 67 | 1 | 67 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 67:5-67:7 | 67 | 5 | 67 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 67:9-67:10 | 67 | 9 | 67 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 67:23-68:3 | 67 | 23 | 68 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 68:5-68:5 | 68 | 5 | 68 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 68:10-68:13 | 68 | 10 | 68 | 13 | Defendant Affirmative | 802, 805 | | | | | | | | | | | | |
| Wolf, Kurt | 68:15-68:20 | 68 | 15 | 68 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 68:22-68:24 | 68 | 22 | 68 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 69:2-69:5 | 69 | 2 | 69 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 69:8-69:14 | 69 | 8 | 69 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 69:15-70:17 | 69 | 15 | 70 | 17 | Defendant Affirmative | ID, 106 | | | | | | | | | | | | |
| Wolf, Kurt | 71:6-71:9 | 71 | 6 | 71 | 9 | Defendant Affirmative | 106, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 72:9-72:12 | 72 | 9 | 72 | 12 | Defendant Affirmative | ID, 106 | | | | | | | | | | | | |
| Wolf, Kurt | 75:2-75:10 | 75 | 2 | 75 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 75:2-75:10 | 75 | 2 | 75 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 75:14-77:8 | 75 | 14 | 77 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 75:14-77:8 | 75 | 14 | 77 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 79:25-80:8 | 79 | 25 | 80 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 80:13-80:22 | 80 | 13 | 80 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 80:24-81:6 | 80 | 24 | 81 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 81:8-81:17 | 81 | 8 | 81 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 82:13-83:4 | 82 | 13 | 83 | 4 | Defendant Affirmative | CC, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 85:25-86:12 | 85 | 25 | 86 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 86:13-86:24 | 86 | 13 | 86 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 88:19-89:8 | 88 | 19 | 89 | 8 | Defendant Affirmative | ID, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 89:9-90:2 | 89 | 9 | 90 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 90:4-90:6 | 90 | 4 | 90 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 90:11-90:16 | 90 | 11 | 90 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 91:18-92:7 | 91 | 18 | 92 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 92:22-93:4 | 92 | 22 | 93 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 93:5-94:19 | 93 | 5 | 94 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 94:24-95:1 | 94 | 24 | 95 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 95:2-95:4 | 95 | 2 | 95 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 95:6-95:7 | 95 | 6 | 95 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 95:9-95:15 | 95 | 9 | 95 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 95:17-95:20 | 95 | 17 | 95 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 95:22-96:3 | 95 | 22 | 96 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 97:3-97:4 | 97 | 3 | 97 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 97:6-97:7 | 97 | 6 | 97 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 97:23-98:2 | 97 | 23 | 98 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 98:4-98:5 | 98 | 4 | 98 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 98:7-98:8 | 98 | 7 | 98 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 98:10-98:11 | 98 | 10 | 98 | 11 | Defendant Affirmative | | 96:4:1-97:2:5 | 96 | 4 | 97 | 2 | 402, 403, 701, 802, A | | | | | | |
| Wolf, Kurt | | | | | | | | 97:9:1-97:11:7 | 97 | 9 | 97 | 11 | | | | | | | |
| Wolf, Kurt | | | | | | | | 97:13:1-97:21:1 | 97 | 13 | 97 | 21 | 403, 701, 802, NR, A | | | | | | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,
v.
ARM HOLDINGS PLC, f/k/a ARM LTD.
C.A. 24-490-MN (CONSOLIDATED)

DEFENDANTS' DEPOSITION DESIGNATIONS

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Kurt | 98:13-98:15 | 98 | 13 | 98 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 98:17-98:18 | 98 | 17 | 98 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 99:6-99:8 | 99 | 6 | 99 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 99:10-99:11 | 99 | 10 | 99 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 99:13-99:17 | 99 | 13 | 99 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 99:18-100:5 | 99 | 18 | 100 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 100:8-100:16 | 100 | 8 | 100 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 101:1-101:16 | 101 | 1 | 101 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 102:17-103:20 | 102 | 17 | 103 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 104:2-104:17 | 104 | 2 | 104 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 105:9-105:16 | 105 | 9 | 105 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 105:20-106:15 | 105 | 20 | 106 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 106:17-108:23 | 106 | 17 | 108 | 23 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 108:24-109:2 | 108 | 24 | 109 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 109:4-109:6 | 109 | 4 | 109 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 109:8-109:12 | 109 | 8 | 109 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 109:13-109:20 | 109 | 13 | 109 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 109:22-109:22 | 109 | 22 | 109 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 109:24-110:7 | 109 | 24 | 110 | 7 | Defendant Affirmative | CD | | | | | | | | | | | | |
| Wolf, Kurt | 110:9-111:23 | 110 | 9 | 111 | 23 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 111:25-112:5 | 111 | 25 | 112 | 5 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 112:7-112:7 | 112 | 7 | 112 | 7 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 112:9-112:13 | 112 | 9 | 112 | 13 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 112:15-113:3 | 112 | 15 | 113 | 3 | Defendant Affirmative | CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 113:5-113:8 | 113 | 5 | 113 | 8 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 113:10-113:13 | 113 | 10 | 113 | 13 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 113:15-113:19 | 113 | 15 | 113 | 19 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 113:21-114:7 | 113 | 21 | 114 | 7 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 114:9-114:21 | 114 | 9 | 114 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 114:22-114:25 | 114 | 22 | 114 | 25 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 115:2-115:2 | 115 | 2 | 115 | 2 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 115:4-115:8 | 115 | 4 | 115 | 8 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 115:10-115:18 | 115 | 10 | 115 | 18 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 115:20-116:8 | 115 | 20 | 116 | 8 | Defendant Affirmative | A, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 116:10-117:4 | 116 | 10 | 117 | 4 | Defendant Affirmative | A, AC, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 117:6-117:9 | 117 | 6 | 117 | 9 | Defendant Affirmative | A, AC, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 117:11-117:15 | 117 | 11 | 117 | 15 | Defendant Affirmative | A, AC, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 117:17-117:17 | 117 | 17 | 117 | 17 | Defendant Affirmative | A, AC, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 117:18-118:8 | 117 | 18 | 118 | 8 | Defendant Affirmative | A, AC, CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 118:10-119:3 | 118 | 10 | 119 | 3 | Defendant Affirmative | A, AC, CD, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 119:5-119:15 | 119 | 5 | 119 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 119:16-120:16 | 119 | 16 | 120 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 120:18-121:16 | 120 | 18 | 121 | 16 | Defendant Affirmative | A, AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 121:18-122:24 | 121 | 18 | 122 | 24 | Defendant Affirmative | A, AC, CD, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 123:1-123:2 | 123 | 1 | 123 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 123:4-123:10 | 123 | 4 | 123 | 10 | Defendant Affirmative | ID, 106, 402, 403 | 123:12:1-123:14:5 | 123 | 12 | 123 | 14 | ID | 123:16-22 | 123 | 16 | 123 | 22 | |
| Wolf, Kurt | | | | | | | | | | | | | | 123:24 | 123 | 24 | 123 | 24 | |
| Wolf, Kurt | 125:2-125:4 | 125 | 2 | 125 | 4 | Defendant Affirmative | V, 104a, 602 | | | | | | | | | | | | |
| Wolf, Kurt | 125:6-125:9 | 125 | 6 | 125 | 9 | Defendant Affirmative | V, 104a, 602 | | | | | | | | | | | | |
| Wolf, Kurt | 125:17-126:4 | 125 | 17 | 126 | 4 | Defendant Affirmative | A, AC, V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 126:6-126:10 | 126 | 6 | 126 | 10 | Defendant Affirmative | A, AC, V, 402, 403, 602 | | | | | | | | | | | | |
| Wolf, Kurt | 127:4-127:7 | 127 | 4 | 127 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 128:14-128:21 | 128 | 14 | 128 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 129:8-129:14 | 129 | 8 | 129 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 130:21-130:25 | 130 | 21 | 130 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 131:9-131:13 | 131 | 9 | 131 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 131:14-131:18 | 131 | 14 | 131 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 131:19-132:1 | 131 | 19 | 132 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 132:2-132:3 | 132 | 2 | 132 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 132:4-132:6 | 132 | 4 | 132 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 132:8-133:3 | 132 | 8 | 133 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 133:5-133:18 | 133 | 5 | 133 | 18 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 133:20-133:21 | 133 | 20 | 133 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 133:23-134:2 | 133 | 23 | 134 | 2 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Kurt | 134:4-135:7 | 134 | 4 | 135 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 135:9-135:12 | 135 | 9 | 135 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 135:14-135:15 | 135 | 14 | 135 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 135:17-136:19 | 135 | 17 | 136 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 137:1-137:10 | 137 | 1 | 137 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 137:12-137:16 | 137 | 12 | 137 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 137:18-137:25 | 137 | 18 | 137 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 138:2-138:7 | 138 | 2 | 138 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 138:9-138:10 | 138 | 9 | 138 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 138:12-139:1 | 138 | 12 | 139 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 139:4-139:8 | 139 | 4 | 139 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 139:9-139:11 | 139 | 9 | 139 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 139:13-139:15 | 139 | 13 | 139 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 139:17-139:24 | 139 | 17 | 139 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 140:1-140:1 | 140 | 1 | 140 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 140:3-140:17 | 140 | 3 | 140 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 140:19-140:19 | 140 | 19 | 140 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 140:23-141:1 | 140 | 23 | 141 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 141:3-141:4 | 141 | 3 | 141 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 141:6-141:17 | 141 | 6 | 141 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 141:18-141:20 | 141 | 18 | 141 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 141:22-141:25 | 141 | 22 | 141 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 142:2-142:22 | 142 | 2 | 142 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 142:25-143:24 | 142 | 25 | 143 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 144:1-144:6 | 144 | 1 | 144 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 144:8-144:23 | 144 | 8 | 144 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 144:25-145:2 | 144 | 25 | 145 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 145:11-145:15 | 145 | 11 | 145 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 145:17-145:25 | 145 | 17 | 145 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 146:4-147:10 | 146 | 4 | 147 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 147:13-147:15 | 147 | 13 | 147 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 148:6-148:9 | 148 | 6 | 148 | 9 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 148:10-148:11 | 148 | 10 | 148 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 148:13-148:23 | 148 | 13 | 148 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 148:25-149:25 | 148 | 25 | 149 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 150:3-150:8 | 150 | 3 | 150 | 8 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 151:2-151:10 | 151 | 2 | 151 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 151:11-151:24 | 151 | 11 | 151 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 151:25-152:14 | 151 | 25 | 152 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 152:17-154:5 | 152 | 17 | 154 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 154:13-154:19 | 154 | 13 | 154 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 154:22-154:24 | 154 | 22 | 154 | 24 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 155:1-155:6 | 155 | 1 | 155 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 155:8-155:21 | 155 | 8 | 155 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 155:22-156:2 | 155 | 22 | 156 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 156:4-156:6 | 156 | 4 | 156 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 156:10-156:13 | 156 | 10 | 156 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 156:15-156:20 | 156 | 15 | 156 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 156:22-157:1 | 156 | 22 | 157 | 1 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 157:3-157:6 | 157 | 3 | 157 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 157:8-157:10 | 157 | 8 | 157 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 157:12-157:12 | 157 | 12 | 157 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 157:14-157:16 | 157 | 14 | 157 | 16 | Defendant Affirmative | A, AC, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 157:18-157:22 | 157 | 18 | 157 | 22 | Defendant Affirmative | A, AC, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 157:24-158:5 | 157 | 24 | 158 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 158:8-158:9 | 158 | 8 | 158 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 158:12-158:20 | 158 | 12 | 158 | 20 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 158:22-158:23 | 158 | 22 | 158 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 158:25-159:16 | 158 | 25 | 159 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 160:6-160:12 | 160 | 6 | 160 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 160:21-160:25 | 160 | 21 | 160 | 25 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 161:2-161:3 | 161 | 2 | 161 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 161:5-161:5 | 161 | 5 | 161 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 161:7-162:12 | 161 | 7 | 162 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 162:14-162:17 | 162 | 14 | 162 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 162:21-162:22 | 162 | 21 | 162 | 22 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 163:1-163:4 | 163 | 1 | 163 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 163:6-163:14 | 163 | 6 | 163 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 163:16-163:16 | 163 | 16 | 163 | 16 | Defendant Affirmative | | | | | | | | | | | | | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**QUALCOMM INC. and QUALCOMM TECHNOLOGIES, INC.,**
**v.**
**ARM HOLDINGS PLC, f/k/a ARM LTD.**
**C.A. 24-490-MN (CONSOLIDATED)**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Deponent | Affirmative Designation Range | Affirmative BegPage | Affirmative BegLine | Affirmative EndPage | Affirmative EndLine | Designation Type | Objection to Affirmative Designation | Counter-Designation Range | Counter BegPage | Counter BegLine | Counter EndPage | Counter EndLine | Objection to Counter-Designation | Counter-Counter Designation Range | Counter-Counter BegPage | Counter-Counter BegLine | Counter-Counter EndPage | Counter-Counter EndLine | Objection to Counter-Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Kurt | 163:19-164:7 | 163 | 19 | 164 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 164:13-164:21 | 164 | 13 | 164 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 164:25-165:8 | 164 | 25 | 165 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 165:9-165:10 | 165 | 9 | 165 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 165:11-166:9 | 165 | 11 | 166 | 9 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 166:11-166:13 | 166 | 11 | 166 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 166:15-166:19 | 166 | 15 | 166 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 166:21-167:2 | 166 | 21 | 167 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 167:4-167:6 | 167 | 4 | 167 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 167:8-167:14 | 167 | 8 | 167 | 14 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 167:22-168:8 | 167 | 22 | 168 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 168:10-168:11 | 168 | 10 | 168 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 168:13-168:15 | 168 | 13 | 168 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 168:17-168:21 | 168 | 17 | 168 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 168:23-169:17 | 168 | 23 | 169 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 170:14-172:17 | 170 | 14 | 172 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 172:19-172:23 | 172 | 19 | 172 | 23 | Defendant Affirmative | | 172:24:1-173:4:5 | 172 | 24 | 173 | 4 | | | | | | | |
| Wolf, Kurt | 173:15-173:19 | 173 | 15 | 173 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 173:20-174:19 | 173 | 20 | 174 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 174:21-175:13 | 174 | 21 | 175 | 13 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 175:23-176:12 | 175 | 23 | 176 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 176:14-176:15 | 176 | 14 | 176 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 176:19-177:2 | 176 | 19 | 177 | 2 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:4-177:4 | 177 | 4 | 177 | 4 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:6-177:8 | 177 | 6 | 177 | 8 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:10-177:12 | 177 | 10 | 177 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:14-177:17 | 177 | 14 | 177 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:19-177:19 | 177 | 19 | 177 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:21-177:21 | 177 | 21 | 177 | 21 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 177:23-178:6 | 177 | 23 | 178 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 178:14-179:5 | 178 | 14 | 179 | 5 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 179:6-179:10 | 179 | 6 | 179 | 10 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 179:12-179:12 | 179 | 12 | 179 | 12 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 179:14-179:16 | 179 | 14 | 179 | 16 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 179:18-179:19 | 179 | 18 | 179 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 179:21-180:12 | 179 | 21 | 180 | 12 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 180:14-180:15 | 180 | 14 | 180 | 15 | Defendant Affirmative | V, 402, 403 | | | | | | | | | | | | |
| Wolf, Kurt | 180:17-181:6 | 180 | 17 | 181 | 6 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:8-181:11 | 181 | 8 | 181 | 11 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:13-181:15 | 181 | 13 | 181 | 15 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:17-181:17 | 181 | 17 | 181 | 17 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:19-181:19 | 181 | 19 | 181 | 19 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:21-181:23 | 181 | 21 | 181 | 23 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 181:25-182:3 | 181 | 25 | 182 | 3 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 182:5-182:7 | 182 | 5 | 182 | 7 | Defendant Affirmative | | | | | | | | | | | | | |
| Wolf, Kurt | 183:9-184:7 | 183 | 9 | 184 | 7 | Defendant Affirmative | 402, 403 | | | | | | | | | | | | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br>**(Consolidated)**<br><br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**<u>APPENDIX: PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS</u>**

Pursuant to Local Rule 16.3(c)(7), Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs") have provided objections to Defendants' deposition designations, objections to Defendants' counter-designations to Plaintiffs' deposition designations, and objections to Defendants' counter-counter designations (together, "Defendants' deposition designations").

Qualcomm's Objections to Defendants' deposition designations are designated by the following:

**Qualcomm's Deposition Designation Objection Key**

| Code | Objection |
|---|---|
| A | Argumentative |
| AC | Improper attorney commentary |
| CC | Calls for a legal or expert conclusion |
| CD | Compound |
| CO | Contrary to Court order |
| ID | Improper designation |
| IE | Improper expert designation |
| IP | Issue preclusion |
| MIL | Motion *in Limine* |
| ND | Designation is a deposition transcript of the offering party, and thus is not properly admitted into evidence |
| NR | Not responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| FRCP 32 | Witness is available to testify at trial |

| | |
|---|---|
| 103 | Assumes facts not in evidence |
| 104a | Foundation |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 403 | Unduly prejudicial<br>Mislead the jury; mini-trial<br>Waste of time / cumulative |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611b | Beyond the scope of the direct |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |

Qualcomm reserves the right to amend and / or supplement its objections to Defendants' deposition designations and Qualcomm's counter-designations and counter-counter designations, including with respect to the Court's rulings on motions *in limine* or other pre-trial rulings, as well as in the event a witness who Qualcomm intends to call live becomes unavailable to testify live and may only appear by deposition. Qualcomm also reserves the right to introduce or use any of Defendants' designations at trial, including as counter-designations, to the extent Defendants do not do so. Qualcomm further incorporates by reference herein its deposition designations.

**PROPOSED PRETRIAL ORDER**

**EXHIBIT 14**

**PLAINTIFFS' STATEMENT OF INTENDED PROOF**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant. | **C.A. No. 24-490-MN**<br><br>**(CONSOLIDATED)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –**<br><br>**FILED UNDER SEAL** |

**EXHIBIT 14: PLAINTIFFS' STATEMENT OF INTENDED PROOF**

Plaintiffs respectfully submit the following statement of intended proof. The following statement of proof applies to Plaintiffs' claims against both Arm Holdings plc f/k/a Arm Ltd. and Arm Ltd. (collectively, "Arm"), and does not address the proof that they may choose to present at trial in response to any of the claims or issues on which Arm maintains the burden of proof, except where otherwise indicated. Further details regarding these issues have been explained at length in Plaintiffs' pleadings and discovery responses, including in their contentions, interrogatory responses, expert reports, by experts at depositions, and by fact witnesses at depositions, which Plaintiffs incorporate by reference. Should the Court determine that any issue identified in this list is more properly considered an issue of law, it shall be so considered and Plaintiffs incorporate such issue into Qualcomm's Statement of Issues of Law That Remain to be Litigated (Ex. 3 to Proposed Final Pretrial Order). Should the Court determine that any issue identified in this list is more properly considered a statement of contested fact, it shall be so considered and Plaintiffs incorporate such issue into Qualcomm's Statement of Facts That Remain to be Litigated (Ex. 1 to Proposed Final Pretrial Order). To the extent that Plaintiffs' Statement of Issues of Law That Remain to be Litigated or Statement of Facts That Remain to be Litigated contains issues that the Court deems to be statements of intended proof, those issues are incorporated herein by reference. Plaintiffs reserve the right to revise, modify, supplement, or change this Statement of Intended Proof in response to subsequent rulings by the Court, Arm's identification of issues of law and fact to be litigated or any new issues Arm may raise, or for other good cause. The following Statement of Intended Proof is not exhaustive and Plaintiffs reserve the right to prove any matters identified in the pleadings and discovery responses, including in their contentions, expert reports, by experts at depositions, and by fact witnesses at depositions. Plaintiffs further intend to offer evidence to rebut evidence offered by Arm.

Plaintiffs have attempted to categorize their statement of intended proof into categories based on Plaintiffs' claims;[1] however, should a statement be deemed to relate to another claim or issue than the one it has been identified or listed under, that statement is incorporated by reference.

## I. RELEVANT FACTS CONCERNING THE ARM ECOSYSTEM

### A. Arm's Historical Business Model Has Been Licensing Technology.

1. Arm is a developer of microprocessor intellectual property.

2. Arm's historical business model has been to license its IP to other companies, which in turn use the IP to build computer hardware, including systems on a chip ("SoCs"), and/or software.

3. Arm develops a family of Instruction Set Architectures ("ISAs").

4. Arm designs certain component technology, including central processing units ("CPUs") implementing the ISAs (Arm's "off the shelf" products), that it licenses through Technology License Agreements ("TLAs") and Arm Total Access Agreements ("ATAs").

5. The majority of Arm's licenses are TLAs and/or ATAs.

6. Arm also enters into Architecture License Agreements ("ALAs"), which allow licensees to design their own custom CPUs that are compatible with the Arm ISA, which means that the CPUs can execute the Arm instruction set associated with the Arm ISA.

7. ALA licensees can use their custom-designed CPUs in SoCs instead of using Arm off the shelf CPUs licensed from Arm.

8. Arm provides ALA licensees with an Architecture Compliance Kit ("ACK") that is used to verify custom-designed CPUs' compliance with the Arm ISA.

[1] Plaintiffs have not independently listed statements of intended proof that relate to Count I (Declaratory Judgment).

9. Arm has a limited number of ALA licensees, including Qualcomm, Apple, and NVIDIA.

10. Historically, Arm held itself out as the "Switzerland" of chips, and openly licensed the Arm ISA, allowing Arm to become ubiquitous in the industry.

### B. Qualcomm Has Had a Longstanding Relationship with Arm.

11. Qualcomm is a leading wireless technology innovator that designs numerous products, including semiconductors.

12. Qualcomm has been an Arm licensee since at least 1997.

13. Qualcomm currently has a valid and enforceable ALA with Arm, including Annexes thereto (the "Qualcomm ALA"), which, among other things, grants Qualcomm a right to the ARM Technology identified in each Annex 1.

14. Qualcomm has two active annexes to the Qualcomm ALA: Annex 1 for the Armv8-A Architecture (LES-LTR-21099) and Annex 1 for the Armv9-A Architecture (LES-LTR-38841).

15. Qualcomm also currently has a valid and enforceable TLA with Arm, including Annexes thereto (the "Qualcomm TLA"). Among others, Qualcomm and Arm entered into additional Annex 1s to the Qualcomm TLA in October 2019.

16. Qualcomm's current ALA and TLA were signed in 2013.

17. Both contracts define "LICENSEE" to include "(i) QGT; (ii) QUALCOMM Incorporated; and (iii) any Subsidiaries of QUALCOMM Incorporated."

18. Qualcomm first entered into an ALA with Arm in 2003 and a TLA with Arm in 1997.

19. The Qualcomm ALA and TLA are in full force and effect and have not been terminated.

20. Arm has expressed a desire to "unwind" Qualcomm's ALA, has declared Qualcomm its enemy, and has taken action to harm Qualcomm consistent with those statements.

## II. BREACH OF ALA CONTRACTUAL CLAIMS (COUNT II).

### A. Arm Withheld Technology Qualcomm Licensed Under Its ALA.

21. Section 5.1(i) of the Qualcomm ALA requires Arm to "use reasonable efforts to deliver the ARM Technology on or before the delivery dates set out in Section 1 of the relevant Annex 1." And pursuant to Section 8.3, "if ARM, . . . fails to remedy, within thirty (30) days from the date of LICENSEE's written notice of non-compliance . . . , any breach by ARM of Section 5" then "the Royalty Rates used to calculate Running Royalties for any ARM Compliant Products or Architecture Compliant Products distributed by LICENSEE under the TLA or this ALA, after the expiration of the Cure Period, shall be reduced to zero US dollars ($0) for a period of five (5) years from the date of the expiration of the Cure Period."

22. Qualcomm licenses ARM Technology under its Armv8 and Armv9 Annexes to the Qualcomm ALA, including the Armv8-A Architecture Valid Suite Kit ("AVS") and the Armv9-A Architecture Compliance Kit ("ACK"). The terms AVS and ACK are used interchangeably.

#### 1. ACK Background

23. Arm has an office located in Bangalore, India. Its primary responsibility is architecture compliance.

24. The ACK is developed and maintained by Bangalore's roughly 60-person Compliance Team, housed within Arm's Architecture and Technology Group ("ATG").

25. The ACK contains multiple components, including the Architecture Compliance Suite ("ACS"), the suite of tens-of-thousands of C and assembly code tests; the Architecture Envelope Model ("AEM"), Arm's reference model; reference reports, used to configure the ACK and to understand its output; and the ETE Trace Instr Trace Chkr Module Src ("ETE Checker").

26. The ACS is developed and maintained by roughly 20 Compliance Team engineers. As part of Arm's "regular quality maintenance," these Compliance Team engineers identify defective ACK tests, then fix them by updating source code in an appropriate test file. The updated source code is later included in a generic release of the ACK.

27. Arm releases the generic ACK package quarterly and makes it available for download on Product Download Hub ("PDH"), formerly called Arm Connect. Arm delivers partner-specific components of the ACK through its Causeway platform, formerly called DropZone. Among other things, Arm delivers customer-specific out-of-box packages ("OOBs") and ACK patches on Causeway.

28. The generic ACK package's release note lists "test suite updates," noting which suites were updated for "defect fixes," but does not list which specific tests were updated or which specific defects were fixed.

29. A partner developing a custom core does not run every ACK test Arm provides in the ACS. Instead, the partner configures the ACK to run the subset of ACK tests relevant to its design.

30. To configure the ACK, the partner uploads to Causeway a "targetConfig" file detailing the architectural features the partner intends to support. In return, Arm generates and then provides the partner with an OOB, which contains partner-specific versions of the reference reports delivered with the generic ACK, including a partner-specific failure_analysis and sample_target, each tailored to the partner's specific implementation. The sample_target lists the set of specific ACK tests (and their expected results) that a partner must pass for its CPU to be deemed compliant. The failure_analysis lists known AEM limitations and errors based on the sample_target list that a partner need not spend time debugging.

31. New OOBs can be released within one day.

32. When the partner runs the ACK, a test will pass, fail, or skip.

33. If a test fails, it could have failed because of either a design defect, requiring the partner to correct its CPU implementation, or a test defect, requiring Arm to fix the defective test.

34. In the case of a test defect, Arm will either waive the requirement that a partner pass the defective test, or Arm will fix it. If Arm chooses to fix the defective test, a "[p]atch is always delivered to partner who has reported the issue."

35. To fix partner-identified test defects, Arm follows roughly the same process as when Compliance Team engineers identify test defects themselves: the same Compliance Team engineers fix the relevant ACS source code. But, as referenced above, Arm also provides an ad hoc ACK patch, containing the replacement ACS test fixing the defect identified by the partner.

36. Developing ACK patches can take varying amounts of time; it may take Arm months to develop a patch depending on the nature of the test issue.

37. While Arm may release a new quarterly release of the ACK containing test fixes for test defects identified by partners, it may not do so in the quarterly release subsequent to identification of a test defect and may decide not to ultimately include the test fix in any quarterly release.

### 2. Qualcomm's Verification Team.

38. Qualcomm verifies that its custom CPUs comply with the Arm Architecture using both the ACK and in-house verification tools.

39. Qualcomm's verification team is led by Jignesh Trivedi, Director of Engineering.

40. Trivedi's point of contact at Arm is Vivek Agrawal, Senior Principal Verification Engineer and head of Arm's Partner Enablement Team.

41. Prior to fall 2022, Agrawal and Arm routinely delivered OOBs and ACK patches to Qualcomm.

42. For each Qualcomm custom core, Trivedi and Agrawal "aligned" on a specific version of the ACK that Qualcomm would use to verify compliance. Once aligned, Qualcomm did not update its version of the ACK until compliance was verified.

43. The Qualcomm verification team runs approximately 48,000 ACK tests to verify the compliance of its custom CPUs. Each test takes hours-to-days to run, and Qualcomm runs the ACK hundreds of times per custom core.

44. Overall, Qualcomm's verification process can take multiple months to complete for a given custom core.

**3. Arm Withheld OOBs and ACK Patches Between September 2022 and January 2025.**

45. On March 15, 2021, Qualcomm acquired Nuvia Inc., a startup chip company that had its own ALA and TLA. Following a dispute over Qualcomm's ability to use Nuvia RTL code under the Qualcomm ALA, on February 1, 2022, Arm terminated the Nuvia agreements.

46. On May 17, 2022, Arm executives decided to "hold[] permission" on Qualcomm's Phoenix-Hamoa core after making a determination that Hamoa was "a productionized version of the [Nuvia] Phoenix design," even though the Phoenix-Hamoa core was, according to Arm, in "excellent shape."

47. In September 2022, Qualcomm requested that Arm deliver an OOB for the July 2022 ACK release "on priority basis." Richard Grisenthwaite, Arm's Chief Architect, told Mr. Agrawal that he had "spoken to Spencer [Collins, Arm's Executive Vice President and Chief Legal Officer] about this, and you need to not support this until we say otherwise."

48. By letter dated September 26, 2022, Collins told Ann Chaplin, Qualcomm's General Counsel and Corporate Secretary, that Qualcomm was "not entitled to [] support or any related sign-off for a core built off [Nuvia] designs."

49. On October 10, 2022, Agrawal told Grisenthwaite that, in accordance with Grisenthwaite's "directive," Arm was now withholding "ACK help and deliverables" from Qualcomm, including OOBs, ACK patches, and compliance certifications (both "green signals" and "formal sign-off documents"). Likewise, Agrawal told Trivedi that Arm could not "share OOB and patches" until "after [Arm] management has given their approval."

50. Qualcomm sent Arm a notice of material breach on November 3, 2022, asserting that because Arm was withholding ACK deliverables, it had failed to deliver ARM Technology, in violation of Section 5 of the Qualcomm ALA. Qualcomm sent another copy of its November 3 letter on December 5, 2022. Arm did not cure its breach within 30 days. Instead, on December 6, Arm responded stating that "no breach of Section 5 has occurred," "Qualcomm does not have verification, delivery, or support rights under its ALA applicable to Nuvia-based technology," and that Arm had "already made its position on this clear in its court filings."

51. Between the fall of 2022 and January 2025, Qualcomm reported possible ACK defects to Arm.

52. Between the fall of 2022 and January 2025, Agrawal repeatedly told Trivedi that he would not provide OOBs or ACK patches without legal approval.

53. During the period Arm was withholding OOBs and ACK patches from Qualcomm, Arm was delivering OOBs and ACK patches to its other partners.

54. On December 20, 2024, a jury found that "the Qualcomm CPUs that include designs acquired in the Nuvia acquisition are licensed under the Qualcomm ALA." Thereafter, on

January 8, 2025, Arm told Qualcomm that it "intends to provide support for the Nuvia CPUs, including support and verification services."

55. On February 11, 2025, Arm provided Qualcomm with a "green signal" for certain Qualcomm custom CPUs.

56. On February 25, 2025, Arm began providing ACK patches, which it had not done since November 14, 2022.

57. On April 21, 2025, Arm provided an OOB for one Qualcomm custom CPU.

**4. As a Result of Arm's Withholding, Qualcomm Suffered Harm.**

58. Qualcomm, like most semiconductor companies, must maintain a schedule to develop and release products containing its custom CPUs to the market.

59. Qualcomm could not feasibly have run every single ACK test to verify compliance for its custom-designed CPUs.

60. Because Arm refused to deliver OOBs to Qualcomm, Qualcomm was forced to rely solely on the list of tests it deemed relevant for its custom CPUs. But Qualcomm's test lists could have been generated incorrectly, causing Qualcomm to incorrectly verify compliance of certain Arm features.

61. Likewise, without a tailored failure_analysis file or ACK patches, Qualcomm verification engineers were forced to expend extra engineering time ensuring, in the case of an ACK test failure, that Qualcomm's implementation was correct and the test was wrong.

62. On at least one occasion, Qualcomm's determination that an ACK test failed due to a test defect was wrong, requiring Qualcomm to now issue an errata, disclosing to customers an error in Qualcomm's custom CPU.

63. To the extent Arm released relevant ACK test fixes as part of quarterly releases, those quarterly releases were not substitutes for ACK patches: A new version of the ACK might

introduce new ACK test defects that were not in the prior version used by Qualcomm and that are unknown to Arm, requiring additional engineering time to be sure the test(s), not the implementation, is defective, delaying release of the custom core.

## III. INTERFERENCE CLAIMS (COUNTS IV AND V).

### A. The Terms of the Qualcomm ALA Are Confidential.

64. Section 1.6(iv) of the Qualcomm ALA defines "Confidential Information" to include "the terms and conditions of this ALA."

65. Section 3.1(iv) obligates Arm to "maintain in confidence . . . and apply security measures no less stringent than the measures that [it] applies to its own like information, but not less than a reasonable degree of care, to prevent unauthorised disclosure and use of the" terms of the Qualcomm ALA for a period of 20 years.

### B. Arm Misled Qualcomm Customers About the Prior Litigation.

66. After filing suit in *Arm Ltd.* v. *Qualcomm Inc.*, Arm wrote misleading letters to Qualcomm's customers threatening that Qualcomm would not be able to provide them with chips. The letter accused Qualcomm of breaching "the Arm license agreement" without distinguishing the Nuvia ALA (which was the subject of the lawsuit) and the Qualcomm ALA (which Arm did not assert was breached). The letter also threatened to "vigorously protect what is rightfully ours."

67. Eight months later, in May of 2023, Arm sent follow-up emails to several of Qualcomm's customers likewise containing misleading and threatening statements. The letter purports to quote a contract for the proposition that "Nuvia technology, including the Phoenix core, can no longer be used and must be destroyed," but was instead quoting a letter that Arm's general counsel sent to Qualcomm's general counsel. Arm's CEO Rene Haas agreed that the letter was misleading.

68. That letter also threatened customers to deter them from purchasing Qualcomm's chips. The letter stated that "a company can only sell or use chips or designs that incorporate [Arm technology] if it has a valid license," and that "there will be no disruptions to your partnership with Arm so long as it is based on a valid license."

69. Arm did not send any additional correspondence clarifying these misleading statements in either letter.

**C. <u>Arm Leaked the Terms of the Qualcomm ALA to Bloomberg News.</u>**

70. In October 2024, during the leadup to the December 2024 trial in *Arm Ltd.* v. *Qualcomm Inc.*, Arm employed a "PR play," whereby it would threaten termination of the Qualcomm ALA and give Qualcomm until the end of trial to cure a purported material breach of that agreement. Arm intended to place Qualcomm—should Qualcomm lose at trial—in "a very difficult position" and to increase Arm's "optionality" and "degrees of freedom to operate."

71. Between October 21, 2024 and October 23, 2024, Qualcomm held its annual Snapdragon Summit where it publicly announces new products.

*72.* On October 22, 2024, Collins sent a letter to Chaplin, providing notice that Qualcomm was purportedly in material breach of the Qualcomm ALA and threatening to terminate the Qualcomm ALA after 60 days if Qualcomm did not cure the alleged breach (the "Notice Letter"). 60 days after October 22 was December 21, 2024, the day after trial in *Arm Ltd.* v. *Qualcomm Inc.*

73. The Notice Letter contains Confidential Information because it describes terms and conditions of the Qualcomm ALA.

74. Collins authorized Kenneth Siegel, a partner at Morrison & Foerster LLP, Arm's outside trial counsel, and Paul Kranhold, a partner at FGS Global, Arm's outside PR firm, to brief Ian King, a reporter at Bloomberg News, on the Notice Letter to ensure it went public, and they

did so. At least Collins, Siegel, and Rene Haas, Arm's CEO, were aware that the Notice Letter was sent during Qualcomm's Snapdragon Summit.

75. Benjamin Spicehandler, another partner at FGS Global, shared the Notice Letter with King via video call.

76. Disclosure of the terms of the Qualcomm ALA to Bloomberg News was not a permitted disclosure listed in Sections 3.2 through 3.7 of the Qualcomm ALA; neither King nor Bloomberg News were one of Arm's "attorneys [or] auditors" to whom Arm could disclose the terms of the Qualcomm ALA, and Arm did not disclose the terms of the Qualcomm ALA "solely for the purpose of performing [its] respective obligations to" Qualcomm.

77. The night of October 22, King published an article on Bloomberg News titled "Arm to Scrap Qualcomm Chip Design License in Feud Escalation," sourcing his knowledge of the Notice Letter to "a document seen by Bloomberg."

78. Following publication of the Bloomberg News article, Kranhold sent it to multiple journalists and news outlets. Likewise, Arm provided a statement to at least 19 reporters.

79. Arm also misled the public about the consequences of this letter, claiming that it would impact "all chips that license the Arm technology across the various lines of business" and that Qualcomm would need to "discounting selling any products that use Arm's platform." Neither statement was true, given that the threatened termination of the Qualcomm ALA would have no impact on products that Qualcomm develops using Arm off-the-shelf CPUs licensed under the Qualcomm TLA.

80. When Arm leaked the letter, it knew that Qualcomm had an economic relationship with Meta and other companies.

### D. <u>As a Result of Arm's Leak, Numerous Qualcomm Customer Relationships Were Affected, Including Qualcomm's Relationship with Meta.</u>

[redacted]

[redacted]

**IV. UNFAIR COMPETITION CLAIM (COUNT VI).**

90. Arm develops both ISAs and CPU designs that implement the Arm ISAs.

91. Arm's off-the-shelf CPU designs compete with custom CPU designs developed by ALA partners.

92. When Arm first developed its ISA, it held itself out as the "Switzerland" of chips, willing to freely license the ISA to anyone that sought a license. This open licensing system enabled the Arm ISA to become ubiquitous in the industry by influencing the adoption of the Arm ISA.

93. Over 300 billion Arm-based chips have shipped.

94. At least 70% of the world's population touch Arm technology every day: Arm-based CPUs are used in 99% of the world's smartphones, and Arm-based CPUs are increasingly used in other products, including in laptops, datacenters, and automobiles.

95. At present, there is no viable, licensable alternative to the Arm architecture.

96. Arm dominates the Arm ISA as evidenced by, *e.g.*, its control of the ISA, the ISA's entrenchment after widespread adoption, barriers to entry, and industry recognition of dominance.

97. In 2016, Arm was acquired by Softbank Group, led by CEO Masayoshi Son, who is the Chairman of the Board of Arm. Under Son's leadership, Softbank and Arm engaged in a variety of aggressive tactics to increase revenue.

98. Softbank reached an agreement with NVIDIA—a leader in the chipmaking business and a competitor to many of Arm's licensees—for NVIDIA to acquire Arm. But regulators around the globe opposed the deal given the incentive for the merged entity to block access to Arm's IP, including the ISA. NVIDIA ultimately abandoned the deal.

99. Arm nonetheless continued to pursue aggressive growth strategies, such as raising fees and building its own chips. As a result, Arm has an incentive to eliminate chip competitors through input foreclosure.

100. Since the Softbank acquisition, Arm has abandoned its commitment to neutrality, and has changed its business model: Arm has sought to leverage the Arm ISA's ubiquity to exclude competitors from designing and selling chips that are compatible with the Arm ISA—chips that compete with and pose a threat to Arm's implementation IP business. In addition to shifting away from ALAs towards TLAs, Arm has begun selling chips, in addition to off-the-shelf CPU designs.

101. Despite the parties' longstanding business relationship, Arm now views Qualcomm as the enemy and has sought to harm Qualcomm's business in a variety of ways now that it intends

to compete more directly with Qualcomm, as described throughout this Statement of Intended Proofs. For instance, Arm prevented Qualcomm from receiving the benefits of its contracts with Arm, interfered with Qualcomm's customer and industry relationships, and used its power as the sole controller of the Arm Instruction Set Architecture to take actions intended to undermine Qualcomm's business, including withhold deliverables owed under the Qualcomm ALA, raising fees and rates under Qualcomm's contracts beyond what is commercially reasonable, suggesting that Qualcomm's licenses could be terminated before their expiration dates, and refusing to negotiate in good faith for a license to v10 of the Arm architecture.

## V. BREACH OF SECTION 8.1B OF THE QUALCOMM TLA (COUNT VII).

102. Section 8.1B of the Qualcomm TLA provides that "As to each ARM Implementation Core, upon receipt of QGT's initial written request (the 'Initial Request') to license . . . an ARM Implementation Core and again upon receipt of QGT's subsequent one-time written request at any time up to the twelve (12) month anniversary of such Initial Request (the 'Subsequent Request'), Arm will in good faith: (i) investigate and determine the ARM license agreement with a third party for the same ARM Implementation core, in effect on the date of the applicable QGT request, with the lowest royalty rate previously agreed with such third party to use the same ARM Implementation Core (the 'Previous Best Deal'); and (ii) (a) offer LICENSEE a license to the same ARM Implementation Core and (b) such an offer shall be for license fees and royalty rates that ARM reasonably determines, based on ARM's comparison of all financial considerations <u>and license rights</u>, without limitation <u>(e.g.</u> indemnities, limitation of liability, scope and term of license, but, in each case, only to the extent such example actually factored into ARM's calculation to determine the license fees and royalty rates of the Previous Best Deal), between the Previous Best Deal and the offer to LICENSEE (the 'Total Financial Considerations'), are no more than ten percent (10%) higher than the Previous Best Deal."

103. Section 8.3 of the Qualcomm TLA provides that for "if Arm fails to remedy, within thirty (30) days from the date of receipt of [Qualcomm's] written notice of non-compliance (as specified in Clause 8.4) (the "Cure Period"), any breach by Arm of Clauses 8.1 B(i), 8.1 B(ii)(a) and/or 8.1 D of this TLA[,] the Royalty Rates used to calculate Running Royalties (as defined in Clause 6.2) for any ARM Compliant Products distributed by LICENSEE under this TLA and the ALA, after the expiration of the Cure Period, shall be reduced to zero US dollars ($0) for a period of five (5) years from the date of the expiration of the Cure Period."

104. Section 8.5 provides that the remedy in Section 8.3 is the "sole and exclusive remedy" for breach.

105. On numerous occasions, Qualcomm employees have requested offers for licenses to Arm CPUs under Section 8, and Arm has provided offers.

106. In 2019, Qualcomm licensed from Arm numerous CPUs, including Cortex-A720 (codenamed "Hunter"), Cortex-A520 (codenamed "Hayes"), and Cortex-M55 (codenamed "Yamin") for a term lasting seven years, expiring in October 2026.

107. Absent a new license, Qualcomm would not be permitted to commercialize products that are taped out after October 2026 that incorporate any of these CPUs.

108. On April 2, 2024, Qualcomm made an initial request for a new license to Cortex-A720 (codenamed "Hunter") and Cortex-A520 (codenamed "Hayes") for a new seven-year term.

109. Arm did not provide any offer for Hunter or Hayes in the following six months.

110. On August 22, 2024, Qualcomm made an initial request for a new license to Cortex-M55 (codenamed "Yamin") for a new seven-year term.

111. Arm did not provide any offer for Yamin in the next two months.

112. Following Qualcomm's April and August requests to license Hunter, Hayes, and Yamin, Arm did not investigate and determine as to each core the third-party agreement or agreements with the lowest royalty rate.

113. On September 20, 2024, Qualcomm provided Arm with an initial written notice of breach of the TLA. Arm did not respond.

114. On September 27, 2024, Qualcomm provided Arm with a second written notice of breach of the TLA.

115. On October 24, 2024, Arm sent Qualcomm a proposal for a license to Hunter, Hayes, and Yamin. The proposal was for license fees and royalty rates that were substantially more than in Qualcomm's 2019 license for the same CPUs and were not commercially reasonable.

116. Arm's offer did not comply with the TLA. Even assuming that Arm correctly identified Samsung as the Previous Best Deal, the license fees and royalty rates in Arm's October 2024 proposal were not within 10% of the license fees and royalty rates Arm offered to Samsung.

117. Moreover, even assuming that Arm correctly identified Samsung as the Previous Best Deal for Hunter and Hayes, Samsung was not the Previous Best Deal for Yamin—Arm had licensed Yamin to at least four other licensees at rates lower than it gave to Samsung.

118. In addition, Arm did not base the offer to Qualcomm on Samsung's agreement, instead basing it on MediaTek's agreement even though Arm did not identify MediaTek as the Previous Best Deal.

119. Due to Arm's unreasonable offer, Qualcomm had to replace Hunter, Hayes, and Yamin in products that would have used one or two of those cores that were scheduled to be taped out after October 2026. Qualcomm also had to shift engineering resources toward developing a custom core for value tier products for which Hunter and Hayes were no longer an option.

## VI. BREACH OF SECTION 8.1D OF THE QUALCOMM TLA (COUNT VII).

120. Section 8.1D of the Qualcomm TLA provides that "For (i) a two (2) year period from the Effective Date (the 'Initial Period'), and (ii) the three (3) year period commencing upon QGT's [i.e., Qualcomm's] receipt of the ARM Notice (as defined below), the material non-financial terms and conditions under which ARM offers to license an ARM Implementation Core to QGT shall be substantially similar to the material non-financial terms and conditions set forth in the TLA as of the effective date of such TLA. Following such Initial Period, ARM may modify the material non-financial terms and conditions under which it offers to license QGT a new ARM Implementation Core upon providing a three (3) years minimum written notice to QGT the ('ARM Notice')."

121. The Qualcomm TLA provides that Arm must provide support and maintenance so long as Qualcomm pays the appropriate fees.

122. These support and maintenance services are important to Qualcomm's use of the Arm technology it licenses.

123. Prior to October 2024, Arm never provided Qualcomm with notice that it intended to stop providing support and maintenance to Qualcomm for future licenses.

124. Arm's October 2024 offer excluded support and maintenance.

125. The parties' existing support and maintenance agreement would not have provided for support and maintenance for the technology in the October 2024 offer. That agreement only provides for support and maintenance as described in the relevant license agreement. That agreement was also set to expire in December 2027, but Qualcomm was seeking a 7-year license starting in October 2026.

126. Arm understood that it was excluding support and maintenance in the October 2024 offer.

127. The license fees in Arm's October 2024 offer include a 15% reduction from Arm's price book to account for the exclusion of support and maintenance.

128. When Arm issued a new offer for certain peripheral IP in January 2025, it stated that support and maintenance was included. That offer further increased the prices from the October 2024 proposal, in part due to the inclusion of support and maintenance.

129. On the same day Arm issued the January 2025 offer for peripheral IP, it issued a separate offer for a license to a different CPU, which stated that support and maintenance was excluded.

130. In the past, when Arm intended to include support and maintenance under the separate support and maintenance agreement, it made that intention explicit.

## VII. BREACH OF SECTION 14.1B OF THE QUALCOMM ALA (COUNT IX as to Arm Ltd.).

131. Periodically, Arm releases a new "major" release of the Arm Architecture. Arm v8, Arm v9, and Arm v10 are major releases.

132. For a given major release of the Arm Architecture, Arm publishes an annual "minor" release, sometimes referred to as a "tick" release or a "dot-x" release, each updating the prior minor release and, ultimately, the relevant major release. Versions 8.6, 8.7, and 9.2 are examples of minor releases. Partners do not need a separate license to commercialize products based on minor releases so long as they are licensed to the last major release.

133. There is no fixed schedule for new major releases.

134. Arm is unilaterally in charge of versioning its releases.

135. Richard Grisenthwaite, Arm's Chief Architect, has ultimate authority for deciding when there is a new major release. In making his decision, he takes feedback from at least Arm's CEO Rene Haas and Arm senior technical staff.

136. Software engineers create programs to be compatible with each new version and gradually write fewer programs for older versions of the ISA.

137. Over time, Arm stops supporting older versions of its instruction set architecture.[2] A company that develops products based only on older versions of the ISA will not be competitive in the marketplace.

138. Certain ALAs, including Qualcomm's, are structured so that partners will receive annexes to Arm v10.

139. In addition to the above, Section 14.1.B(1) of the Qualcomm ALA permits Qualcomm to "elect to extend the Initial Term to cover future versions of ARM Technology as mutually agreed upon by the parties. If LICENSEE makes this election, then the parties will negotiate in good faith the terms and conditions of an extension to the Initial Term for an additional seven and a half years and a license to such future versions of ARM Technology."

140. In 2012, while negotiating the Qualcomm ALA, the parties agreed that Section 14.1 would cover a license for Arm v10.

141. In April 2020, Qualcomm contacted Arm about extending its ALA to cover v10. Arm responded that "no one is working on v10."

142. On May 20, 2020, Qualcomm elected to extend its ALA to cover Arm v10 pursuant to Section 14.1.B(1) of the Qualcomm ALA.

143. An Arm employee acknowledged internally that she could not see "any reason why" this election "can't hold."

144. Arm did not reject or otherwise respond to Qualcomm's election at the time.

[2] The "instruction set architecture" referred to throughout this section is Arm's A-Profile Instruction Set Architecture.

145. Arm began developing v10 in late 2021 or 2022 but did not tell Qualcomm until 2024.

146. Arm entered into a v10 license with Microsoft in 2020 and with Google in 2021.

147. In October 2024, Arm presented to Qualcomm a presentation entitled "Architecture update for 2025," detailing the features of Arm's forthcoming Armv10.

148. Arm v10 includes two primary features: Permission Overlay Extension Version 2 ("POE2") and Virtual Memory Tagging Extension ("Virtual MTE" or "vMTE"). Both features expand on existing functionality in Arm v9.

149. Arm has not polled its ALA partners regarding whether POE2 and vMTE are significant enough improvements on Arm v9 to warrant a new major release.

150. Starting in April 2025, Qualcomm renewed its request for a license to Arm v10. Qualcomm requested a written proposal and provided Arm with a draft Arm v10 annex.

151. In a June 4, 2025 letter, Arm stated that "Qualcomm did not have the right in May 2020 to elect to extend the ALA to cover the v10 architecture, and Qualcomm did not properly exercise any such right."

152. In a June 9, 2025 letter, Arm stated that "clear limits on Qualcomm's election rights under the ALA" prevented Qualcomm from electing to license v10 and that the "parties never reached a mutual agreement that the future versions of the Arm Technology referenced in [Section 14.1B(1) would include the v.10 architecture."

153. In August 2025, Qualcomm provided Arm with a full proposed draft annex for a license to v10. Arm did not provide a counteroffer but instead demanded Qualcomm respond to questions Arm deemed necessary for the preparation of a draft written proposal. Qualcomm responded to those questions.

154. On December 10, 2025, following six letters from Qualcomm requesting a license to Arm v10, Arm finally provided Qualcomm with a licensing offer, though its terms were significantly worse than the terms the parties agreed to for Arm v8 and Arm v9 and not commercially reasonable. For example, Arm's proposed license fee was more than [redacted] than the license fee the parties agreed to for Arm v8 and Arm v9; Arm's proposed support and maintenance fee was more than [redacted] the fee for Arm v8 and more than [redacted] times the fee for Arm v9; the royalty rates Arm proposed would make royalties payable from Qualcomm's mobile-phone business alone exceed Arm's annual company-wide royalty revenue from all licensees combined by more than [redacted] and Arm did not include non-financial terms. After a further exchange of letters, the parties met in person on Monday January 26, 2026. Arm sent Qualcomm a proposed v10 annex the Saturday night before the meeting but still did not include non-financial terms.

155. In March 2026, Arm sent a "restructured" rates proposal, which still omitted non-financial terms. Across all market segments, the rates proposed were approximately [redacted] higher than Qualcomm's current v8 and v9 rates. And in the data center market, where Arm's own chips now compete with Qualcomm's, Arm's proposal [redacted]

156. After a further exchange of letters, Arm sent a non-binding term sheet that included the same royalty rates and license fees it previously proposed. And at a June 16, 2026 meeting between the parties, Arm stated that there were still additional, unspecified non-financial terms that Arm would require.

157. Also at the June 16, 2026 meeting, Qualcomm offered to pay rates for v10 that are within a fixed percentage of the rate paid by the licensee with the lowest rate for each market segment. Qualcomm provided this proposal in writing on July 9, 2026.

158. Arm CEO Rene Haas and Qualcomm CEO Cristiano Amon met in person on July 31, 2026. Mr. Haas was not prepared to respond to Qualcomm's July 9, 2026 proposal during the meeting. Mr. Haas represented to Mr. Amon that Arm wanted to license Qualcomm to v10 [redacted]. Mr. Haas later denied making such a statement.

159. On August 18, 2026, Arm sent Qualcomm a letter that rejected Qualcomm's proposal and did not offer a counterproposal.

## VIII. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (COUNT III).

160. In 2019, Qualcomm licensed from Arm certain peripheral IP technology, including the Corelink GIC-Clayton Generic Interrupt Controller (the "GIC"), the Corelink MMU-Woolf (the "MMU" or "SMMU"), and the Coresight ELA-600 Embedded Logic Analyzer (the "ELA") for a period of seven years, expiring in October 2026.

161. Qualcomm requested a new license to the GIC in September 2023 and followed up on this request several times.

162. In October 2023, Qualcomm requested a new license to the SMMU.

163. Arm refused to offer licensing terms for either IP, saying it would not do so until closer to the expiration date of Qualcomm's existing license.

164. In April 2024, Qualcomm tried to license these IPs again and added a request for a new license to the ELA.

165. Arm did not provide a proposal for any of these IPs until October 2024.

166. Arm's offer for these three IPs was not commercially reasonable. Qualcomm nevertheless attempted to accept Arm's offer as to these IPs, after which Arm raised the price by [redacted]. Qualcomm nevertheless accepted this offer because it wanted to license these IPs and could absorb this one-time cost.

## IX. ARM'S DEFENSES

167. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that any of Qualcomm's claims are barred by the unclean hands doctrine.

168. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that Qualcomm's requested remedy exceeds contractual limits on damages.

169. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that Qualcomm's breach of contract, declaratory judgment, and implied-covenant claims are barred as compulsory counterclaims to the 22-1146 litigation.

170. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that any of Qualcomm's claims are barred by the claim preclusion or claim splitting doctrines.

171. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that any of Qualcomm's claims are barred by the statute of limitations.

172. Qualcomm intends to establish through expert witnesses, fact witnesses, admissions, and/or other evidence adduced at trial that Arm has not carried its burden of establishing by a preponderance of the evidence that Qualcomm was required to mitigate damages or failed to do so.

# PROPOSED PRETRIAL ORDER

## EXHIBIT 15

## DEFENDANTS' STATEMENT OF INTENDED PROOF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,

Defendant.

C.A. No. 24-490-MN (CONSOLIDATED)

**HIGHLY CONFIDENTIAL – FILED UNDER SEAL**

**EXHIBIT 15: DEFENDANTS' STATEMENT OF INTENDED PROOF**

Pursuant to D. Del. L.R. 16(c)(9), Arm Holdings plc ("Arm Holdings") and Arm Ltd. provide this Statement of Intended Proof. This statement is not exhaustive, and Arm Holdings and Arm Ltd. reserve the right to prove any matters identified in their pleadings, contentions, discovery responses, experts' reports, experts' depositions, and the accompanying statements of issues of facts and issues of law that remain to be litigated at trial, as well as any supporting evidence. Arm Holdings and Arm Ltd. may also provide additional proof to rebut any evidence offered by Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs"), in this case before and during trial, in response to rulings by the Court in this case, or for other good cause. Arm Holdings and Arm Ltd. reserve the right to modify or amend this statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this statement to fairly respond to any new issues that Qualcomm may raise in this case. Arm Holdings and Arm Ltd. incorporate by reference their expert reports in support of any proof to be presented by expert testimony. This statement is based on Arm Holdings and Arm Ltd.'s defenses, their current understanding of Qualcomm's claims and defenses, the proceedings in this action, the current state of the case, and the Court's current rulings.

Arm Holdings and Arm Ltd.'s assertion that Qualcomm has failed to carry its burden of proof on an issue should not be construed as Arm having any obligation to prove or disprove any element, claim, or defense upon which Qualcomm carries the burden of proof. By including an issue herein, Arm Holdings and Arm Ltd. does not assume the burden of proof or production with respect to that or any other issue for which Qualcomm properly bears the burden of proof or production.

Further details regarding these issues have been explained at length in Arm Holdings and Arm Ltd.'s pleadings and discovery responses, testimony, expert reports, and other filings. Should

the Court determine that any issue identified in this list is more properly considered an issue of law or fact, it shall be so considered and Arm Holdings and Arm Ltd. incorporate such issue into their Statement of Issues of Law or Facts That Remain to be Litigated, respectively. To the extent that Arm Holdings and Arm Ltd.'s Statement of Issues of Law That Remain to be Litigated or Statement of Facts That Remain to be Litigated contain issues that the Court deems to be statements of intended proof, those issues are incorporated herein by reference.

Arm Holdings and Arm Ltd. reserve the right to revise, modify, supplement, or change this Statement of Intended Proof, including in response to subsequent rulings by the Court, the identification of issues of law and fact to be litigated by Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm" or "Plaintiffs").

Arm Holdings and Arm Ltd. have attempted to categorize their Statement of Intended Proof by Qualcomm's claims; however, should a statement be deemed to relate to another claim or issue than the one it has been identified or listed under, that statement is incorporated by reference. In addition to the below, Arm Holdings and Arm Ltd. intend to rebut the assertions that Qualcomm states it intends to prove.[1]

## I. BREACH OF CONTRACT ISSUES RELATING TO QUALCOMM'S ALA (COUNT II)

Qualcomm bears the burden of proof on every element for its claim for breach of Section 5.1 of the Qualcomm ALA. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

---

[1] Qualcomm has not separately listed its intended proofs for Count I in its Statement of Intended Proof. Arm Holdings and Arm Ltd. therefore have not included a response, but note that the intended proofs below also apply to Qualcomm's declaratory judgment claim, respectively.

1. Qualcomm cannot prove that Arm Holdings is a signatory and party to the Qualcomm ALA.

2. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to use reasonable efforts to deliver the ARM Technology to Qualcomm on or before the delivery dates set out in Section 1 of the Armv8-A and Armv9-A Annex 1s.

3. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to deliver Updates to Qualcomm as soon as reasonably possible after such Updates were made generally available by Arm Holdings plc and/or Arm Ltd.

4. Qualcomm cannot prove that CPU-specific out-of-box packages ("OOBs") are ARM Technology and/or Updates under Section 5.1 of the Qualcomm ALA.

5. Qualcomm cannot prove that interim patches to ACK tests ("ACK patches") sent in advance of and in addition to the next quarterly ACK release are ARM Technology and/or Updates under Section 5.1 of the Qualcomm ALA.

6. Even if OOBs and/or ACK patches are ARM Technology and/or Updates under Section 5.1 of the Qualcomm ALA, Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to deliver them under Section 5.1 of the Qualcomm ALA.

7. Qualcomm cannot prove that it complied with all of its obligations under the Qualcomm ALA, including the notice and cure-period provision of Section 8.3 for each purported breach of Section 5.1 of the Qualcomm ALA.

8. Qualcomm cannot prove that it was harmed by any alleged breach of Section 5.1 of the Qualcomm ALA by Arm Holdings plc and/or Arm Ltd.

9. Qualcomm cannot prove that it is entitled under Section 8.3 of the Qualcomm ALA to reduce royalty rates under both the Qualcomm ALA and the Qualcomm TLA to zero dollars for five years from January 4, 2023.

10. Qualcomm cannot prove that it has suffered any injury or is entitled to damages or equitable relief.

## II. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING AS TO THE QUALCOMM TLA (COUNT III)

Qualcomm bears the burden of proof on every element for its claim for breach of the implied covenant of good faith and fair dealing of the Qualcomm TLA. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

11. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to make the GIC-700, MMU-700, and ELA-600 peripheral IP products generally available to Qualcomm.

12. Qualcomm cannot prove that it was injured or suffered damages as a result of Arm Holdings plc and/or Arm Ltd.'s offer to license the GIC-700, MMU-700, and ELA-600 peripheral IP products.

13. Qualcomm cannot prove that it has suffered any injury or is entitled to damages or equitable relief.

## III. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT IV)

Qualcomm bears the burden of proof on every element for its claim of intentional interference with prospective economic advantage. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

14. Qualcomm cannot prove that Qualcomm had an economic relationship with Meta with the probability of future economic benefit to Qualcomm.

15. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. knew of Qualcomm's purported relationship with Meta.

16. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. committed intentionally wrongful acts designed to disrupt Qualcomm's purported relationship with Meta.

17. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd.'s alleged conduct actually disrupted Qualcomm's purported relationship with Meta.

18. Qualcomm cannot prove that Qualcomm was economically harmed by Arm Holdings plc and/or Arm Ltd.'s alleged conduct.

## IV. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (COUNT V)

Qualcomm bears the burden of proof on every element for its claim of negligent interference with prospective economic advantage. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

19. Qualcomm cannot prove that Qualcomm had an economic relationship with Meta with the probability of future economic benefit to Qualcomm.

20. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. knew of Qualcomm's purported relationship with Meta.

21. Qualcomm cannot prove that Qualcomm's purported relationship with Meta would be disrupted if Arm Holdings plc and/or Arm Ltd. did not act with reasonable care.

22. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. owed Qualcomm a duty of care.

23. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to act with reasonable care.

24. Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd.'s alleged conduct actually disrupted Qualcomm's purported relationship with Meta.

25. Qualcomm cannot prove that Qualcomm was economically harmed by Arm Holdings plc and/or Arm Ltd.'s alleged conduct.

## V. VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE 17200 (COUNT VI)

Qualcomm bears the burden of proof on every element for its California Unfair Competition Law ("UCL") claim. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

26. Qualcomm cannot prove that Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants violates or threatens an incipient violation of the letter, policy, or spirit of any antitrust law because its effects are comparable to or the same as a violation of the law.

27. Qualcomm cannot prove that Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants significantly threatens or harms the competitive process.

28. Qualcomm cannot define a market that is affected by Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants.

29. Qualcomm cannot prove that Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants demonstrates a willingness to forsake short-term profits.

30. Qualcomm cannot prove that Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants was irrational but for its anticompetitive effect.

31. To the extent the Court holds that the UCL balancing test for consumers applies to the competitor relationship here, Qualcomm cannot prove that any harm from Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants outweighs the procompetitive benefits of that conduct.

32. Qualcomm cannot prove that Qualcomm faces any real and immediate threat of irreparable harm absent an injunction against alleged unfair acts and practices.

33. Qualcomm cannot prove that the harm to Qualcomm in the absence of an injunction against alleged unfair acts and practices outweighs the harm to Arm Holdings plc and/or Arm Ltd. from such an injunction.

34. Qualcomm cannot prove that there is a public interest in issuing an injunction against alleged unfair acts and practices.

35. Qualcomm cannot prove that Qualcomm was harmed by Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants.

36. Qualcomm cannot prove the amount of any restitution needed to remedy the consequences of Arm Holdings plc's and/or Arm Ltd.'s alleged conduct related to contracts with Qualcomm and conversations with industry participants.

## VI. BREACH OF SECTION 8.1(B) OF THE QUALCOMM TLA (COUNT VII)

Qualcomm bears the burden of proof on every element for its claim for breach of Section 8.1(B) of the Qualcomm TLA. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

37. Qualcomm cannot prove that Section 8.1(B) applies to Qualcomm's 2024 requests for Hunter, Hayes, and Yamin because those requests were not "Initial Requests" or "Subsequent Requests" made on or before the twelve-month anniversary of an "Initial Request."

38. To the extent Section 8.1(B) applies, Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to in good faith investigate and determine the Previous Best Deal for Hunter, Hayes, and Yamin.

39. To the extent Section 8.1(B) applies, Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. failed to in good faith make an offer to Qualcomm for a renewal license to Hunter, Hayes, and Yamin.

40. To the extent Section 8.1(B) applies, Qualcomm cannot prove that Arm Holdings plc and/or Arm Ltd. did not make an offer in good faith that was for license fees and royalty rates that Arm Holdings plc and/or Arm Ltd. reasonably determined, based on Arm Holdings plc's and/or Arm Ltd.'s comparison of all financial considerations and license rights, without limitation (e.g., indemnities, limitation of liability, scope and term of license), but, in each case, only to the extent such example actually factored into the calculation to determine the license fees and royalty rates of the Previous Best Deal, between the Previous Best Deal and the offer to Qualcomm was no more than ten percent (10%) higher than the Previous Best Deal.

41. To the extent Section 8.1(B) applies, Qualcomm cannot prove that it suffered harm as a result of Arm Holdings plc's and/or Arm Ltd.'s alleged breaches of the Qualcomm TLA.

42. To the extent Section 8.1(B) applies, Qualcomm cannot prove that it is entitled under Section 8.3 of the Qualcomm TLA to reduce royalty rates under both the Qualcomm TLA and the Qualcomm ALA to zero dollars for five years from October 27, 2024.

43. Qualcomm cannot prove that it has suffered any injury or is entitled to damages or equitable relief.

## VII. BREACH OF SECTION 8.1(D) OF THE QUALCOMM TLA (COUNT VIII)

Qualcomm bears the burden of proof on every element for its claim for breach of Section 8.1(D) of the Qualcomm TLA. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

44. Qualcomm cannot prove that Hunter, Hayes, and Yamin are each a "new ARM Implementation Core" within the meaning of Section 8.1(D) of the Qualcomm TLA.

45. To the extent Section 8.1(D) applies, Qualcomm cannot prove that the material non-financial terms and conditions under which Arm Holdings plc and/or Arm Ltd. offered to renew Qualcomm's licenses to Hunter, Hayes, and Yamin on October 24, 2024, were not substantially similar to those set forth in the Qualcomm TLA as of its effective date.

46. To the extent Section 8.1(D) applies, Qualcomm cannot prove it suffered harm from Arm Holdings plc's and/or Arm Ltd.'s alleged breach of Section 8.1(D).

47. To the extent Section 8.1(D) applies, Qualcomm cannot prove that it is entitled under Section 8.3 of the Qualcomm TLA to reduce royalty rates under both the Qualcomm TLA and the Qualcomm ALA to zero dollars for five years from October 27, 2024.

48. Qualcomm cannot prove that it has suffered any injury or is entitled to damages or equitable relief.

## VIII. BREACH OF SECTION 14.1(B) OF THE QUALCOMM ALA (AGAINST ARM LTD.) (COUNT IX)

Qualcomm bears the burden of proof on every element for its claim for breach of Section 14.1(B) of the Qualcomm ALA. Arm Ltd. intends to adduce evidence showing that Qualcomm cannot meet this burden.

49. Qualcomm cannot prove that it made a valid election to extend the Qualcomm ALA to cover future versions of Arm Technology as mutually agreed upon by the parties.

50. To the extent Qualcomm made such a valid election, Qualcomm cannot prove that Arm Ltd. failed to negotiate in good faith the terms and conditions of an extension to the Initial Term of the Qualcomm ALA for an additional seven and a half years and a license to v10 of the Arm Instruction Set Architecture ("Arm ISA").

51. Qualcomm cannot prove that it has been harmed by Arm Ltd.'s alleged breach of Section 14.1.B1 of the Qualcomm ALA.

52. Qualcomm cannot prove that it is entitled to a remedy of specific performance requiring Arm Ltd. to negotiate in good faith a license to v10 of the Arm ISA.

## IX. REMEDIES AND HARM UNDER THE QUALCOMM ALA AND QUALCOMM TLA

Qualcomm will not be able to prove that it is entitled to its requested remedy under Section 8.3 of the Qualcomm ALA and Qualcomm TLA for Qualcomm's breach of contract claims. Arm Holdings plc and/or Arm Ltd. intend to adduce evidence showing that Qualcomm's requested Section 8.3 remedy is unenforceable.

53. Arm Holdings plc and/or Arm Ltd. will show that Section 8.3 of the Qualcomm ALA and Qualcomm TLA is an unenforceable contractual penalty.

## X. UNCLEAN HANDS

Qualcomm will not be able to prove that it is entitled to a recovery for its claims for tortious interference and breach of Section 8.1(B) of the Qualcomm TLA. Arm Holdings plc and/or Arm Ltd. intend to adduce evidence showing that Qualcomm comes to the Court with unclean hands, including that:

54. Qualcomm engaged in the same conduct it accuses Arm Holdings plc and/or Arm Ltd. of performing.

55. Qualcomm published non-public litigation materials to Bloomberg in connection with a March 25, 2025 Bloomberg story concerning Qualcomm's non-public complaints of anticompetitive behavior at the European Commission, U.S. Federal Trade Commission, and Korea Fair Trade Commission.

56. Qualcomm's requests to renew its licenses for Hunter, Hayes, and Yamin in 2024 were made in bad faith, were deceitful, and/or were fraudulent.

57. Qualcomm had no legitimate plan to use Hunter, Hayes, and/or Yamin after October 17, 2026.

58. Qualcomm requested to renew its licenses for Hunter, Hayes, and Yamin as a pretext for enticing Arm Holdings plc and/or Arm Ltd. to make an offer to Qualcomm to renew its licenses to peripheral IP.

## XI. LIMITS ON DAMAGES

Qualcomm will not be able to prove that it is entitled to its requested remedy for Qualcomm's breach of contract claims. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm's requested remedy exceeds contractual limits on damages, including that:

59. Qualcomm cannot prove that it is entitled to damages exceeding the contractual limitations set forth in the Qualcomm ALA and the Qualcomm TLA, including Section 13.1 of the Qualcomm ALA and Sections 8.5 and 13.1 of the Qualcomm TLA.

## XII. COMPULSORY COUNTERCLAIMS

Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm's breach of contract, declaratory judgment, and implied-covenant claims are barred because they were compulsory counterclaims in the *Arm v. Qualcomm*, C.A. No. 1146 litigation, including that:

60. Qualcomm's breach of contract, declaratory judgment, and implied-covenant claims arise out of the transaction or occurrence that was the subject matter of the *Arm v. Qualcomm*, C.A. No. 1146, litigation.

61. Qualcomm's breach of contract, declaratory judgment, and implied-covenant claims bear a logical relationship to the claims at issue in the *Arm v. Qualcomm*, C.A. No. 1146 litigation.

## XIII. CLAIM PRECLUSION AND CLAIM SPLITTING

Arm Ltd. intends to adduce evidence showing that Qualcomm's claims against Arm Ltd. are barred by the claim preclusion and claim splitting doctrines, including that:

62. The denial of Qualcomm's motion to add Arm Ltd. in C.A. No. 24-490 was a final judgment on the merits involving Qualcomm's claims against Arm Ltd. and the same parties or their privies.

63. Qualcomm is attempting to maintain two separate actions at the same time involving the same subject matter and the same defendant or its privy.

## XIV. STATUTE OF LIMITATIONS

Arm Ltd. intends to adduce evidence showing that Qualcomm's claims against Arm Ltd. are barred by the statute of limitations, including that:

64. The Qualcomm ALA does not include a provision that expressly includes a choice-of-law provision specific to statutes of limitations.

65. Qualcomm failed to make a valid election to extend the Qualcomm ALA and negotiate a license to cover v10 of the ISA on May 20, 2020.

66. To the extent Arm Ltd. breached Section 14.1(B) of the Qualcomm ALA, Qualcomm was aware of any such breach as of May 20, 2020.

67. Qualcomm failed to timely bring a claim for Arm Ltd.'s alleged breach of Section 14.1(B) of the Qualcomm ALA.

68. To the extent Arm Ltd. breached Section 5.1 of the Qualcomm ALA, Qualcomm was aware of any such breaches before January 7, 2023.

69. No extraordinary circumstance prevented Qualcomm from timely filing its complaint against Arm Ltd.

70. The doctrine of continuing breach does not preserve Qualcomm's claim that Arm Ltd. breached Section 5.1 of the Qualcomm ALA.

71. The separate-accrual doctrine does not preserve Qualcomm's claim that Arm Ltd. breached Section 5.1 of the Qualcomm ALA.

## XV. FAILURE TO MITIGATE DAMAGES

72. Arm Holdings plc and/or Arm Ltd. intends to adduce evidence showing that Qualcomm failed to mitigate the damages it claims to have suffered.