IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 24-490-MN |
| ARM HOLDINGS PLC., f/k/a ARM LTD., | ) | |
| Defendants. | ) | |

**ORDER AFTER PRETRIAL CONFERENCE**

AND NOW, this 2nd day of October 2026, after a Pretrial Conference and upon consideration of the Proposed Pretrial Order (D.I. 951) and the discussion at the September 28, 2026 Pretrial Conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is ADOPTED as modified by any discussion at the Pretrial Conference. (*See* D.I. 974).

2. Jury selection will take place on October 2, 2026 starting at 9:00 a.m.[1] A five-day jury trial will begin on October 5, 2023 at 9:30 a.m. Trial days will begin at 9:00 a.m. Each side should be prepared to present its case until 4:30 p.m. of each trial day, although the end of the trial day may, at the discretion of the Court, be earlier or later than 4:30 p.m.

3. The trial will be timed. Each side is allowed up to thirteen (13) hours for its opening statement, its direct and cross-examination of witnesses, closing arguments, and argument of evidentiary issues. Each side shall reserve at least thirty (30) minutes of its thirteen (13) hours for

---

[1] As instructed at the Pretrial Conference, Plaintiff is responsible for providing enough copies of the *voir dire* and a writing utensil for each member of the jury pool, which is estimated to be 40 people. Those must be delivered to the Clerk's office by 12:00 p.m. on October 1, 2026.

closing arguments. Time during the trial day that does not neatly fit into one of these categories will be attributed to one side or the other as the Court deems appropriate.

4. Issues that need to be addressed outside the presence of the jury will be taken up at before the jury arrives, at lunch, or at the end of the day as the Court deems appropriate. Those issues – including objections to anticipated exhibits or demonstratives – must be brought to the attention of the Court's judicial administrator by 7:00 a.m. on the day on which the evidence objected to will be adduced. There will be thirty minutes to forty-five minutes for lunch and a fifteen-minute break in the morning and in the afternoon.

5. For the reasons stated at the Pretrial Conference, Plaintiff's Motion *in Limine* No. 1 (D.I. 951, Ex. 5A) is DENIED as moot, the Court RESERVED ruling on Plaintiff's Motion *in Limine* No. 2 (D.I. 951, Ex. 5B), and Plaintiff's Motion *in Limine* No. 3 (D.I. 951, Ex. 5C) is DENIED. (*See* D.I. 974 at 4:9-40:8).

6. For the reasons stated at the Pretrial Conference, Defendants' Motion *in Limine* No. 1 (D.I. 951, Ex. 6A) is GRANTED-IN-PART and DENIED-IN-PART, the Court RESERVED ruling on Defendants' Motion *in Limine* No. 2 (D.I. 951, Ex. 6B),[2] and Defendants' Motion *in Limine* No. 3 (D.I. 951, Ex. 6C) is GRANTED-IN-PART and DENIED-IN-PART. (*See* D.I. 974 at 40:14-71:13).

7. As explained at the Pretrial Conference, the parties may not provide witness binders or physical copies of documents (demonstratives, deposition transcripts, etc.) to the Court, but the parties must provide witness binders to the witnesses. The parties shall provide electronic copies of ALL trial exhibits to the Courtroom Deputy by NOON on October 2, 2026. The trial exhibits

[2] To the extent the issues raised in the two reserved on motions in limine come up at trial, the parties may use their trial time to further argue the issues and ask for a ruling.

must be labeled with JTX, DTX or PTX prefixes with exhibit numbers, and the trial exhibits must be organized in a single folder. Additionally, at the beginning of each trial day, the parties shall provide to the Courtroom Deputy electronic copies of witness folders containing the exhibits and demonstratives (if any) to be used on direct examination and cross-examination[3] of any witnesses expected to be called that day.

8. Any trial logistics should be coordinated through the Courtroom Deputy.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge

[3] This includes any deposition transcripts or expert reports to be used with witnesses.