IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED,<br>a Delaware corporation; and<br>QUALCOMM TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br>a U.K. corporation,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-490 (MN)<br>(CONSOLIDATED) |

**[PLAINTIFFS' PROPOSED] VERDICT FORM**

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Final Jury Instructions. Your answer to each question must be unanimous.

We, the jury in this case, find the following answers to the following questions:

**Question 1A:** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings breached section 5 of the Qualcomm ALA by withholding any of the following?

| | **YES** **For Qualcomm** | **NO** **For Arm Holdings** |
|---|---|---|
| **OOBs** | **YES** ______________ | **NO** ______________ |
| **ACK Patches** | **YES** ______________ | **NO** ______________ |

**Question 1B:** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd. breached section 5 of the Qualcomm ALA by withholding any of the following?

| | **YES** **For Qualcomm** | **NO** **For Arm Ltd.** |
|---|---|---|
| **OOBs** | **YES** ______________ | **NO** ______________ |
| **ACK Patches** | **YES** ______________ | **NO** ______________ |

**Question 1C:** If you answered "yes" to any part of Question 1A or 1B, enter the amount of damages to be awarded to Qualcomm for breach of section 5 of the Qualcomm ALA.

______________________________

**<u>Question 2A:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings breached section 8.1(B)(i) of the Qualcomm TLA by failing to conduct an investigation to determine the "Previous Best Deal" for any of the following Arm Implementation Cores?

| | **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Holdings</u>** |
|---|---|---|
| **Hunter** | **YES** ________________ | **NO** ________________ |
| **Hayes** | **YES** ________________ | **NO** ________________ |
| **Yamin** | **YES** ________________ | **NO** ________________ |

**<u>Question 2B:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd. breached section 8.1(B)(i) of the Qualcomm TLA by failing to conduct an investigation to determine the "Previous Best Deal" for any of the following Arm Implementation Cores?

| | **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Ltd.</u>** |
|---|---|---|
| **Hunter** | **YES** ________________ | **NO** ________________ |
| **Hayes** | **YES** ________________ | **NO** ________________ |
| **Yamin** | **YES** ________________ | **NO** ________________ |

**<u>Question 2A:</u>** If you answered "yes" to any part of Question 2A or 2B, enter the amount of damages to be awarded to Qualcomm for breach of section 8.1(B)(i) of the Qualcomm TLA.

____________________________________

**Question 3A:** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings breached section 8.1(B)(ii)(b) of the Qualcomm TLA by failing to provide Qualcomm with an offer for any of the following Arm Implementation Cores that was within 10% of the Previous Best Deal?

| | **YES**<br>**For Qualcomm** | **NO**<br>**For Arm Holdings** |
|---|---|---|
| **Hunter** | **YES** ________________ | **NO** ________________ |
| **Hayes** | **YES** ________________ | **NO** ________________ |
| **Yamin** | **YES** ________________ | **NO** ________________ |

**Question 3B:** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd. breached section 8.1(B)(ii)(b) of the Qualcomm TLA by failing to provide Qualcomm with an offer for any of the following Arm Implementation Cores that was within 10% of the Previous Best Deal?

| | **YES**<br>**For Qualcomm** | **NO**<br>**For Arm Ltd.** |
|---|---|---|
| **Hunter** | **YES** ________________ | **NO** ________________ |
| **Hayes** | **YES** ________________ | **NO** ________________ |
| **Yamin** | **YES** ________________ | **NO** ________________ |

**Question 3C:** If you answered "yes" to any part of Question 3A or 3B, enter the amount of damages to be awarded to Qualcomm for breach of section 8.1(B)(ii)(b) of the Qualcomm TLA.

________________________________

**<u>Question 4A:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings breached section 8.1(D) of the Qualcomm TLA by excluding support and maintenance from Arm's 2024 offer for Hunter, Hayes, and Yamin?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Holdings</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 4B:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm breached section 8.1(D) of the Qualcomm TLA by excluding support and maintenance from Arm's 2024 offer for Hunter, Hayes, and Yamin?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Ltd.</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 4C:</u>** If you answered "yes" to either of Question 4A or 4B, enter the amount of damages to be awarded to Qualcomm for breach of section 8.1(D) of the Qualcomm TLA.

____________________________________

**<u>Question 5A:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings breached the implied obligation of good faith and fair dealing by failing to provide Qualcomm a reasonable offer for the peripheral IP CoreLink GIC-700, CoreLink MMU-700, or CoreSight ELA-600 requested by Qualcomm?

| YES<br>**For Qualcomm** | NO<br>**For Arm Holdings** |
| --- | --- |
| **YES** ________________ | **NO** ________________ |

**<u>Question 5B:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd. breached the implied obligation of good faith and fair dealing by failing to provide Qualcomm reasonable offers for the peripheral IP CoreLink GIC-700, CoreLink MMU-700, or CoreSight ELA-600 requested by Qualcomm?

| YES<br>**For Qualcomm** | NO<br>**For Arm Ltd.** |
| --- | --- |
| **YES** ________________ | **NO** ________________ |

**<u>Question 5C:</u>** If you answered "yes" to either of Question 5A or 5B, enter the amount of damages to be awarded to Qualcomm for breach of the implied obligation of good faith and fair dealing.

____________________________________

**<u>Question 6A:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings intentionally interfered with Qualcomm's economic relationship with Meta?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Holdings</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 6B:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd. intentionally interfered with Qualcomm's economic relationship with Meta?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Ltd.</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 6C:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Holdings negligently interfered with Qualcomm's economic relationship with Meta?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Holdings</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 6D:</u>** Did Qualcomm prove by a preponderance of the evidence that Arm Ltd negligently interfered with Qualcomm's economic relationship with Meta?

| **YES**<br>**<u>For Qualcomm</u>** | **NO**<br>**<u>For Arm Ltd.</u>** |
|---|---|
| **YES** ________________ | **NO** ________________ |

**<u>Question 6E:</u>** If you answered "yes" to any of Question 6A, 6B, 6C, or 6D, enter the amount of damages to be awarded to Qualcomm for intentional and/or negligent interference with Qualcomm's prospective economic advantage.

________________________________

**CONCLUSION**

You have reached the end of the Verdict Form. Review the completed form to ensure that it accurately reflects your unanimous determinations. All jurors should then sign and date the Verdict Form in the space below and notify the Court Security Officer that you have reached a verdict.

Date: ________________________

________________________________
Foreperson

________________________________
Juror

________________________________
Juror

________________________________
Juror

________________________________
Juror

________________________________
Juror

________________________________
Juror

________________________________
Juror

________________________________
Juror