**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED and<br>QUALCOMM TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD.,<br><br>Defendant. | C.A. No. 24-490 (MN) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Warren K. Mabey, Jr. of Fish & Richardson P.C. hereby enters his appearance as counsel for Non-Party Texas Instruments Incorporated in the above-captioned action.

Dated: October 13, 2026

FISH & RICHARDSON P.C.

/s/ *Warren K. Mabey, Jr.*

Warren K. Mabey, Jr. (#5775)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
mabey@fr.com

*Attorneys for Non-Party*
*Texas Instruments Incorporated*

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on October 13, 2026, a true and correct copy of the foregoing document was electronically served on the following counsel of record:

Jennifer Ying (#5550)
Travis Murray (#6882)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Jenifer N. Hartley
Erica Spevack
Leah R. Hibbler
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
jhartley@dirllp.com
espevack@dirllp.com
lhibbler@dirllp.com

Erin J. Morgan
Catherine Nyarady
Jacob A. Braly
Jacob Apkon
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
ejmorgan@paulweiss.com
cnyarady@paulweiss.com
jbraly@paulweiss.com
japkon@paulweiss.com

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Daniel G. Mackrides (#7230)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
sllewellyn@mofo.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*

William T. Marks
Adam Basner
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
wmarks@paulweiss.com
abasner@paulweiss.com

Erin E. Murphy
Kevin Wynosky
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
erin.murphy@clementmurphy.com
kevin.wynosky@clementmurphy.com

*Attorneys for Plaintiffs Qualcomm Inc. & Qualcomm Technologies, Inc.*

Dated: October 13, 2026

/s/ *Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#5775)