IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-0490 (MN)<br>(CONSOLIDATED) |
| QUALCOMM INCORPORATED and QUALCOMM TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC., f/k/a ARM LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-20 (MN)<br>(CONSOLIDATED) |

**JUDGMENT FOLLOWING JURY VERDICT**

This 13th day of October 2026, the Court having held a jury trial and the jury having rendered a unanimous verdict on October 13, 2026 (*see* D.I. 1023), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively, "Plaintiffs") and against Arm Holdings plc and Arm Limited (collectively, "Defendants") that Defendants did breach Section 5 of the Architecture License Agreement ("ALA") by withholding ACKs and OOBs both before and after January 8, 2023;

2. Judgment is entered in favor of Plaintiffs and against Defendants for damages in the amount of $1 for Defendants' breaches of the ALA;

3. Judgment is entered in favor of Defendants and against Plaintiffs that Defendants did not breach Section 8.1(B)(i), Section 8.1(B)(ii)(b), and Section 8.1(D) of the Technology License Agreement ("TLA") regarding the Hunter, Hayes, and Yamin Cores;

4. Judgment is entered in favor of Defendants and against Plaintiffs that Defendants did not breach the implied covenant of good faith and fair dealing by failing to provide Plaintiffs a reasonable offer for GIC-700, MMU-700, or ELA-600;

5. Judgment is entered in favor of Plaintiff Qualcomm Technology Incorporated ("QTI") and against Defendants that Defendants intentionally interfered with QTI's economic relationship with Meta;

6. Judgment is entered in favor of QTI and against Defendants that Defendants negligently interfered with QTI's economic relationship with Meta; and

7. Judgment is entered in favor of QTI for damages in the amount of $1 for Defendants' tortious interference with QTI's economic relationship with Meta.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge