IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | |
| Defendant | ) | |

**[PROPOSED] ORDER GRANTING NON-PARTY META PLATFORMS, INC.'S UNOPPOSED MOTION TO SEAL**

The Court, having considered Non-Party Meta Platforms, Inc. ("Meta's") Unopposed Motion to Seal Portions of the October 7 and 8, 2026 Jury Trial Transcripts, the October 9, 2026 Bench Trial Transcript, and Certain Trial Exhibits ("the Motion"), hereby GRANTS Meta's Motion as follows:

The October 7, 2026 Jury Trial Transcript shall be sealed at 809:6, 809:8-11, 810:16-17, 810:20, 811:12-14, 813:7-8, 813:14-17, 814:2-3, 822:1, 822:6-7, 822:11-12, 822:19-20, 822:23-24, 823:2-5, 823:13-15, 825:13-14, 825:18-21, 829:1-3, 829:24-25, 833:11-12, 833:21-24, 834:1-4, 834:7-8, 834:11-12, 834:17-18, 836:25-837:1, 837:4-7, 837:12-13, 839:15-16, 846:7-8, 846:11-12, 846:14, 847:13, 851:13-16, 851:18-19, 853:5-6, 856:22-25, and 857:2-4 as indicated in Exhibit A to the Motion;

The October 8, 2026 Jury Trial Transcript shall be sealed at 984:17-20, 985:2-4, 985:6-9, 985:17-25, 986:5-10, 1049:8, 1049:11-12, 1049:15, 1049:19-21, 1049:23, 1050:1,

1050:4, 1050:8-9, 1050:11-12, 1050:14, 1050:18-19, 1050:22, 1051:9, and 1051:11-3 as indicated in Exhibit C to the Motion;

The October 9, 2026 Bench Trial Transcript shall be sealed at 217:1, 217:4-5, 218:9, 218:11-12, and 218:14-15 as indicated in Exhibit E to the Motion;

Trial Exhibits DTX-78, DTX-80, DTX-81, DTX-346, DTX-449, DTX-452, DTX-916, DTX-2267, PTX-1441, PTX-1596, PTX-1605, PTX-1624, PTX-1626, PTX-1636, PTX-2170, PTX-2173, and PTX-2680 shall be sealed as indicated in the Motion.

SO ORDERED this ______ day of ____________________, 2026.

UNITED STATES DISTRICT JUDGE