IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation; and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 24-490 (MN) (CONSOLIDATED) |
| ARM HOLDINGS PLC., f/k/a ARM LTD., a U.K. corporation, | ) | |
| Defendant | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**POST-TRIAL BRIEFING SCHEDULE**

WHEREAS, a bench trial was held in the above-referenced actions from September 16-17, 2026 (the "September Bench Trial"), concerning the enforceability (or unenforceability) of the five-year, royalty-free period provisions in the Qualcomm TLA and ALA (D.I. 938) and the parties submitted their respective post-trial briefing relating to the September Bench Trial on September 24, 2026 (D.I. 958, 959);

WHEREAS, a jury trial was held in the above-referenced actions from October 5-9, and 13, 2026 (the "October Jury Trial"), regarding Qualcomm's claims for breach of Section 5 of the Qualcomm ALA, breach of Section 8.1 of the Qualcomm TLA, breach of the implied covenant of good faith and fair dealing of the Qualcomm TLA, and tortious interference; the jury returned a verdict on October 13, 2026 (D.I. 1023); and the Court entered judgment following the jury verdict (D.I. 1028);

WHEREAS, a bench trial was held in the above-referenced actions from October 5-7, October 9, and October 20, 2026 (the "October Bench Trial"), concerning Qualcomm's claims that

Arm Ltd. breached Section 14.1.B of the Qualcomm ALA and Arm Holdings and Arm Ltd. violated the California Unfair Competition Law ("UCL"); and

WHEREAS, the parties have met and conferred regarding a post-trial briefing schedule for the October Jury Trial and the October Bench Trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel and subject to the approval of the Court, that the following post-trial briefing deadlines shall apply:

1. For the October Jury Trial:

| **Event** | **Proposed Deadline** | **Briefing Limits** |
|---|---|---|
| Arm Motion and Opening Brief | November 10, 2026 | 20 pages |
| Qualcomm Opposition | December 7, 2026 | 20 pages |
| Arm Reply | December 21, 2026 | 10 pages |

2. For the October Bench Trial:

| **Event** | **Proposed Deadline** | **Briefing Limits** |
|---|---|---|
| Qualcomm's Proposed Finding of Fact and Conclusions of Law | November 10, 2026 | 50 pages total |
| Arm's Responsive Finding of Fact and Conclusions of Law | December 7, 2026 | 50 pages total |
| Qualcomm's Reply Finding of Fact and Conclusions of Law | December 21, 2026 | 25 pages total |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs Qualcomm Inc. and Qualcomm Technologies, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants ARM Holdings PLC and ARM Ltd.*

Dated: October 28, 2026

**SO ORDERED this ______ day of ___________________, 2026.**

___________________________________
UNITED STATES DISTRICT JUDGE