**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendant.

C.A. No. 24-490-MN
(CONSOLIDATED)

**REDACTED - PUBLIC VERSION**
(Filed November 16, 2026)

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION**
**TO SEAL AND REDACT TRIAL TRANSCRIPTS OF OCTOBER 7-9, 2026**

Dated: November 6, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market St., Ste. 1000
Philadelphia, PA 19103
(215) 268-5000
meghan.kelly@kirkland.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Although Qualcomm broadly disputes nearly all of Arm's proposed redactions, it now meaningfully challenges only a handful of line-level redactions—one in the October 7 jury trial transcript and the rest within Dr. Kennedy's sealed testimony on October 8. D.I. 1059 at 1 n.1. Those redactions concern rates and fees in Arm Ltd.'s October 2024 and January 2025 proposals to Qualcomm under the parties' Technology License Agreement ("TLA") and prices Qualcomm paid for peripheral IP. *Id.* at 1–2. In the interest of limiting the disputes before the Court, and now that Qualcomm has specifically identified its objections, Arm withdraws those line-level redactions.[1]

Arm's remaining proposed redactions concern third-party rates and fees under Arm Ltd.'s TLAs and v10 Architecture License Agreements ("ALAs"), as well as Arm Ltd.'s v10 ALA proposals to Qualcomm. D.I. 1044 ¶¶ 3–7. Qualcomm asserts in two footnotes that it "does not agree that [these redactions] are warranted," but provides no explanation. D.I. 1059 at 8 n.6; *see also id.* at 2 n.2. "Arguments raised in passing (such as in a footnote), but not squarely argued, are considered forfeited." *Higgins v. Bayada Home Health Care Inc.*, 62 F.4th 755, 763 (3d Cir. 2023) (alterations omitted); *HQ Specialty Pharma Corp. v. Fresenius Kabi USA, L.L.C.*, 2025 WL 1825572, at *13 (D. Del. July 2, 2025) (Noreika, J.). The three conclusory sentences in Qualcomm's footnotes fall well short of a meaningful argument and are therefore forfeited.

Moreover, the Court granted Arm's request to seal the courtroom for testimony about Arm Ltd.'s v10 offers (D.I. 987; D.I. 1045 Ex. A-3 at 207:4–213:17), and third-party rates and fees under those third parties' TLAs and v10 ALAs with Arm Ltd. *See* D.I. 1043 at 2. As to Arm Ltd.'s

[1] Specifically, Arm withdraws its proposed redactions at 675:6 of the October 7 jury trial transcript (D.I. 1045 Ex. A-1) and at 977:12 (first redaction only), 981:18, 981:20, 982:1, 982:3, 982:4, 982:8, 983:2, 983:6, 983:14, 1013:1, 1013:16, 1013:20, 1013:23, 1013:24, 1015:13, 1015:14, 1016:20, 1016:22, 1041:4, 1042:7, and 1043:5 of the October 8 jury trial transcript (D.I. 1045 Ex. A-2). *See* D.I. 1059 at 1 n.1 (listing the opposed redactions).

v10 offers, Qualcomm's current position also contradicts the parties' stipulation that Qualcomm's outside counsel would ***not*** "directly or indirectly share the [redacted] Materials or any financial or non-financial terms in the [redacted] Materials with Qualcomm or with any other person or entity." D.I. 785 ¶¶ 1, 4. Arm therefore submits that the remaining redactions should be entered for the reasons stated in Arm's Motion to Seal and Redact (D.I. 1043), and the supporting Declaration of Robert Calico (D.I. 1044).

For the Court's convenience, Arm has attached an amended proposed order as well as revised transcripts in Exhibits A-1 through A-3 that show Arm's proposed redactions marked but not applied. Attached as Exhibits B-1 through B-3 are the same transcripts with the proposed redactions applied. These exhibits include only the third-party and v10-related redactions and do not include the withdrawn redactions. Arm respectfully requests that the Court enter an Order, substantially similar to the amended proposed order attached hereto, approving the transcripts in Exhibits B-1 through B-3 as the redacted transcripts to be made available on the public docket.

Dated: November 6, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Ltd. and Arm Holdings plc*

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com

Jay Emerick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Meghan Kelly, P.C.
KIRKLAND & ELLIS LLP
2005 Market St., Ste. 1000
Philadelphia, PA 19103
(215) 268-5000
meghan.kelly@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUALCOMM INCORPORATED, a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>Defendants. | C.A. No. 24-490-MN<br>(CONSOLIDATED) |

**AMENDED [PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO SEAL AND REDACT**

At Wilmington this _______ day of _______________, 2026, having considered Defendants' Motion to Seal and Redact Trial Transcripts of October 7-9, 2026 (the "Motion");

IT IS HEREBY ORDERED, that:

1. The Motion is GRANTED;

2. The redacted versions of the October 7 and October 8, 2026 Jury Trial Transcripts and redacted version of the October 9, 2026 Bench Trial Transcript (the "Transcripts") provided as Exhibits B-1 through B-3 to Defendants' Reply Brief in Support of Their Motion to Seal and Redact Trial Transcripts of October 7–9, 2026 shall be filed as the public redacted versions of the Transcripts; and

3. The original and unredacted versions of the Transcripts shall remain sealed.

____________________________________
The Honorable Maryellen Noreika
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Erica Spevack
Leah Hibbler
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com
espevack@dirllp.com
lhibbler@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Stephanie L. Chin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
schin@paulweiss.com

grp-qcvarm@paulweiss.com

Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
erin.murphy@clementmurphy.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607

Houston, TX 77010
richard.zembek@nortonrosefulbright.com

john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*