**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

QUALCOMM INCORPORATED,
a Delaware corporation; and
QUALCOMM TECHNOLOGIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

ARM HOLDINGS PLC, f/k/a ARM LTD.,
a U.K. corporation,

Defendants.

C.A. No. 24-490-MN (CONSOLIDATED)

**REDACTED - PUBLIC VERSION**
(Filed November 16, 2026)

**DECLARATION OF MEGAN MCGLYNN BUTLER IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO SEAL AND REDACT TRIAL TRANSCRIPTS OF OCTOBER 7-9, 2026**

I, Megan McGlynn Butler, declare as follows:

I am an attorney with the law firm of Kirkland & Ellis LLP and counsel for Arm Ltd. and Arm Holdings plc ("Defendants") in the above referenced action. I submit this declaration in support of Defendants' Reply Brief in Support of Their Motion to Seal and Redact Trial Transcripts of October 7-9, 2026.

1. Attached as **Exhibit A-1** is a true and correct copy of the October 7, 2026 Jury Trial Transcript containing Defendants' proposed and unapplied redactions, marked in yellow highlighting, and non-party Meta's proposed and unapplied redactions, marked in blue highlighting.[1] **[FILED UNDER SEAL]**.

[1] Meta filed its own motion to redact, but Defendants have included Meta's redactions in blue highlighting for the Court's benefit.

2. Attached as **Exhibit A-2** is a true and correct copy of the October 8, 2026 Jury Trial Transcript containing Defendants' proposed and unapplied redactions, marked in yellow highlighting, and non-party Meta's proposed and unapplied redactions, marked in blue highlighting. **[FILED UNDER SEAL]**.

3. Attached as **Exhibit A-3** is a true and correct copy of the October 9, 2026 Bench Trial Transcript containing Defendants' proposed and unapplied redactions, marked in yellow highlighting, and non-party Meta's proposed and unapplied redactions, marked in blue highlighting. **[FILED UNDER SEAL]**.

4. Attached as **Exhibit B-1** is a true and correct copy of the October 7, 2026 Jury Trial Transcripts containing Defendants' and non-party Meta's proposed and applied redactions.[2] **[FILED UNDER SEAL]**.

5. Attached as **Exhibit B-2** is a true and correct copy of the October 8, 2026 Jury Trial Transcripts containing Defendants' and non-party Meta's proposed and applied redactions. **[FILED UNDER SEAL]**.

6. Attached as **Exhibit B-3** is a true and correct copy of the October 9, 2026 Bench Trial Transcript containing Defendants' and non-party Meta's proposed and applied redactions. **[FILED UNDER SEAL]**.

---

[2] Meta filed its own motion to redact, but Defendants have included Meta's redactions in Exhibit B for the Court's benefit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of November 2026 at Washington, D.C.

*/s/ Megan McGlynn Butler*
Megan McGlynn Butler

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jennifer Ying
Travis Murray
Morris, Nichols, Arsht
& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@morrisnichols.com
tmurray@morrisnichols.com

Alan R. Silverstein
Sara Barry
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
asilverstein@connollygallagher.com
sbarry@connollygallagher.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Jennifer N. Hartley
Erica Spevack
Leah Hibbler
Dunn Isaacson Rhee LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com
jhartley@dirllp.com
espevack@dirllp.com
lhibbler@dirllp.com

Richard S. Zembek
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000

Ruby J. Garrett
Adam L. Basner
William T. Marks
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
rjgarrett@paulweis.com
abasner@paulweiss.com
wmarks@paulweiss.com

Catherine Nyarady
Jacob A. Braly
S. Conrad Scott
Jacob Apkon
Stephanie L. Chin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
jbraly@paulweiss.com
scscott@paulweiss.com
japkon@paulweiss.com
schin@paulweiss.com

grp-qcvarm@paulweiss.com

Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
erin.murphy@clementmurphy.com

John Poulos
Norton Rose Fulbright US LLP
1045 W. Fulton Market
Suite 1200
Chicago, IL 60607

Houston, TX 77010
richard.zembek@nortonrosefulbright.com

john.poulos@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Robert M. Vrana*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Arm Holdings plc and Arm Ltd.*