# REDACTED FIGURES A.1 AND A.2

[redacted]

[redacted]